| Admin Office Cd | Allotment Number | Allotment Name | Management Status Coding |
|---|---|---|---|
| Admin Office Cd | Allotment Number | Allotment Name | Management Status Coding |
| 820 | 08409 | LIGHTNER CREEK | C |
| 820 | 08411 | HORSE GULCH | C |
| 820 | 08412 | PALMER ALLOTMENT | C |
| 820 | 08415 | WEST VOSBERG PIKE | C |
| 820 | 08416 | FLORIDA RIVER | C |
| 820 | 08429 | WALLACE GULCH | M |
| 820 | 08430 | WEST RABBIT MTN. | C |
| 820 | 08460 | NORTH CANBY | C |
| 820 | 08901 | GLADSTONE | M |
| 820 | 08902 | EUREKA | M |
| 820 | 08903 | PICAYNE - MINERAL PT | M |
| 820 | 08906 | W.NEEDLES/LTLE MOLAS | M |
| 820 | 08907 | DEER PARK | M |
| 820 | 08908 | COTTONWOOD USFS | M |
| 820 | 08909 | MINNIE GULCH | M |
| 820 | 08910 | ELK CREEK | M |
| 820 | 08911 | MAGGIE GULCH | M |
| 830 | 08060 | MARTINEZ | C |
| 830 | 08075 | MONTEZUMA CREEK | C |
| 830 | 08438 | DUTTON PARK ALLOT. | C |
| 830 | 08444 | COYOTE PARK | C |
| 830 | 08446 | EAST ARCHULETA MESA | C |
| 830 | 08447 | ARCHULETA MESA | C |
| 830 | 08449 | SOUTH ARCHULETA MESA | C |
| 830 | 08451 | LA MESA | M |
| 830 | 08452 | CHROMO MOUNTAIN | M |
| 830 | 08453 | EDITH | C |
| 830 | 08454 | MESA PEDREGOSA | C |
| 830 | 08455 | TATER MOUNTAIN | C |

BLM_0031563

| Admin Office Cd | Allotment Number | Allotment Name | Management Status Coding |
|---|---|---|---|
| Admin Office Cd | Allotment Number | Allotment Name | Management Status Coding |
| 830 | 08456 | VIGIL-ABEYTA MESAS | M |
| 830 | 08457 | UPPER VIGIL MESA | M |
| 830 | 08458 | KLONDIKE ALLOTMENT | C |
| 830 | 08463 | VIGIL MESA | M |
| 830 | 08464 | SAN JUAN RIVER | C |
| 840 | 08000 | BURRO PT. COMMUNITY | I |
| 840 | 08001 | CROSS CANYON - UTAH | I |
| 840 | 08007 | CROSS CANYON | I |
| 840 | 08009 | HOVENWEEP CANYON | I |
| 840 | 08011 | LOWER MCELMO | I |
| 840 | 08012 | CAHONE MESA | I |
| 840 | 08013 | SANDSTONE | I |
| 840 | 08014 | ALKALI | C |
| 840 | 08018 | YELLOW JACKET | I |
| 840 | 08019 | CANNON BALL | I |
| 840 | 08021 | ROCK CREEK | M |
| 840 | 08022 | SAND CANYON WEST | C |
| 840 | 08023 | SAND CANYON EAST | C |
| 840 | 08024 | TRAIL CANYON | C |
| 840 | 08025 | AZTEC CANYON | M |
| 840 | 08033 | EAST MCELMO CREEK | M |
| 840 | 08035 | HAMILTON MESA | I |
| 840 | 08036 | BLUE-LITTLEWATER | C |
| 840 | 08037 | UTE MOUNTAIN | C |
| 840 | 08039 | LOWER AZTEC CANYON | C |
| 840 | 08041 | BURRO INDIVIDUAL | C |
| 840 | 08055 | GOODMAN GULCH | C |
| 840 | 08057 | YELLOWJACKET CANYON | M |
| 840 | 08065 | PAPOOSE CANYON | C |
| 840 | 08066 | FLODINE PARK | I |
| 840 | 08067 | MCLEAN | C |
| 840 | 08076 | ADAM LEWY | I |
| 840 | 08078 | GOODMAN | M |

**Appendix L - BLM Grazing Allotment Status - Page L-6**

# APPENDIX M – HIGHLIGHT SPECIES

BLM_0031565

BLM_0031566

The following table lists San Juan Public Lands Highlight Species for plants, aquatic and terrestrial species. These species are known to occur on SJPL or have habitat on SJPL.

**Table M.1 - Highlight Plant Species**

| Highlight Plant Species |
|---|
| *Acarospora nodulosa var. nodulosa* |
| *Adiantum capillus-veneris* |
| *Aralia racemosa* |
| *Artemisia pygmaea* |
| *Astragalus deterior* |
| *Astragalus iodopetalus* |
| *Astragalus missouriensis var. humistratus* |
| *Astragalus naturitensis* |
| *Astragalus proximus* |
| *Botrychium multifidum* |
| *Carex diandra* |
| *Carex oreocharis* |
| *Carex viridula* |
| *Cryptogramma stelleri* |
| *Cypripedium parviflorum* |
| *Cryptantha gypsophila* |
| *Cystopteris montana* |
| *Draba borealis* |
| *Draba crassa* |
| *Draba graminea* |
| *Draba porsildii* |
| *Draba rectifructa* |
| *Draba smithii* |
| *Draba streptobrachia* |
| *Drosera anglica* |
| *Enneapogon desvauxii* |
| *Epipactis gigantea* |
| *Erigeron kachinensis* |
| *Eriophorum altaicum var. neogaeum* |
| *Festuca arizonica* |
| *Gaura neomexicana ssp. neomexicana* |
| *Gilia haydenii* |
| *Gilia sedifolia* |
| *Gypsoplaca macrophylla* |
| *Hackelia gracilenta* |
| *Ipomopsis polyantha* |
| *Lecanora gypsicola* |
| *Lesquerella pruinosa* |
| *Machaeranthera coloradoensis* |
| *Mimulus eastwoodiae* |
| *Parnassia kotzebuei* |
| *Pediomelum aromaticum* |
| *Penstemon breviculus* |
| *Physaria pulvinata* |
| *Salix arizonica* |
| *Sporobolus nealleyi* |
| *Townsendia glabella* |
| *Townsendia rothrockii* |
| *Triteleia grandiflora* |
| *Utricularia minor* |

BLM_0031567

**Table M.2 - Highlight Aquatic Species**

| Species |
| --- |
| Bluehead sucker (Catostomus discobolus) |
| Brook trout (Salvelinus fontinalis) |
| Brown trout (Salmo trutta) |
| Colorado River cutthroat trout (Oncorhynchus clarki pleuriticus) |
| Cutthroat trout (Oncorhynchus clarki spp.) |
| Flannelmouth sucker (Catostomus latipinis) |
| Rainbow trout (Oncorhynchus mykiss) |
| Roundtail chub (Gila robusta) |

BLM_0031568

**Table M.3 - Highlight Terrestrial Wildlife Species**

| Species | Source/Rank | Habitat |
|---|---|---|
| **Insects** | | |
| Nokomis fritillary (*Speyeria nokomis nokomis*) | NatureServe G3 T1, FS Sensitive | Riparian springs and seeps |
| Yuma skipper (*Ochlodes yuma*) | NatureServe S2 | Desert seeps and along streams with stands of foodplant. |
| **Birds** | | |
| American peregrine falcon (*Falco peregrinus anatum*) | NatureServe G4 T3, FS and BLM Sensitive, BCC, Recently delisted, State special concern | PJ, Ponderosa pine, Cliff rock |
| American bald eagle (*Haliaeetus leucocephalus*) | NatureServe S1, FS and BLM Sensitive, BCC, Recently delisted, State special concern | River, reservoir, and stream habitat |
| Black swift (Cypseloides niger) | BCC, FS Sensitive | Riparian, Cliff rock |
| Columbian (mountain) sharp-tailed grouse (*Tympanuchus phasianellus columbianus*) | NatureServe G4 T3, State game sps., State special concern. | Mountain shrublands |
| Gunnison sage grouse (*Centrocercus minimus*) | NatureServe G1, FS and BLM Sensitive, BCC, State special concern | Sagebrush shrublands |
| Golden eagle (Aquila chrysaetos) | BCC | PJ, Sagebrush shrublands, Grasslands, Agricultural, Cliff rock |
| Northern goshawk (*Accipiter gentiles*) | FS and BLM Sensitive | Aspen, Ponderosa pine, Mixed conifer |
| Northern harrier (Circus cyaneus) | BCC, FS Sensitive | Riparian, Sagebrush shrublands, Wetlands, Grasslands, Agricultural |
| Olive-sided flycatcher (Contopus borealis) | FS Sensitive | Riparian, Mixed conifer, Spruce fir |
| Western yellow-billed cuckoo (*Coccyzus americanus*) | Fed Candidate, FS and BLM Sensitive, BCC, State special concern | Riparian, gallery cottonwoods with dense willow understory. |
| White-tailed ptarmigan (Lagopus leucurus) | FS Sensitive, State game sps. | Alpine tundra and sub-alpine riparian. |
| **Mammals** | | |
| Abert's squirrel (*Sciurus aberti*) | State game sps., MIS | Ponderosa pine |
| Botta's pocket gopher (*Thomomys bottae*) | NatureServe G5 T3, State special concern | PJ, Agricultural, Mountain shrublands, Semi-desert shrublands, Ponderosa pine, Open mixed conifer, Open parklands |
| Elk (*Cervus elaphus*) | State game sps., MIS | Most terrestrial habitats, low elevation winter range |
| Gunnison's prairie dog (*Cynomys gunnisoni*) | FS Sensitive, State game sps. | Grasslands, Mountain shrublands, Sagebrush shrublands, Semi-desert shrublands |

Appendix M – Highlight Species – Page M-3

BLM_0031569

| Species | Source/Rank | Habitat |
|---|---|---|
| Mule deer (*Odocoileus hemionus*) | State game sps. | Most terrestrial habitats, low elevation winter range |
| River otter (*Lutra Canadensis*) | State Threatened, FS Sensitive | Large water courses with fish |
| | | |
| **Amphibian Group** | | |
| Canyon treefrog (*Hyla arenicolor*) | NatureServe S2 N5 | Riparian, Wetlands |
| Northern leopard frog (*Rana pipiens*) | FS Sensitive, State special concern | Riparian, wetlands |
| Western toad (*Bufo boreas*) | NatureServe G4 T1Q, FS Sensitive, State Endangered | Spruce fir, Alpine meadows, Riparian, Wetlands |
| **Pinyon- Juniper Group** | | |
| Gray vireo (*Vireo vicinior*) | BCC, NatureServe S2 N4B | PJ |
| Pinyon jay (*Gymnorhinus cyanocephalus*) | BCC | PJ |
| **Bighorn Group** | | |
| Rocky mountain bighorn sheep (*Ovis Canadensis*) | State game sps., FS sensitive species | alpine meadows, grassy mountain slopes and foothill country near rugged, rocky cliffs and bluffs |
| Desert bighorn sheep (*Ovis canadensis nelsoni*) | BLM Species of Concern, State game sps., FS sensitive species but does not occur on NFS lands. | Dry desert mountain ranges, foothills near rocky cliffs |
| **Bat Group** | | |
| Allen's big-eared bat (*Idionycteris phyllotis*) | BLM Sensitive | PJ, Ponderosa pine, Abandon mines, Caves |
| Big free-tailed bat (*Nyctinomops macrotis*) | BLM Sensitive | Pj, Ponderosa pine, Cliff rock canyons |
| Fringed myotis (*Myotis thysanodes*) | FS and BLM Sensitive | PJ, Ponderosa pine |
| Spotted bat (*Euderma maculatum*) | FS and BLM Sensitive | PJ, Sagebrush shrublands, Semi-desert shrublands, riparian |
| Townsend's big-eared bat (*Plecotus townsendii*) | FS and BLM Sensitive, State special concern, NatureServe S2 | Abandoned mines, Caves |
| Yuma myotis (*Myotis yumanensis*) | BLM Sensitive | PJ, Sagebrush shrublands, Semi-desert shrublands, Riparian |
| **Sagebrush Semi-Desert Shrubland Group** | | |
| Loggerhead shrike (*Lanius ludovicianus*) | FS Sensitive | Riparian, PJ, Sagebrush shrublands, Grasslands, Semi-desert shrublands |
| Brewer's sparrow (*Spizella breweri*) | FS Sensitive | Sagebrush shrublands, Semi-desert shrublands |
| Sage sparrow (*Amphispiza belli*) | BCC, FS Sensitive | Plan components provide species diversity components.  BLM |

BLM_0031570

| Species | Source/Rank | Habitat |
|---|---|---|
| | | breeding, no breeding habitat on FS. Plan objectives for ecology invasives, fire and fuels better represented through loggerhead shrike. |
| Desert spiny lizard (*Sceloporus magister*) | BLM Sensitive, NatureServe S2 N5 | Sagebrush shrublands, Semi-desert shrublands, near flowing streams |
| Longnose leopard lizard (*Gambelia wislizenii*) | BLM Sensitive, State special concern, NatureServe S1 N5 | Sagebrush shrublands, Semi-desert shrublands, with open ground |
| **Cavity Nester Group** | | |
| Purple martin (*Progne subis*) | FS Sensitive | Aspen |
| Red-naped sapsucker (*Sphyrapicus nuchalis*) | BCC | Aspen, Riparian |
| Lewis' woodpecker (*Bombycilla garrulous*) | BCC, FS Sensitive | Riparian, PJ, Ponderosa pine |
| ***Mountain bluebird* (Sialia currucoides)** | ***MIS*** | Aspen, Ponderosa pine, Mixed conifer, Spruce fir |
| Flammulated owl (*Otus flammeolus*) | BCC, FS Sensitive | Aspen, Ponderosa pine, Mixed conifer, Spruce fir |
| Williamson's sapsucker (*Sphyrapicus thyroideus*) | BCC | Aspen, Ponderosa pine |
| Boreal owl (*Aegolius funereus*) | FS Sensitive, NatureServe S2 | Aspen, Riparian, Mixed conifer, Spruce fir |
| American three-toed woodpecker (*Picoides tridactylus*) | FS Sensitive | Spruce fir, Cool-moist mixed-conifer, and rarely pre-settlement ponderosa pine. |
| | | |
| **Alpine/Spruce-Fir Group** | | |
| American marten (*Martes americana*) | FS Sensitive, MIS | Spruce fir, Alpine tundra, Mixed conifer |
| North American wolverine (*Gulo gulo*) | State Endangered, FS Sensitive, NatureServe S1 | Alpine tundra, Spruce fir |

Appendix M – Highlight Species – Page M-5

BLM_0031571

BLM_0031572

# APPENDIX N - BLANK (RESERVED)

BLM_0031573

BLM_0031574

# APPENDIX O – BLM AND R2 REGIONAL FORESTER'S SENSITIVE SPECIES ON SJPL

BLM_0031575

BLM_0031576

## O) BLM AND R2 REGIONAL FORESTERS SENSITIVE SPECIES ON SJPL: FISH, WILDLIFE, AND PLANTS

| Sensitive Species | Agency | Habitat Association |
|---|---|---|
| **BIRDS** | | |
| American bittern *Botaurus lentiginosus* | FS | Marsh, swamp, or bog with cattails, rushes, grasses, and sedges |
| American peregrine falcon *Falco peregrinus anatum* | BLM and FS | Breeds on cliffs, often in association with riparian areas; regular breeder SJFO administrative unit |
| American three-toed woodpecker *Picoides dorsalis* | FS | Mature spruce-fir forests; post-fire areas, especially stand replacement events |
| Black swift *Cypseloides niger* | FS | Vertical rock faces near waterfalls or in dripping caves |
| Bald eagle *Haliaeetus americanus* | BLM and FS | Forested stands around aquatic settings |
| Black tern *Chlidonias niger* | BLM | Edges of bulrush and cattail marshes; not known to occur on SJFO administrative unit. Also R2 FS sensitive but does not occur on NFS lands within SJPL |
| Boreal owl *Aegolius funereus* | FS | Mature spruce-fir forests with high canopy closure |
| Brewer's sparrow *Spizella breweri* | FS | Primarily sagebrush but also in mixed shrublands (rabbitbrush, greasewood, etc.) |
| Columbian sharp-tailed grouse *Pedioecetes phasianellus columbianus* | FS | Oak/serviceberry shrublands, often interspersed with sagebrush; aspen forests; irrigated pasture; recently reintroduced near Dolores, not expected for other units |
| Ferruginous hawk *Buteo regalis* | BLM and FS | Grasslands and semi-desert shrub; not known to breed but a regular winter resident on SJFO administrative unit |
| Flammulated owl *Otus flammeolus* | FS | Open ponderosa pine forests; dry montane conifer or aspen forests, often with dense saplings |
| Gunnison sage grouse *Centrocercus minimus* | BLM | Sagebrush grasslands; two small populations known to be resident on SJFO administrative unit. Also R2 FS sensitive; however, does not occur on NFS lands within SJPL. |
| Lewis' woodpecker *Melanerpes lewis* | FS | Open ponderosa pine forest, riparian, and pinyon-juniper woodlands |
| Loggerhead shrike *Lanius ludovicianus* | FS | Lowland riparian, pinyon-juniper woodlands, semi-desert shrublands |
| Northern goshawk *Accipiter gentiles* | BLM and FS | Ponderosa pine, aspen, mixed-conifer, and spruce-fir forests |
| Northern harrier *Circus cyaneus* | FS | Grasslands, agricultural lands, mountain sagebrush, and marshes; requires abundant cover (same as for short-eared owl) |
| Olive-sided flycatcher *Contopus cooperi* | FS | Snags and conifers, often on steep slopes, open stands, and natural openings |
| Purple martin *Progne subis* | FS | Mature aspen stands near streams, springs, or ponds |
| Short-eared owl *Asio flammeus* | FS | Open habitats including grasslands, marsh edges, shrub-steppe, and agricultural lands; requires taller grass cover than northern harrier |
| Western burrowing owl *Athene cunicularia* | FS | Prairie dog colonies with vacant burrows; grasslands, shrublands, deserts |
| Western yellow-billed cuckoo *Coccyzus americanus* | BLM and FS | Riparian; gallery cottonwoods with dense understory |
| White-faced ibis *Plegadis chihi* | BLM | Spring/fall migrant only; wet meadows, marsh edges, and reservoir shorelines |
| White-tailed ptarmigan *Lagopus leucurus* | FS | Alpine tundra, especially with rock fields and willow carrs |

BLM_0031577

| Sensitive Species | Agency | Habitat Association |
|---|---|---|
| **INSECTS** | | |
| Nokomis fritillary butterfly *Speyeria Nokomis nokomis* | FS | Riparian; mostly tied to springs |
| **FISH** | | |
| Bluehead sucker *Catostomus disobolus* | BLM and FS | Tributaries of the Colorado and San Juan rivers |
| Colorado River cutthroat trout *Oncorhynchus clarkii pleuriticus* | BLM and FS | Freshwater streams |
| Flannelmouth sucker *Catostomus latipinnis* | BLM and FS | Tributaries of the Colorado and San Juan rivers |
| Roundtail chub *Gila robusta* | BLM and FS | Tributaries of the Colorado and San Juan rivers |
| **MAMMALS** | | |
| Allen's big-eared bat *Idionycteris phyllotis* | BLM | Woodlands, mines, and caves |
| American marten *Martes Americana* | FS | Subalpine spruce-fir forests, alpine tundra, montane forests |
| Big free-tailed bat *Nyctinomops macrotis* | BLM | Rocky and canyon country |
| Fringed myotis *Myotis thysanodes pahasapensis* | BLM and FS | Pinyon-juniper and other coniferous woodlands |
| Gunnison's prairie dog *Cynomys gunnisoni* | FS | Grasslands and semidesert and montane shrublands |
| North American wolverine *Gulo gulo* | FS | Rare; boreal spruce-fir forest and tundra |
| River otter *Lontra Canadensis* | FS | Stream and river riparian |
| Rocky Mountain bighorn sheep *Ovis canadensis canadensis* | FS | |
| Spotted bat *Euderma maculatum* | BLM and FS | Pinyon-juniper, shrub desert, possibly riparian |
| Townsend's big-eared bat *Corynorhinus townsendii* | BLM and FS | Abandoned mines and caves |
| Yuma myotis *Myotis yumanensis* | BLM | Pinyon-juniper, semi-desert and tied to riparian |
| **REPTILES** | | |
| Desert spiny lizard *Sceloporus magister* | BLM | Shrub-covered dirt banks and sparsely vegetated rocky areas near flowing streams |
| Longnose leopard lizard *Gambelia wislizenii* | BLM | Shrublands with open ground |
| **AMPHIBIANS** | | |
| Boreal toad *Bufo boreas boreas* | FS | Damp conditions; marshes, wet meadows, streams, ponds, lakes |
| Northern leopard frog *Rana pipiens* | FS | Water's edge; wet meadows, banks of marshes and ponds |
| **PLANTS** | | |
| *Astragulus naturitensis* | BLM | Pinyon-juniper woodlands |
| *Carex viridula* | BLM | Riparian areas and wetlands |
| *Cryptogramma stelleri* | BLM | Riparian areas and wetlands |
| *Ipomopsis polyantha* var. *polyantha* | BLM and FS (L) | Mountain grasslands and mountain shrublands |
| *Erigeron kachinensis* | BLM | Riparian/wetland |
| *Lesquerella pruinosa* | BLM and FS | Mountain grasslands and mountain shrublands |
| *Mimulus eastwoodiae* | BLM | Riparian/wetland |
| *Pediomelum aromaticum* | BLM | Semi-desert shrublands and sagebrush shrublands |
| *Eriophorum gracile* | BLM (L) and FS (L) | Riparian/wetland |
| *Salix serissima* | FS (L) | Riparian/wetland |

Appendix O – BLM and R2 Regional Forester's Sensitive Species – Page O-2

| Sensitive Species | Agency | Habitat Association |
|---|---|---|
| *Astragalus missouriensis var. humistratus* | FS | Pinyon-juniper woodlands, ponderosa pine forests |
| *Astragalus proximus* | FS | Ponderosa pine, pinyon-juniper, mountain shrubland |
| *Calochortus flexuosus* | FS (L) | Pinyon-juniper, semi-desert shrubland |
| *Carex diandra* | FS | Riparian/wetland |
| *Cypripedium parviflorum* | FS | Aspen, ponderosa pine |
| *Draba smithii* | FS | Mixed conifer, wetland |
| *Drosera anglica* | FS | Riparian/wetland |
| *Epipactis gigantean* | FS | Riparian/wetland |
| *Eriophorum altaicum var. neogaeum* | FS | Riparian/wetland |
| *Eriophorum chamissonis* | FS | Riparian/wetland |
| *Gilia sedifolia* | FS (L) | Alpine |
| *Machaeranthera coloradoensis* | FS | Alpine, spruce-fir |
| *Parnassia kotzebuei* | FS | Alpine |
| *Physaria pulvinata* | FS | Pinyon-juniper, semi-desert shrubland, sagebrush |
| *Salix arizonica* | FS (L) | Riparian/wetland |
| *Salix candida* | FS | Riparian/wetland |
| *Sphagnum angustifolium* | FS | Riparian/wetland |
| *Triteleia grandiflora* | FS | Ponderosa pine |
| *Utricularia minor* | FS | Riparian/wetland |

L – No known occurrences, but likely to occur due to potential habitat.

BLM_0031579

BLM_0031580

# APPENDIX P – FEDERALLY LISTED SPECIES

BLM_0031581

BLM_0031582

Forest management activities promote the continued conservation of federally listed species and the habitats on which they depend. Species listed as threatened or endangered under the Endangered Species Act and identified by the U.S. Fish and Wildlife Service as occurring on or being influenced by management activities of the SJPL were considered for this Plan. These 9 plant, animal, and fish species are displayed below.

**Table P.1 - Federally listed plant species on the SJPL**

| Plant Species | Status | Habitat Group |
|---|---|---|
| Knowlton's cactus* (*Pediocactus knowltonii*) | Endangered | Sagebrush, pinyon-juniper |
| *This species is not known to occur on SJPL, but has potential habitat on SJPL. | | |

**Table P.2 - Federally listed terrestrial wildlife species on the SJPL**

| Terrestrial Wildlife Species | Status | Habitat Group |
|---|---|---|
| Canada lynx (Lynx Canadensis) | Threatened | High-elevation conifer |
| Uncompahgre fritillary butterfly (Boloria acrocnema) | Endangered | Alpine |
| Southwestern willow flycatcher (Empidonax traillii extimus) | Endangered | Riparian |
| Mexican spotted owl (Strix occidentalis lucida) | Threatened | Douglas fir, ponderosa pine |

*Notes:*

*Canada lynx* populations and habitat are maintained or improved to contribute towards the recovery of this species by implementing conservation measures in the Canada Lynx Conservation Assessment and Strategy (LCAS) (Ruediger et al. 2000). Lynx analysis units (LAUs), areas of land with lynx habitat, are used to evaluate potential direct and indirect effects of projects or activities on individual lynx and to monitor habitat changes. Each LAU contains an appropriate mix of mature and late successional spruce-fir and other high-elevation conifer for denning (at least 10%), regenerating conifer stands for winter foraging and other habitats suitable for prey species (aspen and mixed conifer of various structural stages). Timber management actions sustain lynx habitats. No more than 15% of lynx habitat within an LAU is changed to unsuitable lynx habitat conditions by timber management actions within a 10-year period, and no more than 30% of lynx habitat in an LAU is in unsuitable lynx habitat condition at any point in time as a result of management activities. Connected forested habitats allow lynx and other large- and medium-size carnivores to move long distances in search of food, cover and mates (Ruediger et al 2000) between areas of forested cover types within and between LAUs on the GMUG. Habitat connectivity is maintained or improved within identified linkage areas between mountain ranges and adjacent forests. Lynx habitat integrity is protected by minimizing snow compaction in lynx habitat. Recreation activities are concentrated within existing developed areas and there are no net increases in areas affected by future groomed or designated over-the-snow routes and play areas.

BLM_0031583

Suitable lynx habitat provided on the planning area contributes to a self-sustaining population of Canada lynx in the Southern Rocky Mountains.

*Uncompahgre fritillary butterfly* abundance and vigor of snow willow (Salix nivalis) habitat is maintained or enhanced. Butterfly collection does not occur in occupied habitat. All known colonies of Uncompahgre fritillary butterfly on the planning area are stable or increasing in size. Surveys for new habitats or populations and monitoring of existing habitats or populations are conducted in cooperation with the agencies and USFWS. Potential threats to habitats or populations (such as from recreation use or livestock grazing) do not become actual threats. Recovery strategies described in the Uncompahgre Fritillary Butterfly Recovery Plan (USFWS 1994) are implemented.

Willow habitats capable of supporting *Southwestern willow flycatcher* are improved or maintained in suitable condition across the planning area. Other resource uses such as range management and recreation do not degrade habitat condition. Strategies in the recovery plan for Southwestern willow flycatcher (USFWS 2002) are implemented for the planning area.

Large, steep canyons on the planning area containing mature dense pinyon-juniper, ponderosa pine and Douglas fir stands are maintained in suitable condition to provide potential habitat for potential *Mexican spotted owl* population expansion within the planning area. Suitable habitat is protected from catastrophic fire by implementing prescribed fire in surrounding areas. Strategies in the recovery plan for Mexican spotted owl (USFWS 1995) will be implemented in areas of occurrence.

**Table P.3 - Federally listed aquatic species on the SJPL**

| Fish Species | Status | Habitat Group |
|---|---|---|
| Colorado pikeminnow (Ptchocheilus lucius) | Endangered | Aquatic |
| Razorback sucker (Xyrauchen texanus) | Endangered | Aquatic |
| Humpback chub (Gila cypha) | Endangered | Aquatic |
| Bonytail chub (Gila elegans) | Endangered | Aquatic |

*Notes:*

Forest management activities that affect water depletions are implemented in compliance with the Section 7 Agreement and Recovery Implementation Program Action Plan (RIPRAP) (USFWS 1993) and San Juan Basin Recovery Implementation Program (USFWS 2003) for the four endangered fish species found in the Upper Colorado and San Juan river systems (Colorado pikeminnow, razorback sucker, humpback chub, and bonytail chub).

BLM_0031584

# APPENDIX Q – DIVERSITY AND VIABILITY – A PLAN REVISION APPROACH

BLM_0031585

BLM_0031586

## INTRODUCTION

Management of ecological resources on San Juan Public Lands (SJPL) includes providing for a diversity of plant and animal communities and maintaining viable populations of all native and desired non-native wildlife, fish, and plant species. This is accomplished in this Plan in a multiple use framework through the sustainable management of ecological systems to provide conservation reserves and opportunities for human activity and resource extraction, and through species-specific management.

## ECOSYSTEM APPROACH

The management of ecosystems is a cornerstone of our planning approach. We focus on the principle that managing for natural diversity in the composition, structure, and function of the terrestrial ecosystems, riparian and wetland ecosystems, and aquatic ecosystems on SJPL will provide for sustainability. We also focus on the idea that sustaining these components of ecosystems will provide for the viability of the majority of species associated with them, including species with viability concerns and species we know little about such as bacteria, soil invertebrates, and microorganisms.

Management of ecosystems on SJPL includes restoration activities, identification and management of reserves and special areas, commodities management, habitat management, and adaptive management. It also includes the protection of abiotic features (soils, water, landforms) and ecosystem processes including disturbance (fire, insects, disease), succession, and hydrologic processes, all of which play an important role in providing ecosystem and species diversity and viability on SJPL. Disturbance and recovery from disturbance are important mechanisms for maintaining certain elements of genetic, species, and ecosystem diversity.

Needs and opportunities for management are identified through assessments and are communicated through program emphasis, desired conditions, objectives, and land use allocations in plan. Standards and guidelines play a role in providing protective measures to ecosystem elements.

An understanding of Historical Range of Variation (HRV) is used as an important foundation for our approach to managing terrestrial ecosystems. HRV describes the range of ecological conditions, including vegetation structure and patterns and the characteristics of natural disturbance regimes, that occurred on SJPL during the reference period. We define the reference period as the period of indigenous settlement from about 1500 to the late 1800s when broad-scale climatic conditions were variable but similar to those of today, and European-American settlers had not yet introduced the sweeping ecological changes (including timber harvest, livestock grazing, fire suppression, water diversions, dams, and roads) that have altered many Rocky Mountain landscapes. HRV information allows us to understand the important disturbances occuring within ecosystems of the SJPL, the consequences of disturbances, and the probable outcome of potential management actions. This knowledge is important for planning restoration actions and for understanding the consequences of management intended to produce ecological conditions that may be unlike conditions experienced in the past. Our intent is not necessarily to manage SJPL with HRV as a target  but rather to use HRV conditions as a context to help us formulate attainable and sustainable desired conditions that meet a variety of management goals.

The SJPL Aquatic, Riparian, and Wetland Assessment provides the foundation for the aquatic and riparian area and wetland ecosystems approaches for the Plan. It describes reference conditions and current conditions, identifies rare and important resources including wetland complexes, and identifies priority watersheds, riparian areas, and wetlands in need of restoration. It also evaluates the effects of anthropogenic influences on aquatic, riparian area, and wetland ecosystems, and describes ecological drivers, such as extent of glacial activity, stream gradient, climate, and geology, that provide a basis for how these ecosystems respond to disturbance.

A major ecosystem strategy of the Plan is the conservation reserve approach. We are providing for

BLM_0031587

diversity and viability by maintaining and protecting the many large unroaded lands on SJPL, and the intact ecosystems and linkages associated with them. These lands including wilderness areas, research natural areas, botanical areas, and roadless areas are relatively unaltered from human impacts and act as reserves to protect the ecosystems and the full range of biological diversity within them (Norton 1999). Reserves are large areas that are maintained in their natural state, within which natural disturbance processes are either allowed to proceed without interference or are mimicked through management (Scott et al. 1993, Noss and Cooperrider 1994). One management approach stresses that the maximum level of biodiversity will be conserved if the maximum diversity of habitats are represented in protected area networks (Scott et al. 1993, Noss and Peters 1995).

In addition to the reserve strategy, the SJPL ecosystem approach for the Plan includes proactive management actions that promote ecosystem and species diversity, viability, and sustainability including vegetation management through wildland fire use, management-ignited fire, timber harvest, and invasive species management. Although these activities have the potential for adverse effects to ecosystems and species on SJPL, they will be designed to prevent or minimize adverse effects and most will also be designed to maintain or improve ecological conditions. Wildland fire use and management-ignited fire will be used to introduce fire to ponderosa pine and warm-dry mixed conifer forests where it was a frequent disturbance agent during the reference period (HRV conditions), but has been absent from these ecosystems in many places for a long time. Timber harvest and fuels reduction projects will be used to reduce the density of trees and open up the forest canopy in ponderosa pine and warm-dry mixed conifer forests in order to create structural conditions more similar to those of the reference period (HRV conditions). Invasive species management will be used to prevent the introduction and spread of invasive species that compete with native species. These proactive management actions provide for the diversity and viability of ecosystems and species by creating more sustainable ecosystem conditions.

## SPECIES APPROACH

The management of species is also fundamental to our planning approach since threats to some species and the factors limiting populations of other species are not always linked strongly to broader ecosystem conditions. For instance, cutthroat trout habitat may be threatened by hydrological conditions which can be managed through restoration of ecosystems, or cutthroat trout may be threatened by genetic introgression of non-native fish which is best handled through a species-specific approach.

Species management begins with the identification of special status species. This process assures that certain species are evaluated and managed because of their conservation status or their importance to the public. These species may include certain rare or endemic species, species at risk of decline, economically important species, and species not adequately protected by the management of their ecosystems. Federally listed species, candidate species, R2 Regional Forester's Sensitive Species, BLM Special Status Species, and SJPL Highlight Species are addressed through species management.

## PLANNING PROCESS

Management of ecosystems and species on SJPL to provide for diversity and viability starts with the identification of desires, needs, and opportunities for management as identified through agency policy, ecological assessments, and public input. These are then communicated in the Plan through Plan components including background information, issues, land use allocations, desired conditions, and proactive measures such as program emphasis and objectives. Additional plan components including standards and guidelines, management indicator species, and monitoring play a role in providing protection measures to ensure ecosystem sustainability.

BLM_0031588

Plan components are linked together to provide an integrated planning process. Current ecological conditions on SJPL, as described in the background sections of the Plan, lead to Plan issues which lead to the development of desired conditions that facilitate the development of objectives, land use allocations, standards and guidelines, and program emphasis to achieve those desired conditions. Then management indicator species and monitoring are used to identify whether Plan components have been implemented properly and are achieving their intended purpose. If not, adaptive management is initiated.

Plan components and their relationship to diversity and viability are described below.

## Background

The background section of the Plan describes the current condition of the resource. It sets the stage for the development of Plan issues and other Plan components.

The current conditions of the aquatic, riparian area and wetland, and terrestrial ecosystems on SJPL are described below. These conditions set the stage for the development of Plan issues and other Plan components that will provide for the diversity and viability of ecosystems and species on SJPL.

*Aquatic ecosystems* - A variety of land management activities occurring throughout the planning area over the last 100 years have impacted their aquatic ecosystems. Where they once occurred, or where they continue to occur, recreation, commercial, and management activities (including hard-rock mining, livestock grazing, timber harvesting, road construction, and a variety of water-development projects) have, in general, reduced the quantity and/or quality of aquatic habitats. As a result, their ability to support self-sustaining and functioning populations of fish and other aquatic biota has been reduced on a number of streams and rivers within the planning area. This is most evident in areas impacted by consumptive uses of water. The cumulative impacts of hundreds of existing water developments have resulted in adverse and on-going impacts to the composition, structure, and functioning of aquatic habitats. Where fish-population monitoring has been conducted downstream of water developments, significant decreases in population densities have been observed.

The introduction of non-native fish species, as well as the occurrence of potentially lethal pathogens, has resulted in the decline of some species. The stocking of non-native trout species over many years has come at a significant cost to the native Colorado River cutthroat trout. Native sucker species have also declined due to the loss of aquatic habitat, and as a result of hybridization with the introduced white sucker. The parasite *Myxobolus cerebralis (*which causes whirling disease in trout) is becoming more widespread throughout the planning area and is known to have increased mortality rates for infected populations.

More recently, fish population levels have been reduced by prolonged drought. This has reduced natural streamflow and resulted in increased demands for water for human consumptive uses. These increased demands have, in turn, resulted in numerous additional water-development proposals. With continued drought, and the increasing demand for consumptive water uses, aquatic habitats and fish populations are likely to experience additional declines.

*Riparian area and wetland ecosystems* - Due to human impacts, riparian areas and wetland ecosystems have changed dramatically during the last century-and-a-half in the southwestern United States (Blair et al. 1996; Dick-Peddie 1993). Human impacts to riparian areas and wetland ecosystems include urbanization, agriculture, logging, livestock grazing, mining, recreation, roads, dams, diversions, and the introduction of non-native species. These impacts have reduced native hydrophytic species (most notably cottonwood and willows), increased invasive species, changed dominant life forms (from trees or shrubs to herbs), reduced water flow, and lowered water tables.

Some fens within the planning area have been adversely impacted by management activities, including by roads that are in or adjacent to them, by roads that are impacting their hydrology, and by

BLM_0031589

damage caused by off-road vehicles. The non-native shrub tamarisk, which competes with native cottonwoods and willows, has invaded much of the Dolores River Canyon and its lower tributaries.

*Terrestrial ecosystems* - The current conditions found throughout the planning area differ from conditions that occurred during the reference period (HRV conditions). In many ponderosa pine forests, for example, the combination of unmanaged livestock grazing, timber harvesting, and fire exclusion during the last century have lengthened fire frequencies and have created unnatural forest structures (Romme et al. 2006). The current forest structures that display high stem densities of medium-sized trees and closed canopy covers are unlike the open-canopied, multi-sized structures of the ponderosa pine forests that dominated the reference period. Many of these forests have lost the large, old trees, as well as some of the native bunchgrasses that were once common. Consequences of the current structure in ponderosa pine forests include epidemic insect and disease outbreaks, increased risk of destructive wildfires (fires that are much hotter than they were during the reference period; fires that are increasingly difficult to control), a reduction in ponderosa pine regeneration, an increase in the abundance of white fir, and a reduction in biological diversity (Moir et al. 1997, Wu 1999).

Similar to ponderosa pine forests, many warm-dry mixed-conifer forests currently display forest structures that differ from HRV conditions. This is due to the combination of fire exclusion and selective timber harvesting. Structures that display high stem densities and closed canopy covers are unlike the less dense, open-canopied structures of the warm-dry mixed-conifer forests that dominated the reference period. The large, old ponderosa pine and Douglas-fir trees that once dominated many of these forests are gone. They have been replaced by smaller, younger trees, including white fir which has significantly increased during the long fire-free period of the Twentieth Century. Consequences of the current structure of these forests are similar to those described above for ponderosa pine forests. The establishment of new ponderosa pine and Douglas-fir trees has tapered off, or stopped altogether, in many warm-dry mixed-conifer forests due to the dense stand conditions (Wu 1999).

Many of the mountain grasslands found within the planning area have been significantly impacted by the unmanaged livestock grazing that occurred within the planning area from the late 1800s through to the mid-1900s (Romme et al. 2006). These grasslands currently display a composition and structure that is very different from the HRV conditions. Many native bunchgrasses (including Arizona fescue) are absent or rare having been replaced by non-native species and/or undesirable native species. Bare soil, compaction, and erosion have increased; litter has decreased. Structural conditions typically display an open canopy and reflect the short, sparse foliage of Kentucky bluegrass (which provides limited litter and organic matter for nutrient cycling and soil development, as well as limited protection to the soil surface from raindrop impacts, runoff, compaction, and erosion). This is unlike the HRV conditions, where there was typically a high density, relatively closed-canopy, and well-distributed arrangement of tall bunchgrasses (which provided an abundance of litter and organic matter for energy flow, nutrient cycling, and soil development, and protected the soil surface from raindrop impacts, runoff, compaction, and erosion).

Many of the semi-desert shrublands, semi-desert grasslands, sagebrush shrublands, and pinyon-juniper woodlands have also been significantly impacted by the unmanaged livestock grazing that occurred within the planning area from the late 1800s through to the mid-1900s. These areas currently display an herbaceous species composition that is very different from the HRV conditions. Native cool- and warm-season bunchgrasses are absent or rare on many sites having been replaced by non-native species and/or undesirable native species, including cheatgrass. Relative to HRV conditions, biological soil crusts in these vegetation types have also decreased.

Other current vegetation conditions within the planning area that differ from HRV conditions include a decrease in old-growth ponderosa pine and warm-dry mixed-conifer forests, a decrease in young- and mid-stages of spruce-fir and cool-moist mixed-conifer forests, a decrease in young aspen forests, a decrease in native bunchgrasses in many mountain grasslands, and an adverse increase in white fir in many mixed-conifer forests east of the Animas River.

BLM_0031590

**Planning Issues**

Planning issues identified from current social, economic, and ecological conditions are used to develop desired conditions, objectives, program emphasis, and monitoring items. Four broad planning issues were identified by the public and the ID team as follows.

➢ Balancing Management between the Ideas of Maintaining "Working Forest and Rangelands" and Retaining "Core Undeveloped Areas"

➢ Recreation and Travel Management

➢ Management of Special Areas and Unique Landscapes

➢ Oil and Gas Leasing and Development

Other ecological planning issues relative to diversity and viability as identified by the Plan ID Team through information in ecological assessments (AWRA, Terrestrial, HRV, and CLC) include:

➢ The current structural condition of many ponderosa pine forests and warm-dry mixed conifer forests differs from conditions that occurred during the reference period (HRV conditions) for these types.

➢ The current herbaceous composition of many mountain grasslands, semi-desert shrublands, semi-desert grasslands, sagebrush shrublands, and pinyon-juniper woodlands on SJPL differs from conditions that occurred during the reference period (HRV conditions) for these types.

➢ The current amount of old growth ponderosa pine and warm-dry mixed conifer forests is significantly less than what occurred during the reference period (HRV conditions) for these types.

➢ The current amount of the young and mid development stages of spruce-fir and cool-moist mixed conifer forests are significantly less than what occurred during the reference period (HRV conditions) for these types.

➢ The current amount of the young development stage of aspen forests is significantly less than what occurred during the reference period (HRV conditions) for this type.

➢ There is too much white fir in many mixed conifer forests east of the Animas River.

➢ Effects to water quantity due to water depletions associated with reservoirs, diversions, and oil and gas development.

➢ Effects to water quality due to soil erosion and sedimentation associated with ground-disturbing activities (fuels treatments, oil and gas development, timber harvest, livestock grazing, road construction, and recreation).

➢ Effects to native species and their habitat associated with changing the structure and function of ponderosa pine forests due to timber harvest activities and fuels treatments that remove ponderosa pine trees and Gambel oak.

➢ Effects to native species and their habitat in spruce-fir and cool-moist mixed conifer forests due to recreation and timber harvest activities.

➢ Effects to native species and their habitat associated with changing the composition, structure, and function of aspen forests due to clearcut timber harvest activities.

➢ Effects to native species and wildlife winter range (pinyon-juniper woodlands, sagebrush shrublands, mountain shrublands, and ponderosa pine forests) due to recreation activities, fuels treatments, oil and gas development, and timber harvest activities.

**Desired Conditions**

Desired conditions encompass the goals of land and resource management, and are statements of the social, economic, and ecological elements and values toward which management strives to

BLM_0031591

achieve. Desired conditions set the foundation for objectives, program emphasis, standards and guidelines, and monitoring that are described later in the Plan. In most cases desired conditions on SJPL are designed to be compatible. If desired conditions are conflicting or incompatible during Plan implementation, the ones that protect and sustain diversity and viability of species and ecosystems will be implemented.

The Plan contains many desired conditions relative to diversity and viability on SJPL as found in the soils, water, aquatic ecosystems, riparian area and wetland ecosystems, terrestrial ecosystems, terrestrial wildlife, MIS, invasive species, and species sections. Some are general and focused on the sustainability of ecosystems (such as vegetation types, fens), ecological processes (succession, fire frequency, insects & disease cycles, hydrologic function, and flooding), and groups of species (such as sensitive species, BLM Special Status Species, and SJPL highlight species). Others are specific and focused on the sustainability of individual species (such as the Uncompahgre fritillary butterfly - an endangered insect, *Ipomopsis polyantha* - a candidate plant species, and the bluehead sucker – a sensitive fish species) and ecosystem components such as snags, wood on the forest floor, and raptor nests. Some are focused on the abiotic components that are critical to sustaining diversity and viability on SJPL such as protecting soil productivity, ground cover, soil moisture, water quality, and water quantity. Major vegetation type narratives and the development stage Table 3 of the forest vegetation types provide many desired conditions relative to diversity and viability on SJPL.

### Program Emphasis

The program emphasis section is developed in part from desired conditions and outlines where management for that program will be focused. It is a place where actions and activities that are important to achieving desired conditions can be described, including ones that aren't identified in the objectives section.

Program emphasis relative to diversity and viability is found in the ecology, wildlife, and fish programs where sustainable ecosystem and species management throughout the planning area is emphasized. It includes acquiring and using the best available science relative to ecosystems (terrestrial, aquatic, and riparian area and wetland) and species within the planning area as found in the SJPL assessments (AWRA, Terrestrial, HRV, CLC, and R2 Species) and other relevant literature.

Program emphasis includes continuing ongoing Plan-scale inventories for old growth forests, rare plants, soils, vegetation types, and fens, and initiating new riparian area and wetland inventories. It includes producing new or modifying existing ecological assessments in order to have the best available information relative to ecosystems and species and the diversity and viability associated with them. It also includes developing vegetation classification systems, identifying plants and vegetation communities, conducting biological evaluations, monitoring, establishing Research Natural Areas and reference sites, using predictive models, and identifying research needs, all of which can provide for diversity and viability on SJPL.

Program emphasis includes ensuring that ecological data, issues, and opportunities relative to diversity and viability of ecosystems and species are adequately recognized and considered in all projects and management actions, through ID team participation and input into environmental documents including the development of biological evaluations, biological assessments, and project mitigation measures. It also includes participation in recovery plans for T&E species.

### Objectives

Objectives are concise projections of measurable, time-specific intended outcomes. They are a means of progressing toward, maintaining, or achieving desired conditions. Not all desired conditions have a corresponding objective because some are general aspirational statements that do not have measurable, time-specific outcomes and others have low priorities. Criteria for prioritizing objectives included agency goals, budget constraints, ecological needs, social needs, threats to ecological conditions, time considerations, and safety.

BLM_0031592

Objectives in the Plan relative to diversity and viability on SJPL are found in the soils, water, aquatic ecosystems, riparian area and wetland ecosystems, terrestrial ecosystems, terrestrial wildlife, MIS, and species sections. Most objectives focus on the restoration of ecosystems such as restoring stream habitat, damaged fens, desirable native bunchgrasses to mountain grasslands, restoring the structure and function of ponderosa pine or warm-dry mixed conifer forests that have been without fire for decades, and restoring Gunnison sage grouse habitat by mechanical or prescribed fire treatments to remove pinyon and juniper trees from sagebrush shrublands. Ecological restoration can provide improved habitat for species that may not otherwise be using the degraded habitat, thus providing for the viability of those species.

Other objectives relative to sustaining diversity and viability on SJPL are found in active management sections of the Plan including the Fire and Fuels Management (wildland fire use), Invasive Species (eradicate noxious weeds), Recreation (designate motorized and mechanized vehicle routes), Timber (restoration harvests), and Livestock and Rangeland Management (satisfactory rangeland conditions) sections.

## Land Use Allocations

Land use allocations on SJPL are assigned through the designation of Management Areas (MA). Each MA has a different mix of uses and activities that are compatible with its management emphasis and desired conditions. MAs provide a spectrum of management that range from little to no active management (as in MA 1 - Natural Processes Dominate) to heavily managed and highly altered lands (as in MA 8 - Highly Developed Areas). Lands are assigned a MA based on public input, past activities, desired conditions, the inherent capability of the land to provide the use or activity in a sustainable manner, and through suitability analysis that analyzed a lands capability for timber harvest, livestock management, motorized travel, water development, mineral and energy production, and biological diversity protection. SJPL ecological assessments (AWRA, HRV, and CLC) were used to help identify land suitability and MAs through identification of sensitive watersheds, lands with high biological diversity values, large unroaded areas, reserves, special areas, lands highly impacted from past management activities, and lands in need of restoration.

MAs 1, 2, and 3 are designed to sustain diversity and viability of ecosystems and species by limiting management activities and managing for relatively unaltered ecological conditions. Less active management activities means less potential for adverse effects to ecosystems and species.

MA1 lands (Natural Processes Dominate) include wilderness areas and roadless areas that are relatively unaltered from human impacts and act as reserves to protect the ecosystems and the full range of biological diversity within them (Norton 1999). Reserves are large areas that are maintained in their natural state, within which natural disturbance processes are either allowed to proceed without interference or are mimicked through management (Scott et al. 1993, Noss and Cooperrider 1994).

MA2 lands (Special Areas and Unique Landscapes) contain special areas many of which limit management activities and manage for relatively unaltered ecological conditions including 9 research natural areas; the Chattanooga and Burro Bridge iron fens Special Botanical Areas which protect fens and the rare mosses, lichen, and liverworts within them; the O'neal Hill Special Botanical Area which protects the largest known population of the globally rare sensitive plant species, *Lesquerella pruinosa*; and the Big Gypsum Valley ACEC which protects Gypsum rim-lichen (*Lecanora gypsicola*) and Nodule cracked lichen (*Acarospora nodulosa var. nodulosa*), both critically imperiled species (G1S1), and *Cryptantha gypsophila*, a sensitive plant species.

MA3 lands (Natural Landscapes, with Limited Management) are designed mostly for restoration purposes needed because of natural disturbance events or past management actions. Ecological restoration can provide improved habitat for species that may not otherwise be using the degraded habitat, thus providing for the viability of those species. Management activities may also include;

BLM_0031593

prescribed burns; wildland fire use; salvage logging following fire, insect epidemics, or wind events; hazardous fuels reduction; and invasive species reduction.

## Standards and Guidelines

Standards and guidelines are design criteria used in project design and implementation in order to protect resources and help ensure that Plan components, including desired conditions and objectives, are achieved. They are project-level operational controls that help ensure that projects are consistently implemented in ways that reduce environmental impacts.

Standards and guidelines play an important role in providing protective measures to ecosystems and species. The Plan contains many standards and guidelines relative to diversity and viability on SJPL as found in the soils, water, aquatic ecosystems, riparian area and wetland ecosystems, terrestrial ecosystems, terrestrial wildlife, MIS, species, and livestock and rangeland management sections. Many are focused on the sustainability of ecosystems (such as old growth ponderosa pine and warm-dry mixed conifer forests, aquatic habitat for Colorado River cutthroat trout, fens) and groups of species (such as birds, mammals, invertebrates, BLM Sensitive plant species, and SJPL highlight species). Some are focused on ecological processes (hydrologic function). Many are focused on the sustainability of individual species (such as Colorado River cutthroat trout - a sensitive species, *Pediocactus knowltonii* - an endangered species), *Ipomopsis polyantha* - a candidate species). Some focus on preventing undesirable ecological components from inhabiting ecosystems (invasive plant species, sediment). Some focus on livestock management and others focus on abiotic components that are critical to sustaining diversity and viability on SJPL (such as soil erosion and landslide prevention, ground cover protection, water quality, and water quantity).

Standards and guidelines found in the WCPH are also important for sustaining the diversity and viability of ecosystems and species on SJPL.

## Monitoring

Monitoring and evaluation are activities designed to determine how well desired conditions and objectives are being met, as well as how closely management standards and guidelines have been applied. Monitoring generally includes the collection of data and information, either by observation or by measurement. Evaluation entails the analysis of the data and information collected during monitoring. Evaluation results form the basis for adaptive management within the planning area.

The monitoring section of the Plan identifies many items related to sustaining the diversity and viability of ecosystems and species on SJPL. Many of these items are associated with ecosystem restoration (watersheds, stream habitat, riparian area vegetation, rangeland soils and vegetation). Others are associated with ecosystems (young spruce-fir, cool-moist mixed conifer, and aspen forests; ponderosa pine forest structures, old growth ponderosa pine forests), and others are associated with species (Colorado River cutthroat trout, *Festuca arizonica,* willows, sensitive plants, MIS population trends).

The monitoring section will use Management Indicator Species (MIS) to assess the effects of management activities on their populations and on the habitats (ecosystems) with which they are associated. Changes in MIS populations or their habitats could indicate that current management is adversely affecting the diversity or viability of the species within them.

## Management Indicator Species

Management Indicator Species (MIS) are species which are monitored at the Forest Plan scale in order to assess the effects of management activities on their populations and on the habitats with which they are associated. Changes in MIS populations or their habitats could indicate that current management is adversely affecting the composition structure, or function of those habitats, resulting in Plan direction not being met and the need for adaptive management. MIS provide a mechanism to

BLM_0031594

focus management actions on addressing management concerns and monitoring management effects. MIS are addressed in the Plan through the development of desired conditions, objectives, program emphasis, standards and guidelines, and monitoring sections.

MIS on SJPL were chosen to address the last six ecological issues above. MIS will help to provide for diversity and viability on SJPL by monitoring ecosystem (habitat) conditions in aquatic ecosystems, ponderosa pine,  spruce-fir, and cool-moist mixed conifer forests, and winter range habitats (pinyon-juniper woodlands, sagebrush shrublands, mountain shrublands, and ponderosa pine forests). Adverse affects to these ecosystems, identified through monitoring items in the monitoring section of the Plan, could be adversely affecting the viability of these ecosystems and the MIS and other species associated with them. In that case, adaptive management will be incorporated to change management actions so that they are compatible with desired conditions in the Plan and aren't contributing to adverse effects to ecosystem or species viability.

### Adaptive Management

Adaptive management is used to make sure management actions are sustainable and not having adverse ecological effects. Adaptive management acknowledges that our understanding of complex ecological systems is limited and we may make mistakes, but the seriousness of those mistakes can be reduced by placing forest management into a consciously experimental framework, by carefully observing the ecosystem's response to management actions, and by modifying our actions appropriately as we learn more about the ecosystems.


### EXAMPLES

The following examples demonstrates how Plan components link together and provide for the viability of the Colorado River Cutthroat Trout, *Lesquerella pruinosa,* and lynx. The approach centers on sustaining the ecosystems that the species relies on, and providing for the needs of the species that may not be adequately protected by the ecosystem approach.

### Species 1:  Colorado River Cutthroat Trout (FS and BLM sensitive, and MIS)

### Background

A variety of land management activities occurring throughout the planning area over the last 100 years have impacted aquatic ecosystems. Where they once occurred, or where they continue to occur, recreation, commercial, and management activities (including hard-rock mining, livestock grazing, timber harvesting, road construction, and a variety of water-development projects) have, in general, reduced the quantity and/or quality of aquatic habitats. As a result, their ability to support self-sustaining and functioning populations of fish and other aquatic biota has been reduced on a number of streams and rivers within the planning area. This is most evident in areas impacted by consumptive uses of water. The cumulative impacts of hundreds of existing water developments have resulted in adverse and on-going impacts to the composition, structure, and functioning of aquatic habitats. Where fish-population monitoring has been conducted downstream of water developments, significant decreases in population densities have been observed.

The introduction of non-native fish species, as well as the occurrence of potentially lethal pathogens, has resulted in the decline of some species. The stocking of non-native trout species over many years has come at a significant cost to the native Colorado River cutthroat trout. Native sucker species have also declined due to the loss of aquatic habitat, and as a result of hybridization with the introduced white sucker. The parasite *Myxobolus cerebralis (*which causes whirling disease in trout) is becoming more widespread throughout the planning area and is known to have increased mortality rates for infected populations.

BLM_0031595

More recently, fish population levels have been reduced by prolonged drought. This has reduced natural streamflow and resulted in increased demands for water for human consumptive uses. These increased demands have, in turn, resulted in numerous additional water-development proposals. With continued drought, and the increasing demand for consumptive water uses, aquatic habitats and fish populations are likely to experience additional declines.

## Planning Issues

> ➢ Effects to water quantity (and to the aquatic species, such Colorado River cutthroat trout, that are affected by water quantity) due to water depletions associated with reservoirs, diversions, and oil and gas development.

> ➢ Effects to water quality (and to the aquatic species, such Colorado River cutthroat trout, that are affected by water quality) due to soil erosion and sedimentation associated with ground-disturbing activities (fuels treatments, oil and gas development, timber harvest, livestock grazing, road construction, and recreation).

## Desired Conditions

- Long-term aquatic ecosystem sustainability is maintained.

- Aquatic habitat quantity and quality are maintained or enhanced to provide
for long-term sustainability and viability of all native and desired non-native vertebrate species.

- Connectivity between water bodies provides for all life history functions of aquatic species. Aquatic systems are connected in a manner that avoids fragmentation of aquatic habitats and provides for the movement of aquatic species, sufficient to ensure that fish populations are not isolated.

- All native and/or desired non-native fisheries thrive in the vast majority of systems historically capable of supporting such fisheries.

- Populations of aquatic species across the planning area are sustainable, adequately mobile, genetically diverse, and functionally diverse.

- Federally listed species, Candidate species, R2 Regional Forester's Sensitive Species, BLM Special Status Species, and SJPL highlight species maintain self-sustaining, viable populations and new habitat to expand into.

## Program Emphasis

The aquatics program strives to provide ecological conditions in the vast majority of stream, river, and lake systems sufficient to support a diversity of native and desired non-native fish species and/or other aquatic biota over the long term. Proactive management of aquatic habitats and populations is critical to reversing downward population trends. In order to best maintain and protect native and desired non-native fish species, USFS Management Indicator Species (MIS), and USFS and BLM Sensitive Fish Species, the design of land management activities in the planning area would accomplish objectives and meet desired conditions for fisheries. BMPs would be used, and mitigation measures would be implemented, in order to minimize any adverse impacts of management activities on populations and habitats of fish and other aquatic species.

Plan implementation and consistent monitoring of outcomes for fisheries and aquatic habitat would provide the impetus toward achieving desired conditions. Periodic inventories and surveys of streams, stream segments, and lakes are needed in order to determine the natural range and frequency of aquatic habitat conditions, the specific habitat quality, the species population levels, and stream/lake health. Habitat improvement projects should be prioritized where specific assessments have identified habitat-related constraints to fish populations. Monitoring will provide an evaluation designed to help identify needs for possible LMP amendments or other changes in management practices. Scientific efforts to track changing conditions in key areas and for specific species is an important step in

BLM_0031596

accomplishing objectives and achieving desired conditions for the fisheries program. In general, water developments and other special uses should contain terms and conditions necessary in order to achieve LMP objectives and desired conditions.

LMP implementation involves close coordination with the CDOW and the USFWS.  Although cooperation with the CDOW and the USFWS is critical, partnerships with other State and Federal agencies, as well as with interested individuals and organizations, are also an important means to achieve desired conditions and accomplish multiple objectives (and could yield much needed funding for fish habitat management activities).

## Objectives

 - Over the life of the Plan, establish 5 new additional populations of Colorado River Cutthroat Trout in cooperation with Colorado Division of Wildlife.

- Annually, enhance or restore 5 to 15 miles of stream habitat in order to maintain or restore structure, composition, and function of physical habitat for USFS MIS or USFS and BLM Sensitive Species.

- Over the implementation-life of the Plan, connect 10 to 15 miles of fragmented stream habitat in order to provide for aquatic species migration and for the establishment of aquatic metapopulations, especially for Colorado cutthroat trout (USFS MIS, and USFS and BLM Sensitive Species), and for other BLM and USFS Sensitive Species.

## Land Use Allocations

The Plan provides for the viability of this species through the designation of a Research Natural Area and management area 1 lands in the Hermosa watershed where populations of Colorado River Cutthroat Trout currently exist and where new populations of Colorado River Cutthroat Trout will be introduced. These land allocations are designed to preserve aquatic habitat for aquatic species and for the populations of species within them.

## Standards and Guidelines

- Management activities throughout the Unit should be consistent with the objectives of the Conservation Agreement and Strategy for Colorado River Cutthroat Trout in the States of Colorado, Utah, and Wyoming. For formally designated conservation populations of Colorado River cutthroat trout, 100% of existing habitat must be maintained.

- Streamflow in each reach should be sufficient to maintain, for each life stage of each target species, a minimum of 50% of the Weighted Usable Area that would occur under natural flow conditions.

- Habitat quality, including large woody debris, residual pool depths, composition of habitat units (eg. pools, riffles), and overall habitat complexity, should be maintained or improved commensurate with reference stream conditions and in a manner that maintains viable, self-sustaining fish populations.

- Conservation pools should be provided in water storage facilities where there are trout Management Indicator Species.

- Streamflow in riffle habitats should be at levels that maintain minimum water depth, wetted perimeter, and mean velocity values consistent with those identified for each stream size category identified below.

BLM_0031597

| Bankfull Width (ft) | Mean Depth (ft) | Wetted Perimeter (%) | Mean Velocity (ft/sec) |
|---|---|---|---|
| 1 to 20 | ≥ 0.2 | 50 | 1.0 |
| 21 to 40 | 0.2 to 0.4 | 50 | 1.0 |
| 41 to 60 | 0.4 to 0.6 | 50 to 60 | 1.0 |
| > 60 | > 0.6 | > 60 | 1.0 |

Standards and guidelines found in the WCPH are also important for sustaining the diversity and viability of aquatic and riparian area ecosystems and species on SJPL.

## Monitoring

The Plan provides for the viability of this species through the Plan's monitoring section which includes the following monitoring questions:

- Have new populations of Colorado River Cutthroat trout been established by the Colorado Division of Wildlife on potential streams?

- Are streams providing for aquatic species migration and establishment of aquatic meta-populations?

- What are the habitat and population trends for MIS on lands within the planning area?

## Management Indicator Species

The Plan provides for the viability of the Colorado River Cutthroat trout and its habitat by designating it as a Management Indicator Species. In so doing, plan components are identified for it including monitoring items to track its population and habitat trends.

## Adaptive Management

Changes in the populations or habitats of this MIS could indicate that current management is adversely affecting its viability or the viability of its habitat, in which case adaptive management would be implemented to change management direction in order to sustain the viability of the species and its habitat.

## Species 2: *Lesquerella pruinosa* (FS and BLM sensitive)

## Background

*Terrestrial ecosystems* - The current conditions found throughout the planning area differ from conditions that occurred during the reference period (HRV conditions). Many of the mountain grasslands found within the planning area have been significantly impacted by the unmanaged livestock grazing that occurred within the planning area from the late 1800s through to the mid-1900s (Romme et al. 2006). These grasslands currently display a composition and structure that is very different from the HRV conditions. Many native bunchgrasses (including Arizona fescue) are absent or rare having been replaced by non-native species and/or undesirable native species. Bare soil, compaction, and erosion have increased; litter has decreased. Structural conditions typically display an open canopy and reflect the short, sparse foliage of Kentucky bluegrass (which provides limited litter and organic matter for nutrient cycling and soil development, as well as limited protection to the soil surface from raindrop impacts, runoff, compaction, and erosion). This is unlike the HRV conditions, where there was typically a high density, relatively closed-canopy, and well-distributed arrangement of tall bunchgrasses (which provided an abundance of litter and organic matter for

BLM_0031598

energy flow, nutrient cycling, and soil development, and protected the soil surface from raindrop impacts, runoff, compaction, and erosion).

### Planning Issues

➢ The current herbaceous composition of many mountain grasslands on SJPL differs from conditions that occurred during the reference period (HRV conditions) for this type.

### Desired Conditions

- The major vegetation types of the SJPL are sustainable, resistant to change, resilient, and dominated by desirable native plant species.

- Federally listed species, Candidate species, R2 Regional Forester's Sensitive Species, BLM Special Status Species, and SJPL highlight species maintain self-sustaining, viable populations and new habitat to expand into.

- The highly erosive and easily compacted shale soils of the SJPL that provide the habitat for *Lesquerella pruinosa, Ipomopsis polyantha, Astragalus missouriensis var. humistratus, Physaria pulvinata,* and *Townsendia glabella* maintain the soil productivity necessary to support and sustain these rare plant species.

### Program Emphasis

The SJPL Plan provides for the viability of this species through protection of the composition, structure, and function of the terrestrial ecosystems (mountain grasslands and mountain shrublands) that this species is associated with, using knowledge of HRV conditions.

Program emphasis includes acquiring and using the best available science relative to *L. pruinosa* and its mountain grassland and mountain shrubland ecosystems as found in the SJPL assessments (Terrestrial, HRV, CLC, and R2 Species) and other relevant literature. It includes continuing ongoing Plan-scale inventories for rare plants. It includes producing new or modifying existing ecological assessments in order to have the best available information relative to ecosystems and species and the diversity and viability associated with them.

Program emphasis includes ensuring that ecological data, issues, and opportunities relative to *L. pruinosa* and its mountain grassland and mountain shrubland ecosystems are adequately recognized and considered in all projects and management actions, through ID team participation and input into environmental documents including the development of biological evaluations, biological assessments, and project mitigation measures.

### Land Use Allocations

The SJPL Plan provides for the viability of this species through the designation of the O'neal Hill Botanical Area which was created to preserve the habitat for *Lesquerella pruinosa* and the populations of that species within it.

### Standards and Guidelines

- Projects should be designed to avoid R2 Regional Foresters Sensitive Plant Species, BLM Sensitive Plant Species, and SJPL Highlight Plant Species and their current and potential habitat, and these species and their current and potential habitat should be avoided during project implementation unless the project is designed to improve their habitat.

### Monitoring

BLM_0031599

The Plan provides for the viability of this species through the Plan's monitoring section which includes the following monitoring questions:

- Are R2 Regional Forester's Sensitive Plant Species and those BLM Special Status Plant Species not currently listed as endangered or threatened trending toward federal listing under the Endangered Species Act?

**Adaptive Management**

Changes in the populations or habitats of this species could indicate that current management is adversely affecting its viability or the viability of its habitat, in which case adaptive management would be implemented to change management direction in order to sustain the viability of the species and its habitat.

**Species 3:  Lynx (threatened species)**

**Background**

The current conditions found throughout the planning area differ from conditions that occurred during the reference period (HRV conditions). Young- and mid-stages of spruce-fir and cool-moist mixed-conifer forests, and young aspen forests are uncommon relative to reference period conditions (HRV). These development stages provide important foraging habitat for lynx.

**Planning Issues**

➢  The current amount of the young and mid development stages of spruce-fir and cool-moist mixed conifer forests are significantly less than what occurred during the reference period (HRV conditions) for these types.

➢  The current amount of the young development stage of aspen forests is significantly less than what occurred during the reference period (HRV conditions) for this type.

**Desired Conditions**

- The major vegetation types of the SJPL are sustainable, resistant to change, resilient, and dominated by desirable native plant species.

- All development stages of all the major vegetation types of the SJPL are represented and distributed across SJPL.

- Snags, large and small wood on the forest floor, and litter are present in all forest vegetation types, and serve to maintain soil productivity, provide wildlife habitat, and protect the soil surface.

- The many, large unroaded lands that represent much of the ecological diversity on SJPL (including Wilderness Areas, Research Natural Areas, and some inventoried roadless areas) remain unroaded, contain relatively intact ecosystems where natural processes dominate, provide habitat and corridors for native biota, and are part of a reserve system that helps to preserve the native biological diversity on SJPL.

- Landscape linkage areas provide habitat for and facilitate the movement of wide-ranging species such as forest carnivores.

- Special biological diversity features of SJPL (old growth forests) are sustained.

- Wildlife populations across the planning area are viable, self-sustaining within healthy habitat

BLM_0031600

conditions, adequately connected, and genetically diverse.

- Federally listed species maintain self-sustaining, viable populations and new habitat to expand into.

- The ecosystems and habitats on which federally listed species depend are sustained.

- Federally listed species improve their abundance, distribution, and habitat across SJPL to a point where the provisions of the ESA are no longer necessary.

- Native and desired non-native species are able to disperse freely across SJPL and to adjacent lands, which allows for interchange between populations and the maintenance of genetic diversity.

- Canada lynx populations become self-sustaining, finding suitable habitat condition across the planning area supporting successful foraging. reproduction, and dispersal to other habitats within Southern Colorado and Northern New Mexico.

## Program Emphasis

The SJPL Plan provides for the viability of this species through protection of the composition, structure, and function of the terrestrial ecosystems (spruce-fir forests, cool-moist mixed conifer forests, and aspen forests) and riparian area ecosystems that this species is associated with, using knowledge of HRV conditions.

Program emphasis includes acquiring and using the best available science relative to lynx and its spruce-fir forest, cool-moist mixed conifer forest, and aspen forest, and riparian area ecosystems as found in the SJPL assessments (Terrestrial, HRV, CLC, and R2 Species) and other relevant literature. It includes continuing ongoing Plan-scale inventories for old growth forests. It includes producing new or modifying existing ecological assessments in order to have the best available information relative to ecosystems and species and the diversity and viability associated with them.

Program emphasis includes ensuring that ecological data, issues, and opportunities relative to lynx and its spruce-fir forest, cool-moist mixed conifer forest, aspen forest, and riparian area ecosystems are adequately recognized and considered in all projects and management actions, through ID team participation and input into environmental documents including the development of biological evaluations, biological assessments, and project mitigation measures.

## Land Use Allocations

The SJPL Plan provides for the viability of this species through the designation of Research Natural Areas and management area 1 lands which are designed to preserve the habitat for lynx and the populations of lynx within them.

## Standards and Guidelines

- Land management activities and projects must avoid disturbing proposed, threatened or endangered species during breeding, young rearing, or at other times that are critical to survival. (Exceptions may occur when individuals are adapted to human activity, or when the activities are not considered a threat or unless otherwise provided for under Section 7 consultation.)

- Projects (including, but not limited to, wildlife viewing sites, fences, highways, bridge upgrades or replacements, communication towers, utility lines, and canals) should be designed and built to provide for wildlife movement and maintenance of effective habitat.

- Management activities in, and immediately adjacent to, important wildlife habitats for Federally listed and sensitive species (including falcon and eagle nesting cliffs, bat roosts and hibernacula, Canada

BLM_0031601

lynx landscape linkage areas, and winter raptor concentration areas) must be designed and conducted in a manor protecting the value of those areas for wildlife population sustainability.

- Management activities in, and immediately adjacent to, important wildlife habitats (incluidng big game concentation and severe winter range) should be designed and conducted in a manor protecting the value of those areas for wildlife objectives and habitat effectiveness

- The Lynx Conservation Assessment and Strategy must be adopted as a component of this Plan.  All conservation measures and guidelines contained therein must be implemented. (LCAS 2000, revised 2006).

- Forest vegetation types must be managed to retain or achieve at least the minimum percentages of old growth by vegetation type as displayed under desired conditions in table 3 of the Plan. If forest types currently do not meet these desired conditions, stands that are close to the old growth development stage should be identified as old growth recruitment areas in order to meet these desired conditions in the future.

- Following timber harvest and fuels treatments snags and large wood on the forest floor must meet the minimum standards described in Table 41 unless the site did not contain these attributes before the activity, in which case units must be designed to retain snags, snag recruits, and large wood in order to meet these minimum standards in the future.

## Monitoring

The Plan provides for the viability of this species through the Plan's monitoring section which includes the following monitoring questions:

Has there been an increase in the amount of young spruce-fir and young cool-moist mixed-conifer forests?

Has there been an increase in the amount of young aspen forests?

## Adaptive Management

Changes in the populations or habitats of this species could indicate that current management is adversely affecting its viability or the viability of its habitat, in which case adaptive management would be implemented to change management direction in order to sustain the viability of the species and its habitat.

## REFERENCES

Ecosystems and species and the diversity and viability associated with them were considered through review and analysis of the best available science including the documents listed below.

- Terrestrial Current Landscape Condition Assessment for the San Juan National Forest.

- Aquatic, Riparian, and Wetland Ecosystem Assessment, San Juan National Forest.

- R2 Species Conservation Assessments

- Landscape Condition Analysis for the South Central Highlands Section, Southwestern Colorado and Northwestern New Mexico (HRV)

- Historic Range of Variability in Landscape Structure and Wildlife Habitat. San Juan National Forest (RMLANDS)

BLM_0031602

- Southern Rocky Mountains Ecoregion: An Ecoregional Assessment and Conservation Blueprint. Prepared by The Nature Conservancy

- Colorado Plateau Ecoregion: An Ecoregional Assessment. Prepared by The Nature Conservancy

- San Juan Planning for Biodiversity Model Project: Phase 1 Report to BLM.  Prepared by The Nature Conservancy

- Colorado Natural Heritage Program, 2006. Element Occurrence Records for San Juan National Forest: GIS files and Database Reports.

- A Classification of Riparian Area and Wetland Vegetation of the San Juan National Forest

- Vegetation of the San Juan National Forest. A Working White Paper

- A Classification of Forest Habitat Types of N. New Mexico and Southern Colorado.

- Terrestrial Wildlife Management Indicator Species Assessment. San Juan National Forest

- SJPL inventories and GIS covers (R2Veg, rare plants, soils, ecological units, riparian areas, potential natural vegetation)

- Summary and Discussion of the Deputy Under Secretary of Agriculture's General Policy Guidance on NFMA Viability and Diversity. Liggett et al.

BLM_0031603

BLM_0031604

# Appendix R – San Juan National Forest Old-Growth Definitions

BLM_0031605

BLM_0031606

The criteria used for the San Juan old-growth definitions by cover type are based the Region 2 Guidelines which were based on a publication called "Old-Growth Forests in the Southwest and Rocky Mountain Regions Proceedings of a Workshop", March 9-13, 1992 Portal, Arizona, General Technical Report RM-213. On page 106 is the article Old-Growth Descriptions for the Major Forest Cover Types in the Rocky Mountain Region. On page 154 is the article "Old-Growth Forests of the San Juan National Forest in Southwestern Colorado".

**Table R.1 -  Spruce-fir old-growth definition**

| Standard Attributes | | Comments |
|---|---|---|
| Live Trees | | |
| Minimum Age | 200 | |
| Minimum DBH (in inches) | 16 | DBH = tree diameter measured at 4 ½ ft above ground |
| Minimum Number of Large Trees per Acre | 10 | Large trees at least 16 inches DBH. |
| Decadence | 1 | Minimum of one dead or broken-topped live tree, and/or one rotten live tree per acre, at least 16 inches DBH. |
| Dead Trees | | |
| Minimum DBH (inches) | 10 | |
| Minimum Height (feet) | 10 | |
| Number of Trees per Acre | 2 | Minimum per acre. |

**Table R.2 - Mixed conifer old-growth definition**

| Standard Attributes | | Comments |
|---|---|---|
| Live Trees | | |
| Minimum Age | 200 | |
| Minimum DBH (inches) | 16 | Smaller than Regional Guidelines definition due to different site potential on the San Juan Forest. |
| Minimum Number of Large Trees per Acre | 10 | Large trees at least 16 inches DBH. |
| Decadence | 1 | Minimum of one dead or broken-topped live tree, and/or one rotten live tree per acre, at least 16 inches DBH. |
| Dead Trees | | |
| Minimum DBH (in inches) | 10 | |
| Minimum Height (in feet) | 10 | |
| Number of Trees Per Acre | 2 | Minimum per acre. |

*Appendix R – San Juan National Forest Old growth Definitions – Page R-1*

BLM_0031607

**Table R.3 -  Southwest ponderosa pine old-growth definition**

| Standard Attributes | | Comments |
|---|---|---|
| Live Trees | | |
| Minimum Age | 200 | |
| Minimum DBH (inches) | 16 | Smaller than Regional Guidelines definition due to different site potential on the  San Juan Forest. |
| Minimum Number of Large Trees per Acre | 10 | |
| Decadence | 1 | Minimum of one dead or broken-topped live tree and/or one rotten live tree per acre, at least 16 inches DBH. |

**Table R.4 -  Pure aspen old-growth definition**

| Standard Attributes | | Comments |
|---|---|---|
| Live Trees | | |
| Minimum Age | 100 | |
| Minimum DBH (inches) | 16 | |
| Minimum Number of Large Trees per Acre | 20 | Large trees at least 16 inches DBH. |
| Decadence | 1 | Minimum of one dead or broken-topped live tree, and/or one rotten live tree per acre. |
| Dead Trees | | |
| Minimum DBH (inches) | 10 | |
| Minimum Height (in feet) | 10 | Minimum per acre. |
| Number of Trees Per Acre | 2 | |

Notes: The San Juan does not have a definition for Pinon-Juniper Old Growth. Aspen is considered climax old growth if the stand meets the criteria and there is no conifer in the understory.

BLM_0031608

# APPENDIX S - BLANK (RESERVED)

BLM_0031609

BLM_0031610

# Introduction

This biological evaluation (BE) discloses the potential influences of the San Juan Public Lands Plan Revision on Forest Service Rocky Mountain Region (R2) sensitive species and Colorado BLM sensitive species. The list of R2 regional forester sensitive species was updated on June 4, 2007, and became effective on June 8, 2007. The list of BLM Sensitive Species for the San Juan Resource Area is based on the Colorado State Director's list approved in Information Bulletin No. CO-2000-014, and was last updated on April 14, 2000. One additional species not currently on the Forest Service or BLM lists – the bald eagle – is also included in this BE because it was officially removed from the list of federally-protected species under the Endangered Species Act on August 8, 2007. According to BLM and Forest Service policy, the bald eagle is automatically placed on the BLM and Region 2 Sensitive Species List, and will therefore be assessed as Sensitive on all lands administered by the San Juan Public Lands Center.

The FSM directs the Forest Service to develop and implement management practices to ensure that sensitive species do not become threatened or endangered because of Forest Service actions (FSM 2670.22). Sensitive species are those plant and animal species identified by a regional forester for which population viability is a concern as evidenced by a) significant current or predicted downward trends in population numbers or density or b) significant current or predicted downward trends in habitat capability that would reduce a species' existing distribution (FSM 2670.5).

The FSM directs the Forest Service to prepare biological evaluations for projects, as part of the National Environmental Policy Act of 1969, to determine the potential effects from those projects on sensitive species and to ensure that Forest Service actions do not contribute to loss of viability of threatened, endangered, proposed, or sensitive plant and animal species, or contribute to a trend towards federal listing of any species under the ESA (FSM 2672.41 and 2670.32). A biological evaluation is defined as a documented review of Forest Service programs or activities in sufficient detail to determine how an action or proposed action may affect any threatened, endangered, proposed, or sensitive species (FSM 2670.5).

The BLM Manual 6840 states that the conservation of special status species, which includes sensitive species, means using all methods and procedures which are necessary to improve the condition of special status species and their habitats to a point where their special status recognition is no longer warranted. The purpose is to ensure that actions requiring authorization or approval by the BLM are consistent with the conservation needs of special status species and do not contribute to the need to list any special status species, either under provisions of the ESA or other provisions.

# Project Area

The project area is the San Juan Public Lands (SJPL) boundary, located in Southwest Colorado at the junction of the Southern Rockies and the Colorado Plateau ecoregions. The Colorado Plateau portion is characterized by sedimentary geology dominated by deep canyons and mesas. The Southern Rocky Mountains portion is characterized by mountains with mixed geology. Life zones represented in the planning area include Semi-Desert, Lower Montane, Upper Montane, Subalpine and Alpine.

The area encompasses about 700,000 acres of BLM land and 1,867,800 acres of USFS land, and includes lands in Archuleta, Conejos, Dolores, Hinsdale, La Plata, Mineral, Montezuma, Montrose, Rio Grande, San Juan, San Miguel counties. The west border of the planning area is the Utah state line. The southern border of the planning area is the New Mexico state line. The eastern border is the Continental divide. The northern border covers the administrative boundaries with the Rio Grande, Gunnison, Grand Mesa and Uncompahgre National Forests and the BLM Uncompahgre Field Office.

# Project Description

The San Juan National Forest's Land Management Plan (1983) and portions of the BLM's San Juan/San Miguel Resource Management Plan (1985) are being revised jointly. Land use plans provide broad guidance and information needed for project and activity decision-making. This Plan will guide relevant resource management programs, practices, uses, and protection measures. The associated EIS examines potential environmental effects

BLM_0031611

that could occur as a result of implementing projects associated with the land use plan.

The key decisions made in this integrated plan for long-term management of SJPL are:

- Establishment of desired outcomes, including multiple-use goals and objectives
- Establishment of management requirements, including criteria that will be applied to guide day-to-day activities. These are primarily expressed as standards and guidelines and other design criteria.
- Establishment of management area direction, including identifying allowable uses, or allocations, restrictions, and prohibitions. All lands within the planning area are allocated to one of seven management areas, or zones, that reflect different levels of development and suitable uses or activities.
- Designation of suitable timber land and establishment of allowable sale quantity.
- Establishment of monitoring and evaluation requirements.

# Alternatives

Four issues drove the development of four alternatives.

**Issue 1.** Balancing Management Between the Ideas of Maintaining "Working Forest and Rangelands" and Retaining "Core Undeveloped Areas"

**Issue 2.** Recreation and Travel Management

**Issue 3.** Management of Special Areas and Unique Landscapes

**Issue 4.** Oil and Gas Leasing and Development

The four alternatives are summarized below.

**Alternative A (No-Action):** Alternative A is the continuation of present management under the existing BLM and Forest Service plans. It meets the requirements of the National Environmental Policy Act that a no action alternative be considered. "No action" means that current management practices based on existing land use plans and other management decision documents would continue.

**Alternative B:** Alternative B represents a balance among the revision issues. This alternative provides a mix of multiple-use activities with a primary emphasis on maintaining most of the large, contiguous blocks of undeveloped lands and enhancing various forms of recreation opportunities, while maintaining the diversity of uses and active forest and rangeland vegetation management.

**Alternative C:** Alternative C provides a mix of multiple-use activities with primary emphasis on the undeveloped character of SJPL. Production of goods from vegetation management would continue but may be secondary to other non-commodity objectives. Production of goods and services would be slightly more constrained than in Alternatives A, B, and D, and in some cases and areas, uses would be excluded to protect sensitive resources.

**Alternative D:** Alternative D provides a mix of multiple-use activities with a primary emphasis on the working forest and rangelands to produce the highest amounts of commodity goods and services of the alternatives. This Alternative would allow the greatest extent of resource use within the planning area, while maintaining ecosystem management principles to protect and sustain resources.

The differences between the four alternatives and their potential implications to sensitive species can be analyzed by the different management areas they are associated with. Management areas outline uses and activities that may occur in them. All San Juan Public Lands have been allocated to one of eight management areas that range from areas where natural processes dominate and shape the landscape to areas that are intensely managed. In general, those alternatives that allow a higher level of management intensity may also require a higher level of management attention to the protection and maintenance of habitats for species that are sensitive to habitat alteration and/or human disturbances. A summary of the differences in management areas by alternative is displayed below.

BLM_0031612

**Table BE-1: Acres of Management Areas by Alternative**

| Management Area | Alternative A<br>No Action | Alternative B<br>Preferred | *Alternative C* | *Alternative D* |
|---|---|---|---|---|
| 1 Natural Processes Dominate | 538,658 | 651,838 | 1,080,844 | 553,971 |
| 2 Special Areas & Unique Landscapes | 98,973 | 191,805 | 195,979 | 149,250 |
| 3 Natural Landscapes w/ Limited Management | 893,800 | 823,517 | 473,207 | 788,222 |
| 4 High Use Recreation Emphasis | 148,465 | 79,634 | 54,773 | 86,248 |
| 5 Active Management | 674,815 | 529,067 | 487,299 | 683,192 |
| 6 Public & Private Lands Intermix | N/A | 82,858 | 73,031 | 90,218 |
| 7 Highly Developed Areas (ski areas and dams) | 14,475 | 10,366 | 3,952 | 17,984 |
| **Total** | **2,369,085** | **2,369,085** | **2,369,085** | **2,369,085** |

# Sensitive Species Considered and Evaluated

**Table BE-2. Forest Service and BLM Sensitive Species and Habitat Associations for the San Juan Public Lands**

| Sensitive Species | Agency | Habitat Association or Vegetation Type |
|---|---|---|
| **BIRDS** | | |
| American bittern<br>*Botaurus lentiginosus* | FS | Marsh, swamp, or bog with cattails, rushes, grasses, and sedges |
| American peregrine falcon<br>*Falco peregrinus anatum* | BLM and FS | Breeds on cliffs, often in association with riparian areas; regular breeder SJFO administrative unit |
| American three-toed woodpecker<br>*Picoides dorsalis* | FS | Mature spruce-fir forests; post-fire areas, especially stand replacement events |
| Black swift<br>*Cypseloides niger* | FS | Vertical rock faces near waterfalls or in dripping caves |
| Bald eagle<br>*Haliaeetus americanus* | BLM and FS | Forested stands around aquatic settings |
| Black tern<br>*Chlidonias niger* | BLM | Edges of bulrush and cattail marshes; not known to occur on SJFO administrative unit. Also R2 FS sensitive but does not occur on NFS lands within SJPL |
| Boreal owl<br>*Aegolius funereus* | FS | Mature spruce-fir forests with high canopy closure |
| Brewer's sparrow<br>*Spizella breweri* | FS | Primarily sagebrush but also in mixed shrublands (rabbitbrush, greasewood, etc.) |
| Columbian sharp-tailed grouse<br>*Pedioecetes phasianellus columbianus* | FS | Oak/serviceberry shrublands, often interspersed with sagebrush; aspen forests; irrigated pasture; recently reintroduced near Dolores, not expected for other units |
| Ferruginous hawk<br>*Buteo regalis* | BLM and FS | Grasslands and semi-desert shrub; not known to breed but a regular winter resident on SJFO administrative unit |
| Flammulated owl<br>*Otus flammeolus* | FS | Open ponderosa pine forests; dry montane conifer or aspen forests, often with dense saplings |
| Gunnison sage grouse<br>*Centrocercus minimus* | BLM | Sagebrush grasslands; two small populations known to be resident on SJFO administrative unit. Also R2 FS sensitive; however, does not occur on NFS lands within SJPL. |

BLM_0031613

| Sensitive Species | Agency | Habitat Association or Vegetation Type |
|---|---|---|
| Lewis' woodpecker<br>*Melanerpes lewis* | FS | Open ponderosa pine forest, riparian, and pinyon-juniper woodlands |
| Loggerhead shrike<br>*Lanius ludovicianus* | FS | Lowland riparian, pinyon-juniper woodlands, semi-desert shrublands |
| Northern goshawk<br>*Accipiter gentiles* | BLM and FS | Ponderosa pine, aspen, mixed-conifer, and spruce-fir forests |
| Northern harrier<br>*Circus cyaneus* | FS | Grasslands, agricultural lands, mountain sagebrush, and marshes; requires abundant cover (same as for short-eared owl) |
| Olive-sided flycatcher<br>*Contopus cooperi* | FS | Snags and conifers, often on steep slopes, open stands, and natural openings |
| Purple martin<br>*Progne subis* | FS | Mature aspen stands near streams, springs, or ponds |
| Short-eared owl<br>*Asio flammeus* | FS | Open habitats including grasslands, marsh edges, shrub-steppe, and agricultural lands; requires taller grass cover than northern harrier |
| Western burrowing owl<br>*Athene cunicularia* | FS | Prairie dog colonies with vacant burrows; grasslands, shrublands, deserts |
| Western yellow-billed cuckoo<br>*Coccyzus americanus* | BLM and FS | Riparian; gallery cottonwoods with dense understory |
| White-faced ibis<br>*Plegadis chihi* | BLM | Spring/fall migrant only; wet meadows, marsh edges, and reservoir shorelines |
| White-tailed ptarmigan<br>*Lagopus leucurus* | FS | Alpine tundra, especially with rock fields and willow carrs |
| **INSECTS** | | |
| Nokomis fritillary butterfly<br>*Speyeria Nokomis nokomis* | FS | Riparian; mostly tied to springs |
| **FISH** | | |
| Bluehead sucker<br>*Catostomus disobolus* | BLM and FS | Tributaries of the Colorado and San Juan rivers |
| Colorado River cutthroat trout<br>*Oncorhynchus clarkii pleuriticus* | BLM and FS | Freshwater streams |
| Flannelmouth sucker<br>*Catostomus latipinnis* | BLM and FS | Tributaries of the Colorado and San Juan rivers |
| Roundtail chub<br>*Gila robusta)* | BLM and FS | Tributaries of the Colorado and San Juan rivers |
| **MAMMALS** | | |
| Allen's big-eared bat<br>*Idionycteris phyllotis* | BLM | Woodlands, mines, and caves |
| American marten<br>*Martes Americana* | FS | Subalpine spruce-fir forests, alpine tundra, montane forests |
| Big free-tailed bat<br>*Nyctinomops macrotis* | BLM | Rocky and canyon country |
| Fringed myotis<br>*Myotis thysanodes pahasapensis* | BLM and FS | Pinyon-juniper and other coniferous woodlands |
| Gunnison's prairie dog<br>*Cynomys gunnisoni* | FS | Grasslands and semidesert and montane shrublands |
| North American wolverine<br>*Gulo gulo* | FS | Rare; boreal spruce-fir forest and tundra |
| River otter<br>*Lontra Canadensis* | FS | Stream and river riparian |
| Rocky Mountain bighorn sheep<br>*Ovis canadensis canadensis* | FS | |
| Spotted bat<br>*Euderma maculatum* | BLM and FS | Pinyon-juniper, shrub desert, possibly riparian |
| Townsend's big-eared bat | BLM and FS | Abandoned mines and caves |

BLM_0031614

| Sensitive Species | Agency | Habitat Association or Vegetation Type |
|---|---|---|
| *Corynorhinus townsendii* | | |
| Yuma myotis<br>*Myotis yumanensis* | BLM | Pinyon-juniper, semi-desert and tied to riparian |
| **REPTILES** | | |
| Desert spiny lizard<br>*Sceloporus magister* | BLM | Shrub-covered dirt banks and sparsely vegetated rocky areas near flowing streams |
| Longnose leopard lizard<br>*Gambelia wislizenii* | BLM | Shrublands with open ground |
| **AMPHIBIANS** | | |
| Boreal toad<br>*Bufo boreas boreas* | FS | Damp conditions; marshes, wet meadows, streams, ponds, lakes |
| Northern leopard frog<br>*Rana pipiens* | FS | Water's edge; wet meadows, banks of marshes and ponds |
| **PLANTS** | | |
| *Astragulus naturitensis* | BLM | Pinyon-juniper woodlands |
| *Carex viridula* | BLM | Riparian areas and wetlands |
| *Cryptogramma stelleri* | BLM | Riparian areas and wetlands |
| *Ipomopsis polyantha* | BLM and FS (L) | Mountain grasslands and mountain shrublands |
| *Erigeron kachinensis* | BLM | Riparian/wetland |
| *Lesquerella pruinosa* | BLM and FS | Mountain grasslands and mountain shrublands |
| *Mimulus eastwoodiae* | BLM | Riparian/wetland |
| *Pediomelum aromaticum* | BLM | Semi-desert shrublands and sagebrush shrublands |
| *Eriophorum gracile* | BLM (L) and FS (L) | Riparian/wetland |
| *Salix serissima* | FS (L) | Riparian/wetland |
| *Astragalus missouriensis var. humistratus* | FS | Pinyon-juniper woodlands, ponderosa pine forests |
| *Astragalus proximus* | FS | Ponderosa pine, pinyon-juniper, mountain shrubland |
| *Calochortus flexuosus* | FS (L) | Pinyon-juniper, semi-desert shrubland |
| *Carex diandra* | FS | Riparian/wetland |
| *Cypripedium parviflorum* | FS | Aspen, ponderosa pine |
| *Draba smithii* | FS | Mixed conifer, wetland |
| *Drosera anglica* | FS | Riparian/wetland |
| *Epipactis gigantean* | FS | Riparian/wetland |
| *Eriophorum altaicum var. neogaeum* | FS | Riparian/wetland |
| *Eriophorum chamissonis* | FS | Riparian/wetland |
| *Gilia sedifolia* | FS (L) | Alpine |
| *Machaeranthera coloradoensis* | FS | Alpine, spruce-fir |
| *Parnassia kotzebuei* | FS | Alpine |
| *Physaria pulvinata* | FS | Pinyon-juniper, semi-desert shrubland, sagebrush |
| *Salix arizonica* | FS (L) | Riparian/wetland |
| *Salix candida* | FS | Riparian/wetland |
| *Sphagnum angustifolium* | FS | Riparian/wetland |
| *Triteleia grandiflora* | FS | Ponderosa pine |
| *Utricularia minor* | FS | Riparian/wetland |

L – No known occurrences, but likely to occur due to potential habitat.

# Sensitive Species Evaluations

All sensitive species known to occur or suspected to have habitat on the San Juan Public Lands are evaluated below. They are grouped by Mammals, Birds, Insects, Amphibians, Reptiles, Fish, and Plants. This information is

BLM_0031615

based on the most current scientific information available including Species Assessments, Monitoring Plans, Conservation Assessments and Plans, and Recovery Plans.

# Mammals

## Allen's big-eared bat *(BLM Sensitive)*

a) **Natural History and Background:** Allen's big-eared bat (*Idionycteris phyllotis*) occurs in southwestern United States to central Mexico (Adams 2003). In the Rocky Mountain region, it occurs in southern Utah throughout most of Arizona and into southwestern New Mexico. Fitzgerald et al. (1994) mention Allen's big-eared as a species of probable occurrence in Colorado. The species has been reported in southeastern Utah from pinyon-juniper woodlands close to the Colorado border (Armstrong 1974 and Black 1970, cited in Fitzgerald et al. 1994). The animal can be expected in extreme southwestern Colorado (Fitzgerald et al. 1994). Known elevation is from about 1,100 to 3,255 meters (3,500-9,800 feet) (Fitzgerald et al. 1994).

The species has been reported on BLM lands near Dolores, Colorado where it has been detected using canyon habitat along the Dolores River (K. Nickell, pers. comm.). Preferred roosting habitat (crevices on rocky cliffs) is absent from the area, but exists on adjacent lands.

The biology of this species is poorly known. The species inhabits mountainous areas and is commonly found in pine-oak forested canyons and in coniferous forests. It has been found in low elevation ponderosa pine forests, pinyon-juniper woodlands, on occasion in high elevation white fir forests, in areas with narrow leaf cottonwood (Adams 2003). The species forms day roosts in rock crevices, caves, and mines and therefore typically prefers areas associated with cliffs, outcrops, boulder piles, or lava flows. Emergence from day roosts begins well after dark, and serial foraging takes place approximately 10 meters (33 feet) above the ground. Roosts may be shared with other species such as fringed myotis, and Townsend's big-eared bat. Allen's big-eared's use both aerial foraging and gleaning to hunt primarily small moths; however soldier beetles, dung beetles, leaf beetles, roaches, and flying ants also compose the diet.

Little is known about the reproductive biology of the species. Maternity roosts can occur in pine snags, on boulders beneath rock shelters, and in mine entrances (Adams 2003). A single young is born in June or July. Winter ecology of this species is also little known, but single individuals have been observed hibernating in northern Arizona in a cave within pinyon-juniper woodlands habitat (Hoffmeister 1986, cited in Adams 2003).

Maternity roosts appear to be the critical limiting factor (O'Farrel 2003). Use of abandoned mine tunnels put the bats at risk; abandoned mines are subject to closure or vandalism. It is critical that proper forest management provides sufficient roosts for this species. The rarity and patchy distribution of this species, as well as it apparent high degree of specialized feeding strategy compounds its sensitivity to disturbance (O'Farrel 2003). Disturbance to maternity roosts from June through July may be limiting.

b) **Effects Analysis:** Plan Revision activities that could potentially influence Allen's big-eared bat involve fluid minerals development and wildlife management (i.e. abandoned mine closures using bat gates).

### Alternative A: No Action

*Direct/Indirect Effects:* Allen's big-eared bat has an echolocation call that is audible to humans. As such, individuals have been detected while foraging along the far western edge of BLM lands near the Utah border. It is possible that an individual will eventually be captured leading to documented occurrence of individuals in Colorado. It is also possible that a roost or maternity site will eventually be found in western Colorado and provide more insight on this species. To date, however, the species is extremely rare in Colorado with no breeding sites or important habitat elements found. Impacts to these areas are therefore unlikely and cannot be predicted or measured at this time.

In regards to activities that could potentially influence Allen's big-eared bat, Alternative A offers approximately 28,300 more acres that are open to leasing than any of the action alternatives. Alternative A also offers fewer protective lease stipulations than any of the action alternatives, with approximately 700,000 to 746,000 fewer lease acres stipulated with a No Surface Occupancy (NSO). Under the "no new lease" scenario only the existing lease areas have potential for development under this alternative resulting in fewer

BLM_0031616

acres of potential influence to the species. However, the extreme rarity of Allen's big-eared bat in Colorado suggests that measurable impacts to this species from fluid minerals activities are unlikely.

It is predicted in the Plan Revision that all alternatives will provide the same wildlife management actions in regards to mine closure gates for bats as opportunities arise. Thus, all alternatives install the same quantity and quality of mine closure bat gates over the life of the Plan. These closures are coordinated with the Colorado Division of Wildlife and the Department of Minerals and Geology and will provide undisturbed habitat for mine-associated bat species while also addressing human safety and health issues. Allen's big-eared bat could potentially benefit from such closures if they are ever located in Colorado. While other mine-associated bat species currently benefit from this program no benefits can yet be associated with Allen's big-eared bat.

**Action Alternatives: Alternatives B-D**

*Direct/Indirect Effects:*  In regards to activities that could potentially influence Allen's big-eared bat, Alternative B, C and D offer approximately 28,300 fewer acres of potential oil and gas lease area than the no action. The action alternatives also offer greater protective lease stipulations, with approximately 746,000 more acres stipulated with a NSO in Alternatives B and C, and approximately 700,000 more acres in Alternative D. The fewer amounts of available lease acres and greater amount of protective lease stipulations suggest that fewer potential impacts to mine, rock, or cliff dwelling bats might be associated with the action alternatives. Under the "no new lease" scenario only the existing lease areas have potential for development under these alternatives resulting in fewer acres of potential influence to the species. As with Alternative A, however, the extreme rarity of this species in Colorado suggests that measurable impacts are unlikely and would not differ from the no action.

There is no difference among the Plan revision alternatives in regards to implementation of wildlife management activities that may provide bat gates on abandoned mines used by bat species. Although benefits to several bat species can be expected from these activities, no benefits to Allen's big-eared bat is expected because of its rarity.

*Cumulative Effects:*   The Reasonable Foreseeable Development (RFD) scenario for fluid minerals development predicts that 166 future wells could be developed under Alternative A and, very similarly, 167 wells under all of the action alternatives. Most (136 to 137) of these would occur in the Paradox Basin area with another 30 in the San Juan Sag. Each well development could affect about 1.5 to 3 acres at well pads and other facilities, and involve linear openings along roads and utility corridors. Linear openings would be about 40 feet wide. All trees and other vegetation in these areas would be removed at well pads. In general, developments do not alter cliffs, rock rims, abandoned mines, and other steep sites that could potentially offer roost sites.

There have been approximately 2,300 CBM and conventional gas wells drilled within the cumulative-effects area in the past decade; 2,000 of those are within the boundaries of the Southern Ute Reservation (SUIT). CBM development within the grounds of the SUIT Reservation is expected to increase in the near future. Statistics taken from the SUIT EIS (BLM et al. 2002) indicate that an additional 1,300 conventional gas, CBM methane, and injection wells could be drilled within the bounds of the Reservation over the 25-year life of the project. Activities on SUIT lands are not expected to measurably contribute to cumulative effects for this species because SUIT lands generally lack the canyon lands and rimrock structure that occurs to the north along the Delores River and Paradox Basin.

Fluid minerals activities that could potentially occur within the western boundaries of SJPL are not expected to have any measurable cumulative effects on Allen's big-eared bat because of the species rarity and the lack of potential impacts to the best potential habitat areas. Wildlife management activities that implement bat gates at abandoned mine closures would also have no measurable cumulative effect for the same reasons.

While Alternatives A through D include both current and projected new leases, the "no new lease" scenario only includes current leases under each of the Alternatives.

**c) Determination:**  All Plan Revision alternatives, including Alternative A, are expected to have *No Impact* on Allen's big-eared bat or its primary habitat. The rationale for this determination is as follows:

- Allen's big-eared bat is considered a fringe population that is extremely rare in Colorado.

BLM_0031617

- No reproductive or roost sites for this species have been located in the state or on SJPL despite extensive work involving mine closures for other bat species.

## American Marten *(FS Sensitive)*

**a) Natural History and Background:** The American marten (*Martes americana)*, also known as the pine marten or simply marten, is a carnivorous mammal roughly the size of a small house cat. It is a member of the weasel family (Mustelidae) and is one of seven species in the genus *Martes*. The only other member of the *Martes* group in North America is the fisher (*M. pennanti*), which is much larger and occurs in a much narrower geographic range than marten. One subspecies occurs in Colorado *(M. a. origenes)* (Fitzgerald, et al. 1994). The marten is primarily an inhabitant of upper montane to boreal forests in the western U.S. (ibid.).

The marten is broadly distributed in North America. It extends from the spruce-fir forests of northern New Mexico to the northern limit of trees in arctic Alaska and Canada, and from the southern Sierra Nevada of California to Newfoundland Island. In Canada and Alaska, its distribution is vast and continuous, but in the western United States, its distribution is limited to mountain ranges that provide preferred habitat (Buskirk and Ruggiero 1994).

In Colorado, the marten occurs in most coniferous forest in the higher mountains (Fitzgerald, et al., 1994). Annual snow track surveys are conducted by SJPL personnel in cooperation with CDOW. Regular and widely distributed sightings of animals and tracks on the Forest lead to the conclusion that martens are well distributed and reasonably abundant in suitable habitat on National Forest System lands of SJPL. In addition, in 1992 the CDOW conducted a wolverine survey on the SJPL that detected martens on roughly 80% of bait stations (Dave Kenvin, pers comm.). Although they are most commonly observed in spruce-fir forests, marten are occasionally seen in lower elevational mixed-conifer forests.

Marten have traditionally been considered to occupy a narrow range of habitat types. Recent research suggests however, that they are adaptable to a wide variety of forest habitats (Strickland et al. 1982). Even so, the species is closely associated with late-successional coniferous forest, especially those with complex physical ground structure (Buskirk and Ruggerio 1994). Marten prefer mesic forest conditions and forest stands with xeric conditions, or those that lack structure near the ground, are seldom used (ibid.) They appear to have an affinity for overhead cover and avoid extensive use of open areas, particularly in winter (Bennett 1984). In the central and southern Rockies they are most often associated with spruce-fir or lodgepole pine and are generally absent in stands of ponderosa or pinyon pine. In no part of its range have marten been found to favor hardwood stands over conifer-dominated stands (Buskirk and Ruggerio 1994).

On National forest System lands of SJPL, marten habitat occurs across the Forest at the mid-upper elevational zones and spruce-fir forest types are considered primary habitat. Structural characteristics that are important in determining overall suitability include abundant and well-distributed coarse woody debris, canopy closures >30%, with 40-60% considered optimal. Mature spruce-fir forests with mesic understory conditions and large amounts of large-diameter downed woody material are important to marten because they provide key habitat components for their primary prey, southern red-back vole (Allen 1983) and red squirrel (Fitzgerald, et al. 1994).

Martens are primarily carnivores of small mammals and prey on a wide variety of species. They are somewhat opportunistic with the species taken and frequency of taking, which varies greatly geographically with availability (Martin 1994). The most important prey of marten in the West are red-backed voles, pine squirrels, and various species of Microtus. Changes in small mammal prey can affect the carrying capacity of marten habitat (Strickland et al. 1982). Food shortages have the greatest effect on females and juveniles due to their high energy requirements (ibid.). Other prey include insects, birds, bird's eggs and even fish. They will also take carrion when available, especially during the winter (Strickland et al. 1982). During late summer and fall, soft mast is consumed, especially berries of *Vaccinium* and *Rubrus* (Buskirk and Ruggerio 1994).

Habitat is perhaps the most important limiting and controlling factor for marten populations, particularly loss of habitat components as it effects foraging, resting, breeding, and dispersal. Other limiting factors include fragmentation and geographic isolation, prey availability, low population density, low reproductive potential, predation, competing predators, trapping, weather, parasites and disease. Marten habitat use within their home range is much more limited during the winter months.

BLM_0031618

**b) Effects Analysis:** Plan Revision activities that could potentially influence American marten primarily involve timber harvest, road construction/reconstruction, motorized recreation, and Wildland Fire Use.

### Alternative A: No Action

***Direct/Indirect Effects:*** The American marten is considered fairly common in suitable primary habitat across the upper elevations of the SJNF in the mid to late successional spruce-fir and cool-moist mixed-conifer forest types (habitat structural stages 4A, 4B, 4C, and 5). Although alterations have occurred due to past timber harvest and road construction, approximately 604,230 acres of suitable marten habitat presently remains on the SJNF. Approximately 447,350 acres (74%) of this consists primarily of spruce-fir while another 156,880 acres (26%) consists of cool-moist mixed-conifer forest. Approximately 80% of the spruce-fir and 65% of the cool-moist mixed-conifer habitat on the SJNF occurs as wilderness, backcountry, and/or other protective land management designations that is expected to maintain high-quality marten habitat.

The primary activity that could potentially influence primary habitat for this species is timber harvest and associated activities such as road construction/use. To a lesser degree, winter motorized (i.e. snowmobile use) and summer recreation may also impact the marten due to increased disturbances within suitable habitat. Although not a planned activity, Wildland Fire Use could also potentially influence the marten if large-scale burns reduce suitable habitat components. Differences in projected outputs by alternative for these activities are displayed below in Table BE-3.

**Table BE-3: Activities and Outputs that could Influence the American marten, by Alternative.**

| Timber Treatment Acres (Suitable Habitat Only) | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| * Spruce-fir | 50 ac. Partial Cut | 50 ac. Partial Cut | 20 ac Partial Cut | 113 ac Partial cut |
| * Cool-Moist Mix-Con | 200 ac. Partial Cut | 125 ac. Partial Cut | 20 ac. Partial Cut | 287 ac. Partial Cut |
| Road Construction Miles - Timber | 3 | 0 | 0 | 3 |
| Road Reconstruction Miles - Timber | 7.2 | 7.6 | 5.6 | 8.2 |
| Fuels Treatment Acres (Suitable Cover Types Only) | | | | |
| * Spruce-fir & Mixed Con | 1-30,000 ac. Wildland Fire Use | 1-30,000 ac. Wildland Fire Use | 1-30,000 ac. Wildland Fire Use | 1-30,000 ac. Wildland Fire Use |
| Motorized recreation (Acres, Winter Travel) | | | | |
| * Roaded natural | 696,652 ac. | 544,617 ac. | 486,765 ac. | 644,084 ac. |
| * Semi-primitive motorized | 683,371 ac. | 402,285 ac. | 232,249 ac. | 628,249 ac. |
| * Semi-primitive non-motorized | 440,948 ac. | 879,149 ac. | 580,347 ac. | 556,288 ac. |
| * Primitive | 0 ac. | 2,632 ac. | 530,865 ac. | 0 ac. |
| * Primitive Wilderness | 536, 290 ac. | 536,291 ac. | 536,291 ac. | 536,291 ac. |
| Motorized recreation (Acres, Summer Travel) | | | | |
| * Roaded natural | 957,909 ac. | 647,407ac. | 569,731 ac. | 699,274 ac. |
| * Semi-primitive motorized | 414,152 ac. | 746,407ac. | 595,821 ac. | 779,219 ac. |

---

BLM_0031619

| | | | | |
|---|---|---|---|---|
| * Semi-primitive non-motorized | 433,277 ac. | 433,520 ac. | 133,994 ac. | 351,735 ac. |
| * Primitive | 486,844 ac. | same as winter | 530,861 ac. | 0 ac. |
| * Primitive Wilderness | 0 ac. | same as winter | same as winter | same as winter |

In regards to activities that could potentially influence the American marten, Alternative A offers approximately 145,700 to 187,500 more acres of active management area than Alternative B and D, respectively, that could potentially alter the habitat components preferred by the species. Alternative D exceeds Alternative A in active management area by approximately 8,300 acres.

As displayed in Table BE-3, the predicted timber harvest output in primary habitat varies from 250 to 400 acres and is very minimal in all alternatives. These amounts represent about 0.04 to 0.07% of the total suitable habitat on the SJNF. The amount of timber harvest in Alternative A is therefore expected to have little, if any, influence on American marten habitat or populations on the SJNF. Construction of new roads and reconstruction of existing roads is estimated to involve 3 miles and 7.2 miles, respectively. Additional fragmentation effects may be associated with these activities but are expected to be minor because of the large amount of unroaded area that remains undeveloped.

Alternative A offers more high-use recreation areas than any of the action alternatives. This difference could potentially allow greater disturbances to the solitude that marten prefer depending upon the type, timing, and scope of the activity. Greater winter travel via snowmobiles could theoretically alter snow conditions and allow low-elevation predators to access more winter habitat due to snow compaction.

Wildland Fire Use is not a planned output. However, it will be utilized as a tool to allow natural disturbances to occur within suitable marten habitat as opportunities arise. It is estimated that all alternatives may allow from 1 to 30,000 acres of Wildland Fire Use. Depending upon fire severity and scale, these outputs could have negative or positive influences on American marten.

### Action Alternatives:  Alternative B-D

*Direct/Indirect Effects:*  As displayed in Table BE-3, there is little difference between no action and Alternative B, C and D in regards to timber harvest outputs. New road construction, however, is not associated with Alternatives B or C. As is consistent with the active management theme, Alternative D offers the greatest amount of projected timber output and greatest amount of area where this activity may occur. However, all alternatives influence suitable marten from 0.04 to 0.07% and are expected to have no detectable affect on American marten.

All action alternatives offer fewer potential disturbances than the no action from both summer and winter motorized recreation because of decreases in the amount of motorized use area. Consistent with their themes, Alternative C offers the fewest motorized while Alternative D offers the highest amount of acreage. Alternative B offers a balance between the two other action alternatives, but also provides more solitude habitat than the no action. Although the marten is not highly sensitive to motorized disturbance, reductions in open motorized areas should decrease the potential for displacement or disturbances.

As with the no action, it is estimated that Wildland Fire Use may be used as a management tool on 1 to 30,000 acres in all action alternatives. Depending upon fire severity and scale, these outputs could have negative or positive influences on American marten.

*Cumulative Effects:*  The single-most influential habitat management action undertaken in potential marten habitat on the SJNF is timber harvesting. Timber management has been shown to affect the quality of marten habitat and has been implicated as a direct cause in reductions in marten populations, particularly where silvicultural techniques such as clear-cutting are used (Buskirk and Ruggiero 1994, Hargis et al. 1999, Buskirk 2002). Timber management activities on the SJNF increased significantly during the mid 1900s and, in habitats preferred by marten, primarily involved clear-cutting. For at least the past 25 years, however, clear-cutting has been replaced by less intensive harvesting approaches in the spruce-fir cover type and the overall extent of timber harvest has decreased. These changes and natural succession patterns have resulted in a slight increase in suitable marten habitat on the SJNF since 1983. The trend in acres of late successional and mature cool-moist mixed-conifer habitat has also essentially been stable during this same time period.

BLM_0031620

Timber harvests on the SJNF since 1983 have averaged 1.4% per year within the total spruce-fir acreage that is suitable for timber harvest (approximately 1500 acres per year). In the cool-moist mixed-conifer cover type, timber harvests have averaged about 0.4% per year of the total acres suitable for timber harvest (approximately 240 acres). In the latter cover type, however, even-aged silvicultural methods are still frequently used.

A review of management activities and land use designations on the SJNF suggests that a considerable amount of suitable habitat for the marten is available, and should remain available, throughout and beyond the current planning period (10-15 years). Timber management activities may still influence individual martens where it occurs. However, approximately 80% of the spruce-fir and 65% of the cool-moist mixed-conifer habitat on the SJNF occurs as wilderness, backcountry, and/or other protective land management designations that maintain high-quality marten habitat. Although variations occur, most of these protections will be maintained in all action alternatives. The broad distribution and interconnected nature of existing habitat suggests that movement and genetic exchange of dispersal-sensitive species such as marten may not be a concern on SJPL and the greater San Juan Mountains area. Fir example, a recent cumulative effects analysis conducted on the Pagosa Ranger District of the SJNF acknowledged the buffering capacity of the wilderness and backcountry land management designations, particularly in the spruce-fir cover type. At a smaller spatial scale, however, this same analysis found that impacts have occurred on suitable timber lands (McGarigal et al. 2001). The specific implications to connectivity among habitat patches for marten were not investigated.

Natural fire events probably represent the most unpredictable potential influence on marten habitat on the SJNF. Although uncommon in spruce-fir forests, these events can influence marten habitat use patterns when they do occur (Koehler and Hornocker 1977).

**c) Determination:** All Plan Revision alternatives, including Alternative A, "**may adversely impact individuals (American marten), but would not likely result in a loss of viability on the Planning Area, nor cause a trend to federal listing or a loss of species viability rangewide.**" The rationale for this determination is as follows:

- All alternatives involve projected timber harvest activities in primary habitat types (spruce-fir and cool-moist mixed conifer) that may adversely influence individual marten. However, the projected scope of these activities are very minimal.

- All alternatives involve over-the-snow and summer motorized recreation that may disturb individual marten.

- Extensive late-successional primary habitat occurs on the San Juan National Forest in wilderness and other backcountry designations where natural processes will dominate.

## Big Free-tailed Bat (*BLM Sensitive*)

**a) Natural History and Background:** Big free-tailed bat (*Nyctinomops macrotis*) occurs from the southwestern United States to south-central Mexico (Adams 2003). In the Rocky Mountain States, it occurs from central Utah and Colorado southward throughout Arizona and New Mexico. Recent work by Navo and Gore (2001, cited in Adams 2003) reported the presence of individuals and roost sites in the western canyon country of Colorado, in particular along the Dolores River, Montrose County (Adams 2003).

The species has been reported on BLM lands near Dolores, Colorado where it has been detected using canyon habitat along the Dolores River (K. Nickell, pers. comm.). Roosting habitat is limited to snags given the absence of suitable cliffs.

This species prefers rocky landscapes, roosting high on cliff faces (Adams 2003). It also uses buildings for day roosts and occasionally roosts in tree cavities. Like most molossids, it leaves the roost long after dark, using fast powerful flight and emitting a loud, piercing chatter as it hunts for large moths (Adams 2003). Other prey includes crickets, flying ants, stinkbugs, and leafhoppers. In Colorado, few specimens have been collected, but these individuals were taken mostly in open country at moderate elevations (Armstrong et al. 1994). Maternity roosts have been documented in rock crevices, with long-term use of the crevice reported (Navo 2003). As with other bats human disturbance to roost sites appear to be an important limiting factor. Disturbance to maternity roosts from June through August may be limiting.

**b) Effects Analysis:** Plan Revision activities that could potentially influence the big free-tailed bat primarily involve fluid minerals development and possibly wildlife management (i.e. abandoned mine closures).

BLM_0031621

**Alternative A:  No Action**

***Direct/Indirect Effects:***  The big free-tailed bat is currently known to occur sporadically on the far western portion of the SJPL.  Its range could therefore overlap planned activities such as oil and gas development planned within the Paradox Basin.   Differences in projected outputs for fluid minerals by alternative are displayed below in Table BE-4.

BLM_0031622

**Table BE-4a:  Activities and Projected Outputs that could Potentially Influence the Big Free-tailed bat, by Alternative**.

| Fluid Minerals Acreage Available & Stipulated | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| * Acres Not Available | 504, 622 | 535,645 | 535,645 | 535,645 |
| * Acres Open for Leasing | 2,136,779 | 2,108,476 | 2,108,476 | 2,108,476 |
| * No Surface Occupancy | 219,011 | 965,422 | 965,422 | 920,484 |
| * Controlled Surface Use | 294,515 | 183,058 | 183,058 | 195,642 |
| * Timing Limitations | 246,214 | 495,461 | 495,461 | 513,724 |
| * Standard Lease Terms | 1,377,039 | 488,591 | 488,591 | 502,938 |
| * New Wells Anticipated w/i the Paradox Basin | 136 | 137 | 137 | 137 |
| Wildlife Management | | | | |
| * Install Structures to Maintain Bat Habitat on Mine Closures | As Opportunities Arise | same | same | same |

In regards to activities that could potentially influence the big free-tailed bat, Alternative A offers approximately 28,300 more acres open to leasing than any of the action alternatives.  Alternative A also offers fewer protective lease stipulations than any of the action alternatives, with approximately 700,000 to 746,000 fewer lease acres stipulated with a No Surface Occupancy (NSO).  Under the "no new lease" scenario only the existing lease areas have potential for development under this alternative resulting in fewer acres of potential influence to the species.

Alternative A could theoretically offer a greater risk of impacting the big free-tailed bat because it is associated with greater development, fewer strict protective measures, and the species overlaps where fluid minerals development may occur.  Because the big-free tailed bat primarily roosts in rock crevices in high, steep, cliff faces, however, it is unlikely that impacts to primary reproductive or roosting habitat would occur from oil and gas development.  Although unlikely, minimal impacts to individuals cannot be completely discounted because the species will also occasionally roost in trees or snags which could be removed during development activities.

It is predicted in the Plan Revision that all alternatives will provide the same wildlife management actions in regards to mine closure gates for bats as opportunities arise.  Thus, all alternatives install the same quantity and quality of mine closure bat gates over the life of the Plan.  These closures are coordinated with the Colorado Division of Wildlife and the Department of Minerals and Geology and will provide undisturbed habitat for mine-associated bat species while also addressing human safety and health issues.  The big free-tailed bat is primarily a cliff roosting species; however, individuals have occasionally clustered in roosts near the mouths of caves or mines so potential benefits cannot be completely discounted.

**Action Alternatives:  Alternative B-D**

*Direct/Indirect Effects:*  As displayed in Table BE-2, Alternative B, C and D offer fewer potential impacts from oil and gas development because they offer approximately 28,300 fewer acres of potential lease area.  The action alternatives also offer greater protective lease stipulations, with approximately 746,000 more acres stipulated with a NSO in Alternatives B and C, and approximately 700,000 more acres in Alternative D.  The fewer amounts of available lease acres and greater amount of protective lease stipulations suggest that fewer potential impacts to bats and/or important habitat structures may be associated with the action alternatives.  Still, some potential impacts

BLM_0031623

such as tree removals during development may still occur and influence habitat components. Under the "no new lease" scenario only the existing lease areas have potential for development under these alternatives resulting in fewer acres of potential influence to the species.

There is no difference among the Plan revision alternatives in regards to implementation of wildlife management activities that may provide bat gates on abandoned mines used by bat species. Although benefits to big free-tailed bats are questionable because it is not closely associated with mines or caves, it has been known to occasionally utilize these structures as roost sites. The same potential benefits are associated with each action alternative.

*Cumulative Effects:* The Reasonable Foreseeable Development (RFD) scenario for fluid minerals development, by alternative, is displayed below in Table BE-4b.

**Table BE-4b: Reasonable Foreseeable Development scenario for oil and gas development on SJPL**

| Oil & Gas Wells Anticipated to be Drilled Over the Next 15 Years by Areas in the Reasonable Foreseeable Development Scenario (Currently Unleased Lands) | | | | |
|---|---|---|---|---|
| * San Juan Basin | 0 | 0 | 0 | 0 |
| * Paradox Basin | 136 | 137 | 137 | 137 |
| * San Juan Sag | 30 | 30 | 30 | 30 |

As displayed in Table BE-4b, the RFD predicts that 166 future wells could be developed under Alternative A and, very similarly, 167 wells under all of the action alternatives. Most (136 to 137) of these would occur in the Paradox Basin area with another 30 in the San Juan Sag. Each well development could affect about 1.5 to 3 acres at well pads and other facilities, and involve linear openings along roads and utility corridors. Linear openings would be about 40 feet wide. All trees and other vegetation in these areas would be removed at well pads. These developments are not expected to alter the high cliff areas utilized by big free-tailed bats for roosting; however, occasional removal of other potential habitat structures such as trees or snags may occur.

There have been approximately 2,300 CBM and conventional gas wells drilled within the cumulative-effects area in the past decade; 2,000 of those are within the boundaries of the Southern Ute Reservation (SUIT). CBM development within the grounds of the SUIT Reservation is expected to increase in the near future. Statistics taken from the SUIT EIS (BLM et al. 2002) indicate that an additional 1,300 conventional gas, CBM methane, and injection wells could be drilled within the bounds of the Reservation over the 25-year life of the project. Activities on SUIT lands are not expected to measurably contribute to cumulative effects for this species because SUIT lands generally lack the canyon lands and rimrock structure that occurs to the north along the Delores River and Paradox Basin.

Fluid minerals activities that could potentially occur on the SJPL and overlap the known range of the big free-tailed bat are not expected to have any measurable cumulative effects on this species because primary habitat areas (i.e. high cliff faces) are unlikely to be impacted. Wildlife management activities that implement bat gates at abandoned mine closures could potentially have a minor positive cumulative effect because the species may occasionally use mines and caves as roost sites.

While Alternatives A through D include both current and projected new leases, the "no new lease" scenario only includes current leases under each of the Alternatives.

**c) Determination:** All Plan Revision alternatives, including Alternative A, "**may adversely impact individuals (big free-tailed bats), but would not likely result in a loss of viability on the Planning Area, nor cause a trend to federal listing or a loss of species viability rangewide.**" The rationale for this determination is as follows:

- The big free-tailed bat occurs but is uncommon on most San Juan Public Lands.

- Primary roost habitat is associated with steep canyon walls and high cliff structures that are unlikely to be impacted by Plan activities.

- All potential impacts cannot be completely discounted because oil and gas development activities may occasionally remove lesser-quality habitat structures such as trees or snags.

BLM_0031624

Minimal benefits are anticipated from wildlife management activities associated with bat gates during abandoned mine closures.

## Fringed Myotis *(BLM and FS Sensitive)*

**a) Natural History and Background:** The fringed myotis (*Myotis thysanodes pahasapensis)* ranges throughout western North America, from British Columbia southward into Mexico (Adams 2003). Records are scattered throughout the mountainous regions of the Rocky Mountain States. Colorado records are scattered at moderate elevations of 1,524-2,438 meters (5,000-8,000 feet) in mountainous parts of the state (Armstrong et al. 1994). The species has been found on the SJPL in an old/abandoned building on the Pagosa Ranger District. Additional known occurrences are from BLM lands near the Dolores River Canyon (K. Nickell, pers. com.).

In Colorado, the fringed myotis ranges across saxicoline brush and Douglas-fir forests on the eastern slope near Boulder (Adams et al. 1993) and in pinyon-juniper and ponderosa pine woodlands in other parts of the state (Armstrong et al. 1994). The diet of this species includes moths (Lepidoptera) and beetles (Coleoptera) that are taken close to the canopy. The species is also known to forage on bees (Hymenoptera) and lacewings (Trichoptera) (Adams 2003). Most foraging activity occurs between one and two hours after sunset, but some activity may continue until 4.5 hours after sunset. The species is particularly susceptible to human disturbances, especially near maternity colonies (O'Farrel and Studier 1980, cited in Adams 2003). Where available, caves, buildings, underground mines, rock crevices in cliff faces and bridges are used for maternity and night roosts, while hibernation has only been documented in building and underground mines (Bradley and Ports 2003). Tree roosting has also been documented in large conifer snags in Oregon, in ponderosa pine snags in New Mexico, and in hollow redwood and giant sequoia trees in California (Bradley and Ports 2003). The species is known to migrate, but to what extent is unclear.

The greatest threat to this bat is thought to be human disturbance of roost sites and especially maternity colonies, through recreational caving and mine exploration (Western Bat Working Group 1998, Arizona Game and Fish Department 1993). June through July is considered the most critical for disturbance. Other threats include closure of abandoned mines, renewed mining at historic sites, toxic material impoundments, pesticide spraying, vegetation conversion, livestock grazing, timber harvest, and destruction of buildings and bridges used as roosts (Western Bat Working Group 1998). It is also threatened by the disturbance or destruction of water sources and riparian habitat (NatureServe, 2007).

**b) Effects Analysis:** Plan Revision activities that could potentially influence the fringed myotis involve fluid minerals development, wildlife management (i.e. abandoned mine closures) and, possibly fuels treatment and timber management activities. Influences from fuels and timber treatments would be limited to the lower-elevation habitat types where the fringed myotis may potentially occur.

### Alternative A:  No Action

*Direct/Indirect Effects:* The fringed myotis bat occurs sporadically over much of the western portion of the SJPL. Its range could therefore overlap planned activities such as oil and gas development in the Paradox Basin, timber management, and fuels management activities. Differences in outputs associated with these activities are displayed below in Table BE-5.

BLM_0031625

**Table BE-5: Activities and Projected Outputs that could Potentially Influence the Fringed Myotis Bat, by Alternative**.

| Fluid Minerals Acreage Available & Stipulated | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| * Acres Not Available | 504, 622 | 535,645 | 535,645 | 535,645 |
| * Acres Open for Leasing | 2,136,779 | 2,108,476 | 2,108,476 | 2,108,476 |
| * No Surface Occupancy | 219,011 | 965,422 | 965,422 | 920,484 |
| * Controlled Surface Use | 294,515 | 183,058 | 183,058 | 195,642 |
| * Timing Limitations | 246,214 | 495,461 | 495,461 | 513,724 |
| * Standard Lease Terms | 1,377,039 | 488,591 | 488,591 | 502,938 |
| * New Wells Anticiapted w/i the Paradox Basin | 136 | 137 | 137 | 137 |
| **Wildlife Management** | | | | |
| * Install Structures to Maintain Bat Habitat on Mine Closures | As Opportunities Arise | same | same | same |
| **Timber Treatment Acres (Suitable Habitat Only)** | | | | |
| * Ponderosa Pine | 1,000 Restoration<br>500 ac. Partial Cut | 1,000 Restoration<br>500 ac. Partial Cut | 900 Restoration<br>400 ac Partial Cut | 1500 Restoration<br>500 ac Partial cut |
| * Warm Dry Mix-Con | 250 Restoration<br>250 Partial Cut | 250 Restoration<br>250 Partial Cut | 200 Restoration<br>225 Partial Cut | 200 Restoration<br>225 Partial Cut |
| Fuels Treatment Acres (Suitable Cover Types Only) | | | | |
| * Pinyon/Juniper | 1000 Mastication | 1000 Mastication | 1000 Mastication | 1100 Mastication |
| * Mixed Shrubland | 1500 Mastication | 1500 Mastication | 1500 Mastication | 1600 Mastication |
| * Ponderosa Pine | 4000 Prescribed Fire | 4000 Prescribed Fire | 4000 Prescribed Fire | 4000 Prescribed Fire |

As noted for other bat species, Alternative A offers approximately 28,300 more acres open to leasing than any of the action alternatives. Alternative A also offers fewer protective lease stipulations than any of the action alternatives, with approximately 700,000 to 746,000 fewer lease acres stipulated with a No Surface Occupancy (NSO). A greater likelihood of impacts may therefore be associated with no action. Under the "no new lease" scenario only the existing lease areas have potential for development under this alternative resulting in fewer acres of potential influence to the species.

Alternative A offers similar timber management treatments as Alternative B and C in dry forest types that may support fringed myotis. Because the fringed myotis is known to day roost in both ponderosa pine and large pinyon-juniper snags, potential impacts to the species could occur if the planned activities result in reductions in these components. This potential affect would be similar across most alternatives. Conversely, restoration activities that include thinning of small dense trees might benefit the foraging patterns of many bat species.

BLM_0031626

Several Plan components also focus on snag management and retention, and although impacts will occur they are anticipated to be minor.

Alternative A offers similar fuels treatments as the other alternatives in the dry forest types that offer potential habitat for the fringed myotis. Mastication of small underbrush should not have measurable influences on the primary habitat components for this species. However, the fringed myotis also roosts in pinyon-juniper cover types that are also targeted for fuels reduction. Impacts to potential roost sites or individual bats could occur in these locations if large trees and snags are removed. Prescribed fire activity projections are also similar across all alternatives, and vary by only 100 to 200 acres. As with mastication, prescribed fire could negatively influence potential roost structures if snags are fire-hardened, removed, or burned.

Alternative A provides the same wildlife management actions in regards to mine closures with bat gates as opportunities arise. Thus, all alternatives install the same quantity and quality of mine closure bat gates over the life of the Plan. This action could be quite beneficial to the fringed myotis because it readily roosts in abandoned mines.

In general, Alternative A offers a slightly higher risk of negative influences on some potential habitat components for the fringed myotis, such as snags, because it allocates a greater amount of area to active management scenarios. However, potential impacts are expected to be minimal because abandoned mines and cave habitat represent one of the most significant landscape features for this species and all alternatives include active wildlife management goals that target important underground roost sites for closure and protection. Plan Components are also expected to reduce impacts to snags and other vegetation where active management occurs.

**Action Alternatives: Alternative B-D**

*Direct/Indirect Effects:* As displayed in Table BE-5a, the action alternatives offer fewer potential impacts from oil and gas development because they offer approximately 28,300 fewer acres of potential lease area. The action alternatives also offer greater protective lease stipulations, particularly in regards to a NSO stipulation. The fewer amounts of available lease acres and greater amount of protective lease stipulations suggest that fewer potential impacts to bats and/or important habitat structures may be associated with the action alternatives. As with other bat species, however, some potential impacts such as tree removals may occur during development of oil and gas wells or facilities. Tree removal could be more impacting to the fringed myotis because it frequently day roosts in ponderosa pine and/or pinyon-juniper vegetation. Under the "no new lease" scenario only the existing lease areas have potential for development under these alternatives resulting in fewer acres of potential influence to the species.

The protection of abandoned mines with bat gates could be the single-most important Plan output in regards to conservation of the fringed myotis because it frequently utilizes mines and caves for reproductive habitat. The fringed myotis is also very sensitive to disturbances within these habitats. There is no difference among the Plan revision alternatives in regards to implementation of wildlife management activities that may provide bat gates on abandoned mines used by bat species. The same potential benefits are associated with each action alternative.

*Cumulative Effects:* In regards to fluid minerals development, the cumulative effects analysis for the big free-tailed bat is expected to accurately portray the Reasonable Future Development (RFD) scenario as associated with potential cumulative effects on the fringed myotis. See Table BE-4b for this information.

In regards to past, current or reasonably foreseeable vegetative changes that may have influenced the fringed myotis, its primary habitat types have most likely been greatly altered from historic conditions. For example, evidence suggests that low-elevation ponderosa pine forest in southwestern Colorado occurred as uneven-aged stands with clumps of even-aged trees scattered throughout. These forests varied in density and age class distribution across the landscape and low-intensity fires were common. Historic reports suggest that large and very large ponderosa pine trees were present that would have offered ample snag habitat for bat species that utilize these components as roost sites. Fire suppression and timber harvest activities have resulted in significant structural changes in ponderosa pine forests as compared to historic conditions, particularly on private lands. It is therefore likely that potential snag roosts have also been reduced.

Although less evident, pinyon-juniper forests have also undergone changes from historic conditions due to heavy use by livestock, significant harvesting, and a decrease in wildfire frequency. In combination, these

BLM_0031627

factors have allowed pinyon-juniper to establish and dominate new communities and expand to higher and lower elevations, with denser stands and higher canopies (Tausch 1999). Pinyon-juniper woodlands that were once dominated by large trees with openings composed of younger trees and grasses, forbs, and shrubs are now denser, with a corresponding loss of openings. Current evidence suggests that existing pinyon-juniper stands have more dense woodland and less open savanna then occurred historically. The large tree component in many pinyon-juniper stands has also been reduced from firewood gathering, fires, insect agents, and other factors. As with ponderosa pine, much of the older pinyon-juniper has been greatly reduced on private lands, thereby suggesting that potential snag habitat for bats has also been reduced.

Although some management trends on private lands have recently changed, it is likely that the majority of mature stands and habitat values for bats and other wildlife species will remain and occur primarily on public lands. The focus of these lands under all alternatives involves restoration activities such as thinning, fuel reductions, and prescribed fire intended to help return these cover types to a more historic condition. This focus should help buffer the negative cumulative impacts that have occurred on private lands, and maintain habitat conditions on public lands that are more resilient to large-scale fires and other major landscape changes.

While Alternatives A through D include both current and projected new leases, the "no new lease" scenario only includes current leases under each of the Alternatives.

c) **Determination:** All Plan Revision alternatives, including Alternative A, "**may adversely impact individuals (fringed myotis), but would not likely result in a loss of viability on the Planning Area, nor cause a trend to federal listing or a loss of species viability rangewide.**" The rationale for this determination is as follows:

- The fringed myotis bat is an uncommon species on San Juan Public Lands that may overlap some Plan activities in lower elevation vegetation types.

- The single-most important habitat element for the fringed myotis on SJPL is most likely suitable mines and caves that provide reproductive habitat. Protection of these features is similarly associated with all alternatives.

- All potential impacts cannot be completely discounted because some Plan activities may occasionally remove potential snag and tree roosts utilized by the species.

- More information on use of pinyon-juniper habitat by this and other species is recommended because of fuels reduction activities that target this vegetation type.

## Gunnison's Prairie Dog *(FS sensitive)*

a) **Natural History and Background:** Gunnison's prairie dogs (*Cynomys gunnisoni*) are distributed from Central Colorado to central Arizona, including southeastern Utah and much of the northwestern half of New Mexico (NatureServe, 2005). In Colorado, the species is restricted to southwestern and south-central Colorado. They range in elevation from 6,000 to 12,000 feet. They are well distributed across SJPL at lower elevations.

Gunnison's prairie dogs inhabit grasslands and semidesert and montane shrublands (Fitzgerald et al. 1994). Habitat use by Gunnison's prairie dogs differs somewhat from the black-tailed prairie dog primarily due to the strikingly different geographical settings within the range distribution of these species. The black-tailed prairie dog is primarily a prairie species, while the Gunnison's prairie dog is associated with intermountain valleys, benches, and plateaus that offer prairie-like topography and vegetation. These intermountain valleys, benches, and plateaus can range from very arid to mesic sites. Gunnison prairie dogs can occupy mesic plateaus and higher mountain valleys, as well as arid lowlands (Knowles, 2002). The species is generally found in groups of several individuals, and often times forming colonies. They dig burrows that are used for raising young, and provide cover from predators.

The species feeds on grasses, forbs, sedges, and shrubs. Insects are of minor importance to its diet. Flowers and other succulent parts of forbs and shrubs are also consumed but the animals do little digging for roots and tubers (Fitzgerald et al. 1994). The species is not known to store food in its burrow. As with all species of prairie dogs and most ground squirrels, they gather grasses and forbs for nesting materials, especially in late summer. Free water is not required (Fitzgerald et al. 1994).

BLM_0031628

Gunnison's prairie dogs hibernate. In central Colorado around 10,000 feet, individuals entered burrows by October and emerged in mid-April. Hibernation periods at lower elevations are shorter and some individuals may even appear above ground in winter months (Raynor et al. 1987, cited in Fitzgerald et al. 1994).

Predators include badgers, golden eagles, coyotes, bobcats, and red-tailed hawks. Plague and poisoning have caused considerable retraction of the species in parts of Colorado and New Mexico (Fitzgerald et al. 1994). In Colorado, prairie dogs are considered small game species and are provided no protection from harvest. Reproduction occurs May through mid July.

**b) Effects Analysis:** Plan Revision activities that could potentially influence the Gunnison prairie dog primarily involve fluid minerals development, road construction/reconstruction, summer motorized recreation, and range management activities (i.e. livestock grazing and associated activities).

### Alternative A: No Action

***Direct/Indirect Effects:*** The Gunnison prairie dog occurs sporadically over the western portion of the SJPL on both BLM and National Forest Systems land. Its range could therefore overlap planned activities such as oil and gas development, motorized recreation, and possible road construction/reconstruction. Prairie dog colonies also overlap areas utilized by cattle grazing. Differences in outputs associated with these activities are displayed below in Table BE-6.

---

BLM_0031629

**Table BE-6:  Activities and Projected Outputs that could Potentially Influence the Gunnison Prairie Dog, by Alternative**.

| Fluid Minerals Acreage Available & Stipulated | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| * Acres Not Available | 504, 622 | 535,645 | 535,645 | 535,645 |
| * Acres Open for Leasing | 2,136,779 | 2,108,476 | 2,108,476 | 2,108,476 |
| * No Surface Occupancy | 219,011 | 965,422 | 965,422 | 920,484 |
| * Controlled Surface Use | 294,515 | 183,058 | 183,058 | 195,642 |
| * Timing Limitations | 246,214 | 495,461 | 495,461 | 513,724 |
| * Standard Lease Terms | 1,377,039 | 488,591 | 488,591 | 502,938 |
| * New Rd Construction/ Fluid Minerals (miles) | 70 | 70 | 70 | 70 |
| **Wildlife Management** | | | | |
| * Install Structures to Maintain Bat Habitat on Mine Closures | As Opportunities Arise | same | same | same |
| * Livestock Grazing (Cattle AUMs Only) | | | | |
| * Permitted AUMs (FS) | 115,312 | 115,312 | 112,554 | 117,791 |
| Motorized recreation (Acres, Summer Travel) | | | | |
| * Roaded natural | 957,909 ac. | 647,407ac. | 569,731 ac. | 699,274 ac. |
| * Semi-primitive motorized | 414,152 ac. | 746,407ac. | 595,821 ac. | 779,219 ac. |
| * Semi-primitive non-motorized | 433,277 ac. | 433,520 ac. | 133,994 ac. | 351,735 ac. |
| * Primitive | 486,844 ac. | same as winter | 530,861 ac. | 0 ac. |
| * Primitive Wilderness | 0 ac. | same as winter | same as winter | same as winter |

The primary activities that have influenced Gunnison prairie dogs in Colorado involve intentional poisoning and plague (Fitzgerald et al. 1994).  Recreational shooting may also influence local prairie dog populations in some locations. Outbreaks of plague are density-dependent occurrences that are not influenced by any of the Plan Revision alternatives, and poisoning is not permitted without additional analysis.  Recreational shooting of prairie dogs is controlled and managed by the Colorado Division of Wildlife and not influenced by the plan alternatives.

The exact locations of fluid minerals development are not known at this time.  However, potential development areas do overlap the range of the Gunnison prairie dog, so some influences or impacts could be possible. Although the number of projected well developments is similar under all alternatives, Alternative A offers more acres open to leasing than any of the action alternatives.  Alternative A also offers fewer protective lease stipulations than any of the action alternatives, with approximately 700,000 to 746,000 fewer lease acres stipulated with a No Surface Occupancy (NSO).  A greater likelihood of influences on prairie dog colonies

BLM_0031630

may therefore be associated with no action. All alternatives also offer approximately 70 miles of new road construction to access new lease sites. It is possible that potential impacts from this activity could occur to existing prairie dog colonies. Under the "no new lease" scenario only the existing lease areas have potential for development under this alternative resulting in fewer acres of potential influence to the species.

It is likely that winter travel is not a major influence on prairie dogs because the species hibernates while that activity is occurring. In regards to summer motorized travel, Alternative A offers more suitable acres for this activity than in any of the action alternatives. Although summer travel probably causes no direct impacts to prairie dog colonies, motorized travel near the colonies may disturb the species or disrupt their foraging habits.

Alternative A continues the current range management practices under the current respective management plans for both the Forest Service and BLM. Cattle grazing on Forest Service lands are continued at 115,312 AUMs on approximately 655,000 acres. Cattle grazing influences on Gunnison prairie dog are expected to be neutral or perhaps positive because of influences on vegetation growth and composition.

In summary, some impacts to existing prairie dog colonies could be associated with the no action alternative. However, the primary influences on prairie dog persistence are not expected to be associated with any activities authorized under the Plan Revision.

### Action Alternatives: Alternative B-D

*Direct/Indirect Effects:* As with Alternative A, the action alternatives will have no influence over the control of plague outbreaks and no additional authority over state actions involving recreational shooting. Poisoning of prairie dogs is not allowed under any alternative without additional analysis.

As displayed in Table BE-6, the action alternatives may offer fewer potential impacts from oil and gas development because they offer approximately fewer acres of potential lease area. There are no lease stipulations specific to the Gunnison prairie dog in any alternative. However, there are energy corridor stipulations that pertain to this species to help meet conservation goals when prairie dog colonies are encountered. The action alternatives also offer greater amount of area protected through NSO stipulations, which could indirectly provide less disturbance to the species. Under the "no new lease" scenario only the existing lease areas have potential for development under these alternatives resulting in fewer acres of potential influence to the species.

The action alternatives offer fewer suitable acres for summer motorized travel. Consistent with the theme of minimizing human influences, Alternative C is the most restrictive. All action alternatives provide potential benefits because of greater controls on off-road travel. Greater indirect benefits to prairie dogs may therefore be associated with the action alternatives.

Changes in permitted livestock in the action alternatives are not expected to have much influence on Gunnison prairie dog because of generally neutral interactions between the two. However, if cattle are providing indirect benefits to prairie dogs because of grazing influences this might be reduced in Alternative C. Overall, however, no detectable differences are expected.

In summary, some potential impacts associated with oil and gas development and motorized travel could be reduced in the action alternatives. Overall, however, the primary influences on prairie dog persistence are not expected to differ under the action alternatives.

*Cumulative Effects:* Gunnison prairie dog colonies have been greatly reduced from historic numbers because of influences such as intentional poisoning and introduced plague. Recreational shooting has probably impacted localized populations in some area. Intentional poisoning has been greatly reduced over time but still may continue on private lands. On public lands, however, this activity is strictly controlled. Plague outbreaks remain a primary factor influencing Gunnison prairie dogs in Colorado.

Some planned activities on the SJPL may influence existing prairie dog colonies. While Alternatives A through D include both current and projected new leases, the "no new lease" scenario only includes current leases under each of the Alternatives. Overall, however, the SJPL remain a refuge for the prairie dog and planned activities are expected to have little influence on their persistence. Planned activities are not expected to contribute to any negative cumulative effects on the species habitat or populations.

BLM_0031631

**c) Determination:**  All Plan Revision alternatives, including Alternative A, "**may adversely impact individuals (Gunnison prairie dogs), but would not likely result in a loss of viability on the Planning Area, nor cause a trend to federal listing or a loss of species viability rangewide.**"  The rationale for this determination is as follows:

- Plague and other influences outside the control of the SJPL are the primary influences on Gunnison prairie dogs.

- Some Plan activities may overlap existing colonies.

- All potential impacts cannot be completely discounted because some Plan activities may have minor influences on the colonies.

## North American Wolverine (FS sensitive)

**a) Natural History and Background:**  The wolverine (*Gulo gulo*) is the largest member of the family *Mustelidae*, which also includes weasel, fisher, marten, badger and mink.  The taxonomic relationship between the North American and Eurasian members of this species has long been debated, with some authorities dividing these groups into two separate species.  Currently however, the genus *Gulo* is considered to have only one existing species, *Gulo gulo* (Pasitischniak-Arts and Larivière 1995).  Wolverines are found in small numbers throughout their range and appear to require large expanses of wilderness or remote areas.

The wolverine is circumpolar in distribution, occupying the tundra, taiga, and forest zones of North America and Eurasia.  Historically, its North America range included Alaska, most of Canada, the Great Lakes region (in small numbers), with peninsular extensions into the northern mid-west (N. Dakota, S. Dakota and Nebraska), the Rocky Mountains as far south as northern New Mexico, and the Pacific coastal ranges through central California.  Their current range has contracted significantly, especially in the eastern and southern portions.  It has been extirpated from most of its eastern ranges in the Great Lakes states and southern Canadian provinces.  It is now found in remote regions of Idaho, Montana, Wyoming, as well as in isolated portions of Washington, Oregon, and California (Banci 1994).  The status of the wolverine in Colorado is undetermined, with 22 records representing 25 animals between 1871 and 1919 (Seidel et al. 1998).  Since 1979, 12 investigations have been conducted in Colorado with the goal of trying to document wolverine presence in the state (Seidel et al. 1998).  After intensive efforts using snow tracking, hair snags, remote cameras, and snares, only 10 sets of tracks were found that appeared to have a high probability of being wolverine (ibid).  One of those investigations occurred on National Forest System lands of SJPL but no evidence of wolverine was found.  There are historic reports of wolverine occurrence on the Forest, with more recent reports occurring in 1979, 1996 and 2001.  These reports could not be confirmed.

Wolverines are now generally restricted to boreal forests, tundra, and western mountains (Banci 1994).  There is the perception that wolverines are primarily a high altitude species.  However, this may be more a function of their preference for remote areas, which tend to now be concentrated in inaccessible mountain ranges (Banci 1994).  Wolverines are a wide-ranging species, and thus use a wide variety of habitats.  Researchers have generally concluded "habitat is best defined in terms of year-round food supplies in large, sparsely inhabited wilderness areas, rather than in terms of particular types of topography or plant associations" (Banci 1994).  Wolverine reports from parts of their southern range, such as Idaho, Wyoming and Colorado have typically been associated with remote mountainous regions.  Habitats fragmented by high road densities, heavy timber management, urbanization, etc. appear to be avoided (Banci 1994).

The wolverine is an opportunistic forager and is both a predator and a scavenger, depending on the time of year.  Most of their movements within their home range are related to foraging activities.  Wolverines are primarily scavengers during the winter, and rely heavily on large ungulates killed by other predators or that have died from disease or starvation.  In Montana, elk and deer constituted 42% of their winter diets (Hornicker and Hash 1981).  Winter diets may be supplemented by small mammals such as porcupines, snowshoe hares, squirrels, mice and voles (Peterson 1997).  Wolverines are known to prey on larger animals under some conditions, such as deep snow, when these animals are vulnerable (Banci 1994).  During the summer, a wide variety of species are taken including marmots, ground squirrels, red squirrels, voles, ptarmigan, porcupines, hares, birds, eggs and insects (Peterson 1997, Banci 1994, Hornicker and Hash 1981).  Berries may also be taken during seasons of availability.  Surplus food is often cached in holes dug in the ground or snow, or occasionally in trees.  Food caching may be

BLM_0031632

particularly important around natal dens to provide a dependable source of food for the litter (Pasitischniak-Arts and Larivière 1995).

A significant body of evidence suggests that large remote tracts of higher elevation lands are necessary for wolverine populations (Banci 1994, Hornicker and Hash 1981, Seidel et al. 1998). Any activities that increase human presence or result in significant alteration of habitats in and adjacent to these limited areas may degrade their overall ability to support wolverine populations. In addition, linkages between these areas must be maintained if self-sustaining populations of wolverines can persist (Banci 1994). Other limiting factors include low reproductive potential, low density populations, availability of natal and maternal dens, prey availability, predation, trapping, and parasites. Disturbance at any time of year can cause displacement. However, disturbance in proximity to natal sites or disrupting natal activities (January through March) can lead to abandonment of the den (Heinemeyer and Copeland 1999).

**b) Effects Analysis:** Plan Revision activities that could potentially influence the wolverine primarily involve road construction/reconstruction, motorized and non-motorized recreation, and ski area development.

### Alternative A: No Action

*Direct/Indirect Effects:* The North American wolverine occurred historically in Colorado, including the San Juan Mountains. While probably never common in the state, the Colorado Division of Wildlife believes the species disappeared from Colorado in the early 1900's. However, occasional unverified sightings and circumstantial evidence that a few individuals may still exist. If so, the San Juan Mountains represent perhaps the best potential habitat remaining in the state to detect the species or preserve options for future reintroductions.

This analysis assumes that wolverines may still exist in the remote San Juan Mountains of southern Colorado, and analyzes potential impacts as if the species is present. Based on these assumptions, differences in outputs associated with activities that may influence the species are displayed below in Table BE-7.

BLM_0031633

**Table BE-7:  Activities and Projected Outputs that could Potentially Influence the North American Wolverine, by Alternative**.

| Motorized recreation (Acres, Winter  Travel) | | | | |
|---|---|---|---|---|
| * Roaded natural | 696,652 ac. | 544,617 ac. | 486,765 ac. | 644,084 ac. |
| * Semi-primitive motorized | 683,371 ac. | 402,285 ac. | 232,249 ac. | 628,249 ac. |
| * Semi-primitive non-motorized | 440,948 ac. | 879,149 ac. | 580,347 ac. | 556,288 ac. |
| * Primitive | 0 ac. | 2,632 ac. | 530,865 ac. | 0 ac. |
| * Primitive Wilderness | 536, 290 ac. | 536,291 ac. | 536,291 ac. | 536,291 ac. |
| Motorized recreation (Acres, Summer  Travel) | | | | |
| * Roaded natural | 957,909 ac. | 647,407ac. | 569,731 ac. | 699,274 ac. |
| * Semi-primitive motorized | 414,152 ac. | 746,407ac. | 595,821 ac. | 779,219 ac. |
| * Semi-primitive non-motorized | 433,277 ac. | 433,520 ac. | 133,994 ac. | 351,735 ac. |
| * Primitive | 486,844 ac. | same as winter | 530,861 ac. | 0 ac. |
| * Primitive Wilderness | 0 ac. | same as winter | same as winter | same as winter |
| Ski Area Development/ Expansion | Allows expansion of DMR & development of East Fork Ski Areas | Allows expansion of DMR. | Maintains all ski areas in current footprint; no new developments | Allows expansion of DMR & Wolf Crk, and development of East Fork Ski Area |

As displayed in Table BE-7, the no action alternative offers a fairly high amount of roaded recreational opportunities, including approximately 847,000 acres for over-the-snow travel.  Perhaps more significantly for the wolverine, it also allows for the expansion and/or development of two ski areas.  In Alternative A, Durango Mountain Resort (DMR) could expand to the north within the current permitted boundary (MA 8).  Because of the significant amount of development and human activity that already occurs at DMR, this expansion would probably be insignificant in regards to conservation and future habitat options for the wolverine.  However, it does likely increase human visitor use and lead to a decrease in solitude.  Alternative A also allows for the development of the East Fork Ski Area approximately five miles south of the existing Wolf Creek Ski Area.  This proposal would most likely offer more potential impacts to the wolverine because it would impact undeveloped habitat that currently may be suitable for the species.  Surveys for wolverine and other rare forest carnivores were conducted in this area during 1990-91.  Although no wolverine were detected, the area was noted as supporting probable occurrences in the past and contributing to undeveloped habitat that might support the species in the future (Thompson et al. 1992). Fragmentation and disturbance effects would most likely be more pronounced with the new development proposal.

**Action Alternatives:  Alternative B-D**

*Direct/Indirect Effects:*  The action alternatives differ in the amount of solitude and undeveloped terrain potentially available for the wolverine.  Alternative D offers the maximum amount of development with the expansion of DMR, the development of East Fork, and the expansion of the existing Wolf Creek Ski Area.  In concert with the theme for Alternative C offers, no expansion of existing ski areas or new developments are associated.  Alternative C therefore offers the highest probability of maintaining habitat options for species such as the wolverine that depend on solitude, little human disturbance, and undeveloped terrain.  In regards to undeveloped habitat, Alternative B is similar to Alternative C in that it only allows for the expansion of DMR

BLM_0031634

but not the new development of East Fork or the existing Wolf Creek Ski Area. Assuming that the wolverine could potentially still inhabit the San Juan Mountains, Alternative B and C are similar for maintaining options for the conservation of the species.

*Cumulative Effects:* Although information on wolverine ecology remains sparse, there has been a considerable increase in research and attention concerning this species. Perhaps the most significant new information is the genetic work that displayed a reduced gene flow between the northern populations and those in the lower United States (Kyle and Strobeck 2002). This information suggests that wolverines in the contiguous United States display the characteristics of a fragmented population that, where they still exist, may be significantly at risk. Conversely, however, wolverines appear to have adequate source habitat available if they are able to recolonize it (Rowland et al. 2003). The San Juan Mountains of Colorado may fit these characteristics. Based on work from Idaho (Copeland 1996), a better understanding of denning habitat and the factors that may limit it now exists for the contiguous United States (Heinemeyer 2001, Rowland et al. 2003). Despite all the new information, however, the existence of the wolverine in Colorado remains unconfirmed.

Recent work by McGarigal et al. (2001) in the South San Mountains also mentions the "buffering effect" of the large tracts of Wilderness and other backcountry areas in relationship to more heavily managed areas at lower elevations. However, that analysis primarily evaluated the effects of timber and road management and did not specifically address the great increase in recreational activities in the alpine zone. Thus, although a considerable amount of wilderness and unframented habitat remains in the San Juan Mountains, recreational use on the Forest has increased to a point that previously undisturbed areas are now supporting various types of extreme sports and other recreational pursuits. These activities, as well as ski area expansions associated with some alternatives, have the potential to reduce the amount of solitude habitat available for species such as the wolverine. However, the existence of the species or the possible affects of this remains generally unknown.

The interagency Wolverine Conservation Program Charter finalized in August 2002 is already involved with additional wolverine research in the contiguous United States (Inman et al. 2002). This Charter is expected to provide substantial benefits to the conservation of the wolverine through its stated research and management efforts. If the wolverine still exists on the San Juan National Forest, this information may be of value to maintain habitat options for conservation and/or recolonization of the species in the future.

**c) Determination:** Assuming occupancy, Plan Revision alternatives A and D, "**may adversely impact individuals (wolverines), but would not likely result in a loss of viability on the Planning Area, nor cause a trend to federal listing or a loss of species viability rangewide.**" Alternative B and C could be expected to provide a "Beneficial Impact" to the species. The rationale for this determination is as follows:

- Although considered extirpated from the state of Colorado, circumstantial evidence suggests that a remnant population or individuals may still exist.

- The San Juan Mountains offer some of the best remaining options for locating the species, or perhaps undertaking a reintroduction program.

- Alternatives A and D provide for motorized recreational activities and ski area expansions that may further impact the species or reduce options for future reintroductions/recolonizations.

- Alternative B and C decrease the amount of potential disturbance beyond baseline conditions, and does not allow for further ski area expansions or developments.

## River Otter *(FS sensitive)*

**a) Natural History and Background:** The river otter (*Lontra Canadensis*) is an elongate, robust mustelid with a thick, tapering tail. Historic range was throughout most of North America north of Mexico, except the extreme southwestern U.S. Extirpated from large areas of the interior U.S. following European colonization. Has been reintroduced in some parts of the range (e.g., Colorado, Virginia) (NatureServe 2005).They occur in the Colorado, Gunnison, Piedra, and Dolores rivers. Tracks and other sign of otters have also been found in the Poudre and Laramie drainages in Larimer County (NDIS 2005).

Thirteen river otters from Wisconsin were reintroduced into the Piedra River. Between 1988 and 1991, 28 river otters from Alaska, Oregon and California were reintroduced in the Dolores River. Dolores River otters seem to be reproducing and are distributed from the Colorado state line to Rico and on the San Miguel River. During

BLM_0031635

presence/absence surveys done in 2002 by the CDOW, the Piedra River otters were distributed through the Piedra River from Williams Reservoir to Navajo Reservoir. No otters were found on the Los Pinos River though reproduction was known to occur a few years previous. On the San Juan River, sign of one otter was sited. The Animas River and the Florida River are known to have otters but were not surveyed (Wait 2002). No methods for estimating populations have been successfully developed, and therefore no estimates of population numbers have been made.

The river otter inhabits streams, lakes, ponds, swamps, marshes, estuaries (in some areas), beaver flowages, exposed outer coast (Pacific Northwest, Alaska). When inactive, it occupies hollow logs, space under roots, log, or overhang, abandoned beaver lodge, dense thicket near water, or burrow of other animal; such sites also are used for rearing young. River otters may travel long distances overland, particularly in snow (NatureServe 2005). River otters inhabit riparian habitats that traverse a variety of other ecosystems ranging from semidesert shrublands to montane and subalpine forests. The species requires permanent water of relatively high quality and with an abundant food base of fish or crustaceans. Generally, streams of 10 CFS or higher are required to provide suitable habitat. Other habitat features that may be important include the presence of ice-free reaches of stream in winter, water depth, stream width, and suitable access to shoreline (NDIS 2005).

River otters feed opportunistically on aquatic animals, particularly fishes (mostly slow-moving, mid-size species), frogs, crayfish, turtles, insects, etc., sometimes birds and small mammals. In coastal waters eats marine species (Bowyer et al. 1995). Local/regional declines were caused by unregulated trapping and degradation of riverine/riparian habitat.

**b) Effects Analysis:** Plan Revision activities that could potentially influence the river otter primarily involve water management activities (i.e. water diversions, deletions), and wildlife management activities (i.e. watershed, riparian, and aquatic habitat improvements). Acid Rock Drainage from historic mining activities may also be limiting river otters in the higher portions of some drainages.

### Alternative A: No Action

*Direct/Indirect Effects:* The northern river otter has been reintroduced into several river systems on SJPL. As evidenced by the continued expansion of river otters in southwestern Colorado, all activities that could influence wetlands or riparian habitats on the SJNF are managed in a manner intended to maintain or improve habitat conditions and water quality. Thus, the most influential activities on river otters probably involve private and/or inter-ownership activities such as human developments, acid rock drainage, and water management activities.

Water management activities such as water depletions authorized through special use permits may influence water quality and therefore river otter habitat. These activities are expected to continue in a similar manner under all alternatives and are managed in a manner to minimize influences of water quality. Reclamation of acid rock drainage areas is on-going and will also continue in a similar manner under all alternatives.

Wildlife management activities that improve watershed, riparian, and aquatic habitat may also benefit the river otter depending upon location. Planned outputs for these activities are similar for alternatives.

Although differences between alternatives are difficult to evaluate in regards to potential influences on river otters, it is possible that Alternative A does not provide as much potential habitat protection for the species as the Alternative B and C because it allows more indirect influences that could potentially influence water quality. Alternative A also does not identify as many water bodies for additional protections under special areas designations such as Wild and Scenic River corridors that may better control some human-associated impacts. Overall, however, otters continue to expand and the effect from all alternatives is expected to be secondary to other factors such as drought and private water management activities.

### Action Alternatives: Alternative B-D

*Direct/Indirect Effects:* All action alternatives are expected to allow the continued expansion of river otters into potential habitat on SJPL. However, alternative B and C allow for additional protective measures above baseline conditions that may indirectly benefit the river otter. Examples of these include better control of potential erosion from motorized vehicle use and more potential protection of riverine habitat from special area designations. Although continued expansion of river otters is also expected under Alternative D, this alternative may require more site-specific mitigation measures because it allows more active management.

BLM_0031636

Wildlife management activities that improve watershed, riparian, and aquatic habitat for the river otter is similar between the action alternatives. Similar benefits are therefore expected.

***Cumulative Effects:*** Water management activities at locations such as McPhee Reservoir are recognized as an influential factor on river otters and their aquatic prey in the lower Dolores River system (Fitzgerald et al. 2004). These influences are probably more acute during drought conditions and autumn periods when water flows can be reduced below 10 cfs. However, otters continue to occupy the lower river system, navigate around the dam and through the reservoir, and have expanded their range to the headwaters of the upper Dolores River. Continued cooperation between state, private, and federal agencies concerning water management and reservoir operations is expected to reduce potential cumulative impacts from these activities on river otters and other aquatic species.

Acid rock drainage is recognized as a hazard to water quality and aquatic life in several places within the Colorado Mineral Belt which encompasses the Southern Rocky Mountains. Although this may occur naturally due to hydrothermal alteration, abandoned mine features contribute significantly to acidity and heavy metals at about 900 features on National Forest Systems land in Colorado (Sares et al. 2005). The headwaters of the Animas River are recognized as one of the priority areas in the state for remediation and reclamation, and interagency efforts are underway to correct these problems. However, complete reclamation of some sites will take many years to complete and/or be difficult to accomplish, and natural acid rock drainage may continue to limit otters in some stream reaches. Continued cooperation with other state and federal agencies and private land owners will be needed to alleviate these influences and further improve habitat conditions in some locations.

The river otter was also probably common in all the major river drainages in Colorado but was extirpated or nearly extirpated from the state by the early 1900's due to trapping and influences on habitat and water quality. From 1976-1991 about 115 river otters were reintroduced into Colorado, with 41 of these occurring in river systems on the SJNF. The persistence and distribution of otter sign provides evidence that river otters have greatly expanded since that time and have re-established populations. The increasing trend and distribution led the CDOW to downlist the river otter from a state endangered status to a threatened status in 2003. The status of the river otter has also improved throughout most of its range within the United States, with populations reported as stable in 19 states, increasing in 29 states, and unknown in 4 states.

Habitat conditions in most of the smaller perennial streams on the SJNF have continued to improve over time and now support increased populations of closely associated species such as beaver. The restoration and expansion of beaver has most likely resulted in an increasing trend in potential river otter habitat due to the close association between these species. Acid rock drainage and water management activities are probably the most influential activities to otters that remain in some locations on the SJNF. Overall, the habitat trend for river otters on the SJNF has most likely improved in most of the smaller stream systems while the larger water bodies and major river systems have remained static or changed individually since the initial reintroduction occurred in 1976. The continued expansion of the species suggests that no negative cumulative effects are occurring.

**c) Determination:** All Plan Revision alternatives, including Alternative A, "**may adversely impact individuals (river otters), but would not likely result in a loss of viability on the Planning Area, nor cause a trend to federal listing or a loss of species viability rangewide.**" The rationale for this determination is as follows:

- The northern river otter continues to expand in suitable riverine systems on SJPL since its initial reintroduction from 1976-1991. Additional population supplements are not needed.

- The primary activities influencing river otters revolve around water management and natural factors such as drought.

- Water management activities are managed to reduce impacts on aquatic species; however, reduced water flows have direct and indirect influences on prey species and habitat conditions.

# Rocky Mountain Bighorn Sheep *(FS sensitive)*

**a) Natural History and Background:** Rocky Mountain bighorn sheep (*Ovis canadensis Canadensis*) is the only bighorn species occurring on National Forest System lands within SJPL. A herd of desert bighorn sheep are

BLM_0031637

located on the Dolores Field Office on BLM lands within SJPL and are not a BLM sensitive species. Rocky Mountain bighorns are distributed throughout the mountainous regions of western North America from British Columbia and Alberta south to northern New Mexico and central Arizona (Fitzgerald et al., 1994). Colorado has the largest number of bighorn sheep in the United States. In Colorado herds are widely scattered throughout the mountains and foothills of the State. Although classified as secure in Colorado, many regional sheep herds are vulnerable because they consist of small numbers (< 100 animals), are isolated from adjacent sheep populations, threatened by disease transmission from domestic livestock. National Forest System lands on SJPL include 5 herds S 15, S16, S28, S31, and the Animas Canyon herd all of which are considered at medium-risk of extirpation (Beecham et al., 2007).

Bighorn sheep are adapted to a wide variety of habitats across western North America ranging in elevation sea level to over 4,300 m. Current distribution is confined to scattered populations in open or semi-open, often precipitous, terrain characterized by a mix of steep or gentle slopes, broken cliffs, rock outcrops, and canyons and their adjacent river benches and mesa tops. Visibility is an important habitat variable for bighorn sheep, so much so that the structure and height of vegetation are probably more important than composition of plant species because high visibility facilitated the detection of predators. Key elements of winter range include low snow depth and wind-swept areas with sufficient forage and adjacent escape terrain for eluding predators (Beecham et al., 2007) In Colorado, mountain sheep prefer high visibility habitat dominated by grass, low shrubs, and rock cover, areas near open escape terrain, and topographic relief (Fitzgerald et al., 1994).

The bulk of its diet is grasses and grass-like plants, browse, and some forbs. At lower elevations browse appears to be the staple in winter. At higher elevations grasses and grass-like plants may dominate both summer and winter diets. Seasonally, mountain sheep may make relatively short migrations from summer to winter ranges, typically 5 to 15 km. Many populations affect this migration through a series of deliberate, short-distance moves using favored habitat along the way.

Mountain sheep breed in November and December in Colorado. Most young are born in May or June, peaking in mid-June (Fitzgerald et al., 1994). Escape terrain is critical for ewes during lambing to the extent they will sacrifice high quality forage for security (Beecham et al., 2007).

A variety of factors threaten the long-term viability of bighorn sheep in Region 2. Limiting factors to bighorn sheep herds include: deadly epizootics as a result of disease transmission from domestic goats and sheep and between bighorn herds during translocation projects; the loss of genetic variability in small herds; habitat deterioration, loss and fragmentation, human disturbance on critical winter and lambing ranges, competition for forage and space with livestock and other ungulate species; and cougar predation on adult female sheep in remnant or recently reintroduced herds (Beecham et al., 2007).

**b) Effects Analysis:** Plan Revision activities that could potentially influence the Rocky Mountain bighorn sheep primarily involve range management activities (i.e., domestic sheep grazing), and wildlife management activities (i.e. big game winter range improvements).

### Alternative A: No Action

*Direct/Indirect Effects:* As of 2005, several different herds that supported an estimated 415 Rocky Mountain bighorn sheep occurred on the San Juan National Forest. There are several natural factors that could influence habitat conditions for bighorn sheep. However, a primary issue involves their high susceptibility to a wide variety of diseases and parasites, many of which have been contracted from domestic sheep (Geist 1971). Bacteria, primarily *Pasturella spp.*, (and resultant pneumonia) is the primary culprit that leads to bighorn sheep mortality in all age groups. The risk of disease transmission is impossible to eliminate when bighorn and domestic sheep occupy the same range area because male bighorns are attracted to domestic ewes and/or they utilize the same foraging or watering areas. Contacts between wild and domestic sheep have frequently resulted in massive die-offs of bighorns that represent a loss of many years of costly efforts to restore the species to its former range. The loss of genetic diversity and herd memory of historical migration routes may also be irreplaceable when attempting to restore bighorns after a massive die-off. Currently, there are no documented bighorn sheep die-offs on SJPL from contact with domestic sheep.

This analysis of bighorn sheep focuses on potential influences on bighorn sheep from domestic sheep grazing and efforts to maintain and improve their habitat. Differences in outputs associated with activities that may influence the species are displayed below in Table BE-8.

BLM_0031638

**Table BE-8:  Activities and Projected Outputs that could Potentially Influence the Rocky Mountain Bighorn Sheep, by Alternative.**

| Wildlife Management | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| * Restore or enhance big game winter range | 2,000 ac. | 2,000 ac. | 2,000 ac. | 2,000 ac. |
| * Livestock Grazing (Sheep AUMs  Only) | | | | |
| * Permitted AUMs (FS) | 8,754 | 8,754 | 6,456 | 21,783 |
| * Suitable Acres on Active Allotments (FS) | 87,858 | 87,858 | 73,113 | 239,280 |

As displayed in Table BE-8, Alternative A and all action alternatives continue to allocate allotments to domestic sheep grazing. Alternative A maintains the same permitted numbers and area as Alternative B, currently set at 8,754 AUMs and 87,858 acres. Currently, there is some overlap between bighorn range and stocked sheep allotments. However, many of the historic domestic sheep allotments that overlap bighorn herd ranges have been maintained as vacant allotments for at least a decade, thereby reducing the probability of disease transmittal. It is possible that these vacant allotments could be filled under Alternative A. Although there is no documented case of disease transmittals from domestic sheep to bighorns on the PLC, it is possible that a risk would remain for such an event. Plan components and conservation measures to prevent these occurrences in Alternative A are similar in all action alternatives.

Wildlife habitat management to improve big game winter range is projected to occur on 2,000 acres during the life of the Plan Revision. This projection includes elk and other big game species as well as potential projects for bighorn sheep. Benefits can be expected on a site-specific basis.

**Action Alternatives: Alternative B-D**

*Direct/Indirect Effects:* As displayed in Table BE-8, Alternative B maintains the same permitted numbers and area for domestic sheep as Alternative B, currently set at 8,754 AUMs and 87,858 acres. The exception to this would involve closures of several small allotments that are difficult to manage administratively. No difference in risk or protective measures concerning potential bighorn/domestic sheep interactions would occur as these closures are not directed at further minimizing potential conflicts.

Alternative C reduces sheep numbers and allotment area to 6,456 AUMs and 73,113 acres. This alternative would permanently close several sheep allotments, in part to further avoid potential conflicts with bighorn sheep. Although the risk of future contact between domestics and bighorn would not be completely eliminated, this alternative reduces the potential for a disease transmittal event.

Alternative D allows more livestock grazing than any other alternative, and increases sheep numbers and allotment area to 21,783 AUMs and 239,230 acres. All currently vacant sheep allotments could be filled under this alternative. Alternative D would therefore require more management attention to assure that domestics and bighorns do not intermix. However, this is difficult to achieve because both species will wander and could potentially come in contact.

As in Alternative A, wildlife habitat management to improve big game winter range is projected to occur on 2,000 acres during the life of the Plan Revision. This projection includes elk and other big game species as well as potential projects for bighorn sheep. Benefits can be expected on a site-specific basis.

*Cumulative Effects:* Both domestic and bighorn sheep have used SJPL for several decades. Currently, there are no documented cases of disease transmittals from domestic sheep to bighorns on the PLC. Management of bighorn sheep and domestic sheep in order to avoid physical interactions is often complex and potentially volatile issue. It is important that separation of the two species is maintained at all times; however, the distance needed to attain this can be different in each situation, and collaboration between all parties is needed to achieve this. Currently, the SJPL is working with other state, federal, and local partners to better identify where bighorns occur, where they wander, and how they might interact with other herds and domestics. In managing both domestic sheep and bighorns, the SJPL is using a nationally recognized collaborative process

BLM_0031639

for resolving bighorn/domestic sheep management conflicts. The approach outlined in the process has been incorporated into the management of domestic and bighorn sheep through the Plan design criteria and Plan components. It is anticipated that this approach will help Forest Service range and wildlife specialists work with interested individuals and organizations to develop site-specific solutions to potential conflicts amongst the species. This effort is expected to help reduce potential cumulative effects to bighorn sheep on SJPL. In all Plan Revision alternatives it is recognized that there is a need to avoid contact between domestic and bighorn sheep, and that this could result in the removal of domestic sheep and grazing allotment closures to domestic sheep use.

**c) Determination:** Based on this analysis, it is determined that Plan Revision alternatives A, B and D, "**may adversely impact individuals (bighorn sheep), but would not likely result in a loss of viability on the Planning Area, nor cause a trend to federal listing or a loss of species viability rangewide."** Alternative C could be expected to provide a **"Beneficial Impact"** to the species. The rationale for this determination is as follows:

- Bighorn and domestic sheep ranges overlap on SJPL, therefore a risk of disease transmittal occurs in all alternatives.

- To date, there is no documented case of disease transmittals from domestics to bighorns on the SJPL. However, there is no known "safe distance" between the two species so the risk of a future transmittal cannot be discounted.

- All alternatives include similar conservation measures to reduce the risk of contact and disease transmittal.

- Alternative C may decrease the risk of contact between domestic and bighorn sheep because it specifically closes some sheep allotments to avoid potential conflicts.

## Spotted Bat *(BLM and FS sensitive)*

**a) Natural History and Background:** The spotted bat (*Euderma maculatum*) occurs from south central British Columbia to southern Mexico. In Colorado, spotted bats occur in the western semidesert canyonlands (Armstrong et al. 1994). There is no information available on population trends for spotted bats at the Region, State, or Unit level (USDA Forest Service 2004f). They are generally found in such low abundances that reliable detection is problematic, much less the accurate estimates of trends. Spotted bats have been found on BLM lands near the Dolores River Canyon (K. Nickell, pers. com.).

The spotted bat is a desert specialist most often occupying rough, rocky, semiarid terrain (Adams 2003). It is often captured in open ponderosa pine woodlands (Adams 2003). Rocky cliffs are necessary to provide suitable cracks and crevices for roosting, as is access to water (Fitzgerald et al. 1994). The species roosts by day in rock crevices located on high cliffs (Watkins 1997, cited in Adams 2003). Specific characteristics of the roost are not known, however (Western Bat Working Group 1998). The dependency of rock-faced cliff roosting habitat limits the spotted bat to very small geographic areas with specific geologic features (Luce 2003). Foraging begins about one hour after dark and ends just before sunrise, and this species tends to forage 10-15 meters (33-50 feet) above the ground at or above treetops. Foraging has been observed in forest openings, pinyon-juniper woodlands, large riverine/riparian habitats, riparian habitat associated with small to mid-sized streams in narrow canyons, wetlands, meadows, and agricultural fields (Western Bat Working Group 1998). Its diet appears to consist of moths, but grasshoppers, beetles, katydids, and perhaps smaller insects may be taken (Fitzgerald et al. 1994).

The wintering habits of the spotted bat in the northern part of its range are not well understood. Specimens taken in September and October may indicate post-breeding wandering but could be elevational movement towards winter range (Luce 2003). Very little is known of reproductive patterns in this bat. Judging from lactation records, young are born from mid-June until early July in Arizona (Hoffmeister 1986, cited in Adams 2003).

Historically, the spotted bat has endured little impact from human disturbance because its roosts are remote, but creation and subsequent flooding of reservoirs may eliminate suitable roosting habitat. Recreational rock climbing also may disturb bats in local situations (Luce 2003). Large-scale pesticide programs to control Mormon crickets and grasshoppers could affect this species by reducing the availability of prey (Luce 2003). Loss of foraging habitats because of activities such as livestock grazing may also affect this bat (Fitzgerald et al. 1994). Disturbance to hibernacula in the winter months during temperature extremes could be limiting.

BLM_0031640

**b) Effects Analysis:** Plan Revision activities that could potentially influence the spotted bat primarily involve fluid minerals development and, possibly, range management activities (i.e., water developments). Non-motorized recreation (i.e. rock climbing) could theoretically influence the species if climbing activities happened to disturb roosting individuals within rock crevices. However, there is no information that rock climbing is a risk to the species and assessing that activity would be purely speculative at this time.

**Alternative A:  No Action**

*Direct/Indirect Effects:*  The spotted bat is a desert species that is currently known to occur sporadically on the far western portion of the SJPL. Its range could therefore overlap planned activities such as oil and gas development in the Paradox Basin. This overlap would primarily involve activities planned within the Paradox Basin. Differences in projected outputs for fluid minerals by alternative are displayed below in Table BE-9.

**Table BE-9:  Activities and Projected Outputs that could Potentially Influence the Spotted Bat by Alternative**.

| *Fluid Minerals Acreage Available & Stipulated* | *Alternative A* | *Alternative B* | *Alternative C* | *Alternative D* |
|---|---|---|---|---|
| * Acres Not Available | 504, 622 | 535,645 | 535,645 | 535,645 |
| * Acres Open for Leasing | 2,136,779 | 2,108,476 | 2,108,476 | 2,108,476 |
| * No Surface Occupancy | 219,011 | 965,422 | 965,422 | 920,484 |
| * Controlled Surface Use | 294,515 | 183,058 | 183,058 | 195,642 |
| * Timing Limitations | 246,214 | 495,461 | 495,461 | 513,724 |
| * Standard Lease Terms | 1,377,039 | 488,591 | 488,591 | 502,938 |
| * New Rd Construction/ Fluid Minerals (miles) | 70 | 70 | 70 | 70 |
| * New Wells Anticiapted w/i the Paradox Basin | 136 | 137 | 137 | 137 |
| * Livestock Grazing (Cattle AUMs  Only) | | | | |
| * Premitted AUMs (FS) | 115,312 | 115,312 | 112,554 | 117,791 |

In regards to activities that could potentially influence the spotted bat, there is little difference between alternatives in regards to the projected amount of new well developments within the Paradox Basin. However, Alternative A offers fewer protective lease stipulations than any of the action alternatives, with approximately 700,000 to 746,000 fewer lease acres stipulated with a No Surface Occupancy (NSO). More surface disturbance may therefore be associated with the no action. Under the "no new lease" scenario only the existing lease areas have potential for development under this alternative resulting in fewer acres of potential influence to the species.

As with other cliff/rock associated bat species, Alternative A could theoretically offer a greater risk of impact because it is associated with greater development and fewer restrictive protective measures. Because the spotted bat primarily roosts in rock crevices in high cliff faces, it is unlikely that impacts to primary reproductive or roosting habitat would occur. If overlaps did occur, however, there may be a greater risk of impact to this species because it appears to reuse tradition rock crevice roost sites regularly (Wai-Ping and Fenton 1989). Use of tress and other vegetation as roost sites appears to be avoided by spotted bats. The species also does not appear to utilize mines or caves.

BLM_0031641

Benefits to this species could occur from water pond developments associated with livestock grazing. This activity has the potential to create valuable drinking water sites important to many bat species. Potential benefits are expected to be similar in all alternatives.

**Action Alternatives:  Alternative B-D**

*Direct/Indirect Effects:*  As displayed in Table BE-9, Alternative B, C and D offer fewer potential impacts from oil and gas development because, although the number of wells does not decrease, they offer fewer acres of potential lease area across SJPL. Most significantly, however, the action alternatives offer greater protective lease stipulations, particularly NSOs. The greater amount of protective lease stipulations suggest that fewer potential impacts to rock and cliff-associated bats may be associated with the action alternatives. Because of this species rarity, however, all potential impacts are expected to be minimal. Under the "no new lease" scenario only the existing lease areas have potential for development under these alternatives resulting in fewer acres of potential influence to the species.

*Cumulative Effects:*  The Reasonable Foreseeable Development (RFD) scenario for fluid minerals development across SJPL, by alternative, is displayed in Table BE-4b. The reader is referred to that table as potential cumulative effects on the spotted bat are expected to be similar as those described for the big free-tailed bat. While Alternatives A through D include both current and projected new leases, the "no new lease" scenario only includes current leases under each of the Alternatives.

**c) Determination:**  All Plan Revision alternatives, including Alternative A, "**may adversely impact individuals (spotted bat), but would not likely result in a loss of viability on the Planning Area, nor cause a trend to federal listing or a loss of species viability rangewide.**" The rationale for this determination is as follows:

- The spotted bat is an uncommon to rare species on San Juan Public Lands that may overlap some Plan activities in lower elevation vegetation types.

- Most potential impacts on this species are probably unlikely because of its roosting behavior. However, all potential impacts cannot be completely discounted because roost sites are not known and some Plan activities could disturb rocky areas.

- More information on use of pinyon-juniper habitat by this and other species is recommended because of fuels reduction activities that target this vegetation type.

## Townsend's big-eared bat *(BLM and FS sensitive)*

**a) Natural History and Background:**  The Townsend's big-eared bat (*Corynorhinus townsendii*) occurs throughout much of western North America, with some isolated populations in the eastern United States (Adams 2003). It occurs in all the Rocky Mountain States, but does not occur in north-central and northeastern Montana. In Colorado, populations are restricted to the western, central, and southeastern parts of the state (Armstrong et al. 1994). Although overall trends for Townsend's big-eared bat are not known, there are a number of reports of declines or complete extinctions at historic sites throughout the western range of the species (Pierson et al. 1999).

One of the largest winter roost sites in Colorado was found in the early 1990s at a patented mine on the Mancos-Dolores District of the SJPL. CDOW biologists currently monitor the site. Elsewhere, CDOW volunteers conducted exit counts and trapped bats at various abandoned mines in La Plata Canyon during the early 1990s. No Townsend's big-eared bats were recorded during these surveys, nor have there been any other confirmed reports of this species elsewhere on the SJPL.

Increasing human activity at natural cave sites and closure of mines through the Inactive Mines Program indicates a decreasing trend in available habitat for the species (USDA Forest Service 2004g). There is no population trend information available at the Region, State, or Unit level.

In Colorado, this species is known predominately from abandoned mines, and it occurs in saxicoline brush, sagebrush, semidesert scrub, pinyon-juniper woodlands, ponderosa pine woodlands, and montane forests (Adams 1990 cited in Adams 2003, and Armstrong et al. 1994). Physical habitat, especially the presence of caves or mines suitable for day and night roosting and for hibernation, is probably more important than the vegetative characteristics (Armstrong et al. 1994). Roosting habitats consist most frequently of caves and abandoned mines, but also include buildings, bridges, rock crevices, and hollow trees. They do not move long distances from

BLM_0031642

hibernacula to summer roosts nor do they move or forage far from their day roosts. During the summer, single individuals may be encountered hanging in cracks of cliffs.

The bat breeds in late fall and winters in colonies ranging in size from a single individual to several hundred (Fitzgerald et al. 1994). Females assemble into nursery colonies of a few to several hundred individuals, forming dense clusters to take advantage of shared metabolic heat. Warm nursery sites are essential for reproductive success (Humphrey and Kunz 1976 cited in Fitzgerald et al. 1994). At summer roosts, individuals do not hide in cracks or crevices, but rather hang exposed from the roof or walls of the chamber, taking flight if disturbed.

During hibernation, this species is sensitive to fluctuations in temperature and humidity and moves in response to them (Fitzgerald et al. 1994). The availability of hibernacula with the appropriate stable temperature and humidity appears to be a limiting factor for this bat. Furthermore, they are easily disturbed and will leave caves or mines where human harassment occurs.

This species is a moth specialist, with more than 90 percent of its diet composed of moths (Western Bat Working Group 1998). Caddis flies also appear to be a staple of their diet (Freeman 1984). This species often forages over water, along the margins of vegetation, and over sagebrush (Fitzgerald et al. 1994).

The primary threat is disturbance or destruction of roost sites caused by recreational caving, mine reclamation, and renewed mining in historical districts. This species is sensitive to disturbance and has been documented to abandon roost sites after human visitation. Disturbance to hibernacula in the winter months during temperature extremes may be critical. Both roosting and foraging habitats may be affected by timber harvest practices. In addition, pesticide spraying in forested and agricultural areas may affect the prey base (Western Bat Working Group 1998).

**b) Effects Analysis:** Plan Revision activities that could potentially influence Townsend's big-eared bat primarily involve fluid minerals development and wildlife management (i.e. abandoned mine closures). Although big-eared bats may occasionally utilize some trees as day roosts, it is primarily a cave-dwelling bat and this analysis will focus on that important habitat component.

### Alternative A:  No Action

*Direct/Indirect Effects:  Direct/Indirect Effects:*  Townsend's big-eared is uncommon on SJPL but occurs sporadically at lower elevations. Undisturbed cave and mine habitat is the primary limiting factor for this species. Because natural caves could occur in rock formations, it is possible that potential habitat could overlap planned activities such as oil and gas development.   Differences in projected outputs for fluid minerals by alternative are displayed below in Table BE-10.

BLM_0031643

**Table BE-10:  Activities and Projected Outputs that could Potentially Influence Townsend's big-eared Bat, by Alternative**.

| Fluid Minerals Acreage Available & Stipulated | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| * Acres Not Available | 504, 622 | 535,645 | 535,645 | 535,645 |
| * Acres Open for Leasing | 2,136,779 | 2,108,476 | 2,108,476 | 2,108,476 |
| * No Surface Occupancy | 219,011 | 965,422 | 965,422 | 920,484 |
| * Controlled Surface Use | 294,515 | 183,058 | 183,058 | 195,642 |
| * Timing Limitations | 246,214 | 495,461 | 495,461 | 513,724 |
| * Standard Lease Terms | 1,377,039 | 488,591 | 488,591 | 502,938 |
| Wildlife Management | | | | |
| * Install Structures to Maintain Bat Habitat on Mine Closures | As Opportunities Arise | same | same | same |

In regards to activities that could potentially influence Townsend's big-eared bat, Alternative A offers more acres open to leasing than any of the action alternatives across SJPL.  Alternative A also offers fewer protective lease stipulations than any of the action alternatives, with approximately 700,000 to 746,000 fewer lease acres stipulated with a No Surface Occupancy (NSO).  Under the "no new lease" scenario only the existing lease areas have potential for development under this alternative resulting in fewer acres of potential influence to the species.

Alternative A could theoretically offer a greater risk of impacting Townsend's big-eared bat because it is associated with greater development and fewer restrictive protective measures.  It is possible that rock formations which function as natural caves could be disturbed by this activity.  However, most caves and mines are obvious features on the landscape and conservation measures are in place to protect them.  Minimal influences on Townsend's big-eared bat are therefore expected.

It is predicted in the Plan Revision that all alternatives will provide the same wildlife management actions in regards to mine closure gates for bats as opportunities arise.  Thus, all alternatives install the same quantity and quality of mine closure bat gates over the life of the Plan.  These closures are coordinated with the Colorado Division of Wildlife and the Department of Minerals and Geology and will provide undisturbed habitat for mine-associated bat species while also addressing human safety and health issues.

**Action Alternatives:  Alternative B-D**

*Direct/Indirect Effects:*  As displayed in Table BE-10, Alternative B, C and D offer fewer potential impacts from oil and gas development because they offer fewer acres of potential lease area across SJPL.  The action alternatives also offer greater protective lease stipulations, such as NSO's.  The lesser amount of available lease acres and greater amount of protective lease stipulations suggest that fewer potential impacts to bats and/or natural cave features may be associated with the action alternatives.  Under the "no new lease" scenario only the existing lease areas have potential for development under these alternatives resulting in fewer acres of potential influence to the species.

There is no difference among the Plan revision alternatives in regards to implementation of wildlife management activities that may provide bat gates on abandoned mines used by bat species.  This activity is expected to provide the highest benefit to Townsend's big-eared bats because they commonly reuse traditional roost and hibernacula.

BLM_0031644

*Cumulative Effects:*  The Reasonable Foreseeable Development (RFD) scenario for fluid minerals development, by alternative, is displayed below in Table BE-4b.  Readers are referred to that table for potential cumulative effects dealing with fluid minerals.  While Alternatives A through D include both current and projected new leases, the "no new lease" scenario only includes current leases under each of the Alternatives.  Mine closures such as those coordinated through the Bats and Inactive Mines Program (BIMP) will continue to provide the highest benefits for this species and reduce cumulative impacts.

**c) Determination:**  All Plan Revision alternatives, including Alternative A, "**may adversely impact individuals (Townsend's big-eared bats), but would not likely result in a loss of viability on the Planning Area, nor cause a trend to federal listing or a loss of species viability rangewide.**"  The rationale for this determination is as follows:

- The single-most important habitat element for the Townsend's big-eared bat on SJPL is most likely suitable mines and caves that provide reproductive habitat.  Protection of these features is similarly associated with all alternatives.

- All potential impacts cannot be completely discounted because some Plan activities may occasionally disturb natural cave sites or impact other habitat features.

## Yuma Myotis *(BLM sensitive)*

**a) Natural History and Background:**  The Yuma myotis (*Myotis yumanensis*) occurs from southwestern British Columbia through the western United States and into central Mexico. In the Rocky Mountain region, it lives throughout Arizona and New Mexico, in south-central Colorado in a southwest-north-central band across Utah, as well as in parts of western and central Montana and across much of Idaho (Adams 2003).

The species has been reported on BLM lands near Dolores, Colorado where it has been detected using canyon habitat along the Dolores River (K. Nickell, pers. comm.). Roosting habitat is limited to bridges, buildings, and snags given the absence of cliffs, caves, and mines on BLM lands.

Yuma myotis, no matter the habitat, occur where there is open water, and often in areas that are treeless (Adams 2003). The species diet includes beetles and soft-bodied insects such as flies, termites, moths, and mayflies. Foraging occurs over the surface of streams and ponds. In Colorado, the Yuma myotis occurs in riparian woodlands, semidesert shrub, and pinyon-juniper woodlands (Armstrong et al. 1994). The species roosts in bridges, building, cliff crevices, caves, mines, and trees (Bogan et al. 2003).

Maternity colonies are formed in buildings, caves, and mines, and under bridges, sometimes in abandoned cliff-swallow nests, and are abandoned quickly if disturbed (Adams 2003). A single young is born in late May to July (Fitzgerald et al. 1994). Winter habitats are poorly documented, but the animals may hibernate near their summer range (Fitzgerald et al. 1994).

As with many other bat species, human disturbance to roost sites appear to be an important limiting factor. Disturbance to maternity roosts from May through July may be limiting.

**b) Effects Analysis:**  Plan Revision activities that could potentially influence the Yuma myotis bat primarily involve fluid minerals development, wildlife management (i.e. abandoned mine closures), range management (i.e. livestock grazing, water developments) and, possibly fuels treatment activities.

### Alternative A:  No Action

*Direct/Indirect Effects:*  The yuma myotis bat occurs sporadically over much of the western portion of the SJPL.  Its range could therefore overlap planned activities such as oil and gas development within the Paradox Basin and possibly fuels management activities.  Water developments associated with livestock grazing may also be beneficial to the species.  Differences in outputs associated with these activities are displayed below in Table BE-11.

BLM_0031645

**Table BE-11:  Activities and Projected Outputs that could Potentially Influence the Yuma Myotis Bat, by Alternative**.

| Fluid Minerals Acreage Available & Stipulated | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| * Acres Not Available | 504, 622 | 535,645 | 535,645 | 535,645 |
| * Acres Open for Leasing | 2,136,779 | 2,108,476 | 2,108,476 | 2,108,476 |
| * No Surface Occupancy | 219,011 | 965,422 | 965,422 | 920,484 |
| * Controlled Surface Use | 294,515 | 183,058 | 183,058 | 195,642 |
| * Timing Limitations | 246,214 | 495,461 | 495,461 | 513,724 |
| * Standard Lease Terms | 1,377,039 | 488,591 | 488,591 | 502,938 |
| * New Wells Anticiapted w/i the Paradox Basin | 136 | 137 | 137 | 137 |
| *Wildlife Management* | | | | |
| * Install Structures to Maintain Bat Habitat on Mine Closures | As Opportunities Arise | same | same | same |
| Fuels Treatment Acres (Suitable Cover Types Only) | | | | |
| * Pinyon/Juniper | 1000 Mastication | 1000 Mastication | 1000 Mastication | 1100 Mastication |
| Livestock Grazing (Cattle AUMs  Only) | | | | |
| * Premitted AUMs (BLM) | 22,101 | 22,100 | 16,530 | 22,290 |

As noted for other bat species, Alternative A offers more acres available to leasing across SJPL than any of the action alternatives.  Alternative A also offers fewer protective lease stipulations than any of the action alternatives, with approximately 700,000 to 746,000 fewer lease acres stipulated with a No Surface Occupancy (NSO).  A greater likelihood of impacts may therefore be associated with no action.  Under the "no new lease" scenario only the existing lease areas have potential for development under this alternative resulting in fewer acres of potential influence to the species.

Alternative A offers similar fuels treatments as the other alternatives in the pinyon-juniper forest types that are most often utilized by the yuma myotis.  However, the yuma myotis uncommonly uses trees and snags for day roosts, and mastication of small underbrush sis not expected to have any measurable influences on the primary habitat components for this species.

Alternative A provides the same wildlife management actions in regards to mine closures with bat gates as opportunities arise.  Thus, all alternatives install the same quantity and quality of mine closure bat gates over the life of the Plan.  As with over cave-dwelling bat species, this action could be quite beneficial to the yuma myotis because it readily roosts in abandoned mines.  Alternative A also retains livestock grazing areas that may contribute to drinking areas through pond developments.

In general, Alternative A offers a slightly higher risk of negative influences on some potential habitat components for the yuma myotis because it allocates a greater amount of area to active management.  However, potential impacts are expected to be minimal because abandoned mines and cave habitat represent

BLM_0031646

one of the most significant landscape features for this species and all alternatives include active wildlife management goals that target important underground roost sites for closure and protection. Plan Components are also expected to reduce impacts to snags and other vegetation where active management occurs.

**Action Alternatives: Alternative B-D**

*Direct/Indirect Effects:* As displayed in Table BE-5a, the action alternatives offer fewer potential impacts from oil and gas development because they offer fewer acres of potential lease area across SJPL. The action alternatives also offer greater protective lease stipulations, particularly in regards to a NSO stipulation. The fewer amounts of available lease acres and greater amount of protective lease stipulations suggest that fewer potential impacts to bats and/or important habitat structures may be associated with the action alternatives. Under the "no new lease" scenario only the existing lease areas have potential for development under these alternatives resulting in fewer acres of potential influence to the species. As with other bat species, however, some potential impacts such as tree removals may occur during development of oil and gas wells or facilities. Tree removal may affect individual yuma myotis bats, but is not expected to be a major impact to the species because of its affinities for rocks and caves.

The protection of abandoned mines with bat gates could be the single-most important Plan output in regards to conservation of the yuma myotis because it frequently utilizes mines and caves for reproductive habitat. There is no difference among the Plan revision alternatives in regards to implementation of wildlife management activities that may provide bat gates on abandoned mines used by bat species. The same potential benefits are associated with each action alternative.

The action alternatives vary in the amount of livestock AUMs permitted, with no change in Alternative B, a slight increase in Alternative D, and a decrease in Alternative C. It is assumed that all alternatives offer similar potential for water developments within the range of the yuma myotis.

*Cumulative Effects:* In regards to activities that could potentially influence the yuma myotis, the cumulative effects analysis for the big free-tailed bat and the fringed myotis most accurately portray this information. Please refer to these species for this information. The overall cumulative effects to this species are expected to be minimal because it is not strongly associated with dry forest vegetation for roost sites. Cave and abandoned mine management are expected to be the most significant management activities for the conservation of this species.

**c) Determination:** All Plan Revision alternatives, including Alternative A, "**may adversely impact individuals (yuma myotis bats), but would not likely result in a loss of viability on the Planning Area, nor cause a trend to federal listing or a loss of species viability rangewide.**" The rationale for this determination is as follows:

- The yuma myotis is most commonly associated with semi-desert shubland and rock canyon areas that are not subject to intensive management.

- The yuma myotis has a weak affinity for pinyon-juniper vegetation for day roosts, but may occasionally utilize snag habitat within these forest types.

- Cave management may be the most important factor in regards to conservation of this species.

# Birds

## American Bittern *(FS sensitive)*

**a) Natural History and Background:** The American bittern (*Botaurus lentiginosus*) is a migratory species that breeds in North America and winters in the southern U.S and Mexico. The American bittern breeds in freshwater wetlands throughout the middle and northern portion of the United States, and most of Canada, wintering in the Southern United States and Mesoamerica (Gibbs and Reid 1992). Its breeding range is from the southern Northwest Territories, concentrates in Canada, and extends south through the Great Plains through northern Utah, Nevada, and south-central California. On the east coast of the United States it extends from Maine to South Carolina (National Geographic Society 1987 *fr.* Dechant et al 2001). It is not common in Colorado (less than five documented sightings per year as noted by Dechant et al 2001), and due to lack of overall data on this species, and perhaps because of its secretive nature, accurate population distribution is difficult to substantiate.

BLM_0031647

The San Juan National Forest has performed no formal surveys for this species, but it is considered rare here. The Durango Bird Club (1988 *fr*. Andrews and Righter 1992) noted the American bittern was reported to have nested at Durango, Colorado in La Plata County, but it is rarely observed there. Unconfirmed vocalizations were detected on two separate occasions in 2000 in the wetlands below Turtle Lake in the Falls Creek area on the Columbine District.

American bitterns prefer the edges of freshwater shorelines with tall, emergent vegetation (Gibbs and Reid 1992, Yanishevsky and Petring-Rupp 1998). Throughout their breeding habitat and migratory range, they prefer marshes and wetlands. They have been found in wetlands of all sizes ranging from 0.1-1,000 hectares (Gibbs and Reid 1992, BCME 1998), but they prefer larger wetlands (Gibbs and Reid 1992) and tend to prefer shallow water, less than approximately four inches, so that they can stand (Yanishevsky and Petring-Rupp 1998). Foraging habitat is often vegetation fringes and shorelines, and stands of older, dense, or dry vegetation are seemingly avoided (Gibbs and Reid 1992).

The American bittern, a solitary forager, stalks wetlands for its most common foods, which are generally any small animal found in a marsh. These include insects, frogs, fish, snakes, meadow mice, and salamanders (Yaeger 1998, Gibbs and Reid 1992). Adults usually swallow their prey whole, but will crush larger vertebrates and crustaceans (ibid), or remove dorsal fins and pectoral spines of fish prior to swallowing (Forbush 1927 *fr*. Gibbs and Reid 1992).

The loss of wetlands disrupts breeding grounds and foraging habitat. Reduced size of wetlands also substantially alters habitat because the American bittern prefers large wetlands to small ones (Gibbs and Reid 1992) and habitats that are not isolated from other wetland habitats (Dechant 2001). The main cause of population declines has undoubtedly been the loss of habitat (ibid). Habitat fragmentation, pollution, and degradation can result in habitat loss. Other factors may include weather, nest predation, nest parasitism, human disturbance, and hunting.

**b) Effects Analysis:** Plan Revision activities that could potentially influence the American bittern river primarily involve water management and wildlife management activities (i.e. watershed, riparian, and aquatic habitat improvements).

### Alternative A:  No Action

*Direct/Indirect Effects:*  No direct or indirect effects on the American bittern are expected from the no action alternative because occurrence of the species is considered incidental to rare.  Suitable habitat is for this species on National Forest System lands is limited, with no breeding or local populations confirmed on NFS lands within the planning area.

### Action Alternatives:  Alternative B-D

*Direct/Indirect Effects:*  No direct or indirect effects on the American bittern are expected from implementation of any of the action alternatives because occurrence of this species is considered incidental to rare.  Suitable habitat is for this species on National Forest System lands is limited, with no breeding or local populations confirmed on NFS lands within the planning area.

*Cumulative Effects:*  No specific plan components have been developed for the American bittern because it is not known to occur on the San Juan National Forest.  Plan components and regulations specific to the management of wetlands for other species is expected to alleviate any potential cumulative effects and contribute to favorable habitat conditions for any individual bitterns that may happen upon SJPL.

**c) Determination:**  All Plan Revision alternatives, including Alternative A, are expected to have *No Impact* on the American bittern or its primary habitat.  The rationale for this determination is as follows:

- The American bitter is considered accidental or extremely rare on SJPL.

- Limited habitat occurs on SJPL.

- Wetland habitats utilized by species such as the American bittern are protected by numerous laws, Plan components, and conservation measures.

BLM_0031648

**American Peregrine Falcon** *(BLM and FS sensitive)*

a) **Natural History and Background:** The Peregrine falcon (*Falco peregrinus anatum*) is a grayish, medium sized raptor with characteristics common to most other falcons, including conspicuously toothed and notched bill, pointed wings and narrow tail. The male approximates the size of an American crow while the female is more comparable in size to the Common raven (OSU 2001). It is distinguished from the similarly sized prairie falcon by its typically slate gray color and its heavy "sideburns" or "moustache", as well as its uniformly barred and spotted light underbody and wings (Peterson 1990). The prairie falcon tends to be sandy in color with a light stripe over the eyes, much narrower moustache, and blackish "underarms" when viewed in flight (ibid.).

The peregrine falcon breeds on every continent excluding Antarctica (Hickey 1969, Craig 1986). The three subspecies occurring in North America occupy relatively distinct geographical regions. The North American tundra species (*Falco peregrinus tundruis*) breeds in the arctic tundra then migrates as far as Argentina during the winter (Craig 1986). *F.p. pealei* resides in the Pacific coastal regions from the Aleutian Islands to northern Washington. This subspecies is generally non-migratory during the winter. *F.p .anatum* (that found on the San Juan National Forest) has the most extensive breeding range of the subspecies in North American, extending from the taiga south through the eastern and western United States to northern Mexico. Its historic breeding range excludes the central and extreme southeast portion of the U.S, as well as much of central Canada. It exhibits similar migrational habits as that of the tundra species with the exception of the central Rocky Mountain population, which only distributes to central Mexico (ibid). *F.p. anatum* residing in the Southwest and southern California tend to remain sedentary year-round or only move relatively short distances from their breeding grounds.

The species was nearly extirpated from the state of Colorado in the late 1970's, but has since to recovered to more than 100 known breeding pairs. There are 14 breeding pairs known to occur on or near the San Juan Public Lands, with many of these sites having been continually occupied since the mid-1980's.

In the western U.S. breeding grounds for the peregrine falcon most commonly occur in mountainous areas near water sources (USDI 1977). Peregrines prefer sites within 400-1000 m. (1300-2300 ft.) of perennial or ephemeral water (Pagel 1995). The preference for water features in proximity to nest sites is probably associated with the peregrine's prey base (Johnsgard 1990). Cliff structures are most often chosen for nest sites and cliffs are the only sites known in Colorado, but ground nesting has been commonly documented in most arctic areas. On the SJPL and throughout Colorado, breeding territories are found almost exclusively on high on the walls of tall cliffs in river gorges and along mountainsides (Craig 1986). Typical nesting locations in Colorado range from 4,500-9,000 feet (CPIF 2002) but, on the SJPL exceed 10,500 feet at several sites. A definite preference is noted for southern facing, inaccessible cliffs with multiple ledges, which are used for nesting, roosting, eating, and food transfer (USDI 1977). The preference for a southern exposure tends to increase with increasing latitude (ibid). Vertical rise on cliff faces generally exceed 100 feet with typical cliffs ranging between 200-300 feet (ibid.), but on the SJNF cliff faces average greater than 300 feet and exceed 600 feet at a number of sites. Preferred cliffs generally rise high above the adjacent landscape and offer a good vantage point for prey and predators.

The peregrine hunts over a variety of habitat types and uses large hunting territories, extending to a radius of 12 to 18 miles from its nest site (Craig 1986). However, its hunting range is often skewed to favor watercourses (Towry 1984). Preferred hunting habitats include meadows and large open parks, river bottoms, marshes, lakes, cropland and other features that attract abundant bird life (USDI 1977). Foraging habitat often includes lookout perches on cliffs or tall trees and snags (Craig 1986). Suitable breeding habitat for the peregrine falcon is present on all Districts of the Forest, and occupied sites occur on nearly all the major drainages (Dolores, Animas, Pine, Piedra, and San Juan Rivers).

Peregrine falcons are primarily aerial hunters of a wide variety of avian species (USDI 1977). Although small to medium size passerines make up the primary diet of peregrines, they may also occasionally take larger prey such as waterfowl (NatureServe 2005). In addition to avian prey, peregrines may rarely take small mammals, such as bats and small rodents, and even lizards (ibid.). Young recently out of the nest may occasionally prey on insects, and migrating falcons are often observed catching and eating migrating dragonflies.

Limiting factors include limited suitable nesting habitat, prey availability, fragmentation of hunting territories, limited recruitment of young into the population, weather, predation, competition, sensitivity to pesticides,

---

BLM_0031649

parasites and disease, and sensitivity to human disturbance. Breeding sites on the SJPL are usually occupied March through August.

**b) Effects Analysis:**  Plan Revision activities that could potentially influence the peregrine falcon primarily involve motorized and non-motorized recreation (i.e. rock climbing).  Riparian management activities could potentially improve prey habitat for the falcon.

### Alternative A:  No Action

***Direct/Indirect Effects:***  The peregrine falcon was recently removed from the list of federally Threatened and Endangered species.  Its recurring occupancy of cliff structures as nest sites on the SJPL suggests that local populations could be considered secure.  Although nest sites are generally inaccessible to humans, potential disturbance at nest sites are possible.  Differences in outputs associated with these activities are displayed below in Table BE-12.

**Table BE-12:  Activities and Projected Outputs that could Potentially Influence the peregrine falcon, by Alternative**.

| Motorized recreation (Acres, Summer  Travel) | *Alternative A* | *Alternative B* | *Alternative C* | *Alternative D* |
|---|---|---|---|---|
| * Roaded natural | 957,909 ac. | 647,407ac. | 569,731 ac. | 699,274 ac. |
| * Semi-primitive motorized | 414,152 ac. | 746,407ac. | 595,821 ac. | 779,219 ac. |
| * Semi-primitive non-motorized | 433,277 ac. | 433,520 ac. | 133,994 ac. | 351,735 ac. |
| * Primitive | 486,844 ac. | same as winter | 530,861 ac. | 0 ac. |
| * Primitive Wilderness | 0 ac. | same as winter | same as winter | same as winter |
| Riparian & Watershed Improvements | 152 ac. | 152 ac. | 410 ac. | 179 ac. |

Existing conditions have recovered the peregrine falcon to the point that it has been delisted from the Endangered Species Act.  Alternative A is expected to continue this trend because most nest sites are inaccessible to human impacts. However, it is possible that Alternative A provides a higher risk of disturbance to individuals because there is more "suitable opportunity" land for motorized travel.  A higher amount of travel and human activity area could potentially disturb peregrine falcons while they are nesting.

Rock climbing activities also have the potential to disturb falcons if the activity occurs near nest sites. Although rock climbing is a popular sport on SJPL, there is no evidence to suggest that it is currently influencing nest productivity or causing disturbances.

Both Alternative A and B offer the same amount of riparian habitat improvement over the life of the Plan. These activities may benefit prey species if it occurs in areas where falcons forage. Alternative A does not provide as many acres of watershed improvement as Alternatives C and D.

### Action Alternatives:  Alternative B-D

***Direct/Indirect Effects:***  All action alternatives reduce potential impacts from motorized travel in a similar manner, with most road access restricted to current routes and trails.  Although travel impacts to individual falcons may still occur, it is likely that these travel management actions will reduce potential disturbances to nesting falcons.

Potential influences from rock climbing are not expected to be different under the action alternatives.  Site-specific management and protection of nest sites will occur.

Alternative C and D offer slightly more acres of watershed and riparian improvement activities than Alternative B.  This could potentially have a slightly greater benefit to prey species if the actions occur near falcon nest sites.

BLM_0031650

**Cumulative Effects:**  The At least 31 peregrine eyries were known to occur historically in Colorado (U.S. Fish and Wildlife 1984).  Dramatic population decreases in the United Sates led the U.S. Fish and Wildlife Service to list the American peregrine falcon as endangered in October of 1970.  This listing was primarily due to decreased reproduction caused by eggshell thinning from DDE metabolized from avian prey contaminated by DDT (USDI Fish and Wildlife Service 2003).  By 1974, Enderson and Craig (1974) estimated that there had been a 50 percent reduction in nesting peregrine falcons in the state.   By 1998, however, peregrines in Colorado occupied 90 of 107 known nesting sites.  Seventy-six of the sites were occupied by breeding pairs that produced 157 young (USDI Fish and Wildlife Service 2003).

The peregrine falcon was delisted on August 25, 1999 as a result of reintroduction efforts and a comeback after the banning of DDT (USDI Fish and Wildlife Service 2003). From 1999 through 2001, peregrine falcons were known to occupy 134 territories in Colorado at least once (USDI Fish and Wildlife Service 2003). A post-delisting monitoring plan has been developed that will monitor at least 72 of these territories every three years to determine occupancy, nest success, and, if feasible, productivity (USDI Fish and Wildlife Service 2003).  Some of these sites occur on SJPL.  Recovery of the peregrine falcon is expected to continue with no cumulative effects identified from activities planned on SJPL.

**c) Determination:**  All Plan Revision alternatives, including Alternative A, "**may adversely impact individuals (peregrine falcons), but would not likely result in a loss of viability on the Planning Area, nor cause a trend to federal listing or a loss of species viability rangewide.**"  The rationale for this determination is as follows:

- Persistent populations of the peregrine falcon occur on the SJNF and the species has been declared recovered throughout the contiguous United States.

- Minimal influences from human disturbances are expected because of nest site inaccessibility.

- All potential impacts to individuals cannot be completely discounted because of some planned activities such as motorized travel, rock climbing, and other recreational pursuits.

## American Three-toed Woodpecker *(FS sensitive)*

**a) Natural History and Background:**  The American three-toed woodpecker (*Picoides dorsalis*) is a medium-sized white and black woodpecker that inhabits boreal and montane forests of North America and Europe (Leonard 2001).  It is the only woodpecker that is common to both the Old and New Worlds and is the most northward occurring woodpecker (ibid.).  As its name implies, it has three rather than the usual four toes, a characteristic it shares with the black-backed woodpecker, a closely related species (Bock and Bock 1974).  It can be distinguished from other black and white woodpeckers by a relatively large yellow crown patch.

The three-toed woodpecker occurs in North America from northwestern Alaska to Newfoundland, south locally to southeastern Oregon, northern New England, and in the Rocky Mountains to south-central New Mexico and central Arizona.  It is an uncommon year-round resident of southwestern Colorado (Durango Bird Club 1992). Schultz (2002, pers. comm.) considers this species to be well distributed at low densities across the higher elevations in mature spruce-fir forest types of the San Juan National Forest.

The three-toed woodpecker is known to be opportunistic and abundant during and after bark beetle outbreaks, but is usually uncommon and relatively inconspicuous (Bock and Bock 1974).  Bent (1939) reported it as not common anywhere nor evenly distributed throughout its range and confined to certain limited and favorable localities.  The numerical response of this species to beetle infestations exceeds all other sympatric woodpeckers (Koplin 1969). The TTW is a year-round resident in the mountains of Colorado.  Across its range, and seasonally, the TTW inhabits a variety of habitats.  However, it appears to be strongly associated with spruce forests throughout much of its range, including Colorado and the SJPL (Bock and Bock 1974, Andrews and Righter 1992).  Although it is primarily an inhabitant of spruce-fir forests in Colorado, it may also occur in ponderosa pine, mixed conifer and lodgepole pine forests, especially in response to high insect populations resulting from disturbances, such as fire, disease or windthrow.  It may also occasionally be found in aspen forests.  Its summer elevational range is 8,000 feet to treeline, but in winter it may be found at slightly lower elevations.

Approximately 75 percent of the summer diet consists of insects, especially beetles and wood-boring larvae, while the winter diet is 99 percent insects, primarily larvae of the spruce beetle (Towry 1984). Other foods include ants, insect larvae, fruits, mast, and cambium. They may require at least 1,200 to 2,200 larvae per day in winter to

BLM_0031651

satisfy their caloric needs when air temperatures are at freezing (Koplin 1969). They primarily feed by scaling bark rather than pecking, which accounts for their preference for conifers with scaly bark.

This species depends on snags or diseased live trees for nesting, roosting, and an adequate source of food such as bark beetles or woodborers. Larvae of the spruce beetle are a critical source of food during the winter. When substantial numbers of bark beetles are not available, the three-toed woodpecker is uncommon throughout its range, particularly in intensively managed forests.

Snags suitable for cavitation are an important component of suitable TTW habitat. Recently dead and declining trees are considered critical for foraging (Leonard 2001). Other factors include habitat fragmentation, low productivity, weather, predation, and competition.

**b) Effects Analysis:** Plan Revision activities that could potentially influence the American three-toed woodpecker primarily involve timber harvest and Wildland Fire Use activities.

### Alternative A: No Action

*Direct/Indirect Effects:* The American three-toed woodpecker is considered uncommon to fairly common in suitable primary habitat across the upper elevations of the SJNF, primarily in the mid to late successional spruce-fir and cool-moist mixed-conifer forest types. Although alterations have occurred due to past timber harvest, approximately 604,230 acres of late-successional habitat presently remains on the SJNF. Approximately 447,350 acres (74%) of this consists primarily of spruce-fir while another 156,880 acres (26%) consists of cool-moist mixed-conifer forest. Approximately 80% of the spruce-fir and 65% of the cool-moist mixed-conifer habitat on the SJNF occurs as wilderness, backcountry, and/or other protective land management designations that is expected to maintain high-quality habitat for the woodpecker.

The primary activity that could potentially influence primary habitat for this species is timber harvest. Although not a planned activity, Wildland Fire Use could also potentially influence the three-toed woodpecker because of its affinity for burned areas. Differences in projected outputs by alternative for these activities are displayed below in Table BE-13.

**Table BE-13: Activities and Projected Outputs that could Potentially Influence the American Three-toed Woodpecker, by Alternative.**

| Timber Treatment Acres (Suitable Habitat Only) | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| * Spruce-fir | 50 ac. Partial Cut | 50 ac. Partial Cut | 20 ac Partial Cut | 113 ac Partial cut |
| * Cool-Moist Mix-Con | 200 ac. Partial Cut | 125 ac. Partial Cut | 20 ac. Partial Cut | 287 ac. Partial Cut |
| Fuels Treatment Acres (Suitable Cover Types Only) | | | | |
| * Spruce-fir & Mixed Con | 1-30,000 ac. Wildland Fire Use | 1-30,000 ac. Wildland Fire Use | 1-30,000 ac. Wildland Fire Use | 1-30,000 ac. Wildland Fire Use |

In regards to activities that could potentially influence the three-toed woodpecker, Alternative A offers approximately 145,700 to 187,500 more acres of active management area than Alternative B and D, respectively, that could potentially alter the habitat components preferred by the species. Alternative D exceeds Alternative A in active management area by approximately 8,300 acres.

As displayed in Table BE-13, the predicted timber harvest output in primary habitat varies from 250 to 400 acres and is very minimal in all alternatives. These amounts represent about 0.04 to 0.07% of the total suitable habitat on the SJNF. The amount of timber harvest in alternative A is therefore expected to have little influence on American three-toed woodpecker habitat or populations on the SJNF.

Wildland Fire Use is not a planned output. However, it will be utilized as a tool to allow natural disturbances to occur in high-elevation forest types as opportunities arise. It is estimated that all alternatives may allow from 1 to 30,000 acres of Wildland Fire Use. All Fire Use activities can be expected to provide benefits to the three-toed woodpecker because of its affinity for bark beetle attracted to burn areas.

BLM_0031652

**Action Alternatives: Alternative B-D**

*Direct/Indirect Effects:* As displayed in Table BE-13, there is little difference between no action and Alternative B, C and D in regards to timber harvest. As is consistent with the active management theme, Alternative D offers the greatest amount of projected timber output. However, all alternatives influence preferred three-toed woodpecker habitat from 0.04 to 0.07% and are expected to have no detectable affect on the species. The large amount of backcountry and wilderness remaining on SJPL in all alternatives can be expected to provide dead and dying trees that are primary food for the woodpecker.

As with the no action, it is estimated that Wildland Fire Use may be used as a management tool on 1 to 30,000 acres in all action alternatives. Benefits can be expected from any Fire Use activities that permit wildfires to occur.

*Cumulative Effects:* Both the American and northern three-toed woodpecker are considered species of conservation concern in many portions of their range in North America and Eurasia (Finch 1992, Wisdom et al. 2000, Hoyt and Hannon 2002, Pakkala et al. 2002). This concern is due to its rarity, its dependence on snags, its relationship to fire and old-forest disturbance processes, and its selection of large stands of old-forest conifers that are susceptible to commercial harvesting. In the managed boreal forests of Finland, for example, Pakkala et al. (2002) found that territory occupancy was significantly related to territory quality, landscape quality, and the quality of the connected habitat. In this case, three-toed woodpeckers were found to be highly aggregated into the remaining high-quality fragments of older forest. This pattern suggests that threshold values exist in terms of the quality of the core territory as well as for the larger landscape for maintenance of three-toed woodpecker populations (Pakkala et al. 2002). A recent analysis of the Interior Columbia Basin found that source habitats for American three-toed woodpeckers have increased in 38 percent of the watersheds and decreased in 54 percent (Wisdom et al. 2000). This decline was most significant in the Northern Rocky Mountains, and suggests a potential decline in the key components of a shifting food and nesting resource characterized by natural wildfires, bark beetle outbreaks, and decay processes related to disease and heart rot.

A review of management activities and land use designations on the SJNF suggests that a considerable amount of suitable habitat for the three-toed woodpecker is available, and should remain available, throughout and beyond the current planning period (10-15 years). Timber management activities may still influence individual woodpeckerss where it occurs. However, approximately 80% of the spruce-fir and 65% of the cool-moist mixed-conifer habitat on the SJNF occurs as wilderness, backcountry, and/or other protective land management designations that maintain high-quality woodpecker habitat. Although variations occur, most of these protections will be maintained in all action alternatives. High-quality woodpecker habitat is expected to increase over time as stands age. No cumulative effects are expected. Natural fire events will only improve habitat conditions.

**c) Determination:** All Plan Revision alternatives, including Alternative A, "**may adversely impact individuals (American three-toed woodpeckers), but would not likely result in a loss of viability on the Planning Area, nor cause a trend to federal listing or a loss of species viability rangewide.**" The rationale for this determination is as follows:

- All alternatives involve projected timber harvest activities in primary habitat types (spruce-fir and cool-moist mixed conifer) that may adversely influence individual woodpeckers  However, the projected scope of these activities are very minimal.

- Extensive late-successional primary habitat occurs on the San Juan National Forest in wilderness and other backcountry designations where natural processes will dominate.

- Planned Wildland Fire Use activities will provide benefits to the American three-toed woodpecker.

## Bald Eagle *(FS sensitive)*

**a) Natural History and Background:** The bald eagle is a large bird of prey with a wingspan of approximately 6-7 feet. It is brown in color except for the white head and tail. Found throughout the U.S. and Canada primarily near large bodies of water or larger streams and rivers. Nesting occurs wherever adequate fish are available. The

BLM_0031653

winter range of the bald eagle includes most of its breeding range, however most eagles winter from southern Alaska south to Arizona, New Mexico and Colorado (USDI 1998).

Bald eagle nesting sites can be found in mature forest stands or in large individual trees. Optimum nest sites are typically found in close proximity to water. Bald eagles typically migrate from their breeding areas to their winter habitat between September and December. Winter habitat characteristics include areas of open water, adequate food sources, and sufficient diurnal perches and roosts (USDI 1998). Wintering bald eagles congregate in large numbers at communal roosts. However, roosts located in less populated areas may be used by fewer individuals or individual birds. Food availability is the single most important factor affecting winter eagle distribution  (USDI 1998). On the SJPL there have been 5 confirmed nest sites within the National Forest boundary and a number of communal winter roost sites on BLM lands on the Dolores Field Office. One nest is actually on private property immediately adjacent to the Forest along the Animas River. Some potential nesting lakes on the Forest include McPhee Reservoir, Lemon Reservoir, Electra Lake, Williams Creek Reservoir, and Vallecito Reservoirs. The larger rivers on the San Juan including the San Juan, Piedra, Los Piños, and Animas all have the potential to contain bald eagle nests now or could provide future nesting habitat. Both the larger lakes/reservoirs and rivers on the National Forest System lands provide fall, winter and spring habitat for migrating bald eagles. Winter roosts are not necessarily associated with riverine sites. Wintering eagles are opportunistic in winter diet and often rely on carrion and other available prey than fish for wintering on SJPL on BLM and Forest lands.

Bald eagles feed primarily on fish they catch or take from other fish eating birds. They will feed on waterfowl and other birds, carrion, small to medium sized mammals, and turtles. They are opportunistic feeders (USDI 1998). Bald eagles will feed on big game animals that have died on their winter ranges. This carrion provides an important source of food during the winter. Waterfowl, particularly dead or crippled individuals, are an important source of food when fish are not readily available (USDI 1998).

Loss of habitat and prey sources could reduce populations. The bald eagle is also susceptible to poaching and human disturbance during nesting. The species is recovering from habitat degradation and pesticide related problems. Bald eagles, like the peregrine falcon are very sensitive to disturbance from the initiation of courtship to young fledging. This time period is roughly from mid-December to mid or late June. During this time period it is extremely sensitive to human disturbance activities and nest abandonment and desertion of long established territories may occur.

**b) Effects Analysis:** To some degree, there are numerous activities and programs that might influence the bald eagle if they occur in nesting areas or within important winter concentration habitat. However, a closer focus indicates that only a few primary activities need to be analyzed in detail. For example, timber havest activities could certainly affect a bald eagle nesting pair if it involved a nest tree or occurred in vicinity of one. All bald eagle nest trees occur near water bodies and are protected and "buffered" from disturbances associated with a well-controlled activity such as timber harvest. Other activities are controlled as well but may have some indirect influence on bald eagles or the prey species that they depend upon. These activities are the focus of this analysis.

**Alternative A:  No Action**

***Direct/Indirect Effects:***  Several bald eagle nests occur near water-bodies that offer a dependable food suppy on the SJNF. Winter concentrations also occur on or adjacent to the SJNF. The primary activities that could potentially influence primary habitat or prey species for the bald eagle include motorized and non-motorized recreation, fluid minerals development, and wildlife management activities.  Differences in projected output for these activities by alternative are displayed below in Table BE-14.

BLM_0031654

**Table BE-14a:  Activities and Projected Outputs that could Potentially Influence the Bald Eagle, by Alternative.**

| Motorized recreation (Acres, Winter Travel) | | | | |
|---|---|---|---|---|
| * Roaded natural | 696,652 ac. | 544,617 ac. | 486,765 ac. | 644,084 ac. |
| * Semi-primitive motorized | 683,371 ac. | 402,285 ac. | 232,249 ac. | 628,249 ac. |
| * Semi-primitive non-motorized | 440,948 ac. | 879,149 ac. | 580,347 ac. | 556,288 ac. |
| * Primitive | 0 ac. | 2,632 ac. | 530,865 ac. | 0 ac. |
| * Primitive Wilderness | 536, 290 ac. | 536,291 ac. | 536,291 ac. | 536,291 ac. |
| Motorized recreation (Acres, Summer Travel) | | | | |
| * Roaded natural | 957,909 ac. | 647,407ac. | 569,731 ac. | 699,274 ac. |
| * Semi-primitive motorized | 414,152 ac. | 746,407ac. | 595,821 ac. | 779,219 ac. |
| * Semi-primitive non-motorized | 433,277 ac. | 433,520 ac. | 133,994 ac. | 351,735 ac. |
| * Primitive | 486,844 ac. | same as winter | 530,861 ac. | 0 ac. |
| * Primitive Wilderness | 0 ac. | same as winter | same as winter | same as winter |
| *Fluid Minerals Acreage Available & Stipulated* | | | | |
| * Acres Not Available | 504, 622 | 535,645 | 535,645 | 535,645 |
| * Acres Open for Leasing | 2,136,779 | 2,108,476 | 2,108,476 | 2,108,476 |
| * No Surface Occupancy | 219,011 | 965,422 | 965,422 | 920,484 |
| * Controlled Surface Use | 294,515 | 183,058 | 183,058 | 195,642 |
| * Timing Limitations | 246,214 | 495,461 | 495,461 | 513,724 |
| * Standard Lease Terms | 1,377,039 | 488,591 | 488,591 | 502,938 |
| *Wildlife Management* | | | | |
| * Restore or enhance big game winter range | 2,000 ac. | 2,000 ac. | 2,000 ac. | 2,000 ac. |
| Riparian & Watershed Improvements | 152 ac. | 152 ac. | 410 ac. | 179 ac. |

Potential habitat for breeding and wintering bald eagles on the SJNF is primarily limited to the vicinity of water bodies such as reservoirs and river corridors.  Suitable potential habitat is also present on adjacent private lands, as well as lands administered by other state and federal agencies.  However, much of the potential habitat on non-federal lands receives a considerable amount of human use, which may affect the suitability of these areas for bald eagles.  While an increasing trend in nesting pairs may continue in portions of Colorado where unoccupied habitat

BLM_0031655

occurs, the recruitment of additional breeding pairs on the SJNF will most likely be limited by the lack of suitable water bodies, high elevations, and dependable food supplies. The establishment of new bald eagle nest sites on the SJNF is therefore expected to level off or grow more slowly in the future than in other locations, with the Forest continuing to provide a minimal contribution to the overall status of the statewide breeding population.

The SJNF primarily provides habitat for bald eagles during the non-breeding (winter) period. These eagles have migrated from their northern breeding grounds in search of food supplies such as fish, waterfowl, or carrion. Although numbers may vary depending upon winter severity and local food supplies, wintering eagles on the SJNF primarily occur along five major river corridors that have been identified as bald eagle winter concentration areas by the Colorado Division of Wildlife. The location and acreages of National Forest Systems land within these concentration areas varies and is described below in Table BE-14b. These winter concentration areas extend for a one-mile width along each side of the identified river corridors.

**Table BE-14b: Bald eagle winter concentration areas on the San Juan National Forest.**

| Name of Winter Concentration Area | Total Acres of Habitat Provided on the SJNF | Total Acres of Habitat On all Land Ownerships | Percent of Habitat on NFS Lands | Percent of NFS Habitat |
|---|---|---|---|---|
| Animas/Florida River | 2,058 | 48,275 | 4.3 | 5.7% |
| Dolores River | 10,338 | 37,999 | 27.2 | 28.4% |
| Pine/Piedra River | 19,895 | 97,514 | 20.4 | 54.7% |
| Rio Blanca/Navajo | 2,714 | 9,054 | 30.0 | 7.5% |
| San Juan River | 1,379 | 24,979 | 5.5 | 3.8% |

In regards to activities that could potentially influence the bald eagle, Alternative A offers approximately 145,700 to 187,500 more acres of active management area than Alternative B and C, respectively. Because the bald eagle is such an opportunistic forager whose prey species can be influenced by several factors, it is probable that Alternative A has a higher possibility of influencing some aspect of the natural history needs of bald eagles moreso than Alternative B or C. Alternative D exceeds Alternative A in active management area by approximately 8,300 acres.

Disturbance from motorized and non-motorized recreation can be an impact on bald eagles at nest sites and in winter concentration areas. As displayed in Table BE-14a, Alternative A offers more high-use recreation areas than any of the action alternatives. This difference could potentially allow greater disturbances to bald eagles depending upon the type, timing, and scope of the activity. Greater winter travel via snowmobiles could theoretically disturb eagles in winter concentration areas and/or while they are roosting or foraging. Uncontrolled summer motorized activities could add to disturbances around nest sites or summer foraging sites where fish are the primary prey species.

In regards to fluid minerals development, Alternative A offers approximately 28,300 more acres open to leasing than any of the action alternatives. Alternative A also offers fewer protective lease stipulations than any of the action alternatives, with approximately 700,000 to 746,000 fewer lease acres stipulated with a No Surface Occupancy (NSO). Alternative A could theoretically offer a greater risk of impacting the bald eagles because it is associated with greater development and fewer strict protective measures. Although direct overlap is unlikely, minimal impacts to individuals cannot be completely discounted because the species may roost or forage near development areas. Under the "no new lease" scenario only the existing lease areas have potential for development under this alternative resulting in fewer acres of potential influence to the species.

Wildlife habitat management to improve big game winter range is projected to occur on 2,000 acres in all Alternatives during the life of the Plan Revision. This projection includes elk and other big game species that may be an important winter food source for bald eagles in some localized areas. Benefits can be expected on a site-specific basis.

Both Alternative A and B offer the same amount of riparian habitat improvement over the life of the Plan. These activities may benefit prey species for the bald eagle if it occurs in areas where fish or waterfowl species will benefit from the actions. Alternative A does not provide as many acres of watershed improvement as Alternatives C and D.

**Action Alternatives: Alternative B-D**

BLM_0031656

All action alternatives offer fewer potential disturbances than the no action from both summer and winter motorized recreation because of decreases in the amount of motorized use area.   Consistent with their themes, Alternative C offers the fewest motorized while Alternative D offers the highest amount of acreage. Alternative B offers a balance between the two other action alternatives, but also provides more solitude habitat and less potential disturbances than the no action.  Reductions in open motorized areas during winter and summer should decrease the potential for displacement or disturbances to bald eagles during the nesting and wintering periods.

As displayed in Table BE-14a, Alternative B, C and D offer fewer potential impacts from oil and gas development because they offer fewer acres of potential lease area.  The action alternatives also offer greater protective lease stipulations, with approximately 746,000 more acres stipulated with a NSO in Alternatives B and C, and approximately 700,000 more acres in Alternative D.  The fewer amounts of available lease acres and greater amount of protective lease stipulations include additional protections for bald eagles, and suggest that fewer potential impacts may be associated with the action alternatives in a similar manner.  Under the "no new lease" scenario only the existing lease areas have potential for development under these alternatives resulting in fewer acres of potential influence to the species.

As in Alternative A, wildlife habitat management to improve big game winter range is projected to occur on 2,000 acres in all of the action alternatives during the life of the Plan Revision.  This projection includes elk and other big game species that may be important food sources for bald eagles, particularly during the winter period.  Benefits can be expected on a site-specific basis.

Alternative C and D offer slightly more acres of watershed and riparian improvement activities than Alternative B.  This could potentially have a slightly greater benefit to prey species if the actions occur near falcon nest sites.

***Cumulative Effects:***   The occurrence and expansion of reproductive sites for bald eagles on the SJNF is naturally limited due to available water bodies, elevation, and summer food resources.  The SJNF primarily supports bald eagles that have migrated to southwestern Colorado during the winter period.   Most of the winter eagle population is aggregated along specific river corridors that have been identified as bald eagle winter concentration areas.  As with the summer breeding population, persistent use of other water bodies by wintering bald eagles is also prohibited by the small amount of area that remains unfrozen or provides predictable food supplies during the winter periods.

Approximately 36,384 acres of bald eagle winter concentration areas are located on the SJNF.   In the past twenty years, these areas have displayed a stable trend or slightly shifted towards more mature stand conditions that are favorable to bald eagles.  Current analysis suggests that ample habitat exists to support the existing or increasing populations of wintering bald eagles that occur on or in the vicinity of the SJNF.  Food availability and winter severity are the primary factors that influence the number of bald eagles that occur in any given year in most wintering areas in the United States  (Steenhof et al. 2002), and these factors are also believed to play a key role in the inter-year variability that is reflected in the data from southwestern Colorado.

The national mid-winter bald eagle counts confirm other findings that bald eagle populations are increasing across the United States (Steenhof et al. 2002).  These increases are highest in the east, northeast and upper midwest and least in the southwest.  This geographic variation could be due to several factors including increasingly warmer winters, past DDT exposure levels by geographic area, and more rapid human population growth in the west and southwest.  The fact that that mid-winter counts of adults increased at almost twice the rate of immatures suggests that the overall trend may reflect past increases in recruitment and that recruitment may be stabilizing (Steenhof et al. 2002).   Although minor disturbances to individual bald eagles on the SJNF may occur, no cumulative effects have been identified and the population may be stabilizing to the available habitat and food supply.

**c) Determination:** All Plan Revision alternatives, including Alternative A, "**may adversely impact individuals (bald eagles), but would not likely result in a loss of viability on the Planning Area, nor cause a trend to federal listing or a loss of species viability rangewide.**"  The rationale for this determination is as follows:

- Both winter and summer populations of bald eagles occur on the San Juan National Forest.  However, winter is the primary time of use in concentration areas around river drainages.

BLM_0031657

- All alternatives involve activities that may influence bald eagle or their primary prey species.
- Impacts are expected to be minimal and localized to individuals.

## Black Swift *(FS sensitive)*

**a) Natural History and Background:** The black swift (*Cypseloides niger*) is the single representative of the nine species in the genus Cypseloides to occur north of Sinaloa, Mexico (Chantler and Dressens 1995). The sub-specification in this portion of its range is described as C.n. borealis (ibid.). It is sparsely distributed in isolated colonies over western North America with Colorado populations representing a relatively large proportion of the known world population for this species (Boyle 1998). Within the state, the San Juan Mountains have been identified as having the most concentrated occurrences of black swift. This species has the unique characteristic of nesting in colonies on cliffs in close association with mountain waterfalls, often within the spray zone of rushing water. Although this species was first identified in Colorado in 1881 near Silverton, Colorado (Knorr 1961) breeding in the state was not confirmed until 1949 (Knorr and Lang 1950). Chantler and Driessens (1995) describes the breeding range of C.n. borealis as "Extensive neartic, occurring in North America south from southeast Alaska through northwestern and central British Columbia and southwest Alberta, south through the western seaboard states to southern California, northwestern Montana, Colorado, central Utah and north-central New Mexico." Within the state, the San Juan Mountains have been identified as having the most concentrated occurrences of black swift.

Although the black swift primarily occurs in mountain regions in its continental range it has also been identified in the western coastal cliff regions on the Pacific in California (Chantler and Driessens 1995). In its mountainous habitats it forages over a range of habitats but is highly specific in its breeding site preference. Nest sites are almost always located on precipitous cliffs near or behind waterfalls (Knorr 1961, Hunter and Baldwin 1962). Knorr (1961 & 1993) identified seven requirements of nesting habitat for this species:

*Water:* Black swifts nest in close proximity to water "varying in degree from a rushing torrent to a mere trickle, although the former seems to be preferred." "Nest are placed within the spray zone or directly behind sheets of falling water."(Knorr 1961).

*High Relief:* Nest sites have a commanding position above surrounding terrain enabling birds to automatically attain feeding altitude by flying out of nest horizontally.

*Inaccessibility:* Nests are almost always inaccessible to terrestrial predators.

*Darkness:* Nests are almost always placed in positions where the sun rarely shines directly upon it. Additionally, nests are typically placed in darker recesses if available.

*Unobstructed Flyways:* Black swifts appear to choose sites, which allow them to fly to and from the nest without flying through a "maze" of branches.

*Presence of Niches in Rock for Nests:* Apparently sites with rock that offer no "pockets, crannies, ledges or shelves" for nest placement appear to be avoided.

*Moss* Availability: Black swifts build their nest primarily from mosses that grow in the wet environments around the nesting site (Knorr 1993).

Nest sites range in elevation from sea level in California to roughly 11,000 feet in Colorado (Bailey and Niedrach 1965) and occur within a wide range of surrounding habitats. The San Juan National Forest (SJNF) has identified nine nesting sites across the Forest and a number of potential sites have been identified but have not been adequately surveyed.

The black swift is an aerial forager and apparently consumes a wide variety of small flying insectivorous prey. They appear to be attracted to swarms or "blooms" of some insect species.

Limiting factors include changes to microsite characteristics of suitable breeding habitat. Other limiting factors include small colony size, small clutch size, low regional populations, reproductive success, predation, human harassment and pesticides. Breeding occurs June through mid-September.

**b) Effects Analysis:** Plan Revision activities that could potentially influence the black swift primarily involve non-motorized recreation (i.e. rock climbing and ice climbing).

BLM_0031658

**Alternative A:  No Action**

*Direct/Indirect Effects:*  Black swift nesting habitat occurs behind perennial waterfalls, often in remote locations.  Although rock and/or ice climbing within the spray zone of the waterfall could potentially influence the microsite conditions important to nesting, there is no information that is occurring at any locations.  Most nest sites remain highly inaccessible to human alterations.  Therefore, no measurable effect is anticipated from the no action alternative.

**Action Alternatives:  Alternative B-D**

*Direct/Indirect Effects:*  None of the action alternatives provide additional access to black swift nest sites.  The protection offered by their unique nesting habits are expected to continue to discourage any measurable impacts from Plan Revision activities.  No effect from any of the action alternatives is anticipated.

*Cumulative Effects:*  The unique nesting habits of the black swift make them practically invulnerable to predators or human disturbance.  The young remain protected behind the waterfalls during the day while the adults spend most of the daylight hours on-the-wing foraging high above the forest canopies.  Measurable cumulative effects from human activities are therefore unlikely.

**c) Determination:**  All Plan Revision alternatives, including Alternative A, are expected to have *No Impact* on the black swift or its primary habitat.  The rationale for this determination is as follows:

- Most if not all black swift nesting sites are inaccessible to human impacts.  Although rock and/or waterfall climbing could possibly impact the microsite, there is no evidence that this has ever occurred on SJPL.

- Adults are invulnerable to human disturbance because they spend most of their day foraging on high mountain thermals.

- Young remain protected behind the waterfalls while adults are foraging.  Adults return just before dark when most human activities are subsiding.

- The Plan revision alternatives provide for additional protection of waterfall sites if needed to protect watershed and wildlife values.

# Black Tern *(BLM sensitive)*

**a) Natural History and Background:**  The black tern (*Chlidonias niger)* has a holarctic distribution.  In North America, black terns breed locally from the northern U.S. through central Canada.  Breeding is sparse and patchy in the northeast and along the southern edge of the range.  They winter along the Pacific and Caribbean coasts from Mexico to northern South America.  Although it still occupies most of its former range in the U.S., it is now extirpated as a breeder from Missouri and Kentucky and nearly extirpated from Indiana and Pennsylvania (Naugle, 2004).  The tern is less abundant and found in isolated pockets within Colorado.  Occurrence on BLM lands of SJPL is considered incidental to rare.  No breeding records exist for SJPL (Kingery, 1998).

Habitat for black terns consists of reservoirs and lakes for breeding and coastal marine habitats during winter.  Aquatic habitats with extensive stands of emergent vegetation and large areas of open water are required for summer. The black tern nests in shallow, highly productive wetlands with emergent vegetation.  Nests are commonly built on mats of floating emergent vegetation or platforms such as muskrat mounds.  Nest wetlands occur most commonly in open grassland landscapes, but may be located in forested systems at elevations between 1220 and 2000 m (Naugle, 2004).

The black tern feeds primarily upon insects (grasshoppers, locusts, dragonflies, etc.), to include various aquatic and land insects, worms, amphibians  (frogs, tadpoles), small fish, grubs, and marine animals (small mullusks, crustaceans) (USDA 1991, and DeGraff et al 1991).  Breeding birds nest in large cattail marshes adjacent to open water (Andrews and Righter 1992).  Black terns are primarily insectivorous on the breeding grounds at or near the water surface, but fish comprise a large part of the diet in some habitats.  In winter, black terns in the marine environment are largely piscivorous (Naugle, 2004).

Loss of remaining wetland habitats to agriculture or other development is the greatest threat to black tern conservation (Naugule, 2004).  This loss of breeding habitat may explain the decline in black tern populations (Carroll 1988, Hands et al. 1989).  Grazing does not seem to have a major effect on the habitat of black terns

BLM_0031659

unless wetlands, marshes, and riparian areas are breached or destroyed by trampling or overgrazing. Other factors affecting habitat use would be filling or destroying wetland areas. Population decline likely is associated with the loss of wetlands suitable for breeding (Delehanty and Svedarsky, 1993).

**b) Effects Analysis:** Plan Revision activities that could potentially influence the black tern primarily involve water management and wildlife management activities (i.e. watershed, riparian, and aquatic habitat improvements).

### Alternative A:  No Action

*Direct/Indirect Effects:*  No direct or indirect effects on the black tern are expected from the no action alternative because occurrence of the species is considered incidental to rare.  Suitable habitat is for this species on BLM lands is limited, with no breeding or local populations confirmed on BLM lands within the planning area.

### Action Alternatives:  Alternative B-D

*Direct/Indirect Effects:*  No direct or indirect effects on the black tern are expected from implementation of any of the action alternatives because occurrence of this species is considered incidental to rare.  Suitable habitat is for this species on BLM lands is limited, with no breeding or local populations confirmed on BLM lands within the planning area.

*Cumulative Effects:*  No specific plan components have been developed for the black tern because it is not known to occur on BLM lands managed by the San Juan Public Lands Center.  Plan components and regulations specific to the management of wetlands for other species are expected to alleviate any potential cumulative effects and contribute to favorable habitat conditions for any tern species that may happen upon SJPL.

**d) Determination:**  All Plan Revision alternatives, including Alternative A, are expected to have *No Impact* on the black tern or its primary habitat.  The rationale for this determination is as follows:

- The black tern is considered incidental or extremely rare on SJPL, with no breeding populations known to occur.
- Wetland habitats utilized by species such as the black tern are protected by numerous laws, Plan components, and conservation measures.

## Boreal Owl *(FS sensitive)*

**Natural History and Background:**  The boreal owl (*Aegolius funereus)* is a small forest owl found circumboreally in boreal and subalpine forest habitats.  There are seven recognized subspecies of boreal owl, one of which occurs in North America *(A.f. richardsoni)* (ibid.).  Although it has been well studied in Scandinavia, where it is the most abundant forest owl, its biology in North America has been less thoroughly examined (Hayward and Hayward 1993).

In North America, the boreal owl is a year-round resident through Canada's boreal forest from the Yukon to Newfoundland.  Scattered populations occur in northern Minnesota, the Cascade ranges, and south in the Rocky Mountains into north-central New Mexico (Ryder 1998).  In the Rocky Mountains, Blue Mountains and Cascade ranges they are restricted to subalpine forests (Hayward and Hayward 1993).  They are considered probable inhabitants of the mountains of Utah, northern California, and northern New England (ibid.).

This species was considered rare to uncommon in the mountains of Colorado until relatively recently, due to its secretive behavior and to a general lack of survey effort (Yanishevsky and Petring-Rupp 1998, Andrews and Righter 1992, Palmer 1986).  It was not confirmed occurring on National Forest System lands of SJPL until 1993 (Schultz 1996a).  However, recent investigations confirm that the species is more prevalent than previously thought through out southwest Colorado (Schultz 1996a, Holland and Schultz 1994, Holland and Schultz 1993, Palmer 1986).

In the Rocky Mountains the boreal owl is most closely associated with dense, mature and late successional (>150 yr.) coniferous forest (Ryder 1998).  This association with older forests may be at least partly due to the presence of available nest cavities.  It appears to prefer mature and old growth spruce-fir forests but is also known to

BLM_0031660

occasionally frequent lodgepole pine, Douglas fir and aspen forests and may migrate to other lower elevational forest types during periods of nomadism (Palmer 1986, Ryder 1998, Hayward 1994). In Colorado, this species also exhibits a strong preference for mature spruce-fir forest over other forest types (Palmer 1986, Schultz 1996a). Owls in the state are generally found above 2700m (8,856 ft.) in elevation (Palmer 1986, Ryder et al. 1987). Breeding locations are most often found above 3,050m (10,000 ft.) (Palmer 1986).

In Idaho and Montana, nest sites had an average of 57 trees/acre > 15 inches in diameter (dbh), an average basal area of approximately 190 ft.²/acre, and supported a snag density (>15 inches) of 9 snags/ha or roughly 4 snags/acre (Hayward and Hayward 1993). Even though the overall density of the nest stand is high, canopy cover at the nest tends to be more open and averaged 30% crown closure (ibid.).

Recent studies on the San Juan and GMUG National Forests (Schultz 1995 and 1996a, Holland and Schultz 1993) suggests that mature spruce-fir forests are preferred breeding habitat for local populations of boreal owls in southwest Colorado. However, in this and other regions, younger stands and mature aspen may occasionally be used if cavities are present (Hayward and Hayward 1993, Schultz 2001, pers. comm.). In a six-year census study in Colorado, Palmer and Ryder (1984 *fr.* Palmer 1986), found that active territories were most often located in high elevation forests (9,100-10,800 feet), and that lower elevational mixed-forest (presumably below 9,000 feet) were only used during years of owl abundance. Their study suggests that high elevational spruce-fir provides optimum habitat and that individuals "radiate outward from the center of best adaptation" only when more optimal habitat niches are filled (Palmer 1986). Owls do not appear to roost in cavities, but instead rest on limbs near the bole of the tree. Roost trees in Idaho and Colorado appear to be almost exclusively conifers (Hayward et al. 1993, Palmer 1986).

The affinity of the boreal owl in Colorado to closed canopy mature subalpine spruce-fir forest may be a direct relationship to its preferred prey (southern red-backed vole), which also occurs at its highest density in the state within similar forest habitats (Schultz 1996a). Prey is primarily small mammals, especially the red-backed vole, which makes up 25-50% of their diet (Hayward and Hayward 1989). They are opportunistic hunters, and their summer diet is varied, including insects, jumping mice, chipmunks, birds, pocket gophers, shrews, deer mice and voles.

Studies in North America and Europe indicate that owl productivity and population demographics (clutch size, hatching rate, fledging rate, number of breeding pairs, adult survival) are directly related to prey availability (Hayward and Verner 1994). Hayward (1997) states "Cavity availability and prey availability likely interact to influence boreal owl population growth. Tree cavities occur non-randomly across the landscape, as do small mammal populations. The spatial arrangement of cavities and prey (relative to one another) are important in determining boreal owl abundance. The conservation status of boreal owls will be intimately tied to the interaction of these resources."

Thermal stress likely limits the elevational distribution of this species (Hayward 1997). Therefore, the availability of cool microsites, which often occur in mature forest may be a significant limiting factor in some regions (ibid.). The boreal owl is vulnerable to predation by several species. American marten is probably the most important predator at the nest, preying on both owlets and nesting females (Hayward and Hayward 1993). Winter and spring are critical time periods for boreal owl survival and annual productivity. Overwinter survival is an important factor in determining population abundance, and female body condition in spring is correlated with female reproductive output the following summer (Hayward et al. 1993).

**b) Effects Analysis:** Plan Revision activities that could potentially influence the boreal owl primarily involve timber harvest and Wildland Fire Use activities.

### Alternative A: No Action

*Direct/Indirect Effects:* Based on recent surveys, the boreal owl is considered fairly common in suitable primary habitat across the upper elevations of the SJNF, primarily in late successional spruce-fir forest types. Although alterations have occurred due to past timber harvest, approximately 447,350 acres of primary spruce-fir habitat for the boreal owl occurs on the SJNF. Approximately 80% of the spruce-fir cover type on the SJNF occurs as wilderness, backcountry, and/or other protective land management designations that is expected to maintain high-quality habitat for the boreal owl.

The primary activity that could potentially influence primary habitat for this species is timber harvest. Although not a planned activity, Wildland Fire Use could also potentially have negative influences on the

BLM_0031661

boreal owl because of reduced forest cover, snags, and food resources. Differences in projected outputs by alternative for these activities are displayed below in Table BE-15.

**Table BE-15: Activities and Projected Outputs that could Potentially Influence the boreal owl, by Alternative.**

| Timber Treatment Acres (Suitable Habitat Only) | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| * Spruce-fir | 50 ac. Partial Cut | 50 ac. Partial Cut | 20 ac Partial Cut | 113 ac Partial cut |
| Fuels Treatment Acres (Suitable Cover Types Only) | | | | |
| * Spruce-fir & Mixed Con | 1-30,000 ac. Wildland Fire Use | 1-30,000 ac. Wildland Fire Use | 1-30,000 ac. Wildland Fire Use | 1-30,000 ac. Wildland Fire Use |

As displayed in Table BE-15, the predicted timber harvest output in primary boreal owl habitat varies from 50 to 113 acres and is very minimal in all alternatives. These amounts represent less than 1% of the total suitable habitat on the SJNF. The amount of timber harvest in alternative A is therefore expected to have little influence on the boreal owl or populations on the SJNF.

Wildland Fire Use is not a planned output. However, it will be utilized as a tool to allow natural disturbances to occur in high-elevation forest types as opportunities arise. It is estimated that all alternatives may allow from 1 to 30,000 acres of Wildland Fire Use. All Fire Use activities can be expected to have negative influences on the boreal owl because of a decrease in habitat components preferred by the species. However, these influences would vary significantly depending upon the size and severity of a wildfire.

**Action Alternatives: Alternative B-D**

*Direct/Indirect Effects:* As displayed in Table BE-15, there is little difference between no action and Alternative B, C and D in regards to predicted timber harvest outputs. As is consistent with the active management theme, Alternative D offers the greatest amount of projected timber output. However, all alternatives influence less than 1% of primary boreal owl habitat and are expected to have no detectable affect on the species. The large amount of backcountry and wilderness remaining on SJPL in all alternatives can be expected to provide the late-successional habitat conditions preferred by the species.

As with the no action, it is estimated that Wildland Fire Use may be used as a management tool on 1 to 30,000 acres in all action alternatives. Influences are expected to vary depending upon fire severity and size.

*Cumulative Effects:* A recent cumulative effect analysis was also conducted on a large area of the San Juan National Forest (McGarigal et al. 2001). This analysis investigated the magnitude of change that has occurred in the spruce-fir zone and other forest types in the San Juan Mountains since the onset of timber harvest activities in the 1950's. This analysis concluded that, at a larger scale, limited cumulative effects have occurred due to the buffering capacity of large, undeveloped areas such as Wilderness. Much of the undeveloped area occurs in forest types that are preferred by the boreal owl. This analysis found that road development was the primary landscape impact and had increased three-fold from 1950 to 1993 (McGarigal et al. 2001). Roads are not a major factor that influences the boreal owl. No cumulative effects on the boreal owl are anticipated because of the minimal amount of activities projected to occur in primary habitat and the large amount of undeveloped area that will remain on the Forest well into the future.

**c) Determination:** All Plan Revision alternatives, including Alternative A, "**may adversely impact individuals (boreal owls), but would not likely result in a loss of viability on the Planning Area, nor cause a trend to federal listing or a loss of species viability rangewide.**" The rationale for this determination is as follows:

- All alternatives involve projected timber harvest activities in primary habitat types (spruce-fir) that may adversely influence individual boreal owls. However, the projected amount of these activities is very minimal.

BLM_0031662

- Extensive late-successional primary habitat occurs on the San Juan National Forest in wilderness and other backcountry designations where natural processes will dominate and provide excellent habitat for the boreal owl.

## Brewer's Sparrow *(FS sensitive)*

**a) Natural History and Background:** The Brewer's sparrow (*Spizella breweri breweri*) is concentrated in the Great Basin from the eastern half of Washington and southern British Columbia to southwestern Saskatchewan (Smith 1996), and most of Montana, except portions of the northwest and northeast of the state. It is also found in the southern sections of Idaho through eastern Oregon, eastern California, and the northern sections of the Mojave Desert (Small 1994). This subspecies extends through all of Nevada, Utah, Wyoming, northern Arizona, northwestern New Mexico, and western, central, and eastern Colorado (Hubbard 1978, Andrews and Righter 1992).

The Brewer's sparrow is an obligate of sagebrush communities (Braun et al. 1976, Paige and Ritter 1999). Throughout most of the Brewer's sparrow's breeding range it is most closely associated with landscapes dominated by big sagebrush (*Artemisia tridentata*) (Wiens and Rotenberry 1981, Rotenberry et al. 1999) with an average canopy height of less than 1.5 m (Rotenberry et al. 1999). It also occurs in shrubby openings in pinyon-juniper (*Pinus edulus-Juniperus* spp.) and mountain mahogany (*Cercocarpus* spp.) woodlands (Sedgwick 1987) and large shrubby parklands within coniferous forests (Rotenberry et al. 1999). Sagebrush in Colorado occurs at elevations of approximately 1,200 to 3,050 m (4,000 to 10,000 ft) and exists in a variety of climatic conditions, including low-elevation semi-desert habitats and moist, cool, mountainous areas. Perhaps 30 percent of Colorado's sagebrush was altered between 1900 and 1974 (Braun et al. 1976), and the ecological integrity of Colorado's sagebrush shrublands has been compromised by the invasion of exotic (e.g., cheatgrass) or native (e.g., pinyon-juniper) plant species, conversion to agricultural, residential, and other developed land types, and changes in natural fire regimes (Biedleman 2000). It is thought to occur in the suitable lower elevation sagebrush types on National Forest System lands of SJPL. Indication of abundance is unknown at present.

In spring and summer Brewer's sparrow consumes many insects (e.g., alfalfa weevils, aphids, beet leafhoppers, caterpillars, beetles). In fall and winter it feeds on seeds. Brewer's sparrows forage mainly on the ground. They drink free water when available and will bathe in standing water; but adapted to arid environments and can physiologically adjust to water deprivation, obtaining water from foods (Dawson et al. 1979; Rotenberry et al. 1999).

The declines in Brewer's sparrow breeding populations are likely linked to extensive alteration of sagebrush (*Artemisia* spp.) shrub steppe habitats. Though widespread, this habitat constitutes one of the most endangered ecosystems in North America due to extensive, ecologically transformative influences of livestock grazing, followed by alteration of natural fire regimes and invasion by exotic plant species, especially cheatgrass (*Bromus tectorum*). Loss and fragmentation of habitat due to agricultural, urban, suburban, energy, and road development also threaten the species.

**b) Effects Analysis:** Plan Revision activities that could potentially influence the Brewer's Sparrow primarily involve fuels treatment activities and livestock grazing.

### Alternative A: No Action

*Direct/Indirect Effects:* The Brewer's sparrow is a species of conservation concern across much of its western range because of declines in sagebrush habitat and breeding populations. Most suitable habitat on SJPL occurs on lower-elevation BLM lands. However, the species does breed on National Forest Systems land in mixed shrublands, particularly where sagebrush is available. Differences in projected outputs by alternative that could potentially influence Brewer's sparrow are displayed below in Table BE-16.

BLM_0031663

**Table BE-16: Activities and Projected Outputs that could Potentially Influence Brewer's Sparrow, by Alternative.**

| Fuels Treatment Acres (Suitable Cover Types Only) | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| * Mixed Shrubland | 1500 Mastication | 1500 Mastication | 1500 Mastication | 1600 Mastication |
| Livestock Grazing (Cattle AUMs Only) | | | | |
| * Permitted AUMs (FS) | 115,312 | 115,312 | 112,554 | 117,791 |
| * Suitable Acres on Active Allotments (FS) | 654,837 | 654,837 | 626,722 | 694,321 |

The Brewer's sparrow occurs most commonly where sagebrush densities are high and contiguous. Even minor declines in sagebrush cover have been shown to result in a similar reduction in breeding pair densities (Holmes 2007). Sagebrush species occur on approximately 16,580 acres of the SJNF. Activities that influence the quality and quantity of sagebrush cover on the SJNF may also have negative influences on this species.

In regards to activities that may influence Brewer's sparrow, Alternative A provides similar fuels treatments in mixed-shrublands as the action alternatives. These treatments primarily involve hydro-mowing and crushing of mixed shrublands to reduce fuels hazards associated with mature, high-density shrublands. These shrublands are dominated by Gambel oak. Sagebrush may also be affected on a site-specific basis when it co-exists with Gambel oak; however it is not a target species for fuels reduction on National Forest Systems land. Potential impacts to Brewer's sparrow from fuels reduction activities on the SJNF are expected to be minor but cannot be completely discounted.

Livestock grazing is a dominant land-use practice across much of the summer range of the Brewer's sparrow (Knick et al. 2003). This activity may have negative indirect influences on sagebrush habitat for species such as Brewer's sparrow. Cattle grazing on the SJNF is likely to overlap potential habitat for the Brewer's sparrow. As displayed in Table BE-15, the permitted amount and area for cattle grazing does not differ between Alternatives A and B. These activities are therefore predicted to have potential negative influences on individual breeding pairs of Brewer's sparrows where activities and habitat overlap. On National Forest Systems land, however, these activities are expected to be minor because of the small amount of acreage involved and the conservation measures developed to minimize potential impacts. These conservation measures are similar across alternatives.

**Action Alternatives: Alternative B-D**

***Direct/Indirect Effects:*** All action alternatives provide for a similar amount of fuels treatment in mixed-shrubland, with a slight increase in Alternative D. Because sagebrush is not a target species for fuels reduction of National Forest Systems land, potential influences on Brewer's sparrow and other sage-associated species are expected to be similar to Alternative A.

Alternative B provides for the same amount of livestock grazing as Alternative A. There is a slight reduction in AUMs and area in Alternative C, and a slight increase in Alternative D. The decrease in grazing area and stocking rates in Alternative C may provide some secondary benefits to species such as the Brewer's sparrow, while the increase in Alternative D may be associated with a higher degree of habitat impacts to the species. Overall, however, potential impacts are expected to be similar and based on site-specific areas where conservation measures are available to alleviate identified problems. The conservation measures are similar across all alternatives.

***Cumulative Effects:*** Land-use practices, invasion by exotic plants, disrupted ecosystem processes, and altered disturbance regimes have impacted and continue to impact sagebrush ecosystems across the western United States (Knick et al. 2003). A recent habitat evaluation of sagebrush distribution on the SJNF indicates that sagebrush has remained static but that stand densities have increased and aged, reducing the grass/forb understory. Sagebrush is not well distributed across the SJNF, and occurs on approximately 16,580 acres. The

BLM_0031664

sagebrush type is in poor and declining conditions because of stand age.. There are some areas where significant encroachment by pinyon-juniper into the low elevation sagebrush will result in conversion of those areas to woodlands. Some sagebrush is occasionally lost to wildfire.

There is little to no management activity that occurs in sagebrush on the Forest, except for grazing. Although sagebrush has a limited distribution across the forest, livestock grazing effects have occurred where grazing activities occur within active allotments. Fuels management may occur in areas, which include small stands of sagebrush but otherwise are dominated by other vegetation types.  Management actions are conducted in sagebrush grasslands on the adjacent BLM lands where the objectives include opening up decadent stands to improve the grass/forb understory, to increase the age class diversity, to improve forage conditions, and habitat improvement. Overall, little influence or cumulative effects on sagebrush-associated species is expected on National Forest Systems land or SJPL as a whole because of limited activities in this habitat type.

c) Determination:  All Plan Revision alternatives, including Alternative A, "**may adversely impact individuals (Brewer's sparrows), but would not likely result in a loss of viability on the Planning Area, nor cause a trend to federal listing or a loss of species viability rangewide.**"  The rationale for this determination is as follows:

## Columbian Sharp-tailed Grouse *(FS sensitive)*

a) Natural History and Background:  The Columbian (*Pedioecetes phasianellus columbianus*) has the smallest population size and most restricted distribution of the 6 subspecies of sharp-tailed grouse in North America (Hoffman 2001). The native range of the Columbian sharp-tailed grouse is western Colorado, northeastern Utah, western Wyoming, extreme western Montana, northern Nevada, northwestern California, eastern Oregon, eastern Washington, Idaho, and southeastern British Columbia (Spomer 1987). This sub-species currently occupies less than 10% of its former range.

This grouse does not currently occur on the SJPL, and has not been documented on the planning area for more than 30 years (Giesen and Braun 1993). Some suitable habitat may still exist on the SJNF, all on the western part of the Forest on the Dolores Ranger District. In 2004, Colorado Division of Wildlife reintroduced the species to private lands west of Dolores.  Subsequent augmentations to this reintroduction have occurred.  It is unknown weather a population will establish from these efforts.  Currently, no occurrence is recorded on National Forest System lands.

The species requires native bunchgrass and shrub-steppe communities with high species diversity and high structural diversity (Spomer 1987). Deciduous shrubs are critical for winter food and escape cover (Rogers 1969, Saab and Marks 1992, Giesen 1997). Bunchgrasses and perennial forbs are important components of nesting and brood-rearing habitat (ibid). Leks sites are important for mate selection and breeding, and typically are adjacent to nesting and brood-rearing areas. Leks are typically located on knolls, ridge-tops, or benches that are higher than surrounding topography, sites that typically have sparse vegetation (Rogers 1969, Giesen 1997). Nest sites are dominated by mixed-species shrub and bunchgrass communities, with clumps of taller and denser shrubs grasses at the nest site (Rogers 1969, Giesen and Connelly 1993). Habitat requirements appear narrower in winter than in summer, and winter distribution is usually in close proximity to mountain shrub and riparian habitats (Giesen and Connelly 1993).

Insects constitute a major portion of chick diet. Adult diets in spring and summer encompass a variety of vegetative material including grass seeds and leaves and insects, and agricultural crops, especially wheat where it is available (Rogers 1969, Giesen and Connelly 1993). Winter foods include fruits and buds of deciduous trees and shrubs (ibid).

Populations of Columbian sharp-tailed grouse have declined drastically through out their range since the early 1900's. Increased agricultural development and grazing by domestic livestock are major factors influencing abundance and distribution (Meints et al. 1992, Hoffman 2001). Winter dependence on deciduous trees and shrubs for food and cover may limit grouse within sagebrush-steppe habitat (Giesen and Connelly 1993).

Leks are a focal point in management of grouse because disturbances may result in regional population declines (Rogers 1969, Giesen and Connelly 1993). Winter is a critical time period because habitats sufficient for overwintering grouse populations are thought to be limited (Meints et al. 1992).

b) Effects Analysis:  Plan Revision activities that could potentially influence the Columbian sharp-tailed grouse primarily involve fuels treatment activities and livestock grazing.

BLM_0031665

**Alternative A:  No Action**

***Direct/Indirect Effects:***  The Columbian sharp-tailed grouse has been reintroduced to private lands near the SJPL.  Although the species is not believed to occur on the Forest, it historically migrated to and utilized Forest lands for summer habitat.  As populations recover, it is expected that the grouse will re-occupy some habitats on the National Forest.  Differences in outputs associated with activities that could potentially influence the grouse are displayed below in Table BE-17.

**Table BE-17:  Activities and Projected Outputs that could Potentially Influence the Columbian Sharp-tailed Grouse, by Alternative**.

| Fuels Treatment Acres (Suitable Cover Types Only) | | | | |
|---|---|---|---|---|
| * Mixed Shrubland | 1500 Mastication | 1500 Mastication | 1500 Mastication | 1600 Mastication |
| * Ponderosa Pine | 4000 Prescribed Fire | 4000 Prescribed Fire | 4000 Prescribed Fire | 4000 Prescribed Fire |
| Livestock Grazing (Cattle AUMs  Only) | | | | |
| * Premitted AUMs (FS) | 115,312 | 115,312 | 112,554 | 117,791 |
| * Suitable Acres on Active Allotments (FS) | 654,837 | 654,837 | 626,722 | 694,321 |

In regards to activities that may influence sharp-tailed grouse, Alternative A provides similar fuels treatments in mixed-shrublands and ponderosa pine forest as the action alternatives.  These activities are expected to be beneficial to the Columbian sharp-tailed grouse due to a reduction in shrub cover that promotes forage plants such as forbs and grasses that support high insect densities for broods.  As displayed in Table BE-16, these benefits are expected to be similar across all alternatives.

Livestock grazing is similar across alternatives A and B.  These activities may currently be negatively influencing potential grouse habitat because of influences on forage species, insect densities, and other factors.  The need to address livestock management on potential sharp-tailed grouse habitat has been identified in the revised Forest Species Assessment for this species (USDA Forest Service 2006). Conservation measures to address these issues are similar across alternatives.

**Action Alternatives:  Alternative B-D**

***Direct/Indirect Effects:***  All action alternatives provide for a similar amount of potential benefits from fuels treatment activities on potential grouse habitat.  Benefits are therefore expected to be similar to Alternative A.

Alternative B provides the same amount of livestock grazing as Alternative A.  There is a slight reduction in AUMs in Alternative C, and a slight increase in Alternative D.  Although conservation measures are expected to be similar across all alternatives, Alternative C may provide some additional benefits because livestock grazing objectives are identified as being secondary to biodiversity and species objectives.

***Cumulative Effects:***  In 2004, the Colorado Division of Wildlife reintroduced 40 male sharp-tailed grouse onto private land in southwestern Colorado.  The reintroduction area involves former agricultural land that is now part of the Conservation Reserve Program (CRP).  In April 2005, 40 females were also brought from northwestern Colorado and released at lek sites that the males had established.

The reintroduced grouse successfully reproduced during the 2005 breeding season, with 14 successful nests out of 17 attempts documented.  All of the nests were located in residual grasses on private CRP lands.  As of January 2006, eight females and males (16 birds total) were still being tracked via the transmitters.  An additional supplement of mostly females is planned for the spring of 2006.  The goal of the CDOW's Columbian sharp-tailed grouse conservation plan is to establish a breeding population in southwestern Colorado and an additional population on the Uncompahgre Plateau.  All populations will be tracked by the CDOW to provide trend information gathered at the leks.

BLM_0031666

The San Juan National Forest provides some lower-elevation habitats that most likely provided historic sharp-tailed grouse habitat and will be utilized again by the reintroduced population. Currently, the birds primarily use private CRP lands but adjacent habitats on the Forest may become more important to the success of the reintroduction program as the species becomes reestablished. The primary habitat types of importance to the reintroduced sharp-tailed grouse involve mountain shrublands and sagebrush, although mountain grasslands and riparian habitats are also utilized. Historic habitat near the current release site is suspected to encompass 15 to 20 square miles (9,600-12,800 acres) in "The Glades" area east of Dolores Canyon.

The total acres of mountain shrubland, sagebrush, mountain grassland, and riparian habitats on the SJNF have remained static since 1983 and are anticipated to provide suitable habitat to support the sharp-tailed grouse reintroduction effort. However, the quality of habitat on the SJNF could potentially be improved by reintroducing fire into mountain shrubland and evaluating the current livestock grazing strategy. Conservation measures and habitat improvements on these lands are expected to help support grouse populations and minimize any cumulative effects that may be associated with supporting the reintroduced population on historic summer range.

**c) Determination:** Based on this analysis, it is determined that Plan Revision alternatives A, B and D, "**may adversely impact individuals (bighorn sheep), but would not likely result in a loss of viability on the Planning Area, nor cause a trend to federal listing or a loss of species viability rangewide.**" Alternative C could be expected to provide a **"Beneficial Impact"** to the species. The rationale for this determination is as follows:

- Columbian sharp-tailed grouse have been reintroduced to southwest Colorado and currently occupy private lands. They are expected to reoccupy historic habitat on SJPL as the population recovers.

- Habitat improvements are planned outputs that are expected to improve grouse habitat over time.

- Some impacts that influence habitat conditions may be associated with the current livestock grazing strategy. In all alternatives, Plan components and conservation measures are included in the Plan Revision to address these problems.

- Alternative C may provide a higher degree of benefit to sharp-tailed grouse because livestock grazing has been identified as a problem and the activity is secondary to species objectives in this alternative.

## Ferruginous Hawk *(BLM and FS sensitive)*

**a) Natural History and Background:** The ferruginous hawk (*Buteo regalis)* breeds from eastern Washington, southern Alberta, and southern Saskatchewan south to eastern Oregon, Nevada, northern and southeastern Arizona, northern New Mexico, north-central Texas, western Oklahoma, and Kansas (DeGraaf et al. 1991). The species winters primarily from the central and southern parts of breeding range south to Mexico. In Colorado it is a fairly common to common winter resident on eastern plains and uncommon to rare in western valleys and mountain parks (Andrews and Righter 1992, Preston 1998). It is an uncommon fall and winter resident in southwestern Colorado (Durango Bird Club 1992). The SJPL is out of the breeding portion of the species range (NatureServe, 2007). Overwintering on SJPL occurs but is considered uncommon to rare in this portion of the species' range.

Ferruginous hawks primarily inhabit grasslands and semidesert shrublands, and are rare in pinon-juniper woodlands (Andrews and Righter 1992, Preston 1998). This species nests in trees and bushes, and on ledges, large rocks, riverbanks, and hillsides (Finch 1992, Dechant et al. 2003). Ferruginous hawks forage on native grasslands where nest sites are scarce, and as a consequence, individuals reuse nest sites until the structures are sometimes over 3 feet in height. Ferruginous hawks hunt from a perch, while soaring, during low, rapid flight over open country, or while systematically searching and hovering at 40 to 60 feet (ibid). They feed primarily on rabbits, ground squirrels and prairie dogs, but will also take mice, rats, gophers, birds, snakes, locusts, and crickets (Dechant et al. 2003).

Ferruginous hawks are limited by nest site and prey availability (Dechant et al. 2003). On the SJPL, its occurrence during the non-breeding season is limited to more open areas that are suitable for hunting and that contain sufficient densities of small mammal prey, such as prairie dogs and ground squirrels, during snow-free seasons. Fall and spring (i.e. during snow-free periods of the non-breeding season) are the most likely time periods this hawk might occur on the SJPL.

BLM_0031667

**b) Effects Analysis:** Plan Revision activities that could potentially influence the Ferruginous hawk primarily involve motorized and non-motorized recreation, and possibly livestock grazing.

### Alternative A:  No Action

***Direct/Indirect Effects:***  The ferruginous hawk is a migratory species with individuals that occur sporadically during the winter period. No breeding or nesting pairs are known to occur.  Potential affects to this species are therefore most likely limited to possible disturbances from motorized vehicles or recreational activities.

### Action Alternatives:  Alternative B-D

***Direct/Indirect Effects:***  Potential effects from the action alternatives are expected to be similar to the no action.  Potential affects to this species are expected to be limited to possible disturbances from motorized vehicles or recreational activities on migratory non-breeding individuals.

***Cumulative Effects:***  The ferruginous hawk has suffered habitat loss and negative effects throughout much of its range in the western United States.  However, all of the alternatives associated with the Plan revision are expected to have no cumulative effects on this species because SJPL do not measurably contribute to the conservation of the species.  All individuals are migratory with no important breeding habitats known.

**c) Determination:**  All Plan Revision alternatives, including Alternative A, are expected to have *No Impact* on the ferruginous hawk or its primary habitat.  The rationale for this determination is as follows:

- The ferruginous hawk is a migratory species that is not known to breed locally.

- Although localized disturbances may occur to migratory individuals, there is no measurable effect on the reproductive output or overall conservation status of the species.

## Flammulated Owl *(FS sensitive)*

**a) Natural History and Background:**  The Flammulated owl (*Otus flammeolus*) is perhaps the most common raptor in montane pine forests of the western United States (McCallum 1994).  It is a Neotropical migrant that winters in Mexico, casually north to southern California (DeGraaf et al. 1991).  It is a western mountain species that breeds locally from southern British Columbia, southern Idaho, and northern Colorado south to southern California, southern Arizona, southern New Mexico, western Texas, and from Mexico south to Guatemala (Hayward and Verner 1994, DeGraaf et al. 1991).  In Colorado the flammulated owl is an uncommon to common summer resident in foothills and lower mountains, and is most common in western and southern Colorado (Winn 1998).  They have been found and confirmed to nest National Forest System lands of all Ranger Districts on  SJPL and appear to be reasonably abundant and widespread on the Forest during the breeding season.  This species shows very high fidelity to breeding sites in Colorado (Reynolds and Linkhart 1987a, 1992).

The flammulated owl is a tiny obligate secondary cavity nester that is entirely insectivorous (McCallum et al. 1994).  Winn (1998) states "they depend on tree cavities for nesting, open forests for catching insects, and brush or dense foliage for roosting."  They are associated with mature/old growth ponderosa pine and mixed conifer, and mature aspen (Reynolds and Linkhart 1992, Winn 1998).  As an obligate secondary cavity nester, they depend on the presence of snags and decaying trees of sufficient diameter to contain nest cavities, and the presence of woodpeckers to construct suitable nest cavities.  Male foraging, territorial defense, resting, and day roosting were restricted to a home range that averages 33-acres (Reynolds and Linkhart 1987). Flammulated owls forage intensively near the nest, and open vegetation is preferred for foraging (Reynolds and Linkhart 1987).  In contrast to foraging habitat, which includes numerous interior edges, preferred roosting habitat appears to be dense vegetation (McCallum et al. 1994).

Flammulated owls appear to be opportunistic insectivores (McCallum et al. 1994).  During cold spring and early summer nights, the owls feed almost entirely on the only insects available, adult lepidoptera such as noctuids (Reynolds and Linkhart 1992).  Noctuids are large cold-hardy moths that are abundant in spring and fall (McCallum et al. 1994).  As summer progresses and other arthropods become available, lepidopteran larvae, grasshoppers, spiders, crickets, and beetles are added to their diet (ibid).

The flammulated owl, though widespread and locally abundant, is a habitat specialist with low and unvarying fertility (McCallum et al. 1994).  Its range and abundance are functions of the range and abundance of its preferred

BLM_0031668

habitat, not its own ecological amplitude or adaptability. Availability of suitable nest cavities in close proximity to suitable foraging habitat may limit the distribution and/or abundance of this species.

**b) Effects Analysis:** Plan Revision activities that could potentially influence the flammulated owl primarily involve timber harvest, fuels treatments, and wildlife management activities.

### Alternative A: No Action

*Direct/Indirect Effects:* The flammulated owl commonly occurs in suitable ponderosa pine habitat on the SJPL. Differences in outputs associated with activities that could potentially influence this species are displayed below in Table BE-18.

**Table BE-18: Activities and Projected Outputs that could Potentially Influence the Flammulated Owl, by Alternative.**

| Fuels Treatment Acres (Suitable Cover Types Only) | **Alternative A** | **Alternative B** | **Alternative C** | **Alternative D** |
|---|---|---|---|---|
| * Ponderosa Pine | 1500 ac. mechanical restoration | 1500 ac. mechanical restoration | 1500 ac. mechanical restoration | 2000 ac. mechanical restoration |
| * Ponderosa Pine | 4000 Prescribed Fire | 4000 Prescribed Fire | 4000 Prescribed Fire | 4000 Prescribed Fire |
| *Timber Treatment Acres (Suitable Habitat Only)* | | | | |
| * Ponderosa Pine | 1000 ac. restoration 500 ac. partial cut | 1000 ac. restoration 500 ac. partial cut | 900 ac. restoration 500 ac. partial cut | 1500 ac. restoration 500 ac. partial cut |
| * Warm Dry Mix-Con | 250 ac. Restoration 250 Partial Cut | 250 ac. Restoration 250 Partial Cut | 200 ac. Restoration 225 Partial Cut | 200 ac. Restoration 225 Partial Cut |
| * Aspen | 400 ac. clearcut | 500 ac. clearcut | 400 ac. clearcut | 600 ac. clearcut |
| *Wildlife Mgmt Acres (Suitable Habitat Only)* | | | | |
| * Ponderosa Pine | 2000 ac. restoration | 2000 ac. restoration | 2000 ac. restoration | 2000 ac. restoration |

The flammulated owl is primarily associated with mature to old growth ponderosa pine on the SJNF. Open canopy forest with ample snag habitat is preferred by the species. Approximately 230,878 (96%) of the 241,602 acres of ponderosa pine cover type is currently in a mature to older habitat structural stage on the SJNF. However, only about 15,000 acres (6%) of this occurs as late-successional habitat while another 106,670 acres (44%) occurs in a partially-closed to closed canopy condition. The late-successional stands most likely represent some of the best quality habitat for the flammulated owl because of the large tree structure and associated snag habitat. Habitat quality for the flammulated owl often decreases as the forest canopy becomes more closed. These stands are also more susceptible to high-intensity wildfire that may significantly decrease habitat quality if wildfires are severe. Snag habitat is also lacking in many ponderosa pine systems that have been previously harvested (USDA Forest Service 2004).

As displayed in Table BE-18, the predicted timber harvest output in primary flammulated owl habitat varies from 1,400 to 2,000 acres and is very fairly similar in all alternatives. Restoration treatments intended to restore the ponderosa pine cover type closer to historic conditions is the primary treatment in Alternative A and similar in all action alternatives. These treatments may cause some temporary impacts to flammulated owls, but are expected to be beneficial in the mid to long-term. Treatments in warm-dry mixed-conifer stands are also expected to be beneficial to the flammulated owl, particularly where restoration treatments occur. Alternative A is very similar to the action alternatives in this cover type. Treatments in aspen are also similar across alternatives, but may impact individual owls because of the type of treatment.

The use of prescribed fire is expected to help restore habitat conditions for the flammulated owl and maintain the open-canopy, large-tree structure preferred by the species. The use of prescribed fire will occur in ponderosa pine cover types only and does not vary across alternatives.

BLM_0031669

Wildlife management activities in ponderosa pine systems in Alternative A do not vary from the action alternatives. These activities are intended to help restore ponderosa pine closer to historic conditions by understory thinnings and other activities that should be beneficial to the flammulated owl

**Action Alternatives: Alternative B-D**

*Direct/Indirect Effects:* As displayed in Table BE-18, there is little difference between no action and Alternative B, C and D in regards to predicted outputs and restoration activities in ponderosa pine. As is consistent with the active management theme, Alternative D offers the greatest amount of projected activities in all cover types that may be utilized by the flammulated owl. However, all alternatives are expected to have similar influences as the no action. Temporary impacts may occur to individual owls in the short-term, with long-term benefits anticipated.

The use of prescribed fire and wildlife management for restoration in ponderosa pine does not vary from the no action alternative. Similar benefits and influences are expected.

*Cumulative Effects:* Ponderosa pine comprises 13% of the SJNF. Over the last 100+ years, humans have played a key role in the status and structural composition of ponderosa pine across the SJNF. Numerous land-use practices (timber harvest, livestock grazing, fire suppression) have influenced the current condition of ponderosa pine stands on the Forest. Over the last 20 years, there has been a stable trend in the early-, mid-, and late-successional ponderosa pine forests. There has been a significant decreasing trend (81.8%), however, in mature stands with relatively high canopy closures (structural stage 4C). Most mid-successional ponderosa pine stands continue to maintain relatively high canopy closures and are classified as 4B. In terms of wildlife habitat quality for the flammulated owl, this trend has most likely decreased preferred habitat conditions for the species. Perhaps the largest effect on the flammulated owl, however, has been the loss of large ponderosa pine snags in localized areas associated with timber harvest and fuelwood gathering.

Assuming that the current trends in ponderosa pine forest structure and composition continue (primarily increasing stand densities), there will be greater risk of high-intensity wildfires and more widespread insect and disease outbreaks. Since wildlife habitat needs are directly related to forest stand structure and composition, continued changes in both will continue to affect the amount of habitat available to wildlife. Ponderosa pine treatments that manage for pre-Euro-American conditions should continue to improve habitat for numerous species of wildlife, including the flammulated owl. These restoration activities are expected to help minimize and alleviate cumulative effects that may have occurred to the species since European settlement.

**c) Determination:** All Plan Revision alternatives, including Alternative A, "**may adversely impact individuals (flammulated owls), but would not likely result in a loss of viability on the Planning Area, nor cause a trend to federal listing or a loss of species viability rangewide.**" The rationale for this determination is as follows:

## Gunnison Sage-grouse *(BLM sensitive)*

**a) Natural History and Background:** The sage-grouse is the largest species of grouse in Norh America. Sage-grouse were believed to be a single species until the Greater and Gunnison (*Centrocercus minimus)* were identified as distinct species in 2000. Life histories and habitat requirements of the two species are similar. Gunnison sage-grouse is thought to have historically occurred in southwestern Colorado, northwestern New Mexico, northeastern Arizona, and southeastern Utah. Currently this species occur in what has been considered 8 widely scattered and isolated populations in Colorado and Utah. Two populations range over portions of BLM lands on SJPL (Dove Creek and San Miguel Basin populations). The Dove Creek population shares some genetics traits with the Monticello population in southeastern Utah and are considered 2 subpopulations of a single population. There are 6 subpopulations within the San Miguel Basin population: Dry Creek Basin, Hamilton Mesa, Miramonte Reservoir, Gurley Reservoir, Beaver Mesa, and Iron Springs. Land ownership patterns and involved Federal, State and local Agency responsibilities within these areas are quite diverse and complex and require careful planning by all parties under the Gunnison Sage-grouse Rangewide Conservation Plan (2004). The Colorado Division of Wildlife conducts annual lek counts on the Colorado populations.

Sage-grouse use extensive landscapes throughout the year and can move great distances or have annual migratory patterns. Sage-grouse are wide ranging because they require a diversity of seasonal habitats, and have special dietary requirements. Sage-grouse may use small portions of many different landscape types during different life

BLM_0031670

stages and movements between small seasonal ranges may be extensive. Habitat requirements may be segregated into requirements for 4 seasons: breeding habitat, summer – late brood-rearing habitat, fall habitat, and winter habitat. In some situations, fall and summer – late brood-rearing habitats are indistinguishable. The breeding habitat category includes leking, pre-laying female, nesting, and early brood-rearing habitat. Summer – late brood-rearing habitat includes male, non-brooding female and brood habitats. Fall habitat consists of transition range from late-summer to winter, and can include a variety of habitats used by males and females. Winter habitat is used by segregated flocks of males and females. All habitat types must be present in sufficient quantity and quality to sustain sage-grouse populations.

Sage-grouse require sagebrush throughout the year for food and cover. The sage-grouse does not possess a muscular gizzard and lacks the ability to grind and digest seeds. With exception of insects in the summer, the year-round diet of the adult sage-grouse consists of leafy vegetation. Forbs dominate the summer diet and sagebrush leaves are used the rest of the year. Chicks are precocial and leave the nest with the hen shortly after hatching. The availability of food and cover are key factors related to chick and juvenile survival. During the first three weeks after hatching, insects (beetles, ants, grasshoppers) are the primary food. Diets of 4 to 8 week old chicks have more plant material. Succulent forbs are predominant in the diet until chicks exceed 3 months of age, at which time sagebrush becomes a major dietary component.

Each population has been analyzed for influential activities, threats, and conservation management needs within the Gunnison Sage-grouse Rangewide Conservation Plan (2004). In general threats influence the risk of permanent sage-grouse habitat loss through urban development, potential habitat linkages among populations, population viability, population augmentation options, population size in relation to the amount of available habitat, and population targets. These threats include agricultural conversion, disease and parasites, fire management, genetics of isolation, grazing, hunting, lek viewing, mining, energy development, human community infrastructure, noxious weed invasion, pesticides, predation, and recreational activity.

**b) Effects Analysis:** Plan Revision activities that could potentially influence the Gunnison sage-grouse primarily involve fuels treatment activities, fluid minerals development within the Paradox Basin, livestock grazing, and motorized and non-motorized recreation.

### Alternative A: No Action

*Direct/Indirect Effects:* The Gunnison sage grouse occurs in two disjunct populations of BLM lands in the far west (Paradox Basin) portion of the SJPL. Its range could therefore overlap several planned activities. Wildlife habitat improvements intended specifically for sage-grouse could also influence the species. Differences in outputs associated with these activities are displayed below in Table BE-19a.

BLM_0031671

**Table BE-19a:  Activities and Projected Outputs that could Potentially Influence the Gunnison Sage-Grouse, by Alternative**.

| Fluid Minerals Acreage Available & Stipulated | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| * Acres Not Available | 504, 622 | 535,645 | 535,645 | 535,645 |
| * Acres Open for Leasing | 2,136,779 | 2,108,476 | 2,108,476 | 2,108,476 |
| * No Surface Occupancy | 219,011 | 965,422 | 965,422 | 920,484 |
| * Controlled Surface Use | 294,515 | 183,058 | 183,058 | 195,642 |
| * Timing Limitations | 246,214 | 495,461 | 495,461 | 513,724 |
| * Standard Lease Terms | 1,377,039 | 488,591 | 488,591 | 502,938 |
| * New Wells Anticiapted w/i the Paradox Basin | 136 | 137 | 137 | 137 |
| *Wildlife Management* | | | | |
| * Habitat improvements specifically for sage grouse | 200 ac.  3 sites | 900 ac.  3 sites | 900 ac.  3 sites | 300 ac.  2 sites |
| Fuels Treatment Acres (Suitable Cover Types Only) | | | | |
| * Pinyon/Juniper | 1000 Mastication | 1000 Mastication | 1000 Mastication | 1100 Mastication |
| Livestock Grazing (Cattle AUMs  Only) | | | | |
| * Premitted AUMs (BLM) | 22,101 | 22,100 | 16,530 | 22,290 |
| Motorized recreation (Acres, Winter  Travel) | | | | |
| * Roaded natural | 696,652 ac. | 544,617 ac. | 486,765 ac. | 644,084 ac. |
| * Semi-primitive motorized | 683,371 ac. | 402,285 ac. | 232,249 ac. | 628,249 ac. |
| * Semi-primitive non-motorized | 440,948 ac. | 879,149 ac. | 580,347 ac. | 556,288 ac. |
| * Primitive | 0 ac. | 2,632 ac. | 530,865 ac. | 0 ac. |
| * Primitive Wilderness | 536, 290 ac. | 536,291 ac. | 536,291 ac. | 536,291 ac. |
| Motorized recreation (Acres, Summer  Travel) | | | | |
| * Roaded natural | 957,909 ac. | 647,407ac. | 569,731 ac. | 699,274 ac. |
| * Semi-primitive motorized | 414,152 ac. | 746,407ac. | 595,821 ac. | 779,219 ac. |
| * Semi-primitive non-motorized | 433,277 ac. | 433,520 ac. | 133,994 ac. | 351,735 ac. |
| * Primitive | 486,844 ac. | same as winter | 530,861 ac. | 0 ac. |

BLM_0031672

There are many challenges associated with the management and continued persistence of Gunnison sage-grouse. The primary threat, however, is the permanent loss and associated fragmentation of sagebrush (Gunnison Sage-grouse Rangewide Steering Committee 2005). These threats are amplified by land ownership patterns where the risk or urban expansion and/or habitat conversion is high in some locations. Currently, the majority of the occupied habitat occurs on private land and the amount of conservation benefit provided by lands administered by the PLC is minimal for most subpopulations. In the Dove Creek area, for example, private lands comprise roughly 87% of the occupied habitat while BLM lands provide approximately 13%. The amount of PLC lands is even smaller for the Miramonte and Hamilton Mesa subpopulations, where BLM lands comprise about 2% and 4% of the occupied habitat, respectively. In the Dry Creek area, however, most (57%) of the occupied habitat occurs on BLM lands and the PLC may therefore have more of a management influence on the subpopulation. As of 2004, there were no breeding leks associated with any lands administered by the PLC for any of the subpopulations and all available habitat was utilized for other seasonal habitat values.

Oil and gas developments are not currently mentioned as a conservation concern for any Gunnison's sage-grouse population or sub-population associated with SJPL (Gunnison Sage-Grouse Rangewide Conservation Plan 2005). As displayed in Table BE-18, however, 136 new well developments are anticipated in the Paradox Basin under the life of the Plan Revision (approximately 15 years). At this time, the exact location of where these wells may occur is unknown and potential impacts cannot be fully assessed. Under Alternative A, approximately 56% more of the new well developments in the Paradox Basin would occur under standard lease stipulations that offer fewer protective measures for sage-grouse and other sensitive wildlife species. If new wells are developed within or near current sage-grouse populations, it is therefore possible that greater impacts could occur. Under the "no new lease" scenario only the existing lease areas have potential for development under this alternative resulting in fewer acres of potential influence to the species.

Approximately 1,000 acres of fuels treatment activities could occur in pinyon-juniper cover types in Alternative A. This activity consists primarily of hydromowing or other mechanical treatments to reduce juniper densities. This activity could be expected to benefit sage-grouse if it occurs in occupied habitat because it can reduce post-fire suppression juniper expansion and promote forage species. Alternative A also proposes to implement wildlife management activities intended to improve sage-grouse habitat on 200 acres within three occupied sites. This activity could be associated with additional juniper treatments, sagebrush treatments, riparian habitat improvements, or other activities that would benefit sage-grouse some portion of their life cycle. These wildlife management activities are expected to improve sage-grouse habitat to a lesser degree than the action alternatives because Alternative A involves fewer treatment acres.

Livestock grazing can have negative influences on Gunnison sage-grouse if they overlap occupied habitat. Impacts to riparian areas and understory forage plants are of particular concern because of their importance to breeding hens and new broods. Livestock grazing is not noted as an activity of conservation concern for the populations on SJPL in the Rangewide Conservation Plan. As displayed in Table BE-18a, however, Alternative A, B, and D maintain the highest permitted forage allocation to livestock and are therefore assumed to have a potential for negative impacts to sage-grouse if the activities overlap.

Motorized and non-motorized recreation is not noted as an activity of conservation concern for the populations on SJPL in the Rangewide Conservation Plan. However, it is possible that Alternative A provides a higher risk of impact to individual sage-grouse because there is more "suitable opportunity" land for motorized travel in areas administered by the Dolores Field Office. A higher amount of travel and human activity area could potentially disturb grouse or their broods and/or damage soils, understory plants, or other habitat components utilized by the species.

**Action Alternatives: Alternative B-D**

*Direct/Indirect Effects:* In regards to fluid minerals activities, all action alternatives are expected to have fewer potential impacts on sage-grouse than Alternative A because they all involve more restrictive lease stipulations designed specifically for the species. These stipulations are displayed below in Table BE-189.

BLM_0031673

**Table BE-19b:  Fluid Minerals Lease Stipulations for Gunnsion Sage-Grouse, by Alternative**.

| Lease Stipulation | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| No Surface Occupancy – w/l 0.6 mi. of known lek sites | N/A | 1,900 ac. | 1,900 ac. | 1,932 ac. |
| Timing Limitation – applied from 3/1 to 6/1, 0.6 to 4.0 mi. of a lek site | N/A | 72,900 ac. | 72,900 ac. | 72,886 ac. |

As displayed in Table BE-19b, all action alternatives are expected to have similar potential effects on sage-grouse because they all involve similar lease stipulations.  Currently, however, there are no known lek sites on SJPL.  Under the "no new lease" scenario only the existing lease areas have potential for development under these alternatives resulting in fewer acres of potential influence to the species.

As in Alternative A, approximately 1,000 acres of mechanical fuels treatment activities could occur in pinyon-juniper cover types in all of the action alternatives.  Similar effects and benefits are therefore anticipated if these activities occur in association with occupied sage-grouse habitat.  All action alternatives also propose to implement wildlife management activities designed specifically for sage-grouse habitat improvement.  Alternative B and C are associated with the greatest amount of habitat improvement on three occupied sites while Alternative D decreases this amount similar to Alternative A.  The greatest benefits are expected to be associated with the most amount of treatment on the most sites.

As displayed in Table BE-18a, livestock grazing activities in Alternatives B and D are similar to Alternative A and maintain a high amount of permitted forage allocation to livestock.  Potential effects from livestock grazing in these alternatives are therefore expected to be similar.  Alternative C reduces the amount of permitted livestock AUMs by about 25%.  Some benefits may therefore be expected.  However, the overall influence of livestock grazing is not expected to differ from the other action alternatives because grazing is not noted as a current concern to the sage-grouse populations on SJPL.

All action alternatives reduce potential impacts to sage-grouse from motorized travel in a similar manner.  All alternatives tighten the boundaries on the amount of "suitable opportunity" land for motorized travel on lands administered by the Dolores Field Office.  Travel is restricted to areas that already have existing and desirable motorized routes, and identify areas without existing routes as unsuitable.  It is likely that these travel management actions will reduce the amount of conflict that could potentially occur to sage-grouse and their important habitat components.

*Cumulative Effects:*  Gunnison sage-grouse currently occupy a small fraction of their historical range, and have been extirpated from much of their presumed historical distribution due to habitat conversion (Gunnison Sage-grouse Rangewide Steering Committee 2005).  Although their distribution was probably always somewhat fragmented, the amount of fragmentation has been greatly increased because of habitat loss.  As of 2004, the total population of this species was estimated at approximately 3,200 breeding birds in seven populations, 75% of which occurred in the Gunnison Basin.  The Gunnison sage-grouse remains a species of conservation interest on San Juan Public Lands because two small populations occur on lands administered by the BLM and because of continued habitat and population viability concerns.

The Gunnison Sage-Grouse Rangewide Conservation Plan was completed in early 2005 to supplement the information in the local conservation plans and provide a rangewide perspective regarding the conservation on Gunnison sage-grouse.  The SJPL is committed to assisting and participating in this plan through a formal Conservation Agreement signed by both the Forest Service and the BLM in April 2005.  Conservation efforts for the Gunnison sage-grouse on the SJPL will continue through the opportunities identified in these plans and through local partnerships as opportunities arise.  While cumulative effects have been occurring and will most likely continue to occur to these small populations of sage-grouse, the species is a priority for conservation action on SJPL.  These actions are anticipated to minimize potential cumulative effects on public lands ands assist in the recovery of the species.

BLM_0031674

**c) Determination:**  All Plan Revision alternatives, including Alternative A, "**may adversely impact individuals (Gunnison sage-grouse), but would not likely result in a loss of viability on the Planning Area, nor cause a trend to federal listing or a loss of species viability rangewide.**"  The rationale for this determination is as follows:

- Two small populations of Gunnison sage-grouse occur on BLM administered lands on SJPL.  Most of the habitat for one population is associated with private lands.  The BLM administers approximately 57% of the land occupied by one population.

- The primary threats to sage-grouse populations associated with the SJPL involve habitat conversions and activities on private lands.

- Some Plan Revision activities could overlap occupied sage-grouse habitat and have negative influences on the species.

- The SJPL is a co-signer to a statewide Conservation Agreement intended to conserve and recover the Gunnison sage-grouse.

- The SJPL adheres to the Rangewide Conservation Plan for Gunnison sage-grouse and is taking action to maintain and improve habitat conditions.

## Lewis' Woodpecker *(FS sensitive)*

**a) Natural history and Background:**  The Lewis' woodpecker (*Melanerpes lewis*) breeds from southern British Columbia to southwestern South Dakota and northwestern Nebraska south to south-central California, central Arizona, southern New Mexico, and eastern Colorado.  It winters from northern Oregon, southern Idaho, central Colorado, and south-central Nebraska south irregularly to northern Baja California, northern Mexico, southern New Mexico, and west Texas (Degraaf et al. 1991).  In Colorado, the Lewis' woodpecker breeds in foothills, valleys, plains and mesas in the southern part of the state, and along the front range from Wyoming to New Mexico.  In eastern Colorado, it inhabits cottonwood communities in close proximity to ponderosa pine or pinyon-juniper woodlands (Andrews and Righter 1992, Kuenning 1998, Yanishevsky and Petring-Rupp 1998).  It seems to be especially common in the Durango area and La Plata County (Andrews and Righter 1992).  The Durango Bird Club (1992) considers this species a common year-round resident in southwest Colorado.  This species occurs on National Forest System lands of all Districts on SJPL and is relatively common and locally abundant in suitable habitats across the Forest (Schultz 1996b).

The Lewis' woodpecker has unique characteristics that set it apart from other North American woodpeckers.  It is opportunistic in its feeding habits, eating mostly insects in summer and switching in winter to acorns and other nuts, which are cached during the non-winter months (Bock 1970, Tobalske 1997, Abele et al. 2004).  It is adept at capturing insects aerially through a variety of complex maneuvers, and, although it may glean from the surfaces and crevices of tree bark, it seldom excavates for wood-boring insects (ibid).

Bock (1970) described the major breeding habitat of the Lewis' woodpecker as ponderosa pine throughout its range.  However, they are now found in riparian habitats at a higher frequency than in upland conifer and woodland habitats (Kuenning 1998).  Some researchers have suggested an elevational relationship in which ponderosa pine forests are preferred at higher elevations and open riparian forests at low elevations (Tobalske 1997).  Although the Lewis' woodpecker uses a variety of habitats that are found on the San Juan National Forest, primary habitats are open, mature ponderosa pine and deciduous riparian woodland (cottonwood/box elder) communities during the breeding season, and mature oak woodlands during the non-breeding season (Schultz 1996b).  Canopy closures of 30% are considered optimal for this species and closures greater than 75% are considered unsuitable (Yanishevsky and Petring-Rupp 1998).  Nest sites are associated with the presence of abundant free-living insects, open canopy forests or tree clusters, standing dead trees, and dense ground cover in the form of downed material, grasses and shrubs (Tobalske 1997, Abele et al. 2004).  Burned ponderosa pine forest may represent ideal habitat for nesting, although suitability may vary with numbers of years after fire and the intensity of the burn (Bock 1970, Raphael and White 1984, Linder 1994).

Snags are important to the Lewis' woodpecker as nesting sites and as perching sites from which to hawk insect prey.  Populations are positively correlated with snag density and at least one living or dead snag/acre is required to maintain fully occupied territories (Yanishevsky and Petring-Rupp 1998).  A shrub crown cover of 50% is

BLM_0031675

considered optimal and habitat featuring no shrub cover is considered unsuitable (Yanishevsky and Petring-Rupp 1998). The shrub component is apparently significant in providing an abundance of insect prey. However, shrubby understories appear to be of less importance in riparian areas and oak woodlands (ibid.).

The diet of the Lewis' woodpecker varies with seasonal abundance of food items. It focuses its foraging efforts on locally and temporarily abundant insect populations during spring and summer, and on ripe fruits and mast during fall and winter (Bock 1970, Abele et al. 2004). Insects taken are primarily free-living (not wood-boring) insects, principally post-larval ants, bees and wasps, beetles, and grasshoppers. Insects are captured through aerial foraging (80%), gleaning on tree trunks and branches, and hunting in bushes and on ground. Snags, telephone poles, fence posts, and other locations with open views are used for perching when fly-catching (Bock 1970). Although most insects are captured in flight by hawking from a perch, the Lewis' woodpecker also engages in nonspecific or direct long-duration foraging flights, sometimes amid swallows and swifts (Tobalske 1997).

Acorns make up an important part of their winter diet (Abele et al. 2004). Other foods include wild succulent fruit, including apples, cherries and peaches, serviceberry, hawthorn, dogwood, elderberry, and sumac (ibid). Acorns, nuts and berries are taken from branches of trees and shrubs rather than from the ground. In fall and winter, single birds, or less frequently pairs of birds, develop and defend mast stores, which form a primary contribution to their diet until spring when non-wood-boring insects become abundant (Bock 1970). Cache sites are vigorously defended against both conspecifics and those of other species (ibid.).

The Lewis' woodpecker requires specific structures and characteristics in its habitat, including relatively high snag densities with well decomposed snags to provide existing cavities or in which to construct new cavities. Their restricted ability to construct cavities may result in limited nest-site availability in some populations (Abele et al. 2004). They also require low-medium crown closures, well-developed shrub cover to supply insect prey, mast and berries, and caching sites. Broad-scale population declines and reductions in distribution have been attributed to declining availability of suitable trees for nesting and mast storage (Tobalske 1997). Competition for native mast may regulate wintering populations (Abele et al. 2004). Reductions in primary habitat have occurred through the loss of mature stands of ponderosa pine and in declining stands of riparian cottonwood forests. Most of the ponderosa pine forest type on the SJPL is outside its historic range of variation from fire suppression, grazing, logging and snag removal or loss (Romme et al. 1997). The availability of burned forests, which appear to be important habitat for this species, has probably declined as a result of fire suppression. Cottonwood riparian habitats, which serve as both breeding and wintering habitat, have also declined through grazing, clearing for pasture and agriculture, exotic shrub invasion and water diversion (Tobalske 1997, Abele et al. 2004). They are competitive with the European starling for nest sites and high rates of territorial encounters with starlings may reduce reproductive success, even if the woodpecker dominates the interaction (Tobalske 1997). The most critical time period on the SJNF is likely to be during winter for overwinter survival.

**b) Effects Analysis:** Plan Revision activities that could potentially influence Lewis' woodpecker primarily involve timber harvest and fuels treatment activities.

### Alternative A:  No Action

*Direct/Indirect Effects:*  The Lewis' woodpecker occurs primarily in ponderosa pine forest on SJPL. Differences in outputs associated with these activities that may influence the species are displayed below in Table BE-20.

BLM_0031676

**Table BE-20:  Activities and Projected Outputs that could Potentially Influence Lewis' Woodpecker, by Alternative**.

| Fuels Treatment Acres (Suitable Cover Types Only) | | | | |
|---|---|---|---|---|
| * Ponderosa Pine | 1500 ac. mechanical restoration | 1500 ac. mechanical restoration | 1500 ac. mechanical restoration | 2000 ac. mechanical restoration |
| * Ponderosa Pine | 4000 Prescribed Fire | 4000 Prescribed Fire | 4000 Prescribed Fire | 4000 Prescribed Fire |
| *Timber Treatment Acres (Suitable Habitat Only)* | | | | |
| * Ponderosa Pine | 1000 ac. restoration 500 ac. partial cut | 1000 ac. restoration 500 ac. partial cut | 900 ac. restoration 500 ac. partial cut | 1500 ac. restoration 500 ac. partial cut |
| *Wildlife Mgmt Acres (Suitable Habitat Only)* | | | | |
| * Ponderosa Pine | 2000 ac. restoration | 2000 ac. restoration | 2000 ac. restoration | 2000 ac. restoration |

There are no projected outputs for riparian-associated habitats such as cottonwood groves that may be used by Lewis' woodpecker.  These areas are protected as riparian areas and are assumed to provide suitable habitat for the species.  The focus of this evaluation will therefore be associated with ponderosa pine, which provides the primary breeding habitat for Lewis' woodpecker on SJPL.  The presence of large ponderosa pine snags is particularly valuable to this species.

As displayed in Table BE-20, the predicted timber harvest output in ponderosa pine varies from 1,400 to 2,000 acres and is very fairly similar in all alternatives.  Restoration treatments intended to restore the ponderosa pine cover type closer to historic conditions is the primary treatment in Alternative A. These treatments are similar in all alternatives, and help restore large snag habitat over time.

The use of prescribed fire is expected to help restore habitat conditions for Lewis' woodpecker and maintain the large-tree structure preferred by the species.  The use of prescribed fire is projected to occur on approximately 4,000 acres and does not vary across alternatives.

Wildlife management activities in ponderosa pine systems in Alternative A do not vary from the action alternatives.  These activities are also intended to help restore ponderosa pine closer to historic conditions by understory thinnings and other activities that should be beneficial to Lewis' woodpecker.

### Action Alternatives:  Alternative B-D

*Direct/Indirect Effects:*  As displayed in Table BE-20, there is little difference between no action and Alternative B, C and D in regards to predicted outputs and restoration activities in ponderosa pine.  As is consistent with the active management theme, however, Alternative D offers a slightly greatest amount of projected outputs in ponderosa pine.  However, the difference between the action alternatives is minor and all alternatives are expected to have similar influences as the no action.  Temporary impacts such as snag felling may occur due to safety reasons and pose additional impacts to individual woodpeckers.  However, long-term benefits are anticipated due to the restoration activities intended to move the structure and composition of ponderosa pine forests closer to historic conditions .

The use of prescribed fire and wildlife management for restoration in ponderosa pine does not vary from the no action alternative.  Similar benefits and influences are expected.

*Cumulative Effects:*  Ponderosa pine comprises 13% of the SJNF.  Over the last 100+ years, humans have played a key role in the status and structural composition of ponderosa pine across the SJNF.  Numerous land-use practices (timber harvest, livestock grazing, fire suppression) have influenced the current condition of ponderosa pine stands on the Forest. Over the last 20 years, there has been a stable trend in the early-, mid-, and late-successional ponderosa pine forests. There has been a significant decreasing trend (81.8%) in mature

BLM_0031677

stands with relatively high canopy closures (structural stage 4C). Most mid-successional ponderosa pine stands continue to maintain relatively high canopy closures and are classified as 4B. In terms of wildlife habitat quality for Lewis' woodpecker, this trend has most likely maintained suitable habitat conditions for the species. As with species such as the flammulated owl, however, the largest influence on Lewis' woodpecker has most likely been the loss of large ponderosa pine snags in localized areas associated with timber harvest and fuelwood gathering.

Assuming that the current trends in ponderosa pine forest structure and composition continue, there will be greater risk of high-intensity wildfires and more widespread insect and disease outbreaks. Since wildlife habitat needs are directly related to forest stand structure and composition, continued changes in both will continue to affect the amount of habitat available to wildlife. Ponderosa pine treatments that manage for pre-Euro-American conditions should continue to improve habitat for numerous species of wildlife, including Lewis' woodpeckers. Conservation measures intended to protect available snag habitat while also providing opportunities for fuelwood harvest are expected to help alleviate the effects of past management activities. While some cumulative effects to Lewis' woodpeckers is likely to continue, planned restoration activities and the gradual ageing of ponderosa pine stands is expected are to help minimize negative effects on this species.

**c) Determination:** All Plan Revision alternatives, including Alternative A, "**may adversely impact individuals (Lewis' woodpecker), but would not likely result in a loss of viability on the Planning Area, nor cause a trend to federal listing or a loss of species viability rangewide.**" The rationale for this determination is as follows:

- The San Juan National Forest provides habitat that supports Lewis' woodpecker populations.

- Impacts to some important habitat features, such as snags, has occurred in the past and are likely to continue on a controlled basis.

- The restoration focus on ponderosa pine on the SJNF is expected to provide long-term benefits for the species.

## Loggerhead Shrike *(FS sensitive)*

**a) Natural History and Background:** The loggerhead shrike (*Lanius ludovicianus*) is a small avian predator that inhabits open country with scattered or clustered shrubs or small trees. It occupies a distinctive position in avian communities by preying on reptiles, mammals, and other birds, as well as invertebrates. It occurs across the U.S., from central Washington, the Canadian prairies and Virginia in the north, to the southern states and central plains (except for heavily forested higher mountains and higher portions of the desert) (Yosef 1996). The southern range extends to Baja California and Mexico, at elevations of 4,920-7,880 ft. The southern states and central plains, not including eastern Colorado, support the highest densities (Carter 1998a). The northern populations are migratory, where as the southern populations tend to be resident (Yosef 1996). They winter from Nevada and Virginia to southern Mexico. Despite its wide distribution, the loggerhead shrike is one of the few North American passerines whose populations have declined continent-wide in recent decades (Yosef 1996). In Colorado, there are distinct concentrations of loggerhead shrikes in the eastern portion of the state, and a few breeding pairs in isolated pockets in the south-central, western and northwestern regions of the state (Carter 1998a). Populations on the Colorado's eastern plains appear to be increasing, but those on the western slope may be declining (ibid). No shrike nests have been documented on National Forest System lands of the SJPL and suitable breeding habitat appears to be rare on the Forest. It is unlikely to winter on the Forest due to normally deep snows and lack of prey.

Non-breeding habitat is the more open country from prairies and agricultural lands to montane meadows. Nesting habitat includes sagebrush, desert scrub, pinyon-juniper woodlands, and woodland edges (Dechant et al. 2001b). Breeding birds are usually near isolated trees or large shrubs. They nest earlier than most other passerines. Nests are bulky, cup-shaped, and located in trees or large shrubs 3 to 30 feet high (ibid). Nests are well below the crown in a crotch or large branch and are typically well hidden.

The shrike has adapted to the problem of eating large prey by hunting from perches and impaling its prey on sharp objects. The diet of the loggerhead shrike is composed mostly of insects (83 percent), with the remainder made up of small mammals, birds, and reptiles. Sometimes it hawks for aerial insects, but it takes most of its prey as it dives to the ground from elevated perches such as fence posts or utility lines (Dechant et al. 2001b). It may pursue birds in rapid, sustained flight, knocking them to the ground with a blow from the beak (DeGraaf et al. 1991).

BLM_0031678

Loggerhead shrikes prefer open habitat characterized by grasses interspersed with bare ground and shrubs or low trees for nesting and perching (Dechant et al. 2001b). Habitat loss is considered to be a major factor limiting shrike populations throughout the U.S. (Carter 1998a, Yanishevsky and Petring-Rupp 1998). Conversion of grasslands to agricultural land, removal of trees or hedgerows, and urbanization have significantly reduced nesting and foraging habitat. Food limitation resulting in brood reduction (cannibalism) has been observed in shrikes, leading to suggestions that food limits reproductive output in some populations (Yosef 1996). The nesting season (May through August) is the most critical time period on the National Forest as they are absent from the Forest during late fall, winter and early spring.

**b) Effects Analysis:** In occupied habitat, Plan Revision activities that could potentially influence loggerhead shrikes primarily involve fuels treatment activities and, possibly, fluid minerals development.

### Alternative A: No Action

*Direct/Indirect Effects:* No direct or indirect effects on the loggerhead shrike are expected from Alternative A because the species is not known to nest on the National Forest Systems portion of SJPL. Suitable habitat for the loggerhead shrike is limited, with no breeding or local populations confirmed on Forest lands within the planning area.

### Action Alternatives: Alternative B-D

*Direct/Indirect Effects:* No direct or indirect effects on the loggerhead shrike are expected from implementation of any of the action alternatives because occurrence of this species is considered incidental to rare. Suitable habitat is for this species on Forest lands is limited, with no breeding or local populations confirmed on Forest lands within the planning area.

*Cumulative Effects:* No cumulative effects are expected because of lack of suitable nesting habitat.

**c) Determination:** All Plan Revision alternatives, including Alternative A, are expected to have *No Impact* on the loggerhead shrike or its primary habitat. The rationale for this determination is as follows:

- The loggerhead shrike is considered incidental or extremely rare on SJPL, with no breeding populations known to occur.

## Northern Goshawk *(BM and FS sensitive)*

**a) Natural History and Background:** The goshawk *(Accipiter gentiles)* is holarctic in distribution. In North America, it occurs from central California, Arizona, northern New Mexico, north and northeast through New Mexico, Colorado, and South Dakota east across the southern Lake States and south into the Appalachian Mountains to North Carolina (Braun et al. 1996, Kennedy 2003). In Colorado, the northern goshawk is considered an uncommon resident in foothills and mountains within the western portion of the state (Andrews and Righter 1992, Barrett 1998b). It is considered to be a winter resident through out its range, but some individuals winter outside their breeding areas and undertake short-distance migrations (Kennedy 2003). Breeding territories have been found on all Ranger Districts/ Field Offices of the SJPL, and in all forested habitat types. Foraging individuals are regularly seen in a wide variety of habitat types across the SJPL.

The goshawk has often been described as an old-growth species (Kennedy 2003), but this status has been heavily debated. Several reviews have concluded that while goshawks frequently use mature or older forests for nesting, they appear to be a forest generalist in terms of the types and ages of forest used for foraging and during the fledgling-dependency period (Reynolds et al. 1992, U.S. Fish and Wildlife Service 1998). These reviews note that goshawks seldom use young dense forests, likely due to insufficient space in and below the canopy to facilitate flight and prey capture.

Goshawks exhibit high breeding territory fidelity from year to year (Kennedy 2003). All montane forest types are used for nesting (Barrett 1998, ibid). Nest areas have a relatively high tree canopy cover and a high density of large trees. Nests are typically located on shallow slopes with northerly exposures or in drainages or canyon bottoms protected by such slopes and are usually within close proximity to water (Reynolds et al. 1992, Barrett 1998). Nest trees are often the largest trees in the stand and are frequently situated adjacent to breaks in the canopy such as old logging trails or openings created by fallen trees (Hennessy 1978, Shuster 1980, Reynolds et al. 1992, Kennedy 2003). Shuster (1980) also noted a relatively low level of understory vegetation in the general area of the nest site. Goshawks may select nest sites based on stand structural features, then select an appropriate nest tree

BLM_0031679

(Kennedy 2003). Winter habitat use by goshawks is described as "a variety of vegetation types, such as forests, woodlands, shrub lands, and forested riparian strips" (ibid).

Goshawks prey primarily on medium-sized forest birds and mammals. The majority of the important prey species reside mainly on the ground and in the lower portions of the tree canopy (Reynolds et al. 1992). Frequently noted prey species include cottontail rabbit, tassel-eared squirrel, Steller's jay, red squirrel, snowshoe hare, black-tailed jackrabbit, northern flicker, American robin, band-tailed pigeon, blue grouse, chimpmunks, hairy woodpecker, mantled ground squirrel, mourning dove, red-naped sapsucker and Williamson's sapsucker.

Prey availability and predation limit goshawk reproduction and recruitment (Kennedy 2003). Density-dependant territoriality may regulate population growth rate (ibid). Prey availability affect populations in at least two different ways. First, low prey availability can reduce reproductive output or cause total nest failure (Boal and Mannan 1994). Low prey availability may also result in larger territories, thereby limiting the total number of territories within a given landscape of suitable habitat (Kennedy et al. 1994, Crocker-Bedford 1998). Clonal aspen stands within ponderosa pine and other conifer forest types are often used for nesting, and may be important areas for foraging due to higher concentrations and diversity of prey species (Shuster 1994, Joy 1990). Aspen inclusions within pine and conifer forest types used for nesting by goshawks have been lost from the SJPL because of stand aging and lack of disturbance or subsequent regeneration due to fire suppression, and in some cases, browsing by domestic and native ungulates. During winter, prey abundance and not habitat per se may be an important factor in determining goshawk habitat use (Kennedy 2003). The nesting season (April through August) is likely to be the most critical time period for goshawks on the SJPL.

**b) Effects Analysis:**  Plan Revision activities that could potentially influence the northern goshawk primarily involve timber harvest, fuels treatments, and wildlife management activities. Motorized and non-motorized recreation could possibly influence nesting in some locations.

### Alternative A:  No Action

*Direct/Indirect Effects:*  The northern goshawk is considered a forest generalist that nests primarily in ponderosa pine forest on SJPL. However, it also utilizes aspen and other forest types.  Differences in outputs associated with these activities that may influence the species are displayed below in Table BE-21.

BLM_0031680

**Table BE-21:  Activities and Projected Outputs that could Potentially Influence the Northern Goshawk, by Alternative**.

| Fuels Treatment Acres (Suitable Cover Types Only) | | | | |
|---|---|---|---|---|
| * Ponderosa Pine | 1500 ac. mechanical restoration | 1500 ac. mechanical restoration | 1500 ac. mechanical restoration | 2000 ac. mechanical restoration |
| * Ponderosa Pine | 4000 Prescribed Fire | 4000 Prescribed Fire | 4000 Prescribed Fire | 4000 Prescribed Fire |
| * Warm Dry Mixed Conifer | 500 ac. mechanical restoration; 500 adc. Prescribed fire | 500 ac. mechanical restoration; 500 ac. prescribed fire | 500 ac. mechanical restoration; 500 ac. prescribed fire | 600 ac. mechanical restoration; 500 ac. prescribed fire |
| * Spruce-fir | 50 ac. Partial Cut | 50 ac. Partial Cut | 20 ac Partial Cut | 113 ac Partial cut |
| * Cool-Moist Mix-Con | 200 ac. Partial Cut | 125 ac. Partial Cut | 20 ac. Partial Cut | 287 ac. Partial Cut |
| *Timber Treatment Acres (Suitable Habitat Only)* | | | | |
| * Ponderosa Pine | 1000 ac. restoration 500 ac. partial cut | 1000 ac. restoration 500 ac. partial cut | 900 ac. restoration 500 ac. partial cut | 1500 ac. restoration 500 ac. partial cut |
| * Warm Dry Mixed Conifer | 250 ac. restoration 250 ac. partial cut | 250 ac. restoration 250 ac. partial cut | 200 ac. restoration 225 ac. partial cut | 500 ac. restoration 250 ac. partial cut |
| * Aspen | 400 ac. clearcut | 500 ac. clearcut | 400 ac. clearcut | 600 ac. clearcut |
| *Wildlife Mgmt Acres (Suitable Habitat Only)* | | | | |
| * Ponderosa Pine | 2000 ac. restoration | 2000 ac. restoration | 2000 ac. restoration | 2000 ac. restoration |

As displayed in Table BE-21, the predicted timber harvest output in ponderosa pine varies from 1,400 to 2,000 acres and is very fairly similar in all alternatives.  Restoration treatments intended to restore the ponderosa pine cover type closer to historic conditions is the primary treatment in Alternative A. These treatments are similar in all alternatives, and are intended to help maintain and restore the large tree component required for goshawk nesting substrate over time.  These treatments will target small diameter stands and closed canopy mature stands where density reduction should benefit goshawk foraging patterns.  Unless carefully planned, however, density reduction may have negative influences on individual nesting territories.

Treatments in warm-dry mixed-conifer stands are also expected to have variable effects on northern goshawks.  Where restoration treatments occur, benefits should be similar to those described for ponderosa pine.  Where partial cuts occur, variable effects may occur depending upon existing stand conditions and the amount of overstory removed. Nesting habitat and/or trees could be reduced in some cases.  However, the amount of treatment in Alternative A (250 acres) represents a very small percentage of the 71,500 acres of warm-dry mixed conifer on the SJNF, and potential impacts are expected to be minimal and localized. Treatments in aspen are also similar across alternatives, but may impact individual goshawks because of the intensive treatments involved. Older aspen stands that currently contain the structural characteristics needed to support nest platforms may be targeted for regeneration. Conversely, however, long-term benefits may be associated with regenerating stand conditions.

The predicted timber harvest output in secondary habitat such as spruce-fir and cool-moist mixed conifer varies from 250 to 400 acres and is very minimal in all alternatives.  These amounts represent about 0.04 to 0.07% of the late-successional stands of these forest types on the SJNF.  The amount of timber harvest in all forest types in Alternative A is therefore expected to possibly impact individual goshawks but have little influence on the species or populations on the SJNF.

BLM_0031681

Alternative A offers more high-use recreation areas than any of the action alternatives. This difference could potentially allow greater disturbances to nesting goshawks than the action alternatives.

The use of prescribed fire is expected to help restore habitat conditions for the northern goshawk due to a reduction in small-diameter trees that could inhibit effective foraging. The use of prescribed fire is also expected to provide benefits by reducing fuel loads that could result in a high-intensity wildfire that could render habitat unsuitable. Benefits to prey species is also anticipated as small mammals and birds respond to the burn areas. Some impacts may occur to individual goshawks if nesting occurs within a prescribed fire area. The use of prescribed fire is projected to occur on approximately 4,000 acres and does not vary across alternatives. Wildland Fire Use may be used as a management tool on 1 to 30,000 acres of spruce-fir in all action alternatives. This could impact individual goshawks if fire occurs in nesting areas.

Wildlife management activities in ponderosa pine systems in Alternative A do not vary from the action alternatives. These activities are also intended to help restore ponderosa pine closer to historic conditions by understory thinnings and other activities that should be beneficial to the northern goshawk.

### Action Alternatives:  Alternative B-D

*Direct/Indirect Effects:*  As displayed in Table BE-21, there is little difference between the no action alternative and Alternative B, C and D in regards to predicted outputs and restoration activities in ponderosa pine. As is consistent with the active management theme, Alternative D offers the greatest amount of projected activities in all cover types that may be utilized by the northern goshawk. This includes a slight increase in restoration harvest in warm-dry mixed conifer, a 100 acre increase in clearcut harvest within aspen stands, and a 63 to 93 acres increase in partial-cut harvest in spruce-fir. The slight reduction in harvest outputs in Alternative C and slight increase in Alternative D suggest that potential impacts and disturbances may therefore also vary. Overall, however, all action alternatives are similar and expected to have similar influences on the northern goshawk. Site-specific impacts may occur to individual goshawks in the short-term, with long-term benefits anticipated in primary ponderosa pine habitat.

All action alternatives offer fewer potential disturbances than the no action from summer motorized recreation because of decreases in the amount of motorized use area.  Consistent with their themes, Alternative C offers the fewest motorized acres while Alternative D offers the highest amount of acreage.  Alternative B offers a balance between the two other action alternatives, but also provides more undisturbed habitat than the no action.  Reductions in open motorized areas should decrease the potential for displacement or disturbances while nesting.

The use of prescribed fire and wildlife management for restoration in ponderosa pine does not vary from the no action alternative. Similar benefits and influences are therefore expected. As with the no action, it is estimated that Wildland Fire Use may be used as a management tool on 1 to 30,000 acres in all action alternatives. Depending upon fire severity and scale, these outputs could have negative influences on the northern goshawk.

Wildlife management activities proposed in the action alternatives to aid in the restoration of ponderosa pine stands does not vary from the no action alternative. Similar benefits and influences are expected.

*Cumulative Effects:*  Since the beginning of the last century, the SJNF has experienced changes in forest structure caused by timber management, fire prevention, domestic livestock grazing and other factors. Extensive logging, particularly in the ponderosa pine and mixed-conifer types, has created much younger, and often much denser, forests than existed in the presettlement era (Romme 1994). The opening of the canopy that results from timber harvest, in combination with fire suppression, has allowed dense shrub layers to develop. These conditions are less suitable for goshawks because of a lower diversity or unavailability of prey species .

The SJNF is implementing a forest restoration program in ponderosa pine to return this cover type to a more suitable condition for goshawks and other species and make them more resilient to disturbance factors such as wildfire and insects and disease. The fuels reduction program on the SJNF is using various techniques to restore ponderosa pine to more suitable habitat conditions.  These include forest thinnings, mechanical treatments, and controlled burns.  All of these techniques reduce understory trees and shrubs and therefore change habitat capability for goshawks.  These changes are expected to improve long-term habitat conditions for prey species and make them more accessible to goshawks.  As a result, it is expected that cumulative

BLM_0031682

effects will be minimized and long-term benefits for goshawks and their primary prey species will occur while the risks of a high-intensity stand replacement fire are reduced.

**c) Determination:** All Plan Revision alternatives, including Alternative A, "**may adversely impact individuals (northern goshawks), but would not likely result in a loss of viability on the Planning Area, nor cause a trend to federal listing or a loss of species viability rangewide.**" The rationale for this determination is as follows:

- Recent information for the Forest indicates that goshawks primarily use ponderosa pine or aspen for nesting habitat.

- Approximately 770,160 acres (41 percent of entire Forest) is considered suitable goshawk nesting and prey habitat. Overall, the amount of suitable habitat has changed very little (less than 1%) in the last twenty years.

- Changes in forest structure over time in some cover types have reduced some habitat attributes that are preferred by goshawks. Most current management practices have retained the structural characteristics preferred by goshawks and their prey species while reducing the dense stand conditions that promote insects and disease and high-intensity stand-replacing fire events. This has improved the resiliency of the habitat and should lead to a more stable habitat and population trend in the long-term.

- Site-specific impacts to individual goshawks may occur from restoration activities and other planned outputs. These are expected to be similar across all alternatives.

## Northern Harrier *(FS sensitive)*

**a) Natural History and Background:** Northern harriers (*Circus cyaneus*) breed through out North America and parts of Eurasia, but reach their highest densities in North America in the prairie-pothole region of the U.S. and Canada (Price et al. 1995, Carter 1998b, Dechant et al. 1992). In Colorado, harriers breed across the state but are less common in dry areas and at high elevations (ibid). They are seen occasionally in summer on the National Forest System lands of SJPL and likely breed in some large open parks and wetlands, especially on the west end of the Forest (the Glade). Harriers declined in the 1970's due to effects of DDT, but declines have continued, probably due to loss of wetlands and conversion of grassland breeding habitats to agricultural uses (Carter 1998b). They may nest semi-colonially, even when large areas of suitable nesting habitat are present, and polygyny has been documented in many populations (Hamerstrom et al. 1985, Hamerstrom 1986).

Harriers prefer open habitats with tall, dense vegetation, and abundant residual vegetation, wetlands, wet or dry grasslands, lightly grazed pastures, croplands and fallow fields, brushy areas, and dry shrublands (Hamerstrom 1986, Dechant et al. 1992). In late summer, they forage up to alpine tundra (Carter 1998b). They breed in a variety of open habitats with tall cover from marshes to grasslands, such as cattail and reed marshes, emergent wetlands, grasslands, and tall desert shrublands (Hamerstrom 1986, Dechant et al. 1992, Carter 1998b).

Voles and other small rodents, captured on the ground after a short pounce, are the primary prey of northern harriers. Rates of polygyny in harrier populations, and many measures of annual reproductive output are tied closely to changes in vole populations (Hamerstrom 1986, Dechant et al. 1992, Carter 1998b). Harriers also prey on other mammals, small birds, reptiles, amphibians and large insects (Bildstein and Gollop 1988).

Intensive grazing, annual burning, tilling or mowing in harrier nesting habitat during the nesting season can significantly reduce harrier nest success and prevent successful nesting in some areas (Dechant et al. 1992). However, periodic disturbance, such as burning every 3-5 years, or light to moderate grazing may help maintain habitat for harrier nesting and their primary small mammal prey (Hands et al. 1989, Bock et al. 1993). The nesting season (April through August) and post-breeding dispersal season are the most critical time periods for harriers on the National Forest.

**b) Effects Analysis:** Plan Revision activities that could potentially influence the northern harrier primarily involve livestock grazing, motorized recreation, and wildlife management activities (i.e. watershed, riparian, and aquatic habitat improvements).

    **Alternative A: No Action**

BLM_0031683

*Direct/Indirect Effects:*   In southwest Colorado, the northern harrier occurs primarily on private agricultural lands at lower elevations.  However, the species also occasionally occurs in meadows and grasslands on the SJNF where individual nesting pairs is possible.  Differences in outputs associated with activities that may influence the northern harrier are displayed below in Table BE-22.

**Table BE-22:  Activities and Projected Outputs that could Potentially Influence the Northern Harrier, by Alternative**.

| Livestock Grazing (Cattle AUMs  Only) | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| * Premitted AUMs (FS) | 115,312 | 115,312 | 112,554 | 117,791 |
| * Suitable Acres on Active Allotments (FS) | 654,837 | 654,837 | 626,722 | 694,321 |
| Motorized recreation (Acres, Summer  Travel) | | | | |
| * Roaded natural | 957,909 ac. | 647,407ac. | 569,731 ac. | 699,274 ac. |
| * Semi-primitive motorized | 414,152 ac. | 746,407ac. | 595,821 ac. | 779,219 ac. |
| * Semi-primitive non-motorized | 433,277 ac. | 433,520 ac. | 133,994 ac. | 351,735 ac. |
| * Primitive | 486,844 ac. | same as winter | 530,861 ac. | 0 ac. |
| * Primitive Wilderness | 0 ac. | same as winter | same as winter | same as winter |
| Riparian & Watershed Improvements | 152 ac. | 152 ac. | 410 ac. | 179 ac. |

Because its primary habitat occurs in lower-elevation grasslands, there are probably minimal influences to the northern harrier from activities that occur on National Forest Systems land.  Where livestock grazing occurs in suitable habitat, however, it is possible that positive or negative influences could occur depending upon the timing and intensity of the activity.  Alternative A continues the current range management practices under the current respective management plans for both the Forest Service and BLM.  Cattle grazing on Forest Service lands are continued at 115,312 AUMs on approximately 655,000 acres.  As currently permitted, it is possible that this activity may have negative impacts on northern harriers if they overlap nesting areas because the residual cover requirements are most likely not addressed in current annual operating plans.  However, positive influences may also occur if light grazing occurs during the non-nesting season.  Overall, however, potential influences from grazing are most likely negative but expected to be minimal because the species occurs uncommonly on the Forest.

In regards to summer motorized travel, Alternative A offers more allowable suitable acres for this activity than in any of the action alternatives.  Because harriers nest on the ground in relatively flat terrain in meadows or grasslands, it is possible that direct or indirect impacts to the species could occur from unrestricted motorized activity.  Therefore, it is likely that Alternative A has a higher potential of having negative impacts on the species from motorized travel.

Riparian and watershed improvements may benefit northern harriers if the activity occurs in or near moist meadow habitat utilized for nesting or foraging.  Examples of this activity could include correcting headcuts or other erosion problems within meadows or grasslands that are having negative influences on the water table.  The outputs for this activity are projected at 152 acres in both Alternative A and B.

**Action Alternatives:  Alternative B-D**

*Direct/Indirect Effects:*  Alternative B provides for the same amount of livestock grazing as Alternative A.  There is a slight reduction in AUMs in Alternative C, and a slight increase in Alternative D.  Although conservation measures are expected to be similar across all alternatives, Alternative C may provide some additional potential benefits to northern harriers because livestock grazing objectives are identified as being

BLM_0031684

secondary to biodiversity and species objectives.  However, this difference is probably insignificant to the overall viability of the species because of the uncommon occurrence and unconfirmed nesting status of the harrier on National Forest Systems land.

The action alternatives offer fewer suitable acres for summer motorized travel.  Consistent with the theme of minimizing human influences, Alternative C is the most restrictive and therefore probably offers the most potential benefits.   all action alternatives provide potential benefits to the northern harrier because of greater controls regarding off-road travel.

Riparian and watershed improvements of potential benefit to northern harriers would occur on over twice as many acres (410) in Alternative C as proposed in Alternative A or B.  Alternative D also slightly exceeds the former two alternatives in watershed restoration activities.  Potential benefits are therefore expected to be highest with Alternative C and D.

***Cumulative Effects:***   The northern harrier has a widespread distribution in North America and within Forest Service Region 2.  It also inhabits a broad range of open wetland and grassland habitats as long as large tracts of tall, dense herbaceous vegetation are present.  Population trends are difficult to assess because of the species' low densities and their propensity to shift breeding sites among years in response to prey availability (Slater and Rock 2005).  However, there is evidence that harrier populations have declined in some regions, primarily due to loss of wetlands and grasslands from agricultural and urban development.  Because current grazing practices overlap the species' breeding season and generally do not provide the residual grasses and dense herbaceous cover required for nesting, it is likely that some land-use practices on National Forest Systems land have the potential to contribute to negative cumulative effects on harriers.  Based on known nesting locations in the vicinity of SJPL (Kingery et al. 1998), however, the primary local threats most likely involve agriculture and urban development on private lands and the SJPL probably contributes very little to the overall status of the species.

c) **Determination:**  All Plan Revision alternatives, including Alternative A, "**may adversely impact individuals (northern harriers), but would not likely result in a loss of viability on the Planning Area, nor cause a trend to federal listing or a loss of species viability rangewide.**"  The rationale for this determination is as follows:

- The northern harrier is an uncommon species on the SJNF.  Individual nesting pairs are possible but not known to occur.

- Some Plan Revision activities could have potential impacts on nesting or foraging habitat for the harrier if they occur in occupied habitat.

- All potential impacts are expected to be minimal because of the species' uncommon occurrence on the SJNF.

## Olive-sided Flycatcher *(FS sensitive)*

a) **Natural History and Background:**  The olive-sided flycatcher (*Contopus cooperi*) is a neotropical migrant, with most of its breeding range in North America and its wintering grounds in Central and South America.  There has been a significant population decline of about 3.5% per year since 1966 across its entire North American breeding range, amounting to a loss of about three-quarters of the population over the 30-year span (Sauer et al. 2004).

Within its breeding range, which includes the western mountains of the U.S., much of Canada and Alaska, and scattered populations in the eastern U.S., it is primarily an inhabitant of coniferous forest (Altman and Sallabanks 2000).  The western North America breeding range extends south from south-central Alaska eastward through Canada to north-central Manitoba.  It extends south in the Rocky Mountains to the higher elevations of northeastern Arizona, northern New Mexico, and western Texas, and the Sierra Nevada Mountains south to northern Baja California (Altman 1997).  They are a well distributed and relatively common breeding bird through out montane portions of western Colorado (Jones 1998b). On National Forest System lands of SJNF, they are most commonly found in spruce-fir forests, and ponderosa pine forests where there is a significant remaining component of pre-settlement trees or super-canopy snags. They are found less commonly in mixed-conifer and aspen forests and there mostly along the edges of riparian areas or scree and talus slopes.

The olive-sided flycatcher is one of the most recognizable bird species of North America's coniferous forests due to its distinctive song (quick, three beers) and its habit of singing from tall, prominent perches (Altman and

BLM_0031685

Sallabanks 2000). Due to their foraging strategy, which involves sallying for insects from high perches, they prefer the edges of open habitats that provide both abundant prey and high visibility for detecting prey (Altman 1997). Thus, their breeding habitat has two primary components, snags for singing and foraging perches, and conifers for nesting.

Flycatcher territories almost always include natural forest openings, bogs, beaver ponds, wetlands, steams, riparian areas, streams, lake shores, or old burns and logged areas (Jones 1998b). Hutto (1995) and Altman (1999) suggest that flycatchers have evolved as early post-fire dependent species, and that managed forest may represent an ecological sink. The nest is typically located in live conifers, although deciduous trees (i.e., aspen) may be used in some areas. Territory sizes are highly variable but generally large for a passerine bird with pairs well spaced apart (Altman 1997).

The olive-sided flycatcher typically forages in open habitats from high prominent perches, often at the top of snags or dead tips of trees, and significantly less often from the uppermost branches of live trees (Altman and Sallabanks 2000). Almost all food captured are flying insects taken in aerial pursuit by sallying from and returning to the same or another prominent perch (ibid.). Bees, wasps, honeybees, flying ants and dragonflies make up a high percentage of diet during the breeding season (Wright 1997, ibid). Other reported prey includes flies (*Diptera*), beetles, grasshoppers, true bugs, and moths (Altman and Sallabanks 2000).

The causes for this species range-wide decline are not well known (Altman and Sallabanks 2000). Suppression of forest fires and expansion of dense second-growth forests are likely factors, but habitat loss along migratory routes and in wintering areas of Central and South America could contribute significantly to population declines (The Nature Conservancy 2005). The extirpation and recovery of beaver populations through out most of the western U.S. between the mid-19[th] through late-20[th] centuries likely had a significant affect on flycatchers due to their strong association with beaver pond habitats. Fire suppression through out its breeding range undoubtedly limits the acreage of available habitat (Altman 1997). Deforestation on this bird's Central and South American wintering grounds has been speculated to be a significant threat to species conservation, possibly explaining why field observers report this bird to be disappearing from apparently suitable and unchanged breeding areas with long histories of occupancy (Altman and Sallabanks 2000).

The nesting season (May through August) is the most critical time period for flycatchers on the SJNF because they are absent from the Forest during fall, winter and early spring.

**b) Effects Analysis:** Plan Revision activities that could potentially influence the olive-sided flycatcher primarily involve timber harvest and possibly fuels treatment activities.

### Alternative A: No Action

*Direct/Indirect Effects:* Initial habitat groups developed for the Monitoring Colorado's Birds Program (Leukering et al. 2000) placed the olive-sided flycatcher in with other Colorado species that had their highest detection rates in aspen. Monitoring information for 2000, however, recorded the highest densities in high-elevation riparian habitat (Leukering et al. 2001). These detections coincide with natural openings and edges near riparian zones in the spruce-fir landtype, and indicate a habitat relationship similar to that described in the Colorado Landbird Conservation Plan (Beidleman 2000). Monitoring information for 2001 varied again, and found the highest detections in ponderosa pine, mixed-conifer, and spruce-fir, respectively (Leukering et al. 2002). This information suggests that the olive-sided flycatcher uses a wide variety of habitats in Colorado but is most commonly found in high to mid-elevation coniferous forests. Local information suggests that olive-sided flycatchers on the San Juan National Forest are most commonly associated with spruce-fir forest types, particularly near forest edges adjacent to riparian habitat. They should also be expected in past wildfire areas, particularly where an available snag component remains. This analysis is based on spruce-fir and cool-moist mixed conifer as the primary habitat types.

BLM_0031686

**Table BE-23:  Activities and Projected Outputs that could Potentially Influence the Olive-sided Flycatcher, by Alternative**.

| Timber Treatment Acres (Suitable Habitat Only) | | | | |
|---|---|---|---|---|
| * Spruce-fir | 50 ac. Partial Cut | 50 ac. Partial Cut | 20 ac Partial Cut | 113 ac Partial cut |
| * Cool-Moist Mix-Con | 200 ac. Partial Cut | 125 ac. Partial Cut | 20 ac. Partial Cut | 287 ac. Partial Cut |
| Fuels Treatment Acres (Suitable Cover Types Only) | | | | |
| * Spruce-fir & Mixed Con | 1-30,000 ac. Wildland Fire Use | 1-30,000 ac. Wildland Fire Use | 1-30,000 ac. Wildland Fire Use | 1-30,000 ac. Wildland Fire Use |

The olive-sided flycatcher returns to its breeding habitat in the southern Rocky Mountains in May, initiates pair bonds, and begins actively building nests by late May or early June (Jones 1998).  They construct open cup nests that are often placed well out on the tip of a horizontal branch most often in coniferous trees.  Their breeding ecology indicates that the species could be nesting while various management activities are occurring.

In regards to activities that could potentially influence the olive-sided flycatcher, Alternative A offers approximately 145,700 to 187,500 more acres of active management, respectively, than Alternative B and D, which could potentially alter flycatcher nesting habitat.  Alternative D exceeds Alternative A in active management area by approximately 8,300 acres.

As displayed in Table BE-23, the predicted timber harvest output in primary habitat varies from 250 to 400 acres and is very minimal in all alternatives.  The amount of timber harvest in Alternative A may impact individual nesting pairs but is expected to have little influence on overall habitat or populations of flycatchers on the SJNF.

Wildland Fire Use is not a planned output.  However, it will be utilized as a tool to allow natural disturbances to occur within suitable olive-sided flycatcher habitat as opportunities arise.  It is estimated that all alternatives may allow from 1 to 30,000 acres of Wildland Fire Use.  Depending upon fire severity and scale, these outputs could have negative influences on the nesting habitat of the olive-sided flycatcher.  However, the post-fire environment may be beneficial to the species, particularly where snags and fire edges border high-elevation riparian systems.

**Action Alternatives:  Alternative B-D**

*Direct/Indirect Effects:*  As displayed in Table BE-23, there is little difference between no action and Alternative B, C and D in regards to timber harvest outputs.  As is consistent with the active management theme, Alternative D offers the greatest amount of projected timber output and greatest amount of area where this activity may occur.  However, all alternatives influence only about 0.04 to 0.07% of the preferred nesting habitat and are expected to have no detectable affect on olive-sided flycatchers.

As with the no action, it is estimated that Wildland Fire Use may be used as a management tool on 1 to 30,000 acres in all action alternatives.  Influences are expected to be similar to those described for Alternative A.

*Cumulative Effects:*  It is difficult to assess potential cumulative effects on the olive-sided flycatcher since the best available information notes that the specific factors affecting population viability are not known (Altman and Sallabanks 2000).  What is known, however, is that the species appears to be significantly declining throughout its range.  It is also suspected that the olive-sided flycatcher is closely associated with natural disturbance processes such as wildfire to create the type of landscape features that it prefers (Hutto 1995, Altman and Sallabanks 2000).  The natural disturbance processes that historically maintained productive habitat for the olive-sided flycatcher on the San Juan National Forest are expected to dominate a large portion of primary nesting habitat for the species because of the large amount of area that will remain undeveloped.  In other areas of the Forest land management activities are expected to occur that may provide suitable habitat for the olive-sided flycatcher if certain structural

BLM_0031687

characteristics are maintained. Wildland Fire Use has also been approved for consideration in most of the undeveloped areas on the Forest. It is projected that these factors will minimize the potential for cumulative effects on the San Juan National Forest as related to the olive-sided flycatcher.

**c) Determination:** All Plan Revision alternatives, including Alternative A, "**may adversely impact individuals (olive-sided flycatchers), but would not likely result in a loss of viability on the Planning Area, nor cause a trend to federal listing or a loss of species viability rangewide.**" The rationale for this determination is as follows:

- Olive-sided flycatchers occur and nest on the San Juan National Forest, primarily in the spruce-fir zone.

- Some Plan Revision outputs, such as timber harvest, will likely reduce potential habitat and result in impacts during the breeding season.

- Impacts from Plan Revision outputs are expected to be limited to individual nesting pairs.

- An extensive amount of primary habitat will remain protected in undeveloped areas such as backcountry, roadless, and wilderness areas.

## Purple Martin *(FS sensitive)*

**a) Natural History and Background:** The purple martin (*Progne subis)* is the largest North American swallow and one of the largest swallows worldwide (Brown 1997). It is one of eight members of the genus *Progne* in the Americas, all of which share similar morphology and behavior (ibid.). There are three subspecies of purple martin. The local subspecies found on National Forest System lands of SJPL is presumably *P.s. arboricola.*

Eastern populations of the purple martin have recently shifted breeding to artificial nest structures and are popular and well known for their use of backyard birdhouses. However, western populations continue to nest in their traditional habitats (ibid.). Purple martin was first identified as breeding in Colorado in 1872 but the next confirmed breeding record did not occur until 1978 on the SJNF at Stoner Mesa (Levad 1998). Since that time breeding colonies have been identified across the Western Slope (ibid.). *P.s. arboricola* breeds in the southern and central Rocky Mountains, including the interior highlands of Central Mexico, and may include populations found along the coastal regions of the Pacific Northwest to southern British Columbia (ibid.).

In Colorado, Andrews and Righter (1992) considers purple martin a common summer resident in the lower mountains of northeastern Mesa and Delta, and northwestern Gunnison counties. They consider the species rare to uncommon breeders north to Moffat and Routt counties, east to Pitkin County and south to Montezuma, La Plata and Archuleta counties.

Inventory and monitoring for purple martins has occurred on the Mancos-Dolores Ranger District. Historically, only three purple martin sites are known from the Mancos-Dolores Ranger District, and currently there are 10 site records of recently active colonies. Martins may be found in suitable habitat on the Columbine and Pagosa Ranger Districts but limited time has been invested surveying for the species. Surveys that have occurred were conducted for specific projects to determine presence or absence, and no populations have been reported to date.

Adults arrived in breeding areas by early June and flocked in preparation for departure by late August. Nests may be found in mature aspen stands. Although aspen forest is the typical breeding habitat for this species, it also may be found in mixed aspen/ponderosa pine or aspen/Douglas-fir forests (Andrews and Righter 1992). Nests are more frequently found in live aspen rather than in snags and in cavities excavated by northern flickers (Reynolds et al. 1991). Nests are usually within 1,000 feet of water, which includes small creeks and stock ponds. During migration, martins occur over riparian areas, open agricultural areas, and reservoirs. Diet varies widely across the geographic range of the species with insect availability. Insects found in their diet common to Colorado include: a variety of beetles, wasps and bees, dragonflies, caddis flies, mayflies, a variety of moths and butterflies, and winged termites (Brown 1997).

Due to the specific nest-site requirements, habitat is probably one of the most significant limiting factors for the purple martin in Colorado. Loss of mature aspen stands with parklands and water sources nearby could reduce the availability of suitable habitat for purple martins. Other limiting factors include disease, reproductive success, weather, parasites, competition with other species, and threats on winter grounds.

BLM_0031688

**b) Effects Analysis:** Plan Revision activities that could potentially influence the purple martin primarily involve timber harvest, fuels treatments, and wildlife management activities.

### Alternative A: No Action

*Direct/Indirect Effects:* The purple martin is an uncommon nester in aspen stands on SJPL.  . Differences in projected outputs by alternative for activities that may influence the species are displayed below in Table BE-24.

**Table BE-24: Activities and Projected Outputs that could Potentially Influence the Purple Martin, by Alternative**.

| Timber Treatment Acres (Suitable Habitat Only) | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| * Aspen | 400 ac. clearcut | 500 ac. clearcut | 400 ac. clearcut | 600 ac. clearcut |

Aspen forests comprise approximately 16% of the SJNF. Of the total 299,144 acres of aspen across the SJNF, about 220,596 acres or 74% are in the mature habitat structural stages (4A, 4B, and 4C) that may offer potential nesting habitat for the purple martin. Aspen is most abundant in the west end of the SJNF on the Mancos-Dolores Ranger District, followed by the Columbine Ranger District, and then the Pagosa Ranger District.

As displayed in Table BE-24, the amount of projected treatment in aspen stands is relatively similar between alternatives. The projected output in Alternative A involves approximately 400 acres of clearcut harvest. This represents approximately 0.18% of potential purple martin habitat on the SJNF. The type of treatment proposed in aspen stands (clearcut harvest) has the potential to influence individual nesting pairs of martin if it occurs in potential nesting areas. However, minor influences are expected because of the minimal amount of potential habitat involved.

### Action Alternatives: Alternative B-D

*Direct/Indirect Effects:* With the exception of Alternative C (which does not vary from Alternative A), the action alternatives offer a 100 to 200 acre increase in clearcut harvest in aspen stands. This activity could influence approximately 0.23 to 0.27% of the potential martin nesting habitat on the SJNF. As with Alternative A, the action alternatives may impact individual nesting pairs but are expected to have little influence on purple martins or their overall habitat on the SJNF. Long-term regeneration of aspen stands are expected to be beneficial to martins in the future.

*Cumulative Effects:* Aspen forests comprise 16% of the SJNF and provide important habitat for numerous wildlife species. Over the last 100+ years, humans have played a key role in the status, distribution, and structural composition of aspen across the SJNF. Numerous land use practices (timber harvest, livestock grazing, fire suppression, and others) have influenced the current condition of aspen stands on the SJNF. Management practices over the last 50 years have helped maintain aspen presence across the Forest, but there continues to be a decreasing trend (13%) in early successional aspen (habitat structural stages 2, 3A, 3B, and 3C). Most of these early successional forests have converted to mature aspen forests. Aspen occurring in stringers in lower elevation ponderosa pine habitat associated with riparian areas or other moist environments are decreasing in abundance. The continued decline of these aspen stringers will result in decreased habitat quality for purple martins and other wildlife species.

As natural succession continues, mature aspen will continue to be the dominant stand structure unless large-scale disturbances occur such as fire, or possibly widespread insect and/or disease outbreaks. Along with this will be shifts in stand structural composition, with conifers continuing to dominate the stands, and eventually replacing aspen. As these shifts occur, shifts in wildlife species composition may also occur. Currently, approximately 50% of the aspen across the SJNF is in an aspen/conifer phase. The shift in structure and composition would result in an overall decreasing trend in aspen, resulting in major influences to purple martins and other wildlife species dependent on aspen. Continued management is important to help maintain the aspen component across the SJNF and reduce the conversion of some aspen stands to coniferous species. These actions may temporarily impact species that utilize the older stands for nesting, but are also expected to minimize potential cumulative effects to purple martins and other species in the long-term.

BLM_0031689

**c) Determination:** All Plan Revision alternatives, including Alternative A, "**may adversely impact individuals (purple martin), but would not likely result in a loss of viability on the Planning Area, nor cause a trend to federal listing or a loss of species viability rangewide.**" The rationale for this determination is as follows:

- The purple martin is an uncommon nester on the SJNF, and is primarily associated with older aspen stands.

- Proposed treatments in aspen stands are limited.

- Where treatments do occur, clearcut harvest could potentially impact habitat for individual nesting pairs.

## Short-eared Owl *(FS sensitive)*

**a) Natural History and Background:** The short-eared owl *(Asio flammeus)* is a small to medium-sized owl with long wings (Cramp 1985), and light wing-loading (Clark 1975). In North America, the species ranges from northern Alaska to northern Labrador, south to California, Utah, Colorado, Missouri, Illinois, Ohio, and Virginia. Non-breeding habitat occurs mostly from the southern parts of most Canadian provinces south to southern Baja California, southern Mexico, Gulf Coast, Florida (AOU 1983).

Historically in Colorado, short-eared owls were noted primarily in winter, with only a few reports of nesting. However, nesting records slowly accumulated during the mid 1900s, and Bailey and Niedrach (1965) noted it as an uncommon resident, with most nesting records on the eastern plains. Recent breeding records are mostly from the northeastern quarter of the state, along with isolated breeding in North Park (Arapaho NWR), the San Luis River valley (Monte Vista and Alamosa NWRs), and an isolated breeding record in the southwest (Andrews and Righter 1992, Boyle 1998). Andrews and Righter (1992) and Boyle (1998) stressed the sporadic nature of nesting at specific localities. In general, short-eared owls breed and winter in relatively dense grasslands, especially those associated with water, but their numbers and location vary strongly from year to year. Occurrence on National Forest System lands of SJPL is considered rare to incidental. No nesting has been documented on SJPL.

Short-eared owls primarily eat rodents (commonly Microtus spp.) but also take other small mammals, birds (especially in coastal areas), and insects (Terres 1980). Short-eared owls forage primarily by flying low, typically into wind, and dropping down onto prey, sometimes after brief hover. Sibling cannibalism may occur.

Habitat loss is considered the biggest limiting factor for short-eared owls. The species is declining in many parts of the range due to destruction and degradation of marshes, grasslands, and low-use pastures (Ehrlich et al. 1992). Populations have declined due to reforestation of farmlands and fragmentation and development of coastal grasslands (see Holt 1992). Loss of open grasslands to later successional stages of community development reduces available hunting and breeding habitat. Other limiting factors include predation, prey abundance, human harassment including shooting, and collision with vehicles and structures. (NatureServe 2007). In winter the ground roosting habit may be abandoned for trees, possibly in response to deep snow (Banfield 1947, Bosakowski 1986).

**b) Effects Analysis:** Plan Revision activities that could potentially influence the short-eared owl primarily involve livestock grazing and water management and wildlife management activities (i.e. watershed, riparian, and aquatic habitat improvements).

### Alternative A: No Action

*Direct/Indirect Effects:* No direct or indirect effects on short-eared owls are expected from the no action alternative because occurrence of the species is considered incidental to rare. Suitable habitat is for this species on National Forest Systems lands is limited, with no breeding or local populations confirmed on NFS lands within the planning area.

### Action Alternatives: Alternative B-D

*Direct/Indirect Effects:* No direct or indirect effects on the short-eared owl are expected from implementation of any of the action alternatives because occurrence of this species is considered incidental to rare. Suitable habitat is for this species on National Forest Systems lands is limited, with no breeding or local populations confirmed on NFS lands within the planning area.

BLM_0031690

*Cumulative Effects:* No specific plan components have been developed for the short-eared owl because it is not known to occur on NFS lands managed by the San Juan Public Lands Center. Plan components and existing regulations are expected to alleviate any potential cumulative effects and contribute to favorable habitat conditions for any individual owls that may happen upon SJPL.

**c) Determination:** All Plan Revision alternatives, including Alternative A, are expected to have *No Impact* on the short-eared owl or its primary habitat. The rationale for this determination is as follows:

- The short-eared owl is considered incidental or extremely rare on SJPL, with no breeding populations known to occur.

- Extremely limited potential habitat occurs on SJPL.

- Plan components and existing conservation measures for other ground-nesting raptor species are expected to adequately address the habitat conditions required by this species.

## Western Burrowing Owl *(FS sensitive)*

**a) Natural History:** The western burrowing owl (*Athene cunicularia*) is a medium-sized ground-dwelling inhabitant of western grasslands and deserts. It has several unique physical and behavioral characteristics in relation to other North American owls. It has long legs and an unusually short tail. It has tendency to nest in loose colonies in underground burrows, which is not only unusual for owls but is quite rare in any other avian species. Although it is primarily nocturnal, it is also quite active during the day, especially during the breeding season. This owl generally occurs west of the Mississippi River. However, a small isolated population occurs year-round in the open-grasslands and prairies of central Florida.

The burrowing owl breeds from south-central British Columbia eastward to southern Saskatchewan and south through much of the western United States, Mexico, Central and South America to southern Chile (Jones 1998). Isolated populations are found in central Florida and on several Caribbean islands including Cuba, Hispanola, Lesser Antilles, Antigua, and the Bahamas (Haug et al. 1993).

In Colorado, it is a locally uncommon to fairly common summer resident on the eastern plains, uncommon in the Grande Valley in Mesa County and rare to uncommon in other western valleys and mountain parks. It is considered a casual winter resident on the eastern plains (Andrews and Righter 1992). The species is rare on BLM lands of the SJPL. National Forest System lands of SJPL are not considered breeding habitat for the burrowing owl although prairie dog habitat is present. There are no known occurrences on any district of the Forest and there are no known breeding records on the Forest (Schultz 2001, pers. comm.).

The burrowing owl uses grasslands and mountain parks, usually in or near prairie dog towns (Andrews and Righter 1992). They also use well-drained steppes, deserts, prairies and agricultural lands (Haug et al. 1993). Semi-desert shrublands are rarely used (Andrews and Righter 1992). Openness, short vegetation, and burrow availability are essential components of habitat (Yanishevsky and Petring-Rupp 1998). The presence of a nest burrow seems to be a primary requirement for habitat suitability (Haug 1985). Burrows of prairie dog and ground squirrel are used most frequently, but badger burrows are also used. In Colorado, owls generally select their burrows in areas with other burrows surrounded by bare ground (Jones 1998). They will often use burrows located within active prairie dog communities and in areas where prairie dog colonies have become inactive owls will discontinue their use when grass reaches 6 inches in height (ibid.). The family occasionally uses the surrounding burrows as alternate roosts and escape cover after the young leave the nest. They frequently choose sites close to roads (Plumpton 1992). This owl occasionally becomes urbanized and will breed or forage in vacant areas within urban zones. Little is known about the habitat preferences for migrating owls in their winter habitats (Haug et al. 1993).

Feeds primarily on large insects (especially in warmer months) and rodents; sometimes eats birds and amphibians. Catches prey in flight or drops to ground (NatureServe 2005). Habitat loss is considered to be a major factor limiting burrowing owl populations in the western U.S. (Yanishevsky and Petring-Rupp 1998). Declining populations of prairie dogs colonies, as a result of control programs and plague, have resulted in a reduction in suitable nest areas. Conversion of grasslands to intensive agriculture and urbanization has also had impacts on available burrow habitats. Other limiting factors include low recruitment of juveniles, predation, prey availability, parasites, weather shooting, vehicle collisions, and pesticides.

BLM_0031691

**b) Effects Analysis:**  Plan Revision activities that could potentially influence the western burrowing owl primarily involve livestock grazing.

### Alternative A:  No Action

***Direct/Indirect Effects:***  No direct or indirect effects on the burrowing owl are expected from the no action alternative because occurrence of the species is considered incidental to rare on SJPL.  Suitable habitat is for this species on National Forest Systems lands is limited, with no breeding or local populations confirmed on NFS lands within the planning area.

### Action Alternatives:  Alternative B-D

***Direct/Indirect Effects:***  No direct or indirect effects on the burrowing owl are expected from implementation of any of the action alternatives because occurrence of this species is considered incidental to rare on SJPL. Suitable habitat n National Forest Systems lands is limited, with no breeding or local populations confirmed on NFS lands within the planning area.

***Cumulative Effects:***  No specific plan components have been developed for the burrowing owl because it is not known to occur on NFS lands managed by the San Juan Public Lands Center.  Plan components developed for Gunnison prairie dog contribute to the conservation of this species.  Although prairie dog habitat occurs on both agency lands, no breeding occurrence is recorded for National Forest System lands within the planning area.  Incidental occurrence may occur during migration.  The species is also rare on BLM lands within the planning area.

**c) Determination:**  All Plan Revision alternatives, including Alternative A, are expected to have *No Impact* on the burrowing owl or its primary habitat.  The rationale for this determination is as follows:

- The burrowing owl is considered incidental or extremely rare on SJPL, with no breeding populations known to occur on National Forest Systems land.

- Plan components and existing conservation measures for the Gunnison prairie dog are in place and expected to adequately address the habitat conditions required by this species.  Prairie dog colonies are expected to continue to exist and provide potential habitat for individual or migrating owls into the future.

## Western Yellow-billed Cuckoo *(BLM and FS sensitive)*

**a) Natural History and Background:**  The western yellow-billed cuckoo *(Coccyzus americanus)* was designated Federal Candidate species in October, 2001. This species is rare to uncommon spring and fall migrant and summer resident throughout much of the Rocky Mountain Region.  Numbers of this species fluctuate widely from year to year.  North American populations of this species are declining significantly and it is on the National Audubon Society Blue List.  The range of the western subspecies of this bird has contracted, and populations have declined dramatically within the remaining range, due to loss of mature closed-canopy riparian forests with dense, thick, understories. It appears that this species was never common in the Rocky Mountains. There have been no recent breeding records in southwestern Colorado (Carter 1998). Suitable habitat on SJPL is unknown but may occur in limited amounts. There is no recorded occurrence on SJPL. Due to elevation and geographic location, and lack of suitable habitat quality, occurrence of this species would be considered rare and incidental.

Primary cuckoo habitat consists of lowland riparian forest and urban areas with tall trees, especially with dense undergrowth and thickets.  Optimum nesting habitat is closed canopy riparian forest stands of two to five acres or larger with associated dense stands of understory woody vegetation. The western yellow-billed cuckoo is a riparian ecosystem obligate species.

The yellow-billed cuckoo eats mainly caterpillars; also other insects, some fruits, sometimes small lizards and frogs and bird eggs (Terres 1980). The species gleans food from branches or foliage, or sallies from a perch to catch prey on the wing (Ehrlich et al. 1992).

Loss, degradation, and fragmentation of riparian habitat; drought and prey scarcity (linked at least in part to pesticide use) may play a role in declines even where suitable habitat remains (Ehrlich et al. 1992).

BLM_0031692

**b) Effects Analysis:**  In occupied habitat, Plan Revision activities that could potentially influence the western yellow-billed cuckoo primarily involve livestock grazing and wildlife management activities (i.e. watershed, riparian, and aquatic habitat improvements).

### Alternative A:  No Action

*Direct/Indirect Effects:*  No direct or indirect effects on the yellow billed cuckoo are expected from the no action alternative because occurrence of the species is considered incidental to rare on SJPL.  Suitable habitat is for this species on BLM and National Forest Systems lands is limited, with no breeding or local populations confirmed on public lands within the planning area.

### Action Alternatives:  Alternative B-D

*Direct/Indirect Effects:*  No direct or indirect effects on the yellow-billed cuckoo are expected from implementation of any of the action alternatives because occurrence of the species is considered incidental to rare on SJPL.  Suitable habitat on BLM and National Forest Systems lands is limited, with no breeding or local populations confirmed on public lands within the planning area.

*Cumulative Effects:*  No cumulative effects are expected because of lack of suitable nesting habitat.

**c) Determination:**  All Plan Revision alternatives, including Alternative A, are expected to have *No Impact* on the yellow-billed cuckoo or its primary habitat.  The rationale for this determination is as follows:

- The yellow-billed cuckoo is not known to occur or breed on SJPL.  Individuals would be considered incidental or extremely rare.

- Riparian shrub habitats utilized by species such as the yellow-billed cuckoo are protected by numerous laws, Plan components, and conservation measures.

## White-faced Ibis *(BLM sensitive)*

**a) Natural History and Background:**  The white-faced ibis (*Plegadis chihi*) is a long-legged wader that inhabits wetlands and marshes and feeds in agricultural fields and flooded hay meadows.  Its name comes from the adult's distinctive white feathers along the edge of their facial skin during the breeding season.  This species nests in marshes across the western United States (Great Basin) and winters in large flocks in Mexico, western Louisiana and eastern Texas (Ryder and Manry 1994).  They are nomadic breeders in response to drought and rains, represented by their wide distribution within their breeding colonies.

The white-faced ibis generally occurs from northern California, eastern Oregon, southern Idaho, southern Alberta, Montana, eastern North and South Dakota, northwestern Iowa, south to the states of Durango and Jalisco in Mexico (Ryder and Manry 1994).  The breeding distribution in Mexico is poorly known.  Utah, Nevada, Oregon and coastal Texas and Louisiana have generally held the largest breeding colonies (ibid.).  This ibis is also resident in South America, mainly from southwestern Peru, central Bolivia, Paraguay, southern Brazil south to central Chile and central Argentina (ibid.).  The white-faced ibis winters in coastal Louisiana and Texas, southern California and the lower Colorado River Valley of Arizona south to the Mexican states of Guerrero, Puebla and Tabasco, occasionally to Guatemala and Costa Rica (Ryder and Manry 1994).

There is no known breeding habitat on SJPL. Occurrence on BLM lands on SJPL are considered incidental during migration. There is one record of nesting at the Narraquinnep State Wildlife Area (immediately west of the SJPL boundary on the Dolores District) but this appears to have been a chance occurrence (Levad 2002, pers. comm.).

The white-faced ibis inhabits primarily freshwater wetlands, especially cattail and bulrush marshes (Ryder and Manry 1994).  Saltwater marshes and bare ground are also used in coastal areas. The inland marshes they inhabit are generally shallow with islands of emergent vegetation. In Colorado, nesting ibises favor islands of tall emergents, such as bulrushes and cattails, surrounded by water >18-inches in depth. Marshes in the San Luis Valley provide the largest and most consistent breeding grounds in the state (Levad 2002, per. comm.). The white-faced ibis feeds in agricultural fields, flooded hay meadows and shallowly flooded wetlands of short, emergent plants (Ryder and Manry 1994). Wetland plant communities such as sedges, spikerushes, glassworts, saltgrass, and greasewood are often utilized. In Nevada, Colorado, Utah, Idaho, and Oregon, agricultural fields of alfalfa, barley and native hay meadows are important feeding sites. A variety of flooded agricultural fields are used in California

BLM_0031693

(Ryder and Manry 1994). Flooded ricefields and livestock pastures over salt marshes are preferred in Louisiana (Ryder and Manry 1994).

The white-faced ibis feeds on aquatic and moist-soil invertebrates, crustaceans and earthworms (Ryder and Manry 1994). Earthworms are considered their principal food source (Yanishevsky and Petring-Rupp 1998). Other prey includes larval insects, leeches, snails, crayfish, small fish, and frogs.

Water level fluctuations, both natural and human-caused, may be the main cause of habitat deterioration for the white-faced ibis. Loss of feeding and nesting habitat due to drought, wetlands destruction, water diversion, or competition over water rights can lead to drastic decreases in population size. In addition to drought, flooding of nest sites may also cause temporary or permanent abandonment of traditional colony sites and possible abandonment of young (Ryder and Manry 1994). In addition, other limiting factors include weather productivity, predation, pesticides, toxicants, brood parasitism, and fire.

**b) Effects Analysis:**  Plan Revision activities that could potentially influence the white-faced ibis primarily involve water management and wildlife management activities (i.e. watershed, riparian, and aquatic habitat improvements).

### Alternative A:  No Action

*Direct/Indirect Effects:*  No direct or indirect effects on the white-faced ibis are expected from the no action alternative because occurrence of the species is considered incidental to rare.  Individuals occur only during migration.  Suitable habitat is for this species on BLM lands is limited, with no breeding or local populations confirmed on BLM lands within the planning area.

### Action Alternatives:  Alternative B-D

*Direct/Indirect Effects:*  No direct or indirect effects on the white-faced ibis are expected from implementation of any of the action alternatives because occurrence of this species is considered incidental to rare.  Individuals occur only during migration.  Suitable habitat is for this species on BLM lands is limited, with no breeding or local populations confirmed on BLM lands within the planning area.

*Cumulative Effects:*  No specific plan components have been developed for the white-faced ibis because it is considered incidental during migration on BLM lands managed by the San Juan Public Lands Center.  Plan components and regulations specific to the management of wetlands for other species are expected to alleviate any potential cumulative effects and contribute to favorable habitat conditions for any ibis that may happen upon SJPL.

**d) Determination:**  All Plan Revision alternatives, including Alternative A, are expected to have *No Impact* on the white-faced ibis or its primary habitat.  The rationale for this determination is as follows:

- The white-faced ibis is considered incidental or rare on SJPL, with no breeding populations known to occur.  Occasional migratory individuals only.

- Wetland habitats utilized by species such as the black tern are protected by numerous laws, Plan components, and conservation measures.

**c) Determination:**  All Plan Revision alternatives, including Alternative A, are expected to have *No Impact* on the white-faced ibis or its primary habitat.  The rationale for this determination is as follows:

- The white-faced ibis is considered incidental or extremely rare on SJPL, with no breeding populations known to occur.

- Wetland habitats utilized by species such as the black tern are protected by numerous laws, Plan components, and conservation measures.

## White-tailed Ptarmigan *(FS sensitive)*

**a) Natural History and Background:**  The white-tailed ptarmigan (*Lagopus leucurus*) is a medium-sized grouse inhabiting alpine tundra areas. It is completely white in winter except black bill, eyes and claws. Adult summer plumage is mottled with brown, black, and white, except for the all-white wings, tail, belly, and legs (Baily and

BLM_0031694

Niedrach 1965). White-tailed ptarmigan inhabit alpine areas from the southern Rocky Mountains in New Mexico north to Alaska and Northwest Territories (Braun et al. 1993). The species has also been introduced into the Sierra Nevada mountains in California, Uinta Mountains in Utah, and the Wallowa Mountains in Oregon (Braun et al. 1993). In Colorado, White-tailed Ptarmigan inhabit all mountain ranges with suitable alpine habitats, including Pikes' Peak, where it was introduced in 1975 (Braun 1971, Hoffman and Giesen 1983). While typically found in habitats at or above treeline, white-tailed ptarmigan also inhabit willow-dominated habitats at or below treeline in winter (Colorado Partners In Flight 2000).

White-tailed ptarmigans have been observed on National Forest System lands of SJPL on all three Ranger Districts in the Lizard Head Wilderness Area, Weminuche Wilderness Area, South San Juan Wilderness Area, and in alpine and subalpine habitat adjacent to Wilderness.

White-tailed ptarmigan primarily inhabit alpine tundra, especially in rocky areas with sparse vegetation (AOU 1983). Summer habitats in the Rocky Mountains consistently include moist, low-growing alpine vegetation. In Colorado, percent canopy cover of willow was higher at winter feeding sites than at random sites (Giesen and Braun 1992). White-tailed ptarmigan nest in alpine tundra, in rocky areas or sparsely vegetated, grassy slopes. The species tends to search for vacant territory in the natal area. High fidelity to breeding territory is exhibited in successive years (NatuerServe 2005).

The white-tailed ptarmigan's winter diet consists of alder catkins, willow buds and twigs (primary winter food in Colorado is willow buds); also buds and needles of spruces, pines, and firs. Spring and summer diet consists of leaves and flowers of herbaceous plants, willow buds, berries, seeds, and insects (NatureServe 2007).

Wintering habitats are especially critical to ptarmigan populations and need to be identified and protected from disturbance or destruction. Excessive grazing by domestic livestock and wildlife, mining, reservoir development, winter recreation, and road building have all negatively impacted alpine habitats, especially critical wintering areas (Braun et al. 1976). Chemical contamination from mine spoils into willow habitats has been shown to affect persistence in some areas. Critical periods are during the breeding period from June through September, and disturbance of critical wintering areas during the winter months.

**b) Effects Analysis:** Plan Revision activities that could potentially influence the white-tailed ptarmigan primarily involve motorized and non-motorized recreation, livestock grazing, ski area developments/expansions, and solid minerals activities. White-tailed ptarmigan are also classified as a small game species by the Colorado Division of Wildlife. Hunting mortality and population management are controlled by the CDOW and not specifically within the control of the San Juan National Forest.

### Alternative A: No Action

*Direct/Indirect Effects:* The white-tailed ptarmigan is fairly common in localized populations in alpine areas of the San Juan National Forest. The presence of willow is the single most important feature that influences the distribution of ptarmigan in the alpine landscape. Willow comprises a major portion of the diet during all seasons except summer, and is the principal (89% of the diet) and sometimes only food consumed during the winter. Plan Revision activities that affect the alpine willow component and/or disrupt the species' access to this component are of primary conservation concern for white-tailed ptarmigan. Contamination of willows from cadmium leaching is also a concern throughout the Ore Belt of southwest and south-central Colorado. Bio-concentration of cadmium into alpine willows has been documented as impacting local populations of ptarmigan on the San Juan National Forest, particularly within the upper Animas drainage where abandoned mines contribute to the accessibility of the element. With the exception of abandoned mine reclamation, Table BE-25, below, displays differences in the Plan Revision outputs that may influence white-tailed ptarmigan on San Juan Public Lands.

BLM_0031695

**Table BE-25:  Activities and Projected Outputs that could Potentially Influence the White-tailed Ptarmigan, by Alternative**.

| Motorized Recreation (Acres, Winter Travel only) | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| * Roaded natural | 696,652 ac. | 544,617 ac. | 486,765 ac. | 644,084 ac. |
| * Semi-primitive motorized | 683,371 ac. | 402,285 ac. | 232,249 ac. | 628,249 ac. |
| * Semi-primitive non-motorized | 440,948 ac. | 879,149 ac. | 580,347 ac. | 556,288 ac. |
| * Primitive | 0 ac. | 2,632 ac. | 530,865 ac. | 0 ac. |
| * Primitive Wilderness | 536, 290 ac. | 536,291 ac. | 536,291 ac. | 536,291 ac. |
| * Livestock Grazing (Sheep AUMs Only) | | | | |
| * Premitted AUMs (FS) | 8,754 | 8,754 | 6,456 | 21,783 |
| * Suitable Acres on Active Allotments (FS) | 87,858 | 87,858 | 73,113 | 239,280 |
| * Premitted AUMs (BLM) | 2,204 | 2,204 | 0 | 2,241 |
| * Suitable Acres on Active Allotments (BLM) | 8,619 | 8,619 | 1,130 | 9,031 |
| Ski Area Development/ Expansion | Allows expansion of DMR & development of East Fork Ski Areas | Allows expansion of DMR. | Maintains all ski areas in current footprint; no new developments | Allows expansion of DMR & Wolf Crk, and development of East Fork Ski Area |

Winter motorized recreation, primarily in the form of snowmobile use, has some potential to damage the willow component that white-ptarmigan depend upon for over-winter survival. Of greater concern, however, is the potential disturbance to white-tailed ptarmigan from their traditional winter grounds due to the impacts caused by winter motorized recreation.  All sexes and age classes of white-tailed ptarmigans usually migrate to the winter grounds by early to mid-October after the first major snowstorms have occurred.  Because the availability of willow is limited during winter due to snow cover, ptarmigan frequently move long distances from their breeding areas to traditional winter grounds.  Females tend to move longer distances and winter at lower elevations and in larger concentrations than males.  Females select willow-dominated drainage basins at or slightly above timberline while males winter in small, scattered flocks at higher elevations closer to their breeding territories (Braun et al. 1976 *in* Schenk and Powers 2006).  However, all sexes will move well below timberline during heavy snow years, with ptarmigan in Colorado moving as low as 8,000 feet during severe winters (Braun et al. 1993).  Both sexes exhibit strong fidelity to traditional winter areas which provide the food and cover needed for survival.  Human disturbances to these sites that cause excessive energy expenditures or prevent ptarmigan form utilizing the resources they require for over-winter survival are a primary conservation concern for white-tailed ptarmigan.

Alternative A offers more high-use recreation areas than any of the action alternatives, including more acres that are suitable for winter motorized recreation.  Of particular concern to white-tailed ptarmigan is that Alternative A would keep both sides of Lizard Head and Red Mountain Pass suitable for winter motorized use. This alternative also includes the greatest amount of suitable winter motorized acres in the Wolf Creek Pass area and a high amount of winter motorized use in the Molas Pass area (same amount as Alternative D). The high amount of winter motorized use in the mountain pass areas has a greater potential to disrupt or disturb white-tailed ptarmigan while they are concentrated on their winter grounds.  However, Alternative A has fewer

BLM_0031696

acres suitable for winter motorized use in semi-primitive and primitive areas on SJPL. It is unknown if these differences involve winter areas used by ptarmigan.

Alternative A offers similar acreage available to domestic sheep grazing in alpine systems as alternative B. Although domestic sheep grazing is considered less of potential impact to alpine systems than it was historically, approximately one-third of the alpine zone is currently available for this use on the San Juan National Forest and localized impacts are still possible (Hoffman 2006).

Alternative A allows for the expansion and/or development of two ski areas on SJPL. Based on the type of habitat involved, it appears unlikely that the northern expansion of Durango Mountain Resort (DMR) within its current permitted boundary would influence white-tailed ptarmigan. However, Alternative A also allows for the development of the East Fork Ski Area approximately five miles south of Wolf Creek Pass, which could potentially influence habitat for the species. The impacts of ski areas on white-tailed ptarmigan remain unclear; however, evidence suggests that fewer ptarmigan utilize developed ski areas (Hoffman 2006).

The risk of continued cadmium poisoning to white-tailed ptarmigan on SJPL is not expected to vary by alternative. Cadmium is a highly toxic element found in naturally low concentrations in most soils. In the Ore Belt of the San Juan Mountains, however, cadmium is much more common and has been released from the soils due to run-off from mining wastes and tailing piles. All plants take up cadmium, but willow species biomagnify the element up to orders above background concentrations. The willow riparian areas preferred by wintering female ptarmigan exposes them to a heavy dose of cadmium through their food uptake and causes damage to internal organs and bones. The mortality rate of older females within the ore belt of Colorado is significantly higher than elsewhere in Colorado, leading to a highly skewed sex ratio of breeding adults. This impact has been documented in local ptarmigan populations on SJPL in the upper Animas drainage; however, the significance to the overall population in southern Colorado is uncertain (Hoffman 2006). The headwaters of the Animas River are recognized as one of the priority areas in the state for remediation and reclamation of past mining influences, and interagency efforts are underway to correct these problems. However, complete reclamation of some sites will take many years to complete and/or be difficult to accomplish, and some areas may continue to influence ptarmigans into the future.

**Action Alternatives: Alternative B-D**

*Direct/Indirect Effects:* All action alternatives offer fewer potential disturbances across SJPL from winter motorized recreation because of decreases in the amount of motorized use area. In relationship to potential wintering areas for ptarmigan, however, Alternative B would close the west side of Red Mountain Pass to winter motorized use while keeping the east side open. Compared to the no action, Alternative B would also allow fewer suitable acres for winter motorized use around Molas and Wolf Creek Pass. Potential benefits to white-tailed ptarmigan can therefore be expected. Alternative C allocates the fewest acres for winter motorized use, and would close both sides of Red Mountain Pass and the east side of Lizard Head Pass. Fewer suitable acres would also be available in the Molas Pass area while Wolf Creek Pass would be similar. Alternative C is likely to be associated with the highest probability of limiting potential winter impacts to white-tailed ptarmigan. In regards to potential conflicts with winter ptarmigan habitat, Alternative D would be very similar to Alternative A with the exception that slightly fewer acres would be available for winter motorized use in the Wolf Creek Pass area.

As displayed in Table BE-25, Alternative B maintains the same permitted numbers and area for domestic sheep on SJPL as Alternative B. The exception to this would involve closures of several small allotments that are difficult to manage administratively. Similar potential influences on white-tailed ptarmigan can therefore be expected. Alternative C reduces sheep numbers and allotment area on National Forest Systems land to 6,456 AUMs and 73,113 acres. BLM lands are also significantly reduced, with both reductions primarily aimed at reducing potential conflicts with Rocky Mountain bighorn sheep. Because bighorn sheep habitat may overlap areas utilized by ptarmigan, this alternative may also offer the lowest potential conflict with white-tailed ptarmigan. Alternative D allows more livestock grazing than any other alternative, and increases sheep numbers and allotment area on National Forest Systems land to 21,783 AUMs and 239,230 acres. All currently vacant sheep allotments could be filled under this alternative. Alternative D would therefore require more management attention to assure that domestic sheep do not impact alpine willow, forbs, or other forage plants important to white-tailed ptarmigan.

BLM_0031697

The action alternatives differ in the amount of ski area expansion development that could occur. Alternative D offers the maximum amount of development with the expansion of DMR, the development of East Fork, and the expansion of the existing Wolf Creek Ski Area. In concert with the theme for Alternative C, no expansion of existing ski areas or new developments are associated. Alternative C therefore offers fewer new impacts to the alpine and subalpine zones that might be utilized by white-tailed ptarmigan. Alternative B is similar to Alternative C in that it allows for the expansion of DMR, but not the new development of East Fork or the existing Wolf Creek Ski Area.

The continued risk of cadmium poisoning, and the on-going reclamation activities to address the problem, does not vary by alternative.

*Cumulative Effects:*   The Conservation Assessment for white-tailed ptarmigan (Hoffman 2006) notes that the greatest threat to the long-term survival of white-tailed ptarmigan in Forest Service region 2 involves global climate change and the impacts that may cause to alpine zones. Global climate change is beyond the scope of this analysis and the administrative control of the San Juan Public Lands Center. In terms of Plan Revision activities that could potentially impact white-tailed ptarmigan on SJPL, domestic sheep grazing and mining have probably had the most impact historically. While influences from domestic sheep are still possible, potential cumulative effects from this activity have probably been significantly reduced due to dramatic decreases in numbers and grazing area from historic times. Mining activities have also decreased from historic times, although significantly altered areas and their legacy still remain. Total reclamation of these areas will be difficult if not impossible to achieve in some areas. Motorized and non-motorized winter recreation has increased substantially in recent times on SJPL and demand for these activities can be expected to continue. Although the natural processes that perpetuate the alpine ecosystems are still intact, attention will be needed to minimize the disruptions that human activities have had and will continue to have upon this fragile system. The increased human demand for alpine systems suggests that some cumulative effects on white-tailed ptarmigan can be expected to continue. In Colorado, however, the species is currently considered secure and does not appear to be in immediate threat of declining. Continued persistence on San Juan Public Lands is expected.

**c) Determination:**   Based on this analysis, it is determined that Alternative A and D, "**may adversely impact individuals (white-tailed ptarmigan), but would not likely result in a loss of viability on the Planning Area, nor cause a trend to federal listing or a loss of species viability rangewide."** Alternative B and C can be expected to provide a **"Beneficial Impact"** to the species. The rationale for this determination is as follows:

- The white-tailed ptarmigan occurs and breeds on the San Juan National Forest in several locations in suitable alpine habitat.

- Some historical impacts to the white-tailed ptarmigan have occurred and will continue to occur on Forest lands.

- The dramatic increase in winter motorized recreation has a high potential to influence some winter populations.

- Alternative B and C may provide a higher degree of benefit to white-tailed ptarmigan by limiting winter motorized recreations and new ski area development in key areas.

# Insects

## Nokomis Fritillary Butterfly *(FS sensitive)*

**a) Natural History and Background:**   The nokomis fritillary (*Speyeria nokomis Nokomis*) butterfly is a large and distinct fritillary that inhabits spring seeps and is associated with marshes with flowing water. It lives in wet meadows and seeps or sloughs at lower elevations, found only where there is permanent moisture sufficient to sustain a healthy violet crop at elevations from 5,200 to 9,000 feet. The Nokomis fritillary has one flight from mid-July to late September. For the species *Speyeria nokomis* the wingspan is 2 ½ - 1 1/8 in. (6.3-7.9 cm). Also for the species the upper side of the male is a bright brownish orange with darkened wing bases and dark markings. Sub marginal chevrons do not touch the very even black marginal line. The upper side of the female is black and the outer half of the wing has cream-colored spots. Both sexes have hind wing below with black-bordered silver spots. For *Speyeria nokomis nokomis* the hind wing disc is light brown in males and deep olive in females. Males patrol

BLM_0031698

for receptive females, who walk on the ground to lay single eggs near host plants. Unfed, first-stage caterpillars hibernate and in the spring they feed on the leaves of the host. They have one brood from late July-September (Arizona Game and Fish Department 2005).

The Nokomis fritillary butterfly is found in streamside meadows and open seepage areas with an abundance of violets in generally desert landscapes. Colonies are often isolated (NatureServe 2007). For the species *Speyeria nokomis* the caterpillar host plant is *Viola nephropphylla*. The adults feed on flower nectar including that from thistles (Arizona Game and Fish Department 2005). Limiting factors for the species as a whole are mainly habitat loss, herbiciding, heavy grazing and changes to hydrology (NatureServe 2007).

Some taxonomists consider this subspecies to be a narrowly endemic subspecies found only at a few locations in Colorado and eastern Utah while others consider it a more broadly distributed taxon found in Colorado, Arizona, Utah, New Mexico and perhaps even Nevada (Arizona Game and Fish Department 2005).

Surveys for this species have not been conducted on the National Forest System lands of SJPL. No species occurrence or distribution data is available for the Forest. There are two records of species occurrence south of the SJPL boundary on State and private lands.

**b) Effects Analysis:** Plan Revision activities that could potentially influence the nokomis fritillary butterfly primarily involve livestock grazing and wildlife management activities (i.e. watershed, riparian, and aquatic habitat improvements).

### Alternative A:  No Action

*Direct/Indirect Effects:* The Nokomis fritillary butterfly is not known to occur on the SJNF.  However, surveys are limited and the species could potentially occur around seeps and springs in low-elevation habitat types. Table BE-26, below, displays differences in the Plan Revision outputs that may influence the species on San Juan Public Lands.

**Table BE-26:  Activities and Projected Outputs that could Potentially Influence the Nokomis Fritillary Butterfly, by Alternative.**

| Livestock Grazing (Cattle AUMs  Only) | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| * Premitted AUMs (FS) | 115,312 | 115,312 | 112,554 | 117,791 |
| * Suitable Acres on Active Allotments (FS) | 654,837 | 654,837 | 626,722 | 694,321 |
| Riparian & Watershed Improvements | 152 ac. | 152 ac. | 410 ac. | 179 ac. |

Impacts to seeps and springs that support *Viola* spp., the host plant, could influence potential habitat for the Nokomis fritillary butterfly.  Livestock grazing is a dominant land use practice in many of the areas that could potentially support the species.  Light grazing is not expected to influence the habitat components or riparian features that support the host plant.  However, livestock grazing can damage seeps and springs if grazing is heavy or trampling occurs.

Alternative A continues the current range management practices under the current respective management plans for both the Forest Service and BLM.  Cattle grazing on Forest Service lands are continued at 115,312 AUMs on approximately 655,000 acres.  Cattle grazing influences have impacted seeps and springs on the SJNF and have therefore had potential negative influences on potential habitat for the Nokomis fritillary butterfly.  The Plan Revision components developed for this and other riparian associated species are intended to minimize impacts to riparian areas.  Although improvement is expected, it is difficult to monitor all seeps and spring areas and it is likely that some impacts may continue to occur in isolated cases.

Riparian and watershed improvements may benefit potential habitat for the Nokomis fritillary butterfly if the activity occurs in or near seeps and springs that support the host plant.  Examples of this activity could include fencing or correcting erosion problems that have occurred from past activities.  The outputs for this activity are projected at 152 acres in both Alternative A and B.

BLM_0031699

### Action Alternatives:  Alternative B-D

*Direct/Indirect Effects:*  As displayed in Table BE-26, Alternative B maintains the same permitted numbers and area for domestic livestock grazing as Alternative A, currently set at 115,312 AUMs and 654,837 acres. No difference in risk or protective measures concerning potential butterfly habitat is expected under this alternative. Alternative C reduces livestock numbers and allotment area to 112,554 AUMs on 626,722 acres. This alternative has the potential to reduce impacts to butterfly habitat if the differences involve seep/spring areas that support the host plant. Alternative D allows more livestock grazing than any other alternative, and increases livestock numbers and allotment area to 117,791 AUMs on 694,321 acres.  Alternative D may therefore require more management attention to assure that domestic livestock are not impacting potential butterfly habitat.

Riparian and watershed improvements of potential benefit to the Nokomis fritillary butterfly would occur on over twice as many acres (410) in Alternative C as proposed in Alternative A or B.  Alternative D also slightly exceeds the former two alternatives in watershed restoration activities.  Potential benefits are therefore expected to be highest with Alternative C and D.

*Cumulative Effects:*  Extensive riparian areas that once occurred on the SJNF were significantly diminished in quantity and quality after European settlement. Since implementation of the San Juan Forest Plan there has been significant reduction in activities that may occur in riparian habitat. No timber harvest is conducted, fewer livestock allotments are being used, and there has been reduction in numbers of livestock on existing allotments. According to the Riparian and Wetland Habitat Assessment for the San Juan National Forest, is unlikely the amount of riparian habitat has increased since 1983 (USDA Forest Service 2002).  However, qualitative assessments indicate the quality and condition of riparian habitat is improving in many places. Pressures on riparian areas continue and recreation use has increased across the Forest. Overall, riparian habitat is in a stable and improving condition with corresponding improvements in wildlife habitat capability. This information indicates that some cumulative effects on species such as the Nokomis fritillary butterfly are still possible, but that overall habitat condition is improving and negative effects should be few and isolated.

**c) Determination:**  All Plan Revision alternatives, including Alternative A, "**may adversely impact individuals (nokomis fritillary butterflies), but would not likely result in a loss of viability on the Planning Area, nor cause a trend to federal listing or a loss of species viability rangewide.**"  The rationale for this determination is as follows:

- Potential habitat for the Nokomis fritillary butterfly occurs on the San Juan National Forest.  However, it is currently unknown if any of the habitat supports the species.

- Impacts to the spring/seep habitat that supports the butterfly and its host plant have occurred in the past.  Some impacts or influences may continue in isolated areas.

- Although there are differences in some outputs that may influence habitat, there is no site-specific information to suggest that this would have any measurable difference on the species.

# Amphibians

## Boreal Toad *(FS sensitive)*

**a) Natural History and Background:**  The boreal toad *(Bufo boreas)*, also known as the mountain or western toad (Hammerson 1999) is Colorado's only alpine species of toad.  Females generally grow to 11 cm (4.3 in.) and males to 9 centimeters (3.5 in.).  Both sexes appear warty and usually have a light stripe along the middle of the back (most prominent on the female).  Juveniles may lack the central stripe and may have red warts.

*Bufo boreas boreas* is one of two subspecies of the western toad found in the United States (FWS 2002).  The California toad *(B.b. halophilus)* is restricted in range to California.  *B.b. boreas* forms two distinctly separate populations (Southern Rocky Mountain (SRM) population and Northern Rocky Mountain (NRM) population), which appear to be genetically different and probably represent independently evolving lineages (Keinath and Bennett 2000).  These populations are separated by a swath of approximately 100 miles of harsh dry habitat in central Wyoming (ibid).  The Southern Rocky Mountain (SRM) population occupies extreme south-central Wyoming, most of the mountains of Colorado and, historically, the north-central mountainous portions of New

BLM_0031700

Mexico. Only the SRM population occurs in Colorado and is the subject of this assessment. Hammerson (1999) suggests that, until there is a formal change in the scientific nomenclature, the California toad should be referred to as the Western toad, the NRM population as the boreal toad, and the SRM population as the Mountain toad. Although once considered fairly common in southern Wyoming, Colorado and northern New Mexico, the SRM boreal toad is now much less common and absent in portions of. While some historic populations have existed on the San Juan National Forest, there are currently no known populations. Surveys for presences are conducted annually.

The boreal toad (SRM) primarily generally occurs between 8,000 and 11,000 feet elevation in spruce-fir forests and subalpine and alpine meadows. They have been reported as high as 11,860 feet in the San Juan Mountains. They have also been reported at lower elevations including an old Pagosa Springs record at 7,100 feet and another in Colbran at 6,800 feet. However, Hammerson (1999) suspects the accuracy of these low elevation records and feels that either the area of collection was incorrect or that the specimens were incorrectly identified.

The boreal toad typically inhabits areas with damp conditions in the vicinity of marshes, wet meadows, streams, beaver ponds, glacial kettle ponds and lakes interspersed in subalpine forests. In Colorado, the largest populations are typically found in areas characterized by willows *(Salix spp.)*, bog birch *(Betula glandulosa)*, and shrubby cinquefoil *(Pentaphylloides floribunda)* (FWS 1994). In southern Colorado they have been reported in areas where ponderosa pine is present.

During the early spring and summer boreal toads are usually found in water, at the waters edge, or on top of partially submerged logs. Later in the summer toads have been reported to disperse a considerable distance (up to 2.5 miles) from breeding areas to upland forest sites (Loeffler 2001). They still tend to favor moist sites. However, some toads, especially females may relocate to drier montane habitats offering dense vegetation for cover.

Habitat for the boreal toad is found on National Forest System lands of all Districts on SJPL, primarily within the spruce-fir and alpine zones. Because suitable elevations have been reported to as low as 8,000 feet, cool, moist mixed-conifer forests and aspen with appropriate site characteristics may also provide additional suitable habitat. Ponds, wet meadows, wet stands of willow, small lakes, marshes, beaver impoundments, and glacial kettle ponds would offer suitable breeding habitat for this species. Suitable late summer non-breeding habitat would be found within 2.5 miles of suitable breeding areas (Loeffler 2001). CVU data for the Forest does not provide a segregation of the habitats suitable for this species that would allow for a meaningful quantification of available habitat on the Forest or Districts.

This toad preys on a variety of invertebrates. It is not selective about food and any moving animal is a potential meal so long as it is smaller than the toad (Campbell 1970). Ants may comprise a large portion of its diet (Keinath and Bennett 2000). Other prey include grasshoppers, beetles, mosquitoes, crane flies, stink bugs, damsel bugs, water striders, backswimmers, alderflies, moths, caterpillars, black flies, deer flies, muscid flies, wasps, bees, mites, spiders, and snails. Larvae filter suspended plant material or feed on bottom detritus (Keinath and Bennett 2000). Activities that destroy, modify, or curtail habitat are likely to contribute to the continued decline in toad numbers.

**b) Effects Analysis:** Plan Revision activities that could potentially influence the boreal toad primarily involve timber harvest, livestock grazing (sheep only), road construction/ reconstruction, motorized/non-motorized recreation, and fuels treatment activities (Wildland Fire Use only).

### Alternative A: No Action

*Direct/Indirect Effects:* The boreal toad occurred historically on the San Juan National Forest in high-elevation water bodies in alpine and subalpine habitats in Archuleta County. Between 1974 and 1982, boreal toad populations began disappearing in the mountains of west-central Colorado. By the late 1980's, boreal toads were absent from 83% of their historic locations in Colorado, including the San Juan National Forest (Corn et al. 1989). Although boreal toads remain absent from their historic locations on the SJNF, potential habitat remains for possible reintroductions in the future. This analysis assumes that the boreal toad could potentially be reintroduced into its historic habitats on the SJNF, and therefore assess potential impacts to both potential habitat and the species itself. Table BE-27, below, displays differences in Plan Revision outputs that may influence the species on San Juan Public Lands.

BLM_0031701

**Table BE-27:  Activities and Projected Outputs that could Potentially Influence the Boreal Toad, by Alternative**.

| Timber Treatment Acres (Suitable Habitat Only) | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| * Aspen | 400 ac. clearcut | 500 ac. clearcut | 400 ac. clearcut | 600 ac. clearcut |
| * Spruce-fir | 50 ac. Partial Cut | 50 ac. Partial Cut | 20 ac Partial Cut | 113 ac Partial cut |
| * Cool-Moist Mix-Con | 200 ac. Partial Cut | 125 ac. Partial Cut | 20 ac. Partial Cut | 287 ac. Partial Cut |
| * Livestock Grazing (Sheep AUMs Only) | | | | |
| * Premitted AUMs (FS) | 8,754 | 8,754 | 6,456 | 21,783 |
| * Suitable Acres on Active Allotments (FS) | 87,858 | 87,858 | 73,113 | 239,280 |
| Motorized recreation (Acres, Summer Travel) | | | | |
| * Roaded natural | 957,909 ac. | 647,407ac. | 569,731 ac. | 699,274 ac. |
| * Semi-primitive motorized | 414,152 ac. | 746,407ac. | 595,821 ac. | 779,219 ac. |
| * Semi-primitive non-motorized | 433,277 ac. | 433,520 ac. | 133,994 ac. | 351,735 ac. |
| * Primitive | 486,844 ac. | 2,632 ac | 530,861 ac. | 0 ac. |
| * Primitive Wilderness | 0 ac. | 536,291 ac. | 536,291 ac. | 536,291 ac. |
| Riparian & Watershed Improvements | 152 ac. | 152 ac. | 410 ac. | 179 ac. |
| Fuels Treatment Acres (Suitable Cover Types Only) | | | | |
| * Spruce-fir & Mixed Con | 1-30,000 ac. Wildland Fire Use | 1-30,000 ac. Wildland Fire Use | 1-30,000 ac. Wildland Fire Use | 1-30,000 ac. Wildland Fire Use |

As displayed in Table BE-27, there are several activities that could potentially influence habitat suitability for the boreal toad.  Because wetlands and alpine systems are particularly vulnerable to human impacts and disturbances, it is probable that themes with more active management may offer more risk of impact to these sensitive habitats.  Alternative A offers approximately 145,700 to 187,500 more acres of active management area than Alternative B and D, respectively.  Therefore, it is likely that Alternative A has a higher potential of having negative impacts to the primary habitat components for the boreal toad.  Alternative D exceeds Alternative A in active management area by approximately 8,300 acres, and may offer the highest risk of potential impacts.

Potential effects from timber harvest on boreal toads includes direct crushing of individuals from equipment, soil compaction (alteration of burrows), alteration of tree root systems (hibernacula), alteration of movement zones, and general influences on soil moisture and hydrology (Loeffler et al. 2001).  Most lakes, streams, and other water bodies are protected from direct potential impacts that may be associated with timber harvest activities because of standard buffers and other conservation measures intended to protect riparian areas and water quality.  However, boreal toads may also be associated with small seeps or wet areas that may not necessarily be protected by no-entry buffers.  Boreal toads also move great distances (up to 2.5 miles) from breeding to upland forest sites during migration or for hibernation.  Individuals may therefore be susceptible to direct and indirect impacts from timber harvest if the activity occurs around breeding sites.

BLM_0031702

The predicted timber harvest output in primary boreal toad habitat (spruce-fir and cool-moist mixed conifer) varies from 250 to 400 acres and is very minimal in all alternatives. Additional timber harvest in aspen varied from 400 to 600 acres of clearcut during the life of the Plan revision (10-15 years). Although impacts could occur if timber sale activities occurred around a currently extant yet unknown population or breeding site, it is unlikely that this would occur due to historic knowledge and continued survey requirements and conservation measures. The overall amount of timber harvest associated with Alternative A is also very minimal, thereby reducing the risk that unknown populations could be impacted. Alternative A is therefore expected to have little, if any, influence on potential boreal toad habitat on the SJNF.

Construction of new roads and reconstruction of existing roads for timber harvest is estimated to involve 3 miles and 7.2 miles, respectively. The primary direct effect of roads on boreal toads involves the crushing of individuals from vehicle use. Roads can also create barriers to water flow and to the movement of toads across the landscape. The indirect effects of roads on landscape hydrology can influence wetlands and riparian vegetation (Loeffler et al. 2001). Roads within riparian zones can also lead to conflicts with beaver, which if removed can disrupt key habitat processes related to beaver ponds (Loeffler et al. 2001). Alternative A offers more high-use recreation areas than any of the action alternatives, including areas suitable for motorized recreation. This difference could potentially allow greater impacts to high-elevation upland sites that could be considered potential habitat. Because all historic breeding sites are now absent of toads, no impacts are expected from the small amount of roads to be constructed/ reconstructed in Alternative A.

Primary influences from recreational activities can include direct trampling (eggs and toadlets). Many indirect effects can also occur that influence riparian vegetation and water quality. Potential activities that could influence boreal toad populations and/or habitat include off-road vehicle use, trail construction and use, camping in riparian areas, and activities related to fisheries management such as in-stream channel work, poisoning, and stocking of fish in areas that historically did not support them (Loeffler et al. 2001). Alternative A offers more high-use recreation areas than any of the action alternatives, including areas suitable for motorized recreation. This difference could potentially allow greater impacts to high-elevation upland sites that could be considered potential habitat.

Livestock grazing is not considered much of threat to boreal toads even when the activity overlaps species occurrence (Loeffler et al. 2001). Cattle generally do not overlap with most boreal toad sites because their grazing occurs primarily at lower-elevations. However, domestic sheep are grazed at higher elevations and can frequently overlap with potential boreal toad habitat. Potential direct effects from grazing can include trampling. Potential indirect effects can include reduced egg and tadpole survival from changes in water chemistry and/or riparian vegetation related to grazing. Overall grazing influences can lead to changes in riparian vegetation and hydrology (Loeffler et al. 2001). Alternative A and all action alternatives continue to allocate allotments to domestic sheep grazing. Alternative A maintains the same permitted numbers and area as Alternative B, currently set at 8,754 AUMs and 87,858 acres. Some historic domestic sheep allotments have been maintained as vacant for at least a decade because of potential conflicts with bighorn sheep. It is possible that these vacant allotments could be filled under Alternative A, thereby allowing more sheep to graze and potentially influence boreal toad habitat.

Riparian and watershed improvements may benefit potential habitat for the boreal toad if they occur in high-elevation habitats of importance to the species. The outputs for this activity are projected at 152 acres in both Alternative A and B. However, most watershed and riparian improvement activities are expected to occur in lower elevations where past riparian impacts are more prevalent, and therefore have little influence on potential boreal toad habitat.

Prescribed fire activities most likely do not overlap in elevation with boreal toad habitat on the Forest. However, Wildland Fire Use will be utilized as a tool to allow natural disturbances to occur within high-elevation spruce-fir zones as opportunities arise. It is estimated that all alternatives may allow from 1 to 30,000 acres of Wildland Fire Use. Depending upon fire severity and scale, these outputs could have negative or positive influences on the boreal toad. For example, the Conservation Strategy notes that one of the primary influences of fire in boreal toad habitat involves the burning of small diameter (7-10") ground fuels and slash piles that toads may use as refugia sites. Positive influences can occur if fire stimulates the growth of the shrub component used in upland sites (Loeffler et al. 2001). Potential positive or negative influences cannot be predicted at this time because Wildland Fire Use is not a planned output.

BLM_0031703

**Action Alternatives:  Alternative B-D**

***Direct/Indirect Effects:***  As displayed in Table BE-27, the projected timber harvest output in spruce-fir and cool-moist mixed conifer forest in Alternatives B, C, and D varies from about 40 acres (Alternative C) to 175 acres (Alternative B) to 400 acres (Alternative D).  Overall, little difference exists between the alternatives because all of the outputs represent a minimal amount of the forest cover types involved, and potential impacts would only be possible around water bodies.  New road construction is not associated with Alternatives B or C, but is proposed in Alternative D. As is consistent with the active management theme, Alternative D also offers the greatest amount of projected timber output and greatest amount of area where this activity may occur.  However, all alternatives influence less than one-tenth of the cover type and are expected to have no minimal effects on boreal toad habitat.

All action alternatives offer fewer potential disturbances than the no action from summer motorized recreation because of decrease in the amount of permitted motorized use area.  Consistent with their themes, Alternative C offers the fewest motorized acres while Alternative D offers the highest amount of acreage.  Alternative B offers a balance between the two other action alternatives, but also provides less potential disturbance than the no action.

As displayed in Table BE-27, Alternative B maintains the same permitted numbers and area for domestic sheep as Alternative B, currently set at 8,754 AUMs and 87,858 acres. The exception to this would involve closures of several small allotments that are difficult to manage administratively.  No difference in risk or protective measures concerning potential boreal toad habitat is expected from these changes, and potential effects would be similar to Alternative A. Alternative C reduces sheep numbers and allotment area to 6,456 AUMs and 73,113 acres.  This alternative would permanently close several sheep allotments, primarily to avoid potential conflicts with bighorn sheep. This alternative may reduce the amount of potential habitat influenced, but is expected to have any measurable difference in regards to protection of habitat for the boreal toad. Alternative D allows more livestock grazing than any other alternative, and increases sheep numbers and allotment area to 21,783 AUMs and 239,230 acres.  All currently vacant sheep allotments could be filled under this alternative.  Alternative D would therefore require more management attention to assure that livestock do not damage potential habitat for the boreal toad.

As with the no action, it is estimated that Wildland Fire Use may be used as a management tool on 1 to 30,000 acres in all action alternatives.  The amount of area potentially used for Wildland Fire Use is not dependent upon which alternative is selected, and no differences are expected.

***Cumulative Effects:***  The boreal toad has significantly declined through portions of its range in Colorado, Utah, and Wyoming.  Colorado currently has four known metapopulations of toads and a few smaller outlying populations, one of which is the on the Rio Grande National Forest.  Thus, a once common species is now reduced to about 50 known breeding localities in Colorado (Jones 2003).  All historic populations on the San Juan National Forest appear to have disappeared since the early 1980's.  In Wyoming, the boreal toad currently exists as one breeding colony in one county.  In New Mexico, the boreal toad may be extirpated or reduced to one small breeding population.  These declines are not thought to be strongly associated with habitat conditions, but rather to a larger issue that may be an early indicator of other types of environmental degradation at a global scale (Jones 2003).  For example, the recent discovery of chytrid fungus (*Batrachochytrium dendrobatidis*) in some boreal toad populations in Colorado may be contributing to their decline.  Samples taken from 43 sites in Colorado during 2000 to 2001 indicated that approximately 9 percent of 213 boreal toads tested chytrid positive (Livo 2002).  This fungus has now been identified in boreal toads from over a dozen Colorado populations and evidence suggests that this pathogen was responsible for the declines documented in the late 1970's and early 1980's.

Interagency efforts are currently underway to learn more about chytrid fungus and halt its spread.  A captive-breeding program has also been established that can be used to reintroduce boreal toads back into suitable former habitat areas.  The habitat condition on the San Juan National Forest and other Forests remains in excellent condition to reintroduce the species as appropriate.  The state Recovery Plan and the interagency Conservation Plan and Agreement are both expected to minimize any potential cumulative effects on the boreal toad.

BLM_0031704

**c) Determination:** All Plan Revision alternatives, including Alternative A, "**may adversely impact individuals (boreal toads), but would not likely result in a loss of viability on the Planning Area, nor cause a trend to federal listing or a loss of species viability rangewide.**" The rationale for this determination is as follows:

- The boreal toad has significantly declined within its former habitat in Colorado, and all historic populations on the San Juan National Forest have disappeared.

- All alternatives are associated with activities and outputs that may have potential influences on previously occupied habitat. However, chytrid fungus has now been identified as the most likely cause for the widespread disappearance of the boreal toad.

- Habitat is suitable and expected to remain suitable for potential reintroduction is the future.

## Northern leopard frog *(FS sensitive)*

**a) Natural History and Background:** The Northern leopard frog (NLF) (*Rana pipiens*) is a medium-sized frog with an adult body length that typically ranges from 5 to 9 cm (2 to 3.5 inches) with a maximum of 11 cm (4.3 inches) (Hammerson 1999). It is usually green in color, although some may be a light brown. Its back is covered with round or oval dark spots, creating a pattern that gives this frog its name. The call is described as a "chuckling", "gabbling" or snoring sound.

The range of the NLF includes much of the southern half of Canada and the northern U.S. south to Maryland, West Virginia, Kentucky, northern Illinois, northwestern Missouri, Nebraska, New Mexico, Arizona and eastern California (Hammerson 1999). The northern extent of the range in Canada is poorly known (Smith 2003). Within Colorado the NLF occurs throughout much of the state, although most occurrences are in the western half of the state including the Front Range. On the eastern plains it occurs in more spotty distribution with populations associated primarily with major drainages systems (Hammerson 1999).

During the summers of 1994-1998 the San Juan National Forest conducted amphibian surveys in suitable amphibian breeding habitats across the Forest, including suitable leopard frog habitat. The available District records from these surveys were incomplete. Northern leopard frogs were determined to be present on at least six sites on National Forest System lands of SJPL on the Dolores District and sixteen sites on the Pagosa District. No records were available for the Columbine District. These surveys apparently sampled only a portion of the available suitable habitat within different elevational zones and did not include all suitable habitats on the Forest. Therefore, it is likely that other local populations exist on the Forest that were not identified during the 1994-1998 surveys.

The habitats used by the NLF are varied across its range. In Colorado it is reported to range in occurrence from below 3,500 feet in northeastern Colorado to above 11,000 feet in southern Colorado (Hammerson 1999). Merrell and Rodell (1968) describe three major habitat divisions: winter habitat (lakes, streams and ponds), summer habitat (post-breeding areas including upland habitats for feeding), and egg/tadpole habitat (shallow breeding ponds). Although aqueous habitats are a central feature in the frog's cycles of life, it may range a considerable distance from natal and breeding areas to a variety of other habitat types. Typical aqueous features used by the NLF include wet meadows and the banks and shallows of marshes, glacial kettle ponds, beaver ponds, lakes, reservoirs, streams and irrigation ditches (Hammerson 1999). Streams are often used as dispersal corridors, but upland areas are also used.

Suitable breeding habitat for the NLF on the Forest would be found in streams, natural lakes and ponds, glacial kettles, stock ponds and reservoirs, marshes and wetlands. Post-breeding habitat would be found along the edges of these features as well as the surrounding upland habitats (generally within 2 miles). Wintering habitat would be found in streams, ponds, and lakes that do not completely freeze during winter and do not have substantial populations of predaceous fish.

Larvae of the NLF are primarily vegetarian gaining sustenance by filtering free-floating algae from their surrounding waters . However, they have been observed feeding on dead animal material including conspecifics. Adults and sub-adults are carnivorous and primarily insectivorous, although they have been described as generalists that will "consume anything that moves and is small enough to swallow." Beetles and grasshoppers may make up a large portion of their diets. Other common prey includes flies, wasps and bees, and spiders. Studies

BLM_0031705

on stomach contents have also found mollusk, crustaceans, garter snakes, hummingbirds and a yellow warbler (Smith 2003).

Loss or degradation of breeding habitat can occur through changes in hydrology or water quality. Other factors include habitat fragmentation, predation, disease, sensitivity to UV radiation, and recruitment into the population.

**b) Effects Analysis:** Plan Revision activities that could potentially influence the northern leopard frog primarily involve fluid minerals development, livestock grazing, motorized recreation, water management, and wildlife management activities (i.e. watershed, riparian, and aquatic habitat improvements).

### Alternative A:  No Action

*Direct/Indirect Effects:*  The northern leopard frog occurs in several locations on the San Juan National Forest in lower-elevation water bodies.  Table BE-28, below, displays differences in Plan Revision outputs that may influence the species on San Juan Public Lands.

**Table BE-28:  Activities and Projected Outputs that could Potentially Influence the Northern Leopard Frog, by Alternative.**

| Fluid Minerals Acreage Available & Stipulated | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| * Acres Not Available | 504, 622 | 535,645 | 535,645 | 535,645 |
| * Acres Open for Leasing | 2,136,779 | 2,108,476 | 2,108,476 | 2,108,476 |
| * No Surface Occupancy | 219,011 | 965,422 | 965,422 | 920,484 |
| * Controlled Surface Use | 294,515 | 183,058 | 183,058 | 195,642 |
| * Timing Limitations | 246,214 | 495,461 | 495,461 | 513,724 |
| Livestock Grazing (Cattle AUMs  Only) | | | | |
| * Premitted AUMs (FS) | 115,312 | 115,312 | 112,554 | 117,791 |
| * Suitable Acres on Active Allotments (FS) | 654,837 | 654,837 | 626,722 | 694,321 |
| Motorized recreation (Acres, Summer  Travel) | | | | |
| * Roaded natural | 957,909 ac. | 647,407ac. | 569,731 ac. | 699,274 ac. |
| * Semi-primitive motorized | 414,152 ac. | 746,407ac. | 595,821 ac. | 779,219 ac. |
| * Semi-primitive non-motorized | 433,277 ac. | 433,520 ac. | 133,994 ac. | 351,735 ac. |
| * Primitive | 486,844 ac. | same as winter | 530,861 ac. | 0 ac. |
| * Primitive Wilderness | 0 ac. | same as winter | same as winter | same as winter |
| Riparian & Watershed Improvements | 152 ac. | 152 ac. | 410 ac. | 179 ac. |

Alternative A offers approximately 28,300 more acres open to leasing than any of the action alternatives. Alternative A also offers fewer protective lease stipulations than any of the action alternatives, with approximately 700,000 to 746,000 fewer lease acres stipulated with a No Surface Occupancy (NSO). Therefore, Alternative A most likely has a greater risk of impacting the northern leopard frog because it is associated with greater development, fewer strict protective measures, and the species overlaps where fluid minerals development may occur.  Although conservation measures to protect water quality and riparian

BLM_0031706

habitat are present in Alternative A, possible impacts to individuals cannot be completely discounted. Under the "no new lease" scenario only the existing lease areas have potential for development under this alternative resulting in fewer acres of potential influence to the species.

The effect of livestock grazing on riparian areas, water quality, and upland habitats is well documented (Buckhouse and Gifford 1976, Kauffman and Krueger 1984, Krueper 1992, Belskey and Uselmann 1999, etc.). These effects include sedimentation, degradation of water quality, direct trampling, and changes in vegetation and/or moisture retention capacity and may affect breeding habitat, migration habitat and/or over-wintering habitat for northern leopard frogs (Smith 2003). Because the leopard frog occurs primarily at lower elevations, its range would primarily overlap areas used for cattle grazing.

Alternative A continues the current range management practices under the current management plans for both the Forest Service and BLM. Cattle grazing on Forest Service lands are continued at 115,312 AUMs on approximately 655,000 acres. Cattle grazing influences have riparian zones on the SJNF and have therefore had potential negative influences on potential habitat for the northern leopard frog. The Plan Revision components developed for amphibians and other riparian associated species are intended to minimize impacts to riparian areas. Although improvements continue to be made, there is a potential that impacts to individual habitats and/or frogs could occur in some areas.

Road related mortality of juvenile northern leopard frogs is well documented (numerous authors in Smith 2003). Significant road mortality of emergent adults migrating to their breeding ponds has also been noted (Nussbaum et al. 1983). Roads may also be associated with factors such as sedimentation and the run-off of toxic compounds that can also affect aquatic communities (Welsh and Oliver 1998, Trombulak and Frissell 2000). Alternative A offers more high-use recreation areas than any of the action alternatives, including areas suitable for motorized recreation. This difference could potentially allow greater impacts to riparian areas that offer potential habitat for the northern leopard frog.

Riparian and watershed improvements may benefit potential habitat for the northern leopard frog if the activity occurs in or near occupied or potential habitat. Examples of this activity could include fencing or correcting erosion problems that have occurred from past activities. The outputs for this activity are projected at 152 acres in both Alternative A and B, and expected to have similar potential benefits.

**Action Alternatives:  Alternative B-D**

*Direct/Indirect Effects:*  As displayed in Table BE-28, Alternative B, C and D offer fewer potential impacts from oil and gas development because they offer fewer acres of potential lease area. The action alternatives also offer greater protective lease stipulations, with approximately 746,000 more acres stipulated with a NSO in Alternatives B and C, and approximately 700,000 more acres in Alternative D. The fewer amounts of available lease acres and greater amount of protective lease stipulations suggest that fewer potential impacts to riparian habitats, amphibians, and other associated species may be associated with the action alternatives. Still, some potential impacts may still occur and influence habitat components or impact individual leopard frogs. Under the "no new lease" scenario only the existing lease areas have potential for development under these alternatives resulting in fewer acres of potential influence to the species.

Alternative B maintains the same permitted numbers and area for domestic livestock grazing as Alternative A, currently set at 115,312 AUMs and 654,837 acres. No difference in risk or protective measures for the leopard frog is expected under this alternative. Alternative C reduces livestock numbers and allotment area to 112,554 AUMs on 626,722 acres. This alternative has the potential to reduce potential impacts to leopard frogs if the differences involves occupied or potential habitat. Alternative D allows more livestock grazing than any other alternative, and increases livestock numbers and allotment area to 117,791 AUMs on 694,321 acres. Alternative D may therefore require more management attention to assure that domestic livestock are not impacting riparian habitat attributes that are important to the leopard frog and other associated species.

All action alternatives offer fewer potential disturbances than the no action from summer motorized recreation because of decrease in the amount of permitted motorized use area.   Consistent with their themes, Alternative C offers the fewest motorized acres while Alternative D offers the highest amount of acreage.  Alternative B offers a balance between the two other action alternatives, but also provides less potential disturbance than the no action.  Potential benefits to the northern leopard frog are expected to be associated with Alternatives B and C, with perhaps a higher risk of impact in Alternative D.

BLM_0031707

Riparian and watershed improvements of potential benefit to the Nokomis fritillary butterfly would occur on over twice as many acres (410) in Alternative C as proposed in Alternative A or B.  Alternative D also slightly exceeds the former two alternatives in watershed restoration activities.  Potential benefits are therefore expected to be highest with Alternative C and D.

*Cumulative Effects:*   The northern leopard frog has significantly declined throughout most portions of its range, with populations in the western United States apparently declining at a quicker rate than those in the east (Smith 2003).  The northern leopard frog has also experienced significant declines in Colorado (Hammerson 1999).  Introduced predators and habitat have been indicated as causes in some areas.  However, as with all amphibians, the causes are complex and may involve several factors.  Currently, it is believed that anthropogenic stressors may be related to the declines and causing some amphibian species to be more susceptible to infectious diseases (Carey et al. 1999, Smith 2003).

The conservation measures included in the Plan Revision are expected to be adequate for protecting most of the habitat elements required by the northern leopard frog.  Given the significant decline in their populations, however, special management attention may be warranted in areas that still retain existing and high-potential breeding habitat.

c) **Determination:**  All Plan Revision alternatives, including Alternative A, "**may adversely impact individuals (northern leopard frogs), but would not likely result in a loss of viability on the Planning Area, nor cause a trend to federal listing or a loss of species viability rangewide.**"  The rationale for this determination is as follows:

- The northern leopard frog has significantly declined within its former habitat in Colorado, indicating a conservation concern.

- Several populations of the northern leopard frog still occur on the San Juan National Forest.

- All alternatives are associated with activities and outputs that may have potential influences on the species.

- All potential impacts are expected to be site-specific and limited to individuals, if they occur at all.

# Reptiles

## Desert Spiny Lizard *(BLM sensitive)*

a) **Natural History and Background:**  The desert spiny lizard (*Sceloporus magister*) is found in the south western United States from Texas to California.  Well distributed and stable populations occur throughout most of the lizards range.  The periphery of its range extends into extreme southwest Colorado within Montezuma and Dolores counties (NatureServe, 2007).  Colorado populations are not wide spread and are classified as S2 (vulnerable) on NatureServe.  This lizard inhabits arid and semiarid regions, from plains to lower mountain slopes.  Habitat in Colorado includes shrub covered dirt banks and sparsely vegetated rocky areas near flowing streams.  The species prefer soft soils beneath greasewood, rabbit brush, salt cedar, and other shrubs and are also frequently perched on large rocks or large shrubs or trees.  Food consists mainly of insects and occasionally small lizards and vegetation.  No major threats have been identified for the species (Hammerson, 1999).

b) **Effects Analysis:**  Plan Revision activities that could potentially influence the desert spiny lizard primarily involve motorized recreation.

### Alternative A:  No Action

*Direct/Indirect Effects:*  The range of the desert spiny lizard in Colorado occurs in a small area in the extreme southwest corner of the state.  Small scattered parcels of BLM land occur in this area and may therefore overlap a portion of its range. The species is fairly common where it occurs, populations appear to be stable, and there are no known threats identified (Hammerson 1999).  These areas are outside the Paradox Basin and the primary areas where oil and gas development could occur.  Motorized travel is probably the primary activity that could potentially influence this species. Differences in this activity by alternative are displayed below in Table BE-29.

---

BLM_0031708

**Table BE-29:  Activities and Projected Outputs that could Potentially Influence the Desert Spiny Lizard, by Alternative.**

| Motorized recreation (Acres, Winter Travel) | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| * Roaded natural | 696,652 ac. | 544,617 ac. | 486,765 ac. | 644,084 ac. |
| * Semi-primitive motorized | 683,371 ac. | 402,285 ac. | 232,249 ac. | 628,249 ac. |
| * Semi-primitive non-motorized | 440,948 ac. | 879,149 ac. | 580,347 ac. | 556,288 ac. |
| * Primitive | 0 ac. | 2,632 ac. | 530,865 ac. | 0 ac. |
| * Primitive Wilderness | 536, 290 ac. | 536,291 ac. | 536,291 ac. | 536,291 ac. |
| Motorized recreation (Acres, Summer Travel) | | | | |
| * Roaded natural | 957,909 ac. | 647,407ac. | 569,731 ac. | 699,274 ac. |
| * Semi-primitive motorized | 414,152 ac. | 746,407ac. | 595,821 ac. | 779,219 ac. |
| * Semi-primitive non-motorized | 433,277 ac. | 433,520 ac. | 133,994 ac. | 351,735 ac. |
| * Primitive | 486,844 ac. | same as winter | 530,861 ac. | 0 ac. |
| * Primitive Wilderness | 0 ac. | same as winter | same as winter | same as winter |

Based on existing life history and conservation status information, the risk of impact to the desert spiny lizard in any alternative appears to be minor.  However, it is possible that Alternative A provides a higher risk of impact to individuals because there is more "suitable opportunity" land for motorized travel on BLM lands.  A higher amount of travel and human activity area could potentially damage soils, vegetation, or other habitat components utilized by the species.

**Action Alternatives:  Alternative B-D**

***Direct/Indirect Effects:***  All action alternatives reduce potential impacts from motorized travel in a similar manner in potential habitat for the desert spiny lizard.  All alternatives tighten the boundaries on the amount of "suitable opportunity" land for motorized travel on lands administered by the Dolores Field Office.  Travel is restricted to areas that already have existing and desirable motorized routes, and identify areas without existing routes as unsuitable.  Although travel impacts to individual lizards may still occur, it is likely that these travel management actions will reduce the amount of conflict that could potentially occur to individual lizards and their important habitat components.

***Cumulative Effects:***  The desert spiny lizard appears to be fairly common within its restricted range in Colorado, and no specific threats have been identified (Hammerson 1999).  As with other desert species, it is possible that some human activities have influenced the desert spiny lizard.  However, no cumulative impacts have been identified and acuities on SJPL are not expected to contribute to negative impacts.  Although speculative, it is possible that some indirect benefits to individuals could be associated with planned travel management actions.  Some impacts may still occur from designated travel routes.

**c) Determination:**  All Plan Revision alternatives, including Alternative A,  **"may adversely impact individuals (desert spiny lizards), but would not likely result in a loss of viability on the Planning Area, nor cause a trend to federal listing or a loss of species viability rangewide."**  The rationale for this determination is as follows:

- The desert spiny lizard has a very small range in Colorado, and limited habitat on the SJPL.

---

BLM_0031709

- Primary habitat for this species on the SJPL is most likely restricted to isolated BLM parcels in the southwest corner of the state. These parcels are remote and probably not highly utilized by the public.

- Potential impacts to individuals cannot be completely discounted because of some planned activities such as motorized travel.

## Longnose Leopard Lizard (BLM sensitive)

**a) Natural History and Background:** The long-nosed leopard lizard (*Gambelia wislizenii*) is found throughout much of the western United States from Texas through Arizona and California, northward into Idaho and Oregon. Well distributed and stable populations occur throughout most of the lizards range. The periphery of its range extends into western Colorado (NatureServe, 2007). Colorado populations are not wide spread and classified as S1 (critically imperiled) on NatureServe. Leopard lizards inhabit flat or gently sloping shrublands with a large percentage of open ground. Habitat in Colorado includes shrub and semi desert shrublands. Leopard lizards are most common where the ground surface between shrubs is bare or sparsely vegetated. These lizards occur where soil mounded at the base of shrubs is riddled with rodent burrows, which is used as nighttime and winter refuges. Diet consists mainly of insects and other lizards, occasionally small rodents and some vegetation matter is also ingested. Threats include habitat loss and degradation resulting from agriculture, commercial and residential development and invasion of exotic herbaceous plants (Hammerson, 1999).

**b) Effects Analysis:** Plan Revision activities that could potentially influence the longnose leopard lizard primarily involve fluid minerals development, and motorized/non-motorized recreation.

### Alternative A: No Action

*Direct/Indirect Effects:* The longnose leopard lizard has a relatively low reproductive rate and exhibits low population density. In Colorado, their range is limited and their populations are localized. Primary impacts to this species are believed to be associated with agriculture and residential development. However, the introduction and spread of exotic cheatgrass has probably also influenced habitat quality because the species prefers sparse vegetation for locomotion. Although their range is limited and their populations localized in Colorado, this species range could overlap planned activities such as oil and gas development and motorized/non-motorized recreation. Differences in these outputs by alternative are displayed below in Table BE-30.

BLM_0031710

**Table BE-30:  Activities and Projected Outputs that could Potentially Influence the Longnose Leopard Lizard, by Alternative**.

| Fluid Minerals Acreage Available & Stipulated | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| * Acres Not Available | 504, 622 | 535,645 | 535,645 | 535,645 |
| * Acres Open for Leasing | 2,136,779 | 2,108,476 | 2,108,476 | 2,108,476 |
| * No Surface Occupancy | 219,011 | 965,422 | 965,422 | 920,484 |
| * Controlled Surface Use | 294,515 | 183,058 | 183,058 | 195,642 |
| * Timing Limitations | 246,214 | 495,461 | 495,461 | 513,724 |
| * Standard Lease Terms | 1,377,039 | 488,591 | 488,591 | 502,938 |
| Motorized recreation    (Acres, Winter  Travel) | | | | |
| * Roaded natural | 696,652 ac. | 544,617 ac. | 486,765 ac. | 644,084 ac. |
| * Semi-primitive motorized | 683,371 ac. | 402,285 ac. | 232,249 ac. | 628,249 ac. |
| * Semi-primitive non-motorized | 440,948 ac. | 879,149 ac. | 580,347 ac. | 556,288 ac. |
| * Primitive | 0 ac. | 2,632 ac. | 530,865 ac. | 0 ac. |
| * Primitive Wilderness | 536, 290 ac. | 536,291 ac. | 536,291 ac. | 536,291 ac. |
| Motorized recreation    (Acres, Summer  Travel) | | | | |
| * Roaded natural | 957,909 ac. | 647,407ac. | 569,731 ac. | 699,274 ac. |
| * Semi-primitive motorized | 414,152 ac. | 746,407ac. | 595,821 ac. | 779,219 ac. |
| * Semi-primitive non-motorized | 433,277 ac. | 433,520 ac. | 133,994 ac. | 351,735 ac. |
| * Primitive | 486,844 ac. | same as winter | 530,861 ac. | 0 ac. |
| * Primitive Wilderness | 0 ac. | same as winter | same as winter | same as winter |

None of the alternatives, including Alternative A, are expected to have much influence on localized populations of the longnose leopard lizard.  However, it is possible that Alternative A may be associated with a higher risk of impacting individuals because of oil and gas development and motorized travel.  For example, oil and gas development in and around the Dolores River Canyon area and the Paradox Basin could potentially influence more lizard habitat because more acres are available for leasing.  There are also fewer restrictive stipulations associated with this alternative, such as No Surface Occupancy stipulations, that could result in greater habitat disturbance.  However, the extent of potential disturbance is speculative because the exact locations of future developments are unknown.  Under the "no new lease" scenario only the existing lease areas have potential for development under these alternatives resulting in fewer acres of potential influence to the species.

BLM_0031711

It is possible that Alternative A provides a higher risk of impact to individual longnose leopard lizards because there is more "suitable opportunity" land for motorized travel in potential habitat areas such as the Canyons area and the Dolores Field Office. A higher amount of travel and human activity area could potentially damage soils, burrows, or other habitat components utilized by the species.

**Action Alternatives: Alternative B-D**

*Direct/Indirect Effects:* It is probable that there is no measurable difference between the action alternatives in regards to potential influences on the longnose leopard lizard. All action alternatives provide potential benefits over the no action. These benefits include a reduction in available lease areas in the Paradox Basin (Alternative C), and more protective lease stipulations in all action alternatives. It is assumed that the amount of potential habitat disturbance will therefore also be reduced. Under the "no new lease" scenario only the existing lease areas have potential for development under these alternatives resulting in fewer acres of potential influence to the species.

All action alternatives reduce potential impacts similarly from motorized travel in potential longnose leopard habitat. All alternatives tighten the boundaries on the amount of "suitable opportunity" land for motorized travel in the Canyons area and on the Dolores Field Office. Travel is restricted to areas that already have existing and desirable motorized routes, and identify areas without existing routes as unsuitable. Although travel impacts to individual lizards may still occur, it is likely that these travel management actions will reduce the amount of conflict that could potentially occur to individual lizards and their important habitat components.

*Cumulative Effects:* Hammerson (1999) notes that the longnose leopard lizard has most likely declined from some portions of its range in Colorado. The primary reasons for this involve human developments associated with agriculture and residential developments. The spread of exotic species such as cheatgrass may also be a factor. These types of developments are expected to continue and perhaps expand into areas utilized by the leopard lizard. Some planned activities on SJPL, such as oil and gas development, may contribute to localized impacts to lizard habitat. While Alternatives A through D include both current and projected new leases, the "no new lease" scenario only includes current leases under each of the Alternatives. Other planned activities, such as travel management restrictions, should benefit species such as the leopard lizard. Planned activities should also help reduce the spread of exotic species such as cheatgrass through better control of actions that promote the spread of such species. Because of these actions, and the small localized populations of leopard lizards, no measurable cumulative effects are anticipated.

**c) Determination:** All Plan Revision alternatives, including Alternative A, "**may adversely impact individuals (longnose leopard lizards), but would not likely result in a loss of viability on the Planning Area, nor cause a trend to federal listing or a loss of species viability rangewide.**" The rationale for this determination is as follows:

- The longnose leopard lizard has limited habitat on the SJPL, and occurs as small, localized populations.

- Primary habitat for this species is often remote and not highly utilized by the public.

- Potential impacts to habitat or individuals on SJPL are generally localized and probably does not have much influence on populations.

- Potential impacts to individuals cannot be completely discounted because of some planned activities such as oil and gas development and motorized travel.

# FISH

*Gila robusta* (**Roundtail Chub**)

**Distribution**

The roundtail chub is an endemic species to the Colorado River Basin in Colorado and Wyoming (Rees, Ptacek, and Miller 2005). Historically, roundtail chubs were known to commonly occur in most medium to large tributaries of the Upper Colorado River Basin (Vanicek 1967, Holden and Stalnaker 1975, Joseph et al 1977). Roundtail chubs historically occur in lower elevation streams, including the Colorado, Dolores, Duchesne,

BLM_0031712

Escalante, Green, Gunnison, Price, San Juan, San Rafael, White, and Yampa rivers (Bezzerides and Bestgen 2002).

The roundtail chub is not restricted to large rivers within the Colorado River Basin. Populations currently exist in western Colorado and southcentral Wyoming. Miller and Rees (2000) described historical and recent accounts of roundtail chub in the mainstream of the San Juan River and various tributaries in the southwestern portion of Colorado and in New Mexico. These tributaries include the Animas, Florida, La Plata, and Mancos rivers as well as Navajo Wash (tributary of the Mancos River).

The current distribution of roundtail chub on Federal lands in Colorado appears to be very limited. However, the San Juan Public Lands contain a documented population of roundtail chubs (Gerhardt, 2003, pers com); this population occurs in the Dolores River, downstream from McPhee Reservoir, Colorado. Several roundtail chub populations exist in tributary streams immediately downstream of Federal lands in Colorado. These tributary streams include Divide Creek and Rifle Creek (tributaries to the Colorado River), Elkhead Creek (tributary to the Yampa River), and Florida River, La Plata River, and Los Pinos River (San Juan River drainage).

**Reason for Concern**

Roundtail chubs have been extirpated from 45% of their total historical habitat, especially portions of the Price, San Juan, Gunnison, and Green rivers (Bezzerides and Bestgen, 2002). A decline in populations has been observed in the Animas, Green, Gunnison, Salt, San Juan, White, and Yampa rivers (Minckley 1973, Platania 1990, Wheeler 1997, Lentsch et al 1998, Propst and Hobbes 1999, Bestgen and Crist 2000, Miller and Rees 2000).

The decline in roundtail chub populations can be attributed with the construction of dams and reservoirs between the 1930's and 1960's, introduction of non-native fishes, and removal of water from the Colorado River system (Rees, Ptacek, and Miller 2005). Dams, impoundments, and water use practices (eg., diversion ditches) are probably the major reasons for modified natural river flows and channel characteristics in the both mainstem rivers and tributary streams. Dams on the mainstem rivers have segmented the river system, blocking spawning migrations, and changing flows and temperatures (eg., conversion of warm water habitat to cold water habitat). Other water use and development projects have reduced or eliminated suitable habitat due to water depletions and reduced stream flows. Major changes in species composition have occurred with the introduction of non-native species. The decline of roundtail chub seems related to predation, competition, or other behavioral interactions with non-native fishes. Alterations in the natural fluvial environment from land management activity has exacerbated this problem (USFWS 1995).

**Life History**

Roundtail chubs evolved in the Colorado River Basin below an elevation of of approximately 7500 ft. Most reaches of this system receive heavy sediment loads and high annual peak flows that contrast with low base flows. Little is known about the specific influence of these annual events, but healthy roundtail chub populations have persisted in habitats with a wide range of annual flows, sediment transport, and even sediment deposition, providing that these physical events are associated with a natural flow regime (Rees, Ptacek, and Miller 2005).

Roundtail chub live in big rivers and tend to occupy slow-moving waters (Woodling 1985). Murky, rather than clear, water is sought (Sigler and Sigler 1996). Rountail chub are often found in stream reaches that have a complexity of pool and riffle habitats (Bezzerides and Bestgen 2000). Juveniles and adults are typically found in relatively deep, low-velocity habitats that are often associated with woody debris or other types of cover (Vanicek and Kramer 1969, McAda et al 1980, Miller et al 1995, Beyers et al 2001, Bezzerides and Bestgen 2002). Sigler and Sigler (1996) reported that substate in roundtail chub habitat may range from rock and gravel to silt and sand. Temperature tolerance of roundtail chub has been reported up to 39 oC, but temperature preference ranges between 22 and 24 oC (Weitzel 2002).

The life history phases that appear to be most critical for the roundtail chub include spawning, larvae development, and feeding of the young through the first year of life. In most Colorado River tributaries, natural spawning is initiated on the descending limb of the annual hydrograph as water temperatures approach 18-20oC (Bezzerides and Bestgen 2002). Spawning occurs from July 1 to September 1, although high flow water years may suppress temperatures and extend spawning into September. Conversely, during low flow years when water warms earlier, spawning may occur in late June (USFWS 1995). Depending on water temperature, eggs usually hatch within four to 15 days after spawning.

BLM_0031713

There is a downstream drift of larvae following hatching (Haines and Tyus 1990). Drifting occurs primarily after mid-July and appears to become more frequent as water temperatures initially increase. From late summer through fall, young of the year roundtail chub prefer natural backwater areas of zero to low velocity.

Very little information is available on the influence of turbidity on the sensitive Colorado River fishes. It is assumed that turbidity is important particularly as it affects the interaction between introduced fishes and the endemic Colorado River fishes. Because these endemic fishes have evolved under natural conditions of high turbidity, it is probable high turbidity is important. Reduction of turbidity may enable introduced species to gain a competitive edge which could further contribute to the decline of roundtail chub (USFWS 1995).

**Direct and Indirect Impacts For All Alternatives**

The anticipated levels of land management activities that are associated with each alternative are displayed in Chapter 2 of this EIS.

Except for some general area descriptions for oil and gas leasing and development (eg., San Juan Sag east of Pagosa Springs and Paradox Basin in the Glade area on the western side of the Unit) uranium and vanadium exploration and development (western Dolores Ranger District/Field Office), and a few other activities, specific locations and details for many management actions are unknown. Although most historic management activities (eg., livestock grazing, etc) will continue to occur in the general vicinity that they are now occurring, precise effects cannot be determined until the location, timing, size, and exact design of the projects are known. As a result, these effects on sensitive fish species are discussed in general terms.

Areas on the Unit with salinity issues, high road densities, and/or sensitive to disturbance (eg., Dolores River watershed) are identified in Chapter 3.3 ("Water" Section) of this EIS. This information is factored into the effects analysis that follows.

Desired Conditions, Objectives, Design Criteria, and Guidelines from the accompanying Forest Plan/RMP Revision that pertain to each sensitive fish species are identified in Appendix M, Table M.2 of this EIS. These Revision components apply to all alternatives and help minimize impacts on aquatic species. They also include Forest Service and BLM manuals and handbooks, such as the Forest Service's Watershed Conservation Practices Handbook and BLM's Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development, which prescribe extensive measures that apply to certain management activities that protect soil, riparian, and aquatic resources.

As previously stated, water diversions and depletions have had the greatest effect on roundtail chubs and other warm water sensitive fish species. Water diversions and depletions occur as a result of municipal and domestic uses, water storage, irrigation, stock ponds, transbasin diversions, snowmaking, and numerous other reasons. The effects from water use and development projects (including diversion ditches, storage reservoirs, pipelines, wells, etc) are reduced or eliminated stream flows and reduced or eliminated fishery habitat that is not available for use. Water depletions reduce peak flow and durations. This causes losses of backwater pools for spawning and rearing. It also reduces suspended sediments which may confer a competitive advantage on non-native species. Additional impacts include increased stream temperatures and reduced dissolved oxygen levels. These effects could be more pronounced during periods of natural cyclic flow reductions (in fall and winter) or during summer months in a drought.

The effects from water use and development projects would likely be moderately adverse to roundtail chubs immediately downstream from these projects found in the Dolores, Mancos, LaPlata, Animas, Florida, Los Pinos, and San Juan rivers or their major tributaries (Navajo Wash for the Mancos River) at the lower elevations of the San Juan Public Lands under all alternatives. The impacts of reduced or eliminated fishery habitat would result from water depletions and reduced stream flows. The impacts are not expected to vary between alternatives since the demand for water use authorizations are driven by proponents rather than by San Juan Public Land's programs or budgets. Because the effects of water use and development projects are speculative, more precise effects cannot be determined until the location, timing, size, and exact design of the projects are known.

BLM_0031714

Livestock grazing can degrade in-stream habitat and water quality. Effects generally are increased sedimentation, increased stream temperatures, and fecal/bacteria contamination. The effects from livestock grazing and big game use under all alternatives may adversely affect specific individuals but would overall be minor for the populations of the roundtail chub. Because of the lag time to influence existing conditions, Alternative C with its reductions in suitable and available livestock grazing areas may reduce grazing effects on fisheries from the present conditions in the long-term, but not in the short-term. For Alternative D with its increases in suitable and available livestock grazing areas, grazing may increase effects on these fisheries from the present in the long-term, but not in the short-term. Although there will be localized improvements in grazing management and implementation of rangeland health improvement projects, the impacts of sediment and increased water temperatures on fishery habitat quality should continue.

The effects of roads are primarily through sediment production. Heavy sediment loads can reduce pool depths, bury stream substrates and spawning gravels, adhere to aquatic insects and the gills of fish, alter channel form and function, and result in other forms of habitat degradation. Improperly placed, shaped, and sized culverts can act as fish barriers on key streams or exacerbate erosion and cause head-cutting.

Generally, the effects from roads may adversely affect specific individuals but overall would be minor for the populations of roundtail chubs found in the LaPlata, Animas, Florida, Los Pinos, and San Juan rivers and their tributaries at the lower elevations of the San Juan Public Lands under all alternatives. Specific projects with new road construction in the Dolores or Mancos river drainages (including the Navajo Wash drainage) could likely result in moderately adverse effects to the roundtail chub because of the salinity issues and higher sediment production from these sensitive watersheds. Again, since the exact details for these projects are unknown presently, the impacts continue to be speculative.

There is some indication that oil and gas resource potential may result in leasing and exploration east of Pagosa Springs in the San Juan Sag and on the national forest portion of the Paradox Basin (in the Glade area). Exploration could include about two wildcat wells per year in the San Juan Sag and initially up to nine wildcat wells per year in the national forest portion of the Paradox Basin (see Chapter 2 of this EIS). For those two areas together, approximately 45 acres per year may be disturbed from well pads, roads, etc. If paying quantities of gas are discovered in the San Juan Sag and national forest portion of the Paradox Basin, then as many as 140 production wells are projected. The impacts to fisheries and aquatic species from oil and gas leasing and development are primarily from reduced stream flows over time (via dewatering gas-producing rock formations) and subsequently reduced fishery habitat available for use, sediment production and the resulting degraded fishery habitat, and the potential for contamination by petroleum products, drilling mud, and other contaminants.

Another concern for aquatic resources with oil and gas development would be water depletion. Water can be removed from the ecosystem by two ways. First, small amounts of water will be used during the drilling process. Typically, this water is hauled on-site by water trucks and removed as a waste sludge. This water usage occurs with all well drilling operations. Second, water can be depleted during coalbed methane gas field development and production. Here, water is produced or pumped from the coal seams in order to release the pressure on the methane gas tied-up in the coal and allow it to flow. This water is transported to a disposal well for re-injection into a formation several thousand feet lower than where it was removed. Because of connectivity of this produced groundwater to surface water streams, coalbed methane gas production may affect streamflow. For the San Juan Sag and Forest Service portion of the Paradox Basin, together, about 3 acre-feet of water per year are anticipated to be used in the well drilling process.

The effects of oil and gas leasing and development, generally similar for all alternatives, could likely be moderately adverse to the roundtail chub downstream from this activity found in the Dolores, Mancos, LaPlata, Animas, Florida, Los Pinos, and San Juan rivers or their tributaries (Navajo Wash for the Mancos River) at the lower elevations of the San Juan Public Lands. The impacts are mainly due to water depletion and reduced stream flows over time (from dewatering gas seams) and subsequently reduced fishery habitat available for use, and because of concerns for new oil and gas development in the Dolores or Mancos river watersheds (including the Navajo Wash drainage) with salinity issues, high road densities, or sensitive to disturbance (eg., degraded fishery habitat). Since the effects from oil and gas development are speculative, more precise effects cannot be determined until the location, timing, size, and exact design of the projects are known. If no new leases were made available, there would be no impacts on the roundtail chub because no new impacts would occur from oil and gas development.

BLM_0031715

Mining activities on the San Juan Public Lands can include recreational gold panning and suction dredging, gravel mining operations, hard-rock mining, uranium and vanadium mining, etc. Chapter 2 displays the potential acreage of disturbance per year from these activities. The effects to fisheries and aquatic species from mining or mining reclamation are mainly from erosion and sediment impacts (eg., degraded fishery habitat), saline runoff or heavy metal loading of streams (eg., toxic levels for aquatic species), and altered stream channels and associated fishery habitat.

Generally, the effects of mining and mining reclamation, mostly similar under all alternatives, may adversely affect specific individuals but would overall be minor for the populations of roundtail chub found in the LaPlata, Animas, Florida, Los Pinos, and San Juan rivers at the lower elevations of the San Juan Public Lands. Specific uranium and vanadium mining projects in the Dolores or Mancos river drainages (including the Navajo Wash drainage) under all alternatives with salinity issues, high road densities, or sensitive to disturbance would likely result in minor adverse effects to the roundtail chub because of populations in other unaffected drainages. Again, since the exact details for these projects are unknown presently, the impacts continue to be speculative.

Timber harvesting within Forest Service standards has little impact on stream habitats except for the roads and trails necessary to skid logs to landings and to haul logs to mills. Construction and use of the roads exposes soil and may accelerate erosion. If these areas of bare soil are connected to the stream network, sedimentation can occur. Connectivity of disturbed areas can be due to road crossings, rills, gullies, and poorly designed road drainage systems. Fine sediments in streams can reduce spawning habitat and limit macroinvertebrate populations. If sediment enters the stream during incubation, it can smother the eggs. Sediment can also deposit in pools and reduce pool depth and volume. Adult fish may move out of these pools to find more suitable areas.

The effects from vegetation management may adversely affect specific individuals but would overall be minor for the population of roundtail chubs. Since all alternatives have generally the same levels of timber harvest, hazardous fuels treatment, etc. (only 1800 acres separate Alternative D with the greatest levels of harvest and Alternative C with the least amount of vegetation treatment), the effects would be nearly the same for all alternatives. Again, the impacts are driven by sediment and stream temperature influences on fishery habitat quality.

**Cumulative Impacts**

Roundtail chubs are Forest Service and BLM sensitive species as a result of past cumulative effects, locally and regionally. For all alternatives, the primary adverse cumulative effects on this warm water species, found in the Dolores, Mancos, LaPlata, Animas, Florida, Los Pinos, and San Juan rivers and their tributaries (Navajo Wash for the Mancos River) at the lower elevations of the San Juan Public Lands, presently, would occur from activities that lead to additional water depletions and reduced stream flows (ie., reduced or eliminated fishery habitat that is available for use). Again, these activities would mainly be water use and development projects on or off the San Juan Public Lands, or oil and gas development from current leases and projected new leases on or off the San Juan Public Lands. The demands for water use and development projects are difficult to analysis because they are driven by proponents rather than by San Juan Public Land's programs or budgets. Because of heightened concerns about sediment and salinity inputs and downstream effects on fishery habitat quality, ground-disturbing activities (new road construction, uranium and vanadium mining, etc) in the Dolores or Mancos river watersheds (including the Navajo Wash drainage) may also adversely affect the roundtail chub. However, since the exact details for these projects and activities in the Dolores or Mancos river watersheds are unknown presently, the impacts continue to be speculative.

Water depletions from the oil and gas leasing and development on the San Juan Public Lands would be moderately adverse to the roundtail chub immediately downstream. These water depletions would result either from the small amounts of water used during the drilling process for each individual well and/or from dewatering the coal seams during coalbed methane gas field development and production. For the cumulative, oil and gas well developments on the Unit, ongoing and proposed gas development for both Forest Service and BLM public lands, about 60 acre-feet of water per year would be used in the drilling process and about 469 acre-feet of water per year would be removed as produced water during coalbed methane gas field development.

These water depletions are small relative to the total, historic depletions within these river basins. For instance, as of December 31, 2002, the US Fish and Wildlife Service recognized that there was 846,192 acre-feet per year of water depletions from federal actions within the San Juan River Basin. Of this, 241,814 acre-feet per year were

BLM_0031716

associated with federal actions in Colorado (USFWS 2003). Depletions associated with non-federal actions (private or State activities) increase these values considerably.

It is likely there will be cumulative effects from as many as 2,200 new gas wells drilled on or adjacent to the San Juan Public Lands over the next planning period. In addition to an estimated 170 new wells that may be drilled on new leases (discussed under Direct and Indirect Impacts), there could be as many as 450 new and infill gas wells drilled in the northern San Juan Basin, 1000 new wells drilled on the Southern Ute Tribal lands adjacent to the Unit, and 240 new wells on previously leased land in the Paradox Basin. The Reasonable and Foreseeable Development projected wells would require new roads, pipelines and associated disturbance for gas well construction. Consequently, oil and gas development may have large potential to have substantial cumulative effects when compared to all other activities that affect the San Juan Public Lands. The magnitude of new road/pipeline construction and other disturbances would vary only slightly by alternative.

Although not attributed to management activities on the San Juan Public Lands, the urbanization or development of intermixed private lands within or immediately adjacent to the Unit would have potential effects. Continued development of these lands for residential purposes has the potential at affect fisheries and aquatic resources. Increased runoff and sedimentation from paved and unpaved roads, roofs, and driveways, increased use of surface and groundwater, increased use of herbicides, pesticides, and fertilizers, and increased recreation uses on adjacent public lands can all be attributed to urbanization. If activities on intermixed private lands approach tolerance limits for watershed disturbance, additional activities on the Unit may be limited or curtailed to avoid adverse and cumulative effects to watersheds and aquatic ecosystems. With the amount of intermixed ownership within or immediately adjacent to the Unit, this effect could be moderate at the lower elevations of the public lands.

### Effects Determination

Water depletions caused by oil and gas leasing and development on the San Juan Public Lands are relatively small compared to the total, historic depletions within these river basins. Since water use and development projects are proponent driven, the effects these projects would have on the roundtail chub are speculative but likely adverse immediately downstream of these activities. Although the roundtail chub distribution and abundance have diminished, they still occupy a wide geographic area and range of locations. Through the Desired Conditions, Objectives, Design Criteria, and Guidelines, effects to the roundtail chub would be minimized. Therefore, management activities in all alternatives associated with the Forest Plan/RMP Revision **MAY IMPACT INDIVIDUALS, BUT NOT LIKELY RESULTS IN A LOSS OF VIABILITY ON THE PLANNING AREA, NOR CAUSE A TREND TO FEDERAL LISTING OR A LOSS OF SPECIES VIABILITY RANGE WIDE**. However, it should be recognized that these water depletions from the Unit would contribute to the overall cumulative effects of water depletion within the San Juan and Dolores river basins. Some years into the future, the cumulative effects of water depletions within these basins could have the potential to comprise population viability within the planning unit and could possibly increase the probability of federal listing of the roundtail chub.

### *Catostomus latipinnis* (Flannelmouth Sucker)

#### Distribution

Flannelmouth sucker are endemic to the Colorado River Basin (Rees, Ptacek, Carr, and Miller 2005). Historically, the flannelmouth sucker was commonly found in most, of not all, medium to large lower elevation rivers of the Upper Colorado River drainage (upstream of Glen Canyon Dam). It was found in similar habitats of the Lower Colorado River drainage (downstream of Glen Canyon Dam), but in lesser numbers (Joseph et al 1977). Although this species is typically associated with large rivers, it also occurs in smaller tributaries and occasionally in lakes and reservoirs (Bezzerides and Bestgen 2002).

The flannelmouth sucker is still widely distributed in medium to large streams in the Upper Colorado River Basin, which includes the mainstream of the Colorado River, numerous tributaries that drain a large portion of Colorado, Wyoming, and Utah, and the San Juan River drainage in New Mexico (Holden and Stalnaker 1975). However, in many areas of the upper basin populations are thought to be decreasing (Sigler and Sigler 1996).

Within Colorado, flannelmouth sucker are currently present in streams and rivers that are not heavily impacted by impoundments or habitat degradtion. Flannelmouth suckers have been reported from the San Juan River and the following tributaries that occur in the southern portion of Colorado: Animas, Florida, La Plata, Los Pinos, Mancos, Navajo, and Piedra rivers, as well as McElmo Creek (Miller et al 1995, Miller and Rees 2000, Whiteman 2000). Some of these tributaries are located on San Juan Public Lands. The distribution parallels that of the bluehead

BLM_0031717

suckers and they are often found together; however the flannelmouth sucker is not as common as the bluehead sucker on Forest Service and BLM lands. Available data provided by Miller and Rees (2000) suggested that the range of flannelmouth suckers in the Piedra and San Juan rivers (and possibly other tributaries) included lower reaches in the San Juan Public Lands. The flannelmouth sucker is known to occur on San Juan Public Lands of the upper San Juan River, Piedra River, Animas River, and the Dolores River (Mike Japhet, CDOW, 2006, pres. com.). Occurrence on Forest Service lands of the Piedra River is unlikely, but it is known to occur in the Piedra River downstream of Forest Service lands (Dave Gerhardt, 2006, pers com.).

**Reason for Concern**

Flannelmouth sucker populations have declined in abundance and distribution throughout their historic range (Bezzerides and Bestgen 2002, Weitzel 2002). Most of the decline has been attributed to construction of dams and reservoirs, activities that have diverted water or changed the natural regime in both tributary and mainstem streams and rivers, and introduction of non-native fish species (Rees, Ptacek, Carr, and Miller 2005). Dams on the mainstem Colorado River and its main tributaries have segmented the river system, blocking spawning migrations, altered channel geomorphology, and changed flows and temperatures (eg., conversion of warm water habitat to cold water habitat from hypolimnetic releases below dams). Other water use and development projects (eg., diversion ditches, etc) have reduced or eliminated suitable habitat due to water depletions and reduced stream flows. Major changes in species composition have occurred with the introduction of non-native species, especially the white sucker. The decline of flannelmouth sucker seems related to predation, competition, hybridization, or other behavioral interactions with non-native fishes.

At present, there is concern regarding the status of flannelmouth sucker in the Colorado River drainage (Rees, Ptacek, Carr, and Miller 2005). Although the specific mechanisms of most threats to this species are poorly understood, the flannelmouth sucker appears to be vulnerable throughout its range in the Upper Colorado River Basin due to the combined impacts of habitat loss, habitat degradation, habitat fragmentation, and interactions with non-native species. Of the three warm water sensitive species found on the San Juan Public Lands, the flannelmouth sucker appears more at risk than the roundtail chub or bluehead sucker from present water developments, water diversions, or drought effects (Dave Gerhardt, 2006, pers com.).

**Life History**

The flannelmouth sucker is considered a "big river" fish, preferring deeper, high-gradient riffles and clean substrates. Flannelmouth suckers are typically found in slower, warmer rivers of the Colorado River drainage (Deacon and Mize 1997). They usually inhabit the mainstem of moderate to large rivers but are occasionally found in small streams (Rees, Ptacek, Carr, and Miller 2005). This species frequents pools and deep runs but can also be found in the mouths of tributaries, riffles, and backwaters. Flannelmouth suckers are occasionally found in lakes or reservoirs, but they generally react poorly to impounded habitats, or habitats influenced by impoundments (Minckley 1973, Chart and Bergersen 1992).

Juvenile and adult flannlemouth suckers utilize most habitats and can be considered a habitat generalist. Juveniles and adults are most often found using run, pool, and eddy habitats (Joseph et al 1977, McAda 1977, Tyus et al 1982). This species appears to prefer temperatures around 25oC (Sublette et al 1990).

Flannelmouth sucker typically spawn in the Upper Colorado River Basin between April and June (McAda 1977, McAda and Wydoski 1983, Snyder and Muth 1990, Tyus and Karp 1990). Otis (1994) reports that spawning occurs at water temperatuers ranging from 12 to 15oC and that flannelmouth suckers in the Lower Colorado River Basin spawn six to eight weeks earlier than those in the upper basin. Flannelmouth spawning aggregations have been observed in tributaries of the Lower Colorado River in glides or slow riffles, over medium-coarse gravel substrate (Weiss 1993, Otis 1994).

There is downstream drift of larvae following hatching (Bezzerides and Bestgen 2002). Carter et al (1986) and Robinson et al (1998) suggest that larvae have the ability to actively enter and escape the draft. The draft mechanism likely accomplishes population dispersal and location of suitable larval habitat.

Hybridization between flannelmouth suckers and other species is a common occurrence throughout the range of the species. Flannelmouth sucker are known to hybridize with the following species of suckers: mountain, bluehead, desert, razorback, and the introduced white suckers (Bezzerides and Bestgen 2002). The most common, and perhaps the most detrimental, instance of hybridization occurs with the non-native white sucker. Also introduced white suckers compete with flannelmouth suckers for food resources.

BLM_0031718

Very little information is available on the influence of turbidity on the sensitive Colorado River fishes. It is assumed that turbidity is important particularly as it affects the interaction between introduced fishes and the endemic Colorado River fishes. Because these endemic fishes have evolved under natural conditions of high turbidity, it is probable high turbidity is important. Reduction of turbidity may enable introduced species to gain a competitive edge which could further contribute to the decline of flannelmouth sucker (USFWS 1995).

**Direct and Indirect Impacts For All Alternatives**

The anticipated levels of land management activities that are associated with each alternative are displayed in Chapter 2 of this EIS.

Except for some general area descriptions for oil and gas leasing and development (eg., San Juan Sag east of Pagosa Springs and Paradox Basin in the Glade area on the western side of the Unit) uranium and vanadium exploration and development (western Dolores Ranger District/Field Office), and a few other activities, specific locations and details for many management actions are unknown. Although most historic management activities (eg., livestock grazing, etc) will continue to occur in the general vicinity that they are now occurring, precise effects cannot be determined until the location, timing, size, and exact design of the projects are known. As a result, these effects on sensitive fish species are discussed in general terms.

Areas on the Unit with salinity issues, high road densities, and/or sensitive to disturbance (eg., Dolores River watershed) are identified in Chapter 3.3 ("Water" Section) of this EIS. This information is factored into the effects analysis that follows.

Desired Conditions, Objectives, Design Criteria, and Guidelines from the accompanying Forest Plan/RMP Revision that pertain to each sensitive fish species are identified in Appendix M, Table M.2 of this EIS. These Revision components apply to all alternatives and help minimize impacts on aquatic species. They also include Forest Service and BLM manuals and handbooks, such as the Forest Service's Watershed Conservation Practices Handbook and BLM's Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development, which prescribe extensive measures that apply to certain management activities that protect soil, riparian, and aquatic resources.

As previously stated, water diversions and depletions have had the greatest effect on flannelmouth suckers and other warm water sensitive fish species. Water diversions and depletions occur as a result of municipal and domestic uses, water storage, irrigation, stock ponds, transbasin diversions, snowmaking, and numerous other reasons. The effects from water use and development projects (including diversion ditches, storage reservoirs, pipelines, wells, etc) are reduced or eliminated stream flows and reduced or eliminated fishery habitat that is not available for use. Water depletions reduce peak flow and durations. This causes losses of backwater pools for spawning and rearing. It also reduces suspended sediments which may confer a competitive advantage on non-native species. Additional impacts include increased stream temperatures and reduced dissolved oxygen levels. These effects could be more pronounced during periods of natural cyclic flow reductions (in fall and winter) or during summer months in a drought.

The effects from water use and development projects would likely be moderately adverse to flannelmouth suckers immediately downstream from these projects found in the Dolores, Mancos, LaPlata, Animas, Florida, Los Pinos, Piedra, San Juan, and Navajo rivers or their major tributaries, and McElmo Canyon at the lower elevations of the San Juan Public Lands under all alternatives. The impacts of reduced or eliminated fishery habitat would result from water depletions and reduced stream flows. The impacts are not expected to vary between alternatives since the demand for water use authorizations are driven by proponents rather than by San Juan Public Land's programs or budgets. Because the effects of water use and development projects are speculative, more precise effects cannot be determined until the location, timing, size, and exact design of the projects are known.

Livestock grazing can degrade in-stream habitat and water quality. Effects generally are increased sedimentation, increased stream temperatures, and fecal/bacteria contamination. The effects from livestock grazing and big game use under all alternatives may adversely affect specific individuals but would overall be minor for the populations of the flannelmouth sucker. Because of the lag time to influence existing conditions, Alternative C with its reductions in suitable and available livestock grazing areas may reduce grazing effects on fisheries from the present conditions in the long-term, but not in the short-term. For Alternative D with its increases in suitable and available livestock grazing areas, grazing may increase effects on these fisheries from the present in the long-term, but not in the short-term. Although there will be localized improvements in grazing management and

BLM_0031719

implementation of rangeland health improvement projects, the impacts of sediment and increased water temperatures on fishery habitat quality should continue.

The effects of roads are primarily through sediment production. Heavy sediment loads can reduce pool depths, bury stream substrates and spawning gravels, adhere to aquatic insects and the gills of fish, alter channel form and function, and result in other forms of habitat degradation. Improperly placed, shaped, and sized culverts can act as fish barriers on key streams or exacerbate erosion and cause head-cutting.

Generally, the effects from roads may adversely affect specific individuals but overall would be minor for the populations of flannelmouth suckers found in the LaPlata, Animas, Florida, Los Pinos, Piedra, San Juan, and Navajo rivers and their tributaries at the lower elevations of the San Juan Public Lands under all alternatives. Specific projects with new road construction in the Dolores or Mancos river drainages, or within the McElmo Canyon watershed could likely result in moderately adverse effects to the flannelmouth sucker because of the salinity issues and higher sediment production from these sensitive watersheds. The effects to the flannelmouth sucker would be more adverse than to the roundtail chub or bluehead sucker because of its more tenuous situation. Again, since the exact details for these projects are unknown presently, the impacts continue to be speculative.

There is some indication that oil and gas resource potential may result in leasing and exploration east of Pagosa Springs in the San Juan Sag and on the national forest portion of the Paradox Basin (in the Glade area). Exploration could include about two wildcat wells per year in the San Juan Sag and initially up to nine wildcat wells per year in the national forest portion of the Paradox Basin (see Chapter 2 of this EIS). For those two areas together, approximately 45 acres per year may be disturbed from well pads, roads, etc. If paying quantities of gas are discovered in the San Juan Sag and national forest portion of the Paradox Basin, then as many as 140 production wells are projected. The impacts to fisheries and aquatic species from oil and gas leasing and development are primarily from reduced stream flows over time (via dewatering gas-producing rock formations) and subsequently reduced fishery habitat available for use, sediment production and the resulting degraded fishery habitat, and the potential for contamination by petroleum products, drilling mud, and other contaminants.

Another concern for aquatic resources with oil and gas development would be water depletion. Water can be removed from the ecosystem by two ways. First, small amounts of water will be used during the drilling process. Typically, this water is hauled on-site by water trucks and removed as a waste sludge. This water usage occurs with all well drilling operations. Second, water can be depleted during coalbed methane gas field development and production. Here, water is produced or pumped from the coal seams in order to release the pressure on the methane gas tied-up in the coal and allow it to flow. This water is transported to a disposal well for re-injection into a formation several thousand feet lower than where it was removed. Because of connectivity of this produced groundwater to surface water streams, coalbed methane gas production may affect streamflow. For the San Juan Sag and Forest Service portion of the Paradox Basin, together, about 3 acre-feet of water per year are anticipated to be used in the well drilling process.

The effects of oil and gas leasing and development, generally similar for all alternatives, could likely be moderately adverse to the flannelmouth sucker downstream from this activity found in the Dolores, Mancos, LaPlata, Animas, Florida, Los Pinos, Piedra, San Juan, and Navajo rivers or their tributaries, or in McElmo Canyon at the lower elevations of the San Juan Public Lands. The impacts are mainly due to water depletion and reduced stream flows over time (from dewatering gas seams) and subsequently reduced fishery habitat available for use, and because of concerns for new oil and gas development in the Dolores or Mancos river watersheds, or within the McElmo Canyon watershed with salinity issues, high road densities, or sensitive to disturbance (eg., degraded fishery habitat). Since the effects from oil and gas development are speculative, more precise effects cannot be determined until the location, timing, size, and exact design of the projects are known. If no new leases were made available, there would be no impacts on the flannelmouth sucker because no new impacts would occur from oil and gas development.

Mining activities on the San Juan Public Lands can include recreational gold panning and suction dredging, gravel mining operations, hard-rock mining, uranium and vanadium mining, etc. Chapter 2 displays the potential acreage of disturbance per year from these activities. The effects to fisheries and aquatic species from mining or mining reclamation are mainly from erosion and sediment impacts (eg., degraded fishery habitat), saline runoff or heavy metal loading of streams (eg., toxic levels for aquatic species), and altered stream channels and associated fishery habitat.

BLM_0031720

Generally, the effects of mining and mining reclamation, mostly similar under all alternatives, may adversely affect specific individuals but would overall be minor for the populations of flannelmouth sucker found in the LaPlata, Animas, Florida, Los Pinos, Piedra, San Juan, and Navajo rivers at the lower elevations of the San Juan Public Lands. Specific uranium and vanadium mining projects in the Dolores or Mancos river drainages, or within the McElmo Canyon watershed under all alternatives with salinity issues, high road densities, or sensitive to disturbance would likely result in moderately adverse effects to the flannelmouth sucker because of its more tenuous situation than the roundtail chub or bluehead sucker. Again, since the exact details for these projects are unknown presently, the impacts continue to be speculative.

Timber harvesting within Forest Service standards has little impact on stream habitats except for the roads and trails necessary to skid logs to landings and to haul logs to mills. Construction and use of the roads exposes soil and may accelerate erosion. If these areas of bare soil are connected to the stream network, sedimentation can occur. Connectivity of disturbed areas can be due to road crossings, rills, gullies, and poorly designed road drainage systems. Fine sediments in streams can reduce spawning habitat and limit macroinvertebrate populations. If sediment enters the stream during incubation, it can smother the eggs. Sediment can also deposit in pools and reduce pool depth and volume. Adult fish may move out of these pools to find more suitable areas.

The effects from vegetation management may adversely affect specific individuals but would overall be minor for the population of flannelmouth suckers. Since all alternatives have generally the same levels of timber harvest, hazardous fuels treatment, etc. (only 1800 acres separate Alternative D with the greatest levels of harvest and Alternative C with the least amount of vegetation treatment), the effects would be nearly the same for all alternatives. Again, the impacts are driven by sediment and stream temperature influences on fishery habitat quality.

**Cumulative Impacts**

Flannelmouth suckers are Forest Service and BLM sensitive species as a result of past cumulative effects, locally and regionally. For all alternatives, the primary adverse cumulative effects on this warm water species, found in the Dolores, Mancos, LaPlata, Animas, Florida, Los Pinos, Piedra, San Juan, and Navajo rivers and their tributaries, or in McElmo Canyon at the lower elevations of the San Juan Public Lands, presently, would occur from activities that lead to additional water depletions and reduced stream flows (ie., reduced or eliminated fishery habitat that is available for use). Again, these activities would mainly be water use and development projects on or off the San Juan Public Lands, or oil and gas development from current leases and projected new leases on or off the San Juan Public Lands. The demands for water use and development projects are difficult to analysis because they are driven by proponents rather than by San Juan Public Land's programs or budgets. Because of heightened concerns about sediment and salinity inputs and downstream effects on fishery habitat quality, ground-disturbing activities (new road construction, uranium and vanadium mining, etc) in the Dolores or Mancos rivers watershed or within the McElmo Canyon watershed may also adversely affect the flannelmouth sucker. Since the flannelmouth sucker appears more at risk than the roundtail chub or bluehead sucker under all alternatives, fewer activities on or off the San Juan Public Lands could contribute to adverse impacts. However, since the exact details for these projects and activities in the Dolores or Mancos river watersheds, or within the McElmo Canyon watershed are unknown presently, the impacts continue to be speculative.

Water depletions from the oil and gas leasing and development on the San Juan Public Lands would be moderately adverse to the flannelmouth sucker immediately downstream. These water depletions would result either from the small amounts of water used during the drilling process for each individual well and/or from dewatering the coal seams during coalbed methane gas field development and production. For the cumulative, oil and gas well developments on the Unit, ongoing and proposed gas development for both Forest Service and BLM public lands, about 60 acre-feet of water per year would be used in the drilling process and about 469 acre-feet of water per year would be removed as produced water during coalbed methane gas field development.

These water depletions are small relative to the total, historic depletions within these river basins. For instance, as of December 31, 2002, the US Fish and Wildlife Service recognized that there was 846,192 acre-feet per year of water depletions from federal actions within the San Juan River Basin. Of this, 241,814 acre-feet per year were associated with federal actions in Colorado (USFWS 2003). Depletions associated with non-federal actions (private or State activities) increase these values considerably.

It is likely there will be cumulative effects from as many as 2,200 new gas wells drilled on or adjacent to the San Juan Public Lands over the next planning period. In addition to an estimated 170 new wells that may be drilled on

BLM_0031721

new leases (discussed under Direct and Indirect Impacts), there could be as many as 450 new and infill gas wells drilled in the northern San Juan Basin, 1000 new wells drilled on the Southern Ute Tribal lands adjacent to the Unit, and 240 new wells on previously leased land in the Paradox Basin. The Reasonable and Foreseeable Development projected wells would require new roads, pipelines and associated disturbance for gas well construction. Consequently, oil and gas development may have large potential to have substantial cumulative effects when compared to all other activities that affect the San Juan Public Lands. The magnitude of new road/pipeline construction and other disturbances would vary only slightly by alternative.

Although not attributed to management activities on the San Juan Public Lands, the urbanization or development of intermixed private lands within or immediately adjacent to the Unit would have potential effects. Continued development of these lands for residential purposes has the potential at affect fisheries and aquatic resources. Increased runoff and sedimentation from paved and unpaved roads, roofs, and driveways, increased use of surface and groundwater, increased use of herbicides, pesticides, and fertilizers, and increased recreation uses on adjacent public lands can all be attributed to urbanization. If activities on intermixed private lands approach tolerance limits for watershed disturbance, additional activities on the Unit may be limited or curtailed to avoid adverse and cumulative effects to watersheds and aquatic ecosystems. With the amount of intermixed ownership within or immediately adjacent to the Unit, this effect could be moderate at the lower elevations of the public lands.

### Effects Determination

Water depletions caused by oil and gas leasing and development on the San Juan Public Lands are relatively small compared to the total, historic depletions within these river basins. Since water use and development projects are proponent driven, the effects these projects would have on the flannelmouth sucker are speculative but likely adverse immediately downstream of these activities. Although the flannelmouth sucker distribution and abundance have diminished, they still occupy a wide geographic area and range of locations. Through the Desired Conditions, Objectives, Design Criteria, and Guidelines, effects to the flannelmouth sucker would be minimized. Therefore, management activities in all alternatives associated with the Forest Plan/RMP Revision **MAY IMPACT INDIVIDUALS, BUT NOT LIKELY RESULTS IN A LOSS OF VIABILITY ON THE PLANNING AREA, NOR CAUSE A TREND TO FEDERAL LISTING OR A LOSS OF SPECIES VIABILITY RANGE WIDE.** However, it should be recognized that these water depletions from the Unit would contribute to the overall cumulative effects of water depletion within the San Juan and Dolores river basins. Some years into the future, the cumulative effects of water depletions within these basins could have the potential to comprise population viability within the planning unit and could possibly increase the probability of federal listing of the flannelmouth sucker.

### *Catostomus discobolus* (Bluehead Sucker)

#### Distribution

The bluehead sucker is native to the Colorado River Basin and ancient Lake Bonneville in Idaho, Utah, and Wyoming (Ptacek, Rees, and Miller 2005). Historically, bluehead suckers occurred in streams and rivers in the Colorado River Basin (Joseph et al 1977, Bezzerides and Bestgen 2002) as well as in the drainages of the upper Snake, Weber, and Bear rivers (Sigler and Miller 1963, Sublette et al 1990). Within the Colorado River Basin, bluehead suckers are presently found in the Colorado, Dolores, Duchesne, Escalante, Fremont, Green, Gunnison, Price, San Juan, San Rafael, White, and Yampa rivers and numerous smaller tributaries (Vanicek et al 1970, Bezzerides and Bestgen 2002).

Bluehead sucker populations are known to exist in several tributary streams immediately downstream of lands managed by the San Juan Public Lands. Miller and Rees (2000) indicated that the bluehead sucker was among the most common fish species collected in tributaries on the San Juan River. While most of these tributaries originate on the San Juan Public Lands, their study area did not extend onto BLM and NFS lands. These tributary streams include Florida River, La Plata River, and Los Pinos River. The bluehead sucker is known to occur on San Juan Public Lands of the upper San Juan River, Piedra River, Animas River, and the Dolores River (Mike Japhet, CDOW, 2006, pers. com.).

#### Reason for Concern

Recent work suggests that bluehead sucker populations are decling throughout their historic range (Wheeler 1997, Bezzerides and Bestgen 2002, Weitzel 2002). Currently, they are found in only 45 percent of their historic range in the Upper Colorado River Basin (Bezzerides and Bestgen 2002). The reasons for this decline are mostly due to

BLM_0031722

water diversion and alteration of streamflow regimes in mainstem rivers and tributary streams, changes in water temperature regimes of these streams, degradation of habitat, and interactions with non-native species (Ptacek, Rees, and Miller 2005). Dams, impoundments, and water use practices (eg., diversion ditches) are probably the major reasons for modified natural river flows and channel characteristics in the both mainstem rivers and tributary streams. Dams on the mainstem rivers have segmented the river system, blocking spawning migrations, and changing flows and temperatures (eg., conversion of warm water habitat to cold water habitat). Other water use and development projects have reduced or eliminated suitable habitat due to water depletions and reduced stream flows. Major changes in species composition have occurred with the introduction of non-native species. The decline of bluehead sucker seems related to predation, competition, or other behavioral interactions with non-native fishes. Alterations in the natural fluvial environment from land management activity has exacerbated this problem (USFWS 1995).

Historically, the bluehead, flannelmouth, and razorback suckers comprised the medium to large size Catostomid population in the Upper Colorado River Basin. Again, distribution and abundance of bluehead suckers have diminished (Bezzerides and Bestgen 2002). The introduced white sucker and channel catfish have diets that partially overlap with bluehead sucker and are thus competitors for food resources. In addition to competing with bluehead suckers, several non-native and native fishes prey on bluehead suckers (Brooks et al 2000, Ruppert et al 1993).

**Life History**

Although this species sometimes occupies areas of suitable habitat in larger, low elevation, mainstem streams, it is most commonly collected in small or mid-sized tributaries of the Upper Colorado River Basin (Ptacek, Rees, and Miller 2005). Most reaches of this system receive heavy sediment loads and high annual peak flows that contrast with low base flows. Little is known about the specific influence of these annual events, but healthy bluehead sucker populations have persisted in habitats with a wide range of annual flows, sediment transport, and even sediment deposition, providing that these physical events are associated with a natural flow regime (Ptacek, Rees, and Miller 2005).

Adult bluehead suckers exhibit a strong preference for specific habitat types (Holden and Stalnaker 1975). In-stream distribution is often related to the presence of rocky substrate which they prefer (Holden 1973). This species has been reported to typically be found in runs or riffles with rock or gravel substrate (Vanicek 1967, Holden and Stalnaker 1975, Carlson et al 1979, Sublette et al 1990). Junveniles have been collected from shallow riffles, backwaters, and eddies with silt or gravel substrate (Vanicek 1967).

Although the species generally inhabits streams with cool temperatures, bluehead suckers have been found inhabiting small creeks with water temperatures as high as 28oC (Smith 1966). This species is found in a large variety of river systems ranging from large rivers with discharges of several hundred cubic meters per second to small creeks with less than 0.05 cubic meters per second (Smith 1966).

Bluehead suckers spawn in the spring and early summer. Holden (1973) and Andreasen and Barnes (1975) reported spawning activity occurring during June and July in the Upper Colorado River Basin. All ripe fish that were collected by Vanicek (1967) during spawning occurred in pools or slow runs associated with large cobbles or boulders. Spawning occurred when water temperatures ranged from 18.2 to 24.6oC (Maddux and Kepner 1988).

Hybridization between bluehead suckers and other sucker species occurs throughout the range of this species. Bluehead suckers are known to hybridize with the native flannelmouth sucker and mountain sucker, as well as the non-native white sucker (Bezzerides and Bestgen 2002). In natural or minimally altered systems, certain undefined mechanisms (eg., depth and velocity requirements, habitat selection, spawning timing) likely isolate spawning individuals of bluehead sucker and flannelmouth sucker; however, hybrids of these two species do occur (Hubbs and Hubbs 1947, Hubbs and Miller 1953, Whiteman 2000). The most common instance of hybridization, and perhaps the most detrimental, occurs with the non-native white sucker.

Very little information is available on the influence of turbidity on the sensitive Colorado River fishes. It is assumed that turbidity is important particularly as it affects the interaction between introduced fishes and the endemic Colorado River fishes. Because these endemic fishes have evolved under natural conditions of high turbidity, it is probable high turbidity is important. Reduction of turbidity may enable introduced species to gain a competitive edge which could further contribute to the decline of bluehead sucker (USFWS 1995).

BLM_0031723

**Direct and Indirect Impacts For All Alternatives**

The anticipated levels of land management activities that are associated with each alternative are displayed in Chapter 2 of this EIS.

Except for some general area descriptions for oil and gas leasing and development (eg., San Juan Sag east of Pagosa Springs and Paradox Basin in the Glade area on the western side of the Unit) uranium and vanadium exploration and development (western Dolores Ranger District/Field Office), and a few other activities, specific locations and details for many management actions are unknown. Although most historic management activities (eg., livestock grazing, etc) will continue to occur in the general vicinity that they are now occurring, precise effects cannot be determined until the location, timing, size, and exact design of the projects are known. As a result, these effects on sensitive fish species are discussed in general terms.

Areas on the Unit with salinity issues, high road densities, and/or sensitive to disturbance (eg., Dolores River watershed) are identified in Chapter 3.3 ("Water" Section) of this EIS. This information is factored into the effects analysis that follows.

Desired Conditions, Objectives, Design Criteria, and Guidelines from the accompanying Forest Plan/RMP Revision that pertain to each sensitive fish species are identified in Appendix M, Table M.2 of this EIS. These Revision components apply to all alternatives and help minimize impacts on aquatic species. They also include Forest Service and BLM manuals and handbooks, such as the Forest Service's Watershed Conservation Practices Handbook and BLM's Surface Operating Standards and Guidelines for Oil and gas Exploration and Development, which prescribe extensive measures that apply to certain management activities that protect soil, riparian, and aquatic resources.

As previously stated, water diversions and depletions have had the greatest effect on bluehead suckers and other warm water sensitive fish species. Water diversions and depletions occur as a result of municipal and domestic uses, water storage, irrigation, stock ponds, transbasin diversions, snowmaking, and numerous other reasons. The effects from water use and development projects (including diversion ditches, storage reservoirs, pipelines, wells, etc) are reduced or eliminated stream flows and reduced or eliminated fishery habitat that is not available for use. Water depletions reduce peak flow and durations. This causes losses of backwater pools for spawning and rearing. It also reduces suspended sediments which may confer a competitive advantage on non-native species. Additional impacts include increased stream temperatures and reduced dissolved oxygen levels. These effects could be more pronounced during periods of natural cyclic flow reductions (in fall and winter) or during summer months in a drought.

The effects from water use and development projects would likely be moderately adverse to bluehead suckers immediately downstream from these projects found in the Dolores, LaPlata, Animas, Florida, Los Pinos, Piedra, and San Juan rivers or their major tributaries at the lower elevations of the San Juan Public Lands under all alternatives. The impacts of reduced or eliminated fishery habitat would result from water depletions and reduced stream flows. The impacts are not expected to vary between alternatives since the demand for water use authorizations are driven by proponents rather than by San Juan Public Land's programs or budgets. Because the effects of water use and development projects are speculative, more precise effects cannot be determined until the location, timing, size, and exact design of the projects are known.

Livestock grazing can degrade in-stream habitat and water quality. Effects generally are increased sedimentation, increased stream temperatures, and fecal/bacteria contamination. The effects from livestock grazing and big game use under all alternatives may adversely affect specific individuals but would overall be minor for the populations of the blueheader sucker. Because of the lag time to influence existing conditions, Alternative C with its reductions in suitable and available livestock grazing areas may reduce grazing effects on fisheries from the present conditions in the long-term, but not in the short-term. For Alternative D with its increases in suitable and available livestock grazing areas, grazing may increase effects on these fisheries from the present in the long-term, but not in the short-term. Although there will be localized improvements in grazing management and implementation of rangeland health improvement projects, the impacts of sediment and increased water temperatures on fishery habitat quality should continue.

The effects of roads are primarily through sediment production. Heavy sediment loads can reduce pool depths, bury stream substrates and spawning gravels, adhere to aquatic insects and the gills of fish, alter channel form and

---

BLM_0031724

function, and result in other forms of habitat degradation. Improperly placed, shaped, and sized culverts can act as fish barriers on key streams or exacerbate erosion and cause head-cutting.

Generally, the effects from roads may adversely affect specific individuals but overall would be minor for the populations of bluehead suckers found in the LaPlata, Animas, Florida, Los Pinos, Piedra, and San Juan rivers and their tributaries at the lower elevations of the San Juan Public Lands under all alternatives. Specific projects with new road construction in the Dolores River drainage could likely result in moderately adverse effects to the bluehead sucker because of the salinity issues and higher sediment production from these sensitive watersheds. Again, since the exact details for these projects are unknown presently, the impacts continue to be speculative.

There is some indication that oil and gas resource potential may result in leasing and exploration east of Pagosa Springs in the San Juan Sag and on the national forest portion of the Paradox Basin (in the Glade area). Exploration could include about two wildcat wells per year in the San Juan Sag and initially up to nine wildcat wells per year in the national forest portion of the Paradox Basin (see Chapter 2 of this EIS). For those two areas together, approximately 45 acres per year may be disturbed from well pads, roads, etc. If paying quantities of gas are discovered in the San Juan Sag and national forest portion of the Paradox Basin, then as many as 140 production wells are projected. The impacts to fisheries and aquatic species from oil and gas leasing and development are primarily from reduced stream flows over time (via dewatering gas-producing rock formations) and subsequently reduced fishery habitat available for use, sediment production and the resulting degraded fishery habitat, and the potential for contamination by petroleum products, drilling mud, and other contaminants.

Another concern for aquatic resources with oil and gas development would be water depletion. Water can be removed from the ecosystem by two ways. First, small amounts of water will be used during the drilling process. Typically, this water is hauled on-site by water trucks and removed as a waste sludge. This water usage occurs with all well drilling operations. Second, water can be depleted during coalbed methane gas field development and production. Here, water is produced or pumped from the coal seams in order to release the pressure on the methane gas tied-up in the coal and allow it to flow. This water is transported to a disposal well for re-injection into a formation several thousand feet lower than where it was removed. Because of connectivity of this produced groundwater to surface water streams, coalbed methane gas production may affect streamflow. For the San Juan Sag and Forest Service portion of the Paradox Basin, together, about 3 acre-feet of water per year are anticipated to be used in the well drilling process.

The effects of oil and gas leasing and development, generally similar for all alternatives, could likely be moderately adverse to the bluehead sucker downstream from this activity found in the Dolores, LaPlata, Animas, Florida, Los Pinos, Piedra, and San Juan rivers or their tributaries at the lower elevations of the San Juan Public Lands. The impacts are mainly due to water depletion and reduced stream flows over time (from dewatering gas seams) and subsequently reduced fishery habitat available for use, and because of concerns for new oil and gas development in the Dolores River watershed with salinity issues, high road densities, or sensitive to disturbance (eg., degraded fishery habitat). Since the effects from oil and gas development are speculative, more precise effects cannot be determined until the location, timing, size, and exact design of the projects are known. If no new leases were made available, there would be no impacts on the bluehead sucker because no new impacts would occur from oil and gas development.

Mining activities on the San Juan Public Lands can include recreational gold panning and suction dredging, gravel mining operations, hard-rock mining, uranium and vanadium mining, etc. Chapter 2 displays the potential acreage of disturbance per year from these activities. The effects to fisheries and aquatic species from mining or mining reclamation are mainly from erosion and sediment impacts (eg., degraded fishery habitat), saline runoff or heavy metal loading of streams (eg., toxic levels for aquatic species), and altered stream channels and associated fishery habitat.

Generally, the effects of mining and mining reclamation, mostly similar under all alternatives, may adversely affect specific individuals but would overall be minor for the populations of bluehead sucker found in the LaPlata, Animas, Florida, Los Pinos, Piedra, and San Juan rivers at the lower elevations of the San Juan Public Lands. Specific uranium and vanadium mining projects in the Dolores River drainage under all alternatives with salinity issues, high road densities, or sensitive to disturbance would likely result in minor adverse effects to the bluehead sucker because of populations in other unaffected drainages. Again, since the exact details for these projects are unknown presently, the impacts continue to be speculative.

BLM_0031725

Timber harvesting within Forest Service standards has little impact on stream habitats except for the roads and trails necessary to skid logs to landings and to haul logs to mills. Construction and use of the roads exposes soil and may accelerate erosion. If these areas of bare soil are connected to the stream network, sedimentation can occur. Connectivity of disturbed areas can be due to road crossings, rills, gullies, and poorly designed road drainage systems. Fine sediments in streams can reduce spawning habitat and limit macroinvertebrate populations. If sediment enters the stream during incubation, it can smother the eggs. Sediment can also deposit in pools and reduce pool depth and volume. Adult fish may move out of these pools to find more suitable areas.

The effects from vegetation management may adversely affect specific individuals but would overall be minor for the population of bluehead suckers. Since all alternatives have generally the same levels of timber harvest, hazardous fuels treatment, etc. (only 1800 acres separate Alternative D with the greatest levels of harvest and Alternative C with the least amount of vegetation treatment), the effects would be nearly the same for all alternatives. Again, the impacts are driven by sediment and stream temperature influences on fishery habitat quality.

## Cumulative Impacts

Bluehead suckers are Forest Service and BLM sensitive species as a result of past cumulative effects, locally and regionally. For all alternatives, the primary adverse cumulative effects on this warm water species, found in the Dolores, LaPlata, Animas, Florida, Los Pinos, Piedra, and San Juan rivers and their tributaries at the lower elevations of the San Juan Public Lands, presently, would occur from activities that lead to additional water depletions and reduced stream flows (ie., reduced or eliminated fishery habitat that is available for use). Again, these activities would mainly be water use and development projects on or off the San Juan Public Lands, or oil and gas development from current leases and projected new leases on or off the San Juan Public Lands. The demands for water use and development projects are difficult to analysis because they are driven by proponents rather than by San Juan Public Land's programs or budgets. Because of heightened concerns about sediment and salinity inputs and downstream effects on fishery habitat quality, ground-disturbing activities (new road construction, uranium and vanadium mining, etc) in the Dolores River watershed may also adversely affect the bluehead sucker. However, since the exact details for these projects and activities in the Dolores River watershed are unknown presently, the impacts continue to be speculative.

Water depletions from the oil and gas leasing and development on the San Juan Public Lands would be moderately adverse to the bluehead sucker immediately downstream. These water depletions would result either from the small amounts of water used during the drilling process for each individual well and/or from dewatering the coal seams during coalbed methane gas field development and production. For the cumulative, oil and gas well developments on the Unit, ongoing and proposed gas development for both Forest Service and BLM public lands, about 60 acre-feet of water per year would be used in the drilling process and about 469 acre-feet of water per year would be removed as produced water during coalbed methane gas field development.

These water depletions are small relative to the total, historic depletions within these river basins. For instance, as of December 31, 2002, the US Fish and Wildlife Service recognized that there was 846,192 acre-feet per year of water depletions from federal actions within the San Juan River Basin. Of this, 241,814 acre-feet per year were associated with federal actions in Colorado (USFWS 2003). Depletions associated with non-federal actions (private or State activities) increase these values considerably.

It is likely there will be cumulative effects from as many as 2,200 new gas wells drilled on or adjacent to the San Juan Public Lands over the next planning period. In addition to an estimated 170 new wells that may be drilled on new leases (discussed under Direct and Indirect Impacts), there could be as many as 450 new and infill gas wells drilled in the northern San Juan Basin, 1000 new wells drilled on the Southern Ute Tribal lands adjacent to the Unit, and 240 new wells on previously leased land in the Paradox Basin. The Reasonable and Foreseeable Development projected wells would require new roads, pipelines and associated disturbance for gas well construction. Consequently, oil and gas development may have large potential to have substantial cumulative effects when compared to all other activities that affect the San Juan Public Lands. The magnitude of new road/pipeline construction and other disturbances would vary only slightly by alternative.

Although not attributed to management activities on the San Juan Public Lands, the urbanization or development of intermixed private lands within or immediately adjacent to the Unit would have potential effects. Continued development of these lands for residential purposes has the potential at affect fisheries and aquatic resources. Increased runoff and sedimentation from paved and unpaved roads, roofs, and driveways, increased use of surface

BLM_0031726

and groundwater, increased use of herbicides, pesticides, and fertilizers, and increased recreation uses on adjacent public lands can all be attributed to urbanization. If activities on intermixed private lands approach tolerance limits for watershed disturbance, additional activities on the Unit may be limited or curtailed to avoid adverse and cumulative effects to watersheds and aquatic ecosystems. With the amount of intermixed ownership within or immediately adjacent to the Unit, this effect could be moderate at the lower elevations of the public lands.

## Effects Determination

Water depletions caused by oil and gas leasing and development on the San Juan Public Lands are relatively small compared to the total, historic depletions within these river basins. Since water use and development projects are proponent driven, the effects these projects would have on the bluehead sucker are speculative but likely adverse immediately downstream of these activities. Although the bluehead sucker distribution and abundance have diminished, they still occupy a wide geographic area and range of locations. Through the Desired Conditions, Objectives, Design Criteria, and Guidelines, effects to the bluehead sucker would be minimized. Therefore, management activities in all alternatives associated with the Forest Plan/RMP Revision **MAY IMPACT INDIVIDUALS, BUT NOT LIKELY RESULTS IN A LOSS OF VIABILITY ON THE PLANNING AREA, NOR CAUSE A TREND TO FEDERAL LISTING OR A LOSS OF SPECIES VIABILITY RANGE WIDE.** However, it should be recognized that these water depletions from the Unit would contribute to the overall cumulative effects of water depletion within the San Juan and Dolores river basins. Some years into the future, the cumulative effects of water depletions within these basins could have the potential to comprise population viability within the planning unit and could possibly increase the probability of federal listing of the bluehead sucker.

## *Oncorhynchus clarki pleuriticus* (Colorado River Cutthroat Trout)

### Distribution

The Colorado River cutthroat trout is the only salmonid species native to western Colorado. The Colorado River cutthroat trout historically occupied portions of the Colorado River drainage in Wyoming, Colorado, Utah, Arizona, and New Mexico (Behnke 1992). Its original distribution probably included portions of larger streams, such as the Green (Simon 1935), Yampa, White, Colorado, and San Juan Rivers. Behnke and Zarn (1976) suggested this subspecies was absent from the lower reaches of many large rivers because of summer thermal barriers. Portions of the lower reaches may have been used in winter (Young 1995).

Now remaining populations occur mostly in headwater streams and lakes, and in several isolated headwater tributaries of the San Juan River. In southwest Colorado, conservation populations (i.e., a reproducing and recurring population that is managed to preserve the historical genome and/or unique genetic, ecological, and/or behavioral characteristics within specific populations and within geographic units) of the Colorado River cutthroat trout can be found in the Dolores River System (Deep Creek, Elk Creek, Rio Lado Creek, and Little Taylor Creek) and the San Juan River System (Augustora Creek, Beaver Creek, Big Bend Creek, Clear Creek, Headache Creek, East Fork Hermosa Creek, Himes Creek, Upper Navajo River, East Fork Piedra River, Shaw Creek, Terminal Reservoir, and West Virginia Gulch Creek) (CRCT Task Force 2001). Most of these creeks and rivers are located on the San Juan Public Lands. Several tributaries in the Hermosa drainage of the San Juan National Forest are managed as a metapopulation for Colorado River cutthroat trout—a collection of localized populations that are geographically distinct, yet are genetically interconnected through natural movement of individual fish between populations (Dave Gerhardt, 2006, pers com).

### Reason For Concern

The abundance and distribution of Colorado River cutthroat trout have declined so much over the past 100 years that calls have been made for federal listing (Behnke and Zarn 1976; Young 1995). Colorado River cutthroat trout now occupy less than 1% of their historic range (Behnke 1979). In 2001, the Colorado River Cutthroat Trout Conservation Agreement and Strategy was established for the states of Colorado, Utah, and Wyoming to help State and Federal Agencies and Indian Tribes to work collaboratively and cooperatively to implement conservation measures to maintain and increase the species, and to avoid listing as a threatened or endangered species under the Endangered Species Act (CRCT Task Force 2001). Efforts have been underway for a number of years to reverse the declines in Colorado River cutthroat trout populations and reclaim pieces of its historic habitat so that the range of occupied cutthroat habitat is increased. However, the declines over time have been so severe that this subspecies of cutthroat has recently been petitioned for federal listing. The US Fish and Wildlife Service decided

BLM_0031727

against listing because of no evidence of major declines in the overall distribution or abundance over the last several decades (Durango Herald, June 2007).

Introductions of non-native salmonids have had the greatest affect on Colorado River cutthroat trout (Young 1995). Stocking of non-natives began before 1900 and has been very widespread. Interactions with other species impact Colorado River cutthroat trout differently. Brook trout dislodge most subspecies of inland cutthroat when in sympatry, especially at lower elevations (Fausch 1989). The mechanism favoring brook trout is poorly understood, however it is clear higher water temperatures favor brook trout (DeStaso and Rahel 1994). Rainbow trout and other cutthroat subspecies readily hybridize with Colorado River cutthroat trout and produce fertile offspring. More populations of Colorado River cutthroat trout have probably been lost through hybridization than through any other means (Behnke and Zarn 1976).

A wide variety of land management practices have been suggested to affect populations of Colorado River cutthroat trout. These include livestock grazing, mining activities, road construction, and water diversions (Binns 1977, Jespersen 1981). Although the primary risk factors for this species are biological (non-native species and to some degree disease), roads can further affect Colorado River cutthroat trout populations through creation of barriers to fish movement, degradation of habitat by constraining streams and eliminating riparian vegetation, introduction of sediment, and the provision of access to anglers. Diversions and other water use practices have reduced or eliminated suitable habitat, fragmented streams, and restricted movement between formerly connected Colorado River cutthroat trout populations and created small, isolated populations. Although this subspecies has been regarded as the "canary in the mine" with regard to habitat degradation (Behnke and Benson 1980), it has also persevered in sub-optimal habitats (Binns 1977).

**Life History**

The diversity of Colorado River cutthroat trout life histories is probably reduced from historic levels (Young 1995). Adfluvial stocks were once common, but have largely been eliminated. Most remaining stocks are fluvial or resident.

Spawning by this subspecies begins after flows have peaked in spring or early summer and ends before runoff subsides (Quinlan 1980; Young 1995). Water temperature may be a cue for spawning. Colorado River cutthroat trout typically spawn in gravel substrate, mean particle size from 3.7 to 30 mm (Young 1995). The best survival rates are found in substrates with mean particle sizes from 13.8 to 15.9 mm or larger (Young et al. 1991). Redds tend to be located where velocity, depth, and bottom configuration induce water flow through the stream substrate (Young 1989). Redds are generally located where the water is between 11 and 18 cm deep and nose velocity is 15 to 35 cm per second (Young 1995).

Emergence generally occurs in late summer depending on elevation and annual climatic variation. Fry summer microhabitats are usually deeper than 3 cm and water velocity is slower than 6 cm per second (Bozek and Rahel 1991). Woody debris, boulders and rootwads shelter these sites from higher flows.

Colorado River cutthroat trout reach maturity at age 3 and rarely live past age 6 (Young 1995). Growth rates are among the lowest of all salmonids, probably due to the short growing seasons and colder temperatures at the higher elevations to which Colorado River cutthroat trout are currently confined. Lakes and streams with beaver ponds tend to have higher growth rates.

Some studies have shown spawning habitat, riffle water velocity, and cover to be the most important factors in determining trout biomass, with spawning habitat being the most significant (Jesperson 1981). Herger (1993) found most larger cutthroat trout in pools, and that trout density increased with pool depth. Young (1995) found coarse woody debris to be an important factor in determining Colorado River cutthroat trout biomass. He also noted meander habitats were underused, and occupied sites were deeper than average with slower water velocities.

Cutthroat trout, in some streams, do migrate (Jespersen 1981). Adults often move upstream to spawn and then downstream to deeper waters following spawning (Young 1995). Lake populations move in and out of tributaries. It is common to find smaller cutthroat upstream and the larger fish downstream (Jespersen 1981). Cutthroat may move from tributaries to larger river systems to overwinter.

The influence of predatory species on Colorado River cutthroat trout is not known, but dippers, mink, and other predatory birds and mammals do feed on them (Young 1995). The daytime positions of cutthroats are not

BLM_0031728

associated with banks or overhead cover, and they may face a greater risk of predation to focus on daytime foraging.

**Direct and Indirect Impacts For All Alternatives**

The anticipated levels of land management activities that are associated with each alternative are displayed in Chapter 2 of this EIS.

Except for some general area descriptions for oil and gas leasing and development (eg., San Juan Sag east of Pagosa Springs and Paradox Basin in the Glade on the western side of the Unit) uranium and vanadium exploration and development (western Dolores Ranger District/Field Office), and a few other activities, specific locations and details for many management actions are unknown. Although most historic management activities (eg., livestock grazing, etc) will continue to occur in the general vicinity that they are now occurring, precise effects cannot be determined until the location, timing, size, and exact design of the projects are known. As a result, these effects on sensitive fish species are discussed in general terms.

Areas on the Unit with salinity issues, high road densities, and/or sensitive to disturbance (eg., Dolores River watershed) are identified in Chapter 3.3 ("Water" Section) of this EIS. This information is factored into the effects analysis that follows.

Desired Conditions, Objectives, Design Criteria, and Guidelines from the accompanying Forest Plan/RMP Revision that pertain to each sensitive fish species are identified in Appendix M, Table M.2 of this EIS. These Revision components apply to all alternatives and help minimize impacts on aquatic species. They also include Forest Service and BLM manuals and handbooks, such as the Forest Service's Watershed Conservation Practices Handbook and BLM's Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development, which prescribe extensive measures that apply to certain management activities that protect soil, riparian, and aquatic resources.

A wide variety of land use practices may impact Colorado River cutthroat trout. The effects from water use and development projects (including diversion ditches, storage reservoirs, pipelines, wells, etc) on Colorado River cutthroat trout immediately downstream from these projects is from reduced or eliminated stream flows and reduced or eliminated fishery habitat that is not available for use. Additional impacts include increased stream temperatures and reduced dissolved oxygen levels. These effects could be more pronounced during periods of natural cyclic flow reductions (in fall and winter) or during summer months in a drought. Also, snowmaking for ski areas that drains water from streams or from water wells that are likely connected by groundwater to streams also reduces winter base flows that are limiting to habitat and populations of this species. Life cycles of species can be disrupted.

Depending on the location of the water use and development project, the effects on Colorado River cutthroat trout could vary from no impact to a moderately adverse impact immediately downstream of the project under all alternatives. Again, the impacts are predominately due to water depletions and reduced stream flows and the subsequent effects on fishery habitat available for use. The impacts are not expected to vary between alternatives since the demand for water use authorizations are driven by proponents rather than by San Juan Public Land's programs or budgets.

Livestock grazing can degrade in-stream habitat and water quality. Effects generally are increased sedimentation, increased stream temperatures, and fecal/bacteria contamination. The effects from livestock grazing and big game use under all alternatives may adversely affect specific individuals but would overall be minor for the populations of Colorado River cutthroat trout. Because of the lag time to influence existing conditions, Alternative C with its reductions in suitable and available livestock grazing areas may reduce grazing effects on fisheries from the present conditions in the long-term, but not in the short-term. For Alternative D with its increases in suitable and available livestock grazing areas, grazing may increase effects on these fisheries from the present in the long-term, but not in the short-term. Although there will be localized improvements in grazing management and implementation of rangeland health improvement projects, the impacts of sediment and increased water temperatures on fishery habitat quality should continue.

The effects of roads are primarily through sediment production. Heavy sediment loads can reduce pool depths, bury stream substrates and spawning gravels, adhere to aquatic insects and the gills of fish, alter channel form and function, and result in other forms of habitat degradation. Improperly placed, shaped, and sized culverts can act as fish barriers on key streams or exacerbate erosion and cause head-cutting. In addition to being potential sediment

BLM_0031729

sources, roads and specifically road crossings create opportunities for stocking of non-native fish and for introducing diseases such as whirling disease.  Roads may be sediment sources and closing them has a beneficial impact on stream.  Additionally, closing roads which provide access to Colorado River cutthroat trout streams would reduce fishing pressure and have a positive impact on the Colorado River cutthroat trout population.  Because of the locations of streams with conservation populations, roads under all alternatives may adversely impact individuals but would overall be minor for the population of the Colorado River cutthroat trout.

There is some indication that oil and gas resource potential may result in leasing and exploration east of Pagosa Springs in the San Juan Sag and on the national forest portion of the Paradox Basin (in the Glade area).  Exploration could include about two wildcat wells per year in the San Juan Sag and initially up to nine wildcat wells per year in the national forest portion of the Paradox Basin (see Chapter 2 of this EIS).  For those two areas together, approximately 45 acres per year may be disturbed from well pads, roads, etc. If paying quantities of gas are discovered in the San Juan Sag and national forest portion of the Paradox Basin, then as many as 140 production wells are projected.  The impacts to fisheries and aquatic species from oil and gas leasing and development are primarily from reduced stream flows over time (via dewatering gas-producing rock formations) and subsequently reduced fishery habitat available for use, sediment production and the resulting degraded fishery habitat, and the potential for contamination by petroleum products, drilling mud, and other contaminants.

The effects of oil and gas leasing and development would generally be similar for all alternatives.  Given the locations of the conservation populations and the lease parcels, the effects on Colorado River cutthroat trout would generally be negligible under all alternatives.  However, if oil and gas development occurs in the vicinity of streams occupied with Colorado River cutthroat trout or with potential habitat, then the impacts could be moderately adverse immediately downstream over time.  Again, the impacts are predominately due to water depletions and the subsequent effects from reduced stream flows over time as the coalbeds are dewatered.  However, an oil and gas stipulation would be applied to protect Colorado River cutthroat trout and minimize effects, in addition to leasing stipulations for watershed, soil, steep slopes, riparian areas, wetland, and floodplain concerns.  If no new leases were made available, there would be no impacts on the Colorado River cutthroat trout because no new impacts would occur from oil and gas development.

Mining activities on the San Juan Public Lands can include recreational gold panning and suction dredging, gravel mining operations, hard-rock mining, uranium and vanadium mining, etc.  Chapter 2 displays the potential acreage of disturbance per year from these activities.  The effects to fisheries and aquatic species from mining or mining reclamation are mainly from erosion and sediment impacts (ie., degraded fishery habitat), saline runoff or heavy metal loading of streams (ie., toxic levels for aquatic species), and altered stream channels and  associated fishery habitat.  Depending on the location of the action, the effects of mining or mining reclamation, which is nearly identical under all alternatives, on Colorado River cutthroat trout could vary from no impact to adversely affecting specific individuals but would overall be minor for the Unit's population.

Timber harvesting within Forest Service standards has little impact on stream habitats except for the roads and trails necessary to skid logs to landings and to haul logs to mills.  Construction and use of the roads exposes soil and may accelerate erosion.  If these areas of bare soil are connected to the stream network, sedimentation can occur.  Connectivity of disturbed areas can be due to road crossings, rills, gullies, and poorly designed road drainage systems.  Fine sediments in streams can reduce spawning habitat and limit macroinvertebrate populations.  If sediment enters the stream during incubation, it can smother the eggs.  Sediment can also deposit in pools and reduce pool depth and volume.  Adult fish may move out of these pools to find more suitable areas.

Beyond the effects of sediment from vegetation management, fisheries and aquatic species can be impacted by a reduction of streamside vegetation.  A reduction in streamside vegetation can increase average annual and average daily stream temperature by reducing shade and decrease the recruitment of large woody debris in streams.  Overhanging vegetation provides hiding cover for fish and it helps cool stream temperatures.   Large woody debris recruitment is important, because it dissipates erosive stream energy, regulates sediment movement downstream, provides nutrients, and creates pools important to aquatic species.

The effects from vegetation management may adversely affect specific individuals but would overall be minor for the population of Colorado River cutthroat trout.  Since all alternatives have generally the same levels of timber harvest, hazardous fuels treatment, etc. (only 1800 acres separate Alternative D with the greatest levels of harvest and Alternative C with the least amount of vegetation treatment), the effects would be nearly the same for all

BLM_0031730

alternatives. Again, the impacts are driven by sediment and stream temperature influences on fishery habitat quality.

Over the last 20 years, a variety of fish habitat improvement projects such as stream bank stabilizations, pool forming structure placements, spawning habitat enhancement, fish barriers, and culvert replacements have been implemented on the San Juan Public Lands. In addition, the Unit has assisted the Colorado Division of Wildlife in conserving and reintroducing genetically pure, wild populations of Colorado River cutthroat trout in selected streams, particularly in Hermosa Creek Watershed. On occasions and after project level analysis and public involvement, some desired, non-native fish populations are removed in order to favor establishment of native fish populations, such as the Colorado River cutthroat trout. In these instances, the San Juan Public Lands and Colorado Division of Wildlife work closely together to achieve all environmental objectives. Because of locations of specific streams with conservation populations or a reintroduction effort, these improvement projects would either have no impact or a beneficial impact to Colorado River cutthroat trout under all alterntives.

Cutthroat trout populations can be susceptible to overangling. The Colorado Division of Wildlife has an artificial lures and catch and release regulation on many Colorado River cutthroat trout streams. Angling mortality is rarely heavy enough to reduce population viability, but it can change the age structure of fish populations. Loss of breeding individuals could lead to increased inbreeding and long-term loss of viability.

Whirling disease occurs in many fish hatcheries throughout Colorado and infected fish have been stocked statewide. Whirling disease is a parasitic, protozoan which attacks the cartilage of young fish. Whirling disease affects rainbow, cutthroat, brook, and to a lesser degree, brown trout. Mortality rates for rainbow, cutthroat, and brook trout can exceed 80%. Dramatic declines in rainbow trout populations have been recorded in the Madison River in Montana, and the Colorado and Fryingpan rivers in Colorado. Research has shown cutthroat trout are as susceptible as rainbows. Infected fish, birds, mammals, boats, fishermen, and other equipment can spread the spores from area to area.

**Cumulative Impacts**

The Colorado River cutthroat trout is both a Forest Service and BLM sensitive species as a result of past cumulative effects, on a local and regional basis. Like the other sensitive species, the primary adverse cumulative effects under all alternatives, presently, would occur from activities on the San Juan Public Lands that lead to further water depletions and reduced stream flows (ie., reduced or eliminated fishery habitat for use). Depending on the location of ground-disturbing activities, the cumulative effects of sedimentation may range from minor to moderately adverse for certain stretches of stream habitat and individual fish. To help avoid federal listing, the San Juan Public Lands will focus the majority of its fishery habitat improvement efforts in the next 10-15 years to the recovery of the Colorado River cutthroat trout.

With the exception of some lands in the upper Animas watershed and the northwestern portions of the San Juan Public Lands, there are no water courses that originate on lands of other ownership that flow onto the San Juan Public Lands. Importantly for the Colorado River cutthroat trout, the cumulative effects of activities from private lands, Indian tribal lands, and other jurisdictions that could affect this species are generally downstream from the remaining Colorado River cutthroat populations, their potential habitat, or potential recovery areas. For instance, it is likely there will be cumulative effects from as many as 2,200 new gas wells drilled on or adjacent to the San Juan Public Lands over the next planning period. In addition to an estimated 170 new wells that may be drilled on new leases (discussed under Direct and Indirect Impacts), there could be as many as 450 new and infill gas wells drilled in the northern San Juan Basin, 1000 new wells drilled on the Southern Ute Tribal lands adjacent to the Unit, and 240 new wells on previously leased land in the Paradox Basin. The Reasonable and Foreseeable Development projected wells would require new roads, pipelines and associated disturbance for gas well construction. Consequently, oil and gas development may have large potential to have substantial cumulative effects when compared to all other activities that affect the San Juan Public Lands. The magnitude of new road/pipeline construction and other disturbances would vary only slightly by alternative.

**Effects Determination**

Management Area allocations influence land management activities and public use. Although Desired Conditions, Objectives, Design Criteria, and Guidelines have been included to address Colorado River cutthroat trout and other fish species, there is still risk inherent in concentrating these activities in areas with cutthroat trout. Therefore, all

BLM_0031731

alternatives in this Forest Plan/RMP Revision may adversely impact individuals, but not likely to result in a loss of viability on the planning area, nor cause a trend to Federal listing or a loss of species viability rangewide.

## Plants

Eighty eight Forest Service and 103 BLM sensitive plant species were considered for this project. Of those, seventeen Forest Service and eight BLM species are known to occur on SJPL. Six other R2 Regional Forester's sensitive plant species could occur on the San Juan National Forest and one other BLM sensitive plant species could occur on BLM lands of the SJPL because potential habitat for them exists there.

### *Astragalus missouriensis var. humistratus* (from Decker, K. 2006, July 13)

*Astragalus missouriensis* var. *humistratus* (Missouri milkvetch) is a local endemic plant whose global distribution is limited to the upper basin of the San Juan River in southwestern Colorado and northwestern New Mexico. Documented locations include four sites on the Pagosa and Columbine Ranger Districts of the San Juan National Forest. Although data are lacking, population numbers generally appear to be small.

Within its range, *Astragalus missouriensis* var. *humistratus* is broadly associated with the Rocky Mountain Ponderosa Pine Woodland or Rocky Mountain Gambel Oak-Mixed Montane Shrubland ecological system types (Colorado Natural Heritage Program 2005b). Occurrences in Colorado are found in pinyon-juniper woodlands, ponderosa pine forests, and Gambel oak montane shrublands. Within these types, it is typically found in openings or on sparsely vegetated soils. Elevations of reported occurrences range from about 7,100 to 8,600 ft. (1,645 to 2,285 m). Annual precipitation within the distribution of *Astragalus missouriensis var. humistratus* ranges from about 14 to 20 inches (18 to 48 cm). *Astragalus missouriensis* var. *humistratus* appears to favor shaley substrates; the majority of known populations are on sites underlain by substrates of either Mancos Shale or the almost identical Lewis Shale, with a few on shales of the Mesa Verde Formation.

Population trend data that would allow an evaluation of the conservation status of *Astragalus missouriensis* var. *humistratus* are generally not available. There is no way to know whether current management practices on lands supporting *A. missouriensis* var. *humistratus* populations are effective in protecting the species in the long term.

*Astragalus missouriensis var. humistratus* is not rhizomatous and reproduces only by seed, not vegetatively or by clonal growth. Flowers contain both male and female reproductive organs.

Based on the available information, threats to *Astragalus missouriensis* var. *humistratus* in approximate order of decreasing priority include effects of small population size, land development, surface disturbance, invasive species, air pollution, and global climate change. The entire global range of *A. missouriensis* var. *humistratus* is small (about 800 square miles), and effects of threats to the population may be compounded by this restricted range. Land and resource development activities that result in surface disturbance are the primary source of habitat change in the area. Anthropogenic activities that fragment the habitat of *Astragalus missouriensis* var. *humistratus* are increasing throughout its range, especially in the Pagosa Springs area, and could have a negative effect on the persistence of the species in the Region. The dispersed nature of the *A. missouriensis* var. *humistratus* populations may render them especially susceptible to environmental changes or management policies that introduce fragmentation into once continuous habitat.

### *Astragalus naturitensis*

*Astragalus naturitensis* occurs in New Mexico, Utah, and Colorado (Mesa, Montezuma, Montrose, and San Miguel counties). Its habitat includes sandstone mesas, ledges, crevices, and slopes in pinyon-juniper woodlands at elevations of 5000-7000 feet.

Population trend data that would allow an evaluation of this species are not available. Potential threats are trails and livestock grazing.

### *Astragalus proximus* (from Decker, K. 2005, September 7).

*Astragalus proximus* (Aztec milkvetch) is a local endemic whose global distribution is limited to the San Juan Basin in southwestern Colorado and northwestern New Mexico. It is considered fairly common within the New Mexico part of the basin, but much rarer in the Colorado portion of its range. Documented locations include five

BLM_0031732

sites on the Pagosa and Columbine Ranger Districts of the San Juan National Forest in Region 2. Although data are lacking, population numbers are assumed to be stable.

*A. proximus* is broadly associated with the Rocky Mountain Ponderosa Pine Woodland, Colorado Plateau Pinyon-juniper Woodland, Intermountain-basins Semi-desert Shrub-steppe, and Rocky Mountain Gambel Oak-Mixed Montane Shrubland ecological system types (Rondeau 2001, NatureServe 2003b). Occurrences of lower elevations in New Mexico are most often found in Great Basin grassland or pinyon-juniper communities. Occurrences in Colorado (within Region 2) are found in pinyon-juniper (with or without sagebrush) and ponderosa pine/Gambel oak communities. Occurrences have also been described from sagebrush and desert scrub.

Elevations of reported stations range from 5,400 to 7,500 ft., not including the two questionable specimens at 7,840 ft. and 8,700 ft. Annual precipitation within the distribution of *A. proximus* ranges from about 7 to 19 inches. Little information is available with which to characterize its microhabitat preferences. Soils, as reported from herbarium labels, are most often sandy, sandy clay, or clay with rock or shale fragments, or seleniferous shale. *A. proximus* does not appear to be an extreme habitat specialist, but it is possible that microhabitat characters controlling its distribution have not yet been identified.

Although occasional new stems may arise from the underground caudex, *Astragalus proximus* is not rhizomatous and reproduces only by seed, not by vegetative reproduction or clonal growth. Flowers contain both male and female reproductive organs.

Based on the available information, there are several threats to *A. proximus*. In approximate order of decreasing priority these are oil and gas development, road building and maintenance (including attendant sand and gravel mining), off-road vehicle use, grazing, fire, air pollution, and global climate change. A lack of systematic tracking of population trends and conditions, and the lack of knowledge about its basic life cycle also contribute to the possibility that one or more of these factors will threaten the long-term persistence of the species.

## *Calochortus flexuosus* (from Panjabi, S.S. and D.G. Anderson. 2006, July 24)

*Calochortus flexuosus* grows in dry habitats in the southwestern United States (California, Nevada, Utah, New Mexico, and Arizona) and apparently reaches its eastern limit in southwestern Colorado. Within the Rocky Mountain Region (Region 2) of the USDA Forest Service (USFS), it is found only in Colorado, where it has been documented from 15 locations. The total population is estimated to be between 6,000 and 9,000 plants. It is a peripheral species within Region 2, known only from an approximately 30 by 85 mile range in Montezuma, Dolores, San Miguel, and Montrose counties. Its distribution within the boundary of Region 2 is limited to BLM (Big Gypsum Valley on SJPL), Ute Mountain Indian Reservation, state, and private lands in southwestern Colorado. The area that has the greatest likelihood of supporting *C. flexuosus* on National Forest System lands in Region 2 is the lowest elevations of the Ryman Creek drainage in Dolores County. This area is near known occurrences, and habitat for *C. flexuosus* appeared to be present (Stewart personal communication 2004).

Plant communities associated with *Calochortus flexuosus* in Colorado have been described as grasslands, desert shrublands, and open pinyon juniper woodlands. The range of elevation documented in CNHP records (2004) is 4,700 ft. to 7,300 ft.

Rangewide, *Calochortus flexuosus* is found on dry stony slopes and desert hills between 3,000 and 8,330 ft. elevation (Callahan 2001, Fiedler and Zebell 2002). Callahan (2001) reports that this species may have an affinity for alkaline soils. The habitat is described by Cronquist and others (1977) as "dry stony slopes, rocky mesas and flats." Tidestrom and Kittell (1941) report that the species is known from "slopes and canyons of the grass and pinyon belts." Shreve and Wiggins (1964) report the habitat as "desert mesas and hillsides." *Calochortus flexuosus* is found on fine-textured soils (clay).

*C. flexuosus* is a slow-growing perennial that flowers intermittently over a relatively long life. It has perfect, actinomorphic flowers. It may reproduce sexually and vegetatively (Fiedler 1986, Fiedler 1987). *C. flexuosus* may persist for several years as a bulb or corm awaiting favorable conditions for flowering.

There are no quantitative data that could be used to infer the population trend of *Calochortus flexuosus* in Colorado. The fact that in most years *C. flexuosus* is in a dormant form complicates estimates of abundance and occurrence extent. Impacts to *C. flexuosus* individuals and habitat resulting from recreational use, grazing, oil and gas development, and associated roads strongly suggest a downward trend. Loss of habitat, anthropogenic

BLM_0031733

disturbance of habitat, and plant harvesting have probably caused at least a slight downward trend since the area was settled.

There are several tangible threats to the persistence of *Calochortus flexuosus* in Colorado. In order of decreasing priority, these include exotic species invasion, oil and gas development, motorized recreation, effects of small population size, collection for horticultural trade, grazing, global climate change, and pollution. A large portion of the range of *C. flexuosus* in Colorado is vulnerable to oil and gas development; however, the scale and timeframe of extraction activities that might affect occurrences of *C. flexuosus* are unknown. Motorized recreation is increasing in areas where this species grows, and it is extremely difficult to enforce regulations or close areas to protect populations.

## *Carex diandra* (from Gage, E. and D.J. Cooper. 2006, June 2)

*Carex diandra* is documented from three states in USFS Region 2: Wyoming, Colorado, and Nebraska. With approximately 25 known occurrences, Nebraska has the greatest number of occurrences, followed by Wyoming and then Colorado. Within Region 2, occurrences are discontinuously distributed, with several populations highly disjunct from one another and from populations in neighboring states. Occurrences in Wyoming and Colorado are found at elevations of 6,100 to 9,614 ft.. Herbarium and natural heritage element occur-rence records document the species as occurring in the Roosevelt, White River, Routt, Medicine Bow, Samuel McKelvie, and Shoshone national forests.

Within Region 2, Carex diandra is found primarily in fens, which are peat-forming wetlands influenced hydrologically and geochemically by groundwater inputs. The general habitat characteristics for *Carex diandra* have been variously described as swampy, marshy, or boggy areas, including features such as wet meadows, fens, muskegs, floating mats, and shores of lakes and ponds. The most common habitats described in Colorado and Wyoming are montane and subalpine fens, particularly those formed in depressions such as small kettles or other basins in periglacial environments

*Carex diandra* can reproduce both sexually via seed and vegetatively through the formation of tussocks. The species fruits from late May to mid-August, producing numerous small achenes.

There are insufficient data from which to evaluate possible population trends in Region 2 *Carex diandra* occurrences. As mentioned earlier, the majority of occurrence records lack population estimates, and the few estimates that are presented are too imprecise to be of much use in estimating trends.

Due to the region's relatively dry climate and high evapotranspiration rates, fens are restricted in distribution and are sensitive to any kind of perturbation altering their hydrologic regime. Because of *C. diandra's* strong fidelity for these kinds of habitats, its ultimate fate in Region 2 is tied to the persistence and continued functioning of these sites. Historically, many peatlands have been hydrologically modified by ditching, and to a lesser degree, by peat mining activities. Both are currently uncommon on public lands and do not appear to represent a significant threat to extant *C. diandra* populations. However, many fens that suffered anthropogenic impacts in the past continue to exhibit impaired function and require active hydrologic restoration before any ecological recovery can begin. Another historical impact of unknown extent is the construction of reservoirs, which could have affected fens through flooding. Since *C. diandra* is typically associated with small ponds or lakes, which are attractive sites for impounding and storing water, past and future water resource developments may have impacted the species. An additional direct threat is road construction and expansion activities. Of additional concern are activities (e.g., trampling by livestock, recreationists, native ungulates, or illegal off-highway vehicles) that compromise the integrity of the peat substrates that support many *C. diandra* occurrences.

Although direct impacts currently appear to pose a relatively small threat to most Region 2 *Carex diandra* populations, a wide variety of activities are known to indirectly impact wetland structure and function and thus potentially reduce the suitability of sites for this species. Activities like logging and road construction can significantly alter hydrologic or sediment dynamics in fens and consequently have a negative impact on any C. diandra that may occur there. Regional climate change, predicted under several different climate models, also has the potential to negatively impact fens by altering hydrology and shifting the balance of production and decomposition that is key to driving peat formation and maintaining habitat stability.

There is little evidence suggesting that the viability of known *Carex diandra* occurrences is imminently threatened, and what little data are available suggest that the majority of the Region 2 occurrences are stable. Many

BLM_0031734

occurrences are found in either USFS Wilderness or national parks or other special management areas, which may afford the species some level of protection.

## Carex viridula

*Carex viridula* occurs in Colorado (Gunnison, Jackson, LaPlata, Park, and San Juan counties). Its habitat includes wetlands and calcareous fens at elevations of 8700 – 9200 feet.

Population trend data that would allow an evaluation of this species are not available. Direct impacts currently appear to pose a relatively small threat to most Region 2 populations. A variety of activities are known to indirectly impact wetland structure and function and thus potentially reduce the suitability of sites for this species. Activities like logging and road construction can significantly alter hydrologic or sediment dynamics in wetlands and consequently have a negative impact on any *C. viridula* that may occur there.

## Cryptogramma stelleri

*Cryptogramma stelleri* occurs in Colorado (Archuleta, Conejos, Grand, San Juan, and San Miguel counties). Its habitat includes moist wooded slopes, rock outcrops, and riparian areas.

Population trend data that would allow an evaluation of this species are not available. Potential threats are trails and livestock grazing.

## Cypripedium parviflorum (from Mergen, D.E. 2006, July 17)

*Cypripedium parviflorum*

There are currently 224 occurrences of *Cypripedium parviflorum* within Region 2. Of the 46 occurrences in Colorado, 11 are known from National Forest System lands. Of the occurrences documented on National Forest System lands, six are on the Pike-San Isabel National Forest, three are on the Arapaho-Roosevelt National Forest, and two are on the San Juan National Forest (Colorado Natural Heritage Program 2003).

In Colorado, *Cypripedium parviflorum* has been recorded at elevations between 5,800 and 12,683 ft. Habitat was described as *Populus tremuloides* (aspen), *Pinus* (pine), conifer, *Populus/Shepherdia* (aspen/buffalo berry), *Pinus ponderosa* (ponderosa pine), *Pseudotsuga menziesii* (Douglas-fir), *Pinus contorta* (lodgepole pine), *Populus angustifolia* (narrowleaf cottonwood), and spruce-fir-aspen. In Region 2, some occurrences are found in dry ponderosa pine habitat at elevations less than 4,000 ft. where soil moisture can be very low late in the growing season. Other occurrences are confined to riparian areas, north slopes, and cool drainages that have moist to near saturated soil moisture throughout the growing season. *Cypripedium parviflorum* is most often found on or confined to predominantly calcareous soils. In general, *C. parviflorum is* often found on soils and stony soils that have developed over a calcareous substrate, limestone scree and the base of limestone cliffs, or in peaty soils.

*C. parviflorum* plants depend upon mycorrhizal relationships for seed development, seedling establishment, and very possibly for adult phases such as dormancy

Determining a population trend from historical accounts is difficult due to the lack of quantitative data.

Plant collecting, timber harvest, road construction, grazing, and all other activities that cause habitat loss are probably the greatest risks to *Cypripedium parviflorum*. Some management activities, such as plant collecting and livestock grazing, may cause direct damage to plants while other activities indirectly impact plants by altering their habitat. Most management activities, like recreation, weed control, fire suppression, mining, fuelwood harvest, and prescribed fires, may kill individual plants or change the habitat beyond a threshold that *C. parviflorum* can survive. Environmental risks to this species include drought, flooding, and wildfire.

## Draba smithii (from Ladyman, J.A.R. 2004, February 3)

*Draba smithii* is known from Alamosa, Archuleta, Custer, Las Animas, Mineral, and Saguache counties in southern Colorado. The majority of known *Draba smithii* occurrence sites are on USDA Forest Service land. The single known occurrence on the San Juan National Forest is visited periodically to determine its presence, but the size and structure of the population is not formally monitored (Redders personal communication 2002). There are insufficient numerical data in the literature, associated with herbarium specimens, or at the Colorado Natural Heritage Program to definitively determine a long-term population trend for *D. smithii*. However, the information

BLM_0031735

currently available suggests that it is likely to survive satisfactorily, especially if additional research and surveys are carried out so that some basic management strategies can be formulated.

*Draba smithii* occurs in montane and mountain shrub zones (Johnson 1987). Although directly part of the sparse vegetation of rock dwelling communities, *Draba smithii* grows in various douglas-fir (*Pseudotsuga menziesii*), blue spruce (*Picea pungens*), bristlecone pine (*Pinus aristata*), *Pinus aristata/Festuca arizonica* (bristlecone pine/Arizona fescue), Arizona fescue grassland, and pinyon juniper woodland, and aspen (*Populus tremuloides*) communities. In one case, a population was found associated with thin-leaf alder (*Alnus tenuifolia*) and a species of willow (*Salix* spp.). Historical occurrence information indicates that it also grows at or above the tree line (Schulz 1927). It grows on rock outcrops and on talus slopes with little closely-associated vascular vegetation, although frequently the rocks are covered by abundant lichen and, in some cases, mosses. Although many habitats are described as xeric, plants have been also been reported to occur in seasonal seep areas and moist rock outcrops in aspen stands. *Draba smithii* occurs at elevations from 2,365 m to approximately 4,000 m (7,760 to 13,123 ft.), with the majority of occurrences between 2,500 and 3,299 m. A correlation between occurrences and volcanically derived soils has been noted.

*Draba smithii* reproduces sexually, although it is not clear whether it is self- or cross-pollinated (Windham personal communication 2002). Current evidence suggests that seedling recruitment is infrequent and that seeds may have a restricted dispersal pattern. This may explain the species' rarity. The infrequency of suitable habitat niches may also contribute to its lack of abundance.

*Draba smithii* is vulnerable due to its limited geographic range, small numbers, and infrequent occurrence. The most significant threats to *D. smithii* appear to come from habitat modification. Several known occurrences are subject to threats from recreational hiking and from permanent habitat modification from development projects such as road construction. Modification of the hydrology of occupied habitat may also affect some populations. Livestock grazing, fire, and invasive weeds appear to be low-level threats at the current time. *Draba smithii* grows in rock cracks and crevices, and thus only the accessible occurrences are vulnerable to large herbivores. Its rocky habitat provides a natural refuge from fire, and weed invasions appear unlikely at the present time.

## Drosera anglica (from Wolf, E.C. et al. 2006, December 14)

*Drosera anglica* (English sundew) has a circumboreal distribution and is widespread and abundant in many regions. However, the three occurrences located in USDA Forest Service Region 2 are geographically isolated and near the southern extent of the species' range.

The most immediate threats to Drosera anglica are events that alter the hydrologic functioning of the fens in which it occurs. Water-saturated conditions produced by perennial groundwater discharge are critical for maintaining slow rates of organic matter decomposition and slow nutrient turnover. Activities that disrupt, divert, augment, or redistribute groundwater flow to and through a fen have the potential to alter ecosystem functions and the floristic composition of fens. Site-wide impacts may occur directly in the fen from activities such as ditching or groundwater pumping. Other impacts can occur from activities in adjacent ecosystems, including logging, fires, road building, diverting surface flow, and pumping groundwater. Within a fen, a variety of microsites occur that influence the distribution of fen plant communities. Activity within the fen can significantly affect the quality and abundance of microsites. For example, trampling by cattle, people, vehicles, and native animals can break apart floating peat mats that provide *Drosera anglica* habitat.

Any change in the nutrient budget of a fen can significantly alter site suitability for *Drosera anglica*. Being adapted to nutrient poor environments, *D. anglica* would likely be out competed if fertilization were to occur via atmospheric deposition of nitrogen, excrement of rangeland grazing animals, or if there were other increases in the nutrient concentration of the water supporting the fen.

## Epipactis gigantea (from Rocchio, J., M. et al. 2006, March 20)

*Epipactis gigantea* extends from southern British Columbia through the western United States, reaching inland as far as Texas, with one collection from central Mexico. Forty-one occurrences of it are known from Region 2; the majority of these occurrences (32) and much of the species' habitat are on public lands. Fifteen occurrences are on land managed by the BLM, and 13 occurrences are on National Park Service land. Only two occurrences are on NFS lands: one on the Black Hills National Forest and one on the San Juan National Forest.

BLM_0031736

*Epipactis gigantea* is one of the few orchids that grow in the desert, albeit in wet habitats. Most Colorado occurrences occupy seeps, streambanks, and hanging gardens between 4,800 and 6,500 ft. Although *Epipactis gigantea* occurs from desert, montane, and boreal climates, it is always restricted to minerotrophic (nutrient-rich) habitats and requires a constant supply of moisture

Given the clonal nature of *Epipactis gigantea*, it is difficult to estimate the actual number of genetic individuals at a particular site. NatureServe (2003) estimates that the actual number of genets (genetic individuals) is small, but there are many thousands of ramets of it across its range. The total number of plants estimated from the 41 occurrences in Region 2 is between 8,000 and 17,000. There are no rigorous data from which to determine population trends for *Epipactis gigantea*.

 Sexual reproduction results in a large number of miniscule seeds in mid to late summer that are dispersed by wind and water. Vegetative reproduction in *Epipactis gigantea* occurs by means of short, fibrous rhizomes (Brown and Argus 2002) that grow laterally across the substrate to form either a dense monoculture or a looser colony within dense stands of other vegetation such as spikerush (*Eleocharis* spp.) or sedge (*Carex* spp.).

Observations of known occurrences suggest several potential threats to *Epipactis gigantea*. In order of greatest to least concern, these threats include recreation, exotic species invasion, water development, domestic livestock grazing, urban development, timber harvest, and utility line construction/ maintenance. Not all threats are equally valid for every occurrence, and some threats may interact and influence each other. For example, recreation can affect hydrology, introduce non-native species, or result in habitat loss (e.g., hot spring development). In many localities, it is difficult to consider these threats in isolation from one another, both temporally and spatially. Specific impacts to *E. gigantea* and its habitat should not be considered in isolation from the cumulative impacts to an area.

## *Erigeron kachinensis* (from Kram et al. 2005)

*Erigeron kachinensis* is a Colorado Plateau endemic known from western Colorado and eastern Utah. Colorado records are from two locations in the Dolores River Canyon in Montrose County: Coyote Wash, and the Dolores Canyon below Sewemup Mesa. The occurrence at Coyote Wash is near the border of the San Juan Resource Area and the Uncompahgre Basin Resource Area.

Habitat is on saline soils in alcoves and seeps in canyon walls at elevations from 4800 to 5600 ft. In Colorado, all occurrences are in low elevation seeps and hanging gardens; however in Utah there are also occurrences in high elevation mesic sandstone outcrops in aspen and ponderosa pine communities.

The Kachina daisy is a perennial plant from a branching caudex.

This species occurs in seeps, which, if visited frequently, are very vulnerable to disturbance. However, most occurrences documented are inaccessible and rarely visited (CNHP 1998). Survival of the plants depends on the supply of water to the site. Any disruption of the hydrology on the mesas above the occurrences, such as diversions or prolonged drought, could threaten the hanging garden community. Known occurrences are not near current development, but mining, energy development, or water projects could affect water supplies to habitat.

## *Eriophorum altaicum* var. *neogaeum* (from Ladyman, J.A.R. 2004, October 29)

*Eriophorum altaicum* var. *neogaeum* occurs in the Rocky Mountains of Colorado. Discounting those occurrences where specimens may have been annotated to indicate *E. chamissonis,* there are 25 occurrences on National Forest System lands: White River National Forest (2), Rio Grande National Forest (1), San Juan National Forest (18), Pike National Forest (2), Uncompahgre National Forest (1), and Gunnison National Forest (1).

*Eriophorum altaicum var. neogaeum* grows in the sub-alpine and alpine tundra zones of the Rocky Mountains. Associated species include *Picea engelmanii*, *Salix planifolia* (diamondleaf willow), moss, and lichen. It is always associated with water-saturated soils. Individuals grow in bogs, fens, wetlands, and along very wet streamsides. It is reported at elevations between 3,097 and 4,023 m with the majority of occurrences located between 3,500 m and 3,749 m. *E. altaicum* var. *neogaeum* grows in soils that always have a high level of organic matter usually described as humus, peat, or fine organic sphagnum matter. Soils are hydric.

*Eriophorum altaicum var. neogaeum* is a perennial species. It is exceptionally rhizomatous (Weber and Wittmann 2001a and 2001b), and vegetative propagation is likely critical to population sustainability. It also reproduces sexually. The flowers are hermaphroditic.

BLM_0031737

*E. altaicum var. neogaeum* has been placed in synonymy with *E. chamissonis*. However, there are herbarium specimens in Colorado identified as *E. altaicum var. neogaeum* that do not possess all of the characteristics of *E. chamissonis*; they therefore cannot be consigned to this taxon. Until this situation is resolved, this assessment strictly refers to these specimens as *E. altaicum var. neogaeum.*

The information currently available suggests that several *Eriophorum altaicum* var. *neogaeum* occurrences are relatively secure in Colorado because they occur in areas that are afforded protection either by land use designation, for example USDA Forest Service wilderness area, or by their remote, relatively inaccessible location. There are insufficient data in the literature, associated with herbarium specimens, or at the Colorado Natural Heritage Program to determine the long-term population trends for *Eriophorum altaicum* var. *neogaeum*. There is indication that plants persist in the same general area for many decades.

Activities and events that change the hydrology of its habitat are primary threats to *Eriophorum altaicum var. neogaeum*. Recreational use of habitat, such as foot traffic, off-road recreational vehicles, and activities related to skiing, may pose a threat to some occurrences throughout its range. As the human population grows in areas within easy access to *E. altaicum var. neogaeum* habitat and as recreational use increases, the impacts may become substantially more significant. Mineral and peat mining activities are not perceived as threats to any of the currently known occurrences although individual occurrences may have been impacted in the past. Introduced mountain goats and domestic sheep are likely to have adversely impacted habitat in some parts of its range. Invasive weeds are not currently believed to be a concern at any of the known occurrence sites but may pose a threat in the future. Wet nitrogen deposition (acid rain) and air pollution are likely to change the composition of many communities in alpine tundra, especially in some regions where *E. altaicum var. neogaeum* occurs in Colorado. The specific effect on *E. altaicum var. neogaeum* is unknown. Global warming is a potential threat to all species currently restricted to sub-alpine and alpine-tundra zones.

## *Eriophorum chamissonis* (Decker, K. et al. 2006, January 25)

*Eriophorum chamissonis* occurrences are known from alpine and subalpine wetlands and fens of the central and southwestern mountains of Colorado and northern Wyoming's Bighorn Mountains and Absaroka Range. All 12 documented occurrences in Region 2 are on National Forest System lands. Two occurrences are on the San Juan National Forest, five are on the White River National Forest, three are on the Bighorn National Forest, and two are on the Shoshone National Forest.

In Region 2, *E. chamissonis* is typically found in subalpine wet meadows and fens with saturated peat soils, where graminoids and forbs dominate the vegetation. It is associated with the Rocky Mountain Alpine-Montane Wet Meadow and Rocky Mountain Subalpine-Montane Fen ecological systems as defined by NatureServe (2003). These two systems are defined as "small patch" types that usually have distinct boundaries, require specific environmental conditions, and are strongly linked to and dependent upon the landscape around them

 Because most documented occurrences have not been counted more than once, information is insufficient to allow an assessment of range-wide population trends. Occurrences in Region 2 are generally small and disjunct and so are probably more vulnerable to environmental stochasticity and anthropogenic disturbance than occurrences in the center of the range. Although population monitoring data are lacking, there is evidence to suggest that some occurrences have disappeared. In Region 2, *Eriophorum chamissonis* is confined to a few isolated instances of unique and relatively rare habitat. Extirpation of these occurrences will not necessarily endanger the persistence of the species. However, a steady but gradual loss of occurrences over time could contribute to a contraction of the known range. Loss of the disjunct occurrences in Region 2 could reduce the genetic diversity of the species as a whole, as well as depress its resilience in the face of genetic, demographic, and environmental stochasticity.

*Eriophorum chamissonis* is a perennial graminoid that reproduces both sexually by seed and vegetatively by long, creeping rhizomes. Like most other species in the Cyperaceae, *E. chamissonis* is monoecious, having separate male and female flowers on the same plant.

Probable threats to *Eriophorum chamissonis* in Region 2 include, in order of decreasing priority, hydrologic alterations, grazing, motorized vehicle use, peat mining, fire, and global climate change. The small, disjunct nature of populations of E. chamissonis in Region 2 and the lack of knowledge of the species' biology contribute to the possibility that one or more of these factors may threaten the long-term persistence of the species without anyone being aware of it.

BLM_0031738

## *Eriophorum gracile* (from Decker, K. et al. 2006, February 6).

*Eriophorum gracile* is a circumpolar species that occurs as a relictual disjunct in USDA Forest Service (USFS) Region 2. Occurrences are known from mountainous areas of Colorado and Wyoming and the Sandhills region of north-central Nebraska and southern South Dakota. Thirty-six documented occurrences include 15 on National Forest System lands in Colorado and Wyoming. The only Region 2 occurrences on National Forest System lands are in Colorado and Wyoming. These include nine in Colorado (four on the Routt National Forest, two on the Grand Mesa-Uncompahgre-Gunnison National Forest, and one each on the Arapaho-Roosevelt National Forest, Pike-San Isabel National Forest, and White River National Forest).

In Region 2, *E. gracile* is typically found in fens and subalpine wet meadows with saturated soils where vegetation is dominated by graminoids and forbs. These habitats are often described as bogs or marshes in the original source material. Elevations of occurrences range from about 7,000 to 11,140 ft. in Colorado. In Region 2, *Eriophorum gracile* is associated with the Rocky Mountain Alpine-Montane Wet Meadow, Rocky Mountain Subalpine-Montane Fen, and the Northwestern Great Plains Open Freshwater Depression ecological systems as defined by NatureServe (2003). These three systems are defined as "small patch" types, that usually have distinct boundaries, require specific environmental conditions, and are strongly linked to and dependent upon the landscape around them.

Because occurrences records do not include repeated stem counts, information is insufficient to allow an assessment of current population trends. Although trend data for individual occurrences are lacking, evidence suggests that some occurrences were extirpated during the past century. About one fourth of the documented occurrence locations in Region 2 are considered historical, and unlikely to be relocated because of habitat alteration at those sites. It is not clear that these disappearances represent a general downward population trend in Region 2. In Region 2, *Eriophorum gracile* is confined to a few islands of unique and relatively rare habitat. Extirpation of these isolated occurrences will not necessarily endanger the persistence of the species; however, a gradual loss of occurrences will eventually result in a contraction of its known range. Loss of the disjunct populations in Region 2 could reduce the genetic diversity of the species as a whole, as well as depress its resilience in the face of genetic, demographic, and environmental stochasticity.

*Eriophorum gracile* is a perennial graminoid that reproduces both sexually by seed and vegetatively from long, creeping rhizomes (Ball and Wujek 2002). Like most other species in the Cyperaceae, *E. gracile* is monoecious, having separate male and female flowers on the same plant.

Known occurrences of *Eriophorum gracile* on National Forest System lands in Region 2 are reasonably well protected. It is very likely that additional populations will be located in the future; their status is uncertain. Probable threats to this species include, in order of decreasing priority, hydrologic alterations, grazing, motorized vehicle use, peat mining, invasive species, and global climate change. The small, isolated nature of occurrences of *E. gracile* in Region 2 and the lack of basic information about the biology of the species contribute to the possibility that one or more of these threats will decrease the probability of its long-term persistence in the region.

## *Gilia sedifolia* (from Anderson, D.G. 2004, August 9).

*Gilia sedifolia (stonecrop gilia)* is a narrow endemic known from two occurrences in the San Juan Mountains of southwestern Colorado. The type locality ("Sheep Mountain") was last seen in 1892, and its location is uncertain. The other occurrence, known from Half Peak in Hinsdale County, Colorado, consists of two stands and approximately 1,100 individuals. It was last seen in 2003. The Half Peak occurrence is on the Gunnison National Forest, and the type locality may be on the San Juan National Forest.

Information on the habitat of *Gilia sedifolia* is sparse. Collections of this species were in sites at or above treeline. It is apparently restricted to dry, rocky or gravelly talus of tuffaceous sandstone (Porter 1998, Komarek personal communication 2002, Komarek 2003). *Gilia sedifolia* was collected on a shallow south-facing slope on Half Peak (Komarek 1995). On Half Peak, *Gilia sedifolia* is found exclusively in gravelly patches that are surrounded by denser vegetation dominated by *Geum rossii* (Ross's sedge; ash-flow tuff (sensu Tweto 1979) throughout the San Juan Mountains above 11,700 ft. This is included as a rough estimate of possible habitat for *Gilia sedifolia*. Alpine areas on ash-flow tuff parent material that are not occupied may be suitable but unoccupied habitat,

*Gilia sedifolia* appears to be a biennial (Porter 1998) or a short-lived monocarpic perennial (Inouye personal communication 2003). The biennial life history is an adaptation to a short growing season because it makes it

BLM_0031739

possible for plants to produce a much larger seed crop than they could in only one year (Barbour et al. 1987). There is, however, a cost to this strategy since there is a significant chance that the second year will not be favorable for growth or that a disturbance will occur.

There are insufficient data to make any inferences regarding the population trend for *Gilia sedifolia*.

Observations and opinions of experts show that there are several tangible threats to the persistence of *Gilia sedifolia*. In order of decreasing priority these threats are off-road vehicle use and other recreation, sheep grazing and its secondary impacts, mining, exotic species invasion, effects of small population size, global climate change, and pollution.

## *Ipomopsis polyantha* (from Anderson, D.G. 2004, December 21).

*Ipomopsis polyantha* is an extremely narrow endemic whose global distribution is limited to a 13-mile range in Archuleta County, Colorado. It is known from three occurrences in the vicinity of Pagosa Springs, Colorado, two of which consist of small population sizes. It is ranked globally critically imperiled (G1S1) by NatureServe and the Colorado Natural Heritage Program. *Ipomopsis polyantha* is a sensitive species in Region 2 of the USDA Forest Service and is included on the Bureau of Land Management Colorado State Sensitive Species List in the San Juan Field Office. It is currently being evaluated for candidate status under the Endangered Species Act.

*Ipomopsis polyantha* grows among the southern foothills of the San Juan Mountains. *Ipomopsis polyantha* is apparently restricted to Mancos Shale where the soils are heavy, gray, fine-textured, and clayey. The elevation range of *I. polyantha* is 6,800 to 7,300 feet. *Ipomopsis polyantha* is found in a wide variety of vegetation types. *Ipomopsis polyantha* has been documented from *P. ponderosa*-dominated forests, pinyon pine/juniper/oak scrub communities, and a pine-oak community.

There are no quantitative data that could be used to infer the population trend of *Ipomopsis polyantha*. Human impacts to individuals and habitat for *I. polyantha* resulting from the establishment, growth, and development of Pagosa Springs strongly suggest that there has been a downward trend. Loss of habitat and anthropogenic disturbance of remaining habitat has probably caused a downward trend since the area was settled 120 years ago.

Observations and quantitative data have shown that there are several threats to the persistence of *Ipomopsis polyantha*. In order of decreasing priority these are residential and commercial development, livestock grazing, exotic species invasion, right-of-way management, effects of small population size, recreation, wildflower gathering, global climate change, and pollution. The entire global range of *I. polyantha* is planned for residential development in the Archuleta County Community Plan. *Ipomopsis polyantha* does not tolerate livestock grazing and is thus largely limited to highway rights-of-way. Given the serious nature of the threats to *I. polyantha*, it is among the most endangered species in Colorado.

## *Lesquerella pruinosa* (from Anderson, D.G. 2006, August 29).

*Lesquerella pruinosa (*Pagosa bladderpod) is currently known from 21 occurrences in Archuleta and Hinsdale counties in southwestern Colorado and from one newly discovered occurrence in northern Rio Arriba County, New Mexico. *Lesquerella pruinosa* is found on federal lands managed by the USFS (San Juan National Forest) and the BLM. It is also found on private land and on the Southern Ute Reservation. Six (possibly seven) occurrences are known from National Forest System land on the San Juan National Forest, including the two largest known occurrences at O'Neal Hill Botanical SIA and Turkey Mountain

Published accounts of the habitat of Lesquerella pruinosa include "Mancos slate or shale, meadows, and gentle slopes" (Rollins 1993), "in fine-textured soils derived from Mancos Shale" (O'Kane 1988), "on dry soils" (Rollins and Shaw 1973), and "narrowly endemic on clay-shale" (Weber and Wittmann 2001). *Lesquerella pruinosa* is limited to soils derived from the Upper Cretaceous Mancos Shale Formation. Most reports note the highest densities of L. pruinosa on exposed, gray clay barrens within montane grasslands or with small hills and ridges above them. Smaller occurrences are found in open ponderosa pine (*Pinus ponderosa*) stands and Gambel oak (*Quercus gambelii*) communities; numbers of plants apparently decrease under a forest canopy. *Lesquerella pruinosa* can be associated with Douglas-fir (*Pseudotsuga menziesii*) and Engelmann spruce (*Picea engelmannii*) communities at the upper limits of its range. *Lesquerella pruinosa* is concentrated between 6,890 and 8,800 ft.

Anthropogenic disturbance and gradual loss of habitat since European settlement of the Pagosa Springs area 120 years ago have probably caused a steady population decline of *Lesquerella pruinosa*. Declining habitat quantity

BLM_0031740

and quality on federal and private land are likely to result in continued downward trends for *L. pruinosa* range-wide (Redders 2001, Lyon personal communication 2004).

There are several threats to the persistence of *Lesquerella pruinosa* in Region 2. In approximate order of decreasing priority, threats to *L. pruinosa* include residential and commercial development, off-road vehicle recreation, other recreational activities, energy resource development, exotic species invasion, use of herbicides and pesticides for weed management and range improvement, effects of small population size, grazing, prairie dog herbivory, fire, global climate change, and pollution.

## *Parnassia kotzebuei* (from Panjabi, S.S. and D.G. Anderson. 2007, January 17)

*Parnassia kotzebuei* in Region 2 of the USDA Forest Service (USFS) is quite limited relative to its overall range. Within Region 2, this species is found only in Wyoming and Colorado. It is known from 27 locations in Region 2, and these occurrences contain an estimated 1,135 plants occupying less than 27 acres. *Parnassia kotzebuei* occurs on land administered by six national forests (Arapaho-Roosevelt, Pike-San Isabel, San Juan, and White River national forests in Colorado.

Habitat descriptions in Region 2 are documented through the work of botanists reporting to the Colorado Natural Heritage Program (Colorado Natural Heritage Program 2004a), or on labels of specimens deposited at the University of Colorado Herbarium and the Rocky Mountain Herbarium. Weber and Wittmann (2001) describe the habitat for *Parnassia kotzebuei* in Colorado as "rocky ledges and rills, subalpine, alpine." Spackman et al. (1997a) add that the species is found in "wet areas along streamlets and in moss mats." *Parnassia kotzebuei* is found primarily above tree line, and also in subalpine forest openings, on rocky coniferous slopes, and in deep spruce forests.

Very little is known about the reproductive ecology and autecology of *Parnassia kotzebuei*. While the plants are probably pollinated by insects, it is not known if this species is self-incompatible and an obligate outcrosser, or if it is capable of self-pollination. Plants have both male and female sexual organs.

There are no quantitative data that could be used to infer the population trend of *Parnassia kotzebuei* in Region 2.

Although *Parnassia kotzebuei* occurrences in Colorado and Wyoming are exposed to threats, the severity and extent of the threats are moderately low. In order of decreasing severity, potential threats to this species include effects of small population size, global climate change, motorized recreation, grazing, non-motorized recreation, exotic species invasion, mining, and pollution.

## *Machaeranthera coloradoensis* (from Beatty, B.L. et al. 2004, January 30)

*Machaeranthera coloradoensis* (Colorado tansyaster) is a regional endemic species with populations located in central, west-central, and southwestern Colorado and south-central Wyoming. Of the 33 occurrences of *M. coloradoensis* worldwide, 21 occurrences are on lands managed by the U.S. Forest Service in Colorado and Wyoming. In Colorado, *Machaeranthera coloradoensis* occurs in the central, west-central, and southwestern portions of the state. Specifically, Colorado NHP records (2003) indicate that this species has been recorded from 21 occurrences in Gunnison, Hinsdale, La Plata, Lake, Park, Pitkin, Rio Grande, Saguache, and San Juan counties. Of the 24 occurrences of *Machaeranthera coloradoensis* in Colorado, six occurrences are with the Grand Mesa, Uncompahgre, and Gunnison National Forest, five are within the San Juan National Forest, five are within the Rio Grande National Forest, two are within the Pike-San Isabel National Forest, and one is within the White River National Forest. In the San Juan National Forest, one population may occur within the Weminuche Wilderness Area, but there is some uncertainty concerning the precise location of this population

*Machaeranthera coloradoensis* is a perennial forb species that occurs in a variety of habitats in Colorado from montane to alpine areas. It is found 7,675 to 12,940 feet in elevation. *Machaeranthera coloradoensis* macrohabitats range from plains/park grassland, to dry grassland communities within ponderosa pine (*Pinus ponderosa*) or bristlecone pine (*Pinus aristata*) areas, to pinyon/juniper (*Pinus/Juniperus*) woodlands, to alpine fellfields and meadows. Within these areas, this species grows on slopes, bluffs, ridges, flats, or roadsides on sedimentary and calcareous substrates (e.g., limestone, dolomite, shale), volcanic substrates (e.g., volcanic ash), or granitic substrates. This species is consistently found in areas with open exposure, but the slope, aspect, and moisture vary from site to site.

BLM_0031741

There are no data on population trends for *Machaeranthera coloradoensis*. Although several populations have been counted, multi-year population or quantitative demographic monitoring has not been initiated for any occurrences of this species.

There is no information concerning the extent of sexual or vegetative reproduction in Machaeranthera coloradoensis. Machaeranthera species tend to have several short rhizomes arising from the caudex (Hartman 1990), which may or may not function in vegetative reproduction.

*Machaeranthera coloradoensis* is vulnerable because of its restricted geographic range and small number of documented occurrences. Direct or indirect negative impacts to *M. coloradoensis* populations or habitats by human-related activities could occur from motorized and non-motorized recreation, trail or road construction and maintenance, reservoir expansion, housing development, changes to natural disturbance regimes, domestic livestock activities, invasive species introduction, or small-scale mining. Lower elevation populations and those populations closest to roads and trails are likely at the most risk. Other environmental and biological threats to populations or habitats of *M. coloradoensis* could include inadequate pollination, genetic isolation, herbivory, landscape fragmentation, hybridization, global climate changes, or changes to the natural disturbance regime that would affect natural succession, erosion, or precipitation patterns.

## *Mimulus eastwoodiae* (from Kram et al. 2005)

*Mimulus eastwoodiae* is endemic to the Canyon Lands of southeastern Utah and adjacent Colorado and Arizona (Cronquist et al. 1984). It has also been reported from Nevada. In Colorado, *Mimulus eastwoodiae* is known from Delta, Mesa, Montrose, and San Miguel counties. The Colorado Natural Heritage database has two occurrences in the San Juan Public Lands in San Miguel County:  one is located on the Anderson Mesa quadrangle in a seep above the Dolores Canyon, and the other on the Horse Range Mesa quadrangle in two seeps on the north side of McIntyre Canyon, a tributary of the Dolores River.  The species is also mentioned in the record for *Erigeron kachinensis* in Bull Canyon as being present at that location.

*Mimulus eastwoodiae* grows in hanging garden communities in shallow caves, alcoves and seeps on steep canyon walls at elevations from 4700 to 5800 ft. Adjacent uplands have scattered pinyon, juniper, and sagebrush. The habitat is somewhat naturally protected by its inaccessibility, but it can be fragile.

*Mimulus eastwoodiae* is a stoloniferous perennial plant with leaves less than 1 cm long.  New plants are produced wherever roots take hold.

This species occurs in seeps, which, if visited frequently, are very vulnerable to disturbance. However, most occurrences documented are inaccessible and rarely visited (CNHP 1998). Survival of the plants depends on the supply of water to the site. Any disruption of the hydrology on the mesas above the occurrences, such as diversions or prolonged drought, could threaten the hanging garden community.

## *Pediomelum aromaticum*

*Pediomelum aromaticum* occurs in Arizona, Utah, and Colorado (Mesa and Montrose counties). Its habitat includes adobe hills, and semi-desert shrublands and sagebrush shrublands.

Population trend data that would allow an evaluation of this species are not available. Potential threats are trails and livestock grazing.

## *Physaria pulvinata* (from Anderson and Spackman Panjabi. February 12, 2006).

*Physaria pulvinata was* described in 2006 and is currently known from two occurrences in San Miguel and Dolores Counties, Colorado. One of these is (in part) on the San Juan National Forest. It is found on scattered outcrops of grayish, argillaceous shale at elevations between 7600 an 8500 ft.

This species is known from approximately 4000 individuals. Populations have not been monitored or revisited to assess population trend. The habitat and habitat quality is currently in a downward trend due to extensive human impacts in this area.

*Physaria pulvinata* is subject to immediate and on-going threats from over-grazing, intense recreational use, and soil disturbance. It is the latter that has had the greatest impact on the extant populations, as the shale to which the

BLM_0031742

plant is confined is mined and used to surface local gravel roads. Portions of populations are presently protected from active soil removal because they are near lakeshores or along power line right-of-ways. Nonetheless, off-road vehicle traffic still takes a toll. Until a thorough search for the cushion bladderpod is conducted, federal and state agencies should curtail their use of the shale where the plant occurs.

## *Salix arizonica* (from Decker, K. 2006, April 20).

*Salix* arizonica occurrences are concentrated near the margins of the Colorado Plateau in Utah, Arizona, New Mexico, and Colorado. In Region 2, a single occurrence is known from the southern San Juan Mountains in Conejos County, Colorado.

Throughout its range, *Salix arizonica* is typically associated with high elevation wet meadows, streamsides, and cienegas. Habitat often occurs as a narrow, linear strip associated with perennial water in seeps, springs, stream sides, and wet meadows. Plants are also sometimes found in drier sites adjacent to forest edges or within the riparian zone where subsurface channels provide moisture. *S. arizonica* is frequently associated with substrates of volcanic origin, and it appears to favor coarse-textured and well-watered soils, including those associated with alluvial deposits.

*Salix arizonica* is a perennial, deciduous shrub that reproduces sexually by seed. Plants also form dense thickets when stems are buried by alluvial sediments, making identification of genetic individuals difficult. However, plants are not producing subterranean rhizomes (Maschinski personal communication 2005). Nearly all willows, including *S. arizonica*, are dioecious; an individual plant has either male flowers or female flowers, but not both.

Population trends have not been rigorously determined for *Salix arizonica*, but the species appears to be primarily declining throughout its range.

Primary threats to the persistence of *Salix arizonica* in Region 2 are grazing by domestic and wild ungulates, hydrologic alterations, impacts from timber harvesting, impacts from recreational use, consequences arising from small population sizes, and global climate change. The detrimental effects of grazing and altered hydrology have been documented in occurrences outside Region 2. Information on the incidence and potential severity of other threats is less well known, due to the relatively recent discovery of both the species and many of its occurrences.

## *Salix candida* (from Decker, K. 2006, September 18

*Salix candida* is known from 32 locations within Region 2; 15 occurrences are known from Colorado, 10 from Wyoming, and 7 from South Dakota. Of these 32 occurrences, 16 are located on National Forest System lands. In Colorado, one occurrence is on the Arapaho-Roosevelt National Forest, and four are at least in part on the Pike-San Isabel National Forest. Spackman et al. (1997) indicated that Salix candida is also known from Hinsdale and LaPlata counties, on the Gunnison and San Juan National Forests.

Throughout its range, *Salix candida* is typically associated with fens, bogs, marshes, and other areas of permanently saturated soils where peat is present. These habitats often have high mineral content and alkaline pH (Lesica 1986, Cooper 1996) and are characterized as "rich" or "extreme rich" fens.

Data that would allow a detailed description of population trends are generally lacking. Of the 32 occurrences in Region 2, only 12 have been clearly documented as having been visited multiples times, and none has been counted systematically more than once.

*Salix candida* primarily reproduces sexually by seed, although most willows can be easily propagated from cuttings.

The primary and immediate threat to the persistence of *Salix candida* in Region 2 is hydrologic alteration. The pervasive nature of this threat could drastically reduce or eliminate suitable habitat for *S. candida* in Region 2. Global climate change or consequences arising from small population sizes could also eliminate *S. candida* from Region 2 over longer periods. Less immediate threats include grazing, road construction and maintenance, peat mining, recreational use, alteration of natural fire regime, and invasive species. These threats are more likely to decrease the vigor and number of occurrences rather than eliminate the species from Region 2.

BLM_0031743

### *Salix serissima* (from Decker, K. 2006, March 9).

*Salix serissima* (autumn willow) is a boreal willow and an obligate wetland species whose distribution is concentrated in the northeastern United States and in Canada from Newfoundland to British Columbia. It is found in disjunct populations within USDA Forest Service (USFS) Region 2. Known occurrences in Region 2 include four in the Black Hills of South Dakota (two on the Black Hills National Forest); one in the Sherman Mountains of Albany County, Wyoming (on the Medicine Bow National Forest); seven in north-central Colorado (one on the Arapaho-Roosevelt National Forest); and one in southwestern Colorado (potentially on the San Juan National Forest).

Throughout its range, *Salix serissima* is typically associated with areas of permanently saturated soils where peat is present. In Region 2, these areas frequently have a high mineral content and an alkaline pH (Froiland 1962, Lesica 1986, Cooper 1996), and they are classified as calcareous or rich fens.

*Salix serissima* reproduces primarily sexually by seed, and it can be easily propagated from cuttings. *S. serissima* is dioecious; an individual plant has either male flowers or female flowers, but not both.

The foremost threat to the persistence of *Salix serissima* in Region 2 is hydrologic alteration of the peatland habitats where it is found; any activity that disrupts saturated soils and peat formation is likely to have a negative impact on *S. serissima*. Hydrological alteration has occurred in the past at several S. serissima sites and is a current threat to some occurrences. This threat interacts to some degree with all other threats to this species. Other activities currently threatening *S.serissima* occurrences include grazing and road construction. The effects of global climate change and small population sizes have the potential to eliminate the species from Region 2; these effects are gradual, unpredictable, and difficult to control or evaluate. Potential threats to the species include peat mining, recreational use, alteration of fire regimes, and competition from invasive plant species.

### *Sphagnum angustifolium*

*Sphagnum angustifolium* occurs in Colorado (San Juan County). Its habitat includes fens and other wetlands.

Population trend data that would allow an evaluation of this species are not available. Direct impacts currently appear to pose a relatively small threat to most Region 2 populations. A variety of activities are known to indirectly impact wetland structure and function and thus potentially reduce the suitability of sites for this species. Activities like logging and road construction can significantly alter hydrologic or sediment dynamics in wetlands and consequently have a negative impact on any *S. angustifolium* that may occur there.

### *Triteleia grandiflora* (from Ladyman, J.A.R. 2007, January 29).

*Triteleia grandiflora* has been documented in Colorado only from one location on the San Juan National Forest in Montezuma County where 700 to 2,000 individuals are distributed over approximately 10.8 ha. In 2005, surveys for T. grandiflora were completed on an additional 445 ha in the San Juan National Forest, but no additional occurrences of the taxon were found (Gildar personal communication 2006). This occurrence in Region 2 is in a *Pinus ponderosa* (ponderosa pine) - *Quercus gambelii* (Gambel oak) community, where the pines are less than 80 years old (Stewart personal communication 2005). *Triteleia grandiflora* plants are found in patches in open to partially shaded areas. At this occurrence, the total tree canopy cover is approximately 30 percent, shrub canopy cover is approximately 30 percent, forb canopy cover is approximately 40 percent, grass and grass-like plants cover is approximately 25 percent, moss and lichen cover is approximately 3 percent, and bare ground is approximately 10 percent (Stewart 1998).

The data in the literature, associated with herbarium specimens, or at the state Natural Heritage Programs are insufficient to determine accurately long-term population trends for *Triteleia grandiflora*.

*Triteleia grandiflora* is a perennial species. Plants are iteroparous, flowering in multiple years before they die. They reproduce vegetatively through division of the corm and proliferation of cormlets, as well as by seed.

Habitat loss, fragmentation, and degradation caused by human recreation, livestock grazing, resource development (timber and mineral), and invasive non-native plant species are potential threats to the long-term persistence of *Triteleia grandiflora* throughout its range, including Region 2. Soil disturbance from all of these sources is a potential threat to occurrence viability. *Triteleia grandiflora* occurrences are also vulnerable to the direct effects of herbivory, especially in areas where pressures from livestock grazing may be in addition to those from wildlife. If

BLM_0031744

*T. grandiflora* relies on cross-pollination to produce seed, then a change in the assemblage of pollinator species or a decline in pollinator abundance is a potential threat. The role of fire in the life history of *T. grandiflora* is unknown. Although the species may occur in forested areas, it is typically found in areas with low or no tree canopy. Past fire suppression policies may have reduced the amount of *T. grandiflora* habitat available. Natural or prescribed fires that burn with high intensity may kill the buried corms and are potential threats to occurrence viability. Rangewide, threats from habitat loss and degradation are likely to be more significant in the near future as the human population increases. As for all species, environmental stochasticity poses potential threats to *T. grandiflora*. Direct and indirect consequences of global climate change (e.g., extended periods of drought and periodic increases in rodent populations above the evolutionary average) may negatively affect the taxon. Elements of genetic and demographic stochasticities are also potential threats, especially to small and isolated occurrences. *Triteleia grandiflora* corms can be transplanted, so an occurrence may be translocated if destruction of the occurrence site is unavoidable. However, translocation in itself involves threats to the plants being moved. Urbanization also leads to habitat loss, fragmentation, and degradation, and has been and continues to be a threat to some occurrences outside of Region 2. The current level of threats to the occurrence on National Forest System land in Region 2 does not appear to be substantially impacting overall population viability.

## *Utricularia minor* (from Neid, S.L. 2006, May 15).

*Utricularia minor* occurs on the Routt, San Juan, and Grand Mesa national forests. On the San Juan National Forest, *U. minor* occurs in a small creek that is the outflow from a lake. The creek winds through an alkaline wetland with *C. viridula*

*Utricularia minor* is an affixed (as opposed to free-floating) aquatic species that grows in a variety of low-energy aquatic environments. It grows in shallow water (up to approximately 12 inches deep) with a penetrable substrate. Individuals tend to grow in places like inundated mudflats or areas with emergent vegetation. Certain wetland habitats of *Utricularia minor* are categorized as peatlands; these include bogs, poor fens, and extremely rich fens. In Region 2, *Utricularia minor* is generally associated with two different types of wetland systems. It is associated with montane fen ecological systems (Rondeau 2001) and in small localized seeps at higher elevations in Colorado and Wyoming, whereas it is associated with freshwater marsh systems at lower elevations and in the Plains states. These systems correspond to the Rocky Mountain Subalpine-Montane Fen and North American Arid West Emergent Marsh ecological systems of NatureServe (2003), respectively.

There is no information on trends within individual populations of *Utricularia minor* and little or no information about trends for the species as a whole throughout its global range.

Its primary mode of reproduction is presumably vegetative although its sexual reproductive features are largely unstudied.

Direct threats to *Utricularia minor* are hydrologic impacts, especially degradation of water quality and hydrologic alteration, habitat loss, and invasive species. Indirect threats include land use practices that impact water quality and habitat integrity. *Utricularia minor* is sensitive to habitat perturbations, both on local and landscape scales. Further, its primary habitat, peatlands, is sensitive to environmental change, restricted in distribution and abundance, and essentially beyond restoration in the face of certain types of habitat degradation. Every effort should be made to prevent the degradation of the quality and quantity of water reaching habitat of *U. minor*.

### Direct and Indirect Impacts to all Sensitive Plant Species for All Alternatives

Potential effects to the sensitive plant species associated with SJPL could occur in the future for all alternatives when specific projects are identified and implemented. Effects assume that direction and design criteria in the land management plan will be followed and implemented. Design criteria are environmental protection measures that will be applied at the project level to protect resources.

Management activities with the greatest potential to affect sensitive plant species on SJPL are those that involve active management and the ground disturbance or vegetation removal associated with it including oil and gas development, livestock grazing, timber harvest, mechanical fuels treatments, fire management, recreation development, off-road-vehicle use, utility corridors, road construction and maintenance, invasive species control (herbicides), and solid minerals development. Most lands and their associated vegetation types and plant species will be unaffected by active management since it won't occur on them. Active management could affect sensitive plant species on SJPL through habitat modification (including changes to soils and litter) by direct contact

BLM_0031745

resulting in injury or mortality of individual plants, and through the establishment of invasive plant species that can compete with these species for habitat resources, but since sensitive plants and their habitat will be surveyed for and avoided in most cases they are likely to experience no effects or only negligible effects that will not result in a major change in their abundance or distribution. In the case of livestock grazing, the potential threat for animals to eat or trample sensitive plants exists, but most of the sensitive plants on SJPL occur in places that are inaccessible to livestock, and for the ones that are accessible there is no specific information to suggest that livestock will have major adverse effects to any sensitive plant species on SJPL.

The implementation of the alternatives could also have some beneficial effects to the sensitive plant species described above. These include the use of fire, both wildland fire use and human ignited, that could benefit those species who are adapted to fire and may even need it for their long-term survival. The invasive species program could also benefit sensitive species by eliminating invasive species and preventing the introduction and spread of them, as invasive plant species compete with sensitive plant species for space, water, and nutrients.

The potential for adverse effects to sensitive plant species from management could occur under all of the alternatives. Since Alternative D proposes the most active management, it has the greatest potential to affect sensitive plant species as described above, compared to the other alternatives. Alternative A has the next highest potential to adversely affect sensitive plant species since it proposes the 2nd most active management, followed by Alternative B. Alternative C has the least potential to adversely affect sensitive plant species as described above, since it proposes the least active management. The beneficial effects to sensitive plant species would be the same for all alternatives.

**Cumulative Impacts to all Sensitive Plant Species for All Alternatives**

Past management activities on SJPL had no or only negligible effects on sensitive plant species as far as we know because most of these species occur in places where active management did not occur and, in the case of places where active management did occur, these species and their habitat were avoided from these activities. In the case of livestock grazing, there is no information to suggest that it caused adverse effects to any sensitive plant species on SJPL. Foreseeable future management activities on SJPL are likely to have no or only negligible effects on sensitive plant species since these species and their habitats will be avoided in most cases. In the case of livestock grazing, most of the sensitive plants on SJPL occur in places that are inaccessible to livestock, and for the ones that are accessible there is no specific information to suggest that livestock will have major adverse effects to any sensitive plant species on SJPL.

The attainment of desired conditions and the implementation of design criteria described in the land management plan will help to minimize potential effects to sensitive species associated with all management activities, and will help to maintain sustainable ecological conditions and existing habitat for sensitive species.

**Determinations for Sensitive Plant Species**

It is my determination that implementation of any of the alternatives for this project, as described above, may adversely impact individuals, but is not likely to result in a loss of viability in the planning area, nor cause a trend toward federal listing for any of the sensitive plant species known to occur or likely to occur on SJPL as described above. These species include *Astragalus missouriensis* var. *humistratus*, *Astragalus proximus*, *Calochortus flexuosus*, *Cypripedium parviflorum*, *Draba smithii*, *Epipactis gigantea*, *Eriophorum altaicum* var. *neogaeum*, *Eriophorum chamissonis*, *Eriophorum gracile*, *Lesquerella pruinosa*, *Machaeranthera coloradoensis*, *Parnassia kotzebuei*, *Salix candida*, *Astragalus naturitensis*, *Erigeron kachinensis*, *Ipomopsis polyantha*, *Lesquerella pruinosa*, *Mimulus eastwoodiae*, *Pediomelum aromaticum*, *Carex viridula*, *Cryptogramma stelleri*, *Gilia sedifolia*, *Ipomopsis polyantha*, *Carex diandra*, *Salix arizonica*, and *Salix serissima*.

This determination is based on the recognition of known occurrences and/or suitable habitat for all the sensitive plant species within the SJPL, and the possibility that these species could occur in future project areas and be affected by the actions associated with those projects. It also takes into account that site-specific pre-disturbance plant surveys will be implemented on SJPL that contain potential habitat for these species, and if any sensitive plant species are found avoidance measures will be implemented unless the management action could improve habitat conditions for sensitive plant species without adversely affecting the viability of the affected sensitive plant species populations.

---

BLM_0031746

# References and Literature Cited – Grouped by Animals, Fish, Plants

**Animals**

Abele, S. C., V. A. Saab, and E. O. Garton. 2004. Lewis's woodpecker (Melanerpes lewis): a technical conservation assessment. USDA Forest Service Rocky Mountain Region.

Adams, R. A. 2003. Bats of the Rocky Mojntain west: natural history, ecology, and conservation. University Press of Colorado, Boulder, CO. 289 pp.

Allen, A. W. 1983. Habitat suitability index models: Southern red-backed vole (Western United States). U.S.D.I. Fish and Wildlife Service. FWS/OBS-82/10.42. 14 pp.

Altman, B. 1997. Olive-sided flycatcher in western North America: status review. Unpublished report. U.S.D.I Fish and Wildlife Service, Portland, Oregon. 59 pp.

Altman, B. 1999a. Nest success and habitat relationships of the Olive-sided Flycatcher in managed forests of northwestern Oregon. Unpublished report submitted to U.S. Fish and Wildlife Service, Oregon State Office, Portland, OR.

Altman, B., and R. Sallabanks. 2000. Olive-sided flycatcher *Contopus cooperi*. *In* the birds of North America, No. 502. A. Poole and F. Gill, eds. Philadelphia: The Academy of Natural Sciences; Washington, D.C.: The American Ornithologists' Union.

American Ornithologists' Union. 1983. Check-list of North American Birds, 6th edition. Allen Press, Inc., Lawrence, Kansas. 877 pp.

Andrews R. and R. Righter. 1992. Colorado birds: A reference to their distribution and habitat. Denver Museum of Life History. Denver, Co. 442 p.

Arizona Game and Fish Department. 1993. Bats of Arizona. Arizona Wildlife Views, Special Heritage Edition, Volume 36.. 36 pp.

Arizona Game and Fish Department. 2005. *Speyeria nokomis nokomis*. Unpublished abstract compiled and edited by the Heritage Data Management System, Arizona Game and Fish Department, Phoenix, Arizona. 5 pp.

Armstrong D.M, R.A. Adams, and J. Freeman. 1994. Distribution and ecology of bats of Colorado. Natural History Inventory of Colorado No. 15. University of Colorado Museum. Boulder, CO. 83 pp.

Bailey, A.M., and R.J. Niedrach. 1965. Black swift *(Cypseloides niger borealis)*. Pages 455-463 *in* the birds of Colorado. Denver Museum of Natural History, Denver, Colorado.

Banci, V. 1994. Wolverine. Pages 99-127 *in* L. F. Ruggiero, K.B. Aubry, S.W. Buskirk, L.J. Lyon, and W.J. Zielinski, eds. The scientific basis for conserving forest carnivores, American marten, fisher, lynx and wolverine in the United States. USDA Forest Service General Technical Report GTR-RM-254.

Banfield, A. W. F. 1947. A study of the winter feeding habits of the Short-eared Owl in the Toronto region. Canadian Journal of Research 25:45-65.

Barrett, N. M. 1998a. Sharp-tailed grouse. Pages 142-143 *in* Colorado breeding bird atlas, H. E. Kingery, ed. Colorado Bird Atlas Partnership and Colorado Division of Wildlife, Denver, Colorado.

Beecham, J.J., C.P. Collins, et al. (2007). Rocky Mountain Bighorn Sheep (Ovis Canadensis): A Technical Conservation Assessment. //www.fs.fed.us/r2/projects/scp/assessments/ rockymountainbighornsheep.pdf.

Behnke, R.J. and Benson, D.E. 1983. Endangered and Threatened Fishes of the Upper Colorado River Basin. Ext. Serv. Bull. 503A, Colorado State University, Fort Collins, Colorado. 38pp

Beidleman, C.A. (facilitator). 2000. Colorado Partners In Flight Land Bird Conservation Plan. 320 p.

Belsky, A.J., A. Matzke, and S. Uselman. 1999. Survey of livestock influences on stream and riparian ecosystems in the western United States. Journal of Soil and Water Conservation. First Quarter 1999: 419-431.

BLM_0031747

Bennett, L.A. 1984. Marten ecology and habitat management in the Central Rocky Mountains: Problem analysis. Department of Fishery and Wildlife Biology, Colorado State University and Colorado Division of Wildlife.

Bent, A. C. 1938. Life histories of North American birds of prey. Part 2. U.S. National Museum Bulletin 170. 482 pp.

Bildstein, K. L., and J. B. Gollop. 1988. Northern harrier. Pages 251-303 in R. S. Palmer, ed. Handbook of North American birds, vol. 4, diurnal raptors. Yale University Press, New Haven, Connecticut.

Boal, C.W. and R.W. Mannan. 1994. Northern goshawk diets in ponderosa pine forests on the Kaibab Plateau. Studies in Avian Biology 16:97-102.

Bock, C. E. 1970. The ecology and behavior of the Lewis' Woodpecker (Asyndesmus Lewis). University of California Publ. Zool. 94:1-100.

Bock, C. E., V. A. Saab, T. D, Rich, and D. S. Dobkin. 1993. Effects of livestock grazing on Neotropical migratory landbirds in western North America. Pages 296-309 in D. M. finch and P. W. Stangel, eds. Status andmanagement of Neotropical migratory birds. USDA Forest Service General Technical Report RM-229.

Bock, C.E and J.H. Bock. 1974. On the geographical ecology and evolution of the three-toed woodpeckers, *Picoides tridactylus* and *P. arcticus*. American Midland Naturalist 92:397-406.

Bosakowski, T. 1986. Short-eared owl winter roosting strategies. American Birds 40(2):237-240.

Bowyer, R. T., J. W. Testa, and J. B. Faro. 1995. Habitat selection and home ranges of river otters in a marine environment: effects of the Exxon Valdez oil spill. Journal of Mammalogy 76:1-11.

Boyle, S. 1998. Black swift. Pages 236-237 in Colorado breeding bird atlas, H. E. Kingery, ed. Colorado Bird Atlas Partnership and Colorado Division of Wildlife, Denver, Colorado.

Boyle, S. 1998. Short-eared Owl. Pages 226-227 in Colorado breeding bird atlas, H. E. Kingery, ed. Colorado Bird Atlas Partnership and Colorado Division of Wildlife, Denver, Colorado.

Bradley P. and M. Ports, 2003. Fringed Myotis (Myotis thysanoides). in Colorado Bat Conservation Plan. Colorado Committee of the working bat group, 107 pp.

Braun, C. E. 1971. Habitat requirements of Colorado white-tailed ptarmigan. Proceedings of the Western Association of Game and Fish Commissioners. 51:284-292.

Braun, C.E. 1993. White-tailed ptarmigan habitat investigations in northeast Oregon. Oregon Birds 19(3):72-73.

Braun, C. E., K. Martin, and L. A. Robb. 1993. White-tailed Ptarmigan (*Lagopus leucurus*). In The birds of North America, No. 68 (A. Poole and F. Gill, editors). The Academy of Natural Sciences, Philadelphia, Pennsylvania, and The American Ornithologists' Union, Washington, D.C.

Braun, C. E., M. F. Baker, R. L. Eng, J. S. Gashwiler, and M. H. Schroeder. 1976. Conservation committee report on effects of alteration of sagebrush communities on the associated avifauna. Wilson Bulletin 88:165-171.

Braun, C.E., J.H. Fuller, Y.B. Linhart, and C.D. Marti. 1996. Northern goshawk and forest management in the southwestern United States. Wildlife Society Technical Review 96-2.

Brown, C.R. 1997. Purple Martin *(Progne subis). In:* The Birds of North America, No. 287 (A. Poole and F. Gill, eds.). The Academy of Natural Sciences, Philadelphia, PA, and The American Ornithologists' Union, Washington, DC.

Buckhouse, J.C., and G.F. Gifford. 1976. Water quality implications of cattle grazing on a semi-arid watershed in southeastern Utah. Journal of Range Management 29: 109-113.

Buskirk, S. W., and L. F. Ruggerio. 1994. American marten. Pages 7-37 in L. F. Ruggiero, K.B. Aubry, S.W. Buskirk, L.J. Lyon, and W.J. Zielinski, eds. The scientific basis for conserving forest carnivores, American marten, fisher, lynx and wolverine in the United States. USDA Forest Service General Technical Report GTR-RM-254.

Campbell, J.B. 1970. Life History Of Bufo Boreas Boreas in the Colorado Front Range. Ph.D. Dissertation. Univ. Of Colorado.

BLM_0031748

Carey, C., N. Cohen, and L. Rollins-Smith. 1999. Amphibian declines: An immunological perspective. Developmental and Comparative Immunology 23: 459-472.

Carroll, J. R. 1988. Status and breeding ecology of the Black Tern (*Chlidonias niger*) in New York. Kingbird 38(3): 159-172.

Carter, M. F. 1998a. Loggerhead shrike. Pages 300-301 *in* Colorado breeding bird atlas, H. E. Kingery, ed. Colorado Bird Atlas Partnership and Colorado Division of Wildlife, Denver, Colorado.

Carter, M. F. 1998b. Northern harrier. Pages 110-111 *in* Colorado breeding bird atlas, H. E. Kingery, ed. Colorado Bird Atlas Partnership and Colorado Division of Wildlife, Denver, Colorado.

Chantler and Driessens. 1995. Swifts: - a guide to the swifts and treeswifts of the world. Russel Friedman Books.

Clark, R.J. 1975. A field study of the short-eared owl (*Asio flammeus*) Pontoppidan in North America. Wildife Monographs 47:1-67.

Colorado Partners in Flight. 2000. Colorado Land Bird Conservation Plan.

Copeland, J. and H. Hudak. 1995. Conservation strategy for wolverine in Idaho (draft). ID. Dept. of Fish and Game and others. 9 pp.

Corn, P.S., and L.J. Livo. 1989. Leopard frog and wood frog reproduction in Colorado and Wyoming. Northwestern Naturalist 70: 1-9.

Craig, G. 1986. Peregrine falcon. Pages 807-824 *in* R.L. DiSilvestro, ed. Audubon Wildlife Report 1986. National Audubon Society, New York, New York.

Cramp, S., editor. 1985. Handbook of the birds of Europe, the Middle East, and North Africa. The birds of the western Palearctic. Vol. 4, terns to woodpeckers. Oxford University Press, Oxford, England.Cully, J. F., Jr., and E. S. Williams. 2001.

Crocker-Bedford, D. C. 1998. The value of demographic and habitat studies in determining the status of northern goshawks (*Accipiter gentilis atricapillus*) with special reference to Crocker-Bedford (1990) and Kennedy (1997). Journal of Raptor Research 32:329-336.

Dawson, W.R., C. Carey, C.S. Adkisson, and R.D. Ohmart. 1979. Responses of Brewer's and chipping sparrow to water restriction. Physiological Zoology 52:529-541.

Dechant, J. A., M. L. Sondreal, D. H. Johnson, L. D. Igl, C. M. Goldade, M. P. Nenneman, A. L. Zimmerman, and B. R. Euliss. 2001a. Effects of management practices on grassland birds: American bittern. Northern Prairie Wildlife Research Center, Jamestown, ND.

Dechant, J. A., M. L. Sondreal, D. H. Johnson, L. D. Igl, C. M. Goldade, M. P. Nenneman, A. L. Zimmerman, and B. R. Euliss. 2001b. Effects of management practices on grassland birds: loggerhead shrike. Northern Prairie Wildlife Research Center, Jamestown, ND. 19 pp.

Dechant, J. A., M. L. Sondreal, D. H. Johnson, L. D. Igl, C. M. Goldade, A. L. Zimmerman, and B. R. Euliss. 2002. Effects of management practices on grassland birds: northern harrier. Northern Prairie Wildlife Research Center, Jamestown, ND. 15 pp.

Dechant, J. A., M. L. Sondreal, D. H. Johnson, L. D. Igl, C. M. Goldade, A. L. Zimmerman, and B. R. Euliss. 2003. Effects of management practices on grassland birds: ferruginous hawk. Northern Prairie Wildlife Research Center, Jamestown, ND. 23 pp.

DeGraaf, R.M., V.E. Scott, R.H. Hamre, L. Ernst, S.H. Anderson. 1991. Forest and rangeland birds of the United States, natural history and habitat use. Agriculture Handbook 688. 625 pp.

Delehanty, David J. and W. Daniel Svedarsky. 1993. Black Tern Colonization of a Restored Prairie Wetland in Northwestern Minnesota. Prairie Nat.; 25(3):213-218. WR 243.

Durango Bird Club. 1992. A checklist of the birds of southwestern Colorado. Durango Bird Club, Colorado Division of Wildlife and the U.S.D.A. Forest Service San Juan National Forest. 3 pp.

BLM_0031749

Ehrlich, P. R., D. S. Dobkin, and D. Wheye. 1992. Birds in Jeopardy: the Imperiled and Extinct Birds of the United States and Canada, Including Hawaii and Puerto Rico. Stanford University Press, Stanford, California. 259 pp.

Enderson, J.H. and J. Craig. 1974. Status of the Peregrine Falcon in the Rocky Mountains in 1973. Auk 91: 727-736.

Finch D. 1992. Threatened, endangered, and vulnerable species of terrestrial vertebrates in the Rocky Mountain Region. USDA Forest Service General Technical Report RM-215. Fort Collins, Colorado 38 pp.

Fitzgerald, J. P., C. A. Meaney, and D. M. Armstrong. 1994 [1995]. Mammals of Colorado. Denver Museum of Natural History and University Press of Colorado, Denver, Colroaod. 467 pp.

Freeman, P.W. (1984). Functional cranial analysis of large animalivorous bats (Microchiroptera). Biol. J. Linn. Soc. 21: 387-408.

FWS (U.S. Fish and Wildlife Service). 2002. Candidate and listing priority assignment form. Internet source: https://ecos.fws.gov/tess_public/candforms_pdf/r6/bufborbo.pdf.

FWS (U.S. Fish and Wildlife Service). 1994. Endangered and threatened wildlife and plants; animal candidate review for listing as endangered or threatened species; proposed rule. 50 CFR Part 17. Tuesday, November 15, 1994. Federal Register. 59(219): 58982-59028.

Geist, Valerius. 1971. Mountain sheep, a study in behavior and evolution. University of Chicago Press, Chicago and London. 140 pp.

Gibbs J.P., Reid F.A., Melvin S. 1992. Least Bittern. Pp 1–12 *In* Poole A., Stettenheim P., Gill F. (Eds.) *The Birds of North America, Number 17*. The Academy of Natural Sciences. Philadelphia, PA, and The American Ornithologists' Union, Washington, DC

Giesen, K. M. 1997. Seasonal movements, home ranges, and habitat use by Columbian sharp-tailed grouse in Colorado. Special report number 72, Colorado Division of Wildlife. DOW-R-S-72-97.16 pp.

Giesen, K. M., and C. E. Braun. 1992. Winter home range and habitat characteristics of White-tailed Ptarmigan in Colorado. Journal of Wildlife Management 57:72-77.

Giesen, K. M., and J. W. Connelly. 1993. guidelines for management of Columbian sharp-tailed grouse. Wildlife Society Bulletin 21:325-333.

Gunnison Sage-Grouse Range-wide Steering Committee. USDA Forest Service 2005. Gunnison Sage-Grouse Range-wide Conservation Plan. Colorado Division of Wildlife, Denver, CO.

Hammerson, G.A. 1999. Amphibians and Reptiles in Colorado. 2nd ed. University Press of Colorado, Niwot, CO. 484pp.

Hamerstrom, F. 1986. Harrier, hawk of the marshes: the hawk that is ruled by a mouse. Smithsonian Institution Press, Washington, D.C. 171 pp.

Hamerstrom, F., F. N. Hamerstrom, and C. J. Burke. 1985. Effects of voles on mating systems in a central Wisconsin population of harriers. Wilson Bulletin 97:332-346.

Hands, H. M., R. D. Drobney, and M. R. Ryan. 1989. Status of the northern harrier in the northcentral United States. U.S. Fish and Wildlife Service, Twin Cities, Minnesota. 18 pp.

Haug, E. A. 1985. Observations on the breeding ecology of Burrowing Owls in Saskatchewan. M.S. thesis. University of Saskatchewan, Saskatoon, Saskatchewan. 89 pages.

Haug, E.A., B.A. Millsap, and M.S. Martell. 1993. Burrowing owl (*Speotyto cunicularia*). *In* The Birds of North America, no. 61 (A. Poole and F. Gill, Eds.). Philadelphia: The Academy of Natural Sciences; Washington, DC: The American Ornithologists' Union.

Hayward, G.D. 1997. Forest management and conservation of boreal owls in North America. Journal of Raptor Research 31:114-124.

BLM_0031750

Hayward, G.D. and J. Verner. 1994. Flammulated, boreal, and great gray owls in the United States: a technical conservation assessment. USDA Forest Service General Technical Report RM-253. Fort Collins, Colorado.. 214 pp.

Hayward, G.D., P.H. Hayward and E.O. Garton. 1993. Ecology of Boreal Owls in the northern Rocky Mountains, USA. Wildlife Monographs 124. 59 pp.

Hayward, P. H. and G. D. Hayward. 1989. Lone rangers of the Rockies. Natural History Magazine, November 1989:79-85.

Hayward, G.D.; Hayward, P.H. 1993. Boreal Owl. *In:* Poole, A.; Gill, F ., eds. The birds of North America. Philadelphia, P A: The Academy of Natural Sciences and Washington, DC: The American Ornithologists'Union.

Heinemeyer, K.S., B.C. Aber, and D.F. Doak. 2001.  Aerial survey for wolverine presence and potential winter recreation impacts to predicted wolverine denning habitats in the southwestern Yellowstone Ecosystem.  Unpulb. Report.  Univ. of Calif., Santa Cruz Department of Environmental Studies. http://gis.ucsc.edu/Projects/gulo@000.htm.

Heinemeyer, Kim; Copeland, Jeffrey P. 1999. Wolverine Denning Habitat and Surveys on the Targhee National Forest, 1998-1999 Annual Report.

Unpublished Report. GIS/ISC Laboratory, Dept. of Environmental Studies, University of California, Santa Cruz 95064. 13 p.

Hennessy, S. P. 1978. Ecological relationships of *Accipiters* in northern Utah with special emphasis on the effects of human disturbance. M.S. Thesis, Utah State University, Logan Utah. 66 pp.

Hickey, J.J. 1969. Peregrine falcon populations: their biology and decline. University of Wisconsin Press, Madison, Wisconsin. 596 pp.

Hoffman, R.W. (2006, April 4). White-tailed Ptarmigan (*Lagopus leucura*): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region. Available: http://www.fs.fed.us/r2/projects/scp/assessments/whitetailedptarmigan.pdf

Hoffman, R. W. 2001. Columbian sharp-tailed grouse conservation plan, Routt, Moffat, and Rio Glanco Counties, northwest Colorado. Unpublished Report, Northwest Colorado Columbian Sharp-tailed Grouse Work Group. 84 pp.

Hoffman, R. W., and K. M. Giesen. 1983. Demography of an introduced population of white-tailed ptarmigan. Canadian Journal of Zoology 61:1758-1764.

Holland, T. and C. Schultz. 1993. Grand Mesa, Uncompahgre and Gunnison National Forests: 1993 boreal owl nest box project summary of results. Unpublished report. USDA Forest Service, Delta, Colorado.

Holland, T. and C. Schultz. 1994. Grand Mesa, Uncompahgre and Gunnison National Forests: 1994 boreal owl nest box project summary of results. Unpublished report. USDA Forest Service, Delta, Colorado.

Holmes, A.L. 2007.  Short-term effects of a prescribed burn on songbirds and vegetation in mountain big sagebrush.  Western North American Naturalist 67(2): 292-298.

Holt, D.W. 1992. *Short-eared Owl (Asio flammeus) nest sites, reproduction, and territory sizes in coastal Massachusetts.* Can. Field-Nat. 106: 352-356.

Hornocker, M.G., and H.S. Hash. 1981. Ecology of the wolverine in northwestern Montana. Canadian Journal of Zoology 59: 1286-1301.

Hoyt, J.S. and S.J. Hannon. 2002.  Habitat associations of black-backed and three-toed woodpeckers in the boreal forest of Alberta.  Canadian Journal of Forest Resources 32: 1881-1888.

Hubbard, J.P. 1978. Revised checklist of the birds of New Mexico. New Mexico Ornithological Society Publication No. 6, Silver City, New Mexico.

Hunter, W. F., and P. H. Baldwin. 1962. Nesting of the Black Swift in Montana. Wilson Bulletin 74:409-416.

BLM_0031751

Hutto, R.L. 1995. Composition of bird communities following stand-replacement fires in northern Rocky Mountain forests. Conserv. Biol. 9: 1041-1058.

Inman, R.M., K.H. Inman, R.R. Wigglesworth, and J.J. Beechman. 2003. Greater Yellowstone Wolverine Program. Includes Annual Report July 1, 2000 – June 30, 2001, and Current Year Progress Reports (through July 19, 2002). http://www.wolverine foundation.org/research/gywpo2.htm.

Johnsgard, P.A. 1990. Hawks, eagles, and falcons of North America. Smithsonian Institution Press, Washington D.C.

Jones, M. S. 2003. Boreal toad research in Colorado. Colorado Division of Wildlife webpage. www.wildlife.state.co.us/aquatic/boreal/toadtext.asp.

Breeding Birds Atlas. Denver Museum of Natural History and Colorado Division of Wildlife, Denver, CO. 636 p.

Jones, S. L. 1998b. Olive-sided flycatcher. Pages 268-269 in Colorado breeding bird atlas, H. E. Kingery, ed. Colorado Bird Atlas Partnership and Colorado Division of Wildlife, Denver, Colorado.

Jones, Stephen R. 1998a. Burrowing owl. Pages 220-221 in Colorado breeding bird atlas, H. E. Kingery, ed. Colorado Bird Atlas Partnership and Colorado Division of Wildlife, Denver, Colorado.

Joy, S.M. 1990. Feeding ecology of sharp-shinned hawks and nest-site characteristics of Accipiters in Colorado. M.S. Thesis. ColoradoState University.

Kauffman, J., and W.C. Krueger. 1984. Livestock impacts on riparian ecosystems and streamside management implications: a review. Journal of Range Management 37: 430-437.

Keinath, D. and J. Bennett. 2000. Distribution and status of the boreal toad *(Bufo boreas boreas)* in Wyoming. *Prepared for:* USFWS, Wyoming Field Office. Internet source: http://uwadmnweb.uwyo.edu/wyndd/PDF_files/pdf_keinath/Boreal%20Toad%20Status.pdf.

Kennedy, P. L. 2003. Northern goshawk *(Accipiter gentilis atricapillus)*: a technical conservation assessment. USDA Forest Service Rocky Mountain Region.

Kingery, H.E. 1998. Colorado Breeding Bird Atlas. Colorado Bird Atlas Partnership and Colorado Division of Wildlife. 636 p.

Knick, S.L., D.S. Dobkin, J.T. Rotenberry, M.A. Schroeder, W.M. Vander Haegen, and C. van Riper III. 2003. Teetering on the edge or too late? Conservation and research issues for avifauna of sagebrush habitats. Condor 105:611-634.

Knorr, O. A. 1961. The geographical and ecological distribution of the black swift in Colorado. Wilson Bulletin 73:155-170.

Knorr, O.A., and A. Lang. 1950. First breeding record of black swift, *Nephoecetes n. borealis* in Colorado. Auk 67:516.

Knorr. O. A. 1993. Black Swift *(Cypseloides niger)* nesting site characteristics: some new insights. Avocetta 17:139-140.

Koplin, J.R. 1969. The numerical response of woodpeckers to insect prey in a subalpine forest in Colorado. Condor 71: 436-438.

Krueper, D.J. 1992. Effects of land use practices on western riparian systems. Pp. 321-330 in D.M. Finch and P.W. Stangel, eds.; Status and Management of Neotropical Migratory Birds. USDA Forest Service General Technical Report RM-229. Fort Collins, CO. 422 p.

Kuenning, R. R. 1998. Lewis's woodpecker. Pages 248-249 in Colorado breeding bird atlas, H. E. Kingery, ed. Colorado Bird Atlas Partnership and Colorado Division of Wildlife, Denver, Colorado.

Kyle, C.J. and C. Strobeck. 2002. Connectivity of peripheral and core populations of North American wolverines. Journal of Mammalogy 83(4): 1141-1150.

BLM_0031752

Leonard, D.L, Jr. 2001. Three-toed woodpecker *(Picoides tridactylus) In:* The Birds of North America, No. 588 (A. Poole and F. Gill, eds.). The Birds of North America, Inc., Philadelphia, PA.

Leukering, T., M.F. Carter, A. Panjabi, D. Faulkner and R. Levad. 2000.  Monitoring Colorado's birds: the plan for count-based monitoring.  Colorado Bird Observatory.  Brighton, Co.  22 p.

Leukering, T., D. Faulkner, R. Levad and A. Panjabi. 2001.  Monitoring Colorado's Birds: The year 2000 final report.  Rocky Mtn. Bird Observatory, Brighton, CO.  50 p.

Leukering, T., D. Faulkner, R. Levad, C. L. Wood, and J. Beason. 2002.  Monitoring Colorado's Birds: The year 2001 field season.  Rocky Mtn. Bird Observatory, Brighton, CO.  20 pp. + append.

Levad, R. 1998. Purple martin. Pages 334-335 *in* Colorado breeding bird atlas, H. E. Kingery, ed. Colorado Bird Atlas Partnership and Colorado Division of Wildlife, Denver, Colorado.

Linder, K.A. 1994. Habitat utilization and behavior of nesting Lewis' woodpeckers in the Laramie range southeast Wyoming, M.S. thesis, University of Wyoming, Laramie, Wyoming.

Livo, L. 2002.  Life history of the boreal toad.  U.S. Geological Survey web page. http://www.mesc.nbs.gov/borealtoad/tadpoles.htm

Loeffler, C. (ed.). 2001. Conservation plan and agreement for the management and recovery of the southern Rocky Mountain population of the boreal toad (*Bufo boreas boreas*), Boreal Toad Recovery Team. 76 pp. + appendices.

Martin, S.K. 1994. Feedinf ecology of American martens and fishers. Pp. 297-315. in Martens, sables, and fischers : biology and conservation. Cornell University Press, Ithica, NY. 484 pp.

McCallum, D.A. 1994. Flammulated Owl. *In* the birds of North America, No. 93. A. Poole and F. Gill, Eds. Philadelphia: The Academy of Natural Sciences; Washington, D.C.: The American Ornithologists' Union.

McCallum, D.A., P. Morgan, J. Verner and G.D. Hayward. 1994. Conservation status of Flammulated Owl in the United States.  Pages 74-78 *in* forest owl conservation assessment: flammulated, boreal and great gray owls in the United States,G. D. Hayward and J. Verner, eds. USDA Forest Service General Technical Report RM-253, Fort Collins Colorado.

McGarigal, K., W.H. Romme, M. Crist, and E. Roworth. 2001.  Cumulative effects of roads and logging on landscape structure in the San Juan Mountains, Colorado (USA).  Landscape Ecology 16: 327-349.

Meints, D. R., J. W. Connelly, K. P. Reese, A. R. Sands, and T. P. Hemker. 1992. Habitat suitability index procedure for Columbian sharp-tailed grouse. Station Bulletin 55 of the Idaho Forest, Wildlife and Range Experiment Station, College of Forestry, Wildlife and Range Sciences, University Of Idaho, Moscow, Idaho. 27 pp.

Merrell D. J., and C. F. Rodell. 1968. Seasonal selection in the leopard frog *Rana pipiens*. Evolution. 22:284–288.

National Geographic Society (NGS). 1983. Field guide to the birds of North America. National Geographic Society, Washington, DC.

NatureServe. 2005. NatureServe Explorer: An online encyclopedia of life [web application]. Version 4.2. NatureServe, Arlington, Virginia. Available http://www.natureserve.org/explorer. (Accessed: January 13, 2005 ).

Naugle, D.E. 2004. Black Tern (Chlidonias niger surinamensis): A technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region. Available: http://www.fs.fed.us/r2/projects/scp/assessments/blacktern.pdf [Accessed Nov 2004].

Navo, K. W., 2003. Big free-tailed bat (Nyctinops macrotis). in Colorado Bat Conservation Plan. Colorado Committee of the working bat group, 107 pp.

NDIS Natural Diversity Information Source. 2005. Colorado Division of Wildlife: An online web application. Denver, Colorado.

BLM_0031753

Nussbaum, R.A., E.D. Brodie, Jr., and R.M. Storm. 1983. Amphibians and Reptiles of the Pacific Northwest. University of Idaho Press, Moscow, ID. 332 p.

O'Farrell, M. J., and E. H. Studier. 1980. *Myotis thysanodes*. Mammalian Species 137:1-5.

Oregon State University (OSU). 2001. The Oregon birds forum - birds of Oregon: a general reference.

Pagel, J.E. 1995. American peregrine falcon status of species, Columbia River Basin. Unpublished report. USDA Forest Service, Pacific Northwest Region. 21 pp.

Paige, C., and S.A. Ritter. 1999. Birds in a sagebrush sea: managing sagebrush habitats for bird communities. Partners in Flight Western Working Group, Boise, Idaho.

Paige, C., and S.A. Ritter. 1999. Birds in a sagebrush sea: managing sagebrush habitats for bird communities. Partners in Flight Western Working Group, Boise, Idaho.

Pakkala, T., I. Hanski, and E. Tomppo. 2002. Spatial ecology of the three-toed woodpecker in managed forest landscapes. Silva Fennica 36(1): 279-288.

Palmer, D.A. 1986. Habitat selection, movements and activity of boreal and saw-whet owls. Dept. of Fishery and Wildlife Biology, Colorado State University, Fort Collins, Colorado. M. S. Thesis. 30 pp.

Pasitschniak-Arts, M., and S. Larivière. 1995. *Gulo gulo*. American Society of Mammalogy, Mammalian species No. 499. 10 pp.

Peterson, R. T. 1990. A Field Guide to Western Birds, 3rd ed. Houghton Mifflin Company. New York, New York. 432 pp.

Plumpton, D.L. 1992. Aspects of nest site selection and habitat use by burrowing owls at the Rocky Mountain Arsenal, Colorado. M.S. thesis, Texas Tech University, Lubbock, Texas.

Preston, C. R. 1998. Ferruginous hawk. Pages 122-123 *in* Colorado breeding bird atlas, H. E. Kingery, ed. Colorado Bird Atlas Partnership and Colorado Division of Wildlife, Denver, Colorado.

Price, J., S. Droege, and A. Price. 1995. The summer atlas of North American birds. Academic Press, London.

Raphael, M.F., and M. White. 1984. Use of snags by cavity-nesting birds in the Sierra Nevada. Wildlife Monographs. 86:1-66.

Reynolds, R. T, R.T., M. Graham, H. Rieser, , R.L.Bassett, P.L. Kennedy, D.A. Boyce, Jr., G. Goodwin, R. Smith and E.L. Fisher. 1992. Management recommendations for the Northern Goshawk in the Southwestern United States. USDA Forest Service General Technical Report RM-217.

Reynolds, R.T. and B.D. Linkhart. 1987. Fidelity to territory and mate in Flammulated Owls. Pages 239-248 *in* Biology and conservation of northern forest owls, proceedings of a symposium, R.W. Nero, R.J. Clark, R.J. Knapton, and R. H. Hamre, editors. USDA Forest Service General Technical Report RM-142.

Reynolds, R.T. and B.D. Linkhart. 1992. Flammulated Owls in ponderosa pine: evidence of preference for old-growth. Pages 166-169 *in* old-growth forests in the Southwest and Rocky Mountain regions, proceedings of a workshop. USDA Forest Service General Technical Report RM-213.

Reynolds, R.T., D.P. Kane, and D.M. Finch. 1991. Tree-nesting habitat of Purple Martins in western Colorado. Unpublished report.

Rogers G. E. 1969. The sharp-tailed grouse in Colorado. State of Colorado, Division of Game, Fish and Parks, Technical Publication Number 23. GFP-R-T-23. 94 pp.

Romme, W.H., M. L. Floyd, D. Hanna, H. Grissino-Mayer, and D. Green. 1997. Landscape condition analysis for the South Central Highlands Section of southwestern Colorado and northwestern New Mexico: ponderosa pine. Draft Final Report.

Rotenberry, J.T., and S.T. Knick. 1999. Multiscale habitat associations of the Sage sparrow: implications for conservation biology. Studies in Avian Biology 19:95-103.

BLM_0031754

Rowland, M.M., M.J. Wisdom, D.H. Johnson, B.C. Wales, J.P. Copeland, and F.B. Edelmann. 2003. Evaluation of landscape models for wolverines in the Interior Northwest, United States of America. Journal of Mammalogy 84(1): 92-105.

Ryder, R.A. 1998. Boreal owl. Pages 228-229 *in* Colorado breeding bird atlas, H. E. Kingery, ed. Colorado Bird Atlas Partnership and Colorado Division of Wildlife, Denver, Colorado.

Ryder, R.A., and D.E. Manry. 1994. White-faced ibis (*Plegadis chihi*). A. Poole and F. Gill, editors. *In* The Birds of North America, No. 130. The Academy of Natural Sciences, Philadelphia, Pennsylvania.

Ryder, R.A., D.A. Palmer, and J.J. Rawinski. 1987. Distribution and status of the boreal owl in Colorado. Pages 169-174 *in* biology and conservation of northern forest owls, symposium proceedings, R.W. Nero, C.R. Knapton, R.J. Hamre, eds. USDA Forest Service General Technical Report RM-142, Fort Collins, Colorado.

Saab, V. A., and J. S. Marks. 1992. Summer habitat use by Columbian sharp-tailed grouse in western Idaho. Great Basin Nat. 52:166-173.

Sares, M.A., D.L. Gusey, and J.T. Newbert. (2005). Abandoned mines and naturally occurring acid rock drainage on National Forest System Lands in Colorado. Available on the Colorado Geological Survey website. http://geosurvey.state.co.us/Default.aspx?tabid=138. Accessed: 27 September 2005.

Sauer, J. R., J. E. Hines, and J. Fallon. 2004. The North American Breeding Bird Survey, Results and Analysis 1966 - 2003. Version 2004.1. USGS Patuxent Wildlife Research Center, Laurel, MD. Available on the world wide web at: *http://www.mbr-pwrc.usgs.gov/bbs/*.

Schenk, M., and D. Powers. 2006. Guanella Pass Visitor Use and White-Tailed Ptarmigan Survey. 24 p.

Schultz, C. 1996a. Boreal owl surveys on the Mancos-Dolores Ranger District, San Juan National Forest: autumn 1996. Unpublished report on file at San Juan Public Lands Center, Durango, Colorado. 15 pp.

Schultz, C. 1996b. Lewis' woodpecker distribution and ecology in Southwestern Colorado. Unpublished report on file at San Juan Public Lands Center, Durango, Colorado. 2 pp.

Sedgwick, J.A. 1987. Avian habitat relationships in pinyon-juniper woodland. Wilson Bulletin 99:413-431.

Seidel, J.; B. Andree; S. Berlinger; K. Buell; G. Byrne; B. Gill; D. Kenvin; and D. Reed. 1998. Draft strategy for the conservation and reestablishment of lynx and wolverine in the Southern Rocky Mountains. Colorado Division of Wildlife, Denver, Colorado. 116 pp.

Shuster, W. Unpublished reports of goshawk surveys in the 1980s on San Juan National Forest. On file at the Supervisor's Office Monte Vista, CO.

Shuster, W.C. 1980. Northern goshawk nest site requirements in the Colorado Rockies. Western Birds 11:89-96.

Slater, G.L. and C. Rock. (2005, September 30). Northern Harrier (*Circus cyaneus*): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region. Available: http://www.fs.fed.us/r2/projects/scp/assessments/northernharrier.pdf

Small, A. 1994. California birds: their status and distribution. Ibis Publishing Company, Vista, California.

Smith, A.R. 1996. Atlas of Saskatchewan birds. Nature Sakatchewan Special Publication No. 22 Regina, SK. 456 pp.

Smith, B.E. 2003. Conservation Assessment for the Northern Leopard Frog in the Black Hills National Forest, South Dakota and Wyoming.

Spomer, R. 1987. In sharp decline: the Columbian sharp-tailed grouse. The Nature Conservancy Magazine 37:13-17.

Steenhof, K., L. Bond, K.K. Bates, and L.L. Leppert. 2002. Trends in midwinter eagle counts of bald eagles in the contiguous United States, 1986-2000. Bird Populations 6: 21-32.

Strickland, M.A., C.W. Douglas, M. Novak, and N.P. Hunziger. 1982. Marten Martes americana.Pages 599-612 *in* J.A. Chapman and G.A. Feldhamer, ed. Wild mammals of North America. The John Hopkins University Press, Baltimore, Maryland.

BLM_0031755

Tate, G. R. 1992. Short-eared owl, *Asio flammeus*. Pages 171-189 *in* migratory nongame birds of management concern in the Northeast, K. J. Schneider and D. M. Pence, eds. USDI Fish and Wildlife Service, Newton Corner, Massachusetts. 400 pp.

Tausch, R.J. 1997. Historic piñon and juniper woodland development. In Ecology and Management of Piñon-Juniper Communities Within the Interior West.   Brigham Young University.

Terres, J. K. 1980. The Audubon Society encyclopedia of North American birds. Alfred A. Knopf, New York, New York.

The Nature Conservancy. 2005. Species management abstract, olive-sided flycatcher *(Contopus cooperi)*. Unpublished abstract compiled and edited by The Nature Conservancy, Arlington, Virginia. 11 pp.

Thompson, R.W., T.J. Watts, and J.C. Halfpenny. 1992.  Wolverine study in the vicinity of the proposed East Fork Ski Area.  Report prepared for the East Fork Joint Venture by Western Ecosystems, Inc.  Boulder, CO.  21 p. + maps and tables.

Tobalske, B.W. 1997. Lewis's woodpecker (*Melanerpes lewis*). *In* A. Poole and F. Gill, eds., the birds of North America, No. 284. The Academy of Natural Sciences, Philadelphia, Pennsylvania, and The American Ornithologists' Union, Washington, D.C.

Towry, R.K., Jr. 1984. Wildlife habitat requirements. Chapter 3 *in* managing forested lands for wildlife, R.L. Hoover and D.L. Wills, eds. Colorado Division of Wildlife, Denver, Colorado. 459 pp.

Trombulak, S.C., and C.A. Frissell. 2000.  Review of ecological effects of roads on terrestrial and aquatic communities.  Conservation Biology 14(1): 18-30.

USDA Forest Service. 2004f. Northern Goshawk Species Assessment for the San Juan National Forest. San Juan National Forest. Durango, CO.

USDA Forest Service. 2004g. Olive-sided Flycatcher Species Assessment for the San Juan National Forest. San Juan National Forest. Durango, CO.

USDA Forest Service 2002.  Pinyon-Juniper Habitat Assessment: San Juan National Forest.  9 p.

USDA Forest Service 2002.  Sagebrush Habitat Assessment: San Juan National Forest.  6 p.

USDA Forest Service 2002.  Riparian and Wetland Habitat Assessment: San Juan National Forest.  9 p.

USDA Forest Service 2003.  Spruce-fir Habitat Assessment: San Juan National Forest.  18 p.

USDA Forest Service 2003.  Mixed-conifer Habitat Assessment: San Juan National Forest.  20 p.

USDA Forest Service 2004.  Aspen Habitat Assessment: San Juan National Forest.  16 p.

USDA Forest Service 2004.  Ponderosa Pine Habitat Assessment: San Juan National Forest.  12 p.

USDA Forest Service 2004.  Mountain Shrublands Habitat Assessment: San Juan National Forest.  10 p.

USDA Forest Service 2005.  Bald Eagle Species Assessment: San Juan National Forest.  17 p. + 3 appendices.

USDA Forest Service 2005.  Northern River Otter Species Assessment: San Juan National Forest.  14 p.

USDA Forest Service 2006.  Columbian Sharp-tailed Grouse Species Assessment: San Juan National Forest.  12 p.

USDA Forest Service 2006.  Northern Goshawk Species Assessment: San Juan National Forest.  21 p

USDI Fish and Wildlife Service. 2003.  Monitoring Plan for the American Peregrine Falcon, a Species Recovered Under the Endangered Species Act.  U.S. Fish and Wildlife Service, Divisions of Endangered Species and Migratory Birds and State Programs, Pacific Region, Portland, OR.  48 p.

USDI Fish and Wildlife Service.  1998.  Final Biological Opinion for the TransColorado Gas Tranmission Line Project.  61pp.U.S. Fish and Wildlife Service (unpublished).  Habitat Use Characteristics of Fishes in the Upper Colorado River Basin.  U.S. Fish and Wildlife Service, Region 6; Denver, Colorado.

BLM_0031756

U.S. Fish and Wildlife Service. 1998. Status review of the northern goshawk in the forested west. Unpublished report. Office of Technical Support, Forest Resources, Portland Oregon. Available on the world wide web at: *http://www.pacific.fws.gov/news/pdf/gh_sr.pdf.*

USDI (Rocky Mountain/Southwestern Peregrine Falcon Recovery Team). 1977. American Peregrine Falcon Recovery Plan: Rocky Mountain and Southwest Populations. USDI Fish and Wildlife Service. 183 pp.

USDI Fish and Wildlife Service. 1998. Final Biological Opinion for the TransColorado Gas Tranmission Line Project. 61pp.

USDI Fish and Wildlife Service. 1984. American Peregrine Falcon Recovery Plan (Rocky Mountain/Southwest Population). Prepared in cooperation with the American Peregrine Falcon Recovery Team. U.S. Fish and Wildlife Service. Denver, CO. 105 p.

Wai-Ping, V., and M.B. Fenton. 1989. Ecology of the spotted bat (*Euderma maculatum*) roosting and foraging behavior. Journal of Mammalogy 70(3): 617-622.

Welsh, H.H., Jr., and L.M. Oliver. 1998. Stream amphibians as indicators of ecosystem stress: a case study from California's redwoods. Ecological Applications 8: 1118-1132.

Western Working Bat Group. 1998. Ecology, conservation and management of western bat species – bat species accounts. Unpublished document distributed at the Western Bat Working Group Workshop, Reno, Nevada.

Wiens, J.A., and J.T. Rotenberry. 1981. Habitat associations and community structure of birds in shrubsteppe environments. Ecological Monographs 51:21-41.

Wiens, J.A., and J.T. Rotenberry. 1981. Habitat associations and community structure of birds in shrubsteppe environments. Ecological Monographs 51:21-41.

Winn, R. 1998. Flammulated owl. Pages 210-211 *in* Colorado breeding bird atlas, H. E. Kingery, ed. Colorado Bird Atlas Partnership and Colorado Division of Wildlife, Denver, Colorado.

Wisdom, M.J., Holthausen, R.S., B.C. Wales, C.D. Hargis, V.A. Saab, D.C. Lee, W.J. Hann, T.D. Rich, M.M. Rowland, W.J. Murphy and M.R. Eames. 2000. Source habitats for terrestrial vertebrates of focus in the interior Columbia Basin: broad-scale trends and management implications. USDA Forest Service General Techniacl Report PNW-GTR-485.

Wright, J.M. 1997. Preliminary study of olive-sided flycatchers, July 1994-April 1997. Alaska Department of Fish and Game. Final research report. Endangered species conservation fund federal aid studies SE-3-3, 4 and 5. Juneau, Alaska. 34 pp.

Yaeger, M. 1998. American Bittern. Pages 52-53 *in* Colorado breeding bird atlas, H. E. Kingery, ed. Colorado Bird Atlas Partnership and Colorado Division of Wildlife, Denver, Colorado.

Yanishevsky, R., and S. Petring-Rupp. 1998. Management of breeding habitat for selected bird species in Colorado. Colorado Division of Wildlife, Denver, Colorado. 791 pp.

Yosef, R. 1996. Loggerhead Shrike (*Lanius ludovicianus*). *In* A. Poole and F. Gill, eds., the birds of North America, No. 231. The Academy of Natural Sciences, Philadelphia, Pennsylvania, and The American Ornithologists' Union, Washington, D.C

**Fish**

American Sportfishing Association. 2006. State and National Economic Impacts of Fishing, Hunting, and Wildlife-Related Recreation on US Forest Service-Managed Lands. Prepared for USDA, Forest Service. 79 pages.

Andreasen, J.K and J.R. Barnes. 1975. Reproductive life history of *Catostomus ardens* and *C. discobolus* in the Weber River, Utah. Copeia 1975(4):645-648.

Behnke, R.J. 1979. Monograph of the native trouts of the genus *Salmo* of western North America. USDA Forest Service, Rocky Mountain Region, Denver, Colorado.

Behnke, R.J. 1992. Native trout of western North America. American Fisheries Society Monograph 6.

BLM_0031757

Behnke, R.J. and D.E. Benson. 1980. Endangered and threatened fishes of the upper Colorado River Basin. Cooperative Extension Service, Colorado State University, Fort Collins. Bulletin 503A.

Behnke, R.J. and M. Zarn. 1976. Biology and management of threatened and endangered western trouts. USDA Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, Colorado. General Technical Report RM-28.

Bestgen, K.R. and L.W. Crist. 2000. Response of the Green River fish community to construction and re-regulation of Flaming Gorge Dam, 1962-1996. Colorado River Recovery Implementation Program Project Number 40, Fort Collins, CO.

Beyers, D.W., C. Sodergren, J.M. Bundy, and K.R. Bestgen. 2001. Habitat use and movement of bluehead sucker, flannelmouth sucker, and roundtail chub in the Colorado River. Department of Fishery and Wildlife Biology, Colorado State University, Fort Collins, CO.

Bezzerides, N. and K. Bestgen. 2002. Status review of roundtail chub *Gila robusta*, flannelmouth sucker *Catostomus latipinnis*, and bluehead sucker *Castostomus discobolus* in the Colorado River basin. 2002. Colorado State University Larval Fish Laboratory, Fort Collins, CO.

Binns, N.A. 1977. Present status of indigenuous populations of cutthroat trout (*Salmo clarki*) in southwest Wyoming. Wyoming Game and Fish Department, Cheyenne. Fisheries Technical Bulletin 2.

Bozek, M.A. and F.J. Rahel. 1991. Assessing habitat requirements of young Colorado River cutthroat trout by use of macrohabitat and microhabitat analyses. Transactions of the American Fisheries Society 120:571-581.

Brooks, J.E., M.J. Buntjer, and J.R. Smith. 2000. Nonnative species interactions: Management implications to aid in recovery of the Colorado pikeminnow (*Ptychocheilus lucius*) and razorback sucker (*Xyrauchen texanus*) in the San Juan River, CO-NM-UT. Final report. US Fish and Wildlife Service, Albuquerque, NM.

Carlson, C.A., C.G. Prewitt, D.E. Snyder, E.J. Wick, E.L. Ames, and W.D. Fronk. 1979. Fishes and macroinvertebrates of the White and Yampa Rivers, Colorado. Final Report prepared for the Bureau of Land Management. Colorado State University, Fort Collins, CO.

Carter, J.G., V.A. Lamarra, and R.J. Ryel. 1986. Drift of larval fishes in the upper Colorado River. Journal of Freshwater Ecology 3:567-577.

Chart, T.E. and E.P. Bergersen. 1992. Impact of mainstream impoundment on the distribution and movements of the resident flannelmouth sucker (Catostomidae: *Catostomus latipinnis*) population in the White River, Colorado. Southwestern naturalist 37(1):9-15.

Colorado Division of Wildlife. 2002. Threatened and Endangered Species [Web Page]. Located at www.wildlife.state.co.us/T&E/list. Accessed: January 2002.

Colorado Natural Heritage Program. 2002. CNHP Status and Ranking [Web Page]. Located at www.cnhp.colostate.edu/docs/splist. Accessed: January 2002.

Colorado River Cutthroat Trout Task Force. 2001. Conservation agreement and strategy for Colorado River cutthroat trout (*Oncorhychus clarki pleuriticus*) in the States of Colorado, Utah, and Wyoming. Colorado Division of Wildlife, Fort Collins. 87p.

Deacon, J.R. and S.V. Mize. 1997. Effects of water quality and habitat on composition of fish communities in the Upper Colorado River Basin. Technical Report by the Upper Colorado River Basin NAWQA, US Geological Survey, Denver, CO.

BLM_0031758

DeStaso J. and F.J. Rahel. 1994. Influence of water temperature on interactions between juvenile Colorado River cutthroat trout and brook trout in a laboratory stream. Transactions of the American Fisheries Society 123:289-297.

Durango Herald. 2007. Feds reject putting cutthroat on endangered species list. June 15, 2007.

Fausch, K.D. 1989. Do gradients and temperature affect distributions of, and interactions between, brook charr (*Salvelinus fontinalis*) and other resident salmonids in streams? Physiology and Ecology Japan, Special Volume 1:303-322.

Haines, G.B. and H.M. Tyus. 1990. Fish associations and environmental variables in age-0 Colorado squawfish habitats, Green River, Utah. Journal of Freshwater Ecology 5:427-435.

Herger, L.G. 1993. Assessment of the basin-wide habitat inventory technique to Colorado River cutthroat trout. Master's thesis, University of Wyoming, Laramie.

Holden, P.B. 1973. Distribution, abundance, and life history of the fishes of the Upper Colorado River Basin. Ph.D. Dissertation, Utah State University, Logan, UT.

Holden, P.B. and C.B. Stalnaker. 1975. Distribution and abundance of mainstream fishes of the middle and Upper Colorado River Basins, 1967-1973. Transactions of the American Fisheries Society 104:217-231.

Holden, P.B., editor. 1999. Flow Recommendations for the San Juan River. San Juan River Basin Recovery Implementation Program, U.S. Fish and Wildlife Service. Albuquerque, New Mexico.

Hubbs, C.L. and L.C. Hubbs. 1947. Natural hybrids between two species of *Catostomid* fishes. Papers of the Michigan Academy of Science, Arts, and Letters 31:147-167.

Hubbs, C.L. and R.R. Miller. 1953. Hybridization in nature between the fish genera *Catostomus* and *Xyrauchen*. Papers of the Michigan Academy of Science, Arts, and Letters 38:207-233.

Jespersen, D.M. 1981. A study of the effects of water diversion on the Colorado River cutthroat trout (*Salmo clarki pleuriticus*) in the drainage of the North Fork of the Little Snake River in Wyoming. Master's thesis, University of Wyoming, Laramie.

Joseph, T.W., J.A. Sinning, R.J. Behnke, and P.B. Holden. 1977. An evaluation of the status, life history, and habitat requirements of endangered and threatened fishes of the upper Colorado River system. FWS/OBS-77-62. U.S. Fish and Wildlife Service, Fort Collins, CO.

Lentsch, L.D., C.A. Toline, T.A. Crowl, and Y. Converse. 1998. Endangered fish interim management objectives for the Upper Colorado River Basin recovery and implementation program. Utah Division of Wildlife Resources, Salt Lake City, UT.

Maddux, H.R. and W.G. Kepner. 1988. Spawning of bluehead sucker in Kanab Creek, Arizona (Pisces: Catostomidae). The Southwestern Naturalist 33(3): 364-365.

Marcus, M.D., M.K. Young, L.E. Noel, and B.A. Mullan. 1990. Salmonid Habitat Relationships in the Western United States: A Review and Indexed Bibliography. USDA Forest Service General Technical Report, RM-188. 84 pages.

McAda, C.W. 1977. Aspects of the life history of three catostomids native to the Upper Colorado River Basin. M.S. Thesis. Utah State University, Logan, UT.

McAda, C.W., C.R. Berry, Jr., and C.E. Phillips. 1980. Distribution of fishes in the San Rafael River system of the Upper Colorado River Basin. The Southwestern Naturalist 25:41-50.

BLM_0031759

McAda, C.W. and R.S. Wydoski. 1980. The razorback sucker, *Xyrauchen texanus*, in the Upper Colorado River Basin. US Fish and Wildlife Service Technical Paper 99:1-15.

Meehan, W.R., F.J. Swanson, and J.R. Sedell. 1977. Influences of riparian vegetation on aquatic ecosystems with particular reference to salmonid fishes and their food supply. P.137-145 in Proceed. Symp. On the Importance, Preservation, and Management of the Riparian Habitat, July 9, 1977, Tucson, AZ.

Miller, W.J., J. Hogle, and D.E. Rees. 1995. Final report, Animas-LaPlata Project native fish studies. Miller Ecological Consultants, Inc., Fort Collins, CO.

Miller, W.J. and D.E. Rees. 2000. Ichthyofaunal surveys of tributaries of the San Juan River, New Mexico. Miller Ecological Consultants, Inc., Fort Collins, CO.

Minckley, W.L. 1973. Fishes of Arizona. Arizona Game and Fish Department, Phoenix, AZ.

Otis, E.O. 1994. Distribution, abundance, and composition of fishes in Bright Angel and Kanab Creeks, Grand Canyon National Park, Arizona. M.S. Thesis. University of Arizona, Tucson, AZ.

Platania, S.P. 1990. Biological summary of the 1987-1989 New Mexico-Utah ichthyofaunal study of the San Juan River. US Bureau of Reclamation, editor. Salt Lake City, UT.

Platania, S.P., and D.A. Young. 1989. A Survey of the Ichthyofauna of the San Juan and Animas Rivers from Archuleta and Cedar Hill (respectively) to their Confluence at Farmington, New Mexico. Department of Biology, University of New Mexico, Albuquerque, New Mexico.

Propst, D.L. and A.L. Hobbes. 1999. Seasonal abundance, distribution, and population size-structure of fishes in San Juan River secondary channels: 1991-1997. New Mexico Department of Game and Fish, Santa Fe, NM.

Ptacek, J.A., D.E. Rees, and W.J. Miller. 2005. Bluehead Sucker (*Catostomus discobolus*): a technical conservation assessment. USDA Forest Service, Rocky Mountain Region. Available: http://www.fs.fed.us/r2/projects/scp/assessments/blueheaducker.pdf.

Quinlan, R.E. 1980. A study of the biology of the Colorado River cutthroat trout (*Salmo clarki pleuriticus)* population in the North Fork of the Little Snake River drainage in Wyoming. Master's thesis, University of Wyoming, Laramie.

Rees, D.E., J.A. Ptacek, and W.J. Miller. 2005. Roundtail Chub (*Gila robusta robusta*): a technical conservation assessment. USDA Forest Service, Rocky Mountain Region. Available: http://www.fs.fed.us/r2/projects/scp/assessments/roundtailchub.pdf.

Rees, D.E., J.A. Ptacek, R.J. Carr, and W.J. Miller. 2005. Flannelmouth Sucker (*Catostomus latipinnis*): a technical conservation assessment. USDA Forest Service, Rocky Mountain Region. Available: http://www.fs.fed.us/r2/projects/scp/assessments/flannelmouthsucker.pdf.

Robinson, A.T., R.W. Clarkson, and R.E. Forrest. 1998. Dispersal of larval fishes in a regulated river tributary. Transactions of the American Fisheries Society 127:772-786.

Ruppert, J.B., R.T. Muth, and T.P. Nesler. 1993. Predation on fish larvae by adult red shiner, Yampa and Green Rivers, Colorado. The Southwestern Naturalist 38:397-399.

Sigler, W.F. and R.R. Miller. 1963. Fishes of Utah, Utah Department of Game and Fish, Salt Lake City, UT.

Sigler, W.F. and J.W. Sigler. 1996. Fishes of Utah; a natural history. University of Utah Press, Salt Lake City, UT.

BLM_0031760

Simon, J.R.  1935.  A survey of the waters of the Wyoming National Forest.  U.S. Department of Commerce, Bureau of Fisheries, Washington, D.C.

Simon, W., B. Horn, D. Wegner.  2000.  Appendix 6A, Fisheries Report, Current and Historical Review of Animas Watershed Fisheries.  Prepared for Animas River Stakeholders Group.  77 pages.

Smith, G.R. 1966.  Distribution and evolution of the North American Catostomid fishes of Subgenus *Pantosteus*, Genus, *Catostomus*.  Miscellaneous Publications of the Museum of Zoology, University of Michigan, No. 129.  University of Michigan, Ann Arbor, MI.

Snyder, D.E. and R.T. Martin.  1990.  Descriptions and identification of razorback , flannelmouth, white, Utah, bluehead, and mountain sucker larvae and early juveniles.  Colorado Division of Wildlife, Fort Collins, CO.

Sublette, J.E., M.D. Hatch, and M. Sublette.  1990.  The fishes of New Mexico.  University of New Mexico Press, Albuquerque, N.M.

Tyus, H.M., B.D. Burdick, R.A. Valdez, C.M. Hayes, T.A. Lytle, and C.R. Berry.  1982.  Fishes of the Upper Colorado River Basin: distribution, abundance, and status.  In W.H. Miller, H.M. Tyus, and C.A. Carlson, editors.  Fishes of the Upper Colorado River System: Present and Future.  American Fisheries Society, Western Division, Bethesda, MD.

Tyus, H.M. and C.A Karp.  1990.  Spawning and movements of razorback sucker, *Xyrauchen texanus*, in the Green River basin of Colorado and Utah.  Southwestern Naturalist 35:427-433.

USDA Forest Service.  2005.  R2 Regional Forester's sensitive species list.  Rocky Mountain Region; FSM Supplement No. 2600-2005-1, April 28, 2005

U.S. Fish and Wildlife Service.  1994.  Endangered and Threatened Wildlife and Plants:  Determination of Critical Habitat for Four Colorado River Endangered Fishes:  Razorback Sucker, Colorado Squawfish, Humpback Chub, and Bonytail Chub; Final Rule.  *Federal Register*, March 21, 1994.

U.S. Fish and Wildlife Service.  1995.  San Juan Basin Recovery Implementation Program.  U.S. Fish and Wildlife Service.  Albuquerque, New Mexico.

U.S. Fish and Wildlife Service.  2002.  Endangered and threatened wildlife and plants; review of plant and animal taxa that are candidate dot proposed for listing as endangered or threatened; annual notice of findings on recycled petitions; annual description of progress on listing actions.  *Federal Register* 67(114): 40657-40679.

U.S. Fish and Wildlife Service.  2003.  San Juan River Basin Recovery Implementation Program.  Program Highlights 2002-2003 [Web Page].  Located at:  http://southwest.fws.gov/sjrip/2002%20%202003%20Briefing%20Book%-20final.pdf.  Accessed:  July 3, 2003.

Vanicek, C.D.  1967.  Ecological studies of native Green River fishes below Flaming Gorge Dam, 1964-1966.  Ph.D. Thesis, Utah State University, Logan, UT.

Vanicek, C.D. and R.H. Kramer.  1969.  Life history of the Colorado squawfish, *Ptychocheilus lucius*, and Colorado chub, *Gila robusta*, in the Green River in Dinosaur national Monument, 1964-1966.  Transcations of the American Fisheries Society 98:193-208.

Vanicek, C.D., R.H. Kramer, and D.R. Franklin.  1970.  Distribution of Green River fishes in Utah and Colorado following closure of Flaming Gorge Dam.  Southwestern Naturalist 14:297-315.

Weiss, S.J.  1993.  Spawning. movement, and population structure of flannelmouth sucker in the Paria River.  M.S. Thesis.  University of Arizona, Tucson, AZ.

BLM_0031761

Weitzel, D.L.  2002. Conservation and status assessments for the bluehead sucker (*Catostomus discobolus*), flannelmouth sucker (*Catostomus latipinnis*), roundtail chub (*Gila robusta*), and leatherside chub (*Gila copei*):  rare fishes west of the Continental Divide, Wyoming.  Wyoming Fish and Game Department, Cheyenne, WY.

Wheeler, C.A.  1997.  Current distributions and distributional changes of fish in Wyoming west of the Continental Divide.  M.S. Thesis, University of Wyoming, Laramie, WY.

Whiteman, S.L.  2000.  1999 fish studies on Animas and La Plata Rivers.  Southern Ute Indian Tribe, Ignacio, CO.

Woodling, John.  1985.  Colorado's Little Fish; A Guide to the Minnows and Others Lesser Known in the State of Colorado.  Colorado Division of Wildlife, Department of Natural Resources, Denver, Colorado.

Young, M.K.  1989.  Effect of substrate composition on the survival to emergence of Colorado River cutthroat trout and brown trout.  Doctoral dissertation, University of Wyoming, Laramie.

Young, M.K., tech. ed.  1995.  Conservations assessments for inland cutthroat trout.  General Technical Report RM-256.  Fort Collins, CO:  U.S. Department of Agriculture, Forest Service.

Young, M.K., W.A. Hubert, and T.A. Wesche.  1991.  Selection of measures of substrate composition to estimate survival to emergence of salmonids and to detect changes instream substrates.  North American Journal of Fisheries Management 11:339-346.

**Plants**

Anderson, D.G. (2006, August 29). *Lesquerella pruinosa* Greene (Pagosa bladderpod): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region.

Anderson, D.G. (2004, August 9). *Gilia sedifolia* Brandeg. (stonecrop gilia): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region.

Anderson, D.G. (2004, December 21). *Ipomopsis polyantha* (Rydberg) V. Grant (Pagosa ipomopsis): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region.

Anderson and Susan Spackman Panjabi. February 12, 2006. Species Evaluation for *Physaria pulvinata*.

Beatty, B.L., W.F. Jennings, and R.C. Rawlinson (2004, January 30). *Machaeranthera coloradoensis* (Gray) Osterhout (Colorado tansyaster): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region.

Colorado Natural Heritage Program, 2007. Element Occurrence Records for San Juan National Forest: GIS files and Database Reports.

Decker, K. (2006, July 13). *Astragalus missouriensis* Nutt. var. *humistratus* Isely (Missouri milkvetch): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region.

Decker, K. (2005, September 7). *Astragalus proximus* (Rydberg) Wooton & Standley (Aztec milkvetch): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region.

Decker, K. (2006, April 20). *Salix arizonica* Dorn (Arizona willow): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region.

Decker, K. (2006, September 18). *Salix candida* Flueggé ex Wild. (sageleaf willow): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region.

Decker, K. (2006, March 9). *Salix serissima* (Bailey) Fern. (autumn willow): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region.

BLM_0031762

Decker, K., D.R. Culver, and D.G. Anderson. (2006, January 25). *Eriophorum chamissonis* C.A. Mey. (Chamisso's cottongrass): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region.

Decker, K., D.R. Culver, and D.G. Anderson. (2006, February 6). *Eriophorum gracile* W. D. J. Koch (slender cottongrass): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region.

Forest Service Manual. R2 Supplement No. 2600-2007-1, June 8, 2007

Gage, E. and D.J. Cooper. (2006, June 2). *Carex diandra* Schrank (lesser panicled sedge): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region.

Kram, M., K. Decker, M. Dimmitt, D. Gann, P. Lyon, B. Neely, C. Pague, R. Rondeau, K. Sochi, and C. Supples. 2005. *San Juan Planning for Biodiversity Model Project: Phase 1 Report to BLM.* Prepared by The Nature Conservancy of Colorado with extensive support from the Colorado Natural Heritage Program and guidance form the Bureau of Land Management.

Ladyman, J.A.R. (2004, February 3). *Draba smithii* Gilg ex O.E. Schulz (Smith's draba): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region.

Ladyman, J.A.R. (2007, January 29). *Triteleia grandiflora* Lindley (largeflower triteleia): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region.

Ladyman, J.A.R. (2004, October 29). *Eriophorum altaicum* Meinshausen var. *neogaeum* Raymond (whitebristle cottongrass): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region.

Mergen, D.E. (2006, July 17). *Cypripedium parviflorum* Salisb. (lesser yellow lady's slipper): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region.

NatureServe. NatureServe Explorer: An online encyclopedia of life [web application]. NatureServe, Arlington, Virginia. Available http://www.natureserve.org/explorer.

Neid, S.L. (2006, May 15). *Utricularia minor* L. (lesser bladderwort): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region.

O'Kane, S.L. and J.L. Reveal. 2006. *Physaria pulvinata* (Brassicaceae), a new species from southwestern Colorado. Brittonia 58(1): 74-77.

Panjabi, S.S. and D.G. Anderson. (2007, January 17). *Parnassia kotzebuei* Chamisso ex Sprengel (Kotzebue's grass-of-Parnassus): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region.

Panjabi, S.S. and D.G. Anderson. (2006, July 24). *Calochortus flexuosus* S. Watson (winding mariposa lily): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region.

R2 Regional Forester's Sensitive Species List, found in FSM - R2 Supplement 2672.11 – Exhibit 01

Redders, Jeff, Dean Erhard, Leslie Stewart, Sara Brinton, Sandy Friedley; 2001. A CONSERVATION STRATEGY FOR *Lesquerella pruinosa*

Rocchio, J., M. March, and D.G. Anderson. (2006, March 20). *Epipactis gigantea* Dougl. ex Hook. (stream orchid): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region.

Weber, William A. and Ronald C. Wittmann. 2001. Colorado Flora Western Slope, Third Edition. University Press of Colorado.

Wolf, E.C., E. Gage, and D.J. Cooper. (2006, December 14). *Drosera anglica* Huds. (English sundew): a technical

BLM_0031763

BLM_0031764

# U. RELEVANCE AND IMPORTANCE EVALUATIONS OF AREAS OF CRITICAL ENVIRONMENTAL CONCERN NOMINATIONS

BLM_0031765

BLM_0031766

## Table of Contents

Introduction ............................................................................................................................................ 2
Big Gypsum Valley PCA .......................................................................................................................... 16
Cement Creek Iron Fen ............................................................................................................................ 16
Cinnamon Pass PCA ................................................................................................................................ 17
Coyote Wash PCA .................................................................................................................................... 18
Disappointment Valley Northwest PCA .................................................................................................. 19
Dolores River Canyon – Slickrock to Bedrock PCA ................................................................................ 19
Grassy Hills PCA ...................................................................................................................................... 20
Horse Range Mesa Paleontological Area .................................................................................................. 21
Lake Como PCA ....................................................................................................................................... 21
Little Gypsum Valley PCA ....................................................................................................................... 22
McIntyre Canyon PCA .............................................................................................................................. 23
Mesa Verde Entrance PCA ....................................................................................................................... 24
Mud Springs PCA/ Remnant Anasazi ACEC .......................................................................................... 24
Muleshoe Bench PCA ............................................................................................................................... 25
Northdale Gunnison sage grouse restoration area ..................................................................................... 26
Picayune Gulch PCA ................................................................................................................................ 27
San Miguel Basin PCA (Dry Creek Basin) ............................................................................................... 27
Silveys Pocket PCA .................................................................................................................................. 29
Slickrock PCA .......................................................................................................................................... 30
Slickrock Hill PCA ................................................................................................................................... 30
Snaggletooth portion of Dolores River Canyon ........................................................................................ 31
Spring Creek Basin PCA ........................................................................................................................... 32
ACEC evaluation summary ....................................................................................................................... 33

Appendix U – Areas of Critical Environmental Concern – Page U-1

### Executive Summary

This report documents the evaluation of 22 locations for consideration as Areas of Critical Environmental Concern (ACEC) reviewed as part of the San Juan Resource Management Plan revision (RMP). Two of the 22 areas evaluated are to be considered further as alternatives are developed for the plan and the environmental analysis is completed. These areas are referred to as Potential ACECs. To be considered further, an area must be located on public land administered by the Bureau of Land Management (BLM) and meet the relevance and importance criteria described in BLM Manual 1613–Areas of Critical Environmental Concern (BLM 1988).

This evaluation does not designate an area as an ACEC. Potential ACECs are proposed for designation if the analysis in the RMP/EIS shows that special management is required to protect the relevant and important values. Actual designation of an ACEC occurs when the Record of Decision (ROD) is signed and the RMP is approved.

### Introduction

The Federal Land Policy and Management Act (FLPMA) states that the BLM will give priority to the designation and protection of Areas of Critical Environmental Concern (ACEC) in the development and revision of land use plans. Land use plans in the BLM are known as Resource Management Plans (RMPs) and the San Juan BLM is currently in the multi-year process of revising such a Plan. This RMP will replace the San Juan/San Miguel RMP that was approved in 1985.

This report summarizes the relevance and importance evaluations for 22 areas identified for consideration as an ACEC located on lands administered by the BLM's San Juan Public Lands Center. These evaluations have been completed in accordance with guidance provided in BLM Manual 1613–Areas of Critical Environmental Concern. Of the 22 areas, 11 meet the relevance and importance criteria. The Big Gypsum Valley and the remnant of the Anasazi ACEC not included in the proclamation for the Canyons of the Ancients National Monument are the only areas reviewed that were selected by management for further study in the revision process.

### What is an ACEC?

BLM regulations (43 CFR part 1610) define an ACEC as an area "within the public lands where special management attention is required (when such areas are developed or used or where no development is required) to protect and prevent irreparable damage to important historic, cultural, or scenic values, fish and wildlife resources, or other natural systems or processes, or to protect life and safety from natural hazards." Therefore, private lands and lands administered by other agencies are not included in the boundaries of an ACEC.

An ACEC differs from other special management designations such as Wilderness Study Areas in that designation by itself does not automatically prohibit or restrict other uses in that area. The one exception is that a mining plan of operation is required for any proposed mining activity within a designated ACEC. The ACEC designation is an administrative designation that is accomplished through the land use planning process. It is unique to the BLM in that no other agency uses this form of designation. The intent of Congress in mandating the designation of ACECs through FLPMA was to give priority to the designation and protection of areas containing truly unique and significant resource values.

Appendix U – Areas of Critical Environmental Concern – Page U-2

BLM_0031768

*The ACEC process*

There are several steps in the identification and evaluation of potential ACECs. These steps include the identification of areas that may meet the relevance and importance criteria, evaluation of those areas to determine if they meet the criteria, and consideration of the potential ACECs as alternative management scenarios are formulated and effects are analyzed in the Draft RMP/EIS.

When released, the draft RMP/EIS typically contains recommendations on which areas identified as potential ACECs are proposed for designation and for which public comment is requested. Public comments are reviewed and considered and adjustments are made as necessary before the Proposed RMP/Final EIS is released. Designation of an ACEC then occurs in the Record of Decision approving the RMP. Each of these steps is briefly described below.

*Identification/nomination*

ACECs can be nominated or identified at any time, but are only designated through the BLM's land use planning process. Recommendations from the public are generally solicited as part of the scoping process during development of a land use plan for a particular area.  In compiling a list of areas to be considered BLM looks at:

> Existing ACEC's,
>
> Areas nominated by the public,
>
> Areas nominated by staff,
>
> Areas and resources identified through inventory and monitoring,
>
> Adjacent designations of other federal and state agencies,

Information on relevance and importance can be obtained from internal and external sources as appropriate.

*Relevance and importance criteria*

Nominations are evaluated to determine whether they meet the relevance and importance criteria. A nomination must meet one or more of the relevance and importance criteria to be considered a potential ACEC.

**Relevance**

An area meets the relevance criteria if it contains one or more of the following:

- A significant historic, cultural, or scenic value (including but not limited to rare or sensitive archeological resources and religious or cultural resources important to Native Americans).

- A fish and wildlife resource (including but not limited to habitat for endangered, sensitive, or threatened species, or habitat essential for maintaining species diversity).

- A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities which are terrestrial, aquatic, or riparian; or rare geological features).

- Natural hazards (including but not limited to areas of avalanche, dangerous flooding, landslides, unstable soils, seismic activity, or

Appendix U – Areas of Critical Environmental Concern – Page U-3

dangerous cliffs). A hazard caused by human action may meet the relevance criteria if it is determined through the RMP process that it has become part of a natural process.

### Importance

The value, resource, system, process, or hazard described in the relevance section must have substantial significance and values to meet the importance criteria. This generally means that the value, resource, system, process, or hazard is characterized by one or more of the following:

- Has more than locally significant qualities which give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource.

- Has qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change.

- Has been recognized as warranting protection in order to satisfy national priority concerns or to carry out the mandates of FLPMA.

- Has qualities that warrant highlighting in order to satisfy public or management concerns about safety and public welfare.

- Poses a significant threat to human life and safety or to property.

### Consideration of potential ACECs

Potential ACECs are considered as RMP alternatives are developed. Each potential ACEC is proposed for designation in at least one of the management alternatives. The need for special management and the resulting effects from applying such management are assessed in the associated environmental analysis for the RMP. The Preferred Alternative identifies which potential ACECs are proposed for designation.

### Comment on proposed ACECs

A notice of any areas proposed for ACEC designation is published in the Federal Register along with a Notice of Availability of the draft RMP/EIS requesting public comment. The public may comment on any aspect of the ACEC analysis at this point in the process. These comments are then considered in preparation of the proposed RMP/Final EIS. After a 30-day protest period, a Record of Decision is prepared and the plan is approved.

### Designation

A potential ACEC is proposed for designation if the area requires special management. Special management is defined as management outside of standard or routine practices, and usually includes more detail than other prescriptions contained within the Plan. Special management is usually needed when one of the following conditions is met:

- Current management or management activities proposed in the alternative are not sufficient to protect the relevant and important resource.

- The needed management action is considered unusual or outside of the normal range of management practices typically used.

Appendix U – Areas of Critical Environmental Concern – Page U-4

- The change in management is difficult to implement without ACEC designation.

- If analysis determines that special management is required, the area is recommended for designation. Designation of ACECs occurs when the Record of Decision is signed approving the RMP.

### Background

Upon approval in 1985, the San Juan/San Miguel RMP designated 156,000 acres as the Anasazi ACEC due to significant cultural resources and ongoing oil and gas development.

In 2000 President Clinton issued a proclamation designating most of this ACEC as the Canyons of The Ancients National Monument which will have a stand-alone Resource Management Plan. Approximately 1120 acres of the Anasazi ACEC were not included in the National Monument and are currently managed as an ACEC. This area will be addressed for continued ACEC designation or for removing the designation in the current RMP revision.

Scoping for the San Juan RMP revision was initiated with publication of the Notice of Intent in the Federal Register on December 14, 2004. Subsequent mailings and public meetings occurred during 2005.

During the planning process, the Nature Conservancy and Colorado Natural Heritage Program (CNHP) staff reviewed information from BLM inventories, Colorado Natural Heritage Program records, TNC Ecoregional Assessments and Colorado Division of Wildlife species of concern data to ensure that all potentially relevant and important ecological values within the planning area were considered.[1] The analysis area for the identified values encompassed all federal lands, which includes both federal surface and mineral estate.  BLM does not manage, and is not proposing to include, private surface or private mineral estate as part of an ACEC.

The San Juan Public Lands Center partnered with CNHP in developing biological assessments to identify significant ecological resources since the mid-1990s and they have developed biological assessments for San Miguel County (2000), San Juan County (2003), La Plata County (2004), Dolores County (2005), and Montezuma County (2005)[2]. CNHP identified potential conservation areas for targeted species which were evaluated by the Nature Conservancy. Field work conducted in 2005 resulted in the identification of several additional PCAs of outstanding significance, including Big Gypsum Valley and Disappointment Valley Northwest. The Dry Creek Basin PCA was merged at that time into a larger San Miguel Basin PCA to recognize important Gunnison Sage Grouse habitat. A total of 37 potential conservation areas with biodiversity ranks of B1-outstanding, B2-Very High, and B3-High were evaluated by TNC.

---

[1] San Juan Planning for Biodiversity Model Project
[2] Rare plant survey Dolores Montezuma

Appendix U – Areas of Critical Environmental Concern – Page U-5

BLM_0031771

TNC recommended 14 PCA's with a minimum of 75% BLM surface management responsibility as being ecologically important and those have been included for consideration as potential ACEC's.

**Table U.1 -    CNHP potential conservation areas considered in ACEC analysis**

| CNHP PCAs (for 75% BLM managed Acreage) | Biodiversity significance3 | Acres on BLM-managed lands in the SJPA | % of total acres on the BLM-managed lands in the SJPA | CNHP Map Reference |
|---|---|---|---|---|
| Big Gypsum Valley [4] | B2 – Very high | 17165 | 82% | 2034 |
| Cement Creek Iron Fen | B2 – Very high | 455 | 75% | 1006 |
| Cinnamon Pass | B3 – High | 562 | 89% | 204 |
| Coyote Wash | B2 – Very high | 840 | 100% | 1505 |
| Dolores River from Slick Rock to Bedrock ( inclusive of Dolores River @ Andy's Mesa, and Dolores River @ Anderson Mesa) | B2 – Very high | 18,083 | 100% | 949 |
| Grassy hills | B2 – Very high | 420 | 100% | 809 |
| Little Gypsum Valley | B2 – Very High | 1,766 | 95% | 923 |
| McIntyre Canyon | B2 – Very high | 2,980 | 96% | 1238 |
| Muleshoe Bench | B3 – High | 663 | 96% | 864 |
| Picayune Gulch | B3 – High | 23 | 91% | 1436 |
| Silveys Pocket | B3 – High | 707 | 100% | 1477 |
| Slick Rock[5] | B2 – Very high | 959 | 98% | 1640 |
| Slick Rock Hill | B2 – Very high | 2,381 | 99% | 738 |
| Spring Creek Basin | B2 – Very high | 5,589 | 98% | 2342 |
| Subtotal Acreage   52,593 | | | | |
| CNHP PCAs for which BLM manages less than 75% but greater than 25% of the total acreage of the PCA | Biodiversity significance | Acres on BLM-managed lands in the SJPA | % of total acres on the BLM-managed lands in the SJPA | CNHP Map Reference |
| Disappointment Valley Northwest | B2: Very high | 2720 | 65% | 2343 |
| Lake Como | B2 – Very high | 100 | 42% | 1113 |
| Mesa Verde Entrance | B2 – Very high | 1,268 | 37% | 2210 |
| San Miguel Basin (Dry Creek Basin Portion) | B2 – Very high | 34,941 | 57% | 2228 |
| SubTotal Acreage   39,029 | | | | |

---

[3] B1 Outstanding Significance: the only site known for an element or an excellent occurrence of a G1 species.
B2 Very High Significance: one of the best examples of a community type, good occurrence of a G1 species, or excellent occurrence of a G2 or G3 species.
B3 High Significance: excellent example of any community type, good occurrence of a G3 species, or a large concentration of good occurrences of state rare species.
[4] Big Gypsum PCA, Disappointment Valley Northwest PCA  and Spring Creek PCA  added to San Miguel survey by CNHP in 2005, Little Gypsum PCA changed to reflect Crypthanta gypsophila.
[5] Acreage overlap with Dolores River- Slick Rock to Bed Rock, Slick Rock and Slick Rock Hill

BLM_0031772

Members of the BLM's planning team were also requested to submit internal information for consideration. One additional potential ACEC for Gunnison sage grouse northwest of Dove Creek, Colo., containing 960 acres BLM and 3,500 acres of private land with conservation easements held by the Colorado Division of Wildlife (21% BLM). Other references consulted for locations to consider for potential ACEC designation included: BYU report and file on Horse Range Mesa Paleontological Site, and San Juan Citizens Alliance scoping comments.

Due to all of these efforts, 22 areas/nominations for ACEC were considered during the relevance and importance evaluations. The list of all locations considered is summarized in Table T.2.

BLM_0031773

Appendix U – Areas of Critical Environmental Concern – Page U-8

BLM_0031774

**Table U.2 -   Locations considered as potential Areas of Critical Environmental Concern**

| Location Name | Nominator* Source | Values of Concern–Comments–Relevance | Biodiversity significance & Importance | Acres of Public Land | Relevance and Importance Evaluation |
|---|---|---|---|---|---|
| Big Gypsum Valley | Colorado Natural Heritage Program /The Nature Conservancy | Plant: two excellent (A-ranked) and two good (B-ranked) occurrences of Gypsum Valley cat-eye,  a plant that is critically imperiled (G1,S1) state wide and  globally. Gypsum rim-lichen (Lecanora gypsicola) and Nodule cracked lichen (Acarospora nodulosa var. nodulosa), both critically imperiled (G1S1) state wide and globally, Changing earthscale (Gypsoplaca macrophylla), a  globally vulnerable plant (G3G4), Weak-stemmed mariposa lily (Calochortus flexuosus), an apparently secure plant globally(G4) but imperiled ( S2) in Colorado, and Nealley's needlegrass, a demonstrably secure(G5) plant globally and a critically imperiled (S1) plant in Colorado . | B1-Outstanding | 17,165 | Relevant and important resources-portions included in Big Gypsum Valley Potential ACEC |
| Cement Creek Iron Fen | Colorado Natural Heritage Program /The Nature Conservancy | Plant Community – (Picea engelmannii)/ Betula glandulosa/ Carex aquatilis – Sphagnum angustifolium (iron fen) | B2 – Very high | 455 | No- Low Percentage of Public Land |
| Cinnamon Pass | Colorado Natural Heritage Program /The Nature Conservancy | Plant – Draba crassa (thickleaf whitlowgrass) Plant – Eriophorum altaicum var. neogaeum (altai cottongrass) Plant Community – Carex vernacular (alpine wetland) | B3 – High | 562 | No- importance of resources of local significance |
| Coyote Wash | Colorado Natural Heritage Program /The Nature Conservancy | Colorado's largest population of the Kachina daisy is located here. Identified as a Colorado Natural Area. Recommended as a Research Natural Area | B2 – Very high | 329 | Relevant and important resources- Included as part of Dolores River Canyon Special Management Area |

Appendix U – Areas of Critical Environmental Concern – Page U-9

| Location Name | Nominator* Source | Values of Concern-Comments-Relevance | Biodiversity significance & Importance | Acres of Public Land | Relevance and Importance Evaluation |
|---|---|---|---|---|---|
| Disappoint-ment Valley Northwest | Colorado Natural Heritage Program /The Nature Conservancy | A good (B-ranked)  and fair (C-ranked ) occurrence of the Gypsum Valley cat-eye, a globally imperiled (G1) plant. There is also an excellent (A-ranked) occurrence of Naturita milkvetch, globally imperiled to vulnerable (G2G3). | B1-Outstanding | 2719 | No- Low Percentage of Public Land |
| Dolores River Canyon Slick-rock to Bed-rock | Colorado Natural Heritage Program /The Nature Conservancy | Plant Community – Forestiera Pubescens Shrubland (Foothills Riparian Shrubland). Plant Community – Salix Exigua/ Mesic Graminoid (Coyote Willow/ Mesic Graminoid) | B2 – Very High | 15,384 | Relevant and important resources- Included as part of Dolores River Canyon Special Management Area |
| Grassy hills | Colorado Natural Heritage Program /The Nature Conservancy | Plant Community – Stipa comata – West (Western Slope Grasslands) | B2 – Very high | 420 | Relevant and important resources- Need for Special Management not in evidence. |
| Horse Range Mesa Vertebrate Paleontolog-ical Site | BYU Study | Camarasaurus, Carnosaur, Sauropod, Stegosaurus dinosaur fossils. | High | 200 | Inconclusive report on significance in project file |
| Lake Como | Colorado Natural Heritage Program /The Nature Conservancy | Plant – Draba graminea (San Juan Whitlow-grass) Plant – Draba crassa (Thick-leaf Whitlow-grass) Plant – Draba streptobrachia (Colorado Divide Whitlo | B2 – Very high | 100 | No- Low Percentage of Public Land |

Appendix U – Areas of Critical Environmental Concern – Page U-10

BLM_0031776

| Location Name | Nominator* Source | Values of Concern-Comments-Relevance | Biodiversity significance & Importance | Acres of Public Land | Relevance and Importance Evaluation |
|---|---|---|---|---|---|
| Little Gypsum Valley | Colorado Natural Heritage Program /The Nature Conservancy | Plant – Astragalus naturitensis (Naturita Milkvetch) Plant – Ochlodes yuma (Yuma Skipper) Plant – Penstemon breviculus (Little Penstemon) Bird – Vireo vicinior (Gray Vireo) | B2 – Very high | 1,766 | Relevant and important resources- Portion is included in Big Gypsum Valley Potential ACEC. |
| Mesa Verde Entrance | Colorado Natural Heritage Program /The Nature Conservancy | Plant – Townsendia glabella (Gray's Townsend-daisy) Plant – Penstemon breviculus (Little Penstemon) Plant – Gila haydenii (San Juan Gilia) | B2 – Very high | 1,268 | No- Low Percentage of Public Land |
| McIntyre Canyon | Colorado Natural Heritage Program /The Nature Conservancy | Plant – Astragalus naturitensis (Naturita Milkvetch) Plant Community – Pinus edulis/ Cercocarpus montanus (Mesic Western Slope Pinyon-Juniper Woodlands) Plant Community – Aquilegia micrantha – Mimulus eastwoodiae (Hanging Gardens) Plant community – Pinus edulis/ Stipa comata (Xeric Western Slope Pinyon-Juniper Woodlands) Plant – Mimulus eastwoodiae (Eastern Monkey-flower) | B2 – Very high | 2,980 | Relevant and important resources- Included as part of Dolores River Canyon Special Management Area |
| Mud Canyon /Remnant ACEC | Colorado Natural Heritage Program /The Nature Conservancy, BLM | Existing ACEC-  ancestral puebloan cultural resources. Plant – Astragalus deterior (Cliff-palace Milkvetch) Plant – Astragalus naturitensis (Naturita Milkvetch) Plant – Penstemon breviculus (Little Penstemon) | B3- High | 6,369 | Considered in Plan Alternative as existing ACEC do to existing designation in 1985 RMP |
| Muleshoe Bench | Colorado Natural Heritage Program /The Nature Conservancy | Plant Community – Stipa comata – West (Western Slope Grasslands) | B2 – Very high | 663 | Relevant and important resources- Included as part of Dolores River Canyon Special Management Area |

Appendix U – Areas of Critical Environmental Concern – Page U-11

| Location Name | Nominator* Source | Values of Concern-Comments-Relevance | Biodiversity significance & Importance | Acres of Public Land | Relevance and Importance Evaluation |
|---|---|---|---|---|---|
| Northdale Gunnison Sage Grouse Restoration Area | Bureau of Land Management | Gunnison sage grouse Restoration area in cooperation with CDOW < 20% BLM Surface Management | N/A | 960 | Relevant and important resources-Low Percentage of Public Land |
| Picayune Gulch | Colorado Natural Heritage Program /The Nature Conservancy | Plant – Draba crassa (Thickleaf whitlowgrass) Plant – Draba crassa (Thickleaf whitlowgrass) | B3 – High | 23 | No- importance of resources is of local significance |
| San Miguel Basin (Dry Creek Basin, Hamilton, Miramonte) | Colorado Natural Heritage Program /The Nature Conservancy | Animal – Centrocercus minimus (Gunnison sage grouse) | B2 – Very high | 34,941 | Relevant and important resources-Low Percentage of Public Land |
| Silveys Pocket | Colorado Natural Heritage Program /The Nature Conservancy | Plant – Astragalus naturitensis (Naturita milkvetch) Plant – Pediomelum aromaticum (Paradox breadroot) Plant Community – Stipa comata – West (Western Slope grasslands) | B3 – High | 707 | No- importance of resources is of local significance |
| Slick Rock | Colorado Natural Heritage Program /The Nature Conservancy | Plant – Astragalus naturitensis (Naturita milkvetch) Lizard – Aspidoscelis velox (Plateau Striped Whiptail) | B2 – Very high | 976 | Relevant and important resources-Low Percentage of Public Land |

Appendix U – Areas of Critical Environmental Concern – Page U-12

BLM_0031778

| Location Name | Nominator* Source | Values of Concern-Comments-Relevance | Biodiversity significance & Importance | Acres of Public Land | Relevance and Importance Evaluation |
|---|---|---|---|---|---|
| Slick Rock Hill | Colorado Natural Heritage Program /The Nature Conservancy | Plant – Astragalus naturitensis (Naturita milkvetch) Plant Community – Stipa comata – West (Western Slope grasslands) Animal – Hyla arenicolor (canyon treefrog) Plant – Penstemon breviculus (little penstemon) Plant Community- Pinus edulis/ Cercocarpus montanus (Mesic Western Slope pinyon-juniper woodlands) | B2 – Very high | 2,381 | Relevant and important resources- Need for Special Management not in evidence. |
| Snaggletooth Portion of Dolores River Canyon | San Juan Citizen's Alliance | Scenery,  Roundtail chub, flannelmouth sucker, bluenose sucker, speckled dace | High | 19,427 | Relevant and important resources- Included as part of Dolores River Canyon Special Management Area |
| Spring Creek | Colorado Natural Heritage Program /The Nature Conservancy | Gypsum Valley cateye (Cryptantha gypsophila), a critically imperiled plant in Colorado (S1) and globally (G1) Pygmy sagebrush (Artemisia pygmaea), a critically imperiled plant in Colorado (S1), | B2 – Very high | 5,659 | Relevant and important resources exist-  Within Spring Creek Wild Horse Herd Management Area |
| | | Total Acres Considered | | 115,454 | |
| | | Total Acres meeting Relevance and Importance Criteria of a Potential ACEC | | 72,543 | |

Appendix U – Areas of Critical Environmental Concern – Page U-13

BLM_0031779

Appendix U – Areas of Critical Environmental Concern – Page U-14

BLM_0031780

***Importance and Relevance Evaluations***

The information provided below is organized in alphabetical order by name of the nominated area. All legal locations are based on the New Mexico Principal Meridian and most acreages were calculated using the 1:24,000 scale Geographic Information System (GIS) ownership coverage for lands in the planning area.

The 11 areas considered which met the relevance and importance criteria include:

    Big Gypsum Valley PCA
    Coyote Wash PCA
    Dolores River Canyon- Slick Rock to Bedrock PCA
    Grassy Hills PCA
    Little Gypsum Valley
    McIntyre Canyon PCA
    Mud Springs PCA/ Remnant Anasazi ACEC
    Muleshoe Bench
    Slick Rock Hill PCA
    Snaggletooth Portion of Dolores River Canyon
    Spring Creek PCA

BLM_0031781

### Big Gypsum Valley PCA

*Reference*: CNHP Potential Conservation Area (PCA) Report Name: Big Gypsum Valley Site Code S.USCOHP*21254)

*Description of area:* The Big Gypsum Valley PCA is located in northern San Miguel County about 14 miles southwest of Naturita, Colorado. To access the PCA, drive Highway 141 going east from Slick Rock or south from Naturita and turn west on County Road 20R.

*USGS 7.5 minute quadrangle:* Gypsum Gap and Hamm Canyon

*Elevation:* 6,100 to 6,500 feet

*Size:* Approximately 21,145 acres; 17,165 acres public land.

*General description:* This PCA is located north of Disappointment Valley and east of the Dolores River. It extends from the Dolores River canyon on the west to the headwaters of Big Gypsum Creek east of Highway 141. The valley is one of several parallel northwest-southeast trending valleys that were formed by the collapse of ancient salt domes. It runs parallel to Dry Creek Basin on the north and Disappointment Valley on the south.

*Relevance criteria:* A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities which are terrestrial, aquatic, or riparian; or rare geological features). PCA identified by CNHP foroOutstanding biodiversity significance. This PCA supports an excellent (A-ranked) occurrence of a globally imperiled (G1) plant.

*Importance criteria:* It has more than locally significant qualities which give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource;

It has qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change;

The Big Gypsum Valley PCA's outstanding (B1) biodiversity significance rank is based on two excellent (A-ranked) and two good (B-ranked) occurrences of Gypsum Valley cat-eye, a plant that is critically imperiled (G1,S1) statewide and globally. Other rare plants in the PCA include Lecanora gypsicola, nodule cracked lichen, both critically imperiled (G1S1) statewide and globally, Timdal, a globally vulnerable plant (G3G4), weak-stemmed mariposa lily, an apparently secure plant globally(G4) but imperiled ( S2) in Colorado, and Nealley's needlegrass, a demonstrably secure(G5) plant globally, and a critically imperiled (S1) plant in Colorado. In addition, there is an excellent (A-ranked) occurrence of a state rare (G4/S2) plant, weak-stemmed mariposa lily (Calochortus flexuosus).

*Findings*: This potential conservation area meets both the relevance and importance criteria for A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities which are terrestrial, aquatic, or riparian; or rare geological features).

### Cement Creek Iron Fen

*Reference*: CNHP Potential Conservation Area (PCA) Report Name: Cement Creek Iron Fen Site Code S.USCOHP*23594)

*Location:* San Juan County, State Highway 110, along Cement Creek, north of Silverton.

*USGS 7.5 minute quadrangle:* Silverton and Ironton.

*Size:* Approximately 56 acres

*Elevation:* 10,200 ft. to 11,300 feet

Cement Creek is one of the three major tributaries of the upper Animas River, between the Mineral Creek and main stem of the Animas. Cement Creek is located northwest of the town of Silverton and south of the town of Gladstone. Iron fens and associated limonite

Appendix U – Areas of Critical Environmental Concern – Page U-16

BLM_0031782

ledges can be found along four miles of Cement Creek starting just south of the Gladstone townsite. The most prominent iron fens are located at Tiger Gulch. The Cement Creek Iron Fens are fed by groundwater seeping from eastern and western valley walls as well as overflow from Cement Creek. A common feature of iron fens is limonite terraces or iron precipitates that have been deposited onto organic matter in layers. These terraces will perch the water table and form an extensive network of pools and ponds, Cement Creek Iron Fens are good examples of this process. Cement Creek iron fens are dominated by acid-tolerant shrubs with a thick ground cover of a variety of sphagnum. and other mosses. Engelmann spruce (Picea engelmannii) dominates the tree layer. Bog birch (Betula glandulosa) and dwarf blueberry (Vaccinium cespitosum) dominate the shrub layer. Mosses, bluejoint (Calamagrostis canadensis), water sedge (Carex aquatilis), and alpine spicy wintergreen (Gaultheria humifusa) dominate the herbaceous layer.

*Relevance criteria:* A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities which are terrestrial, aquatic, or riparian; or rare geological features). A fish and wildlife resource (including but not limited to habitat for endangered, sensitive, or threatened species, or habitat essential for maintaining species diversity). PCA identified by CNHP for very high biodiversity significance. Nearly irreplaceable. A good occurrence of a globally imperiled (G2) plant community.

*Importance criteria:* It has more than locally significant qualities which give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource;

It has qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change;

This site supports a good occurrence (B-ranked) of a globally imperiled (G2/S2) iron fen plant community. Currently there are only 15 known iron fens known globally, five of which occur in San Juan County.

*Findings:* This potential conservation area meets both the relevance and importance criteria for a fish and wildlife value and a natural process or system with more than local significance. However public land ownership is a minor part of the total area of the PCA, best example of fens in the PCA is along county road at Tiger Gulch on private land.

### Cinnamon Pass PCA

*Location:* San Juan County, Alpine Loop, San Juan County Road 5, about 10 air miles northeast of Silverton.

*USGS 7.5 minute quadrangle:* Handies Peak.

*Size:* 630 acres

*Elevation:* 12,000 ft. to 13,328 feet

The Cinnamon Pass PCA supports a good (B-ranked) occurrence of thickleaf whitlowgrass, a plant that is vulnerable (G3) globally. There is also an excellent (A-ranked) occurrence of alpine wetlands dominated by Carex vernacula, a community that is unranked (GUSU) at present, and for which further research is needed to determine its rarity. The wetland areas contain excellent quality (A-ranked) patches of altai cottongrass (Eriophorum altaicum var. neogaeum), a sub-species that is globally vulnerable (T3T4/S3). The boundary is not intended to include all of the area that would be required to sustain a population of the Uncompahgre fritillary (at this site, a total of five individuals were observed on Aug. 8, 1995, and an even-year brood could not be confirmed). It does, however, contain appropriate habitat, including the snow willow upon which the butterflies depend.

This site contains most of the northeast-facing bowl below Cinnamon Mountain. It is bisected by a Jeep road that connects Animas Forks and Lake City. Geologically, it is

Appendix U – Areas of Critical Environmental Concern – Page U-17

BLM_0031783

situated on the San Juan volcanic ash flow tuff. High ridges define the site, forming a tight horseshoe-shaped alpine bowl, with Cinnamon Mountain (13,328 ft.) as the high point, on the south side of the site.

*Relevance criteria:* A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities which are terrestrial, aquatic, or riparian; or rare geological features). A fish and wildlife resource (including but not limited to habitat for endangered, sensitive, or threatened species, or habitat essential for maintaining species diversity). PCA identified by CNHP for high biodiversity significance. A good occurrence of a globally vulnerable (G3) plant community.

*Importance criteria:* Qualities are not more than locally significant in giving PCA its special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource;

Qualities or circumstances do not make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change;

*Findings:* This potential conservation area meets the relevance criteria but not the importance criteria as the G3 plant community is not of more than local importance.

### Coyote Wash PCA

*Location:* Coyote Wash is located 9.5 air miles south of Paradox, Colo., in extreme southwestern Montrose County.

*USGS 7.5 minute quadrangles:* Anderson Mesa

*Elevation* range: 5,100 to 5,800 feet

*Size:* 329 acres

Coyote Wash is a steep-sided tributary canyon that joins the Dolores Canyon in the roadless area between Slickrock and Bedrock. Its flat sandy bottom has a small meandering stream that occasionally floods. Colorado's largest population of the Kachina daisy is located here. It grows in horizontal crevices in seeping alcoves.

Site contains an excellent (A-ranked) occurrence of the globally imperiled (G2/S1) Kachina daisy (Erigeron kachinensis). This species is the most imperiled of all plants found in San Miguel and Montrose counties. As one of only two known populations of Kachina daisy in Colorado, this site is extremely important for further research. Current taxonomic research on the Kachina daisy may result in assigning the Colorado plants to a separate species or variety, in which case this population would be considered even more rare and imperiled, perhaps raising its biodiversity rank to B1 (outstanding significance). This site also contains several good occurrences of two globally vulnerable plant species, Eastwood monkeyflower ( Mimulus eastwoodiae) and helleborine (Epipactis gigantea), an extant occurrence of the state rare (G4/S2) spotted bat (Euderma maculatum) and an excellent (A-ranked) occurrence of the globally imperiled to secure (G2G4/S2) Hesperostipa comata grassland community.

Site has been identified as a State Natural Area, recommended as a Research Natural Area, and is a BLM Wilderness Study Area (WSA).

*Biodiversity rank:* B2 (very high biodiversity significance) The Coyote Wash PCA contains the best known Colorado occurrence of the globally imperiled Kachina daisy.

*Relevance criteria:* A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities which are terrestrial, aquatic, or riparian; or rare geological features).

Appendix U – Areas of Critical Environmental Concern – Page U-18

BLM_0031784

*Importance criteria:* It has more than locally significant qualities which give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource;

It has qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change;

*Findings:* This Potential Conservation Area meets both the relevance and importance criteria for a natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities which are terrestrial, aquatic, or riparian; or rare geological features). Features included in Dolores Canyon Special Management Area.

### Disappointment Valley Northwest PCA

*Location:* The Disappointment Valley PCA is located in San Miguel County about 20 miles southwest of Naturita. To access this PCA drive Highway 141 south from Naturita toward Dove Creek.

*USGS 7.5 minute quadrangle:* Hamm Canyon and Joe Davis Hill

*Elevation:* 5,600 - 5,800 feet

*Size:* Approximately 4,192 acres

*General description:* Disappointment Valley is the southernmost of several parallel northwest/southeast trending valleys in western Colorado that were formed by the collapse of ancient salt domes. The PCA lies to the south of Big Gypsum Valley, on the north side of Disappointment Creek, a major tributary of the Dolores River. Vegetation of the valley is mapped as a mosaic of big sagebrush, greasewood and salt desert scrub.

The Disappointment Valley PCA supports a good (B-ranked) and fair (C-ranked) occurrence of the Gypsum Valley cateye, (Cryptantha gypsophila), a globally imperiled (G1) plant first described in 2004. There is also an excellent (A-ranked) occurrence of Naturita milkvetch, globally imperiled to vulnerable (G2G3).

*Biodiversity rank:* B2: Very high biodiversity significance. This PCA supports a good (B-ranked) occurrence of a globally imperiled (G1) plant.

*Relevance criteria:* A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities which are terrestrial, aquatic, or riparian; or rare geological features). A fish and wildlife resource (including but not limited to habitat for endangered, sensitive, or threatened species, or habitat essential for maintaining species diversity).

*Importance criteria:* It has more than locally significant qualities which give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource;

It has qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change;

*Findings:* This potential conservation area meets both the relevance and importance criteria for a natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities which are terrestrial, aquatic, or riparian; or rare geological features). However, public land ownership is a minor part of the total area of the PCA.

### Dolores River Canyon – Slickrock to Bedrock PCA

*Location:* Extends between the old townsite of Slickrock and Bedrock in northwestern San Miguel County and southwestern Montrose County.

Appendix U – Areas of Critical Environmental Concern – Page U-19

BLM_0031785

*USGS 7.5 minute quadrangles:* Anderson Mesa, Bull Canyon, Gypsum Gap, Hamm Canyon, Horse Range Mesa, Joe Davis Hill, Paradox.

*Legal description:* T44N R19W Sections 12, 13, 21, 24, 25; T44N R18W Sections 7, 8, 9, 18, 19, 30; T45N R19W Sections 1, 12; T45N R18W Section 4-9, 17-21, 28, 29, 32, 33; T46N R18W Sections 30, 31; T46N R19W Sections 1, 2, 10, 11, 12, 14, 15, 22, 23, 25, 26, 35, 36; T47N R19W Sections 35, 36; T47N R18W Sections 19, 30, 31.

*Elevation range:* 4,966 - 6,200 feet

*Size:* 15,384 acres

*General description:* This PCA includes the riparian zone and adjacent uplands along the Dolores River for approximately 50 miles, from Slickrock north to Bedrock. Most of this area is roadless and accessible only by raft, canoe or kayak. The canyon bottoms support a nearly continuous occurrence of the riparian plant association known as New Mexico privet foothills riparian shrubland. Typical vegetation along the river includes a band of coyote willow, mixed with giant reed at the water's edge between the low and high water marks. On slightly higher ground is a band of New Mexico privet, often accompanied by skunkbrush, big sagebrush, giant reed and wild rose. Cottonwoods and box elders are occasional. Most of this area has few weeds, and surprisingly little tamarisk compared with other parts of the river.

*Biodiversity rank:* B2: Very high biodiversity significance. An A-ranked occurrence of a G2 natural community. The Dolores River Canyon PCA supports a very high biodiversity (B-2 ranked ) and excellent (A-ranked )occurrence of the Forestiera pubexcens-Rhus trilobata (G2) riparian shrub community.

*Relevance criteria:* A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities which are terrestrial, aquatic, or riparian; or rare geological features). PCA identified by CNHP.

*Importance criteria:* It has more than locally significant qualities which give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource.

*Findings:* This potential conservation area meets both the relevance and importance criteria for a natural process or system value with more than local significance. Features included in Dolores Canyon Special Management Area.

### Grassy Hills PCA

Site is located on a bench southwest of the confluence of Gypsum Creek and the Dolores River. Located on the Navajo formation with sandstone soils on zero- to 5-degree slopes.

*USGS Quads:* Anderson Mesa  Horse Range Mesa.

*County:* San Miguel (Colo.)

*Legal description:* Township 045N Range 019W  Sections 24,25 NMPM; Township 045N Range 018W Sections 19,30  NMPM.

*Elevation:* 6700 feet

*Size:* 420.23 acres

*Biodiversity significance rank:* B2, very high biodiversity significance

*Biodiversity significance comments:* An A-ranked occurrence of a G2 natural community. plant community - Hesperostipa comata, Great Basin herbaceous vegetation, Western Slope grasslands G2G4 S2

BLM_0031786

*Relevance criteria*: A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities which are terrestrial, aquatic, or riparian; or rare geological features).

*Importance criteria:* It has more than locally significant qualities which give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource; It has  qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change;

*Findings:* This potential conservation area meets both the relevance and importance criteria for a natural process or system value with more than local significance.


### Horse Range Mesa Paleontological Area

*USGS 7.5′ Quad:* Horse Range Mesa

*County:* San Miguel (CO)

*Township/Range Section Meridian:* 044N 019W  NW¼ Section 14 and NE¼ Section 15 NMPM

*Description*: 6 Site lies in the Brushy Basin member of the Morrison Geologic Formation. This site is located on the Morrison formation with sandstone soils on 0-5 degree slopes.

Brigham Young University excavated articulated vertebrae of a Camasaurus dinosaur specimen from this site in 1989 that was curated at BYU.

*Elevation*: 6700 feet

*Size*: 160 acres

*Relevance criteria*: A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities which are terrestrial, aquatic, or riparian; or rare geological features).

*Importance criteria*: BYU report on site was inconclusive as to site having more than locally significant qualities which give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource;

It has qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change;

*Findings*: This potential conservation area meets the relevance criteria but not the importance criteria as the paleontological resource is questionable as to being of more than local importance.

### Lake Como PCA

*Location*: San Juan County, Alpine Loop, Uncompahgre River drainage, about seven air miles north-northeast of Silverton

*Legal Description*: T43N R7W Sections 3, 10

   *USGS 7.5 minute quadrangle:* Handies Peak, Ironton.

*Size*: 232 acres

*Elevation*: 12,000 feet to 13,447 feet

*General description:* Lake Como is a beautiful, bright turquoise jewel of a lake, at the headwaters of the north-flowing Uncompahgre River. The PCA is in the northern portion of the Silverton caldera, composed of andesitic lavas and ashflows from the Tertiary volcanic period. Soils in the PCA are mapped as Whitecross-Rock outcrop complex, 15% to

---

[6]O'Neill, F. Michael. A preliminary survey of the Horse Range Mesa Fossil Area for the San Juan Resource Area. BLM 1989

BLM_0031787

45% slopes. This is a complex of shallow or very shallow, well-drained soils and rock outcrop on alpine valley floors, mountain slopes and ridges, formed in colluvium and slope alluvium derived from rhyolite, tuff and other volcanic rocks, and in some places from granite, quartzite and similar rocks (USDA 2003).

The lake is a popular stop for four-wheel-drive sightseers. Hurricane Peak, at 13,447 feet, marks the southwest boundary of the PCA, while California Pass marks the southeastern boundary.

*Biodiversity rank*: The Lake Como PCA supports an excellent (A-ranked) occurrence of San Juan whitlowgrass, a globally imperiled (G2) species. It also has fair (C-ranked) occurrences of three Draba species (D. graminea, D. crassa (globally vulnerable – G3) and D. streptobrachia (globally vulnerable – G3). There is a fair (C-ranked) occurrence of globally vulnerable (G3) harbour beardtongue, a San Juan endemic plant that is considered to be secure in Colorado (S3S4).

*Relevance criteria*: A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities which are terrestrial, aquatic, or riparian; or rare geological features).

*Importance criteria*: It has more than locally significant qualities which give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource. It has qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change; The Lake Como PCA supports an excellent (A-ranked) occurrence of San Juan whitlowgrass, a globally imperiled (G2) species.

*Findings*: The Lake Como PCA meets both the relevance and importance criteria for an excellent (Aranked) occurrence of San Juan whitlowgrass, a globally imperiled (G2) species. The low proportion of public land (<42% of PCA) does not warrant further consideration as a potential ACEC.

### Little Gypsum Valley PCA

This site is located in southwestern Montrose County, extending partially into extreme northwestern San Miguel County. The site circumscribes Little Gypsum Valley, the continuation of Big Gypsum Valley north of the Dolores River. The Little Gypsum Valley boundary was drawn to encompass the occurrences of Gypsum Valley cateye (Cryptantha gypsophila), short-stem beardtongue (penstemon breviculus), and Naturita milkvetch (Astragalus naturitensis). It includes the entire area that is mapped as the Paradox member of the Hermosa formation. This site contains an extant occurrence of a globally critically imperiled (G1/S1) plant, Cryptantha gypsophila, a fair (C-ranked) occurrence of a globally imperiled (G2G3/S2S3) plant, Naturita milkvetch (Astragalus naturitensis), and a historical occurrence of the globally vulnerable (G3/S2) little penstemon ( Penstemon breviculus).

*Biodiversity significance Rank* B2: Very high biodiversity significance. This site contains an extant occurrence of a globally critically imperiled (G1/S1) plant, Cryptantha gypsophila, a fair (C-ranked) occurrence of a globally imperiled (G2G3/S2S3) plant, Naturita milkvetch (Astragalus naturitensis), and a historical occurrence of the globally vulnerable (G3/S2) little penstemon ( penstemon breviculus). Gypsum outcrops that support Cryptantha gypsophila need protection from surface disturbance.

*Size*: 2,510.72 acres

*Relevance criteria*: A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities which are terrestrial, aquatic, or riparian; or rare geological features).

Appendix U – Areas of Critical Environmental Concern – Page U-22

BLM_0031788

*Importance criteria:*It has more than locally significant qualities which give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource.

It has qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change;

*Findings:* This potential conservation area meets both the relevance and importance criteria for a natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities which are terrestrial, aquatic, or riparian; or rare geological features). Features included in Big Gypsum Valley Area of Critical Environmental Concern.

### McIntyre Canyon PCA

*Location:* McIntyre Canyon is located 3.5 air miles northwest of the old townsite of Slickrock, in northwestern San Miguel County.

*USGS 7.5 minute quadrangles:* Horse Range Mesa

*Legal description:* T44N R19W Sections 2-4, 7-15, 17, 18; T45N R19W Sections 33-36.

*Elevation range:* 5,400 to 6,200 feet.

*Size:* 3,104 acres

*General description:* McIntyre Canyon is a major tributary of the Dolores River, draining a large area of western San Miguel County and southeastern Utah. Except for a small amount of private land at the confluence, the canyon is on BLM land.

This PCA gains its high significance rank from the good occurrence of xeric western slope pinyon-juniper woodlands, with a significant component of needle-and-thread grass. In addition, there are good occurrences of a globally imperiled hanging garden community, containing the globally vulnerable Eastwood monkeyflower. An excellent example of globally common woodlands with Colorado pinyon and mountain mahogany occurs at the PCA. Natural Heritage element occurrences at the McIntyre Canyon PCA.

**Table U.3 - Ranking Matrix**

| Element | Common Name | G rank | S rank | Federal - State Status | EO* |
|---|---|---|---|---|---|
| Pinus edulis/Stipa comata | Xeric western slope pinyon-juniper | G2? | S2 | | B |
| Astragalus naturitensis | Naturita milkvetch | G3 | S3 | BLM, USFS | A |
| Aquilegia micrantha-Mimulus eastwoodiae | Hanging gardens | G2G3 | S2S3 | | B |
| Astragalus naturitensis | Naturita milkvetch | G3 | S3 | BLM, USFS | B |
| Mimulus eastwoodiae | Eastwood monkey-flower | G3? | S1 | BLM | B |
| Mimulus eastwoodiae | Eastwood monkey-flower | G3? | S1 | BLM | E |
| Pinus edulis/Cercocarpus | Mesic Western Slope pinyon-juniper | G5 | S4 | | A |

*EO=Element Occurrence

*Biodiversity Rank:* B2 (very high biodiversity significance) McIntyre Canyon has a good occurrence of xeric western slope pinyon-juniper woodlands, considered to be rare on a global scale.

Appendix U – Areas of Critical Environmental Concern – Page U-23

BLM_0031789

*Relevance criteria:* A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities which are terrestrial, aquatic, or riparian; or rare geological features). A fish and wildlife resource (including but not limited to habitat for endangered, sensitive, or threatened species, or habitat essential for maintaining species diversity).

*Importance criteria:* It has more than locally significant qualities which give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource;

It has qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change; Findings: This potential conservation area meets both the relevance and importance criteria for an A ranked sensitive species considered vulnerable on a global scale and an A-ranked, globally imperiled natural process or system value with more than local significance. Portion included in Dolores Canyon Special Management Area.

### Mesa Verde Entrance PCA

*Location:* Montezuma County, about eight miles east of Cortez and seven miles west of Mancos. The site is located both north and south of Highway 160.

*USGS 7.5 minute quadrangle:* Point Lookout

*Legal escription:* T36N, R14W, Sections 19, 20 28-33; T35N, R14W, Sections 4-7 and 9; T35N, R15W, Sections 1 and 12

*Elevation:* 6,800 to 8427 feet

*Size:* Approximately 1,268 acres public land (37% public land), 3455 acres in PCA

*General description:* This PCA, located near the entrance to Mesa Verde National Park, includes private, BLM, and National Park Service lands. It extends north of Highway 160 on BLM land and south into BLM land and the National Park. Vegetation is primarily pinyon-juniper (Pinus edulis-and Juniperus osteosperma) woodland, although much of the pinyon pine in the park has been decimated by fire and a recent pine beetle infestation.

*Relevance criteria:* A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities which are terrestrial, aquatic, or riparian; or rare geological features).

*Biodiversity rank:* B2 (very high biodiversity significance)  This PCA supports excellent (A-ranked) occurrences of globally imperiled  (G2) and vulnerable (G3) plants.

The rank of very high significance (B2) is based on an excellent (A-ranked) occurrence of Gray's townsend daisy, a plant that is globally imperiled (G2). Other rare plants in the PCA include excellent and good ranked (B-ranked) occurrences of San Juan gilia and short-stem beardtongue, globally vulnerable (G3), a fair (C-ranked) occurrence of large-flowered globemallow (Iliamna grandiflora), believed vulnerable (G3?Q) and very rare (S1) in Colorado; and a fair occurrence of  Abajo penstemon, now watchlisted (S3) in Colorado.

*Importance criteria:* It has more than locally significant qualities which give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource.

*Findings:* While the Mesa Verde PCA meets both the relevance and importance criteria for a potential Area of Critical Environmental concern the low proportion of public land (<37% of PCA) does not warrant further consideration as a potential ACEC.

### Mud Springs PCA/ Remnant Anasazi ACEC

BLM_0031790

*Location:* Mud Canyon PCA is located in Montezuma County, north and south of McElmo Creek, about one mile west of Cortez. To reach the southern part of the PCA from the McElmo Creek Road, turn south on Road 21 at the sign to "Stone Crusher". Turn west on dirt roads at 0.5 mi. or 0.75 miles. The northern part of the site can be accessed on foot from the McElmo Creek Road just east of Majors Cemetery.

*USGS 7.5 minute quadrangle:* Mud Creek

*Legal description:* T35N,R17W, Sections 1, 2, 11, 12, 13 and 14; T35N R16W Sections 4, 5, 6, 7, 8, and 18; T36N R17W Sections 35 and 36; T36N R16W Sections 28-33

*Elevation:* 5,800 to 6,000 feet

*Size:* Approximately 6,369 acres

*General description:* This PCA is located south of Mc Elmo Canyon. It contains a mosaic of pinyon-juniper (Pinus edulis - Juniperus osteosperma) woodland on the north-facing hillsides, and excellent examples of sagebrush/grass communities on south slopes and in low lying areas. A high diversity of plants occupies the red sandy soil of this PCA.

*Biodiversity rank:* B3: High biodiversity significance. The PCA supports an excellent (A-ranked) occurrence of a globally vulnerable (G3) plant.

*Relevance criteria:* A significant historic, cultural, or scenic value (including but not limited to rare or sensitive archeological resources and religious or cultural resources important to Native Americans). Anasazi Culture Multiple Use ACEC was designated in the 1985 RMP to focus greater attention on management of significant mineral, cultural and other multiple use values contained in the area. The majority of the ACEC was proclaimed as the Canyons of the Ancients National Monument. The monument was designated on June 9, 2000, by presidential proclamation to protect cultural and natural resources on a landscape scale. A fish and wildlife resource (including but not limited to habitat for endangered, sensitive, or threatened species, or habitat essential for maintaining species diversity).

*Importance criteria:* The Mud Springs PCA/ Remnant Anasazi ACEC does not have more than locally significant qualities which give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource;

The Mud Springs PCA/Remnant Anasazi ACEC does not have qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change;

*Findings:* The Mud Springs PCA/ Remnant Anasazi ACEC meets the relevance criteria but not the importance criteria for consideration but will be considered as a potential ACEC in the current management alternative due to Existing ACEC designation for cultural resources.

### Muleshoe Bench PCA

Site is Located in San Miguel County southeast of the confluence of Coyote Wash and Dolores River. Bench is on large bend in the Dolores River Canyon. The site is located on the Navajo formation on a sandstone flat bench with zero- to 5-degree slopes.

*USGS 7.5' quadrangle:* Anderson Mesa

Appendix U – Areas of Critical Environmental Concern – Page U-25

*Legal description:* Township 046N Range 019W Sections 14; 23-26 NMPM

*Size:* 690.95 acres

*Biodiversity significance rank :* B3: High Biodiversity Significance An A-ranked occurrence of a G2G4 natural community. The rank of high significance (B3) is based on a good occurrence of Hesperostipa comata Great Basin herbaceous Western Slope grasslands.

*Relevance criteria:* A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities which are terrestrial, aquatic, or riparian; or rare geological features).

*Importance criteria:* It has more than locally significant qualities which give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource; It has  qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change;

*Findings:* This potential conservation area meets both the relevance and importance criteria for an A-ranked sensitive species considered vulnerable on a global scale and an A-ranked, globally imperiled natural process or system value with more than local significance. Included in Dolores Canyon Special Management Area.

### Northdale Gunnison sage grouse restoration area

The Dove Creek GUSG subpopulation is located primarily in western Dolores County, north and southwest of Dove Creek; a small portion of occupied habitat extends into San Miguel County. The estimated area occupied by the subpopulation is approximately 28,300 acres and elevation ranges from 6,600 – 8,100 feet. Habitat north of Dove Creek is characterized as mountain shrub habitat, dominated by oakbrush interspersed with sagebrush. The area west of Dove Creek is dominated by sagebrush, but the habitat is highly fragmented and has a sparse understory that is primarily crested wheatgrass.

Approximately 87% of occupied habitat at Dove Creek is privately owned, and 13% is managed by the BLM.  USGS quadrangle: Northdale 7.5'

*Legal description:* T41 N R20W Sections 25, 26, 35, 36

*Size:* 875 acres of public land.

*Relevance criteria:* A fish and wildlife resource (including but not limited to habitat for endangered, sensitive, or threatened species, or habitat essential for maintaining species diversity). Potential restoration area for a globally impaired species (NatureServe ranking of G1/G2) Gunnison sage grouse. The sage grouse is considered to be critically imperiled throughout its range.

*Importance criteria:* It has more than locally significant qualities which give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource;

It has qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change;

This area is an isolated parcel of public land that the CDOW has acquired conservation easements or title to adjoining lands to implement a habitat restoration program for the Dove Creek population of Gunnison sage grouse. A synergy of management practices is required if the Gunnison sage grouse is to be protected against disturbance that can compromise chick survival on brooding ranges and adult survival through winter. The Gunnison sage grouse is a species of special concern in Colorado and until recently was a candidate for listing under the federal Endangered Species Act. Housing and human development, livestock-grazing, water diversion projects and increased deer and elk populations have all contributed to the loss of habitat for the Gunnison sage grouse (Colorado Comprehensive Wildlife Conservation Strategy ). Rangewide and Dove Creek conservation plans note the need for cooperative management to address habitat loss within

Appendix U – Areas of Critical Environmental Concern – Page U-26

Dry Creek Basin (Gunnison Sage Grouse Rangewide Conservation Plan ). The rangewide conservation plan notes that for the Dove Creek and Monticello, Utah, populations, primary issues include habitat loss to subdivision and issues surrounding CRP renewal, poor habitat quality and quantity, increased oil and gas development (in Utah), low existing genetic diversity, and lack of linkages between Monticello and Dove Creek as well as between sub-groups of birds within the Dove Creek area. (Monticello, Utah, and Dove Creek, Colo., populations). Almost all occupied habitats in both states are in private ownership.

*Findings*: While the Northdale Restoration Area meets both the relevance and importance criteria for a potential Area of Critical Environmental concern, the low proportion of public land (<13% of subpopulation area) does not warrant further consideration as a potential ACEC.

### Picayune Gulch PCA

Picayune Gulch (spelled Picayne on USGS topographic maps) is a valley of gently rolling hills, with extensive wetlands dominated by water sedge. Although only common plants were found in the wetland, the small pools scattered throughout were home to some fascinating unidentified aquatic species. North-facing hillsides above the wetland are dominated by Caltha leptosepala in moist areas and Geum rossi and Sibbaldia procumbens in drier sites. Rock outcrops on the north-facing slope support two rare plants, Draba streptobrachia and D. crassa. The plants were found in shaded crevices and at the base of these outcrops.

Associated species included Geum rossii, Sibbaldia procumbens, Thalictrum fendleri, Smelowskia calycina, Rydbergia grandiflora and Cystopteris fragilis. The wetland was surveyed for rare plants, and none were found. The area was also surveyed for potential Uncompahgre fritillary habitat. The butterfly's host plant, Salix reticulata, was present in small patches, but was not extensive enough to support a colony.

*USGS 7.5' Quadrangle:* Handies Peak

*Legal description:* Township 042N Range 006W Sections 07, 18 NMPM

*Size:* 25 acres

*Elevation:* 12,000- 12,200 feet

*Biodiversity significance rank:* B3: High Biodiversity Significance. The Picayune Gulch site supports an excellent (A-ranked) occurrence of Colorado Divide whitlowgrass (Draba streptobrachia), which is globally vulnerable (G3/S3). It also has a poor (D-ranked) occurrence of thickleaf whitlowgrass (Draba crassa), another globally vulnerable species (G3/S3).

*Relevance criteria:* A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities which are terrestrial, aquatic, or riparian; or rare geological features).

*Importance criteria:* Qualities are not more than locally significant in giving PCA its special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource. Qualities or circumstances do not make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change;

*Findings:* This potential conservation area meets the relevance criteria but not the importance criteria as the G3 plant community is not of more than local importance.

### San Miguel Basin PCA (Dry Creek Basin)

*Location:* Dry Creek Basin is located at the town of Basin, in San Miguel County. The PCA can be accessed from Colorado State Highway 141 traveling south from its junction with Highway 145 east of Naturita. Highway 141 bisects the east side of the PCA at the town of Basin.

Appendix U – Areas of Critical Environmental Concern – Page U-27

*USGS 7.5 minute quadrangles:* Basin, Gypsum Gap

*Legal description:* T43 R16 Section 3; T44N R15W Sections 7, 15-22, 27-34; T44N R16W Sections 3-11, 13-18, 20-28, 34-36; T44N R17W Sections 1-3, 11, 12; T45N R16W Sections 19, 30-33; T45N R17W Sections 21-28, 33-36

*Elevation range:* 5,317 to 6,720 feet

Size: 14,315 acres of Public Land; 32,184 total acres in PCA The PCA falls completely within the basin at Dry Creek. Approximately 45% of the lands within the PCA are under the management of the BLM with the remaining split evenly between private ranchland and Dry Creek Basin State Wildlife Area (SWA).

*Relevance criteria:* A fish and wildlife resource (including but not limited to habitat for endangered, sensitive, or threatened species, or habitat essential for maintaining species diversity). PCA identified by CNHP for Biodiversity Rank B2 (Very high biodiversity significance) Dry Creek Basin is the site of a good occurrence of the Gunnison sage grouse. The sage grouse is considered to be critically imperiled throughout its range.

*Importance criteria:* It has more than locally significant qualities which give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource. It has qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change. This area is under the management of a combination of agencies (BLM, SWA, private), and a synergy of management practices is required if the Gunnison sage grouse is to be protected against disturbance that can compromise chick survival on brooding ranges and adult survival through winter. The Gunnison sage grouse is a species of special concern in Colorado and until recently was a candidate for listing under the federal Endangered Species Act. Housing and human development, livestock-grazing, water diversion projects and increased deer and elk populations have all contributed to the loss of habitat for the Gunnison sage grouse (Colorado Comprehensive Wildlife Conservation Strategy ). Rangewide and San Miguel conservation plans note the need for cooperative management to address habitat loss within Dry Creek Basin (Gunnison Sage Grouse Rangewide Conservation Plan ).

The BLM National Sage Grouse Conservation Strategy identified addressing the threats throughout the range of the sage grouse as being critical to achieving the mandate of FLPMA and threat reduction, mitigation, and elimination to sage grouse and sagebrush habitats. The strategy requirements in land use planning are:

- Ensure that sage-grouse habitat needs are addressed in BLM land use plans Land Use Plan Based: BLM land use plans and associated implementation plans are the principal mechanisms for making decisions and conducting on the ground actions to conserve and restore sage-grouse habitats for lands administered by the BLM.

- Land use plans will be updated and amended when and where appropriate, to adequately address sage-grouse and sagebrush conservation needs through full public participation.

- Incorporate sage-grouse/sagebrush conservation measures into all applicable land use plans.

- Integral to the national sage grouse strategy are various guidance documents that will help BLM ensure that it successfully incorporates sage-grouse conservation measures into all of its ongoing programs and activities, including land use planning, grazing and mineral-leasing, and other programs.

*Findings:* While the Dry Creek Basin PCA meets both the relevance and importance criteria for a potential Area of Critical Environmental concern, the low proportion

Appendix U – Areas of Critical Environmental Concern – Page U-28

BLM_0031794

of public land (<45% of PCA) does not warrant further consideration as a potential ACEC.

### Silveys Pocket PCA

*Location*: Silvey's Pocket is located 8.5 air miles southwest of Bedrock, in extreme southwestern Montrose County.

*USGS 7.5 minute quadrangles*: Anderson Mesa

*Legal description*: T45N R19W Sections 4, 5; T46N R19W Sections 28, 29, 32, 33.

*Elevation range:* 5,300 to 5,800 feet.

*Size*: 707 acres

*General description:* The Silvey's Pocket PCA includes mesa tops and a broad bench south of Coyote Wash. A rough four-wheel-drive road leads to the site from Little Gypsum Valley. The area has numerous old uranium mines and is entirely within BLM-owned lands. Most of the PCA is in the Morrison and Dakota geologic formations. Vegetation is a mosaic of pinyon-juniper woodland, sagebrush and greasewood flats.

*Biodiversity rank:* B3 (High Biodiversity Significance) Silvey's Pocket contains a good occurrence of Naturita milkvetch, considered to be vulnerable on a global scale and an excellent occurrence of needle and thread Great Basin herbaceous vegetation. There is also an unranked occurrence of Paradox breadroot, a globally vulnerable plant.

*Relevance criteria:* A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities which are terrestrial, aquatic, or riparian; or rare geological features).

*Importance criteria*: It has more than locally significant qualities which give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource. It has qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change.

*Findings*: This potential conservation area meets both the relevance and importance criteria for an A-ranked, globally imperiled natural process or system value with more than local significance.

BLM_0031795

### Slickrock PCA

*Location:* The Slickrock PCA is located in San Miguel County approximately 18 miles north of the town of Dove Creek. To access this PCA, drive north of Dove Creek on U.S. 666 to Hwy 141 and continue north past Egnar, or go south on Highway 141 from Naturita.

*USGS 7.5 minute quadrangle:* Horse Range Mesa

*Legal description:* T43N, R18W, Section 6; T43N, R19W, Sections 1 and 2; T44N, R18W, Sections 30 and 31; T44N, R19W, Sections 25, 26, 35, and 36

*Elevation:* 6,000 feet

*Size:* Approximately 2901 acres

*General description:* Pinyon-juniper woodlands and shrublands cover the hillsides of this PCA above the Dolores River. The dominant plant community is pinyon pine-Utah juniper/mountain mahogany (Pinus edulis-Juniperus osteosperma/Cercocarpus montanus). The site includes part of Slickrock Hill, Poverty Flats and several slickrock (Entrada sandstone) canyons that are tributary to the Dolores River.

*Biodiversity Rank: B2.* Very high biodiversity significance. This PCA supports an excellent (A-ranked) occurrence of a globally imperiled plant (G2G3).

The biodiversity site rank for the Slickrock PCA is based on an A-ranked occurrence of Naturita milkvetch, a globally imperiled plant (G2G3). Eight sub-populations were found for this occurrence with an estimated total of 1,500 individuals. There is also a fair (C) occurrence of adobe penstemon, a globally vulnerable (G3) species.

*Relevance criteria:* A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities which are terrestrial, aquatic, or riparian; or rare geological features).

*Importance criteria:* It has more than locally significant qualities which give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource. It has qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change.

*Findings:* While the Slickrock PCA meets both the relevance and importance criteria for a potential Area of Critical Environmental Concern, the low proportion of public land (<47% of PCA) does not warrant further consideration as a potential ACEC.

### Slickrock Hill PCA

*Location:* Slickrock Hill is located due south of the old townsite of Slickrock, along Colorado Highway 141 in western San Miguel County.

*USGS 7.5 minute quadrangles:* Egnar, Horse Range Mesa

*Legal description:* T43N R19W Sections 1, 2, 10, 11, 14, 15; T43N R18W Section 6; T44N R18W Section 31; T44N R19W Sections 35, 36.

*Elevation range:* 5,600 to 7,200 feet

*Size:* 2,413 acres

*General description:* This PCA includes within its boundary the canyons west of the Dolores River near Slickrock, Colo. The geologic features of this site include Jurassic Morrison (stream sands, shale, gravel, and ash), Jurassic Summerville (marine sequence); and Jurassic Entrada (dune sand, weak calcareous cement).

The Slickrock Hill PCA has a good occurrence of Western Slope grasslands, a plant community that is imperiled both globally and in Colorado. In addition, this PCA has a good population of the Naturita milkvetch, vulnerable globally and in Colorado. There is a fair occurrence of the little penstemon, and a good occurrence of the Abajo penstemon, both rare in Colorado. The mesic Western Slope pinyon-juniper woodlands occupy a large area,

Appendix U – Areas of Critical Environmental Concern – Page U-30

and provide a good example of a common plant community. Pinyon may have increased in recent years as a result of fire suppression.

The primary factors justifying a conservation concern for canyon treefrogs are the small number of occurrences, restricted range and relatively low numbers (qualitative judgment) of individuals.

*Biodiversity rank:* B3: Very high biodiversity significance. The Slickrock Hill PCA has a good occurrence of Great Basin herbaceous vegetation, a plant community that is vulnerable on a global scale.

*Relevance criteria:* A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities which are terrestrial, aquatic, or riparian; or rare geological features). A fish and wildlife resource (including but not limited to habitat for endangered, sensitive, or threatened species, or habitat essential for maintaining species diversity).

*Importance criteria:* It has more than locally significant qualities which give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource. It has qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change.

*Findings:* This potential conservation area meets both the relevance and importance criteria for an A-ranked sensitive species considered vulnerable on a global scale and an A-ranked, globally imperiled natural process or system value with more than local significance.

### Snaggletooth portion of Dolores River Canyon

*Location:* Six miles east of Dove Creek and about 25 miles north of Cortez in Dolores and San Miguel Counties. Named for a rapid on the Dolores River. Covers a 30-mile stretch of the Dolores River Canyon from Bradfield Bridge downstream to approximately river mile 125.

*USGS maps:* Joe Davis Hill, Secret Canyon, The Glade, Doe Canyon.

*Elevation:* 5600- 6500 feet ASL

*Size:* 19, 427

Geologic formations in the canyon include Permian Cutler Formation, Triassic Wingate, Kayenta and Navajo sandstones, Jurassic Entrada, Morrison, and Summerville sandstones and shales, and Cretaceous Burro Canyon and Dakota sandstones. A large part of the site is roadless and remote. The majority is on BLM land managed by the San Juan Resource Area in Durango. The impoundment of the river at McPhee Reservoir has had a profound effect on riparian vegetation of the Dolores River. Water levels are strictly controlled, and absence of normal spring flooding has reduced the reproduction of native cottonwoods and willows, while encouraging the spread of the exotic tamarisk. However, good examples of coyote willow riparian shrublands remain. Inaccessible benches above the river contain good examples of pinyon-juniper and grassland communities.

The boundary is drawn to encompass both the riparian zone in the canyon bottom, and the steep cliffs of the canyonsides that provide nesting habitat for the peregrine falcon. It does not provide for all of the needs of the falcon. It is tentatively drawn to end at the San Miguel-Dolores County line, but should probably be extended, once surveys have been completed in Dolores County. Although the upstream part of the river is not

included within the boundary, activities upstream, including the regulation of flows in the Dolores River at McPhee Reservoir, have a profound effect on the health of the riparian plant community.

This site is home to peregrine falcons (Falco peregrinus anatum), a globally vulnerable (G4T3/S2B) subspecies. The U.S. Fish and Wildlife Service, due to recent increases in numbers, has proposed removal of the American peregrine falcon from the endangered

BLM_0031797

species list. An excellent to good (AB-ranked) occurrence of the globally common (G5/S5) Salix exigua / mesic graminoid community is also within the site.

The Colorado Wilderness Network has proposed the portions of the area for wilderness designation with support from U. S. Representative Diana DeGette.

*Relevance criteria:* A significant historic, cultural, or scenic value (including but not limited to rare or sensitive archeological resources and religious or cultural resources important to Native Americans). (Ponderosa gorge scenery).

A fish and wildlife resource (including but not limited to habitat for endangered, sensitive, or threatened species, or habitat essential for maintaining species diversity). (Gila robusta - roundtail chub, Catostomas latipinnis - flannelmouth sucker, Catostomus discobolus - bluehead sucker, habitat).

A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities which are terrestrial, aquatic, or riparian; or rare geological features). (box elder – narrowleaf cottonwood / red-osier dogwood (Acer negundo - Populus angustifolia/Cornus sericea), stream orchid (Epipactis gigantea).

*Importance criteria:* It has more than locally significant qualities which give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource. It has qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change.

*Findings:* Area meets both the relevance and importance criteria for an A-ranked sensitive species considered vulnerable on a global scale and an A-ranked, globally imperiled natural process or system value with more than local significance.

A significant historic, cultural, or scenic value (including but not limited to rare or sensitive archeological resources and religious or cultural resources important to Native Americans). (Ponderosa gorge scenery).

 Included in Dolores Canyon Special Management Area.

### *Spring Creek Basin PCA*

*Location:* The Spring Creek Basin PCA is located in San Miguel County approximately 20 miles northeast of Dove Creek. To access this PCA drive Highway 145 to Spring Creek Basin Road K20 from Disappointment Valley Road 19Q. Continue on BLM roads to Spring Creek Basin.

*USGS 7.5 minute quadrangle:* Dawson Draw and Mc Kenna Peak

*Legal description:* T42N, R15W, Sections 6 and 7;  T42N, R16W, Sections 1-4, and 10-14

*Elevation:* 6,300 feet

*Size:* Approximately 5659 acres

*General description:* Spring Creek Basin is a large, fairly level area at the eastern end of Disappointment Valley near the foot of McKenna Peak. It is within the 20,000-acre Spring Creek Wild Horse Management area, home to one of the few wild horse herds in Colorado, and managed by BLM for the horses' benefit. Much of the site is sparsely vegetated Mancos shale.

*Biodiversity rank:* B2. Very high biodiversity significance. This PCA supports a good (B-ranked) occurrence of a critically imperiled (G1) plant.

The biodiversity site rank for the Spring Creek PCA is based on an excellent (A-ranked) occurrence of Gypsum Valley cateye (Cryptantha gypsophila), a critically imperiled plant in Colorado (S1) and globally (G1). The good (B-ranked) occurrence of pygmy sagebrush (Artemisia pygmaea), a critically imperiled plant in Colorado (S1), supports this PCA with

BLM_0031798

an estimated population over 1000 plants. Pygmy sagebrush has only one other occurrence in Colorado.

*Relevance criteria:* A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities which are terrestrial, aquatic, or riparian; or rare geological features).

*Importance criteria:* It has more than locally significant qualities which give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource;

It has qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change;

*Findings:* This potential conservation area meets both the relevance and importance criteria for a fish and wildlife value with more than local significance.

### ACEC evaluation summary

A total of 22 areas were evaluated as part of the San Juan Resource Management Plan revision process. These included an area previously designated ACEC in the San Juan/San Miguel RMP, nominations received from the public as part of scoping, CNHP potential conservation areas, and areas nominated or expanded by BLM staff specialists.

Eleven of the 22 areas meet both the relevance and importance criteria. Two areas will be considered for new or continued designation in the Plan revision. A portion of the Big Gypsum Valley may be proposed for designation as an ACEC if subsequent analysis determines special management is required to protect the highlighted values. The Mud Springs/Remnant Anasazi ACEC is being considered based on the current designation of a portion of the area.

BLM_0031799

BLM_0031800

# APPENDIX V FIRE REGIME AND CONDTION CLASS

BLM_0031801

BLM_0031802

Fire regimes describe the historical ecological role of fire in creating and maintaining vegetation communities for a period before European American settlement activities and active fire suppression began. Fire regimes, or more generally, disturbance regimes, are a key component of historical range of variability (HRV) characterizations for forest and vegetation types. HRV reference conditions are also the basis for developing desired future conditions (DFC) which can be used as guidelines in developing program strategy and designing fuels restoration projects.

This discussion focuses on fire; however, we acknowledge the role of other disturbances, but do not directly deal with them. Fire regime condition class (FRCC) is a standardized interagency tool that utilizes the concept of HRV to assess a current landscape's departure from historical (natural) conditions (Hann et al., 2003). The fire regime description includes HRV characterizations of our local forest or vegetation type and their assigned biophysical group (Bps) as defined by FRCC protocol. Fire regimes are typically described by fire frequency, intensity, size, and vegetation type (Heinselman, 1981; Kilgore, 1981; Sando, 1978):

Vegetation types by fire regime are listed in Table V.1 based on fire regime condition class definitions (Hann et al., 2003). Existing vegetation types are found in the in the Vegetation Diversity section of this chapter, which describes current vegetation and the potential natural vegetation community that would develop in the absence of disturbance. However, each existing vegetation type has experienced a characteristic pattern of succession and natural disturbances (i.e., fires, insect outbreaks) that occurred at varying intervals and characteristic intensities. These natural disturbances were key to maintaining a diversity of seral communities, and therefore a variety of plant and wildlife habitat across the landscape.

Local data is preferable for determining local fire regimes and the SJPL is developing a local fire-history database for its major fire-dependent vegetation types. Our most extensive data is for the ponderosa pine and warm-dry mixed conifer types (Brown and Wu 2005, Grissino-Mayer et al. 2004, Romme et al. 2003, Wu 1999). Local or regional data for aspen, cool-moist mixed conifer, and piñon-juniper is also available (Floyd, 2004, Grissino-Mayer et al., 2004; Romme et al., 2003; Floyd et al., 2000; Wu 1999). Where local data is lacking, relevant literature and expert input were used to create the following regime descriptions.

BLM_0031803

**Table V.1 -  Historic Fire Regimes for the San Juan Public Lands Geographic Area**

| Fire Regime Class | Frequency (Fire Return Interval) | Severity | Existing Vegetation Types | Acres of SJPL | % of SJPL Land |
|---|---|---|---|---|---|
| I | 0 - 35 + years, frequent | Predominantly Low | Ponderosa Pine | 411,790 | 11 |
| | | | Warm-Dry Mixed Conifer | 95,392 | 3 |
| | | | Mtn Grasslands | 304,314 | 8 |
| II | 0-35 + years, frequent | Replacement | Semi-Desert Shrubland | 95,380 | 3 |
| | | | Sagebrush Shrublands | 210,030 | 6 |
| III | 35 – 100 + years, less infrequent | Mixed and Low | Cool-Moist Mixed Conifer | 199,412 | 6 |
| | | | Aspen | 346,384 | 10 |
| | | | Mtn Shrubland | 450,190 | 12 |
| IV | 35 – 100+ years, less infrequent | Replacement | Sagebrush | ** | |
| | | | Piñon-Juniper Shrubland | ** | |
| | | | Semi-Desert Grassland | 301,538 | 8 |
| | | | Semi-Desert Shrubland | 95,380 | |
| | | | Riparian & Wetland | 77,964 | |
| V | 200+ years | Replacement and Other Fires Occurring Within this Frequency Range | Spruce-Fir | 510,220 | 14 |
| | | | Piñon-Juniper Woodland | 444,147 | 12 |
| | | | Alpine | 186,494 | 5 |

Appendix V – Fire Regimes and Condition Classes – Page V-2

BLM_0031804

## FIRE REGIME I (LOW SEVERITY, 0–35+ YEARS)

This regime applies to **ponderosa pine** and **warm-dry mixed conifer** forests.

### HRV fire regime and forest structure

Local studies have shown these forests were dominated by frequent surface fires. The reference period for these studies spanned from the mid-1600s to the present. Smaller, spatially localized fires occurred on the order of one or more times a decade (6–10 years). Landscape-scale fires or fires that burn larger areas occurred less frequently, but still on a "short" decadal time scale (13–30 years) (Brown and Wu, 2005; Grissino-Mayer et al., 2004; Wu unpublished data).

The warm-dry mixed conifer is similar to ponderosa pine stands having the same general type of stand structure and similar fire regime with slightly longer fire intervals and denser forest conditions than ponderosa pine.

*Trail Ridge Ponderosa w/ Dense White Fir Understory*



### Current conditions – ponderosa pine

Fire exclusion across the lower-elevation forests started in the late 1800s to early 1900s, first because of heavy livestock-grazing and later because of fire suppression (Covington and Moore, 1994; Swetnam and Betancourt, 1998; Grissino-Mayer et al., 2004). Grazing, fire suppression, and logging have greatly changed the structure of our ponderosa pine forests. The general pattern observed in stand structure is an overall densification of forests and homogenization of forest structure across the landscape. Instead of being predominantly open forest structure with groups and clumps of large trees, much of the ponderosa pine now has dense, continuous canopies lacking size and age diversity.

### Current conditions – warm-dry mixed conifer

The pattern in warm-dry mixed conifer has added complexity, due to the presence of competing tree species. Fire exclusion has caused forest densification and a shift in tree-species dominance from ponderosa pine toward white fir and Douglas-fir. Historically, fire gave ponderosa pine a competitive edge over the other species found in the warm-dry mixed conifer.

*Second Growth Ponderosa*

## FIRE REGIME II (REPLACEMENT, 0–35 YEARS)

### Natural history

Reconstructing historic fire intervals for grasslands is problematic because no evidence for empirical research has lasted, such as basal fire scars. However, it is reasonable to assume that the fire frequency in grassy meadows is largely linked to the forests surrounding it. If the forest type burned often, as ponderosa pine forests did, then the meadows probably burned relatively

Appendix V – Fire Regimes and Condition Classes – Page V-3

BLM_0031805

often as well. Meadows at higher elevations in forest types that have longer fire intervals would burn less often. In addition, Native Americans may have burned meadow areas regularly to maintain pasture for their animals or game, or to promote specific plants, creating areas of locally increased frequency.

Mountain grasslands were probably always associated with forests even during the reference period and fire appears to have played a maintenance role. Periodic fires would have prevented encroachment from woody species and renewed bunch grasses by removing the buildup of dead plant material.

### Current conditions

Today, mountain grasslands occur as openings in forest-dominated landscapes (see Ecosystem Diversity). During the historic reference period (pre-1900), ponderosa pine stands were more open and park-like, having an abundant herbaceous understory. Forest densification in ponderosa pine has decreased grass cover to the point of exclusion in the densest stands and the pattern may be similar in warm-dry mixed conifer. No formal assessment of meadow encroachment has been conducted in the planning area, but the pattern of forest densification in ponderosa pine strongly suggests that grassy understories have greatly diminished compared to the reference period.

## FIRE REGIME III (MIXED SEVERITY, 35–100+ YEARS)

This regime applies to **cool-moist mixed conifer**. Cool-moist mixed conifer forests are generally found between the warm-dry mixed conifer and spruce-fir forests with aspen intermixed throughout. It is a complex, heterogeneous band of forest where trees and understory of the wet and dry extremes mix, depending on specific site conditions. Drier sites can have small amounts of ponderosa pine, while white fir and Douglas-fir dominate wetter sites.

### Natural history

Forest studies have shown that fire intervals range in the multi-decadal to century time scale in the cool-moist mixed conifer, with evidence of both surface and crown fire (Grissino-Mayer et al., 2004; Wu 1999). Fires in cool-moist mixed conifer forests were not fuel-limited systems because these productive mesic sites always have enough live and dead fuels to carry fire. Fuel moisture, linked to climate, was the most limiting factor. Intra-annual drying (i.e., seasons) creates a potential for fire in most years. During typical seasonal climate and weather patterns, fires were probably predominantly surface fires with limited high-intensity patches. The sizes of those fires ranged from small to large. Larger fires with a greater ratio of crown-fire to surface-fire area would burn in significantly dry years. Overall size, intensity, and severity of any fire would depend on fuel moisture, weather conditions, and climate context. This fire regime promotes a complex and heterogeneous forest.


2002 Missionary Ridge Fire From Durango

BLM_0031806

### Current conditions

Forest fuel loading in terms of woody debris and live biomass have increased over the period of fire exclusion. The increases, however, are not necessarily out of HRV on stand level. HRV concerns are for diversity in tree species and seral stages across the cool-moist mixed conifer on a landscape level. The landscape structure was probably more diverse during the pre-1900 reference period with early to late seral stands in various proportions, and more variety in stand densities than what is observed on the landscape currently. Periodic surface and crown fires are particularly important to the persistence of ponderosa pine and aspen stands in this landscape.

Ponderosa pine is a small yet important component of the cool-moist mixed conifer, occurring where fires burned more frequently due to topography, aspect, or warm climatic periods that supported more fire. The individuals or small groups are likely to disappear over time from old age, insects and disease, or crown fire under current conditions.

Aspen stands are aging uniformly within the cool-moist mixed conifer landscape. In the past, periodic fires would have renewed these stands. If the aspen stands are to persist over the long term, they will need to burn again. Current aspen distribution is probably not outside HRV conditions (Romme et al., 2003), and mixed-severity fires under normal fire weather conditions could adequately rejuvenate the patch mosaic over time.

## FIRE REGIME IV (STAND REPLACEMENT, 35–100+ YEARS)

### Mountain and sage shrublands, semi-desert shrub and grasslands

Mountain shrublands, semi-desert shrub and grasslands, and sage shrublands are classified under Fire Regime IV; however, shorter intervals than 35 years can probably occur.

Climate conditions and the time needed for an adequate fuel complex to develop are likely factors that control fire frequency in these ecosystems. Therefore, in the driest and least productive systems, such as the semi-desert shrub and grasslands, fuel load is the more limiting factor. In these systems, vegetation develops very slowly under conditions of scant rainfall and poor soils. Bare ground is prevalent even in the more productive of these sites. There is a lack of information about fire regimes for semi-desert shrub and grasslands. Fire may not be a primary disturbance in these ecosystems.

Mountain shrubland ecosystems occur at higher elevations and moister climates, making them more productive and giving them a greater potential to burn more often than semi-desert systems.

### Natural history

The only pre-1900 fire history data available for any mountain shrublands in the study area comes from a study conducted in Mesa Verde National Park (Floyd et al., 2000). Floyd calculated a 100-year fire-rotation period for Gambel oak (the time to burn an area equal to the total extent of shrubland in the study area). One hundred years may pass and all of the Gambel oak in the Mesa Verde study area could burn at once, or patches of various sizes could burn in the study area until an area equal to the study area has burned. In this latter scenario, some stands may burn more than once, while others may completely escape burning during that 100-year period. This scenario is reasonable, given the frequency that favorable fuel and weather conditions for fire occur.

BLM_0031807

***Current conditions***

Further study on Gambel oak fire frequency and landscape structure is warranted because it occurs across a large elevational gradient across the SJPL. Furthermore, the fire rotation found at Mesa Verde National Park may not hold true across the SJPL. The Gambel oak in Mesa Verde National Park is associated with piñon-juniper woodlands, which burn less often than Gambel oak. Gambel oak is also associated with ponderosa pine, warm-dry and cool-moist mixed conifer, and also occurs in extensive stands of Gambel oak alone.

Sage shrublands are assumed to function similarly to Gambel oak shrublands. Regional studies from the Great Basin, Montana, and Oregon have reported a range of fire intervals, mostly in the multi-decadal time scale. There is limited localized information for the planning area; however, there is an adequate basis for assuming that fire played a large role in structuring sagebrush ecosystems much as fire does in other major vegetation types.

In summary, more productive shrublands such as Gambel oak are not seriously outside their HRV in terms of fire intervals; however, landscape diversity of patch sizes and seral stages should be of concern. Sage shrublands and the semi-desert grass and shrublands are also not outside HRV. However, these drier ecosystems are currently experiencing an invasion of cheatgrass (*Bromus tectorum*). Cheatgrass is not only crowding out native vegetation, but will also alter this low-frequency fire regime to a high-frequency one by creating a fine-fuel bed able to carry fire more frequently and extensively than during the reference period.

**Figure V.2 - Cool-Moist with Aspen Age and Fire History**



*Stable and seral aspen*

Fire Regime IV also includes *stable and seral aspen.*

***Natural history***

The importance of fire to aspen regeneration is well-documented (Figure V.2). Romme et al. (2003) conducted a landscape assessment of aspen on the west side of the SJNF. They found a

Appendix V – Fire Regimes and Condition Classes – Page V-6

BLM_0031808

fire occurred in every decade from 1740 through 1910 within their 77 km$^2$ study area, with stands establishing in every decade from the 1760s through the 1870s. They calculated the median age of aspen stands to be 70 years in 1880 and interpreted the fire rotation to be 140 years for an area equal to the study area to burn. An individual stand may go more than a century before burning, whereas another could re-burn at a much shorter interval.

These data show that fires occurred frequently across an aspen landscape. Significant climatic events (drought) could synchronize large areas of aspen, but stands would diversify again over time, with subsequent random fire occurrences and burn patterns.

**Current conditions**

Current aspen distribution does not differ greatly from the 1880 landscape (Romme et al. 2003). Continued fire exclusion could cause a decrease in aspen on the landscape if clones become so decadent over time that their underground root systems die with no overstory stems to maintain them. However, no conclusive information is available about the duration for which aspen roots remain viable. Small stems that go undetected may be able to sustain root systems for many years.

## FIRE REGIME V (STAND REPLACEMENT, 200+ YEARS)

This regime applies to forest or vegetation types that rarely burn, due to fuel or moisture limitations. On the SJPL, spruce–fir and piñon–juniper forests seldom burn.

*Spruce–fir*

Cold-wet mixed conifer and spruce–fir are assumed to have the same fire regimes. Romme et al. (2003) estimate centuries passed between fires in a spruce–fir stand on the landscape. They could not determine exact fire intervals, because too many of their sampled stands were too old to estimate the time since the last fire. A summary of their age structure data does show that mature (>150 years) spruce–fir stands were common on the landscape during the reference period (pre-1900). Young stands (<100 years) made up just less than 40 percent of the landscape and a small amount of the landscape was of intermediate ages (100–150 years). No significant fires have burned in their study area since their reference period; therefore, their entire study landscape has aged over 100 years.

> Spruce-fir forests with such long fire intervals do not have quantifiable landscape equilibrium in stand structure or age over practical management time scales.

Spruce–fir forests with such long fire intervals do not have quantifiable landscape equilibrium in stand structure or age over practical management time scales. Old or young stands will dominate a landscape depending on when the last major fires burned. Aspen stands within the spruce–fir are a concern: they must burn or be succeeded by conifer. Questions remain about how long an aspen clone can remain viable without fire. Overall, the spruce–fir landscape is likely within HRV limits in its current condition.

*Piñon–juniper*

Piñon–juniper woodlands also have very long fire intervals. The fire-rotation period for stands in Mesa Verde National Park is about 400 years, while some have not burned for 700 years (Floyd et al., 2000). Another study from the Uncompahgre Plateau estimates piñon–juniper fire intervals to be 200–1000 years (Eisenhardt 2004).

BLM_0031809

Long fire intervals seem unlikely for forests that experience hot, dry summers with ample lightning strikes. Unlike the spruce-fir that is typically too wet to burn, piñon-juniper forests often do not have the fuel continuity for fires to spread easily. These stands have scant herbaceous understory to lay the fine-fuel bed fires would need to spread. Only wind-driven fires burn significant numbers of acres.

These piñon-juniper forests have not been affected by fire suppression, and they appear to be within their HRV. However, noxious weeds pose a threat to their ecological integrity. Cheatgrass has proliferated throughout the planning area's piñon-juniper, especially in beetle-killed stands, introducing surface fires to this forest type. The long-term ecological consequences are serious, because cheatgrass is such an aggressive colonizer, and fire appears to promote it. Its presence will increase fire frequency, and its persistence may delay or completely alter typical post-fire successional pathways in piñon-juniper woodlands.

Piñon-juniper shrublands are common throughout the SJPL. Sagebrush (*Artemisia tridentate and other spp.*) is found on dry, low-elevation sites and Gambel oak on moister, higher-elevation ones. Fires may burn more often in the shrubland type than the forest type, because the shrubs and trees would develop a continuous fuel complex more quickly. The shrubland type may have been moderately affected by fire suppression, decreasing the diversity of the over- and midstory structure across the landscape. As in the piñon-juniper woodland, noxious weeds are a serious problem. Cheatgrass, especially, will promote more-frequent fire. If fires do burn, the post-fire successional trajectory will be altered, with cheatgrass or thistle dominating the stand.

## OTHER FIRE REGIMES (SPECIAL VEGETATION TYPES)

Important vegetation types that do not appear in Table V.1 are riparian areas and wetlands. Information about disturbance is scarce for these vegetation types. Fire frequency in these vegetation types is influenced by the vegetation type surrounding them. Thus riparian and wetland areas in the subalpine will rarely burn compared to those found in ponderosa pine forests. Riparian and wetlands in lower elevations probably did not burn as often as their surrounding vegetation either, because of persistent mesic conditions. Therefore the occurrence of fires is most likely controlled by drought. Native burning may have played a role in these areas, but that topic must be researched.

### Condition class

The first step of FRCC[1] characterizes historical (natural) conditions for vegetation types which are the reference conditions used to assess whether a landscape (forest type) is outside its HRV. The second step of FRCC is the condition class assessment of a landscape's degree of departure from its historical (natural) conditions. For the SJPL geographic area, the reference period for this analysis spans the 17th century to late 19th century (1700s – 1800s). This period is based on the most reliable span in fire history data. The reference period is the time period when ecosystems along with their natural disturbance regimes were still intact and functioning in sustainable landscapes before Euro-American settlement activities. Tree-ring fire chronologies show the last widespread fire occurred in the 1880s. 1890 is a good date to designate the

---

[1] Fire Regime Condition Class (FRCC) is a standardized interagency tool for assessing a current landscape's departure from historical (natural) conditions (Hann et al., 2003). Historical or reference period is defined as the time period when ecosystems along with their natural disturbance regimes were still intact and functioning in sustainable landscapes before Euro-American settlement activities. Current condition departure assessments are based on fire frequency and intensity, current species composition, structural stage, age and canopy closure, and fuel accumulations compared to conditions under the historic disturbance regimes.

BLM_0031810

beginnings of fire exclusion (Brown and Wu, 2005; Grissino-Mayer et al., 2004; Wu 1999). Current condition departure assessments are based on missed or increased fire occurrences, uncharacteristic fire behavior, current species composition, structural stage, age and canopy closure, and fuel accumulations compared to conditions under the historic disturbance regimes.

Table V.2 defines the three FRCC condition classes. Low departure (CC1) is considered to be within HRV. Moderate departure (CC2) indicates that components of the fire regime, such as fire frequency, have been altered, resulting in changes in vegetation and landscape patterns. These areas may require varying levels of management actions before fire can be restored and allowed to plays its historical natural role.

**Table V.2 - Fire Regime Condition Class Descriptions**

| Condition Class | Descriptions |
|---|---|
| CC1 | Fire regimes are within the historical range and the risk of losing key ecosystem components is low. Vegetation attributes (species composition and structure) are intact and functioning within their historical range. |
| CC2 | Fire regimes have been moderately altered from their historical range. The risk of losing key ecosystem components is moderate. Fire frequencies have departed from historical frequencies by one or more return intervals (either increased or decreased). This may result in moderate changes to one or more of the following: fire size, intensity and severity and landscape patterns. Vegetation attributes have been moderately altered from their historical range. |
| CC3 | Fire regimes have been significantly altered from their historical range. The risk of losing key ecosystem components is high. Fire frequencies have departed from historical frequencies by multiple return intervals. This may result in dramatic changes to one or more of the following: fire size, intensity, and severity and landscape patterns. Vegetation attributes have been significantly altered from their historical range. |

High departure (CC3) means that fire regimes and vegetation are significantly altered from historical conditions. Uncharacteristic fire behavior and fire effects will occur under certain conditions, resulting in vegetation composition and assemblages not known to exist during reference conditions. Condition class is a calculated number and the protocols are outlined in the FRCC Guidebook v1.2 (Hann et al., 2003). However, the SJPL's condition class map presents assigned CC values based on a vegetation polygon's type and fire regime and will be updated with the new FRCC map when available.

Table V.3 shows each major vegetation type by its assigned CC. More detailed HRV discussion is found in the Fire Regime section above. In general, ecosystems with longest return-fire intervals, such as spruce-fir and piñon-juniper, have not missed fire intervals and therefore on a stand level their structure and species composition is well within estimated HRV conditions. From an ecological perspective, fires can be allowed to burn in these forests under any conditions and it will burn with characteristic intensity with characteristic effects. Some concerns about landscape structure and mosaic exist and need to be assessed, but because of the very long fire intervals the landscape is probably still within HRV. Thus spruce-fir is in CC1. Piñon-juniper is in CC2. Even though its fire regime and macro woody structure is intact, piñon-juniper is only considered CC2 because of grazing, chainings, and degraded herbaceous composition. The current cheatgrass invasion may push piñon-juniper further out to CC3 over time. Cheatgrass cover will introduce frequent surface fire to this low-frequency, high-intensity fire regime and alter post-fire successional pathways.

Aspen is currently assigned to CC1, but is trending towards CC2. The current distribution and age structure across the landscape is an assemblage within HRV; however, it appears to be on the longer extreme of its HRV. Many stands succeeding to conifer would benefit from burning

BLM_0031811

to regenerate the stands. An important question to aspen persistence on the landscape is how long a clone can remain viable after its last stand-replacement fire.

Cool-moist mixed conifer is assigned to CC2 because, although it has missed some fire intervals, its vegetation composition and landscape mosaics are still within HRV, with fires still behaving characteristically and producing characteristic effects. This is true for the other vegetation types listed in CC2; however, the semi-desert vegetation types and sagebrush type are threatened by cheatgrass and other noxious weeds and have the same situation described for piñon-juniper.

**Table V.3 - Fire Regime Condition Class by Existing Vegetation Type**

| Condition Class (assigned) | Existing Vegetation Type | Acres of Public Lands | Percent of Public Lands |
|---|---|---|---|
| 1 | Spruce-Fir | 510,220 | 14 |
|  | Alpine | 186,494 | 5 |
|  | Aspen | 346,384 | 10 |
| 2 | Cool-Moist Mixed Conifer | 199,412 | 6 |
|  | Mtn. Grasslands | 304,314 | 8 |
|  | Mtn. Shrubland | 450,190 | 12 |
|  | Piñon-Juniper Woodland | 444,147 | 12 |
|  | Piñon-Juniper Shrubland | ** |  |
|  | Semi-Desert Grassland | 301,538 | 8 |
|  | Semi-Desert Shrubland | 95,380 | 3 |
|  | Sage Shrublands | 210,030 | 6 |
| 3 | Ponderosa Pine | 411,790 | 11 |
|  | Warm-Dry Mixed Conifer | 95,392 | 3 |
| 0 | Riparian & Wetland | 77,964 | 2 |

Ponderosa pine and warm-dry mixed conifer are both frequent surface fire regimes and have been the most affected by fire suppression, logging, and grazing since Euro-American settlement; therefore, they are assigned to CC3. They have missed numerous fires relative to historic patterns, their stand structures are overly dense, understory herbaceous life is degraded, and white fir is overtaking ponderosa pine in the warm-dry mixed conifer. Forest fire regimes have shifted from high-frequency, low-intensity surface fire to low-frequency, high-intensity stand-replacement fire.

Appendix V – Fire Regimes and Condition Classes – Page V-10

# APPENDIX W – TIMBER DEMAND STUDY

BLM_0031813

BLM_0031814

## Introduction and Area of Analysis

Timber markets have changed dramatically in recent years, and especially since the Forest Plan was first approved. This is true at all scales -- international, national, regional, and local. This report provides an overview of timber industry in the SJNF area. This report also provides a brief summary of timber supplies used by these firms, including timber provided by the SJNF.

Timber markets in Colorado have been studied and documented by a variety of sources and authors. One particularly helpful report is <u>The Four Corners Timber Harvest and Forest Products Industry, 2002</u>, prepared by Morgan Dillon, Keegan, Chase, and Thompson (review draft, May 20, 2005). Another source of information is a database of forest products firms in Colorado prepared by the Office of Community Services, Fort Lewis College in Durango, CO. Conversations with timber industry representatives, local mill owners, and Forest Service personnel also provided valuable insights into timber supply and demand for the SJNF area.

The SJNF area for economic and social analysis purposes is defined as the following counties: Montezuma, La Plata, Archuleta, Dolores and San Juan Counties.

## Condition and Trends

### Timber Industry

In decades past, each national forest typically had timber purchasers that were locally situated. Timber was rarely sold to purchasers located more than two hours drive from the forest. These mills were relatively large, very limited in the kinds of products they produced, and very dependent upon sawlogs coming from one or two national forests. As a result, large lumber mills could be found in many communities on the West Slope. These mills often had a large workforce that handled every aspect of harvest and processing. Wages and benefits were the best in town. It was not unusual for entire communities to be economically dependent upon a single mill. Today the timber industry in Colorado bears little resemblance to its predecessor of not so many years ago.

Since 1982, total timber harvested and processed in Colorado has dropped 40 percent. Since 1992, two oriented strand board (OSB) mills – one in Olathe and the other in Kremmling – have closed. A large sawmill in Walden also closed in 1994. Mills owned by large corporations, such as Louisiana Pacific, no longer exist in Colorado. A large independently-owned mill at South Fork ceased operation in 2001 after 50 years of operation. Nine other medium-sized mills have closed their doors since 1982. Most firms supporting these mills, such as independent loggers and truckers, have ceased operations as well. The timber industry in Colorado today is a composed of two large independent timber processors and dozens of very small mills.

Western Excelsior Corporation is one of two large processors of timber in Colorado, located in the SJNF area Town of Mancos in Montezuma County. The mill produces a wide array of products from aspen products supplemented by wheat straw and coconut fiber including: erosion control blankets, evaporative cooler pad media, erosion control logs and wattles, packaging materials, and decorative excelsior for the crafts and floral industry. These products are sold throughout the continental United States, Alaska, and Mexico. Western directly employs 130 persons and processes 1.8 million cubic feet of aspen annually. Western subcontracts its logging and hauling to three firms employing another 24 persons. They also purchase a significant quantity of their aspen as gatewood from other mills and loggers.

BLM_0031815

Intermountain Resources Inc. (Intermountain), located in Montrose, operates the last large sawmill in Colorado. Originally purchased from Blue Mesa Lumber in 1996, it has been updated and now has the capacity to process 100 million board feet annually when running two 8-hour shifts. Intermountain currently employs 100 workers that process about 40 million board feet annually. In addition to its own workforce, Intermountain utilizes over a 100 subcontractors for logging, hauling, and acquiring timber supply. Although the Montrose mill is significantly larger than any other in Colorado, it is relatively small by national standards, ranking in the lower fifth of all lumber mills in the US. In 2002, Intermountain processed about half of all timber milled in Colorado creating a variety of construction products from green and dead conifer logs. Some of these products are sold to Colorado firms, mostly serving the high population centers along the Front Range. While Intermountain is outside of the area of economic analysis, it does purchase conifer sales on the SJNF. Between 2000 and 2005 Intermountain harvested 2,138 MCF on the SJNF, with larger volumes under contract, some of which have been deferred in favor of emergency harvests in burned areas elsewhere in Colorado.

As the large mills closed down across Colorado, many workers with only timber industry experience became unemployed. Some of the displaced workers chose to stay in Colorado, acquire small-scale equipment, and launch small mills. A few of these new firms have made it, while others have not. Some of the existing small firms—especially those that were well established--have modified their operations, products, and marketing in tenacious attempts to survive. In many cases, families with a history in the timber business adapted and continued their natural resource heritage. In the absence of many large mills, small operations have become either more diversified, producing a greater variety of products from a small facility, or more specialized, producing unique products for small, niche markets. Products include dimension lumber, paneling, rough cut beams, mine and landscaping timbers, house logs, log furniture, and posts/poles. The typical small mill employs 5 workers and operates at less than 50% of equipment capacity.

Another structural change in the forest products industry has been the degree of interdependence among firms. In contrast to the large "stand alone" mills of past decades, all of Colorado's mills – large and small -- rely upon each other today. Driven by increased specialization and scarce timber supplies, logs of all types and sizes crisscross the state as mills seek to maintain financial viability. In addition, there is a well-developed market for chips and other mill residues across the state. These conditions have prompted the Colorado timber industry, including firms in the SJNF area, to become connected with industry in neighboring areas of northern New Mexico, northern Arizona, and southeastern Utah.

Data from the Four Corners study are shown below, and offer a reasonable picture of small forest products firms in the southern Rockies.

BLM_0031816

**Table W1.  Attributes of a typical forest products firm processing less than 1.5 MMCF in the Four Corner states by type of facility, 2002**

| Attribute | Saw Mills | House Logs | Saw Mill/ House Logs | Log Furniture | Posts-Poles |
|---|---|---|---|---|---|
| Annual Capacity (MCF) | 311 | 99 | 316 | 37 | 201 |
| Annual Capacity (MBF) | 1,834 | 616 | 1,894 | 55 | 301 |
| % of Total Industry Capacity | 68% | 17% | 12% | 1% | 1% |
| Annual Input (MCF) | 131 | 61 | 126 | 26 | 95 |
| Annual Input (MBF) | 773 | 379 | 757 | 39 | 142 |
| % Capacity Utilized | 42% | 62% | 40% | 71% | 47% |
| % Sales in Home State | 59% | 57% | 86% | 44% | 49% |
| Employees | 5 | 6 | 4 | 5 | 14 |
| % of Total Industry Employment | 37% | 34% | 5% | 6% | 2% |

Some implications of these industry characteristics are notable.  First, the average sawmill, sawmill with houselog capability, and post-pole operation are running at less than half of their facility design.  This indicates that firms are probably not able to cover all operating (fixed and variable) costs, and therefore cannot be profitable in the long run.  Further shrinkage of the industry can be expected if current supply and other market conditions persist.  When a single firm closes operations, others are at risk as well.  Given the high inter-dependence among timber processors in Colorado, the loss of even a single small firm is likely to be magnified within the industry and threaten the viability of others.  Second, 85 percent of the forest products industry workforce is employed by small firms with about 5 employees each.  Employee specialization, high wages, and significant benefits are unlikely for these workers, while seasonality is highly likely.

Timber processing is no longer simply cutting logs into boards, but includes a variety of new products.  Colorado has become the third leading producer of log homes in the U.S. behind Montana and Idaho.

Two sources of information are available to profile of forest products businesses in Southwest Colorado.  One source is the list of forest product businesses located in Montezuma, Dolores and Archuleta Counties surveyed in the University of Montana 2002 survey.  The other source is additional forest product businesses picked up in an industry data base during the same timeframe as the survey.  Figure W1 and Table W2 depict the number of businesses by category.

BLM_0031817

**Figure W1. Number of small forest products firms in Southwest Colorado in 2002 by category, including businesses in the University of Montana Survey and additional business identified in the data base**



**Table W2. Wood Products Businesses located in Southwest Colorado (Montezuma, La Plata and Archuleta Counties) INCLUDED in University of Montana survey by type of facility, 2002 added to number of businesses in the Data Base but not included in the Survey.**

| Attribute | Saw Mills | House Logs | Log Furniture | Total |
|---|---|---|---|---|
| Number of Businesses in Southwest Colo. in 2002 Univ. Montana Survey | 17 | 12 | 3 | 32 |
| # Southwest Colorado Businesses in Data Base but Not Surveyed | 11 | 6 | 3 | 20 |
| Total # Southwest Colo. (Montezuma, La Plata and Archuleta Counties) adding data base to surveyed businesses | 28 | 18 | 6 | 52 |

The University of Montana Survey encompassed all of the business that show up on the San Juan National Forest purchasers list for 2002 with the exception of two   outside of area business which harvested at total of 100 MCF off of the San Juan Forest.  The survey also provides detail on timber processing volumes by species, by land ownership and by geographic source.  Consequently the wood products industry profile that follows is based upon businesses included in the University of Montana 2002 survey.  A list has been compiled of specific businesses in the data base, but not in the survey, offering the opportunity to add businesses into the profile that are potential users of San Juan National forest timber as the need arises.

BLM_0031818

As Figure W2 illustrates 53% of businesses surveyed in Southwest Colorado were saw mills. The smaller mills produce a combination of products, primarily utilizing conifer to produce rough cut beams, mine and landscaping timbers and posts. The larger volume mills in the survey process aspen into excelsior and paneling. Some of the house log businesses use locally harvested conifers, but much of the material for log home kits is imported pre-processed from as far away as Canada, or purchased as standing dead timber from forests with substantial volumes of bug killed trees. A limited number of log furniture businesses build furniture from both aspen and conifer.

**Figure W2.  Forest products businesses by type in Southwest Colorado 2002 University of Montana Survey**



As figure W3 illustrates, aspen is the dominant species representing 63% of the material processed by the surveyed businesses, followed by ponderosa pine which made up 28% of the material processed, with a minor component (8%) made up of spruce/fir harvests. In 2002, the year of the survey, an additional 100 MCF of conifer was harvested by businesses located outside of Southwest Colorado. This was down from the 300-500 MCF harvested by out of area mills prior to the closure of U.S Forest industries and Louisiana Pacific.

BLM_0031819

**Figure W3 Volume of Wood Processed by Species (MCF) in Southwest Colorado University of Montana Survey 2002**



The relatively high level of aspen processed (64%) reflects the commercial viability of the paneling and excelsior products produced from aspen in Southwest Colorado.  Figure W4 depicts the steep decline in SJNF aspen sold and harvested between 2000 and 2004.

Figure W4 also shows the amount of aspen sold in 2005 tipping back up after being close to zero in 2002-2004.  During this period of virtually no aspen harvests from the SJNF, local mills supplied their annual demand of over approximately 2,500 MCF by harvesting almost exclusively from private and state land often at long haul distances.

BLM_0031820

**Figure W4. San Juan Forest 2000-2005: Total Aspen Sold and Harvested**



Figure W5 illustrates, a decline in conifer sold and harvested, but in contrast to aspen, volumes sold generally exceeded volumes harvested, reflecting a growing amount of conifer under contract as Intermountain Resources was granted extensions to prioritize emergency harvests in burned areas throughout Colorado.

**Figure W5.  San Juan Forest 2000-2005 Total Conifer Sold and Harvested**

BLM_0031821

Figure W6 suggests the contrast between aspen and conifer supply and demand on the San Juan Forest over the six year period between 2000 and 2005. Aspen harvested from the San Juan exceeded aspen sold by about 1,000 MCF as volume under contract was harvested with no sales to provide additional SJNF timber. By contrast, more conifer was sold during this period than was harvested as the volume under contract increased.

**Figure W6. San Juan Forest 2000-2005:  Aspen and Conifer Sold and Harvested**



To relate local demand to SJNF timber supplies during the period from 2000-2005, Table W3 compares the 2002 input volumes of the Southwest Colorado mills surveyed by the University of Montana, with average three year harvest volumes on the SJNF for 2000-2002 and 2003-2005.

**Table W3.  Input Volumes (MCF) 2002 Survey Compared to Average SJNF Harvest 2000-2002 Compared to 2003-2005**

| | Volume Aspen MCF | Volume Conifer MCF | Total Volume MCF |
|---|---|---|---|
| Input to Mills in 2002 Montana Survey | 2,302 | 1,238 | 3,540 |
| Average Harvested SJNF 2000-2002 | 1,180 | 935 | 2,115 |
| % SJNF Average Annual Harvest 2000-2002 of Total Surveyed Input in 2002 | 51% | 76% | 60% |
| Average Harvested SJNF 2003-2005 | 161 | 794 | 955 |
| % SJNF Average Annual Harvest 2000-2002 of Total Surveyed Input in 2002 | 7% | 64% | 27% |

Figure W7 presents these comparisons in a graphic format.

BLM_0031822

**Figure W7.  Input Volumes (MCF) 2002 University of Montana Survey Compared to Average SJNF Harvest 2000-02 and 2003-05**



Figure W7 shows the drop in the SJNF aspen harvest relative to demand in the 2002 University of Montana survey.  On average in the three years between 2000 and 2002, the SJNF met 51% of Southwest Colorado aspen demand.  In the three years between 2003 and 2005 the average SJNF harvest met only 7% of demand.

By contrast, with the conifer species (primarily ponderosa pine), the volume harvested on SJNF as a percentage of local 2002 demand fluctuated from 76% to 64% when comparing 2000-2002 with 2003-2005.  It should be noted, however, that during this period, a significant portion of the SJNF conifer harvest was by outside of area firms other than the local businesses reported above in the University of Montana survey.

The sections that follow will relate the demand for SJNF timber to the sustainability of Southwest Colorado wood products businesses.

## Aspen Demand and Local Industry Sustainability

As Figure W3 illustrates, in the 2002 University of Montana survey, aspen made up 64% of the volume of timber processed in Southwest Colorado.  Aspen demand relative to other species is strong.   At the same time, Figure W4 shows aspen sold from the San Juan National Forest near zero between 2002 and 2004.  During this period, the aspen mills continued to produce in response to high demand for their products, but the lack of SJNF sales meant that aspen had to be harvested exclusively from private and state land.  As Figure W7 illustrates, the volume of aspen harvested from the SJNF relative to demand declined from 51% based on average SJNF

BLM_0031823

harvests from 2000-2002 to only 7% of demand based on average SJNF harvests from 2003-2005.

The volume of SJNF aspen harvested relative to demand for 2003-2005 is unsustainable for local mills.  The private land base where aspen can be harvested is finite, and was hit very hard during this period of no SJNF availability.  In addition to diminishing locally available private timber, operators had to resort to very long haul state land purchases from Utah and New Mexico.   As the falling volume in SJNF aspen sales, and the potential impact on the sustainability of local mills became apparent beginning in 2001, two meetings were convened by Montezuma County involving SJNF, GMUGNF and industry representatives to explore solutions to this problem.

The meetings convened by Montezuma County resulted in critical strategic insights with regard to the sustainability of aspen businesses and ecological issues related to aspen management on the SJNF.  Industry made it clear that they did not expect the SJNF to supply all of their needs.  What is critical to industry for long term sustainability is to have a stable and reliable component of SJNF aspen that can be supplemented by harvests from state and private land.  SJNF foresters, made it clear that there are resource limitations driven by the extent of the suitable roaded aspen base, that has already been harvested beginning in the 1950s, and will not be ready for re-entry for 10-15 years. Limitations on new entries also include steep slopes and impact and costs related to building new roads.

These strategic insights resulted in two lines of activity.  SJNF foresters began to focus on getting SJNF aspen sales back into the supply pipeline.  Figure T4 shows the volume of aspen sold beginning to tip back up beginning in 2005.  In order to address the ecological resource management issues, Montezuma County took the lead in organizing a dialogue that resulted in an aspen management workshop in December of 2004.  In October of 2004 a Pre-Workshop Focus Discussion involving Montezuma County, aspen industry representatives, San Juan Citizens Alliance, Colorado Wild, and SJNF framed the background information and issues needed to plan the Workshop.

Background information prepared for the workshop was organized under four major questions: What is known about aspen economics?; What is known about aspen ecology?; The social dimensions of aspen; and Aspen management issues and challenges.

The Workshop question about aspen economics provided some key information relevant to demand.  The two primary aspen businesses in Southwest Colorado use about 13MMBF per year.  This figure is very consistent with the 2002 University of Montana survey which reported the volume of aspen processed in Southwest Colorado at 12.114, MMBF which has been converted in the body of this report to 2,302 MCF.  This level of demand, which provides jobs for about 175 people, requires harvesting about 1,300 acres of aspen per year.  If half of this supply came from the SJNF it would require harvesting about 650 acres per year.

The Workshop entitled "Aspen Management in Southwestern Colorado:
Ecological, Economic, and Aesthetic Considerations, A Community Workshop"
held Thursday, December 2, 2004 filled the Diamond Circle Theater at the Strater Hotel in Durango to capacity.  Sponsors included:  San Juan National Forest, Montezuma County Federal Lands Program, San Juan Citizens Alliance, Mountain Studies Institute, Colorado Timber Industry Association, Rocky Mountain Experiment Station, and Colorado State Forest Service.
The Workshop Agenda was moderated by SJNJF Forest Supervisor Mark Stiles and included presentations on:  Aspen Ecology, Dr. Bill Romme, CSU; History and Implications of Aspen Management in Southwest Colorado, Dave Dallison SJNF Forester; Overview of Aspen Research, Dr. Wayne Shepard, Rocky Mountain Experiment Station; Sustaining Aspen

BLM_0031824

Businesses and Jobs, Norm Bircher, Western Excelsior & Dewayne Findley, Aspen Wall Wood; Interdependency Between Aspen and Wildlife, Patt Dorsey, CDOW; and Aspen Aesthetics, Mark Pearson, San Juan Citizens Alliance, followed by an in-depth  Speaker Panel Q&A session.

That afternoon was devoted to facilitated and recorded break-out discussions centered on three key questions:

1) What are the most promising management options for aspen?  Consider The following: economic, ecological, and social values.

2) What are the things land managers should consider when identifying areas to manage aspen?  For example, "Are the needs of local industry being met?"  "What are the impacts to big game?" etc.

3) Suggested criteria and standards for aspen harvests.

These discussions yielded a number of suggested aspen management parameters including:

- Manage this prolific and resilient species so as to integrate ecological, economic and social values including 175 jobs and the resulting economic spin-offs.

- Mimic natural disturbance patterns by harvesting larger areas that follow contours and clonal structure, require less road building, and offer increased resilience to game browsing.

- Harvest areas accessible by existing roads including near term harvest of leave strips until previously harvested areas are mature enough for re-entry.  Avoid disturbance of steep and unroaded areas.

- Continue to build understanding of the role of fire in generating pre-harvest aspen configurations, and how mechanical harvest and fire can be used as complementary tools to support aspen regeneration.  Study the response of aspen strands to the Missionary Ridge fire.

- Collaboratively monitor ecological responses to management actions and adapt management accordingly.

The management challenge that emerged out of the information and dialogue coming out of the community workshop is clear:   Can 50% of the annual aspen demand of about 2,500 MCF be sold off of the SJNF, while operating within the consensus reflected by the above parameters?

## Conifer Demand and Local Industry Sustainability:

As Table W3 illustrates ponderosa pine accounted for 28% of the volume of timber processed in Southwest Colorado in the 2002 University of Montana survey.  Spruce/fir and other conifer only accounted for another 8% of wood processed by surveyed businesses. Figure W7 shows that volume harvested on the SJNF as a percentage of local 2002 demand fluctuated from 76% to 64% when comparing 2000-2002 with 2003-2005.  It should be noted, however, that during this period, a significant portion of the SJNF conifer harvest was by outside of area firms other than the local businesses aggregated above in the University of Montana survey.

Spruce/fir harvests have become increasingly constrained by costs and controversy related to harvesting and road building in wet high altitude areas where they grow.  For a brief period in the late 1990s, and early 2000s small amounts of white fir were harvested in conjunction with

*Appendix W – Timber Demand Study – Page W-11*

BLM_0031825

aspen as part of an experiment in mixed conifer restoration.  Once the mill that had been taking most of the white fir closed in South Fork, demand for mixed conifer diminished.

Ponderosa pine has continued to be available for sale on the SJNF as a result of the Ponderosa Pine Forest Partnership (PPFP), which beginning with demonstration harvests in 1995, piloted a ponderosa pine restoration prescription designed to save the large tree component in a clumped pattern with openings that resemble pre-settlement reference conditions.  The prescription requires that loggers take out stems down to 5" DBH.  The restoration effort progressed from the demonstration plots to a number of years in which an average of 1,000 acres a year were sold involving a combination of the restoration prescription and commercial thinning.  The restoration prescription has enjoyed a broad base of support from the environmental and scientific community.  The treatment improves forest health, reduces wildfire hazards and involves harvesting in lower altitude areas that are already roaded.

An ecological assessment conducted in 2001 validated the benefits of the restoration treatments and recommended that the scale of treatments be increased to extend the benefits to an ecosystem scale.  The one difficulty restoration efforts encountered in conjunction with the early restoration harvests was getting the prescribed fire component of the prescription implemented in a timely fashion.  This problem was solved with the inception of the National Fire Plan beginning in 2000.  Restoration areas in need of burning were incorporated into annual NFP burn targets.

The commercial side of ponderosa pine restoration has proved to be more problematic.  In the early restoration harvests, the LP Mill in Olathe provided a break even outlet for non-merchantable small diameter stems.  When LP closed small operators tried to adapt by producing chips and mulch out of the small diameter stems.  As local operators struggled with the economics of restoration timber sales, Intermountain Resources bought Blue Mesa Lumber in Montrose and, in 2002, began to bid on ponderosa pine restoration sales.  Intermountain has the advantage of having the facilities to process and market chips from non-merchantable material and the financial resources to maintain an inventory of timber under contract.

Smaller local businesses responded by increasing the amount of timber harvested on private land, with less regulation, lower costs, fewer delays, and the option of disposing of non-merchantable material by burning it on site.  The small scale of private timber sales, coupled with local knowledge gave small businesses a supply niche that didn't require them to compete with Intermountain Resources.

The other change that gradually began to interact with timber demand was the implementation of the National Fire Plan.  The SJNF was well positioned to implement NFP directives in the ponderosa pine zone, by building off of the established restoration prescription, and ramping up an active prescribed fire and prescribed natural fire program.  In the initial years of the NFP, the emphasis was on prescribed fire in the pine zone and hydro-axing in non-merchantable cover types such as pinyon-juniper, sage and oak brush.

The implementation of the NFP was coincident with a severe drought which resulted in large scale wildfires, heightened concern about fire hazards at the wildland urban interface (WUI), and severe forest health problems, including a substantial die off of pinyon pine tree component on public and private land resulting from a catastrophic ipps beetle infestation.

This combination of large scale wildfires, insect infestations, and a substantial increase in budget allocations for forest health treatments impacted the timber demand and supply dynamic in a number of ways.

1.  The resulting awareness on the part of private landowners of the importance of forest management opened up opportunities for small local mills to harvest ponderosa pine

BLM_0031826

and other conifer species as a bi-product of forest health treatments on larger parcels of private land. This reinforced the increasing movement of these mills from SJNF to private land for timber supplies.

2. A new industry emerged to provide services to private landowners to deal with wildfire hazards on rural residential property in the WUI. These services met the needs of smaller parcel owners with non-merchantable cover types such as pinyon (increasingly dead), and juniper. Some of these businesses also began to bid on SJNF service contracts to do non-commercial thinning on public land. A related addition was businesses investing in hydro-axe machinery which was used primarily on public land, but also on larger tracts of private land.

3. Intermountain Resources of Montrose, the last remaining large mill in Colorado, developed an increasing backlog of SJNF ponderosa pine restoration sales under contract, as they received waivers to respond to time sensitive harvests on burned areas throughout Colorado, that had resulted from the drought.

4. The shift of SJNF budgetary resources into NFP directives, diverted attention away from timber sale preparation which contributed to the drying up of the aspen supply pipeline described in the previous section.

5. Once the "ready to burn" areas had been treated, there was a need to move NFP treatments into ponderosa pine landscapes which require substantial thinning prior to the use of prescribed fire.

The trends outlined above raise issues both in terms of local industry sustainability, and in terms of the long term sustainability of a viable forest health and restoration program on the SJNF. It is questionable whether local conifer businesses can continue to operate by relying predominately on finite private land timber resources. It is also questionable whether substantial progress can continue on reducing wildfire hazards on SJNF lands as budgetary commitments to NFP fuel hazard reduction continue to decline.

Issues involving sustainable of local mills, sustainable forest restoration efforts and a sustainable fire hazard mitigation program were brought into focus and discussed at a San Juan Timber Program Strategy Meeting in April of 2006, specifically:

1. Fire hazard mitigation projects need to move into areas that require thinning, but service contract costs were running $600-$700 per acre, which is beyond the capability of wildfire mitigation budgets.

2. At the same time service contractors were having trouble remaining viable even at these high rates.

3. Ponderosa pine and mixed conifer restoration sales are starting to go no bid.

A number of ideas surfaced to resolve these disconnects:

1. A local mill has purchased a dowel machine that can produce 2,000-3,000 poles per day with ponderosa pine stems up to 10"DBH and tops down to 4"-6". This makes small diameter material a primary product, rather than a bi-product. The challenges, to date, involve labor shortages, and uncertainty about profitability in the market place.

2. The strategy session was attended by operators of a mill in Del Norte who process 2-3 mmbf of white fir and spruce, primarily from private land, but could establish demand relative to SJNF mixed conifer restoration and fire hazard reduction sales.

3. Intermountain Resources has a continued interest in purchasing restoration sales.

BLM_0031827

4. Fire mitigation managers are interested financing, or at least subsidizing mitigation with commercial activity.

5. There may be ways to address barriers to potential small purchasers of SJNF timber sales, i.e. contract length, deposit requirements, biological mitigation requirements, product mix, quality and price.

6. There is a need for approaches that make it feasible for small niche producers within the timber industry to divide a mix of products without running into anti-trust problems.

7. There are early stage efforts to establish bio-mass processing business ventures, encouraged by success in Arizona. This could provide an outlet for non-merchantable material.

8. There is an interest in re-visiting a simplified approach to longer term stewardship contracting that would link industry stewardship capacities and material needs with forest health needs.

9. The potential needs to be explored for looking at available NF timber products relative to industry needs and prioritizing the preparation of new NF offerings to match up with unmet demand.

## Summary:

The demand for aspen remains strong at about 13MMBF or 2,500MCF per year. The SJNF could meet 50% of this demand with the harvest of about 650 acres per year. The Community Workshop on Aspen Management in Southwest Colorado in December, 2004 laid out a set of ecological and aesthetic parameters for harvesting and regenerating aspen. A sustainable strategy for the Forest Plan Revision would be to meet this level of demand in a manner that addresses these ecological and aesthetic parameters.

By contrast the demand for SJNF conifer, particularly ponderosa pine is below what is needed to support forest health, restoration and fire hazard reduction goals. A sustainable strategy for the Forest Plan Revision would be to maximize remaining industry capacity by a planning framework that allows for the reduction of barriers which limit the feasibility of purchasing SJNF timber sales while conforming to appropriate rules and regulations. The planning framework also could allow for the evolution of new industry components, such as dowel production and commercial processing of bio-mass; as well as strategic management approaches, such as long term stewardship contracting.

BLM_0031828

## REFERENCES

Aspen Management in Southwestern Colorado: Ecological, Economic, and Aesthetic Considerations, A Community Workshop, December 4, 2004:  Presentation Agenda, Background Information, Discussion Questions, and Summary of Break Out Group Input

Dallison, David and Philip Kemp.  Personal communication and timber sale data queries. 2004-07. Durango and Dolores, CO:  San Juan Public  Lands Center.

Colorado Forest Industries Directory.  2004.  Fort Collins, CO:  Colorado State University, Colorado Wood Utilization and Marketing Assistance
Center.  91p.

An Ecological Assessment of Ponderosa Pine Forest Treatments in Southwestern Colorado, Convened by Ponderosa Pine Forest Partnership, June 2001

Forest Products Industry Sustainability and Healthy Forests Management Capacity: Working Papers and Appendices (updated 04-06)

Harper, Carla.  Personal communication and timber industry directory data base.  2004-07. Durango, CO:  Fort Lewis College, Office of Community Services.

Keegan, Charles E., III.  Data base queries. 2005.  Missoula: The University of Montana, Bureau of Business and Economic Research.

Morgan, Todd A., Thale Dillon, Charles E Keegan, III, Alred L. Chase, and Mike T. Thompson. 2006. The Four Corners Timber harvest and Forest Products Industry, 2002.  Resource Bull RMRS-RB-7.  Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 64 p.

Overview San Juan Timber Program Strategy Meeting, April 27, 2006

Retzlaff, Mike, Regional Economist, USFS, Region 2.  Sharing of analytical methods and text for GMUG timber industry analysis, access to Charles Keegan data base queries, and personal communication.

BLM_0031829

BLM_0031830

# APPENDIX X – BLM LANDS AVAILABLE FOR DISPOSAL

BLM_0031831

BLM_0031832

| FIELD OFFICE | LOCATION (S_TWP_RGE) | ACRES |
|---|---|---|
| Columbine | 34N 10W S 6 | 39 |
| Columbine | 35N 8W S 21 | 39 |
| Columbine | 35N 8W S 21 | 39 |
| Columbine | 36N 7W S 34 | 39 |
| Columbine | 35N 8W S 24 | 40 |
| Columbine | 35N 7W S 9 | 3 |
| Columbine | 35N 7W S 10 | 37 |
| Columbine | 35N 7W S 2 | 40 |
| Columbine | 34N 9W S 10 | 27 |
| Columbine | 34N 9W S 11 | 4 |
| Columbine | 35N 8W S 18 | 38 |
| Columbine | 35N 9W S 35 | 38 |
| Columbine | 35N 8W S 18 | 40 |
| Columbine | 35N 8W S 7 | 41 |
| Columbine | 35N 7W S 15 | 79 |
| Columbine | 34N 7W S 17 | 83 |
| TOTAL Columbine Acres | | 627 |

Appendix X – BLM Lands Available for Disposal – Page X-3

BLM_0031833

| FIELD OFFICE | LOCATION S_TWP_RGE | ACRES |
|---|---|---|
| Pagosa | 36N 2W S 28 | 39 |
| Pagosa | 35N 2W S 4 | 39 |
| Pagosa | 35N 2W S 9 | 40 |
| Pagosa | 35N 2W S 4 | 40 |
| Pagosa | 35N 2 1/2W S 24 | 9 |
| Pagosa | 34N 3W S 1 | 15 |
| Pagosa | 34N 3W S 4 | 17 |
| Pagosa | 35N 2W S 33 | 9 |
| Pagosa | 34N 2W S 4 | 19 |
| Pagosa | 35N 2 1/2W S 24 | 36 |
| Pagosa | 32N 1E S 1 | 38 |
| Pagosa | 35N 2W S 4 | 40 |
| Pagosa | 32N 1W S 4 | 40 |
| Pagosa | 36N 1W S 32 | 40 |
| Pagosa | 32N 1W S 16 | 2 |
| Pagosa | 32N 1W S 15 | 38 |
| Pagosa | 34N 3W S 12 | 74 |
| Pagosa | 32N 1E S 3 | 78 |
| Pagosa | 34N 3W S 12 | 78 |
| Pagosa | 34N 3W S 9 | 78 |
| Pagosa | 32N 2E S 6 | 80 |
| Pagosa | 35N 2W S 9 | 80 |
| Pagosa | 32N 1E S 2 | 80 |
| Pagosa | 32N 1W S 15 | 43 |
| Pagosa | 32N 1W S 22 | 38 |
| Pagosa | 33N 2E S 31 | 81 |
| Pagosa | 34N 3W S 10 | 82 |
| Pagosa | 32N 1W S 16 | 3 |
| Pagosa | 32N 1W S 21 | 115 |
| Pagosa | 34N 3W S 4 | 118 |
| Pagosa | 35N 1W S 6 | 37 |
| Pagosa | 35N 1W S 5 | 121 |
| Pagosa | 34N 3W S 14 | 93 |
| Pagosa | 34N 3W S 13 | 139 |
| TOTAL Pagosa Acres | | 1877 |

BLM_0031834

| FIELD OFFICE | LOCATION S_TWP_RGE | ACRES |
|---|---|---|
| Dolores | 35N 12W S 21 | 39 |
| Dolores | 35N 12W S 28 | 3 |
| Dolores | 35N 12W S 23 | 42 |
| Dolores | 35N 12W S 20 | 37 |
| Dolores | 35N 12W S 29 | 6 |
| Dolores | 42N 20W S 23 | 32 |
| Dolores | 42N 20W S 26 | 14 |
| Dolores | 36N 13W S 24 | 24 |
| Dolores | 36N 13W S 25 | 21 |
| Dolores | 42N 20W S 35 | 63 |
| Dolores | 40N 19W S 20 | 6 |
| Dolores | 40N 19W S 21 | 63 |
| Dolores | 35N 11W S 5 | 71 |
| Dolores | 41N 14W S 31 | 5 |
| Dolores | 40N 15W S 1 | 67 |
| Dolores | 40N 14W S 6 | 6 |
| Dolores | 40N 17W S 18 | 80 |
| Dolores | 41N 18W S 17 | 10 |
| Dolores | 41N 18W S 16 | 67 |
| Dolores | 41N 18W S 21 | 2 |
| Dolores | 35N 19W S 31 | 2 |
| Dolores | 35N 19W S 32 | 75 |
| Dolores | 35N 19W S 29 | 2 |
| Dolores | 42N 19W S 9 | 80 |
| Dolores | 40N 14W S 6 | 80 |
| Dolores | 42N 20W S 25 | 7 |
| Dolores | 42N 20W S 36 | 73 |
| Dolores | 35N 12W S 32 | 3 |
| Dolores | 35N 12W S 33 | 4 |
| Dolores | 34N 12W S 5 | 37 |
| Dolores | 34N 12W S 4 | 36 |
| Dolores | 40N 18W S 29 | 3 |
| Dolores | 40N 18W S 28 | 78 |
| Dolores | 35N 12W S 35 | 5 |
| Dolores | 34N 12W S 2 | 75 |
| Dolores | 35N 12W S 35 | 81 |
| Dolores | 36N 18W S 36 | 81 |
| Dolores | 40N 15W S 25 | 81 |
| Dolores | 40N 15W S 34 | 83 |
| Dolores | 41N 14W S 31 | 74 |
| Dolores | 41N 14W S 32 | 10 |
| Dolores | 44N 15W S 11 | 87 |
| Dolores | 35N 11W S 6 | 98 |
| Dolores | 43N 20W S 11 | 67 |
| Dolores | 43N 20W S 14 | 50 |

BLM_0031835

| FIELD OFFICE | LOCATION S_TWP_RGE | ACRES |
|---|---|---|
| Dolores | 39N 18W S 32 | 41 |
| Dolores | 39N 18W S 33 | 79 |
| Dolores | 41N 14W S 24 | 124 |
| Dolores | 41N 13W S 19 | 2 |
| Dolores | 39N 18W S 9 | 8 |
| Dolores | 43N 15W S 23 | 39 |
| Dolores | 42N 19W S 13 | 39 |
| Dolores | 42N 13W S 6 | 39 |
| Dolores | 35N 11W S 15 | 39 |
| Dolores | 35N 12W S 31 | 40 |
| Dolores | 39N 18W S 10 | 40 |
| Dolores | 42N 20W S 2 | 17 |
| Dolores | 42N 20W S 11 | 23 |
| Dolores | 41N 14W S 20 | 40 |
| Dolores | 38N 16W S 17 | 40 |
| Dolores | 40N 18W S 22 | 40 |
| Dolores | 43N 13W S 29 | 40 |
| Dolores | 43N 20W S 11 | 2 |
| Dolores | 43N 20W S 14 | 38 |
| Dolores | 40N 18W S 36 | 5 |
| Dolores | 37N 17W S 12 | 8 |
| Dolores | 36N 13W S 27 | 10 |
| Dolores | 37N 17W S 24 | 11 |
| Dolores | 41N 20W S 11 | 16 |
| Dolores | 39N 19W S 5 | 20 |
| Dolores | 39N 19W S 2 | 31 |
| Dolores | 34N 12W S 11 | 34 |
| Dolores | 39N 18W S 27 | 40 |
| Dolores | 36N 18W S 34 | 40 |
| Dolores | 40N 18W S 35 | 40 |
| Dolores | 40N 18W S 26 | 40 |
| Dolores | 41N 18W S 20 | 40 |
| Dolores | 41N 18W S 4 | 40 |
| Dolores | 41N 18W S 18 | 3 |
| Dolores | 41N 18W S 17 | 37 |
| Dolores | 41N 20W S 2 | 40 |
| Dolores | 40N 15W S 35 | 36 |
| Dolores | 40N 15W S 36 | 4 |
| Dolores | 35N 12W S 32 | 3 |
| Dolores | 34N 12W S 5 | 37 |
| Dolores | 42N 14W S 1 | 40 |
| Dolores | 40N 14W S 9 | 40 |
| Dolores | 43N 14W S 25 | 40 |
| Dolores | 36N 18W S 33 | 41 |
| Dolores | 43N 15W S 35 | 41 |
| Dolores | 40N 15W S 23 | 41 |

BLM_0031836

| FIELD OFFICE | LOCATION S_TWP_RGE | ACRES |
|---|---|---|
| Dolores | 40N 15W S 20 | 3 |
| Dolores | 40N 15W S 29 | 38 |
| Dolores | 35N 13W S 8 | 41 |
| Dolores | 40N 15W S 19 | 14 |
| Dolores | 40N 15W S 20 | 27 |
| Dolores | 43N 15W S 35 | 41 |
| Dolores | 36N 14W S 11 | 41 |
| Dolores | 35N 12W S 10 | 6 |
| Dolores | 35N 12W S 15 | 35 |
| Dolores | 35N 12W S 22 | 42 |
| Dolores | 39N 18W S 16 | 152 |
| Dolores | 43N 14W S 34 | 42 |
| Dolores | 43N 14W S 35 | 51 |
| Dolores | 42N 14W S 3 | 2 |
| Dolores | 42N 14W S 2 | 65 |
| Dolores | 40N 15W S 27 | 125 |
| Dolores | 40N 15W S 26 | 78 |
| Dolores | 35N 19W S 31 | 81 |
| Dolores | 35N 19W S 32 | 159 |
| Dolores | 40N 18W S 26 | 165 |
| Dolores | 40N 18W S 25 | 125 |
| Dolores | 44N 16W S 9 | 161 |
| Dolores | 44N 16W S 10 | 161 |
| Dolores | 41N 14W S 30 | 73 |
| Dolores | 41N 14W S 29 | 256 |
| Dolores | 41N 14W S 28 | 103 |
| Dolores | 41N 14W S 32 | 132 |
| Dolores | 41N 14W S 33 | 7 |
| Dolores | 40N 15W S 3 | 21 |
| Dolores | 40N 15W S 2 | 24 |
| Dolores | 40N 15W S 10 | 169 |
| Dolores | 40N 15W S 11 | 389 |
| TOTAL Dolores Acres | | 6269 |
| | | |
| | | |
| Total Acres Available for Disposal | | 8773 |

BLM_0031837

BLM_0031838

# APPENDIX Y – PALEONTOLOGICAL RESOURCES

BLM_0031839

BLM_0031840

GEOLOGIC FORMATIONS CONTAINING SIGNIFICANT VERTEBRATE, INVERTEBRATE AND PLANT FOSSILS IN THE PLANNING AREA

| Major Geologic Units | Probable Fossil Yield Classification (PFYQ) [1] | Known Fossil Resources |
|---|---|---|
| Quaternary [2] Alluvium | | Shrub Ox |
| San Jose Formation [2] [3] | | Diverse early Eocene vertebrate fossils along the eastern margin of the SJB |
| Nacimiento Formation [2] | | Brachiopods; fish, crocodiles, turtles, various mammals, and temperate flora in central SJB, outside planning area |
| Animas Formation [2] [3] [4] | 3 | 59 species of fossil plants, consisting of 3 ferns, 1 palm, 55 dicots; various vertebrates including Triceratops, Discoscaphites, and Sphenodiscus; abundant petrified wood; typical late-Paleocene mammalian fossils |
| Kirtland Shale [2] [4] | 5 | Baculites; various vertebrates, invertebrates, and plants in western SJB |
| Fruitland Formation [2] [4] | 5 | Baculites, vertebrates including dinosaurs; various vertebrates, invertebrates, and plants in western SJB |
| Pictured Cliffs Sandstone [2] [4] | 5 | Ammonites, cephalopods, baculites, ophiomorpha burrows, palm fronds, leaf impressions, petrified and carbonized palm wood |
| Navajo Sandstone [4] | 3 | Vertebrate and invertebrate tracks and traces |
| Chinle [3] [4] | 5 | Vertebrate (fish) and Plants |
| Cutler [3] | | Vertebrate |
| Lewis Shale [2] | | Ammonites, baculites, partial skeleton of a mosasaur, Exiteloceras |
| Dolores Formation [3] [4] | 3 | Flowering Plants |
| Mancos Shale [3] [4] | 2-3 | Invertebrates (ammonites, oysters, brachiopods, clams, crayfish burrows), sharks, large marine reptiles, fish, dinosaurs, pollen, plants |

[1] Probable Fossil Yield Classification - (PFYQ) Developed by the Paleontology Center of Excellence and the R-2 Paleo Initiative, 1996. accessed 1/2007 http://fsweb.wo.fs.fed.us/mgm/fspaleoclassification.htm

[2] *Adapted from: BLM et al. 2000, Carroll et al. 1999, Kues and Lucas 1987.*

[3] *BLM Colorado Oil and Gas Leasing Draft Enviromental Impact Statement. April, 1990.*

[4] Working Preliminary Draft West Wide Energy Corridor PEIS D-1 January 2007 & APPENDIX D:  POTENTIAL FOSSIL YIELD CLASSIFICATIONS (PFYC) FOR GEOLOGIC FORMATIONS INTERSECTING PROPOSED CORRIDORS UNDER ALTERNATIVES 2 AND 3 (BY STATE)

BLM_0031841

| Major Geologic Units | Probable Fossil Yield Classifica- tion (PFYQ) | Known Fossil Resources |
|---|---|---|
| Mesaverde Group, undivided  2 3 4 | 3 | Theropod dinosaur tracks, baculites, scaphites, Plants, dinosaurs, mammals, crocodilians, turtles, snails, oysters |
| Burro Canyon 3 4 | 3 | plant and invertebrate, |
| Dakota Sandstone  3 4 | 5 | Plant, dinosaur bones and tracks |
| Morrison Formation Brushy Basin Member Salt Wash Member  2 3 4 | 5 | Dinosaurs, lizards, other reptiles, birds, mammals, amphibians, fish, invertebrates, plants |
| Cliff House Sandstone 2 4 | 5 | Ammonites, crustaceans, clams, oysters, snails, starfish, sea urchins, shark teeth, amphibians, turtles, mosasaur, plesiosaur |
| Menefee Formation 2 4 | 5 | Leaf impressions, palm fronds, conifers, reptile bones, fossil tree trunk |
| Point Lookout Sandstone 2 4 | 5 | Worms, crustaceans, clams, ammonites, various animal tracks, driftwood |

**DESCRIPTION OF MAJOR FOSSIL-BEARING GEOLOGY FORMATIONS IN THE SAN JUAN PLANNING AREA**

### Dakota sandstone (Upper Cretaceous)

The Dakota sandstone consists of dominantly yellowish-brown to gray, quartzitic sandstone and conglomerate with subordinate thin, lenticular beds of gray claystone, impure coal, carbonaceous papery shale, and gray, friable, carbonaceous sandstone. Depositional environments are marine near the top and fluvial near the base. The Dakota sandstone and its fossils characterize the beach and nearshore sands associated with the initial stage of the encroaching Cretaceous epicontinental seaway.

Dinosaur tracks, Tempskya wood, wood impressions, coals, and invertebrate traces are the types of fossils known to be present in the Dakota sandstone.

### Burro Canyon Formation (Lower Cretaceous)

The Burro Canyon Formation is composed of light-gray and light-brown, fluvial, quartzose sandstone and conglomerate in thick beds with lenticular, greenish-gray, locally purplish, siltstone, shale, and mudstone. The Burro Canyon Formation is a continuation of the basin fill atop the Morrison Formation, but with sediments derived from Sevier highlands in central Utah (Aubrey 1992).

Dinosaur bones and tracks, limonitic wood, seed pod, and leaf impressions are known in areas of the Four Corners region.

BLM_0031842

### Morrison Formation (Upper Jurassic)

Dominantly fluvial, subordinately lacustrine, sandstone and mudstone alluvial deposits make up the Morrison formation. The Morrison Formation is a vast shallow-basin deposit that extends across nine western states. In the Four Corners region, the Morrison records the deposition of detritus derived from Jurassic Mogollan highlands of central Arizona. The coarser-grained lower members of the Morrison preserve remains of large river deposits with associated floodplain and shallow ponds and lakes. The Morrison Formation of the western U.S. is famous for its dinosaur fossils. Gymnosperm fossils are also known to occur. All of the four members of the Morrison formation are fossiliferous. The Brushy Basin member has been studied by Brigham Young University at a location on Horse Range Mesa site which contains dinosaur fossils.

The Brushy Basin member consists of variegated bentonitic lacustrine mudstone with a few lenses of chert-pebble conglomeratic sandstone, some of which contain uranium-vanadium deposits. Significant fossils include carnivorous dinosaurs like Allosaurus, sauropod dinosaurs including Camarasaurus, gastroliths (stomach stones), and petrified wood including Hermanophyton and Xenoxylon.

The Brushy Basin member and remaining members of the Morrison Formation generally contain dinosaur bones, petrified wood, and plant fossils in the Four Corners region.

### Junction Creek sandstone (Upper Jurassic)

Pink or reddish-orange fine- to coarse-grained, poorly sorted eolian crossbedded sandstones make up the Junction Creek Sandstone. The Junction Creek sandstone, and the fossils it bears, records the sand dune deposits derived from winds off of the retreating Curtis Sea.

### PROBABLE FOSSIL YIELD CLASSIFICATION DESCRIPTIONS - (PFYQ)

Developed by the Paleontology Center of Excellence and the R-2 Paleo Initiative, 1996.

### Introduction

This is a planning tool wherein geological units, usually at the formation or member level, are classified according to the probability of yielding paleontological resources that are of concern to land managers. Existing statutes and policies regulate the collection and disposition of vertebrate fossils, but not nonvertebrate fossils except in special circumstances. Therefore, this classification is based largely on how likely a geologic unit is to produce vertebrate fossils of terrestrial (i.e., non-marine) origin. The classes are described below, with some examples of corresponding management considerations or actions. Useful references are the Paleo resources Use and Management Action Spectrum (PUMA), Criteria for Scientific Significance - Specimen, Criteria for Sensitivity Ranking - Locality.

Note: This system is based on probabilities, not certainties or special circumstances. There will be exceptions to each criterion used as the basis for classification. These are expected and should be handled as unique cases.

BLM_0031843

## PALEO CLASSES

### Class 1

*Description:* Igneous and metamorphic (ashes are excluded from this category) geologic units that are not likely to contain recognizable fossil remains.

*Basis:*
• Fossils of any kind known *not* to occur except in the rarest of circumstances.
• Igneous or metamorphic origin.

*Example:* Vishnu schist

*Management examples:*
• Paleo acres not weighted the Geology Resource Base Acres budget allocation criterion.
• No Class 1 paleo acres included in Geology Management Acres budget allocation criterion.
• Acres with this classification not included in paleontological reconnaissance work plans.

The land manager's concern for paleo resources on Class 1 acres is negligible. Ground-disturbing activities will not require mitigation except in rare circumstances. Plans do not need to address the range of potential uses or management options described in the

Paleo resources Use and Management Action Spectrum (PUMAS). Budgets do not need to allocate dollars for paleo-weighted geology acres. Much of the acreage of high altitude, mountainous districts will be determined Class 1.

### Class 2

*Description:* Sedimentary geologic units that are not likely to contain vertebrate fossils nor scientifically significant nonvertebrate fossils.

*Basis:*
• Vertebrate fossils known to occur *very rarely or not at all*.
• Age greater than Devonian.
• Age younger than 10,000 years before present.
• Deep marine origin.
• Aeolian origin.
• Diagenetic alteration.

*Example:* Mancos shale

*Management examples:*
• Paleo acres not weighted in the Geology Resource Base Acres budget allocation criterion.
• Paleo acres *generally not* included in Geology Management Acres, but rare exceptions are likely to be scientifically significant and require some management prescription.
• Class 2 Paleo *generally not* included in paleontological reconnaissance work plans. There may be rare exceptions.

The land manager's concern for paleo resources on Class 2 acres is low. Ground-disturbing activities are not likely to require mitigation. Management alternatives should tend toward the middle of the PUMA (high access--low management), in all but exceptional cases. Recreational fee-based or user-based opportunities unlikely.

BLM_0031844

### Class 3

*Description:* Fossiliferous, sedimentary geologic units whose fossil content varies in significance, abundance, and predictable occurrence. Also sedimentary units of unknown fossil potential.

*Basis:*
• Primarily marine origin with sporadic known occurrences of vertebrate fossils (other than fish scales and shark teeth).
• Vertebrate fossils and significant nonvertebrate fossils known to occur inconsistently--predictability known to be low.
• Poorly studied and/or poorly documented-potential yield cannot be assigned without ground reconnaissance.

*Example:* Chinle formation

*Management examples:*
1. Some Class 3 paleo acres may *be* weighted in the Geology Resource Base Acres budget allocation criterion.
2. Some Class 3 paleo acres may *be* included in Geology Management Acres budget allocation criterion and reported in MAR:

   • Opportunity areas - see below
   • Highly sensitive areas needing special protection (see Criteria for Sensitivity Ranking - Locality).
   • Areas actively being researched

3. Acres with this classification may *be* included in paleontological reconnaissance work plans, if this designation is made on the basis of criterion 3 above.
4. Fee -based and/or user based recreational opportunities possible.

The land manager's concern for paleo resources on Class 3 acres may extend across the entire PUMAS, with some areas requiring very little budget and management and providing high levels of unregulated access, while other areas may require annual budget allocations for intense management. Ground-disturbing activities will require sufficient mitigation to determine whether significant paleo resources occur in the area of a proposed action. Mitigation beyond initial findings will range from no further mitigation necessary to full and continuous monitoring of significant localities during the action. Recreational opportunities should be identified where appropriate and utilized under recreation fee authorities to produce revenues that can be applied to paleoresource management.


### Class 4

*Description:* Class 4 geologic units are Class 5 units (see below) that have lowered risks of human-caused adverse impacts- and/or lowered risk of natural degradation.

*Basis:*
• Significant vegetative cover; outcrop is not exposed.
• Areas of exposed outcrop are smaller than two contiguous acres
• Outcrop forms cliffs of sufficient height that most is out of reach by normal means.
• Other characteristics that lower the sensitivity of both known and unidentified fossil sites (see Criteria for Sensitivity Ranking - Locality).

*Example:* Covered acres of Morrison Fm.

BLM_0031845

*Management examples:*
1. Class 4 paleo acres *are* weighted in the Geology Resource Base Acres budget allocation criterion.
2. Some Class 4 paleo acres may *be* included in Geology Management Acres budget allocation criterion and reported in MAR:

- Opportunity areas - see below
- Highly sensitive areas needing special protection (see Criteria for Sensitivity Ranking - Locality)
- Areas actively being researched
- Paleo reports likely to be counted in Geology Reports MAR (permits, agreements, contracts, etc.)
- Acres with this classification *should be* included in paleontological reconnaissance work.
- Scientific and educational use likely. Paleo special use permits and challenge cost-share agreements likely.
- Ongoing curation agreements with regional accredited museums recommended.

3. Fee-based and/or user-based recreational opportunities most likely.

The land manager's concern for paleo resources on Class 4 acres is toward management and away from unregulated access. Ground-disturbing activities will require mitigation to determine whether significant paleo resources occur in the area of a proposed action. Mitigation beyond initial findings will range from no further mitigation necessary to full and continuous monitoring of significant localities during the action. Class 4 paleo acres are the most *likely to* yield appropriate recreational opportunities. These should be identified and optimized under recreation fee authorities. Class 4 paleo acres are the most likely to generate revenues that can be applied to managing highly sensitive Class 5 paleo resources.

**Class 5**
*Description:* Highly fossiliferous geologic units that regularly and predictably produce vertebrate fossils and/or scientifically significant nonvertebrate fossils, and that are at risk of natural degradation and/or human-caused adverse impacts.

*Basis:*
- Vertebrate fossils and/or scientifically significant nonvertebrate fossils are *known and documented to* occur consistently, predictably, and/or abundantly.
- Outcrop is exposed; little or no vegetative cover.
- Extensive exposed outcrop; discontinuous areas are larger than 2 contiguous acres.
- Outcrop erodes easily, may form badlands.
- Easy access to extensive outcrop in remote areas (increased potential for illegal collection; vandalization).
- Other characteristics that increase the sensitivity of both known and unidentified fossil sites (see Criteria for Sensitivity Ranking - Locality).

*Example:* White River formation/group

*Management examples:*
1. Class 5 paleo acres *are* weighted in the Geology Resource Base Acres budget allocation criterion.
2. Some Class 5 paleo acres *may be* included in Geology Management Acres budget allocation criterion and reported in MAR:

- Opportunity areas - see below
- Highly sensitive areas needing special protection (see Criteria for Sensitivity Ranking--Locality)

BLM_0031846

- Areas actively being researched
- Paleo reports likely to be counted in Geology Reports MAR (permits, agreements, contracts, etc.)
- Paleontological reconnaissance work should focus only on poorly known areas of Class 5 acres because they are already considered a management priority.
- Scientific and education use highly likely. Highest number of paleo special use permits expected for Class 5 acres. Challenge Cost Share agreements with a broad spectrum of professional and avocational paleontologists expected.

3. Fee-based and/or user-based recreational opportunities possible.

Ongoing curation agreements with regional accredited museums recommended.

The land manager's highest concern for paleo resources should focus on Class 5 acres. These areas are likely to be poached. Mitigation of ground-disturbing activities is required and may be intense. Frequent use by the full range of interested publics is to be expected. Areas of special interest and concern should be designated and intensely managed. Field-based, technical training in paleoresource management should be provided to Forest and district staff and to law enforcement officers. Memoranda of understanding, challenge cost-share, and/or participating agreements with professional academic paleontologists should be sought and maintained in order to provide a consistent source of outside expertise. Curation agreements should be maintained with area museums so that there is always a repository for fossils collected and turned over to the Forest. Class 5 paleo acres are likely to yield appropriate recreational opportunities, though it is more difficult to isolate opportunity acres from surrounding critical acres and therefore access must be more intensely regulated. These should be identified and utilized under recreation fee authorities, but the delicate balance between opportunity and potential degradation of critical Class 5 Paleo resources must be recognized and addressed in planning for such use.

## LOCALITY/SITE SENSITIVITY RANKINGS FOR FOSSIL RESOURCES

Paleontological sensitivity rankings are composite evaluations derived from individual consideration of the following factors. Sensitivity rankings apply to paleontological sites and localities, not to individual specimens.

1. *Scientific significance* of specimens associated with the site.

2. *Probability of yield* based on likelihood that geologic strata at the site are fossiliferous. This factor may be evaluated by direct reconnaissance or by consulting the pertinent literature; preferably both methods will be employed.

3. *Values* of an educational, interpretive, or recreational nature.

Public education, interpretive, and recreational values are those that utilize the power of fossil resources to provoke insight into ancient life ways and ancient ecology, and to reveal their connections to the present and future. Educational values also enhance a stewardship ethic towards legacy resources, and stress the importance of environmental and scientific literacy.

4. *Risk* of resource degradation at the site.

Risk factors include:

- Biotic agents: Vandalism, theft, destruction; grazing impact; trail-use impact.

- Abiotic agents: Chemical and mechanical destruction of fossils exposed by erosion; landslides; inundation; fluvial transport; etc.

BLM_0031847

Each factor above should be ranked individually on a scale of I to 5, where 1 is the lowest sensitivity ranking and 5 the highest. The composite ranking of sensitivity for a locality or site is the arithmetic mean of the individual rankings.

### Example 1

*A "category: vertebrate" site is identified in rocks of the Orellan Land Mammal "Age" on the Pawnee National Grassland.*

*Scientific significance* ranking = 5.

See Scientific significance criteria below. Specimen-based criterion 3 is met Criteria 1, 2, and 3 are likely to be met by many specimens in this geologic formation. Context-based criterion 2is met--the mammalian fauna of the Pawnee NG is critically important for constraining age correlations in the Orellan.

*Probability of yield* ranking = 4.

The formation is known to be fossiliferous. Mammal fossils are likely to be found following erosional events.

*Values ranking* = 4.

The mammalian fauna of the Orellan in the Western Interior is informative to questions of paleoecology and biogeography. Interpretive materials that utilize this paleontological resource would be good examples of the way scientists interpret ancient ecosystems, and how that information can be applied to modern-day problems of global change.

*Risk factor ranking* = 5.

*Biotic agents:* Significant and sensitive sites are located near or on trails. These trails are advertised in area guides as "good places to pick up fossils."

*Abiotic agents:* Sites are located in geologic strata that erode very easily and rapidly, especially during the spring and early summer. Fossils may be easily washed out of their informative context, or removed altogether and re-buried downstream by ephemeral flows.

*Composite* ranking: 5 + 4 + 4 + 5 = 18; divide by 4 = 4.5 sensitivity ranking for this site.

Appropriate management strategies for this site would include designation as a Research Natural Area. Allowable activities on an opportunity spectrum would include research by qualified investigators, technical educational field work by non-specialists overseen by qualified technicians, guided interpretive tours for the public.

### Example 2

*A "category vertebrate site" is identified in Cretaceous marine rocks on the Buffalo Gap National Grasslands.*

*Scientific significance* ranking = 1.

The only identified fossils at and near the site are shark teeth and an occasional fish vertebra.

*Probability of yield* ranking = 5.

Shark teeth are exceedingly abundant, and in places form a deflation surface.

BLM_0031848

*Values* ranking = 2.

The recreational public is likely to enjoy picking up shark teeth in this area, and to consider the past environment in which they were deposited -- without interpretive aids. The area does not lend itself to formal interpretive displays or activities.

*Risk* factor ranking = 2.

*Biotic agents*: The likelihood that sufficient collecting by the general public will deplete the supply of shark teeth is low for the foreseeable future; however, the possibility that other, more significant fossils will be found and carried away exists and cannot be easily monitored. The area is heavily grazed, but the fossils are fairly evenly distributed on the landscape, so areas where cattle do not congregate are fairly free of impact.

*Abiotic agents*: The outcrop area is low, flat-lying, and heavily vegetated, so the chances that erosion, landslides, floods, or flash floods will threaten the fossil resource is low.

*Composite* ranking = 1 + 5 + 3 + 2 = 10; divide by 4 = 2.5 sensitivity ranking for this site.

Appropriate management strategies for this site would be: No permit required for picking up shark teeth; mention in a Forest/district brochure on paleontological resources as an educational and interpretive tool to promote understanding of represented ancient environment; request that the public report any unusual fossil finds; occasional reconnaissance to determine if collecting of shark teeth is threatening other resources in the area or affecting the scenic and aesthetic values of the site.


## SCIENTIFIC SIGNIFICANCE CRITERIA FOR FOSSIL RESOURCES

(drafted by the Paleontology Advisory Group July 2000)

Scientific significance may be attributed to a fossil specimen or trace, and/or to its context (e.g., location in time and space; association with other relevant evidence; or association with cultural resources).

The scientific significance of a paleontological specimen or trace, and/or its context is determined by meeting any one of the following criteria:

- Specimen-based criteria:

  Represents an unknown or undescribed/unnamed taxon.
  Represents a rare taxon, or rare morphological/ anatomical element or feature. The "rareness" criterion comprises either absolute rareness in the fossil record, or relative or contextual rareness as described below.
  Represents a vertebrate taxon.
  Exhibits an exceptional type and/or quality of preservation.
  Exhibits remarkable or anomalous morphological/anatomical character(s) or taphonomic alteration.
  Represents "soft tissue" preservation or presence.
  Exhibits cultural affiliation, e.g., alteration or use by ancient man.

- Context-based criteria:

  Is associated in a relevant way with other evidence of scientific interest, providing taphonomic, ecologic, environmental, behavioral, cultural or evolutionary information.
  Is evidence that extends and/or constrains the stratigraphic, chronologic and/or geographic range of a taxon or functional paraphyletic group.

BLM_0031849

**PALEONTOLOGICAL SURVEY PROCESS**

Once a ground-disturbing project is identified to take place and during the NEPA process, a series of steps is taken to determine if paleontological resources will be impacted and what process will be needed for mitigation:

*Step 1.* Determine if the area to be disturbed will impact paleontological resources:

- Each unit will determine if the project area contains fossils by consulting the maps delineating the geologic formation classifications.
- If the formation is Class 1, fossils are not likely to be discovered; document in NEPA project file.
- If the formation is Class 2, significant fossils are not likely to be discovered; notify the Forest Service Paleontologist and proceed with Step 2.
- If the formation is Class 3-5, significant fossils will likely be discovered; notify the Forest Service paleontologist and proceed with Steps 2-5.

*Step 2.* The Forest Service paleontologist will conduct a literature search of paleontological information for the project area, including material that may be contained in permitting documents, scientific literature, geological maps, libraries, and museums. This information will become part of the NEPA project file. Surveying will not be required when no scientifically important specimens or sites are discovered in the literature. Go to Step 3 if the literature review indicates scientifically important fossils may be impacted.

*Step 3.* Forest Service paleontologist and/or qualified consultant will conduct a pedestrian survey of proposed project area and document findings. If paleontological sites are discovered then go to Step 4. If survey reveals no surface indication of fossils, then document in the NEPA project file.

*Step 4.* The Forest Service paleontologist or qualified consultant will determine the sensitivity ranking for the sites to be impacted. (A Class 5 geologic formation may contain sites of low sensitivity.) The paleontologist on site will have to make this determination based on professional judgement and according to the process outlined in the sensitivity ranking.

*Step 5.* In sites with Class 3, 4, or 5 and a high sensitivity ranking, a Forest Service paleontologist shall develop a protection and mitigation plan prior to project initiation and periodically monitor for compliance with the mitigation plan throughout the project

Note: Units with formations ranked as Classes 3-5 should have repository agreements in place with agencies or institutions collecting fossils as part of mitigation in order for the fossils to be cared for in perpetuity.

BLM_0031850

# APPENDIX Z – BIODIVERSITY MONITORING FOR LOWER ELEVATION SYSTEMS

BLM_0031851

BLM_0031852

**Lower-elevation focal systems effectiveness monitoring framework**

The Nature Conservancy facilitated three workshops with the San Juan Public Lands Center staff to develop a monitoring framework, a prioritized menu of indicators for monitoring the integrity of key ecological features on BLM-managed lands within the San Juan Planning Area. The purpose of the monitoring framework is to provide the basis for effectiveness monitoring and adaptive management in the conservation of biodiversity. With this purpose in mind, the monitoring framework seeks to identify the monitoring priorities that will enable SJPLC and partners to assess whether they are successfully

- ❖ Maintaining or improving resource health at appropriate scales;
- ❖ Minimizing impacts to resource health; and
- ❖ Achieving objectives for biodiversity conservation.

BLM_0031853

Table Z.2 - Lower elevation -  Very high & high-priority focal systems monitoring framework[1]

| Targets | Indicator | Priority | Status | Methods | Frequency and Timing | Who monitors |
|---------|-----------|----------|--------|---------|----------------------|--------------|
| Semi-desert Shrublands | Presence of rare plants (G1, G2, and all BLM special status species) in semi-desert shrublands | High | Ongoing | CNHP standard occurrence ranking | 5-10 years | CNHP with BLM support |
| Semi-desert Shrublands | Cover (acres) & type (moss, lichen, cyanobacteria) in semi-desert shrublands | High | Ongoing | Long-term trend studies. Sensitivity for monitoring change for crusts is relatively low. Need a baseline. Ratings extreme to none to slight are from Indicators of Rangeland Health version 3 (2000); Technical reference 1734-6; | 5-10 years | BLM |
| Semi-desert Shrublands | Soil/site stability indicator summary ratings in semi-desert shrublands | High | Ongoing | Indicators of rangeland health version 3, Technical reference 1734-6 (2000). | 5-10 years | BLM |
| Semi-desert Shrublands | Relative dominance and diversity of bunchgrasses (Indian ricegrass; needle-and-thread; salina wild rye;) in semi-desert shrublands | High | Ongoing | Consistent with Indicators of Rangeland Health version 3, Technical Reference 1734-6 (2000) assessment of functional groups (examination of relative dominance compared to reference sites). Consider also monitoring winterfat and four-wing saltbush for project-level indicators. | 5-10 years | BLM |
| Semi-desert Shrublands | Proportion of high and very high indicators that are being assessed | High | Planned | Compare annual monitoring efforts against plan | Annually | BLM |

---

[1] Developed using the Nature Conservancy Conservation Action Planning model. See  San Juan Planning for Biodiversity Model Project *Phase 2 Report to BLM*  September 29, 2006

BLM_0031854

| Targets | Indicator | Priority | Status | Methods | Frequency and Timing | Who monitors |
|---------|-----------|----------|--------|---------|---------------------|--------------|
| Semi-desert grassland | Fragmentation in grasslands | High | Planned | GIS assessment; unclear what the best methods for this might be, this may need some research; maps need to be improved to detail social trails and roads, updated frequently to show change in new roads, oil and gas and other surface disturbance. | Determined by expected rate of change, but not more than every 5-10 years | BLM |
| Semi-desert grassland | dominance and diversity of bunchgrasses in grassland | High | Ongoing | Indicators of rangeland health version 3. Technical reference 1734-6 (2000)<br><br>In hard soil types, blue grama should naturally dominate. In most places, bunchgrass should be the dominant species present. | 5-10 years | BLM |
| Semi-desert grassland | Presence of annual invasive species in grasslands | High | Planned | Mapping is being done for perennial species and similar efforts need to be completed for annual invasives. | Annual mapping efforts as well as mapping of any control or management efforts | BLM in coordinatio n with state and county weed specialists |
| Semi-desert grassland | Presence of perennial invasive species in semi-desert grasslands | High | Ongoing | Perennial species are mapped; these maps should be updated regularly as well as documenting control and management efforts. | Annual mapping efforts as well as mapping of any control or management efforts | BLM and state and county weed partners |
| Semi-desert grassland | Proportion of high and very high indicators that are being assessed | High | Planned | Compare annual monitoring efforts against plan | Annually | BLM |

BLM_0031855

| Targets | Indicator | Priority | Status | Methods | Frequency and Timing | Who monitors |
|---|---|---|---|---|---|---|
| Sagebrush Shrublands | Distribution and condition of habitats that support key life history stages for grouse | Very High | Ongoing | Mapping of habitat by life history stages for grouse. This was done as a part of the individual Gunnison sage grouse working group reports. Unclear whether this will continue to be done. Information on what the habitat should look like and monitoring methods is located in the Gunnison Sage Grouse Rangewide Plan. | | Colorado Division of Wildlife in partnership with grouse working group |
| Sagebrush Shrublands | Amount of effective grouse habitat as indicated by surface disturbance near leks | Very High | Planned | GIS assessment of the percentage of area within 0.6 miles of leks that is not impacted by roads, powerlines, fences and other surface disturbance | Annually in areas of high change; every 3-5 years in areas that are not changing; | Colorado Division of Wildlife in partnership with grouse working group |
| Sagebrush Shrublands | Gunnison sage grouse population size | Very High | Ongoing | Lek counts are conducted each spring | Annually | Colorado Division of Wildlife in partnership with grouse working group |
| Sagebrush Shrublands | Sagebrush shrub vigor and reproduction | High | Planned | Indicators of Rangeland Health version 3; Technical Reference 1734-6 (2000). Functional group ratings; Investigate USGS sagebrush mapping. | 5-10 years | |
| Sagebrush Shrublands | Cover (acres) & type (moss, lichen, cyanobacteria) in sagebrush shrublands | High | Ongoing | Long-term trend studies. Sensitivity for monitoring change for crusts is relatively low. Need a baseline. Ratings extreme to none to slight are from Indicators of Rangeland Health version 3 (2000); Technical Reference 1734-6; | 5-10 years | BLM |
| Sagebrush Shrublands | Soil/site stability indicator summary ratings in sagebrush shrublands | High | Ongoing | Indicators of rangeland health version 3, Technical reference 1734-6 (2000). | 5-10 years | BLM |

Appendix Z - Biodiversity Monitoring – Page Z-4

| Targets | Indicator | Priority | Status | Methods | Frequency and Timing | Who monitors |
|---|---|---|---|---|---|---|
| Sagebrush Shrublands | Presence of annual invasive species in sagebrush shrublands | High | Planned | Mapping is being done for perennial species and similar efforts need to be completed for annual invasives. | Annual mapping efforts as well as mapping of any control or management efforts | BLM in coordination with state and county weed specialists |
| Sagebrush Shrublands | Presence of perennial invasive species in sagebrush shrublands | High | Ongoing | Perennial species are mapped; these maps should be updated regularly as well as documenting control and management efforts. | Annual mapping efforts as well as mapping of any control or management efforts | BLM and state and county weed partners |
| Sagebrush Shrublands | Relative dominance and diversity of bunchgrasses (Indian rice grass; needle and thread; muttongrass; salina wild rye) in sagebrush shrublands | High | Ongoing | Consistent with Indicators of Rangeland Health version 3, Technical Reference 1734-6 (2000) assessment of functional groups (examination of relative dominance compared to reference sites). | 5-10 years | BLM |
| Sagebrush Shrublands | understory cover of Gunnison sage grouse habitat | High | Planned | Some information may be gathered with Indicators of Rangeland Health version 3, Technical Reference 1734-6 (2000) assessment of functional groups (examination of relative dominance compared to reference sites); Reference conditions from Rangewide Gunnison Sage Grouse Plan. concerned with height as well as diversity. | 5-10 years | BLM? |
| Sagebrush Shrublands | Proportion of high and very high indicators that are being assessed | High | Planned | Compare annual monitoring efforts against plan | Annually | BLM |
| Riparian/ Aquatic | proper functioning condition | Very High | Ongoing | "Proper Functioning Condition - The functioning condition of riparian-wetland areas is a result of interaction among geology, soil, water, and | As prescribed by BLM guidelines | BLM |

Appendix Z - Biodiversity Monitoring – Page Z-5

BLM_0031857

| Targets | Indicator | Priority | Status | Methods | Frequency and Timing | Who monitors |
|---------|-----------|----------|--------|---------|---------------------|--------------|
| | | | | vegetation." Functional—At Risk - Riparian-wetland areas that are in functional condition but an existing soil, water, or vegetation attribute makes them susceptible to degradation. BLM's goal: 75% of sites in PFC by 1997. ( BLM TR-1737-9 Process for Assessing PFC for Riparian Systems). | | |
| Riparian/ Aquatic | Dolores River hydrograph | Very High | Ongoing | USGS maintains gage stations and information is on the web. Data needs to be calibrated and a "natural" hydrograph described as well as key aspects of the hydrologic regime that are important will be described - Dolores River Watershed group is doing this? | | |
| Riparian/ Aquatic | % of mainstem and main tributaries dominated by native woody vegetation | Very High | Ongoing | Part of PFC? Or aerial photo assessment | PFC is scheduled on a 10 year frequency | BLM and Tamarisk Coalition, and the Dolores River Action Committee |
| Riparian/ Aquatic | presence of bats | High | Ongoing | Could be monitored by trapping or sound; Many off site issues could affect these species (wintering ground issues) so presence is all that should be measured rather than trends in population sizes. Might want to know distribution (number of mines occupied) and abundance within mine sites. | Subset annual monit67ring; | Colorado Division of Wildlife is monitoring at mines |

Appendix Z - Biodiversity Monitoring – Page Z-6

| Targets | Indicator | Priority | Status | Methods | Frequency and Timing | Who monitors |
|---|---|---|---|---|---|---|
| Riparian/ Aquatic | Presence of invasive species in riparian areas | High | Ongoing | Perennial species are mapped; these maps should be updated regularly as well as documenting control and management efforts. | Annual mapping efforts as well as mapping of any control or management efforts | BLM and state and county weed partners |
| Riparian/ Aquatic | Natural hydrological regimes on mesas upgradient from Canyon of the Ancients | High | Ongoing | This is needed because of water rights issue. | | |
| Riparian/ Aquatic | Proportion of high and very high indicators that are being assessed | High | Planned | Compare annual monitoring efforts against plan | Annually | BLM |
| Ponderosa/ Warm-dry Mixed Conifer | Presence of perennial invasive species in Ponderosa pine/mixed conifer woodlands | High | Ongoing | Perennial species are mapped; these maps should be updated regularly as well as documenting control and management efforts. | Annual mapping efforts as well as mapping of any control efforts | BLM and state and county weed partners |
| Ponderosa/ Warm-dry Mixed Conifer | Relative dominance of key species (bunchgrasses, Arizona fescue, serviceberry) in ponderosa pine/mixed conifer | High | Ongoing | Consistent with Indicators of Rangeland Health version 3, Technical Reference 1734-6 (2000) assessment of functional groups (examination of relative dominance compared to reference sites). | 5-10 years | BLM |
| Ponderosa/ Warm-Dry Mixed Conifer | FRCC in Ponderosa pine/mixed conifer | High | Ongoing | Compare FRCC maps over time to determine change and rate of change | | LANDFIRE partnership |
| Ponderosa/ Warm-dry Mixed Conifer | Proportion of high and very high indicators that are being assessed | High | Planned | Compare annual monitoring efforts against plan | Annually | BLM |

Appendix Z - Biodiversity Monitoring – Page Z-7

BLM_0031859

| Targets | Indicator | Priority | Status | Methods | Frequency and Timing | Who monitors |
|---------|-----------|----------|--------|---------|---------------------|--------------|
| Ponderosa/ Warm-Dry Mixed Conifer | Distribution and abundance of ponderosa pine/mixed conifer woodlands | High | Ongoing | GIS assessment - compare land cover maps over time (R2Veg or best available map) | | USFS mapping effort |
| PJ Woodlands | Presence of rare plants (G1, G2, and all BLM special status species) in PJ woodlands | High | Ongoing | CNHP standard occurrence ranking | 5-10 years | CNHP with BLM support |
| PJ Woodlands | Presence of annual invasive species in PJ woodlands | High | Planned | Mapping is being done for perennial species and similar efforts need to be completed for annual invasives. | Annual mapping efforts as well as mapping of any control efforts | BLM in coordina-tion with state and county weed specialists |
| PJ Woodlands | Presence of perennial invasive species in PJ woodlands | High | Ongoing | perennial species are mapped; these maps should be updated regularly as well as documenting control and management efforts. | Annual mapping efforts as well as mapping of any control efforts | BLM and state and county weed partners |
| PJ Woodlands | Presence of old-growth PJ | High | Planned | inventory and mapping of old growth over time | Every 10 years or more frequent if projects are planned within these areas | BLM and USGS have proposed doing this |
| PJ Woodlands | FRCC in PJ woodlands | High | Ongoing | Compare FRCC maps over time to determine change and rate of change | | LANDFIRE partnership |
| PJ Woodlands | Proportion of high and very high indicators that are being assessed | High | Planned | Compare annual monitoring efforts against plan | Annually | BLM |

Appendix Z - Biodiversity Monitoring – Page Z-8

BLM_0031860

| Targets | Indicator | Priority | Status | Methods | Frequency and Timing | Who monitors |
|---|---|---|---|---|---|---|
| Mountain Shrublands | Presence of perennial invasive species in mountain shrublands | High | Ongoing | Perennial species are mapped; these maps should be updated regularly as well as documenting control and management efforts | Annual mapping efforts as well as mapping of any control efforts | BLM and state and county weed partners |
| Mountain Shrublands | FRCC in mountain shrublands | High | Ongoing | Compare FRCC maps over time to determine change and rate of change | | LANDFIRE partnership |
| Mountain Shrublands | Proportion of high and very high indicators that are being assessed | High | Planned | Compare annual monitoring efforts against plan | Annually | BLM |
| Canyonlands | Presence of invasive species within hanging gardens | Very High | Planned | Perennial species are mapped; these maps should be updated regularly as well as documenting control and management efforts. | Annual mapping efforts as well as mapping of any control efforts | BLM and state and county weed partners |
| Canyonlands | Presence of rare plants (G1, G2, and all BLM special status species) in Canyonlands | High | Ongoing | CNHP standard occurrence ranking | 5-10 years | CNHP with BLM support |
| Canyonlands | Proportion of slickrock soil pocket areas with soil crusts in canyonlands | High | Ongoing | Long-term trend studies. Sensitivity for monitoring change for crusts is relatively low. Need a baseline. Ratings extreme to none to slight are from Indicators of Rangeland Health version 3 (2000); Technical Reference 1734-6. | 5-10 years | BLM |
| Canyonlands | Presence of perennial invasive species in canyonlands | High | Ongoing | Perennial species are mapped; these maps should be updated regularly as well as documenting control and management efforts. | Annual mapping efforts as well as mapping of any control efforts | BLM and state and county weed partners |

Appendix Z - Biodiversity Monitoring – Page Z-9

BLM_0031861

| Targets | Indicator | Priority | Status | Methods | Frequency and Timing | Who monitors |
|---|---|---|---|---|---|---|
| Canyonlands | Proportion of high and very high indicators that are being assessed | High | Planned | Compare annual monitoring efforts against plan | Annually | BLM |

Lower Elevation Monitoring Framework, with suggested methods and frequency. (Workbook Source: SanJuanBLMlowelevationCAP_v4b9262006.xls)

Appendix Z - Biodiversity Monitoring – Page Z-10



U.S. Department of Interior
Bureau of Land Management
Colorado Southwest District
Tres Rios Field Office

September 2013



U.S. Department of Agriculture
U.S. Forest Service – Region 2
San Juan National Forest

# Volume I:
# Final Environmental Impact Statement





BLM Tres Rios Field Office
San Juan National Forest
Land and Resource Management Plan



BLM_0031863

BLM_0031864

# FINAL ENVIRONMENTAL IMPACT STATEMENT
## for the
## Final San Juan National Forest
## and Proposed Tres Rios Field Office
## Land and Resource Management Plan

Archuleta, Conejos, Dolores, Hinsdale, La Plata, Mineral, Montezuma,
Montrose, Rio Grande, San Juan, San Miguel Counties, Colorado

| | |
|---|---|
| **Lead Agencies:** | USDA Forest Service |
| | USDI Bureau of Land Management |
| **Cooperating Agencies:** | Town of Rico, Colorado |
| **Responsible Officials**: | Helen Hankins, State Director |
| | Bureau of Land Management |
| | Colorado State Office |
| | 2850 Youngfield St. |
| | Lakewood, CO 80215 |
| | |
| | Daniel Jiron, Regional Forester |
| | USDA Forest Service, Rocky Mountain Region |
| | 740 Simms St. |
| | Golden, CO 80401 |
| **For Information, Contact:** | Mark B. Lambert |
| | Staff Officer, Planning and Public Service |
| | (970-385-1240) |
| **Access Document Online:** | http://www.fs.usda.gov/goto/sanjuan/planning |
| | or |
| | http://www.blm.gov/co/st/en/fo/sjplc/land_use_planning.html |

**Cover Photo:** The U.S. Forest Service San Juan National Forest and the Bureau of Land Management Tres Rios Field Office manage about 2.5 million acres of public lands in southwest Colorado. This photograph, taken from the Molas Pass Overlook near Silverton, includes Molas Lake and Kendall Peak, both managed by the Tres Rios Field Office, and high peaks of the San Juan National Forest's portion of the Weminuche wilderness, the largest designated wilderness in Colorado.

BLM_0031865

BLM_0031866

| | |
|---|---|
| United States Department of Agriculture | United States Department of the Interior |
| Forest Service | Bureau of Land Management |
| San Juan National Forest | Tres Rios Field Office |
| Durango, CO 81301 | Dolores, CO 81323 |

In Reply Refer To:
BLM: 1610 (CO-933)
USFS: 1920

Dear Reader:

Enclosed is the Final San Juan National Forest and Proposed Tres Rios Field Office Land and
Resource Management Plan (together referred to as the LRMP) and Final Environmental
Impact Statement (FEIS). The Bureau of Land Management (BLM) and U.S. Forest Service
(USFS) have prepared the LRMP and FEIS jointly and in consultation with cooperating
agencies, taking into account public comments received during this planning effort. The
LRMP provides a framework for the future management direction and appropriate use of
lands administered by the Tres Rios Field Office and San Juan National Forest, located in
Archuleta, Conejos, Dolores, Hinsdale, La Plata, Mineral, Montezuma, Montrose, Rio
Grande, San Juan, and San Miguel counties, Colorado. The document contains land use
planning decisions to guide the BLM's management of lands within the Tres Rios Field
Office and USFS's management of the San Juan National Forest.

This LRMP and FEIS have been developed in accordance with the National Environmental
Policy Act of 1969, as amended; the Federal Land Policy and Management Act of 1976, as
amended; and the National Forest Management Act of 1976, as amended. For the BLM, the
LRMP is largely based on Alternative B, the Preferred Alternative in the Draft LRMP and
Environmental Impact Statement (EIS), which was released on December 14, 2007, and
further analyzed through a Supplement to the Draft EIS that was released on August 26,
2011. The LRMP and FEIS contain the BLM's proposed plan. For the USFS, the LRMP is
largely based on Alternative B, the Preferred Alternative in the Draft LRMP/EIS, and further
analyzed through the Supplement to the Draft EIS. The LRMP and FEIS contain the USFS's
selected alternative (also referred to as the Final LRMP). The LRMP/FEIS contains a
summary of changes made between the Draft LRMP/EIS and the enclosed LRMP/FEIS,
impacts of the LRMP, a summary of the written and verbal comments received during the
public review periods, and responses to the comments.

**Administrative Review Process**
Both the BLM and the USFS have an administrative review process. For those with
eligibility to participate in the agency-specific administrative review process, each process is
described below. When filing a BLM protest or USFS appeal, please be sure to address
agency-specific issues with the relevant agency (e.g., issues only relating to the USFS or the
San Juan National Forest will not be addressed through a BLM protest response—the same
goes for BLM-specific issues received through an appeal to the USFS). Refer to the contact
information at the end of this letter if you have questions about filing properly.

| | |
|---|---|
| **United States Department of Agriculture**<br>**Forest Service**<br>**San Juan National Forest**<br>**Durango, CO 81301** | **United States Department of the Interior**<br>**Bureau of Land Management**<br>**Tres Rios Field Office**<br>**Dolores, CO 81323** |

## Bureau of Land Management Protest Process

Pursuant to the BLM's planning regulations at 43 CFR 1610.5-2, any person who participated in the planning process for this LRMP and has an interest that is or may be adversely affected by the planning decisions may protest approval of the planning decisions within 30 days from date the U.S. Environmental Protection Agency (EPA) publishes the Notice of Availability in the *Federal Register.* For further information on filing a protest, please see the accompanying protest regulations in the pages that follow (labeled as Attachment # 1). The regulations specify the required elements of your protest. Take care to document all relevant facts. As much as possible, reference or cite the planning documents or available planning records (e.g., meeting minutes or summaries, correspondence, etc.).

Emailed protests will not be accepted as valid protests unless the protesting party also provides the original letter by either regular or overnight mail postmarked by the close of the protest period. Under these conditions, the BLM will consider the emailed protest as an advance copy and will afford it full consideration. If you wish to provide the BLM with such advance notification, please direct emailed protests to Brenda_Hudgens-Williams@blm.gov.

All protests, including the follow-up letter to emails must be in writing and mailed to one of the following addresses:

| **Regular Mail:** | **Overnight Mail:** |
|---|---|
| Director (210) | Director (210) |
| Attn: Brenda Hudgens-Williams | Attn: Brenda Hudgens-Williams |
| P.O. Box 71383 | 20 M Street SE, Room 2134LM |
| Washington, D.C. 20024-1383 | Washington, D.C. 20003 |

Before including your address, phone number, email address, or other personal identifying information in your protest, be advised that your entire protest—including your personal identifying information—may be made publicly available at any time. While you can ask us in your protest to withhold from public review your personal identifying information, we cannot guarantee that we will be able to do so.

The BLM Director will make every attempt to promptly render a decision on each protest. The decision will be in writing and will be sent to the protesting party by certified mail, return receipt requested. The decision of the BLM Director shall be the final decision of the U.S. Department of the Interior on each protest. Responses to protest issues will be compiled and formalized in a Director's Protest Resolution Report made available following issuance of the decisions.

Upon resolution of all land use plan protests, the BLM will issue an approved LRMP and Record of Decision (ROD). The approved LRMP and ROD will be mailed or made available electronically to all who participated in the planning process and will be available to all parties on the BLM website http://www.blm.gov/planning.

BLM_0031868

| United States Department of Agriculture | United States Department of the Interior |
|---|---|
| Forest Service | Bureau of Land Management |
| San Juan National Forest | Tres Rios Field Office |
| Durango, CO 81301 | Dolores, CO 81323 |

Unlike land use planning decisions, implementation decisions included in this LRMP/FEIS are not subject to protest under the BLM planning regulations, but are subject to an administrative review process, through appeals to the Office of Hearings and Appeals, Interior Board of Land Appeals pursuant to 43 CFR, Part 4 Subpart E. Implementation decisions generally constitute the BLM's final approval allowing on-the-ground actions to proceed. Where implementation decisions are made as part of the land use planning process, they are still subject to the appeals process or other administrative review as prescribed by specific resource program regulations once the BLM resolves the protests to land use planning decisions and issues an approved LRMP and ROD. The approved LRMP and ROD will therefore identify the implementation decisions made in the LRMP that may be appealed to the Office of Hearing and Appeals.

## U.S. Forest Service Appeal Process

There are two USFS decisions being made: 1) a decision on a Final LRMP and 2) a final decision on oil and gas leasing availability. Each decision has a separate appeal process.

***Final LRMP Decision***: The LRMP decision is in accordance with the transition provisions of the current USFS planning regulations (36 CFR 219.17(b)(3)) that permit use of a previous 1982 version for the purpose of revising the LRMP. Under the transition provisions, the LRMP decision is subject to appeal under the "optional appeal procedures" (the former 36 CFR 217 appeal procedures that were in effect prior to November 9, 2000) available for review at:
http://www.fs.fed.us/emc/applit/includes/PlanAppealProceduresDuringTransition.pdf

Appeals may be submitted electronically or mailed to the Chief of the Forest Service. Appeals should be emailed or postmarked within 90 days after the date the legal notice of this decision is published in the newspaper of record, *The Denver Post*. The appeal must clearly state that it is a Notice of Appeal of the San Juan National Forest LRMP decision pursuant to the Optional Appeal Procedures. Appeals must meet the content requirements of Section 9 of the Optional Appeal Procedures.

Appeals may be mailed electronically in a common digital format to:
appeals-chief@fs.fed.us. A written notice of appeal must be filed in duplicate with the Chief of the Forest Service at:

    USDA Forest Service
    Attn: Judicial and Administrative Reviews
    EMC, RPC-6
    1601 N. Kent St.
    Arlington, VA 22209

| United States Department of Agriculture | United States Department of the Interior |
|---|---|
| Forest Service | Bureau of Land Management |
| San Juan National Forest | Tres Rios Field Office |
| Durango, CO 81301 | Dolores, CO 81323 |

Requests to stay the approval of this revised San Juan National Forest LRMP will not be granted (Section 10 of the Optional Appeal Procedures). For additional information concerning this decision or the USFS appeal process contact: Forest Supervisor, San Juan National Forest, 15 Burnett Court, Durango, CO 81301 or phone (970) 385-1290.

*Final Oil and Gas Leasing Availability Decision*: The separate USFS oil and gas leasing availability decision is being made pursuant to 36 CFR 215. Appeals must meet the content requirements of 36 CFR 215.14. Only individuals or organizations who submitted comments or otherwise expressed interest in the project during the comment period may appeal. Appeals must be postmarked or received by the Appeal Deciding Officer within 45 days of the publication of the notice in *The Durango Herald*. This date is the exclusive means for calculating the time to file an appeal. Timeframe information from other sources should not be relied on. Incorporation of documents by reference is not allowed. The Appeal Deciding Officer is the Regional Forester. Appeals must be sent to: Appeal Deciding Officer, Rocky Mountain Region USFS, 740 Simms St., Golden, CO 80401; by fax to 303-275-5134; or by email to appeals-rocky-mountain-regional-office@fs.fed.us. Emailed appeals must be submitted in rich text (.rtf), MS Word (.doc), or portable document format (.pdf) and must include the project name in the subject line. Appeals may also be hand delivered to the above address during regular business hours of 8:00 a.m. to 4:30 p.m. Monday through Friday.

If you have any questions, please contact Mark Lambert, Planning Staff Officer, at 15 Burnett Court, Durango, CO 81301 or by phone at (970) 385-1240.

Sincerely,

DANIEL J. JIRON
Regional Forester, Rocky Mountain Region
U.S. Forest Service

HELEN M. HANKINS
Colorado State Director,
Bureau of Land Management

Enclosure

**Protest Regulations**

[CITE: 43CFR1610.5-2]

TITLE 43--PUBLIC LANDS: INTERIOR
CHAPTER II--BUREAU OF LAND MANAGEMENT, DEPARTMENT OF THE INTERIOR
PART 1600--PLANNING, PROGRAMMING, BUDGETING--Table of Contents
Subpart 1610--Resource Management Planning
Sec. 1610.5-2      Protest procedures.

(a) Any person who participated in the planning process and has an interest which is or may be adversely affected by the approval or amendment of a resource management plan may protest such approval or amendment. A protest may raise only those issues which were submitted for the record during the planning process.

(1) The protest shall be in writing and shall be filed with the Director. The protest shall be filed within 30 days of the date the Environmental Protection Agency published the notice of receipt of the final environmental impact statement containing the plan or amendment in the Federal Register. For an amendment not requiring the preparation of an environmental impact statement, the protest shall be filed within 30 days of the publication of the notice of its effective date.

(2) The protest shall contain:

(i)      The name, mailing address, telephone number and interest of the person filing the protest;
(ii)     A statement of the issue or issues being protested;
(iii)    A statement of the part or parts of the plan or amendment being protested;
(iv)    A copy of all documents addressing the issue or issues that were submitted during the planning process by the protesting party or an indication of the date the issue or issues were discussed for the record; and
(v)     A concise statement explaining why the State Director's decision is believed to be wrong.

(3) The Director shall promptly render a decision on the protest.

(b) The decision shall be in writing and shall set forth the reasons for the decision. The decision shall be sent to the protesting party by certified mail, return receipt requested. The decision of the Director shall be the final decision of the Department of the Interior.

BLM_0031871

BLM_0031872

# Executive Summary

## Introduction

In accordance with the National Environmental Policy Act of 1969 (NEPA) (42 United States Code [USC] 4321 et seq.), the Forest and Rangeland Renewable Resources Planning Act of 1974, as amended by the National Forest Management Act of 1976, (NFMA) (Sec. 6, 16 USC 1600.), and the Federal Land Policy and Management Act of 1976 (FLPMA) (43 USC 1701 et seq.), the Bureau of Land Management (BLM) and the U.S. Forest Service (USFS), in cooperation under a "Service First" partnership, have prepared a Final San Juan National Forest and Proposed Tres Rios Field Office Land and Resource Management Plan (LRMP) and Final Environmental Impact Statement (FEIS) for the public lands in southwest Colorado within their respective jurisdictions.

The purpose, or goal, in developing this LRMP and FEIS is to ensure that National Forest Service (NFS) and BLM-administered lands, resources, and mineral estate are managed in accordance with applicable laws, as well as with the principles of multiple use and sustained yield. The public lands in this administrative area, although under the care and management of the USFS and the BLM, belong to the American people; thus, it is the overriding goal of these agencies to actively seek out, engage, and include the public, and all other interested parties, in this planning process—a process that could shape how visitors perceive, experience, use, and enjoy their public lands.

## The Planning Area

The planning area is located in southwest Colorado in Archuleta, Conejos, Dolores, Hinsdale, La Plata, Mineral, Montezuma, Montrose, Rio Grande, San Juan, and San Miguel Counties. The western border of the planning area is the Utah/Colorado state line. The southern border of the planning area is the New Mexico/Colorado state line. The eastern border is the Continental Divide. The northern border is the administrative boundaries of the Rio Grande, Gunnison, Grand Mesa, and Uncompahgre National Forests, and the BLM Uncompahgre and Gunnison Field Offices. This LRMP provides a framework to guide future management decisions on approximately 1,867,800 acres of the San Juan National Forest (SJNF), administered by the USFS, and approximately 500,000 surface acres and 300,000 acres of subsurface mineral estate administered by the BLM.

## The Existing Bureau of Land Management/U.S. Forest Service Land Management Plans

The SJNF is currently being managed under the following land use plans:

***The San Juan/San Miguel Resource Management Plan (BLM 1985):*** The current San Juan/San Miguel Resource Management Plan provides management direction for lands within the Tres Rios Field Office (TRFO), with the exception of those lands within the Canyons of the Ancients National Monument, which are managed under the Canyons of the Ancients Resource Management Plan (BLM 2010a).

***The San Juan National Forest Land and Resource Management Plan (USFS 1983)***: The current San Juan National Forest Land and Resource Management Plan was approved in 1983, with a major amendment in 1992 and 22 additional amendments. The LRMP and FEIS have been prepared using the provisions of the 1982 planning rule (36 Code of Federal Regulations [CFR] 219), as provided by the 2004 interpretative rule that clarified the transition provisions of the planning rule adopted on November 9, 2000. The current 1983 plan provides direction for the SJNF including its three Ranger Districts: Dolores, Columbine, and Pagosa.

BLM_0031873

SJNF lands are currently managed for oil and gas leasing under the analysis and decision for the 1983 San Juan National Forest Land and Resource Management Plan. Under that plan, 1,367,769 acres were open for leasing, mostly under standard lease terms. Approximately 95,500 acres are currently leased.

## Management Alternative Goals and Objectives

Four land management alternatives, and their associated environmental impacts and related issues, are described and analyzed in this document. Additionally, oil and gas leasing availability alternatives for NFS lands, including the No Lease Alternative, are described and analyzed. The alternatives reflect a reasonable range of potential management actions, based on the Analysis of the Management Situation; federal, state, local, and other governmental agency input and consultation; Native American tribal agency input and consultation; and public scoping. The alternatives in LRMP and FEIS seek to fully address the changing needs of the planning area, with the goal of selecting a management strategy that best achieves an effective combination of management actions, including one that:

- Addresses all of the BLM-administered lands and NFS lands and resources administered by the SJNF and TRFO (exclusive of Canyons of the Ancients National Monument);
- Employs a community-based planning approach that complies with all applicable local, state, federal, and Native American tribal laws, standards, policies, and implementation plans, as well as with all BLM and USFS polices, guidelines, and regulations;
- Recognizes all valid existing rights;
- Complies with FLPMA, the NFMA, NEPA, and all other applicable laws, rules, regulations, standards, policies, and guidelines;
- Coordinates and consults with Native American tribes in order to identify sites, areas, and/or objects important to their cultural and religious heritages;
- Identifies management actions and allowable uses anticipated to achieve the established goals and objectives, and to reach the desired outcomes;
- Provides comprehensive management direction by serving as a basis for land use decisions for all appropriate resources and resource uses administered by the SJNF and TRFO;
- Establishes goals and objectives (desired outcomes) for managing resources and resource values according to the principles of multiple use and sustained yield;
- Identifies land use planning decisions that will serve to guide future land management actions and subsequent site-specific implementation decisions;
- Considers current scientific information, research, new technologies, and the results of relevant resource assessments, monitoring, and coordination;
- Considers current and potential future uses of the public lands and resources administered by the SJNF and TRFO through the development of reasonable foreseeable future developments and activity scenarios based on historical, existing, and projected levels of use;
- Recognizes the nation's needs for domestic sources of minerals, food, timber, and fiber, and incorporates the requirements of the Energy Policy and Conservation Act Reauthorization, the Energy Policy Act, the National Fire Plan, the Healthy Forests Restoration Act, and the Healthy Forests Initiative;
- Retains flexibility so that the USFS and BLM can adapt to new and emerging issues and opportunities, and provide for adjustments to decisions over time, based on new information and monitoring; and
- Strives to be compatible with existing plans and policies of adjacent local, state, federal, and Native American tribal agencies, consistent with federal laws, regulations, and BLM and USFS policy.

BLM_0031874

## San Juan National Forest Oil and Gas Leasing

A separate planning-related action analyzed in this FEIS is the identification of SJNF lands that would be administratively available for oil and gas leasing, along with designation of lease stipulations to be applied to future leases (36 CFR 228.102(c) and (d)).  BLM makes decisions regarding leasing availability within its plan decisions.

The oil and gas leasing availability decision consists of identifying those areas of NFS lands that would be:

- Open to leasing, subject to the terms and conditions of the standard oil and gas lease form (including an explanation of the typical standards and objectives to be enforced under the standard lease terms);
- Open to leasing, subject to lease stipulations, such as prohibiting surface use on areas larger than 40 acres, or such other standards that may be developed for stipulation use (with discussion as to why the constraints are necessary and justifiable); or
- Closed to leasing, with distinction made between those areas that are closed through exercise of management direction and those closed by law or regulation.

## Public Involvement

NEPA requires that federal agencies hold an open and early process for determining the scope of issues to be addressed in order to identify the significant issues that could be associated with the Proposed Action. The term "scope" is defined as the range of actions, alternatives, and impacts to be considered during NEPA analysis.

On September 23, 1999, a Notice of Intent to revise the USFS Land Management Plan for the San Juan National Forest was published in the Federal Register. On December 14, 2004, a second Notice of Intent was published, updating timelines and informing all interested parties that the BLM Resource Management Plan would be revised concurrently.

The SJNF and TRFO conducted a broad community-based public scoping process. This scoping process included the following opportunities for public participation:

- Study groups
- Public meetings
- Facilitated discussion groups
- Recreation interviews
- Aspen workshop
- Written comments

Cooperating agency status was offered to approximately 30 federal and state agencies, and cities and county governments. In addition to offering cooperating agency status, local city, town, and county governments were encouraged to attend study groups, attend public meetings, and provide comments.  The two tribes with adjacency to the SJNF were invited to be cooperators: Southern Ute Indian Tribe and Ute Mountain Ute Tribe.  The 26 tribes affiliated with the SJNF and TRFO were also informed and provided opportunities to participate in the revision process.

The main topic areas addressed in this FEIS were identified based on input from interagency consultation, other federal agencies, state and local government, tribes, cooperating agencies, internal review, the public, industry representatives, and special interest groups. The issues represent the challenges that exist with current management, BLM and USFS plans, and USFS oil and gas leasing availability decision. The SJNF and TRFO have documented each of the issues in a scoping

BLM_0031875

report and identified the following main planning issues that were analyzed and documented in the
FEIS.

## Issues

Planning issues identify demands, concerns, and/or conflicts regarding the use or management of
public lands and resources. These issues typically express potential impacts on land and on resource
values. The main topic areas addressed in the LRMP/FEIS were identified based on input from
interagency consultation, state government, cooperating agencies, internal review, and input from the
public, industry representatives, and special interest groups. The public scoping process included
invitations to interested parties to comment on, and contribute input with regard to, the planning
process.

Four main issues drove the development of alternatives for the LRMP/FEIS. The alternatives reflect
where people had notably different ideas about how to manage and/or use different areas
administered by the TRFO and SJNF. These different ideas came from the community study groups,
web-based interaction, scoping meetings, written comments, and other scoping activities. These
issues include the following:

- ***Issue One - Balancing Management between the Ideas of Maintaining "Working
  Forests and Rangelands" and Retaining "Core Undeveloped Lands"***

When people discussed maintaining a "working forest," the emphasis included respecting valid and
existing rights to resources, retaining access and commodity production activities that are important
to the economy of local communities, and continuing historical uses in areas where access and
infrastructure investments have already been made.

The desires expressed by the people who discussed retaining "core undeveloped areas" included
retaining areas that have not been developed in order to provide high-quality wildlife habitat and
corridors, minimize ecosystem fragmentation, and support natural ecosystem functions.

- ***Issue 2:  Providing Recreation and Travel Management within a Sustainable Ecological
  Framework***

Discussions at community meetings often included the need to find a balance between the way long-
time residents, new arrivals, and visitors use the public lands. There was also much discussion on
achieving a balance between areas where motorized recreation would be allowed and where non-
motorized forms of travel and recreation would dominate.  Opinions were divided on the appropriate
mix of different types of recreation settings and opportunities that should be provided on public lands.

- ***Issue 3:  Management of Special Area Designations and Unique Landscapes***

A number of unique and special areas were identified during the scoping process as meriting special
attention. The importance of maintaining scenic views and recreation opportunities along important
travel routes, such as along the San Juan Skyway, the Alpine Loop Backcountry Byway, the
Continental Divide Trail, and the Colorado Trail, were common to all interests and area represented
across the alternatives. Suitability of roadless areas of the SJNF for inclusion in the National
Wilderness Preservation System and the suitability of rivers and streams on both SJNF and TRFO
lands for inclusion in the National Wild and Scenic Rivers System are examined and analyzed in
alternatives.

BLM_0031876

- ***Issue 4: Management of Oil and Gas Leasing and Development***

People expressed concerns regarding both where and how development might occur. Community participants noted that LRMP decisions and oil and gas leasing availability decisions need to be coordinated so that the infrastructure needs (roads, well pads, and pipelines) for oil and gas development are compatible with desired conditions for specific areas of land. Comments mostly related to whether new road construction should occur in areas that are currently undeveloped.

The Draft Environmental Impact Statement (EIS) was published and made available to the public for comments in December 2007. During the 120-day comment period, there were over 18,000 letters received.  Due, in part, to the comments and interest received on the Draft EIS, the Reasonably Foreseeable Development (RFD) scenario was revised to include development projections from the Gothic Shale Gas Play and a new air quality model was completed based on the updated development projections. The results were documented in a Supplement to the Draft EIS published August 26, 2011. An additional 90 days was provided for the public to comment of the new information and there were four open house meetings located in cities across the planning area.  All comments and a response to comments are contained in the project record and summarized in Appendix S.

## Alternatives

**Alternative A** represents the continuation of current management direction under the existing BLM and USFS land management plans: the BLM's San Juan/San Miguel Resource Management Plan (1985) and the San Juan National Forest Land and Resource Management Plan (1983), both as amended. Alternative A meets the NEPA requirements that a No Action Alternative be considered (40 CFR 1502.14). "No Action" means that the alternative reflects the implementation of existing management goals, objectives, and management practices based on the existing land use plans. Alternative A also serves as the baseline for comparing and contrasting the impacts of the other alternatives. Alternative A is based on reasonably foreseeable actions, existing planning decisions and policies, and existing land use allocations and programs.

**Alternative B (Preferred Alternative)** focuses on balancing the goals of maintaining "working forest and rangelands" and of retaining "core, undeveloped lands" and providing and maintain the full diversity of uses and active recreation opportunities.  Uses and activities that require roads, such as timber harvesting and oil and gas development, would be mostly focused in areas that already have roads, while the relatively undeveloped areas and areas that currently do not have roads would, for the most part, remain that way. Alternative B was developed to respond to the major issues while providing for common ground among conflicting opinions and multiple uses of public lands in a sustainable fashion.  Alternative B also incorporates the goals of the USFS's Strategic Plan (36 CFR 219.12(f)(6)) and the Department of the Interior's Strategic Plan. The Responsible Officials, the Regional Forester for NFS lands and the State Director for BLM lands, have identified Alternative B as the Preferred Alternative in this FEIS.

**Alternative C** provides for a mix of multiple-use activities with a primary emphasis on maintaining the undeveloped character of the planning area. Production of goods from vegetation management would continue, but might be secondary to other non-commodity objectives. Under Alternative C, production of goods and services would be more constrained than that proposed under Alternatives A, B, and D. Alternative C identifies more resources and areas for special designation than the other alternatives and overall emphasizes the undeveloped areas and non-motorized recreational activities to a greater degree than any of the other alternatives.

BLM_0031877

**Alternative D** provides for a mix of multiple-use activities, with a primary emphasis on the "working forest and rangelands" in order to produce a higher level of commodity goods and services when compared to the other alternatives. Alternative D allocates the least amount of land for special designation.  Under Alternative D production of goods and services would be greater than that proposed under Alternatives B and C.

## Affected Environment and Environmental Consequences

This FEIS is a programmatic document. It discusses environmental effects on a broad scale and does not predict what will happen when such broad-based standards and guidelines are implemented on individual, site-specific projects, nor does it convey the long-term environmental consequences of any site-specific project.  The analysis includes potential effects of managing the lands within the SJNF and TRFO under certain standards, guidelines, and management area prescriptions and does not include site-specific project analysis. In addition to the land use planning analysis, the SJNF is analyzing the programmatic effects of NFS lands that would be administratively available for oil and gas leasing.

The affected environment has been identified as the NFS and BLM-administered public lands (excluding the Canyons of the Ancients National Monument) and the applicable resources within the SJNF and TRFO.

The direct, indirect, and cumulative effects of the Proposed Action and each of the alternatives have been disclosed in the programmatic analysis contained in Chapter 3 of the FEIS. The alternatives represent variations in management emphasis; for example, one alternative may emphasize outputs and opportunities for development, while another may emphasize protection of specific resources or conditions. The effects of the different alternatives would vary depending on the resource being affected.

The resources considered and analyzed were organized into the following categories.

**Terrestrial Ecosystems**
Several ecosystem types have been identified and considered in the analysis: spruce-fir forests, aspen forests, cool-moist mixed conifer forests, warm-dry mixed conifer forests, ponderosa pine forests, pinyon-juniper woodlands, mountain shrublands, mountain grasslands, sagebrush shrublands, semi-desert shrublands, and alpine terrestrial ecosystems.

**Terrestrial Wildlife**
Terrestrial wildlife has been divided into five main species/habitat types: amphibians and reptiles; migratory birds; mammals; threatened, endangered, candidate, and proposed species and habitat (as identified pursuant to the Endangered Species Act); and sensitive species.

**Riparian Areas and Wetland Ecosystems**
The common definition used throughout the planning process for riparian areas is an area seasonally saturated or inundated at a frequency and duration sufficient to produce vegetation typically adapted for life in saturated soil conditions.  It is also the transitional area between permanently saturated wetlands and upland areas often referred to as a riparian area.  Riparian areas and wetland ecosystems are important because they store water, enhance water quality, provide habitat for wildlife and plants, and provide recreation and aesthetic values. Although they are small in extent (it is estimated they comprise less than 5% of the SJNF and TRFO land area), they represent a very important ecological component of the SJNF and TRFO.

BLM_0031878

**Aquatic Ecosystems and Fisheries**
The waters of the planning area support a variety of ecosystems. In southwest Colorado, these aquatic communities and ecosystems can be found at many different elevations and within many different habitats. In general, the most common aquatic biota within the planning area can be categorized as fishes, aquatic plants, aquatic insects, and the embryonic and larval stages of amphibian.

**Water Resources**
The importance of water protection was evident in the wording of the Organic Act of 1897, the legislation that founded the USFS, which stated that "no public forest reservation shall be established, except to improve and protect the forest within the reservation, or for the purpose of securing favorable conditions of water flows." Public lands within the planning area, especially NFS lands, contain a large and important source of clean water for this nation. Watersheds throughout the planning area, as administered by both agencies, provide a multitude of benefits, including for aquatic and riparian habitat, municipal water supplies, flood reduction, low-flow augmentation, and recreation opportunities, as well as for providing a continuous supply of clean water for many additional uses.

**Livestock and Range Management**
Domestic livestock grazing has occurred on public lands within the planning area since the late 1870s. The livestock industry, comprising mostly ranching families, has been an integral part of community development, as well as overall lifestyle, in southwest Colorado. Public lands supply winter, spring, and summer grazing for dependent livestock producers and represent a significant portion of their total operations. Generally, term grazing permits are issued for 10 years to qualified producers, allowing grazing on designated areas, or allotments. Permit holders or grazing permittees pay an annual fee for the privilege of using public land forage. They are also required to abide by the terms and conditions of the grazing permit. These terms and conditions address livestock and land ownership, range improvement construction and maintenance, and required livestock management practices.

**Invasive Species**
Invasive species (noxious plants and aquatic nuisance species) can impact water quality, wildlife habitat, fisheries, forage production, and soil productivity. Invasive species can also displace native species. Noxious weeds and other invasive plant species establish as a result of ground disturbance and where a seed source is present. Weeds are introduced and spread in many ways, including by people, wildlife, vehicles, wind, water, and fire). The LRMP contains desired conditions, objectives, standards, and guidelines necessary to implement an integrated invasive species management program.  Invasive species move across jurisdictional boundaries and property lines; therefore, implementation of the LRMP would involve close coordination and partnerships with local, state, tribal, and federal agencies, as well as with interested organizations and individuals.

**Timber and Other Forest Products**
Identification of lands suitable for timber production is one of the key elements of forest plans and delineates where timber production may occur on forest lands. Timber harvests may also occur on other lands. "Other lands" is a classification regarding lands where commercial timber production is not compatible with desired conditions and objectives, but that are physically capable and administratively available for purposes other than the production of wood fiber (including hazardous fuels reduction, ecosystem restoration, visuals, scenic vistas habitat improvement, or other purposes).  Lands not suitable for timber harvest, due to various physical and administrative factors, (including slope, soil characteristics, productivity, and/or administrative withdrawals) are also identified within the LRMP.

BLM_0031879

Multiple scales are considered in timber management on NFS lands. The current conditions and future trends in relation to timber resources and harvesting activity on SJNF lands were evaluated at the forest and geographic area scale.

Special forest products are products or natural resources that are not the traditional timber and fiber products, like sawtimber or houselogs. Special forest products are permitted (or contracted) for removal from public lands (USFS or BLM) for commercial, personal, Native American tribal, educational, and/or scientific purposes (Forest Service Handbook 2409.18_80-2002).

**Insects and Disease**
Insects and diseases (which tend to be species-specific and often attack plants that have been weakened by other disturbances such as drought) affect tree growth, fire potential, nutrient cycling, and the composition and structure of vegetation communities (Schmid and Mata 1996). At endemic levels, native insects have little impact on forest structure. At epidemic levels, insects can cause tree mortality across whole landscapes. Diseases, which often weaken trees, making them more susceptible to bark beetle attack, generally increase gradually or remain at similar levels over time. Defoliators, such as western spruce budworm (*Choristoneura occidentalis*) can cause substantial damage when favorable moisture and stand conditions result in abundant host habitat.

**Fire and Fuels Management**
Over the past 10 years, the national emphasis on fire and fuels management has increased as a result of large fires, droughts, increasing forest health concerns, and impacts on communities. New policies and laws incorporated in the LRMP alternatives would provide direction to manage wildfires more effectively, reduce hazardous fuels (especially in wildland urban interface areas), restore and maintain fire-dependent ecosystems, and promote collaboration with local communities in order to address wildfire-related issues.

**Air Quality**
Under FLPMA and the Clean Air Act, the BLM and USFS cannot conduct or authorize any activity that does not conform to all applicable local, county, state, Native American tribal, and other federal air quality laws, statutes, regulations, standards, and implementation plans. Therefore, an air quality effects analysis based on atmospheric dispersion modeling was conducted to analyze potential air quality impacts.

In comparison to oil and gas drilling and production, other management actions on the SJNF considered throughout this analysis are expected to result in minor and/or short duration impacts to air quality. Potential smoke impacts associated with fuels treatments would be analyzed at the project level. Prescribed burning must comply with all applicable air quality standards and with burn permits issued by the State of Colorado. The modeled impacts in the analysis assess the maximum reasonable scenario for oil and gas development over a 15-year period as characterized in the RFD scenario.

**Access and Travel Management**
Travel is associated with many of the activities that take place within the planning area. Both motorized and non-motorized access are important for providing outdoor recreation, managing wildfire, managing livestock and wildlife, developing natural resources (including timber and minerals), gathering fuel wood, accessing private in-holdings, maintaining electronic sites and utility corridors, and managing and monitoring the planning area.

The Access and Travel Management section of this document provides information about the SJNF and TRFO transportation systems. It includes a description of the management framework relevant to

each agency, a description of the current transportation system and corresponding issues and describes how aspects of the LRMP will aid in addressing the known issues. Finally, it provides an analysis of the direct, indirect, and cumulative impacts related to each of the alternatives as they relate to access and travel management and its interaction with several key public lands ongoing management activities.

**Recreation**

Population growth, new recreation technology, and community interest have increased the focus on management of outdoor recreation settings and opportunities. Strategies incorporated into the various LRMP alternatives aim to maintain and enhance desirable recreation settings, integrate recreation with other resource objectives, provide for sustainable recreation experiences, and promote collaboration with local and regional partners in order to achieve recreation objectives.

**Scenery and Visual Resource Management**

Private development and population continue to increase within the planning area, as do the demands on area resources. Concerns about retention of the area's outstanding scenic quality are at the forefront of public interest within the planning area. Visitors and residents alike place a high value on the protection of intact natural and cultural landscapes. The economic and lifestyle benefits of high-quality scenery are primary contributors to the wealth of the region.

**Heritage and Cultural Resources**

The planning area is situated in the heart of an area with a long and rich prehistoric and historic record. Native American occupation of the area dates back approximately 10,000 years. The archaeological record contains some of the earliest agricultural societies in the region. The historic period brought Spanish and Euro-American explorers, trappers, miners, and settlers into the region. This long record of human occupation has left one of the highest densities of prehistoric and historic heritage and cultural resources to be found in the United States. These sites have national, international, and Native American tribal significance.

Heritage and cultural resources are non-renewable resources that include historic and prehistoric artifacts, structures, sites, districts, and archival materials important for their scientific, educational, economic, and social values. Throughout the region advanced archaeological and historical research is an ongoing endeavor. There is a great public interest in visitation to heritage and cultural resources. This visitation is an integral part of the region's economy. Twenty-six Native American tribes and pueblos claim cultural affiliation with heritage and cultural resources located within the planning area.

**Paleontological Resources**

The term "paleontological resource" means any fossilized remains, traces, or imprints of organisms preserved in or on the earth's crust that are of paleontological interest and that provide information about the history of life on earth, except that the term does not include:

1. Any materials associated with an archaeological resource (as defined in section 3(1) of the Archaeological Resources Protection Act of 1979 (16 USC 470bb(1)); or

2. Any cultural item (as defined in Section 2 of the Native American Graves Protection and Repatriation Act [25 U.S.C. 3001]).

Fossils convey the story of history of life on earth, including the evolution and extinction of marine, freshwater, and terrestrial organisms.

BLM_0031881

Paleontological (fossil) resources are natural resources that occur on public lands; therefore, they are managed in accordance with the requirements of federal laws, primarily the Paleontological Resources Preservation Act of 2009 and the and NEPA.  These laws apply similarly to both BLM and NFS lands, although FLPMA is also applicable to BLM lands. Additional requirements for the collection, preservation, and protection of paleontological resources on applicable federal lands will be addressed in forthcoming federal regulations currently being promulgated

**Lands and Special Uses**

Special use permits, right-of-way grants, easements, and leases authorize the occupancy and use of BLM and NFS lands by government agencies, private individuals, or companies for a variety of activities, including roads, dams, pipelines, and other private or commercial uses that cannot be accommodated on private land. Annually, the SJNF and TRFO administer more than 1,000 non-recreational land use authorizations.

The land use permit program also authorizes the occupancy of public lands for pipelines, communication lines, power transmission lines, and communication sites. In order to minimize disturbance, agency policy is to collocate such uses where feasible. Utility corridors are formally designated in order to provide for such use. On SJNF lands, corridor management must comply with the objectives of the management areas crossed by these corridors, unless a specific exception is identified. TRFO lands are generally available for consideration of these uses at the project-planning level, except where restricted by area-specific direction or within exclusion areas.  Where pipeline, electric distribution line, and/or communication system line use cannot be collocated, individual authorizations are issued.

**Minerals and Energy: Fluid Minerals**

Oil and gas (natural gas and carbon dioxide) are defined as leasable minerals under federal law and regulation. The BLM has jurisdiction over management of federal oil and gas resources underlying both BLM and NFS lands, as well as those underlying non-federal surface (split estate) lands within the planning area. The BLM and USFS are joint agencies in this analysis under the 2006 Memorandum of Understanding Concerning Oil and Gas Leasing and Operations.

For BLM public lands and federal leasable minerals under non-federal surface lands, the BLM administers all oil and gas leasing and development activity. The BLM analyzes and makes decisions on leasing availability and discloses impacts in a resource management plan and EIS. Under the Federal Onshore Oil and Gas Leasing Reform Act of 1987 and implementing regulations at 36 CFR 228 E, the USFS must analyze and make decisions on oil and gas leasing for federal leasable minerals underlying NFS lands. Once the USFS determines what lands are available for leasing and the BLM has adopted the analysis, the BLM may offer the selected NFS lands for lease consistent with those decisions. The Record of Decision for this LRMP revision will document the leasing program adopted for the SJNF and TRFO for the next 10 to 15 years.

The oil and gas leasing analysis applies to a total of 2.37 million acres of federal mineral estate within a 3-million-acre analysis area, of which 1.65 million acres (outside wilderness and withdrawn areas) have the potential for the occurrence of oil and gas resources. The 0.91 million acres of private mineral estate within the planning area are not included in this oil and gas leasing analysis because the federal government has no leasing authority over privately held minerals regardless of surface ownership.  However, surface use guidelines have been developed, other than No Surface Occupancy, that the BLM/USFS and, to the extent possible, would utilize if and when the holder of private mineral estate proposes to occupy federal surface.  Surface use must be negotiated with the private mineral owner.

BLM_0031882

**Minerals and Energy: Solid Minerals**
Locatable minerals, mineral materials, and solid leasable minerals are all discussed in this section of the FEIS. Solid mineral resources within the SJNF and TRFO have played a significant role in the past and continue to be important today. Current resource estimates indicate valuable reserves within portions of the planning area. Solid minerals activity is most heavily concentrated on BLM lands in the Slick Rock area near Dove Creek and the associated Uravan Mineral Belt area; however, activity also occurs in the Silverton, Rico, and La Plata areas.

The BLM and USFS manage mineral-related activities consistent with multiple-use management principles. The exploration, development, and production of solid minerals resources are integrated with the use, conservation, and protection of other resources. The BLM also manages approximately 264,400 acres of federally owned mineral estate beneath privately held surface called "split estate" land.

**Minerals and Energy: Alternative Energy**
Public lands have long provided energy resources for both individual and commercial use. The National Energy Policy has laid the legal groundwork for alternative energy projects on public lands; however, little demand has surfaced in relation to the planning area. Nonetheless, this planning effort addresses alternative energy development in order to offer guidance for projects that are proposed on NFS and BLM-administered lands.

**Wilderness and Lands with Wilderness Characteristics**
The Wilderness Act of 1964 directs the USFS to analyze additional undeveloped and unroaded lands for proposed inclusion in the National Wilderness Preservation System. The USFS inventories potential wilderness by identifying roadless areas of approximately 5,000 acres or larger and/or roadless areas adjacent to existing wilderness areas. There are three tests applied to roadless areas before they are considered for wilderness area recommendations: capability, availability, and need.

The SJNF shares the management on portions of three wilderness areas (Weminuche, South San Juan, and Lizard Head) with two other forests (the Grand Mesa, Uncompahgre, and Gunnison National Forests and the Rio Grande National Forest). The SJNF also manages the Piedra Area, an area congressionally designated for protection of its wilderness character. The BLM has management responsibility for four BLM wilderness study areas (WSAs): the Dolores River Canyon, McKenna Peak, Menefee Mountain, and Weber Mountain. In total, the SJNF and TRFO manage  420,522 acres of congressionally designated wilderness areas, approximately 55,428 acres of WSAs, and the Piedra Area (approximately 62,550 acres).

Wilderness is part of the multiple-use management mission of both the BLM and the USFS. Wilderness provides opportunities for solitude, as well as for primitive and unconfined recreational experiences. Wilderness is also important to the maintenance of species diversity, the protection of threatened and endangered species, and the protection of watersheds, scientific research, and various social values.

**Wild and Scenic Rivers**
The Wild and Scenic Rivers Act of October 1, 1968, requires the Secretary of the Interior and the Secretary of Agriculture to undertake studies and investigations to determine which additional wild, scenic, and recreational rivers must be evaluated through land use planning. To be eligible, a river must be free-flowing and must possess one or more outstandingly remarkable river values. To be suitable, a decision is made that the identified values should be protected and that adding the river to the national system is the best method for protecting identified values.

BLM_0031883

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

With the passage of the Wild and Scenic Rivers Act in 1968, Congress directed the U.S. Department of Agriculture and the U.S. Department of the Interior to prepare studies of selected rivers on the national forests and public lands as potential additions to the National Wild and Scenic Rivers System. Suitability studies were prepared for the Los Pinos, Piedra, and Dolores Rivers. Wild and Scenic River study reports and EISs were completed for these three rivers and submitted to Congress with recommendations for designation for most river segments. All of these studies were completed in partnership with the State of Colorado Department of Natural Resources.

**Scenic, Historic, and Backcountry Byways**
The National Scenic Byways Program is under the administration of the U.S. Department of Transportation, Federal Highway Administration. Based on one or more archaeological, cultural, historic, natural, recreational, and/or intrinsic scenic qualities, the U.S. Secretary of Transportation recognizes certain roads as America's byways, All-American Roads, or national scenic byways.

The Colorado Scenic and Historic Byways Commission is a statewide partnership intended to provide recreational, educational, and economic benefits to Coloradoans and state visitors. This system of outstanding touring routes in Colorado affords the traveler interpretation and identification of key points of interest while, at the same time, providing for the protection of significant resources.

Scenic and historic byways are designated by the Colorado Scenic and Historic Byways Commission based on their exceptional scenic, historic, cultural, recreational, and natural features.

Backcountry byways are vehicle routes that traverse scenic corridors utilizing secondary or backcountry road systems.

The planning area contains a majority of the 232-mile-long San Juan Skyway, the 65-mile Alpine Loop National Backcountry Byway, and 114 miles of the Trail of the Ancients Scenic Byway.

**National Recreation and Scenic Trails and National Historic Trails**
The Calico and Highline National Recreation Trails cross the planning area, typically within areas that are managed for semi-primitive recreation opportunities. Neither of these trails are at or near its use capacity at this time.

Acting upon a vision of a 3,100-mile primitive and challenging backcountry trail that would travel from Canada to Mexico along the backbone of America, Congress designated the Continental Divide National Scenic Trail (CDNST) in 1978. A long section of the CDNST crosses the planning area, traversing the spectacular and remote high country of the San Juan Mountains within the Weminuche and South San Juan wilderness areas. From the Weminuche wilderness area, the CDNST travels north onto BLM-administered lands near Silverton, Colorado. Most of this section of the CDNST meanders between the SJNF and the Rio Grande National Forest, necessitating shared management responsibility for many miles of this significant trail.

Within the planning area, most of the Colorado Trail travels within remote backcountry, wilderness areas, and other lightly traveled areas. Issues resulting from conflicts with motor vehicle use are few. The southernmost section of the Colorado Trail near Durango is heavily used by the community for day-use hiking and biking. Some of the Colorado Trail follows the same route as the CDNST. A portion of the Colorado Trail within the planning area follows the Highline Loop National Recreation Trail.

In 2002, Congress formally designated the Old Spanish Trail as the nation's fifteenth National Historic Trail. The "Main Branch" trail route is now under Highway 184, directly in front of the Dolores Public Lands Office. Between 1829 and 1848, the Old Spanish Trail was used by immigrants and traders on

BLM_0031884

yearly pack-train expeditions between Santa Fe and the Pueblo of Los Angeles (San Gabriel Mission). The trail was used by trappers, travelers, and military expeditions.

**Research Natural Areas**

Research natural areas (RNAs) are NFS lands that are part of a network of ecological reserves designated in perpetuity for non-manipulative research, education, monitoring, and the preservation of ecological diversity. They are relatively unaltered by past management activities and managed to allow natural ecological processes to proceed with minimum human intervention. They also serve as reference areas for the study of ecological processes, disturbances, and ecological changes. Most management activities are prohibited in RNAs unless they are needed to achieve desired conditions or maintain the features for which the RNA was established.  The 10 RNAs (Narraguinnep, Williams Creek, Electra, Grizzly Peak, Hermosa, Hidden Mesas, Martinez Creek, Navajo River, Piedra, and Porphyry Gulch) on the SJNF are protected areas and as such are key components of the sustainable ecosystems strategy.

**Areas of Critical Environmental Concern**

Areas of Critical Environmental Concern (ACECs) are BLM lands where special management attention is required to prevent irreparable damage to important historic, cultural, or scenic values, as well as fish and wildlife resources or other natural systems or processes, or to protect life and safety from natural hazards (BLM Manual 1613). FLMPA mandates the BLM to give priority to the nomination and designation of ACECs through the development and revision of resource management plans.

The San Juan/San Miguel Resource Management Plan currently contains one ACEC, Mud Springs/Remnant Anasazi Culture. Twenty-three additional areas were nominated for ACEC consideration through the LRMP revision process, primarily selected from potential conservation areas that were developed by the Colorado Natural Heritage Program. A potential conservation area, which often includes both federal and non-federal lands, represents the land needed to support the long-term survival of the rare species or plant communities within it. Twenty-one of the twenty-three sites were further identified as potential ACECs because they met both the relevance and importance criteria described in the BLM manual. After further analysis, two of the areas were recommended for ACEC designation through this planning process: Gypsum Valley and Anasazi Cultural Area (formerly named Mud Springs/Remnant Anasazi Culture).

**Economics**

Economic consequences of managing the SJNF and TRFO stretch across Colorado, New Mexico, Arizona, and Utah. A five-county area in Colorado that includes Archuleta, Dolores, La Plata, Montezuma, and San Juan Counties is recognized as the most affected region by the management of these public lands and serves as the focus of the economic analysis.  San Juan County, New Mexico, is a significant provider of support activities to the oil and gas industry in southwest Colorado and is therefore discussed in the context of minerals management on the SJNF and TRFO. Comprehensive economic data are generally unavailable at the community level; however, interpretations of larger-scale analyses can sometimes be made and offer insights into particular communities.

**Demographics**

This section first presents a snapshot of demographic conditions and trends in the five counties most substantially containing the planning area: Archuleta, Dolores, La Plata, Montezuma, and San Juan Counties. The section concludes with discussion of the impacts to population potentially occurring under the range of alternatives for the LRMP.

BLM_0031885

## Summary of Changes Made Since the Draft Land and Resource Management Plan and Environmental Impact Statement

This LRMP and FEIS contain changes that have occurred since the publication of the Draft LRMP/EIS resulting from public comments, policy changes, and additional studies or other information. The key changes are described below.  Comment responses in Appendix S provide additional details regarding changes made to the LRMP/FEIS.  With the exception of the Supplement to the Draft EIS that was published in 2011 to address new oil and gas development projection and the need for a new air quality model (see Section 2.1.2), the BLM and USFS determined that NEPA supplementation, as described at 40 CFR 1502.9, was not necessary based on the changes described below or any other changes that have occurred between Draft and Final EIS. None of these changes were found to present significant new circumstances or information relevant to environmental concerns and bearing on the proposed action or its impacts.

**Ecosystem Management**:  A section titled "Ecological Framework and the Conservation of Species" has been added to the LRMP (Section 2.1) that describes in detail the strategies, concepts, and components that are used in this LRMP to establish an ecological framework for the conservation and management of ecosystems, habitats, and species.  This section also addressed in detail USFS requirements to plan for diversity and viability, and includes an explanation about natural disturbances and the agencies' limited ability to manage the effects of natural disturbances

**Climate Change**:  New LRMP components addressing climate change have been added to relevant sections of the LRMP.  These new components focus on managing ecosystems to be resilient and resistant to changes and natural disturbances.  Appendix G summarizes the SJNF and TRFO climate change strategy and provides a compiled list of LRMP components that address climate change.

**Wildlife**:  The bluebird was replaced by the hairy woodpecker on the Management Indicator Species list for the SJNF based on comments received by the public and further internal review.  LRMP components for wildlife have been updated to reflect current species status, and components specific to threatened and endangered species have generally been revised to emphasize guidance from recovery plans for those species.  Additional mitigation has been included in the LRMP for reducing conflicts between bighorn sheep and domestic sheep, and a Draft LRMP guideline requiring the agencies to maintain a minimum level of aquatic habitat by identifying the minimum flow rates required to support that habitat has been changed to a standard in the Final LRMP, and four options were provided for meeting the standard.

**Water**:  Groundwater and municipal watershed protections have been added, especially to mitigate potential impacts related to oil and shale gas development.

**Rangeland Management and Invasive Species**:  LRMP components have been developed to mitigate potential impacts to bighorn sheep, and to improve and maintain sagebrush ecosystems.  Clarified that allowable use of forage and browse will be determined during subsequent project-level analysis.  LRMP components have been developed to address cheat grass, and the Final LRMP provides improved guidance for management of invasive species.

**Air Quality**:  Standards and guidelines were revised to mitigate impacts from oil and gas development activities (these were published for public review and comment in the Supplement to the Draft EIS; additional changes were made based on public comments).

**Travel Management**:  The LRMP/FEIS now identifies the BLM off-highway vehicle designations of closed, limited, and open on all TRFO lands.  The Draft LRMP/EIS had applied USFS terminology of

BLM_0031886

"suitable" and "unsuitable" to BLM lands for both over-ground and oversnow motorized travel decisions.  Guidelines addressing route density were revised, including specific guidelines to mitigate potential impacts to watersheds and wildlife; route density guidance is no longer tied to management areas.  Definitions for "suitable" and "suitable opportunity" for motorized travel on NFS lands were improved for clarity.  Suitability areas were slightly adjusted based on public comment and improved mapping to correspond travel mode with appropriate land designations such as recommended wilderness.   For oversnow travel, the suitable area for motorized use near Andrews Lake was extended to go east to the wilderness boundary and south along U.S. Highway 550 to follow terrain, improve manageability, provide a better location for snowmobiles to cross the highway, and provide more suitable snowmobile terrain. In the Corkscrew Gulch/U.S. Basin area, the suitable area was extended south to the Corkscrew Gulch road, providing a link from the suitable terrain east of U.S. Highway 550 to the suitable terrain west of the highway.  This and other minor oversnow corridors were created to provide improved access to snowmobile "play areas."

**Visual Resources**:  A visual resource inventory was completed for the TRFO to provide an improved baseline for impact analysis and decision-making.

**Minerals and Energy:**  Leasing stipulations were revised based on public comments.  New stipulations were developed to mitigate potential impacts to ground water, municipal watershed, wildlife, the Old Spanish Trail, cultural viewsheds, and state wildlife areas.  All stipulations were revised to state the "justification" for each stipulation and to specify the conditions under which waivers, exceptions and modifications would be considered.  These stipulations are supported by the analysis in the FEIS. The LRMP includes a description of a future orderly leasing and development approach that would apply to SJNF lands Paradox Basin.  Programmatic EISs for various alternative energy resources have been finalized since the Draft LRMP/EIS was published and are incorporated by reference.

**Management Areas**:  Management area (MA) designations have been removed from BLM lands to be consistent with BLM planning guidance.  While MAs no longer apply to the TRFO, the related resource-specific land allocations (i.e., lands available for grazing, available for lease, off-highway vehicle designations, etc.) are reflective of the MA preferences that were expressed by the public for each alternative.  The land allocations and uses in the LRMP are consistent with the Draft and Supplement. Where On NFS lands, whereMA 5 overlapped with Colorado Roadless Areas, the MA has been changed to the adjacent MA (often MA 3).  The LRMP acknowledges a more comprehensive and correct listing of past management and uses in the Pagosa District that resulted in some areas being changed from MA 3 to MA 5 and from MA 5 to MA 3.  MA 8 was added to areas surrounding the Wolf Creek ski area expansion.

**Lands with Wilderness Characteristics**:  The inventory of lands with wilderness characteristics on the TRFO was updated between the Draft LRMP/EIS and Proposed LRMP/FEIS.  The results are included in the LRMP, along with guidance for managing certain TRFO lands for their wilderness characteristics under each alternative.  The vast majority of these lands were identified for similar protective management in the Draft LRMP; thus, management as proposed and analyzed in this LRMP and FEIS does not differ significantly from what was disclosed in the Draft documents, and NEPA supplementation was not found to be necessary by the BLM.  A detailed explanation of the wilderness characteristics inventory is included in Appendix O.

**Recommended Wilderness and Wilderness Study Areas**:  Boundaries have been adjusted for the recommended Weminuche Adjacent and Turkey Creek areas to better follow topography and have manageable boundaries, and the Colorado Roadless Rule has been incorporated by reference.  The LRMP provides direction for WSAs when they are released from WSA status by Congress.

BLM_0031887

**Wild and Scenic Rivers**:  River corridor boundaries were revised to remove any roads within scenic and wild segments.  On the SJNF, thirteen miles of the East Fork of the San Juan River were added as a suitable recommended recreation segment, and approximately six miles of the recreation segment of the West Fork of the San Juan River were removed from suitable WSR recommendation. On the TRFO Summit Canyon was removed from suitable recommendation because its one outstanding and remarkable value was shown not to exist in the canyon, and the flannelmouth sucker and Bluehead sucker were listed as outstanding and remarkable values for the Dolores River in response to comments.   All of these changes are described in Appendix D.

**Research Natural Areas**:  Some Research Natural Area boundaries were adjusted for  better manageability and to address resource conflicts.  Adjustments were made for the following Research Natural Areas:  Martinez Creek, Porphyry Gulch, Piedra, Hidden Mesa, Grizzly Peak.

**Other special areas and designations**:  Management direction for Chimney Rock National Monument is consistent with and references the presidential proclamation for the area. Boundaries have been adjusted for both the O'Neal Hill and Chatanooga Special Botanical Areas to remove roads, powerlines and other conflicting management.  Specific management direction was added for Smoothing Iron and Boggy Draw Old Growth Recruitment Areas, and they are now within MA 3 (rather than MA 5).   LRMP components were revised for Silverton based on external comments; most notably, guidance was added for improving land ownership management.

**General LRMP Direction and Guidance**:  LRMP components have been revised to some degree within most sections of the LRMP.  Revisions were based on public comments and internal review.

**Administrative Corrections:**  Ownership layers for surface and mineral estates were corrected for both agencies, as well as updating the acres of currently leased lands. These corrections increased the total federal mineral estate acreage and changed some acreage totals throughout the documents.

BLM_0031888

# Table of Contents

Chapter 1 – Purpose and Need ....................................................................................... 1
1.1     Introduction and Background .............................................................................. 1
1.2     Overview of the Final Environmental Impact Statement ...................................... 2
1.3     The Existing Bureau of Land Management/U.S. Forest Service Land Management
        Plans ................................................................................................................ 4
1.4     The Planning Process ........................................................................................ 6
1.5     Purpose and Need ............................................................................................ 9
1.6     Planning Issues .............................................................................................. 11
1.7     Applicable Laws .............................................................................................. 13
Chapter 2 – Alternatives .............................................................................................. 17
2.1     Development of Alternatives ............................................................................ 17
2.2     Important Points Common to All Alternatives .................................................... 19
2.3     Alternatives Considered but Eliminated From Further Analysis ......................... 21
2.4     Comparison of the Alternatives ....................................................................... 23
2.5     Summary and Comparison of Environmental Consequences ............................ 47
Chapter 3 – Affected Environment and Environmental Consequences ....................... 60
3.1     Introduction .................................................................................................... 60
3.2     Terrestrial Ecosystems and Plant Species ...................................................... 64
3.3     Terrestrial Wildlife .......................................................................................... 91
3.4     Riparian Areas and Wetland Ecosystems ...................................................... 222
3.5     Aquatic Ecosystems and Fisheries ................................................................ 230
3.6     Water Resources .......................................................................................... 257
3.7     Livestock and Rangeland Management .......................................................... 280
3.8     Invasive Species .......................................................................................... 293
3.9     Timber and Other Forest Products ................................................................. 300
3.10    Insects and Disease ...................................................................................... 317
3.11    Fire and Fuels Management ........................................................................... 321
3.12    Air Quality .................................................................................................... 339
3.13    Access and Travel Management .................................................................... 378
3.14    Recreation .................................................................................................... 399
3.15    Scenery and Visual Resource Management .................................................... 419
3.16    Heritage and Cultural Resources ................................................................... 436
3.17    Paleontological Resources ............................................................................ 460
3.18    Lands and Special Uses ................................................................................ 471
3.19    Minerals and Energy: Fluid Minerals .............................................................. 480
3.20    Minerals and Energy: Solid Minerals .............................................................. 521
3.21    Minerals and Energy: Alternative Energy ....................................................... 538
3.22    Wilderness and Lands with Wilderness Characteristics ................................... 542
3.23    Wild and Scenic Rivers ................................................................................. 554
3.24    Scenic, Historic, and Backcountry Byways ..................................................... 564
3.25    National Recreation, Scenic, and Historic Trails ............................................. 567
3.26    Research Natural Areas ................................................................................ 569
3.27    Areas of Critical Environmental Concern ....................................................... 572
3.28    Wild Horses/Herd Management Areas ............................................................ 574
3.29    Economics .................................................................................................... 578
3.30    Demographics ............................................................................................... 608
3.31    Local Government .......................................................................................... 620
Chapter 4 – Public Involvement and Coordination ..................................................... 632
4.1     Introduction .................................................................................................. 632
4.2     Summary of the Scoping Process ................................................................... 632
4.3     Cooperating Agencies ................................................................................... 635
4.4     Consultation with Tribes ................................................................................ 636

BLM_0031889

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| | | |
|---|---|---|
| 4.5 | Public meetings on Draft Land and Resource Management Plan and Environmental Impact Statement | 639 |
| 4.6 | Public Meetings on the Supplement to the Draft Environmental Impact Statement | 640 |
| 4.7 | Public Comments on the Draft and Supplemental Land and Resource Management Plan and Environmental Impact Statement | 640 |
| 4.8 | List of Preparers | 641 |
| **Chapter 5 – References** | | **650** |
| 5.1 | References Cited | 650 |
| 5.2 | List of Acronyms | 685 |
| 5.3 | Glossary | 688 |
| 5.4 | Keyword Index | 720 |

# CHAPTER 1 – PURPOSE AND NEED

## 1.1 Introduction and Background

This Final Environmental Impact Statement (FEIS) discloses alternatives and environmental consequences for three related, but separate, decisions:

- Adopting a revised Land and Resource Management Plan (LRMP) for Bureau of Land Management (BLM) lands managed by the Tres Rios Field Office (TRFO), excluding those contained in the Canyons of the Ancients National Monument. The Responsible Official for this decision is the BLM Colorado State Director.

- Adopting a revised LRMP for the U.S. Forest Service (USFS) San Juan National Forest (SJNF). The Responsible Official for this decision is the Region 2 Regional Forester.

- Determining the SJNF lands that would be administratively available for oil and gas leasing, as well as the associated stipulations. The Responsible Official for this decision is the SJNF Forest Supervisor. (A similar decision for BLM-administered lands is made as part of the LRMP decision. The USFS considers leasing availability decisions to be separate from but closely linked to planning decisions, with both planning- and project-level components. Oil and gas leasing is analyzed together for both agencies in this FEIS.)

These decisions apply to federally administered lands only. When a proposed federal action could significantly affect the environment, the National Environmental Policy Act (NEPA) requires the preparation of an environmental impact statement (EIS). This FEIS addresses the environmental impacts of the proposed actions described in Chapter 2.

**Location and Setting** - The planning area, located in southwest Colorado, includes portions of the Colorado Plateau and the San Juan Mountains. This area is characterized by alpine lakes, lush meadows, craggy peaks, deep canyons, cascading waterfalls, unusual geologic formations, lower-elevation sandstone canyons and mesas, historic mines, and broad variations in elevation and climate. Located throughout this vast and richly diverse area are towns and communities that originally developed around mining and agriculture and that have transitioned in varying degrees to include recreation and tourism. The region has an abundant diversity of resources and amenities, including archeological and historical resources, geological resources (ranging from mid-Proterozoic metamorphic rock complexes to geologically recent San Juan volcanism), hydrological resources (the San Juan Mountains are the headwaters for the Rio Grande, San Juan, Dolores, and Animas Rivers), and recreational amenities (including such recreational opportunities as skiing, snowmobiling, whitewater rafting, kayaking, hiking, mountain biking, off-roading, horseback riding, fishing, hunting, motorcycle riding, photography, wildlife viewing, picnicking, scenic driving, and others).

The area also exhibits a wide diversity of ecological characteristics due to its mid-latitude location, wide range of elevations (from 4,900 to above 14,000 feet), and widely varying surficial geologic conditions (soils, slopes, rock types). The planning area includes habitats and sensitive species ranked as critically imperiled statewide and globally. The region is currently the last known location in the lower 48 states of certain arctic mosses, relics of the last ice age, and rare alpine fens. The area contains subalpine parks, grasslands and wetlands, nine stratified ecosystems (including alpine, spruce-fir, mixed conifer, ponderosa pine, oak and Douglas fir, aspen forests, parks, and meadowlands), mountain shrub communities, pinyon-juniper woodlands, and shrub-steppe communities.

BLM_0031891

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

The lands analyzed in this FEIS encompass approximately 1,867,800 acres of the SJNF, administered by the USFS, and approximately 504,400 surface acres and 704,300 acres of subsurface mineral estate administered by the BLM and managed by the TRFO. The Canyons of the Ancients National Monument, located within TRFO lands, is not included in this analysis because a separate management plan was prepared for that area, approved in June 2010.

The planning area is located in Archuleta, Conejos, Dolores, Hinsdale, La Plata, Mineral, Montezuma, Montrose, Rio Grande, San Juan, and San Miguel Counties (Volume III, Appendix V, Map 1). The western border of the planning area is the Utah/Colorado State line. The southern border of the planning area is the northern boundary of the Ute Mountain Ute and Southern Ute Indian Tribe reservations. The eastern border is the Continental Divide. The northern border is the administrative boundaries of the Rio Grande, Gunnison, Grand Mesa, and Uncompahgre National Forests, and the BLM Uncompahgre and Gunnison Field Offices.

## 1.2 Overview of the Final Environmental Impact Statement

In accordance with NEPA (42 United States Code [USC] 4321 et seq.), the Forest and Rangeland Renewable Resources Planning Act of 1974 (RPA) as amended by the National Forest Management Act of 1976 (NFMA) (Section 6, 16 USC 1600), and the Federal Land Policy and Management Act of 1976 (FLPMA) (43 USC 1701 et seq.), the TRFO and SJNF have prepared this FEIS to analyze the potential impacts of the TRFO Proposed LRMP, the SJNF Final LRMP, and the SJNF oil and gas leasing availability decision. In fulfillment of these and all other legal, regulatory, and policy requirements, as well as with the principles of multiple use and sustained yield, this FEIS documents the comprehensive analysis of alternatives and environmental impacts for the future management of public lands and resources administered by the BLM and USFS in southwest Colorado.

In April 2004, the USFS and BLM began this joint long-term planning effort to revise the San Juan National Forest Land and Resource Management Plan (USFS 1983) and the BLM's San Juan/San Miguel Resource Management Plan (BLM 1985). This joint plan revision provides the opportunity for creating complimentary land management direction between the two agencies, as well as seamless public participation in the planning process.

Section 102 of FLPMA sets forth the policy for periodically projecting the present and future use of public lands, as well as their resources, using the land use planning process. Sections 201 and 202 of FLPMA establish the BLM's land use planning requirements. The NFMA establishes the USFS's land use planning requirements. The purpose, or goal, of the LRMP is to ensure that the SJNF and TRFO are managed in accordance with the requirements of the NFMA, FLPMA, and NEPA, as well as the principles of multiple use and sustained yield. In addition, the purpose and goal of this planning process is to provide an integrated plan that would guide future land use decisions and project-specific analyses for public lands under the management of both agencies.

The purpose of a BLM management plan is to:

- provide an overview of goals, objectives, and needs associated with public land management, and address multiple-use issues that drive the preparation of the plan; and

- guide and control future management actions and the development of subsequent, more detailed and limited scope plans for resources and uses (43 Code of Federal Regulations [CFR] 1601.0–2)

BLM_0031892

The purpose of a USFS management plan is to:

- describe the strategic guidance for forest management, including desired conditions, objectives, strategies, and guidance; and

- determine resource management practices, levels of resource production and management, and the availability and suitability of lands for resource management (36 CFR 219.1(b) - 1982).

This FEIS has been organized consistent with applicable NEPA and Council on Environmental Quality guidelines, and is formatted to provide the reader with a clear understanding of the alternatives, the resources that may be affected, the potential environmental consequences, and the environmental review and evaluation process. This document is consistent with all applicable federal requirements guiding the preparation of a land management plan and an EIS.

**Volume I** (this volume) is the FEIS, which describes the BLM's Proposed Action and the USFS's Selected Alternative (Alternative B), and the other alternatives, and analyzes and discloses the environmental impacts of the Proposed Action/Selected Alternative and other alternatives. Volume I includes the following:

- **Letter to the Reader:** This letter describes how to file a protest or appeal.

- **Executive Summary:** This section provides a brief overview of discussions that are detailed in the full document. It serves as a synopsis of the planning process, as well as the purpose and need, the issues, and the alternatives resulting from the planning process.

- **Chapter 1 – Purpose and Need:** This chapter offers a brief background of the planning area. It describes the purpose and need for the action, the planning process, and related plans and relevant policy.

- **Chapter 2 – Alternatives:** This chapter describes potential management approaches or "alternatives" and discusses the process that has been used to develop alternatives. It describes four alternative land use plans, including the No Action Alternative (Alternative A) and the Proposed Action/Selected Alternative (Alternative B, also referred to as the "preferred alternative").

- **Chapter 3 – Affected Environment and Environmental Consequences:** This chapter describes the current physical, biological, human, and land use environments of the planning area (the affected environment). This description provides a baseline against which to compare the impacts of the alternatives. The baseline described in this chapter represents environmental and social conditions and trends in the planning area at the time this document was prepared. In addition, this chapter evaluates how, and to what extent, baseline conditions would be altered by the alternatives. These changes are disclosed as the environmental consequences.

- **Chapter 4 – Public Involvement and Coordination:** This chapter summarizes the public outreach and collaborative efforts that have been conducted throughout the NEPA process for this LRMP and FEIS, and the consultation processes that are required by law. This chapter also presents the names and qualifications of the people responsible for preparing the LRMP and FEIS.

- **Chapter 5 – References:** This chapter provides full citation information for all references, published and unpublished, cited in this document and used in developing the FEIS. A glossary of definitions of frequently used terms follows the references cited.

BLM_0031893

**Volume II** provides a more detailed description of Alternative B, the Preferred Alternative, and includes LRMP components (desired future conditions, objectives, standards, guidelines, etc.) that would apply across all alternatives with the exception of Alternative A.

**Volume III** provides the appendices containing additional supporting information for the LRMP and FEIS.

Proposed decisions in this document sometimes refer directly to maps and figures, and many decisions themselves are "map-based." Therefore, the reader must rely on the text, maps, and figures, taken together as a whole, to fully understand the proposed decisions described for each alternative. All maps referenced in the FEIS may be found in Volume III, Appendix V.

# 1.3  The Existing Bureau of Land Management/U.S. Forest Service Land Management Plans

The SJNF and TRFO are currently managed under the following land management plans:

- The San Juan/San Miguel Resource Management Plan (BLM 1985), approved in 1985 and amended seven times.
- The San Juan National Forest Land and Resource Management Plan (USFS 1983), approved in 1983 and amended 22 times.

The existing land management plans are described in detail below.

## 1.3.1  The San Juan/San Miguel Resource Management Plan

The San Juan/San Miguel Resource Management Plan (BLM 1985) provides management direction for lands managed by the TRFO, with the exception of those lands within the Canyons of the Ancients National Monument, which are managed under the Canyons of the Ancients Resource Management Plan (BLM 2010a). Since being approved, the San Miguel/San Juan Resource Management Plan has been amended seven times:

- 1991 amendment related to oil and gas leasing and development;
- 1993 amendment related to the San Miguel River Area of Critical Environmental Concern (ACEC), recreation, riparian areas, and visual resources (Uncompahgre Field Office);
- 1997 amendment related to Colorado Public Land Health Standards;
- 1997 amendment related to prescribed fire direction;
- 2000 amendment related to the Grandview Ridge (urban interface) Coordinated Resource Management Plan;
- 2008 amendment related to the Geothermal Resource Leasing Programmatic Environmental Impact Statement; and
- 2012 amendment related to the Solar Energy Development Programmatic Environmental Impact Statement.

The 1991 Colorado Wilderness Study report (BLM 1991a) made wilderness recommendations for the following wilderness study areas (WSAs) in the San Juan Resource Area: Menefee, Weber, McKenna Peak, and Dolores River. In total, these WSAs consist of approximately 56,576 acres within the area

4

BLM_0031894

covered by this FEIS. These lands would continue to be managed under interim guidance provided by BLM Manual 6330, Management of BLM Wilderness Study Areas, until such time that Congress makes a final decision as to their wilderness status.

## 1.3.2   The San Juan National Forest Land and Resource Management Plan

The San Juan National Forest Land and Resource Management Plan (USFS 1983) provides management direction for the SJNF and its three Ranger Districts: Dolores, Columbine, and Pagosa. Since being approved, the 1983 San Juan National Forest Land and Resource Management Plan has been amended 22 times:

- July 30, 1986, Amendment No. 1 (added a recreation appendix);

- July 30, 1986, Amendment No. 2 (allowed minor changes to timing of projects);

- January 1, 1987, Amendment No. 3 (revised the timber sale schedule);

- August 14, 1987, Amendment No. 4 and No. 5 (changed management area [MA] prescriptions related to the East Fork ski area proposal);

- January 6, 1989, Amendment No. 6 (adjusted MA boundaries in La Plata Canyon);

- January 6, 1989, Amendment No. 7 (incorporated direction from the BLM San Juan/San Miguel Resource Management Plan into the San Juan National Forest Land and Resource Management Plan for an area of land transferred from the BLM to the USFS on October 31, 1983);

- January 6, 1989, Amendment No. 8 (amended wildlife standards and guidelines [rescinded on April 28, 1989]);

- September 7, 1990, Amendment No. 9 (adjusted MA boundaries on the Pine [now Columbine] Ranger District);

- September 7, 1990, Amendment No. 10 (adjusted MA boundaries on the Mancos [now Dolores] Ranger District);

- September 7, 1990, Amendment No. 11 (adjusted MA boundaries on the Dolores Ranger District);

- September 15, 1991, Amendment No. 12 (removed the 7-year regeneration requirement for lodgepole pine [*Pinus contorta*] from the Forest Direction);

- July 31, 1991, Amendment No. 13 (changed program budget projections);

- May 14, 1992, Amendment No. 14 (consisted of a major amendment adjusting MAs, lands suited for timber production, and allowable sale quantity (ASQ) and program harvest levels for timber; and incorporated all 13 earlier amendments);

- February 21, 1992, Amendment No. 15 (changed direction for animal damage management activities on SJNF lands);

- October 10, 1992, Amendment No. 16, (made adjustments to the budget requirement in order to incorporate changes to the timber program goals, objectives, and standards and guidelines issued through Amendment No. 14);

- December 1992, Amendment No. 17, (approved the route for the Trans-Colorado Natural Gas Transmission Line on SJNF lands);

BLM_0031895

- December 1992, Amendment No. 18 (adjusted the MA prescriptions and designation of the Falls Creek Archeological Area);

- February 24, 1994, Amendment No. 19 (established management direction for the newly acquired Piedra Valley Ranch lands);

- April 9, 1997, Amendment No. 20 (changed the prescribed fire plan);

- August 3, 1998, Amendment No. 21, (changed wilderness management direction); and

- December 3, 2012, Amendment No. 22 (changed the route density standard in one specific area within MA 3A on the Dolores District).

### 1.3.3 Current U.S. Forest Service Oil and Gas Leasing

SJNF lands are currently managed for leasing under the analysis and decision for the 1983 San Juan National Forest Land and Resource Management Plan. Under that plan, 1,367,769 acres were open for leasing, mostly under standard lease terms. Approximately 95,500 acres are currently leased.

Additional SJNF lands in the planning area are not currently being leased because new information and changed circumstances have made prior analyses insufficient. An up-to-date NEPA analysis is needed to identify areas available for leasing and analyze potential subsequent development in a manner compatible with other resource needs. This FEIS provides the needed analysis and leasing would continue upon finalization of the LRMP.

## 1.4 The Planning Process

In general, the USFS and the BLM follow the planning process outlined below. Steps 1 through 7 have been completed for the current process, and the release of this FEIS constitutes the final phase of Step 8.

- **Step 1 – Planning Issues Identified:** Issues and concerns are identified through a scoping process that solicits input from the public, special interest groups, Native American tribes, other agencies, and state and local governments.

- **Step 2 – Planning Criteria Development:** Planning criteria are created to ensure that decisions are made to address the issues pertinent to the planning effort.

- **Step 3 – Data and Information Collection:** Based on planning criteria, data and information for the resources in the planning area are collected.

- **Step 4 – Analysis of the Management Situation:** Inventory data and other information are analyzed to determine the ability of the planning area to supply goods and services and to respond to identified issues and opportunities.

- **Step 5 – Alternatives Formulation:** A range of reasonable management alternatives that address issues identified during scoping are developed.

- **Step 6 – Alternatives Assessment:** The environmental impacts of each alternative are estimated and analyzed.

- **Step 7 – Preferred Alternative Selection:** The alternative that best resolves planning issues is identified as the Preferred Alternative.

- **Step 8 – Land and Resource Management Plan Selection:** A draft LRMP and EIS are issued and made available to the public for review and comment. During the public review period, public

meetings are held to further explain the documents, address questions, and accept comments. After comments to the draft documents have been received and analyzed, the draft LRMP and EIS are revised and modified, as necessary, and a revised LRMP and FEIS are published. The portion of the LRMP addressing BLM lands is subject to a 30-day protest period, after which a Record of Decision (ROD) is issued once protests, if any, are resolved. The portion of the LRMP addressing management of National Forest Service (NFS) lands is finalized in a ROD, which is then made available for a 90-day appeal period. (The BLM's 30-day protest period occurs prior to release of the ROD, and the USFS's 90-day appeal period occurs following release of the ROD.)

- **Step 9 – Implementation:** Upon approval of the ROD, land use decisions outlined in the approved LRMP are effective immediately and would require no additional planning or NEPA analysis (except as required for individual projects).

- **Step 10 – Monitoring:** This process is intended to provide information on progress toward achieving outcomes, desired conditions and objectives, and how well management requirements such as standards and guidelines are being applied.

## 1.4.1   Key Decisions in the Land and Resource Management Plan

The key decisions to be made in this integrated planning process include:

- The establishment of desired outcomes, including multiple-use goals and objectives (36 CFR 219.11(b) - 1982 and 43 CFR 1601.0-5(k)(3)). These are primarily expressed as desired conditions and objectives in the LRMP.

- The establishment of management actions and requirements, including measures or criteria that would be applied in order to guide day-to-day activities (36 CFR 219.13 to 219.27 - 1982 and 43 CFR 1601.0-5(k) (2) and (4)). These are primarily expressed as standards and guidelines in the LRMP.

- The establishment of MA direction, allowable uses, allocations, restrictions, prohibitions, and availability of lands for specific uses (36 CFR 219.11(c) - 1982 and 43 CFR 1601.0-5(k)(1), (2), and (3)).

- The designation of research natural areas (RNAs), ACECs, and other special designations and areas (36 CFR 219.25 - 1982, 43 CFR 1601.0-5(k)(1) and 43 CFR 1601.7-2).

- The recommendations of NFS lands for inclusion in the National Wilderness Preservation System (36 CFR 219.17 - 1982).

- The identification of river segments that are suitable for inclusion in the National Wild and Scenic Rivers System (Public Law [PL] 90-542 and 36 CFR 219.2(a) -1982).

- The designation of suitable timber land (16 USC 1604(k) and 36 CFR 219.14 - 1982) and the establishment of ASQ (36 CFR 219.16 - 1982).

- The establishment of monitoring and evaluation requirements (36 CFR 219.11(d) - 1982, 43 CFR 1601.0-5(k)(8), and 43 CFR 1610.4-9).

- Allocation of livestock forage (animal unit months [AUMs]) and areas available for livestock grazing on BLM-administered public lands (43 CFR 4100.0-8, BLM Handbook 1601-1, Land Use Planning, Appendix C II. B).

BLM_0031897

## 1.4.2   Key Decisions in the U.S. Forest Service Oil and Gas Leasing Availability

A planning-related action analyzed in this FEIS is the identification of SJNF lands that would be available for oil and gas leasing, along with designation of lease stipulations to be applied to future leases (36 CFR 228.102(c) and (d)). The BLM makes decisions regarding leasing availability within its plan decisions. The oil and gas leasing availability decision consists of identifying those areas that would be:

- open to leasing, subject to the terms and conditions of the standard oil and gas lease form (including an explanation of the typical standards and objectives to be enforced under the standard lease terms);

- open to leasing, subject to lease stipulations, such as prohibiting surface use on areas larger than 40 acres, or other such standards that may be developed for stipulation use (with discussion as to why the constraints are necessary and justifiable); or

- closed to leasing, with distinction made between those areas that are closed through exercise of management direction, and those closed by law or regulation.

## 1.4.3   Bureau of Land Management Plan Decisions and Implementation Decisions

For the BLM, plan decisions and implementation decisions reflect two distinct steps in the planning process. Appendix C in BLM Land Use Planning Handbook H-1601-1 provides program-specific guidance to separate land use plan decisions from implementation decisions.

The LRMP analyzed in this FEIS provides broad plan decisions as described above. Implementation decisions deal with the subsequent implementation of site-specific activity plans or projects within the planning area. Implementation decisions must be consistent with the LRMP and other applicable federal statutes and regulations. In most cases, these subsequent implementation plans and decisions include additional analysis under NEPA and associated public review. Implementation decisions are also different from plan decisions in that they are not protestable under BLM regulations governing the protest process (43 CFR 1610.5-2), whereas plan decision are protestable. The only implementation decision being made in this plan is the approval of the designated route system that was proposed through the Mancos-Cortez Travel Management Plan (2009).  A plan amendment for off-highway vehicle (OHV) area designations was never compelted to allow those route designations to take effect.  This LRMP establishes those OHV area designations and therefore confirms the route designation implemention decisions made in that plan.  Analysis of these implementation decisions occurred in the Mancos-Cortez Travel Management Plan and is not repeated in this document.  There would be no other implementation decisions made as a result of this LRMP and FEIS. Therefore, implementation decisions dealing with activity- and project-level plans are not considered further in this document.

## 1.4.4   Multiple-level Decision-making

Land use plans are only part of a multiple-level decision-making framework for the BLM and USFS. Land use plans are designed to be consistent with national-level agency policies and regulations, as well as strategic plans that establish goals, objectives, performance measures, and strategies for each agency. They provide the broad guidance and information needed for subsequent project and activity decision-making. This LRMP would guide relevant resource management programs, practices, uses, and protection measures. Land use plans do not grant, withhold, or modify any contract, permit, or other legal instrument; subject anyone to civil or criminal liability; or create any legal rights. Land use plans also, typically, do not approve or execute projects and/or activities.

This FEIS examines potential environmental impacts that could occur as a result of land use allocations and/or the implementation of actions associated with the final planning decisions. Potential subsequent projects and/or activities are discussed in this document in order to analyze the differences between the alternatives. These projects and activities are actions that could occur, but are not necessarily authorized or approved by the LRMP, and would primarily be required to be analyzed by subsequent environmental analysis (40 CFR 1508.23). It is expected that future environmental analysis of projects and activities allowed under this LRMP would be tiered to this FEIS (40 CFR 1508.28). NEPA defines "tiering" as the coverage of general matters in broader EISs with subsequent narrower statements or environmental analyses that incorporate by reference the general discussions, allowing discussions to then concentrate solely on the issues specific to the statement subsequently prepared.

### 1.4.5   Consistency of Projects with the Land and Resource Management Plan

All projects and activities authorized by the BLM and USFS must be consistent with the LRMP (16 USC 1604(i) and 43 CFR 1601.5-3). A project or activity would be considered consistent with the LRMP if it is consistent with the desired conditions, objectives, standards, guidelines, allowable uses, and other management actions and decisions approved in the plan. If a project or activity as proposed would not be consistent with the LRMP, the Responsible Official has the following options: he or she must either modify the proposal so that the project or activity would be consistent, reject the proposal, or amend the plan contemporaneously with the approval of the project or activity so that the project or activity is consistent with the LRMP, as amended. The amendment may be limited to apply only to the project or activity or may apply more broadly.

### 1.4.6   Consistency of Projects with the Oil and Gas Leasing Availability Decision

After the oil and gas leasing availability decision is made for SJNF lands, the USFS would authorize the BLM to lease specific lands. Subsequent lease nominations submitted to the BLM by industry would be subject to verification that leasing has been adequately addressed in a NEPA document and is consistent with the LRMP, and assurance that conditions of surface occupancy identified in the leasing availability decision are properly included as stipulations in resulting leases. The BLM would also determine whether operations and development could be allowed somewhere on each proposed lease, except where stipulations prohibit all surface occupancy. Ground-disturbing activities, such as drilling exploratory wells, would require further NEPA analysis when an application for permit to drill is received. Proposals to develop a well field would also require site-specific NEPA analysis before being approved.

## 1.5  Purpose and Need

The Council on Environmental Quality regulations (40 CFR 1502.13) require that an EIS "briefly specify the underlying purpose and need to which the agency is responding in proposing the alternatives including the proposed action." The purpose and need section of this FEIS provides a context and a framework for establishing and evaluating the reasonable range of alternatives described in Chapter 2.

### 1.5.1   Purpose and Need for Plan Revision

In April 2004, the BLM and USFS initiated a joint revision of the land use plans that guide management of the SJNF and TRFO. The two previous land use plans would be replaced by one coordinated plan that covers all lands administered by the two agencies, excluding the Canyons of

BLM_0031899

the Ancients National Monument. The LRMP is structured differently than a typical BLM Resource Management Plan (RMP) or a USFS Forest Plan, due to the dual-agency nature of the combined planning process. The LRMP is found in Volume II and corresponds to Alternative B, the Preferred Alternative. The ways in which other alternatives vary from the LRMP are discussed in Chapter 2 of the FEIS.

The BLM and USFS identified the need to revise the existing plans through a formal evaluation of the plans, consideration of the Analysis of the Management Situation, evaluation of monitoring findings, examination of issues identified during the public scoping process, and collaboration with local, state, and federal agencies, as well as tribes and tribal entities. Based on analysis of this information, a new plan is needed because of the social, environmental, and administrative conditions that have changed since the 1985 San Juan/San Miguel Resource Management Plan and the 1983 San Juan National Forest Land and Resource Management Plan were developed. There are higher levels of controversy around existing issues, and new, unforeseen public land issues and concerns that have arisen over the years that were not addressed in the previous plans. In addition, new resource assessments and scientific information is available to help the agencies make more informed decisions.

Management direction in the existing plans needs to be updated to:

- achieve a balance between continued traditional uses of the planning area, such as with timber harvest, grazing, and the diverse mix of recreation activities (many of which require, or are enhanced by, the maintenance of large, contiguous areas of relatively undeveloped land);

- incorporate current knowledge of the ecosystems that make up the planning area, based on new information available due to updated vegetation inventories and studies conducted since the existing plans were developed;

- reflect the increased focus that the USFS and BLM have had on ecological restoration since the existing plans were developed;

- incorporate current knowledge about the role of natural fire, insects, disease, and other disturbance processes in the ecosystems that make up the planning area;

- reflect changes in the wood products industry that have occurred since the 1992 significant amendment to the San Juan National Forest Land and Resource Management Plan;

- represent the increased focus on working with communities in order to reduce the risk of wildfire in the wildland-urban interface (WUI) in residential areas;

- achieve a balance between energy production needs and the protection of other resources;

- acknowledge the population growth in local communities and the increased emphasis on public lands amenities used by people living near the planning area;

- incorporate the increased knowledge of the types of benefits, settings, and opportunities people are seeking when they recreate in the planning area;

- help resolve travel management conflicts and provide a better basis for subsequent site-specific decisions on designating routes for motorized travel;

- update land allocations related to potential and existing downhill ski areas (East Fork, Wolf Creek Valley, and Wolf Creek) in order to reflect changed conditions;

- encourage working collaboratively with stakeholders in order to balance water development opportunities and protect other resources;

BLM_0031900

- reflect the emphasis on key areas of the planning area that have unique and outstanding features and legal definition; and

- incorporate an updated inventory of river segments that meet the eligibility requirements of the Wild and Scenic Rivers Act (WSRA) and determine the best mechanisms to protect their outstandingly remarkable values while, at the same time, balancing competing opportunities for water development and other uses.

Existing decisions were reviewed for their relevance, as well as for their potential effectiveness, in the continued management of resources. Relevant decisions from the existing agency land use plans and any activity plans would be carried forward. Examples include decisions from the Wild Horse Appropriate Management Level in the Spring Creek Basin HMA (EA #CO-800-2005-027) (BLM 2005a), the San Juan-Rio Grande National Forests Wilderness Management Direction (USFS 1998), and the Colorado Wilderness Study Report (BLM 1991a).

### 1.5.2   Purpose and Need for the U.S. Forest Service Oil and Gas Leasing Availability Decision

In order to respond to formal requests for oil and gas leases, the USFS needs to identify SJNF lands that would be available for oil and gas leasing. The need for identifying lands available for leasing arises from the public's demand for energy, specifically oil and natural gas, and the federal government's policy to "foster and encourage private enterprise in… the orderly and economic development of domestic mineral resources" (Mining and Minerals Policy Act of 1970).

The purpose of making NFS lands available for oil and gas leasing is to facilitate the production of energy resources in support of local and regional economies and a secure and stable domestic energy supply. Making lands on the SJNF available for oil and gas leasing would contribute to meeting the need for energy resources developed and produced in an environmentally sound manner.

Oil and gas leasing on the SJNF would be consistent with the revised LRMP, comply with the requirements for leasing analysis and decisions at 36 CFR 228.102, allow processing of pending lease nominations (approximately 360,000 acres, mostly on the western portion of the SJNF) and future nominations, and be consistent with the Colorado Roadless Rule.

## 1.6   Planning Issues

NEPA requires that federal agencies hold an open and early process for determining the scope of issues that could be associated with the Proposed Action. The term "scope" is defined as the range of actions, alternatives, and impacts to be considered during NEPA analysis. The objectives of the scoping process for this planning effort were to identify potentially interested parties, identify public and agency concerns, define the range of issues to be addressed in the LRMP, ensure that relevant issues were identified early and guided the process, and establish a public record. To achieve these objectives, the SJNF and TRFO conducted a broad community-based scoping process described in Chapter 4.

Planning issues identify demands, concerns, and/or conflicts regarding the use and management of public lands and typically express potential impacts on land and resource values. The main topic areas addressed in the LRMP and FEIS were identified based on input from interagency consultation, other federal agencies, state and local governments, cooperating agencies, the public, industry representatives, and special interest groups. The issues represent the challenges that exist with

BLM_0031901

current management. The SJNF and TRFO documented each of the issues in a scoping report and placed each in one of three categories:

1.   Issues to be resolved in the LRMP, oil and gas leasing availability decision, and EIS;

2.   Issues to be resolved through policy or administrative action; and

3.   Issues beyond the scope of the LRMP, oil and gas leasing availability decision, and EIS.

The scoping report provided rationale for each issue placed in category 2 or 3. The identified issues in category 1 are addressed in Alternative B, the Preferred Alternative. The other alternatives vary in terms of program emphasis, land allocations, and suitable uses. Not all aspects of the existing land management plans need to be changed; consequently, some things are held constant between alternatives.

Four main issues were derived from the scoping process and guided the development of alternatives in this FEIS. The alternatives reflect where people had notably different ideas about how to manage or use different areas administered by the SJNF and TRFO. These different ideas came from the community study groups, scoping meetings, written comments, and other scoping activities. These issues are described below.

### Issue 1: Balancing Management between the Ideas of Maintaining "Working Forest and Rangelands" and Retaining "Core Undeveloped Areas"

Two key features of the planning area include its large expanses of relatively pristine lands and the broad mix of traditional uses and activities that still occur throughout much of the area. Much of the discussion in community meetings focused on how much people value these features and how to best maintain a good balance between them.

When people discussed maintaining a "working forest," the emphasis included respecting valid and existing rights to resources, retaining access and commodity production activities that are important to the economy of local communities, and continuing historical uses in areas where access and infrastructure investments have already been made.

The desires expressed by the people who discussed retaining "core undeveloped areas" included retaining areas that have not been developed in order to provide high-quality wildlife habitat and corridors, minimize ecosystem fragmentation, and support natural ecosystem functions. Maintaining the roadless character of much of the planning area was identified as important by wildlife managers, sportsmen, recreationists, and many interested citizens.

### Issue 2: Providing Recreation and Travel Management within a Sustainable Ecological Framework

The lands administered by the SJNF and TRFO are becoming increasingly important as a scenic backdrop, as well as a place to recreate, to residents of nearby communities and people visiting the area. Discussions at community meetings often included the need to find a balance between the way long-time residents, new arrivals, and visitors use the public lands. There was also much discussion on achieving a balance between areas where motorized recreation would be allowed and where non-motorized forms of travel and recreation would dominate. Opinions were divided on the appropriate mix of different types of recreation settings and opportunities that should be provided on public lands. Opinions also differed on where to emphasize motorized travel versus non-motorized travel.

BLM_0031902

### Issue 3: Management of Special Area Designations and Unique Landscapes

A number of unique and special areas were identified during the scoping process as meriting special attention. The importance of maintaining scenic views and recreation opportunities along important travel routes, such as along the San Juan Skyway, the Alpine Loop Backcountry Byway, the Continental Divide National Scenic Trail (CDNST), and the Colorado Trail, were common to all interests and areas represented across the alternatives. Some established designations, such as the Spring Creek Wild Horse Herd Management Area (HMA), were also carried forward in all alternatives. Suitability of roadless areas of the SJNF for inclusion in the National Wilderness Preservation System and the suitability of rivers and streams on both SJNF and TRFO lands for inclusion in the National Wild and Scenic Rivers System are examined and analyzed in alternatives. Alternative ways of managing some unique landscapes, including the Dolores River Canyon, Silverton, Rico, and the HD Mountains, are also examined.

### Issue 4: Management of Oil and Gas Leasing and Development

The lands administered by the SJNF and TRFO contain several areas with moderate to high potential for oil and gas resources. A key challenge for the future is providing for potential energy development while, at the same time, protecting other resource values. People expressed concerns regarding both where and how development might occur.

Community participants noted that plan decisions and oil and gas leasing availability decisions need to be coordinated so that the infrastructure needs (roads, well pads, and pipelines) for oil and gas development are compatible with desired conditions for specific areas of land. Comments mostly related to whether new road construction should occur in areas that are currently undeveloped. Areas available for leasing vary by alternative in order to reflect the different land allocations and management emphases in the alternatives.

Lease stipulations provide protection for other resource values and land uses, such as unique soil conditions, steep slopes, ecological integrity, wildlife habitat, cultural resources, high-use recreation areas, and scenic quality. Stipulations would be applied to new leases in order to respond to issues of how development might occur.

## 1.7 Applicable Laws

A broad range of federal policies, decisions, and laws guide development of the LRMP, EIS, and the oil and gas leasing availability analysis. Key laws with bearing on the decisions are discussed below. Additional planning guidance for both agencies is included in several executive orders (EOs), agency manuals and handbooks, policy memorandums, and regulations and laws where applicable.

Most aspects of the BLM and USFS planning processes have been combined. Where laws, regulations, and/or policies that govern planning for each agency differ, the planning process and associated documents remain separated and are clearly identified as applying to only one agency.

### Federal Land Policy Management Act of 1976

FLPMA establishes the land management authority of the BLM and provides guidance for how public lands are to be managed by the BLM. The BLM manages public lands on the basis of multiple use and sustained yield. It requires that the quality of scientific, scenic, historical, ecological, environmental, air and atmospheric, water resource, and archaeological values be protected. Sections 201 and 202 of FLPMA establish the BLM's land use planning requirements.

BLM_0031903

## National Forest Management Act of 1976

The NFMA amended the Forest and Rangeland Renewable Resources Planning Act of 1974 to require preparation of land management plans for national forests and national grasslands. Land management plans provide guidance and direction to the agency for all resource management activities on the unit. Under the NFMA, the USFS must prepare land management plans using an interdisciplinary team and public participation. In addition, the USFS must comply with NEPA in the development, review, and revision of land management plans. Permits, contracts, plans, and other instruments used in managing NFS lands—such as timber sale contracts, grazing permits, and mine reclamation plans—must be consistent with the land management plan.

## National Environmental Policy Act of 1969

NEPA established a national policy to maintain conditions under which people and nature can exist in productive harmony while, at the same time, fulfilling the social, economic, and other requirements of present and future generations of Americans. It established the Council on Environmental Quality in order to coordinate environmental matters at the federal level and advise the President on such matters. Under the law, all federal actions that could result in a significant impact on the environment are subject to review by federal, state, local, and tribal authorities, as well as by affected parties and interested citizens.

## Clean Air Act of 1963

Congress passed the Clean Air Act in 1963, the Air Quality Act in 1967, the Clean Air Act Extension of 1970, and Clean Air Act Amendments in 1977 and 1990. The 1963 Clean Air Act relied on states to issue and enforce regulations regarding air pollution. Congress amended the Clean Air Act in 1970 and established the U.S. Environmental Protection Agency (EPA) to set and enforce national standards for air pollution. In 1990, the EPA was authorized to set National Ambient Air Quality Standards (NAAQS), which establish acceptable concentrations of six criteria pollutants: ozone ($O_3$), carbon monoxide (CO), sulfur dioxide ($SO_2$), lead (Pb), nitrogen dioxide ($NO_2$), and particulate matter less than 2.5 microns in size ($PM_{2.5}$).

## Clean Water Act of 1972

The Clean Water Act, or the Federal Water Pollution Control Act, is the principal law governing pollution of the nation's surface waters (33 USC 1251). Originally enacted in 1948, it was revised, by subsequent amendments, to spell out programs for water quality improvements; programs that are still being implemented by industries and municipalities. The Clean Water Act consists of two major parts. The first provision authorized federal financial assistance for municipal sewage treatment plant construction. The second provision, which is regulatory, established a national policy to maintain conditions under which people and nature can exist in productive harmony while, at the same time, fulfilling social, economic, and other requirements.

## Endangered Species Act of 1973

Management activities on private and public lands are subject to the Endangered Species Act (ESA), as amended. It directs project proponents or government agencies, as appropriate, to consult with the U.S. Fish and Wildlife Service (USFWS) and/or the National Oceanic and Atmospheric Administration Fisheries Service in order to address the impacts of management activities on threatened and endangered species and designated critical habitat. This consultation leads to the issuance of a Biological Opinion (BO) and may result in the issuance of a Section 10(a) (for non-federal actions) or Section 7 permit (for federal actions) by the USFWS and/or the National Oceanic and Atmospheric Administration Fisheries Service. The SJNF and TRFO are consulting with the USFWS regarding any

actions under the LRMP that may affect ESA listed species. To this end, a biological assessment (BA) has been prepared for the actions proposed through the LRMP.

## The National Historic Preservation Act

The National Historic Preservation Act (NHPA) is the primary federal law providing for the protection and preservation of cultural resources. The NHPA established the National Register of Historic Places (NRHP), the Advisory Council on Historic Preservation, and the State Offices of Historic Preservation.

## The Migratory Bird Treaty Act of 1966

The Migratory Bird Treaty Act (MBTA) is the domestic law that implements the United States' commitment to four international conventions (with Canada, Japan, Mexico, and Russia) for the protection of a shared migratory bird resource. Under this law, all migratory birds and their parts (including eggs, nests, and feathers) are fully protected. Each of the conventions protects select species of birds that are common to multiple countries (i.e., they occur in more than one country at some point during their annual life cycle). The law is implemented by the USFWS. The SJNF and TRFO would be required to manage the bird populations on the lands they administer consistent with the requirements of the MBTA.

## Multiple-Use and Sustained-Yield Act of 1960

The Multiple-Use and Sustained-Yield Act of 1960 (MUSY) states, "National Forests are established and administered for outdoor recreation, range, timber, watershed, and fish and wildlife purposes" (16 USC 528). Through the MUSY, the Secretary of Agriculture is authorized and directed to develop and administer the renewable surface resources of the national forests for multiple use and sustained yield of the several products and services obtained therein. In the administration of the national forests, due consideration shall be given to the relative values of the various resources in particular cases. The Secretary of Agriculture is also authorized to cooperate with state and local governmental agencies in management of national forests (16 USC 529).

## Mineral Leasing Act of 1920, as amended

The Mineral Leasing Act provides for the leasing of deposits of coal, phosphate, sodium, potassium, oil, oil shale, native asphalt, solid and semi-solid bitumen, and bituminous rock or gas, and lands containing such deposits owned by the United States, including those in national forest, but excluding those acquired under other acts subsequent to February 25, 1920.

## Federal Onshore Oil and Gas Leasing Reform Act of 1987

The Federal Onshore Oil and Gas Leasing Reform Act amended the Mineral Leasing Act of 1920 by establishing a new oil and gas leasing system, and changing certain operational procedures for onshore federal lands. The Federal Onshore Oil and Gas Leasing Reform Act states that the BLM cannot lease over the objection of the USFS and authorizes the USFS to regulate all surface-disturbing activities conducted pursuant to a lease on NFS lands. The act requires the USFS to evaluate lands within national forests for potential oil and gas leasing. The USFS decides whether lands would be available for leasing and decides under what conditions (stipulations) the leases would be issued.

## Mining and Minerals Policy Act of 1970

The Mining and Minerals Policy Act declares that it is the continuing policy of the federal government in the national interest to foster and encourage the orderly and economic development of domestic

BLM_0031905

mineral resources, reserves, and reclamation of metals and minerals to help assure satisfaction of industrial, security, and environmental needs.

## Energy Policy Act of 2005

The Energy Policy Act provides for the Secretaries of the Interior and Agriculture to designate, under their respective authorities, corridors for oil, gas, and hydrogen pipelines and electricity transmission and distribution facilities on federal land in the 11 contiguous western states (as defined in Section 103(o) of FLPMA (43 USC 1702(o)). Designated corridors are to be incorporated into USFS and BLM land use plans.

## Energy Security Act of 1970

The Energy Security Act established the intent of Congress that the Secretary of Agriculture shall process applications for leases of NFS lands and for permits to explore, drill, and develop resources on land leased from the USFS, notwithstanding the current status of land management plans.

## The Brunot Agreement

The Brunot Agreement, ratified by Congress in 1874, withdrew over 5,000 square miles in the mountains of southwest Colorado from the 1868 Ute Reservation. The agreement, entered into between the United States (as represented by Felix Brunot) and the Ute Indians in Colorado, was passed into law (18 Stat., 36) by the House of Representatives and the Senate of the U.S. Congress on April 29, 1974. Under the "reserved rights doctrine," hunting rights on reservation lands relinquished by the Utes were retained; that is, the tribes retained such rights as part of their status as prior and continuing sovereigns. Article II of the Bruno Agreement specified "the United States shall permit the Ute Indians to hunt upon said lands so long as the game lasts and the Indians are at peace with the white people." The Ute Mountain Ute Tribe's hunting rights were acknowledged when the tribe sued the State of Colorado for their historical hunting rights in 1978. The rights were granted to the tribe under a consent decree that gave enrolled members of the Ute Mountain Ute Tribe the right to hunt deer and elk in the Brunot area for subsistence, religious, or ceremonial purposes. The consent decree specified that tribal members may hunt deer and elk without a state license year-round, providing that they obtain a tribal hunting permit. In 2013, the Ute Mountain Ute Tribe re-negotiated this agreement with the State of Colorado to include the Tribe's fishing rights and the right to hunt a certain number of black bears, moose, mountain goats, big horn sheep and mountain lions, in addition to the existing take of elk and mule deer within the Brunot area. Other game animals may be hunted without a license and without bag limits, but only during hunting seasons established by Colorado Parks and Wildlife (CPW). In 2008, the Southern Ute Indian Tribe signed an agreement with the State of Colorado which reinstated their hunting and fishing rights within the Brunot area. The SJNF and TRFO will continue to ensure that the hunting and fishing rights of the 1873 Brunot Agreement are upheld on public lands under their management jurisdictions. In exercising their Brunot hunting rights, the Ute Mountain Ute and Southern Ute tribal members are required to adhere to federal policy and regulations designed to protect natural and cultural resources.

BLM_0031906

# CHAPTER 2  – ALTERNATIVES

This chapter presents four LRMP alternatives that represent different approaches to the management of the public lands and resources administered by the USFS and BLM. The alternatives discussed in this chapter include the No Action Alternative (labeled Alternative A) and three other alternatives (labeled Alternative B, Alternative C, and Alternative D). A No Leasing Alternative for oil and gas is also analyzed as part of the oil and gas leasing availability decision.

Chapter 2 includes the following discussions:

- **2.1 Development of Alternatives:** This section describes how the alternatives were developed during the agency and public scoping process, as well as how each alternative emphasizes or reflects different aspects for managing the SJNF and TRFO.

- **2.2 Important Points Common to All Alternatives:** This section describes how the alternatives represent, to varying degrees, the principles of multiple use and sustained yield of USFS- and BLM-administered lands in the planning area, as directed by all applicable laws, rules, regulations, standards, policies, and guidelines.

- **2.3 Alternatives Considered but Eliminated from Further Analysis:** This section describes several issues that were raised during the scoping process that were considered, but not carried forward, for further analysis as alternatives.

- **2.4 Comparison of Alternatives:** This section explains the differences among the alternatives related to the primary revision issues and related LRMP decisions.

- **2.5 Summary and Comparison of Environmental Consequences:** This section provides a comparative summary of the effects of the alternatives on each resource.

## 2.1  Development of Alternatives

Land use planning regulations and NEPA require the USFS and BLM to develop a range of reasonable alternatives during the planning process. The basic goal of developing alternatives is to prepare different combinations of management scenarios in order to address all identified issues and resolve conflicts among uses. Alternatives must meet the purpose and need; must be reasonable; must provide a mix of resource protection, use, and development; must be responsive to the issues; and must meet the established planning criteria. Under all of the alternatives, the SJNF and TRFO would manage the public lands in accordance with all applicable laws, regulations, policies, standards, and guidelines.

The development of alternatives for this LRMP/FEIS was guided by applicable provisions of the NFMA and FLPMA, applicable LRMPs, and implementation of NEPA. Management actions (alternatives), including the No Action Alternative, were developed in order to address planning issues, concerns, and requirements, and to provide direction for resource programs influencing land management and resource use in the planning area. The alternatives were developed using an iterative process that focused on improving current management. Each management alternative would represent a different combination of resource uses, management allocations, and environmental consequences (see Chapter 3).

The development of the alternatives analyzed in this LRMP/FEIS included a public scoping process that allowed interested members of the public, Native American tribal governments and entities, special interest groups, and federal, state, and local government agencies to comment on and

contribute input with regard to the planning process. On September 23, 1999, a Notice of Intent (NOI) to revise the USFS San Juan National Forest Land and Resource Management Plan was published in the *Federal Register*. On December 14, 2004, a second NOI was published, updating timelines and informing all interested parties that the BLM San Juan/San Miguel Resource Management Plan would be revised concurrently.

Detailed analyses of conditions and trends for social, economic, and ecological elements related to the planning area were developed early in the process. These analyses included consideration of relevant new information, as well as legal, regulatory, and policy changes that have occurred since the last planning period. Results from the analyses were used in the public scoping process in order to inform stakeholders, focus the issues, and enhance overall communication.

The public scoping process began in January 2005. Alternatives were developed using a community participation process that centered on a series of meetings held in local communities. Web-based mechanisms were also offered so that all interested parties could interact using the Internet. People were encouraged to participate in the entire series of community study group meetings in order to build upon knowledge gained during earlier meetings and to stay informed as alternative development progressed. It was a mutual learning experience for both community members and agency personnel.

During the scoping process, public lands in the planning area were divided into 33 smaller landscapes. This was done so that people could discuss conditions, concerns, and solutions for issues in the context of specific places, rather than at an abstract level. Scoping participants identified outstanding features, primary uses, concerns with current management, and opportunities for improvement for each landscape. Alternative development was also influenced by consultation and discussions with other federal agencies, state and local governments, cooperating agencies, Native American tribal agencies, CPW, Colorado's Roadless Areas Review Task Force, the Governmental Water Roundtable (a group convened to give water input specific to the LRMP), and local recreation organizations, as well as written comments from all interested parties.

During the community study group meetings, management direction for areas was depicted primarily in terms of MAs that varied in levels of development and suitability for different uses and/or activities. The interdisciplinary team and staff created a preliminary draft of MA allocations by translating the BLM Emphasis Areas and SJNF management prescriptions found in the two existing land management plans into MAs. These preliminary land allocations were used as a starting point for community study group discussions about their preference for how areas should be managed. Using a spectrum of MAs ranging from MA 1 (Natural Processes Dominate, i.e., very little if any management or uses allowed) to MA 5 (Working Forest and Rangelands, i.e., areas where management and uses are likely, evident, and encouraged) to MA 8 (Permanently Developed Lands, i.e., applied to areas with dams or downhill ski areas), the public expressed their preference for how areas should be managed. A description of the MAs used in the community study groups is provided in Chapter 3 of the LRMP.

For many areas within each landscape, participants agreed with the proposed land allocations; for other areas, people suggested changes and described their rationale for the changes. Areas with varying preferences for management and allowable uses were used to develop the alternatives analyzed in this FEIS.

### 2.1.1 Application of Management Areas

As described above, the composition of MAs were used in the public scoping meetings as a starting point for developing alternatives with the public. For the FEIS, resource suitability and allowable

resource use decisions have been used in addition to MAs for analyzing impacts and describing how each alternative responds to the four issues and related LRMP decisions. Resource-specific allocations compliment the MA preferences identified during public scoping, including but not limited to lands suitable for timber production, lands suitable and capable for livestock grazing, and lands available for lease, areas open, closed, or limited to motorized use. These resource decisions and related MA allocations on SJNF lands are further described in Section 2.4.1 below.

MA allocations have been removed from BLM lands in the LRMP to be consistent with BLM planning guidance (USFS planning regulations require designation of MAs, while BLM planning regualtions contain so such requirement). While MAs are no longer proposed to apply to BLM lands on the TRFO, the related resource-specific land allocations are reflective of the MA preferences that were expressed by the public for each alternative, and these allocations are consistent with BLM's planning direction.

## 2.1.2   Supplement to the Draft Environmental Impact Statement

During the 120-day public comment period for the Draft LRMP/EIS, we received comments suggesting that the Reasonable Foreseeable Development (RFD) scenario for oil and gas development projections in the Paradox Basin were low because the draft did not consider the development potential of Gothic Shale gas, a potential new shale gas development play underlying portions of Montezuma, Dolores, and San Miguel Counties. These comments and supporting documentation indicated that the following conditions used in the USFS's and BLM's oil and gas leasing and development analysis had changed:

- geologic source potential: the emergence of a Gothic Shale Gas Play (GSGP) area in southwest Colorado identified as having high resource potential;

- development technology: the advancement of horizontal drilling and hydraulic fracturing, which makes extraction of gas from shale formations possible and more economical; and

- demand and activity: there has been significant leasing interest from industry on federal mineral estate within the GSGP area since the release of the Draft EIS and increased permitting activity on non-federal mineral estate lands within the GSGP area.

The USFS and BLM also received comments on the Draft LRMP/EIS suggesting that the type of air quality model used was inappropriate for the scale of the plan and that capabilities of the model as used in the Draft EIS had been exceeded. The USFS and BLM considered all of this information and, through further technical evaluation, determined that 1) the GSGP was a high potential play that should be evaluated and 2) a more detailed air quality model and analysis was needed to adequately represent potential air quality impacts in the planning area and disclose results specific to the new development projections for the GSGP area. Hence, it was determined that a Supplement to the Draft EIS was needed in order to incorporate this new information and analysis into the Draft LRMP/EIS.

A Supplement to the Draft EIS was released on August 26, 2011, for a 90-day public review and comment. Comments received on both the Draft LRMP/EIS and the Supplement to the Draft EIS were used in developing the final set of alternatives analyzed in this Final EIS.

## 2.2   Important Points Common to All Alternatives

Each of the LRMP alternatives would:

BLM_0031909

- protect basic soil, air, water, and land resources in order to encourage long-term, healthy, and sustainable ecosystems;

- meet the BLM Colorado Public Land Health Standards;

- provide for diverse ecosystems;

- emphasize the important role that federal lands play in providing for diversity of plant and animal communities based on the suitability and capability of the specific land area in order to meet overall multiple-use objectives. Fish and wildlife habitat is managed to maintain viable populations of existing native and desired non-native vertebrate species on SJNF lands.

- provide recreation settings and maintain scenic quality in response to the needs of USFS and BLM public land users and local communities;

- protect heritage resources, in accordance with applicable laws and regulations, while, also providing educational opportunities at appropriate sites;

- sustain multiple uses, products, and services (including timber harvesting, livestock grazing, locatable and leasable minerals development, and recreational uses);

- emphasize improved landownership and access patterns that would benefit both private landowners and the public;

- emphasize cooperation with individuals, organizations, Native American tribes, and other agencies in order to better coordinate the planning and implementation of projects;

- implement the revised standards, guidelines, and other referenced guidance found in the LRMP;

- promote rural development opportunities in order to enrich cultural life, enhance the environment, provide employment, and improve living conditions;

- promote actions that would continue to encourage active public participation in the planning and management processes; and

- manage the roadless areas in compliance with the Colorado Roadless Rule. (On the SJNF, 566,100 acres are inventoried as Colorado Roadless Areas [CRAs].)

A number of designations and activities would not change under the alternatives, including:

- existing ski-based resorts (although boundaries may vary by alternative);

- existing components of the National Wilderness Preservation System;

- existing developed recreation sites, utility corridors, and electronic sites;

- currently designated national scenic and recreation trails;

- currently designated scenic byways;

- currently designated NRHP and archeological districts;

- currently designated BLM wilderness study areas (WSAs);

- currently designated BLM Wild Horse HMAs;

- the development of coalbed methane (CBM) gas in the HD Mountains (as described in the ROD for the Northern San Juan Basin EIS [USFS and BLM 2007]), although availability of that area for new leases may vary by alternative;

BLM_0031910

- existing current, valid mineral lease rights (lands leased prior to the date of this plan decision would be subject to valid existing rights under lease terms and may be conditioned to be in compliance with the LRMP); and

- currently withdrawn areas from oil and gas leasing within SJNF lands, including designated wilderness areas—Lizard Head, Weminuche, and South San Juan—and the Piedra area.

## 2.3 Alternatives Considered but Eliminated From Further Analysis

Several alternatives were considered during the planning process, but were eliminated from further detailed analysis. The planning team used input, past management experience, and laws and regulations in designing the alternatives that were analyzed in detail during the planning process. Many of the suggestions proposed by interested parties and the public were used to develop and shape the analyzed alternatives even if they were presented in an alternative that was not carried forward in its entirety. The following are alternatives not considered in detail, including the reasons why they were eliminated:

### 2.3.1  Exclusive Use or Elimination of Traditional Uses Alternatives

Alternatives proposing exclusive use, or protection of one resource at the expense of other resources, were not considered. Several laws mandate that the BLM and USFS manage public lands for multiple uses and sustained yield. This legal and regulatory requirement eliminates exclusive-use alternatives, such as alternatives that would close all public lands to livestock grazing or those that would manage for wildlife values only at the expense of other resource considerations. Several proposed alternatives for exclusive use or elimination of traditional uses are detailed below.

**No Livestock Grazing Alternative:** This alternative would close the entire planning area to livestock grazing. This alternative was eliminated from detailed analysis for several reasons. NEPA requires that agencies study, develop, and describe appropriate alternatives in order to recommend courses of action in any proposal that involves unresolved conflicts concerning alternative uses of available resources. No issues or conflicts have been identified during this land use planning process that would require the complete elimination of livestock grazing within the planning area as a resolution. No comments were received during the scoping process that suggested a no livestock grazing alternative should be considered, and the agencies received feedback from the public during LRMP study group meetings that a no livestock grazing alternative would not contribute to addressing the issues that the plan should focus on. Concerns over livestock grazing in some localized areas were brought to the managing agencies. Closures and adjustments to livestock use have been incorporated in the alternatives, as appropriate, on an area basis in order to address these issues. The USFS and BLM have considerable discretion through their livestock grazing regulations to determine and adjust stocking levels, seasons-of-use, and livestock grazing management activities, as well as to allocate forage. For these reasons, an alternative proposing no livestock grazing for the entire planning area is not needed and has been dismissed from further consideration in this analysis.

**No Coalbed Methane Gas Development in the HD Mountains Alternative:** This alternative would prohibit further development of existing oil and gas leases in the HD Mountains. However, this alternative would not be practical, due to valid existing rights. A number of persons also asked that the HD Mountains be recommended for inclusion in the National Wilderness Preservation System and/or be managed as an MA 1, where natural processes dominate. The HD Mountains Roadless

BLM_0031911

Area was analyzed but was found to not be available for wilderness, due to its high mineral potential, approved plans, and current development of existing oil and gas leases within the area.

The ROD for the Northern San Juan Basin Coalbed Methane (NSJB-CBM) Development EIS (USFS and BLM 1982) describes how development of current leases would proceed in the HD Mountains. This land management plan EIS addresses future management of the HD Mountains, including whether the area should be available for leasing after the current leases expire.

**Maximum Timber Yield Alternative:** This alternative would maximize timber production. This alternative was considered, but eliminated, because it was not considered reasonable given the required consideration of other resource desired conditions and objectives, likely budget levels, local mill capacities, and expected demand for timber products.

**Citizens for the Wild San Juan's Alternative:** As presented to the SJNF and TRFO, this alternative's goal would be to expand large, wild core habitats; return native fish and wildlife species; secure critical landscape connections; and promote living, working, and playing in harmony with native species and wild habitats in the planning area. In its entirety, this alternative would not meet the purpose and need for the new land management plan. The San Juan Citizens Alliance presented the alternative to the SJNF and TRFO, with endorsements from the Southern Rockies Ecosystem Project, the Wilderness Society, the Sierra Club – Rocky Mountain Chapter, the Rocky Mountain Recreation Initiative, the Center for Native Ecosystems, the Sinapu, the Biodiversity Conservation Alliance, the Colorado Environmental Coalition, the Colorado Wild, the Western Resource Advocates, and the Upper Arkansas South Platte Project.

This alternative, along with similar comments and suggestions from participants in the community study group process, was the primary basis for Alternative C. Many ideas from this alternative would be represented under Alternative B, and, to a lesser extent, Alternative D. The exact alternative was not analyzed in detail because it included wilderness recommendations for some lands that were found not to be capable or available for wilderness and Wild and Scenic River (WSR) recommendations for some stream segments that were found not to be eligible for WSR status.

**The Citizens Wilderness Proposal Alternative:** This alternative advocates citizens proposed wilderness areas for the SJNF and TRFO. In its entirety, this alternative would not meet the purpose and need for the new land management plan. This alternative was presented to the SJNF and TRFO by the San Juan Citizens Alliance, the Colorado Environmental Coalition, the Wilderness Society, the Southern Rockies Ecosystem Project, the Rocky Mountain Recreation Initiative, the Colorado Wild, the Sinapu, the Central Colorado Wilderness Coalition, the Sierra Club – Rocky Mountain Chapter, the Western Resource Advocates, the Upper Arkansas South Platte Project, the Colorado Mountain Club, the Center for Native Ecosystems, and the San Luis Valley Ecosystem Council.

Most of the proposal's wilderness recommendations are represented by Alternative C. The exact citizens' alternative was not analyzed in detail because it included wilderness recommendations for some lands that were found to not be capable or available for wilderness, or it contained areas on BLM lands, and BLM does not have the authority to recommend new wilderness areas or create new WSAs.  Although the addition of new WSAs, or boundary changes to existing WSAs, was not considered in detail, several of the areas identified in the citizen's wilderness proposal on BLM lands are addressed through the TRFO's inventory of lands with wilderness characteristics, which is discussed in Volume III, Appendix O.

BLM_0031912

## 2.4  Comparison of the Alternatives

The 2007 Draft LRMP/EIS described and analyzed four alternatives, including Alternative A (the No Action Alternative), Alternative B (the Preferred Alternative), and Alternatives C and D, each of which represents different ways to achieve the stated goals and objectives. These four alternatives are carried into the FEIS for analysis and consideration. Each alternative was developed based on response to the following factors:

- balance of use and protection of resources as described by the four planning issues;
- extent of the environmental impacts; and
- public comments on the Draft LRMP/EIS and Supplement to the Draft EIS.

**Alternative A** represents the continuation of current management direction under the existing BLM and USFS land management plans: the BLM's San Juan/San Miguel Resource Management Plan (1985) and the San Juan National Forest Land and Resource Management Plan (1983), both as amended. Alternative A meets the NEPA requirements that a No Action Alternative be considered (40 CFR 1502.14). "No Action" means that the alternative reflects the implementation of existing management goals, objectives, and management practices based on the existing land use plans. Alternative A also serves as the baseline for comparing and contrasting the impacts of the other alternatives. Alternative A is based on reasonably foreseeable actions, existing planning decisions and policies, and existing land use allocations and programs.

**Alternative B**, the Preferred Alternative, focuses on balancing the goals of maintaining working forest and rangelands and retaining core, undeveloped lands and providing and maintaining the full diversity of uses and active recreation opportunities. Uses and activities that require roads, such as timber harvesting and oil and gas development, would be mostly focused in areas that already have roads, while the relatively undeveloped areas and areas that currently do not have roads would, for the most part, remain that way. Alternative B was chosen because it responds best to the major issues while providing for common ground among conflicting opinions and multiple uses of public lands in a sustainable fashion. Alternative B also incorporates the goals of the USFS's Strategic Plan (36 CFR 219.12(f)(6)) and the U.S. Department of the Interior's (USDI's) Strategic Plan. The Responsible Officials, the Regional Forester for NFS lands and the State Director for BLM-administered lands, have identified Alternative B as the Preferred Alternative in this FEIS.

**Alternative C** provides for a mix of multiple-use activities with a primary emphasis on maintaining the undeveloped character of the planning area. Production of goods from vegetation management would continue, but might be secondary to other non-commodity objectives. Under Alternative C, production of goods and services would be more constrained than that proposed under Alternatives A, B, and D. Alternative C identifies more resources and areas for special designation than the other alternatives and overall emphasizes the undeveloped areas and non-motorized recreational activities to a greater degree than any of the other alternatives.

**Alternative D** provides for a mix of multiple-use activities, with a primary emphasis on working forest and rangelands in order to produce a higher level of commodity goods and services when compared to the other alternatives. Alternative D allocates the least amount of land for special designation. Under Alternative D production of goods and services would be greater than that proposed under Alternatives B and C.

BLM_0031913

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

## 2.4.1  Management Areas

MAs apply to all SJNF lands within the planning area. MAs describe the intensity of management that can be expected within each MA, ranging from areas where natural processes dominate and shape the landscape to areas that are intensely managed. MAs also provide a general sense of how the landscape would appear and identify uses and activities that are allowed for programs such as grazing, timber, motorized recreation, etc. A full description of each MA is provided in Chapter 3 of the LRMP. The description of how MAs vary by alternative is included now for context, since MAs are referred to in the comparisons of issues and LRMP decisions that follow (acreages are provided in Table 2.4.1). See Volume III, Appendix V, Maps 2 through 5 for a display of MAs by alternative.

**Table 2.4.1: Management Area Allocations on San Juan National Forest Lands**

| Management Area Allocations | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| MA 1 - Natural Processes Dominate | 483,869 | 598,517 | 1,016,281 | 497,856 |
| MA 2 - Special Areas and Unique Landscape Areas | 8,949 | 91,985 | 86,295 | 59,602 |
| MA 3 - Natural Landscape, with Limited Management | 755,418 | 596,119 | 245,753 | 710,990 |
| MA 4 - High-Use Recreation Emphasis | 148,022 | 69,864 | 46,502 | 79,854 |
| MA 5 - Active Management | 454,035 | 451,730 | 426,507 | 454,137 |
| MA 7 - Public and Private Lands Intermix | 0 | 49,560 | 40,679 | 49,547 |
| MA 8 - Highly Developed Areas | 14,538 | 7,056 | 2,814 | 12,845 |
| Total Acres | 1,864,831 | 1,864,831 | 1,864,831 | 1,864,831 |

Alternative A was developed by translating the San Juan National Forest Land and Resource Management Plan (1983) management prescriptions to MAs. MA 1 includes designated wilderness, the Piedra area, and the wild segment of the Piedra River. MA 2 includes the existing RNAs, special botanical areas (SBAs), Chimney Rock National Monument, and Falls Creek Archeological Area. The MA 4 allocation in Alternative A was applied to areas under the current LRMP that were allocated to semi-primitive non-motorized recreation areas. MA 5 correlates closely with the areas suitable for timber production and areas that were open to cross-country motorized travel (before the current LRMP was amended). There was no similar category to MA 7 in the current management prescriptions; hence, there are no acres allocated to MA 7 in Alternative A. Lastly, MA 8 includes the McPhee dam and areas of existing and potential downhill ski areas under the current LRMP.

For the most part, the **type of resources and areas** allocated to each MA under Alternative A are the same areas and resources allocated under Alternatives B, C, and D. For example, MA 1 applies to wilderness areas, the Piedra Area, and wild segments of suitable WSR under all alternatives; MA 2 applies to most special area designations and unique landscapes, such as RNAs, SBAs, archeological areas, etc.; and MA 8 applies to dams and downhill ski areas. In general MA 5 correlates with lands suitable for timber production and landscapes with a developed road system. The application of MA 4 for Alternatives B, C, and D is applied to scenic byways and other NFS roads valued for their scenery and driving for pleasure, as well as recreation destinations, such as lakes. MA 7 is applied to the areas where public and private lands are intermixed and around communities. MA 3 generally applies to most lands not already allocated for the specific resources and areas that the other MAs define. The primary MA differences among the alternatives include:

- **Management of CRAs:** Consistent with the theme of emphasizing the undeveloped nature of the SJNF, Alternative C allocates nearly all of the CRAs to MA 1 (which is more restrictive than the

BLM_0031914

Colorado Roadless Rule), whereas Alternatives A, B, and D manage most CRAs as MA 3. (Additionally, in Alternatives B, C, and D there are some portions of CRAs that are designated as MA 4 [e.g., CRAs that are within scenic corridors], MA 7 for areas just outside Pagosa Springs, and MA 2 such as RNA designations.) Hence, Alternative C has the most acres allocated to MA 1.

- **Areas suitable for timber production and MA 5 lands:** All lands suitable for timber production are allocated to MA 5 and include lands that have commercial timber value. With the passing of the Colorado Roadless Rule and its prohibitions on tree cutting and road building, all suitable timber production lands that were within CRAs were removed from all alternatives, resulting in similar acres allocated to MA 5 across the alternatives.

- **Areas suitable for downhill ski area development:** MA 8 varies significantly by alternative due to differences among the alternatives for downhill ski areas. Under the current LRMP, 14,538 acres are identified for downhill ski development. Alternative D is similar to Alternative A, but removes the Wolf Creek Valley and Stoner potential downhill ski areas, managing these areas as MA 3 instead. Alternative B makes the same changes as Alternative D and additionally removes the East Fork potential ski area, which is also a CRA, and instead would manage it as an MA 1. Alternative C would manage most of the downhill ski areas identified in Alternative A as MA 1 to retain their undeveloped character.

## 2.4.2   Issue 1: Balancing Management between the Ideas of Maintaining "Working Forest and Rangelands" and Retaining "Core Undeveloped Lands"

This issue addresses questions regarding where public lands should be actively managed (e.g., for timber production and mineral development) and which lands should have minimal management, allowing natural processes to shape the landscape (i.e., core undeveloped areas). The three primary activities and uses of actively managed lands on the SJNF and TRFO are timber production, mineral development, and livestock grazing. Roads can be expected in the active MAs, because lands devoted to managing or extracting resources generally require road access. On SJNF lands, MA 5 lands are primarily correlated with areas identified as suitable for timber production, mineral development, access, and where road construction is suitable and anticipated.

Core undeveloped areas provide reserves and refuges to protect native biodiversity and serve as wildlife movement corridors and linkage areas. A majority of the core undeveloped areas or on SJNF lands are within roadless areas identified in the Colorado Roadless Rule. Other undeveloped areas include BLM lands managed for their wilderness characterisitcs, RNAs, and areas recommended for wilderness. Most of the LRMP decisions related to these undeveloped areas are discussed under Issue Three: Special Area Designations. Management of CRAs on SJNF lands is consistent across all alternatives and managed by the Colorado Roadless Rule.

In general, Alternatives A and D emphasize active management and land allocations that maximize goods and services on the SJNF and TRFO, followed by Alternative B. Alternative C favors the retention of core undeveloped lands, where natural processes dominate land management and would yield the least amount of commodity goods and services.

### 2.4.2.a   Lands Suitable for Timber Production and Harvest

Timber suitability is determined through a process established through the NFMA and planning regulations. This winnowing process first identifies lands not suitable for harvest by excluding areas where 1) site conditions preclude tree cover, 2) harvest is prohibited by statute or regulation (e.g., wilderness), 3) irreversible resource damage could occur from timber harvest (e.g., steep or unstable

BLM_0031915

slopes), and 4) adequate restocking, with trees, following harvest is not assured. Lands remaining after this exclusionary process are deemed "tentatively suitable." These remaining lands are broken into two classes: 1) lands suitable for timber production ("suitable timberlands") and 2) "other tentatively suitable lands where timber harvest may occur" for multiple-use objectives other than timber production. Tentatively suitable lands are the same for all alternatives.

The timber sale program quantity (TSPQ) is an estimate of annual average output of timber from the SJNF during the first decade under this LRMP based on expected budget levels, industry capacity, and other public and resource objectives. The TSPQ is a combined program of timber management treatments from USFS lands designated as "suitable for timber production" and other tentatively suitable lands.  The SJNF has a program of vegetation management in which timber sales are offered based on capability determined by the Long Term Sustained Yield Capacity, which is defined as the highest uniform wood yield that may be sustained under specified management intensities consistent with multiple-use objectives after stands have reached desired conditions.

Allowable sale quantity (ASQ) is the quantity of timber that may be sold from the area of suitable (for production) land covered by the LRMP; this is also referred to as "chargeable volume;" this is displayed in these LRMP revision documents as an upper threshold, under what might be viewed as a "full" budget, that is, fully meeting timber management goals

There is currently not an active commercial timber program on the BLM lands within the planning area; however, non-commercial products (including post and poles, Christmas trees, and other non-forest products) are available.

Given the adoption of the Colorado Roadless Rule (July 3, 2012), the SJNF removed all CRAs from the lands "suitable for timber production" in all alternatives. This is the primary reason that the acres suitable for timber production are relatively similar for Alternatives A, B, and D (Table 2.4.2). The "total acres where timer harvesting may occur" varies by alternative, due primarily to areas identified for other resource emphasis or special designation, such as recommended for wilderness on the SJNF lands.

**Table 2.4.2: Timber Harvest and Production by Alternative**

| Timber Harvest and Timber Production | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| Tentatively suitable (USFS) | 722,680 | 722,680 | 722,680 | 722,680 |
| Tentatively suitable (BLM) | 29,146 | 29,146 | 29,146 | 29,146 |
| Not suitable for timber production or harvest (USFS) | 1,143,357 | 1,157,816 | 1,386,816 | 1,145,625 |
| Not suitable for timber production or harvest (BLM) | 476,676 | 476,323 | 476,912 | 476,320 |
| Suitable for timber production (USFS) | 308,544 | 311,949 | 299,431 | 314,118 |
| Suitable for timber production (BLM) | 0 | 0 | 0 | 0 |
| Other tentatively suitable lands where timber harvest may occur (USFS) | 412,933 | 395,067 | 178,587 | 405,090 |
| Other tentatively suitable lands where timber harvest may occur (BLM) | 26,956 | 27,309 | 26,720 | 27,312 |

BLM_0031916

| Timber Harvest and Timber Production | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| Total Acres where Timber Harvesting May Occur (USFS) | 721,477 | 707,016 | 478,018 | 719,208 |
| Total Acres where Timber Harvesting May Occur (BLM) | 26,956 | 27,309 | 26,720 | 27,312 |
| SJNF Timber Program Projections | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
| Timber: Long-term Sustained-Yield Capacity million cubic feet/million board feet (MMCF/MMBF) (average annual value for first decade) | | | | |
| Timber production compatible with desired conditions and objectives | 8.77/35.86 | 8.54/35.55 | 7.96/33.15 | 8.49/35.38 |
| Other lands (timber harvesting in order to meet resource and area desired conditions and objectives but not for production purposes) | 2.05/7.90 | 1.82/7.03 | 1.13/0.91 | 1.97/7.57 |
| Timber Sale Program Quantity MMCF/MMBF (average annual value for first decade) | | | | |
| Timber production compatible with desired conditions and objectives | 1.71/8.57 | 2.18/10.92 | 1.99/9.95 | 2.46/12.29 |
| Other lands (timber harvesting in order to meet resource and area desired conditions and objectives but not for production purposes) | 0.21/1.03 | 0.18/0.91 | 0.10/0.49 | 0.20/0.98 |
| Timber: ASQ MMCF/MMBF (average annual value for first decade) | | | | |
| ASQ | 3.7/18.7 | 4.0/19.9 | 3.8/18.9 | 4.0/20.2 |

**2.4.2.b   Lands Suitable and Available for Cattle and Sheep Grazing**

Alternative A would continue the current allotment status and stocking rates. Alternative B is similar to Alternative A, in that AUMs would change by approximately 2%. Specifically, Alternative B would slightly increase permitted AUMs by combining several vacant custodial BLM allotments with active maintain category BLM allotments. Eleven BLM custodial grazing allotments in the Pagosa unit would be closed due to the difficulties of managing small parcels of public lands within larger private land parcels undergoing subdivision for non-agricultural uses, and remaining unstocked BLM custodial grazing allotments would be closed to improve program administration efficiency. Under Alternative B, acres of suitable grazing lands would not change on NFS lands.

Alternative C reduces grazing opportunities, reduces stocking rates, and closes the most allotments of all the alternatives in order to enhance wildlife, soils, ecosystem restoration, and cultural values. Alternative C achieves this by making currently vacant USFS sheep allotments permanently closed to livestock grazing and closing BLM sheep allotments in the Silverton area to eliminate potential wild and domestic sheep conflicts. Alternative C would also close the BLM Spring Creek allotment located within the Spring Creek Wild Horse HMA and would close custodial BLM allotments to improve public land management efficiency. (Note: any decision to close or stock vacant allotments would be evaluated at the project level.)

Alternative D proposes to increase livestock grazing by offering vacant USFS allotments to qualified operators, stocking rates via restoration activities on improve and maintain category BLM allotments, and AUMs on USFS grazing allotments within those areas where restoration activities are planned. Under Alternative D, acres of suitable grazing lands for cattle would increase by 16% and 3% for

BLM_0031917

SJNF and BLM lands, respectively, and remain the same as Alternatives A and B for
suitable/available grazing lands for sheep (Table 2.4.3).

**Table 2.4.3: Livestock Grazing Land Allocations by Alternative**

| Livestock Grazing | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| **Livestock Grazing: Permitted AUMs** | | | | |
| Sheep: permitted AUMs (USFS) | 6,396 | 6,396 | 4,981 | 11,327 |
| Sheep: permitted AUMs (BLM) | 2,073 | 2,073 | 16 | 2,281 |
| Total Sheep AUMs | 8,469 | 8,469 | 4,997 | 13,608 |
| Cattle: permitted AUMs (USFS) | 102,925 | 105,809 | 93,602 | 139,745 |
| Cattle: permitted AUMs (BLM) | 21,070 | 21,152 | 14,189 | 23,734 |
| Total Cattle AUMs | 123,995 | 126,961 | 107,791 | 163,479 |
| **Livestock Grazing: Suitable and Available Acres** | | | | |
| Sheep: total suitable acres (USFS) | 183,733 | 183,733 | 122,670 | 183,733 |
| Sheep: lands available (BLM) | 31,973 | 31,973 | 2,566 | 31,973 |
| Total Acres | 215,706 | 215,706 | 125,236 | 215,706 |
| Cattle: total suitable acres (USFS) | 689,628 | 689,628 | 641,456 | 800,810 |
| Cattle: lands available (BLM) | 398,802 | 388,202 | 320,214 | 398,802 |
| Total Acres | 1,088,430 | 1,077,830 | 961,670 | 1,199,612 |

### 2.4.2.c   Lands Open for Locatable Mineral Development

Lands currently withdrawn or segregated from mineral leasing under all alternatives include
designated wilderness, the Piedra Area, the Alpine Loop Backcountry Byway, Chimney Rock National
Monument, and existing downhill ski areas, administrative sites, and developed recreation areas
(e.g., campgrounds). Additionally, Alternative B recommends the wild segments of suitable WSRs
and recommended wilderness areas be petitioned for withdrawal. Alternative C recommends the
same areas be petitioned for withdrawal as Alternative B and adds the entire Dolores River Canyon,
RNAs, lands managed for their wilderness characteristics, and the Mesa Verde Escarpment.
Alternative D does not recommend any new lands be petitioned for withdrawal (Table 2.4.4).

**Table 2.4.4: Lands Open, Closed, and Recommended for Withdrawal from Locatable Mineral
Development by Alternative**

| Federal Mineral Estate | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| Open to locatable mineral development (USFS) | 1,279,087 | 1,220,604 | 751,447 | 1,279,087 |
| Open to locatable mineral development (BLM) | 724,638 | 711,983 | 656,579 | 724,638 |
| Withdrawn (USFS) | 502,502 | 502,502 | 502,502 | 502,502 |
| Withdrawn (BLM) | 3,557 | 3,557 | 3,557 | 3,557 |
| Petition to withdraw (USFS) | 0 | 58,482 | 527,640 | 0 |
| Petition to withdraw (BLM) | 0 | 12,655 | 68,059 | 0 |

BLM_0031918

### 2.4.3   Issue 2: Providing Recreation and Travel Management within a Sustainable Ecological Framework

This issue addresses questions about what lands should be made available for recreational motorized or non-motorized travel, including overground and oversnow travel. In general, travel suitability is determined based on the need for administrative access, the goals of providing for various recreational opportunities and reducing user conflicts, the need to provide for resource protection, and in consideration of wildlife habitat needs. The LRMP decision identifies ***areas*** where motorized use is either suitable or not suitable (in USFS terms) and areas that are either open, closed, or limited (in BLM terms). This LRMP/FEIS does not make site-specific, route-by-route designations, such as identifying specific roads or trails that would be open or closed; those decisions are made during travel management planning. For more information about motorized suitability and travel management planning on the SJNF and TRFO, please see the Access and Travel Management section of the LRMP.

#### 2.4.3.a   Motorized Suitability and Off-Highway Vehicle Designations

**SJNF Overground Motorized Suitability:** For overground travel on SJNF lands in Alternative A, all areas are suitable for motorized travel except designated wilderness areas, the Piedra Area, and the wild segment of the Piedra River. Alternative A is based on the 2005 visitor map that was used during public scoping.  Alternatives B, C, and D all identify more areas as not suitable for overground motorized use. In general, the changes from Alternative A are a result of making MA 1 lands and areas recommended for wilderness unsuitable, as well as areas identified for resource or habitat emphasis, including some CRAs that currently do not have motorized routes. Areas of greatest difference among the alternatives for overground travel include, but are not limited to, most of the area within the Rico West-Dolores landscape (including Fish Creek, Willow Divide, the Meadows, Bear Creek, and the Rico Mountains), the Hermosa Creek and Beaver Meadows area on the Columbine District, Turkey Springs, Jackson Mountain, and the Trail Ridge areas on the Pagosa District.

Alternative B closes 928,054 acres to overground travel; approximately half of those acres (481,532) are within the wilderness and Piedra areas. Alternative C would make the most areas unsuitable for motorized use (1,133,752), as it has the most MA 1 acres and the most acres recommended for wilderness. Conversely, Alternative D does not recommend any wilderness areas and has the least amount of MA 1 acres; hence, it has more acres available for motorized recreation. Overall, Alternative D closes approximately 273,000 acres more than currently identified in Alternative A.

**SJNF Oversnow Motorized Suitability:** Alternative A has 883,972 acres open for oversnow motorized travel and 980,860 acres unsuitable. This alternative has the most suitable oversnow acres of all the alternatives and would provide the most suitable motorized recreation opportunities on the mountain passes. Alternative D has approximately 30,000 less suitable acres than Alternative A, including less acres in the Coalbank and Wolf Creek Pass areas. Compared to Alternative A, Alternative B reduces the acres of open to motorized winter use by approximately 91,600 acres. The changes in areas open and closed can best be understood by viewing the Section 3.14, Recreation. In Alternative B the east side of Red Mountain Pass would change to unsuitable and the west side would remain suitable (access from the west side to the suitable area known as US Basin on the east side of the pass would be retained via a motorized route connecting the two areas). The configuration of open and closed areas also changes for Coalbank, Molas, and Wolf Creek Pass in Alternative B. Alternative C allocates the least amount of acres for oversnow motorized use, which correlates with the emphasis on maintaining undeveloped areas and the amount of acres allocated to MA 1, which

BLM_0031919

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

prohibits overground and oversnow motorized recreation. In Alternative D, both sides of Red Mountain Pass would be suitable for oversnow motorized travel, as there would be more suitable acres at the other passes than provided by Alternatives B and C.

**TRFO OHV area designations year-round:** Closed areas in Alternative A on TRFO lands include WSAs, the Snaggletooth area of the Dolores River Canyon, Perins Peak Wildlife Management Area, and Animas Mountain. Limited Areas under Alternative A include Silverton, a portion of Disappointment Valley, and a portion of the Grandview area. All other areas are open to OHV travel under Alternative A on TRFO lands.

The primary difference between Alternative A and the other alternatives on TRFO lands is that nearly all of the currently designated open areas under Alternative A would be changed to limited to existing routes or limited to designated routes under Alternatives B, C, and D. The limited OHV designation compliments the upcoming travel management planning on TRFO lands, in which route designations and season of use would be determined. It also compliments agency direction to limit cross-country travel and designated routes. Acres limited to designated routes are the same for Alternatives B, C, and D.

Under Alternative B most of the TRFO would be designated as limited to existing routes. The closed areas would be similar to Alternative A, with the addition of closing lands managed for their wilderness characteristics. Two small play areas totaling 23 acres within the Cortez Special Recreation Management Area (SRMA) would be designated open to cross-country travel.

Alternative C has the most closed acres, including WSAs, lands managed for their wilderness characteristics, and the Mesa Verde Escarpment. The rest of the area is designated as limited to designated or limited to existing routes under Alternative C; there are no open areas under Alternative C.

Alternative D has the same closed acres as Alternative A, except Animas Mountain would be limited, not closed. Alternative D would have the same open areas (23 acres) as Alternative B, and the rest of the area would be designated as limited to designated or existing routes (Table 2.4.5).

**Table 2.4.5: Motorized Travel Suitability and Recreation Land Allocations by Alternative**

| Motorized Suitability and Recreation | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| **SJNF Motorized Travel over Ground (acres)** | | | | |
| USFS not suitable | 482,019 | 928,054 | 1,133,752 | 755,538 |
| USFS suitable areas | 896,400 | 632,500 | 448,992 | 759,602 |
| USFS suitable opportunity areas | 486,413 | 304,278 | 282,088 | 349,692 |
| Total | 1,864,832 | 1,864,832 | 1,864,832 | 1,864,832 |
| **Motorized Travel over Snow (acres)** | | | | |
| USFS not suitable areas | 980,860 | 1,072,520 | 1,277,808 | 1,008,741 |
| USFS suitable areas | 883,972 | 792,312 | 587,024 | 856,091 |
| Total | 1,864,832 | 1,864,832 | 1,864,832 | 1,864,832 |
| **TRFO Motorized Travel Year-round** | | | | |
| BLM closed | 70,602 | 73,823 | 104,523 | 59,758 |
| BLM limited | 69,254 | 429,782 | 399,104 | 443,846 |
| BLM open | 363,771 | 23 | 0 | 23 |
| Total | 503,627 | 503,628 | 503,627 | 503,627 |

BLM_0031920

### 2.4.3.b    Special Recreation Management Areas (BLM only)

Current management (Alternative A) includes two SRMAs—Dolores River Canyon and Silverton. Alternative A includes approximately 17,000 acres more in the Dolores River Canyon SRMA than the other alternatives, which are within the Dolores River Canyon WSA. Hence, Alternatives B, C, and D stop the SRMA at the WSA boundary.

Alternatives B and C have the same SRMA designations including the two existing SRMAs (Dolores River Canyon and Silverton) and adds two more SRMAs for recreation opportunities around Durango and Cortez.

Alternative D has the greatest amount of acres allocated for SRMAs (if not including the Dolores River Canyon WSA that Alternative A has). Similar to Alternatives B and C, it includes the two existing SRMAs (Dolores River Canyon and Silverton) and adds the Durango and Cortez SRMAs. However, the Durango SRMA is larger than identified in Alternatives B and C because it includes Perins Peak parcels as part of the SRMA (Table 2.4.6).  See Maps 36 through 39 in Volume III. Appendix V for a depiction of SRMAs proposed under each alternative.

**Table 2.4.6: Special Recreation Management Areas by Alternative**

| SRMAs | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| Cortez SRMA | 0 | 8,710 | 8,710 | 8,710 |
| Dolores River SRMA | 50,222* | 33,435 | 33,435 | 33,435 |
| Durango SRMA | 0 | 3,632 | 3,632 | 5,145 |
| Silverton SRMA | 44,888 | 44,888 | 44,888 | 44,888 |
| Total | 95,110 | 90,665 | 90,665 | 92,178 |

\* The SRMA boundary in Alternative A includes acres within the Dolores River Canyon WSA. The SRMA boundary in Alternatives B, C, and D does not include the acres within the WSA.

### 2.4.3.c    Downhill Ski Areas

Alternative A downhill ski acreage allocation is outdated, in that it includes areas that were identified more than 20 years ago that have never been developed and that have gone defunct since the current plans were written. Given the unfeasible ski area allocations in Alternative A, Alternative D recommends the most acres for downhill skiing. It includes the current Durango Mountain Resort and Silverton areas, and identifies two new polygons that would expand the Wolf Creek ski area onto the SJNF, totaling (821 acres). Alternative D would also retain the East Fork potential downhill ski area. Alternative B includes the current Durango Mountain Resort and Silverton ski areas, and identifies the two polygons to expand the Wolf Creek ski area onto the SJNF. The current permitted downhill ski area boundary for Purgatory ski area is kept the same in Alternatives B and D. This boundary includes what is developed and room for expansion to the north. The Wolf Creek ski area expansion is not found suitable under Alternative C. Additionally, the Durango Mountain Resort permitted ski area boundary is reduced in Alternative C to include just the currently developed area (Table 2.4.7).

**Table 2.4.7: Downhill Ski Area Allocations by Alternative**

| SRMAs and Downhill Ski Areas | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| Downhill Ski Areas | | | | |
| Durango Mountain Resort (existing)– SJNF | 5,593 | 5,593 | 2,149 | 5,593 |

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| SRMAs and Downhill Ski Areas | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| **Downhill Ski Areas** | | | | |
| Wolf Creek ski area expansion (potential)–SJNF* | 60 | 821 | 60 | 821 |
| East Fork (potential)–SJNF | 5,009 | 0 | 0 | 5,009 |
| Stoner (defunct)–SJNF | 276 | 0 | 0 | 0 |
| Wolf Creek Valley (defunct)–SJNF | 2,412 | 0 | 0 | 0 |
| Silverton ski area (existing)–BLM | 1,300 | 1,300 | 1,300 | 1,300 |
| Total Downhill Ski Areas | 14,491 | 7,714 | 3,350 | 12,596 |
| *All alternatives reflect 60 acres of existing Wolf Creek ski area facilities and equipment that is actually on the SJNF and not the Rio Grande National Forest (e.g., explosives cache, miscellaneous equipment, etc.) | | | | |

## 2.4.3.d    Recreation Opportunity Spectrum

Changes between Alternative A recreation opportunity spectrum (ROS) and the action alternatives were made primarily to correlate more closely with motorized suitability and OHV designations and to represent foreseeable recreation opportunities across SJNF and TRFO lands. For example, the greatest difference in ROS acreage on SJNF lands is the difference between semi-primitive non-motorized and semi-primitive motorized ROS, which correlates with suitable and unsuitable allocations for Alternatives B, C, and D (Table 2.4.8).  Primitive wilderness ROS on the SJNF in Alternatives B, C, and D is due to allocating wilderness and the Piedra to this classification.  Similarly, on TRFO lands, the primitive ROS category increased in Alternatives B, C and D due to allocating WSAs to this classification.  Please see the Recreation section of the LRMP for an explanation of the different ROS classes.

**Table 2.4.8: Recreation Opportunity Spectrum Acres by Alternative**

| Recreation Opportunity | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| **SJNF Summer ROS** | | | | |
| Primitive wilderness | 0 | 481,532 | 481,532 | 481,532 |
| Primitive | 490,173 | 2,620 | 513,756 | 0 |
| Semi-primitive non-motorized | 369,118 | 435,171 | 137,885 | 278,360 |
| Semi-primitive motorized | 93,738 | 448,638 | 274,643 | 512,464 |
| Roaded natural | 881,687 | 495,545 | 455,615 | 591,076 |
| Rural | 30,115 | 1,325 | 1,400 | 1,399 |
| Total SJNF Summer ROS | **1,864,831** | **1,864,831** | **1,864,831** | **1,864,831** |
| **SJNF Winter Recreation Opportunity Spectrum** | | | | |
| Primitive wilderness | 481,035 | 481,532 | 481,532 | 481,532 |
| Primitive | 0 | 2,605 | 527,174 | 0 |
| Semi-primitive non-motorized | 437,315 | 545,132 | 243,329 | 463,601 |
| Semi-primitive motorized | 287,471 | 514,037 | 268,378 | 319,863 |
| Roaded natural | 657,367 | 318,659 | 344,021 | 596,881 |
| Rural | 1,643 | 2,866 | 397 | 2,954 |
| Total SJNF Winter ROS | **1,864,831** | **1,864,831** | **1,864,831** | **1,864,831** |
| **TRFO Recreation Opportunity Spectrum Year-round** | | | | |
| Primitive | 0 | 55,729 | 55,729 | 55,730 |
| Semi-primitive non-motorized | 61,274 | 19,881 | 23,840 | 19,724 |
| Semi-primitive motorized | 319,989 | 331,366 | 343,806 | 331,575 |
| Roaded natural | 75,876 | 95,819 | 79,420 | 95,765 |
| Rural | 46,490 | 834 | 834 | 834 |
| Total BLM | **503,629** | **503,629** | **503,629** | **503,629** |

BLM_0031922

### 2.4.3.e   Visual Resource and Scenic Integrity Management Objectives

Visual resource management (VRM) objectives on TRFO lands and scenic integrity objectives (SIOs) on the SJNF vary by alternative based primarily on the theme of each alternative. For example on the SJNF, very high SIO acres are the greatest in Alternative C due to great amount of acres recommended for wilderness designation (Table 2.4.9). Similarly, the VRM II acres are greatest Alternative C, as that alternative emphasizes the natural preservation over commodity production of lands. Alternative D emphasizes commodity production, which could potentially alter the visual resources of the landscape; hence Alternative D allocates more acres to VRM Classes III and IV and low and moderate SIOs. Low SIO and VRM Class IV represent the greatest difference among the alternatives. Low SIO and VRM Class IV acres in Alternative B represent areas where timber harvest and vegetation management would be emphasized on the Dolores District (SJNF), oil and gas development in the HD area of the Columbine District (SJNF), and U.S. Department of Energy (DOE) lands on the TRFO. Alternative D allocates the greatest amount of Low SIO and VRM IV acres, primarily due to the oil and gas development anticipated in the Paradox Leasing Analysis Area (PLAA) on both SJNF and TRFO lands.

**Table 2.4.9: Visual Resource Management and Scenic Integrity Objectives by Alternative**

| VRM and SIO | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| **SJNF Scenic Integrity Objectives** | | | | |
| Very low | 3,509 | 0 | 0 | 0 |
| Low | 107,398 | 113,005 | 5,243 | 330,160 |
| Moderate | 396,951 | 522,319 | 498,209 | 256,341 |
| High | 871,086 | 625,731 | 347,766 | 775,737 |
| Very high | 485,887 | 603,767 | 1,013,572 | 502,554 |
| Total SJNF | **1,864,831** | **1,864,831** | **1,864,832** | **1,864,832** |
| **TRFO Visual Resource Management Objectives** | | | | |
| VRM I | 0 | 57,922 | 57,592 | 57,494 |
| VRM II | 0 | 169,277 | 354,264 | 235,634 |
| VRM III | 0 | 267,296 | 90,572 | 108,372 |
| VRM IV | 0 | 9,135 | 1,201 | 102,129 |
| Unclassified | 503,629 | 0 | 0 | 0 |
| Total BLM | **503,629** | **503,629** | **503,629** | **503,630** |

## 2.4.4   Issue 3: Management of Special Area Designations and Unique Landscapes

This issue reflects the question about which areas should be recommended for special designations or emphasize specific resource management or protections. Special area designations are described below and compared by alternative.

In continuing current management, Alternative A would not recommend any new areas for special designation; it would only continue to manage the areas currently identified, including:

- WSR segments of the Dolores, West Dolores, Los Pinos, and Piedra Rivers found suitable under the current plan;

- the Anasazi Cultural Area ACEC on TRFO lands;

- the Williams and Narraguinnep RNAs on SJNF lands,

BLM_0031923

- the Falls Creek and Chimney Rock Archeological Areas on SJNF lands

- the O'neal Hill SBA

- the Spring Creek Wild Horse HMA; and

- the Perins Peak Wildlife Management Area.

### 2.4.4.a   Wilderness Recommendations on San Juan National Forest Lands

Alternative A does not recommend any new wilderness. Alternative B recommends the following four areas for wilderness on SJNF lands, totaling 54,886 acres: the west side of the Hermosa CRA, the Lizard Head adjacent CRA, portions of the Weminuche adjacent CRAs (Elk Park and Monk Rock), and portions of the Turkey Creek CRA. The other CRAs would be managed to retain their roadless character in accordance with the Colorado Roadless Rule. Under Alternative C, all CRAs that meet the available and capable requirements for wilderness are proposed for wilderness (approximately 532,400 acres) (Table 2.4.10).

**Table 2.4.10: Recommended Wilderness Areas by Alternative and Already Designated Areas**

| Specially Designated Lands | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| **Wilderness, WSAs, and Recommended Wilderness** | | | | |
| Wilderness acres - Congressionally designated (USFS) | 420,522 | 420,522 | 420,522 | 420,522 |
| Piedra Area (USFS) | 60,341 | 60,341 | 60,341 | 60,341 |
| WSAs (BLM) | 56,576 | 56,576 | 56,576 | 56,576 |
| **Recommended Wilderness (USFS) (acres)** | | | | |
| Fish Creek | 0 | 0 | 13,537 | 0 |
| Storm Peak | 0 | 0 | 57,623 | 0 |
| Ryman | 0 | 0 | 8,665 | 0 |
| Lizard Head, adjacent | 0 | 2,632 | 5,558 | 0 |
| Blackhawk Mountain | 0 | 0 | 17,545 | 0 |
| Hermosa | 0 | 50,850 | 149,402 | 0 |
| San Miguel | 0 | 0 | 65,061 | 0 |
| West Needle | 0 | 0 | 4,378 | 0 |
| East Animas | | | 16,883 | |
| Baldy | 0 | 0 | 20,032 | 0 |
| Florida River | | | 5,726 | |
| Runlett Park | 0 | 0 | 5,600 | 0 |
| HD Mountains | | | 0 | |
| Piedra Area, adjacent | 0 | 0 | 39,230 | 0 |
| Graham Park | | | 17,325 | |
| Weminuche, adjacent | 0 | 740 | 20,827 | 0 |
| Turkey Creek | 0 | 664 | 25,311 | 0 |
| Treasure Mountain | 0 | 0 | 22,502 | 0 |
| South San Juan, adjacent | 0 | 0 | 34,964 | 0 |
| Winter Hills/Service Berry | 0 | 0 | 5,100 | 0 |
| Total Recommended Wilderness Acres (USFS) | **0** | **54,886** | **535,269** | **0** |

BLM_0031924

### 2.4.4.b    Lands with Wilderness Characteristics on TRFO lands

The inventory of lands with wilderness characteristics (see Volume III, Appendix O—Lands with Wilderness Characteristics) identified 36,574 acres that had wilderness characteristics. Alternative A does not have any lands with wilderness characteristics identified. Alternative B recommends managing an area in Coyote Wash and an area near the Snaggletooth section of the Dolores River for their wilderness characteristics.  Alternative C recommends managing all of the areas found to have wilderness values for their wilderness characteristics, with some minor exceptions. Alternative D does not recommend that any of the areas be managed for their wilderness characteristics (Table 2.4.11).

**Table 2.4.11: Lands with Wilderness Characteristics by Alternative**

|  | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| Lands managed for wilderness characteristics | N/A | 11,867 | 36,574 | 0 |

### 2.4.4.c    Suitable Wild and Scenic Rivers

Alternative A would continuing to manage river segments found suitable under the current plan for WSR status, including the Dolores, West Dolores, Los Pinos, and Piedra Rivers.

Alternative B finds 12 river segments, totaling approximately 356 miles, suitable for inclusion in the National Wild and Scenic Rivers System. Under Alternative C, 24 river segments, totaling approximately 534 miles, would be considered suitable for addition to the National Wild and Scenic Rivers System. This total includes all segments considered eligible due to their outstandingly remarkable values (ORVs) and free-flowing character. Consistent with its management theme, Alternative D does not make any river segment suitable for WSR status (Table 2.4.12).

**Table 2.4.12: Miles of Recommended Suitable Wild and Scenic Rivers by Alternative**

| Wild and Scenic River Segments | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| **Dolores River** | | | | |
| Dolores, above McPhee | 0 | 0 | 56 | 0 |
| Dolores McPhee to Bedrock | 108 | 108 | 108 | 0 |
| Rio Lado | 0 | 0 | 3 | 0 |
| West Dolores | 34 | 0 | 34 | 0 |
| Summit Canyon | 0 | 0 | 12 | 0 |
| Coyote Wash | 0 | 8 | 8 | 0 |
| McIntyre Canyon | 0 | 0 | 6 | 0 |
| Bull Canyon | 0 | 0 | 6 | 0 |
| **Animas River** | | | | |
| Bakers Bridge to Sultan Creek | 0 | 27 | 27 | 0 |
| Sultan Creek to Silverton | 0 | 0 | 4 | 0 |
| Mineral Creek | 0 | 9 | 9 | 0 |
| Cement Creek | 0 | 0 | 8 | 0 |
| Cinnamon Creek | 0 | 0 | 2 | 0 |
| Maggie Gulch | 0 | 0 | 5 | 0 |
| South Fork Mineral Creek | 0 | 7 | 7 | 0 |
| West Fork Animas/California Gulch | 0 | 0 | 3 | 0 |

BLM_0031925

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Wild and Scenic River Segments | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| **Hermosa Creek and Tributaries** | | | | |
| Hermosa Creek and tributaries | 0 | 62 | 62 | 0 |
| **Los Pinos River** | | | | |
| Los Pinos and tributaries above Vallecito | 54 | 54 | 54 | 0 |
| Vallecito Creek | 0 | 0 | 17 | 0 |
| **Piedra River** | | | | |
| North of Hwy 160 to Forks | 22 | 22 | 22 | 0 |
| South of Hwy 160 to SJNF boundary (Chimney Rock area) | 0 | 0 | 8 | 0 |
| **East Fork Piedra River** | | | | |
| North of wilderness boundary | 9 | 9 | 9 | 0 |
| South of wilderness boundary | 7 | 0 | 7 | 0 |
| Middle Fork Piedra River | 19 | 19 | 19 | 0 |
| **San Juan River** | | | | |
| West Fork San Juan River | 0 | 11 | 17 | 0 |
| Wolf Creek and Fall Creek | 0 | 0 | 8 | 0 |
| East Fork San Juan River | 0 | 13 | 13 | 0 |
| Total Suitable WSR Segment Miles | **253** | **350** | **534** | **0** |
| Total Suitable WSR River Segments | **7** | **12** | **27** | **0** |

**2.4.4.d    Areas of Critical Environmental Concern**

Alternative A would continue to manage the existing Anasazi Cultural Area ACEC. Under Alternative B, one new ACEC, Gypsum Valley, would be designated and 941 acres of the Anasazi Cultural Area ACEC would continue to be managed as an ACEC (the size of this ACEC changed from Alternative A due to removing the portion of the area that has a developed gravel pit). Alternative C includes the same ACECs as Alternative B, but adds Silveys Pocket and Grassy Hills. All of these areas were identified as potential conservation areas by the Colorado Natural Heritage Program due to their significant biodiversity (Table 2.4.13).

**Table 2.4.13: Areas of Critical Environmental Concern by Alternative**

| ACECs (BLM) | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| Anasazi Cultural Area | 1,160 | 941 | 941 | 0 |
| Gypsum Valley | 0 | 13,333 | 13,333 | 0 |
| Silveys Pocket | 0 | 0 | 707 | 0 |
| Grassy Hills | 0 | 0 | 420 | 0 |
| Total ACEC Acres | **1,160** | **14,274** | **15,401** | **0** |
| Total ACEC Areas | **1** | **2** | **4** | **0** |

**2.4.4.e    Research Natural Areas**

Alternative A would continue to manage the two existing RNAs—Narraguinnep and Williams. In addition to the two existing RNAs, eight new RNAs totaling 54,493 acres would be designated under Alternative B. Alternative C would continue managing the two existing RNAs and designate nine new RNAs, totaling 69,141 acres.  Alternative D proposes three new RNA areas to the existing two areas for a total of 15,277 acres (Table 2.4.14).

BLM_0031926

**Table 2.4.14: Research Natural Areas by Alternative**

| Research Natural Areas (USFS) | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| Electra | 0 | 2,455 | 2,455 | 2,455 |
| Grizzly Peak | 0 | 3,256 | 4,676 | 0 |
| Hermosa | 0 | 15,469 | 15,469 | 0 |
| Martinez Creek | 0 | 1,305 | 1,305 | 0 |
| Hidden Mesas | 0 | 3,132 | 3,132 | 3,132 |
| Navajo River | 0 | 7,183 | 7,183 | 7,183 |
| Needles Mountain | 0 | 0 | 12,900 | 0 |
| Piedra | 0 | 5,976 | 5,976 | 0 |
| Porphyry Gulch | 0 | 11,840 | 11,840 | 0 |
| Narraguinnep (existing) | 1,971 | 1,971 | 1,971 | 1,971 |
| Williams Creek (existing) | 486 | 486 | 486 | 486 |
| Total RNA Acres | 2,457 | 53,073 | 67,393 | 15,227 |
| Total RNA Areas | 2 | 10 | 11 | 5 |

### 2.4.4.f   Special Botanical Areas

Alternative A would continue to manage the O'Neal Hill SBA. In addition, Alternatives B, C, and D make the Chattanooga Fen an SBA. Alternatives B and C include management direction to retain and protect approximately 4,800 acres with old growth ponderosa pine (*Pinus ponderosa*) in the Dolores District. Under Alternative D these areas would not have specific management direction, but would be managed per the LRMP Terrestrial Ecosystem plan components (see Volume II, LRMP) (Table 2.4.15).

**Table 2.4.15: Special Botanical Areas and Old Growth Recruitment Areas by Alternative**

| Botanical Areas (USFS) | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| O'Neal Hill SBA | 328 | 276 | 276 | 276 |
| Chattanooga Fen SBA | 0 | 59 | 59 | 59 |
| **Old Growth Recruitment Areas (USFS)** | **Alternative A (No Action)** | **Alternative B (Preferred)** | **Alternative C** | **Alternative D** |
| Boggy Old Growth Recruitment Area | 0 | 2,534 | 2,534 | 0 |
| Smoothing Iron Old Growth Recruitment Area | 0 | 2,314 | 2,314 | 0 |

### 2.4.4.g   Wildlife Management Areas

The Perins Peak Wildlife Management Area is included in all alternatives. However, under Alternatives B, C, and D, the Animas Mountain portion is removed and made part of the SRMA. The wildlife values and especially winter closures are included in the SRMA direction specific for the Animas Mountain (i.e., managing winter closures is a key part of the SRMA direction).

Alternative C identifies an additional wildlife management area to protect the sage-grouse (*Centrocercus urophasianus*) habitat adjacent to the Willow Creek State Wildlife Area. Under Alternatives B and D these parcels would not have specific habitat management, but would be managed per the LRMP Terrestrial Wildlife plan components (see Volume II, LRMP) (Table 2.4.16).

BLM_0031927

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Table 2.4.16: Wildlife Management Areas by Alternative**

| Wildlife Management Areas (BLM) | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| Perins Peak Wildlife Management Area | 3,787 | 2,274 | 2,274 | 2,274 |
| Willow Creek Wildlife Management Area | 0 | 0 | 876 | 0 |

**2.4.4.h   Wild Horse Herd Management Areas**

The Spring Creek Wild Horse HMA is included in all alternatives with the same management direction under all alternatives (see Volume II, LRMP, Chapter 3 for more information) (Table 2.4.17).

**Table 2.4.17: Wild Horse Herd Management Area**

| Wild Horse Herd Management Areas (BLM) | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| Spring Creek Wild Horse HMA | 20,983 | 20,983 | 20,983 | 20,983 |

**2.4.4.i   Heritage and Cultural Area Designations**

On SJNF lands, the Chimney Rock National Monument and Falls Creek Archeological Areas would be managed the same under all alternatives. On TRFO lands, Alternatives B and C would manage the Mesa Verde Escarpment area to protect cultural values. Under Alternatives A and D, Mesa Verde Escarpment would not have specific management direction, but would be managed per the LRMP Heritage Resource components (see Volume II, LRMP) (Table 2.4.18).

**Table 2.4.18: Heritage and Cultural Designations**

| Archaeological Areas (USFS and BLM) | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| Falls Creek Archaeological Area (USFS) | 1,504 | 1,504 | 1,504 | 1,504 |
| Chimney Rock National Monument (USFS) | 4,726 | 4,726 | 4,726 | 4,726 |
| Mesa Verde Escarpment (BLM) | 0 | 7,373 | 7,373 | 0 |

## 2.4.5  Other LRMP Decisions

**2.4.5.a   Lands Available for Disposal**

Since the current LRMP was developed, approximately 900 acres have been disposed of; hence, the total acres identified for disposal in Alternative A are fewer than the other alternatives. Alternatives B and D identify all the parcels in Alternative A and more; primarily most of the isolated, dispersed parcels on TRFO lands are identified for disposal (Table 2.4.19). Alternative C identifies the least amount of acres for disposal, in that it would retain more parcels that are adjacent to other public lands or conservation easements, as well as parcels that may contain eligible cultural sites.  See Maps 44 through 47 in Volume III, Appendix V for lands available for disposal under each alternative.

BLM_0031928

**Table 2.4.19: TRFO Lands Available for Disposal**

| Lands Available for Disposal, | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| Acres available for disposal | 10,469 | 15,327 | 8,004 | 15,327 |

### 2.4.5.b    Right-of-way Exclusion and Avoidance Areas

With regard to areas of right-of-way (ROW) corridors for pipelines, utilities, communication, etc., the LRMP makes decisions about which resources or areas should be excluded (areas that are not available for location of ROWs under any conditions) or avoided (areas to be avoided but may be available for location of ROWs with special conditions). The resources excluded or avoided are the same for all alternatives; however, the acres identified as exclusion and avoidance areas vary by alternative because of the different land allocations for the resourced (e.g., recommended RNAs and WSR have different acres allocated by alternative).

Exclusion areas on TRFO lands include WSAs and recommended suitable WSR (wild segments only); avoidance areas include lands managed for wilderness charateristics, the Anasazi Culture Area ACEC, Perins Peak Wildlife Management Area, the Dolores River Canyon, the Mesa Verde Escarpment, and VRM II scenery classified lands.

Exclusion areas on SJNF lands include wilderness, recommended wilderness, the Piedra Area, recommended suitable WSR (wild segments only), RNAs, and areas allocated to MA 1; avoidance areas include upper tier CRAs, SBAs, Chimney Rock National Monument, Falls Creek Archeological Area, and high SIO scenery classified lands.

ROW avoidance and exclusion areas for both the SJNF and TRFO are summarized in Table 2.4.20.

**Table 2.4.20: Right-of-way Avoidance and Exclusion Areas**

| Avoidance and Exclusion Areas | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| SJNF exclusion acres | 514,760 | 647,263 | 1,068,710 | 505,900 |
| TRFO exclusion acres | 68,139 | 69,659 | 70,049 | 56,867 |
| Total Exclusion Acres | **582,899** | **716,922** | **1,138,759** | **562,767** |
| SJNF avoidance acres | 1,030,769 | 787,462 | 509,497 | 937,468 |
| TRFO avoidance acres | 37,691 | 232,351 | 439,984 | 273,129 |
| Total Avoidance Acres | **1,068,460** | **1,019,813** | **949,481** | **1,210,597** |

### 2.4.6   Issue 4: Management of Oil and Gas Leasing and Development

This issue reflects the question about where energy development should take place and how it should be done to best balance the extraction of oil and gas with the protection of other resources and values. The LRMP and USFS oil and gas leasing availability decisions made in this plan revision and FEIS identify areas that would be made available for oil and gas leasing and development on NFS and BLM public lands, and the leasing stipulations that would apply to new leases.

The leasing alternatives complement Alternatives A, B, C, and D described earlier by incorporating lease stipulations that are consistent with the desired conditions and goals of each alternative. An alternative that allows no leasing of NFS lands within the planning area is provided consistent with the requirements of 36 CFR 228.102(c)(2). A No Leasing Alternative is also analyzed for BLM public lands, including split estate lands, in order to provide a consistent set of alternatives across the public lands administered by the USFS and BLM.

BLM_0031929

All lands under lease as of the date of the revised LRMP are managed under their existing terms; the revised oil and gas leasing availability decisions do not change or limit the terms of the valid existing rights conveyed by the leases. Existing leases are concentrated in the San Juan Basin and Paradox Basin portions of the SJNF and TRFO. Given the that these leases provide for existing rights, the revised LRMP and USFS oil and gas leasing availability decision provides for where and how oil and gas leasing development may occur on future leases only. If an existing lease expires, then such lands would be subject to the leasing decisions in the revised LRMP.

The lands most likely to be leased if made available are currently unleased lands with moderate or high potential. Within the planning area, lands are considered available for leasing, unless they are specifically withdrawn or administratively not available for lease.

- **Lands Withdrawn:** This legal classification refers to land designations made by the USDI and/or Congress that preclude the appropriation and disposal of federally owned mineral resources under the Mineral Leasing Act of 1920, subject to valid existing rights. Minerals held under valid existing rights may still be extracted. For all alternatives and the No Leasing Alternative, the lands withdrawn from mineral leasing include the designated wilderness areas—Lizard Head, Weminuche, and South San Juan—and the Piedra Area. Combined they total 480,863 acres on SJNF lands.

- **Lands Administratively Not Available:** This classification applies to lands that the Authorized Officer has determined should not be leased for oil and gas based on potential for oil and gas occurrence and development, environmental concerns that cannot be resolved, and/or other conflicting uses of USFS or BLM public lands. This designation would apply only to lands not already withdrawn from leasable mineral appropriation. Within the SJNF and TRFO, four resource areas common to all alternatives have been identified as administratively not available for oil and gas leasing because leasing would not be compatible with the desired conditions for such lands:

  - Wild segments of rivers suitable for WSR designation are administratively not available in all alternatives for lease for the purpose of protecting their suitable WSR status.

  - BLM WSAs are administratively not available for lease in all alternatives for the purpose of ensuring that the wilderness characteristics are protected until Congress acts to designate them for wilderness or release them from their WSA status.

  - USFS areas recommended for wilderness are also administratively not available for lease. The acreage varies by alternative because the acres recommended for wilderness vary by alternative.

  - Chimney Rock National Monument, Anasazi, and Falls Creek Archeological Areas are administratively not available for lease in all alternatives for the purpose of protecting the outstanding archeological values and landscape features that are integral to each sites' integrity of setting and feeling.

  Alternative C would make additional areas not available for lease; they are described under Alternative C below (see Section 2.4.6c).

- **Lands Available for Leasing:** This classification applies to lands that the Authorized Officer has determined to make available for lease based on potential for oil and gas occurrence and development, environmental factors, and/or other uses disclosed in this FEIS.

  For lands available for leasing, standard lease terms apply and further stipulations may be applied as necessary to a lease parcel to specify how leasing and subsequent development would occur. In general, stipulations are applied to minimize adverse impacts specific to air,

BLM_0031930

water, land, visual, cultural, and biological resources, and other land uses. The stipulation definitions below describe how leasing would occur:

- **No Surface Occupancy (NSO):** Use or occupancy of the land surface for fluid mineral (oil and gas) exploration or development is prohibited to protect identified resource values. However, oil and gas under lands affected by NSO stipulation are legally available for extraction if extraction can be accomplished without occupying the surface (such as through directional drilling or otherwise accessing the reservoir from adjacent lands). Technological limitations and higher cost will affect the recovery of these resources, but they are available.

- **Controlled Surface Use (CSU):** Use or occupancy of the land surface for fluid mineral (oil and gas) exploration or development is allowed but identified resource values require special operational constraints that may modify lease rights. A CSU stipulation allows the SJNF or TRFO to require that a proposed facility or activity be relocated from the proposed location, or otherwise modified if necessary to achieve the desired level of protection. CSU provides operating guidance, but does not substitute for NSO or timing limitation (TL) stipulations. CSU allows year-round occupancy and accessibility to leased lands while providing mitigation of effects on other resources.

- **Timing Limitations (TL):** Use or occupancy of the land surface for fluid mineral (oil and gas) exploration or development is prohibited during a specified period of the year. The scope of the TL stipulation goes beyond ground-disturbing activities to encompass any source of protracted or high-intensity disturbance that could interfere with normal wildlife behavior and adversely affect habitat use. The limitation is applied annually for a specified period. The TL stipulation does not apply to the operation and maintenance of production facilities unless the analysis demonstrates the continued need for such mitigation and that less stringent project-specific mitigation measures (such as Conditions of Approval [COAs]) would not be sufficient. The TL stipulation provides for partial accessibility for a portion of the year and maintains the potential for extraction of oil and gas, but may increase costs due to timing constraints (such as a short operating season).

- **Standard Lease Terms:** All SJNF and TRFO oil and gas leases are subject to standard lease terms. These are the least restrictive terms under which an oil and gas lessee may operate. They require operators of oil and gas leases to minimize adverse impacts to air, water, land, visual, cultural, and biological resources and other land uses and users, and to comply with all applicable laws, regulations and formal orders of the agency managing the leased lands.

Table 2.4.21 details the lands available and not available for lease by alternative. Additionally, the acres of NSO, CSU, TL and standard lease terms are provided. Stipulations may overlap on lands available for lease, e.g., there may be TL and NSO applied to the same acres. Hence, the total for stipulations would be greater than the total lands available for lease.

**Table 2.4.21: Oil and Gas Leasing Availability by Alternative on National Forest System and Bureau of Land Management Lands**

| Jurisdiction | Alternative A | Alternative B | Alternative C | Alternative D | No Leasing Alternative |
|---|---|---|---|---|---|
| USFS | | | | | |
| Federal mineral acres | 1,863,402 | 1,863,402 | 1,863,402 | 1,863,402 | 1,863,402 |
| Acres withdrawn from leasing | 509,954 | 509,954 | 509,954 | 509,954 | 509,954 |

BLM_0031931

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Jurisdiction | Alternative A | Alternative B | Alternative C | Alternative D | No Leasing Alternative |
|---|---|---|---|---|---|
| Acres administratively not available for leasing | 16,357 | 73,636 | 644,113 | 14,896 | 1,353,448 |
| Acres available for leasing | 1,337,090 | 1,279,811 | 709,335 | 1,338,551 | 0 |
| NSO | 848,806 | 876,266 | 547,642 | 666,105 | 0 |
| CSU | 513,893 | 882,532 | 391,150 | 1,033,242 | 0 |
| TL | 783,302 | 527,489 | 157 | 45,463 | 0 |
| Standard lease terms | 177,162 | 143,722 | 129,069 | 210,570 | 0 |
| **BLM** | | | | | |
| Federal mineral acres | 503,466 | 503,466 | 503,466 | 503,466 | 503,466 |
| Acres withdrawn from leasing | 0 | 0 | 0 | 0 | 0 |
| Acres administratively not available for leasing | 62,437 | 62,570 | 161,637 | 56,916 | 503,466 |
| Acres available for leasing | 441,030 | 440,896 | 341,829 | 446,550 | 0 |
| NSO | 132,713 | 194,290 | 318,601 | 98,486 | 0 |
| CSU | 35,948 | 401,232 | 300,504 | 406,487 | 0 |
| TL | 343,440 | 321,435 | 64 | 28,679 | 0 |
| Standard lease terms | 48,344 | 22,734 | 16,729 | 35,570 | 0 |
| **Federal Subsurface** | | | | | |
| Federal mineral acres | 319,957 | 319,957 | 319,957 | 319,957 | 319,957 |
| Acres withdrawn from leasing | 0 | 0 | 0 | 0 | 0 |
| Acres administratively not available for leasing | 0 | 0 | 0 | 0 | 319,957 |
| Acres available for leasing | 319,957 | 319,957 | 319,957 | 319,957 | 0 |
| NSO | 36,041 | 88,548 | 197,478 | 34,565 | 0 |
| CSU | 23,705 | 214,839 | 171,786 | 214,665 | 0 |
| TL | 167,189 | 161,301 | 0 | 461 | 0 |
| Standard lease terms | 128,016 | 82,233 | 110,718 | 104,039 | 0 |

### 2.4.6.a    Alternative A – Oil and Gas Leasing Availability

Alternative A represents the continuation of current BLM and USFS leasing decisions (Table 2.4.22). This direction is contained in the BLM Colorado Oil and Gas Leasing and Development EIS (January 1991), the San Juan/San Miguel Resource Management Plan (BLM 1985) and the San Juan National Forest Land and Resource Management Plan (USFS 1983), as amended. In total, 2,098,077 acres are available for leasing and 78,794 acres are not available for leasing (Volume III, Appendix V, Maps 49, 53, 57). The lands not available for lease in Alternative A include WSAs and the wild segments of the Dolores River found suitable for WSR status on TRFO lands. On the SJNF, lands not available for lease include Chimney Rock National Monument and the wild segments of WSR segments. Of the combined SJNF and TRFO mineral estate, Alternative A makes 78% of the lands available for lease. Of the lands available, 17% are managed with standard lease terms and 83% are stipulated with NSO, CSU, or TL.

**Table 2.4.22: Oil and Gas Leasing Availability by Mineral Estate Owner for Alternative A**

| Planning Area | USFS | BLM | Federal Subsurface | Total |
|---|---|---|---|---|
| Federal mineral acres | 1,863,402 | 503,466 | 319,957 | 2,686,825 |
| Acres withdrawn from leasing | 509,954 | 0 | 0 | 509,954 |
| Acres administratively not available for leasing | 16,357 | 62,437 | 0 | 78,794 |

BLM_0031932

| Planning Area | USFS | BLM | Federal Subsurface | Total |
|---|---|---|---|---|
| Acres available for leasing | 1,337,090 | 441,030 | 319,957 | 2,098,077 |
| NSO | 848,806 | 132,713 | 36,041 | 1,017,560 |
| CSU | 513,893 | 35,948 | 23,705 | 573,546 |
| TL | 783,302 | 343,440 | 167,189 | 1,293,931 |
| Standard lease terms | 177,162 | 48,344 | 128,016 | 353,522 |

### 2.4.6.b    Alternative B – Oil and Gas Leasing Availability

Under Alternative B, approximately 2,040,798 acres are available for lease and 136,073 acres are not available for lease. There is only a 57,279-acre difference in the lands available for lease between Alternatives A and B. The additional lands not available for lease in Alternative B are all on SJNF lands and include additional wild segments of WSR and archaeological National Register Districts (Volume III, Appendix V, Maps 50, 54, 58). Lands not available for lease have the following mineral development potential.

- WSAs (BLM): totaling 55,400 acres are located within no potential areas (10%), moderate potential areas (35%), and high potential areas (55%).

- Wild segments of suitable WSR total approximately 49,050 acres, of which 26% are within high potential areas, 8% are within moderate potential areas, and the majority (66%) are within low or no potential areas.

- The Falls Creek and Anasazi Archaeological Areas and Chimney Rock National Monument total approximately 21,500 acres on SJNF lands, of which 2% are within low potential areas, 27% are within moderate potential areas, and 71% are within and high potential areas.

An NSO stipulation would be applied to approximately 1,097,527 acres, or approximately 50% of the lands available for leasing.

- Approximately 566,100 acres of NSO stipulations are assigned to roadless areas, a majority of which (66%) occur within no to low potential areas and 34% in moderate to high potential areas.

- NSO stipulations prescribed to protect sensitive soils and steep slopes comprise an additional 172,100 acres, of which 43% occur in no to low potential areas and 56% occur in moderate potential areas.

- Recreation-related NSO stipulations (developed recreation and administrative sites, MA 8 designations on SJNF lands, national scenic byways, and high scenic integrity areas) comprise approximately 553,924 acres, 68% of which occur in no to low potential areas and 32% in moderate potential areas.

- The remaining Alternative B NSO stipulation areas include riparian areas and related water bodies, critical wildlife habitat, the Dolores River Canyon, cultural areas, lands managed for wilderness charateristics, state wildlife areas, SBAs, threatened and endangered species habitat, WSR scenic segments, and existing and proposed RNAs. These areas occur across the SJNF and TRFO and range from no to high gas potential.

Table 2.4.23 presents leasing availability and stipulations that would apply to public lands administered by the USFS and BLM in Alternative B.

BLM_0031933

**Table 2.4.23: Oil and Gas Leasing Availability by Mineral Estate Owner for Alternative B**

| Planning Area | USFS | BLM | Federal Subsurface | Total |
|---|---|---|---|---|
| Federal mineral acres | 1,863,402 | 503,466 | 319,957 | 2,686,825 |
| Acres withdrawn from leasing | 509,954 | 0 | 0 | 509,954 |
| Acres administratively not available for leasing | 73,636 | 62,437 | 0 | 136,073 |
| Acres available for leasing | 1,279,811 | 441,030 | 319,957 | 2,040,798 |
| NSO | 876,266 | 132,713 | 88548 | 1,097,527 |
| CSU | 882,532 | 35,948 | 214,839 | 1,133,319 |
| TL | 527,489 | 343,440 | 161,301 | 1,032,230 |
| Standard lease terms | 143,722 | 48,344 | 82,233 | 274,299 |

### 2.4.6.c    Alternative C – Oil and Gas Leasing Availability

Alternative C has the least amount of lands available for lease of all the alternatives, with the exception of the No Leasing Alternative. Approximately 1,371,000 acres of the planning area would be available for lease and 805,750 acres would be not available for lease (Volume III, Appendix V, Maps 51, 55, 59).

Lands that are available for lease in the other alternatives, but not available in Alternative C, include Colorado Roadless Areas, lands managed for wilderness charateristics, the Chimney Rock viewshed, all federal mineral estate acres within state wildlife areas, proposed archeological National Register Districts, existing and proposed RNAs, the Dolores River Canyon, proposed occupied critical habitat for Gunnison sage-grouse (*Centrocercus minimus*), and municipal watersheds and public water supply areas.

Areas that are either withdrawn or administratively not available for lease have the following oil and gas resource potential:

- Recommended wilderness (USFS) and WSAs (BLM): approximately 627,434 acres including no potential areas (10%), low potential areas (52%), moderate potential areas (29%), and high potential areas (9%).

- Recommended WSR: approximately 56,300 acres including no potential areas (54%), low potential areas (16%), moderate potential areas (7%), and high potential areas (23%).

- CRAs (USFS): approximately 566,100 acres including no potential areas (9%), low potential areas (57%), moderate potential areas (29%), and high potential areas (5%).

- Lands managed for wilderness charateristics: 36,574 acres including moderate potential areas (approximately 25%) and high potential areas (approximately 75%).

- Falls Creek and Anasazi Archaeological Areas and Chimney Rock National Monument (USFS): approximately 21,500 acres including low potential areas (2%), moderate potential areas (27%), and high potential areas (71%).

- Viewshed for Chimney Rock: approximately 60,000 acres including no potential areas (9%), low potential areas (5%), moderate potential areas (74%), and high potential areas (12%).

- Proposed National Register Districts: approximately 11,500 acres including high potential areas (99%).

BLM_0031934

- Existing and proposed RNAs: approximately 67,400 acres including no potential areas (41%), low potential areas (31%), moderate potential areas (25%), and high potential areas (3%).

- Dolores River Canyon: approximately 43,900 acres including moderate potential areas (5%) and high potential areas (95%).

- Municipal watersheds and public water supplies: approximately 26,900 acres including no potential areas (5%), low potential areas (2%), moderate potential areas (61%), and high potential areas (32%).

- Proposed occupied Gunnison sage-grouse critical habitat: approximately 67,000 acres, including high potential areas (83%) and moderate potential areas (17%).

- State wildlife areas: approximately 19,000 acres including moderate potential areas (54%) and high potential areas (46%).

Lands assigned an NSO stipulation in Alternative C total approximately 1,063,721 acres, or 70% of the lands available for leasing.

- NSO stipulations that apply to highly erosive soils and steep slopes (approximately 162,800 acres, or 31%) comprise the greatest amount of the NSO stipulated lands in Alternative C, of which 45% occur in no to low potential areas and 55% occur in moderate potential areas.

- NSO stipulations prescribed to protect recreation and scenery desired conditions, including national scenic byways, developed recreation and administrative sites, and MA 8 designations on SJNF lands comprise an additional 222,800 acres in Alternative C, of which approximately 47% occur in no to low potential areas, 37% occur in moderate potential areas, and 16% occur in high potential areas.

- The remaining 1,381,628 NSO stipulated areas include protections for resources such as riparian areas and related water bodies, critical wildlife habitat, scenic and recreational river corridors, important viewsheds, old growth habitat, the Old Spanish Trail, SBAs, threatened and endangered species habitat, and designated WSR scenic sections.

Table 2.4.24 presents leasing availability and associated stipulations for USFS- and BLM-administered lands that apply to Alternative C.

**Table 2.4.24: Oil and Gas Leasing Availability by Mineral Estate Owner for Alternative C**

| Planning Area | USFS | BLM | Federal Subsurface | Total |
|---|---|---|---|---|
| Federal mineral acres | 1,863,402 | 503,466 | 319,957 | 2,686,825 |
| Acres withdrawn from leasing | 509,954 | 0 | 0 | 509,954 |
| Acres administratively not available for leasing | 644,113 | 161,637 | 0 | 805,750 |
| Acres available for leasing | 709,335 | 341,829 | 319,957 | 1,371,121 |
| NSO | 547,642 | 318,601 | 197,478 | 1,063,721 |
| CSU | 391,150 | 300,504 | 171,786 | 863,440 |
| TL | 157 | 64 | 0 | 221 |
| Standard lease terms | 129,069 | 16,729 | 110,718 | 256,516 |

## 2.4.6.d   Alternative D – Oil and Gas Leasing Availability

Of the combined SJNF and TRFO mineral estate, Alternative D makes 78% of the lands available for lease, the most of all the alternatives. Alternatives A and D have nearly the same amount of acres

BLM_0031935

available and not available for lease (Volume III, Appendix V, Maps 52, 56, 60). Differences in areas not available for lease between Alternatives A and D include the addition of national archeological districts in Alternative D on SJNF lands and fewer acres on TRFO lands due to the difference in WSR recommendations (Alternative A includes the Dolores River, whereas, Alternative D does not).

Areas administratively not available for leasing total approximately 71,800 acres and have the following oil and gas resource potential:

- WSAs (BLM): approximately 55,400 acres are primarily located within no potential areas (10%), moderate potential areas (35%), and high potential areas (55%).

- Chimney Rock, Anasazi, and Falls Creek Archaeological Areas (approximately 22,000 acres on NFS lands) are primarily located within low or no potential areas (5%), moderate potential areas (28%), and high potential areas (67%).

Lands stipulated as NSO total approximately 799,000 acres or 38% of the lands available for leasing, and have the following resource potential:

- Approximately 566,100 acres are applied to CRAs, of which 66% occur within no to low potential areas and 34% in moderate to high potential areas. Lands recommended for wilderness (and thus administratively not available for lease under Alternatives B and C) are stipulated NSO under Alternative D.

- Stipulations developed to protect highly erosive soils and steep slopes comprise an additional 16% (approximately 165,000 acres) of the total NSO lands in Alternative D, of which 44% occur in no to low potential areas and 34% occur in moderate potential areas.

- Recreation-related stipulations, including downhill ski areas, and developed recreation and administrative sites cover approximately 41,600 acres in Alternative D, of which 55% occur in no to low potential areas and 37% in moderate potential areas.

- The remaining stipulated NSO areas, 282,764 acres, include critical wildlife habitat, archeological areas, existing and proposed RNAs, the Dolores River Canyon unique landscape, state wildlife areas, and threatened and endangered species habitat.

Table 2.4.25 presents leasing availability and stipulations for Alternative D.

**Table 2.4.25: Oil and Gas Leasing Availability by Mineral Estate Owner for Alternative D**

| Planning Area | USFS | BLM | Federal Subsurface | Total |
|---|---|---|---|---|
| Federal mineral acres | 1,863,402 | 503,466 | 319,957 | 2,686,825 |
| Acres withdrawn from leasing | 509,954 | 0 | 0 | 509,954 |
| Acres administratively not available for leasing | 14,896 | 56,916 | 0 | 71,812 |
| Acres available for leasing | 1,338,551 | 446,550 | 319,957 | 2,105,058 |
| NSO | 666,105 | 98,486 | 34,565 | 799,156 |
| CSU | 1,033,242 | 406,487 | 214,665 | 1,654,394 |
| TL | 45,463 | 28,679 | 461 | 74,603 |
| Standard lease terms | 210,570 | 35,570 | 104,039 | 350,179 |

BLM_0031936

### 2.4.6.e     No Leasing Alternative

The No Leasing Alternative is analyzed per direction in 36 CFR 228.102(c)(2)&(3) which requires the USFS, when considering oil and gas leasing, to analyze an alternative of not leasing. A No Leasing Alternative is also applied to BLM administered public lands to achieve a consistent set of alternatives among the two land management agencies (Table 2.4.26). Under the No Leasing Alternative, 2,176,871 (i.e., all lands that are not already withdrawn) would be administratively not available for leasing (Volume III, Appendix V, Map 61). Under the No Leasing Alternative existing leases would not be affected and would continue through their terms.

**Table 2.4.26: Oil and Gas Leasing Availability on the San Juan National Forest and Tres Rios Field Office for the No Leasing Alternative**

| Planning Area | USFS | BLM | Federal Subsurface | Total |
|---|---|---|---|---|
| Federal mineral acres | 1,863,402 | 503,466 | 319,957 | 2,686,825 |
| Acres withdrawn from leasing | 509,954 | 0 | 0 | 509,954 |
| Acres administratively not available for leasing | 1,353,448 | 503,466 | 319,957 | 2,176,871 |
| Acres available for leasing | 0 | 0 | 0 | 0 |

# 2.5  Summary and Comparison of Environmental Consequences

This section contains a comparison summary of the each of the alternatives as they relate to the issues identified and tracked through the analysis in the FEIS. This FEIS is a programmatic document. It discusses environmental effects on a broad scale and does not predict what would happen when such broad-based standards and guidelines are implemented on individual, site-specific projects. Nor does it convey the long-term environmental consequences of any site-specific project. The actual consequences (impacts) would depend on the extent of each project, the environmental conditions at the site (which can vary widely across the public lands), and the mitigation measures and their effectiveness.

## 2.5.1   Terrestrial Ecosystems and Plant Species

Several ecosystem types have been identified and considered in the analysis: spruce-fir forests, aspen forests, cool-moist mixed conifer forests, warm-dry mixed conifer forests, ponderosa pine forests, pinyon-juniper woodlands, mountain shrublands, mountain grasslands, sagebrush shrublands, semi-desert shrublands, and alpine terrestrial ecosystems. Management of various resources and resource conditions (recreation, range, minerals, etc.), as described in each alternative, could result in impacts to the various ecosystem types. Generally, Alternative D would result in more area available for management activities that could result in effects to the various ecosystem types. Alternative C, with a few minor exceptions, would result in the fewest acres available for management activities that could result in effects to the various ecosystem types.

## 2.5.2   Terrestrial Wildlife

Nearly all multiple-use activities conducted in the planning area under LRMP implementation, and described in this analysis, have some potential to impact terrestrial wildlife habitats, species, or individuals. Activities that have greater potential to affect wildlife habitat capability or species include

travel management, oil and gas development, road construction and road management, livestock grazing, fire and fuels management, hard rock mining, and timber management. Activities with lesser impacts include aquatic and riparian habitat improvement projects, watershed improvement projects, abandoned mines and hazardous materials projects, developed recreation facilities, prescribed burns, utility corridor ROWs, and ski area modifications and expansion.

## Amphibians and Reptiles (potential impacts from projected outputs)

Under all alternatives, potential impacts would be limited by implementation of LRMP components. However, the potential for habitat and species impacts and the potential need for management and monitoring of amphibians and reptiles and their habitats would be greatest under Alternative D because it has the highest projected level of outputs that could adversely impact habitats for amphibians and reptiles. Alternative C has the least projected outputs that could impact amphibian and reptile habitat. Potential adverse impacts from outputs to amphibian and reptilian habitat would be similar under Alternatives A and B, which fall between the levels for Alternatives D and C. With effective implementation of LRMP standards and guidelines and applicable management direction from other referenced guidance, adverse impacts to amphibian and reptile habitat from LRMP implementation activities are expected to be generally minor and localized and are not expected to result in measureable changes to species abundance or distribution across the planning area.

## Migratory Birds

In general, the amount of habitat likely to be altered by projects conducted under LRMP implementation under any of the alternatives is expected to be relatively small, when compared to the total amount of habitat currently available within the planning area. For this reason, and for most species, the impacts of direct habitat alteration on migratory birds would be generally small and not sufficient to result in population-level impacts or in changes to species distribution across the planning area. Impacts to migratory bird habitats are expected to be similar across all LRMP alternatives for those program areas that have similar projected program outputs, such as fire and fuels treatments. In general, the impacts of LRMP implementation are likely to be greatest under Alternative D and the least under Alternative C. Alternatives A and B are projected to have relatively similar potential for impacts to migratory birds.

## Mammals

The vast differences in life history and habitat requirements among the mammal species that inhabit the SJNF and TRFO suggest that mammal species may be influenced by management actions and/or by human activities in widely differing ways and to different extents. A variety of impacts that could vary greatly in intensity are expected during LRMP implementation, resulting in widely varying potential impacts on the mammal group as a whole. The potential for impact, as well as the need for adjustment and monitoring of project effects to some mammal species and their habitat components, is likely to be greatest under Alternative D. Impacts to mammals is likely to be least under Alternative C and is likely to be similar between Alternatives A and B. The differences would be due to the slight acreage increase in potential outputs under Alternative D in relation to the number of acres available for timber harvesting, the available livestock AUMs, fluid minerals development scenarios, and the substantial increase in acres suitable for summer motorized travel.

## Threatened and Endangered, Candidate, and Proposed Species

For listed species, actions associated with implementing the selected alternative may impact a listed species and/or its habitat. LRMP components including mitigation, stipulation, and conservation

BLM_0031938

measures are expected to conserve listed species regardless of the selected alternative. Separate site- and project-specific consultation with the USFWS would be undertaken during the NEPA process, as necessary, when projects are proposed for implementation under the LRMP.

## Sensitive Species

In general, within the planning area the wide variety of sensitive species and wide variety of their preferred habitats suggests that all LRMP alternatives have potential for some affect to some sensitive species or their preferred habitats. Effects could be both adverse and beneficial, depending on the species and habitats affected. Application of LRMP standards and guidelines and management recommendations from referenced documents and manuals during project design and implementation should ensure that the scale of impact is minimized and the intensity of effects is reduced to the extent possible.  The potential for impact, as well as the potential need for adjustment and monitoring of project effects to some sensitive species and their key habitat components is likely to be greatest under Alternative D. The potential for impacts to sensitive species is likely to be least under Alternative C and is likely to be similar between Alternatives A and B. Alternative D would also have a larger amount of land area available for active management activities that may, in turn, impact habitats for sensitive species, movements of individuals, and the potential for human disturbance to sensitive species or their key habitats or use areas. Alternatives B, C, and D would eliminate cross-country motorized use. Eliminating cross-country motorized travel and limiting motorized travel to a system of designated routes would substantially reduce the potential for disturbance to sensitive species, compared to the potential for disturbance in areas of unrestricted cross-country travel that would remain available under Alternative A.

## 2.5.3  Riparian Areas and Wetland Ecosystems

Adverse impacts to riparian areas and wetland ecosystems from management activities would be minimized or prevented by the implementation of standards, guidelines, and stipulations in the LRMP, the implementation of project mitigation measures, and by following direction from agencies' guidance, manuals, and handbooks, as well as applicable laws and regulations. The types of management activities that would most likely affect riparian and wetlands include vegetation manipulation including fire, fuels, and timber management, solid and fluid mineral development, livestock grazing, and recreation. Generally Alternative C would result in fewer acres allocated for those management activities that could adversely impact riparian areas and wetland ecosystems. Alternative D would result in the highest potential allocation of acres for activities that could result in adverse effects to riparian areas and wetland ecosystems. Alternatives B and A are similar in acres allocated and fall between Alternatives C and D.

## 2.5.4  Aquatic Ecosystems and Fisheries

Based on the assessment of current aquatic conditions, it appears that the greatest risks to fish and aquatic species are from management activities that directly impact streams, riparian areas and wetlands ecosystems, and/or aquatic community composition. Activities with greater impacts include water use and development projects, road construction and road management, oil and gas development, hard rock mining, mining reclamation, and grazing. Activities with lesser impacts include timber harvesting, mechanical fuels reduction projects, rangeland treatments, wildfire, prescribed burns, utility corridor projects, ski area modifications and expansion, and OHV use. Overall, the long-term impacts related management activities on fisheries and aquatic habitat would be minor. By alternative, the greatest impacts could result from Alternatives D and A. Alternative B would result in less than Alternatives D and A with the greatest potential for adverse impacts from

BLM_0031939

Alternative C. These impacts vary by alternative due to the variations in amounts of acres allocated for various management activities proposed under each alternative and to the corresponding impacts on fish habitat from sediment and increased stream temperatures.

## 2.5.5   Water Resources

Each of the alternatives would allow for annual watershed restoration projects (including erosion control, stream restoration, riparian/lake/fen treatments, road decommissioning, and/or fish habitat improvement). Alternatives B and C would propose similar goals, with Alternative C treating more acres and stream miles than all other alternatives. The potential effects to watersheds would be similar to those of riparian areas and wetland ecosystems and aquatic ecosystems and fisheries. Alternatives A and D would treat substantially fewer acres and stream miles than Alternatives B and C, meaning that Alternatives B and C would produce the highest levels of beneficial watersheds impacts.

## 2.5.6   Livestock and Range Management

Under Alternatives A and B, changes to livestock grazing management would generally be minor in that permitted AUMs would only change by approximately 2% from Alternative A to B. Alternative A would propose to continue current permitted livestock levels. Alternative B would propose to slightly increase permitted AUMs through consolidating/combining some of the allotments. Alternative C would be the most restrictive alternative in that livestock grazing would be managed in order to enhance wildlife, cultural, and soils values, which would result in lower stocking rates. Alternative D would propose to increase livestock grazing by offering vacant USFS allotments to qualified operators, increasing stocking rates via restoration activities on BLM allotments in the improve and maintain categories where rotational grazing systems are in place, maintaining stocking levels on BLM allotments elsewhere, and increasing AUMs on USFS grazing allotments within those areas where restoration activities are planned.

## 2.5.7   Invasive Species

The alternatives that allow for the most ground-disturbing activities would provide the most opportunities for invasive species to establish and spread. Actions under Alternative A would have the greatest potential to introduce and spread invasive species. Alternative A would be followed by Alternatives D, B, and C. Mineral development ground-disturbing activities would continue even if no additional oil and gas leasing occur. Best management practices (BMPs), mitigation measures, and public education and awareness programs would continue to be used in order to limit the introduction and spread of invasive species. Based on observations on the SJNF and TRFO, impacts would continue to be long-term and moderate. Using early detection and rapid response strategies, most invasive species should be contained, based on successful use of these practices on the SJNF and TRFO.

## 2.5.8   Timber and Other Forest Products

The alternatives vary in areas where timber management may occur in order to achieve the desired vegetative conditions and objectives for timber program offerings. Alternative A would have the most acres available for management and highest harvesting objective in terms of number of acres, with Alternatives D, B, and C following in descending order, respectively. Alternative D would result in the greatest opportunity to provide vegetative conditions that limit the intensity and extent of disturbances

BLM_0031940

(including from wildfire and insect epidemic), whereas Alternative C would provide the least opportunity.

## 2.5.9   Insects and Disease

The projected area available to allow thinning/harvesting over the 15-year period of the LRMP ranges from 2.5% (Alternative C) to 4.4% (Alternative D). The potential area that could be burned (and concurrently meet insect/disease management objectives) is much greater, but managed fire is not expected to impact a significant area of the forest due to constraints tied to prescribed fire. Hence, effects from insects or disease would tie more closely with forest conditions and affecting factors— that is, 1) amount, extent, and susceptibility of host habitat, 2) insect or disease levels (extent and populations/infection rates), 3) climate, and 4) disturbance (such as windthrow events that create spruce-beetle preferred host material)—than from actual management activities. The impacts from chemical treatments or pheromone applications for insect/disease are expected to be similar across all alternatives. The majority of these activities would fall in or near developed facilities.

## 2.5.10 Fire and Fuels Management

Estimates were made of the number of acres of fuels treatment attainable annually under each alternative. These estimates were based on values at risk, historic funding levels experienced by the public lands over the last few years, and management objectives for each alternative. The highest priority for mechanical treatments would continue to be adjacent to high-value areas, communities at risk, and areas identified in community wildfire protection plans. From a cost perspective related to fire suppression, Alternative B would result in the lowest projected costs, followed by Alternatives A, D, and C, respectively. From a resource perspective, the alternatives with the greatest opportunity for vegetation management activities would potentially result if the greatest reduction in effects from fire due to reduced vegetation. Conversely opportunity for activities such as mineral development and motorized recreation could potentially increase the risk of human caused ignitions and possibly increase the risk to human health and safety.

## 2.5.11 Air Quality

The air quality modeling is presented in consideration of the oil and gas leasing availability decision. The air quality thresholds of significance developed by the USFS and National Park Service (NPS) were used in determining potential impacts to Class I areas and sensitive Class II areas. This is because the USFS and NPS manage all of the Class I and most of the sensitive Class II areas within the modeling domain. The one exception, Canyons of the Ancients National Monument, is managed by the BLM. It should be noted the BLM uses different thresholds of significance than the USFS and NPS.  If no additional federal lands are offered for lease, some wells in the Paradox Basin (GSGP and conventional Paradox wells) would still be drilled. This is because some NFS and BLM lands are already leased and there are state and private lands that can be developed.

## 2.5.12 Access and Travel Management

The acreage identified as suitable for motorized travel on NFS lands and limited for BLM land would be the greatest under Alternative D, slightly less for Alternative B, followed by Alternative A, and would be the least under Alternative C.

Under Alternative A, the current over-ground and oversnow travel management direction for both NFS and BLM lands would remain unchanged from current direction. Alternatives B, C, and D would result in establishment of travel suitability classifications on NFS lands and would result in OHV area

BLM_0031941

designations on BLM lands. For Alternatives B, C, and D, the areas classified as unsuitable (NFS) or closed (BLM) to motorized travel would increase by approximately 49% under Alternative D, increase by 83% under Alternative B, and increase by 119% under Alternative C. The primary reason for this major change is that each of the action alternatives would result in eliminating areas open to cross-country motorized travel, as is allowed under the current travel management on BLM lands. Alternative A would result in the highest level of road construction, followed by Alternatives D, B, and C.

## 2.5.13 Recreation

In general, recreation opportunities available within each ROS setting would change to some degree between alternatives, and a large portion of the planning area would still be allocated to each ROS setting. Certain activities may be limited in geographic extent but would still be allowable, and other activities may have larger areas managed for that use.

Recreation facilities would not be noticeably impacted in relation to any of the alternatives due, in part, to the long-term established use of these facilities, as well as to their current capacity, the ability to handle increased occupation, and the considerable public investment in facility operation. Implementation of any of the alternatives would not impact the number and location of facilities.

All alternatives would continue the current permitted ski areas (Durango Mountain Resort and Silverton Mountain). Alternative D includes allocation of an area for expansion of the existing Wolf Creek ski area onto the SJNF. Wolf Creek ski area has been permitted long term on the Rio Grande National Forest east of the Continental Divide, but if future development is approved within the allocated area, this would increase developed ski area acreage on the SJNF. Alternative A would carry forward ski areas from the 1983 LRMP. Alternative D would also keep the potential ski area in the East Fork of the SJNF that was in the 1983 LRMP. The East Fork ski area would impact the roadless character of the South San Juan Adjacent Inventoried Roadless Area (IRA) and would increase commercial skiable terrain in the planning area.

Alternative B would do the most to minimize conflicts between winter sports users by directly avoiding contact between users and by maintaining settings consistent with achieving either motorized or non-motorized recreation benefits, rather than by default mixing the two.

## 2.5.14 Scenery and Visual Resource Management

On NFS lands, scenic integrity levels are used to assess current scenic conditions and the potential impacts under the alternatives. Scenic integrity levels are used to measure the human-caused disturbance that deviates from the dominant valued attributes of the landscape character. SIOs are then developed based, in part, on the scenic integrity levels but may also be determined by other resource allocations and uses as analyzed in the land use planning process. The scenic integrity levels are used to compare the impacts between the alternatives.

On lands administered by BLM, Visual Resource Inventory (VRI) classes are assigned to land units based on scenic quality, sensitivity level, and distance zones. The VRI for the public lands serves, in part, as the basis for the VRM class determinations, although other resource allocation decisions are also considered when designating VRM classes. A VRM class is based on the degree of acceptable visual change within that landscape, which may factor the physical and sociological characteristics of any given homogeneous area and serves as a management objective. Each class has an objective, which prescribes the amount of change allowed in the characteristic landscape.

BLM_0031942

Table 2.5.1 displays a comparison of the amount of natural-appearing landscape expected under each alternative. Alternative C would provide for more acres of natural appearing landscape than would Alternatives A and D. This would be primarily due to the amount of oil and gas, timber harvesting, and fuels reduction activities that could take place under each alternative, as well as to the associated mitigation measures required for oil and gas development (stipulations).

**Table 2.5.1: Natural-appearing Landscape Expected under Each Alternative**

|  | Current Condition | Alt. A | Alt. B | Alt. C | Alt. D |
|---|---|---|---|---|---|
| Percentage natural-appearing landscape | 96% | 79% | 90% | 99% | 81% |

## 2.5.15 Heritage and Cultural Resources

Under all of the alternatives, the heritage/cultural resource program would provide support to all resource projects, as required by Section 106 of the NHPA. Prior to any federal undertaking within the planning area, the SJNF and/or TRFO must consider impacts to heritage and cultural resources. Under all of the alternatives, the preferred management strategy for eligible sites would be to avoid and protect these sites from direct, indirect, and cumulative effects. In addition, under all of the alternatives, the program would include proactive inventory, documentation, analysis, preservation, monitoring, stabilization, research, stewardship, and public interpretation and education. It is difficult to measure individual adverse impact components; therefore, the number of acres of ground disturbance may be used as a relative comparison of alternatives. Given the enormity of the planning area (more than 2.5 million acres) and the diversity of its landscapes (which results in a wide variability of heritage/cultural site densities, ranging from three sites per square mile to more than 100 sites per square mile), it would be very difficult to make reasonably accurate quantitative assessments of impacts without activity locality information. Therefore, a descriptive, qualitative analysis of the impacts is presented.

Under all of the alternatives, impacts to heritage and cultural resources from oil and gas development would be alleviated through identification, avoidance, and/or mitigation. However, a minor amount of direct and indirect impacts may still result during surface-disturbing activities due to unanticipated discoveries of heritage and cultural resources, off-site erosion, and increased access to heritage and cultural resources. Therefore, Alternative A, which would management activities on the largest amount of acres, could result in the largest amount of impacts to heritage and cultural resources. This would be followed by Alternative D, which has the second highest amount of acres. Alternative B would have less potential impacts to heritage and cultural resources than Alternatives A or D. Alternative C would have less potential impacts to heritage and cultural resources than Alternative B.

Potential specific adverse impacts to heritage and cultural resources related to oil and gas development would be properly addressed under project-specific oil and gas environmental assessments; however, the No Lease Alternative would have the least potential impacts to heritage and cultural resources than all of the other alternatives.

## 2.5.16 Paleontological Resources

Impacts to paleontological resources within the planning area may result from actions proposed under the following resource management programs that have the potential to disturb fossil-bearing geologic formations: minerals development; prescribed fire, fire suppression efforts, and fuels management; recreation; lands and reality actions; and travel management. Management measures

BLM_0031943

common to all alternatives would preserve and protect paleontological resources for present and future generations. Adverse impacts would be mitigated by avoidance, recordation, or collection by a qualified paleontologist.

Under all of the alternatives, the risks of damage or destruction of paleontological resources could result from mining of vanadium/uranium, unauthorized activities (including dispersed recreational activity, OHV use, vandalism, and unauthorized collection), and natural processes of weathering. Impacts to paleontological resources from these activities would be the same under all alternatives. Paleontological surveys and excavations performed as a result of uranium/vanadium mining plans of operation could be major contributors to the knowledge and understanding of paleontological resources. This beneficial impact to paleontological management could result under all of the Alternatives. Paleontological locality would be protected through an NSO stipulation in Alternatives A, B, and C, and a CSU stipulation under Alternative D.

## 2.5.17 Lands and Special Uses

Under all alternatives, the TRFO and SJNF could acquire land dependent on having a willing seller. The USFS has limited opportunity for direct disposal of NFS lands; therefore, most land adjustments involving NFS lands would be by land exchange. This is not expected to vary by alternative. The BLM would continue its land adjustment program with land exchanges, as well as with the sale or exchange of lands specifically identified for disposal. The potential for disposing of BLM lands is highest in Alternatives B and D with 15,327 acres of lands available for disposal, followed by Alternatives A (10,469 acres) and C (8,004 acres). Additional criteria for identifying other lands for disposal are found in the LRMP and would not vary by alternative. Under all alternatives, through cooperation with other landowners, the emphasis would be for improved landownership and access patterns that benefit private landowners and the public.

Allocation of avoidance and exclusion areas under the various alternatives would impact the accessibility of lands for the location of pipelines, transmission lines, communication sites, and other ROWs or special use authorizations. Under Alternative D, 1,210,597 acres would be within avoidance areas, where land use authorizations such as utility corridors and communications sites can occur but with restrictions, followed by Alternatives A, B, and C. Avoidance areas in each alternative encompass lands managed for wilderness charateristics, Dolores River Canyon, Mesa Verde Escarpment, Anasazi Culture ACEC, Perins Peak wildlife management area, upper tier CRAs, Falls Creek Archeological Area, SBAs, Chimney Rock National Monument, and VRM Il/high SIO areas. Alternative C is the most restrictive in terms of impacts to lands and realty actions with 1,138,759 acres within exclusion areas, followed by Alternatives B, A, and D. Exclusion areas in each alternative encompass WSAs, wild segments of suitable WSRs, MA 1, RNAs, wilderness areas, the Piedra Area, and areas recommended for wilderness designation.

## 2.5.18 Minerals and Energy: Fluid Minerals

Alternative A represents the continuation of current BLM and USFS leasing direction as it applies to the PLAA. In total, 2,868,667 acres are available for leasing in Alternative A, of which approximately 518,300 acres are stipulated with TL, 185,300 acres are stipulated with CSU, and 908,400 acres are stipulated with NSO. Projected oil and gas development for the BLM and NFS lands under Alternative A includes approximately 590 well pads. Approximately 90 well locations are projected to be non-productive and reclaimed after production testing. For the GSGP alone, 420 well pads would be constructed on future leases.  See Table 2.5.2.

BLM_0031944

Alternative B is the preferred leasing alternative. Approximately 2,060,700 acres are available for lease within the PLAA, of which approximately 617,800 acres are stipulated with TL, approximately 920,500 acres are stipulated with CSU, and approximately 1,132,700 acres stipulated with NSO. Areas that are administratively not available for leasing total approximately 154,400 acres. Projected oil and gas development for the BLM and USFS combined under Alternative B includes approximately 575 well pads on future leases. Approximately 90 well locations are projected to be non-productive and reclaimed after production testing. Projected GSGP well pads would total 410 on future leases.

Under leasing Alternative C, production of goods and services are less than proposed under leasing Alternatives A, B, and D.

Approximately 1,332,500 acres would be available for lease in Alternative C. Designated wilderness areas and the Piedra Area are withdrawn from leasing by law. Approximately 532,300 acres recommended for wilderness or WSR designation (wild river segments) are administratively not available for mineral leasing under Alternative C, the highest among the alternatives. Seventy percent of the areas proposed for withdrawal occur in no or low potential areas. CRAs not recommended for wilderness in Alternative C are stipulated with NSO. On lands outside CRAs, a full range of stipulations are assigned including stipulations such as TL, CSU, and NSO to protect various resources such as highly erosive soils, steep slopes, critical wildlife habitat, and areas with special management designations such as archaeological areas, among others. Areas that are administratively not available for lease total approximately 873,100 acres.

Projected oil and gas development for the BLM and USFS combined under Alternative C includes approximately 570 well pads on future leases. Approximately 90 well locations are projected to be non-productive and reclaimed after production testing. Projected GSGP formation well pads would total 405 on future leases.

Alternative D provides for a mix of multiple-use activities, with a primary emphasis on the "working forest and rangelands" concept in order to produce a higher level of commodity goods and services compared to the other alternatives. This alternative provides for the greatest extent of resource use within the planning area while, at the same time, protecting and sustaining resources.

Approximately 2,058,700 acres are available for lease in Alternative D, of which approximately 342,970 acres are stipulated with TL, 292,795 acres are stipulated with CSU, approximately 1,055,550 acres are stipulated with NSO, and 288,235 acres are stipulated with standard lease terms. Alternative D does not include any wilderness or WSR recommendations and thus no proposal that lands be withdrawn from leasing. IRAs are stipulated NSO in Alternative D. On lands outside IRAs, a full range of stipulations are assigned including TL, CSU, and NSO to protect various resources such as highly erosive soils, steep slopes, critical wildlife habitat, and areas with special management designations such as archaeological areas, among others

Projected oil and gas development of future leases for the BLM and USFS combined under Alternative D includes 585 well pads. Of this total, approximately 85 wells are projected to be non-productive and would be reclaimed after production testing. Within the GSGP proper, 415 well pads would be constructed on future leases.

BLM_0031945

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Table 2.5.2: Oil and Gas Leasing Availability by Alternative within the Planning Area**

| Jurisdiction | Alternative A | Alternative B | Alternative C | Alternative D | No Lease Alternative |
|---|---|---|---|---|---|
| **SJNF** | | | | | |
| Federal mineral acres | 1,863,394 | 1,863,394 | 1,863,394 | 1,863,394 | 1,863,394 |
| Acres withdrawn from leasing | 481,035 | 481,035 | 481,035 | 481,035 | 481,835 |
| Acres administratively not available for leasing | 23,973 | 81,848 | 659,733 | 21,934 | 0 |
| Acres available for leasing | 1,358,386 | 1,300,511 | 722,626 | 1,360,425 | 0 |
| NSO | 808,252 | 831,170 | 499,935 | 680,024 | 0 |
| TL | 140,356 | 34,315 | 0 | 288,795 | 0 |
| CSU | 149,846 | 291,151 | 91,003 | 0 | 0 |
| Standard lease terms | 260,742 | 144,714 | 132,539 | 393,336 | 0 |
| **TRFO** | | | | | |
| Federal mineral acres | 503,464 | 503,464 | 503,464 | 503,464 | 503,464 |
| Acres withdrawn from leasing | 0 | 0 | 0 | 0 | 0 |
| Acres administratively not available for leasing | 67,197 | 68,717 | 203,979 | 55,925 | 503,464 |
| Acres available for leasing | 436,267 | 434,747 | 299,485 | 447,539 | 0 |
| NSO | 108,361 | 243,456 | 589,353 | 112,252 | 0 |
| TL | 551,221 | 525,469 | 64 | 28,899 | 0 |
| CSU | 38,076 | 528,332 | 259,541 | 237,654 | 0 |
| Standard lease terms | 87,754 | 32,220 | 29,767 | 221,689 | 0 |
| **Federal Subsurface** | | | | | |
| Federal mineral acres | 319,809 | 319,809 | 319,809 | 319,809 | 319,809 |
| Acres withdrawn from leasing | 0 | 0 | 0 | 0 | 0 |
| Acres administratively not available for leasing | 1,462 | 1,462 | 45,868 | 1,462 | 319,809 |
| Acres available for leasing | 318,347 | 318,347 | 273,941 | 318,347 | 0 |
| NSO | 11,765 | 58,060 | 165,647 | 37,666 | 0 |
| TL | 132,486 | 58,060 | – | 417 | 0 |
| CSU | 14,933 | 101,025 | 28,644 | 53,302 | 0 |
| Standard lease terms | 157,336 | 99,375 | 77,823 | 225,135 | 0 |

## 2.5.19 Minerals and Energy: Solid Minerals

Under all of the alternatives, development of salable mineral materials would be impacted based on the number of acres restricted or recommended for closure to mineral activity since development of these solid minerals resources is discretionary. Locatable minerals subject to claim under the Mining Law of 1872 would not be similarly impacted under all of the alternatives. Unlike mineral materials, which occur throughout the planning area, significant deposits of locatable solid minerals are unlikely to occur outside these areas; therefore, impacts to this resource under any of the alternatives may be minor. Impacts to DOE uranium lease tracts would not vary by alternative since these lease tracts are administered by the DOE and are not subject to any of the alternatives. Locatable uranium/vanadium development may be impacted by restrictions related to protection of sage-grouse since the most important uranium/vanadium deposits are in the same geographic area.

Based on the total acres of the various management actions designations that could limit the development of solid minerals, Alternative C may result in moderate to minor impacts, followed by Alternatives B, D, and A, all with minor to negligible impacts.

BLM_0031946

## 2.5.20 Minerals and Energy: Alternative Energy

With no to very low potential for commercial geothermal development, wind, or solar power generation on public lands in the planning area, the environmental consequences described in this section only analyze biomass as a potential energy source. Facility construction and operation for biomass energy generation sites would be the same as for the construction and use of other facilities, and would require a specific area to be dedicated to a primary use and, secondarily, to other compatible uses.

Potential biomass generation facilities would be located near communities and existing infrastructure. They would rely on existing transportation facilities for moving materials to a centralized generation plant. Standards and guidelines would be the same under all of the alternatives, and restrictions on development would be implemented in order to ensure compliance with laws and regulations governing development projects. Given the minimal expected level of alternative energy development expected during the life of the LRMP, there may be no reasonably measurable differences between the alternatives.

## 2.5.21 Wilderness and Lands with Wilderness Characteristics

Under Alternative B, for NFS lands, approximately 55,533 roadless acres would be recommended for wilderness. Under Alternative C, approximately 526,344 roadless acres would be recommended for wilderness. Alternatives A and D would not propose any NFS lands for wilderness. The areas recommended for wilderness are typically somewhat smaller than the inventory areas. However, under Alternative C, all of the roadless areas (except for the HD Mountains due to existing oil and gas leases) would be recommended for designation as a wilderness area, a WSR, or an RNA.

For lands administered by BLM, the alternatives present a range of options with regards to lands with wilderness charateristics. When compared to Alternatives A and D, Alternatives B and C both offer greater protection for the wilderness characteristics on the TRFO. Alternative C protects all seven units where wilderness characteristics were found, with Alternative B protecting two units. Thus, Alternative C offers the greatest degree of protection for wilderness characteristics, and Alternative B to a lesser degree. Both Alternatives A and D offer no specific protection for wilderness characteristics in the seven units.

## 2.5.22 Wild and Scenic Rivers

Only the previously studied and recommended rivers are found suitable in Alternative A. Alternative C finds all river segments identified as eligible through the inventory process for this planning effort and FEIS to also be suitable. Alternative D shows none of the rivers to be found suitable. Alternative B, the Preferred Alternative, finds about two-thirds of river miles to be suitable. Potential impacts related to all other activities on WSR would be proportional to the number of miles of river found preliminarily suitable, as the suitable river corridors have higher standards for protection and less tolerance for development activities. Conversely, if designated as WSRs by Congress or the Secretary of the Interior, beneficial impacts to river resources would result due to the higher level of protection afforded them under the WSRA. Alternative C would result in the most potential protection to rivers under the WSRA, followed by Alternatives B and A, respectively. This comparison is based directly on miles of river found to be suitable. Alternative D would result in no additional river corridor protection, although standard BMPs regarding riparian corridors and water resource protection would still apply to any projects within those zones.

BLM_0031947

## 2.5.23 Scenic, Historic, and Backcountry Byways

Generally, all of the alternatives are similar with respect to desired future conditions, thematic direction, and design guidelines for land management of the routes (and adjacent lands) within the viewsheds. Differences exist between the alternatives regarding oil and gas stipulations. In reference to oil and gas leasing stipulations, Alternatives A and D (under CSU) would provide less scenic protection to these roads and trails than would Alternatives B or C (which prescribe NSO), although all of the alternatives propose more protective oil and gas stipulations. If no new oil and gas leases were made available, the impacts to scenic byways would be similar under all alternatives because most of the development would occur on existing leases only. The ability to move facilities to eliminate visual impacts may be limited by CSU, allowing surface occupancy within closer proximity of or within the 0.5-mile corridors; therefore, visual impacts would have a higher probability of occurring under CSU than under an NSO requirement.

## 2.5.24 National Recreation, Scenic, and Historic Trails

Alternative A would not propose the same viewshed protection for the trails as Alternatives B, C, and D. Alternatives B, C, and D all establish these trails as important viewer locations, and they incorporate standards, guidelines, and stipulations designed to protect the foreground viewshed along these routes. Alternative B would impose varying degrees of viewshed protection, primarily dependent on the MA designation of the lands within which the routes travel. Via the MA allocations, Alternative B contains somewhat more restrictive management criteria than Alternative D, but to a lesser degree than Alternative C. Alternative C would allow the lowest potential for developments or other active management activities that would be visible from or otherwise affect the trails. On the contrary, Alternative D has the greatest potential for allowing developments that would be visible or otherwise affect the trail corridors. Other issues, including trail access, shared use, way finding, and maintenance, would not differ between the alternatives. If no new oil and gas leases were made available, the impacts to national recreation and scenic trails would be similar to the impacts under all alternatives because most of the development would occur on existing leases.

Regardless of the alternatives, the 1968 National Trails System Act prevents land management agencies from taking actions that would directly and/or significantly alter the immediate surroundings of the trail corridors or that would degrade the specific resources for which the trail was designated.

## 2.5.25 Research Natural Areas

The SJNF currently contains two RNAs, Narraguinnep and Williams Creek. Twenty-one additional areas were considered for RNA designation through the LRMP revision process, primarily selected from unroaded areas, vacant or closed grazing allotments, and lands with few management conflicts.

Alternative C proposes the most RNAs so it would provide the most lands for research, education, and reference sites; the most protection for biodiversity on the SJNF; and the most amount of protected areas on NFS lands. Alternative B proposes the second most RNAs, so it would provide the second most lands for research, education, and reference sites; the second most protection for biodiversity; and the second most amount of protected areas on the SJNF, followed by Alternative D. Alternative A proposes the fewest RNAs so it would provide the fewest lands for research, education, and reference sites; the least protection for biodiversity; and the least amount of protected areas on the SJNF.

BLM_0031948

## 2.5.26 Areas of Critical Environmental Concern

ACECs are BLM lands where special management attention is required to prevent irreparable damage to important historic, cultural, or scenic values, as well as fish and wildlife resources or other natural systems or processes, or to protect life and safety from natural hazards (BLM Manual 1613). FLPMA mandates the BLM to give priority to the nomination and designation of ACECs through the development and revision of RMPs.

Alternative C would designate the most ACECs so it would provide the most protection for the relevance and importance values and biodiversity in the planning area. Alternative B proposes the second most ACECs so it would provide the second most protection for the relevance and importance values and for biodiversity, followed by Alternative A. Alternative D would designate the fewest ACECs, so it would provide the least protection for the relevance and importance values and biodiversity within the TRFO.

## 2.5.27 Economics

To estimate the economic impacts to the planning area economy, one model covering five counties was developed. The counties included Archuleta, Dolores, La Plata, Montezuma, and San Juan. This area matches both state and local recognition of a functional social and economic planning area.

As discussed in Section 3.14, Recreation, the total number of visitors to the planning area is projected to hold steady over the planning horizon for all of the alternatives. Current recreation patterns are also expected to hold steady across alternatives. Therefore, the economic effects of recreation are not expected to vary.

Compared with the current management alternative (Alternative A), livestock grazing production would be generally maintained under Alternative B, would drop by approximately 13% under Alternative C, and would increase by approximately 37% under Alternative D. Some permittees may maintain, or potentially even increase, the number of AUMs, with more intensive management.

Under Alternatives A and B, total harvest volume would increase by 40% compared with the 2009–2011 average. Harvest volume would increase by 19% under Alternative C, and by 76% under Alternative D. In all cases, the mix of products (e.g., sawtimber, fuelwood, and biomass) would remain unchanged from the 3-year average.

Variations driven by resource management concerns are not expected to result in substantial economic differences between the alternatives. Alternatives A and D would result in the largest number of wells and the highest production levels. By 2020 minerals-based employment in the five-county Colorado area would increase by about 470 jobs for Alternatives A and D, and by 450 jobs for Alternatives B and C. It should be noted that while job estimates are reported down to a single job, the reader should look for changes in relative magnitude between alternatives. Thus, the range of 20 jobs between the highest and lowest impact alternatives should not be regarded as substantial. The No Leasing Alternative would result in about 400 additional jobs over 2010 employment levels, or 70 jobs less than either Alternatives A or D in 2020.

BLM_0031949

# CHAPTER 3 – AFFECTED ENVIRONMENT AND ENVIRONMENTAL CONSEQUENCES

## 3.1 Introduction

Chapter 3 combines two chapters often published separately in EISs: the affected environment and environmental consequences (described below). These two discussions have been combined in order to provide a clearer understanding of how each resource might be affected (impacted), depending on the alternative selected. This chapter's purpose is to convey how each of the alternatives described in Chapter 2 is predicted to affect the natural and human environment.

- **Affected Environment:** The current physical, biological, human, and land use environments of the planning area are discussed. This description provides a baseline against which to compare the impacts that might result from implementing any of the four alternatives.

- **Environmental Consequences:** A description and comparison of the predicted environmental consequences of each of the four alternatives are discussed. The environment is considered to include the natural environment (resources), which includes ecosystem components (such as soils, forested vegetation, wildlife, etc.) and human uses and values (such as domestic livestock grazing, timber, recreation, heritage resources, scenic byways, etc.)

If a particular allowable use or management action is not discussed for a particular resource, it is because no impacts are expected or the anticipated impact is considered of minor consequence.

The following types of impacts are included in the evaluation of environmental consequences:

- **Direct/Indirect Impacts:** These impacts result from activities that generally occur at the same time and place as the management activity or through an action causing the impact or that may occur at some distance or time from the action. For example, indirect impact could occur days after the surface is disturbed, as well as some distance from the disturbance.

- **Short- or Long-term Impacts:** When applicable, the short- or long-term aspects of impacts are described. For purposes of this FEIS, short-term impacts occur during or after the activity or action and may continue for up to 2 years. Long-term impacts occur beyond the first 2 years.

- **Cumulative Impacts:** Cumulative impacts result from the interaction of impacts resulting from the implementation of an alternative, along with impacts resulting independently from unrelated actions and activities. Cumulative impacts may include public lands in the planning area, as well as both private and public lands adjacent to, or near, the planning area.

Past, present, and reasonably foreseeable future actions and trends considered in the cumulative effect analysis are described in the affected environment discussions for each resource section and/or within the cumulative effects narratives.

The environmental impacts associated with the implementation of any of the alternatives would be in addition to ongoing existing impacts occurring on USFS- and BLM-administered lands in the planning area, as well as both public and private lands adjacent to, or near, the planning area. The descriptions of cumulative impacts for the individual resources addressed in this chapter may be qualitative as well as quantitative.

BLM_0031950

LRMP components (standards and guidelines, allowable uses, etc.) listed under each section of the LRMP (Volume II) describe the environmental protection measures that would be applied to all of the alternatives at the project level in order to protect or improve resources. These plan components are referred to frequently throughout the FEIS where they are expected to offset impacts through mitigation.

Due to the programmatic and strategic nature of this FEIS, the timing and specific location of project-specific actions that could impact resource values are not defined. Moreover, the relationship between cause (future actions) and effect (impact on resources) is not always known or quantifiable. For these reasons, the analysis of alternatives is both qualitative and quantitative.

Federal laws require that the USFS and BLM ensure the long-term productivity of public lands. Both land management agencies have established regulations and policies to implement these laws. Additionally, the LRMP has established standards and guidelines that aim to protect the environment in the planning area from extreme or undesirable consequences. These standards and guidelines apply to all management activities and desired future conditions regardless of the alternative selected for implementation. Under each resource section that follows, the key legal and administrative guidance, such as laws, regulations, policies, best management practices, and area-wide guidelines that apply to management of SJNF lands are listed and are the direction and mitigations that apply to the evaluation of environmental consequences. Project-level analysis may indicate the need for additional mitigation in order to resolve site-specific issues. Monitoring efforts would help the managing agencies determine the effectiveness of mitigation measures (see the Monitoring section of Volume II, LRMP).

**Relationship between Programmatic and Site-specific Analysis –** This FEIS is a programmatic document. It discusses environmental effects on a broad scale and does not predict what would happen when such broad-based standards and guidelines are implemented on individual, site-specific projects, nor does it convey the long-term environmental consequences of any site-specific project. The actual effects (impacts) would depend on the extent of each project, the environmental conditions at the site (which can vary widely across the public lands), and the mitigation measures and their effectiveness.

The analysis presented in this FEIS would be used to "tier" to future analyses. NEPA defines tiering as the coverage of general matters in broader EISs with subsequent narrower statements or environmental analyses that incorporate by reference the general discussions, allowing discussions to then concentrate solely on the issues specific to the statement subsequently prepared. Tiering is appropriate when it helps the lead agency to focus on new issues and exclude from consideration issues already decided. Thus, the broader analysis and conclusions analyzed in this document can then be used as a starting point for future site-specific project planning in the planning area. Each future project's environmental effects analysis document would incorporate, by reference, the information found in the FEIS, without the need to repeat the broader analysis process.

## The Oil and Gas Leasing Analysis

The leasing decisions associated with this LRMP and FEIS include what lands are available for lease, and for those lands made available, what stipulations will be applied to mitigate potential impacts from development.  The leasing decisions primarily focus on future leases.  However, the analysis does consider the potential impacts of new development on already leased lands, as well as cumulative impacts from development of adjacent non-federal mineral development (i.e., private, state, other).

BLM_0031951

Within the planning area there are three basins with moderate to high potential for mineral occurrence: the Paradox Basin (referred to as the PLAA for this analysis), the Northern San Juan Basin (NSJB), and the San Juan Sag.  This analysis focuses on the PLAA because it is the area with the highest leasing interest within the planning area, as well as having high development potential as reflected in the RFD projections for the area, and because much of the area is currently unleased and subject to lease after approval of the LRMP. On the basis of these factors, the impacts from oil and gas focus on the PLAA.

The NSJB, primarily on SJNF lands, also has high potential for development. However, unlike the Paradox Basin, the NSJB is fully leased and developed. Within the NSJB, the remaining question is how to condition further development of existing leases as additional wells are proposed. Anticipated development would involve constructing infill wells on existing, expanded well pads. The analysis of NSJB development and the relation to the revised LRMP decisions is also analyzed in this chapter.

A third area with potential is the San Juan Sag. Given the limited past limited development history in the San Juan Sag, only one to two exploratory wells, annually, over the life of the LRMP are projected for the San Juan Sag. Because of the assumed minimal leasing interest in the San Juan Sag, and minimal development projections, the FEIS does not include a detailed analysis San Juan Sag.

The three principal components of the leasing analysis include:

1.  Identification of areas to make available for lease and the leasing stipulations that should apply to lease areas.

2.  The potential impacts of the land management plan alternatives on oil and gas leasing opportunities as reflected in alternatives for oil and gas leasing availability and stipulations on future leases. The principal factors that may affect projected oil and gas development are 1) lands designated as available or unavailable for leasing, and 2) restrictions on activities reflected by lease stipulations on lands available for leasing. For the latter, lease stipulations may affect development by imposing restrictions based on resource-specific protections.

3.  The potential impacts to other resources and uses of the SJNF and TRFO (e.g., wildlife, riparian ecosystems, recreation, scenic quality, etc.) from oil and gas leasing based on RFD that could occur as a result of leasing. These potential effects are addressed within Sections 3.1 through 3.31 of this chapter.

Potential environmental consequences disclosed in this chapter are based on oil and gas leasing and projected development scenarios associated with each LRMP alternative described in Chapter 2.

The leasing analysis:

- Is based on a projection of the type and amount of post-leasing activity that is reasonably foreseeable as a consequence of conducting a leasing program consistent with that described in the proposal and for each alternative (36 CFR 228.102(c)(3) and BLM Handbook H1624-1); and

- Evaluates the reasonable foreseeable impact of post-leasing activity projected for the proposal and for each alternative (36 CFR 228.102(c)(3) and BLM Handbook H1624-1).

## Projected Development on Leased and Unleased Lands

There are important distinctions between projected future development of existing leases and development that is projected on lands that are currently unleased but that would be made available for lease in the ROD:

BLM_0031952

- Development on existing leases must be consistent with rights as granted under the existing leases. New leasing decisions would apply to currently leased lands only when the existing leases expire or are relinquished or terminated and the lands are again offered for lease. The current leaseholder(s) may develop its lease(s) during its 10-year term under Applications for Permit to Drill (APDs) authorized through required procedures, including NEPA analysis appropriate to the situation. Lease development must be fully compliant with applicable laws and regulations, e.g. the ESA.

- Lands that are currently unleased are subject to leasing availability and new lease stipulations approved in the ROD after the decision becomes effective and lands are nominated and offered for lease.

Throughout the analysis presented in this chapter, distinctions are made between projections of the types and amount of potential oil and gas development that may take place on land currently leased for oil and gas development and projections of potential oil and gas development on land not currently held by a lease. The distinction is also key to the No Leasing Alternative. In the planning area "no leasing" does not equate to "no development." Even under a no leasing decision, oil and gas development activities may still proceed on lands currently leased under the terms and conditions of those leases. Projections of oil and gas development for Alternatives A through D are presented in Section 3.19 and are part of the activity basis for the environmental, social, and economic analyses presented in this chapter.

The potential oil and gas development of existing leases would be consistent with management plan direction and the terms and conditions of the lease. Impacts from future development on lands currently held under lease are generally subject to the terms and conditions under which they were originally leased.

Assumptions common to all alternatives and to the analysis that follows are listed below.

- Leasing and subsequent development activities would be implemented in compliance with the lease stipulations, standard practices, applicable BMPs, guidelines for surface-disturbing activities, and applicable laws, standards, policies, and implementation plans, as well as with all USFS and BLM jurisdiction, policies, and regulations. This assumption is embedded in the analysis of impacts. Applicable management requirements in addition to the lease stipulations and standards and guidelines are presented in each of the resource analysis sections that follow.

- Leaseholders have the right to explore, develop, and produce mineral resources from any valid existing lease, even if the area containing the lease were designated closed to future leasing or stipulated with NSO on future leases.

- Surface use restrictions, including TL, NSO, and CSU stipulations, as well as unavailable for leasing designations, cannot be retroactively applied to valid, existing oil and gas leases or use authorizations (e.g., APDs). Post-lease actions/authorizations (e.g., APDs, road/pipeline ROWs), however, could be encumbered by COAs with effects similar to TL and CSU restrictions on a case-by-case basis, as required through project-specific NEPA analysis or other environmental review. Application of COAs to operations on existing leases must be in accord with the authority reserved by the terms and conditions of the lease.

## Actions Contributing to Oil and Gas Cumulative Effects

The cumulative effects analysis area includes five counties within the Paradox Basin in southwest Colorado. The area includes the SJNF, BLM-administered lands, state lands, and private lands within general proximity of the federal lands.

BLM_0031953

Oil and gas development would occur on both existing and future leases, and projections have been made of the amounts that would occur on each. The cumulative effects analysis considers the environmental consequences of both current and future oil and gas development and how such development would contribute to overall environmental impacts. Other activities analyzed that may interact with oil and gas development and contribute to cumulative impacts include rural and urban housing development, timber harvest, fire management, livestock grazing, recreation, agriculture, and the transportation systems expansion and use.

## 3.2  Terrestrial Ecosystems and Plant Species

### 3.2.1  Introduction

Terrestrial ecosystems on the SJNF and TRFO occur in upland landscape positions. These ecosystems are defined by soils, climate zones, and major vegetation types and are named for the major vegetation types that they represent. The pronounced elevational and topographic variability of the SJNF and TRFO has produced a great variety of terrestrial ecosystems, including spruce-fir forests, aspen forests, cool-moist mixed conifer forests, warm-dry mixed conifer forests, ponderosa pine forests, pinyon-juniper woodlands, mountain shrublands, sagebrush shrublands, semi-desert shrublands, mountain grasslands, semi-desert grasslands, and alpine (Redders 2012). Soils and native plant species, including special status plant species, are important components of terrestrial ecosystems that are analyzed here.

In order to better understand and evaluate current ecological conditions in the planning area, it can be helpful to look at conditions during a reference period. The reference period from 1500 to 1870 represents a time of relatively consistent environmental and cultural conditions in this region (Romme et al. 2009). Ecological conditions that existed during this time frame are referred to as reference conditions. The term "historic range of variability" (HRV) describes the range of ecological conditions (including vegetation structure and natural disturbance regimes) that occurred during the reference period. HRV information allows a comparison of whether current ecological conditions within the planning area are similar, or dissimilar, to the HRV conditions that occurred within the planning area in the past. The intent is not to manage the planning area exactly according to HRV conditions. The intent is to use HRV conditions as a context in order to help formulate attainable and sustainable desired conditions that meet a variety of management needs. HRV is described for each terrestrial ecosystem type later in this section. Sources of HRV information include McGarigal and Romme (2005) and Romme et al. (2009).

The concepts of terrestrial ecosystems and HRV are used in the LRMP and FEIS to describe ecosystem diversity; analyze past, current, and future ecological conditions; describe environmental impacts from management activities; address the legal, regulatory, and policy requirements for species diversity and population viability; and develop LRMP components (desired conditions, objectives, standards, and guidelines). Terrestrial ecosystems, which are an important part of the LRMP's sustainable ecosystems strategy at the coarse filter level, also serve as broad-scale habitat types for terrestrial wildlife species, special status wildlife species, and Management Indicator Species (MIS). See the ecological framework section in Volume II, LRMP for more information on the sustainable ecosystems strategy.

Managing for sustainable terrestrial ecosystems would protect and sustain the diversity of these ecosystems and would protect the majority of species within them, but a complementary plant species strategy is needed for some species that may not be adequately protected by the sustainable ecosystems strategy. Special status plant species that occur on the SJNF and TRFO include federally

BLM_0031954

listed species, proposed species for federal listing, candidate species for federal listing, Region 2 Regional Forester's sensitive species, and Colorado BLM State Director's sensitive species. A list of the special status plant species known or suspected to occur on the SJNF and TRFO can be found in Volume III, Appendix P, along with a brief description of the habitats where they occur.

## 3.2.2   Existing Conditions and Trends

### Terrestrial Ecosystems

The existing conditions of terrestrial ecosystems on the SJNF and TRFO are the result of various ecological processes, disturbance, and past management activities. Ecological processes and disturbances, including succession, fire, insects, disease, drought, and climate-related factors, have played a fundamental role in shaping the composition, structure, and function of terrestrial ecosystems at multiple scales and in creating the heterogeneous pattern of vegetation communities currently seen across the planning area. Ecological processes, disturbance, and management activities would continue to play a role in shaping terrestrial ecosystems over time. These factors, in concert with plant life cycles, would continue to create dynamic and heterogeneous terrestrial ecosystems across the SJNF and TRFO.

Terrestrial ecosystems can move from one development stage to another and can also convert from one type of terrestrial ecosystem to another. These functional and structural changes occur in response to the types of ecological processes, disturbances, and past management that influence the system (BLM 2013). For example, barring disturbance, many aspen stands would eventually convert to spruce-fir or cool-moist mixed conifer forests. In general, there is a lack of young development stages in all forested ecosystem types across the SJNF and TRFO and a lack of old growth in warm-dry mixed conifer, ponderosa pine (*Pinus ponderosa*), and pinyon pine (*P. edulis*). Tables 2.2.1 (SJNF) and 2.2.2 (TRFO) in Volume II, LRMP show the current range of development stages for the various forested terrestrial ecosystems. Early or mid-seral stages tend to be over-represented and late successional stages under-represented in the non-forested terrestrial ecosystems of the SJNF and TRFO, especially at lower elevations.

Agents of change most influential on terrestrial ecosystems in the SJNF and TRFO are fire, insects and disease, drought, past and present management actions, and a changing climate. Studies conducted across the Southwest (Covington and Moore 1994; Swetnam 1990; Swetnam and Baisan 1996; Touchan et al. 1996) and on the SJNF and TRFO (Brown and Wu 2005; Romme et al. 1997; Wu 1999) have shown that fire has always played an important role on the SJNF and TRFO. Fires can occur at many intensities and scales, from a small fire that causes the death of a single tree to a high intensity and on the SJNF and TRFO. Many researchers (e.g., Brown and Wu 2005; Romme et al. 1997; Wu 1999) have shown that fire has always played an important role on the SJNF and TRFO. Fires can occur at many intensities and scales, from a small fire that causes the death of a single tree, to a high-intensity fire that impacts thousands of acres. Fire regimes, which describe the historic frequency, extent, intensity, severity, and seasonality of fires within an ecosystem, are discussed in more detail under the description of each terrestrial ecosystem and in Section 3.11, Fire and Fuels Management of this FEIS.

In the past 10 years many more trees have been killed, and a larger area impacted, by insects and disease than by fire (Rocky Mountain Region 2010). From 2001 to 2004, a pinyon Ips beetle (*Ips confusus*) epidemic killed up to 90% of pinyon pine trees in the pinyon-juniper woodlands of southwest Colorado (Colorado Department of Natural Resources 2005). In addition, the ongoing spruce beetle (*Dendroctonus rufipennis*) outbreak that started in 1996 has killed most of the overstory

BLM_0031955

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

and midstory Engelmann spruce (*Picea engelmannii*) across an estimated 130,000 acres on the eastern side of the SJNF (Rocky Mountain Region 2012). Insects and disease are discussed in more detail in Section 3.10, Insects and Disease of this FEIS.

Drought is another disturbance agent that can have an influence on ecosystems. This can range from seasonally dry periods every June to moderate or long-term droughts that have much broader influences in the Southwest. For example, El Niño and La Niña cycles can result in multi-year drought periods. Multi-decadal drought periods can cause dramatic changes over large areas. These longer drought periods often interplay with bark beetle or wildfire cycles. Conversely, wet cycles can result in increased forest vegetation growth rates, leading to increasing risks for defoliating insects or for elevated bark beetles when drought periods return.

Climate change is also impacting terrestrial ecosystems in the planning area. Recent research and species distribution modeling predict large changes in the distributions of species and vegetation types in the western interior of the United States in response to climate change. Examples of changes to terrestrial ecosystems from climate change within the next 15 years include a decrease in alpine and spruce-fir forests and an increase in mixed conifer forests and pinyon-juniper woodlands (Finch 2012). Terrestrial ecosystem plant species (including special status plant species) responses to climate change would depend not only on their physiological tolerances but also on their phenology, establishment properties, biotic interactions, and capacity to evolve and migrate. The capacity of terrestrial ecosystem species and, thus, their distributions to respond to a warming environment would also be affected by changing disturbance regimes and other global change factors (Turner 2010).

In addition to succession and disturbance agents, past management activities have had a significant impact on the existing conditions of the terrestrial ecosystems of the SJNF and TRFO. Romme et al. (2009) found that many of the terrestrial ecosystems on the SJNF and TRFO are substantially different from the ecosystems that existed during the reference period, primarily due to changes that have come about through human activities during the last century. The magnitude and causes of change vary greatly among the different terrestrial ecosystems, but in general, the terrestrial ecosystems at lower elevations on the SJNF and TRFO have experienced more impacts from past management activities for a longer period of time than terrestrial ecosystems at higher elevations. For instance, livestock grazing at the lower elevations has significantly altered species diversity and distribution of native grasses in mountain grasslands, semi-desert shrublands, semi-desert grasslands, sagebrush shrublands, and pinyon-juniper woodlands as compared to reference period conditions. In addition, the stand structure of many ponderosa pine and warm-dry mixed conifer forests was significantly altered by fire exclusion, livestock grazing, and timber harvest that began in the mid-1800s (Romme et al. 2009). These activities resulted in forests that are currently outside their HRV in terms of vegetation stand structure and fire frequency (Grissino-Mayer et al. 2004; Romme et al. 2009).

In contrast, many of the terrestrial ecosystems at higher elevations have been little altered by past management activities, except in specific locations such as in spruce-fir or cool-moist mixed conifer stands where logging and road building have occurred, or in alpine areas impacted by sheep grazing, recreation, or mining. Approximately 47% of terrestrial ecosystems on the SJNF and TRFO (a majority of which is at higher elevations) are found within large, mostly unaltered, unroaded areas including wilderness areas, WSAs, lands managed for wilderness charateristics, the Piedra Area, RNAs, and CRAs. Collectively, these areas are described as protected areas. For the most part, ecosystem processes and disturbance agents have been allowed to occur and influence the terrestrial ecosystems and plant species within these protected areas with minimal human

66

BLM_0031956

intervention. Table 3.2.1 shows the distribution of terrestrial ecosystems within protected areas on the SJNF and TRFO.

**Table 3.2.1: Current Distribution of Terrestrial Ecosystems in Protected Areas**

| Terrestrial Ecosystems | Acres of Terrestrial Ecosystem Planning Area-wide (SJNF and TRFO) | Protected Areas | Percent (%) within Protected Areas |
|---|---|---|---|
| Alpine | 171,868 | 150,996 | 88 |
| Spruce-fir | 508,825 | 367,043 | 72 |
| Aspen (both pure aspen and aspen with conifer | 298,709 | 172,477 | 58 |
| Cool-moist mixed conifer | 135,788 | 103,737 | 76 |
| Warm-dry mixed conifer | 116,407 | 62,484 | 54 |
| Mountain grassland | 140,127 | 58,285 | 42 |
| Mountain shrubland | 241,386 | 67,016 | 28 |
| Ponderosa pine | 259,179 | 45,124 | 17 |
| Pinyon-juniper | 216,865 | 24,863 | 11 |
| Semi-desert shrubland | 53,334 | 5,191 | 10 |
| Semi-desert grassland | 15,395 | 914 | 6 |
| Sagebrush | 95,931 | 4,522 | 5 |
| Total | **2,253,814** | **1,062,652** | **47%** |

## Special Status Plant Species

There are currently 38 special status plant species on the SJNF and TRFO. This includes three federally listed species, one candidate for federal listing, and 34 sensitive species. Designated critical habitat for one of the federally listed plant species also occurs on TRFO and SJNF lands. A list of the federally listed and candidate plant species known to occur or with suitable habitat in the planning area is given below, along with a brief description of habitat for these species.

- **Pagosa skyrocket** (*Ipomopsis polyantha*) is an endangered species found on Mancos Shale soils in Archuleta County, Colorado. There is one known population of this species on TRFO lands. There are no known populations on the SJNF, but there is suitable habitat (USFWS 2011b). The USFWS has designated four critical habitat units for Pagosa skyrocket; two are occupied, and two are unoccupied. One of the occupied critical habitat units is on TRFO land. The two unoccupied critical habitat units occur on SJNF lands (USFWS 2012a).

- **Knowlton's cactus** (*Pediocactus knowltonii*) is an endangered cactus known from one population on rolling, gravelly hillsides in a pinyon-juniper woodland between 6,200 to 6,300 feet in elevation (USFWS 2010). There are no known populations of this species within the planning area, but there is suitable habitat on both SJNF and TRFO lands in Archuleta and La Plata Counties (Glenne 2013).

- **Mesa Verde Cactus** (*Sclerocactus mesae-verde*) is a threatened cactus restricted to sparsely vegetated badlands of the Fruitland and Mancos Shale formations in Montezuma County, Colorado, and San Juan County, New Mexico (USFWS 2011a, 2013a). There are no known populations of this species within the planning area, but there is habitat for this species on TRFO lands (USFWS 2011a).

- **Schmoll's milkvetch** (*Astragalus schmolliae*) is a candidate species found in dense pinyon-juniper woodlands in the Mesa Verde area in Montezuma County, Colorado (Friedlander 1980).

BLM_0031957