There are no known populations of this species within the planning area, but there is suitable habitat on TRFO lands in Montezuma and La Plata Counties (Anderson 2004).

A list of the 34 sensitive plant species known to occur or with habitat on the SJNF and TRFO can be found in Volume III, Appendix P, along with a brief description of the habitats where they occur. Of the 34 sensitive plant species known to occur, 16 occur within areas well represented in protected areas (including fens, high-elevation wetlands, and alpine habitat). The remaining 18 species are found at lower elevations in habitats poorly represented or entirely absent from protected areas. This includes, but is not limited to, hanging gardens, low-elevation riparian areas and wetlands, and specific soil types such as gypsum and shale soils.

## Soils and Biological Soil Crusts

The SJNF and TRFO encompass a large variety of soil types that support diverse terrestrial ecosystems. Certain soil types are more likely to be affected by management activities. Timber harvest, mechanical fuels treatments, and prescribed fire generally occur in terrestrial ecosystems with soils that occur on slopes less than 35%, classify as Alfisols or Inceptisols, are moderately well to very well drained, are moderately deep to very deep, have low to moderate soil erosion potential, and have litter and organic matter-rich surface horizons that help to minimize soil erosion and soil compaction. Terrestrial ecosystems affected by oil and gas development have soils that are moderately well to very well drained, classify mostly as Haplustalfs and Haplustepts, and have moderate to high soil erosion potential. Terrestrial ecosystems soils of particular management concern occur on Morrison, Mancos Shale, Lewis, and Fruitland geologic formations; lands with slopes greater than 35%; and lands that are highly susceptible to mass movement or excessive sheet erosion. Gypsum soils are considered a unique and rare soil in the planning area.

Biological soil crusts are the community of organisms living at the surface of semiarid and arid environments where vegetative cover is generally sparse (U.S. Geological Survey [USGS] 2006). Open spaces in these environments are usually covered by biological soil crusts, a highly specialized community of cyanobacteria, mosses, and lichens. Biological soil crusts are major ecosystem components of lower-elevation terrestrial ecosystems, including pinyon-juniper woodlands, sagebrush shrublands, semi-desert shrublands, and semi-desert grasslands. Biological soil crusts play important roles in terrestrial ecosystem structure and function, including soil stability and erosion, atmospheric nitrogen-fixation, nutrient contributions to plants, soil-plant-water relations, infiltration, seedling germination, and plant growth (USGS 2006). These crusts are well adapted to severe growing conditions, but poorly adapted to compressional disturbances such as domestic livestock grazing and off-road driving (USGS 2006). These activities, which disturb the surface of the soil, impact the integrity of the crusts, resulting in decreased organism diversity, soil nutrients, stability, and organic matter (USGS 2006).

Currently, soil productivity is generally intact in the forested terrestrial ecosystems of the SJNF and TRFO, and most of the soils-related terrestrial ecosystem desired conditions in the LRMP are being met in those areas. However, in pinyon-juniper woodlands and other non-forested lower-elevation terrestrial ecosystems, soil productivity has been impacted by past management activities. Soil loss has occurred and biological soil crusts occur much less frequently than expected on those sites, resulting in loss of soil productivity and soil stability.

## 3.2.3   Terrestrial Ecosystem Types

Descriptions of terrestrial ecosystems on the SJNF and TRFO are given below and include descriptions of soils, current conditions of vegetation within the ecosystems, conditions during the

BLM_0031958

reference period, descriptions of important disturbance agents, and information regarding HRV. Map 6 in Volume III, Appendix V illustrates the distribution of major vegetation types on the SJNF and TRFO.

**Spruce-fir forests** occur on mountains and tablelands at elevations ranging from about 9,000 to 11,500 feet. They are associated with the subalpine climate zone, the cryic soil temperature regime, and the udic soil moisture regime. The major soil types are Haplocryalfs and Dystrocryepts. Engelmann spruce and subalpine (*Abies lasiocarpa*) or corkbark fir (*A.l.* var. *arizonica*) trees are present in most stands. Douglas-fir (*Pseudotsuga menziesii*) and white fir (*Abies concolor*) occur with Engelmann spruce and subalpine fir on the warmest and driest sites at the lowest elevations within this type, and Engelmann spruce occurs alone on the coldest and wettest sites at the highest elevations within this type. Aspen (*Populus* sp.) is a seral species that is often abundant. High-elevation spruce-fir forest can also have bristlecone (*Pinus aristata*) or limber pine (*P. flexilis*), but these species are typically rare. Spruce-fir forests succeeded from aspen forests or developed directly from the regeneration of Engelmann spruce and subalpine fir trees following a disturbance event in a spruce-fir forest (DeVelice et al. 1986; Veblen et al. 1991), the latter often taking decades. Currently, most spruce-fir forests on the SJNF and TRFO are in the mature or old growth development stages (due in part to fire exclusion), which differs from HRV conditions that had more spruce-fir forests in the young and mid-development stages. However, the ongoing spruce beetle (*Dendroctonus rufipennis*) outbreak that started in 1996 has killed most of the overstory and midstory Engelmann spruce across an estimated 130,000 acres on the eastern side of the SJNF. The seedling, sapling, and small pole-sized spruce in the understory of most of these stands have not been impacted, so these stands would now be considered to be in the young or mid-development stages.

The fire regime for spruce-fir forests during the reference period was dominated by infrequent, high-severity, stand-replacement fires driven by regional-scale climate associated with prolonged drought and high winds (Buechling and Baker 2004; Romme et al. 1997; Sibold et al. 2006). Fire frequency was longer than 200 years. During the long periods between fires, chronic fine-scale disturbances (including insects, disease, and wind) killed individual trees or small groups of trees (Veblen et al. 1991). The current fire-free interval seen in the spruce-fir within the planning area does not appear to be far outside the range of variability in fire intervals that characterized the reference period (Romme et al. 2009).

**Aspen forests** occur on mountains, hills, and tablelands at elevations ranging from about 7,500 to 11,200 feet. They are associated with the subalpine and montane climate zones, the cryic and frigid soil temperature regimes, and the udic soil moisture regime. The major soil types are Haplocryolls and Haplustolls. Aspen forests include pure stands of aspen trees, aspen-dominated stands with conifer trees as minor or major understory components, and aspen stands in which aspen and conifer trees are co-dominant in the overstory. Conifers include Engelmann spruce and subalpine fir at the higher elevations and white fir, Douglas-fir, blue spruce (*Picea pungens*), and ponderosa pine at the lower elevations within this type. Most aspen forests on within the planning area are seral communities that would succeed to spruce-fir or cool-moist mixed conifer forests within the next 100 years, while other aspen forests are stable communities that would remain aspen forests for at least the next 100 years (DeVelice et al. 1986). Aspen forests developed from stand replacement fires in spruce-fir forests, cool-moist mixed conifer forests, or aspen forests.

Currently, most aspen forests within the planning area are in the mature or old growth development stages, due in part to fire exclusion, which differs from reference period conditions that had more aspen forests in the young and mid-development stages. Aspen forests at elevations of about 7,000

BLM_0031959

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

to 8,500 feet have experienced rapid tree mortality due to sudden aspen decline caused by a combination of high temperatures and drought (Anderegg et al. 2012; Worrall et al. 2013). This has weakened the aspen trees and made them more susceptible to mortality from cytospora canker, aspen bark beetles, and poplar borers (Worrall et al. 2008).

The fire regime for aspen forests during the reference period was dominated by infrequent, high-severity, stand-replacement fires (Kulakowski et al. 2004; Veblen et al. 1994) with a fire frequency of about 144 years (Romme et al. 2001).

**Cool-moist mixed conifer forests** occur on mountains and tablelands at elevations ranging from about 8,500 to 10,000 feet. They occur on cooler and wetter sites (usually at higher elevations) compared to warm-dry mixed conifer forests. They are associated with the montane climate zone, the frigid soil temperature regime, and the udic soil moisture regime. The major soil types are Hapludalfs and Dystudepts. Douglas-fir and white fir are the dominant tree species. Engelmann spruce and subalpine fir trees may be present as minor components on the colder and wetter sites within this type. Blue spruce fills a similar niche as Engelmann spruce at lower elevations in this type. Aspen is a seral species that is often abundant. Ponderosa pine and Gambel oak (*Quercus gambelii*) are absent or very minor components. Cool-moist mixed conifer forests succeeded from aspen forests, developed directly from the regeneration of white fir, Douglas-fir, or the other tree species noted above following a disturbance event in a cool-moist mixed conifer forest.

Currently, most cool-moist mixed conifer forests within the planning area are in the mature development stage (due in part to fire exclusion) which differs from HRV conditions that had more cool-moist mixed conifer forests in the young and mid-development stages. The high proportion of larger, older trees, coupled with similar conditions in warm-dry mixed conifer, has led to high endemic levels of western spruce budworm (*Choristoneura occidentalis Freeman*), with localized epidemics. Repeated defoliation of recent growth has often resulted in topkill or outright mortality in the younger age classes of white fir, Douglas-fir, and associated spruce.

The fire regime for cool-moist mixed conifer forests during the reference period was dominated by infrequent, high-severity, stand-replacement fires similar to that of spruce-fir forests or by mixed-severity fire resulting in highly variable forest conditions (Romme et al. 2009). Fire frequency was 144 years (McGarigal and Romme 2005). The current fire frequency regime of the cool-moist mixed conifer forest type is within the HRV.

**Warm-dry mixed conifer forests** occur on mountains, hills, and tablelands at elevations ranging from about 7,500 to 9,000 feet. They occur on warmer and drier sites (usually at lower elevations) compared to cool-moist mixed conifer forests. They are associated with the montane climate zone, the frigid soil temperature regime, and the ustic soil moisture regime. The major soil types are Hapludalfs and Dystudepts. Ponderosa pine, Douglas-fir, and/or white fir trees are the dominant species. Aspen is highly variable, from substantial to minimal cover. Blue spruce can be a minor component; southwestern white (*Pinus strobiformis*) or limber pine is infrequent to rare. Gambel oak is a seral species that often displays high cover. Warm-dry mixed conifer forests succeeded from ponderosa pine or mountain shrublands, or developed directly from the regeneration of ponderosa pine, white fir, and Douglas-fir trees following a disturbance event in a warm-dry mixed conifer forest. Currently, most warm-dry mixed conifer forests within the planning area are in the mature development stage due in part to fire suppression.

The fire regime for warm-dry mixed conifer forests within the planning area during the reference period was driven by regional-scale climate associated with prolonged drought (Swetnam and Betancourt 1990). The fire regime was of mixed-severity (Romme et al. 2009), but was dominated by

70

BLM_0031960

frequent, low-severity fires with a frequency of about 18 to 41 years (Grissino-Mayer et al. 2004). The more frequent low-severity fires consumed litter, dead wood, small trees, and the aboveground portions of shrubs and herbs (Covington and Moore 1994), creating uneven-aged stands with low tree densities and open canopy covers (Romme et al. 2009). Less frequent, high-severity, stand-replacement fires created stands that were more even-aged with higher tree densities and more closed canopy covers (Ehle and Baker 2003; Kaufmann et al. 2000).

Many of the warm-dry mixed conifer forests within the planning area were dramatically altered during the last century due initially to livestock grazing introduced by Euro-American settlers in the late 1800s (Grissino-Mayer et al. 2004; Landres et al. 1999). Unregulated livestock grazing decreased the abundance and distribution of the native bunchgrasses that helped carry surface fire through these forests. Beginning in the early 1900s, logging reduced the abundance and distribution of very large (and often very old) ponderosa pine and Douglas-fir, while leaving white fir. The combination of grazing and logging resulted in an abundance of growing space during a period of greater than normal precipitation, which then coincided with a significant pulse of ponderosa pine seed production (around 1920). Young, very dense, ponderosa pine forests sprung up from these interrelated actions and historic events, with fire suppression helping to sustain these dense conditions.

Collectively, these impacts have led to 1) a reduction in the frequency of low-severity fires that burned in these forests, 2) an abundance of stands with high stem densities, 3) elevated risks for insects and disease, particularly bark beetles, and 4) heavy fuel loads, both in aerial (dense canopies) and ground fuels. Composition has changed as well. These dense forests have favored the proliferation of more shade-tolerant white fir and greatly inhibited regeneration of shade-intolerant ponderosa pine and, to a lesser extent, Douglas-fir (Moir et al. 1997; Wu 1999). The increased abundance of white fir in the understories and midstories of these stands has led to extensive ladder fuels, providing ready avenues for ground fires to transition into canopies. The activities and events described above have also contributed to a reduction in the amount of warm-dry mixed conifer old growth forests as compared to what would be expected under the HRV.

In summary, the stand structure and composition of many warm-dry mixed conifer forests have been greatly altered due to past unregulated and regulated management activities, as compared to these forests during their reference period (Colorado Forest Restoration Institute 2010; Grissino-Mayer et al. 2004; Romme et al. 2009). Epidemic-level insect and disease infestations are occurring or remain at high risk for occurrence. Most warm-dry mixed conifer within the planning area has missed from five to eight fire cycles as compared to fire frequencies in the reference period. This makes these stands at greater risk for high-intensity, stand-replacement fires (Covington and Moore 1994) that are increasingly difficult to control (Moir et al. 1997).

**Ponderosa pine forests** occur on mountains, hills, and tablelands at elevations ranging from about 7,000 to 8,500 feet. They are associated with the lower-montane climate zone, the frigid soil temperature regime, and the ustic soil moisture regime. The major soil types are Haplustalfs and Haplustepts. This type consists of relatively pure stands of ponderosa pine trees. Rocky Mountain juniper (*Juniperus scopulorum*), white fir, Douglas-fir, blue spruce, or pinyon pine trees may be present as minor components. Gambel oak, which is a seral species, often displays high cover. Arizona fescue (*Festuca arizonica*) and mountain muhly (*Muhlenbergia montana*) are important bunchgrasses. Ponderosa pine forests succeeded from mountain shrublands or developed through the cycle of regeneration of ponderosa pine trees following disturbance (typically fire) in a ponderosa pine forest (DeVelice et al. 1986; Kaufmann et al. 2000). Currently, most ponderosa pine forests within the planning area are in the mature development stage.

BLM_0031961

The fire regime for ponderosa pine forests within the planning area during the reference period was one of high frequency, low-severity surface fires (Romme et al. 2009). These fires occurred about every 12 to 18 years (Grissino-Mayer et al. 2004), consuming litter, dead wood, small trees, and the aboveground portions of shrubs and herbs (Covington and Moore 1994). This created uneven-aged stands that typically exhibited low tree densities and open canopy covers (Romme et al. 2009). Generally, the uneven-aged stands were composed of even-aged clumps alternating with herbaceous-dominated openings. This pattern of tree clumps and openings resulted in multiple gaps in tree canopy layers that kept crown fires to a minimum.

Many ponderosa pine forests were dramatically altered by livestock grazing, fire suppression, and logging. These effects of these activities are similar to those described under warm-dry mixed conifer. Unregulated livestock grazing decreased the abundance and distribution of the native bunchgrasses (such as Arizona fescue, Parry's oatgrass [*Danthonia parryi*], and mountain muhly) that helped carry surface fire through these forests. Beginning in the early 1900s, logging reduced the abundance and distribution of very large (and often very old) ponderosa pine and Douglas-fir. These effects, combined with the significant pulse of ponderosa pine seed production around 1920, led to the establishment of young, very dense, ponderosa pine forests across much of the pine-dominated landscape, with fire suppression helping to sustain these dense conditions. The activities and events described above have also contributed to a reduction in the amount of ponderosa pine old growth forests as compared to what would be expected under the HRV.

In summary, the stand structure of many ponderosa pine forests have been greatly altered due to past unregulated and regulated management activities, as compared to these forest during the reference period (Colorado Forest Restoration Institute 2010; Grissino-Mayer et al. 2004; Romme et al. 2009). The risk for epidemic-level insect and disease infestations—particularly western (*Dendroctonus brevicomis*) and/or mountain pine beetle (*D. ponderosae*)—remains high. Most ponderosa pine forests within the planning area have missed from seven to 11 fire cycles as compared to fire frequencies in the reference period and, hence, are at a higher risk for high-intensity, stand-replacement fires (Covington and Moore 1994) that are increasingly difficult to control (Moir et al. 1997).

**Pinyon-juniper woodlands** occur on mountains, hills, and tablelands at elevations ranging from about 5,500 to 7,500 feet. They are associated with the semiarid climate zone, the mesic soil temperature regime, and the ustic soil moisture regime. The major soil types are Haplustalfs and Haplustepts. Pinyon pine, Utah juniper (*Juniperus osteosperma*), and Rocky Mountain juniper are present in these woodlands in differing amounts, depending on environmental factors (such as elevation and precipitation) and past disturbance (such as the pinyon Ips epidemic of the early 2000s). Ponderosa pine trees may be present as a minor component, and big sagebrush (*Artemisia tridentata*) and Gambel oak are present in varying amounts. Pinyon-juniper woodlands within the planning area, which are highly variable in stand structure, range from old growth stands that escaped fire for centuries (Floyd et al. 2004), to young stands that have regenerated after chaining treatments in the 1970s, to other stands that exhibit structural stages in between those two extremes. Biological soil crusts are significant components on the ground surface of some of these woodlands at site potential. Historic fire intervals in pinyon-juniper woodlands vary, depending on a stands canopy structure and understory characteristics. Persistent pinyon-juniper woodlands, which are the most common type of pinyon-juniper found within the planning area, appeared to have the longest fire rotations, while fire intervals in pinyon-juniper shrublands were shorter (Romme et al. 2009).

Currently, many pinyon-juniper woodlands within the planning area differ significantly from their HRV conditions due to livestock grazing, which decreased the diversity, abundance, and distribution of

BLM_0031962

native grasses. At the landscape scale, there are also fewer acres of old growth in pinyon-juniper woodlands than compared to reference period conditions. Within the next 15 years, natural succession would convert some mountain shrublands to the pinyon-juniper woodlands and would move some pinyon-juniper woodlands to later successional stages, but this would not result in a major change in the abundance or distribution of the pinyon-juniper type or its development stages. There has also been an increase in cheatgrass (*Bromus tectorum*) in the understory of many pinyon-juniper stands. Cheatgrass readily carries fire and is a contributing factor to the larger fires seen in the pinyon-juniper woodlands in recent years (Romme et al. 2009). Within the next 15 years, wildfire could convert many pinyon-juniper woodlands to mountain shrublands.

**Mountain shrublands** occur in the lower-montane and montane climate zones at elevations ranging from about 6,000 to 9,000 feet. They are often found on steep slopes with southerly aspects. They are associated with the mesic soil temperature regime and the ustic soil moisture regime. The major soil types are Haplustalfs and Haplustepts. The mountain shrubland type includes relatively pure stands of Gambel oak and mixed stands that include Gambel oak and other deciduous shrubs, including mountain mahogany (*Cercocarpus montanus*), serviceberry (*Amelanchier* sp.), chokecherry (*Prunus virginiana*), antelope bitterbrush (*Purshia tridentata*), fendlerbush (*Fendlera rupicola*), and squawapple (*Peraphyllum ramosissimum*). Pinyon pine, Utah juniper, Rocky Mountain juniper, ponderosa pine, white fir, or Douglas-fir trees may be present as minor components.

The fire regime for mountain shrublands within the planning area during the reference period consisted mostly of high-severity fires with a fire frequency of 37 to 100 years (Floyd et al. 2004; McGarigal and Romme 2005). Within the next 15 years, natural succession would convert some mountain shrublands to pinyon-juniper woodlands, ponderosa pine forests, or warm-dry mixed conifer forests, but that would not result in a major change in the abundance and distribution of the mountain shrubland type within the planning area. Within the next 15 years, wildfire could convert some warm-dry mixed conifer forests, ponderosa pine forests, or pinyon-juniper woodlands to mountain shrublands. Wildfire in mountain shrublands would perpetuate mountain shrublands.

**Mountain grasslands** occur throughout the planning area at elevations ranging from about 7,500 to 11,600 feet. They are associated with the montane and subalpine climate zones. The major soil types are Haplustolls and Haplocryolls. The general mountain grassland type includes a cool-season bunchgrass community often dominated by Arizona fescue at the lower elevations, cool-season bunchgrass communities often dominated by Thurber's fescue (*Festuca thurberi*) higher elevations, and a plant community dominated by the rhizomatous non-native Kentucky bluegrass (*Poa pratensis*) that can occur throughout the montane and subalpine zones. Sites in good ecological condition display high canopy cover of fescues and other bunchgrasses, low amounts of bare soil, and high amounts of litter. Sites in poor ecological condition display low canopy cover of bunchgrasses, low amounts of litter, high amounts of bare soil, high cover of Kentucky bluegrass, high cover of native increaser forbs, and soil erosion and soil compaction problems.

There is little scientific information on reference period conditions for mountain grasslands, but based on reference sites within the planning area and throughout the South Central Highlands Section, mountain grasslands during the reference period apparently reflected good ecological condition as described above (Romme et al. 2009). The historic fire regimes for the Arizona and Thurber's fescue mountain grassland types were likely of mixed severity with a fire frequency of about 10 to 15 years (LANDFIRE biophysical setting model 2811460) for the former and about 100 years (LANDFIRE biophysical setting model 2811460) for the latter. The high canopy cover of bunchgrasses and high amounts of litter allowed fires to burn through those grasslands (Romme et al. 2009; Touchan et al. 1993). Currently, many Thurber's fescue mountain grasslands and some Arizona fescue mountain

BLM_0031963

grasslands within the planning area display characteristics similar to those of the reference period. Some of the Thurber's fescue type, most of the Arizona fescue type, and all of the Kentucky bluegrass type have altered successional pathways and a composition, structure, and function that differs significantly compared to what would be expected under the HRV.

**Sagebrush shrublands** occur on hills, mesas, and valley floors at elevations ranging from about 5,000 to 9,000 feet. They occur primarily in the semiarid and lower-montane climate zones. The major soil types are Haplustalfs, Haplustepts, Torriorthents, and Natrargids. The general sagebrush shrubland type includes a basin big sagebrush (*Artemisia tridentata* ssp. *tridentata*) plant community that tends to occur on valley floors with deep soils, a black sagebrush (*A. nova*) plant community that tends to occur on shallow, alkaline soils with high clay contents, and a Wyoming big sagebrush (*A.t.* ssp. *wyomingensis*) plant community that tends to occur in more upland landscape positions. Biological soil crusts are significant components on the ground surface of some sagebrush shrublands. The historic fire regime for sagebrush shrublands within the planning area was likely of mixed severity with a fire frequency of about 80 years (LANDFIRE biophysical setting models 2810640 and 2811250). Currently, sagebrush shrublands are less abundant within the planning area compared to the reference period (McGarigal and Romme 2005), and many sagebrush shrublands in western Colorado (including those within the planning area) are in poor condition due to long-term livestock grazing, which has decreased native herbs, decreased litter, increased bare soil, and caused soil erosion (Winward 2004).

**Semi-desert shrublands,** which include saltbush-greasewood plant communities, occur on hills, alluvial flats, terraces, and valley floors in the semiarid climate zone at elevations ranging from about 4,500 to 7,000 feet. Soils, which are often calcareous or sodic, are mostly well drained but some flood intermittently. The major soil types are Torriorthents and Natrargids. Common shrubs in this type include shadscale saltbush (*Atriplex confertifolia*), fourwing saltbush (*A. canescens*), winterfat (*Krascheninnikovia lanata*), rubber rabbitbrush (*Ericameria nauseosa*), spiny hopsage (*Grayia spinosa*), greasewood (*Sarcobatus vermiculatus*), and basin big sagebrush. Biological soil crusts are major components on the ground surface in most semi-desert shrublands. Currently, based on reference sites, historic records, and soils information within the planning area, much of the semi-desert shrubland type appears to differ significantly from conditions seen during the reference period due to long-term livestock grazing which decreased the diversity, abundance, and distribution of native grasses, decreased litter, increased bare soil, and increased invasive plant species. The historic fire regime was likely of mixed severity with a fire frequency of greater than 200 years (LANDFIRE biophysical setting model 2811530).

**Semi-desert grasslands** occur on hills, alluvial flats, terraces, and valley floors in the semiarid climate zone at elevations ranging from about 4,500 to 7,000 feet. The major soil types are Torriorthents and Natrargids. This type is dominated by cool- and warm-season grasses including needle and thread (*Hesperostipa comata*), Indian ricegrass (*Achnatherum hymenoides*), galleta (*Pleuraphis* sp.), western wheatgrass (Pascopyrum smithii), blue grama (*Bouteloua gracilis*), purple threeawn (*Aristida purpurea*), sand dropseed (*Sporobolus cryptandrus*), and alkali sacaton (*S. airoides*). Biological soil crusts are major components on the ground surface in most semi-desert grasslands. Currently, based on reference sites, historic records, and soils information within the planning area, much of the semi-desert grassland type appears to differ significantly from its HRV conditions due to long-term livestock grazing, which decreased the diversity, abundance, and distribution of native grasses, decreased litter, increased bare soil, and increased invasive plant species. The historic fire regime was likely of mixed severity with a fire frequency ranging from about 35 to 75 years (LANDFIRE biophysical setting model 2811350).

BLM_0031964

**Alpine terrestrial ecosystems** occur on the mountains in the alpine life zone (Mutel and Emerick 1984) at elevations above 11,500 feet. The alpine life zone is characterized by long winters, snow, high wind, intense sunlight, short growing seasons, high vegetation diversity, and small-scale ecological processes including nivation (sub-snow patch processes), and solifluction (mass wasting of waterlogged soil, generally over frozen ground). Alpine landscapes were shaped by large-scale geomorphic processes including glaciation, resulting in lands that are both steep and rugged, and flat and smooth. The alpine major vegetation type, soils, elevation, and microclimate are used to describe alpine terrestrial ecosystem community types on the SJNF and TRFO (Redders 2012). Alpine terrestrial ecosystem community types in the planning area include turf, which is an herbaceous type that is associated with moderately well-drained soils that classify as Typic Dystrocryepts, and include Elynoid sedge, kobresia (*Kobresia* sp.), and alpine avens (*Geum rossii*) subcommunities; fellfield, which is an herbaceous type that occurs on wind-swept sites, is primarily associated with shallow, rocky, well-drained soils that classify as Lithic Dystrocryepts and is dominated by cushion plants (forbs); dwarf willow, which is a low shrubland type dominated by alpine willow (*Salix petrophila*) and/or net willow and is associated with moderately well drained soils that classify as Typic Dystrocryepts; upland willow, which is a tall shrubland type that occurs on mountain side slopes, is associated with somewhat poorly drained soils that classify as Oxyaquic Dystrocryepts, and displays a high canopy cover of planeleaf willow (*Salix planifolia*) and/or shortleaf willow (*Baccharis brachyphylla*); and Krummholtz, which is a forest type dominated by stunted Engelmann spruce trees that occurs between the spruce-fir forests of the subalpine zone and the treeless alpine zone, and is associated with moderately well-drained and shallow to moderately deep soils that classify mostly as Lithic Dystrocryepts.

Management activities that have had the most impact on alpine terrestrial ecosystems over the last century are sheep grazing, mining, and recreation use. Historic records indicate that during the peak of sheep use between 1910 and 1930, there were areas of overstocking and heavy use that were causing negative impacts to vegetation. Some soil erosion was also occurring along heavily used stock trails. The impacts of historic sheep use on vegetation and evidence of erosion on heavily used trailing routes is still visible in some areas, but in areas that are no longer used for sheep grazing, these impacts are becoming less and less obvious. Mining and associated road building have impacts to alpine ecosystems, particularly in the Silverton area. Recreation use in alpine areas has increased in recent decades, due both to hiking along system trails and cross-country travel. These impacts are generally confined to very limited areas, but repeated use can result in soil erosion along these routes.

## 3.2.4  Environmental Consequences

### Direct and Indirect Impacts

Management activities that could have impacts on terrestrial ecosystems, special status plant species, and soils on the SJNF and TRFO include fire management, timber harvest, mechanical fuels treatments, oil and gas development, solid minerals development, livestock grazing, and recreation. Those impacts would depend on many factors, including the extent, timing, frequency, and duration of the activity. Adverse impacts to terrestrial ecosystems, special status plant species, and soils from management activities would be minimized or prevented by the implementation of standards, guidelines, and stipulations in the LRMP and project-specific mitigation measures, and by following direction in the Watershed Conservation Practices Handbook (Forest Service Handbook [FSH] 2509.25), the ESA, BLM Colorado's Standards for Public Land Health (Standards 3 and 4), BLM Colorado's Guidelines for Livestock Grazing Management, BLM Manual 6840 (Special Status Species Management), BLM Manual 6840.06, Surface Operating Standards and Guidelines for Oil

BLM_0031965

and Gas Exploration and Development ("The Gold Book" [BLM and USFS 2007]), Forest Service Manual (FSM) 2622, and FSM 2070).

Indicators would be used to analyze the environmental consequences to terrestrial ecosystems from management activities. Indicators are important ecological components or aspects of terrestrial ecosystems needed to maintain ecosystem integrity and help to ensure species diversity and population viability. Physical and biological indicators include, but are not limited to, changes in soil conditions, changes to forested stand structure and distribution, the abundance and distribution of desirable native plant species, impacts to special status plant species and other rare plant species, and changes to the extent and distribution of invasive plants.

## Fire Management

Management-ignited fires, wildfires, and fire suppression have impacts to terrestrial ecosystems, special status plant species, and soils. Prior to Euro-American settlement, fire played an important role in creating and maintaining the vegetation communities in many terrestrial ecosystems, especially ponderosa pine and warm-dry mixed conifer forests. Fire suppression has contributed to the many changes seen in these ecosystems over the past 100 years. The use of management-ignited fires and the appropriate management of naturally ignited wildfires would help restore the composition and structure of ecosystems and maintain or restore the heterogeneous structure and pattern of the vegetation that was present on the SJNF and TRFO during the reference period. Management-ignited fires are also used for fuels reduction, wildlife habitat improvement, and range betterment.

The amount of area impacted per year by management-ignited fires varies considerably, but averages around 3,000 to 7,000 acres per year on the SJNF and 1,000 to 2,000 acres per year on TRFO lands. Most management-ignited fires are low to moderate severity burns conducted in the spring or fall in ponderosa pine and warm-dry mixed conifer forests, and in mountain shrublands. These fires rarely kill canopy trees, but may kill small pine, white fir, or other trees in the understory. Low- to moderate-severity fires would also consume the aboveground portions of shrubs and herbaceous plants in the understory, dead leaves, pine needles, and woody material on the forest floor. Mineral soil may be exposed in some localized areas, but typically, only the top-most, driest layer of litter is consumed by low- to moderate-severity burns, leaving the moister litter and humus intact, especially in areas burned in the spring when soil moisture is high. The thinning of material in the understory creates more open stand conditions. Most of the shrubs and herbaceous understory species in these stands respond well to the increased light, reduced competition, and increased nutrient availability and resprout rapidly from belowground structures. Pine seedlings may also become established in the localized areas where mineral soil is exposed. There could be minor impacts to soils in localized areas such as around large accumulations of woody fuels, but overall, impacts to soils are generally minimal on low- to moderate-severity burns. Invasive plant species may increase in areas where bare soil is exposed. Small, stand-level changes to composition and structure may occur, such as decreasing the amount of white fir, decreasing the density of stands, and increasing young age classes. Over time, if enough areas are burned, these stand-level effects would contribute to composition and structure changes at the landscape level.

Wildfires could potentially occur in any of the terrestrial ecosystems present on the SJNF and TRFO. A vast majority of wildfires stay small, impacting a few acres or less, because they are either quickly suppressed or go out on their own. However, a few wildfires per decade become much larger, impacting thousands of acres or more. This might occur because suppression efforts are not able to keep them small or because it was determined that direct suppression was not the appropriate

management response. Wildfires that burn with low to moderate severity, or mixed severity, would have impacts similar to those discussed above for management ignited fires. Low- to moderate-severity fires are within the HRV for ponderosa pine and warm-dry mixed conifer, and mixed- and low-severity fires are within the HRV for cool-moist mixed conifer. These fires would help restore the composition and structure of these ecosystems to a condition more similar to that seen during the reference period. Impacts from higher-severity stand replacement fires are outside the HRV for ponderosa pine and mixed conifer. However, high-severity, stand-replacement fires that occur at long intervals (200+ years) are within the HRV for spruce-fir, aspen, and pinyon-juniper woodlands. In these terrestrial ecosystems, large, high-severity, stand-replacing fires would change the composition, structure, or pattern of vegetation at the landscape level by creating open-canopied patches or stands within the more closed-canopy matrix of the associated landscape. This helps to maintain or restore landscape-level structural diversity and maintain ecosystem diversity in these terrestrial ecosystems.

High-severity fires can also have different impacts to soils than low- to moderate-severity fires. In areas where high-severity fires consume all ground cover down to mineral soil, there is an increased potential for soil erosion, particularly on steep slopes. High-severity wildfire can also kill soil biota, cause mass movement, and create water-repellant hydrophobic soils that reduce infiltration and increase runoff and soil erosion. Fire decreases the total amount of nutrients available to soil profiles by consumption of carbon at the ground surface. On the other hand, nutrient availability in the soil (including nitrogen) often increases following fire (Pritchett and Fisher 1987; Wan et al. 2001; Wright and Bailey 1982). Invasive plant species may increase in areas where bare soil is exposed by high-severity fires.

Fire suppression activities such as the construction of firelines and the establishment and use of fire camps can also impact terrestrial ecosystems and soils. The bare soil exposed by these activities is more prone to soil erosion and can provide a seedbed for the establishment or spread of invasive plant species. Rehabilitation activities such as seeding, ripping, water barring, and installing erosion-control devices would help mitigate these impacts.

Impacts to federally listed plants species, designated critical habitat, and suitable habitat for these species are possible from wildfires. The known population of Pagosa skyrocket, designated critical habitat, and suitable habitat for this species occur in areas that could be impacted by wildfire. There are no known populations of Knowlton's cactus, Mesa Verde cactus, or Schmoll's milkvetch on SJNF or TRFO lands, but much of the potentially suitable habitat for these species could be impacted by wildfires. The presence of federally listed plant species, critical habitat, or suitable habitat would be taken into account when determining the appropriate suppression action for wildfires.

In addition, one of the four critical habitat units (Eightmile Mesa) and much of the suitable habitat for Pagosa skyrocket is within ponderosa pine and mountain shrublands where management-ignited fires may be used to help restore the composition and structure of these terrestrial ecosystems and reduce fuels in the WUI. Only a very small percentage of designated critical habitat and suitable Pagosa skyrocket habitat would be impacted by management-ignited fires in any given year. These fires would be of low to moderate intensity and low burn severity, which is within the range of light to moderate, or intermittent or discontinuous disturbance, which is one of the primary constituent elements needed to support the life-history processes of Pagosa skyrocket.

Fire management may have impacts to BLM and USFS sensitive plant species that occur in the habitats where fires occur. There is a standard in the LRMP requiring that projects or activities occurring on shale and gypsum soils occupied by special status plant species be designed to maintain the soil characteristics necessary to support and sustain those species. Use of these

BLM_0031967

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

standards and other project-specific design criteria and mitigation measures during project-level planning would help minimize impacts to sensitive species at the project level.

The amount of area proposed for management-ignited fire is the same under each alternative, so the impacts to terrestrial ecosystems, special status plant species, and soils would be the same under each alternative. From 1 to 20,000 acres of the SJNF and 1 to 10,000 acres of the TRFO could be impacted by fires managed for resource benefit under Alternative A. Fires managed for resource benefit could impact the terrestrial ecosystems, special status plant species, and soils on an additional 30,000 acres of the SJNF under Alternatives B, C, and D. The amount of area impacted on the TRFO would remain the same under all alternatives.

<u>Timber Harvest and Mechanical Fuels Treatments</u>

Impacts from timber harvest would occur in spruce-fir, aspen, cool-moist mixed conifer, warm-dry mixed conifer, and ponderosa pine forests. Some of the current conditions seen in these terrestrial ecosystems are in part the result of past timber harvest, which has impacted approximately 19% of SJNF lands and a minimal amount of TRFO lands. Under the revised LRMP, approximately 26% to 38% of the SJNF is considered suitable for timber harvest. Timber harvest on these lands would be done for a variety of reasons, which include, but are not limited to, forest restoration, fuels reduction, production of wood products, and maintenance of forest health (e.g., mitigating insect or disease risks).

Impacts from mechanical fuels treatment are most likely to occur in warm-dry mixed conifer forests, ponderosa pine forests, pinyon-juniper woodlands, and mountain shrublands. Chaining and roller chopping for range betterment began in the planning area in the 1970s, and mechanical fuels treatments, including mowing, mastication, and hand thinning, began in the in the late 1990s. Currently, an average of 4,600 acres of the SJNF and 2,300 acres of the TRFO are treated using mechanical fuels treatments each year. Mechanical fuels treatments are used for forest restoration, fuels reduction, wildlife habitat improvement, and range betterment.

Approximately 72% of spruce-fir, 58% of aspen, 76% of cool-moist mixed conifer, 54% of warm-dry mixed conifer, 17% of ponderosa pine, and 13% of pinyon-juniper woodlands are within protected areas, which includes wilderness areas, the Piedra Area, CRAs, and RNAs. Timber harvest and mechanical fuels treatment would not occur within wilderness areas, the Piedra Area, or within upper tier areas of CRAs. However, there could still be a limited amount of tree cutting and temporary road building associated with fuels reduction work and ecosystem restoration in CRAs within 0.5 mile of communities at risk.

It is estimated that approximately 40 to 226 acres of spruce-fir per year on the SJNF and 4 to 24 acres of spruce-fir on TRFO lands would be treated per year using timber harvest methods that emphasize uneven-aged management. Single-tree selection, group selection, and improvement cuts would be the most common harvest methods used. These treatments would provide some diversity in tree size classes (and associated development stages) by creating small openings in the overstory and fostering opportunities for regeneration. This would help make these stands more resilient to insect and disease infestation. However, given the small amount of area that would be impacted each year and the localized nature of the impacts, these treatments would have very little effect on the distribution and abundance of different development stages at the landscape level.

A combination of harvest methods would be used in cool-moist mixed conifer stands. Depending on the alternative, it is estimated that between 40 to 575 acres of cool-moist mixed conifer per year would be treated on the SJNF using timber harvest methods that emphasize uneven-aged

BLM_0031968

management. Single-tree selection, group selection, and improvement cuts would be the most common methods used. These treatments would reduce stand density and competitive stress, and improve the health and vigor of residual trees due to increased availability of soil moisture and nutrients, as well as subsequent stimulation of growth in these trees. Creating small openings or patches in the overstory would also provide opportunities for regeneration and the development of younger age classes at the stand level. This would result in an increase in size and age class diversity within the stands being treated. In areas that have an aspen component, group selection would encourage aspen regeneration and maintain aspen in these stands.

The most commonly used harvest method in aspen communities is the coppice treatment, which is a regeneration method in which all trees in the previous stand are cut and the majority of the regeneration is from sprouts or root suckers. Depending on the alternative, it is estimated that between 400 and 600 acres of aspen would be treated per year across the planning area. Coppice cuts would help stimulate sprouting and would increase the amount of young stands of aspen on the landscape. Sun-loving herbaceous plants would increase initially after these treatments, but shade-tolerant herbaceous species would become dominant as the canopy cover increases.

Both timber harvest and mechanical fuels treatments would occur in warm-dry mixed conifer and ponderosa pine stands through mowing, mastication, restoration harvest treatments, or partial cuts. Depending on the alternative, it is estimated that annually, mechanical fuels treatments would occur on approximately 1,000 to 1,500 acres of ponderosa pine on the SJNF and 500 acres on the TRFO. In addition, either restoration style harvest methods or mechanical restoration treatments would occur on 900 to 1,500 acres of ponderosa pine on the SJNF and 200 acres on the TRFO. Restoration style harvest methods or mechanical restoration treatments would also occur on approximately 500 acres of warm-dry mixed conifer on the SJNF and 0 to 40 acres of warm-dry mixed conifer on the TRFO. Restoration style treatments are a form of partial cut where post-harvest residual density is partially or closely tied to HRV. Another 400 to 500 acres of ponderosa pine and 225 to 250 acres of warm-dry mixed conifer would be treated using partial cuts. Restoration treatments would reduce stand densities, alter stand structure, and change relative species composition to be more similar to that seen during the reference period. Standards and guidelines in the LRMP regarding prioritization of old growth recruitment areas would help minimize reductions in old growth due to timber harvest and mechanical fuels treatments in ponderosa pine and mixed conifer terrestrial ecosystems. Reducing stand density and opening up the forest canopy would generally stimulate the growth of grasses and other herbaceous species in the understory of these stands. Mechanical fuels treatments would also reduce stand density and open up the forest canopy. However, the response of understory species may be reduced where chips cover the ground. Where the quantity of chips is reduced through burning or natural decomposition, this effect would be reduced. Mechanical fuels treatments would also reduce the amount of understory shrubs and small trees, which would reduce the risk of crown fire, thus reducing the risk of fire behavior that is outside that expected under HRV for pine and warm-dry mixed conifer.

The combination of timber harvest and mechanical fuels treatment would help to restore the composition and structure of ponderosa pine and warm-dry mixed conifer ecosystems at the stand level. These stand-level effects, combined with the use of management-ignited fires and the appropriate management of naturally ignited wildfires, would contribute to effects on the landscape level. The combination of all these treatments would help to maintain or restore the heterogeneous structure and pattern of ponderosa pine and warm-dry mixed conifer forests that were present on the SJNF and TRFO during the reference period.

BLM_0031969

In pinyon-juniper woodlands, it is estimated that mechanical fuels treatments would occur on approximately 500 to 1,000 acres on the SJNF and 500 acres on the TRFO per year. Mechanical fuels treatments in pinyon-juniper woodlands are primarily intended to reduce hazardous fuels in the WUI. These treatments are also used to maintain sage flats by removing encroaching pinyon-juniper and to maintain old chainings for wildlife habitat. These treatments reduce the density of stands, thus reducing the risk of sustained crown fire. Standards and guidelines in the LRMP regarding prioritization of old growth recruitment areas would help minimize impacts to pinyon-juniper old growth due to timber harvest and mechanical fuels treatments.

Mechanical fuels treatments would occur on approximately 2,000 acres of mountain shrubland on the SJNF and 500 acres on the TRFO per year. Mowing or mastication would cause many of the species present in these areas to resprout rapidly, creating young age classes of mountain shrublands. This would change the structure or pattern of the vegetation at the landscape level by creating young age classes within the relatively mature mountain shrublands currently present across most of the planning area.

Roads associated with timber harvest and mechanical fuels treatment may cause fragmentation on the landscapes impacted by these treatments (Reed et al. 1996; Tinker et al. 1998). These impacts would occur on a very small percent of the planning area and most new roads would be closed and revegetated after their use.

Impacts to soils from timber harvest activities and mechanical fuels treatments are dependent on many factors, including, but not limited to, what type of equipment is used, how many times equipment passes over the same piece of ground, time of year activities occur, and soil moisture content at time of impact. A majority of adverse impacts to soils would occur on landings and along skid trails where activities are often concentrated. Given the application of standards and guidelines, soil compaction and associated erosion should be short-lived and localized, and would affect a relatively small number of acres. The application of soil-specific mitigation measures and design criteria found in the Rocky Mountain Region Soil and Water Conservation Practices Handbook, FSH 2509.25 (for the USFS), would also help minimize impacts to soils. Soil productivity would not be adversely affected since most of the soils on which timber harvest and mechanical fuels treatment activities occur are inherently fertile and contain nutrient-rich and organic matter-rich surface horizons, leaves/needles, branches, and bark (Bockheim et al. 1983; Powers et al. 1990). Since these activities would not cause detrimental soil erosion or compaction and would not adversely affect soil fertility, the soil productivity of the affected terrestrial ecosystems would be maintained. Timber harvest and mechanical fuels treatments can also contribute to the introduction and spread of invasive plant species by causing soil disturbance. These impacts would be mitigated by post-project treatments.

There have been no impacts from timber harvest or mechanical fuels reduction projects to the known population of Pagosa skyrocket on the TRFO, and given the location of this population, none are expected in the future. There are no other known populations of federally listed plant species on the SJNF and TRFO; however, potentially suitable habitat for Knowlton's cactus and Schmoll's milkvetch could be impacted by mechanical fuels treatments. In addition, much of the suitable habitat, and one of the four critical habitat units (Eightmile Mesa) for Pagosa skyrocket could be impacted by restoration style timber harvest or mechanical fuels treatment. These activities may be used to help restore the composition and structure of these terrestrial ecosystems and reduce fuels in the WUI. Impacts to critical habitat and suitable habitat would be minimized through the application of various standards and guidelines designed to 1) protect the primary constituent elements needed to sustain the life history processes of federally listed species, 2) minimize long-term impacts to suitable habitat

BLM_0031970

for federally listed plant species, 3) minimize impacts to Mancos Shale soil, 4) provide habitat for pollinators by retaining adequate slash, and 5) prevent establishment of non-native plant species by avoiding the use of non-native and invasive exotic plant species during revegetation projects.

Timber harvest and mechanical fuels treatments may have impacts to BLM and USFS sensitive plant species that occur in the habitats where treatments may occur. There is a standard in the LRMP requiring that projects or activities occurring on shale and gypsum soils occupied by special status plant species be designed to maintain the soil characteristics necessary to support and sustain those special status plant species. Use of these standards and guidelines and other project-specific design criteria and mitigation measures during project-level planning would help minimize impacts to sensitive species at the project level.

Timber harvest under Alternative D would impact the vegetation and soils on approximately 3,750 acres of per year, followed by Alternative B at 2,675 acres and Alternative A at 2,650 acres. Alternative C would impact the vegetation and soils on the fewest acres per year (2,165). While Alternatives A, B, and C would impact the vegetation and soils on fewer acres, there would also be less opportunity under these alternatives to use mechanical fuels treatments for ecosystem restoration purposes than under Alternative D.

Fuels treatments (e.g., mechanical restoration and mastication) under Alternative D would impact the vegetation and soils on approximately 7,700 acres per year, while Alternatives A, B, and C would each impact approximately 6,700 acres per year. Alternatives A, B, and C would impact the vegetation and soils on fewer acres, but there would be less opportunity under these alternatives to use mechanical fuels treatments for ecosystem restoration purposes than under Alternative D.

## Oil and Gas Development

Oil and gas development activities (including the construction of well pads, compressor stations, pipelines, and roads) would occur primarily in lower-elevation terrestrial ecosystems, including ponderosa pine, pinyon-juniper, mountain shrublands, sagebrush shrublands, semi-desert shrublands, and semi-desert grasslands. The areas most likely to see oil and gas development activities include the NSJB area, San Juan Sag, GSGP, and PLAA. A majority of the new oil and gas development on the SJNF and TRFO would occur within the PLAA.

Areas that have been withdrawn from leasing or are administratively unavailable for leasing would not be impacted by oil and gas development. Currently, there are approximately 509,954 acres on the SJNF that have been withdrawn from leasing, and another 16,357 acres on the SJNF and 62,437 acres on the TRFO that is administratively unavailable for leasing. In addition, the opportunity for oil and gas development within the roughly 566,100 acres of CRAs is limited because NSO is allowed in CRAs unless there is a prior existing right under lease.

During the construction phase of oil and gas development, well pads and access roads would be cleared of all trees, shrubs, and herbaceous vegetation, and topsoil would be removed and stockpiled for later use. If a well is unsuccessful, disturbed areas would be reclaimed, usually within a 1- to 2-year period. If a well is successful, interim reclamation would be conducted, but the well pads and access roads would remain clear of vegetation for the life of the well (typically 20–30 years). When oil and gas extraction is complete, well pads and roads constructed for oil and gas development are reclaimed to the standards required by the USFS or BLM. Reclamation typically involves contouring, tilling compacted soils, seeding, and mulching.

BLM_0031971

Impacts to terrestrial ecosystems, special status plant species, and soils from oil and gas development would vary, depending on whether the activity is being conducted under an existing lease or a new lease. For existing leases, standard lease terms require operators to minimize adverse impacts to biological resources and allow the BLM and USFS to mitigate potential resource effects by moving a proposed drill site up to 200 meters if determined necessary to minimize adverse impacts. COAs, which are based on the requirements set forth in the LRMP, may also be used for the development of existing leases. Stipulations can also be applied to existing leases if warranted. For new leases, in addition to the standard lease terms and COAs, various special lease stipulations can also be applied if additional restrictions are required to protect environmental resources. The special lease stipulations that apply to terrestrial ecosystems, special status plant species, and soils include NSO and CSU. Which special lease stipulations may be applied to a new oil and gas lease varies by alternative and is shown in Table 3.2.3. Application of standard lease terms, COAs, and special lease stipulations would help minimize impacts to resources. However, the construction, operation, and reclamation of well pads and roads would still result in localized impacts to the vegetation and soils present in areas that are developed.

In the localized areas disturbed by oil and gas development, the abundance of desirable native plant species would be reduced for the life of the well. Desirable native species can be used during reclamation activities to help restore these species to the affected terrestrial ecosystems. However, it can take a long period of time for native species to re-establish fully on a site where vegetation has been completely removed, particularly on low-elevation sites with little topsoil and unreliable levels of precipitation. There is also a lack of commercially available native seed associated with both low-elevation and alpine terrestrial ecosystems, which would make reclaiming the site with the appropriate native plant species all the more challenging. One of the objectives of the LRMP is to secure a reliable source of local seed stock for 16 or more native grass, forb, and shrub species for use in revegetation and restoration within the next 15 years, which should provide more options for reclamation. Clearing vegetation and exposing bare ground can also lead to the establishment of new populations of invasive plant species or the expansion of existing populations. Conducting interim reclamation on successful wells and imposing COAs during the oil and gas permitting process that require treatment of existing or new weed populations can help mitigate this impact.

When well pads and access roads are located in ponderosa pine and pinyon-juniper stands, small, localized changes to stand structure may occur when trees are removed. While this would be a minor impact in some areas, the removal of large, old trees in old growth ponderosa pine and pinyon-juniper stands would exacerbate the current trend toward a lack of old growth in these forested types. In areas already under lease, but not yet developed, standard lease stipulations can be used to move the location of a well pad or access road prior to development to help prevent or minimize impacts to old growth ponderosa pine and pinyon-juniper stands. The guideline in the LRMP stating that old growth ponderosa pine and pinyon-juniper should be managed for their old growth values can also be used to condition the approval of development on existing leases. In new lease areas, special lease stipulations may also be applied to prevent or minimize impacts to old growth ponderosa pine and pinyon-juniper. Alternative C offers the highest level of protection because it is the only alternative that allows the application of an NSO stipulation in old growth ponderosa pine and pinyon-juniper. Both Alternatives B and D allow for a CSU stipulation to be applied to new leases. Under Alternative A, only standard lease terms can be applied.

Depending on the density and spacing of well pads and roads, oil and gas development could also cause fragmentation of those landscapes most impacted by oil and gas development. Well pads and roads create unvegetated patches and linear corridors within the relatively closed-canopy matrices of

BLM_0031972

these landscapes. Fragmentation would be most pronounced in the areas that receive the most development, including the GSGP and PLAA.

The known population of Pagosa skyrocket and the designated critical habitat for this species are not under lease. However, some of the suitable habitat for Pagosa skyrocket is in areas that are currently under lease. There are no known populations of Knowlton's cactus, Mesa Verde cactus, or Schmoll's milkvetch on SJNF or TRFO lands. Almost none of the potentially suitable habitat for these species is currently under lease. In areas already under lease, but not yet developed, standard lease terms can be used to move the location of a well or access road prior to development to help prevent or minimize impacts to federally listed plant species and their suitable habitat. There is also a guideline in the LRMP that states that activities should be managed to minimize long-term impacts to the suitable habitat of federally listed plant species. These guidelines can be used to condition the approval of development on existing leases. In new lease areas, impacts to federally listed plant species and designated critical habitat would be prevented by application of the NSO stipulation in areas occupied by federally listed plant species and within a 650-foot buffer around these lands. The NSO stipulation for federally listed species would be applied under each alternative. With the application of this NSO stipulation, there would be no effect to federally listed plants species or designated critical habitat from oil and gas development activities. Generally, stipulations protecting federally listed plants species, designated critical habitat, and suitable habitat for federally listed plants species would allow the agency to mitigate impacts to these resources.

Impacts to USFS and BLM sensitive plant species and suitable habitat for these species are possible during oil and gas development. Many known populations of USFS and BLM sensitive plant species and suitable habitat for these species occur in areas that are currently under lease. In areas already under lease, but not yet developed, standard lease terms can be used to move the location of a well or access road prior to development to help prevent or minimize impacts to USFS and BLM sensitive plant species and their suitable habitat. The standard in the LRMP requiring that activities in shale and gypsum soils occupied by special status plant species be designed to maintain the soil characteristics necessary to support and sustain those special status plant species can also be used to condition the approval of development on existing leases. In new lease areas, impacts to USFS and BLM sensitive plant species and suitable habitat for these species would be minimized by the application of standard lease terms or prevented by the application of special lease stipulations, depending on the alternative. Alternative C offers the highest level of protection to sensitive plant species because it is the only alternative that allows the application of an NSO stipulation on lands occupied by sensitive species and within a 325-foot buffer around those lands. Alternative B allows for a CSU stipulation to be applied to new leases. Under Alternatives A and D, only standard lease terms can be applied.

Possible impacts to soils from oil and gas development include compaction and increased erosion from pad sites and roads. Where wells are unsuccessful and reclamation is completed within 1 to 2 years, these impacts would be relatively short term. If a well is successful, interim reclamation would be conducted, but there would still be increased levels of soil compaction and increased potential for erosion on well pads and along access roads for the life of the well (typically 20–30 years). In areas already under lease, but not yet developed, the application of soil-specific mitigation measures and design criteria found in the Rocky Mountain Region Soil and Water Conservation Practices Handbook, FSH 2509.25 (for the USFS), and in the BLM's Water Quality Manual would help minimize impacts to soil from oil and gas development activities. Standard lease stipulations can also be used to move the location of a well prior to development to help minimize impacts to soils. In new lease areas, special lease stipulations may also be applied to minimize impacts to soils. On lands prone to mass movement or on lands with slopes greater than 35%, Alternatives A, B, and C provide the most

BLM_0031973

protection by allowing an NSO stipulation to be applied to these lands. Under Alternative D, a CSU leasing stipulation would be applied to these lands. For lands with slopes of 25% to 35% and shale soils, lands with gypsum soils, and lands with biological soil crusts, Alternative C provides the most protection by allowing an NSO stipulation to be applied to these lands. Alternative B offers the second most protection to these lands by allowing a CSU stipulation to be applied. Under Alternatives A and D, only standard lease terms can be applied to these lands. Overall, Alternative C offers the most protection to soil resources, then Alternative B, then Alternative A. Alternative D offers the least amount of protection to soil resources.

Another potential impact to soils from oil and gas development is the increased chance of contamination from spills. The use of closed loop pitless drilling systems where technically feasible, which is included as a standard in the LRMP, would substantially decrease the risk of soil contamination. There are also several guidelines in the LRMP that would decrease the risk of soil contamination, including one that states that non-toxic fluid, additives, and other materials should be used for well drilling. Another guideline states that exploration and production waste should be disposed of using BMPs that meet state regulations and specific BLM or USFS requirements, and should be disposed of in such a manner as to not inhibit reclamation success of the site. There are also guidelines stating that centralized liquid gathering systems should be used for the delivery and gathering of fluids, and that water use and disposal management plans should be included in plans of development for fluid and solid minerals projects. These standards and guidelines contained in the LRMP can be used to condition the approval of development on both existing and new leases to help mitigate the potential for soil contamination from spills.

Overall, oil and gas development under the No Leasing Alternative would have the least amount of impact on terrestrial ecosystems, special status plant species, and soils, since impacts would only occur in areas that are already under lease. Areas not currently under lease would not be impacted under the No Leasing Alternative. In regards to Alternatives A through D, Alternative C would have the least amount of impact on terrestrial ecosystems, special status plant species, and soils. Alternative C has the highest number of acres that are withdrawn from leasing or are administratively unavailable for leasing (Table 3.2.2), and the special leasing stipulations available under this alternative offer the highest level of resource protection available to terrestrial ecosystems, special status plant species, and soils (Table 3.2.3). Alternative B offers the second highest number of acres withdrawn or unavailable for leasing and the second highest level of protection to terrestrial ecosystems, special status plant species, and soils from special leasing stipulations; Alternative A offers the third. Alternative D has the fewest number of acres that are withdrawn from leasing or are administratively unavailable for leasing and the lowest level of protection from special leasing stipulations.

**Table 3.2.2: Acres of Area Withdrawn from Leasing or Administratively Not Available for Leasing**

| Jurisdiction | Alternative A | Alternative B | Alternative C | Alternative D | No Leasing Alternative |
|---|---|---|---|---|---|
| **USFS** | | | | | |
| Acres withdrawn from leasing | 509,954 | 509,954 | 509,954 | 509,954 | 509,954 |
| Acres administratively not available for leasing | 16,357 | 73,636 | 644,113 | 14,896 | 1,353,448 |
| **BLM** | | | | | |
| Acres withdrawn from leasing | 0 | 0 | 0 | 0 | 0 |
| Acres administratively not available for leasing | 62,437 | 62,570 | 161,637 | 56,916 | 503,466 |

BLM_0031974

**Table 3.2.3: Special Leasing Stipulations Related to Terrestrial Ecosystems, Special Status Plant Species, and Soils**

| Stipulation | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| Old growth forests and woodlands | SLT | CSU | NSO | CSU |
| Threatened, endangered, proposed, and candidate Plant Species | NSO | NSO | NSO | NSO |
| Colorado BLM State Director's sensitive species and Region 2 Regional Forester's sensitive species | SLT | CSU | NSO | SLT |
| SBAs | CSU | NSO | NSO | CSU |
| Lands with slopes greater than 35% | NSO | NSO | NSO | CSU |
| Lands with slopes of 25% to 35% and shale soils | SLT | CSU | NSO | SLT |
| Lands prone to mass movement | NSO | NSO | NSO | CSU |
| Lands with gypsum soils | SLT | CSU | NSO | SLT |
| Lands with biological soil crusts | SLT | CSU | NSO | SLT |
| SLT = Standard lease terms. | | | | |

## Solid Minerals Development

The most common types of solid minerals development within the planning area include gravel operations, landscape rock, hard-rock mining, and uranium mining. Most major solid minerals development activity is currently restricted to lower-elevation terrestrial ecosystems on TRFO lands in the Slick Rock area near Dove Creek. Some small-scale activity is also possible in the alpine terrestrial ecosystems on TRFO lands around Silverton and in a variety of terrestrial ecosystems on the SJNF around the Rico and La Plata areas. Federal authority over mining activities allows for the setting of terms and conditions in operating plans in order to minimize impacts to public lands.

Currently, there are 502,502 acres on the SJNF and 3,557 acres on the TRFO that have been withdrawn from leasing. In addition, on the SJNF, the opportunity for new solid minerals development within the roughly 566,100 acres of CRAs is somewhat limited because new road construction is prohibited, unless there is a prior existing right.

New mining operations for locatable minerals are expected to be small and limited in quantity. Increases in mining activity are not anticipated; however, to a certain extent, this cannot be predicted. Environmental impacts related to solid minerals development would vary depending on what type of extraction method is used. Solid minerals are developed by surface mining (collecting, quarrying, and open pit mining), subsurface mining (underground mining), or solution mining. Solution mining shares many similarities with the type of fluid mineral extraction typically seen in oil and gas development. Therefore, the impacts to terrestrial ecosystems, special status plant species, and soils from solution mining would be similar to those previously discussed under the oil and gas development section.

Most impacts to terrestrial ecosystems, special status plant species, and soils from surface or subsurface mining would be concentrated around the mine or mill facility and along access roads. Potential impacts to vegetation in these areas include the clearing, trampling, uprooting, or killing of vegetation within the impacted area. In the localized areas disturbed by surface or subsurface mining, the abundance of desirable native plant species would be reduced for the life of the mine. Desirable native species can be used during reclamation activities to attempt to restore these species to the affected terrestrial ecosystems. However, it can take a long period of time for native species to re-establish fully on a site where vegetation has been completely removed, particularly on low-elevation sites and alpine areas, both of which often have little topsoil. There is also a lack of commercially

BLM_0031975

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

available native seed associated with both low-elevation and alpine terrestrial ecosystems, which would make reclaiming the site with the appropriate native plant species more challenging. One of the objectives of the LRMP is to secure a reliable source of local seed stock for 16 or more native grass, forb, and shrub species for use in revegetation and restoration within the next 15 years, which should provide more options for reclamation.

Clearing existing vegetation and exposing bare ground at mine and mill sites and along access roads can also lead to the establishment of new populations of invasive plant species or the expansion of existing populations. Conducting interim reclamation and including specific environmental protection measures in operating plans that require treatment of existing or new weed populations can help mitigate this impact.

Impacts to federally listed plants species, designated critical habitat, and suitable habitat for federally listed plants species are possible during solid minerals development. The known population and the designated critical habitat for Pagosa skyrocket, and the suitable habitat for Knowlton's cactus, Mesa Verde cactus, or Schmoll's milkvetch, are within areas of low potential for solid minerals development. On lands occupied by Pagosa skyrocket, or on lands designated as critical habitat for Pagosa skyrocket, there is a standard in the LRMP requiring that activities in occupied habitat or in designated critical habitat be designed and conducted in a manner that preserves the primary constituent elements needed to sustain the life history processes of this species. There is also a guideline in the LRMP that states that activities should be managed to minimize long-term impacts to the suitable habitat of federally listed plant species. Including specific environmental protection measures in operating plans based on these guidelines would help prevent impacts to federally listed plant species and designated critical habitat, and would minimize potential impacts to the suitable habitat of federally listed plant species.

For BLM and USFS sensitive plant species, there are standards requiring that projects or activities occurring in fens, wetlands, and hanging gardens occupied by special status plant species, and on shale and gypsum soils occupied by special status plant species, be designed to maintain the soil characteristics necessary to support and sustain those special status plant species. These standards can be used in operating plans to help minimize potential impacts to special status plant species from solid minerals development.

Clearing vegetation and exposing bare ground could also result in localized soil erosion at mines and mill sites and along access roads. The use of heavy equipment around mine and mill sites may also result in soil compaction. The application of soil-specific mitigation measures and design criteria found in the Rocky Mountain Region Soil and Water Conservation Practices Handbook, FSH 2509.25 (for the USFS), and the BLM's Water Quality Manual would help minimize impacts to soil from solid minerals development activities. Another potential impact to soils is the increased chance of contamination from spills. There are several guidelines in the LRMP that would decrease the risk of soil contamination, including one that states that that exploration and production waste should be disposed of using BMPs that meet state regulations and specific BLM or USFS requirements, and should be disposed of in such a manner as to not inhibit reclamation success of the site. There is also a guideline stating that water use and disposal management plans should be included in the operating plans for solid minerals projects. These BMPs and guidelines can be used in operating plans to help mitigate the potential for soil contamination.

The number of acres available for solid minerals development varies by nearly 600,000 acres between alternatives. Alternative C has the fewest number of acres open to locatable mineral development and the highest number of acres proposed for withdrawal, and thus would have the least amount of potential impact on terrestrial ecosystems, special status plant species, and soils.

BLM_0031976

Alternative B has more acres available for mineral development and fewer acres proposed for withdrawal as compared to Alternative C. Alternatives A and D have the most acres available for locatable mineral development and do not propose the withdrawal of any additional areas from mineral development, and would therefore have the most potential to impact terrestrial ecosystems, special status plant species, and soils. The number of acres currently withdrawn from possible solid minerals development is the same for each alternative. See Table 3.2.4 for a summary of area available for solid minerals development by alternative.

**Table 3.2.4: Acres of Open to Locatable Mineral Development**

| Jurisdiction | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| **USFS** | | | | |
| Open to locatable mineral development | 1,279,087 | 1,220,604 | 751,447 | 1,279,087 |
| Withdrawn | 502,502 | 502,502 | 502,502 | 502,502 |
| Petition to withdraw | 0 | 58,482 | 527,640 | 0 |
| **BLM** | | | | |
| Open to locatable mineral development | 724,638 | 711,983 | 656,579 | 724,638 |
| Withdrawn | 3,557 | 3,557 | 3,557 | 3,557 |
| Petition to withdraw | 0 | 12,655 | 68,059 | 0 |

## Livestock Grazing

Areas considered suitable for livestock grazing include those areas that are physically capable of being grazed and areas that are appropriate for grazing (active, vacant, or forage reserve allotments). Closed allotments are not considered suitable for livestock grazing. Currently, approximately 48% of the SJNF and 62% of the TRFO are considered suitable for livestock grazing.

Past livestock grazing has had a significant impact on the current conditions seen in the many of the terrestrial ecosystems on the SJNF and TRFO, particularly mountain grasslands, semi-desert shrublands, semi-desert grasslands, sagebrush shrublands, and pinyon-juniper woodlands. Beginning in the late 1800s, these easily accessible, low-elevation areas often received heavy, year-round grazing by cattle. Over the years, grazing has become better regulated and the numbers of animals grazing on public lands has been significantly reduced. However, the legacy of past heavy grazing is still seen in many of the low-elevation terrestrial ecosystems. Currently, many mountain grasslands that were heavily grazed in the past show reduced species diversity and the distribution of native grasses has been significantly altered. In these areas, dominant bunchgrasses such as Arizona fescue have been replaced by exotic species (including Kentucky bluegrass, dandelion [*Taraxacum* sp.], and noxious weeds) and native increasers (such as yarrow [*Achillea millefolium*], cinquefoil [*Potentilla* sp.], mulesears [*Wyethia* sp.], sneezeweed [*Helenium autumnale*], and annual forbs). Heavy livestock grazing in the past also caused high amounts of bare soil, reduced amounts of litter, and increased soil erosion and compaction problems, which has reduced soil productivity on some sites (Romme et al. 2009). Species diversity and distribution was also altered in pinyon-juniper woodlands, sagebrush shrublands, semi-desert shrublands, and semi-desert grasslands. Heavy grazing also significantly impacted the distribution of biological soil crusts in these terrestrial ecosystems and caused a loss of soil productivity and stability. In many cases, this has had a long-term impact on site potential in these low-elevation terrestrial ecosystems.

BLM_0031977

Early sheep grazing on the SJNF and TRFO also had impacts on the current conditions seen in some alpine areas. Historic records indicate that during the peak of sheep use between 1910 and 1930, there were areas of overstocking and heavy use that were causing negative impacts to vegetation. Some soil erosion was also occurring along heavily used stock trails. The impacts of historic sheep use on vegetation and evidence of erosion on heavily used trailing routes is still visible in some areas. In areas that are no longer used for sheep grazing, these impacts are becoming less and less obvious.

There has been a significant reduction in the numbers of cattle and sheep that graze on the SJNF and TRFO since the early 1900s. For example, in the 1930s, approximately 216,684 sheep and 41,968 cattle were permitted on the SJNF. In 2012, approximately 14,330 sheep and 23,412 cattle were permitted. In addition, there are also fewer acres available for livestock grazing than in the past. Currently, about half of the SJNF and approximately two-thirds of the TRFO are considered suitable for livestock grazing. As with past grazing, most impacts from current grazing would occur within mountain grasslands, semi-desert shrublands, semi-desert grasslands, sagebrush shrublands, and pinyon-juniper woodlands. Impacts from current livestock grazing in suitable areas are dependent on many factors, including timing, frequency, duration, and intensity of the grazing. Impacts can include trampling of plants and direct removal of plant material through grazing. This can decrease plant vigor and root reserves and could result in mortality to plants and loss of ground cover. Grazing can also impact the litter layer, resulting in a loss of ground cover, decreasing soil organic matter, soil compaction, and increasing bare soil. This can, in turn, reduce infiltration, increase runoff, and increase soil erosion. Grazing can also introduce or spread invasive plant species that compete with native plants for space, water, and nutrients (Balph and Malechek 1985; Dadkhah and Gifford 1981; Orr 1975).

Livestock are managed, and undesirable impacts mitigated, through the Allotment Management Plan (AMP). The AMP identifies appropriate seasons of use, allowable forage use guidelines, stocking rates, range improvements necessary to move towards desired conditions, and coordination with other resource needs. Annual operating instructions implement the AMP on an annual basis. The annual operating instructions provide annual pasture rotations, season of use, and allowable use guidelines. Implementation of required management practices and long-term impacts related to grazing are monitored. As necessary, adjustments are made in order to ensure compliance with the terms and conditions of grazing permits, the AMP, and the annual operating instructions. Standards and guidelines in the LRMP would also help to minimize adverse impacts from grazing. This includes the standard requiring that utilization standards be developed for key herbaceous and woody plant species at the project level and guidelines to phase out season-long grazing, design grazing systems to provide periodic rest to forage species during the critical growing season, and move livestock when utilization guidelines are met or exceeded.

Livestock grazing is not currently permitted on TRFO lands occupied by Pagosa skyrocket, so there would be no direct effects to federally listed plant species from livestock grazing. However, potentially suitable habitat for Knowlton's cactus, Mesa Verde cactus, and Schmoll's milkvetch could be impacted by livestock grazing. In addition, much of the suitable habitat for Pagosa skyrocket and both Pagosa skyrocket critical habitat units that occur on the SJNF are part of active grazing allotments. Impacts to suitable habitat for federally listed plant species and critical habitat for Pagosa skyrocket would be minimized through the application of various standards and guidelines designed to 1) protect the primary constituent elements needed to sustain the life history processes of federally listed species, 2) minimize long-term impacts to suitable habitat for federally listed plant species, 3) minimize impacts to Mancos Shale and gypsum soil, and 4) prevent establishment of non-native plant

species by avoiding the use of non-native and invasive exotic plant species during revegetation projects.

Livestock grazing may have impacts to BLM and FS sensitive plant species that occur in the habitats where grazing may occur. There is a standard in the LRMP requiring that projects or activities occurring in fens, wetlands, or hanging gardens occupied by special status plant species, or on shale and gypsum soils occupied by special status plant species, be designed to maintain the soil characteristics necessary to support and sustain those special status plant species. Use of these standards and guidelines and other project-specific design criteria and mitigation measures during project level planning would help minimize impacts to sensitive species at the project level.

Proposed stocking rates and the amount of area available for permitted livestock grazing varies between alternatives. Alternative D has the potential to impact the highest number of acres and proposes the highest cattle stocking rates, and therefore has the most potential to impact terrestrial ecosystems. Alternative B has the next highest potential to impact terrestrial ecosystems, followed by A then C due to incrementally lower numbers of permitted cattle and fewer acres considered suitable for grazing.

## Recreation

A variety of recreation activities have the potential to impact terrestrial ecosystems, special status plant species, and soils on the SJNF and TRFO, including, but not limited to, camping, hiking, mountain biking, horseback riding, and motorized recreation. Recreation use is widespread and would occur to some extent in all of the terrestrial ecosystems on the SJNF and TRFO, but impacts are typically confined to localized areas such as designated trails, frequently used campsites, or developed recreation facilities such as campsites or trailheads.

Recreation use can cause direct impacts to the vegetation and soils within terrestrial ecosystems through the trampling, uprooting, or killing of vegetation and the displacement of ground cover. Recreation use is also one of the many factors that can contribute to the establishment and spread of noxious weeds. This can occur when people, pets, recreation stock, or recreational vehicles spread weed seeds along trails or cause disturbance off-trail that creates bare ground and seed beds favorable to the establishment of weeds. Recreation use can also contribute to soil compaction along highly traveled routes. The loss of ground cover can expose bare soil and cause localized soil erosion. The extent of those impacts would depend on the vegetation type, plant growth form (graminoids are more resistant to damage compared to trees, shrubs, and forbs), slope, soil type, season, and weather conditions (Hill and Pickering 2009).

There are currently no recreation-related impacts to the population of Pagosa skyrocket on TRFO lands, and given the location of this population, none are expected in the future. However, the designated critical habitat for Pagosa skyrocket and the suitable habitat for Knowlton's cactus, Mesa Verde cactus, or Schmoll's milkvetch are within areas of low potential for recreation use. Within the designated critical habitat and suitable habitat for Pagosa skyrocket, some dispersed recreation use such as hiking, mountain biking, and horseback riding does occur. There is no motorized recreation use within the designated critical habitat for Pagosa skyrocket. All motorized recreation within suitable habitat for Pagosa skyrocket is confined to designated routes. The potentially suitable habitat for Knowlton's cactus, Mesa Verde cactus, and Schmoll's milkvetch currently receive low levels of dispersed recreation use. On lands occupied by Pagosa skyrocket, or on lands designated as critical habitat for Pagosa skyrocket, there is a standard in the LRMP that states that activities must be designed and conducted in a manner that preserves the primary constituent elements needed to sustain the life history processes of this species. There is also a guideline in the LRMP that states

BLM_0031979

that activities should be managed to minimize long-term impacts to the suitable habitat of federally listed plant species. Use of these standards and guidelines during project-level planning would help minimize future impacts to Pagosa skyrocket and its designated critical habitat. These standards and guidelines would also help minimize potential impacts to the suitable habitat of both species, but some impacts from dispersed recreation are still possible.

Recreation impacts to BLM and USFS sensitive plant species are also possible. There are standards in the LRMP requiring that projects or activities occurring in fens, wetlands, and hanging gardens occupied by special status plant species, and on shale and gypsum soils occupied by special status plant species, be designed to maintain the soil characteristics necessary to support and sustain those special status plant species. Use of these standards and guidelines during project-level planning would help minimize impacts to sensitive species during project level planning, but impacts from dispersed recreation are still possible.

While the actual direct impacts from different types of recreation use are similar for all alternatives, the amount of area potentially impacted varies by alternative, primarily because of differences in the number acres that would be designated as suitable for motorized use. Alternative A has the most amount of area designated as suitable for motorized recreation and is the only alternative that allows motorized travel off of designated routes, which therefore has the potential to impact the terrestrial ecosystems, special status plant species, and soils on highest number of acres. Alternative D has the second highest amount of area designated as suitable for motorized recreation, followed by Alternative B. Alternative C has the fewest number of acres designated as suitable for motorized recreation and therefore has the potential to impact the terrestrial ecosystems, special status plant species, and soils on the fewest number of acres.

## Cumulative Impacts

Past management activities (including fire management, timber harvest, mechanical fuels treatments, livestock grazing, oil and gas development, solid minerals development, and recreation) on federal and non-federal lands within the planning area caused impacts to terrestrial ecosystems, special status plant species, and soils, as described above. Many of the impacts associated with those activities (soils disturbances) have recovered due to restoration efforts and natural processes. Many other adverse impacts (particularly those associated with fire management and livestock grazing) are still evident on the SJNF and TRFO and would remain evident over the next 15 years. Project designs and the proper implementation of mitigation measures, COAs, stipulations, standards, and guidelines served to protect the composition, structure, and function of terrestrial ecosystems, special status plant species, and soils on most past projects.

Additional impacts to terrestrial ecosystems, special status plant species, and soils (as described above) on federal and non-federal lands within the planning area would occur from the implementation of management activities in the LRMP and from foreseeable future management activities beyond the 15-year life of the LRMP. Those impacts are anticipated to be localized and would not adversely affect the ecological integrity of most of the affected terrestrial ecosystems and would not affect the ability of most terrestrial ecosystems and soils to achieve their desired conditions in the LRMP.

The cumulative impacts of past, present and foreseeable future management activities on federal and non-federal lands within the planning area could cause impacts to terrestrial ecosystems, special status plant species, and soils, as described above, on a small percent of the planning area. Those impacts would not adversely affect the ecological integrity of most of the affected terrestrial ecosystems and soils, would likely not change the diversity of terrestrial ecosystems, would not

BLM_0031980

adversely affect the diversity or viability of special status plant species, and would not likely affect the ability of most terrestrial ecosystems and soils to achieve their desired conditions in the LRMP. Project designs, the implementation of standards, guidelines, and stipulations in the LRMP, and the implementation of mitigation measures would minimize adverse cumulative impacts to terrestrial ecosystems, special status plant species, and soils on federal lands.

## 3.3  Terrestrial Wildlife

### 3.3.1  Introduction

The conservation of terrestrial wildlife species is integral to the maintenance of viable plant and animal populations and biological diversity (Finch and Ruggiero 1993). Lands administered by the SJNF and TRFO have long served an important role in supporting a variety of native and desired non-native wildlife species that are critical to the needs and values of the human population.

The federal land management agencies and the state wildlife management agencies share legal co-trustee responsibility for the protection and management of wildlife species. Therefore, the SJNF and TRFO would continue to work closely and cooperatively with CPW in the conservation and management of terrestrial wildlife resources, including the habitats on which they depend, on the SJNF and TRFO in order to meet the needs of a growing human population that places increasing demands on resources, and sometimes, competing values, that ultimately impact the wildlife resource.

This chapter describes the existing conditions and trends for the native and desired non-native terrestrial wildlife within the planning area, as well as the anticipated environmental impacts related to implementing the alternatives (see Chapter 2).

### Legal and Administrative Framework

### Laws

- **The National Forest Management Act of 1976:** This act substantially amends the Forest and Rangeland Renewable Resources Planning Act of 1974. This act strengthens the references pertaining to suitability and compatibility of land areas; stresses the maintenance of productivity, as well as the need to protect and improve the quality, of soil and water resources; and seeks to avoid the permanent impairment of the productive capability of the land.

- **The Multiple-Use Sustained-Yield Act of 1960:** Under this act, "National forests are established and shall be used for outdoor recreation, range, timber, watershed, and wildlife and fish purposes." The Secretary of Agriculture is authorized and directed to develop and administer the renewable surface resources of the national forests for multiple uses and sustained yield, without impairment of the productivity of the land.

- **The Federal Land Policy and Management Act of October 21, 1976:** This act declares that "the public lands be managed in a manner that will protect the quality of scientific, scenic, historical, ecological, environmental, air and atmospheric, water resource, and archeological values." It also states that "Terms and conditions must minimize damage to scenic and aesthetic values and fish and wildlife habitat and otherwise protect the environment."

- **The Endangered Species Act of 1973:** This act was designed to protect critically imperiled species from extinction from "the consequences of economic growth and development untempered by adequate concern and conservation." Under the act, all federal agencies are

required to undertake programs for the conservation of endangered and threatened species, and are prohibited from authorizing, funding, or carrying out any action that would jeopardize a listed species or destroy or modify its "critical habitat."

- **Bald Eagle Protection Act of June 8, 1940, as amended:** This act provides for the protection of bald eagles through the regulation of take on the species.

- **Sikes Act of September 16, 1960:** The act provides for carrying out wildlife and fish conservation programs on federal lands, including authority for cooperative state-federal plans and authority to enter into agreements with states to collect fees to fund the programs identified in those plans.

- **Agricultural Appropriations Act of May 23, 1908:** This act provides authority for forest officers to assist states in wildlife and fish law enforcement.

- **Fish and Wildlife Coordination Act of 1934:** This act provides that wildlife and fish resources receive equal consideration with other resources in water resource development programs.

- **National Environmental Policy Act of January 1, 1970:** NEPA requires fish and wildlife concerns to be assessed in environmental analyses and EISs.

- **Forest and Rangeland Renewable Resources Planning Act of 1974:** This act provides that wildlife and fish be included in the development of the national resources assessment and related USFS programs.

- **Federal Water Pollution Control Act of July 9, 1956:** The act provides for restoration of water quality to meet national standards.

- **Migratory Bird Treaty Act of 1918:** The MBTA established federal responsibilities for the protection of nearly all migratory species of birds, their eggs, and nests.

## Sustainable Ecosystems Strategy

Managing for sustainable ecosystems is an overarching strategy of the LRMP, intended to provide the ecological conditions that maintain or restore the diversity of native ecosystems, which in turn would maintain the diversity and populations of most plant and animal species. See Section 2.1 of the LRMP for a discussion of the SJNF and TRFO sustainable ecosystems strategy. The sustainable ecosystems strategy is intended to create and/or maintain ecological conditions similar to those under which native species evolved, which is likely to offer some assurance against losses of biodiversity (Seymore and Hunter 1999). This strategy is a core component of how the LRMP is intended to maintain habitat conditions suitable for most terrestrial wildlife species and populations well distributed across the SJNF and TRFO. It must be recognized however, that factors outside of the USFS's and BLM's control, such as climate change, could create ecological conditions unlike those of the reference period.

The sustainable ecosystems strategy includes 1) the designation and preservation of protected areas (which contain landscape linkage areas and wildlife corridors) where ecological processes can occur with minimal human intervention (a coarse-filter approach); 2) the application of ecosystem management at multiple scales, which includes the maintenance and restoration of the biotic and abiotic components of ecosystems and the implementation of management activities that produce goods and services; 3) the development of LRMP components (desired conditions, objectives, standards, and guidelines) that provide a framework for the management and protection of ecosystems on SJNF and TRFO; 4) monitoring of ecosystems and the effects that management activities are having on the SJNF and TRFO; and 5) adaptive management as needed.

BLM_0031982

The sustainable ecosystems strategy provides the foundation for maintaining healthy habitats on which terrestrial wildlife species depend. Sustainability of wildlife species and populations across the planning area is dependent in large measure on maintaining healthy, functioning habitats well distributed and interconnected across the planning area. For this reason, the sustainable ecosystems strategy is the key plan design concept that is expected to maintain habitat for terrestrial wildlife throughout the life of the LRMP.

Standards and guidelines describe the environmental protection measures that would be applied to all LRMP alternatives at the project level in order to protect, enhance, and, where appropriate, improve resources related to terrestrial wildlife and wildlife species. Standards and guidelines are presented in the LRMP (Volume II).

## 3.3.2   Affected Environment

From the public involvement process and review of management challenges unresolved by current management, four primary issues emerged to be addressed by the different alternatives in the FEIS analysis (see Section 2.4). After considering these four planning issues, management challenges or opportunities were developed specific to maintaining the amount, condition, availability, and effectiveness of habitats necessary to support goals for management of terrestrial wildlife habitats, species, and populations. These wildlife management challenges and opportunities were developed from experience implementing the current LRMP, consideration of the four primary plan issues described above, consideration of scoping input from the public, and consideration of input from major partners in wildlife management on the SJNF and TRFO, including CPW and the USFWS. Finally, anticipated future trends in resource conditions affecting wildlife habitats and populations from implementing alternatives of the new LRMP were also considered. The resulting wildlife management challenges and opportunities were used to evaluate LRMP components designed to maintain or improve habitat conditions or capability for terrestrial wildlife and/or address non-habitat factors limiting wildlife species or populations related to agency actions during LRMP implementation.

The management challenges or opportunities identified for terrestrial wildlife habitats, species, and/or populations are used in this FEIS analysis to describe effects of implementing the LRMP, and compare and contrast anticipated general effects on wildlife of implementing each of the alternatives. Given the broad range of terrestrial wildlife species, wide variety of wildlife habitats and key habitat components present on the SJNF and TRFO, and potential for some non-habitat factors to affect wildlife species, it is not possible to describe in detail how every wildlife species or population might be affected by each management challenge. For this reason, each wildlife management challenge is described under a larger group of wildlife species that share commonalities with respect to how they respond to habitat conditions and management challenges. These general wildlife groups, and the management challenges associated with them, are carried through the analysis of alternatives, and analysis of direct, indirect, and cumulative effects on terrestrial wildlife resources.

The eight management challenges and opportunities identified for terrestrial wildlife are:

- Decrease physical fragmentation of key wildlife habitats reducing capability of key wildlife habitats;

- Limit human disturbance that causes declines in effectiveness of key wildlife habitats during sensitive times of year;

- Increase the amount and distribution of mature and old growth ponderosa pine and warm-dry mixed conifer forests to more closely resemble HRV conditions, and improve habitat conditions for wildlife species dependent on forest conditions associated with these habitats;

BLM_0031983

- Improve the amount (NFS lands) and condition (BLM and NFS lands) of sagebrush habitats, and improve habitat conditions for Gunnison sage-grouse and mule deer (*Odocoileus hemionus*) winter habitat capability;

- Maintain or improve habitat conditions within wildlife travel corridors to maintain or improve movement of animals between seasonal ranges, and maintain or improve connectivity of wildlife populations across large landscapes;

- Maintain or improve ecological function of riparian areas, wetlands, springs and seeps, and maintain or improve habitat conditions for a large number of wetland and riparian dependent wildlife species;

- Reduce the potential for wildlife diseases to affect wildlife populations on the SJNF and TRFO;

- Enhance water quality downstream of abandoned mines to improve habitat capability for wildlife species and populations sensitive to dissolved heavy metals and other contaminants.

Some non-native or exotic species are desired and have substantial recreational value. For example, ring-necked pheasants (*Phasianus colchicus*) and mountain goats (*Oreamnos americanus*) are both introduced species that are desired by the State of Colorado because of their contribution to hunting and wildlife-viewing opportunities. Other exotics (such as European starling [*Sturnus vulgaris*] and bullfrog [*Rana catesbeiana*]), however, have adverse impacts on native species because they displace native species from available habitats. Desirable non-native species, as determined between the BLM, USFS, and CPW, would continue to remain a part of the wildlife diversity objectives of the SJNF and TRFO. The SJNF and TRFO would also continue to work with the State of Colorado in order to control or eliminate undesirable exotic species (including noxious weeds, fish, and invertebrates) that impact native species and their habitats. Management of non-native species is an important part of managing wildlife diversity on the SJNF and TRFO, but at this time there do not appear to be substantial management related issues for terrestrial non-native species for which LRMP components would be needed. For this reason, exotic and/or introduced species are not brought forward as a group or issue for further analysis.

Recent habitat assessments of landscape conditions and trends on lands administered by the SJNF have identified several major factors influencing change in forested and non-forested wildlife habitat conditions that have occurred since early Euro-American settlement. Depending on the vegetation type, these factors include fire exclusion, timber harvesting, road and urban development, livestock grazing, solid and fluid mineral development, and motorized and non-motorized recreational uses associated with a rapidly growing human population. These conditions and trends have implications for wildlife species and populations that include:

- changes in forest structure and composition that contribute to uncharacteristic wildfire behavior in lower-elevation forest types, particularly ponderosa pine and warm-dry mixed conifer forests;

- expansion of road and motorized trail networks that fragment wildlife habitat and increase disturbance to wildlife through associated human activity and habitat loss;

- introduction and expansion of invasive plant species that reduce native plant diversity and associated wildlife habitat capability and connectivity;

- loss and/or degradation of habitats for some wildlife and plant species where human impacts have occurred, and/or where natural disturbance regimes have been altered;

- development and infringement into some traditionally important wildlife habitats (including big game winter range), typically at lower to moderate elevations on non-federal lands adjacent to the

BLM_0031984

SJNF and TRFO, increasing the importance of wildlife habitats on lands managed by the SJNF and TRFO;

- a rapidly increasing human population that places uses and demands on federal landscapes, reducing habitat security and increasing disturbances to wildlife species, especially within key areas such as winter ranges and production areas; and

- increased demand for mineral development on certain portions of the planning area that is likely to influence some wildlife species and/or their key habitat components.

Most, if not all, of the terrestrial wildlife habitats within the SJNF and TRFO have been utilized by humans for centuries. Within some of the lower-elevation habitat types, ancient Puebloans had a significant impact on the structure, density, and extent of some habitats or their key habitat components. Pinyon-juniper woodland was heavily impacted in some areas from wood gathering and farming practices. In general, the amount of change that occurred after the reference period was greater in the low to moderate elevation habitat types such as pinyon-juniper woodland and ponderosa pine habitats, and was less in higher-elevation habitat types such as spruce-fir forests and alpine tundra habitat types. Usually low-elevation habitats, such as ponderosa pine, riparian areas and wetland ecosystems, and grasslands, underwent the greatest change because they offered highly valued and accessible resources (including water, forage, and timber), while higher-elevation systems (such as alpine tundra and spruce-fir forests) remained relatively less affected. Low elevation habitats were also subject to additional changes through alteration of natural disturbance regimes, including wildfire suppression and flood control.

There are 14 recognized major vegetation types on the SJNF that provide habitat for a wide variety of terrestrial wildlife species. Habitat assessments have been prepared for many of these types, including trends in amount and condition over time. This information was considered in the analysis of habitat condition and trend information that supports wildlife species across the SJNF. These assessments are included in the planning record. Past timber harvesting has influenced many vegetation types, as well as their associated wildlife habitat conditions within the planning area. In general, alterations to vegetation conditions have been more substantial in lower-elevation vegetation types and less substantial in higher-elevation vegetation types. Some loss of ecological function has occurred as a result of these changes, such as in the ponderosa pine and warm-dry mixed conifer types, which are thought to be currently outside their HRV. Therefore, the need for active restoration is greater in some systems such as in ponderosa pine and warm-dry mixed conifer forests, and less in other systems such as spruce-fir and alpine tundra types where deviation from historic conditions is less.

The terrestrial habitat assessments have estimated trends in wildlife habitats and structural stage conditions since the first SJNF plan was signed in 1983. In general, land management activities resulted in only relatively small changes to the vegetation condition across the SJNF since the inception of the San Juan National Forest Land and Resource Management Plan in 1983. Habitat types remain well distributed across the landscape providing continuity and connectivity within and among important wildlife habitats and habitat areas, such as winter ranges and production areas. Trend analysis of major wildlife habitat types across SJNF lands in the planning area estimates that changes within habitat types and structural stages have not exceeded 5% of the overall habitat available across the landscape since the inception of the San Juan National Forest Land and Resource Management Plan in 1983. Most individual structural stages within each habitat type did not vary by more than 2% across the planning area. The observed changes were attributed to a combination of management actions and natural processes such as wildfire and insects and disease. Current habitat conditions, and components of the 1983 San Juan National Forest Land and

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

Resource Management Plan, have in general been sufficient to sustain wildlife populations well distributed across the planning area and meet state population objectives for wildlife species across the life of the current LRMP.

The current condition and trend of habitats has important implications when considering habitat improvement and restoration priorities. However, the condition and trend of the habitats on private land must also be considered in relation to overall wildlife conservation and biodiversity goals. For example, ownership patterns become more fragmented at lower elevations within the planning area because of interspersion with private land and other in-holdings. Historically, much of this land was utilized by big game species as seasonal winter range. Other wildlife species also migrated to lower elevations during the winter period and/or utilized lower-elevation habitats for dispersal or migration routes. For some species (including Gunnison sage-grouse and Columbian sharp-tailed grouse [*Tympanuchus phasianellus columbianus*]), lands under other ownerships play a key role in their persistence within the planning area. Low-elevation habitats, both on and off the SJNF and TRFO, continue to be vital to the over-winter survival and population objectives of some big game species, including Rocky Mountain elk (*Cervus canadensis nelsoni*) and mule deer.

Human population growth and associated activities, land use conversions, and lack of fire frequency in fire-dependent systems have led to substantial changes in wildlife habitat conditions on private lands adjacent to the SJNF and TRFO. As a consequence of declining amounts and capability of wildlife habitats on private lands adjacent to the planning area, the value of wildlife habitats on the SJNF and TRFO has increased in terms of maintaining local wildlife populations, especially for big game winter ranges. Winter ranges include much of the lower-elevation ecosystems found across the planning area, and adjacent lands under private ownership. Availability of effective winter range is considered a limiting factor to big game populations within southwest Colorado. However, at this time, the amount of big game winter range on the SJNF and TRFO is not thought to limit big game populations (USFS 2006b), but could become a limiting factor in the future if the current declining trend of total amount and condition of winter range available across all land ownerships continues.

Approximately 44% of the planning area is in IRAs, BLM WSAs, the Piedra Area, or in designated wilderness areas that often overlap the spruce-fir and alpine vegetation types. IRAs and/or wilderness areas offer large blocks of habitat that are relatively unmanaged and generally less disturbed by humans, and as such are especially valuable for some wildlife species. Large, intact wild areas are a valuable characteristic of the planning area, and these areas would increase in value to terrestrial wildlife resources as the human population of southwest Colorado continues to grow.

## Description of Available Habitats

To evaluate the relevance to wildlife resources of the four primary planning issues summarized above (see Section 2.4) in the context of ecological sustainability, it is necessary to provide a brief discussion of the primary wildlife habitats occurring on the SJNF and TRFO (see also Sections 3.1–3.5). Within the planning area, vegetative types vary from alpine (at the highest elevations) to semi-desert shrublands and grasslands (at the lowest elevations). (Vegetation types, and their associated wildlife habitat components, are described in Section 2.1 of Volume II, LRMP; more detailed habitat information can be found in the San Juan Habitat Assessments (USFS 2006-2008). In addition, physical and geological features (such as cliffs, caves, rivers, streams, waterfalls, and open water bodies) also provide important wildlife habitat features within the planning area. Based on species distribution maps for Colorado, this diversity of habitats supports approximately 193 breeding bird species, 87 mammals, 24 reptiles, and 10 amphibians (Fitzgerald et al. 1994; Hammerson 1999; Kingery 1998). Additional species pass through the planning area during migration and/or utilize

BLM_0031986

habitats on or near the planning area for feeding or resting en route to distant wintering or summering areas.

## Vegetation and Wildlife Species Associations

## Alpine

There are approximately 172,000 acres of alpine habitats on the SJNF and TRFO, totaling about 8% of the planning area. The trend in amount of alpine habitats is stable, but the trend in condition is gradually upward. Several wildlife species utilize the alpine tundra at least seasonally, and some species depend exclusively upon alpine habitats for breeding or life-cycle requirements. Several species of voles, mice, and shrews occur in alpine tundra vegetation; other species, such as pika (*Ochotona* sp.) and yellow-bellied marmot (*Marmota flaviventris*) occur where boulder fields and rocks are present. Rocky Mountain bighorn sheep (*Ovis canadensis*) and elk (*Cervus canadensis*) utilize alpine habitats during summer but many individuals migrate to lower elevations when winter begins. Alpine tundra is important breeding habitat for local and endemic bird species such as white-tailed ptarmigan (*Lagopus leucura*), American pipit (*Anthus rubescens*), and brown-capped rosy finch (*Leucosticte australis*). Alpine cirques and boulder fell fields offer primary denning habitat for North American wolverine (*Gulo gulo luscus*) in states such as Idaho and Montana, and would provide an important habitat in Colorado if the species is still extant (surviving) (Byrne and Copeland 1997). Alpine tundra in southern Colorado also provides the only known habitat for the Uncompahgre fritillary butterfly (*Boloria acrocnema*).

## Aspen Forests

On the SJNF and TRFO, aspen forests occur as pure stands, as pure stands of overstory trees with an understory of young conifer trees, or as a mixed overstory of aspen trees and conifer trees with the most abundant tree species being aspen. The SJNF has some of the most extensive pure aspen stands found in Colorado, but many aspen-dominated habitats on the SJNF and TRFO are a mix of aspen and conifer trees. Where aspen trees intermix with conifer trees, the resulting aspen-dominated forests usually supports a wider variety of wildlife species than conifer-dominated forests nearby. There is approximately 299,000 acres of aspen-dominated habitats on the SJNF and TRFO, about 13% of the planning area. The trend in amount of aspen on the SJNF is stable, but there is a declining trend in the amount of aspen in early successional stages and a trend of increasing conifer succession in the understory of many aspen stands. Aspen-dominated forests are extremely rich habitats for many wildlife species. DeByle (1995) lists 134 species of birds and 56 species of mammals that use aspen habitat types. Amphibians such as northern leopard frog (*Rana pipiens*) are also common because of the moist environments. Typical species associated with aspen habitats within the planning area include red-naped sapsucker (*Sphyrapicus nuchalis*), violet-green swallow (*Tachycineta thalassina*), hairy woodpecker (*Picoides villosus*), purple martin (*Progne subis*), elk, and black bear (*Ursus americanus*), as well as many small mammal species. Aspen is a key nesting habitat for northern goshawk (*Accipiter gentilis*) in much of southern Colorado (Ferland 2005). In the older structural stages, aspen is a key structural attribute for many primary and secondary cavity-nesting birds. As aspen stands on the SJNF and TRFO continue to age, implications for future wildlife habitat conditions include gradual loss of elk calving areas spring and early summer bear forage.

## Cool-Moist Mixed Conifer Forests

Cool-moist mixed conifer forest types are often rich in wildlife use. This wildlife richness is due to the variety of aspects and elevations, moisture gradients, tree species mixes, structural stages, and other physical factors that is typical of mixed conifer forests on the SJNF and TRFO. Examples of

BLM_0031987

associated wildlife species of cool-moist mixed conifer forests include Williamson's sapsucker (*Sphyrapicus thyroideus*), dusky grouse (*Dendragapus obscurus*), northern goshawk, olive-sided flycatcher (*Contopus cooperi*), black bear, elk, and mule deer. In cool-moist mixed conifer forests, species such as Canada lynx (*Lynx canadensis*), snowshoe hare (*Lepus americanus*), wolverine, and American marten (*Martes americana*) may be present as the life zone generally transitions into conditions more common to the higher-elevation forest types. Due to the diversity and variety of physical habitat features, no wildlife species in Colorado is restricted exclusively to cool-moist mixed conifer forests. There is approximately 136,000 acres of cool-moist mixed conifer forests on the SJNF and TRFO, totaling about 6% of the planning area. The trend in amount of cool-moist mixed conifer forests on the SJNF is stable, the trend in relative abundance of structural stages is stable, and the trend in abundance of stands in late-successional condition is also stable.

## Warm-Dry Mixed Conifer Forests

Warm-dry mixed conifer forests are also rich in wildlife use. As the name implies, the vegetation mosaic of this vegetation type is generally found at lower elevations where sites are warmer and drier than that of cool-moist mixed conifer forests. The richness of wildlife species using warm-dry mixed conifer forests is due to the variety of aspects and elevations, moisture gradients, tree species mixes, and other structural factors. Examples of associated wildlife species include Williamson's sapsucker, western tanager (*Piranga ludoviciana*), dusky grouse, northern goshawk, Merriam's turkey (*Meleagris gallopavo*), olive-sided flycatcher, flammulated owl (*Otus flammeolus*), black bear, elk, and mule deer. In warm-dry mixed conifer forests, species such as pygmy nuthatch (*Sitta pygmaea*) and western bluebird (*Sialia mexicana*) may be more abundant as this life zone generally transitions into lower-elevation forest types. Again, due to the diversity and variety of physical habitat features, no species in Colorado is restricted exclusively to warm-dry mixed conifer forests. There is approximately 116,000 acres of warm-dry mixed conifer forests on the SJNF and TRFO, totaling about 5% of the planning area. The trend in amount of warm-dry mixed conifer forests on the SJNF is stable, the trend in relative abundance of structural stages is stable, and the trend in abundance of stands in late-successional condition is also stable. Many decades of fire suppression, timber harvest, and livestock grazing have caused gradual but substantial shifts in tree species, structural stage composition, and fire frequency, resulting in many warm-dry mixed conifer stands now being considered to be outside their historic range of variability (see Section 3.2, Terrestrial Ecosystems and Plant Species). Currently, warm-dry mixed conifer forests have less acres in the old growth development stage and have less diversity and distribution of native grasses compared to HRV conditions, with implications for wildlife species and populations that are most closely associated with those development stages.

## Mountain Grasslands

There is about 140,000 acres of mountain grasslands on the SJNF and TRFO, totaling about 6% of the planning area. The trend in amount of grasslands on the SJNF is stable, but the trend in grassland condition is gradually upward. Mountain grasslands are rich in small mammal species, such as voles and shrews, and several fossorial mammals, such as marmots, badgers, and pocket gophers (which occur most frequently in grasslands or on grassland/rock edges). Mountain grasslands are especially important to deer, elk, and bighorn sheep for foraging. Within the planning area, all of the big game species utilize different elevational grasslands on a seasonal basis. The diversity and density of bird species in these grasslands varies, depending on elevation. Many species of sparrows and other ground-nesting birds are associated primarily with this vegetation type. In general, mountain grasslands do not support many species of reptiles or amphibians, except where water, cliff/rock, or other unique features are present.

BLM_0031988

## Mountain Shrublands

There is about 242,000 acres of mountain shrublands on the SJNF and TRFO, totaling about 11% of the planning area. The trend in amount of mountain shrublands on the SJNF is stable (comparable data for TRFO lands is not available). Mountain shrubland habitats provide valuable food and cover for many wildlife species, and some species (such as black bears) depend heavily upon the mast crops that can be abundant in this vegetation type. Primary shrub species found in this association on the SJNF and TRFO include Gambel oak, chokecherry, serviceberry, snowberry (*Symphoricarpos* sp.), bitterbrush (*Purshia* sp.), and mountain mahogany. Fewer small rodent species utilize mountain shrubland habitats in Colorado, but some small mammals (such as Nuttall's cottontail [*Sylvilagus nuttallii*]) may reach high densities. Mountain shrublands are important fall habitats for black bear foraging in preparation for hibernation. At least 24 bird species in Colorado utilize mountain shrublands. Local bird species that are closely associated with this vegetation type include green-tailed (*Pipilo chlorurus*) and spotted towhee (*P. maculatus*), Virginia's warbler (*Oreothlypis virginiae*), and Merriam's turkey. Mountain shrublands, especially where intermixed with mountain grasslands, are heavily used by big game animals as transition range and primary winter range.

## Pinyon-Juniper Woodlands

Pinyon-juniper woodlands on the SJNF and TRFO are a mixture of two tree species, pinyon pine and Utah juniper. The relative mix of these two species varies substantially from site to site. There is about 217,000 acres of pinyon-juniper woodlands on the SJNF and TRFO, totaling about 9% of the planning area. The trend in amount of pinyon-juniper woodlands on the SJNF is stable (comparable data for TRFO lands is not available), the trend in relative abundance of structural stages is stable, but the recent trend in relative abundance of pinyon pine has been slightly downward due to Ips beetle activity in recent years. Pinyon-juniper woodlands often support a rich and diverse wildlife community. These woodlands are very important to avian species and support the largest assemblage of nesting bird species of any upland vegetation type in the western United States. Typical bird species that utilize local pinyon-juniper habitats include Lewis's woodpecker (*Melanerpes lewis*), pinyon jay (*Gymnorhinus cyanocephalus*), loggerhead shrike (*Lanius ludovicianus*), gray vireo (*Vireo vicinior*), and mountain chickadee (*Poecile gambeli*). Pinyon-juniper habitats are utilized by many big game species, at least on a seasonal basis, and may provide year-round habitat for mule deer and elk when food and water resources are available. Numerous small mammal species occupy pinyon-juniper habitats, including deer mouse (*Peromyscus* sp.), white-footed mouse (*P. leucopus*), bushy-tailed woodrat (*Neotoma cinerea*), and white-tailed jackrabbit (*Lepus townsendii*). Large carnivores (such as mountain lion [*Puma concolor*]) also frequent pinyon-juniper habitats, especially when prey species such as mule deer are available. The diversity of reptile species within pinyon-juniper woodlands is nearly as high as that encountered in semi-desert shrublands, and species such as western rattlesnake (*Crotalus oreganus*) may be most common in this habitat type. Pinyon-juniper habitats support the highest diversity of bat species in Colorado. This is especially valuable where wetlands and riparian habitats are intermixed with pinyon-juniper uplands. Bat species such as fringed myotis (*Myotis thysanodes*) and spotted bat (*Euderma maculatum*) also utilize pinyon-juniper trees and associated cliff and rock habitats as roosting areas. In general, amphibian species are scarce in pinyon-juniper woodlands, except where water is available.

## Ponderosa Pine Forests

There is approximately 259,000 acres of ponderosa pine forests on the SJNF and TRFO, totaling about 11% of the planning area. The trend in amount of ponderosa pine forest on the SJNF is stable (comparable data for TRFO lands is not available), the trend in relative abundance of structural

BLM_0031989

stages is stable, and the trend in abundance of stands in late-successional condition is also stable. Many decades of fire suppression, timber harvest, and livestock grazing have caused gradual but substantial shifts in tree species mixes and structural stage and understory composition, resulting in many ponderosa pine stands now being considered to be outside their historic range of variability (see Section 3.2, Terrestrial Ecosystems and Plant Species). Currently, ponderosa pine forests have fewer acres in the old growth development stage and less diversity and distribution of native grasses compared to HRV conditions, with implications for wildlife species and populations that are most closely associated with those development stages. Ponderosa pine forests support a rich and diverse wildlife community, including some habitat specialists that reach their highest densities in this vegetation type. Ponderosa pine habitat specialists include Abert's squirrel (*Sciurus aberti*) and band-tailed pigeon (*Patagioenas fasciata*). Ponderosa pine forests are used extensively by big game species (such as mule deer and elk) and may be particularly important as transitional habitat or winter range areas. The understory of ponderosa pine forests varies from open grass to dense Gambel oak, supporting a wide variety of bird and mammal species. Large-diameter standing snags and varying tree densities and stand configurations supports a wide diversity of arboreal mammals and birds. Large carnivores (such as mountain lion) also frequent ponderosa pine forests, especially when prey species such as mule deer are available.

## Riparian Areas and Wetlands

There is approximately 32,000 acres of riparian areas and wetlands on the SJNF and TRFO, totaling about 1% of the planning area. The trend in amount of riparian and wetland habitats on the SJNF is likely to be either generally slightly downward due to persistent drought and gradually increasing demand for water uses. The trend in condition of riparian areas and wetlands is likely to also be generally slightly downward for the same reasons. In Colorado, it is estimated that at least 40% of all vertebrate species are closely associated with riparian habitats (Hoover and Wills 1984). These species include approximately 70% of the breeding birds in Colorado, as well as big game species, small mammals, furbearers, and a variety of other non-game species. Riparian areas and wetlands ecosystems within the planning area also support a high number of amphibians and reptiles. All local bat species concentrate around riparian habitats for foraging and drinking purposes. For this reason, slow-water pools and open wetlands are especially important.

## Sagebrush Shrublands

There are about 85,000 acres of sagebrush shrublands on the SJNF and TRFO, totaling about 4% of the planning area. Sagebrush shrubland habitat capability is being reduced in some areas of the SJNF and TRFO through encroachment of pinyon-juniper woodlands and invasion of non-native cheatgrass that replaces native grasses and forbs in the sagebrush understory. Sagebrush shrublands represent an extremely important vegetation type to many wildlife species, especially birds. Some of the highest densities of wintering mule deer on the SJNF and TRFO are found in sagebrush shrubland habitats. Many of the birds that occur in this type are sagebrush obligate species that exhibit sensitivity to habitat edges and fragmentation. Many of these species also nest on, or near, the ground beneath the shrubs, and are, therefore, vulnerable to impacts. Examples of local sagebrush shrubland obligate bird species include sage sparrow (*Artemisiospiza belli*), Brewer's sparrow (*Spizella breweri*), sage thrasher (*Oreoscoptes montanus*), and Gunnison sage-grouse, which is a BLM sensitive species and proposed for listing under the ESA. Sage-grouse are found in the west and northwest portions of the planning area. Sagebrush shrublands support many of the small mammal species that are also found in mountain shrubland and pinyon-juniper woodland habitats. These three wildlife habitats are often intermixed and/or transition into each other. Some jackrabbit and cottontail species may reach high population densities in this habitat type. As with

BLM_0031990

mountain shrublands, sagebrush shrublands can support a high diversity of reptile species, especially when interspersed with semi-desert shrublands, rock/cliff habitats, and other dry habitat types. Amphibians however, are generally absent, except where water sources are present.

## Semi-desert Shrublands/Grasslands

There is about 64,000 acres of semi-desert shrublands/grasslands on the SJNF and TRFO, totaling about 3% of the planning area. Numerous small mammal species occur in semi-desert shrublands/grasslands habitats, including kangaroo rat (*Dipodomys* sp.), deer mouse, Wyoming ground squirrel (*Urocitellus elegans*), and Gunnison's prairie dog (*Cynomys gunnisoni*). Where Gunnison's prairie dog colonies occur, they function as a keystone species, providing burrows, vegetation structure, and an abundance of prey that attracts and supports a variety of other species that otherwise would be unlikely to occur in similar densities, such as badger, burrowing owl (*Athene cunicularia*), and ferruginous hawk (*Buteo regalis*). Mule deer and antelope also use semi-desert shrublands/grasslands, especially during winter. The diversity and density of bird species is typically low in semi-desert shrublands with the most common species assemblage dominated by horned lark (*Eremophila alpestris*), western meadowlark (*Sturnella neglecta*), mourning dove (*Zenaida macroura*), and ash-throated flycatcher (*Myiarchus cinerascens*). However, semi-desert shrublands support specialized species such as loggerhead shrike and provide important nesting and/or foraging habitat for several raptors of local concern including burrowing owl, prairie falcon (*Falco mexicanus*), and golden eagle (*Aquila chrysaetos*).

## Spruce-fir Forests

On the SJNF and TRFO, spruce-fir forests are a mixture of two species, Engelmann spruce and subalpine fir. The relative mix of these two species varies substantially from site to site. There is approximately 509,000 acres of spruce-fir forests on the SJNF and TRFO, totaling about 22% of the planning area, and the largest amount of any individual wildlife habitat type on the SJNF and TRFO. The trend in amount of spruce-fir forest on the SJNF is stable (comparable data for TRFO lands is not available), the trend in relative abundance of structural stages is stable, and the trend in abundance of stands in mature and late-successional condition is also stable. Spruce-fir forests are rich in mammal and bird species, but they support relatively few reptile or amphibian species because of the higher elevations. Extensive mortality of mature trees has occurred over the last few years from spruce bark beetle impacts. In some areas, the majority of mature spruce and fir trees have been recently killed from insects and disease. One amphibian species of interest, the boreal toad (*Bufo boreas boreas*) (which has historic occurrence within the planning area but is not known to currently occur) is closely associated with streams and wetlands within spruce-fir forests. Other species closely associated with spruce-fir forests include southern red-backed vole (*Myodes gapperi*), American marten, Canada lynx, American three-toed woodpecker (*Picoides dorsalis*), boreal owl (*Aegolius funereus*), olive-sided flycatcher, golden-crowned kinglet (*Regulus satrapa*), Hammond's flycatcher (*Empidonax hammondii*), and hermit thrush (*Catharus guttatus*). Spruce-fir forests are also important to big game animals, such as mule deer and elk during summer, and moose (*Alces alces*) year around. When geological features such as rocks and cliffs are present, spruce-fir forests also support specialized species such as pika and yellow-bellied marmot (*Marmota flaviventris*).

## Description of Categories of Species

The categories and types of wildlife species within the planning area reflect the wide diversity of available terrestrial wildlife habitats. Some species, such as mule deer and Rocky Mountain elk, are steeped in local culture and tradition and have long been important to local peoples and communities for economic and aesthetic reasons. Many non-game species have recently gained recognition for

BLM_0031991

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

the economic, aesthetic, and ecological values they provide. For example, resident and migratory bird
species as a resource in the United States generate over $85 billion in overall economic output and
are enjoyed by over 46 million people (USFWS 2003a). Migratory birds are also recognized for the
ecological values they provide in terms of insect control, pollination, and seed dispersal. Some wildlife
species that occur within the planning area are migratory and/or wide-ranging and can therefore
utilize multiple habitat types throughout the year, while other species are more sedentary and utilize
relatively few habitats or individual components within a single habitat type. All species, however,
contribute to, or influence, the ecological processes that maintain biodiversity within the planning
area.

Species assessments have been prepared for many species, both at the level of the SJNF and the
USFS regional level. These species assessments bring together available information at differing
scales for the species of interest in order to help assess the habitats they utilize along with
management information and research needs. The information contained in these species and habitat
assessments is referenced and included in the planning record and was used in assessing species
and habitats across the planning area. Table 3.3.1 lists SJNF and USFS Region 2 species and
habitat assessments reviewed for the planning process. Species assessments have not been
completed for the TRFO.

**Table 3.3.1: SJNF and USFS Region 2 Wildlife Species and Terrestrial Habitat Assessments**

| SJNF Habitat Assessments | |
|---|---|
| Alpine tundra | Aspen |
| Mixed conifer | Mountain grasslands |
| Pinyon-juniper | Ponderosa pine |
| Riparian and wetlands | Sagebrush |
| Spruce-fir | |
| **SJNF Species Assessments - Amphibians** | |
| Boreal toad | Northern leopard frog |
| Red Spotted toad | Western chorus frog |
| Woodhouse toad | |
| **SJNF Species Assessments – Birds** | |
| American bittern | Black swift |
| Boreal owl | Bald eagle |
| Brown creeper | Chipping sparrow |
| Columbian sharp-tailed grouse | Common loon |
| Dark-eyed junco | Ferruginous hawk |
| Flammulated owl | Grace's warbler |
| Greater sandhill crane | Green-tailed towhee |
| Golden-crowned kinglet | Hairy woodpecker |
| Lewis's woodpecker | Lincoln's sparrow |
| Loggerhead shrike | Mallard duck |
| Merriam's wild turkey | Mexican spotted owl |
| Mountain bluebird | Northern goshawk |
| Olive-sided flycatcher | Peregrine falcon |
| Purple martin | Pygmy nuthatch |
| Red-naped sapsucker | Red-shafted flicker |
| Ruby-crowned kinglet | Spotted towhee |
| Southwestern willow flycatcher | Three-toed woodpecker |
| Virginia's warbler | Warbling vireo |
| Western burrowing owl | Western tanager |
| Wilson's warbler | White-faced ibis |
| Yellow warbler | |

BLM_0031992

| SJNF Species Assessments - Mammals | |
|---|---|
| Abert's squirrel | American black bear |
| American marten | Beaver |
| Bushy-tailed woodrat | Canada lynx |
| Deer mouse | Dwarf shrew |
| Elk | Mule deer |
| Montane vole | Northern pocket gopher |
| North American river otter | Ringtail |
| Townsend's big-eared bat | Wolverine |
| SJNF Species Assessments – Insects | |
| Uncompahgre fritillary butterfly | |
| Region 2 Species Conservation Project, Species Assessments – Birds | |
| American bittern | American three-toed woodpecker |
| Baird's sparrow | Black swift |
| Black tern | Brewers sparrow |
| Burrowing owl | Cassin's sparrow |
| Columbian sharp-tailed grouse | Ferruginous hawk |
| Fox sparrow | Green-tailed towhee |
| Grasshopper sparrow | Long-billed curlew |
| Lewis's woodpecker | Lincoln's sparrow |
| Loggerhead shrike | Mountain bluebird |
| Northern goshawk | Northern harrier |
| Olive-sided flycatcher | Pinyon jay |
| Purple martin | Pygmy nuthatch |
| Sage sparrow | Short-eared owl |
| Wilson's warbler | White-tailed ptarmigan |
| Yellow-billed cuckoo | |
| Region 2 Species Conservation Project, Species Assessments – Reptiles | |
| Smooth green snake | |
| Region 2 Species Conservation Project, Species Assessments – Amphibians | |
| Boreal toad | Northern leopard frog |
| Region 2 Species Conservation Project, Species Assessments – Mammals | |
| Abert's squirrel | Fringed myotis |
| North American beaver | North American river otter |
| Pine squirrel | Snowshoe hare |
| Townsend's big-eared bat | Rocky Mountain bighorn sheep |
| Region 2 Species Conservation Project, Species Assessments – Insects | |
| Great Basin silverspot butterfly | |

Management challenges and opportunities for terrestrial wildlife habitats, species, and/or populations were developed as a way to describe effects of implementing the LRMP, and compare and contrast anticipated general effects on wildlife of implementing the alternatives. The wildlife species and habitat assessments described above were used as important resources for analyzing effects of implementing LRMP direction, guidance, and alternatives on wildlife habitats, species, and populations over the life of the LRMP. Given the broad range of wildlife species, and the wide variety of habitats upon which they depend, it is not possible to analyze and describe all wildlife species affected by each management challenge and opportunity. For this reason, each wildlife management challenge and opportunity would be described below under a group of wildlife species that share commonalities with respect to how they respond to habitat conditions and management actions. These general wildlife groups, and the wildlife management challenges and opportunities associated with each group, are described below.

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

The analyses presented below use the best available science, published and peer-reviewed scientific literature, unpublished local information, surveys and reports, and the professional opinions of federal and state wildlife managers with extensive knowledge of the local landscapes. All materials were used as supporting information to arrive at the conclusions presented. The best available source of mapping products that display ranges of game and non-game wildlife species on SJNF and TRFO administrative units is CPW. The USFWS is the best available source of mapping products for ranges of federally listed species. Mapping products for both agencies were used extensively in support of the analyses presented. Maps submitted by non-governmental organizations were also reviewed, where appropriate.

## Amphibians and Reptiles

Amphibians and reptiles occur in a variety of habitats across SJNF and TRFO landscapes. More than 20 species of amphibians and 20 species of reptiles are known to occur within Colorado's San Juan River and Dolores River drainage basins. Amphibians, including toads, frogs, and salamanders, are generally found in the wetter riparian and wetland environments from alpine habitats through the semi-desert shrublands/grasslands habitats. Some have adapted to the harsh, intermittent moisture regimes found in the drier semi-desert and low-elevation canyon environments, including species such as canyon tree frog (*Hyla arenicolor*) and New Mexico spadefoot toad (*Spea multiplicata*). Amphibians are also found in colder environments of the upper montane forests and alpine habitats, including species such as tiger salamander (*Ambystoma tigrinum*) and boreal toad. Special status sensitive species for BLM and NFS lands include canyon tree frog, northern leopard frog, and boreal toad. Canyon tree frog and northern leopard frog are known to occur in the planning area. Boreal toad, however, is not known to currently occur in the planning area. Several boreal toad historic sites are known on the SJNF and TRFO, but surveys have failed to detect toads for many years and the historic sites are presumed to now be vacant.

Reptiles generally inhabit warmer and drier sites in the moderate to lower-elevation habitats across the planning area. Most reptiles in the planning area are composed of species of snakes and lizards. No native populations of turtles or tortoises occur in the planning area, although some introduced populations exist. The western rattlesnake is the only venomous viper occurring in the planning area. While it does occur in many of the lower-elevation habitats, it is not considered abundant in any habitats. Other snake species that occur in the planning area include garter snakes (*Thamnophis* sp.), bullsnake (*Pituophis catenifer sayi*), striped whipsnake (*Masticophis taeniatus ornatus*), and common kingsnake (*Lampropeltis getula*). A variety of lizard species occur across the planning area, including short-horned lizard (*Phrynosoma hernandesi*), sagebrush lizard (*Sceloporus graciosus*), collared lizard (*Crotaphytus collaris*), whiptails (Teiidae), skinks (Scincidae), and tree lizard (*Urosaurus ornatus*). Two special status sensitive species of lizard are found along the westernmost habitats of TRFO lands, long-nosed leopard lizard (*Gambelia wislizenii*) and desert spiny lizard (*Sceloporus magister*).

## Invertebrates

Invertebrates are the most abundant and diverse type of terrestrial species in the planning area. Invertebrates are found in all habitats that occur in the planning area and include common types such as mosquitoes (Culicidae), flies (Diptera), spiders (Araneae), ants (Formicidae), butterflies (Rhopalocera), and beetles (Coleoptera). Many of these types include species and subspecies that have special adaptations allowing them to take advantage of specialized niches within a specific habitat type. When environmental conditions are favorable, some invertebrate populations in local areas can increase to the point where impacts of their large populations can negatively affect

104

resources important to people. A recent example within the planning area is a bark beetle outbreak that substantially reduced pinyon pine abundance within the pinyon-juniper habitat type on some of the western portions of the planning area. A similar type of outbreak is currently occurring in the subalpine spruce-fir forests of eastern portions of the planning area that is causing substantial mortality of mature Engelmann spruce trees.

Most invertebrate species are abundant with no concern for population sustainability across the SJNF and TRFO. There are two invertebrate species of conservation concern that occur in the planning area. The Nokomis fritillary butterfly (*Speyeria nokomis*), also known as the Great Basin silverspot, is rare within lower elevations of the planning area and is both a BLM and USFS sensitive species. The Great Basin silverspot requires a particular violet, northern bog violet (*Viola nephrophylla*), as a host plant on which to lay its eggs. This plant may occur around springs, seeps, wetlands, and riparian areas in the planning area but is not considered to be widespread or abundant. The butterfly's eggs over-winter, with flight generally occurring from late July through mid-September. Nectar sources for adult butterflies primarily involve thistle species.  The other butterfly for which there is conservation concern is the federal endangered Uncompahgre fritillary butterfly (*Boloria acrocnema*). The Uncompahgre fritillary butterfly requires snow willow (*Salix nivalis*) as a host plant on which to lay eggs and as the primary food source for larvae. The species requires large patches of snow willow within the alpine zone, above 12,500 feet, with the presence of other additional site-specific environmental factors for suitable habitat. Only one known area of occupation occurs in the planning area, and habitat inventories have found little to no additional suitable habitat on SJNF and TRFO.

## Migratory Birds

It is estimated that the planning area may support approximately 193 species of breeding birds, as well as additional species that utilize stop-over habitats during their annual migration. Of these 193 species of breeding birds, approximately 74 species are considered neotropical migratory birds that breed on or near the planning area but winter south of the United States/Mexico border. Most migratory bird species are still common; however, some populations are declining. Neotropical migratory birds are of particular concern within the planning area because of the international issues associated with their conservation. In addition to neotropical migratory birds, a variety of other migratory bird species breed in the planning area but do not generally move south of the United States/Mexico border. Some of these species simply move to lower elevations for the winter, while others move south for varying distances but generally remain within the continental United States.

The SJNF and TRFO planning area contains large areas of various habitats important to migratory birds, including spruce-fir, pinyon-juniper, aspen, mixed conifer, and ponderosa pine woodlands, as well as sagebrush shrublands, mountain shrublands, mountain grasslands, and alpine tundra. Habitats that make up smaller portions of the land base, such as riparian areas and wetland ecosystems, are also of conservation concern due to their critical importance to breeding and migrating birds, as well as to other wildlife groups.

Attention to specific species, or to groups of species, is an important aspect of bird conservation within the planning area. Examples of groups of species include the Birds of Conservation Concern list produced by the USFWS (2008) and the priority species and habitats identified in the Colorado Landbird Conservation Plan (Beidleman 2000). The Birds of Conservation Concern list was produced to highlight species of particular interest within large geographic areas of the United States, referred to as Bird Conservation Regions (BCRs). The Colorado Landbird Conservation Plan (Beidleman 2000) provides information for more localized bird conservation priorities. Lands administered by the SJNF and TRFO occur within the Southern Rockies/Colorado Plateau BCR (BCR 16), which

BLM_0031995

encompasses portions of Colorado, New Mexico, Arizona, Utah, and Wyoming. The Birds of Conservation Concern list for BCR 16 includes 29 species, some of which do not occur or would be considered accidental within the planning area.

The MBTA of 1918 applies to most birds that are known to occur on the SJNF and TRFO (USFWS 2005). EO 13186 (January 17, 2001), entitled "Responsibilities of Federal Agencies to Protect Migratory Birds," outlines a collaborative approach to promote the conservation of migratory bird populations. This EO directs federal agencies to take certain actions to further implement the migratory bird conventions of the MBTA, the Bald and Golden Eagle Protection Act, and other pertinent statutes. Following direction in the EO, the BLM and the USFS each signed a Memorandum of Understanding (MOU) with the USFWS that describes opportunities to strengthen bird conservation actions within their existing programs and jurisdictions (BLM 2010b; USFS 2008a). This is accomplished by identifying and implementing strategies that promote bird conservation and avoid or minimize adverse impacts on migratory birds. Each MOU identifies specific activities where cooperation between the agencies would contribute to the conservation of migratory birds and their habitats. These activities are intended to complement and support existing partnerships and facilitate new collaborative conservation strategies and comprehensive planning efforts for migratory birds. Given the recommendations made for each agency in their respective MOUs, the SJNF and TRFO would strengthen bird conservation in the planning area by participating where possible in partnership opportunities and implementing bird conservation actions as described in their respective MOUs.

There is great diversity in migratory birds that use the SJNF and TRFO administrative units. Within the planning area approximately 350 bird species are known to occur, are thought likely to occur, or have habitat within the planning area and/or use the SJNF and TRFO at some time during the year. Not all bird species occur within the planning area every year or during every season (nesting, migration, and wintering seasons). Some birds, such as Williamson's sapsucker and northern goshawk, nest and forage in a wide variety of habitat types. Other species, such as golden eagle (*Aquila chrysaetos*) and prairie falcon, nest in one habitat type (e.g., rock cliffs), but forage in other habitat types (e.g., grassland and desert shrubland). Also, some species that breed within the planning area, such as black-throated gray warbler (*Setophaga nigrescens*) and cordilleran flycatcher (*Empidonax occidentalis*), leave in late summer for remote wintering areas in Central and South America and are often referred to as Neotropical migratory birds. Other species, such as Clark's nutcracker (*Nucifraga columbiana*) and pinyon jay, can be found within the planning area throughout the year. Finally, some species are habitat specialists associated primarily with distinct and/or rare habitat conditions, such as black swift (*Cypseloides niger*) (nesting exclusively at waterfalls) and American dipper (*Cinclus mexicanus*) (nesting on cliffs over flowing mountain creeks). Other species, such as red-tailed hawk (*Buteo jamaicensis*) and American robin (*Turdus migratorius*), are habitat generalists that nest in a wide variety of habitats and across most elevations within the planning area. Due to the large number of migratory bird species, and due to the broad range of habitats and seasons of occurrence of migratory birds within the planning area, all of the alternatives may, in some way, impact habitat capability for migratory birds.

Given the great diversity of ecological requirements and potential responses to land management actions by bird species that occur on SJNF and TRFO administrative units, the LRMP focuses its analysis on several key groups of migratory birds for which land management actions are more likely to impact habitat conditions or populations. Key groups of migratory bird species include those listed under the ESA (such as southwestern willow flycatcher [*Empidonax traillii extimus*]), species designated as game species, both upland and waterfowl (such as Columbian sharp-tailed grouse), species of conservation concern (such as Gunnison sage-grouse), raptors that have known sensitivity to some land management programs (such as northern goshawk), and groups with unique habitat

BLM_0031996

needs (such as cavity nesters and snag-dependent species). Currently, some portions of the planning area are considered to have snag densities well below levels necessary to sustain populations of snag-dependent birds. As a result, the Pagosa and Columbine Ranger Districts implemented limitations on cutting large-diameter ponderosa pine snags for personal use firewood. Program areas that may have the greatest potential influence on key migratory bird groups include timber resources, travel management, fire and fuels, livestock grazing, and mineral development.

<u>Wildlife Issues Related to Migratory Birds</u>

Disturbance and Habitat Effectiveness: As discussed previously, the growing human population, increasing demand for recreational opportunities, and expansion of human activity into a variety of previously more secure wildlife habitat areas, including areas where direct human influences were previously minor or absent, are expected to continue over the life of the LRMP. This trend of increased recreation and overall human activity during the past 30 years is expected to continue and likely increase for the foreseeable future. As a consequence, the amount, condition, and effectiveness of some wildlife habitats are expected to decline for the foreseeable future without the application of additional management guidance. Other forms of human disturbance, in addition to recreation, have also increased substantially over the past 30 years. During this time, some portions of the SJNF and TRFO have seen expansions of road networks for the development, operation, and maintenance of leasable minerals and management of timber resources and other forest products. Over the past 10 years, a growing number of mechanical habitat management projects have been implemented across the planning area. Together, these activities have reduced habitat effectiveness for some migratory birds.

A wildlife management challenge on the SJNF and TRFO is to maintain or improve habitat conditions around raptor focal sites, including historically used platform nests, cliff complexes, and winter roost tree stands, in an environment of continually changing and in some cases increasing requests for opportunities for multiple uses of public lands. There has been a trend of increased recreation and overall human activity on the SJNF and TRFO over the life of the current LRMP. Based on projected activities under the LRMP and projected population growth in the counties within and around the SJNF and TRFO, the trend of increasing human activity on public lands is expected to continue for the foreseeable future and the life of the LRMP. Many raptors, including hawks, eagles, falcons, owls, and osprey (*Pandion haliaetus*), nest in large platform stick nests or on cliff faces, and use the same nest structures or cliff complexes continuously for many consecutive years (Smith et al. 2010). The success and long-term productivity of local populations, and continued use of winter roost sites, is dependent on maintaining the availability of a relatively small number of focal sites such as historically used nest structures, cliff complexes, and roost tree stands. Reducing the potential negative effects of human disturbance or habitat alteration around raptor focal sites is important for maintaining productivity and occupancy of these focal sites (Harness 2007; Rosenfield et al. 2007; Smith et al. 2010; White and Thurow 1985). Raptors can be vulnerable to loss of habitat effectiveness because they often occur at lower densities than many other bird species, are dependent on unique habitat features that are often limited on the landscape such as cliff complexes and unusual nest tree requirements, and because many raptor species have demonstrated sensitivity to human disturbance (Rosenfield et al. 2007; Smith 1988). Conversely, some raptor species and individuals have demonstrated tolerance of human activities in close proximity to historic nesting sites (Bird et al. 1996; Cade et al. 1996; Rosenfield et al. 1996) so raptor protection measures should allow site specific flexibility in their application to provide for continuation of human activities that have coexisted with successful raptor nests (Romin and Muck 2002). Application of management strategies or mitigation measures that limit disturbance and maintain key habitat features at and near individual

BLM_0031997

raptor focal sites is important for the conservation of local raptor populations (CPW 2008; Fuller 2010; Romin and Muck 2002).

Raptor species that occur on the SJNF and TRFO and for which there is management concern include bald (*Haliaeetus leucocephalus*) and golden eagle (agency sensitive species and Bald and Golden Eagle Protection Act), Mexican spotted owl (*Strix occidentalis lucida*) (listed as threatened under the ESA), peregrine falcon (*Falco peregrinus*) (agency sensitive species), northern goshawk (agency sensitive species), ferruginous hawk (agency sensitive species), osprey, prairie falcon, burrowing owl (agency sensitive species), and northern harrier (birds of conservation concern, Partners in Flight). Although some raptor species are quite rare on the SJNF and TRFO, such as Mexican spotted owl and burrowing owl, most raptor species and populations are believed to be stable or slightly increasing in abundance over the past 30 years.

In response to the management challenge of maintaining raptor populations along with increasing multiple uses, standards and guidelines were developed to maintain or improve habitat conditions around raptor focal sites, including historically used platform nests, cliff complexes, and winter roost tree stands. These standards and guidelines recognize that some individual raptors have demonstrated high tolerance for human activities and have chosen to nest or roost in close proximity to sources of a wide variety of human activity. For this reason, standards and guidelines provide site-specific management flexibility around raptor focal sites where there has been a demonstrated history of tolerance of human activities.

**Increase Mature and Old Growth Ponderosa Pine and Warm-dry Mixed Conifer Forests:**
Ponderosa pine and warm-dry mixed conifer forests on the SJNF and TRFO are thought to differ substantially from HRV conditions in terms of vegetation stand structure and fire frequency (see HRV discussion in Section 3.2, Terrestrial Ecosystems and Plant Species). In particular, ponderosa pine and warm-dry mixed conifer forests have substantially fewer acres in old growth and in the old growth development stage than would be expected under HRV. For wildlife species associated with and/or dependent upon the habitat structural attributes and forest conditions most commonly found in old growth and old growth development stages, there is less habitat availability and capability today than would be expected under HRV conditions. Increasing the abundance and/or distribution of old growth and old growth development stages of ponderosa pine and warm-dry mixed conifer forests, and the wildlife species associated with them, is a management opportunity for the SJNF and TRFO as LRMP implementation activities move ponderosa pine and warm-dry mixed conifer forests towards conditions more similar to those expected under HRV.

From a wildlife perspective, disturbance ecology is important because the life history patterns and responses of many terrestrial species have evolved together with particular disturbance regimes and habitats (Agee 1998; Lyon et al. 2000). Disturbance factors such as wind throw, avalanches, insects and disease, floods, and wildfire are all important natural disturbance processes that help shape landscapes and influence wildlife species in the southern Rocky Mountains.

The alteration of natural fire regimes through fire suppression, livestock grazing, and logging has probably influenced every upland forest vegetation type within the planning area (Saab et al. 2005). The most profound alterations, however, have occurred in the lower-elevation habitat types, primarily ponderosa pine and warm-dry mixed conifer forests where tree species composition and forest stand structure was maintained by frequent low severity fire events (Bock and Block 2005). Higher-severity fires did historically occur in some ponderosa pine forests, but they were more rare than under current conditions (Bock and Block 2005; Saab et al. 2005).

BLM_0031998

A primary goal of the LRMP is to restore fire-adapted ecosystems to conditions that better reflect their historic disturbance regimes. This would be accomplished by returning fire to the landscape, where fuel conditions and other factors allow, and under certain parameters approved in a fire use prescription. In some cases and under certain circumstances, prescribed fires cannot be used as an initial management tool. This is because several fire-return intervals have been missed and the existing fuels cannot be burned within the accepted parameters. In this case, mechanical fuels reduction may be used as a disturbance agent to achieve initial fuel reduction objectives such that fire could be returned in a manner that better reflects the low-intensity, low-severity fires that were more common during the reference period. In some locations, mechanical fuels reduction would be utilized instead of prescribed burns, due to safety concerns, other resource concerns, or other factors. In upper-elevation forest vegetation types where the fire regime was characterized by mixed- or high-severity fires, the SJNF and TRFO would also utilize natural wildfires, where and when they can be managed within acceptable parameters. Some researchers suggest, however, that low intensity prescribed fire may not replicate historical conditions in mixed fire regimes, which include many mixed conifer forests and subalpine forests of the Rocky Mountains (Saab et al. 2005).

In addition to bringing fire back into a more prominent role in ecological function, the SJNF and TRFO would focus on identifying stands and retaining ecological function in ponderosa pine and warm-dry mixed conifer stands that display characteristics of old growth and old growth development stages. Focus would also be placed on management actions that serve to increase the extent and distribution of these stands across the planning area. This focus is expected to move ponderosa pine and warm-dry mixed conifer forests more towards conditions expected under HRV during the reference period, thereby improving habitat conditions and capability for wildlife species most closely associated with these ecological attributes. Wildlife species that are most closely associated with these ecological attributes in ponderosa pine and warm-dry mixed conifer forests include Abert's squirrel and numerous bat species and bird species.

Bird species for which there is management concern that are closely associated with late successional stand attributes in ponderosa pine and warm-dry mixed conifer forests include pygmy nuthatch, brown creeper (*Certhia americana*), flammulated owl, and Williamson's sapsucker. The primary structural habitat attribute to which these species are most closely associated is standing snags and snag replacement trees of relatively large diameter (greater than 16 inches diameter at breast height [dbh]). Past management actions, particularly timber harvest practices and other management actions, have reduced the number and distribution of large-diameter standing snags on the SJNF and TRFO well below those expected under HRV conditions, reducing habitat value for snag and cavity dependent bird species. In response to this management challenge and wildlife habitat improvement opportunity, standards and guidelines were developed to maintain and improve the abundance and distribution of large-diameter standing snags and snag replacement trees, especially in ponderosa pine and warm-dry mixed conifer forests.

**Maintain or Improve Riparian Areas, Wetlands, and Springs and Seeps:** Riparian areas and wetland ecosystems associated with lakes, streams, rivers, springs, and seeps are highly important habitats to numerous wildlife species and are utilized disproportionately (more than their availability). In Colorado, it is estimated that at least 40% of vertebrate species are closely associated with riparian habitats (Hoover and Wills 1984). These species include approximately 70% of the breeding birds in Colorado, as well as big game species, small mammals, furbearers, and a variety of other non-game species. In Colorado, 82% of nesting bird species occur in riparian habitats (Schultz 1991) and 50% or more may be dependent on riparian vegetation for breeding (Yanishevsky and Petring-Rupp 1998). Riparian areas, wetlands, springs, and seep habitats occupy only 2.1% of the planning area. Although

BLM_0031999

small in acreage, the health and condition of these habitats is critical to the overall maintenance of biodiversity, especially in arid to semiarid landscapes.

The presence of surface water most of the year is the key physical characteristic of riparian areas, wetlands, springs, and seeps. More abundant surface water supports vegetation that is often more lush, productive, complex, and structurally diverse than surrounding upland habitats. This greater productivity and ecosystem diversity in turn provides more abundant food and cover resources for insects, small mammals, and migratory birds (Yanishevsky and Petring-Rupp 1998). For this reason, streamside riparian habitats provide very important corridors for migrating birds.

Urbanization, agriculture, the construction of dams and reservoirs, and water diversions has created long-term impacts to riparian areas, wetlands, springs, and seeps on the SJNF and TRFO over the past 100 years. Past management activities on SJNF and TRFO, including timber harvest, mechanical fuels treatments, oil and gas development, livestock grazing, recreation, prescribed fire, utility corridor construction, and solid minerals development have also impacted these habitats on the SJNF and TRFO. Many past impacts were minor and short-term that have since recovered due to reclamation efforts and natural processes. Other past impacts are still evident and would remain evident over the next 15 years. Of particular importance to migratory birds, continuing past impacts to riparian areas and wetlands include fewer willows (*Salix* sp.) and cottonwood (*Populus* sp.) trees in deciduous riparian forests, fewer willows in deciduous riparian shrublands, and fewer sedges (*Carex* sp.) and rushes (*Juncus* sp.) in riparian area and wetland herbaceous types. Tamarisk (*Tamarix* sp.), an exotic invasive shrub, has become established in many lower-elevation riparian areas of the SJNF and TRFO where it competes with and has in some cases replaced native cottonwoods and willows. There is concern that tamarisk may provide lower quality habitat for breeding birds because tamarisk supports fewer breeding species and fewer individuals, but the impact of tamarisk use on bird productivity or survivorship has not been well documented (Sogge et al. 2008).

With a changing climate, the observed temperature record in southwest Colorado shows average annual warming of about 2 degrees Fahrenheit over the last 30 years (Western Water Assessment 2007). Increasing stream temperatures and hydrologic changes such as reduced late season base flows may reduce the amount and condition of riparian and wetland vegetation, thereby reducing habitat capability for wildlife species associated with riparian areas and wetlands. Lack of, or decreased, stream flow has resulted in impacts to aquatic species and associated wetlands and riparian areas. Decreased stream flows and decreased inputs for springs and seeps could further reduce the condition and amount of streamside riparian, wetland, spring, and seep habitats, further reducing the habitat capability for wildlife species closely associated with water-dependent features.

Improved management practices such as livestock grazing over the past 20 years have generally improved ecological conditions of riparian areas, wetlands, and spring and seep habitats on the SJNF and TRFO. Declines, however, in water quantity and quality associated with prolonged drought and increased human uses are expected to continue, and declines in wildlife habitat capability of water-dependent features may therefore be expected to occur.

A wildlife management challenge is to maintain or improve habitat capability for wildlife species closely associated with riparian areas, wetlands, and spring and seep habitats. Where surveys have been conducted within the planning area, the current trends (past 15 years) for aquatic habitats are decreasing, and therefore the current trends for associated riparian areas, wetlands, springs, and seeps are also likely decreasing. The combined stress of reduced stream flows, higher water temperatures, and poorer water quality have decreased the amount and capability of riparian areas and wetlands from historic levels. With drought continuing in southwest Colorado, the amount and capability of riparian areas, wetlands, and spring and seep habitats are expected to also decline into

BLM_0032000

the future. Declines in habitat conditions and capability for resident and migratory bird species closely associated with riparian areas, wetlands, springs, and seeps is expected to continue for the foreseeable future. Bird species for which there is management concern that are closely associated with riparian areas, wetlands, springs, and seeps include northern harrier, Lewis's woodpecker, short-eared owl (*Asio flammeus*), southwestern willow flycatcher and yellow-billed cuckoo (*Coccyzus americanus*).

In response to this management challenge and wildlife habitat improvement opportunity, standards and guidelines were developed in Volume II, LRMP (see sections on riparian area and wetland ecosystems, aquatic ecosystems, and water) to maintain and improve water quantity, water quality, and hydrologic function of surface water and associated water-dependent features.

## Mammals

There are numerous mammal species that utilize all terrestrial habitats within the planning area. Generally, mammals are categorized as groups such as big game and other game species, furbearers and carnivores, small to medium-sized mammals, and specialized mammal groups such as bats. Some mammal species are generally common and well distributed across the planning area, while other mammal species are less common and/or with limited distribution in the planning area. Some species such as deer mouse and black bear are generalist species that occur in a wide variety of habitats, while other species, such as southern red-backed vole and American marten, are associated primarily with distinct habitat types and/or vegetative successional stages. Specialized mammal species (such as bats) may only reproduce in unique habitat features (such as caves, rock crevices, and/or specific age classes of snags) that are relatively rare in the planning area.

The primary big game species that are hunted within the planning area are Rocky Mountain elk and mule deer. To a lesser degree, moose, black bear, bighorn sheep (Rocky Mountain and desert subspecies), mountain goat, and mountain lion are also hunted as big game species. Other game species include dusky grouse, Merriam's turkey, mourning dove, band-tailed pigeon, ring-necked pheasant, cottontail (mountain and desert species), and various species of waterfowl.

The planning area provides both summer and winter range, supporting the population objectives for deer and elk as established by CPW. Most of the elk and deer summer range occurs on the SJNF portion of the planning area, while most winter range occurs at lower elevations on mixed ownerships (including SJNF, TRFO, state-administered lands, private lands, and tribal lands). CPW tracks the status of game species in the state across all land ownerships, including on SJNF and TRFO, consistent with their responsibilities for setting ungulate herd size objectives and regulating the hunting of game species.

As with most of Colorado, elk numbers within the planning area increased substantially from the early 1980s through the late 1990s. Currently, elk populations are fluctuating within CPW population objectives.  The CPW has used research and modeling methods to estimate elk abundance and has revised herd management plans to account for previously under-estimated populations. The population objective revisions and liberal cow elk harvests have aligned populations and population objectives at levels that are supported by existing habitat. As of 2011, the estimated post-hunt population for the three elk herds on the SJNF and TRFO was approximately 42,400 elk, which is within the long-term population objective range of 39,000 to 46,000. Most elk utilize the large amount of summer range that is available within the planning area and then migrate to mixed-ownership winter range at lower elevations.

There is concern with maintaining or improving the quality of winter range on public lands to help reduce conflicts on private lands as land uses change over time. As with much of the western United States, however, mule deer numbers in Colorado have generally decreased since their population highs of the 1950s and 1960s (Mule Deer Working Group 2003). Within the planning area, mule deer numbers have declined during the past 30 years. As of 2011, the estimated post-hunt population for the four deer herds on the SJNF and TRFO was approximately 57,600 deer, which is less than the long-term population objective of 76,000.

Carnivores and furbearers constitute another group of mammals that are of public interest and could be influenced by various program areas and management activities. Most carnivores and furbearers are of high economic and aesthetic value to the public, and of high ecological value. This is due to their role in the food chain and their place as keystone species in maintaining other ecological functions (such as beaver and their ecological value to wetlands and riparian systems). This group contains a wide variety of species that inhabit water bodies, stream and riverine systems, grasslands, and various coniferous forest and other vegetative systems. Species of local interest include beaver (*Castor* sp.), river otter (*Lontra canadensis*), mink (*Mustela* sp.), badger, skunk (Mephitidae), muskrat (*Ondatra zibethicus*), ring-tailed cat (*Bassariscus astutus*), raccoon (*Procyon lotor*), coyote (*Canis latrans*), black bear, mountain lion, bobcat (*Lynx rufus*), Canada lynx, American marten, red fox (*Vulpes vulpes*), gray fox (*Urocyon cinereoargenteus*), and weasel (*Mustela* sp.) species. The furbearer and carnivore group includes one federally listed species (Canada lynx), as well as several species that have been most likely extirpated from the planning area (grizzly bear [*Ursus arctos horribilis*], wolf [*Canis lupis*], black-footed ferret [*Mustela nigripes*], and perhaps wolverine). The pursuit of furbearers declined when most trapping became illegal in Colorado in 1996. However, legal methods of take (including live traps) are currently allowed for certain species. The pursuit of furbearers (including beaver, muskrat, bobcat, coyote, red fox, and badger) is a valued activity by a small segment of the population.

There are numerous small to medium-sized mammals found throughout the planning area. Small to medium-sized mammals include mice, voles, gophers, carnivore, and furbearer species mentioned previously, among others. Small to medium-sized mammals are found across many of the habitat types present in the planning area. Many species use a wide variety of habitat types, while some species are restricted to a narrow range of habitat types, such as Abert's squirrel and its dependence on mature stages of ponderosa pine forests. Populations of small to medium-sized mammals can be influenced by management actions, while other small mammal populations are influenced predominately by weather and other natural disturbances (fire, insects, and disease).

Currently, there are at least 16 species of bats that occur on, or near, the planning area, and they occur in nearly every ecological zone available. Structures and habitat types that are especially important to most bat species include caves, mines, rock outcroppings and crevices, large-diameter standing snags, old buildings, water sources, riparian zones, and the pinyon-juniper habitat type.

Wildlife Analysis Issues Related to Mammals

**Disturbance and Big Game Habitat Effectiveness:** The population changes in Archuleta, Dolores, La Plata, and Montezuma Counties is indicative of the growth rate around the SJNF and TRFO. From 2000 through 2010, these four counties grew by approximately 12%. The U.S. growth projection for the year 2025 is 11% (U.S. Census Bureau 2010a). This population growth has been fueling a recreation boom that utilizes expanding technological advances in motorized recreation devices, as well as a growing array of non-motorized recreational pursuits that are expanding their influence across the landscape. Increased demand for recreational opportunities is expected to continue for the foreseeable future. The growing human population, technological advances in recreational

equipment, and development of new forms of recreation has expanded human activity into a variety of wildlife habitats and into previously secure habitat areas, including areas where direct human influences were previously minor or absent. This trend during the past 30 years of increased overall human presence and activity is expected to continue and likely increase for the foreseeable future. As a consequence, the amount, condition, and effectiveness of some key wildlife habitats are expected to decline for the foreseeable future.

It is estimated that the planning area currently supports approximately 1.9 million visitor days per year. The visitor days include an array of summer uses, as well as several winter recreational pursuits. In both seasons, the activities involve motorized uses (all-terrain vehicles [ATVs] and snowmobiles) and non-motorized uses (skiing, snowshoeing, hiking, hunting, and wildlife watching). Based on the projected population growth, the USFS and BLM assume that many types of recreational activities have the potential to substantially increase and expand over the life of the LRMP. Some types of activities are based on the desire for personal challenges and competition, and thus require space, challenging terrain, and/or scenery. Over the past 30 years, these and other pursuits have expanded into previously undisturbed areas, causing a gradual decline in wildlife habitat effectiveness in some areas and for some species of mammals.

Over the duration of the current LRMP, the number of recreation users and variety of recreational activities have expanded substantially in numbers of users and into previously less disturbed areas such as designated wilderness and other backcountry areas. These areas serve a vital role in providing seclusion habitat for wildlife. The expansion of recreation trail networks, and increasing numbers of users on existing trail networks, have resulted in gradual declines in wildlife habitat effectiveness around existing trail networks, especially on public lands in close proximity to local communities where trail networks have continued to be expanded and new networks developed. These trail systems have fragmented limited critical habitats (e.g., winter range) and increased human disturbance in former security areas during times of year when animals are grouped, stressed (e.g., winter), and when food is most scarce. The combined effects of these factors leave animals more vulnerable to disturbance-induced declines in body condition and/or direct mortality. These trends of increasing numbers of recreational users of existing infrastructure, diversifying types of recreational activities expanding into previously less disturbed areas and increasing demand for motorized and non-motorized recreational opportunities are expected to continue for the foreseeable future across all LRMP alternatives.

Other forms of human disturbance, in addition to recreation, have also increased substantially over the past 30 years. During this time, some portions of the SJNF and TRFO have seen expansions of road and motorized trail networks for the development, operation and maintenance of leasable minerals, extraction of timber and other forest products, and providing motorized recreational opportunities.

Elk and mule deer occupy a variety of habitat types during the spring, summer, and fall seasons. Much of the SJNF and the Silverton portion of the TRFO provide spring, summer, and fall ranges for elk and deer. The western portions of TRFO lands, which are lower elevation and generally drier, are used much less by elk and deer during these seasons. During the winter, however, elk and deer become concentrated on lower-elevation ranges (usually below 8,000 feet, although the upper-elevation limit fluctuates depending on seasonal snow depth). In contrast to their distribution during snow-free seasons, during winter elk and deer use only relatively small portions of the SJNF, but they use most of the lower-elevation portions of the TRFO. Much of the winter range that elk and deer depend on occurs as a mosaic of land ownerships (including the SJNF and TRFO, the Southern Ute Indian Tribe, the State of Colorado, and private lands). On private land, development and population

BLM_0032003

growth has reduced the availability and capability of traditional winter range areas, particularly near the urban centers. Roads and other infrastructure have further dissected the available habitat and/or reduced the effectiveness of former security areas.

Maintaining effective winter range is considered critical to the maintenance of big game populations. Over the past 30 years, some portions of the SJNF and TRFO have seen declines in the number of big game animals using known wintering areas. Gradual downward trends in habitat capability or effectiveness of some portions of the SJNF and TRFO are expected to continue for the foreseeable future. The mammal habitat areas on the SJNF and TRFO that have been most affected by long-term continued increases in human activities and disturbance and thus continued downward trends in wildlife habitat effectiveness are big game wintering ranges and parturition areas for species such as elk, deer, and bighorn sheep. On the SJNF and in some cases on the TRFO, these areas can be relatively small in total area, have relatively large numbers of animals condensed into relatively small areas, and are used by animals at times of year when weather conditions are often harsh and body condition of animals is in decline or low. For all these reasons, some areas of the SJNF and TRFO have seen reduced numbers of animals in key habitat areas. Human disturbance impacts are expected to continue to increase for the foreseeable future.

It is believed, however, that although human disturbance has caused declines in the capability and effectiveness of some wildlife habitat areas, nowhere on the SJNF and TRFO is human disturbance thought to be limiting animal populations. At this time, big game animal populations are thought to be limited primarily by the combined effects of hunter harvest, winter mortality, and other mortality sources. For this reason, at present, habitat conditions on the SJNF and TRFO are believed to be capable of supporting the numbers of animals sufficient to meet the State of Colorado's population objectives for big game species. It is also believed, however, that if declining trends in habitat effectiveness continue in some big game winter ranges, the amount and condition of wintering habitats may become a factor that could limit the ability of the SJNF and TRFO to support State of Colorado big game population objectives in the future. In response to these concerns, LRMP components were developed that address big game habitat effectiveness and capability, especially for winter ranges and parturition areas. The coexistence of wildlife with a growing human population that values a diversity of recreational pursuits and the utilization of public land resources would require continued planning and management.

**Physical Fragmentation of Key Wildlife Habitats:** Roadless areas are recognized for the high amount of biological integrity they provide within a landscape matrix that is increasingly influenced by human disturbances and habitat fragmentation (Pearson et al. 2003). Roads are one of the most pervasive impacts of human development on wildlife and their greatest impact is the indirect effects of habitat fragmentation and avoidance by wildlife (Hebblewhite 2008; Lyon and Christensen 2002). In the southern Rocky Mountains, roads may represent the most substantial long-term impact related to humans and may potentially affect many of the ecological processes that create and maintain biological diversity (McGarigal et al. 2001). From a wildlife perspective, roadless areas provide larger landscapes that are relatively less disturbed by human development and activities, are important as refugia or source areas for some wildlife species that naturally occur at relatively low densities, provide blocks of source habitats for species thought to be "area-sensitive," and are crucial to the long-term survival of many species-at-risk (Payne and Copes 1988; Robinson 1992a, 1992b; USFS 2001). Once these landscapes are roaded, the value for wildlife often decreases as fragmentation and associated impacts occur (Lyon 1983; Lyon and Christensen 2002; Miller et al. 1996).

CRAs occur on approximately 566,000 acres of the USFS portion of the planning area. In general, most CRAs are located in higher elevations and habitats. Maintenance of CRAs continues to be

BLM_0032004

important to the public and continues to provide important wildlife habitat values that are not attainable to such an extent elsewhere within the planning area.

Ecosystems in the southern Rocky Mountains are naturally fragmented by steep terrain and large ranges of elevation, aspect, and moisture regimes (Preston and Kingery 1998). Many mammals are adapted to using broad ranges of habitats and/or moving across large distances to take advantage of widely dispersed preferred habitats whose availability varies by season of the year. Many species, however, prefer larger blocks of relatively intact habitat in which to forage, rest, and feed. Species such as American marten and southern red-backed vole are most abundant in the largest available patches of mature spruce-fir forests (Buskirk and Ruggiero 1994; Hayward 1994; Knight 1994). As larger blocks of habitat have become more fragmented by road, motorized trail and utility corridors, access ROWs, vegetation management projects, and mineral development, the capability of wildlife habitats that surround those project areas has also declined, especially for habitats that are naturally limited in extent by topography or vegetation, such as winter ranges, parturition areas, and wildlife travel corridors. At present, the USFS and BLM do not believe that wildlife habitat conditions on the SJNF and TRFO have declined to the point where habitat capability is the dominant factor limiting wildlife populations. It is possible, however, that the combined effects of multiple activities and projects could, over time, increase to an extent that habitat conditions could become a substantial factor limiting numbers or distribution of some wildlife populations on the SJNF and TRFO. There is potential for habitat conditions in key wildlife habitats to decline such that habitat conditions could limit the ability of those habitats to sustain wildlife populations sufficient to meet the State of Colorado's population objectives for some herds of deer and elk. In response to this management challenge, a variety of standards and guidelines were developed to maintain or improve habitat conditions in key wildlife habitat areas such as big game winter ranges and parturition areas mapped by CPW and wildlife travel corridors.

**Improve the Amount (NFS lands) and Condition (BLM and NFS lands) of Sagebrush Shrubland Habitats:** Historically the amount of sagebrush habitats were reduced on the SJNF and TRFO, and the conditions of sagebrush stands were altered by projects intended to increase/improve livestock forage using both mechanical means such as chaining and root plowing and by chemical means such as spike. These activities resulted in declines in the amount and abundance of sagebrush shrublands on some portions of the SJNF and TRFO and degraded habitat conditions within stands that remained. Long periods of intensive livestock grazing and periods of extended drought reduced the species diversity and abundance of native grasses and forbs in the sagebrush understory, further reducing their value for wildlife habitat. Invasion and colonization of sagebrush stands by pinyon pine, juniper trees and invasive plant species has continued to gradually alter sagebrush shrublands on the SJNF and TRFO and reduce its capability for supporting expected abundance and diversity of sage-associated wildlife species. Wildlife species most closely associated with sagebrush shrublands on the SJNF and TRFO include mule deer (primarily during winter), antelope, Gunnison sage-grouse, sage sparrow, and Brewer's sparrow.

There are only limited amounts of sagebrush shrublands on NFS lands, mostly in relatively small and isolated stands associated with pinyon-juniper woodlands and mixed mountain shrublands. Most sagebrush shrublands on NFS lands are in poor and highly modified condition. Some of the highest densities of mule deer that winter on NFS lands are in association with and dependent upon sagebrush shrublands. In contrast, on BLM lands there are large and contiguous expanses of sagebrush shrublands. Sagebrush shrublands on BLM lands also provide high value deer winter range, and in some areas wintering animals reach high densities. LRMP direction was developed to maintain or improve habitat conditions in sagebrush shrublands, especially in key wildlife habitat areas such as deer winter ranges and Gunnison sage-grouse habitat areas.

BLM_0032005

**Maintain or Improve Habitat Conditions and Movement Opportunities within Wildlife Travel Corridors:** A wildlife management challenge is maintaining wildlife movement corridors, particularly for landscape connectivity for big game animals that must move between low-elevation wintering areas and generally higher-elevation summer areas, and for Canada lynx and other large carnivores. Maintaining movement opportunities across state and federal highways is very important, and large numbers of deer and elk are killed each year attempting to cross highways. Roads constitute one of the greatest potential impacts to landscape connectivity and maintenance of biodiversity (Hebblewhite 2008). For example, roads that cross the SJNF and TRFO have resulted in direct mortality of individuals, substantial habitat loss, barriers to dispersal, altered behavior and habitat use of individuals, and habitat modification (including increased edge habitat and exotic species introductions) (McGarigal et al. 2001; Trombulak and Frissell 2000). All of these effects have been observed, to varying degrees, on the SJNF and TRFO over the past 15 to 20 years. There is potential for these effects to continue or increase during the next 15 to 20 years. In most cases, federal highways and primary use roads amplify these impacts due to high traffic volume and traffic characteristics. The design of movement corridors or landscape linkages is accepted as a primary means of maintaining connectivity (Noss and Harris 1989; Rosenberg et al. 1997).

The primary ecological rationale for travel corridors in wildlife conservation is to increase population persistence by allowing the continued exchange of individuals among previously connected populations (Peck 1998; Rosenberg et al. 1997). This is important for certain species, and needs vary from species to species. For example forest carnivores such as Canada lynx generally have large territories. Lynx utilize areas of connected habitat within their home range and for dispersal across large landscape areas (Ruediger et al. 2000). In another example, species such as deer and elk with migratory patterns connecting far removed summer and winter ranges have found busy highways in certain areas as obstacles to free movement with results that vary from high vehicle collision mortalities to totally impeding seasonal movements (Heffelfinger 2006). Due to the naturally fragmented nature of the southern Rocky Mountain landscapes (Preston and Kingery 1998), there are inherently important natural topographic and vegetation features that link disconnected patches of primary habitat and promote movement and habitat connectivity (Ruediger et al. 2000). Ridgelines, drainages, and saddles are examples of topographic features that are inherently important for wildlife movement.

Recent studies of radio-collared mule deer movements have documented several high use highway crossing areas on the SJNF and TRFO as deer migrate from lower-elevation winter areas to higher-elevation summer areas (Johnson 2008). The areas identified as high use wildlife travel corridors are also areas that have been well known for high historic rates of wildlife/vehicle collisions. The lands managed by the SJNF and TRFO that lie within and adjacent to these high use wildlife travel corridors also have a variety of multiple use management activities occurring within them, such as mineral development, fuels reduction projects, timber harvest projects, livestock grazing, and motorized recreation. A management challenge facing the SJNF and TRFO is to continue to identify areas important for wildlife population connectivity and highway crossings, and to maintain or improve connectivity across human-made barriers to facilitate safe movement of animals along historical seasonal travel corridors.

In response to this continuing management challenge, a variety of standards and guidelines were developed to maintain or improve habitat conditions and movement opportunities within important wildlife travel corridors to maintain or improve movement of animals between seasonal ranges. This would maintain or improve connectivity of wildlife populations across large landscapes, especially in key wildlife habitat areas such as deer and elk winter ranges mapped by CPW, as well as mapped Canada lynx landscape linkage areas.

BLM_0032006

## Threatened and Endangered Species

Species that are listed as threatened or endangered under the ESA, or are proposed or candidates for such listing, are of particular conservation concern to the SJNF and TRFO because of their status and need for special management attention. By definition, a species listed or proposed for listing under the ESA is a species for which the local administrative unit would have concern for sustaining existing populations, suitable habitats, or non-breeding occurrences, thereby contributing to conservation of the species' across its range. Species listed as threatened, endangered, or proposed fall under the purview of Section 7 of the ESA (16 USC 1531 et seq.), which outlines the procedures for federal interagency cooperation designed to conserve federally listed species and designated critical habitats. Section 7(a)(2) of the ESA states that any action authorized, funded, or carried out by a federal agency would not likely jeopardize the continued existence of a listed species or result in the destruction or adverse modification of designated critical habitat. A list of federally listed species for the SJNF and TRFO was received from the USFWS on December 21, 2012.

The SJNF and TRFO have long histories of interagency cooperation and consultation with the USFWS, with the goal of conserving and restoring federally listed species. Federally listed species, as well as other local species of concern or interest, would remain a management priority within the planning area.

Currently there are four federally listed terrestrial species that occur or have habitat present in the planning area (Table 3.3.2). Of these four species, two are listed as endangered (southwestern willow flycatcher and Uncompahgre fritillary butterfly) and two are listed as threatened (Canada lynx and Mexican spotted owl). All four species are known to occur on the SJNF and one is known to occur on the TRFO. None of these four listed species has critical habitat designated on the SJNF or TRFO. There are two species proposed for listing under the ESA that have habitats available on the SJNF and TRFO. Gunnison sage-grouse is proposed for listing as endangered and small populations occur on the west and northwest portions of the planning area. The listing package also proposes to list some habitat areas on the SJNF and TRFO as critical habitat for Gunnison sage-grouse. North American wolverine is proposed for listing as threatened under the ESA. The species is not known to exist in the planning area and is thought to have been extirpated from the state of Colorado in the early 1900s, but habitats thought to be suitable for wolverine are found across the planning area in the form of alpine basins and subalpine forests. The southwestern willow flycatcher and wolverine are also listed as endangered by the State of Colorado, the Canada lynx and Mexican spotted owl are also listed as threatened by the State of Colorado, and the Gunnison sage-grouse is designated a state special concern species in the state.

Southwestern willow flycatcher, Mexican spotted owl, and Uncompahgre fritillary butterfly are confirmed to occur in only one location each on the SJNF. There are no confirmed occurrences of these three species on the TRFO. Canada lynx has been documented to occur across most of the higher-elevation spruce-fir forests of the SJNF and TRFO. The amount and condition of habitat suitable for all four federally listed species has remained stable across the SJNF over the past 20 years (comparable data for TRFO lands is not available). The population trend for Uncompahgre fritillary butterfly at the single known occupied site (on the SJNF) is considered to be stable. Each single location where southwestern willow flycatcher and Mexican spotted owl have occurred (on the SJNF) has been only irregularly occupied by non-breeding individuals. For this reason, no populations of Mexican spotted owl or southwestern willow flycatcher are known in the planning area, and therefore no population trend can be calculated for these species. In contrast, Canada lynx populations on the SJNF and TRFO are believed to have increased substantially, due in large measure to a multi-year reintroduction program conducted by CPW. Two small populations of

BLM_0032007

Gunnison sage-grouse are known to occur on BLM lands in the west and northwest portions of the TRFO, but birds are not known to occur on the SJNF.

**Table 3.3.2: Federally Listed Terrestrial Wildlife Species on the SJNF and TRFO**

| Species | Federal Listing Category | Primary Habitat Association | General Habitat and Status |
|---|---|---|---|
| Canada lynx (*Lynx canadensis*) | Threatened | Spruce-fir | Primarily inhabits high-elevation spruce-fir forests; also cool-moist mixed conifer, high-elevation aspen mixed with spruce or cool-moist mixed conifer, and willow-riparian adjacent to the above habitats. Closely associated with snowshoe hare as a primary prey item. The planning area is considered part of the core habitat for the state lynx reintroduction program. |
| Mexican spotted owl (Strix occidentalis lucida) | Threatened | Pinyon-juniper/mixed conifer | Mixed conifer or ponderosa pine/mixed conifer located in steep rock-walled canyons. Individuals have been documented on the SJNF but not TRFO; no documented reproduction to date. |
| Southwestern willow flycatcher (*Empidonax traillii extimus*) | Endangered | Riparian/ Wetland | Willow-riparian patches of at least $30 \times 30 \times 5$ feet, and at least 0.25 acre or larger. Individuals have been documented on the SJNF but not TRFO; no documented reproduction to date. |
| Uncompahgre fritillary butterfly (*Boloria acrocnema*) | Endangered | Alpine | Alpine habitat above 13,000 feet with a snow willow component. Sites are generally found on north, northeast, and east aspects and represent the coolest microclimates in high alpine cirques. One small population is known to occur on the SJNF, but not TRFO. |
| Gunnison sage-grouse (*Centrocercus minimus*) | Proposed Endangered with Proposed Critical Habitat | Sagebrush shrublands | Occupied habitat as mapped by CPW; known to occur on the TRFO but not SJNF. |
| North American wolverine (*Gulo gulo*) | Proposed Threatened | Alpine, and subalpine forests | Alpine and tundra habitats and adjacent boreal/subalpine forests; also alpine cirque basins, avalanche chutes, rough mountainous terrain with deep snow lasting late in spring. The SJNF and TRFO are thought to provide extensive suitable habitats. No confirmed occurrences in recent decades. |

Within the planning area, management activities may impact these four federally listed species and two proposed species, and/or their suitable habitats. Activities that could cause impacts to Canada lynx are evaluated based on the 2008 Southern Rockies Lynx Amendment (SRLA) (USFS 2008b), an amendment to the San Juan National Forest Land and Resource Management Plan. This amendment provides objectives, standards, and guidelines as management direction for projects on NFS lands that may impact lynx or their habitat. The amendment does not apply to projects on BLM lands. Projects on BLM lands are guided by direction in the Lynx Conservation Assessment and Strategy (LCAS) (Ruediger et al. 2000), and the Inter-Agency Southern Rockies Lynx Project Decision Screens (USFS 2010a).

BLM_0032008

Conservation actions for the Mexican spotted owl, southwestern willow flycatcher, and Uncompahgre fritillary butterfly are guided by their respective USFWS recovery plans. As a result, consultation with the USFWS is frequently required for project-level activities within the planning area under Section 7(c) of the ESA. BMPs and mitigation measures have been, and would continue to be, implemented in order to minimize impacts to the habitats on which these species depend. Conservation actions for Gunnison sage-grouse would be guided by the Gunnison sage-grouse Rangewide Conservation Plan (Gunnison Sage-Grouse Rangewide Steering Committee 2005). Conferencing with the USFWS on effects to sage-grouse may be necessary for some projects. Conferencing with the USFWS on effects to wolverine is thought to be unlikely at this time because no populations are known to exist in Colorado.

Two additional terrestrial species are listed as candidates for federal listing, New Mexico meadow jumping mouse (*Zapus hudsonius luteus*) and yellow-billed cuckoo. Candidate species are managed as sensitive species under BLM and USFS policy. Under USFS policy, effects to sensitive species are assessed through the Biological Evaluation process to assure that best conservation practices are applied at the project level. Under BLM policy, effects to sensitive species are assessed at the project level during the NEPA process. For both agencies, assessments are made at the project level for suitable habitat of candidate species and possible occurrence in or near project areas.

<u>Canada Lynx</u>

In March 2000, the Canada lynx was listed as a federally threatened species under the ESA. In March 2009, the USFWS revised the critical habitat designated for lynx to include approximately 39,000 square miles encompassing five critical habitat units in Maine, Minnesota, Montana, Wyoming, Idaho, and Washington.

The planning area represents the southern edge of the historic range of the Canada lynx. Individual lynx, or population groups, have been extremely rare or absent within the planning area and across Colorado since the early 1900s. In 1999, the CPW initiated a lynx recovery program intended to augment any existing populations in the southern Rocky Mountains with transplants from Canada and Alaska. The augmentation program resulted in 218 lynx being transplanted into the San Juan Mountains between 1999 and 2006. Habitat on USFS and BLM lands within the planning area have contributed to the reintroduction effort and are considered part of a core area that is important to recovery of lynx in Colorado. From February 1999 to February 2005, 144 of the reintroduced lynx were detected in the planning area and 126 kittens were born in Colorado as of June 2009.

In the southern Rocky Mountains, high-elevation spruce-fir forests make up the primary habitat for lynx and its primary prey species, the snowshoe hare. There are approximately 777,000 acres of lynx habitat on NFS lands and approximately 15,000 acres of lynx habitat on BLM lands in the planning area.

Currently, there is no federal recovery plan published for this species. NFS lands are managed under the guiding requirements of the SRLA and LCAS (Ruediger et al. 2000, revised in 2006 [USFS and USFWS 2006]). On BLM lands, Canada lynx habitat is managed according to the Canada Lynx Conservation Agreement, which was signed by the USFS, BLM, and USFWS in the spring of 2000 (USFS and USFWS 2000). Under that agreement, the land management agencies agreed to consider the recommendations contained in the LCAS in order to help guide planning activities and ESA Section 7 consultation. These guiding documents include habitat definitions, recommended analysis methods, and conservation measures, goals, objectives, standards, and guidelines intended to help provide a consistent approach to conserve Canada lynx in the conterminous United States.

BLM_0032009

Mexican Spotted Owl

The Mexican spotted owl is one of three subspecies of spotted owl in North America. In March 1993, the Mexican subspecies was listed as a federally threatened species under the ESA. The proposed rule to designate critical habitat for the Mexican spotted owl was completed by the USFWS in February 2001. That proposal included 4.6 million acres across Colorado, Utah, Arizona, and New Mexico. The 2001 proposal was considered inadequate by the courts in October 2003, and a new final rule to designate critical habitat was published in August 2004. The 2004 rule included 8.6 million acres across federal lands in Colorado, Utah, Arizona, and New Mexico. Approximately 322,326 acres (approximately 3.7%) of this land occurs in Colorado. The planning area was not included in the 2001 or the 2004 critical habitat designations.

There have been numerous Mexican spotted owl surveys conducted across the SJNF and TRFO since the late 1980s. To date, protocol surveys have detected only three Mexican spotted owls on NFS lands (two juvenile females and one juvenile male). These detections occurred during separate years in the southeastern portion of the planning area. These detections may represent individuals that occasionally disperse and/or move to and from more suitable habitat to the south. There have been no Mexican spotted owl detections on BLM lands in the planning area. Nesting has been documented in Mesa Verde National Park, but no owls have been located outside the park on adjacent BLM-administered or NFS lands. The occurrence of Mexican spotted owl within the planning area appears to be irregular and uncommon, and similar to other locations in Colorado where apparently suitable habitat remains unoccupied.

Mexican spotted owl habitat was mapped across the planning area in 1992. A total of 67,324 acres of habitat in 31 locations were mapped along the southern boundary of the planning area. These areas represent approximately 2% of the total acreage in the planning area. Habitat for Mexican spotted owl would be re-evaluated as the current Mexican Spotted Owl Recovery Plan (USFWS 1995) is updated and available (USFWS 2012c).

Mexican spotted owl habitat in the planning area occurs mostly in steep, narrow, rocky canyons that are rarely subject to management activities; therefore, habitat has been minimally affected by management actions. Habitat present across most areas has been influenced by insects, disease, and wildfire. These disturbance processes have reduced habitat quality over the last 20 years. Management activities (mechanical fuels reduction, prescribed fire, forest restoration projects) have been completed in some locations to help restore habitat conditions and reduce the risk of catastrophic wildfire. Management of Mexican spotted owl habitat across the planning area has been consistent with the current recovery plan, and would continue as that recovery plan is updated. Continued inventory and monitoring of suitable habitat and maintenance of occupied habitat would be the primary conservation measures that the SJNF and TRFO would use in order to aid in the recovery of the species.

Southwestern Willow Flycatcher

The southwestern willow flycatcher is one of four or five recognized subspecies of the willow flycatcher (Sedgwick 2001). In March 1995, the southwestern willow flycatcher was listed as a federally endangered species under the ESA. The proposed rule to designate critical habitat for the southwestern willow flycatcher was completed in October 2004. The proposal included 1,556 floodplain miles in California, Arizona, Nevada, Utah, Colorado, and New Mexico as critical habitat within the 100-year floodplain or flood-prone areas. The proposal also identified the essential stream and lake edge habitats thought to be essential for conserving the species (USFWS 2004). There is no designated critical habitat for the southwestern willow flycatcher in the planning area.

BLM_0032010

The current survey information indicates that southwestern willow flycatchers are localized and uncommon on the SJNF. There are no confirmed breeding populations of southwestern willow flycatcher in the planning area. Increasing trends in overall riparian habitat conditions suggest that ample unoccupied habitat is available if the subspecies eventually begins nesting within the planning area.

In summary, the current information suggests that the planning area does not measurably contribute to the recovery or overall viability of the southwestern willow flycatcher. The possibility of future individual breeding pairs, however, cannot be discounted as the recovery of the subspecies expands. Continued monitoring of suitable and occupied habitats would continue to utilize the USFWS protocol. Management of southwestern willow flycatcher habitat across the planning area has been consistent with the current Southwestern Willow Flycatcher Recovery Plan (USFWS 2002a) and would continue as the recovery plan is updated. Continued inventory and monitoring of suitable habitat and maintenance of occupied habitats would occur in order to aid in the recovery of the species.

Uncompahgre Fritillary Butterfly

The Uncompahgre fritillary butterfly was discovered in 1978 and described as a new species in 1980. In 1991, it was listed as a federally endangered species. The Uncompahgre fritillary butterfly has the smallest range of any North American butterfly and is restricted to alpine, snow willow habitats within a small geographical area in the San Juan Mountains and southern Sawatch Range in southwest Colorado. Suitable habitat in the planning area occurs on both BLM-administered and NFS lands.

Suitable habitat for the Uncompahgre fritillary butterfly is restricted to topographic features that rarely occur in the planning area. Suitable habitat consists of snow willow above 13,000 feet on north, northeast, and east aspects. Snow willow serves as the host plant for the eggs and larvae of the Uncompahgre fritillary butterfly. Most of the snow willow patches in the planning area do not support the vegetative characteristics of occupied sites found on neighboring forests (may be related to soil and moisture factors).

Since 1983, the number of known Uncompahgre fritillary butterfly colonies across the species range has increased (as more extensive surveys have been initiated). Currently, the species is known, or suspected, to occur at 12 sites, all of which contain various numbers of population clusters. After at least 9 years of intensive inventory, all probable locations for finding additional Uncompahgre fritillary butterfly colonies are nearly exhausted. There are no additional priority sites to survey within the planning area that may possibly support the species (although one additional site on SJNF land is considered a possibility, if snow willow characteristics are adequate).

The Uncompahgre fritillary butterfly was not known to occur in the planning area until 2004, when a small habitat patch associated with an existing colony was discovered on SJNF lands. There are no threats identified for this colony (due to its remoteness), and habitat has remained stable. Current monitoring shows the population is persistent, and the entire colony currently remains one of the most extensive of the known populations (Ellingson 2003).

Currently, there are enough known colonies of sufficient size to down-list the Uncompahgre fritillary butterfly. However, the down-listing criteria calls for 10 stable colonies for a period of 10 years, and not enough colonies have been known for the time specified. There is also a need for more long-term monitoring in order to determine population changes over time. Due to their seclusion, there are few, if any, immediate risks or management issues associated with the colonies. Continued monitoring and confidentiality of colony locations are the primary conservation measures pursued for the species.

BLM_0032011

Gunnison Sage-grouse

The Gunnison sage-grouse is proposed for listing as endangered under the ESA, and critical habitat has been proposed in the planning area.

Gunnison sage-grouse currently occupy a small fraction of their historical range and have been extirpated from much of their presumed historical distribution due to habitat conversion (Gunnison Sage-grouse Rangewide Steering Committee 2005). Although their distribution was probably always somewhat fragmented, the amount of fragmentation has greatly increased due to habitat loss. As of 2004, the total population of this species was estimated at approximately 3,200 breeding birds in seven populations (75% of which occurred in the Gunnison Basin). In 2011 CPW estimated Gunnison sage-grouse populations to be 4,155 breeding birds. The Gunnison sage-grouse remains a species of conservation interest in this planning process because two small populations (Dove Creek and San Miguel) occur on lands administered by the TRFO and because of continued habitat and population viability concerns. The Dove Creek and San Miguel populations are not thought to contribute to the overall viability of Gunnison sage-grouse range wide. Dove Creek supports 1.4% of the total Gunnison sage-grouse population and San Miguel supports 2.2% of the total population. Two subpopulations (Dry Creek and Miramonte) within the San Miguel population occur on the TRFO.

There are many threats and challenges associated with the management and continued persistence of Gunnison sage-grouse. The primary threat, however, is the permanent loss, and the associated fragmentation, of sagebrush (Gunnison Sage-grouse Rangewide Steering Committee 2005). These threats are amplified by land ownership patterns, especially where the risk of urban expansion and/or habitat conversion is high. Currently, the majority of the occupied habitat occurs on private land; therefore, the amount of conservation benefit provided by lands administered by the TRFO would be minimal for these subpopulations. In the Dove Creek area (41,284 acres), for example, private lands make up roughly 79% of the proposed occupied critical habitat, while BLM lands account for approximately 21%. The amount of TRFO-administered lands is even smaller for the Miramonte subpopulation, which covers approximately 6,782 acres of proposed occupied critical habitat (where BLM lands make up approximately 41% of the proposed occupied critical habitat). In the Dry Creek area proposed occupied critical habitat is approximately 61,823 acres; however, most (approximately 57%) of the occupied habitat occurs on BLM lands; therefore, the TRFO may have more of a management influence on the Dry Creek subpopulation. There is at least one known lek on BLM lands in the Dry Creek Basin. It is possible that leks in the basin exist that have not been identified. Lek sites do occur on adjacent private and state lands, and the habitats on BLM lands are important in providing nesting and brood-rearing habitat in conjunction with those lek sites.

In 2005, the Gunnison Sage-grouse Rangewide Conservation Plan (Gunnison Sage-grouse Rangewide Steering Committee 2005) was completed in order to supplement information in the local conservation plans and provide a range-wide perspective regarding the conservation of Gunnison sage-grouse. Conservation efforts for the Gunnison sage-grouse within the planning area would continue through the opportunities identified in these plans and through local partnerships, as opportunities arise.

North American Wolverine

On February 4, 2013, the USFWS published a proposed rule to list the distinct population segment (DPS) of the North American wolverine occurring in the 48 contiguous United States as a threatened species under the ESA (USFWS 2013b). The proposed rule did not propose any critical habitat for the species. The primary reason for the proposed listing was threats to habitat from global climate change. There are numerous historical records of wolverines from the Colorado Rocky Mountains.

BLM_0032012

However, the species is believed to have been extirpated from the southern Rocky Mountains including Colorado, New Mexico, and Wyoming by the early 1900s. In May 2009 a radio-collared male wolverine was tracked from the Yellowstone ecosystem south into north-central Colorado, becoming the first confirmed wolverine occurrences in Colorado since 1919 (Inman et al. 2009).

Climate change has been projected to have the potential to reduce suitable wolverine habitat by 31% in the contiguous United States by the year 2045, and by 63% by 2099 (USFWS 2013b). Deep snow that persists into the month of May is essential for wolverine reproduction. Reproduction is the life-history parameter likely to be most sensitive to climate changes, but year-round wolverine habitat, not just denning habitat, is likely to be reduced due to the effects of climate change. Human activities, including dispersed recreation activities, infrastructure, and the presence of transportation corridors, occur in occupied wolverine habitat. The alpine and subalpine habitats preferred by wolverine, however, typically receive less human use than lower-elevation habitats. Land management activities such as timber harvest, prescribed fire, and silviculture can modify wolverine habitat, but this wide-ranging generalist species does not appear to be greatly affected by changes in vegetation. For these reasons, the USFWS (2013b) determined that "human activities and developments do not pose a current threat to wolverines in the contiguous United States" and forest management activities "would not significantly affect the conservation of the DPS."

The SJNF and TRFO are thought to provide a large amount of apparently suitable wolverine habitat, mostly in alpine and subalpine areas. Although the San Juan Mountains are at the southernmost extent of the known historic wolverine range (Aubry et al. 2007; USFWS 2013b), the large area within the San Juan Mountains that is at relatively high elevation appears to provide an abundance of alpine habitats with late season snowfields that are central to wolverine ecology.

<u>Wildlife Issues Related to Threatened and Endangered Species</u>

Many of the issues with past management practices remain issues for future management, and some new challenges have developed for future management practices. Management activities such as timber harvest and livestock grazing may not differ measurably from those conducted under the current LRMP. Other activities such as mineral development and recreation are likely to increase under the new LRMP, thereby presenting additional challenges to species conservation practices for the next 15 to 20 years.

**Maintain or Improve Landscape Connectivity for Canada Lynx:** A wildlife management challenge for threatened and endangered species is to maintain or improve wildlife movement corridors, particularly landscape connectivity for Canada lynx and other large carnivores and maintaining movement opportunities across state and federal highways (see the wildlife travel corridors discussion presented above). Roads constitute one of the greatest potential impacts to landscape connectivity and maintenance of biodiversity. For example, roads can result in direct mortality and habitat loss, provide barriers to dispersal, alter behavior and habitat use, increase parasitism and predation, and present habitat modifications (including increased edge habitat and exotic species introductions) (McGarigal et al. 2001; Trombulak and Frissell 2000;). All of these effects have been observed, to varying degrees, on the SJNF and TRFO over the past 15 to 20 years. There is potential for these effects to continue or increase during the next 15 to 20 years. In most cases, highways and primary use roads amplify these impacts due to the high amount and characteristics of traffic. The design of movement corridors or landscape linkages is accepted as a primary means of maintaining connectivity (Noss and Harris 1989; Rosenberg et al. 1997).

As discussed previously, the primary ecological rationale for movement corridors in wildlife conservation is to increase population persistence by allowing the continued exchange of individuals

BLM_0032013

among a previously connected population (Rosenberg et al. 1997). This is important for certain species, and needs vary from species to species. For example, large forest carnivores such as Canada lynx generally have large territories. Lynx utilize areas of connected habitat within their home range and for dispersal across large landscape areas (Ruediger et al. 2000). Busy highways can form obstacles to wildlife movement with results that may vary from high vehicle collision mortalities to totally impeding seasonal movements. Several lynx mortalities have been documented on federal highways that cross the SJNF and TRFO. Due to the naturally fragmented nature of the southern Rocky Mountain landscapes (Preston and Kingery 1998), there are inherently important natural topographic and vegetation features that link disconnected patches of primary habitat and promote movement and habitat connectivity (Ruediger et al. 2000). Ridgelines, drainages, and saddles are examples of these features.

The reintroduction of the Canada lynx to the southern Rockies in 1999 facilitated the need to identify where these inherent movement corridors are crossed by high-impact features, such as highways, so that dispersal and interchange among individuals could occur. A total of six landscape linkages have been identified on the SJNF and TRFO (Inter-Agency Southern Rockies Lynx Project Decision Screens [USFS 2010a]), of which five are on NFS lands and one is on BLM-administered lands.

In response to the ongoing management challenge and management opportunity of providing for landscape connectivity on the SJNF and TRFO for the purpose of maintaining population persistence of wide-ranging species such as Canada lynx, a variety of standards and guidelines were developed to maintain or improve habitat conditions and movement opportunities within important wildlife travel corridors. These standards and guidelines are expected to maintain or improve movement of animals between seasonal ranges and across large interconnected landscapes. This should maintain or improve connectivity of wildlife populations across large interconnected landscapes such as the San Juan Mountains. These standards and guidelines are in addition to all goals, objectives, standards, and guidelines contained in the Southern Rockies Lynx Amendment Record of Decision (USFS and Colorado Department of Natural Resources 2008) and Implementation Guide (USFS and USFWS 2009). The SRLA (USFS 2008b) is completely incorporated into the LRMP direction and would be applied to all land management decisions affecting NFS lands within the planning area. The SRLA was a USFS decision that does not apply to BLM lands within the planning area. BLM decisions are not obligated to consider the management direction in the SRLA. Management of lynx habitat on BLM lands is guided by the LCAS (Ruediger et al. 2000). The LCAS provides direction to identify and map linkage areas, and to manage habitats within identified linkage areas to promote and maintain habitat connectivity and animal movement.

**Maintain or Improve Sage-grouse Habitat Capability:** Sagebrush shrublands on the SJNF and TRFO have been altered through historic grazing and rangeland management practices. Long periods of intensive livestock grazing, changes in the type of livestock, periods of extended drought, and invasion of non-native plants have reduced the species diversity and abundance of native grasses and forbs in the sagebrush understory. The impacts of past management activities and poor habitat conditions of sagebrush shrublands, as well as conversion of sagebrush shrublands on intermixed private lands, have led to declines in sage-dependent species. In response to continued range-wide population declines, Gunnison sage-grouse was recently proposed for listing as endangered under the ESA (USFWS 2013c). Designation of critical habitat was also proposed (USFWS 2013d), including some portions of the planning area.

A variety of standards and guidelines were developed to maintain or improve habitat conditions in sagebrush shrublands, especially in Gunnison sage-grouse habitat areas. Management direction is intended to maintain and improve ecological function of sagebrush shrublands, and maintain and

BLM_0032014

improve habitat effectiveness in sage-grouse key habitat areas (nesting habitats, lekking areas, brood-rearing and wintering habitats). Due to low population numbers and the species' demonstrated sensitivity to human disturbance during some times of the year, management direction is also designed to reduce human disturbance in key sage-grouse habitats and at times of the year when birds are most sensitive to disturbance.

## Bureau of Land Management and U.S. Forest Service Sensitive Terrestrial Wildlife Species

BLM and USFS sensitive terrestrial wildlife species are species that are in need of conservation attention to reduce downward trends on agency lands or throughout portions or all of their ranges. Sensitive species are those for which some management actions and direction are necessary in order to prevent listing of these species under the ESA. Management direction is also necessary so that land management activities do not contribute to a loss of species viability. Of the species listed below (Table 3.3.3), two species are candidates for federal listing and one species has been petitioned for federal listing. Each agency applies specific conservation criteria for evaluation in determining which species warrant sensitive species classification for the state or region on agency lands. The BLM and USFS sensitive terrestrial wildlife species under consideration in this LRMP/FEIS are listed in Table 3.3.3. The species shown in Table 3.3.3 include 12 mammals, 20 birds, three amphibians, two reptiles, and one insect species from the BLM Colorado and USFS Region 2 sensitive species lists.

**Table 3.3.3: TRFO and SJNF Sensitive Wildlife Species and Habitat Association**

| Species | Agency Designated | Habitat Association |
|---|---|---|
| **Birds** | | |
| American bittern Botaurus lentiginosus | USFS | Marsh, swamp, or bog with cattails, rushes, grasses, and sedges |
| Bald eagle Haliaeetus leucocephalus | BLM and USFS | Lakes, reservoirs, rivers, and adjacent conifer and cottonwood riparian forest; primarily a winter visitor but also reproduces on the SJNF |
| Black swift Cypseloides niger | BLM and USFS | Vertical rock faces near waterfalls or in dripping caves |
| Boreal owl Aegolius funereus | USFS | Mature spruce-fir forests with high canopy closure |
| Brewer's sparrow Spizella breweri | BLM and USFS | Primarily sagebrush but also in mixed shrublands (rabbitbrush and greasewood) |
| Columbian sharp-tailed grouse Pediocetes phasianellus columbianus | BLM | Oak/serviceberry shrublands, often interspersed with sagebrush; aspen forests; irrigated pasture; recently reintroduced near Dolores, not expected for other units |
| Ferruginous hawk Buteo regalis | BLM and USFS | Grasslands and semi-desert shrub; not known to breed but a regular winter resident on the SJNF |
| Flammulated owl Otus flammeolus | USFS | Open ponderosa pine forests and dry montane conifer or aspen forests, often with dense saplings |
| Lewis' woodpecker Melanerpes lewis | USFS | Open ponderosa pine forest, riparian, and pinyon-juniper woodlands |
| Loggerhead shrike Lanius ludovicianus | USFS | Lowland riparian, pinyon-juniper woodlands, and semi-desert shrublands |
| Northern goshawk Accipiter gentilis | BLM and USFS | Ponderosa pine, aspen, mixed conifer, and spruce-fir forests |

BLM_0032015

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Species | Agency Designated | Habitat Association |
|---|---|---|
| Northern harrier<br>*Circus cyaneus* | USFS | Grasslands, agricultural lands, mountain sagebrush, and marshes; requires abundant cover (same as for short-eared owl) |
| Olive-sided flycatcher<br>*Contopus cooperi* | USFS | Snags and conifers, often on steep slopes, open stands, and natural openings |
| Peregrine falcon<br>*Falco peregrinus anatum* | BLM and USFS | Breeds on cliffs, often in association with riparian areas; regular breeder on the SJNF |
| Purple martin<br>*Progne subis* | USFS | Mature aspen stands near streams, springs, or ponds |
| Short-eared owl<br>*Asio flammeus* | USFS | Open habitats, including grasslands, marsh edges, shrub-steppe, and agricultural lands; requires taller grass cover than northern harrier |
| Western burrowing owl<br>*Athene cunicularia* | BLM and USFS | Prairie dog colonies with vacant burrows; grasslands, shrublands, and deserts |
| Western yellow-billed cuckoo<br>*Coccyzus americanus* | BLM and USFS,<br>Also ESA Candidate | Riparian; gallery cottonwoods with dense understory |
| White-faced Ibis<br>*Plegadis chihi* | BLM | Spring/fall migrant only; wet meadows, marsh edges, and reservoir shorelines |
| White-tailed ptarmigan<br>*Lagopus leucurus* | USFS | Alpine tundra, especially with rock fields and willow carrs |
| **Insects** | | |
| Great Basin silverspot butterfly<br>(Nokomis fritillary butterfly)<br>*Speyeria nokomis nokomis* | BLM and USFS | Riparian; mostly tied to springs |
| **Mammals** | | |
| Allen's big-eared bat<br>*Idionycteris phyllotis* | BLM | Woodlands, mines, and caves |
| American marten<br>*Martes americana* | USFS | Subalpine spruce-fir forests, alpine tundra, and montane forests |
| Big free-tailed bat<br>*Nyctinomops macrotis* | BLM | Rocky and canyon country |
| Desert bighorn sheep<br>*Ovis canadensis nelsoni* or *mexicana* | BLM | Dolores River canyons, grass and low shrub open habitat types with adjacent steep and rocky areas for escape cover and safety |
| Fringed myotis<br>*Myotis thysanodes pahasapensis* | BLM and USFS | Pinyon-juniper and other coniferous woodlands |
| Gunnison's prairie dog<br>*Cynomys gunnisoni* | BLM and USFS | Grasslands and semi-desert and montane shrublands |
| Hoary bat<br>*Lasiurus cinereus* | USFS | Associated with foliage in trees, mainly ponderosa pine, piñon/juniper and riparian forest |
| New Mexico meadow jumping mouse<br>*Zapus hudsonius luteus* | BLM and USFS,<br>Also ESA Candidate | Mesic grass/forb/sedge riparian habitat |
| North American river otter<br>*Lontra canadensis* | USFS | Stream and river riparian |
| Rocky Mountain bighorn sheep<br>*Ovis canadensis canadensis* | USFS | Steep terrain dominated by grass, low shrubs, and rock areas |
| Spotted bat<br>*Euderma maculatum* | BLM and USFS | Pinyon-juniper, shrub desert, and possibly riparian |
| Townsend's big-eared bat<br>*Corynorhinus townsendii* | BLM and USFS | Abandoned mines and caves |

BLM_0032016

| Species | Agency Designated | Habitat Association |
|---|---|---|
| **Reptiles** | | |
| Desert spiny lizard<br>Sceloporus magister | BLM | Shrub-covered dirt banks and sparsely vegetated rocky areas near flowing streams |
| Longnose leopard lizard<br>Gambelia wislizenii | BLM | Intermittent streams and pools in deep rocky canyons |
| **Amphibians** | | |
| Boreal toad<br>Bufo boreas | BLM and USFS | Damp conditions; marshes, wet meadows, streams, ponds, and lakes |
| Canyon tree frog<br>Hyla arenicolor | BLM | Intermittent streams and pools in deep rocky canyons |
| Northern leopard frog<br>Rana pipiens | BLM and USFS | Water's edge; wet meadows, banks of marshes, and ponds |

Wildlife Issues Related to BLM and USFS Sensitive Species

**Bighorn/Domestic Sheep Contact:** Bighorn sheep are classified as big game in Colorado and are highly valued by big game hunters and the public for wildlife watching opportunities. Bighorn sheep are designated as Colorado's official state animal and are the symbol for the state's wildlife management agency, CPW. Management of big game animals in Colorado is based on Game Management Units (GMUs), which are grouped into Data Analysis Units (DAUs). Colorado uses DAUs as the basis for managing big game populations (George et al. 2009). GMUs represent relatively discrete herds, whereas DAUs represent population complexes formed by adjacent GMU herds that are thought to interact as a complex of connected subpopulations (Peck 1998).

There are four Rocky Mountain bighorn sheep DAU population complexes in the planning area. The Weminuche DAU population complex is composed of three discrete herds (GMUs), Sheep Mountain S-15, Cimarrona Peak S-16, and Vallecito Creek S-28, which are thought to interact as connected subpopulations. A DAU plan was completed in 2012 for the Weminuche population complex (CPW 2012a). This population occurs on the SJNF portion of the planning area. The San Juans West DAU population complex is composed of two discrete herds (GMUs), Upper Lake Fork/Pole Creek Mountain S-33 and Cow Creek S-21. These two herds are thought to interact as connected subpopulations, forming a population complex. A DAU plan was completed in 2012 for the San Juans West population complex (CPW 2012b). This population occurs on the TRFO portion of the planning area. The South San Juans DAU population complex is composed of three discrete herds (GMUs), Sheep Mountain S-31, Alamosa Canyon S-29, and Conejos River S-30. These herds are thought to interact as connected subpopulations, forming a population complex. A DAU plan has not been developed for this population complex. This population occurs on the SJNF portion of the planning area. The Animas River population is composed of a single bighorn herd (GMU), West Needles S-71, which occurs on the SJNF portion of the planning area. A DAU plan has not been developed for this population. The Weminuche and South San Juans population complexes also occupy portions of the Rio Grande National Forest, while the Animas River population is located entirely within the SJNF planning area. The San Juans West population complex is located partially on TRFO lands, but is located mostly on BLM lands managed by the Gunnison Field Office and NFS lands managed by the Gunnison National Forest.

There is also one desert bighorn sheep herd complex in the planning area. The Dolores River population complex is composed of two discrete herds (GMUs), Upper Dolores River S-64 and Middle Dolores River S-63. These herds are thought to interact as connected subpopulations, forming a population complex. The Dolores River desert bighorn sheep population complex is located on

BLM_0032017

portions of the TRFO but also occupies portions of the BLM Uncompahgre Field Office. A DAU plan has not been completed for this population complex.

Rocky Mountain and desert bighorn sheep are classified as USFS and BLM sensitive species. Desert bighorn sheep only occur on the TRFO portion of the planning area. Both subspecies are classified as big game species in Colorado. The CPW sets and monitors harvest levels to manage for healthy populations. Inventory and monitoring of both species is conducted by CPW in cooperation with the land management agencies.

All bighorn herds on the SJNF and TRFO have increased over the past 20 years. The 2011 post-hunt population estimate for the Weminuche DAU was 460 bighorns, and the current population objective is to allow the population to expand to a maximum of 4.4 bighorn/square kilometer. The 2011 post-hunt population estimate for San Juans West DAU was 450 bighorns, and the current population objective is to maintain current population density at about 2.0 bighorn/square kilometer. The 2011 post-hunt population estimate for the South San Juans DAU was 210 bighorns, and 60 bighorns for the Animas River DAU. The post-hunt population estimate for Dolores River DAU was 100 bighorns.

A primary issue associated with management of bighorn sheep involves their high susceptibility to a variety of diseases and parasites, many of which can be contracted from physical contact with domestic sheep or goats (Geist 1971). For example, no studies report any bighorn sheep herds, fenced or free ranging, that have come in contact with domestic sheep and remained healthy (Martin et al. 1996). Bacteria, primarily the genus *Pasteurella*, have been documented to cause the primary diseases that can lead to bighorn sheep mortality events across all age groups. Physical contacts between bighorns and domestic sheep are presumed to have resulted in large-scale rapid die-off events of bighorn sheep, which can represent large losses of many years and costly efforts to restore the species to its former range. The loss of genetic diversity and herd memory of historical migration routes and wintering and lambing areas may also be irreplaceable when attempting to restore bighorns after a die-off event.

There have been no confirmed bighorn die-off events on the SJNF or TRFO. There is, however, strong circumstantial evidence a mortality event occurred in 1988 after observed close proximity and presumed physical contact between domestic sheep and a small number of transplanted bighorn sheep on NFS lands in the Vallecito Creek S-28 herd, which is a subpopulation of the Weminuche DAU. None of the transplanted bighorn sheep were known to have survived their first winter season, and a complete mortality event of the transplanted animals is assumed to have occurred.

There is a very small amount of overlap between occupied bighorn range and stocked domestic sheep allotments on the SJNF and TRFO. Many of the historic domestic sheep allotments that overlap occupied and historic bighorn herd ranges on the SJNF have remained vacant for one or more decades, thereby reducing the potential for disease transmittal between domestic and bighorn sheep. Currently, there are 28 domestic sheep and goat allotments on NFS lands in the planning area. Of these 28 allotments, 12 are active and currently stocked on an annual basis, 11 are vacant but available for stocking, and five are designated as forage reserves, only available for occasional stocking in response to unusual environmental or permittee circumstances. All active domestic sheep allotments that are stocked in the planning area have been stocked annually since the 1980s.

In response to the potential for impacts to existing healthy bighorn sheep herds, and in response to desire for the USFS and BLM to continue providing domestic sheep and goat grazing opportunities within the planning area, standards and guidelines were developed to prevent or otherwise mitigate the potential for physical contact between bighorn and domestic sheep, thereby likely reducing the potential of a bighorn sheep mortality event. Continuing to provide the livestock grazing opportunities

BLM_0032018

that have played an important role in local history and the area's agricultural economy, while also providing for healthy and self-sustaining populations of bighorn sheep within native ranges is a management challenge that would continue into the foreseeable future.

**White-tailed Ptarmigan Population Persistence:** White-tailed ptarmigan is endemic to alpine habitats of western North America, primarily at or above the treeline, and is found across alpine portions of the SJNF and TRFO (Hoffman 2006). They also use riparian zones, meadows, and willow carrs near the treeline in the subalpine zone (Braun and Rogers 1971; Braun et al. 1976; Gellhorn 2007). Ptarmigan is one of only five bird species whose primary breeding habitat is the alpine zone above the treeline. Ptarmigan have a highly disjunct range and do not occur in Idaho, Oregon, California, or Utah, and may be extirpated from Wyoming (Gellhorn 2007; Hoffman 2006; USFWS 2012b). Ptarmigan are legally hunted in Colorado, and some easily accessible ptarmigan populations may be vulnerable to over-harvest due to their unwary behavior and their habit of concentrating in large flocks in traditional use areas (Braun and Rogers 1971; Braun et al. 1976; Hoffman 2006).

The southern subspecies of white-tailed ptarmigan, including all the species' range in Colorado, was petitioned for listing as threatened under the ESA in 2010 (Center for Biological Diversity 2010). The petition suggested that global climate change could reduce ptarmigan habitat substantially in northern portions of the species' range and predicted the species could be eliminated from the contiguous United States by the year 2061 (USFWS 2012b). In response to this petition, the USFWS published a 90-day finding that determined substantial information had been presented in the petition sufficient to warrant conducting a status review of the species and determine if listing is warranted (USFWS 2012b). The 12-month finding from this status review has not been published.

The single most important habitat feature used by ptarmigan in Colorado is willow, which is their primary food source from late fall through spring (Braun et al. 1976; Braun et al. 1991). Any activity that reduces the distribution and abundance of willow would likely have negative consequences to ptarmigan (Braun et al. 1976; Braun et al. 1991; Hoffman 2006). Snow characteristics are also believed to be important to winter survival of the species because ptarmigan roost at night in burrows beneath the snow surface to escape the coldest temperatures (Braun and Rogers 1971; Gellhorn 2007; Hoffman 2006). Snow conditions that prevent burrowing (crusts and compacted snow) could reduce survival (Braun and Rogers 1971). Because ptarmigan become concentrated in winter on relatively few traditional use areas, it is evident that these winter use areas are limited and that they support a major portion of the local breeding population from surrounding areas (Braun et al. 1976). Because of this concentration effect, it is very important to maintain habitat capability within known winter use areas, and declines in habitat capability within these small traditional winter use areas are likely to affect breeding populations across a much larger portion of surrounding alpine areas (Braun et al. 1976).

Ptarmigan populations in the southwest Colorado ore belt, roughly between Telluride, Silverton, and Lake City, including USFS and BLM lands on the SJNF and TRFO, are thought to not be self-sustaining. Research by Larison et al. (2000), conducted in part on the SJNF and TRFO, demonstrates that reduced over-winter survivorship of adult female ptarmigan caused by cadmium-induced renal failure and brittle bones limits ptarmigan breeding densities and productivity in this area. Cadmium naturally occurs in high concentrations in the Colorado ore belt and is readily mobilized by mining. Cadmium is taken up by willows and biomagnified in the buds, which are the primary winter food source for ptarmigan (Hoffman 2006). Given the documented physiological impacts of cadmium-induced renal failure in ptarmigan, there are questions about the potential for similar effects to other wildlife species that feed primarily on willow buds in these same areas in winter, such as snowshoe hare and moose. Because cadmium toxicity has reduced survivorship of

BLM_0032019

adult female ptarmigan, ptarmigan population persistence in the SJNF and TRFO portions of the Colorado ore belt may depend on maintaining and improving habitat capability and effectiveness within traditional ptarmigan winter use areas, at least until such time that cadmium bioaccumulation effects in willows can be reduced through reduced mine drainage and improved water quality. Ptarmigan populations in the Silverton area may be especially vulnerable to degraded habitat capability of traditional winter use areas because population densities in this area are much lower than other areas and are likely not self-sustaining (Larison et al. 2000).

Declines in habitat capability and effectiveness within ptarmigan traditional winter use areas have occurred over the life of the current LRMP due to substantially increased amounts and extents of winter recreation, motorized and non-motorized, within and around some ptarmigan traditional winter use areas. Increases in motorized recreation have resulted from substantially improved snowmobile technology and increased numbers of oversnow motorized users. Motorized recreation impacts to ptarmigan habitat occur in two primary ways: disturbance from machines and associated human activities and compaction of unconsolidated snow used by ptarmigan for overnight burrows (Braun et al. 1976; Hoffman 2006). Advancements in snowmobile technologies and capabilities have expanded motorized access and impacts into previously inaccessible areas and expanded motorized impacts into formerly undisturbed and untracked backcountry areas. The total number of motorized users has also increased, especially in more readily accessible recreation areas, some of which are also traditional ptarmigan winter use areas (Braun et al. 1976; Giesen and Braun 1992). Non-motorized winter recreation has also increased over the life of the current LRMP, especially in areas that are close to high mountain passes, some of which are also traditional ptarmigan winter use areas (Braun et al. 1976). Overall, general human presence and activities have increased in some formerly less disturbed ptarmigan traditional winter use areas. Recent reductions in ptarmigan presence have been observed in some ptarmigan traditional winter use areas on the SJNF and TRFO (Braun et al. 1976). Flushing and displacement of birds from preferred habitats may increase their vulnerability to predation, force them to expend energy, or temporary displace them from optimal feeding, roosting, and/or loafing sites (Gellhorn 2007; Hoffman 2006;). Compaction of snow and physical damage to tops of willows are some negative impacts by snowmobiles and snowshoe and skier traffic that have been observed in ptarmigan traditional winter use areas on the SJNF and TRFO. These observed winter recreation impacts have possible direct consequences to ptarmigan habitat capability (Braun et al. 1976; Braun et al. 1991; Hoffman 2006).

A management challenge is to maintain or improve the amount and effectiveness of ptarmigan traditional winter use areas, especially those used by female ptarmigan, in the SJNF and TRFO portions of the Colorado ore belt. Maintaining and improving habitat effectiveness of ptarmigan traditional winter use areas for female ptarmigan is necessary to offset the toxic effects of cadmium-induced renal failure causing reduced female survivorship resulting in ptarmigan densities much lower in this area than other areas and causing populations in this area to not be self-sustaining. In response to this management challenge and wildlife habitat improvement opportunity, standards and guidelines were developed in the wildlife section and abandoned mines and hazardous materials section of Volume II, LRMP, to maintain and improve water quality, reduce the potential for heavy metal bioaccumulation in willows, and maintain habitat capability in ptarmigan traditional winter use areas.

## U.S. Forest Service Management Indicator Species

Species are generally selected as MIS because their population changes are believed to indicate the impacts of management activities. MIS are not a planning tool utilized by the BLM and there are no BLM requirements to designate or analyze MIS. For this reason, the following MIS discussion applies

only to the SJNF planning process and where the selected species occur on SJNF lands. MIS can be chosen from five categories of species listed below:

- endangered and threatened plant and animal species identified on state and federal lists;

- species commonly hunted, fished, or trapped;

- non-game species of special interest;

- species with special habitat needs that may be influenced significantly by planned management programs; and

- additional plant or animal species selected because their population changes are believed to indicate the impacts of management activities on water quality.

Within the context of this planning process and for analysis within this FEIS, MIS are used for the purpose of assessing the impacts of the LRMP alternatives on wildlife populations where they occur on SJNF lands. MIS are species monitored to assess the effects of management activities, related to specific management issues, on their populations and on the habitats with which they are associated. Changes in MIS populations could indicate that current management is affecting the composition, structure or function of associated habitats, or the management issue for which they were selected. This could result in indications that LRMP direction and desired conditions need to be revised or indicate the need for adjusting management actions under an adaptive management framework. Table 3.3.4 shows terrestrial wildlife MIS selected from the represented categories, habitat of concern, and management issues addressed for the SJNF. A total of four species were selected as MIS on the SJNF: Abert's squirrel, American marten, elk, and hairy woodpecker. Due to their widespread distribution across the SJNF and the relative abundance of these four species, their viability across the SJNF is not of concern.

The concept of MIS does not apply beyond NFS lands. The regulatory requirement to designate MIS or conduct assessments of effects to MIS does not apply to actions occurring on BLM lands. It should be recognized that the species selected as MIS on the SJNF also occur on adjacent BLM lands and that management actions on these BLM lands contribute to maintaining healthy habitats and populations widely distributed across the region, as well as on the SJNF planning area. Because the MIS concept and requirement does not apply to BLM lands or management actions, the following MIS discussions apply only to lands and actions carried out by the SJNF.

**Table 3.3.4: U.S. Forest Service Terrestrial Wildlife Management Indicator Species**

| Management Indicator Species | LRMP Issues For Selection |
|---|---|
| Abert's squirrel (Sciurus aberti) | Impacts to native species and their habitat associated with changing the structure and function of ponderosa pine forests due to timber harvesting activities and fuels treatments that remove ponderosa pine trees and Gambel oak. |
| American marten (Martes americana) | Impacts to native species and their habitat in spruce-fir, cool-moist mixed conifer, and aspen forests due to recreation and timber harvest activities. |
| Hairy woodpecker (Picoides villosus) | Impacts to native species and their habitat associated with changing the composition, structure, and function of aspen, ponderosa pine, and mixed conifer forests due to timber harvest and fuels treatment activities. |
| Elk (Cervus canadensis) | Impacts to native species and wildlife winter range (pinyon-juniper woodlands, sagebrush shrublands, mountain shrublands, and ponderosa pine forests) due to recreation activities, fuels |

BLM_0032021

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Management Indicator Species | LRMP Issues For Selection |
|---|---|
| | treatments, oil and gas development, and timber harvesting activities. |

Abert's Squirrel

Abert's squirrel is unique in that its life necessities are almost entirely provided by a single plant species: ponderosa pine. Preferred habitats are stands of all-aged ponderosa pine (with even-aged groups within the stands), open understories, and high canopy base levels (Patton 1975). These squirrels may also be found in Gambel oak and pinyon-juniper forest types (frequenting such types only when they are associated with ponderosa pine). Depending on the season, primary food sources are seeds, inner bark, terminal buds, and staminate flowers of ponderosa pine; fleshy fungi; and acorns from Gambel oak. Only foods from ponderosa pine and fleshy fungi are consumed in amounts important, from a quantitative point of view (Keith 1965). Nest trees are typically in a group of trees with interlocking crowns. Tree dominance strongly influences a squirrel's choice within a group. A nest tree located in a group of trees, with crowns interlocking or only a few feet apart, offers protection and alternate escape routes from predators.

Population limiting and controlling factors include insect and disease infestations, timber harvest, fire prevention and prescribed burns, oil and gas development, and livestock grazing that impact ponderosa pine habitat. All of these factors have the potential to influence food sources and nesting availability. Other population-influencing factors include hunting and vehicle collision.

Abert's squirrel is considered well-distributed throughout the planning area within suitable ponderosa pine habitat. The species was selected as an MIS to address the planning issue of impacts to native species associated with mature and late-seral ponderosa pine forests. Historically, changes have occurred in ponderosa pine forest conditions due to timber harvesting activities, fire prevention, livestock grazing practices, and more recent fuels treatment projects. Today, ponderosa pine forests have substantially fewer acres in late-successional stages than would be expected under HRV resulting in reduced habitat availability for species associated with those conditions, including Abert's squirrel. Suitable Abert's squirrel habitat is limited to mid- and late-successional ponderosa pine forests (wildlife habitat structural stages 4A, 4B, 4C, and 5 of the ponderosa pine type). Currently, there are an estimated 230,878 acres of suitable, and 121,717 acres of optimal, Abert's squirrel habitat on NFS lands within the planning area.

Habitat analysis shows the 20-year trend for suitable Abert's squirrel habitat is stable, with a slightly downward trend in optimal habitat. Population trends for the planning area are not thought to differ from the habitat trends (which are generally stable with a possible slight downward trend).

American Marten

The American marten is considered well-distributed throughout the planning area within suitable habitat. The species was selected as an MIS in order to address the planning issue of impacts to native species and their habitats in spruce-fir, cool-moist mixed conifer, and aspen forests. Changes in mid- and late-successional habitat conditions in these forest types have occurred due to historic timber harvesting activities, mining activities, and recreation activities. Suitable habitat is considered mid- and late-successional spruce-fir and cool-moist mixed conifer habitats (habitat structural stages 4A, 4B, 4C, and 5). Spruce-fir forest types would be considered primary habitat for this species.

BLM_0032022

Currently there are an estimated 604,228 acres of suitable habitat for American marten on NFS lands within the planning area. Habitat analysis shows the 20-year trend for suitable American marten habitat is stable across the planning area. Marten population trends for the planning area are not thought to differ from the habitat trends, but winter marten track monitoring for the past 8 years has shown a possible slight downward trend.

American marten prefer mesic (a habitat with moderate or well-balanced supply of moisture) forest conditions and forest stands with xeric (drier) conditions with structure near the ground (Buskirk and Ruggiero 1994). Marten appear to prefer overhead cover, and they usually avoid extensive use of open areas, particularly in winter. Within the planning area, habitat for the marten occurs at the mid- to upper-elevation zones. Complex physical structure, especially near the ground, appears to be an important component of marten habitat. These structures offer protection from predation, thermal microenvironments, and subnivean (under the snow layer) prey habitat during winter (Buskirk and Ruggiero 1994). On the SJNF, these features are most commonly found in mid- and late- successional forest stands.

The most important prey species for the marten in the southern portion of its range is the western subspecies of the southern red-backed vole (Buskirk and Ruggiero 1994). Therefore, habitat components that favor the southern red-backed vole would also be considered important attributes of marten habitat. In the western mountains the southern red-backed vole is considered to be most abundant in mesic, late-successional, coniferous forests (Hayward 1994; Hayward et al. 1993; Knight 1994). Another potentially important component of marten habitat is the squirrel "midden," and area on the forest floor where squirrels store their food (Buskirk and Ruggiero 1994). These structures provide natal and maternal dens and also serve as access to the subnivean space during winter. Red squirrels (*Sciurus vulgaris*) and snowshoe hare are also prey species of the marten. Other prey includes insects, birds, bird eggs, and fish. Marten will also take carrion when available, especially during the winter. "Soft mast" is consumed during the late summer and fall. "Soft mast" is seeds that are covered with fleshy fruit, such as apples and berries.

Changes in small-mammal prey can influence the carrying capacity of marten habitat (Buskirk and Ruggiero 1994). Food shortages have the greatest impact on female and juvenile martens due to their high energy requirements. Other population influences include geographic isolation, low population densities, low reproductive potential, predation, competing predators, parasites and disease, weather, and trapping. Influential management activities include timber management, recreation, livestock grazing, and fire management.

Elk

The elk is considered well-distributed throughout the planning area within suitable habitats. The species was selected as an MIS to address the planning issue of impacts to native species and wildlife winter range (pinyon-juniper woodlands, sagebrush shrublands, mountain shrublands, and ponderosa pine forests) due to recreation and travel management activities, fuels treatments, fire management, oil and gas development, livestock grazing, and timber harvesting. Elk are considered habitat generalists. They utilize a variety of vegetation types including aspen, cool-moist and warm- dry mixed conifer, mountain grassland, mountain shrubland, sagebrush, pinyon-juniper, ponderosa pine, and spruce-fir. Cover-to-forage percentage ratios are used in determining suitability of habitat, with the optimum ratio being 60:40 cover-to-forage. Currently, there are an estimated 539,957 acres of suitable winter habitats and an estimated 1,741,691 acres of suitable summer habitats distributed across SJNF lands within the planning area. Summer habitat trends are currently considered stable, and winter habitats are in an upward trend. Elk population trends increased from 1982 to the mid- 1990s, where they peaked. Numbers are down from the mid-1990s, but the trend is considered

BLM_0032023

stable. No correlation is noted between habitat trends and population trends over time. At this time, it is believed that elk populations are primarily influenced by hunter harvest, with harvest levels set annually by CPW.

As generalist feeders, elk are both grazers and browsers. In the northern and central Rocky Mountains, grasses and shrubs compose most of the winter diet for elk, with grasses becoming of primary importance in the spring months. Forbs become increasingly important in late spring and summer, and grasses are again dominant in the fall. Forbs tend to be favored on drier sites, but browse is preferred in most mesic areas including aspen stands, willow communities, and moist meadows.

Elk tend to inhabit higher elevations during spring and summer, and then move to lower elevations for winter range. However, some elk herds are relatively sedentary. Migrating elk typically follow the melting snowpack upslope in spring; fall migrations are tied to weather and forage availability. Snow depth of about 16 inches triggers elk movement to winter ranges. Although elk can move through snow over 3 feet deep, this condition forces the animals to plow through snow in single file and change leaders as they tire. During winter, elk form large mixed herds on favored winter range. Impacts to adjacent private agricultural grounds within winter range have resulted in damage to crops and fences in local areas where public land winter range is not sufficient.

Calving grounds are carefully selected by cows, and are generally in locations where dense cover, forage, and surface water are in close juxtaposition. In western Colorado, most females calve within approximately 650 feet of water. Females with calves isolate themselves from the herd for the first 2 to 3 weeks. Once the calves are large enough, females with young rejoin the herd (Fitzgerald et al. 1994).

Population controlling and limiting factors include predation, hunting, parasites and disease, foraging competition, availability of winter habitat, and disturbance during critical life functions such as on winter range and calving areas. Influential management activities may include timber harvesting, fire management, fuels management, oil and gas development, livestock grazing, and recreation and travel management.

<u>Hairy Woodpecker</u>

The hairy woodpecker is considered well distributed throughout the planning area within suitable habitat. The species was selected as an MIS in order to address the planning issue of impacts to native species and their habitat associated with changing the composition, structure, and function of aspen forests due to clear-cut timber harvesting activities. On the SJNF, the hairy woodpecker uses spruce-fir, mixed conifer, ponderosa pine, aspen, and pinyon-juniper forests. Habitat is found within structural stages 4A, 4B, 4C, and 5. Within the planning area, woodpecker habitat is essentially stable over the past 20-year period. Woodpecker population trends are also considered stable for NFS lands within the planning area (White et al. 2012). It is estimated that approximately 1,137,282 acres of suitable hairy woodpecker habitat currently occur across NFS lands within the planning area.

Hairy woodpeckers are primary cavity nesters, constructing their own cavities (Winternitz 1998). The primary diet consists of insects gleaned from tree trunks and primary branches. Snags are a crucial habitat component for hairy woodpeckers. They generally select large-diameter (more than 16 inches dbh) trees to excavate cavities (Schultz 2001). Within the planning area, hairy woodpecker nest cavities are found in pinyon-juniper, ponderosa pine, mixed conifer, spruce-fir, and aspen habitats (Winternitz 1998). Hairy woodpeckers are known to favor aspen or trees with decayed heartwood and excavate a new hole each year.

134

Species limiting and controlling factors include nest site availability (i.e. snag size and abundance), food availability, fire, and weather. Land management actions that could influence populations include timber harvesting, fire management, fuelwood cutting, and livestock grazing.

## 3.3.3  Environmental Consequences

Nearly all multiple-use activities conducted in the planning area under LRMP implementation and described in this analysis have some potential to impact terrestrial wildlife habitats, species, or individuals. Based on the habitat and species assessments described above, the greatest potential impacts from LRMP implementation activities to terrestrial wildlife species and habitats are from management activities that directly affect key habitat components associated with species abundance and/or distribution or occur within key wildlife use areas. Activities that have greater potential to affect wildlife habitat capability or species include travel management, oil and gas development, road construction and road management, livestock grazing, fire and fuels management, hard-rock mining, and timber management. Activities with lesser impacts include aquatic and riparian habitat improvement projects, watershed improvement projects, abandoned mines and hazardous materials projects, developed recreation facilities, prescribed burns, utility corridor ROWs, and ski area modifications and expansion.

The goal of all LRMP alternatives is to provide ecological conditions that support a diversity of native and desired non-native terrestrial wildlife species over the long term and that promote the recovery of federally listed species. See Volume II, LRMP, Section 2.1 for additional discussion about the Ecological Framework and the Conservation of Species on the SJNF and TRFO. The sustainable ecosystems strategy includes 1) protected area designation and preservation (a coarse-filter approach), 2) ecosystem management using sustainable ecosystem concepts, 3) the development and application of LRMP components (desired conditions, objectives, standards, and guidelines) that provide a framework for the management and preservation of ecosystems, and 4) monitoring of the effects of management activities on the TRFO and SJNF and the application of adaptive management principles. Ecological sustainability is intended to provide the ecological conditions that maintain or restore the diversity of native ecosystems and natural disturbance processes. This in turn would maintain suitable habitats for a wide range of plant and animal species and provide for the diversity and viability of plant and animal species, populations, and communities. When applied effectively, the sustainable ecosystems strategy would result in ecological conditions similar to those under which native species evolved. Because all LRMP alternatives are based on the sustainable ecosystem strategy and LRMP components apply to all LRMP alternatives, implementing any of the four alternatives would provide a range of habitat requirements sufficient to provide for the needs of species by managing for objectives that result in the desired conditions outlined in the LRMP.

The maintenance of biological diversity and population viability on public lands are addressed directly or inferred under a variety of laws, regulations, and policies (see LRMP Section 2.1.4). The sustainable ecosystems and species management strategies for the SJNF and TRFO combine to provide a foundation for addressing these legal, regulatory, and policy requirements. The underlying assumption is that implementing a management strategy that maintains sustainable ecosystems, along with a species strategy that addresses the specific needs of selected species, would provide for species diversity and long-term population viability, in as much as species diversity and population viability can be tied to the management of local federal lands. These two strategies are implemented through the LRMP components, which provide a framework for the management and protection of ecosystems, populations, and individual species occurring on the SJNF and TRFO. For each of the riparian area and wetland ecosystems, aquatic ecosystems, and terrestrial ecosystems, specific management direction has been developed that is intended to address the legal, regulatory, and

BLM_0032025

policy requirements for species diversity and population viability. The process applied was to identify a range of key ecosystem elements, determine the importance of those elements to maintaining species diversity and population viability (e.g., limiting factors), define desired future conditions and land management objectives for those elements, and ensure that appropriate management standards and guidelines are in place that address the ecological needs of species and populations (see Appendices M and Q).

The strategy of all alternatives, each of which addresses a different mix of multiple use opportunities and objectives, is to provide conditions (within the land's capability) that would support the full complement of native and desired non-native terrestrial wildlife species within the planning area. Guidance provided in the desired conditions, referenced direction, objectives, standards, and guidelines (components of the LRMP) would contribute toward recovery and delisting of federally listed and proposed species. This guidance would also contribute to preventing BLM and USFS designated sensitive species trending toward federal listing. Following publication of the Draft LRMP, new information concerning increased projections for fluid minerals development resulted in the preparation of a supplement to the draft. The relevant analysis prepared for the supplement is found in a fluid minerals section presented at the end of this Terrestrial Wildlife section.

Implementation of management actions conducted under the Preferred Alternative would move ecological conditions toward desired conditions in the planning area. Consistent monitoring of project implementation outcomes on species and habitat conditions would provide a feedback mechanism for evaluating the LRMP's ecological approach and help identify needs for possible LRMP amendments or other changes in management practices. Tracking changes in key areas, and for specific species of interest, would continue to be an important component in demonstrating accomplishment of objectives and achieving desired conditions for the wildlife program.

LRMP implementation is expected to involve continued close coordination with CPW and the USFWS. Close cooperation with CPW and the USFWS is critical for wildlife program implementation but partnerships with local, state, Native American tribal, and other federal agencies, as well as with interested non-governmental organizations and individuals is necessary to achieve optimal wildlife management outcomes on the SJNF and TRFO. Such partnerships also serve as important mechanisms to achieve desired conditions and accomplish multiple use objectives.

Environmental consequences related to multiple-use activities are generally expected to be proportional to the magnitude and extent of activities that occur in key wildlife habitat areas or the degree to which they affect key wildlife habitat components that are directly related to species distribution or abundance. Potential impacts would be minimized through the application of standards and guidelines, including management direction referenced in the LRMP that frame BMPs applied to USFS and BLM lands, and standards and guidelines described in the LRMP. With the application of LRMP standards and guidelines and applicable management direction contained in other referenced guidance, project design criteria are expected to be effective in reducing impacts. Monitoring the outcome of LRMP implementation activities is necessary to confirm effectiveness of LRMP standards and guidelines. With effective implementation of LRMP standards and guidelines and applicable management direction from other referenced guidance, adverse impacts to wildlife resources from LRMP implementation activities are expected to be generally minor and localized and are not expected to result in measureable changes to species abundance or distribution across the planning area. However, as the intensity or extent of LRMP implementation activities increases, e.g., under Alternative D compared to other alternatives, conservation practices may be less effective at preventing cumulative effects across the planning area. Therefore, it is reasonable to assume that alternatives prescribing greater levels of multiple-use activities, such as Alternatives A and D, may

BLM_0032026

result in greater potential for negative impacts to wildlife species and key habitat components and may require additional project design and mitigation approaches, compared to Alternatives B and C.

The following sections discuss the anticipated environmental consequences related of implementing the proposed LRMP alternatives on terrestrial wildlife species, habitats, and key habitat components. The format of this analysis is based on species groups and related wildlife issues that occur within the planning area, and the various resource program areas that may influence them.

## DIRECT AND INDIRECT IMPACTS TO SPECIES GROUPS

The species groups included in this section are analyzed relative to the program areas that may influence those groups. Some programs, such as air resources and the terrestrial wildlife program, are not included in the analysis because they would result in little to no ground disturbance; therefore, they would not be expected to measurably influence these species groups. The program areas and environmental consequences discussed for each alternative may vary for each species group.

Guidance included in the LRMP, relative to the desired conditions, objectives, referenced program direction, conservation plans, and standards and guidelines would apply to each species group. This guidance would assist in minimizing impacts, to various degrees, for each species group and is expected to provide the ecological components necessary to support sustainable populations of all terrestrial wildlife species that occur within the planning area.

## Amphibians and Reptiles

**Impacts Related to Influential Program Areas:** Some program activities that may influence amphibian and reptile populations would continue to be addressed in activity planning and management. These program areas include livestock grazing, recreation travel, timber resources, fire and fuels, and solid and fluid minerals. Influences from these programs may vary, depending on their location and proximity to amphibian and reptile breeding and foraging habitats. The following are examples of program activities that may present concerns during project design.

- Timber harvesting may directly impact amphibians if it occurs in the vicinity of riparian areas and wetland ecosystems that function as breeding habitats.

- Solid minerals programs may impact amphibians or reptiles if they occur in or near stream areas or other riparian breeding habitats and areas used for breeding and foraging by reptiles.

- Acid-rock drainage has historically been associated with solid minerals extraction in some drainage areas. Currently, programs are underway to alleviate acidity problems and restore water quality, where possible.

- Fluid minerals programs may impact amphibians through accidental spills of chemicals, saline water, or petroleum at the well site, or through habitat fragmentation or other impacts associated with access roads.

- Livestock grazing that occurs within riparian areas or that influences upland habitat components may impact amphibians and reptiles.

Standards, guidelines, and other referenced guidance, including the Watershed Conservation Practices Handbook (Region 2 Supplement; USFS 2006a), the Conservation Plan and Agreement for the Management and Recovery of the Southern Rocky Mountain Population of the Boreal Toad (*Bufo boreas boreas*) (Boreal Toad Recovery Team and Technical Advisory Group 2001), Rangeland Standards and Guides (BLM Handbook 4180-1 and FSM 2200), and standards and guidelines from

BLM_0032027

Section 2.13 of the LRMP (Access and Travel Management) would be applied at the project level to address these site-specific concerns.

All of the alternatives may have potential negative, and positive, influence on amphibians and reptiles. Alternatives that emphasize more ground-disturbing activity in or near primary habitat areas for amphibians (including riparian areas and wetlands ecosystems) and upland reptile habitat may carry greater potential for impacts to these species groups. LRMP components would apply to all of the alternatives. These components, which would allow for the formulation and implementation of mitigation, stipulations, and/or other conservation measures for the species (as needed, on a site-specific basis) are expected to reduce the potential for site-specific impacts.

There would be little difference in projected outputs between alternatives for some programs that could influence amphibians and reptiles. For example, the projected outputs for fire and fuels, water/fish programs, and solid minerals would be similar under all of the alternatives. However, Alternatives D and A propose a substantial increase in acreage where timber harvest may occur, compared to Alternatives C and B.  For livestock grazing, Alternative D projects substantially more AUMs and suitable acres on active allotments, with Alternatives A and B projecting relatively similar levels, and Alternative C projecting the fewest AUMs and suitable acres on active allotments. Land area available for active livestock management activities could impact amphibian and reptile habitats. For travel management, Alternatives B, C, and D would eliminate cross-country motorized use and reduce the areas available for designation of motorized routes in future travel management planning efforts. Eliminating cross-country motorized travel and limiting motorized travel to a system of designated routes would substantially reduce the potential for effects to amphibians and reptiles compared to the potential for disturbance in areas of unrestricted cross-country travel. The acreage identified as suitable for motorized travel on NFS lands and limited for BLM lands would be the greatest under Alternative D, slightly less for Alternative B, followed by Alternative A, and the least under Alternative C.  For fluid minerals, acres available for leasing are fairly similar across Alternatives A, B, and D. Alternatives A, B, and D open the largest amounts of federal minerals to leasing. Alternative C opens substantially fewer amounts of federal minerals to leasing than Alternatives A, B, or D. Under the No Leasing Alternative, development would be limited to existing leases within the planning area. Additional discussion concerning the fluid minerals program is found under the supplement section at the end of this Terrestrial Wildlife section.

Under all alternatives, potential impacts would be limited by implementation of LRMP components. However, the potential for habitat and species impacts and the potential need for management and monitoring of amphibians and reptiles and their habitats would be greatest under Alternative D because it has the highest projected level of outputs that could negatively impact habitats for amphibians and reptiles. Alternative C has the least projected outputs that could impact amphibian and reptile habitats. Potential negative impacts from outputs to amphibian and reptilian habitats would be similar under Alternatives A and B, which fall between the levels for Alternatives D and C. With effective implementation of LRMP standards and guidelines and applicable management direction from other referenced guidance, adverse impacts to amphibian and reptile habitats from LRMP implementation activities are expected to be generally minor and localized and are not expected to result in measureable changes to species abundance or distribution across the planning area.

## Migratory Birds

**Impacts Related to Influential Program Areas:** Potential influences on migratory bird species that may occur within the planning area are addressed through project-level impact analysis, and relative potential effects from LRMP alternatives are described below. Management standards and guidelines

BLM_0032028

have been updated to reflect the latest available science and local information, and standards and guidelines would be applied to address potential concerns.

In general, the amount of habitat likely to be altered by projects conducted under LRMP implementation under any of the alternatives is expected to be relatively small when compared to the total amount of habitat currently available within the planning area. For this reason, and for most species, the impacts of direct habitat alteration on migratory birds would be generally small and not sufficient to result in population-level impacts or in changes to species distribution across the planning area. However, for some bird species associated with rare or unusual (e.g., mature cottonwood gallery forest) habitat components, it is possible that LRMP implementation actions that affect that particular rare or unusual habitat attribute could have locally more substantial impacts to a specific bird species. For all these reasons, impacts to species would vary under all of the alternatives. Impacts are likely to occur on nesting, migration, or wintering habitats (or some combination of habitats) depending on bird species and season of occurrence. For every action carried out under any LRMP alternative, some bird species may benefit from habitat alterations, some species may not be impacted at all, and some bird species may be negatively impacted. The degree of impact to migratory birds would differ depending on factors such as primary habitat association, effect to key habitat components, habitat generalist or specialist, and season of species occurrence.

Both timber and fire and fuels programs could be highly influential on habitats for migratory birds in some key groups (such as the snag-dependent group). Depending on the timing of timber and fuels management activities, these activities may result in beneficial or detrimental effects to various bird species. Long-term habitat impacts from these program areas may be both positive and negative, depending on the project type, habitat affected, previous management history, bird species involved, project design criteria applied, and other factors. Smaller program areas (including watershed/fisheries improvements, and wildlife habitat improvements) may influence multiple migratory bird species. Impacts, however, are expected to be very small and localized because projects are expected to be relatively short in duration and small in scale. Some of these projects may also provide potential long-term habitat improvement benefits for migratory bird species.

In response to EO 13186, the BLM developed an MOU with the USFWS to promote the conservation of migratory bird populations (BLM 2010b). The EO and the MOU require the BLM to ensure MBTA compliance, evaluate agency actions and plans for their potential impact on migratory birds, initiate actions to minimize impacts to migratory birds, and contribute to the conservation of migratory birds. The MOU provides suggestions for how the BLM could further bird conservation through the development of conservation measures to reduce or minimize impacts. To reduce or minimize impacts on the TRFO, activities would be restricted during local peak nesting activity, May 15 through July 15 annually. Areas may be inspected and cleared prior to project construction.

In response to EO 13186, the USFS also developed an MOU with the USFWS to promote the conservation of migratory bird populations (USFS 2008a). The MOU provides suggestions for how the USFS could further conservation of migratory bird populations and habitats by identifying and implementing strategies that promote bird conservation and avoid or minimize adverse impacts on migratory birds. The MOU focuses on bird populations and habitat restoration and enhancement where actions can benefit specific ecosystems and migratory birds dependent on those ecosystems, and recognizes that actions taken to benefit some migratory bird populations may negatively affect other migratory bird populations and that actions that may provide long-term benefits to migratory birds may also have short-term impacts on individuals. USFS land management actions conducted on the SJNF during LRMP implementation would consider this MOU and additional referenced

BLM_0032029

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

guidance listed in the LRMP to guide consideration of opportunities for actions that promote the conservation of migratory birds in the planning area.

The great variability in migratory bird species, key habitat components upon which migratory birds depend, and the variety of season of use and/or presence within the planning area indicates that all LRMP alternatives are likely to result in beneficial, neutral, and adverse effects to some migratory birds. The degree of impact and range of effects would depend on the bird species affected, the scope and scale of the project, and other factors. The degree and direction of impact would vary, depending on factors such as project type, application of project design criteria, the season of year projects are implemented, and general habitat type. Similar to other wildlife groups such as mammals, LRMP alternatives that would emphasize vegetation manipulation or ground-disturbing activities in program areas that occur in primary migratory bird habitats could carry a greater risk of causing higher and more negative impacts to more bird species. Effective implementation of LRMP direction during project implementation is expected to minimize impacts to migratory birds regardless of the selected alternative. LRMP direction includes a wide variety of direction that benefits bird conservation such as direction related to forest structural stages and canopy cover, riparian and wetland area enhancement, snag and downed log retention, and TL close to key nesting and roosting areas.

Impacts to migratory bird habitats are expected to be similar across all LRMP alternatives for those program areas that have similar projected program outputs, such as fire and fuels treatments. In general, the impacts of LRMP implementation are likely to be greatest under Alternative D and the least under Alternative C. Alternatives A and B are projected to have relatively similar potential for impacts to migratory birds. Depending on the species, LRMP implementation influences on migratory birds are expected to vary in intensity and over time. Under all alternatives, potential for impact and intensity of effect would be limited by implementation of LRMP components. Effective application of LRMP components is expected to sustain populations of migratory birds well distributed across the planning area under each of the alternatives.

**Cavity Nesters and Snag-dependent Species:** The potential direct and indirect impacts related to multiple-use programs on birds and other species (e.g., bats) dependent on tree cavities and standing snags for nesting, reproduction, or roosting, or as primary foraging substrate, may be widespread across the planning area. Potential impacts may be of minor to moderate levels, depending on the degree of public access for fuel wood harvesting, primary habitat type, topographical position of a snag, and a bird species' particular natural history requirements.

In general, potential impacts to snag-dependent bird species may be limited primarily to those program areas that cause or facilitate, directly or indirectly, the loss of standing snags, especially those snags greater than about 16-inch dbh (Bull et al. 1997; Parks et al. 1997; Schultz 2001). Standards and guidelines would protect and maintain standing snags, especially large-diameter snags (greater than about 16 inches dbh). In general, Alternative C would have the least potential for impacts to habitat components for snag-dependent birds, followed by Alternatives B, D, and A, respectively. This is based on the projected output amounts under each alternative for program areas that are likely to reduce the abundance or affect the distribution of snag habitats.

Examples of program areas that have the potential to reduce the abundance or distribution of large-diameter standing snags, or indirectly facilitate the loss of snags, include travel management, timber resources, fire and fuels, and solid and fluid minerals. Other activities, such as watershed/fisheries improvements, livestock grazing, and invasive plant species treatments, might also indirectly influence the distribution and/or abundance of large-diameter standing snags. However, the impacts related to these other activities are expected to be site-specific in nature and are likely to only impact

BLM_0032030

very small numbers of snags in very limited areas. For this reason, they are unlikely to result in impacts to population sustainability of snag-dependent birds across the planning area. Effects from these other program areas are expected to be so small and site-specific that they would not cause detectible changes in abundance or distribution of snag-dependent birds across the planning area.

Travel management, timber, and oil and gas projects that could develop new access or substantially improve existing access to areas that currently have higher densities of large-diameter standing snags (including riparian areas and ridge tops) may indirectly facilitate increased losses of snags to personal use firewood gathering. This potential impact would be likely to degrade habitat value for snag-dependent birds. Restricting on- and off-road motorized travel to designated routes across the SJNF and TRFO would likely protect existing snags, especially those large-diameter snags farther than 300 feet from roads, by reducing accessibility of snags that are farther than 300 feet from roads for personal use firewood harvesting. The SJNF is currently in the process of implementing USFS travel management regulations published in 2005. Under the 2005 travel management rule, motorized travel on NFS lands would be restricted to designated roads and motorized trails and cross-country motorized travel would generally be prohibited. This is expected to influence large areas, especially on the west side of the SJNF, that are currently open to cross-country motorized travel, and protect snags that are farther than 300 feet from roads from harvest for fuel wood by limiting cross-country motorized access.

Timber harvest and fire and fuels management projects are likely to result in the greatest potential for direct and indirect impacts to habitats for snag-dependent birds, compared to other agency program areas. Timber harvest may negatively impact snag-dependent birds by reducing snag densities through the removal of snags for safety of operations during timber harvest. However, standards and guidelines can reduce the potential for snag loss during timber harvesting activities. Standards and guidelines would be the same under all of the alternatives and are expected to protect and maintain large-diameter snags and increase recruitment of large-diameter replacement snags.

For snag-dependent birds associated with ponderosa pine habitats, warm-dry mixed conifer habitats, and spruce-fir habitats, Alternatives A, and B have similar projected timber program outputs. Alternative C has slightly less projected program outputs, and Alternative D has the most projected program outputs. For cool-moist mixed conifer habitats, Alternative C has the least projected program outputs, followed by Alternatives B, A, and D, respectively. For aspen-dominated habitats, Alternative C has the least projected program outputs, followed by Alternatives A, B, and D, respectively.

Prescribed burns are often used to treat understory hazardous fuel conditions and reduce slash following timber projects. Projected outputs for prescribed fire projects are expected to be similar across all alternatives. Prescribed fire is frequently used as a follow-up treatment in ponderosa pine and warm-dry mixed conifer stands, and often results in the loss of soft snags from flying embers catching in the crowns of large-diameter standing snags. Conversely, prescribed fire can also create new snags when burn intensities are high. However, because large-diameter trees (greater than 16 inches dbh) are less susceptible than small-diameter trees to being killed by prescribed fires conducted under normal burn parameters, most snags created by agency prescribed fires are too small to provide high-quality habitat for cavity-nesting birds. The small snags that are often created by prescribed fire are usually much smaller in diameter than the soft snags that are often lost during the burn, and therefore the net habitat value for snag and cavity-dependent birds generally declines following prescribed burns.

Fuel treatment project impacts to snag-dependent birds would depend primarily on maintaining and creating large-diameter ponderosa pine and Douglas-fir snags. Over the long term (more than 30 years), fuel treatment projects could result in higher rates of recruitment of large-diameter snags

BLM_0032031

because LRMP standards, guidelines, and desired conditions would favor the retention of large-diameter snag replacement trees and the restoration of ecosystem function (including disturbance processes, such as natural fire). Because there is little difference between the alternatives in the projected output acreage of fuel treatment projects, there may be little difference between the alternatives in potential program impacts to snag-dependent birds from fuel treatment projects.

Most fluid minerals development would likely occur in the ponderosa pine, pinyon-juniper, and warm-dry mixed conifer habitat types. Fluid minerals development may slightly reduce habitat quality for snag-dependent birds during the life of the LRMP, but the level of impact is expected to be minor to moderate, and the scale of impacts is expected to be localized and very small, depending upon habitat type, past management history, and degree of public access, both before and after project development.

Each alternative would have activities and activity objectives that could negatively impact snags used by cavity-nesting birds. Generally, Alternative A would have the greatest potential to reduce snag density and distribution. This is mainly due to Alternative A providing the largest acreage open to cross-country motor vehicle travel and opportunity areas where the transportation system could expand. Alternative C would have the least number of projected program outputs that could reduce snag density and distribution, followed by Alternatives B, then D, respectively. Implementation of LRMP components (as described above) designed to protect and maintain snag characteristics and distribution is expected to maintain sustainable populations of snag-dependent wildlife across the planning area under all alternatives.

**Raptors:** The potential impacts of LRMP alternatives in relation to raptors would be primarily associated with disturbance and/or habitat modification at or near nest sites or winter roost sites. Habitat modification could involve substantial changes to forest structural characteristics in important hunting habitats, structural improvements within close proximity to historically used nests when alternative nest options are unavailable, the loss of large standing snags that project above the surrounding forest canopy (super-canopy trees), along the forest edges that provide favored hunting perches, or the loss of atypical mature trees that provide sites for support of large and bulky stick nests. Under all LRMP alternatives, standards and guidelines would protect and maintain large-diameter snags, increase recruitment of replacement snags, improve hunting habitats by moving ecological conditions closer to those expected under HRV, and maintain and improve habitat conditions for the diversity of prey species that make up the diet of most raptor (e.g., recommendations of Reynolds et al. 1992). Examples of program areas that could result in modification of raptor habitats include travel management, timber resources, fire and fuels, recreation, lands, locatable minerals, and solid and fluid minerals.

Some raptor species are especially sensitive to disturbance and may suffer reduced productivity or abandon nests in response to human activity within close proximity (distances of 0.5 to 0.25 mile for many species) of nest sites during sensitive time periods. The degree of disturbance-related impacts would depend on the species of raptor affected, type of activity, and the timing and duration of the activity in relation to raptor reproductive status. Raptor response to disturbance can be modified (positively or negatively) by site-specific conditions such as topographic screening, forest vegetation type and density, cliff structure, nature and duration of historic human activity patterns, and road and trail access.

Raptor nesting areas tend to be used regularly and predictably for many successive years. For this reason, conservation of raptor populations is often approached through the application of timing restrictions and buffer distances around known historic nesting sites to prevent those sites from becoming unusable due to excessive disturbance during key nesting seasons. The CPW developed

species-specific recommendations for timing restrictions and buffer distances around raptor nesting and winter roost sites (CPW 2008). These recommendations have been adopted by the SJNF and TRFO, with some minor changes due to local conditions and site-specific knowledge. With the application of project standards and guidelines, impacts related to management activities in project areas are expected to be limited in scope and small in scale, and therefore are not expected to cause detectible changes in raptor abundance or distribution across the planning area. LRMP direction includes fluid mineral leasing stipulations, Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors (CPW 2008), Management Recommendations for the Northern Goshawk in the Southwestern United States (Reynolds et al. 1992), Utah Field Office Guidelines for Raptor Protection from Human and Land Use Disturbances (Romin and Muck 2002), and the most recent recovery plan for the Mexican Spotted Owl (USFWS 1995, 2012c).

Impacts to habitats for raptor species are expected to be similar across all LRMP alternatives for those program areas that have similar expected annual outputs, such as fire and fuels treatments. In general, the impacts of LRMP implementation are likely to be greatest under Alternative D because this alternative projects the greatest number of program outputs that could change habitat components for raptors. Alternative A may have a similar magnitude of impacts to Alternative D due to disturbances from having the largest area open to cross-country motor vehicle use and the largest areas of suitability where the transportation system could expand. Alternative B would have fewer outputs associated with impacts, compared to Alternatives D and A, and Alternative C would have the least outputs and therefore would be expected to have the least potential for impacts to habitats for raptor species. Effective application of LRMP components (as described above) is expected to sustain raptor populations well distributed across the planning area under each of the alternatives.

<u>Wildlife Issues Related to Migratory Birds</u>

**Impacts Related to Disturbance and Habitat Effectiveness:** To address the migratory bird management challenges discussed under Section 3.3.2 above, LRMP direction (desired conditions, objectives, standards, and guidelines; see Volume II, LRMP, Table 2.3.2) was developed to maintain or improve habitat conditions around raptor focal sites, including historically used platform nests, cliff complexes, and winter roost tree stands. Because LRMP direction does not vary by alternative, projects would be required to consider impacts to historically used raptor focal sites, regardless of the selected LRMP alternative.

A variety of LRMP implementation activities could occur in close proximity to raptor focal sites on the SJNF and TRFO, including vegetation management (fuels reduction projects and timber harvest) activities, developed and dispersed recreation (motorized and non-motorized) activities, habitat improvement activities, livestock grazing, minerals development activities, permitted outfitter and guide operations, special use permits for access to interspersed private lands, and utility ROWs. All of these activities are expected to continue, to varying extents, under all alternatives under the new LRMP.

Acres of federal minerals available for leasing are fairly similar across Alternatives A, B, and D, which open the largest amounts of federal minerals to leasing. Alternative C opens substantially fewer amounts of federal minerals to leasing than Alternatives A, B, or D. For timber harvest activities, Alternative C proposes the fewest acres of timber harvest, followed by Alternatives A and B, which project the same acres of timber harvest, then by Alternative D, which projects the most timber harvest activities. Timber harvest activities may cause temporary impacts to individual raptors and adverse impacts to nests and foraging cover, as well as disturbance in harvest activity areas. Restoration treatment, however, may be beneficial in the mid- to long term (5–10 years) by improving habitat conditions for prey species, thereby improving raptor foraging conditions. For fuels treatments

BLM_0032033

(mechanical and prescribed fire), there is little difference between the LRMP alternatives in projected activity outputs. Temporary impacts to individual raptors may occur during project implementation, more so for mechanical projects than prescribed fire projects, but long-term effects on raptor foraging habitats are expected to be primarily beneficial through the improvement of prey habitats. For motorized recreation, the acreage identified as suitable for motorized travel on NFS lands and limited for BLM land would be the greatest under Alternative D, slightly less for Alternative B, followed by Alternative A, and the least under Alternative C. The acreage identified as suitable opportunity on NFS lands or open areas on BLM lands would be greatest under Alternative A, substantially less under Alternative D, followed by Alternative B, and the least under Alternative C. Alternative B, C, and D would limit motorized travel to designated routes, substantially reducing the area on the SJNF and TRFO where there is potential for disturbance to raptor nests and winter roost sites. The projected activity levels of permitted outfitter and guide operations, special use permits for access to interspersed private lands, and utility ROWs are not expected to vary by LRMP alternative. All are expected to continue under LRMP implementation.

For all alternatives and actions across the SJNF and TRFO, Alternative C has the greatest potential to maintain habitat effectiveness at and near historic raptor nest and winter roost sites, followed by Alternatives B, D, and A, respectively. As stated above, effective application of LRMP components is expected to sustain raptor populations across the planning area under all alternatives.

**Impacts Related to Increasing Mature and Old Growth Ponderosa Pine and Warm-dry Mixed Conifer Forests:** Ponderosa pine and warm-dry mixed conifer forests on the SJNF and TRFO are thought to differ substantially from HRV conditions in terms of vegetation stand structure and fire frequency. In particular, ponderosa pine and warm-dry mixed conifer forests have substantially fewer acres in old growth and in the old growth development stage than would be expected under HRV. A goal of LRMP direction is to restore fire-adapted ecosystems to conditions more similar to those found under HRV and to better incorporate disturbance processes from which HRV conditions developed. For wildlife species associated with and/or dependent upon the habitat structural attributes and forest conditions most commonly found in old growth and old growth development stages, there is less habitat availability and capability today than would be expected under HRV conditions. Increasing the abundance and distribution of these stands, as well as increasing the role of historic disturbance processes in stand-level dynamics, is expected to move ponderosa pine and warm-dry mixed conifer forests towards conditions more similar to those expected under HRV. This is expected to improve and expand the amount and capability of habitats for wildlife species, including many bird species, associated with characteristics more commonly found in old growth and old growth development stages of ponderosa pine and warm-dry mixed-confer forests.

LRMP implementation activities most likely to influence stand conditions in ponderosa pine and warm-dry mixed conifer forests are oil and gas development, fuels treatments (mechanical and prescribed fire), and timber management activities. Acres of federal minerals available for leasing are fairly similar across Alternatives A, B, and D. Alternatives A, B, and D open the largest amounts of federal minerals to leasing. Alternative C opens substantially fewer amounts of federal minerals to leasing than Alternatives A, B, or D. Under the No Leasing Alternative, development would be limited to existing leases within the planning area. For timber harvest, Alternative C projects the fewest acres of timber harvest in ponderosa pine and warm-dry mixed conifer forests, followed by Alternatives A and B which project the same acres of timber harvest, followed by Alternative D, which projects the most timber harvest in ponderosa pine and warm-dry mixed conifer forests. For fuels treatments (mechanical and prescribed fire), there are no differences between the LRMP alternatives in projected activity outputs in ponderosa pine and warm-dry mixed conifer forests. Timber harvest activities may cause some temporary impacts to wildlife individuals in harvest activity areas, but

BLM_0032034

restoration treatments are expected to be beneficial in the mid- to long term (5–10 years). Because Alternative D projects the most acres of restoration harvest in ponderosa pine and warm-dry mixed conifer forests, Alternative D could result in the most rapid movement towards conditions expected under HRV, compared to Alternatives A, B, and C. Conversely, Alternative C could result in the greatest long-term movement towards HRV conditions because this alternative proposes the greatest acreage within protected areas (RNAs and old growth recruitment areas for the USFS, ACECs for the BLM), followed by Alternatives B, D, and A, respectively.

Within the LRMP, direction (desired conditions, objectives, standards and guidelines) designed to maintain or enhance conditions most commonly found in old growth and old growth development stages would be the same across all alternatives. For this reason, LRMP implementation under all alternatives is expected to move conditions in ponderosa pine and warm-dry mixed-confer forests closer to those expected under HRV, thereby improving habitat capability for resident and migratory bird species associated with and/or dependent upon the habitat structural attributes most commonly found in old growth and old growth development stages.

**Impacts Related to Maintaining or Improving Riparian Areas, Wetlands, Springs, and Seeps:** A wildlife management challenge is to maintain or improve habitat capability for wildlife species closely associated with riparian areas, wetlands, and spring and seep habitats. Although small in extent, riparian areas, wetlands, and spring and seep habitats represent very important ecological components of the SJNF and their importance as habitats for migratory birds far exceeds the relatively small area these water-dependent features occupy on the landscape. In response to this management challenge and wildlife habitat improvement opportunity, standards and guidelines were developed in several areas of the LRMP to provide for maintaining and improving water quantity, water quality, and hydrologic function of surface water and associated water-dependent features.

LRMP implementation activities most likely to affect riparian areas, wetlands, and spring and seep habitats include timber harvest, mechanical fuels treatments, oil and gas development, livestock grazing, recreation, and minerals development. The degree of impact from management activities would likely depend on the size, timing, frequency, and duration of the activity, as well as mitigation measures applied at project implementation. The degree of impact from management activities would also likely depend on the elevation and location of the water-dependent feature because a larger proportion of these features at higher elevations on the SJNF and TRFO are located in protected areas such as wilderness and wilderness study areas, compared to water-dependent features located at lower elevations. For this reason, LRMP implementation activities are less likely to affect habitat capability for bird species that are closely associated with water-dependent features located at higher elevations, as compared to bird species associated with riparian and water-dependent features at lower elevations.

Indirect impacts from timber harvest and mechanical fuels treatment activities to habitat capability for bird species closely associated with riparian areas, wetlands, and spring and seep habitats could occur under all LRMP alternatives, but direct project activities are less likely to occur within the features themselves because of protective standards and guidelines. Impacts would most likely occur in surrounding upland areas, with indirect effects to bird species and habitat capability. Alternative C projects the fewest acres of timber harvest activities, followed by Alternatives A and B which project nearly the same acres of timber harvest, followed by Alternative D which projects the most timber harvest activities. For mechanical fuels treatments, Alternative D projects the most activities, with the same level of activity projected under Alternatives A, B, and C. There are no differences between the LRMP alternatives in projected activity outputs for prescribed fire activities.

BLM_0032035

Impacts from solid minerals development to bird species associated with riparian areas, wetlands, and spring and seep habitats would be similar under all alternatives because the projected activity levels would be similar under all alternatives. Impacts from fluid minerals development would occur to some extent under all alternatives. Acres of federal minerals available for leasing are fairly similar across Alternatives A, B, and D. Alternative C opens substantially fewer amounts of federal minerals to leasing than Alternatives A, B, or D. Under the No Leasing Alternative, development would be limited to existing leases within the planning area. Because Alternative A projects the most acres of disturbance on leased and unleased lands it has the greatest potential for impacts to bird habitats associated with water-dependent features, followed by Alternatives D, B, and C, respectively. Alternatives A, B, and C offer the greatest protection to water-dependent features because more stipulations that apply are NSO. Alternative D offers the least protection to water-dependent features because more stipulations that apply are CSU.

The potential for impacts from livestock grazing activities to bird species associated with riparian areas, wetlands, and spring and seep habitats would be greatest under Alternative D because it proposes the most acres as suitable for livestock grazing, followed by Alternatives A and B, which propose relatively similar acres as suitable for grazing, then Alternative C, which proposes the least acres as suitable for livestock grazing. Under Alternative D, livestock management may need to be more intensive and may require more investments in range improvements (including fencing, vegetation manipulation, and water developments) to avoid or otherwise mitigate potential impacts to resources such as riparian areas, wetlands, and spring and seep habitats. Alternative C would provide the most opportunity to remedy livestock grazing conflicts with other resources, because livestock grazing would occur on fewer acres and stocking rates would be lower than under any other alternative.

For motorized travel, Alternative A would have the greatest potential for impacts to bird species associated with riparian areas, wetlands, and spring and seep habitats because it is the only alternative that would allow cross-country motorized travel off of designated routes. Alternatives B, C, and D would restrict motorized travel to designated routes. The acreage identified as suitable for motorized travel on NFS lands and limited for BLM land would be greatest under Alternative D, slightly less for Alternative B, followed by Alternative A, and the least under Alternative C. The acreage identified as suitable-opportunity on NFS lands or open areas on BLM lands would be greatest under Alternative A, substantially less under Alternative D, followed by Alternative B, and the least under Alternative C. Assuming that LRMP alternatives providing the greatest opportunities for motorized routes could also have the greatest potential for motorized travel impacts to riparian areas, wetlands, and spring and seep habitats, then the greatest potential for impacts to water-dependent features could occur under Alternative A, followed by Alternatives D, B, and C, respectively.

## Invertebrates

**Impacts Related to Influential Program Areas:** The primary invertebrate species of conservation concern within the planning area include the Uncompahgre fritillary butterfly and the Nokomis fritillary butterfly (also known as the Great Basin silverspot butterfly). The Uncompahgre fritillary butterfly is a federally endangered species that occurs in select high alpine habitats and is only known to occur in one small site within the planning area. Other small potential Uncompahgre fritillary butterfly habitat areas may exist in the planning area but, after at least 9 years of intensive inventory, no additional suitable sites have been found. Additional discussions about effects to Uncompahgre fritillary butterfly and its habitat are found below under the Threatened and Endangered Terrestrial Wildlife Species section.

BLM_0032036

Other than possible illegal collections, there are few activities that would potentially impact Uncompahgre fritillary butterfly colonies or their habitats under any of the alternatives. Standards and guidelines, including other referenced guidance such as the species' recovery plans provide direction that is expected to minimize and mitigate potential impacts to Uncompahgre fritillary butterfly populations from program implementation. These standards and guidelines would be the same under all of the alternatives and would ensure that Uncompahgre fritillary butterfly habitats would be maintained in the planning area.

The Nokomis fritillary butterfly is a distinct species in the genus *Speyeria* that has been documented as occurring within the planning area. It is primarily associated with moist meadows and riparian areas where its host plant—northern bog violet—is available on which to lay eggs. The eggs over-winter prior to the next development stage, with flight generally occurring from late July through mid-September. Nectar sources primarily involve thistle species.

Potential impacts on the Nokomis fritillary butterfly related to LRMP implementation are expected to be similar to those described previously for fish and amphibians. Project activities that may impact riparian areas, springs/seeps, and streamside zones are especially important. This is because these areas provide habitat for the host plant and for the development of young butterflies and eggs. Potentially influential program areas include livestock grazing, travel management, timber resources, fire and fuels, and solid and fluid minerals. Programs such as watershed/fisheries improvements and invasive plant species treatments may also pose short-term risks of impact, while at the same time offering potential long-term habitat improvement benefits.

All alternatives have the potential to influence habitat conditions for the Nokomis fritillary butterfly. The alternatives that project greater potential for ground-disturbing activity in or near riparian areas that could support northern bog violet could be expected to have a greater potential for impact to this species. As described above in the wildlife issue section related to maintaining or improving conditions of riparian areas, wetlands, springs, and seeps for birds, LRMP components are intended to reduce potential impacts and sustain ecological conditions of water-dependent features. These LRMP components would allow for the formulation and implementation of mitigation, contract stipulations, and/or other conservation measures for the benefit of species associated with water-dependent features such as the Nokomis fritillary butterfly on a site-specific basis.

As described above in the wildlife issue section related to maintaining or improving conditions of riparian areas, wetlands, springs and seeps for birds, LRMP implementation activities most likely to affect habitats for the Nokomis fritillary butterfly include timber harvest, mechanical fuels treatments, oil and gas development, livestock grazing, recreation, and minerals development. The degree of impact from management activities would likely depend on the size, timing, frequency, and duration of the activity, as well as mitigation measures applied at project implementation.

Indirect impacts from timber harvest and mechanical fuels treatment activities to habitat capability for Nokomis fritillary butterfly could occur under all LRMP alternatives, but direct project activities are less likely to occur within water-dependent features themselves because of LRMP design components. Impacts would most likely occur in surrounding upland areas, with indirect effects to the butterfly's host plant and habitat capability. Alternative C projects the fewest acres of timber harvest activities, followed by Alternatives A and B, which project nearly the same acres of timber harvest, followed by Alternative D, which projects the most timber harvest activities. For mechanical fuels treatments, Alternative D projects the most activities, with the same level of activity projected under Alternatives A, B, and C. There are no differences between the LRMP alternatives in projected activity outputs for prescribed fire activities.

BLM_0032037

Impacts from solid minerals development to Nokomis fritillary butterfly habitat would be similar under all alternatives because the projected activity levels would be similar under all alternatives. Impacts from fluid mineral development would occur to some extent under all alternatives. Acres of federal minerals available for leasing are fairly similar across Alternatives A, B, and D. Alternative C opens substantially fewer amounts of federal minerals to leasing than Alternatives A, B, or D. Under the No Leasing Alternative, development would be limited to existing leases within the planning area. Because Alternative A projects the most acres of disturbance on leased and unleased lands it has the greatest potential for impacts to butterfly habitats and water-dependent features, followed by Alternatives D, B, and C, respectively. Alternatives A, B, and C offer the greatest protection to water-dependent features because more stipulations that apply are NSO. Alternative D offers the least protection to water-dependent features because more stipulations that apply are CSU.

The potential for impacts from livestock grazing activities to Nokomis fritillary butterfly habitat would be greatest under Alternative D because it proposes the most acres as suitable for livestock grazing, followed by Alternatives A and B, which propose relatively similar acres as suitable for grazing, then Alternative C, which proposes the least acres as suitable for livestock grazing. Under Alternative D, livestock management may need to be more intensive and may require more investments in range improvements (including fencing, vegetation manipulation, and water developments) to avoid or otherwise mitigate potential impacts to resources such as riparian areas, wetlands, and spring and seep habitats. Alternative C would provide the most opportunity to remedy livestock grazing conflicts with other resources, because livestock grazing would occur on fewer acres and stocking rates would be the lower than under any other alternative.

For motorized travel, Alternative A would have the greatest potential for impacts to Nokomis fritillary butterfly habitat because it is the only alternative that would allow cross-country motorized travel off of designated routes. Alternatives B, C, and D would restrict motorized travel to designated routes. The acreage identified as suitable for motorized travel on NFS lands and limited for BLM land would be greatest under Alternative D, slightly less for Alternative B, followed by Alternative A, and the least under Alternative C. The acreage identified as suitable-opportunity on NFS lands or open areas on BLM lands would be greatest under Alternative A, substantially less under Alternative D, followed by Alternative B, and the least under Alternative C. Assuming that LRMP alternatives providing the greatest opportunities for motorized routes could also have the greatest potential for motorized travel impacts to riparian areas, wetlands, and spring and seep habitats, then the greatest potential for impacts to water-dependent features could occur under Alternative A, followed by Alternatives D, B, and C, respectively.

## Mammals

**Impacts Related to Influential Program Areas:** The vast differences in life history and habitat requirements among the mammal species that inhabit the SJNF and TRFO suggest that mammal species may be influenced by management actions and/or by human activities in widely differing ways and to different extents. A variety of impacts that could vary greatly in intensity are expected during LRMP implementation, resulting in widely varying potential impacts on the mammal group as a whole. Influences from resource programs would vary depending on many factors such as project location and proximity to important habitat components, timing of project implementation in relation to important life history functions, duration of project implementation, and degree to which key habitat attributes for mammal species are affected by the Proposed Action. The anticipated direct and indirect effects from LRMP alternatives on big game, fur bearers and carnivores, bats, and other mammal species are summarized below.

BLM_0032038

Program areas that may have the greatest potential influence on most members of the mammal group include livestock grazing, timber, fire and fuels, recreation, lands and special uses, and fluid minerals (see Sections 3.7, 3.9, 3.11, 3.14, 3.18, and 3.19). Other program areas such as watershed/fisheries, invasive plant species management, and wildlife habitat improvement projects may also influence mammals at smaller and more local scales. Wildlife habitat improvement projects anticipate completing some terrestrial habitat improvements each year, depending on the selected alternative. This may influence some mammal species, depending on the type of habitat and habitat targeted. Depending on location and timing, all of these habitat improvement programs may result in potential short-term impacts, but are expected to also have long-term habitat improvement benefits.

Activities implemented by the timber, fire, and fuels programs would result in both positive and negative effects to mammals depending on scale, location, treatment method, treatment period, and other factors. The primary goal of these programs is to conduct vegetation treatment to achieve a variety of resource objectives. Treatments generally involve the use of mechanical equipment that manipulates vegetation structure and species composition. Mammals and other wildlife species respond to changes in vegetation structure and species composition, as well as human disturbance associated with these actions. The degree to which these actions affect habitat capability and mammal populations depends on the effects treatments have on preferred habitats used for foraging, breeding, and security. Many carnivores and furbearers are wide-ranging species that utilize topographic features and vegetative conditions as habitat and movement corridors, and therefore can be influenced by timber management and other programs that impact landscape connectivity through changes in vegetation structure and composition. Use of LRMP components and referenced documents and manuals should ensure that all three programs are capable of providing substantial short- and long-term benefits to some mammal species, such as big game animals, through projects that restore habitat quality and increase the quantity within high-use habitat areas.

Some fuel reduction projects, controlled burns, and timber projects are expected to have minor short-term (less than 5 years) negative effects from disturbance, but also result in long-term overall improvement in wildlife forage capacity, resulting in long-term improvement in habitat conditions for big game animals, especially those conducted on winter ranges and production areas. A potential negative effect of habitat improvement projects is loss of dense hiding cover located along motorized routes and in production areas, which could cause short- and long-term increases in human disturbance in proximity to designated routes within project areas, thereby increasing the exposure of animals to hunter harvest and potentially reducing use of those areas by big game animals (Montgomery et al. 2012).

Effects to mammals from lands/special uses and recreation programs are generally similar to other land management activities. Effects to habitat include loss of habitat important components through removal of vegetation and structural attributes such as snags and downed woody debris. Other potential effects to habitat include habitat modification (of vegetation, soil, or water) and pollution (habitats contaminated with foreign materials). Effects to species include exploitation (hunting, trapping, or collection) and disturbance that could be intentional (harassment) or unintentional (displacement). Other potential effects to species include collisions with motor vehicles and subsequent injury or mortality. The most influential impact to mammal species lands/special uses and recreation programs is activities associated with both programs to reducing habitat effectiveness through the indirect effects of human disturbance, causing individual animals to be displaced from preferred habitats to areas of lesser habitat capability or reduced security. The degree to which human disturbance affects mammals and other wildlife species is dependent on the type, intensity, and timing of human use/activity in relation to important animal life functions, and location of human activity in relation to key habitat attributes. The intensity of response by affected animals also

BLM_0032039

depends on the species in question and proximity to habitat available for dispersal when disturbances exceed the species' tolerance. In general, application of LRMP components, referenced guidance, and BMPs is expected to ensure that impacts to mammals from activities conducted by these program areas would be minor to moderate, limited in scale in relation to requisite habitats, and limited in duration to minimize impacts during times of important life functions.

Effects to mammals and their habitats from livestock grazing are primarily associated with or influenced by permitted livestock numbers and class, timing and duration of grazing, distribution of livestock, type of grazing system used, and operational techniques used to improve distribution and maintain or improve rangeland conditions. Grazing can influence mammal habitats by modifying plant biomass, species composition, and structural components such as vegetation height and cover used by mammal species for forage and/or cover. Other effects may include gradual reductions in the amount and quality of available forage. Forage competition between domestic livestock and ungulate big game species may influence the distribution and abundance of wildlife in some areas and in some seasons, such as during drought years. Invasive plant species such as noxious weeds may be introduced and expand into previously disturbed and undisturbed areas, affecting forage and cover for some mammal species. Operational effects may result from fence construction, water developments, and herding operations, which all have potential to affect movement and dispersal of mammals both positively and negatively. With proper design and installation, many of the operational strategies to manage livestock distribution can enhance habitat for mammals and other wildlife. Other potential beneficial effects associated with livestock grazing include improvement in plant vigor, thereby increasing forage quantity and quality for herbivorous and omnivorous mammals. Use of LRMP standards and guidelines and referenced documents and manuals should ensure proper rangeland management and minimal effects to mammals and terrestrial ecosystems.

Potential impacts to mammals from influential programs areas may be reduced, or increased, by the current trends associated with land ownership patterns and development of adjacent private lands. Presently, the human population is growing, and many ranches and other undeveloped private land that provided substantial amounts of wildlife security habitats are being developed into residential subdivisions, reducing their value to mammals and increasing the importance of adjacent federal lands to the long-term sustainability of mammal populations. Development of adjacent private lands would primarily impact big game animals that traditionally winter at lower elevations in a matrix of federal and private land ownerships; however, other mammal species may also experience impacts as other human activities (including from recreation, traffic, and infrastructure) also increase. Development of adjacent private lands has resulted in additional need for public lands to support big game populations on a limited amount of available winter range.

Within the planning area, the variability of mammal species types and habitats suggests that all alternatives have potential to affect mammal species. Effects are expected to be both negative and beneficial, depending on the species affected. As with other species groups, LRMP alternatives that emphasize more ground-disturbing activity in or near primary mammal habitat areas (such as production areas and limited winter ranges) would have a greater potential for impact to some mammal species or increase the intensity of impacts to some mammal species. The potential for influential impacts and disturbances would vary widely among mammal species. LRMP implementation activities that occur in close proximity to active breeding and young-rearing areas, and other important habitats such as winter ranges would be more likely to have impacts of greater intensity and on a wider variety of mammal species. Application of LRMP standards and guidelines and referenced documents and manuals during project design and implementation should ensure that the scale of impact is minimized and the intensity of effects is reduced to the extent possible. In general, the distribution of habitat components and habitat diversity across the planning area would

BLM_0032040

be guided by land capability and HRV. The habitats would vary somewhat in distribution, depending on output implementation under the alternatives. Implementation of LRMP components resulting in landscape linkage zone development, forest structural stage and canopy cover management, retention of snags and downed woody debris, and denning site protection would also benefit mammal species.

In summary, potential impacts to mammals are expected to be similar under all alternatives for some influential program areas because the outputs would be similar. For example, all alternatives contain direction for considering seasonal wildlife closures in important big game production and wintering areas, when necessary, to maintain habitat effectiveness for animals during important seasons. Existing winter closures of the BLM's Grandview Ridge and Animas City Mountain properties designed to maintain habitat effectiveness for wintering big game animals would remain under all alternatives. Closure implementation would not vary based on the alternative selected. Closures to public entry could be implemented at any time between December 1 and April 30, based on snow conditions and animal distribution, in consultation with CPW. Closures would be lifted based on snow conditions on north-facing slopes and the surrounding areas, presence of big game animals, and coordination with CPW. Conditions based closures are reactive to weather conditions and may not be implemented in time to provide adequate protection for wintering elk. However, mule deer and elk attempting to migrate prior to initiation of a closure could be displaced or experience repeated disturbance inside the high use recreation areas, such as Grandview Ridge and Animas Mountain. Displacement and disturbance could lead to reduced body condition due to less favorable habitat condition outside of preferred range.

The potential for impact, as well as the need for adjustment and monitoring of project effects to some mammal species and their habitat components, is likely to be greatest under Alternative D. Impacts to mammals is likely to be least under Alternative C and likely to be similar between Alternatives A and B. The differences would be due to the slight acreage increase in potential outputs under Alternative D in relation to the number of acres available for timber harvesting, the available livestock AUMs, fluid minerals development scenarios, and the substantial increase in acres suitable for summer motorized travel. Alternative D would also have a larger amount of land area available for active management activities that may, in turn, impact mammal habitats, movements, and human disturbance. Use of LRMP standards and guidelines and referenced documents and manuals should ensure that habitats are available sufficient to support CPW population objectives and management goals for big game and other game species.

<u>Wildlife Issues Related to Mammals</u>

**Impacts Related to Disturbance and Big Game Habitat Effectiveness:** Big game winter ranges and production areas are important habitats for maintaining big game populations on the SJNF and TRFO. Roads are one of the most pervasive impacts of human development on wildlife, and their greatest impact is the indirect effects of habitat fragmentation and avoidance by wildlife (Hebblewhite 2008; Lyon and Christensen 2002; Rowland et al. 2005). The presence of roads and trails open to motorized use has been shown to reduce habitat effectiveness for big game animals (Hebblewhite 2008; Lyon 1983; Priesler et al. 2006). Rowland et al. 2000; Rowland et al. 2005). Traffic on roads reduces wildlife habitat effectiveness by influencing animal distribution, habitat use, and survivorship (Rowland et al. 2005). OHV routes have been shown to have similar effects on elk to those of open roads (Priesler et al. 2006). Increased human activity, especially that associated with increased motorized access, impacts wildlife habitats, alters animal distribution patterns, and reduces wildlife habitat effectiveness. Managing the impacts of motorized access, and the impacts from the wide variety of human activities and disturbances facilitated by that access, on winter ranges and

BLM_0032041

production areas is important for maintaining long-term habitat capability for big game species on the SJNF and TRFO.

Effects of motorized access on wildlife can be more pronounced in limited wildlife habitat areas such as winter concentration and production areas where animals are more concentrated, are often in reduced body condition, and have fewer opportunities to move away from disturbance to more secure areas. Some studies have shown that other factors such as season of motorized use, amount of motorized use (i.e., traffic volume) and pattern of motorized use (i.e., time of day) are additional factors that can influence (increase or reduce) the degree of impact of motorized use on big game animals and their distribution throughout available habitat areas (Montgomery et al. 2012; Rowland et al. 2005;). Road closures and/or use limitations have been shown to reduce the impacts of roads and traffic on wildlife and minimize the negative impacts of human activities on wildlife habitat effectiveness (Cole et al. 1997; Montgomery et al. 2012; Priesler et al. 2006; Sawyer et al. 2009).

At present, the amount, distribution, capability, and effectiveness of big game winter range habitats on the SJNF and TRFO are believed to be sufficient to meet CPW's big game population objectives. There is growing concern, however, that if declines in big game habitat effectiveness continue, that some big game habitat areas may no longer be capable of supporting the number of animals sufficient to meet CPW's population objectives for some big game herds.

The density of motorized routes (roads and trails open to motorized vehicles) varies widely across the SJNF and TRFO, and also within designated big game production areas and winter ranges. Some portions of the planning area have extensive designated and user made (i.e., unauthorized) motorized routes within areas mapped by CPW as deer or elk winter ranges, while other portions of the planning area have limited motorized routes or have applied site-specific mitigations to designated routes for the purpose of maintaining wildlife habitat effectiveness during specific seasons of the year.

In the revised LRMP, planning components have been developed for both the SJNF and TRFO to consider the density of routes open to motorized use, especially when projects are proposed in winter range and production areas. LRMP direction would apply to all alternatives, and effective application of LRMP direction is expected to maintain wildlife habitat effectiveness within CPW mapped big game winter ranges and production areas. Analysis of the impacts of management actions on big game habitat would be evaluated at the project level in a separate but related process, travel management planning. Both the SJNF and TRFO have been conducting and would continue to conduct travel management planning for site-specific project areas. During travel management planning, site-specific detailed analyses are conducted of roads and motorized trails that would be designated as open, closed, or restricted through the application of site-specific mitigations (such as TL). Potential impacts to wildlife from the designation of individual motorized routes would be considered during this process as site-specific transportation plans are developed for local networks of designated motorized routes.

In big game winter range areas where motorized route densities currently exceed LRMP direction, and where additional roads or motorized trails are proposed, seasonal restrictions or other mitigation measures could be applied during project-level LRMP implementation, if needed, to maintain or improve wildlife habitat effectiveness. Site-specific analysis would determine whether individual routes caused concern for wildlife habitat effectiveness, and what, if any, mitigation options would be most appropriate for addressing those concerns.

In general, Alternative A would maintain current OHV and travel direction on USFS and BLM lands. Under current management, cross-country travel is allowed on most TRFO lands and some SJNF

BLM_0032042

lands. On TRFO lands under Alternative A, large areas in the Gypsum Valley and Disappointment Valley areas would remain open to cross-country motorized travel, and the system of unmanaged motorized routes could continue trending upward and therefore continue to cause reductions in big game habitat effectiveness in some areas. On NFS lands, motorized travel is limited to designated routes, except where specifically authorized or allowed by a travel management plan decision. The SJNF has completed travel management planning on more than half of its planning area, as well as closing cross-country motorized travel on the remainder of the SJNF through a special order. However, the system of designated motorized routes on the SJNF could experience some growth on the remaining portion of the SJNF that has not yet completed travel management planning, and therefore some additional reductions in big game habitat effectiveness are possible in those areas under Alternative A.

In general, Alternatives B, C, and D would provide greater protection to big game winter ranges and production areas than Alternative A by eliminating cross-country motorized use on both SJNF and TRFO lands, with the exception of 23 open acres on TRFO lands. Eliminating cross-country motorized travel and limiting motorized travel to a system of designated routes would substantially reduce the potential for disturbance to big game animals, compared to the potential for disturbance in areas of unrestricted cross-country travel. It is possible, however, that in areas where terrain or other physical features have naturally limited cross-country motorized travel, the designation of existing routes and creation of new designated routes, along with installation of signs and maintenance of designated routes, there is potential to increase use on advertised designated routes, thereby increasing the potential for disturbance to animals and reducing habitat effectiveness along those routes. Even with the potential for increased use along designated routes, the overall improvement in big game habitat effectiveness from prohibiting cross-country motorized travel would likely greatly exceed the negative effects of increased traffic volume along advertised designated routes.

The acreage identified as suitable for motorized travel on SJNF lands and limited on TRFO lands would be the greatest under Alternative D, slightly less for Alternative B, followed by Alternative A, and the least under Alternative C. The acreage identified as suitable-opportunity on SJNF lands and open areas on TRFO lands would be greatest under Alternative A, substantially less under Alternative D, followed by Alternative B, and the least under Alternative C. Alternatives A and D propose similar miles of road construction and reconstruction, more miles than under Alternatives B and C, and therefore would be less likely to maintain wildlife habitat effectiveness. Alternatives B and C would propose slightly fewer miles of road construction and reconstruction, and therefore would be more likely than Alternatives A and D to maintain wildlife habitat effectiveness. For all alternatives and actions across the SJNF and TRFO, Alternative C has the greatest potential to maintain big game habitat effectiveness, followed by Alternatives B, D, and A, respectively.

**Impacts Related to Physical Fragmentation of Key Wildlife Habitats:** LRMP implementation activities most likely to result in additional fragmentation of important wildlife habitats on the SJNF and TRFO are road construction, motorized trail and utility corridors, access ROWs, vegetation management projects, and mineral development. The capability of wildlife habitats that surround these project areas has declined due to past activities, and this trend is expected to continue for the foreseeable future and the duration of LRMP implementation. The potential for fragmentation impacts is expected to be greatest for wildlife habitats that are at lower elevations, adjacent to existing major highways and utility corridors, are in areas that are necessary to cross for infrastructure that connects communities across the SJNF and TRFO, and especially for habitats that are naturally limited in size by topography or vegetation such as winter ranges, parturition areas, and wildlife travel corridors.

BLM_0032043

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

The potential increase in habitat fragmentation (negative impacts) to existing wildlife habitats and the degree of impact from potential program outputs is likely to be minor to moderate impacts of short to moderate duration (less than 10 years) for program areas such as fire and fuels vegetation management projects. These projects may also have long-term positive impacts for some wildlife habitats, such as big game winter ranges and travel corridors. The degree of potential impact to wildlife habitats from program areas such as fluid minerals development, road construction and reconstruction, motorized trail and utility corridors, and access ROWs is likely to be of long duration (for the life of the LRMP) or permanent. These activities, however, are likely to represent only relatively small losses in total acreage of wildlife habitats but be of moderate or greater overall impact due to expected long-term indirect and cumulative impacts, especially where linear development corridors intersect limited wildlife habitats, such as winter ranges and travel corridors and riparian areas.

There are little differences between the alternatives in projected program outputs for mechanical fuels treatment and prescribed fire vegetation management projects. These project areas are expected to have both potentially positive (long-term) effects to wildlife habitat, such as improvements in big game forage capability, and negative (short-term) effects to wildlife habitats, such as temporary loss of vegetation structure, hiding cover, and human disturbance during project implementation.

For motorized travel suitability, potential for road construction and reconstruction, fluid minerals development, and suitable acres for timber production, Alternative C has the lowest projected potential program outputs and therefore would be expected to result in the lowest potential for additional fragmentation of existing wildlife habitats. Alternative B would have somewhat higher projected program outputs than Alternative C and therefore would be expected to result in a somewhat higher potential for fragmentation of existing wildlife habitats. Alternatives A and D are almost identical in potential projected program outputs, but would have the highest projected outputs and therefore would have the greatest potential for additional fragmentation of existing wildlife habitats, but there would be little difference between these alternatives in the relative degree of impact to wildlife habitats. Regardless of the alternative selected, use of LRMP standards and guidelines and referenced documents and manuals should ensure that habitats are available sufficient to support CPW population objectives and management goals for big game and other game species.

**Impacts Related to Improving the Amount (NFS lands) and Condition (BLM and NFS lands) of Sagebrush Shrubland Habitats:** A variety of LRMP components were developed to maintain or improve habitat conditions in sagebrush shrublands. Maintaining and improving habitat conditions in sagebrush shrublands is especially important in mule deer winter habitat areas mapped by CPW. Management direction is intended to maintain and improve ecological function of sagebrush shrublands thereby maintaining or improving habitat capability within important mule deer wintering areas.

Alternative C has the lowest projected potential program outputs and therefore would be expected to result in the lowest potential for additional impacts to existing sagebrush shrubland habitats. Alternative B would have somewhat higher projected program outputs than Alternative C and therefore would be expected to result in a somewhat higher potential for additional impacts to existing sagebrush shrubland habitats. Alternatives A and D are almost identical in potential projected program outputs and would have the highest projected outputs and therefore the greatest potential for additional potential impacts to existing sagebrush shrubland habitats and mule deer winter ranges. However, there would be little difference between Alternatives A and D in the relative degree of impact to sagebrush habitats and important mule deer winter range. Regardless of the alternative

154

selected, LRMP standards and guidelines and referenced documents and manuals such as those providing for the conservation of sagebrush habitats for Gunnison sage-grouse would ensure that sagebrush shrubland habitats remain available and well distributed across the planning area.

**Impacts Related to Maintaining or Improving Habitat Conditions and Movement Opportunities within Wildlife Travel Corridors:** A wildlife management challenge for the SJNF and TRFO is maintaining wildlife movement corridors, particularly for landscape connectivity for big game animals that must move between low-elevation wintering areas and generally higher-elevation summer areas. Maintaining movement opportunities across state and federal highways is very important and substantial numbers of deer and elk are killed each year attempting to cross highways. Roads constitute one of the greatest potential impacts to landscape connectivity and maintenance of biodiversity (Hebblewhite 2008). Deer and elk with migratory patterns connecting far removed summer and winter ranges have found busy highways in certain areas as obstacles to free movement with results that vary from high vehicle collision mortalities to totally impeding seasonal movements (Heffelfinger 2006). A management challenge for the SJNF and TRFO is to identify areas important for wildlife population connectivity and highway crossings, and to maintain or improve connectivity across human-made barriers to facilitate safe movement of animals along historical seasonal travel corridors.

A number of high use wildlife travel corridors have been identified on the SJNF and TRFO or in close proximity to lands managed by the SJNF and TRFO, primarily along the U.S. Highway 160 and 550 corridors (Johnson 2008; Southern Rockies Ecosystem Project 2006) and State Highway 141. Lands managed by the SJNF and TRFO that lie within and adjacent to the U.S. Highway 160 and 550 and State Highway 141 corridors in the identified areas have a variety of multiple use management activities occurring within them, including minerals development, fuels reduction projects (mechanical and prescribed fire), timber harvest projects, livestock grazing, and motorized recreation. All of these activities are proposed to continue, to varying extents, under the new LRMP.

Acres of federal minerals available for leasing are fairly similar across Alternatives A, B, and D. Alternatives A, B, and D open the largest amounts of federal minerals to leasing. Alternative C opens substantially fewer amounts of federal minerals to leasing than Alternatives A, B, or D. Under the No Leasing Alternative, development would be limited to existing leases within the planning area. For timber harvest in the ponderosa pine and mixed conifer forests that predominate the SJNF and TRFO along these highway sections, Alternative C proposes the fewest acres of timber harvest, followed by Alternatives A and B, which project the same acres of timber harvest, then Alternative D, which projects the most timber harvest. Timber harvest activities may cause some temporary impacts to wildlife individuals in harvest activity areas, but restoration treatments are expected to be beneficial in the mid- to long term (5–10 years). For fuels treatments (mechanical and prescribed fire), there is little difference between the LRMP alternatives in projected activity outputs in ponderosa pine and mixed conifer forests. Some temporary impacts to individual animals may occur during project implementation, but long-term effects on wildlife habitat are expected to be primarily beneficial through the improvement of forage capacity. For motorized recreation, the acreage identified as suitable for motorized travel on NFS lands and limited for BLM lands would be the greatest under Alternative D, slightly less for Alternative B, followed by Alternative A, and the least under Alternative C. The acreage identified as suitable-opportunity on NFS lands or open areas on BLM lands would be greatest under Alternative A, substantially less under Alternative D, followed by Alternative B, and the least under Alternative C. Because many of these highway sections are also designated by CPW as big game winter ranges, additional LRMP direction for maintaining habitat effectiveness designated winter ranges may also apply. For all alternatives and actions across the SJNF and TRFO, Alternative

BLM_0032045

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

C has the greatest potential to maintain wildlife movement corridors and landscape connectivity for big game animals, followed by Alternatives B, D, and A, respectively.

LRMP direction provides for maintaining or enhancing ecological conditions and habitat continuity near state and federal highways to provide for effective wildlife movement and connectivity within traditional use corridors. Because LRMP direction does not vary by alternative, projects would be required to consider impacts to wildlife corridors and wildlife habitat connectivity regardless of the selected LRMP alternative.

## Cumulative Impacts Related to Influential Program Areas on General Species Groups

Actions taken to implement any of the alternatives, along with historic, current, and foreseeable future activities undertaken by the SJNF and TRFO or other entities, may result in combined or cumulative impacts on terrestrial wildlife and wildlife species. However, potential impacts from all of the alternatives would be constrained by LRMP components and would be supported by laws, regulations, and policies.

Currently, the human population within and near the planning area is projected to grow substantially over the projected life of the LRMP. This trend is expected to result in increased fragmentation and loss of wildlife habitats on private lands that surround and occur within the planning area. The trend in human population growth is also expected to result in increased demand for goods and services from USFS and BLM lands in the planning area. These increases would place additional pressures on public lands to supply the amount and variety of habitats, and the seclusion needed by the variety of wildlife species that inhabit the planning area. LRMP components have been developed through consideration of these trends and influences. In general, application of LRMP standards and guidelines and referenced guidance and BMPs, is expected to ensure that cumulative impacts to wildlife habitats from projects carried out under LRMP implementation, regardless of the alternative selected, would be minor to moderate in degree of impact and limited in scale in relation to requisite habitats that exist in the planning area. For this reason, cumulative effects from LRMP implementation are not expected to result in detectible changes to species abundance or distribution across the planning area.

## Threatened and Endangered Terrestrial Wildlife Species

The four federally listed terrestrial wildlife species evaluated in the LRMP include Canada lynx, southwestern willow flycatcher, Mexican spotted owl, and Uncompahgre fritillary butterfly. Two additional species, North American wolverine and Gunnison sage-grouse, are proposed for listing under the ESA. Consultation for this planning process occurs with the USFWS through a BA (BLM 2013; USFS 2013). The USFS BA is contained in Volume III, Appendix J, and statements in this analysis are consistent with the BA. Formal consultation under Section 7 of the ESA for BLM lands is ongoing as of the publication of this FEIS, and the BLM BA will be published with the LRMP ROD. The ROD will include information to ensure that this FEIS analysis is consistent with the accepted BA by the USFWS. The FEIS and associated planning documents do not provide site or project-specific analysis of effects to individual listed species. Instead, they provide the guidance for planning and implementing projects to move the land base toward meeting and maintaining desired future conditions. Guidance is included for federally listed, proposed, and candidate species and their habitats. Much of the direction concerning these species is incorporated by reference from existing legislation, policy, agreements, recovery plans, and conservation plans. These documents, including species recovery plans are subject to change over time due to the incorporation of new scientific information. This would result in a better understanding of conservation measures to benefit the

156

species. The final approved LRMP is intended to be a dynamic document and would adopt the most recent versions of management direction agreed to with the USFWS for conservation of these species.

Terrestrial wildlife LRMP guidelines would be the same under all LRMP alternatives. These components would include mitigation, stipulation, and conservation measures. LRMP components for terrestrial wildlife are listed in Volume II, Section 2.3. For listed species, actions associated with implementing the selected alternative may impact a listed species and/or its habitat. LRMP components including mitigation, stipulation, and conservation measures for listed species are expected to conserve listed species regardless of the selected alternative. Separate site- and project-specific consultation with the USFWS would be undertaken during the NEPA process, as necessary, when projects are proposed for implementation under the LRMP.

<u>Canada Lynx</u>

Canada lynx was listed as a threatened species under the ESA in March 2000 for the DPS that occurs in the lower 48 contiguous United States. No recovery plan has been developed for the lynx, and a critical habitat designation in 2006 did not identify any critical habitat for lynx in the southern Rocky Mountains. Colorado was not included in the critical habitat designation because the conservation agreement between the USFS and USFWS, and agreement by the USFS to incorporate conservation measures from the LCAS (Ruediger et al. 2000). Canada lynx habitat on NFS lands in Colorado is managed in accordance with the SRLA (USFS 2008b), with modifications or additional direction that have been developed in consultation with the USFWS when/if such is developed. The SRLA contains management direction in the form of management objectives, standards, and guidelines that are intended to provide a consistent approach to conserve lynx and lynx habitat. Much of the management direction in the SRLA is based on management recommendations contained in the LCAS. Management of lynx habitat on BLM lands in Colorado is directed by conservation recommendations contained in the LCAS.

As detailed in the USFS BA (see Volume III, Appendix J), Canada lynx is native to Colorado but by the early 1970s was considered to be a rare resident, with most records concentrated in central Colorado. In 1999 the Colorado Division of Wildlife (now CPW) began an augmentation program, releasing a total of 218 lynx into the state through 2006.  Lynx continue to inhabit suitable high-elevation conifer forests (spruce-fir and cool-moist mixed conifer) from central Colorado south through the San Juan Mountains, and natural reproduction has been documented in many years. Lynx forage in forested stands with a high density of young, healthy trees or shrubs tall enough to protrude above the snow. These areas provide habitat for snowshoe hare, the lynx's primary prey. Lynx also forage in early successional stands with a substantial understory of shrubs and young conifers that provides forage and cover for snowshoe hare. Willow-riparian areas also provide year-round habitat for hares and thus is an important component of lynx habitat. Lynx denning habitat consists of mid-aged or mature and older forests with complex physical structure on the ground such as downed logs and trees or rocks and boulders.

Extensive amounts of suitable lynx habitats are well distributed across the SJNF and TRFO administrative units (see USFS BA, Volume III, Appendix J). Lynx are regularly detected on USFS and BLM lands in the planning area. CPW radio tracking data have shown that the planning area provides high quality year-round lynx habitat where natural reproduction has occurred. In total, six mapped linkage areas occur on the SJNF and TRFO (Inter-Agency Southern Rockies Lynx Project Decision Screens [USFS 2010a]).

BLM_0032047

LRMP standards and guidelines adopt management direction from the 2008 SRLA, guidance from the LCAS, and/or additional direction agreed upon with the USFWS. Adopting these management recommendations is expected to conserve habitats used by lynx in the planning area. The USFS BA (see Volume III, Appendix J) determined that with implementation of the SRLA management recommendations, and direction in the LRMP for conservation of riparian habitats, LRMP implementation "may affect and is likely to adversely affect" Canada lynx and lynx habitat. The primary reason for an adverse effect determination is due to direct and indirect effects associated with vegetation management and previously consulted on with the SRLA (USFS 2008b). Regardless of the alternative selected, LRMP components, including management recommendations contained in other referenced guidance, would continue to meet or exceed management considerations and recovery objectives associated with the lynx. The application of SRLA standards and guidelines is expected to reduce adverse effects to lynx, thereby maintaining the long-term persistence of the species across the SJNF.

LRMP components would continue to meet or exceed management considerations and recovery objectives associated with the lynx for habitat on BLM lands. The application of LCAS standards and guidelines are expected to reduce adverse effects to lynx, thereby maintaining the long-term persistence of the species. For these reasons, implementation of the LRMP "may affect and is not likely to adversely affect" Canada lynx and lynx habitat. Direct and indirect effects associated with LRMP implementation include habitat loss from recreational activities (development of facilities such as campgrounds, day use areas, trailhead parking areas, etc.) and livestock grazing management. LRMP implementation activities could also result in disturbance impacts to lynx, which are expected to be limited in scale and duration. LRMP implementation also has potential to increase snow compaction, increasing the potential for competition with other predators for food resources, and predation from competitors.

**Impacts Related to Influential Program Areas:** For timber harvest in the spruce-fir and cool-moist mixed conifer forests that comprise most lynx habitat in the planning area, Alternative C proposes the fewest acres of projected timber harvest activities, followed by Alternative B with substantially larger timber harvest activities, Alternative A, then Alternative D, which projects the most timber harvest activity. Under the most active LRMP alternative (Alternative D), projected timber harvest activities on NFS lands are very low, about 1% of suitable lynx habitat on NFS lands, and thus the degree of impact of projected timber harvest activities on overall lynx habitat conditions across the SJNF over the life of the LRMP is expected to be minor. Some timber treatments on SJNF lands could improve lynx denning, dispersal, and foraging habitat, while other treatments could have negative short-term impacts that render the habitat unsuitable on a temporary basis. Guidance contained in the 2008 SRLA Record of Decision (USFS and Colorado Department of Natural Resources 2008), and Implementation Guide (USFS and USFWS 2009), would apply to timber harvest activities on NFS lands under all alternatives. This guidance is expected to maintain lynx habitat capability on NFS lands regardless of which LRMP alternative is selected.

Management of lynx habitat on BLM lands is guided by the LCAS (Ruediger et al. 2000). This document provides direction to promote and maintain habitat conditions suitable for lynx persistence and movement. On BLM lands, timber harvest activities are projected to be about 1% of spruce-fir and cool-moist mixed conifer forests on the TRFO over the life of the LRMP under both Alternative A and Alternative B. Under Alternative C, timber harvest activity is projected to be less than 1% of these forests on BLM lands over the life of the LRMP; under Alternative D, harvest activities are projected to be about 4% of these forests over the life of the LRMP. Given the low rate of projected timber harvest activities on BLM lands, the degree of impact of projected timber harvest activities on overall lynx habitat conditions on BLM lands is expected to be minor over the life of the LRMP.

BLM_0032048

Fire managed for resource benefit could affect lynx habitat conditions across the planning area. The fire regime for spruce-fir forests during HRV conditions was dominated by infrequent, high-severity, stand-replacement fires driven by regional-scale climate associated with prolonged drought and high winds (Romme et al. 1997). Fire frequency was longer than 200 years. During the long periods between fires, chronic fine-scale disturbances (including insects, disease, avalanche, and wind) killed individual trees or small groups of trees (Veblen et al. 1991a). The current fire frequency regime of spruce-fir forests on the SJNF and TRFO is within the HRV (Romme et al. 2009). Under Alternative A, fire managed for resource benefit, including the occurrence of an infrequent high-severity event, could affect up to about 3% of lynx habitat on NFS lands and up to about 7% of lynx habitat on BLM lands under Alternatives B, C, and D.

Because of the unpredictable nature, low return frequency, and often higher severity of fire regimes typical of subalpine forests under HRV, effects of fires managed for resource benefit to lynx habitat conditions on the SJNF and TRFO are difficult to predict with reliability. Fires for resource benefit are expected to vary more by regional-scale climate and drought conditions, and vary less by management actions related to LRMP implementation activities.

For motorized recreation, the acreage identified as suitable for motorized travel on NFS lands and limited for BLM land would be the greatest under Alternative D, slightly less for Alternative B, followed by Alternative A, and the least under Alternative C. The acreage identified as suitable-opportunity on NFS lands or open areas on BLM lands would be greatest under Alternative A, substantially less under Alternative D, followed by Alternative B, and the least under Alternative C. For motorized travel over snow, Alternative A would maintain current management, while Alternative C would have the most emphasis on non-motorized recreation and therefore could be expected to have the least potential for increased or expanded extent of compacted snow areas in lynx habitats, especially in areas that are further removed from primary highway mountain passes. Alternative A would have the most emphasis on motorized recreation and could be expected to have the greatest potential for increased or expanded extent of compacted snow areas in lynx habitat, potentially reducing winter habitat capability for lynx in compacted snow areas. On both USFS and BLM lands, the alternative that would best maintain current winter habitat conditions for lynx, based on the amount of area not suitable for oversnow motorized travel, would be Alternative C, followed to a lesser extent by Alternative B, with Alternatives D and A being the least and very similar.

For recreation opportunities on the SJNF, MAs 1, 2, and 3 emphasize less intensive forms of recreation opportunities, less development of recreation infrastructure and facilities, and less intensive recreation emphasis, as compared to MAs 4, 5, 6, 7, and 8. Based on proposed land allocations within these two groups, Alternative C has substantially more area of the SJNF allocated to MAs 1, 2, and 3, followed by Alternatives B, D, and Alternative A, respectively. Given the focus of MAs 1, 2, and 3 on less intensive forms of recreation opportunities, it is reasonable to conclude that Alternative C has the least potential for recreation impacts to lynx habitat, followed by Alternatives B, D, and A, respectively. There is no difference among the alternatives in projected development of trails or other recreation opportunity infrastructure and thus no difference among the alternatives in projected potential for recreation infrastructure to impact lynx habitat on the SJNF. For recreation opportunities in designated wilderness, there is no difference among the alternatives in projected outputs for dispersed recreation, and therefore no difference between the alternatives in the potential for recreation activities to impact lynx habitat in wilderness on the SJNF.

The projected activity levels of permitted outfitter and guide operations, special use permits for access to interspersed private lands, and utility ROWs are not expected to vary by LRMP alternative. All of these activities are expected to continue under LRMP implementation. For all alternatives and

BLM_0032049

actions across the SJNF and TRFO, Alternative C is expected to have the greatest potential to maintain lynx habitat conditions, followed by Alternatives B, D, and A, respectively.

The potential for impacts from livestock grazing activities to lynx habitats would be greatest under Alternative D because it proposes the most acres as suitable for livestock grazing, followed by Alternatives A and B, which propose relatively similar acres as suitable for grazing, then Alternative C, which proposes the least acres as suitable for livestock grazing. Under Alternative D, livestock management may need to be more intensive and may require more investments in range improvements (including fencing, vegetation manipulation, and water developments) to avoid or otherwise mitigate potential impacts to resources such as high-elevation riparian areas that provide an important component of year-round lynx habitat. Alternative C would provide the most opportunity to remedy livestock grazing conflicts with other resources because livestock grazing would occur on fewer acres and stocking rates would be lower than under any other alternative.

Mexican Spotted Owl

In 1993, the USFWS listed the Mexican spotted owl as threatened under the ESA. Critical habitat for the Mexican spotted owl was designated in 2004 on federal lands in Arizona, Colorado, New Mexico, and Utah. No critical habitat was designated on the SJNF or TRFO. Despite extensive surveys on the SJNF and TRFO, only three verified individuals and one probable detection of a single individual has occurred in the planning area, all in the southeast portion of the SJNF. All four detections were within steep canyons containing mature mixed conifer vegetation. These detections may represent dispersing or migratory individuals (see the USFS BA, Volume III, Appendix J). The occurrence of Mexican spotted owl in the planning area appears to be incidental and uncommon, and apparently suitable habitat remains unoccupied. No protected activity centers have been identified in the planning area. The USFS BA (see Volume III, Appendix J) reported that most of the existing Mexican spotted owl habitat on the SJNF is located in protected areas, which include the Chimney Rock National Monument, CRAs, designated wilderness, the Piedra Area, or RNAs. There are 91 miles of apparently suitable canyon habitat on the TRFO, primarily in remote canyons associated with the Dolores River drainage.

LRMP standards and guidelines adopt management recommendations from the 2012 Mexican Spotted Owl Recovery Plan (USFWS 2012c), with modifications or additional direction that has been developed in consultation with the USFWS when/if such is developed. Adopting these relevant findings would further management and conservation of habitats potentially used by Mexican spotted owl in the planning area. The USFS (see Volume III, Appendix J) determined that with implementation of the Mexican Spotted Owl Recovery Plan and direction in the LRMP, implementation "may affect, but is not likely to adversely affect" the Mexican spotted owl or its habitats. These determinations were based on LRMP components, including mitigation and conservation measures from additional referenced guidance including the Mexican Spotted Owl Recovery Plan (USFWS 2012c), and/or direction agreed to with the USFWS, and would continue to meet or exceed management considerations of the Mexican Spotted Owl Recovery Plan. In addition, the LRMP's increased emphasis on restoration activities within ponderosa pine and warm-dry mixed conifer systems is expected to improve ecological function in these forests, thereby improving habitat conditions for the Mexican spotted owl over the long-term. The BLM BA and formal consultation under Section 7 of the ESA is ongoing as of the publication of this FEIS. However, given that the same mitigation measures and plan components will be applied on BLM lands, it is anticipated that the will have the same determination as the USFS BA for Mexican spotted owl. Any changes from the USFWS would be disclosed with the BLM ROD.

BLM_0032050

**Impacts Related to Influential Program Areas:** The USFS BA determined that few management activities have occurred in Mexican spotted owl habitats on the respective administrative units (the same determination is anticipated in the BLM BA). The primary potentially influential LRMP implementation program areas for Mexican spotted owl habitat are fuels treatments and livestock grazing activities on USFS and BLM lands, and minerals development on BLM lands. For fuels treatments (mechanical and prescribed fire), there is little difference between the LRMP alternatives in projected activity outputs in ponderosa pine and mixed conifer forests. Some temporary impacts to individual owls could occur during project implementation, but long-term effects on habitat conditions are expected to be primarily beneficial through moving forest conditions more closely to those that resemble HRV conditions. Within the LRMP, direction (desired conditions, objectives, standards, and guidelines) designed to maintain or enhance conditions most commonly found in old growth and old growth development stages would be the same across all alternatives. For this reason, LRMP implementation under all alternatives is expected to move conditions in ponderosa pine and warm-dry mixed-confer forests closer to those expected under HRV, thereby improving habitat capability for the Mexican spotted owl.

Grazing by domestic livestock is limited in the planning area because of an overall lack of preferred grass-forb forage in the typically closed canopy, steep sloped, mixed conifer habitats preferred by the Mexican spotted owl. The potential for impacts from livestock grazing activities to Mexican spotted owl habitats would be greatest under Alternative D because it proposes the most acres as suitable for livestock grazing, followed by Alternatives A and B, which propose relatively similar acres as suitable for grazing, then Alternative C, which proposes the least acres as suitable for livestock grazing. Under Alternative D, livestock management may need to be more intensive and may require more investments in range improvements (including fencing, vegetation manipulation, and water developments) to avoid or otherwise mitigate potential impacts to resources such as riparian areas. Alternative C would provide the most opportunity to remedy livestock grazing impacts because livestock grazing would occur on fewer acres and stocking rates would be lower than under any other alternative.

For minerals development on BLM land, uranium mining is the most prevalent activity in Mexican spotted owl habitat, and activities are limited. There is one active uranium mine. Many mining claims overlap Mexican spotted owl habitat; however, most activity is on the mesa tops above the canyons. Little or no active uranium mining occurs within the canyon walls. The abandoned mine program is active in Mexican spotted owl habitat. It is expected that on average five abandoned mines would be closed in Mexican spotted owl habitat annually for the life of the LRMP. Oil and gas operations adjacent to Mexican spotted owl habitat would have the potential to disturb individuals if activities were to take place during the nesting season. Impacts from mineral development would occur to some extent under all LRMP alternatives. Acres of federal minerals available for leasing are fairly similar across Alternatives A, B, and D. Alternative C opens substantially fewer amounts of federal minerals to leasing than Alternatives A, B, or D. Under the No Leasing Alternative, development would be limited to existing leases within the planning area. Because Alternative A projects the most acres of disturbance on leased and unleased lands it has the greatest potential for disturbance and other impacts to Mexican spotted owl and its habitats, followed by Alternatives D, B, and C, respectively.

<u>Southwestern Willow Flycatcher</u>

In March 1995, the southwestern willow flycatcher was listed as an endangered species under the ESA. A 2005 designation of critical habitat was recently revised (USFWS 2013e), but no critical habitat was identified on the SJNF or TRFO. The USFS BA (see Volume III, Appendix J) reported that

BLM_0032051

despite extensive surveys in apparently suitable habitat, only one site occupied by southwestern willow flycatcher has been detected in the planning area, on the eastern side of the SJNF at about 8,500 feet elevation. No southwestern willow flycatchers have been detected on the TRFO. There are no confirmed breeding populations on the SJNF or TRFO. The one site where the southwestern willow flycatcher has occurred on the SJNF has been occupied intermittently for at least 10 years by zero to four singing males, and as such the population is too small to detect a long-term trend. Much apparently suitable habitat occurs on the SJNF and TRFO, but remains unoccupied.

As reviewed in the USFS BA (see Volume III, Appendix J), the southwestern willow flycatcher breeds only in dense riparian vegetation near surface water or saturated soil. In Colorado, willow or other riparian habitat must be on average at least 5 feet high to be suitable for the southwestern willow flycatcher. Below 8,500 feet elevation, habitat patches as small as 0.25 acre (30 feet wide by 30 feet long by average 5 feet high) could support species occupancy (USFS 2012b; USFWS 2012d). Above 8,500 feet, however, a minimum patch size of 5 acres or greater is necessary to be considered suitable for southwestern willow flycatcher occupancy. Slow moving or standing surface water, or subsurface water, is nearly always found near breeding territories, but habitat occupancy cannot be ruled out if habitat of sufficient width exists near flowing streams (see the USFS BA, Volume III, Appendix J).

LRMP standards and guidelines adopt management recommendations from the 2002 Southwestern Willow Flycatcher Recovery Plan (USFWS 2002a), with modifications that have been developed in consultation with the USFWS to account for local conditions that differ from those described in the recovery plan (USFS 2012b; USFWS 2012d). Adopting these management recommendations with local modifications is expected to further management and conservation of habitats potentially used by the southwestern willow flycatcher in the planning area. The USFS BA (see Volume III, Appendix J) determined that with implementation of the Southwestern Willow Flycatcher Recovery Plan, site-specific modifications and/or direction agreed upon with the USFWS, and direction in the LRMP for conservation of riparian habitats, LRMP implementation "may affect, but is not likely to adversely affect" the southwestern willow flycatcher or habitats that could be used by the species.

**Impacts Related to Influential Program Areas:** Influential program areas that have the potential to affect habitat capability for the southwestern willow flycatcher include livestock grazing, recreation management, energy development, vegetation management, and travel management program areas, and is related to the potential of these program areas to affect willow-riparian systems that provide habitat for the southwestern willow flycatcher (USFS 2012b). The one known site on the SJNF intermittently occupied by the southwestern willow flycatcher is considered secure with a stable habitat trend (see the USFS BA, Volume III, Appendix J).

The potential for impacts from livestock grazing activities to southwestern willow flycatcher habitat, and riparian habitats in general, would be greatest under Alternative D because it proposes the most acres as suitable for livestock grazing, followed by Alternatives A and B, which propose relatively similar acres as suitable for grazing, then Alternative C, which proposes the least acres as suitable for livestock grazing. Under Alternative D, livestock management may need to be more intensive and may require more investments in range improvements (including fencing, vegetation manipulation, and water developments) to avoid or otherwise mitigate potential impacts to resources such as riparian areas. Alternative C would provide the most opportunity to remedy livestock grazing conflicts with other resources because livestock grazing would occur on fewer acres and stocking rates would be lower than under any other alternative.

For recreation opportunities on the SJNF, MAs 1, 2, and 3 emphasize less intensive forms of recreation opportunities, less development of recreation infrastructure and facilities, and less

BLM_0032052

intensive recreation emphasis, as compared to MAs 4, 5, 6, 7, and 8. Based on proposed land allocations within these two groups, Alternative C has substantially more area of the SJNF allocated to MAs 1, 2, and 3, followed by Alternatives B, D, and A, respectively. Given the focus of MAs 1, 2, and 3 on less intensive forms of recreation opportunities, it is reasonable to conclude that Alternative C has the least potential for recreation impacts to southwestern willow flycatcher habitat, followed by Alternatives B, D, and A, respectively. There is no difference among the alternatives in projected development of trails or other recreation opportunity infrastructure and thus no difference among the alternatives in projected potential for recreation infrastructure to impact southwestern willow flycatcher habitat on the SJNF. For recreation opportunities in designated wilderness, there is no difference among the alternatives in projected outputs for dispersed recreation, and therefore no difference between the alternatives in the potential for recreation activities to impact southwestern willow flycatcher habitat in wilderness on the SJNF.

Impacts from fluid mineral energy development would occur to some extent under all alternatives. Acres of federal minerals available for leasing are fairly similar across alternatives A, B, and D. Alternative C opens substantially fewer amounts of federal minerals to leasing than Alternatives A, B, or D. Under the No Leasing Alternative, development would be limited to existing leases within the planning area. Because Alternative A projects the most acres of disturbance on leased and unleased lands it has the greatest potential for impacts to southwestern willow flycatcher habitats, followed by Alternatives D, B, and C, respectively. Alternatives A, B, and C offer the greatest protection to riparian areas because more stipulations that apply are NSO. Alternative D offers the least protection to riparian areas because more stipulations that apply are CSU.

Direct impacts to southwestern willow flycatcher habitats from vegetation management projects are unlikely due to a variety of LRMP components that protect and maintain the ecological function of riparian areas and water-dependent features. Indirect impacts from timber harvest and mechanical fuels treatment activities to habitat capability for southwestern willow flycatcher could occur under all LRMP alternatives. Impacts would most likely occur in surrounding upland areas, with indirect effects to water quantity and quality that supports the willow-riparian systems on which southwestern willow flycatcher habitat depends. Alternative C projects the fewest acres of timber harvest activities, followed by Alternatives A and B, which project nearly the same acres of timber harvest, then Alternative D, which projects the most timber harvest activities. For mechanical fuels treatments, Alternative D projects the most activities, with the same level of activity projected under Alternatives A, B, and C. There are no differences between the LRMP alternatives in projected activity outputs for prescribed fire activities.

For motorized travel, Alternative A would have the greatest potential for impacts to southwestern willow flycatcher habitat because it is the only alternative that would allow cross-country motorized travel off of designated routes. Alternatives B, C, and D would restrict motorized travel to designated routes thereby reducing potential for impacts to southwestern willow flycatcher habitats. The acreage identified as suitable for motorized travel on NFS lands and limited for BLM lands would be greatest under Alternative D, slightly less for Alternative B, followed by Alternative A, and the least under Alternative C. The acreage identified as suitable-opportunity on NFS lands or open areas on BLM lands would be greatest under Alternative A, substantially less under Alternative D, followed by Alternative B, and the least under Alternative C. Assuming that LRMP alternatives providing the greatest opportunities for motorized routes could also have the greatest potential for motorized travel impacts to riparian areas, then the greatest potential for impacts to southwestern willow flycatcher habitat could occur under Alternative A, followed by Alternatives D, B, and C, respectively.

BLM_0032053

Uncompahgre Fritillary Butterfly

The Uncompahgre fritillary butterfly is listed as an endangered species under the ESA. One occupied colony is known to exist in the planning area, and primary habitat is found across a portion of the planning area. There are few management actions associated with LRMP alternatives that could be expected to result in impacts to Uncompahgre fritillary butterfly or its primary habitat. This is because the species is restricted to higher-elevation alpine habitats that are often inaccessible, and much of the primary habitat in the planning area is within designated wilderness or WSAs. In some locations, however, it is possible that recreational activities and/or livestock grazing may influence the species and/or its habitat. Butterfly collecting is still considered to be the primary threat to Uncompahgre fritillary butterfly existence (USFWS 1994a), and access to colony areas may increase the risk of illegal collection by butterfly enthusiasts. Management activities that occur in occupied Uncompahgre fritillary butterfly habitat may decrease the amount of larval and adult host/forage plants, and possibly result in the loss of some larval or adult individuals.

LRMP standards and guidelines adopt the Uncompahgre Fritillary Butterfly Recovery Plan (USFWS 1994), with modifications or additional direction that has been developed in consultation with the USFWS when/if such is developed, and the USFWS, BLM, and USFS interagency agreement to conserve the species. In addition, the LRMP would continue to participate in and adopt the relevant findings from the annual field report, as well as from the interagency recovery team. Adopting these relevant findings would further management and conservation of the species. The USFS BA determined that with implementation of the Uncompahgre Fritillary Butterfly Recovery Plan and direction in the LRMP, implementation "may affect, but is not likely to adversely affect" the Uncompahgre fritillary butterfly or its habitat. These determinations were based on LRMP components, including mitigation, and conservation measures from additional referenced guidance and/or guidance agreed to with the USFWS, and would continue to meet or exceed management considerations and recovery objectives associated with the Uncompahgre Fritillary Butterfly Recovery Plan (USFWS 1994). The BLM BA and formal consultation under Section 7 of the ESA is ongoing as of the publication of this FEIS. However, given that the same mitigation measures and plan components will be applied on BLM lands, it is anticipated that the USFWS will have the same determination as the USFS BA for Uncompahgre fritillary butterfly.

**Impacts Related to Influential Program Areas:** Influential program areas that have the potential to affect habitat capability for Uncompahgre fritillary butterfly are limited to the livestock grazing (domestic sheep) and recreation program areas. The one known occupied Uncompahgre fritillary butterfly colony is located on the SJNF and is considered secure and stable (see the USFS BA, Volume III, Appendix J). The USFS BA states that no habitat threats have been identified for this colony due to its remoteness, and long-term monitoring has determined that the habitat patches supporting this colony are stable. The existing data indicate this population is persistent and it remains one of the most extensive of the known populations. Colony monitoring has found no direct or indirect effects to the colony from livestock grazing or recreation activities, but low levels of dispersed recreation have been documented within the colony.

For livestock grazing, Alternative B could maintain the same permitted numbers and acres of area for domestic sheep grazing as Alternative A; therefore, there would be little difference between Alternatives A and B in potential for sheep grazing to affect primary habitats for Uncompahgre fritillary butterfly. Under Alternative C, livestock grazing could be managed to enhance wildlife, cultural, and soils values, which could result in lower livestock stocking rates. Under Alternative C, domestic sheep numbers and allotment area acres could be reduced, compared to Alternatives A, B, and D. For this reason, Alternative C could reduce the potential for sheep grazing to affect primary habitats for

BLM_0032054

Uncompahgre fritillary butterfly, as compared to Alternatives A, B, or D. Under Alternative D, livestock grazing could be managed to increase grazing opportunities and therefore could increase domestic sheep numbers and allotment area acres. For this reason, Alternative D could result in greater potential for sheep grazing to affect primary habitats for Uncompahgre fritillary butterfly, as compared to Alternatives A, B, or C.

For recreation opportunities in designated wilderness, there is no difference among the alternatives in projected outputs for dispersed recreation, and therefore no difference between the alternatives in the potential for recreation activities to impact the one known occupied Uncompahgre fritillary butterfly site on the SJNF. There is no difference among the alternatives in projected development of trails or other recreation opportunity infrastructure and thus no difference among the alternatives in projected potential for recreation infrastructure to impact Uncompahgre fritillary butterfly primary habitat on the SJNF.

In general on the SJNF, MAs 1, 2, and 3 emphasize less intensive forms of recreation opportunities, less development of recreation infrastructure and facilities, and less intensive recreation emphasis, as compared to MAs 4, 5, 6, 7, and 8. Based on proposed land allocations within these two groups, Alternative C has substantially more area of the SJNF allocated to MAs 1, 2, and 3, followed by Alternatives B, D, and A, respectively. Given the focus of MAs 1, 2, and 3 on less intensive forms of recreation opportunities, it is reasonable to conclude that Alternative C has the least potential for recreation impacts to Uncompahgre fritillary butterfly primary habitat, followed by Alternatives B, D, and A, respectively.

Gunnison Sage-grouse

On January 11, 2013, the USFWS published a proposed rule to list the Gunnison sage-grouse as an endangered species under the ESA (USFWS 2013c). This proposed rule also proposed to designate critical habitat within the range of the species, including some areas on the SJNF and TRFO. Gunnison sage-grouse currently occurs in seven widely scattered and isolated populations in Colorado and Utah, including the Monticello–Dove Creek population, which occurs in part on the TRFO. There are approximately 109,908 acres of proposed occupied critical habitat within the planning area. There are approximately 48 acres of proposed critical habitat on the SJNF in Dolores County, but the USFS BA (see Appendix J) determined that no sage-grouse are present on the proposed critical habitat location or on any other lands managed by the SJNF.

Comprehensive management direction for Gunnison sage-grouse, in the form of standards, guidelines, and other referenced guidance, has been incorporated into the LRMP. In addition, a variety of standards and guidelines were developed to maintain or improve habitat conditions in sagebrush shrublands. Management direction is intended to maintain and improve ecological function of sagebrush shrublands, thereby maintaining or improving habitat capability for sage-grouse.

Although a wide variety of conservation measures would be applied during LRMP implementation that would reduce negative impacts to sage-grouse and their habitats and that substantial protections for sage-grouse are provided in the LRMP, implementation "may affect, is likely to adversely affect" Gunnison sage-grouse and proposed critical habitat. An adverse effect call is appropriate because LRMP components do not completely eliminate the potential for adverse impacts during LRMP implementation, such as those from the development of valid existing lease rights. In addition, LRMP components do not remove the potential for management discretion to approve exceptions to LRMP stipulations and guidelines. Although adverse impacts to sage-grouse are thought to be rare, the impact is not discountable and thus an adverse impact determination is appropriate.

BLM_0032055

The USFS BA (see Volume III, Appendix J) determined that the Preferred Alternative of the LRMP is "not likely to jeopardize the continued existence of Gunnison sage-grouse, or adversely modify proposed critical habitat." Because none of the LRMP alternatives are likely to jeopardize the continued existence of Gunnison sage-grouse, or destroy or adversely modify proposed critical habitat, conferencing with the USFWS on the effects of plan implementation to sage-grouse is not required.

For both the SJNF and TRFO, LRMP management direction for sage-grouse would minimize adverse impacts from land management actions. Following listing of the species or critical habitat, separate site- and project-specific consultation with the USFWS would be undertaken as necessary during the NEPA analysis process for projects proposed under LRMP implementation, if projects had the potential to affect sage-grouse or designated critical habitat for the species.

**Impacts Related to Influential Program Areas:** Actions that may impact Gunnison sage-grouse populations and habitat include mineral and energy development, geophysical exploration, recreation, fire and fuels management, livestock grazing, and utility corridors.

Impacts related to oil and gas development is discussed in Section 3.3.4, Fluid Minerals Leasing, below. Geophysical exploration may occur throughout Gunnison sage-grouse occupied habitat. Geophysical exploration may occur in accordance with standards and guidelines and outside critical life stages, such as lekking, nesting, brood rearing, and wintering. Minerals development in the form of potash exploration, uranium mining, and saleable minerals development are expected to occur within occupied Gunnison sage-grouse habitat. Potash exploration has the potential to further fragment Gunnison sage-grouse habitat in the Dove Creek populations. Suspected potash formations are thought to extend into Gunnison sage-grouse occupied habitat in Dove Creek, but the extent of any overlap between potash formations and occupied Gunnison sage-grouse habitat is not known. Depending on results from potash exploration, development may or may not occur in Gunnison sage-grouse occupied habitat. There is one active stone quarry in the Dry Creek Basin in occupied Gunnison sage-grouse habitat. There are no uranium leases in occupied Gunnison sage-grouse habitat; however, access to uranium mines and leases may occur through the Dry Creek area, which is occupied Gunnison sage-grouse habitat. New roads are not expected to be proposed for access to uranium leases; however, disruption from increased traffic is likely. Noise from traffic has been identified as a potential cause for declines in lek attendance (Blickley et al. 2012; Holloran 2005). Traffic during the daily strutting period had a greater influence on lek attendance compared to roads with no activity during the strutting period (Holloran 2005).  LRMP standards to manage noise would limit the impact of noise from new disturbances.

Impacts related to recreation are expected to be limited. Recreation impacts are primarily in the form of big game hunting and mountain biking. Big game hunting occurs in the fall, not during a critical life stages such as nesting or brood rearing. Individual grouse may be temporarily displaced if flushed by hunters. Mountain biking and guided mountain bike tours occur within the Dry Creek area. Mountain biking in occupied habitat occurs on existing roads.

Impacts from mechanical fuels treatments could occur within occupied Gunnison sage-grouse habitat. Mechanical fuels treatments in occupied Gunnison sage-grouse habitat would be designed to increase habitat quality for the species by restoring juniper-encroached sagebrush habitats and other projects directed at restoring understory grasses and forbs. Approximately 2,500 acres are planned to be treated to improve sage-grouse habitat throughout the life of the LRMP. Timing restrictions in the form of plan standards and guidelines would mitigate impacts from mechanical treatments in occupied Gunnison sage-grouse habitat. Treatments in sage-grouse habitat would not occur during breeding, nesting, early brood rearing, or wintering for Gunnison sage-grouse. Some grouse may be

BLM_0032056

temporarily displaced by some treatments. No long-term negative impacts are anticipated from fuels or habitat treatments because all treatments in sage-grouse habitat would be required to restore or improve Gunnison sage-grouse habitat.

Alternative C has the lowest projected potential program outputs and therefore would be expected to result in the lowest potential for impacts to sagebrush shrubland habitats and to sage-grouse and its habitat. Alternative B would have somewhat higher projected program outputs than Alternative C and therefore would be expected to result in a somewhat higher potential for additional impacts to existing sagebrush shrublands and sage-grouse habitats. Alternatives A and D are almost identical in potential projected program outputs and would have the highest projected outputs and therefore the greatest potential for additional potential impacts to sage-grouse and its habitat. However, there would be little difference between Alternatives A and D in the relative degree of impact to sage-grouse habitats. Regardless of the alternative selected, LRMP standards and guidelines and referenced documents and manuals would ensure that sage-grouse habitats and sagebrush shrubland habitats remain available and well distributed across the planning area.

<u>North American Wolverine</u>

On February 4, 2013, the USFWS published a proposed rule to list the DPS of the North American wolverine occurring in the 48 contiguous United States as a threatened species under the ESA (USFWS 2013b). The proposed rule did not propose any critical habitat for the species. The primary reason for the proposed listing was predicted future loss of deep-snow habitats essential for wolverine reproduction and survival, due to global climate change melting late spring snowpack. The predicted loss of essential deep-snow habitats indicates that wolverines in the lower 48 states are threatened with extinction in the future due to loss of habitat in alpine deep-snow environments (USFWS 2013b). At this time, land management actions such as motorized and non-motorized recreation (winter and summer), timber management activities and infrastructure development are not considered to be threats to the existence of the wolverine and therefore would not be regulated under the proposed listing. There are numerous historical records of wolverines from the Colorado Rocky Mountains. However, at present, the species was believed to have been extirpated from the Southern Rocky Mountains including Colorado, New Mexico, and Wyoming by the early 1900s.

In a separate proposed rule, the USFWS proposed to establish a nonessential experimental population area for the wolverine in the southern Rocky Mountains of Colorado, northern New Mexico, and southern Wyoming (USFWS 2013f) under Section 10(j) of the ESA. This rule would allow legal incidental take of wolverine in the nonessential experimental population area and provide the regulatory assurances necessary to facilitate a state-led reintroduction of wolverine in Colorado, should the CPW decide to undertake a reintroduction effort.

No recovery plan or comprehensive management plan documents have been developed yet for the wolverine that would guide land management practices in wolverine habitat. Critical habitat for the wolverine has not yet been determined (USFWS 2013b). However, because most Canada lynx habitat on the SJNF and TRFO also provides habitat for wolverine, substantial management guidance exists for that portion of wolverine habitat that is also mapped as lynx habitat. Much of the remaining potential wolverine habitat on the SJNF and TRFO is in alpine areas and within designated wilderness or WSAs where natural processes predominate and management actions undertaken during LRMP implementation are likely to be small in scale and short in duration.

None of the LRMP alternatives are likely to jeopardize the continued existence of the wolverine because there is currently no wolverine population on the SJNF, the TRFO, or in the state of Colorado. In addition, the listing proposal stated that land management actions including recreation,

BLM_0032057

infrastructure development, and transportation corridors do not pose a threat to the wolverine DPS (USFWS 2013b). The USFS and BLM determined that because there is no wolverine population in the planning area, and because land management actions conducted under LRMP implementation are not thought to jeopardize the continued existence of the wolverine, conferencing with the USFWS on the effects of plan implementation to wolverine is not required. Following listing of the species, separate site- and project-specific consultation with the USFWS would be undertaken as necessary for LRMP implementation during NEPA analysis processes if projects were proposed that had the potential to affect wolverine or wolverine habitat.

<u>Cumulative Impacts Related to Threatened and Endangered Terrestrial Wildlife Species</u>

Actions taken to implement any of the alternatives, along with past, present, and reasonably foreseeable future activities undertaken by the SJNF, the TRFO, or on other ownerships may result in combined or cumulative impacts to species listed as threatened or endangered under the ESA. However, all alternatives would be limited by LRMP components designed, in part, to account for potential cumulative impacts of activities occurring on adjacent ownerships or from the combined effects of all program activities in the planning area. After considering direct, indirect, and cumulative effects to listed species, LRMP components are expected to provide the ecological conditions necessary to maintain or improve existing populations of listed species within their current distribution across the planning area. LRMP components that address listed species are founded in law, federal regulation, and policy that allows for periodic reviews and adjustments of the components as needed and as new information becomes available.

Currently, human populations near the planning area are projected to continue growing for the foreseeable future. This trend, and the associated increased demand for a wide variety of forest products and recreational opportunities across the planning area, may be one of the largest wildlife management challenges facing LRMP implementation. For Canada lynx, cumulative impacts associated with other land ownerships may include increased habitat fragmentation (due to highway infrastructure improvements and increased traffic volume, use and development of private in-holdings, mining activities on claim in-holdings, access across USFS or BLM lands to private in-holdings, etc.). Increased development of adjacent private lands around ski areas and expanded recreational pursuits by adjacent homeowners at private base area developments may also reduce habitat capability for lynx as animals move across the landscape irrespective of land ownership boundaries. However, the majority of spruce-fir forest in the area occurs on USFS and BLM lands, with relatively large and unroaded expanses occurring within backcountry, designated wilderness, and WSAs that are expected to provide large blocks of high-quality habitats for lynx within the planning area.

For Mexican spotted owl, suitable habitat is well distributed across the planning area. Much of the habitats used by the species on other adjacent land ownerships has been heavily modified due to past management impacts. Potential cumulative impacts to Mexican spotted owl are expected to be reduced by the LRMP's increased emphasis on restoration activities within ponderosa pine and warm-dry mixed conifer systems. Restoration activities are expected to improve ecological function in these forests, thereby improving habitat conditions for Mexican spotted owl over the long-term.

For Uncompahgre fritillary butterfly, few direct and indirect effects are likely from LRMP implementation, and therefore few cumulative effects are likely. Given the remote and relatively protected nature of most Uncompahgre fritillary butterfly suitable habitat and the only known occupied colony (in designated wilderness on the SJNF), there is little potential for cumulative effects because there are few non-federal lands or activities occurring in proximity to Uncompahgre fritillary butterfly habitats. Activities that are outside the jurisdiction of the BLM and USFS include residential and

BLM_0032058

agricultural development. For Gunnison sage-grouse, these activities on private lands increase habitat fragmentation and potential for grouse predation, reducing grouse habitat capability across the matrix of land ownerships that comprise available sage-grouse habitats.

No LRMP alternative is expected to result in cumulative impacts to any listed species that occurs in the planning area that could be of sufficient extent or magnitude to result in changes to a species distribution or relative abundance in the planning area. LRMP monitoring requirements and adaptive management principles are expected to help identify changes to habitats for listed species and guide decisions about the potential need for management changes to address unanticipated cumulative impacts over the life of the LRMP.

<u>Wildlife Issues Related to Threatened and Endangered Terrestrial Wildlife Species</u>

**Impacts Related to Maintaining or Improving Landscape Connectivity for Canada Lynx:** A wildlife management challenge on the SJNF and TRFO is maintaining wildlife movement corridors, particularly for landscape connectivity for wide-ranging forest carnivores such as Canada lynx. It has been suggested that for Canada lynx, large-scale connectivity may be more important for long-term population persistence than local habitat conditions (McKelvey et al. 1999). Maintaining movement opportunities across state and federal highways that cross lands managed by the SJNF and TRFO is very important to maintaining large-scale connectivity, and several lynx mortalities have been documented on federal highways that cross the SJNF and TRFO. Roads constitute one of the greatest potential impacts to landscape connectivity and maintenance of biodiversity (Hebblewhite 2008). A management challenge on the SJNF and TRFO is to identify areas important for wildlife connectivity and for safe crossing of high speed and/or high volume roads.

Within the LRMP, direction (desired conditions, objectives, standards, and guidelines) provides for maintaining or enhancing ecological conditions and habitat continuity near state and federal highways to provide for effective wildlife movement and connectivity within traditional use corridors. Because LRMP direction does not vary by alternative, projects would be required to consider impacts to wildlife corridors and wildlife habitat connectivity regardless of the selected LRMP alternative.

Six landscape linkages have been identified for Canada lynx on the SJNF and TRFO (Inter-Agency Lynx Project Decision Screens 2010), of which five are on SJNF lands and one is on TRFO lands. These linkage areas are thought to be important areas for lynx movement and landscape connectivity. Of these six linkage areas, five are along highways that are in close proximity to lands managed by the SJNF and TRFO. Highway corridors where linkage areas have been identified include the State Highway 145, the U.S. Highway 160 and 550 corridors, and San Juan County Road 110. Lands managed by the SJNF and TRFO that lie within and adjacent to these corridors in mapped linkage areas have a variety of multiple use activities occurring within them, including timber harvest projects, recreation activities (motorized and non-motorized), livestock grazing, permitted outfitter and guide operations, special use permits for access to interspersed private lands, and utility ROWs. All of these activities are proposed to continue, to varying extents, under all alternatives in the new LRMP.

For timber harvest in the spruce-fir and cool-moist mixed conifer forests that predominate the SJNF and TRFO within linkage areas along these highway sections, Alternative C proposes the fewest acres of projected timber harvest activities, followed by Alternatives B with substantially larger timber harvest activities, Alternative A, then Alternative D, which projects the most timber harvest activity. Under the most active LRMP alternative (Alternative D), projected timber harvest activities on NFS lands are very low, about 1% of suitable lynx habitat on NFS lands and thus the degree of impact of projected timber harvest activities on overall lynx habitat conditions across the SJNF over the life of

the LRMP is expected to be minor.  Some treatments could improve lynx denning, dispersal, and foraging habitat, while other treatments could have negative short-term impacts that render the habitat unsuitable on a temporary basis. Guidance contained in the 2008 SRLA Record of Decision (USFS and Colorado Department of Natural Resources 2008), and Implementation Guide (USFS and USFWS 2009) would apply to timber harvest activities in linkage areas on NFS lands under all alternatives. This guidance is expected to maintain linkage area function and connectivity on NFS lands regardless of which LRMP alternative is selected.

Management of lynx habitat on BLM lands is guided by the LCAS (Ruediger et al. 2000). This document provides direction to manage habitats within mapped linkage areas to promote and maintain habitat connectivity and animal movement. On BLM lands, timber harvest activities are projected to be about 1% of spruce-fir and cool-moist mixed conifer forests on the TRFO over the life of the LRMP under both Alternatives A and B. Under Alternative C, timber harvest activity is projected to be less than 1% of these forests on BLM lands over the life of the LRMP, and under Alternative D, harvest activities are projected to be about 4% of these forests over the life of the LRMP. Given the low rate of projected timber harvest activities on BLM lands, the degree of impact of projected timber harvest activities on overall lynx habitat conditions on BLM lands is expected to be minor over the life of the LRMP. Regardless of which LRMP alternative is selected, guidance in the LCAS (Ruediger et al. 2000) is expected to maintain linkage area function and connectivity on BLM lands.

Fire managed for resource benefit could affect lynx habitat conditions in linkage areas and lynx habitat conditions across the SJNF and TRFO. The fire regime for spruce-fir forests during HRV conditions was dominated by infrequent, high-severity, stand-replacement fires driven by regional-scale climate associated with prolonged drought and high winds (Romme et al. 1997). Fire frequency was longer than 200 years. During the long periods between fires, chronic fine-scale disturbances (including insects, disease, avalanche, and wind) killed individual trees or small groups of trees (Veblen et al. 1991a). The current fire frequency regime of spruce-fir forests on the SJNF and TRFO is within the HRV (Romme et al. 2009). Under Alternative A, fire managed for resource benefit, including the occurrence of an infrequent high-severity event, could affect up to about 3% of lynx habitat on NFS lands and up to about 7% of lynx habitat on BLM lands under Alternatives B, C, and D.

Because of the unpredictable nature, low return frequency, and often higher severity of fire regimes typical of subalpine forests under HRV, effects of fires managed for resource benefit to lynx habitat conditions on the SJNF and TRFO are difficult to predict with reliability.  Fires for resource benefit are expected to vary more by regional-scale climate and drought conditions and vary less by management actions related to LRMP implementation activities.

For motorized recreation, the acreage identified as suitable for motorized travel on NFS lands and limited for BLM lands would be the greatest under Alternative D, slightly less for Alternative B, followed by Alternative A, and the least under Alternative C. The acreage identified as suitable-opportunity on NFS lands or open areas on BLM lands would be greatest under Alternative A, substantially less under Alternative D, followed by Alternative B, and the least under Alternative C. The projected activity levels of permitted outfitter and guide operations, special use permits for access to interspersed private lands, and utility ROWs are not expected to vary by LRMP alternative. All are expected to continue under LRMP implementation. For all alternatives and actions across the SJNF and TRFO, Alternative C is expected to have the greatest potential to maintain Canada lynx movement and connectivity across large landscapes, followed by Alternatives B, D, and A, respectively.

BLM_0032060

## BLM and USFS Terrestrial Wildlife Sensitive Species

BLM and USFS terrestrial wildlife sensitive species for the planning area and the habitats with which each species is associated are listed in Table 3.3.3 (above). These include 12 mammal, 20 bird, two reptile, three amphibian, and one insect species from the BLM Colorado and USFS Region 2 lists. These species have habitat within the planning area on designated agency lands. See Appendix T, SJNF Biological Evaluation and BLM Sensitive Species Analysis, for a detailed analysis of each species, including a comparison of the potential effects of each alternative.

The LRMP/FEIS and associated planning documents do not provide site- or project-specific analysis. Instead, they provide the guidance for planning and implementing projects designed to move the land base toward meeting and maintaining desired future conditions. Guidance is included for the BLM and USFS sensitive species and the habitats on which they depend. Much of the direction concerning these species is incorporated by reference from existing legislation, policy, agreements, and conservation plans, including the Colorado Comprehensive Wildlife Plan (Colorado Division of Wildlife 2006). Direction contained in these documents is subject to change over time, as new scientific information is developed which results in a better understanding of management and conservation techniques for a species, or from changes in authorities under legislation or policy. The LRMP (Volume II) lists the plan components, conservation measures, and other existing direction that apply to terrestrial wildlife species within the planning area. This direction is the same under all alternatives. The final approved LRMP is intended to be a dynamic document and would adopt the most recent version or management framework agreed upon by the agencies

Table 3.3.5 summarizes findings from the SJNF Biological Evaluation (see Appendix T) for each sensitive species for all alternatives. USFS policy requires a Biological Evaluation be prepared that discloses anticipated effects to each designated sensitive species and requires a specific determination of effect for each sensitive species. BLM policy requires preparing an analysis of potential effects to each agency-designated sensitive species, but not a Biological Evaluation. Appendix T also contains the BLM Sensitive Species Analysis document. Separate site- and project-specific NEPA analysis would occur as projects are proposed for implementation, and determinations and/or analysis of potential impacts could be different from those displayed below in Table 3.3.5 or in the BLM Sensitive Species Analysis documents.  Determinations identified in Table 3.3.5 apply to USFS only.

**Table 3.3.5: Summary of Findings for USFS Sensitive Wildlife Species**

| Species | Agency Designated | USFS Determination |
|---|---|---|
| **Birds** | | |
| American bittern<br>Botaurus lentiginosus | USFS | MAII |
| American peregrine falcon<br>Falco peregrinus anatum | BLM and USFS | MAII |
| American bald eagle<br>Haliaeetus leucocephalus | BLM and USFS | MAII |
| Black swift<br>Cypseloides niger | BLM and USFS | MAII |
| Boreal owl<br>Aegolius funereus | USFS | MAII |
| Brewer's sparrow<br>Spizella breweri | BLM and USFS | MAII |
| Columbian sharp-tailed grouse<br>Pediocetes phasianellus columbianus | BLM | |

BLM_0032061

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Species | Agency Designated | USFS Determination |
|---|---|---|
| Ferruginous hawk<br>Buteo regalis | BLM and USFS | MAII |
| Flammulated owl<br>Otus flammeolus | USFS | MAII |
| Lewis' woodpecker<br>Melanerpes lewis | USFS | MAII |
| Loggerhead shrike<br>Lanius ludovicianus | USFS | MAII |
| Northern goshawk<br>Accipiter gentilis | BLM and USFS | MAII |
| Northern harrier<br>Circus cyaneus | USFS | MAII |
| Olive-sided flycatcher<br>Contopus cooperi | USFS | MAII |
| Purple martin<br>Progne subis | USFS | MAII |
| Short-eared owl<br>Asio flammeus | USFS | MAII |
| Western burrowing owl<br>Athene cunicularia | BLM and USFS | MAII |
| Western yellow-billed cuckoo<br>Coccyzus americanus | BLM and USFS | MAII |
| White-faced Ibis<br>Plegadis chihi | BLM | |
| White-tailed ptarmigan<br>Lagopus leucurus | USFS | MAII |
| **Insects** | | |
| Great Basin silverspot butterfly<br>(Nokomis fritillary butterfly)<br>Speyeria nokomis nokomis | BLM and USFS | MAII |
| **Mammals** | | |
| Allen's big-eared bat<br>Idionycteris phyllotis | BLM | |
| American marten<br>Martes americana | USFS | MAII |
| Big free-tailed bat<br>Nyctinomops macrotis | BLM | |
| Desert bighorn sheep<br>Ovis canadensis nelson or mexicana | BLM | |
| Fringed myotis<br>Myotis thysanodes pahasapensis | BLM and USFS | MAII |
| Gunnison's prairie dog<br>Cynomys gunnisoni | BLM and USFS | MAII |
| Hoary bat<br>Lasiurus cinereus | USFS | MAII |
| New Mexico meadow jumping mouse<br>Zapus hudsonius luteus | BLM and USFS | MAII |
| North American river otter<br>Lontra canadensis | USFS | MAII |
| Rocky Mountain bighorn sheep<br>Ovis canadensis canadensis | USFS | MAII |
| Spotted bat<br>Euderma maculatum | BLM and USFS | MAII |

172

BLM_0032062

| Species | Agency Designated | USFS Determination |
|---|---|---|
| Townsend's big-eared bat Corynorhinus townsendii | BLM and USFS | MAII |
| **Reptiles** | | |
| Desert spiny lizard Sceloporus magister | BLM | |
| Longnose leopard lizard Gambelia wislizenii | BLM | |
| Amphibians | | |
| Boreal toad Bufo boreas | BLM and USFS | MAII |
| Canyon tree frog Hyla arenicolor | BLM | |
| Northern leopard frog Rana pipiens | BLM and USFS | MAII |
| NI = No impact MAII = May adversely impact individuals, but not likely to result in a loss of viability in the planning area, nor cause a trend to federal listing or a loss of species viability range wide. | | |

See Volume III, Appendix T, SJNF Biological Evaluation and BLM Sensitive Species Analysis, for a detailed analysis of the effects of LRMP implementation on respective agency-designated sensitive species and the potential impacts of LRMP implementation under each alternative. In general, within the planning area the wide variety of sensitive species and their preferred habitats suggests that all LRMP alternatives have potential for some effect on some sensitive species or their preferred habitats. Effects could be both negative and beneficial, depending on the species and habitats affected. As with other species groups, LRMP alternatives that emphasize more ground-disturbing activity in or near primary habitat areas for sensitive species (such as nesting sites, roosting sites, production areas, and wintering areas) would have a greater potential for impact to some sensitive species or increase the intensity of impacts to some sensitive species. The potential for influential impacts and disturbances would vary widely among sensitive species and varies between the alternatives. LRMP implementation activities that occur in close proximity to active breeding and young-rearing areas and other important habitats such as roosting or wintering areas, would be more likely to have impacts of greater intensity, and on a wider variety of sensitive species. Application of LRMP standards and guidelines and management recommendations from referenced documents and manuals during project design and implementation should ensure that the scale of impact is minimized and the intensity of effects is reduced to the extent possible. In general, the distribution of habitat components and habitat diversity across the planning area would be guided by land capability and HRV. The habitats affected by LRMP implementation would vary somewhat in distribution, depending on the alternative selected. LRMP components relating to management of landscape connectivity areas, forest structural stage and canopy cover objectives, retention of snags and downed woody debris, and maintenance of wetlands and water-dependent features would maintain habitat capability for some sensitive species.

The potential for impact, as well as the potential need for adjustment and monitoring of project effects, to some sensitive species and their key habitat components is likely to be greatest under Alternative D. The potential for impacts to sensitive species is likely to be least under Alternative C, and is likely to be similar between Alternatives A and B. The differences between alternatives would be due to the greater projected outputs under Alternative D and acres available for timber harvest, the available livestock AUMs, fluid minerals development scenarios, and greater acres suitable for summer motorized travel. Alternative D would also have a larger amount of land area available for active management activities that may, in turn, impact habitats for sensitive species, movements of

BLM_0032063

individuals, and the potential for human disturbance to sensitive species or their key habitats or use areas. Alternatives B, C, and D would eliminate cross-country motorized use. Eliminating cross-country motorized travel and limiting motorized travel to a system of designated routes would substantially reduce the potential for disturbance to sensitive species, compared to the potential for disturbance in areas of unrestricted cross-country travel that would remain available under Alternative A.

The potential for impacts from livestock grazing activities to sensitive species associated with riparian areas, wetlands, and spring and seep habitats would be greatest under Alternative D because it proposes the most acres as suitable for livestock grazing, followed by Alternatives A and B, which propose relatively similar acres as suitable for grazing, then Alternative C, which proposes the least acres as suitable for livestock grazing. For timber harvest in lower-elevation forests such as ponderosa pine and warm-dry mixed conifer where some sensitive species are most abundant on the SJNF, Alternative C proposes the fewest acres of timber harvest, followed by Alternatives A and B, which project the same acres of timber harvest, then Alternative D, which projects the most timber harvest. Timber harvest activities may cause some temporary impacts to individuals in harvest activity areas, but restoration treatments are expected to be beneficial in the mid- to long term (5–10 years or more). For fuels treatments (mechanical and prescribed fire), there is little difference between the LRMP alternatives in projected activity outputs in ponderosa pine and mixed conifer forests. Some temporary impacts to individuals may occur during project implementation, but long-term effects (10 years or more) on habitats for sensitive species are expected to be primarily beneficial through movement of ecological conditions closer to those expected under HRV. LRMP standards and guidelines and management direction from referenced documents and manuals should ensure that habitats are available sufficient to support CPW management goals for sensitive species that are also game species.

<u>Wildlife Issues Related to BLM and USFS Sensitive Species</u>

**Impacts Related to Bighorn/Domestic Sheep Contact:** Due to their high economic and aesthetic values, bighorn sheep are important to the planning area, the State of Colorado, and the public. As described above, a primary issue related to the management of bighorn sheep on the SJNF and TRFO involves the potential for bighorn sheep to contract diseases, possibly leading to bighorn mortality events, after individual bighorns come into physical contact with domestic sheep or goats. As stated previously, there have been no confirmed cases of disease transmittals from domestic sheep to bighorns and no documented mortality events of native bighorns on the SJNF or TRFO. There is, however, strong circumstantial evidence of one bighorn mortality event on the SJNF involving exclusively translocated bighorns in 1988. All currently active domestic sheep allotments that are stocked annually on the SJNF have been stocked since the 1980s, and most have remained in their current allotment configurations since. Bighorn sheep summer use areas have also remained relatively consistent since the 1980s, with the exception of S-71, the West Needles Herd, which was established by releases in the Animas River Canyon between 2000 and 2003.

The LRMP does not make decisions concerning SJNF allotment status, but does identify lands (and allotments) that are available or grazing for BLM lands. The USFS conducts analyses and makes decisions concerning allotment status at the project implementation level using LRMP direction for guidance, and LRMPs provide a framework under which project-level decisions are made and LRMP direction is implemented. For this reason, the risk of physical contact between domestic and bighorn sheep on the SJNF and TRFO, and the risk for a bighorn mortality event, would remain under all alternatives prior to LRMP implementation. The LRMP contains strong direction in the form of standards to prevent the risk of physical contact between bighorn and domestic sheep. Therefore,

BLM_0032064

management actions associated with the livestock grazing program and recreational, special use, and invasive plant control programs using domestic sheep or goats may pose some level of risk to bighorn sheep individuals and populations within the planning area until LRMP standards and guidelines are implemented by individual projects and decisions. Within the LRMP, standards and guidelines would be the same for all alternatives, and standards would require project-level analyses to address the issue of potential for physical contact between domestic and bighorn sheep.

A Biological Evaluation (see Appendix T) analyzed the expected effects of LRMP implementation on bighorn sheep on the SJNF and compared the effects of LRMP alternatives. Differences among alternatives in SJNF allotment status and stocking are presented here to allow for a comparison of alternatives only and do not represent USFS decisions under the LRMP revision. Agency policy provides for these decisions to be made under project-level analyses during LRMP implementation. The differences between LRMP alternatives represent actions that could be proposed and considered under each alternative for project-level analysis and implementation following LRMP approval. All project-level proposals must meet LRMP standards and guidelines in order to make and implement these decisions. LRMP standards and guidelines are expected to provide direction for bighorn sustainability on the planning landscape for risk factors within SJNF jurisdictional control.

The SJNF Biological Evaluation found that Alternative B could maintain the same permitted numbers and area of domestic sheep grazing as Alternative A. For this reason, there would be little difference between Alternatives A and B in potential for physical contact between bighorn and domestic sheep. Under Alternative C, livestock grazing could be managed to enhance other resources including wildlife, cultural, and soils values, which could result in lower livestock stocking rates. Under Alternative C, domestic sheep numbers and suitable acres could be reduced compared to all other alternatives. Alternative C could therefore reduce the potential for physical contact between domestic and bighorn sheep, thereby also reducing the potential for a bighorn sheep mortality event during LRMP implementation, compared to Alternatives A, B, or D. Under Alternative D, livestock grazing could be managed to increase grazing opportunities and therefore could increase domestic sheep numbers. For this reason, Alternative D could result in greater potential for physical contact between domestic and bighorn sheep, with therefore also greater potential for a bighorn sheep mortality event, as compared to Alternatives A, B, or C. Because Alternative B offers the most big game winter range habitat improvement opportunities compared to Alternatives C, A, and D, Alternative B could have the greatest potential to improve habitat conditions for bighorn sheep.

Impacts Related to White-tailed Ptarmigan Population Persistence: A management challenge is to maintain or improve the amount and effectiveness of traditional ptarmigan winter use areas, especially those used by female ptarmigan, in the SJNF and TRFO portions of the Colorado ore belt. Maintaining and improving habitat effectiveness of traditional winter use areas for female ptarmigan is necessary to offset the toxic effects of cadmium-induced renal failure, causing reduced female survivorship, resulting in ptarmigan densities much lower in this area than other areas, and causing populations in this area to not be self-sustaining (Larison et al. 2000).

In response to this wildlife management challenge and habitat improvement opportunity, Volume II, LRMP, contains desired conditions, objectives, and guidelines in the abandoned mines and hazardous materials section to improve water quality and reduce the potential for heavy metal bioaccumulation in willows, as well as guidelines in the wildlife section to retain habitat capability in important ptarmigan winter areas. Water quality would be improved through remediation actions conducted by the abandoned mine program that reduce heavy metal concentrations, thereby reducing potential for bioaccumulation of heavy metals within willows in traditional ptarmigan winter use areas. Future abandoned mine program actions, and many past program actions, are focused on

BLM_0032065

the upper Animas River Basin, including the SJNF and TRFO portions of the Colorado ore belt where ptarmigan populations are thought to not be self-sustaining. In addition, LRMP standards and guidelines provide direction for winter recreation intended to maintain habitat effectiveness within ptarmigan traditional winter use areas for the purpose of providing habitat conditions capable of supporting self-sustaining ptarmigan populations. This would be accomplished through the identification of important ptarmigan winter use areas and consideration of measures, if necessary, to reduce disturbance, snow compaction, and physical damage to willows.

There would be no differences among the LRMP alternatives in projected outputs and activities in the abandoned mine and hazardous materials program area. LRMP implementation activities and projects to reduce toxic mine drainage are expected to continue in the upper Animas River Basin under all alternatives. All remediation activities would be expected to have at least minor long-term benefits for ptarmigan habitat capability through reductions in heavy metal uptake and bioaccumulation in willows.

Based on the total projected program area outputs for riparian and watershed improvement opportunities and aquatic and riparian habitat improvement opportunities, Alternative C would have the most potential to provide improved water quality and therefore the greatest potential for reduced heavy metal uptake and bioaccumulation by willows. This alternative would therefore provide the best opportunity for improving survivorship of female ptarmigan. Alternative B would propose somewhat fewer riparian and watershed improvement opportunities and aquatic and riparian habitat improvement opportunities than Alternative C. Alternatives D and A, respectively, would provide the least, but relatively similar, riparian and watershed and aquatic and riparian habitat improvement opportunities.

For winter recreation, Alternative A would maintain current management and many traditional ptarmigan winter use areas would remain available to winter motorized use. The overall trend of increased disturbance in important ptarmigan winter use areas and increased motorized access into ptarmigan winter use areas that were formerly undisturbed and untracked would continue, and ptarmigan winter habitat effectiveness would continue to decline in some areas.

Alternative C would have the most emphasis on non-motorized recreation and therefore would result in improved habitat effectiveness in some ptarmigan winter use areas resulting from reduced motorized use impacts, especially in areas that are further removed from primary highway mountain passes. Alternative A would have the most emphasis on motorized recreation and would result in reduced winter habitat effectiveness in those areas that would remain available to oversnow motorized use. On both BLM and NFS lands, the alternative that would best maintain ptarmigan winter habitat effectiveness, based on the amount of area not suitable for oversnow motorized travel, would be Alternative C, followed to a lesser extent by Alternative B, with Alternatives D and A being the least and very similar.

Across all program areas and activities on the SJNF and TRFO, Alternative C would be most likely to maintain habitat capability and effectiveness within ptarmigan historic winter use areas, followed by Alternatives B, D, and A, respectively. This is based on suitability for oversnow motorized travel and projected habitat improvement opportunities of riparian, aquatic, watershed, and abandoned mine program areas.

<u>USFS Management Indicator Species</u>

National forests are managed under an LRMP that establishes overall management direction including that intended to maintain healthy populations of fish and wildlife species. MIS are part of a

coordinated program with other parts of the LRMP that play a role in meeting NFMA requirements for biodiversity. The LRMP establishes goals, objectives, and monitoring requirements that are specific to MIS. At the LRMP level, MIS are established and utilized to help compare LRMP alternatives and monitor effects of LRMP implementation. Changes in MIS populations or habitats could indicate that current management is affecting the composition, structure, or function of associated habitats, or affecting the management issue for which the individual MIS was selected. This could result in indications that LRMP direction and desired conditions need to be revised or indicate the need for adjusting management actions under an adaptive management framework. Table 3.3.5 (above) shows terrestrial wildlife MIS selected, habitats of concern for each MIS, and the management issues addressed for the SJNF. Actions are proposed in conformance with the LRMP to maintain or achieve resource conditions that meet LRMP goals and objectives. Each action proposed by the agency would be analyzed in a manner that discloses its potential impacts to MIS habitat and population trends, and evaluates its consistency with the management direction contained in the LRMP.

Except for the cumulative impacts analysis, the concept of MIS does not apply beyond SJNF lands. The requirement to designate MIS or conduct assessments of effects to MIS does not apply to actions occurring on BLM lands. It should be recognized that the species selected as MIS on the SJNF also occur on adjacent BLM lands and that management actions on BLM lands contribute to maintaining healthy habitats and populations widely distributed across the region, as well as on the SJNF planning area. Because the MIS concept and requirement does not apply to BLM lands or management actions, the following MIS discussions apply only to lands and actions carried out by the SJNF.

The SJNF LRMP takes an ecological approach in the design of LRMP components to provide for ecosystem health and function, maintaining and improving the fundamental components necessary to achieve the desired conditions identified under the LRMP. MIS were chosen by the SJNF as a monitoring component for specific planning issues identified during the LRMP scoping process. No specific MIS standards or guidelines are designed into the LRMP for individual species. Instead, MIS are used as a tool for monitoring the effectiveness of other resource standards and guidelines and other referenced guidance that are intended to provide the ecological conditions needed to maintain habitats and populations for terrestrial wildlife as each MIS relates to the scoping issues they were selected for. Designating standards and guidelines to maintain habitat capability specifically for MIS would prevent the MIS from functioning as a tool for monitoring the planning issues for which they were selected. Some standards and guidelines designed to address management issues for sustainability of groups of species, such as big game and primary cavity excavators, would also be applied to several species that are also MIS, such as elk and hairy woodpecker. However, this LRMP direction was not developed because those species are MIS, but rather in the context of addressing a larger management issue outside the species' selection as an SJNF-wide MIS. Appendix M provides a detailed listing of LRMP components that provide for general species diversity and ecological integrity, thereby supporting species persistence and distribution across the planning area.

In general, the MIS analysis uses wildlife habitats and populations as the primary indicator of MIS trends. There are a variety of data sources acceptable for monitoring habitat and population trends of MIS, including but not limited to population estimates by state wildlife agencies, habitat inventory assessments, resource information system, activity/program reviews, and informed judgment of the USFS Wildlife Biologist. Monitoring requirements for MIS are limited to only those species and factors described in the LRMP.

The LRMP and associated planning documents do not provide site- or project-specific analysis. Instead, they provide the guidance for planning and implementing projects designed to move the land

BLM_0032067

base toward meeting and maintaining desired future conditions. Guidance is included for the habitat conditions and management issues for which MIS have been designated. Much of the direction concerning habitats for MIS is incorporated by reference from existing legislation, policy, manuals, handbooks, and BMPs. Direction contained in these documents is subject to change over time as new scientific information is developed that results in a better understanding of management and conservation techniques or from changes in authorities under legislation or policy.

For species designated as MIS on the SJNF, actions associated with the alternatives may benefit or adversely impact individuals as projects are implemented under LRMP direction. With the implementation of LRMP components that include mitigation, stipulation, and conservation measures for terrestrial wildlife species, the projected activities under all alternatives would not likely result in a detectible change to habitat trends or population trends for any MIS across the SJNF. Separate site- and project-specific NEPA analysis would occur as projects are proposed for implementation under the LRMP. Discussion of potential impacts from projected activities under each LRMP alternative to individual MIS follows below. Additional discussion concerning MIS and the LRMP supplement for fluid minerals is found in that analysis at the end of this Terrestrial Wildlife section.

Four species were selected as terrestrial wildlife MIS on the SJNF: Abert's squirrel, American marten, elk, and hairy woodpecker. Due to their widespread distribution across the SJNF and the relative abundance of these four species on the administrative unit, their viability across the planning area (SJNF) is not of concern. Also due to their widespread distribution and abundance, their viability across the SJNF would not be threatened under any of the LRMP alternatives.

<u>Abert's Squirrel</u>

**Impacts Related to Influential Program Areas:** Abert's squirrel is considered well distributed throughout the SJNF in suitable ponderosa pine habitat. Habitat analysis shows the 20-year trend for suitable Abert's squirrel habitat is stable, with a slight downward trend in optimal habitat. Population trends for the planning area are not thought to differ from the habitat trends, being generally stable with a possible slight downward trend (Keith 2003).

Most of the risk factors identified for Abert's squirrel would be related to activities occurring within ponderosa pine and warm-dry mixed conifer habitats on the SJNF. Activities that could influence Abert's squirrel populations and habitats include timber management, fire and fuels management (including prescribed burns, fire suppression, and understory mastication), oil and gas development, and livestock grazing. Other natural disturbance processes such as insects and disease may also impact the suitability of foraging and nesting trees.

All of the alternatives would provide the same management direction (including desired conditions, objectives, standards, and guidelines) for maintaining and improving the habitat conditions upon which Abert's squirrel depend. This direction is expected to maintain healthy habitat conditions and well-distributed populations of Abert's squirrel throughout the ponderosa pine and warm-dry mixed conifer habitat types within the planning area.

**Impacts Related to Timber Management Decisions:** For timber harvest activities in lower-elevation forests including ponderosa pine and to a lesser extent warm-dry mixed conifer where Abert's squirrel is most abundant on the SJNF, Alternative C proposes the fewest acres of harvest, followed by Alternatives A and B, which project the same acres of harvest, then Alternative D, which projects the most harvest. Some timber harvest practices could have negative consequences for Abert's squirrel habitat conditions, while other harvest practices, such as restoration treatments could have beneficial effects. Timber harvest activities may cause some temporary (5 years or less) impacts to individuals

BLM_0032068

in harvest activity areas, but restoration treatments are expected to be beneficial in the long-term (10 years or more) because projects are expected to move ecological conditions in ponderosa pine-dominated habitats closer to those expected under HRV. When coupled with prescribed fire treatments, restoration treatments in ponderosa pine-dominated habitats are expected to result in long-term improvements in the habitat conditions to which Abert's squirrel are most closely associated on the SJNF. A secondary potential impact of timber harvest activities involves the construction of roads, both permanent and temporary, and the potential for roads to reduce habitat capability for Abert's squirrel. LRMP design components are expected to provide guidance sufficient to maintain habitat capability for Abert's squirrel in relation to the management of roads in timber harvest project areas.

**Impacts Related to Fire and Fuels Management Decisions:** Under all LRMP alternatives, ponderosa pine and warm-dry mixed conifer systems would be a primary emphasis for fire and fuels activities. This is because past fire suppression and timber harvest activities have moved some stand structures and composition away from what was expected under HRV. Prescribed burns, in conjunction with timber treatments and understory mastication of Gambel oak (oakbrush) is expected to have long-term benefits for Abert's squirrel through moving stand conditions more towards those expected under HRV, conditions to which Abert's squirrel are most closely associated on the SJNF. Prescribed burns and timber and mechanical understory treatments may have temporary, short-term, negative impacts on Abert's squirrel populations and habitat capability, but these treatments are expected to result in long-term restoration benefits for the species. Fire suppression would continue to occur in some ponderosa pine stands due to their close proximity to the WUI where wildland fire use is not practical. For fire and fuels management treatments, there is little difference between the LRMP alternatives in projected activity outputs in ponderosa pine and warm-dry mixed conifer forests. Some temporary impacts to individuals may occur during project implementation, but long-term effects (10 years or more) on Abert's squirrel habitat conditions are expected to be primarily beneficial through movement of ecological conditions closer to those expected under HRV.

**Impacts Related to Livestock Management Decisions:** Within the planning area, livestock grazing is a widespread program activity in suitable rangelands. Much of the suitable habitat for Abert's squirrel is overlapped by rangelands suitable for cattle grazing.  Most sheep grazing does not overlap Abert's squirrel habitat. In a general sense, livestock grazing may have indirect impacts on Abert's squirrel, if the activity influences the regenerative capabilities of ponderosa pine stands, truffle production in the understory of pine stands, and/or the fine fuels needed to promote restoration projects using prescribed burns. However, there are few, if any, measurable cause and effect relationships between livestock grazing and the maintenance of Abert's squirrel habitat, and for this reason grazing program effects to Abert's squirrel habitats are expected to be negligible. In general, the potential for impacts from livestock grazing activities would be greatest under Alternative D because it proposes the most acres as suitable for livestock grazing, followed by Alternatives A and B, which propose relatively similar acres as suitable for grazing, then Alternative C, which proposes the least acres as suitable for livestock grazing.

**Summary:** Actions associated with all alternatives could influence Abert's squirrel and/or its habitat. The LRMP components (including desired conditions, objectives, standards, and guidelines) are expected to provide for the ecological conditions in ponderosa pine-dominated habitats that would sustain healthy populations of Abert's squirrels well distributed across the SJNF. All LRMP alternatives are expected to include implementation actions designed to restore and improve the ecological conditions for which Abert's squirrel are adapted. These restoration actions, together with other activities within ponderosa pine stands, are expected to have a positive influence on the overall ecological conditions of habitats that Abert's squirrel depend on across the planning area. Across all

BLM_0032069

program areas, Alternative C is expected to have the most potential for maintaining and improving habitat conditions for Abert's squirrel, followed by Alternatives A and B, then Alternative D. Any project proposed under LRMP implementation would undergo separate site- and project-specific NEPA analysis, including an analysis of effects to MIS. Additional discussion concerning potential effects of fluid minerals is contained in the LRMP supplement found in that analysis section at the end of this Terrestrial Wildlife section.

<u>American Marten</u>

**Impacts Related to Influential Program Areas:** American marten are considered well-distributed throughout the SJNF within suitable habitat. Habitat trends are considered slightly upward with stable to slightly upward population trends (USFS 2004a). Most of the influential program areas for American marten would be specifically related to activities occurring within spruce-fir and cool-moist mixed conifer habitats on the SJNF. Program areas that could impact American marten habitats and populations include timber management, fire management, recreation (travel management and developed recreation sites), livestock grazing, and utility corridors.  Other natural disturbance processes such as insects and disease could also impact habitat suitability for American marten.

All of the alternatives would provide identical management direction for American marten. This direction would include desired conditions, objectives, and standards and guidelines, as well as direction incorporated by reference. All of the alternatives would provide the same management direction (including desired conditions, objectives, standards, and guidelines) for maintaining and improving the habitat conditions that American marten are associated with on the SJNF. LRMP direction is expected to maintain healthy habitat conditions and well-distributed populations of American marten throughout the spruce-fir and cool-moist mixed conifer habitat types within the planning area.

**Impacts Related to Timber Management Decisions:** For timber harvest activities in higher-elevation forests including spruce-fir and cool-moist mixed conifer where American marten is most abundant on the SJNF, Alternative C proposes the fewest acres of harvest, followed by Alternatives A and B, which project the same acres of harvest, then Alternative D, which projects the most. Some timber harvest practices could have negative consequences for marten habitat conditions. Other harvest practices, such as those designed to reduce the impacts of large-scale disease or insect occurrences, could have long-term beneficial effects for marten habitat conditions by reducing the scale or intensity of tree mortality, thereby maintaining greater marten habitat capability compared to what otherwise might have occurred. Most timber harvest activities are likely to cause some temporary (5 years or less) impacts to individual marten in harvest activity areas, but treatments designed to replicate the small-scale natural disturbance processes typical of spruce-fir forests on the SJNF are expected to maintain habitat capability for marten across the planning area. More intensive treatments, however, could have mid- to long-term (20–100 years) impacts, depending on the amount of cover removed and the impacts to prey populations. A secondary potential impact of timber harvest activities involves the construction of roads, both permanent and temporary, and the potential for roads to reduce marten habitat capability. LRMP design components are expected to provide guidance sufficient to maintain marten habitat capability in relation to the management of roads in timber harvest project areas.

**Impacts Related to Recreation Management Decisions:** Historically, ski area development has resulted in impacts to marten habitat, including loss and reduction of breeding, foraging, and dispersal habitat, as well as overall increased disturbance with primary habitats. Snowmobiling, cross-country skiing, and snowshoeing in marten habitat may result in additional disturbances to foraging behaviors that may reduce the opportunity for successful foraging during a critical time of year. The alternatives

BLM_0032070

would provide for a range of oversnow travel suitability, ranging from no change under Alternative C, to an overall decrease under Alternative B, to increases under Alternatives A and D. Large expanses of suitable marten habitat exist on the SJNF within designated wilderness and other areas where motorized travel (winter and summer) is restricted. For that reason, much suitable marten habitat on the SJNF would not be affected by differences between the LRMP alternatives in relation to suitability for oversnow travel.

For summer motorized recreation, the acreage identified as suitable for motorized travel on the SJNF would be the greatest under Alternative D, slightly less for Alternative B, followed by Alternative A, and the least under Alternative C. The acreage identified as suitable-opportunity on the SJNF would be greatest under Alternative A, substantially less under Alternative D, followed by Alternative B, and the least under Alternative C. Alternatives B, C, and D would eliminate cross-country motorized travel. Eliminating cross-country motorized travel and limiting travel to a system of designated routes would substantially reduce the potential for disturbance to American marten, compared to the potential for disturbance in areas of unrestricted cross-country travel that would remain available under Alternative A. The projected activity levels of permitted outfitter and guide operations are not expected to vary by LRMP alternative and would continue under LRMP implementation. Developed recreation facilities including campgrounds, ski areas, and trailhead parking areas could reduce the availability of marten habitat and fragment otherwise larger more contiguous habitat patches. However, the relatively small scale of most developed recreation facilities is small in relation to the very large amount and expanse of suitable marten habitat available across the SJNF and therefore the degree of impact to marten habitat trends and population trends is expected to be very small.  These developments may also result in greater disturbance to individual marten that may use the surrounding habitat; however, this disturbance is expected to be minimal. LRMP design components are expected to provide guidance in relation to decisions regarding developed recreation sites and motorized travel management sufficient to maintain suitable marten habitats well distributed across the planning area.

**Impacts Related to Livestock Management Decisions:** Livestock grazing typically occurs on the margins of marten habitat. Most cattle and domestic sheep grazing activities tend to avoid the mature closed-canopy forest stands that are preferred by American marten for foraging and resting, except when those stands are immediately adjacent to areas preferred for livestock grazing such as open grasslands, parks, and mountain shrublands. Domestic sheep grazing occurs along the edges of marten habitat where the tree line borders the subalpine zone. The potential impacts related to grazing on martens and/or their habitat are expected to be minimal. This is because there is very little overlap between grazing areas and suitable marten habitat.

The potential for impacts from livestock grazing activities to habitats preferred by American marten would be greatest under Alternative D because it proposes the most acres as suitable for livestock grazing, followed by Alternatives A and B, which propose relatively similar acres as suitable for grazing, then Alternative C, which proposes the least acres as suitable for livestock grazing. Under Alternative D, livestock management may need to be more intensive and may require more investments in range improvements (including fencing, vegetation manipulation, and water developments) to avoid or otherwise mitigate potential impacts to resources such as riparian areas, wetlands, and spring and seep habitats. Alternative C would provide the most opportunity to remedy livestock grazing conflicts with other resources, because livestock grazing would occur on fewer acres and stocking rates would be lower than under any other alternative. LRMP design components relating to livestock grazing management and maintaining or improving the ecological conditions with which American marten are most commonly associated on the SJNF are expected to provide guidance sufficient to maintain suitable marten habitats well distributed across the planning area.

BLM_0032071

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Impacts Related to Fire and Fuels Management Decisions:** Generally, mechanical fuels treatments and prescribed burns are not performed in spruce-fir and cool-moist mixed conifer forests. There are no projected LRMP outputs for these program areas under any alternative. However, fire managed for resource benefit is likely to be used if fire starts can be maintained within prescription parameters. The fire regime for spruce-fir and cool-moist mixed conifer forests during HRV conditions was dominated by infrequent, high-severity, stand-replacement fires driven by regional-scale climate associated with prolonged drought and high winds (Romme et al. 1997). Fire frequency was longer than 200 years. During the long periods between fires, chronic fine-scale disturbances (including insects, disease, and wind) killed individual trees or small groups of trees (Veblen et al. 1991a). The current fire frequency regime of spruce-fir forests on the SJNF is within the HRV (Romme et al. 2009). Under all of the LRMP alternatives, fires managed for resource benefit could range from relatively small- to large-scale events annually in primary marten habitats. Because of the unpredictable nature, low return frequency, and often higher severity of fire regimes typical of subalpine forests under HRV, effects of fires managed for resource benefit to marten habitat conditions on the SJNF is expected to be affected more by regional-scale climate and drought conditions, and less by management actions related to LRMP implementation activities. The expected impacts related to fires managed for resource benefit to marten habitats could include short- to midterm (5–10 years) reductions in breeding and foraging habitats due to the removal of overstory forest cover and dead and down woody material. Over time, fires managed for resource benefit are expected to occur within the range of fires expected under HRV, thereby promoting the maintenance and regeneration of habitat conditions to which the marten is adapted.  In general, however, under Alternative A fire managed for resource benefit, including the occurrence of an infrequent high-severity event, is likely to affect only relatively small amounts of marten habitat compared to the very large amount of suitable marten habitat available across the SJNF. There is no difference in the projected outputs for fire managed for resource benefit under Alternatives B, C, and D, and therefore no differences would be expected under these alternatives.

**Impacts Related to other Activities:** Other proposed management activities within the planning area include Special Use Permits and oil and gas lease developments. These activities would usually be very small in scale or are expected to result in only very minor impacts to marten habitat quantity, quality, or habitat capability. For example, very little oil and gas development occurs in suitable marten habitat, and thus oil and gas activities are unlikely to affect marten habitat to the extent they cause detectible changes to SJNF-wide habitat or population trends. Special Use Permits, such as for private land access could cause site-specific disturbances to individual martens and could influence marten habitat conditions if new road construction was approved, but the scale of these projects is typically smaller than the average marten home range size and thus effects are expected to be very small in scale and thus unlikely to affect overall marten habitat or population trends. Indirectly, new road construction may also result in additional winter motorized use that could, in turn, result in greater disturbances within suitable marten habitat, but these effects are also expected to be very small in scale and limited in duration and therefore unlikely to affect overall marten population trends.

Under all of the alternatives, the habitat trend for American marten is expected to remain stable during the timeframe associated with LRMP implementation. Due to the decrease over time in timber harvesting activities within the spruce-fir and cool-moist mixed conifer habitat types, as well as the large amount of late successional suitable habitat available across the SJNF, a stable to increasing population is expected to continue for the life of the LRMP. Natural disturbance events including high-intensity wildfire or insect epidemics could negatively impact marten habitat, but the scale and intensity of these potential impacts are not reliably predictable at this time. Suitable marten habitat is expected to remain well-distributed and abundant across the SJNF and sufficient to provide for persistent and viable populations.

BLM_0032072

**Summary:** Actions associated with all alternatives could influence the American marten and/or its habitat. However, projected outputs under all alternatives conform to the provisions described in LRMP. The LRMP components (including desired conditions, objectives, standards, and guidelines) would include mitigation, stipulation, and conservation measures that are expected to provide for the ecological conditions in spruce-fir and cool-moist mixed conifer forests that would sustain healthy populations of American marten well distributed across the SJNF. Overall habitat and population trends are expected to remain stable, or to slightly increase, across the planning area over the life of the LRMP. Across all program areas, Alternative C is expected to have the most potential for maintaining or improving habitat conditions for American marten, followed by Alternatives A and B, then Alternative D. Any project proposed under LRMP implementation would undergo separate site- and project-specific NEPA analysis, including an analysis of effects to MIS.

Elk

**Impacts Related to Influential Program Areas:** Elk are a generalist species that occur in a variety of habitat types across the SJNF. They are considered well-distributed throughout the planning area within the range of suitable habitats that they occupy, which varies by season. Habitat analysis shows the 20-year SJNF-wide trend for summer range is stable, with an upward condition trend on winter ranges. Population trends have increased from the lows experienced during the 1980s. Currently, the elk population is considered stable (SJNF Elk Species Assessment [USFS 2004b]). It is believed that elk populations on the SJNF are influenced primarily by hunter harvest rates, which are set by CPW.

On the SJNF, elk have ample summer range that provides forage, thermal and hiding cover, and calving grounds. During winter, however, they become concentrated on lower-elevation ranges (Wolfe et al. 2002). These areas primarily occur on the SJNF below about 8,000 feet, although the upper elevation limit fluctuates depending on seasonal snow depth. Undisturbed winter range areas that are in healthy ecological condition are critical in providing habitat on the SJNF sufficient to support CPW's big game population objectives. Winter range extends across the southern and western portions of the SJNF and onto a variety of adjacent land ownerships including BLM, state, tribal, and private lands. While winter range is extensive across all ownerships, it is not equal to the quality and extent of summer range on the SJNF, and it is believed that winter range amount and habitat effectiveness could become a limiting factor to elk populations in the future. During the winter months elk become concentrated on winter ranges that are much more limited compared to the extent and amount of summer range available on the SJNF. A variety of forest management activities occur on elk winter ranges and these relatively limited wintering areas are increasingly being influenced by human development and other uses on lands adjacent to SJNF lands. Because of concerns for maintaining the extent and capability of elk winter ranges on SJNF lands, the general risk factors identified for elk are primarily tied to activities and influences associated with low-elevation winter habitats including pinyon-juniper, ponderosa pine, mountain shrubland, and sagebrush shrubland habitats. LRMP implementation influential activities include timber management, fire and fuels management, oil and gas development, recreation, travel management, and livestock grazing program areas. Other natural disturbance processes such as insects and disease may also influence the suitability of thermal cover on winter ranges.

All of the alternatives would provide the same management direction (including desired conditions, objectives, standards, and guidelines) for maintaining and improving habitat conditions for elk, especially on important winter ranges. This direction is expected to ensure that habitat conditions on the SJNF, especially on limited winter ranges, are sufficient to support the population objectives established by CPW. LRMP direction is expected to maintain the healthy habitat conditions necessary to support the current elk populations that are well-distributed across the planning area.

BLM_0032073

**Impacts Related to Timber Management Decisions:** Timber management activities overlapping elk winter range are primarily associated with the ponderosa pine and warm-dry mixed conifer habitat types.  Some timber harvest practices could have negative consequences for conditions on elk winter ranges, while other harvest practices, such as restoration treatments could have beneficial effects for elk winter range. Timber harvest activities may cause some temporary (5 years or less) impacts to individuals in harvest activity areas, but restoration treatments are expected to be beneficial in the long term (10 years or more) because projects are expected to move ecological conditions in ponderosa pine–dominated habitats closer to those expected under HRV. When coupled with prescribed fire treatments, restoration treatments in ponderosa pine–dominated habitats are expected to result in long-term improvements in the habitat conditions on elk winter ranges on the SJNF. A secondary potential impact of timber harvest activities involves the construction of roads, both permanent and temporary, and the potential for roads to reduce habitat capability for elk, especially on winter ranges during the winter season. LRMP design components are expected to provide guidance sufficient to maintain habitat capability for elk in relation to the management of roads in timber harvest project areas. For timber harvest activities in the ponderosa pine and warm-dry mixed conifer forests that dominate elk winter ranges on the SJNF, Alternative C proposes the fewest acres of harvest, followed by Alternatives A and B, which project the same acres of harvest, then Alternative D, which projects the most harvest. For timber harvest activities in higher-elevation forests including spruce-fir and cool-moist mixed conifer where most elk summer range is located on the SJNF, Alternative C proposes the fewest acres of harvest, followed by Alternatives A and B, which project the same acres of harvest, then Alternative D, which projects the most harvest.

**Impacts Related to Fire and Fuels Management:** Under all LRMP alternatives, ponderosa pine and warm-dry mixed conifer systems would be a primary emphasis for fire and fuels program area activities. This is because past fire-suppression and timber harvest activities have moved some stand structures and composition away from what was expected under HRV. Prescribed burns, in conjunction with timber treatments and understory mastication of Gambel oak (oakbrush) is expected to have long-term benefits for elk by moving stand conditions more towards those expected under HRV and improving elk forage conditions on winter ranges. Prescribed burns and timber and mechanical understory treatments may have temporary, short-term, negative impacts on elk winter habitats due to project-related human activities and disturbance to wintering animals, but these negative effects are expected to be short in duration and very limited in scale, resulting in only minor local impacts to a relatively small number of individual animals. A potential negative effect of fire and fuels management projects is loss of dense hiding cover located along motorized routes, which could cause short- and long-term increases human disturbance in proximity to designated routes within project areas, increasing the exposure of animals to hunter harvest and potentially reducing use of those areas by big game animals (Montgomery et al. 2012). A secondary potential impact of fire and fuels treatment activities involves the construction of roads or clearing of motorized routes to access project work areas. Routes used by these projects can be both permanent and temporary. These routes have the potential to reduce habitat capability for elk, especially when animals are present on winter ranges during the winter season. LRMP design components that apply to all alternatives are expected to provide guidance sufficient to maintain habitat effectiveness for elk in relation to the management of roads and other motorized routes in elk winter ranges. In general, however, these fire and fuels management treatments, including understory mastication projects, are expected to quickly provide improvements in elk winter range forage capacity and also result in long-term (10 years or greater) restoration benefits for elk through moving habitat conditions towards those that more closely resemble conditions under HRV. Fire suppression would continue to occur in some ponderosa pine stands due to their close proximity to the WUI where prescribed fire is not practical. For fire and fuels management treatments, there is little difference between the LRMP alternatives in projected activity outputs in ponderosa pine and warm-dry mixed conifer forests. Some temporary impacts to individual

184

BLM_0032074

animals may occur during project implementation, but long-term effects (10 years or more) on habitat conditions for elk winter ranges on the SJNF are expected to be primarily beneficial through movement of ecological conditions closer to those expected under HRV.

**Impacts Related to Livestock Management Decisions:** Within the planning area, livestock grazing is a widespread program activity in suitable rangelands. Much of the elk winter range on the SJNF is overlapped by rangelands suitable for cattle grazing. Most sheep grazing does not overlap elk winter range. The potential for negative effects of cattle grazing on elk winter range relates to the amount of forage remaining for elk after the livestock grazing season has ended. In areas where sufficient forage remains at the beginning of the winter season, impacts of livestock grazing on elk habitat capability is minimal. When grazing is used as a management tool to restore grassland health, cattle may result in positive influences to elk winter range. Negative influences on elk winter range may also occur if summer or fall grazing affects plant vigor or reduces the amount of post-grazing regrowth following the grazing season, reducing the amount of forage available to elk during the winter season. In general, the potential for impacts from livestock grazing activities would be greatest under Alternative D because it proposes the most acres as suitable for livestock grazing, followed by Alternatives A and B, which propose relatively similar acres as suitable for grazing, then Alternative C, which proposes the least acres as suitable for livestock grazing. Under Alternative D, livestock management may need to be more intensive and may require more investments in range improvements (including fencing, vegetation manipulation, and water developments) to avoid or otherwise mitigate potential impacts to resources such as riparian areas. Alternative C would provide the most opportunity to remedy livestock grazing conflicts with other resources, because livestock grazing would occur on fewer acres and stocking rates would be lower than under any other alternative. LRMP design components relating to livestock grazing management and maintaining or improving the ecological conditions in ponderosa pine and warm-dry mixed conifer forests are expected to provide guidance sufficient to maintain suitable habitat conditions on elk winter ranges that are well distributed across the planning area.

**Impacts Related to Recreation and Travel Management Decisions:** The most important habitat factor for elk populations that summer on the SJNF is the amount of available winter range. Much of the winter range that elk depend on occurs across a mosaic of land ownerships including federal, state, and private landowners. On adjacent private land residential development and human population growth has reduced the availability of some traditional winter range areas. This is more pronounced within close proximity of population centers. Roads and other infrastructure have further dissected available habitats and/or reduced habitat security. This trend of declining elk habitat availability on adjacent non-federal lands has increased the importance of some winter range areas on the SJNF, but many elk winter areas on the SJNF are also seeing increased winter recreation use that can reduce elk habitat effectiveness (Lyon and Christensen 2002).

Winter range is considered to be the most important habitat factor for elk on the SJNF. Within the planning area, some winter range areas are closed to motor vehicles by snow conditions or existing seasonal restrictions during the period of use by big game animals. Alternative A continues to permit areas of cross-country motorized travel over ground, thereby having the greatest potential for impacts to big game animals on winter ranges. Alternative A also has more lands available for overground motorized uses than do Alternatives B, C, and D. Under Alternatives B, C, and D, implementing a system of designated roads and trails for motorized travel over ground would have beneficial impacts to the effectiveness of elk winter habitats by reducing the potential for disturbance to wintering animals. Areas available for motorized travel over snow would remain unchanged under Alternative A. There would be a reduction in area available to oversnow travel under Alternative C, with smaller reductions occurring under Alternative B and D. For these reasons Alternative A has the greatest

BLM_0032075

potential to negatively affect elk habitat capability, followed by Alternatives D, B, and C, respectively. LRMP design components that apply to all alternatives are expected to provide guidance sufficient to maintain habitat effectiveness for elk in relation to the management of roads and motorized trails in elk winter ranges.

**Summary:** Actions associated with all alternatives could result in impacts to elk habitats, including winter range. LRMP components (including desired conditions, objectives, standards, and guidelines) would include mitigation, stipulation, and conservation measures that are expected to provide for the ecological conditions necessary to support CPW's elk population objectives across the SJNF over the life of the LRMP. LRMP components are expected to sustain viable elk populations well distributed across the planning area. All alternatives include specific actions designed to restore and improve habitat conditions on elk winter ranges. Under all of the alternatives, no change is expected in the current stable trend of summer habitat conditions and upward trend in winter habitat conditions across the SJNF. The alternatives could influence the rate of change of habitat conditions, but no correlation has been found between habitat trends and population trends over time on the SJNF. Therefore, no change is expected to the currently stable overall population trend for elk resulting from habitat management actions during LRMP implementation. At this time, CPW population management, through regulating hunter harvest, is believed to have the greatest influence on elk population trends on the SJNF. Projects proposed under LRMP implementation would undergo separate site- and project-specific NEPA analysis, including an analysis of effects to MIS and effects to elk winter range. Additional discussion for elk concerning fluid minerals and the supplement is found in that section at the end of this Terrestrial Wildlife section.

Across all program areas and activities on the SJNF, Alternative C would be most likely to maintain habitat capability and habitat effectiveness on elk winter ranges, followed by Alternatives B, D, and A, respectively. This is based on suitability for motorized travel and projected outputs for timber, fire and fuels, livestock grazing, travel management, and recreation program areas.

<u>Hairy Woodpecker</u>

**Impacts Related to Influential Program Areas:** The hairy woodpecker is considered well-distributed and relatively abundant across the SJNF within a wide variety of forested habitat types. Hairy woodpeckers are dependent on standing snags and live green trees with heart rot for constructing nesting cavities or as primary foraging substrate. They are a primary cavity nester, excavating a new cavity yearly. Many other species of birds and some bat species that cannot excavate their own cavities depend on abandoned woodpecker nest cavities for nesting or roosting sites. On the SJNF, hairy woodpecker nests are constructed in suitable live trees and standing snags greater than about 16 inches dbh within most forested habitat types, but they show a preference for aspen stands. Current information suggests hairy woodpecker populations have increased slightly in Colorado, as well as throughout their entire range. Recent habitat modeling and density-estimate evaluations suggest that the population trend of hairy woodpecker on the SJNF is stable or slightly increasing (SJNF Hairy Woodpecker Species Assessment [USFS 2004c]).

In general, program areas with potential to impact hairy woodpecker habitat are those programs that cause or facilitate, directly or indirectly, the loss of standing snags, especially those snags greater than about 16 inches dbh (Bull et al. 1997; Parks et al. 1997; Schultz 2001). LRMP components would protect and maintain standing snags, especially large-diameter snags (greater than about 16 inches dbh). Risk factors identified for hairy woodpecker would be related to management activities within aspen and mixed conifer habitats, and activities that influence the abundance and/or distribution of standing snags or live trees with heartwood rot. Program areas that could influence hairy woodpecker populations and habitats include timber management, fire and fuels projects,

firewood harvesting, livestock grazing activities, and fluid minerals development projects. Other natural disturbance processes, including insects and disease, could also influence the amount and extent of woodpecker habitat.

All of the alternatives would provide the same management direction (including desired conditions, objectives, standards, and guidelines) for maintaining and improving the abundance and distribution of standing snags, especially those greater than about 16 inches dbh, and live trees with heartwood decay, which provide the primary substrate for hairy woodpecker nesting and foraging habitats. This direction is expected to maintain healthy habitats for hairy woodpecker and the current well distributed and relatively abundant nature of woodpecker populations throughout aspen and mixed conifer habitats across the SJNF.

Examples of program areas that have the potential to reduce the abundance or distribution of large-diameter standing snags, or indirectly facilitate the loss of snags, include travel management, timber resources, fire and fuels, and solid and fluid minerals. Other activities, such as watershed/fisheries improvements, livestock grazing, and invasive plant species treatments, might also indirectly influence the distribution and/or abundance of large-diameter standing snags. However, the impacts related to these other activities are expected to be site specific in nature and are likely to only impact very small numbers of snags in very limited areas. For this reason, they are unlikely to result in impacts to population sustainability of snag-dependent birds across the planning area. Effects from these other program areas are expected to be so small and site-specific that they would not cause detectible changes in abundance or distribution of snag-dependent birds across the SJNF.

**Impacts Related to Travel Management Decisions:** Travel management projects, timber projects, and oil and gas projects that could develop new access, or substantially improve existing access, to areas that currently have higher densities of large-diameter standing snags (including riparian areas and ridge tops) may indirectly facilitate increased losses of snags to personal use firewood gathering. This potential impact would be likely to degrade habitat value for hairy woodpecker. Restricting off-road motorized travel to designated routes would likely protect existing snags, especially those large-diameter snags greater than 300 feet from roads, by reducing accessibility for personal use firewood harvesting of snags that are greater than 300 feet from roads. Alternative A continues to permit areas of cross-country motorized travel, thereby having the greatest potential for loss of large-diameter snags to firewood harvesting. Alternative A also has more lands available for overground motorized uses than do Alternatives B, C, and D. Under Alternatives B, C, and D, motorized travel would be restricted to a system of designated routes, likely benefiting woodpeckers by reducing the potential for loss of large-diameter snags greater than 300 feet from designated motorized routes. This would influence large areas, especially on the west side of the SJNF, that are currently open to cross-country motorized travel.

**Impacts Related to Timber Management Decisions:** Timber harvest and fire and fuels management projects are likely to result in the greatest potential for direct and indirect impacts to habitats for hairy woodpecker, compared to other agency program areas. Timber harvest may negatively impact snag-dependent birds by reducing snag densities through the removal of snags for safety of operations during timber harvest. Clearcut harvest methods are generally used in aspen-dominated forests to regenerate older decaying aspen stands. After harvest, stands are unsuitable for woodpeckers and other secondary cavity-nesting birds for the long term until overstory trees reach greater than about 9 inches dbh in size. LRMP standards and guidelines would reduce the potential for snag loss during timber harvesting activities. LRMP components would be the same under all of the alternatives and are expected to protect and maintain large-diameter snags and increase recruitment of large-diameter replacement snags.

BLM_0032077

For hairy woodpecker, potential effects of timber program activities would vary by alternative and by the forested habitat type. For birds associated with ponderosa pine habitats, warm-dry mixed conifer habitats, and spruce-fir habitats, Alternatives A and B have similar projected timber program outputs. Alternative C has slightly less projected program outputs, and Alternative D has the most projected program outputs. For birds associated with cool-moist mixed conifer habitats, Alternative C has the least projected program outputs, followed by Alternatives B, A, and D, respectively. For birds associated with aspen-dominated habitats, Alternative C has the least projected program outputs, followed by Alternatives A, B, and D, respectively.

**Impacts Related to Fire and Fuels Management Activities:** Prescribed burns are often used to treat understory hazardous fuel conditions and reduce slash following timber projects. Projected outputs for prescribed fire projects are expected to be similar across all alternatives. Prescribed fire is frequently used as a follow-up treatment in ponderosa pine and warm-dry mixed conifer forests, and often results in the loss of soft snags from flying embers catching in the crowns of large-diameter standing snags. Conversely, prescribed fire can also create new snags when burn intensities are high. However, because large-diameter trees (greater than 16 inches dbh) are less susceptible than small-diameter trees to being killed by prescribed fires conducted under normal burn parameters, most snags created by agency prescribed fires are too small to provide high-quality nesting habitat for cavity-dependent birds such as hairy woodpecker. The generally small-diameter snags often created by prescribed fire killing understory trees are usually much smaller in diameter than the soft snags often lost during the burn, and therefore the net habitat value for cavity-dependent birds such as hairy woodpecker generally declines following prescribed burns. Burns do, however, create short-term woodpecker foraging habitat, but benefits of foraging habitat rarely extend past about 5 years post-burn due to rapid declines in insect abundance. Some portions of the planning area are considered to have snag densities well below levels necessary to sustain populations of snag-dependent birds. As a result, the Pagosa and Columbine Ranger Districts implemented bans on cutting large-diameter ponderosa pine snags for personal use firewood.

For reasons described above, fuel treatment project impacts to hairy woodpecker would depend primarily on maintaining and creating large-diameter snags. Over the long term (more than 30 years), fuel treatment projects could result in higher rates of recruitment of large-diameter trees that could ultimately become snags because LRMP components would favor the retention of large-diameter snags and live snag replacement trees, as well as the restoration of ecosystem function (including disturbance processes, such as natural fire). Because there is little difference between the alternatives in the projected output acreage of fuel treatment projects, there may be little difference between the alternatives in potential program impacts to hairy woodpecker habitat from fuel treatment projects.

**Impacts Related to Livestock Management Decisions:** Within the planning area, livestock grazing is a widespread program activity in suitable rangelands, with approximately 115,242 cattle and 11,437 sheep AUMs occurring on NFS lands. Most sheep grazing occurs in high-elevation alpine systems and does not overlap hairy woodpecker habitat within aspen. However, cattle grazing may occur in aspen stands, and could, therefore, indirectly impact hairy woodpecker habitat. Livestock grazing might result in indirect impacts to hairy woodpecker if the activity influences the regenerative capabilities of the aspen stands, especially after treatment, when the young shoots are growing. Standards, guidelines, and monitoring programs would be in place in order to minimize these impacts and correct them if they represent a management problem.

**Impacts Related to Mineral Development Decisions:** Most fluid minerals development on the SJNF would likely occur in the ponderosa pine, pinyon-juniper, and warm-dry mixed conifer habitat

BLM_0032078

types. Fluid minerals development may slightly reduce habitat quality for hairy woodpecker, but the level of impact is expected to be minor to moderate, and the scale of impacts is expected to be localized and very small, depending on habitat type, past management history, and degree of public access, both before and after project development. LRMP components favor the retention of large-diameter snags and live snag replacement trees, and favors the restoration of ecosystem function (including disturbance processes, such as natural fire), thereby minimizing the potential impacts to hairy woodpecker habitat during LRMP implementation. Acres of federal minerals available for leasing are fairly similar across Alternatives A, B, and D. Alternatives A, B, and D open the largest amounts of federal minerals to leasing; Alternative C opens substantially fewer amounts of federal minerals to leasing. Under the No Leasing Alternative, development would be limited to existing leases within the planning area.

**Summary:** In general, Alternative C would have the least potential for impacts to habitat components for hairy woodpecker, followed by Alternatives B, D, and A, respectively. This is based on the projected output amounts under each alternative for program areas that are likely to reduce the abundance or affect the distribution of large-diameter standing snags and live trees with heartwood rot. Some of the actions associated with all of the alternatives may have influences to the hairy woodpecker and/or its habitat. However, the projected outputs under all of the alternatives would conform to the provisions described in the LRMP/FEIS. LRMP components and mitigation, stipulations, and conservation measures would provide for viable populations of hairy woodpecker. The management actions that may occur in aspen stands would most likely have short- to midterm impacts on individual hairy woodpecker. However, long-term restoration benefits are expected from the regeneration of selected older stands. No change to the current stable population and habitat trends is expected across the SJNF under any of the alternatives. Separate site- and project-specific NEPA analysis, including MIS analysis, would occur as projects are proposed for implementation. Additional discussion for this species concerning fluid minerals and the supplement is found in that section at the end of this Terrestrial Wildlife section.

<u>Cumulative Impacts Related to Influential Program Areas on Management Indicator Species</u>

Actions taken to implement any of the alternatives, along with past, present, and reasonably foreseeable future activities undertaken by the SJNF or other ownerships may result in combined or cumulative impacts to the MIS selected by the SJNF. However, all alternatives would be limited by LRMP components designed, in part, to account for potential cumulative impacts of activities occurring on adjacent ownerships or from the combined effects of all program activities on lands managed by the SJNF. After considering direct, indirect, and cumulative effects to MIS, LRMP components are expected to provide the ecological conditions necessary to maintain populations of all native and desired non-native wildlife species well-distributed across the SJNF. LRMP components that address MIS and wildlife diversity are also founded in law, federal regulation, and policy that allows for periodic reviews and adjustments of the LRMP, as needed, and as new information becomes available.

Currently, human populations near the planning area are projected to continue growing for the foreseeable future. This trend, and the associated increased demand for a wide variety of forest products and recreational opportunities across the SJNF, may be one of the largest wildlife management challenges facing LRMP implementation. For spruce-fir associated MIS, such as the American marten, cumulative impacts associated with other land ownerships may include increased habitat fragmentation (due to highway infrastructure improvements and increased traffic volume, use and development of private in-holdings, mining activities on claim in-holdings, access across NFS lands to private in-holdings, etc.). Increased development of adjacent private lands around ski areas

BLM_0032079

on NFS lands and expanded recreational pursuits by adjacent homeowners at private base area developments may also reduce habitat capability for MIS species move across the landscape irrespective of land ownership boundaries. However, the majority of spruce-fir forest occurs on NFS lands, with relatively large and unroaded expanses occurring within backcountry and designated wilderness areas that are expected to provide large blocks of high-quality source habitats for MIS species such as American marten. Expanses of summer range for elk are also expected to remain available in the high-elevation spruce-fir and cool-moist mixed conifer forests within the planning area.

For MIS associated with lower-elevation ponderosa pine and warm-dry mixed conifer forests, such as Abert's squirrel, large amounts of suitable habitat are well distributed across SJNF lands. Much of these habitat types on other adjacent land ownerships has been heavily modified due to past management impacts. Potential cumulative impacts to MIS species associated with lower-elevation forested habitats are expected to be reduced by the LRMP's increased emphasis on restoration activities within ponderosa pine and warm-dry mixed conifer systems. Restoration activities are expected to improve ecological function in these forests, thereby improving habitat conditions for MIS associated with these forests,

In relation to elk, a wide-ranging MIS that is associated with many different habitats at different times of the year, human population increases and associated development of adjacent private lands is expected to place additional pressures on SJNF lands to replace high-quality undisturbed elk wintering habitats that are being lost from adjacent private lands. Improving the capability of elk wintering habitats on SJNF lands to compensate for the gradual loss in habitat effectiveness of adjacent private lands is becoming more important to ensure public lands sustain elk populations sufficient to meet CPW's herd population objectives. Much of the Gothic Shale formation and Paradox Basin oil and gas development potential areas lies within elk winter range on private lands adjacent to the Dolores River and to the east and south of the town of Dolores. The potential for fluid minerals development is high on these private lands, with associated potential for increased impacts to elk winter ranges that occur across these lands. Low-elevation lands are also currently being used by a wide variety of utility infrastructure corridors including electric, natural gas, and fiber-optic communications. The need for additional utility infrastructure transportation corridors is expected to continue growing for the foreseeable future. Past and current emphasis on wildlife mitigation has increased the number and extent of fire and fuels mitigation projects implemented on adjacent private lands in the WUI. These projects also impact wintering habitats for elk, potentially in both positive and negative ways, as described above. Cumulative effects to elk herds that use the SJNF could result from all of these activities and developments in elk winter ranges on private lands adjacent to the SJNF. For this reason, LRMP components have been designed to consider these potential cumulative influences on MIS that occur on SJNF lands, increasing the importance of working collaboratively with CPW and other adjacent landowners as needs develop.

No LRMP alternative is expected to result in cumulative impacts to any MIS that uses the SJNF planning area of sufficient extent or magnitude to result in detectible changes to population or habitat trends across the SJNF. LRMP monitoring requirements and adaptive management principles are expected to help identify changes in MIS populations and habitat trends on the SJNF and guide decisions about the potential need for management changes on the SJNF to address unanticipated cumulative impacts over the life of the LRMP.

BLM_0032080

### 3.3.4  Fluid Minerals Leasing Analysis

The following section summarizes the potential impacts of the leasing alternatives on terrestrial wildlife. This analysis is based on assumptions regarding how the PLAA would develop if, when, and where additional lands are made available for lease. Lands made available for lease would be subject to standard lease terms and, where deemed necessary, special lease stipulations to protect wildlife species and their habitats. Leasing stipulations and LRMP components are designed to minimize and/or mitigate potential impacts of oil and gas leasing and subsequent development to wildlife species and the habitats on the SJNF and TRFO on which they depend. Impacts to wildlife species, habitats and key habitat components would be analyzed in detail at the site-specific level in a plan of development if and when lands are leased and before development is approved.

Oil and gas leasing and subsequent development could have the following impacts to terrestrial wildlife species and habitats:

- Direct loss of habitat from conversion to well pads, roads, pipeline and utility corridors, and ancillary facilities such as pipeline compressor stations;

- Reduced habitat effectiveness and habitat fragmentation from construction activities and activities associated with operation of oil and gas facilities;

- Persistent operational impacts causing disturbances to wildlife when they are using important seasonal ranges, such as big game winter concentration and parturition areas;

- Disruption of migratory routes from habitat loss and fragmentation, and reduced habitat effectiveness due to disturbance and displacement effects within migratory routes at key times of year caused by development and operational activities; and

- Direct mortality due to vehicle collisions.

Effects to wildlife species and habitats from subsequent development as a result of oil and gas leasing could occur in a variety of ways, including:

- Construction of roads, well pads, and other ancillary facilities could result in direct loss of wildlife habitats, potentially reducing the amount, distribution or diversity of available key habitat components such as forage and hiding and thermal cover in the affected area. There could also be an indirect loss of habitat capability due to introduction/expansion of invasive plant species at and near construction sites, and loss of habitat function before interim reclamation projects provide usable habitat, nesting, forage, and security cover. Application of conservation measures found in the LRMP standards and guidelines, additional referenced guidance, and Appendix H leasing stipulations are designed to minimize and/or mitigate potential impacts to wildlife habitats and species from the direct and indirect loss of habitats and habitat capability.

- Construction and operation of oil and gas facilities could result in the fragmentation of wildlife habitats in the projected development areas. Oil and gas development and production activities have the potential to result in negative effects on habitats for some wildlife species. Application of Appendix H leasing stipulations, LRMP standards and guidelines, and recommendations of additional referenced guidance is expected to minimize and/or mitigate fragmentation effects to wildlife habitats. Fragmentation could occur as a result of road, well pad, and oil and gas facility construction. The effects of habitat fragmentation would vary by species of wildlife and by the relationship between facility infrastructure and key habitat components for individual wildlife species. For some wildlife species, such as those that are small and less mobile (e.g., rodents, reptiles, and amphibians) fragmentation that occurs at relatively small geographic scales could

BLM_0032081

disrupt movement and reduce connectivity between individuals or populations, increasing the potential for small-scale population isolation or perhaps extirpations. For other species, such as those that are larger and more mobile (e.g., deer and elk), fragmentation associated with projected levels of oil and gas development is unlikely to isolate populations or result in localized extinctions. For mobile species, however, habitat fragmentation and resulting displacement effects would require the application of leasing stipulations, LRMP standards and guidelines, and mitigation measures from additional referenced guidance to ensure that potential population-level effects would be minimized.

- Increased human activity, equipment operation noise, vehicular traffic, and noise resulting from all phases of oil and gas development and production operations could cause wildlife to be displaced from areas of presumably higher habitat capability to areas of presumably lower habitat capability or cause animals to stop using the area altogether. Habitat displacement or avoidance could result in the under-utilization of otherwise suitable habitats and reducing the effectiveness of otherwise suitable habitats. Habitat avoidance could also reduce the recreational values of areas where wildlife uses are reduced or avoided, such as reducing values of the area for watchable wildlife or hunting. Wildlife distribution patterns could be altered, leading to increased competition by wildlife for limited resources and potential for overuse of the areas into which larger numbers of animals are displaced.

- Increased public access from oil and gas development roads could potentially lead to increased legal hunting pressure and poaching, which could have both positive and negative effects on state wildlife management objectives for individual big game herds.

- Increased vehicle traffic would be expected during all phases of oil and gas development under each alternative. The potential for vehicle collisions with wildlife species is directly correlated to the volume of traffic and road type. Project-related traffic volume is likely to be greatest during the construction phase and diminish during the production and abandonment phases. Indirectly, increased traffic volumes are also likely to increase disturbance to animals within surrounding areas, potentially increasing displacement of animals out of areas surrounding roads with higher traffic volumes to areas around roads with lower traffic volumes. As animals are displaced they could face increased risk of mortality while attempting to cross other higher volume roads while en route to more secure areas.

- Adverse impacts to wildlife habitats associated with oil and gas development are expected to be long term (life of the LRMP). Predicted timeframes for oil and gas development are to complete drilling activities within 15 years. From the time of completion, wells may continue to produce for 30 years after that. However, once well production is complete, well pads and associated roads and other infrastructure are expected to be removed and the areas reclaimed.

## Terrestrial Wildlife Lease Stipulations

Many leasing stipulations found in Volume III, Appendix H and displayed below in Table 3.3.6, were designed to maintain and protect wildlife habitat capability and effectiveness within areas that could be leased for fluid mineral development during LRMP implementation. Wildlife-related lease stipulations are consistent with LRMP standards and guidelines and other referenced direction. These stipulations apply to currently unleased lands as they are considered for leasing. Both leased and unleased lands must be consistent with all direction found within the LRMP during subsequent site-specific NEPA analysis and documentation (IM CO-2010-027 [BLM 2005b]).

BLM_0032082

**Table 3.3.6: Wildlife Lease Stipulations**

| Wildlife | Alt A | Alt B | Alt C | Alt D |
|---|---|---|---|---|
| Mexican spotted owl | NSO, LN | NSO, LN | NSO, LN | NSO, LN |
| Lynx landscape linkage, denning and winter foraging habitat | TL | CSU | CSU | CSU |
| **Lynx denning sites**: No surface use is allowed during March 1–August 30 within 1 mile of known, active, den sites | TL | TL | TL | TL |
| **Southwest willow flycatcher**: No surface occupancy within 325 feet of ordinary high water mark in mapped habitat | NSO | NSO | NSO | NSO |
| **Southwest willow flycatcher**: No surface use is allowed during May 1–August 15 in suitable nesting habitat as mapped by the USFS, BLM, USFWS, or CPW | TL | TL | TL | TL |
| Gunnison sage-grouse | LN | LN | LN | LN |
| **Gunnison sage-grouse proposed occupied critical habitat:** Protecting priority habitat such as lek sites and nesting habitat | NSO 0.25 mile of lek sites | NSO | NAL | NSO |
| **Gunnison sage-grouse proposed occupied critical habitat:** The Field Manager may require the proponent/applicant to submit a plan of development (see Appendix H for full details) | SLT | CSU | NAL | CSU |
| **Gunnison sage-grouse proposed unoccupied critical habitat:** NSO would be allowed within a 0.6-mile radius of a newly identified lek site; TL may be applied to lease activities if surface occupancy is allowed (see Appendix H for full details) | SLT | CSU 0.6 mile of lek sites | NSO | CSU |
| **Gunnison sage-grouse**: Noise restriction in proposed occupied and unoccupied critical habitat (see Appendix H for full details) | SLT | CSU | CSU | CSU |
| **Columbian sharp-tailed grouse lek site:** NSO is allowed within a 0.4pmile buffer of a lek | SLT | NSO | NSO | SLT |
| Columbian sharp-tailed grouse: Noise restrictions | SLT | CSU | NSO | CSU |
| **Columbian sharp-tailed grouse**: TL may apply to construction, drilling, and workovers within 1.25 miles of an identified lek site from March 15 through July 30 (see Appendix H for full details) | TL | TL | NSO | TL |
| **State wildlife areas**: Bodo, Dan Noble, Dry Creek, Lone Cone, Lone Dome, Perins (and BLM lands to comprise HMA), Puett Reservoir, Williams Reservoir, Coalbed Canyon, Devil Creek, Fish Creek, Haviland, and Joe Moore | SLT | NSO | NAL | CSU |
| Migratory birds | LN | LN | LN | LN |
| **Eagles, all accipiters, falcons, buteos, and owls**: Within specified distance from nest and communal winter roost sites; see Appendix H, Table H-1: Raptor Conservation Measures | TL/NSO | NSO | NSO | NSO |
| **Eagles, all accipiters, falcons, buteos, and owls**: TL would be applied to all development activities; see Appendix H, Table H-1: Raptor Conservation Measures. | TL | TL | NSO | TL |

BLM_0032083

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Wildlife | Alt A | Alt B | Alt C | Alt D |
|---|---|---|---|---|
| **Big game parturition**: For pronghorn fawning areas (on SJNF and TRFO, includes the overall range for the species, May 1–July 1; for elk calving areas, May 15–June 30; for Rocky Mountain bighorn sheep lambing, April 15–June 30; for desert bighorn sheep lambing, February 1–May 1 | TL | TL | NSO | SLT |
| Big game severe winter range, winter concentration and mule deer critical winter range, and production areas: CSU to provide for healthy ungulate populations | SLT | CSU | CSU | SLT |
| **Big game winter range**: No surface use is allowed during the following time period(s) in mapped severe winter range, winter concentration and mule deer critical winter range: pronghorn antelope, December 1–April 30; Rocky Mountain bighorn sheep, November 1–April 15; desert bighorn sheep, December 1–April 15; mule deer, December 1–April 30; elk, December 1–April 30 | TL | TL | NSO | SLT |
| Gunnison prairie dog | SLT | CSU | CSU | SLT |
| **Bats**: NSO within a 0.25-mile radius of known maternity roosts or hibernacula of BLM and USFS sensitive bat species | SLT, LN | NSO, LN | NSO, LN | SLT, LN |

CSU = Controlled surface use
LN = Lease notice
NAL = Not available for lease
NSO = No surface use
SLT = Standard lease terms
TL = Timing limitation
For additional information, see Appendix H in the LRMP.

Strategies for protecting wildlife through use of lease terms would vary by alternative (see Volume III, Appendix H and Table 3.3.6). Standard lease terms are the least restrictive requirements that would be applied in the PLAA. Where areas are leased with standard lease terms (Form 3100-11) managers would exercise the terms' flexibility to require modifications to siting or facility design to minimize adverse impacts on significant wildlife resources, but the adjustment would be consistent with lease rights granted. Managers and operators do have responsibility to protect environmental resources under standard lease terms. It is the responsibility of the Authorized Officer to require all lease operation be conducted in a manner that protects other natural resources and the environmental quality (43 CFR 3161.2). The Authorized Officer will determine, based on environmental review, the appropriate terms and conditions of approval of the submitted plan (43 CFR 3162.5-1(a)).  The operator shall conduct operations in a manner that protects the mineral resources, other natural resources, and environmental quality (43 CFR 3161.5-1 (a)). The BLM may apply mitigation measures not in the LRMP when supported by best available science and analyzed in a site-specific NEPA analysis.

CSU has more flexibility to address significant wildlife concerns than under the terms of the standard lease form. CSU allows relocating proposed operations beyond 200 meters (656 feet), and up to 0.5 mile to achieve the desired level of resource protection. CSU allows year-round occupancy and accessibility to leased lands while providing mitigation of effects on other resources.

194

BLM_0032084

TL stipulations are prescribed over much of the PLAA in areas available for oil and gas leasing. TLs are the predominant stipulations where use or occupancy of the land for fluid minerals exploration or development needs to be restricted during a specified period of the year. The scope of the TL stipulation could go beyond ground-disturbing activities to encompass any source of protracted or high-intensity disturbance that could interfere with normal wildlife behavior and negatively affect use of important wildlife habitats. The TL is not applied to the operation and maintenance of production facilities unless the analysis demonstrates a continued need for the mitigation and that less stringent measures would not be sufficient. The TLs are based on conservation strategies and the best available information to provide the protections necessary to maintain capability and effectiveness of important wildlife habitats. The TLs protect species during critical life stages, but do not account for potential loss of habitat capability or effectiveness outside the TL. TLs provide partial accessibility for a portion of the year and maintain the potential for extraction of oil and gas, but may increase costs due to timing constraints (such as a short operating season).

NSO stipulations require that surface occupancy not be allowed on all or a part of the leasehold. The NSOs are based on recovery plans, conservation strategies, conservation agreements, and the best available information to provide the protections necessary to maintain capability and effectiveness of important wildlife habitats. NSO stipulations are applied when the desired level of resource protection cannot be accomplished by less stringent stipulations, such as by relocating a proposed facility or activity within the lease area, or by avoiding activity during a specified period of time. Although use or occupancy of the land surface for fluid mineral exploration or development is prohibited, oil and gas under lands affected by NSO stipulations are available for extraction if extraction can be accomplished without occupying the surface (such as through directional drilling or draining the deposit from adjacent lands).

Lease notices are used to inform the leaseholder that a potential exists for additional survey, inventory, or other information need may exist prior to exercising lease rights. Lease notices notify the lessee about special items for consideration when planning operations, but do not impose new or additional restrictions beyond those already in the stipulations.

In addition to the types of lease stipulations described above, additional management standards and guidelines described in the LRMP would be applied to provide for wildlife habitat capability and effectiveness (see Volume II, LRMP, Section 2.3). In addition, guidance contained in agency manuals, handbooks, conservation strategies, and other referenced materials cited in the LRMP could be applied as COAs when individual wells are proposed to protect important wildlife habitats, features, and wildlife species. Additional referenced guidance listed in the LRMP includes threatened and endangered species recovery plans, wildlife-specific BLM and USFS manuals and handbooks (i.e., agency direction), and BMPs (e.g., BLM Gold Book). The BLM and USFS may apply mitigation measures not in the LRMP when supported by best available science and analyzed in a site-specific NEPA analysis.

Exceptions, modifications, and waivers are options available to most lease stipulations and, if granted, would be based on evaluation of site-specific conditions that may warrant change in the original lease terms. Exceptions are one-time exemptions from a stipulation, whereas modifications are changes to the provisions of the stipulation that are either temporary or for the term of the lease. A waiver is a permanent exemption to a stipulation. Granting an exception, modification, or waiver to a lease stipulation is limited to situations in which the Authorized Officer determines that 1) the factors that led to its inclusion in the lease have changed sufficiently to make it no longer justified or 2) granting would not cause unacceptable impacts to the resource protected by the stipulation.

BLM_0032085

In most cases, much (about 65%) of the development (new well pads, miles of new roads, and acres of new disturbance) within the PLAA is projected to occur on unleased lands (see Volume III, Appendix F). All alternatives, except the No Leasing Alternative, project some degree of expansion of oil and gas development impacts, and impacts from this expansion are likely to occur in wildlife habitats or areas that have been previously relatively unaffected by oil and gas development activities. For those areas already leased and/or developed, additional development is expected to increase the intensity and potentially also the duration of impacts to wildlife species and habitats. If additional development occurs in areas already affected by oil and gas operations, additional impacts to wildlife could be slight to moderate and represent only an incremental increase in the level and/or duration of impacts that already occur. If development occurs in areas not already affected by oil and gas operations, impacts to wildlife could be immediate and result in wildlife responses that range from low to moderate depending on the nature, extent, intensity and duration of development that was approved. In addition, wildlife responses to oil and gas development are expected to be site-specific and vary depending on species of wildlife affected, and modified (positively or negatively) by terrain and other physical and vegetation factors. The No Leasing Alternative would have the least additional impact to wildlife species and habitats, as compared to other LRMP alternatives. However, some development would occur on lands already leased, and therefore the No Leasing Alternative could also have additional impacts to wildlife habitat capability and/or effectiveness, although at a smaller scope and scale as compared to the four action alternatives. In the PLAA, 71.8% of the fluid mineral estate is managed by the BLM. The rest of the fluid mineral estate is private or state ownership. Existing leases make up 20.7% of the PLAA, and 28.7% of the fluid mineral estate is currently leased. Existing leases that have seen some level of development or are currently held by production make up 2.4% of the PLAA.

## DIRECT AND INDIRECT EFFECTS

Wildlife habitats within the PLAA directly affected by projected development of new well pads, roads, pipelines, and compressors would represent a relatively small overall proportion of all habitats present on BLM and NFS lands in the PLAA. For example, the most impactive alternative, Alternative A, projects total acres of disturbance on leased and unleased lands from GSGP and conventional activities in the PLAA to be about 0.8% of all BLM and NFS lands within the PLAA. However, impacts of oil and gas development on wildlife would extend beyond direct loss of habitat. Construction and operation disturbances associated with oil and gas infrastructure (well pads, compressor stations, roads, and pipeline and utility corridors) would reduce habitat effectiveness for wildlife across a larger matrix of habitat within which development occurs. These disturbance areas would vary in size depending on a number of factors, including intervening terrain and vegetation, the type and duration of the disturbance factor, the species of wildlife affected by the disturbance factor, and the time of year the disturbance factor occurred in relation to important wildlife life history events.

Direct and indirect impacts to wildlife in the PLAA could be greatest during the construction phase and primarily related to human disturbance, direct habitat loss, and fragmentation of important wildlife habitats. Infrastructure construction impacts would be reduced by applying the lease stipulations described above, BMPs, and conservation procedures and LRMP standards and guidelines as COAs. The lease stipulations require avoidance of important habitats for some species and/or TLs that restrict development activities to occurring outside critical life history periods for certain wildlife species of concern.

Operational impacts causing disturbances to wildlife on important seasonal ranges are likely to be long term in nature (i.e., lifespan of the facility), but could be mitigated by TLs, reclamation requirements, modification of rate of leasing and development, clustering of activities and collocation

BLM_0032086

of infrastructure (such as roads, pipelines, and utility corridors), and road and traffic management requirement to include use of remote well monitoring telemetry to reduce traffic impacts. Remote well monitoring telemetry could effectively limit oil and gas well traffic associated with production to one to two visits per week, and thus reduce the potential impacts to wildlife habitat effectiveness.

Development as a result of fluid mineral leasing within the PLAA is likely to have some effects to wildlife habitats, but the extent, duration, and intensity of effects would vary depending on many site-specific development factors and would vary depending on species of wildlife affected and timing of development activities in relation to species' life history events. Mechanisms by which development could negatively affect populations, species, and important habitats include direct loss of important habitats and/or key habitat components, direct and indirect effects of expanded road networks, increased traffic on existing road networks, displacement of animals from preferred ranges that are presumably of higher quality to less preferred ranges that are presumably of lower quality, and the duration of time over which oil and gas infrastructure was in production prior to reclamation and restoration of pre-existing wildlife habitats. Application of lease stipulations, COAs, and LRMP standards and guidelines and other referenced guidance would likely reduce the intensity, scale, and duration of impacts on wildlife habitats, species, and individuals.

Fluid minerals leasing and development in the PLAA is likely to result in some degree of direct loss of habitat and/or key wildlife habitat components. Direct loss of habitat could reduce forage availability and other potentially important wildlife habitat components (such as large-diameter snags and roost trees) in the affected area. Direct loss of habitat would be a function of the number of wells and well pads, miles of roads, miles of utility corridors, and the number of other ancillary facilities constructed under each of the alternatives. Projected oil and gas development on NFS and BLM lands under the most impactful alternative (Alternative A) for leased and unleased lands could result in a direct loss of 6,640 acres of habitat within the PLAA from a projected 1,023 well pads and 517 miles of road (see Volume III, Appendix F). This represents slightly less than 1% of federal surface acres within the PLAA. Of these totals, approximately 65% of disturbance acres include well pads and roads projected to be on currently unleased lands in the PLAA. Federal minerals make up 71% (1,190,338 acres) of the 1,675,562 acres in the PLAA. Currently 29% of the federal mineral estate is leased (20.7% of the PLAA). There are 317 leases issued in the PLAA, and of those 32 leases have experienced some sort of development. Leases held by production make up 3% (39,718 acres) of existing leases and 97% of existing leases in the PLAA have not experienced any oil and gas development. Most of the current leased areas are undisturbed. Certain habitat types could be affected more than others by oil and gas leasing and development. However, for forested habitats, shrubland habitats, and alpine habitats, direct loss of habitat under the most impactful alternative (Alternative A) would not exceed 1% of available habitat for any habitat type across the planning area. Some habitat types, such as riparian and wetlands, are relatively limited on the landscape but are disproportionately important to wildlife. For this reason, leasing stipulations and LRMP standards and guidelines provide additional protection for these relatively less common habitat types. To partially offset long-term (life of production) impacts, non-productive well sites would be rehabilitated, and unused portions of producing well sites would be restored during the production phase. At the end of the production phase, all facilities would be removed and disturbed areas restored.

**Indirect Effects of Travel Management:** Increases in density of oil and gas access roads that are open to public motor vehicle use could occur in some portions of the PLAA under all alternatives, including the No Leasing Alternative due to development of already leased lands. Some of the development in the PLAA, however, could be achieved through utilization of existing road systems and construction of short spur roads to access new well locations and production infrastructure. Therefore, it is possible that development might result in only small increases in the extent of open

BLM_0032087

roads in the PLAA. In this case, the biggest impact of roads on wildlife might be through the indirect effects of increased traffic volumes and/or expanded traffic patterns on existing road networks and the resulting potential for increased disturbance and displacement effects to animals dependent on habitats in close proximity to existing road networks. The impact of roads on wildlife could be from direct habitat loss, the development of new roads passing through formerly more secure wildlife resting and feeding areas, and the potential for a wide variety of disturbance sources unrelated to oil and gas operations due to new road access facilitated by oil and gas activities in formerly unroaded areas. The increase in miles of road within wildlife habitat areas would likely accelerate over time as exploration identifies viable fields and as those fields areas are fully developed.

**Duration of Impacts:** The scale of development would likely influence the degree of impact fluid mineral operations would have on wildlife habitat capability and effectiveness. The impacts associated with oil and gas development within the PLAA are likely to be long term (exceeding the life of the LRMP, or multiple decades). Predicted timeframes for oil and gas development in the Paradox Basin are to complete drilling activities within 15 to 20 years. From the time of completion, wells may continue to produce for 30 years after that. Based on the assumption that on average within 30 to 35 years, half of all oil and gas wells and the majority of access roads would be removed and the areas reclaimed, oil and gas operational impacts to wildlife habitats would be expected to decline substantially within three to four decades after field development began. As year-round operational impacts decline and reclamation actions improve wildlife cover and forage opportunities, wildlife would be expected to begin returning to some former use patterns.

**Alternative Comparison:** The No Leasing Alternative would provide the greatest protection for in the PLAA, but some direct loss of habitats and indirect loss of habitat capability and effectiveness is likely under this alternative due to development of lands that have already been leased within the PLAA. The leasing alternatives that result in more ground-disturbing activities in the PLAA in or near primary habitats would carry greater potential for impacts to individuals and key habitat components.

Based on projected total combined acres of disturbance on leased and unleased lands for conventional and GSGP gas within the PLAA (Volume III, Appendix F), Alternative A has the greatest potential to negatively impact wildlife habitats. This is followed by Alternatives D, B, and C, respectively. Total projected disturbance acres are very similar for Alternatives A and D, with somewhat less disturbance projected for Alternative B, followed by substantially less disturbance for Alternative C. There is only about a 19% difference in total combined acres of projected disturbance between the most impactive action alternative, Alternative A, and the least impactive action alternative, Alternative C. The No Leasing Alternative would have the least amount of projected total disturbance acres, but still projects about 35% of the development within the PLAA that is projected to occur under the most impactive alternative, Alternative A. Total projected disturbance acres for areas already leased in the PLAA does not vary by alternative and would be about 38% of total projected disturbance.

## Impacts to Species Groups

Amphibians and Reptiles

Oil and gas development could impact amphibians and reptiles through habitat fragmentation caused by facilities located in suitable habitats or direct mortality of individuals from vehicles during road crossings and from equipment during site construction/maintenance activities. Indirect loss of habitat capability and/or effectiveness is likely due to the potential for establishment of new populations of non-native invasive species plants or the expansion of existing plant populations.  A variety of water and soil leasing stipulations (Volume III, Appendix H) would be applied at the leasing stage that would

BLM_0032088

provide protections for amphibian and reptile habitats. At the project development stage, LRMP standards and guidelines and other referenced guidance would be used, when necessary, to address oil and gas program activities that could impact amphibian and reptile habitats and/or populations. Implementing LRMP components (desired conditions, objectives, standards, guidelines, and other referenced guidance) to provide for sustainable ecological conditions across the SJNF and TRFO that are more similar to those found under HRV is expected to reduce potential impacts from oil and gas leasing and development activities on amphibian and reptile individuals and populations across the planning area during LRMP implementation.

Because many amphibians are associated with wetlands, perennial streams, water bodies, riparian areas, and fens, leasing stipulations and LRMP standards and guidelines and other referenced guidance that provide for the protection and maintenance of water-dependent features also provide habitat protections for many amphibian species. About 12 lease stipulations apply to water-dependent features and therefore provide some level of potential protection for amphibians associated with those features. Other referenced guidance, including the Watershed Conservation Practices Handbook (USFS 2006a), the Conservation Plan and Agreement for the Management and Recovery of the Southern Rocky Mountain Population of the Boreal Toad (Boreal Toad Recovery Team and Technical Advisory Group 2001), and rangeland standards and guidelines from Section 2.13 of the LRMP would be applied at the project level to address these site-specific concerns. Travel management standards and guidelines would also provide substantial protections for amphibians and their habitats during the development and operation of oil and gas infrastructure. With the application of the direction described above, impacts to amphibians from oil and gas leasing and development in the PLAA is anticipated to be small in scale and limited to impacts to small numbers of individuals. Population-level impacts to amphibians are not anticipated in the PLAA under even the most impactive LRMP alternative (Alternative A).

LRMP standards and guidelines and other referenced guidance that promote HRV conditions in sagebrush shrublands and semi-desert shrublands and grasslands would also provide for ecological conditions to which BLM sensitive reptile species are adapted, thereby promoting conservation of BLM sensitive reptile species. It is anticipated, however, that despite application of mitigation measures, some impacts to amphibians and reptiles is likely during development and operation of oil and gas facilities. It is also anticipated that impacts to reptiles and habitats for BLM sensitive reptiles are likely to be of relatively small scale with impacts limited to individuals in close proximity to oil and gas facilities. Based on the application of LRMP standards and guidelines and other referenced guidance, population-level impacts to reptiles are not anticipated from any alternative.

Because many amphibians are associated with wetlands, perennial streams, water bodies, riparian areas, and fens, leasing stipulations that provide for the protection and maintenance of water-dependent features also provide habitat protections for many amphibian species. In general, Alternative C applies lease stipulations that provide greater levels of protection for water-dependent features, compared to Alternatives A, D, and B. Alternative C provides for greater use of NSO stipulations, as compared to other alternatives that provide greater use of CSU and standard lease term stipulations, thereby providing comparatively less protection for water-dependent features than would occur under NSO stipulations. In addition, Alternatives A and D generally apply CSU and standard lease term stipulations across larger acreages than Alternative C, thereby applying lower levels of protections (compared to NSO stipulations) across larger areas, and thus providing reduced protection for water-dependent features as compared to Alternative C. Lease stipulations applied under Alternative B generally provide greater protections for water-dependent features than those applied under Alternatives A and D, but less than those under Alternative C.

BLM_0032089

Invertebrates

The potential impacts related to oil and gas leasing and development on the Nokomis fritillary butterfly are expected to be similar to those described previously for amphibians in relation to water-dependent features. Oil and gas leasing and development activities that may impact riparian areas, springs/seeps, and streamside zones are especially important because these areas provide habitat for the host plant and for the development of young and eggs. Lease stipulations (see Volume III, Appendix H and Table 3.3.6 above) that require NSO in riparian areas and LRMP standards and guidelines applied at the project development stage would minimize potential impacts to Nokomis butterfly individuals and populations. Invertebrates in general are found in all ecosystems across the SJNF and TRFO. They are diverse, widespread, and adapted to nearly all conditions that occur under HRV. Some invertebrate species are generalists and some are specialists. Implementing LRMP components (desired conditions, objectives, standards, guidelines, and other referenced guidance) to provide for sustainable ecological conditions across the SJNF and TRFO that are more similar to those found under HRV is expected to reduce potential impacts from oil and gas leasing and development activities on general invertebrate individuals and populations across the planning area during LRMP implementation.

Because Nokomis fritillary butterfly is dependent on host plants that grow in association with wetlands, perennial streams, water bodies, riparian areas, and fens, leasing stipulations that provide for the protection and maintenance of water-dependent features also provide habitat protections for this sensitive butterfly species. In general, Alternative C applies lease stipulations that provide greater levels of protection for water-dependent features, compared to Alternatives A, D, and B. Alternative C provides for greater use of NSO stipulations, as compared to other alternatives that provide greater use of CSU and standard lease term stipulations, thereby providing comparatively less protection for water-dependent features than would occur under NSO stipulations. In addition, Alternatives A and D generally apply CSU and standard lease term stipulations across larger acreages than Alternative C, thereby applying lower levels of protections (compared to NSO stipulations) across larger areas and thus providing reduced protection for water-dependent features as compared to Alternative C. Lease stipulations applied under Alternative B generally provide greater protections for water-dependent features than those applied under Alternatives A and D, but less than those under Alternative C.

Migratory Birds

Much of the anticipated oil and gas development in the PLAA is expected to be in lower-elevation habitat types, including pinyon-juniper, ponderosa pine, and warm-dry mixed conifer forests, and in sagebrush and mountain shrublands and desert grasslands. Lesser amounts of oil and gas development are expected in higher-elevation habitats such as spruce-fir, cool-moist mixed conifer, and aspen forests. For these reasons, bird species more closely associated with lower-elevation habitat types may be more likely to be negatively affected by oil and gas development in the PLAA than are bird species associated with higher-elevation habitats.

In general, the amount of habitat likely to be affected by oil and gas leasing and development during LRMP implementation under any of the LRMP alternatives is expected to be relatively small, when compared to the total amount of habitat currently available within the PLAA and across the SJNF and TRFO. For this reason, and for most migratory bird species, the impacts of direct habitat loss or alteration would be relatively small and likely not sufficient to result in population-level impacts or in changes to species distributions within the PLAA. However, for some bird species associated with less extensive habitats (e.g., riparian areas and wetlands) or uncommon habitats (e.g., mature cottonwood gallery forest), it is possible that LRMP implementation activities that affect that particular habitat or important structural attribute could have unexpectedly larger impacts to a specific bird

BLM_0032090

species in a localized area. For all these reasons, impacts to species would vary under all of the alternatives. Impacts from oil and gas leasing and development in the PLAA are likely to occur within nesting, migration, and wintering habitats (or some combination of all habitats) depending on bird species and season of occurrence. For every action carried out under any LRMP alternative, some bird species could benefit from habitat alterations and human activities, some bird species may not be impacted at all, and some bird species may be negatively impacted. The degree of impact to migratory birds would differ depending on factors such as primary habitat association, effect on key habitat components, habitat generalist or specialist, and season of species occurrence.

Cavity Nesters

In general, potential impacts to snag-dependent bird species may be limited primarily to those program areas that cause or facilitate, directly or indirectly, the loss of standing snags, especially those snags greater than about 16 inches dbh (Bull et al. 1997; Parks et al. 1997; Schultz 2001). Project standards and guidelines would protect and maintain standing snags, especially large-diameter snags (greater than about 16 inches dbh).

Oil and gas development is likely to reduce habitat capability for snag-dependent birds through loss of large-diameter snags for safety and operational reasons and through harvesting for personal use firewood where access roads create better access to standing snags, and impacts may be minor to moderate in intensity depending on habitat type, past management history, and extent of public access, both before and after project development. Siting of oil and gas infrastructure and facilities would be conducted attempting to protect and maintain as many large-diameter standing snags as possible. Implementation of LRMP standards and guidelines, such as those concerning snag retention, are designed to protect and maintain important habitat characteristics and are expected to generally sustain populations across the PLAA under all of the alternatives.

The No Leasing Alternative would provide the greatest protection for cavity-nesting birds in the PLAA, but some loss of large-diameter standing snags is likely under this alternative due to development of lands that have already been leased within the PLAA. Of the action alternatives, Alternative C would have the least potential for impacts to habitat components for snag-dependent birds, followed by Alternatives B, D, and A. This is based on the projected total combined acres of disturbance on leased and unleased lands for conventional and GSGP natural gas within the PLAA, and therefore the relative potential for oil and gas activities to reduce the abundance or affect the distribution of snag habitats in and adjacent to production areas. Total projected disturbance acres are very similar for Alternatives A and D, with somewhat less disturbance projected for Alternative B, followed by substantially less disturbance for Alternative C. There is only about a 19% difference in total combined acres of projected disturbance between all alternatives. Projected acres of development in areas already leased do not vary by alternative and would be about 38% of total projected development. Conversely, about 62% of projected development within the PLAA would be on unleased lands and represents new impacts to cavity-nesting birds.

Raptors

The potential impacts of oil and gas leasing and development in relation to raptors would be primarily associated with disturbance and/or habitat modification at or near nest sites or winter roost sites (see wildlife analysis issue above that discusses impacts related to raptor disturbance and habitat effectiveness). Habitat modification could involve substantial changes to forest structural characteristics in important hunting habitats, structural improvements within close proximity to historically used nests when alternative nest options are unavailable, the loss of large standing snags that project above the surrounding forest canopy (super-canopy trees) and along the forest edges

BLM_0032091

that provide favored hunting perches, or the loss of atypical mature trees that provide sites for support of large and bulky stick nests. Under all alternatives, standards and guidelines would protect and maintain where possible large-diameter snags, increase recruitment of replacement snags, improve hunting habitats by moving ecological conditions closer to those expected under HRV, and maintain and improve habitat conditions for the diversity of prey species that make up the diet of most raptor species (e.g., recommendations of Reynolds et al. 1992).

Many raptor species have documented sensitivities to energy development and other human activities (Fuller 2010; Smith et al. 2010). Proximity to disturbance source is an important characteristic of response by raptors, with raptor species and habituation playing a role in some situations (Smith et al. 2010). Raptor nesting areas tend to be used regularly and predictably, often for many successive years. For this reason, conservation of raptor populations is often approached through the application of timing restrictions and buffer distances around known historic nesting sites to prevent those sites from becoming unusable due to excessive disturbance during key nesting seasons. To increase the likelihood of successful productivity and maintenance of non-breeding roost sites of species with documented sensitivities to energy development, a leasing stipulation would provide for NSO within distances of 0.25 to 0.5 mile from nest and roost sites. Three oil and gas lease stipulations apply specifically to raptor habitats, but a variety of lease stipulations designed to protect other resources would also provide substantive protections to raptor habitat components (see Volume III, Appendix H).  The application of distance buffers and TL is species dependent, based on the best available information for the local area (see Volume III, Appendix H, Table H-2; CPW 2008; Romin and Muck 2002). These recommendations have been adopted by the SJNF and TRFO, with some minor changes due to local conditions and site-specific knowledge. With the application of standards and guidelines, impacts related to oil and gas leasing and development activities in the PLAA are expected to be limited in scope and small in scale, and therefore are not expected to cause detectible changes in raptor abundance or distribution across the PLAA.

The No Leasing Alternative would provide the greatest protection for raptors in the PLAA, but some loss of nest and roost trees and foraging perches is likely under this alternative due to development of lands that have already been leased within the PLAA.  Of the action alternatives, Alternative C would have the least potential for impacts to raptor habitats, followed by Alternatives B, D, and A. This is based on the projected total combined acres of disturbance on leased and unleased lands for conventional and GSGP natural gas within the PLAA, and therefore the relative potential for oil and gas activities to reduce the abundance or affect the distribution of raptor perches and potential nest and roost trees.  It is also based on relative expected levels of disturbance associated with oil and gas operation activities in and adjacent to production areas.  Total projected disturbance acres are very similar for Alternatives A and D, with somewhat less disturbance projected for Alternative B, followed by substantially less disturbance for Alternative C.  There is only about a 19% difference in total combined acres of projected disturbance between alternatives.  Projected acres of development in areas already leased do not vary by alternative and would be about 38% of total projected development.  Conversely, about 62% of projected development within the PLAA would be on unleased lands, representing new potential impacts to raptors.

Mammals

Mammals that occur in the PLAA include species from a wide variety of greatly differing groups such as furbearers and carnivores, big game and other game species, small to medium-sized mammals, and specialized mammal groups such as bats. Some mammal species, such as deer mouse and black bear, are generalist species that occur in a wide variety of habitats across the entire PLAA, while other mammal species, such as southern red-backed vole and American marten, are specialist

BLM_0032092

species associated primarily with a limited number of distinct habitat types and/or vegetative successional stages. Much of the anticipated oil and gas development in the PLAA is expected to be in lower-elevation habitat types, including pinyon-juniper, ponderosa pine, and warm-dry mixed conifer forests, and in sagebrush and mountain shrublands and desert grasslands. Lesser amounts of oil and gas development are expected in higher-elevation habitats such as spruce-fir, cool-moist mixed conifer, and aspen forests. For these reasons, mammal species more closely associated with lower-elevation habitat types may be more likely to be negatively affected by oil and gas development in the PLAA than are mammal species associated with higher-elevation habitats.

The vast differences in life history and habitat requirements among the wide variety of mammal species in the PLAA suggest that mammals are likely to be influenced in a variety of ways by oil and gas development, some negatively and some positively. In general, however, most negative effects to mammals from oil and gas development are likely to result from direct habitat loss, habitat fragmentation, displacement, and loss of habitat effectiveness. Lease stipulations, LRMP standards and guidelines, and other referenced guidance would be applied at the oil and gas leasing stage and at the development stage, and are expected to reduce potential negative impacts to most mammal species. Some wildlife lease stipulations would require avoidance of habitat or conditions on surface use. Other potential measures that could be applied during development and as conditions of approval include options such traffic limitations, obliteration of unused roads and facility construction areas, TL, road use restrictions, or noise restrictions.

Mammal species expected to be most impacted by oil and gas activities are those with relatively narrow tolerances to disturbance, species with restricted year-round or seasonal habitats, and/or species with habitats that are limited across the planning area. Impacts from oil and gas leasing and development to bats, a highly specialized mammal group, are expected to be similar to those described for cavity nesting birds above. One oil and gas lease stipulation applies specifically to bat habitats, but a variety of lease stipulations designed to protect other resources would also provide substantive protections to bat habitats (see Volume III, Appendix H). Mammals such as deer, elk and bighorn sheep are examples of economically important species that could be negatively affected by some aspects of oil and gas leasing and development activities. The planning area contains abundant summer habitats. Deer and elk utilize linear topographic features (river valleys, mid-ridge, and ridge tops) as travel routes to transition between generally disjunct summer and winter ranges in the PLAA. Oil and gas development could impact traditional animal movement or migration routes (see wildlife issue above that analyzes physical fragmentation of key wildlife habitats). Oil and gas leasing and development could also reduce habitat capability and habitat effectiveness on migration pathways (see wildlife issue above that analyzes maintaining or improving habitat conditions and movement opportunities within wildlife travel corridors). Oil and gas leasing and development could also reduce capability and effectiveness of big game winter ranges (see wildlife issues above that analyze disturbance and big game habitat effectiveness). Effects could be primarily associated with disturbance on, and potential displacement from, important traditional use winter ranges. Displaced animals are likely to be moved into non-traditional winter areas that presumably would have lower habitat capability compared to their preferred traditional winter use areas, potentially resulting in reduced overwinter survivorship, reduced productivity, or increased overwinter mortality.

The indirect effects of displacement of animals from preferred ranges that are presumably of higher quality to less preferred ranges that are presumably of lower quality is likely to range from minimal to possibly substantial depending on the scale of development and habitat conditions. Additional environmental analysis will be completed when there is a proposal for full field development. Full field development could result in reduced capability and effectiveness of preferred important seasonal ranges such as severe winter range and winter concentration areas and production areas. Field

BLM_0032093

development could also increase highway mortality of animals that are displaced from preferred ranges. Individuals of a species could experience reduced body condition, a result of displacement to new ranges that have lower nutritional quality as compared to the ranges they were displaced from. Site-specific project design at the field development stage would address displacement with the goal of minimizing overall disruption of seasonal habitat use or migration corridors. Displacement during the production phase is expected to result in only a relatively small incremental alteration of habitat use and movement patterns for both individual animals and entire herds, because of anticipated habituation to regular low-grade disturbance (Yarmoloy et al. 1988) and the application of leasing stipulations and LRMP standards and guidelines that could close roads in some key winter ranges to public motorized use. Nevertheless, the additive and/or cumulative effects of displacement events within the PLAA on big game animals could become detrimental to individual animals' health or condition, particularly in areas where concentrated development overlaps with concentrated animal winter use areas. The effects of displacement on big game animals is likely to vary from year to year and depend on local weather conditions, habitat and topographic features, and on oil and gas field operational activity patterns.

A variety of leasing stipulations (see Volume III, Appendix H), LRMP standards and guidelines, and other referenced guidance are expected to reduce potential negative effects of oil and gas leasing and development on deer and elk and provide habitat conditions necessary to support CPW population objectives for big game herds on the SJNF and TRFO. Three oil and gas lease stipulations apply specifically to big game winter and parturition habitats, but a variety of lease stipulations designed to protect other resources would also provide substantive protections to big game winter and parturition habitats (see Volume III, Appendix H). Some of this LRMP direction, such as leasing stipulations, is applied at the leasing stage, whereas other LRMP direction, such as standards and guidelines, is applied at the project development stage during LRMP implementation. LRMP direction is expected to provide the ecological conditions necessary to support big game populations widely distributed across the PLAA.

In the PLAA there are 929,152 acres of severe winter range, winter concentration, and parturition areas for elk, mule deer, and bighorn sheep. This is approximately 56% of the PLAA. Under Alternatives A, B, and D, 7%, 7% and 6% of big game sever winter range, winter concentration, and parturition areas are not available for leasing, respectively. Under Alternative C, 28% of the same ranges are not available for leasing. Leasing stipulations and plan standards and guidelines provide the necessary tools to mitigate impacts of any potential development. Development is required to ensure that it does not lead to declines in big game populations. Mitigation measures not identified in the LRMP can be incorporated into future projects if those mitigations are supported by best available science and are supported in a site-specific NEPA document.

In general, Alternative C applies lease stipulations that provide greater levels of protection for big game habitats as compared to Alternatives A, D, and B, respectively. Alternative C provides for greater use of NSO stipulations, as compared to other alternatives that provide greater use of CSU, TL, and standard lease term stipulations, thereby providing comparatively less protection for big game winter and parturition habitats than would occur under NSO stipulations. In addition, Alternatives A and D generally apply standard lease term and TL stipulations across larger acreages than Alternative C, thereby applying lower levels of protection (compared to NSO stipulations) across larger areas and thus providing reduced protection for big game winter and parturition habitats, as compared to Alternative C. Lease stipulations applied under Alternative B generally provide greater protections for big game winter and parturition habitats than those under Alternatives A and D, but less than those under Alternative C. Given the application of leasing stipulations and LRMP standards and guidelines that provide for big game habitat capability and effectiveness, big game habitat

BLM_0032094

conditions, including winter ranges and parturition areas, are expected to be sufficient to support CPW population objectives for herds within the PLAA.

Cumulative Effects

Table F.19 in Volume III, Appendix F projects anticipated development within the cumulative effects area, categorized by federal leases and by private and state leases. Oil and gas development of lands made available for lease or already leased is projected to continue over the life of the LRMP within the PLAA (see Appendix F). Total combined acres of disturbance on leased and unleased lands on the SJNF and TRFO for conventional and GSGP gas within the PLAA for the most impactive alternative, Alternative A, is projected to be about 6,640 acres (see Table F.18, Appendix F). Total acres of disturbance on private and state leases including other infrastructure requirements in the cumulative effects area (see Table F.19, Appendix F) are projected to potentially be more than 1.5 times that on federal leases in the PLAA. Together, total acres of disturbance on federal and private and state leases are projected to potentially exceed 18,000 acres. Therefore, within the cumulative effects analysis area, the total acres of disturbance are projected to potentially be about three times that of federal leases within the PLAA. For this reason, impacts to wildlife species and important wildlife habitats in the cumulative effects area could be substantially greater than those projected for federal leases alone. Much of the projected disturbance is expected to be in pinyon-juniper, ponderosa pine, and warm-dry mixed conifer forests, and in sagebrush and mountain shrublands and desert grasslands.

Projected miles of road on private and state leases in the cumulative effects area is slightly more than that projected for federal leases in the PLAA (see Tables F.15 and F.19, Appendix F), and thus total road miles in the cumulative effects area could be more than double that of federal leases. For this reason, impacts to wildlife species with demonstrated sensitivities to roads and traffic patterns or volume/timing patterns, such as big game animals on winter and production ranges and Gunnison sage-grouse, could be substantially greater in the cumulative effects area than that projected for federal leases. The number of well pads in the cumulative effects area on private and state leases is projected to be slightly larger than that on federal leases in the PLAA (see Tables F.9 and F.19, Appendix F), and thus total number of well pads in the cumulative effects area could be more than double that of federal leases. For wildlife movement corridors and security areas where there are concerns for impacts from habitat fragmentation and increased or expanded human activities that could degrade wildlife habitat effectiveness, impacts in the cumulative effects area could be substantially greater than that projected for federal leases.

The impacts resulting from development of existing leases to the species groups in the cumulative effects area would be similar to those described in the direct and indirect effects sections above. Impacts of concern would be similar to those already discussed and include loss of habitat, habitat fragmentation, loss of habitat effectiveness, displacement of individuals from preferred habitat areas of presumably higher quality to less preferred areas of presumably lower quality, and potential for increased wildlife displacement over a significantly larger area and across mixed jurisdictions. The combined effects to wildlife individuals and populations in some areas could be increased mortality, reduced survivorship, and reduced productivity.

Development of oil and gas existing leases in the PLAA would be intermingled with development of future leases. Impacts resulting from development of future leases would be minimized by implementing standards and guidelines, lease stipulations, and other referenced guidance discussed above. Application of standards and guidelines, leasing stipulations, and other referenced guidance is expected to reduce the intensity of impacts to wildlife species and habitats, potentially reduce the duration of impacts, reduce the scope and scale of potential impacts, and reduce the potential for loss

of habitat capability and habitat effectiveness. However, it is not likely that all potential impacts from oil and gas leasing and development on wildlife species habitats could be completely eliminated, and thus some cumulative impacts to wildlife species and habitats is likely to occur over the short and long term.

Oil and gas development that could occur on private minerals would contribute to adverse impacts to wildlife by broadening the area of potential impacts. LRMP direction applicable to wildlife species would not apply to private land/mineral estate development. Newly promulgated State of Colorado regulations require lessee consultation with CPW prior to an undertaking, and thus some potential wildlife impacts might be reduced through application of CPW guidance and BMPs. Nonetheless, private mineral development could contribute to expanded wildlife impacts such as habitat fragmentation and loss of habitat effectiveness, particularly for species such as elk, mule deer, and Gunnison sage-grouse.

Oil and gas development and operational limitations have been implemented to provide for maintenance of winter wildlife habitat effectiveness and in production areas, including but not limited to site-specific measures such as road closures, utilization of remote telemetry to monitor wells, gas and produced water pipelines, electrification of older facilities, and activity TL. The extent and intensity of cumulative impacts from oil and gas leasing and development on winter wildlife habitat effectiveness is expected to vary across the cumulative effects area, but at present, winter habitats are believed sufficient and suitable to support CPW population objectives for big game herds in the PLAA on the SJNF and TRFO.

The human population in Dolores, San Miguel, and Montezuma Counties is projected to increase by a moderate to high rate over the plan period. This trend in human growth may result in increased fragmentation and the loss of habitat on private lands that surround the PLAA. The trend of increasing human populations is likely to also result in increased demand for goods and services from public lands. This would place additional demands on public lands to also provide the necessary types of wildlife habitats, juxtaposition of habitats, and forage and security areas that are required by wildlife species to continue utilizing the planning area at their current population levels. The cumulative effects of this development could compound impacts such as habitat fragmentation and loss of habitat effectiveness on non-federal lands adjacent to the TRFO and SJNF, potentially displacing animals to nearby federal lands and thereby increasing management challenges on federal lands.

## Threatened and Endangered Species

The review and conclusions regarding the effects of the LRMP alternatives on threatened and endangered terrestrial wildlife species are presented above in FEIS Section 3.3, and in Appendix J (USFS BA). The BLM BA and formal consultation under Sec. 7 ESA is ongoing as of the publication of this FEIS.  The BLM BA will be published with the BLM ROD and will reconcile any changes needed based on the response from USFWS.  The information presented here addresses oil and gas leasing and development impacts in the PLAA on federally listed terrestrial wildlife species on the SJNF and TRFO.

The four federally listed terrestrial wildlife species evaluated in the LRMP include Canada lynx (threatened), southwestern willow flycatcher (endangered), Mexican spotted owl (threatened), and Uncompahgre fritillary butterfly (endangered). LRMP management direction (desired conditions, objectives, standards, guidelines, and other referenced direction) that applies to threatened or endangered species, and to a species proposed for listing as endangered under the ESA, the Gunnison sage-grouse, and proposed critical habitat for the Gunnison sage-grouse, is listed in LRMP Section 2.3. Actions associated with implementation of the approved LRMP alternative, including oil

BLM_0032096

and gas leasing and development, may impact federally listed species and/or their habitats. With application of lease stipulations described in Volume III, Appendix H, LRMP standards and guidelines and other conservation measures described and referenced in LRMP Section 2.3 (and direction contained in recovery plans referenced in that section), all alternatives would provide for conservation of listed species across the planning area and meet agency obligations under Section 7 of the ESA. Oil and gas development undertaken during LRMP implementation would be analyzed at the site-specific project level, any necessary Section 7 consultation would be conducted, and appropriate conservation measures from the above referenced guidance would be applied to surface use plans of operation.

<u>Canada Lynx</u>

The LRMP incorporates, by reference, the LCAS (Ruediger et al. 2000) and the SRLA (USFS 2008b), all associated standards and guidelines, and stipulations for the development of fluid minerals. The LCAS is the primary guidance document for management of lynx habitats on BLM lands, and the SRLA is the primary guidance document for management of lynx habitats on SJNF lands. Ruggiero et al. (2000) provides scientific information supporting the LCAS and SRLA.

Lynx habitat in the southern Rocky Mountains is usually found in the subalpine and upper montane forest zones, typically between 8,000 and 12,000 feet in elevation. Canada lynx are known to occur on the SJNF and TRFO. All lynx habitat in the PLAA is on SJNF lands, but there is no lynx habitat on BLM lands in the PLAA. The PLAA contains about 20% of the lynx habitat in the planning area (SJNF and TRFO). Two lease stipulations apply specifically to lynx habitat, but a variety of lease stipulations designed to protect other resources would also provide substantive protections to lynx habitat components (see Volume III, Appendix H). About 80% of the lynx habitat in the PLAA would be subject to lease stipulations (NSO, CSU, TL, or standard lease terms) that are intended to protect various resources. Oil and gas leasing and development in the PLAA could result in impacts to lynx such as direct habitat loss and potential for increased disturbance from dispersed recreation activity. The increase in dispersed recreation activity could result in additional snow compaction and competition with competitors (coyote, fox, mountain lion, etc.). With application of LRMP standards and guidelines, lease stipulations, and direction from other referenced guidance, the USFS BA (see Volume III, Appendix J) concluded that potential effects to lynx from mineral and energy developments are expected to be minimized.

Oil and gas development activities could have a slight impact on lynx habitat components in the PLAA because some activities could occur in lynx habitat (see wildlife analysis issue above that analyzes maintaining or improving landscape connectivity for Canada lynx). However, the scale of potential impacts to lynx habitat is expected to be small and localized. Under the most impactive alternative, Alternative A, total projected combined acres of disturbance on leased and unleased lands in the PLAA is small (less than 1%) compared to the total amount of lynx habitat SJNF-wide. About 80% of lynx habitat in the PLAA is subject to lease stipulations that are expected to reduce potential impacts to lynx habitats and individual animals. For these reasons, projected oil and gas leasing and development activities are not expected to substantially alter lynx habitat capability or effectiveness under any LRMP alternative.

The No Leasing Alternative would provide the greatest protection for lynx habitat in the PLAA, but some loss of lynx habitat could occur under this alternative due to development of lands that are already leased within the PLAA. Based on projected total combined acres of disturbance on leased and unleased lands for conventional and GSGP gas within the PLAA, Alternative A has the greatest potential to impact lynx habitat. Under Alternative A, up to about 20% of lynx habitat would potentially be available for leasing. Based on total combined acres of disturbance, Alternative A is followed by

BLM_0032097

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

Alternatives D, B, and C, respectively, in potential for impacts to lynx habitats. Total projected disturbance acres and total amounts of lynx habitat potentially available for leasing are very similar for Alternatives A and D, with somewhat less disturbance and lease availability in lynx habitat projected for Alternative B, followed by substantially less disturbance and lease availability in lynx habitat for Alternative C. There is only about a 26% difference in total combined acres of projected disturbance between the most impactive alternative, Alternative A, and the least impactive alternative, Alternative C. The amount of Lynx habitat available for leasing is about 55% less under Alternative C than under Alternative A. The No Leasing Alternative would have the least amount of projected total disturbance acres, but still projects about 17% of the development on NFS lands that is projected to occur under the most impactive alternative, Alternative A. Projected acres of development for areas already leased do not vary by alternative and would be about 19% of total projected development. Conversely, about 81% of projected development within the PLAA would be on unleased lands and thus represents new impacts to lynx and lynx habitats.

All of the leasing alternatives, for both leased and unleased lands, would be guided by the same LRMP management direction. LRMP direction found in the standards, guidelines, and other referenced guidance, including the SRLA and LCAS, emphasizes the maintenance of ecological conditions and natural disturbance regimes typical of spruce-fir and cool-moist mixed conifer forests under HRV. This LRMP direction is expected to maintain suitable habitat conditions for lynx well distributed across the planning area throughout LRMP implementation.

**Summary:** Oil and gas leasing and development in the PLAA is expected to be only a minor contributing factor to potential impacts to Canada lynx and/or lynx habitats. LRMP components and lease stipulations would be applied to leasing and development stages, contributing to the conservation of lynx habitats in the PLAA. After considering projected activities for all program areas and potential impacts to lynx during LRMP implementation, the USFS BA (see Volume III, Appendix J) concluded that LRMP implementation "may affect and is likely to adversely affect" Canada lynx and lynx habitat. The primary reason for an adverse effect determination is due to direct and indirect effects associated with vegetation management across the SJNF.

<u>Southwestern Willow Flycatcher</u>

The southwestern willow flycatcher is considered to be a riparian obligate species that nests in riparian willows, buttonbush (*Cephalanthus occidentalis*), boxelder (*Acer negundo*), tamarisk, or other riparian associated shrub species. Southwestern willow flycatchers are not known to occur in the PLAA. In addition, there is no known southwestern willow flycatcher habitat on SJNF or TRFO lands in the PLAA. Within the PLAA, most lands within the Upper Colorado Recovery Unit for the southwestern willow flycatcher are on BLM lands. The only known occurrence of southwestern willow flycatcher in the planning area is a single location on SJNF lands on the Pagosa Ranger District that has been occupied intermittently for 10+ years by zero to four singing males (see the USFS BA, Volume III, Appendix J). Potential risk factors associated with the LRMP alternatives in relation to southwestern willow flycatcher or its habitat would primarily be limited to activities that may occur near, or influence, willow-riparian systems.

The LRMP incorporates by reference the Southwestern Willow Flycatcher Recovery Plan (USFWS 2002a). The LRMP also incorporates two letters of direction from the USFWS that modifies southwestern willow flycatcher habitat descriptions and inventory and survey requirements for the planning area based on unique local conditions (USFWS 2011c, 2012d). Two lease stipulations apply specifically to flycatchers and flycatcher habitats, but a variety of lease stipulations designed to protect other resources would also provide substantive protections to the riparian habitats on which the species depend (see Volume III, Appendix H). The application of lease stipulations and LRMP

BLM_0032098

components that avoid oil and gas leasing and development in riparian areas would reduce direct loss of riparian willow habitats. The LRMP components would also minimize the potential for disturbance to occupied habitats by minimizing the indirect impacts of oil and gas development and operation activities that could occur within or adjacent to suitable habitats. Brood parasitism of southwestern willow flycatcher by brown-headed cowbirds (*Molothrus ater*) has not been documented in the planning area and is currently not considered a local management concern (see the USFS BA, Volume III, Appendix J).

Oil and gas leasing and development activities could have indirect impacts to southwestern willow flycatcher habitats in the PLAA, but direct loss of southwestern willow flycatcher habitat is unlikely given the wide variety of LRMP components providing strong direction for protection of riparian areas and wetland systems.  Additionally, riparian and flood plains are protected with an NSO stipulation. If indirect impacts did occur to flycatcher habitats not previously known in the PLAA, the scale of impacts is expected to be very small and limited in scope and intensity. About 86% of potential flycatcher habitat on the SJNF is subject to lease stipulations that are expected to reduce potential impacts to southwestern willow flycatcher habitats and individuals. In addition, there is strong LRMP direction to protect riparian areas and wetlands during LRMP implementation and thus projected oil and gas leasing and development activities are not expected to substantially alter current flycatcher habitat capability or effectiveness under any LRMP alternative.

The No Leasing Alternative would provide the greatest protection for flycatcher habitat in the PLAA, but there is a very small potential that some loss of habitat could occur under this alternative due to development of lands that are already leased within the PLAA. Based on projected total combined acres of disturbance on leased and unleased lands for conventional and GSGP gas within the PLAA, Alternative A has the greatest potential to directly or indirectly affect southwestern willow flycatcher habitat. This is followed by Alternatives D, B, and C, respectively. Total projected disturbance acres are very similar for Alternatives A and D, with somewhat less disturbance projected for Alternative B, followed by substantially less disturbance for Alternative C.

On BLM lands, there is only about a 16% difference in total combined acres of projected disturbance between the most impactive alternative, Alternative A, and the least impactive alternative, Alternative C. The No Leasing Alternative would have the least amount of projected total disturbance acres, but still projects about 58% of the development on BLM lands that is projected to occur under the most impactive alternative, Alternative A. About 42% of projected development on BLM lands in the PLAA would be on unleased lands and thus would represent new potential impacts to southwestern willow flycatcher and its habitat.

**Summary:** Oil and gas leasing and development in the PLAA is expected to be only a minor contributing factor to potential direct and indirect impacts to flycatcher habitats. LRMP components, lease stipulations, and other referenced direction would be applied to leasing and development stages, contributing to the conservation of southwestern willow flycatcher habitat in the PLAA. After considering projected activities for all program areas and potential direct and indirect impacts to the species during LRMP implementation, the USFS BA concluded that LRMP implementation "may affect but is not likely to adversely affect" the southwestern willow flycatcher or its habitat.  The BLM BA and formal consultation under Section 7 of the ESA is ongoing as of the publication of this FEIS. However, the same mitigation measures and LRMP components will be applied on BLM lands, so it is anticipated that the BA for southwestern willow flycatcher or its habitat would have the same determination as the USFS BA.  These determinations were based on numerous conservation measures and standards and guidelines to protect, maintain, and improve willow carrs and other riparian and wetland systems.

BLM_0032099

Mexican Spotted Owl

The Mexican spotted owl occupies two types of habitats, mountains and canyons. Breeding owls in southwest Colorado utilize deep, steep-walled canyons with mature coniferous or deciduous trees. The TRFO contains canyon habitat, similar to occupied habitats in Utah, consisting of steep canyons with little or no tree cover and rock crevices that appear to provide the same or similar microclimate as dense multi-storied forests. Most habitat on the TRFO occurs in the Dolores River Canyon and major canyons associated with the Dolores River drainage. Habitat on the SJNF includes mature mixed conifer vegetation on slopes greater than 40%, with 40% to 70% and greater crown closure. Bottoms adjacent to these steep-slope habitats that also contain mature forest types may also provide Mexican spotted owl habitat. There are limited narrow, rocky canyons occurring on the SJNF. Most Mexican spotted owl habitat on the SJNF is located in protected areas, including Chimney Rock National Monument, CRAs, designated wilderness, the Piedra Area, and RNAs. These areas are not available for oil and gas leasing or development. Despite extensive surveys across the TRFO and SJNF, only four verified occurrences of Mexican spotted owl have been found, all of which have been juveniles (see the USFS BA, Volume III, Appendix J). All Mexican spotted owl detections have been in the lower elevations of the southeast portion of the SJNF within steep canyons containing mature mixed conifer forests. These detections may represent dispersing or migratory individuals. Surveys have not identified any nesting pairs or reproductive activity on the TRFO or SJNF. The closest known nesting is located south of the planning area in and around Mesa Verde National Park within larger canyons with mature mixed conifer vegetation. The occurrence of Mexican spotted owl individuals on the SJNF appears to be incidental and uncommon, and similar to other locations in Colorado, apparently suitable nesting habitat remains unoccupied.

The PLAA contains at least 43% of Mexican spotted owl habitat in the planning area (SJNF and TRFO). The LRMP incorporates by reference the Mexican Spotted Owl Recovery Plan (USFWS 2012c) and habitat management direction. One oil and gas lease stipulation applies specifically to Mexican spotted owl habitat, but a variety of lease stipulations designed to protect other resources would also provide substantive protection of Mexican spotted owl habitat components (see Appendix H). About 89% of Mexican spotted owl habitat in the PLAA would be subject to lease stipulations (NSO, CSU, TL, or standard lease terms) that are intended to protect various resources. Oil and gas leasing and development in the PLAA could result in impacts to Mexican spotted owl, such as small amounts of direct habitat loss and potential for increased disturbance within or adjacent to Mexican spotted owl habitat. With application of LRMP standards and guidelines, lease stipulations, and direction from other referenced guidance including the Mexican Spotted Owl Recovery Plan, the USFS BA (see Appendix J) concluded that potential effects to Mexican spotted owl from minerals and energy developments are expected to be minimal.

The No Leasing Alternative would provide the greatest protection for Mexican spotted owl habitat in the PLAA, but there is a very small potential that some loss of Mexican spotted owl foraging habitat could occur under the No Leasing Alternative due to development of lands that are already leased within the PLAA. Based on projected total combined acres of disturbance on leased and unleased lands for conventional and GSGP gas within the PLAA, Alternative A has the greatest potential to directly or indirectly affect Mexican spotted owl habitat. Under Alternative A, up to about 43% of Mexican spotted owl habitat planning area-wide would be potentially available for leasing. Based on projected combined total acres of disturbance, Alternative A is followed by Alternatives D, B, and C, respectively, in potential for impacts to Mexican spotted owl habitats. Total projected disturbance acres and total amount of Mexican spotted owl habitat potentially available for leasing are very similar for Alternatives A and D, with somewhat less disturbance projected for Alternative B but similar

amounts of Mexican spotted owl habitats available for lease, then substantially less disturbance and
Mexican spotted owl habitat available for lease for Alternative C.

Within the PLAA, there is only about a 19% difference in total combined acres of projected
disturbance between the most impactive alternative, Alternative A, and the least impactive alternative,
Alternative C. The amount of Mexican spotted owl habitat available for lease is about 19% less under
Alternative C than under alternative A. The No Leasing Alternative would have the least amount of
projected total disturbance acres, but still projects about 35% of the development that is projected to
occur under the most impactive, Alternative A. About 62% of projected development in the
PLAA would be on unleased lands and thus would represent new potential impacts to Mexican
spotted owl and its habitat.

**Summary:** Oil and gas leasing and development in the PLAA is expected to be only a minor
contributing factor to potential direct and indirect impacts to Mexican spotted owl habitats. LRMP
components, lease stipulations, and other referenced direction would be applied to leasing and
development stages, contributing to the conservation of Mexican spotted owl habitats in the PLAA.
After considering projected activities for all program areas and potential direct and indirect impacts to
Mexican spotted owl and its habitat during LRMP implementation, the USFS BA concluded that
LRMP implementation "may affect but is not likely to adversely affect" the Mexican spotted owl or its
habitat. The BLM BA and formal consultation under Section 7 of the ESA is ongoing as of the
publication of this FEIS.  However, the same mitigation measures and LRMP components will be
applied on BLM lands, so it is anticipated that the BA for Mexican spotted owl will have the same
determination as the USFS BA. These determinations were based on concluding that, overall, the
effects of management actions from LRMP implementation are expected to be minimal based on the
level of potential activity occurring in owl habitats, and the application of numerous leasing
stipulations, LRMP standards and guidelines, and management recommendations described in the
Mexican Spotted Owl Recovery Plan (USFWS 2012c).

Uncompahgre Fritillary Butterfly

The Uncompahgre fritillary butterfly is restricted to higher-elevation (greater than about 12,500 feet)
alpine habitats with the presence of snow willow. There is no known Uncompahgre fritillary butterfly
habitat on BLM or NFS lands in the PLAA (USFS BA, Appendix J). The only known occurrence of
Uncompahgre fritillary butterfly in the planning area is a single location on SJNF land on the
Columbine Ranger District. Because there is no Uncompahgre fritillary butterfly habitat in the PLAA,
oil and gas leasing and development in the PLAA would have no potential to affect the Uncompahgre
fritillary butterfly or its habitat.

Gunnison Sage-grouse

The Gunnison sage-grouse has been a BLM and USFS sensitive species, but is now proposed for
listing as endangered under the ESA (USFWS 2013c). The Gunnison sage-grouse was proposed for
listing as endangered on January 11, 2013. Proposed occupied and unoccupied critical habitat has
been designated throughout the range of Gunnison sage-grouse. There are two small Gunnison
sage-grouse populations within portions of the PLAA. All known sage-grouse populations in the
planning area and all but 48 acres of proposed critical sage-grouse habitat in the planning area
occurs on the TRFO. The 48 acres of proposed critical sage-grouse habitat on the SJNF is not
believed to be occupied by sage-grouse. This 48-acre parcel is considered very marginal sage-
grouse habitat given its fragmented nature from other habitat, lack of sagebrush, and existing
disturbances associated with use of an access road, adjacent gravel pit, and agricultural activities on
adjacent private lands (see the USFS BA, Appendix J).

BLM_0032101

The LRMP incorporates by reference the Gunnison Sage-grouse Rangewide Conservation Plan (Gunnison Sage-Grouse Rangewide Steering Committee 2005). Five lease stipulations apply specifically to Gunnison sage-grouse and sage-grouse habitat, but a variety of lease stipulations designed to protect other resources would also provide substantive protections to sage-grouse habitats (see Appendix H). The application of lease stipulations, LRMP components, and other referenced direction that avoid oil and gas leasing and development in sage-grouse breeding and wintering habitats would reduce direct loss of grouse habitats. LRMP components would also minimize the potential for disturbance to occupied habitats and minimize the indirect impacts of oil and gas development and operation activities that could occur within or adjacent to suitable habitats.

Development and human activity are known to have negative impacts on sage-grouse habitat, occupation, and successful reproduction within its complex of suitable habitat. Principal threats to Gunnison sage-grouse habitat include habitat loss, degradation, and fragmentation due to residential, exurban and commercial development, and associated infrastructure such as roads and power lines. Oil and gas production facilities and power poles may provide hunting perches and habitats for mammal and avian predators, thereby increasing sage-grouse predation. Overhead power lines may also present a collision risk for sage-grouse, thereby increasing sage-grouse mortality. Sage-grouse may avoid suitable habitat containing overhead power lines in an effort to reduce their exposure to predation. Holloran (2005:57) also states "[P]redatory species' responses to gas field development could be responsible for decreased survival of males on leks situated near the edges of developing fields."

Gunnison sage-grouse occurrence within the PLAA and the TRFO is limited to the Dry Creek Basin and Miramonte subpopulations of the San Miguel population, and the Dove Creek subpopulation of the Monticello-Dove Creek population. The majority of acres occupied by the San Miguel Basin population occur in the Dry Creek Basin subpopulation. However, the Dry Creek Basin contains some of the smallest individual sage-grouse numbers in the San Miguel population. In 2012, the entire San Miguel Basin population contained an estimated 172 individuals on nine leks. Even though 47 sage-grouse have been reintroduced into the Dry Creek Basin subpopulation since 2006, there has been no increase in sage-grouse numbers. The basin is well below the population levels required to maintain a population.

There are 214,193 acres of proposed critical habitat for Gunnison sage-grouse in the PLAA, of which about 96,485 acres are proposed occupied critical habitat and about 117,708 acres are proposed unoccupied critical habitat. All proposed occupied and unoccupied critical habitat for Gunnison sage-grouse on the TRFO would be subject to one or more lease stipulations. Fluid minerals development is expected to continue on already leased lands within the PLAA, but would be approved in conformance with standards and guidelines outlined in the LRMP. New wells and other infrastructure constructed under existing lease rights that are located within sagebrush communities could have the potential to cause additional loss of sage-grouse habitats. Most development in the Dove Creek population would occur on private minerals or existing leases. Federal oil and gas mineral estate in the Dove Creek population is 39% of the area. Approximately 93% of the federal oil and gas mineral estate is currently leased. In the San Miguel population 13% of the federal mineral estate is currently leased for oil and gas development. Unoccupied critical habitat is 35% federal minerals and almost 80% of the federal mineral oil and gas estate is leased (Table 3.3.7).

BLM_0032102

**Table 3.3.7: Gunnison Sage-grouse Critical Habitat in the Paradox Leasing Analysis Area**

| Proposed Critical Habitat | Acres in PLAA | Acres of Federal Minerals | % of PLAA | Acres of Existing Leases | % of Federal Minerals Currently Leased in PLAA |
|---|---|---|---|---|---|
| Occupied San Miguel population | 68,624 | 54,621 | 79.6% | 7,393 | 13.5% |
| Occupied Dove Creek population | 27,861 | 11,036 | 39.6% | 10,271 | 93.1% |
| Unoccupied critical habitat | 117,708 | 41,830 | 35.5% | 33,432 | 79.9% |

Avoidance of oil and gas facilities by sage-grouse could decrease habitat effectiveness. With application of LRMP standards and guidelines, lease stipulations, and direction from other referenced guidance including sage-grouse management direction, potential effects to Gunnison sage-grouse from oil and gas leasing and developments activities are expected to be minimized. Although much of the occupied critical habitat is leased, future development would have to comply with LRMP standards and guidelines for Gunnison sage-grouse.

The No Leasing Alternative would provide the greatest protection for sage-grouse habitats in the PLAA, but there is potential that some loss of Gunnison sage-grouse habitats could occur under the No Leasing Alternative due to development of lands that are already leased within the PLAA. Existing leases compromise 26% of occupied Gunnison sage-grouse habitat in the PLAA and 79% of unoccupied critical habitat. Based on projected total combined acres of disturbance on leased and unleased lands for conventional and GSGP gas within the PLAA, Alternative A has the greatest potential to directly or indirectly affect sage-grouse habitats. This is followed by Alternatives D, B, and C, respectively. Total projected disturbance acres are very similar for Alternatives A and D, with somewhat less disturbance projected for Alternative B, followed by substantially less disturbance for Alternative C. On BLM lands, there is only about a 16% difference in total combined acres of projected disturbance between the most impactive alternative, Alternative A, and the least impactive alternative, Alternative C. The No Leasing Alternative would have the least amount of projected total disturbance acres, but still projects about 58% of the development on BLM lands that is projected to occur under the most impactive alternative, Alternative A.

Under Alternative A about 42% of projected development on BLM lands in the PLAA would be on unleased lands and thus would represent new potential impacts to Gunnison sage-grouse and sage-grouse habitat. Alternatives B and D require an NSO stipulation be applied to all new leases in occupied Gunnison sage-grouse critical habitat. This would require that future development occur on existing leases. Some development of new leases could occur from an existing lease. No new development would be allowed under Alternatives B and D on new leases due to the NSO stipulation. Federal minerals make up 79% of the Gunnison sage-grouse habitat in the San Miguel Basin subpopulation within the TRFO. However, only 13% of the federal mineral estate is currently leased. Under Alternatives B and D, oil and gas leasing in proposed occupied critical habitat is leased with an NSO stipulation on the lease, therefore limiting any development to existing leases or fee/fee estates. In occupied Gunnison sage-grouse habitat, development of existing leases would occur on leases concentrated on the western edge of the Dry Creek Basin for the San Miguel population and on split estate and federal surface within the Dove Creek population. Wells and other infrastructure located within sagebrush communities would result in direct loss of sage-grouse habitats. Sage-grouse avoidance of these facilities would increase indirect habitat loss and loss of habitat effectiveness.

BLM_0032103

Under Alternative C, occupied critical habitat in the San Miguel population would not be available for leasing. Lands in the Dove Creek population of occupied critical habitat are almost 80% leased. Unleased lands in occupied critical habitat in the Dove Creek population would be available for leasing with an NSO stipulation. Alternative C applies lease stipulations that provide greater levels of protection for Gunnison sage-grouse habitats, compared to Alternatives A, D, and B. Alternative C provides for greater use of NSO stipulations, as compared to other alternatives that provide greater use of CSU and standard lease term stipulations, thereby providing comparatively less protection for sage-grouse habitats than would occur under NSO stipulations. In addition, Alternatives A and D generally apply CSU and standard lease term stipulations across larger acreages than Alternative C, thereby applying lower levels of protections (compared to NSO stipulations) across larger areas, and thus providing reduced protection for sage-grouse habitats as compared to Alternative C. Lease stipulations applied under Alternative B generally provide similar protections for grouse habitats as those under Alternative D, but less than those under Alternative C.

**Summary:** Oil and gas leasing and development in the PLAA is expected to be a contributing factor to potential direct and indirect impacts to Gunnison sage-grouse and sage-grouse habitat. LRMP components (including applicable lease stipulations, design criteria, and other referenced direction) would be applied to leasing and development stages, contributing to the conservation of sage-grouse habitat in the PLAA. Although these conservation measures when implemented would reduce negative impacts to sage-grouse and its habitat, it is expected that LRMP implementation "may affect, and is likely to adversely affect" Gunnison sage-grouse. This determination was based on concluding that substantial protection is provided for Gunnison sage-grouse under the LRMP and the current/future utility of sage-grouse habitat would not be impaired. However, this does not completely eliminate potential adverse impacts from the development of valid existing lease rights or remove the potential for management discretion to approve exceptions to LRMP stipulations and sage-grouse management guidelines. These conservation measures are expected to reduce negative impacts to sage-grouse habitat; however, not all impacts can be completely mitigated. Further, it is expected that implementation of the LRMP "may affect and is likely to adversely affect" Gunnison sage-grouse proposed critical habitat. This determination was based on the conclusion that land use authorizations would not result in adverse modification of critical habitat, but impacts of permanent infrastructure associated with valid existing lease rights could reduce the capability of critical habitat to satisfy requirements essential to both the survival and recovery of the species, thereby diminishing the value of critical habitat.

<u>Wolverine</u>

Primary habitat for the wolverine is restricted to higher-elevation alpine and sub-alpine habitats that are often inaccessible and generally not areas where oil and gas development is likely to occur. Much of the wolverine habitat in the planning area is located within designated wilderness or WSAs and therefore not available for lease. Within the PLAA, all wolverine habitats are on lands managed by the SJNF. There is no wolverine habitat on BLM lands in the PLAA.

None of the LRMP alternatives are likely to jeopardize the continued existence of the wolverine because there is currently no wolverine population on the SJNF, the TRFO, or in the state of Colorado. In addition, the listing proposal stated that land management actions do not pose a threat to the wolverine DPS (USFWS 2013b). The USFS BA (see Appendix J) determined that because there is no wolverine population in the planning area, and because land management actions conducted under LRMP implementation, including oil and gas leasing and development in the PLAA, are not thought to jeopardize the continued existence of the wolverine, conferencing with the USFWS on the effects of LRMP implementation to wolverine is not required. Following listing of the species,

BLM_0032104

separate site- and project-specific consultation with USFWS would be undertaken as necessary for LRMP implementation during NEPA analysis processes if projects were proposed that had the potential to affect wolverine or wolverine habitat.

## BLM and USFS Terrestrial Wildlife Sensitive Species

The review and conclusions regarding the effects of the LRMP alternatives on agency-designated terrestrial wildlife sensitive species are presented above in FEIS Section 3.3, and in Appendix T (USFS BA and BLM Sensitive Species Analysis). The information presented here addresses oil and gas leasing and development impacts in the PLAA on agency-designated terrestrial wildlife sensitive species on the SJNF and TRFO.

BLM and USFS terrestrial wildlife sensitive species for the planning area are listed above in Table 3.3.3. These include 12 mammals, 20 birds, three amphibians, two reptiles, and one insect species from the BLM Colorado and USFS Region 2 lists. LRMP management direction (desired conditions, objectives, standards, guidelines, and other referenced direction) that applies to sensitive species is listed in LRMP Section 2.3. Actions associated with implementation of the approved LRMP alternative, including oil and gas leasing and development, may impact sensitive species and/or their habitats. With application of lease stipulations described in Appendix H, LRMP standards and guidelines and other conservation measures described and referenced in LRMP Section 2.3, and direction contained in additional referenced guidance cited in LRMP Section 2.3, all alternatives would provide for sustainability of sensitive species across the planning area and meet agency obligations for conservation of designated sensitive species. Oil and gas development undertaken during LRMP implementation would be analyzed at the site-specific project level, potential impacts to designated sensitive species and/or their habitats would be analyzed, and appropriate conservation measures from the above referenced guidance would be applied to surface use plans of operation. Mitigation measures not identified in the LRMP may be applied when supported by best available science and analyzed in a site-specific NEPA document.

The wide variety of sensitive species, key habitat components upon which these species depend, and the variety of season of use and/or presence within the planning area, indicates that all LRMP alternatives are likely to result in beneficial, neutral, and adverse effects to some sensitive species. The degree of impact and range of effects would depend on the sensitive species affected, the scope and scale of the project, and many other factors. The degree and direction of impact would likely vary, depending on factors such as project type, application of standards and guidelines, the season of year projects are implemented, and general habitat type. LRMP alternatives, such as Alternative D, that emphasizes greater vegetation manipulation or ground-disturbing activities that occur in habitats for sensitive species could carry a greater risk of causing more intensive and more negative impacts to more sensitive species. Effective implementation of LRMP direction and other referenced guidance during project implementation is expected to minimize impacts to sensitive species regardless of the selected alternative. LRMP direction in the LRMP includes a wide variety of direction that promotes conservation of sensitive species such as direction related to forest structural stages and canopy cover, riparian and wetland area enhancement, snag and downed log retention, and TL close to key nesting and roosting areas.

Much of the anticipated oil and gas development in the PLAA is expected to be in lower-elevation habitat types, including pinyon-juniper, ponderosa pine, and warm-dry mixed conifer forests, and in sagebrush and mountain shrublands and desert grasslands. Lesser amounts of oil and gas development are expected in higher-elevation habitats such as spruce-fir, cool-moist mixed conifer, and aspen forests. For these reasons, sensitive species more closely associated with lower-elevation

BLM_0032105

habitat types may be more likely to be negatively affected by oil and gas development in the PLAA than are sensitive species associated with higher-elevation habitats.

In general, the amount of habitat likely to be affected by oil and gas leasing and development during LRMP implementation under any of the LRMP alternatives is expected to be relatively small, when compared to the total amount of habitat currently available within the PLAA and across the SJNF and TRFO. For this reason, and for most sensitive species, the impacts of direct habitat loss would be relatively small and likely not sufficient to result in population-level impacts or in changes to species distributions within the PLAA. However, for some sensitive species that are associated with relatively rare (e.g., riparian areas and wetlands) or unusual habitats (e.g., mature cottonwood gallery forest), it is possible that LRMP implementation activities that affect that particular rare or unusual habitat or important structural attribute could have locally more substantial impacts to a specific sensitive species. For all these reasons, impacts to species would vary under all of the alternatives. Impacts from oil and gas leasing and development in the PLAA are likely to occur within reproduction, migration and movement corridors, and wintering habitats (or some combination of all three) depending on the species and season of occurrence. For every action carried out under any LRMP alternative, some sensitive species could benefit from habitat changes, some may not be impacted at all, and some may be negatively impacted. The degree of impact to sensitive species would differ depending on factors such as primary habitat association, effect to key habitat components, habitat generalist or specialist, and season of species occurrence.For additional analysis of impacts to sensitive species and the habitats on which they depend, see Appendix T, USFS  BA and BLM Sensitive Species Analysis.

Sensitive species that are expected to be most impacted by oil and gas activities are those with relatively narrow tolerances to disturbance, species with restricted year-round or seasonal habitats, and/or species with habitats that are limited across the planning area. Impacts from oil and gas leasing and development to bats, several of which are sensitive species that occur on the SJNF and TRFO, are expected to be similar to those described above. One oil and gas lease stipulation applies specifically to bat habitats, but a variety of lease stipulations designed to protect other resources would also provide substantive protections to bat habitats (see Appendix H). The desert bighorn sheep is a BLM sensitive species that occurs in the PLAA and could be negatively affected by some aspects of oil and gas leasing and development activities (see wildlife issue above that analyzes physical fragmentation of key wildlife habitats, and issue above that analyzes disturbance and big game habitat effectiveness). Negative effects could be primarily associated with disturbance on, and potential displacement from, important traditional use winter ranges and parturition areas. Displaced animals are likely to be moved into non-traditional use areas that presumably would have lower habitat capability compared to their preferred traditional use areas, potentially resulting in reduced overwinter survivorship, reduced productivity, or increased mortality.

A variety of leasing stipulations (see Appendix H) and LRMP standards and guidelines and other referenced guidance are expected to reduce potential negative effects of oil and gas leasing and development on sensitive species and provide habitat conditions necessary to conserve sensitive species on the SJNF and TRFO. Nine oil and gas lease stipulations apply specifically to sensitive species habitats and conservation measures, but a variety of lease stipulations designed to protect other resources would also provide substantive protections to sensitive species and the habitats on which they depend (see Appendix H). Some of this LRMP direction, such as leasing stipulations, is applied at the leasing stage, whereas other LRMP direction, such as standards and guidelines, is applied at the project development stage during LRMP implementation. LRMP direction is expected to provide the ecological conditions necessary to support sensitive species populations widely distributed across the PLAA.

BLM_0032106

The No Lease Alternative would provide the greatest protection for sensitive species in the PLAA, but some loss of key habitat components is likely under this alternative due to development of lands that have already been leased within the PLAA.  Of the action alternatives, Alternative C would have the least potential for impacts to sensitive species habitats, followed by Alternatives B, D, and A. This is based on the projected total combined acres of disturbance on leased and unleased lands for conventional and GSGP natural gas within the PLAA, and therefore the relative potential for oil and gas activities to reduce the abundance or affect the distribution of key habitat components for sensitive species.  It is also based on relative expected levels of disturbance associated with oil and gas operation activities in and adjacent to production areas.  Total projected disturbance acres are very similar for Alternatives A and D, with somewhat less disturbance projected for Alternative B, followed by substantially less disturbance for Alternative C.  There is only about a 19% difference in total combined acres of projected disturbance between the most impactive alternative (Alternative A) and the least impactive action alternative (Alternative C). Projected acres of development in areas already leased do not vary by alternative and would be about 38% of total projected development. Conversely, about 62% of projected development within the PLAA would be on unleased lands and thus represents new potential impacts to habitats for sensitive species.

## San Juan National Forest Management Indicator Species

Because the MIS concept and requirement does not apply to BLM lands or management actions, the following MIS discussions apply only to lands and actions carried out by the SJNF. Four species were selected as terrestrial wildlife MIS on the SJNF: Abert's squirrel, American marten, elk, and hairy woodpecker. Due to their widespread distribution across the SJNF and the relative abundance of these four species on the SJNF, their viability across the planning area (SJNF) is not of concern. Also due to their widespread distribution and abundance, their viability across the planning area (SJNF) would not be threatened under any of the LRMP alternatives.

In general, the MIS analysis uses wildlife populations and habitat associations as the primary indicator of MIS trends. There are a variety of acceptable data sources for monitoring populations and habitat trends of MIS, including population estimates by state wildlife agencies, informed judgment of the USFS Wildlife Biologist, habitat inventory assessments, resource information system, and activity/program reviews. Population and habitat trends are estimated on an SJNF basis and are not specific to the PLAA, which is a subset of overall habitats for the terrestrial MIS.

Abert's Squirrel

Abert's squirrel is considered well distributed throughout the SJNF planning area in suitable ponderosa pine habitat. Habitat analysis shows the 20-year trend for suitable Abert's squirrel habitat is stable, with a slight downward trend in optimal habitat. Population trends for the planning area are not thought to differ from the habitat trends, being generally stable. The identified risk factors for Abert's squirrel's selected monitoring issues involve management activities that change overstory forest structure of ponderosa pine forests and understory conditions for fleshy fungi that form mycorrhizal associations with pine roots.

It is estimated that about 114,600 acres of Abert's squirrel habitat occurs in the PLAA, and this comprises about 50% of squirrel habitat SJNF-wide. A portion of oil and gas development projected to occur in the PLAA would occur within habitat suitable for Abert's squirrel, but squirrel habitat is well represented and widely distributed across the PLAA. Oil and gas leasing and development activities in the PLAA is likely to affect Abert's squirrel habitat structure and food sources under each of the leasing alternatives. Impacts would result from removal of large-diameter overstory ponderosa pine trees and surface vegetation that provides suitable conditions for fleshy fungi, due to road and facility

infrastructure construction and facility operations. Overall, however, total projected combined acres of disturbance on leased and unleased lands in the PLAA is small (less than 2%) compared to the total amount of Abert's squirrel habitat available SJNF-wide.

The No Leasing Alternative would provide the greatest protection for Abert's squirrel habitat on NFS lands in the PLAA, but some loss of squirrel habitat is likely under this alternative due to development of lands that have already been leased within the PLAA. Based on projected total combined acres of disturbance on leased and unleased lands for conventional and GSGP gas within the PLAA, Alternative A has the greatest potential to negatively affect squirrel habitat. This is followed by Alternatives D, B, and C, respectively. Total projected disturbance acres are very similar for Alternatives A and D, with somewhat less disturbance projected for Alternative B, followed by substantially less disturbance for Alternative C. There is only about a 26% difference in total combined acres of projected disturbance between the most impactive action alternative, Alternative A, and the least impactive alternative, Alternative C. The No Leasing Alternative would have the least amount of projected total disturbance acres, but still projects about 17% of the development on NFS lands that is projected to occur under the most impactive alternative, Alternative A. Projected acres of development on NFS lands for areas already leased do not vary by alternative and would be about 19% of total projected development. Conversely, about 81% of projected development on NFS lands within the PLAA would be on unleased lands and thus represents new impacts to Abert's squirrel habitat and individuals.

All of the leasing alternatives, for both leased and unleased lands, would be guided by the same LRMP management direction. LRMP direction found in the standards, guidelines, and other referenced guidance addresses the maintenance and restoration of ecological conditions and natural disturbance regimes that more closely resemble those of HRV for ponderosa pine and warm-dry mixed conifer forests. This LRMP direction is expected to maintain and improve habitat conditions for Abert's squirrel, and thus squirrel populations are expected to remain well-distributed across the planning area during LRMP implementation.

<u>American Marten</u>

American marten are considered well distributed and relatively abundant in suitable habitats throughout the planning area. Habitat trends across the SJNF are considered stable, with stable to slightly upward population trends (SJNF American Marten Species Assessment [USFS 1991a]). Suitable habitat on the SJNF for American marten includes the spruce-fir and cool-moist mixed conifer cover types. It is estimated that about 128,750 acres of marten habitat occurs in the PLAA, and this comprises about 21% of marten habitat SJNF-wide.

The identified risk factors for the American marten's selected monitoring issues involve management activities that change forest structure within spruce-fir and cool-moist mixed conifer forests. Most oil and gas leasing and development activities in the PLAA are expected to occur at lower elevations not suitable for the American marten. Therefore, oil and gas leasing and development activities are not expected to have measurable effects on the American marten's currently stable to slightly upward habitat and population trends across the SJNF. Under all LRMP alternatives, overall habitat and population trends are expected to remain stable, or to slightly increase, across the planning area. Oil and gas leasing and development activities within the PLAA could slightly reduce the availability of marten habitat in the PLAA because some activities could occur in marten habitat. However, the scale of impacts to marten habitat is likely to be small and localized.  Under the most impactive alternative, Alternative A, total projected combined acres of disturbance on leased and unleased lands in the PLAA is very small (less than 1%) compared to the total amount of marten habitat available SJNF-wide. For these reasons, projected oil and gas leasing and development activities are

not expected to cause detectible changes to SJNF-wide marten population or habitat trends under any LRMP alternative.

The No Leasing Alternative would provide the greatest protection for American marten habitat on NFS lands in the PLAA, but some loss of marten habitat is likely under this alternative due to development of lands that have already been leased within the PLAA. Based on projected total combined acres of disturbance on leased and unleased lands for conventional and GSGP gas within the PLAA, Alternative A has the greatest potential to negatively impact marten habitat. This is followed by Alternatives D, B, and C, respectively. Total projected disturbance acres are very similar for Alternatives A and D, with somewhat less disturbance projected for Alternative B, followed by substantially less disturbance for Alternative C. There is only about a 26% difference in total combined acres of projected disturbance between the most impactive alternative, Alternative A, and the least impactive alternative, Alternative C. The No Leasing Alternative would have the least amount of projected total disturbance acres, but still projects about 17% of the development on NFS lands that is projected to occur under the most alternative, Alternative A. Projected acres of development on NFS lands for areas already leased does not vary by alternative and would be about 19% of total projected development. Conversely, about 81% of projected development on NFS lands within the PLAA would be on unleased lands and thus represents new impacts to marten habitat and individuals.

All of the leasing alternatives, for both leased and unleased lands, would be guided by the same LRMP management direction. LRMP direction found in the standards, guidelines, and other referenced guidance emphasizes the maintenance of ecological conditions and natural disturbance regimes typical of spruce-fir and cool-moist mixed conifer forests under HRV. This LRMP direction is expected to maintain suitable habitat conditions for American marten, and thus marten populations are expected to remain well distributed across the planning area during LRMP implementation.

Elk

Elk are a generalist species that occur in a wide variety of habitat types across the SJNF planning area. They are considered well distributed throughout the planning area within suitable habitats, and suitable habitats for elk vary by season. Habitat analysis shows the 20-year trend for summer range is stable, with an upward trend on winter ranges (SJNF Elk Species Assessment [USFS 2004b]). Populations have increased from the lows experienced during the 1980s. Currently, the elk population is considered stable (USFS 2004b). Elk populations are thought to be primarily influenced by the hunter harvest based on population objectives established by CPW. At present, habitat capability or effectiveness is not thought to be controlling elk populations for herds on the SJNF (USFS 2004b).

It is estimated that about 593,200 acres of elk summer and winter habitats occur in the PLAA, and this comprises about 29% of elk summer and winter habitats SJNF-wide. The PLAA represents about 28% of SJNF-wide elk cover habitats and 31% of forage habitats, respectively. On all elk summer and winter ranges SJNF-wide, the ratio of elk forage habitats to elk cover habitat is 42:58, which is somewhat different from the suggested optimum ratio of 60:40 to cover habitat (USFS 2004b). Within the PLAA, however, the elk forage:cover ratio is 45:55, indicating the PLAA may be somewhat more limited on forage habitats as compared to the suggested optimum ratio and the ratio SJNF-wide. The habitat feature that is considered most limiting to elk on the SJNF is winter range. Winter range as mapped by CPW comprises about 23% of elk habitats SJNF-wide. Within the PLAA there is about 223,300 acres of elk winter range, as mapped by CPW. This represents about 47% of elk winter range SJNF-wide. The forage:cover ratio on elk winter range is 61:39, very near the optimum ratio of 60:40. The SJNF-wide forage:cover ratio on elk summer range is 36:64, which is the inverse of the optimum ratio of 60:40.

BLM_0032109

On the SJNF, elk have ample summer range (about 1,571,600 acres) that provides forage, thermal and hiding cover, and calving grounds. During the winter months, elk become concentrated on a more limited area of winter ranges (about 471,200 acres) that overlap a variety of management activities and that are increasingly being influenced by human development pressures and uses adjacent to SJNF lands. Consequently, the general risk factors identified for elk as an MIS are primarily tied to activities and influences associated with low-elevation habitats, including pinyon-juniper, ponderosa pine, and warm-dry mixed conifer forests, and sagebrush shrublands and mountain shrublands. These low-elevation habitats are where most oil and gas leasing and development activities are anticipated on the SJNF and within the PLAA over the life of the LRMP. In addition, calving grounds and migration corridors also occur within areas of potential fluid minerals leasing and development. Oil and gas development could impact traditional animal movement or migration routes (see wildlife issue above that analyzes physical fragmentation of key wildlife habitats, and also see wildlife issue above that analyzes maintaining or improving habitat conditions and movement opportunities within wildlife travel corridors). Oil and gas leasing and development could also reduce capability and effectiveness of big game winter ranges (see wildlife issues above that analyze disturbance and big game habitat effectiveness, and improving the amount and condition of sagebrush shrubland habitats).

A variety of leasing stipulations (see Appendix H), LRMP standards and guidelines, and other referenced guidance are expected to provide habitat conditions necessary to support sustainable populations of big game ungulate species SJNF-wide, including elk. Some of this LRMP direction, such as leasing stipulations, is applied at the leasing stage, whereas other LRMP direction, such as standards and guidelines, is applied at the project development stage during LRMP implementation. LRMP direction is expected to provide the ecological conditions necessary to support big game populations, including elk, widely distributed across the SJNF and capable of meeting CPW population objectives.

The No Leasing Alternative would provide the greatest protection for elk habitat on NFS lands in the PLAA, but some loss of elk habitat is likely under this alternative due to development of lands that have already been leased within the PLAA. Based on projected total combined acres of disturbance on leased and unleased lands for conventional and GSGP gas within the PLAA, Alternative A has the greatest potential to negatively impact elk habitats, including winter range. This is followed by Alternatives D, B, and C, respectively. Total projected disturbance acres are very similar for Alternatives A and D, with somewhat less disturbance projected for Alternative B, followed by substantially less disturbance for Alternative C. There is only about a 26% difference in total combined acres of projected disturbance between the most impactive alternative, Alternative A, and the least impactive alternative, Alternative C. The No Leasing Alternative would have the least amount of projected total disturbance acres, but still projects about 17% of the development on NFS lands that is projected to occur under the most impactive alternative, Alternative A. Projected acres of development on NFS lands for areas already leased does not vary by alternative and would be about 19% of total projected development. Conversely, about 81% of projected development on NFS lands within the PLAA would be on unleased lands and thus represents new impacts to elk habitat, including winter range. Given the application of leasing stipulations and LRMP standards and guidelines that provide for big game habitat capability and effectiveness, no change is expected to the currently stable overall population and habitat trends for elk SJNF-wide.

<u>Hairy Woodpecker</u>

Hairy woodpecker is considered well distributed and relatively abundant throughout the planning area within a wide variety of habitat types. The species is a primary cavity excavator, showing a preference

BLM_0032110

for aspen stands. Current information (USFS 2004c) suggests that hairy woodpecker populations have increased slightly in Colorado, as well as throughout their entire range. Recent habitat modeling and density estimate evaluations suggest that hairy woodpecker population and habitat trends on the SJNF are stable or slightly increasing (USFS 2004c). It is estimated that about 350,500 acres of hairy woodpecker habitats occur in the PLAA, and this comprises about 31% of hairy woodpecker habitats SJNF-wide.

The identified risk factors for the hairy woodpecker's selected monitoring issues involve management activities that change forest structure within aspen, ponderosa pine, and mixed conifer forests. Oil and gas leasing and development in the PLAA is not expected to substantially alter hairy woodpecker habitat or population trends across the PLAA or across the planning area. Activities that could influence hairy woodpecker populations and habitat trends in aspen, ponderosa pine, and mixed conifer forests include timber management, fire and fuels treatment activities, and livestock grazing as described in the general MIS section above. Oil and gas leasing and development activities within the PLAA are likely to reduce the availability of nesting and foraging sites for some individuals through the loss of large-diameter standing snags and live trees with heartwood decay near production infrastructure. However, the scale of these losses is likely to be small and localized and limited to relatively small numbers of suitable snags and live trees with heartwood decay. Under the most impactive alternative, Alternative A, total projected combined acres of disturbance on leased and unleased lands in the PLAA is very small (less than 0.5%) compared to the total amount of hairy woodpecker habitats available SJNF-wide. Consequently, projected oil and gas leasing and development activities are not expected to cause detectible changes to SJNF-wide population or habitat trends for the hairy woodpecker under any LRMP alternative.

The No Leasing Alternative would provide the greatest protection for hairy woodpecker key habitat components on NFS lands in the PLAA, but some loss of woodpecker habitat components is likely under this  alternative due to development of lands that have already been leased within the PLAA. Based on projected total combined acres of disturbance on leased and unleased lands for conventional and GSGP gas within the PLAA, Alternative A has the greatest potential to negatively impact hairy woodpecker nesting and foraging habitats. This is followed by Alternatives D, B, and C, respectively. Total projected disturbance acres are very similar for Alternatives A and D, with somewhat less disturbance projected for Alternative B, followed by substantially less disturbance for Alternative C. There is only about a 26% difference in total combined acres of projected disturbance between the most impactive alternative, Alternative A, and the least impactive action alternative, Alternative C. The No Leasing Alternative would have the least amount of projected total disturbance acres, but still projects about 17% of the development on NFS lands that is projected to occur under the most impactive alternative, Alternative A. Projected acres of development on NFS lands for areas already leased does not vary by alternative and would be about 19% of total projected development. Conversely, about 81% of projected development on NFS lands within the PLAA would be on unleased lands and thus represents new impacts to hairy woodpecker habitats and individuals.

All of the leasing alternatives, for both leased and unleased lands, would be guided by the same LRMP management direction. LRMP direction addresses the maintenance of suitable nesting trees (large-diameter standing snags and live trees with heartwood decay) and other ecological needs of primary cavity excavators and obligate secondary cavity-nesting species found in the standards, guidelines, and other referenced guidance. This LRMP direction is designed to maintain suitable habitat conditions and thus populations of primary cavity excavator species such as hairy woodpecker, and thus hairy woodpecker populations are expected to remain well distributed across the planning area during LRMP implementation.

BLM_0032111

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

<u>Cumulative Effects</u>

Cumulative effects for MIS from oil and gas leasing and development activities in the PLAA would be the same as described above for MIS for LRMP implementation.

# 3.4  Riparian Areas and Wetland Ecosystems

## 3.4.1  Introduction

Riparian area and wetland ecosystems in the SJNF and TRFO occur on valley floors and other low-lying landscape positions where the water table is usually at or near the land surface (Cowardin et al. 1979). These ecosystems consist of a general type and four physiognomic types that include evergreen riparian forests, deciduous riparian forests, deciduous riparian shrublands, riparian areas, and wetland herbaceous lands (which includes fens and hanging gardens). The BLM defines a riparian area as "an area seasonally saturated or inundated at a frequency and duration sufficient to produce vegetation typically adapted for life in saturated soil conditions. It is also the transitional area between permanently saturated wetlands and upland areas often referred to as a riparian area" (Technical Reference 1737-16, BLM 2003a). Ecological processes and disturbances including fire, drought, wind, floods, flow regimes, and succession play a fundamental role in shaping the composition, structure, and function of riparian area and wetland ecosystems at multiple scales and in creating a heterogeneous pattern of vegetation communities across the planning area. The distribution of riparian area and wetland ecosystems in response to changing climatic conditions is determined by resulting changes in disturbance regimes and other global change factors (Turner 2010).

Riparian area and wetland ecosystems are important because they store water, enhance water quality, provide habitat for wildlife and plants, and provide recreation and esthetic values. Although they are small in extent (it is estimated they comprise less than 5% of the SJNF and TRFO planning area), they represent a very important ecological component of the SJNF and TRFO. For example, approximately half of the special status plant species found on the SJNF and TRFO are associated with riparian area and wetland ecosystems. These ecosystems are also recognized as an important component of the sustainable ecosystems strategy on the SJNF and TRFO.

Managing for sustainable riparian area and wetland ecosystems would protect and sustain diversity and the majority of species within them. However, in some cases a complementary plant species strategy may be needed for some species that are not adequately protected by a sustainable ecosystems strategy. For example, the special status plant species that occur in riparian area and wetland ecosystems have additional protection strategies that are described in detail in the terrestrial ecosystems section of the FEIS and LRMP. A complete list of special status plant species associated with riparian and wetland areas can be found in Appendix P.

## 3.4.2  Existing Conditions

Riparian and wetland areas are among the most productive ecosystems in the arid West. As a consequence, they have been the focus of concentrated use and human management for their water supply, forage, fish, wildlife, recreation, timber, minerals and other values throughout history. These historic uses have often resulted in long-term and significant changes to the floodplains, hydrology, native plants, and animals associated with them (Blair et al. 1996; Dahms and Geils 1997; Fleischner 1994; Prichard 1998; Rood and Mahoney 1990).

BLM_0032112

On the SJNF and TRFO, the degree to which historic use and land management practices have affected riparian area and wetland ecosystems varies depending on the type of riparian or wetland area and its location on the landscape. As a general rule, arid, low to mid elevation areas of the SJNF and TRFO have the fewest acres of riparian area and wetland ecosystems, and impacts to these ecosystems tend to be common. This is because lush vegetation and water supply are scarce across these landscapes except near riparian and wetland areas. They have always been attractive places to concentrate human and livestock/wildlife uses. Low-elevation federal lands tend to be closer to private lands, and the density of water development projects affecting water supply is greater (Colorado Division of Water Resources 2012). Invasive hydrophytic plant species that displace native riparian area and wetland ecosystem vegetation, such as tamarisk and Russian olive (Elaeagnus angustifolia), are common below 6,500 feet in elevation in southwest Colorado (Colorado Department of Natural Resources 2004). As a result, impacts to riparian area and wetland ecosystems from humans, livestock, and invasive species are most common on arid, low to mid elevation lands of the SJNF and TRFO.

In contrast, higher-elevation forested areas tend to have more acres of riparian area and wetland ecosystems, and in general these ecosystems are typically less impacted. Livestock and wildlife grazing/browsing is not typically concentrated in riparian area and wetland ecosystems because precipitation is high and supports forage in higher-elevation forested areas more evenly distributed across the landscape. These areas generally have fewer human water developments/diversions compared to low-elevation areas and are outside the range of tamarisk, Russian olive, and many other non-native invasive plants.

Adverse impacts commonly associated with riparian area and wetland ecosystems include decreased water flows, lower water tables, decreased flood frequency, and a decrease in the abundance and distribution of native hydrophytic plants (Blair et al. 1996; Dahms and Geils 1997; Fleischner 1994; Rood and Mahoney 1990). There are several causal factors that typically contribute to these impacts on the SJNF and TRFO, including 1) water developments that disrupt or significantly decrease water availability, 2) improper land management that triggers erosion and/or gullying leading to a loss of functional floodplains or wetland areas, 3) invasive hydrophytic plant species and other non-native species, and 4) improper or unmanaged livestock grazing in riparian area and wetland ecosystems. Many of these impacts are amplified during periods of warm drought.

Common problems with riparian area and wetland ecosystem plant species composition on the SJNF and TRFO include the lack of willows and cottonwood trees in deciduous riparian forests, late seral willows in deciduous riparian shrublands, and sedges and rushes in riparian area and wetland herbaceous types. Kentucky bluegrass, an exotic invasive grass, has replaced native sedges and rushes in many riparian area and wetland ecosystems. Tamarisk is found in many riparian area and wetland ecosystems where it competes with native cottonwoods and willows. Riparian area and wetland ecosystems have soils that classify as Mollisols or Entisols and soils that are somewhat poorly to very poorly drained and often high in rock content. Unique and rare riparian area and wetland ecosystem soils on the SJNF and TRFO include organic soils (Histosols). These soils are associated with peatland fens. Currently, soil productivity is intact in the riparian area and wetland ecosystems on most SJNF and TRFO lands, and most of the soils-related riparian area and wetland ecosystem desired conditions are being met.

Ecological conditions within riparian area and wetland ecosystems have improved to varying degrees on the SJNF and TRFO over the last 20 years. This is largely due to management direction from the BLM and USFS that has focused on riparian and wetland areas. In the early 1990s, as part of the Rangeland Reform policy, the BLM developed management strategies that emphasized the inventory

BLM_0032113

of riparian and wetland function and improvement of riparian area and wetland ecosystems where proper function was jeopardized or did not exist. Adoption of the BLM Colorado's Standards for Public Land Health and associated livestock grazing guidelines in 1997 further emphasized improved riparian area management. Stipulations protective of riparian and wetland areas are applied to all oil and gas leases sold since 1991 (after the San Juan National Forest Land and Resource Management Plan was amended and stipulated) on BLM lands. The SJNF emphasized riparian area and wetland ecosystem management and protection through the 1983 and 1985 LRMP updates. Policy from the Rocky Mountain Region of the USFS also directed the use of special management and protective measures in wetlands and riparian areas (FSH 2509.25-2006-1). These federal policies improved how the USFS and BLM manage livestock grazing, road construction, recreation, timber harvest, oil and gas development, and other management practices to the benefit of riparian area and wetland ecosystems. However, many riparian area and wetland ecosystems on the SJNF and TRFO, especially those located in arid/semiarid climate and in low to mid elevation areas, are not in proper functioning condition and persist in a degraded condition. The most common remaining threats to riparian area and wetland ecosystems are improper grazing practices, water use development, invasive species, and prolonged warm drought.

## 3.4.3  Environmental Consequences

Management activities such as timber harvest, mechanical fuels treatments, oil and gas development, livestock grazing, recreation, prescribed fire, and minerals development would occur on the SJNF and TRFO within the next 15 years. Some of these activities may affect riparian area and wetland ecosystems. Impacts would depend on the size, timing, frequency, and duration of the activity; the type of equipment used; the number of times the equipment passes over the same ground; the soil moisture content; the soil surface texture; the amount of ground cover (vegetation and litter); and the recovery rate of the vegetation. Impacts to riparian area and wetland ecosystems would also occur from natural ecological processes and disturbances including flooding, succession, fire, insects, or disease within the next 15 years.

Adverse impacts to riparian area and wetland ecosystems from management activities would be minimized or prevented by the implementation of standards, guidelines, and stipulations in the LRMP, the implementation of project mitigation measures, and direction in the Watershed Conservation Practices Handbook (FSH 2509.25), the ESA, BLM Colorado's Standards for Public Land Health (Standards 3 and 4), BLM Colorado's Guidelines for Livestock Grazing Management, BLM Manual 6840 (Special Status Species Management), BLM Manual 6840.06, and FSM 2622.

Indicators would be used to analyze potential impacts to riparian area and wetland ecosystems from management activities at the project level. Indicators are important ecological components or aspects of riparian area and wetland ecosystems needed to maintain ecosystem integrity and to help to ensure species diversity and population viability. Physical indicators include soil disturbance measured by the acre amount of soil erosion, soil compaction, and soil displacement and soil productivity measured by the amount of detrimental soil disturbance. Biological indicators include the extent and distribution of invasive plants.

### Direct and Indirect Impacts

## Impacts from Timber Harvest and Mechanical Fuels Treatments

The majority of potential impacts to riparian area and wetland ecosystems from timber harvest and fuels treatments would likely be prevented or mitigated by existing federal policies, together with LRMP standards and guidelines. These protective measures generally prohibit vegetation treatment

BLM_0032114

using ground-based machinery from occurring within riparian area and wetland ecosystems and often provide additional buffer areas beyond the extent of riparian and wetland vegetation. Vegetation treatment and post-treatment activities could increase the risk of spread of invasive plant species into riparian area and wetland ecosystems from machinery and other equipment proximal to each ecosystem.

The greatest potential impact from these management activities is associated with the construction/reconstruction of roads needed to access the projects. For timber harvest, the impacts would primarily occur on the SJNF because little to no timber harvest would occur on the TRFO. Existing USFS policies do allow for road stream crossings, which could result in direct impacts to riparian area and wetland ecosystems in localized areas. Building additional roads within watersheds of high existing road densities could exacerbate erosion, sedimentation, accelerated runoff, and stream channel downcutting, which indirectly impact riparian area and wetland ecosystems. LRMP guidelines for road densities should maintain existing conditions for riparian area and wetland ecosystems in high road density watersheds.

Impacts from timber harvest and mechanical fuels treatments to riparian area and wetland ecosystems are considered low risk with some anticipated localized impacts. Alternative D has the most potential for impacts to riparian area and wetland ecosystems from timber harvest since it proposes the most acres for timber harvest (4,415 acres) and mechanical fuels treatments (7,700 acres) within those areas. Alternative A has the second most potential for impacts to riparian area and wetland ecosystems from timber harvest (3,075 acres timber harvest and 6,700 acres mechanical fuels treatments), followed by Alternative B (3,035 timber harvest acres and 6,700 mechanical fuels treatments acres).Alternative C has the least potential for impacts to riparian area and wetland ecosystems from timber harvest since it proposes the least acres for timber harvest (2,339 acres) and mechanical fuels treatments (6,700 acres).

## Impacts from Fluid and Solid Minerals Development

A large amount of new oil and gas development is projected to occur within the PLAA and GSGP. A small amount of carbon dioxide ($CO_2$) development would continue to occur primarily on TRFO lands in the Paradox Basin, with a small potential for SJNF lands. Oil and gas development is also expected to continue on leased lands across the SJNF/TRFO. Solid minerals development could occur anywhere minerals of value exist except for areas withdrawn from mineral entry.

If a riparian or wetland area were to occur in areas permitted for locatable minerals (precious metals, etc.) development, the potential for direct and indirect impacts is high because allowing these mining activities is non-discretionary. The magnitude of impact would be determined by the type of mining and the areal extent of mining activities. In general, if a valuable mineral resource were to occur under a riparian area or wetland, the riparian area and wetland ecosystem could be removed or obliterated by mining activities at the discretion of the miner.

The majority of possible direct impacts to riparian area and wetland ecosystems from oil and gas development or saleable minerals (sand, gravel, etc.) activities would likely be prevented or mitigated by existing federal policies, together with LRMP standards and guidelines. These protective measures generally prohibit minerals development from occurring within riparian area and wetland ecosystems and often provide additional buffer areas beyond the extent of riparian and wetland vegetation. Fluid or solid minerals development could increase the risk that invasive plant species would spread into riparian area and wetland ecosystems from machinery and other equipment.

BLM_0032115

Similar to vegetation treatment activities, the largest potential impacts from oil and gas development or saleable minerals is associated with the construction/reconstruction of roads needed to access wells and other infrastructure. Alternatives A through D would result in approximately 500 miles of new road construction on the SJNF and 226 miles of new road on the TRFO. Inevitably, new road crossings of riparian area and wetland ecosystems are likely with this magnitude of new road construction. Existing USFS and BLM direction allows for road crossings of streams, which could result in direct impacts to riparian area and wetland ecosystems in localized areas.

The potentially large number of new road miles necessary for fluid minerals development would increase watershed road densities. On the TRFO, road densities could increase in many watersheds that already have pre-existing high road densities (above 2 miles/mi2) because the PLAA and GSGP fluid minerals reserves are located within these watersheds. Building additional roads within high road density watersheds could exacerbate erosion, sedimentation, accelerated runoff, and stream channel downcutting (gullying), which increases the risk of negative impacts to riparian area and wetland ecosystems. There is a moderate risk that detectable negative impacts could occur to riparian area and wetland ecosystems within high density watersheds on the TRFO as a result of increasing road densities.

On the SJNF, indirect impacts to riparian area and wetland ecosystems from road construction and increased road densities should be minimized by implementing the LRMP guidelines for road densities. This guideline should prevent road densities from increasing in existing high road density watersheds. There have been cases where spills of hazardous fluids from well pads, pipeline leaks, or vehicle tank spills have killed riparian vegetation in localized areas. This is considered a low to moderate risk to riparian area and wetland ecosystems located close to oil and gas infrastructure.

The direct and indirect effects of solid minerals development are the same for all alternatives. Impacts to riparian area and wetland ecosystems from oil and gas and solid minerals development would occur to varying degrees with all the alternatives. Alternative D has the highest potential for direct and indirect impacts to riparian area and wetland ecosystems from oil and gas development because protective stipulations for riparian and wetland areas are CSU instead of NSO. This increases risk of detectable negative impacts to riparian area and wetland ecosystems associated with road construction and invasive plant species. Alternatives A, B, and C offer the most protection to riparian area and wetland ecosystems from oil and gas development since all of their riparian area and wetland ecosystems–related stipulations are NSO (Table 3.4.1). There is a moderate risk that that detectable negative impacts could occur to riparian area and wetland ecosystems within high-density watersheds on the TRFO as a result of increasing road densities with all alternatives.

**Table 3.4.1: Riparian Area and Wetland Ecosystems–related Oil and Gas Leasing Stipulations**

| Stipulation | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| Riparian areas and fens | NSO | NSO | NSO | CSU |
| Chattanooga SBA | NSO | NSO | NSO | CSU |

## Impacts from Livestock Grazing

Unmanaged livestock grazing and improper livestock grazing management practices are primary causal factors affecting riparian area and wetland ecosystems that are not in proper functioning condition and persist in a degraded condition on the SJNF and TRFO. The other primary factors currently impacting riparian area and wetland ecosystems are water use developments, invasive

BLM_0032116

species, and the direct and indirect effects of prolonged warm drought. Improper grazing practices can impact riparian area and wetland ecosystems through several mechanisms.

Grazing impacts such as trailing along and through riparian and wetland areas, long seasons of use (generally greater than 20–30 days), and poor timing of livestock grazing can result in long recovery times, soil compaction, soil sloughing, and changes in desirable vegetation species composition. In addition, unmanaged livestock grazing can crush and uproot plants due to trampling. Overgrazing, i.e., concentrated livestock use areas, and longer seasons of use can decrease plant vigor and root reserves, which could result in plant mortality, loss of ground cover, and decreased the litter layers, resulting in a loss of ground cover. Unmanaged livestock can introduce or spread invasive plants (as well as wild ungulates) that compete with native plants for space, water, and nutrients. Unmanaged livestock grazing can decrease soil organic matter and cause soil compaction (Balph and Malechek 1985). Resulting bare soil could in turn reduce infiltration (Dadkhah and Gifford 1981), increase runoff, and increase soil erosion (Orr 1975). For these reasons, unmanaged livestock grazing impacts could decrease the abundance and distribution of desirable native plants and change the composition, structure, and function of the affected riparian area and wetland ecosystems. In particular, native willows are often selectively and excessively browsed by cattle and frequently sustain impacts when unmanaged livestock grazing practices occur over time.

Livestock are managed, and undesirable impacts mitigated, through the AMP. The AMP identifies appropriate seasons of use, livestock grazing systems, allowable forage use guidelines, stocking rates, range improvements necessary to move towards desired conditions, and coordination with other resource needs. Annual operating instructions implement the AMP on an annual basis. The annual operating instructions provide annual pasture rotations, season of use, and allowable use guidelines. Implementation of required management practices and long-term impacts related to grazing are monitored. As necessary, adjustments are made in order to ensure compliance with terms and conditions of grazing permits, which should eliminate most undesirable riparian area and wetland ecosystem impacts caused by livestock grazing.

For Alternatives A through D, stocking rates and permitted livestock use would change between alternatives. Alternative D would have the highest associated risks to riparian area and wetland ecosystems because this alternative proposes the highest cattle stocking rates and the most acres available for cattle grazing. Alternative B has the next highest potential risk to riparian area and wetland ecosystems, followed by Alternatives A then C due to incrementally lower numbers of permitted livestock and fewer suitable acres for livestock grazing.

## Impacts from Fire Management Actions

Riparian area and wetland ecosystems are not typically considered fire-dependent ecosystems but are episodically affected by fire as a natural disturbance process. Since the 1980s large wildfires across the western United States have occurred with increased frequency, the duration of the fires has increased, and the length of wildfire season has increased (Westerling et al. 2006). Climatic changes affecting fire activity on the SJNF and TRFO could result in more disturbances to riparian area and wetland ecosystems compared to pre-1980 conditions. It is assumed that the use of prescribed fire, including natural ignitions, on SJNF and TRFO lands would decrease the risk of catastrophic wildfire over time.

The impact of fire on individual plants is dependent on fire intensity/severity, plant growth form, plant height, the plants inherent resistance to fire, the amount of heat received by a plant, the duration of the plants exposure to the heat, and the plants' ability to recover. Fire can kill plants and decrease ground cover due to the burning of litter and aboveground plant parts. This in turn can lead to soil

BLM_0032117

erosion, particularly on steep slopes, change habitat conditions for plants, and change forest structural conditions. Fires can introduce and spread invasive plants (such as cheatgrass) that compete with native plants for space, water, and nutrients and alter fire behavior and fire regimes (Colorado State University 2013).

High intensity/severity fire has the greatest risk of negative impacts to riparian area and wetland ecosystems because high intensity/severity fires can kill soil biota, cause mass movement, and create water-repellant hydrophobic soils that reduce infiltration and increase runoff and soil erosion. High intensity/severity fire could have widespread effects to riparian area and wetland ecosystems on a large number of acres of the SJNF and TRFO. Low intensity/severity fire would have localized effects to riparian area and wetland ecosystems on a small number of acres of the SJNF and TRFO, and riparian area and wetland ecosystems are more likely to recover quickly from these fires. Cottonwoods, willows, boxelder, and many herbs that occur in riparian area and wetland ecosystems can generally resprout within a year following fire if belowground plant parts are not severely burned as occurs with a low intensity/severity fire.

Other potential impacts to riparian area and wetland ecosystems from fire management include those associated with fire suppression (creating fire lines, trails, roads, and camps that may remove vegetation and cause soil erosion, soil compaction, and introduction of invasive plant species) and fire reclamation (including seeding, water barring, and the installation of erosion control devices, which would cause short-term soil erosion). It is assumed that these activities would not typically occur directly within riparian or wetland areas.

Alternative A has the least potential for impacts to riparian area and wetland ecosystems from fire management since it proposes the least acres for prescribed fire (47,000 acres). The other alternatives propose 77,000 acres each for prescribed fire and/or fire managed for resource benefit and have similar risks to riparian area and wetland ecosystems.

## Impacts from Recreation

Riparian areas on the SJNF and TRFO are often places that attract recreational activities such as motorized travel, camping, hiking, mountain biking, and horseback riding. If these activities are unmanaged, they have the potential to impact riparian area and wetland ecosystems by physically removing vegetation, or crushing or displacing shrubs and herbs, which results in mortality to plants and the loss of canopy and ground cover. If unmanaged recreation occurs in riparian or wetland areas when soils are saturated, severe rutting often occurs, which can lead to erosion and loss of native riparian area and wetland ecosystem vegetation. Recreational activities in riparian area and wetland ecosystems can introduce and spread invasive plants that compete with native plants for space, water, and nutrients. The extent of these impacts would depend on the vegetation type, plant growth form (graminoids are more resistant to damage compared to trees, shrubs, and forbs), slope, soil type, season, and weather conditions (Hill and Pickering 2009a). Recreation can have localized effects of varying magnitude anywhere riparian area and wetland ecosystems exist on the SJNF and TRFO.

Impacts to riparian area and wetland ecosystems from unmanaged recreational activities would be similar for all the alternatives. They have a moderate risk of creating localized impacts to riparian and wetland areas and to saturated soils. Alternative A has the most potential for adverse impacts to riparian area and wetland ecosystems from motorized overground recreation, because it proposes the most acres for motorized travel and because it is the only alternative that allows motorized travel off of existing roads and trails. Alternative D would have the second most potential for motorized travel impacts to riparian area and wetland ecosystems, followed by Alternative B. Alternative C has

BLM_0032118

the least potential for motorized travel impacts to riparian area and wetland ecosystems since it proposes the least acres for motorized overground travel. Impacts are not anticipated from motorized oversnow recreation to riparian area and wetland ecosystems with any alternative.

## Impacts from Climate Change

Recent research and future species distribution modeling predict large changes in the distributions of species and vegetation types in the western interior of the United States in response to climate change. Changes to riparian area and wetland ecosystems from climate change within the next 15 years are likely to occur. Riparian area and wetland ecosystem systems themselves would have varying responses related to climate change depending on the existing conditions of each system. Riparian area and wetland ecosystems that are healthy and functionally and structurally intact are much more resilient and resistant to the effects of a changing climate than those in poor condition.

Some riparian area and wetland ecosystems are already experiencing environmental stresses from long-term warm drought in southwest Colorado (e.g., Dolores corridor riparian areas). If climate continues to warm and drought is more frequent and of long duration, it is expected impacts to riparian area and wetland ecosystems would expand in extent and be detectable at higher-elevation zones. Riparian area and wetland ecosystem plant species (including special status plant species) responses to climate change would depend not only on their physiological tolerances but also on their phenology, establishment properties, biotic interactions, and capacity to evolve and migrate.

## Cumulative Impacts

Past management activities (including timber harvest, mechanical fuels treatments, oil and gas development, livestock grazing, prescribed fire, recreation, and solid minerals development on federal and non-federal lands within the planning area) have caused adverse impacts to riparian area and wetland ecosystems, as described above. Many of the adverse impacts associated with those activities (soils disturbances) have recovered due to restoration efforts and natural processes. Many other adverse impacts to riparian area and wetland ecosystems (particularly those associated with oil and gas development, and livestock grazing) are still evident on the SJNF and TRFO and would remain evident over the next 15 years. Project designs and the proper implementation of mitigation measures, COAs, stipulations, standards, and guidelines have served to protect the composition, structure, and function of riparian area and wetland ecosystems on most past projects.

Additional adverse impacts to riparian area and wetland ecosystems (as described above) on federal and non-federal lands within the planning area would occur from the implementation of management activities in the LRMP and from foreseeable future management activities beyond the 15-year life of the LRMP. Those impacts are anticipated to be localized and would not adversely affect the ecological integrity of most of the affected riparian area and wetland ecosystems and would not affect the ability of most riparian area and wetland ecosystems to achieve their desired conditions in the LRMP. One exception could be the withdrawal of water as a result of dams, diversions, and other water development projects located on private lands upstream of the SJNF and TRFO. Projects such as these could affect many acres of riparian areas.

The cumulative impact of past, present, and foreseeable future management activities on federal and non-federal lands within the planning area could cause adverse impacts to riparian area and wetland ecosystems, as described above, on a small percent of the planning area. Those impacts would not adversely affect the ecological integrity of most of the affected riparian area and wetland ecosystems, would likely not change the diversity of these ecosystems, would not adversely affect the diversity or viability of plant species, and would not likely affect the ability of most riparian area and wetland

BLM_0032119

ecosystems to achieve their desired conditions in the LRMP. Project designs, the implementation of standards, guidelines, and stipulations in the LRMP, and the implementation of mitigation measures would minimize adverse cumulative impacts to riparian area and wetland ecosystems on federal lands.

## 3.5  Aquatic Ecosystems and Fisheries

### 3.5.1  Introduction

There is a direct correlation between public needs and concerns for adequate supplies of clean water and subsequent impacts on fisheries and aquatic species. The waters of the planning area support a variety of ecosystems. In southwest Colorado, these aquatic communities and ecosystems can be found at many different elevations and within many different habitats. In general, the most common aquatic biota within the planning area can be categorized as fishes, aquatic plants, aquatic insects, and the embryonic and larval stages of amphibians (e.g., frogs and toads) (see Section 3.3, Terrestrial Wildlife). Less obvious and less well understood biota include the phytoplankton and algal, zooplankton, and microbe species associated with aquatic environments (especially in lakes, reservoirs, and ponds). Undoubtedly, these organisms play important roles in ecosystem processes (including nutrient cycling and energy fluxes, as well as in the composition of aquatic food chains).

Within the planning area, most aquatic insects or macroinvertebrate communities are composed of bottom-dwelling insects that live among the boulders, cobble, and gravel in streams. They are dominated by taxonomic orders that require clean water. Macroinvertebrates such as true flies (Diptera), mayflies (Ephemeroptera), stoneflies (Plecoptera), and caddisflies (Tricoptera) are abundant in many streams and rivers within the planning area. The richness, distribution, and abundance of macroinvertebrates are often indicators of the water quality conditions in their environments.

The planning area contains native and desired non-native fish species. Although non-native fish introductions have increased fish diversity, they have also resulted in negative impacts to native fish populations. Historic and current forest/rangeland management activities have impacted, and may continue to impact, the characteristics and functions of aquatic ecosystems by reducing the richness, distribution, and abundance of macroinvertebrates and native fishes. Accommodating increasing public needs for water while, at the same time, protecting these aquatic ecosystems will be one of the biggest challenges to public land management over the next few decades (see Volume II, LRMP Section 2.1).

This chapter describes the existing conditions and trends for the native and desired non-native fish species within the planning area, as well as the anticipated environmental impacts related to implementing the alternatives (see Chapter 2).

### 3.5.2  Legal and Administrative Framework

Standards and guidelines for watershed, soils, and aquatic habitat management are presented in the LRMP and describe the environmental protection measures that would be applied to all of the alternatives at the project level in order to protect, enhance, and, where appropriate, improve aquatic resources. In addition, requirements from the following list of policy, law, and other direction would apply to management of fisheries and aquatic species and would mitigate the potential impacts of management activities:

- FSM 2600, Wildlife, Fish, and Sensitive Plant Habitat Management

BLM_0032120

- FSH 2609.13, Wildlife and Fisheries Program Management Handbook
- BLM Manual 6720, Aquatic Resource Management
- BLM Manual 6840, Special Status Species Management
- FSH 2509.25, Watershed Conservation Practices Handbook (Region 2 Supplement)
- USDI and U.S. Department of Agriculture (USDA) Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development (BLM and USFS 2007)
- The ESA of 1973 (16 USC 1531 et seq.)
- Recovery Implementation Program for Endangered Fish Species in the Upper Colorado River Basin (USFWS 1987)
- San Juan River Basin Recovery Implementation Program (USFWS 1995, 2003b)
- Razorback Sucker Recovery Plan (USFWS 2002b)
- Colorado Squawfish Recovery Plan (USFWS 1991)
- Bonytail Chub Recovery Plan (USFWS 1990a)
- Humpback Chub Recovery Plan (USFWS 1990b)
- The Greenback Cutthroat Trout Recovery Plan  (USFWS 1998)
- The Conservation Agreement and Strategy for Colorado River Cutthroat Trout in the States of Colorado, Utah, and Wyoming (Colorado River Cutthroat Trout Task Force 2001) signed by the Region 2 USFS Regional Forester (March 29, 2001) and the BLM Colorado State Director (March 26, 2001)
- The Range-wide Conservation Agreement and Strategy for Roundtail Chub, Bluehead Sucker, and Flannelmouth Sucker (September) (Utah Department of Natural Resources 2006)
- Boreal Toad Conservation Plan and Agreement (Boreal Toad Recovery Team and Technical Advisory Group 2001)
- Fungus Contamination Prevention Guidelines Found in CPW Procedures for Monitoring and Surveying Boreal Toad Populations (CPW 2004)
- Inventory and Monitoring: Recommended Techniques for Reptiles and Amphibians (Graeter et al. 2013)
- Volume III, Appendix H, Oil and Gas Leasing Stipulations

## 3.5.3   Affected Environment

### Existing Condition and Trends

### Threatened and Endangered Fish Species

In relation to the planning area, five fish species, and their designated critical habitats, are federally listed (bonytail chub [*Gila elegans*], humpback chub [*G. cypha*], Colorado pikeminnow [*Ptychocheilus lucius*], razorback sucker [*Xyrauchen texanus*], and greenback cutthroat trout [*Oncorhynchus clarki stomias*]) (Table 3.5.1; USFWS 1994b). The bonytail chub and Colorado pikeminnow are also listed as endangered, and the humpback chub and razorback sucker are also listed as threatened by the State of Colorado.

BLM_0032121

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Table 3.5.1: Federally Listed Fish Species on the SJNF and TRFO**

| Species | Status | Potential for Occurrence on BLM Lands | Potential for Occurrence on NFS lands |
|---|---|---|---|
| Bonytail chub (Gila elegans) | Endangered | No | No |
| Colorado pikeminnow (*Ptychocheilus lucius*) | Endangered | Yes | No |
| Humpback chub (Gila cypha) | Endangered | No | No |
| Razorback sucker (*Xyrauchen texanus*) | Endangered | No | No |
| Greenback cutthroat trout (*Oncorhynchus clarki stomias*) | Threatened | No | Yes |

Four species (bonytail chub, humpback chub, Colorado pikeminnow, and razorback sucker) are found downstream of the planning area in the mainstems and some tributary streams of the San Juan and Dolores Rivers. The lineage greenback cutthroat trout is found in Stoner Creek, Little Taylor Creek, Rio Lado Creek, and Roaring Forks Creek on NFS lands in the upper portions of the Dolores River system within the planning area. These species fall under the purview of Section 7 of the ESA (16 USC 1531 et seq.), which outlines the procedures for federal interagency cooperation designed to conserve federally listed species and designated critical habitats. Section 7(a)(2) of the ESA states that any action authorized, funded, or carried out by a federal agency would not likely jeopardize the continued existence of a listed species or result in the destruction or adverse modification of designated critical habitat.

Within the planning area, management activities may impact these five threatened or endangered fish species and/or their potential habitat. Activities that result in water depletions, influence stream flow, or degrade water quality may impact these species. Species management for the four downstream fish (bonytail chub, humpback chub, Colorado pikeminnow, and razorback sucker) is guided by two USFWS recovery implementation programs. One addresses the needs for the San Juan River populations, while the other addresses the needs for the upper Colorado River populations (including the Dolores River system). Species management for the greenback cutthroat trout is guided by the USFWS recovery plan for Colorado (USFWS 1998) and recent policy direction for lineage greenback cutthroat trout. As a result, consultation with the USFWS is frequently required for many project-level activities within the planning area under Section 7(c) of the ESA. A consultation is always required for projects and activities with proposed water depletions. BMPs and mitigation measures have been, and would continue to be implemented in order to minimize impacts to the water quality of local streams and rivers, and, subsequently, to all five threatened and endangered species. Looking towards the future, many of the same issues with past management present themselves. Management activities such as timber harvest and livestock grazing may not differ measurably from those conducted under the current LRMP; however, there would be greater demands placed on water consumption and in-stream flows, particularly with regard to oil and gas development projected for the next 15 to 20 years.

With a changing climate, the observed temperature record in southwest Colorado shows average annual warming of about 2 degrees Fahrenheit over the last 30 years (Western Water Assessment 2008). Since river runoff on the SJNF is primarily driven by snowmelt, the warming climate from 1978 to 2004 has caused the onset of spring snowmelt and river snowmelt runoff to occur two to three weeks earlier in southwest Colorado (Clow 2007). Changes in the timing and amount of runoff may

BLM_0032122

impact aquatic ecosystems. Cold water fish species, especially lineage greenback cutthroat trout, may be especially vulnerable to increasing stream temperatures and hydrologic changes such as reduced late-season base stream flows (Nydick et al. 2012). Changes in physical hydrology may favor some non-native or invasive aquatic species and may increase the incidence of diseases such as whirling disease, adding stress to this endangered species.

## U.S. Forest Service and Bureau of Land Management Sensitive Fish Species

In relation to the planning area, four native fish species are listed as both USFS and BLM sensitive species: roundtail chub (*Gila robusta*), flannelmouth sucker (*Catostomus latipinnis*), Colorado River cutthroat trout (*Oncorhynchus clarki pleuriticus*), and bluehead sucker (*Catostomus discobolus*) (Table 3.5.2). All four species are also identified as species of special concern by the State of Colorado.

**Table 3.5.2: USFS and BLM Sensitive fish species**

| Species | BLM Sensitive Species | USFS Sensitive Species | Global Ranking* | National Ranking* |
|---|---|---|---|---|
| Roundtail Chub (Gila robusta) | Yes | Yes | G3 | N3 |
| Flannelmouth sucker (Catostomus latipinnis) | Yes | Yes | G3G4 | N3N4 |
| Colorado River cutthroat trout (Oncorhynchus clarki pleuriticus) | Yes | Yes | G4T3 | N2N3 |
| Bluehead sucker (Catostomus discobolus) | Yes | Yes | G4 | N4 |
| *Ranking and status categories through the NatureServe Global Conservation Status Rank Guidance (2006). Rankings are as follows: 1 = critically imperiled, 2 = imperiled, 3 = vulnerable to extirpation, 4 = apparently secure, 5 = demonstrably widespread, abundant, and secure. For more detailed information concerning the historic range, habitat needs, and current distribution of these four species, consult the Biological Evaluation in the planning files for this LRMP/FEIS (see Appendix T). | | | | |

Generally, the roundtail chub, flannelmouth sucker, and bluehead sucker are found in mainstem rivers and some tributary streams at lower elevations on both BLM and NFS lands within the planning area (including the Dolores, Mancos, La Plata, Animas, Florida, Los Pinos, Piedra, San Juan, and Navajo Rivers, as well as Disappointment Creek). The Colorado River cutthroat trout populations, on the other hand, are found mostly in headwater streams and lakes on only NFS lands that are tributary to the San Juan River system. The Hermosa Creek watershed is especially important for the conservation and recovery of this species in southwest Colorado. Streams on the SJNF with Colorado River cutthroat trout are:

- Augustora Creek
- Beaver Creek
- Himes Creek
- Red Creek
- Flint Creek
- Cutthroat Creek
- Headache Creek

- North Fork Sand Creek
- Falls Creek
- East Fork Piedra River
- Sand Creek
- Cimarrona Creek
- East Fork Coldwater Creek

- West Fork Coldwater Creek
- Flagler Fork
- West Virginia Gulch
- East Fork Shearer Creek
- North Fork Shearer Creek

BLM_0032123

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

- West Fork Shearer Creek
- Big Bend Creek
- Clear Creek
- East Fork Hermosa Creek

- Shearer Creek
- Castle Creek
- Engine Creek
- Grasshopper Creek
- Pasture Creek
- Bear Creek

- Little Bear Creek
- Hermosa Creek #2
- Deep Creek

The USFS and BLM sensitive species are species for which some management actions and direction are necessary in order to prevent listing of these species under the ESA. Management direction is also necessary so that land management activities do not contribute to a loss of species viability. Although none of the above four native fish species is a candidate species under ESA, the decline of Colorado River cutthroat trout has been so severe that this subspecies of cutthroat was petitioned for federal listing several years ago. The USFWS has decided against listing, at this time, because no evidence of major declines in the overall distribution or abundance over the last several decades was found, and because of restoration efforts by CPW, the USFS, and other groups. These restoration efforts included stream reclamation, barrier planning and design, development of two broodstocks from local pure Colorado River cutthroat trout strains, stocking of barren waters with these pure strains, genetic testing of local populations, etc. The Colorado River cutthroat trout is also listed as a USFS MIS. To restore Colorado River cutthroat trout populations, the management priorities in the LRMP focus on the continued habitat improvement projects and reintroduction efforts in cooperation with CPW and other groups.

Colorado River cutthroat trout populations can be susceptible to overangling. The CPW has an artificial lures and catch and release regulation on many Colorado River cutthroat trout streams. Angling mortality is rarely heavy enough to reduce population viability, but it can change the age structure of fish populations. Loss of breeding individuals could lead to increased inbreeding.

The populations of roundtail chub, flannelmouth sucker, Colorado River cutthroat trout, and bluehead sucker are all in decline (Bezzerides and Bestgen 2002; Weitzel 2002; Wheeler 1997; Young 1995). The reasons for this decline are primarily due to the alteration of stream flow regimes in mainstem rivers and tributary streams resulting from water developments, water diversions, ongoing drought impacts, changes in water temperature regimes, interactions with non-native species (hybridization with non-native white suckers [*Catostomus commersonii*] is a serious threat to flannelmouth and bluehead suckers), and overall degradation of habitat. Of the three downriver species, bluehead sucker appears to be more at risk to impacts than are roundtail chub or flannelmouth sucker. This is due to current water developments, water diversions, and/or drought-related impacts (Anderson and Stewart 2007). For the SJNF, specifically, flannelmouth sucker is also of concern.

With a changing climate, the observed temperature record in southwest Colorado shows average annual warming of about 2 degrees Fahrenheit over the last 30 years (Western Water Assessment 2008). Since river runoff on the SJNF is primarily driven by snowmelt, the warming climate from 1978 to 2004 has caused the onset of spring snowmelt and river snowmelt runoff to occur two to three weeks earlier in southwest Colorado (Clow 2007). Changes in the timing and amount of runoff may impact aquatic ecosystems. Cold water fish species, especially Colorado River cutthroat trout, may be especially vulnerable to increasing stream temperatures and hydrologic changes such as reduced late-season base stream flows (Nydick et al. 2012). Changes in physical hydrology may favor some non-native or invasive aquatic species and may increase the incidence of diseases such as whirling disease, adding risks to this sensitive species.

234

## U.S. Forest Service Management Indicator Species/Common Cold-water Fish

Within the planning area, four common, cold-water trout species are widely distributed and abundant in most rivers and perennial streams, as well as in many of the larger and deeper reservoirs on both BLM lands and national forest lands. The four species, brook trout (*Salvelinus fontinalis*), brown trout (*Salmo trutta*), cutthroat trout (*Oncorhynchus clarki*), and rainbow trout (*Oncorhynchus mykiss*), are considered USFS MIS (Table 3.5.3). Only the Colorado River cutthroat trout subspecies is known to be a native. There is an ongoing debate over the native range of lineage greenback cutthroat trout. The other trout species are non-native. MIS are monitored in order to assess the impacts of management activities on their habitat or population levels. Although the Colorado River cutthroat trout is a USFS and BLM sensitive species, it is also listed as an MIS. The brook, brown, other cutthroat, and rainbow trout are listed as MIS due to their recreational and economic value.

**Table 3.5.3: USFS Management Indicator Fish Species**

| Management Indicator Species | LRMP Issues For Selection |
|---|---|
| Trout species (Colorado River cutthroat, cutthroat spp., brook, brown, and rainbow) (Oncorhynchus clarki pleuriticus) (Oncorhynchus clarki sp.) (Salvelinus fontinalis) (Salmo trutta) (Oncorhynchus mykiss) | • Effects to water quantity due to water depletions associated with reservoirs, diversions, and oil and gas development. <br> • Effects to water quality due to soil erosion and sedimentation associated with ground-disturbing activities (fuels treatments, oil and gas development, timber harvest, livestock grazing, road construction, and recreation). |

Generally, brook and brown trout have self-sustaining populations throughout the planning area. Although some streams have self-sustaining populations, cutthroat and rainbow trout population levels are more likely influenced by current stocking efforts by CPW. All four trout species are managed as game and sport fish, and may be harvested (subject to state fishing regulations).

Impacts to these four cold-water trout species related to land management activities have resulted primarily from water quantity and water quality influences. Lack of, or decreased, stream flow has resulted in the greatest impacts to these species, coupled with stream temperature increases. Over the history of the planning area, hundreds of water diversions and ditches have been constructed, especially in the most downstream sections of rivers and streams near agricultural lands, towns, cities, and residential developments. Water storage projects, trans-basin diversions, and numerous water wells are also located on the SJNF and TRFO. With persistent drought conditions and increased population growth in southwest Colorado, new private water rights filings within the planning area would continue. Decreased stream flows can impact aquatic habitat and trout populations by reducing, or eliminating, the quantity and quality of suitable habitat, altering water temperature regimes (e.g., increasing stream temperatures), and, subsequently, by reducing dissolved oxygen levels (Marcus et al. 1990; Meehan et al. 1977). These impacts could be more pronounced during periods of natural cyclic flow reductions (during fall and winter) or during summer months in a drought.

For some rivers or streams, minimum in-stream flow water rights have been acquired by the Colorado Water Conservation Board (CWCB) in order to protect these fisheries from being impacted by some existing, and all new, water users. However, most existing consumptive uses (e.g., irrigation) on

BLM_0032125

these rivers and streams have priority over the non-consumptive CWCB in-stream flow rights. On fully appropriated rivers or streams, and during high-use periods, all surface flows may be diverted, leaving sections of stream dewatered. For some of these impacted areas, a small amount of aquatic habitat may be maintained by groundwater in-flow and return-flow from diversions. A loss in stream flow would also reduce a stream's ability to convey sediment downstream and result in deposition, which may, in turn, impact the numbers and diversity of benthic macroinvertebrates, and, ultimately, aquatic habitat. To provide better protection of fisheries and aquatic ecosystems, an in-stream flow standard has been developed for the LRMP.

Water quality has had the next greatest impact on these four trout species. Throughout the planning area, sediment is the greatest water quality concern. Beyond natural sources, human-caused sediment loading in streams may result from existing or recently constructed roads, gas well pads, timber harvesting, historic placer and hydraulic mining, grazing, OHV use, and other land-disturbing actions. Over the life of the current LRMP (approved in 1983) sediment production has declined in areas of the SJNF and TRFO where sediment reduction activities and projects have been implemented, such as in the upper Animas River Basin or where roads and well pads have stabilized.

Locally, some rangelands in the western portions of the planning area have large areas of exposed marine shale. Marine shales are typically highly erosive and can increase salinity in streams. The BLM, the USFS, and the Colorado River Salinity Control Forum have spent substantial funding in order to minimize salt delivery to the Colorado River. In many areas, these agencies have reduced salinity and sediment loading. However, where sediment production is extremely high, salt concentrations in streams and rivers can be at toxic levels for fish survival. This would continue to be a management challenge, especially with the oil and gas leasing and projected development in the PLAA.

Fine sediment deposition in streams and rivers can also reduce intergravel dissolved oxygen and increase stream temperatures, which can, in turn, impact fish habitat (Meehan 1991). In this case, the USFS and BLM would continue to use BMPs in the Watershed Conservation Practices Handbook (USFS 2006a) and Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development (BLM and USFS 2007) to effectively minimize effects to fisheries and aquatic ecosystems. In other areas (the Silverton area/upper Animas River Basin, and the Rico, Mancos, and La Plata City areas), acid drainage and heavy metal loading from hard-rock mining activities, as well as from natural sources, into nearby rivers and streams limit fish and aquatic populations and, depending on the species, may be toxic (Simon et al. 2000). In this area, the USFS and BLM would continue to participate with the Animas River stakeholders in  implementing projects to minimize these effects. Atmospheric deposition of metals, oxides of sulfur, and nitrogen from coal-fired power plants in New Mexico and Arizona are known to impact the water quality of many fish-bearing water bodies (see Section 3.12, Air Quality).

Where fishery surveys and inventories have been conducted within the planning area, the current trends for the habitat and population levels for the brook, brown, cutthroat, and rainbow trout are all generally decreasing. Much of this monitoring information has been collected in drainages subject to water depletions (including streams with water developments or water diversions, and/or streams that area strongly influenced by drought-related impacts over the last 15 to 17 years). The combined stress of reduced stream flows, higher water temperatures, poorer water quality, and resulting marginal habitat conditions have decreased population levels of these species from historic levels. With the drought continuing in southwest Colorado, fishery habitat is predicted to decrease into the future. However, trout populations may remain stable due to artificial stocking efforts for some

BLM_0032126

species (including rainbow and cutthroat trout). All four species would continue to be harvested in accordance with state fishing regulations.

Whirling disease occurs in many fish hatcheries throughout Colorado and infected fish have been stocked statewide. Whirling disease is a parasitic, protozoan that attacks the cartilage of young fish. Whirling disease affects rainbow, cutthroat, brook, and to a lesser degree, brown trout. Mortality rates for rainbow, cutthroat, and brook trout can exceed 80%. Dramatic declines in rainbow trout populations have been recorded in the Madison River in Montana, and the Colorado and Fryingpan Rivers in Colorado. Research has shown cutthroat trout are as susceptible as rainbows. Infected fish, birds, mammals, boats, fishermen, and other equipment can spread the spores from area to area.

In spite of the trends, land management activities within the planning area may result in small localized impacts to habitat quality or to population levels of these four trout species. Generally, the habitat and population of these four trout species would be maintained and protected (Colorado Division of Wildlife 2002; Colorado Natural Heritage Program 2002; USFWS 2002b, 2002c; USFS 2005). This would be due to their widespread distribution and abundance, continued artificial stocking efforts by CPW for some species, to state-regulated fishing pressure, the utilization of BMPs designed to minimize impacts on water quality, and the implementation of mitigation measures designed to reduce impacts on fish populations and habitat. However, any activities that result in water depletions, influence stream flow, or increase water temperatures may result in greater impacts to these four cold-water trout species.

## Common Warm-water Fish

Southwest Colorado contains several warm-water fish species that are found primarily in the larger reservoirs (including within the planning area). These warm-water species include northern pike (*Esox lucius*), walleye (*Sander vitreus*), smallmouth bass (*Micropterus dolomieu*), largemouth bass (*M. salmoides*), crappie (*Pomoxis* sp.), yellow perch (*Perca flavescens*), bluegill (*Lepomis macrochirus*), and channel catfish (*Ictalurus punctatus*). All these warm-water fishes are non-native and primarily found in McPhee, Narraguinnep, Jackson Gulch, Vallecito, and Navajo Reservoirs. These warm-water species are fished for sport and recreation, and are subject to state fishing regulations.

Currently, the populations for these warm-water fish are stable. This is due to self-reproducing populations and/or to artificial stocking by CPW. Mercury contamination has occurred in fish from McPhee, Narraguinnep, Navajo, and Vallecito Reservoirs, especially in the larger, non-native predators (northern pike and walleye). The contamination seems to be more of a public health hazard, rather than a fish injury concern. All species would continue to be game fish and harvested in accordance with state fishing regulations.

Future management activities within the planning area would likely not impact or change these warm-water fish. The mercury-contaminated fish issue is speculated to be linked to air pollution from the Four Corners coal-fired power plants in New Mexico and Arizona; however, this has not yet been scientifically validated (see Section 3.12, Air Quality).

## 3.5.4   Environmental Consequences

### Direct and Indirect Impacts

Almost all of the multiple-use activities conducted within the planning area and described in this analysis have the potential to impact aquatic ecosystems. Based on the assessment of current

BLM_0032127

aquatic conditions, it appears that the greatest risks to fish and aquatic species are from management activities that directly impact streams, riparian areas and wetlands ecosystems, and/or aquatic community composition. Activities with greater impacts include water use and development projects, road construction and road management, oil and gas development, hard-rock mining, mining reclamation, and grazing. Activities with lesser impacts include timber harvesting, mechanical fuels reduction projects, rangeland treatments, wildfire, prescribed burns, utility corridor projects, ski area modifications and expansion, and OHV use.

The uplands of watersheds appear to be more resilient; therefore, management activities that directly impact the uplands tend to pose a smaller risk to fisheries and aquatic species (except in erosive watersheds). Generally, resilient uplands are further away from stream channels and riparian areas, and/or have the ability for vegetation and ground debris to filter out erosion from reaching stream channels and/or headwater streams to store sediment.

Environmental consequences related to multiple-use activities are generally expected to be proportional to the magnitude and extent of activities that occur in erosive or sensitive watersheds (see Section 3.6, Water Resources for watersheds at risk and/or in poor condition). Streams in other watersheds may be more resilient to anthropogenic influences due to their geology, soils, vegetation cover, or relative intactness of riparian areas and wetlands ecosystems. Potential impacts would be minimized through the application of standards and guidelines, including the referenced management direction earlier in this section, that frame BMPs applied to NFS and BLM lands, and standards and guidelines described in the LRMP such as not allowing new road construction in riparian areas unless perpendicular to the stream.

Surface water, groundwater, floodplains, riparian areas and wetlands ecosystems, and habitat for fish and other aquatic species are all closely related. BLM and USFS manuals and handbooks, including the USFS Watershed Conservation Practices Handbook (USFS 2006a) and the BLM's Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development -The Gold Book (BLM and USFS 2007), prescribe extensive measures designed to protect soil, riparian, and aquatic resources. When applicable, mitigation measures would be implemented and would be effective in reducing impacts, as confirmed from monitoring of their application. Adverse impacts to the aforementioned resources from management activities are expected to be generally minor and localized, as the SJNF and TRFO have determined as a result of monitoring management activities under the current LRMP. However, as the intensities and the extent of activities increase, for example, under Alternative D compared to other alternatives, there may be an increased risk that conservation practices would not be as cumulatively effective over time. Therefore, it is reasonable to presume that alternatives prescribing greater levels of multiple-use activities (Alternatives A and D) than the other Alternatives (B and C) may pose greater risks to fisheries and aquatic ecosystems and may require additional, appropriate project design and mitigation approaches.

For each of the management activities described below, the environmental consequences for fisheries and aquatic species are compared by alternative.

## Impacts to Aquatic Ecosystems and Fish Species from Water Use and Development Project Decisions

The impacts related to water use and development projects (including diversion ditches, storage reservoirs, pipelines, and wells) on water quantity, timing, water quality, fisheries, and aquatic species are described in Section 3.6, Water Resources. The primary impact to aquatic ecosystems would be from reduced or eliminated stream flows and the resulting degradation or elimination of aquatic habitats. Additional impacts on fisheries and aquatic species may include increased stream

BLM_0032128

temperatures and reduced dissolved oxygen levels. These impacts may be more pronounced during periods of natural cyclic flow reductions (during fall and winter) or during summer months in a drought. Winter base flows would also be reduced when ski area snowmaking operations drain water from streams and/or from water wells that are likely connected by groundwater to streams. This may limit habitat and populations of fish and other aquatic species, which may, in turn, disrupt the life cycles of such species.

Threatened or Endangered Species

Under all of the alternatives, the impacts related to ongoing water use and new development projects would be adverse to bonytail chub, Colorado pikeminnow, humpback chub, and razorback sucker found in the San Juan and Dolores Rivers downstream of the planning area. The impacts would be mainly due to water depletion and reduced stream flows (i.e., reduced or eliminated fishery habitat, increased stream temperatures, and reduced dissolved oxygen levels). For all of the alternatives, depending on the location of the water use and development project, the impacts on the lineage greenback cutthroat trout (found only in four stream segments on NFS lands) would generally be no impact. If a new water development project were constructed upstream of a population, an adverse impact would occur to greenback cutthroat trout immediately downstream.

Sensitive Species

Under all of the alternatives, ongoing water use and new development projects would result in adverse impacts to the roundtail chub, flannelmouth sucker, and bluehead sucker found immediately downstream in the Dolores, Mancos, La Plata, Animas, Florida, Los Pinos, Piedra, San Juan, and Navajo Rivers at the lower elevations of the planning area. The impacts of reduced or eliminated fishery habitat would result from water depletions and reduced stream flows. For all of the alternatives, depending on the location of the water use and development project, the impacts on the Colorado River cutthroat trout (found only on NFS lands) could vary from no impact to an adverse impact immediately downstream. The impacts would be mainly due to water depletions, reduced stream flows, and to the subsequent impacts on fishery habitat available for use.

Management Indicator Species and Common Cold-water Fish

Under all of the alternatives, the impacts from ongoing water use and new development projects on brook, brown, cutthroat, and rainbow trout may be adverse immediately downstream from these projects. Due to the widespread distribution and abundance of these trout, their viability may not be threatened. The impacts resulting from some water use and development projects may be substantial to fisheries and aquatic ecosystems; however, the impacts are not expected to vary between the alternatives. This is because the demand for water use authorizations is driven by project proponents, rather than by SJNF and TRFO programs or budgets.

Comparison of Alternatives

The impacts related to water use and development projects on fisheries are not expected to vary between the alternatives. This is because the demand for water use authorizations is driven by project proponents, rather than by SJNF and TRFO programs or budgets. The impacts on the four, warm-water, downstream endangered species, or three, warm-water sensitive species would be adverse downstream of water use and development projects (due to water depletion and reduced stream flows). The impacts to the lineage greenback cutthroat trout and Colorado River cutthroat trout would vary from no impact to adverse impacts, depending on the location of the water use and development project. For common, cold water trout, the impacts would be localized and adverse

BLM_0032129

immediately downstream from these projects (due to reduced or eliminated stream flows and/or fishery habitat). To minimize impacts, an in-stream flow standard has been developed for the LRMP.

## Impacts to Aquatic Ecosystems and Fish Species from Livestock Grazing Decisions and Big Game Use

The impacts related to livestock grazing and big game use on water quantity, water quality, fisheries, and aquatic species are discussed in Section 3.6, Water Resources. The primary impact to fisheries and aquatic species would be mainly due to degraded habitat resulting from erosion and sedimentation and increased stream temperatures caused by long-term concentrated grazing in riparian areas where stream bank trampling and trailing, stream widening, and stream-side vegetation removal are occurring. Another impact to fisheries and aquatic species would be due to the construction of new stock ponds, and livestock water and the resulting water depletion and potentially reduced stream flows. Application of standards and guidelines and referenced documents and manuals should ensure proper rangeland management and reduce the effects to fisheries and aquatic ecosystems.

<u>Threatened or Endangered Species</u>

Under all of the alternatives, the impacts related to livestock grazing and big game use on bonytail chub, Colorado pikeminnow, humpback chub, and razorback sucker would generally be minor because they are found downstream of the planning area. The impacts of sedimentation and increased stream temperatures from livestock grazing and big game use would minimally impact their aquatic habitat. This may even be true under Alternative D (which may result in the greatest impacts). However, under all alternatives, where new stock ponds or livestock water are constructed, this water depletion and potentially reduced stream flows would be considered an adverse impact to these endangered downstream fisheries and require coordination and consultation with the USFWS under Section 7 of the ESA. For all of the alternatives, the impacts from livestock grazing and big game use may affect individual lineage greenback cutthroat trout (found only in four stream segments on NFS lands). Overall, however, impacts are generally expected to be minor for the populations of greenback cutthroat trout. Due to the delay in influencing existing conditions, Alternative C (with its reductions in suitable and available livestock grazing acres) may reduce grazing impacts on fisheries in the long term, but not, however, in the short term. Under Alternative D (with its increases in suitable and available livestock grazing acres), grazing may increase impacts to this fishery in the long term, but not in the short term. There would be localized improvements in grazing management. In addition, rangeland health improvement projects would be implemented. However, the impacts of sediment and increased water temperatures on fishery habitat quality would continue.

<u>Sensitive Species</u>

Under all of the alternatives, the impacts related to livestock grazing and big game use may adversely affect specific individuals of the species. Overall, however, they would be minor for the populations of roundtail chub, flannelmouth sucker, and bluehead sucker that are found at the lower elevations of the planning area, except where new stock ponds or livestock water are constructed. Impacts would also be minor for the populations of Colorado River cutthroat trout (found only on NFS lands) because of implementation of BMPs, manual and referenced direction, etc., in AMPs and annual operating plans. Due to the delay in influencing existing conditions, Alternative C (with its reductions in suitable and available livestock grazing acres) may reduce grazing impacts on fisheries in the long term, but not, however, in the short term. Under Alternative D (with its increases in suitable and available livestock grazing acres), grazing may increase impacts to these fisheries in the long term, but not, however, in the short term. There would be localized improvements in grazing management. In

BLM_0032130

addition, rangeland health improvement projects would be implemented. However, the impacts of sediment and increased water temperatures on fishery habitat quality would continue.

Management Indicator Species and Common Cold-water Fish

The potential impacts on brook, brown, cutthroat, and rainbow trout related to livestock grazing would be nearly equal under Alternatives A and B, having similar objectives for livestock grazing. The primary impact to fisheries related to grazing would be mainly due to degraded habitat (resulting from erosion, sedimentation, and increased stream temperatures). However, based on experience in managing the livestock program and addressing these issues, the overall impacts would be generally minor under the LRMP and alternatives. With reductions in suitable and available livestock grazing acres (e.g., closing some active sheep allotments), the impacts of livestock grazing on fisheries under Alternative C would be less in the long term, but would remain similar to Alternatives A and B in the short term. With increases in suitable and available livestock grazing acres (e.g., stocking vacant sheep allotments), Alternative D would cause adverse impacts to these trout species in the long term, but continue impacts similar to Alternatives A and B in the short term. Due to their widespread distribution and abundance, the viability of these fish populations would not be threatened under any of the alternatives. Protection and improvement of riparian areas and wetlands ecosystems would continue to receive emphasis under all of the alternatives.

Comparison of Alternatives

Overall, the long-term impacts related to livestock grazing and big game use on fisheries and aquatic habitat would be minor. By alternative, the greatest impacts would be under Alternative D, followed by Alternatives A and B with similar impacts, and then by Alternative C. These impacts vary by alternative due to the variations in amounts of suitable and available livestock grazing acreages proposed under each alternative and to the corresponding impacts on fish habitat from sediment and increased stream temperatures.

## Impacts to Aquatic Ecosystems and Fish Species from Decisions Related to Road Management and Construction

The impacts related to roads and trails on stream flow and sediment production are described in Section 3.6, Water Resources. With regard to fisheries and aquatic species, heavy sediment loads can reduce pool depths, bury stream substrates and spawning gravels, adhere to aquatic insects and the gills of fish, increase habitat for tubifex worms (*Tubifex tubifex*) (an intermediate host for whirling disease), alter channel form and function, and result in other forms of habitat degradation. Improperly placed, shaped, and sized culverts can act as fish barriers on key streams or exacerbate erosion and, in turn, result in head-cutting.

For any given watershed, the overall risks of impacts to aquatic ecosystems due to roads tend to increase with new road construction or reconstruction. Conversely, risks of impacts to aquatic and riparian ecosystems tend to decrease with road obliterations. Road maintenance may result in short-term increases in soil erosion; however, routine road maintenance provides opportunities to stabilize road features and improve road drainage. The location of roads is also an important consideration when minimizing erosion and sedimentation of streams. Roads constructed adjacent to stream channels can potentially restrict channel meander or increase stream slope, causing the stream to down-cut and erode. Roads adjacent to streams can directly increase sedimentation. The relative impacts of roads on aquatic resources are based on the net change between new construction/reconstruction, and road obliteration proposed under each alternative. Through application of standards and guidelines and BMPs, such as installing silt fences or erosion control

BLM_0032131

waddles adjacent to newly constructed roads to slow and filter storm water runoff, impacts to fisheries and aquatic ecosystems should be minimized.

Small amounts of water are used in road construction and reconstruction, road maintenance, and dust abatement. This water would be obtained from federal and/or private sources. Since this water is connected to a federal action, it is considered a depletion from a major river basin and would require preparation of a BA and coordination and consultation with the USFWS for threatened and endangered species under Section 7 of the ESA. Because of miles of roads, these activities are almost entirely confined to NFS lands. For all alternatives, about 9 acre-feet of water in the San Juan River Basin and 6 acre-feet of water in the Dolores River Basin are used on NFS lands over a 15-year period for road construction and reconstruction, road maintenance, and dust abatement, excluding road-related activities with gas well drilling and completion.

<u>Threatened or Endangered Species</u>

Under all of the alternatives, the impacts related to roads on bonytail chub, Colorado pikeminnow, humpback chub, and razorback sucker found in the San Juan River downstream of the planning area would generally be minor except for water depletion concerns. Under all of the alternatives, due to new oil and gas leases in the PLAA, as well as over other activities that require road construction in areas with salinity issues, high road densities, or sensitivity to disturbance, projects in the Dolores River watershed may adversely impact these four, warm-water, downstream endangered species. Under all of the alternatives, the impacts from roads on the lineage greenback cutthroat trout (found only on NFS lands) would generally be minor, given the location of the populations, but some individuals may be adversely affected. However, the impacts related to roads from oil and gas development, timber sales, or other vegetation treatment are speculative. More precise impacts cannot be determined until the location, timing, size, and exact design of the projects are known.

For all alternatives, the impacts to the endangered fish species downstream of the planning area may be adverse due to water used in road construction and reconstruction, road maintenance, and dust abatement. The SJNF and TFRO would coordinate with the USFSW and rely on its recovery programs in these major river basins for guidance with proactive management to minimize effects.

<u>Sensitive Species</u>

Generally, the impacts related to roads may adversely impact specific individuals of the species. Overall, however, these impacts would be minor under all of the alternatives for the populations of the three warm-water species found in the La Plata, Animas, Florida, Los Pinos, Piedra, San Juan, and Navajo Rivers (roundtail chub, flannelmouth sucker, and bluehead sucker) at the lower elevations of the planning area. Projects that implement the LRMP requiring new road construction in the Dolores or Mancos River drainages (such as oil and gas development) may result in adverse impacts to all three warm-water species. However, under all of the alternatives, the impacts related to road construction in the Dolores or Mancos River drainages on bluehead sucker and flannelmouth sucker would likely be more adverse (due to their more tenuous situations) than for roundtail chub. The exact details, such as specific locations (which are an LRMP implementation question), for these projects are presently unknown; therefore, the impacts are speculative. Under all of the alternatives, due to the locations of streams with conservation populations, roads may adversely impact individuals of Colorado River cutthroat trout (found only on NFS lands). These impacts, however, would be minor for the population of the Colorado River cutthroat trout.

For all alternatives, the impacts to the warm-water sensitive fish species may be adverse due to water used in road construction and reconstruction, road maintenance, and dust abatement. We would work

BLM_0032132

cooperatively with the CPW to develop proactive management programs to minimize adverse effects to these sensitive fish species.

Management Indicator Species and Common Cold-water Fish

Under all of the alternatives, the potential impacts on brook, brown, cutthroat, and rainbow trout from roads may be similar. The overall impacts would vary from minor to moderate. Alternatives A and D would propose slightly more miles of construction and reconstruction than would Alternatives B and C; therefore, they would result in slightly higher impacts to fishery habitat quality due to sediment production. For all alternatives, the impacts to these cold-water fish species would be minor from water used in road construction and reconstruction, road maintenance, and dust abatement. Under all of the alternatives, due to their widespread distribution and abundance, the viability of these fish populations would not be threatened. The potential impacts to fisheries and aquatic species related to trails would be negligible, relative to the potential impacts related to roads.

Comparison of Alternatives

Overall, the impacts related to roads on fisheries would vary from minor to moderate, depending on the location of the project. Alternatives A and D have the greatest potential for impacts to fisheries and aquatic species (due to the similarity in proposed miles of road construction and reconstruction). Alternatives B and C would have the least potential for impacts (because they would propose slightly fewer miles of road construction and reconstruction). With regard to threatened, endangered, or sensitive species, the impacts in the La Plata, Animas, Florida, Los Pinos, Piedra, San Juan, and Navajo River systems would be minor. The impacts in the Dolores or Mancos River systems may be more adverse due to the greater number of areas in the Dolores and Mancos River watersheds with salinity issues, as well as high road densities and/or species sensitivity to disturbance. The impacts on fish related to roads would be mainly due to sediment degradation of fish habitat. Use of BMPs and other techniques such as sediment trapping buffers and fences would minimize effects to aquatic ecosystems.

## Impacts to Aquatic Ecosystems and Fish Species from Oil and Gas Leasing and Development Decisions

The impacts related to oil and gas leasing and development on water quantity and water quality are discussed in Section 3.6, Water Resources. There are indications that oil and gas resource potential may result in leasing and exploration east of Pagosa Springs (in the San Juan Sag area) on NFS lands, and on the BLM portion (especially in the Disappointment Valley, Big Gypsum Valley, and Dry Creek Basin, and along the Dolores River Canyon) and on the NFS portion (especially in the Glade and McPhee Reservoir areas, and along the Dolores River Canyon) of the Paradox Basin. There are two types of possible gas development (i.e., conventional and GSGP gas) within the Paradox Basin. Exploration could include one to two wildcat wells per year in the San Juan Sag area. For conventional development in the Paradox Basin, four to seven exploratory gas wells per year may be developed on BLM lands for the 15-year period, and five to eight wildcat gas wells per year may be developed on NFS lands for the same period (see Section 3.19, Fluid Minerals). For the GSGP development within the Paradox Basin, exploratory wells are slowly developed for the first seven years, then accelerated development occurs. For BLM lands, two to three exploratory gas wells per year are constructed for the first 7 years, then nine to 24 gas wells per year are developed for the next 8 years. For NFS lands, six to eight wildcat wells are constructed for the first 7 years, then 37 to 68 gas wells per year are developed for the next 8 years.

BLM_0032133

In total, approximately 8 to 12 acres per year may be disturbed from well pads and roads on BLM public lands from oil and gas development activity for the first 7 years. For the next 8 years, about 36 to 96 acres per year may be disturbed. For all oil and gas development on NFS lands, approximately 24 to 32 acres per year may be disturbed from well pads and roads for the first 7 years. For the following 8 years, about 148 to 272 acres per year may be disturbed. If paying quantities of gas are discovered in the San Juan Sag and Paradox Basin (for both conventional and GSGP gas development), as many as 263 and 611 production wells are projected for BLM lands and NFS lands, respectively.

The potential impacts to aquatic ecosystems and fish species from oil and gas leasing and development would be mainly related to water depletions and some reduced stream flows. This would, subsequently, reduce fishery habitat available for use, increase sediment production, and result in degraded fishery habitat. Other potential effects include salinity and water contamination from petroleum products, drilling mud, and other contaminants. For the San Juan Sag (within the San Juan River Basin), 35 acre-feet of water is projected to be used in well drilling, fracturing, and completion process for unleased mineral estate over the next 15 years for all alternatives.

Substantial quantities of water are projected to be used in the drilling, fracturing, and completion process for both the GSGP and Paradox conventional development (Table 3.5.4). The major river basins affected by the projected development in the PLAA are the Dolores and San Juan River Basins. GSGP gas wells in the Paradox Basin would use approximately 7.9 to 13.1 acre-feet of water per well in the drilling and completion process. This level of water consumption is 6 to 11 times the amount of water used to drill and complete a conventional gas well and 11 to 18 times the amount of water used to drill and complete a CBM gas well. Paradox conventional gas wells would use 3.3 acre-feet of water per well in the drilling and completion process. This level of water use is 2.5 times the amount of water used to drill and complete other conventional wells and five times the amount of water used to drill and complete a CBM well.

**Table 3.5.4: Projected Water Used in Well Drilling, Fracturing, and Completion (acre-feet) for Leased and Unleased Gothic Gas Shale Play and Paradox Conventional Gas Wells over a Period of 15 Years for National Forest System and Bureau of Land Management Lands by Alternative**

|  | Alternative A | Alternative B | Alternative C | Alternative D | No Leasing Alternative |
|---|---|---|---|---|---|
| USFS leased and unleased GSGP and Paradox conventional | 5,311 | 5,032 | 4,556 | 5,300 | 832 |
| BLM leased and unleased GSGP and Paradox conventional | 4,265 | 3,726 | 3,593 | 4,107 | 2,480 |
| Total | 9,576 | 8,758 | 8,149 | 9,407 | 3,312 |

It is assumed that all water associated with GSGP and Paradox conventional gas development would be purchased and trucked into the project area, as the water would not be obtained from water sources on public land. The sources of this private water are unknown, but would occur within the San Juan River and Dolores River Basins. Since this water is connected to a federal action, it is considered a depletion from a major river basin and would require preparation of a BA and coordination and consultation with the USFWS for threatened and endangered species, under Section 7 of the ESA.

BLM_0032134

Water can also be depleted during gas field production. For GSGP and Paradox conventional activities, small quantities of water are produced or pumped from the gas-producing formation(s) in order to release the pressure on the gas tied-up in the seam and allow it to flow. In some cases as wells are drilled and the formation(s) fractured, groundwater may be connected to surface water streams. With the large number of gas wells proposed in the GSGP and Paradox conventional development (Table 3.5.5 and Table 3.5.6), the amount of produced water removed may reduce some stream flows in stream systems with warm-water sensitive fisheries or tributary to downstream threatened and endangered species and sensitive fishery streams. Because of difficulties in quantifying effects on stream flow, water depleted due to gas field production is not estimated for the GSGP and Paradox conventional production.

**Table 3.5.5: Projected Number of Gas Wells and Water Used in Well Drilling, Fracturing, and Completion (acre-feet) for Leased and Unleased Gothic Shale Gas Play and Paradox Conventional Gas Wells over a Period of 15 Years by Major River Basin for National Forest System and Bureau of Land Management Lands under Alternative A**

| | Future Leases Dolores River Basin | Future Leases San Juan River Basin | Existing Leases Dolores River Basin | Existing Leases San Juan River Basin |
|---|---|---|---|---|
| **USFS** | | | | |
| Number of wells | 562 | 24 | 101 | 0 |
| Water used (acre-feet) | 4,262 | 216 | 832 | 0 |
| **BLM** | | | | |
| Number of wells | 229 | 34 | 326 | 25 |
| Water used (acre-feet) | 1,490 | 296 | 2,256 | 224 |
| Total of water used (acre-feet) | 5,752 | 512 | 3,088 | 224 |

**Table 3.5.6: Projected Number of Gas Wells and Water Used in Well Drilling, Fracturing, and Completion (acre-feet) for Leased and Unleased Gothic Shale Gas Play and Paradox Conventional Gas Wells over a Period of 15 Years by Major River Basin for National Forest System and Bureau of Land Management Lands under Alternative C**

| | Future Leases Dolores River Basin | Future Leases San Juan River Basin | Existing Leases Dolores River Basin | Existing Leases San Juan River Basin |
|---|---|---|---|---|
| **USFS** | | | | |
| Number of wells | 460 | 20 | 101 | – |
| Water used (acre-feet) | 3,539 | 185 | 832 | – |
| **BLM** | | | | |
| Number of wells | 147 | 20 | 326 | 25 |
| Water used (acre-feet) | 928 | 185 | 2,256 | 224 |
| Total of water used (acre-feet) | 4,467 | 370 | 3,088 | 224 |

Decreased stream flows may impact aquatic habitat and fish populations by reducing, or eliminating both the extent and quality of suitable habitat by increasing stream temperatures and, subsequently, reducing dissolved oxygen levels. Such impacts may be more pronounced during periods of natural cyclic flow reductions during fall and winter or during summer months during periods of drought. A loss of stream flow can also reduce a stream's ability to transport sediment downstream and result in

BLM_0032135

increased deposition which, in turn, can impact the numbers and diversity of benthic macro invertebrates and, ultimately, aquatic habitat.

Clearing of drill pads and roads and their continued use can expose soil to both wind and water erosion. Given the number of well pads and roads projected in the PLAA, consequential sedimentation of streams and still water bodies has the potential to impact fishery and aquatic resources (Table 3.5.7). These impacts may be more pronounced in the Paradox Basin because of the number of sensitive watersheds with sediment and salinity concerns that may be upstream of warm-water sensitive fisheries or threatened and endangered species (see Table 3.6.3 in Section 3.6, Table I.3 in Volume III, Appendix I, and Map 7 in Volume III, Appendix V). Eroded material may be delivered to streams as fine sediment and deposited in channels or transported downstream. The actual amount of sediment from these land-disturbing activities that reaches stream channels or still water bodies would be a result of numerous factors including the location of roads, number of road/stream crossings, slope steepness and length, amount of exposed soil, type of vegetation in the area, frequency and intensity of rainfall, soil type and the implementation and effectiveness of BMPs. A typical concern with sedimentation is that sediment loads, above background levels, can reduce pool depths, bury stream substrates and spawning gravels, adhere to aquatic insects and the gills of fish, alter channel form and function, and result in other forms of habitat degradation. Where sediment production is high in areas of exposed marine shales, elevated salinity levels, over extended periods of time, may become toxic for aquatic ecosystems and fish species.

**Table 3.5.7: Projected Surface Disturbance (in acres) for Leased and Unleased Gothic Shale Gas Play and Paradox Conventional Gas Well Development over a Period of 15 Years for National Forest System and Bureau of Land Management Lands by Alternative**

| | Alternative A | Alternative B | Alternative C | Alternative D | No Leasing Alternative |
|---|---|---|---|---|---|
| USFS leased and unleased GSGP and Paradox conventional | 3,570 | 3,395 | 2,770 | 3,555 | 530 |
| BLM leased and unleased GSGP and Paradox conventional | 3,070 | 2,688 | 2,590 | 2,920 | 1,780 |
| Total | **6,640** | **6,083** | **5,360** | **6,475** | **2,310** |

LRMP direction addresses potential aquatic impacts from surface disturbance. Where gas facilities are developed within the Paradox Basin, soil erosion and sediment deposition, and corresponding potential to impact aquatic and riparian habitat, would be limited by implementing lease stipulations that require avoidance of sensitive, erosion-prone areas and riparian areas by using standards and guidelines and the application of BMPs. Some of these BMPs may include, for example, graveling road surfaces to avoid dust and loss of soil to wind erosion, revegetating or covering any soil stockpiles that would remain for extended periods to avoid significant wind and water erosion, installing slope breaks and silt fences on slopes to slow and filter storm water runoff that might carry exposed soils to surface water drainages, timely reclaiming disturbed areas to minimize erosion after construction of facilities, and avoiding locations having highly erosive soils where possible. Non-productive wells would also be immediately reclaimed. The applicable lease stipulations to protect aquatic ecosystems and fish species are provided in Table 3.5.8.

BLM_0032136

**Table 3.5.8: Lease Stipulations That Pertain to the Aquatic Ecosystem and Fish Species as Applied by Alternative**

| Fisheries | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| **Perennial streams, water bodies, riparian areas, and fens:** Prohibit surface occupancy and surface-disturbing activities within a minimum buffer distance of 325 horizontal feet for all perennial waters. See stipulation for full description of distances where NSO applies. | NSO | NSO | NSO | CSU |
| **Perennial streams, water bodies, riparian areas, and fens:** From 325 to 500 horizontal feet from the perennial water body, CSU restrictions would apply. See stipulation for full description of distances where CSU applies. | CSU | CSU | CSU | SLT |
| **Reservoirs and lakes:** For reservoirs and lakes 1 acre or larger as measured by the high water mark, NSO would be allowed within 0.25 mile of the high water shoreline. | NSO | NSO | NSO | CSU |
| **Colorado River cutthroat trout (sensitive species):** Within 0.25 mile of streams occupied by conservation populations of Colorado River cutthroat trout or streams that have been identified as reintroduction sites for Colorado River cutthroat trout. | NSO | NSO | NSO | CSU |
| **Greenback cutthroat trout (threatened species):** Within 0.25 mile of streams occupied by existing populations of greenback cutthroat trout. | NSO | NSO | NSO | NSO |
| NSO = no surface occupancy; CSU = Controlled surface use; SLT = Standard lease terms. | | | | |

Another potential impact to fisheries from the projected gas development and production would be the potential for various chemical leaks and spills. This impact is also addressed in the Water Resources Section of this chapter and is mitigated through the use of BMPs that apply to well drilling operation maintenance and material handling.

In regard to air quality (see Section 3.12), the effects on aquatic ecosystems and fish species would be negligible over the life of the LRMP. The air quality analysis was focused on the entire planning area, not just the PLAA. It is a modeling effort with many assumptions, including a gas development scenario as depicted in the RFD scenario. The potential impacts of nitrogen loading or sulfur dioxide deposition to lakes, streams, and the aquatic ecosystems and fish species would be a very slow and prolonged process. It would be very difficult to detect any measureable effects on aquatic ecosystems well beyond the life of the LRMP.

<u>Comparison of Alternatives</u>

The impacts of oil and gas development to aquatic ecosystems and fisheries vary as a function of the amount of gas development projected under each alternative and of stipulations applied in each alternative. Alternative A, followed by Alternative D, has the greatest amount of development projected. Alternative B has the third largest amount of gas development projected, and Alternative C

BLM_0032137

has the lowest. The lease stipulations that mitigate impacts to aquatic ecosystems and fish species are generally the same in Alternatives A, B, and C. The stipulations under Alternative D are not as protective. Quantitatively and qualitatively, Alternative A could result in the most impacts to aquatic habitat followed in order by Alternatives D, B and C for water depletion impacts (Table 3.5.4) and water quality effects (Table 3.5.7).

Under the No Leasing Alternative, potential impacts to threatened, endangered, sensitive, and MIS fish species could result from developing existing leases only, which is approximately 635 gas wells and 406 well pads fewer than Alternative A, and generally the other alternatives, and therefore would have the least impact to aquatic ecosystems and fish species.

**Threatened or Endangered Species:** Bonytail chub, Colorado pikeminnow, humpback chub, and razorback sucker found in the San Juan and Dolores Rivers downstream of the planning area are federally listed as endangered species. The impacts from gas leasing and development alternatives in the Paradox Basin are ranked from greatest to least by Alternatives A, D, B, and C. The impacts to these endangered fish species may be minor to adverse downstream of development due mainly to water depletions from gas development and production, some reduced stream flows, and some reduced fishery habitat. Despite large quantities of water used in the drilling, fracturing, and completion of gas wells in the GSGP, much of this private water may be already considered as losses to these major river basins through high evaporative losses during irrigation and other consumptive uses. There would be concerns in the sensitive Hydrologic Unit Code (HUC) 6 watersheds with salinity issues, high road densities, and sensitivity to disturbance (Dolores and Mancos River systems), resulting in higher salt concentrations in streams and increased sediment impacts (see Table 3.6.3 in Section 3.6, Table I.3 in Volume III, Appendix I, and Map 7 in Volume III, Appendix V). The USFS and BLM would coordinate with the USFWS and rely on its recovery programs in these major river basins for guidance with proactive management to minimize effects. If new leases are not made available, there would be no impacts on these endangered fish species because no new impacts would occur from oil and gas development.

The lineage greenback cutthroat trout is found in four streams on NFS lands in the upper portion of the Dolores River Basin outside the GSGP but within the Paradox Basin. Given the NSO stipulation for this trout species under all alternatives, and the location of the populations, the impacts from gas leasing and development for all alternatives could vary from no impact to minor for the greenback cutthroat trout. Impacts related to oil and gas development are generalized as more precise impacts cannot be determined until the location, timing, and exact design of the projects are known.

**Sensitive Species:** The sensitive fish species that would be potentially impacted by development of the GSGP and Paradox conventional gas wells include roundtail chub, flannelmouth sucker, and bluehead sucker found in the major rivers and streams at the lower elevations of the planning area. The potential impacts from GSGP or Paradox conventional leasing and development alternatives would range from highest in Alternative A, to Alternatives D, B, and C, in descending order, and could result in minor to adverse impacts, depending on the location of the specific downstream populations relative to development. Impacts would be as described for downstream threatened and endangered species and the impact mitigation approaches contained in leasing stipulations, standards, and guidelines, and BMPs would be implemented. The USFS and BLM would work cooperatively with the CPW to develop proactive management programs to minimize adverse effects to these warm-water sensitive fish species.

The Colorado River cutthroat trout is only found in a stream on the far eastern edge of the PLAA, outside the GSGP on NFS lands. This species is also found in streams on NFS lands within the San Juan Sag, which has little development and water usage projected for future leases. Given the NSO

248

stipulation for this trout species for Alternatives A, B, and C, the CSU stipulation for Alternative D, and the location of conservation populations and habitat, the impacts from gas leasing and development on the Colorado River cutthroat trout under all alternatives could vary from no impact to minor. More precise impacts cannot be determined until the location, timing, and exact design of the projects are known.

**Management Indicator Species and Common Cold-water Fish:** Generally, the impacts could vary from minor to moderate, depending on the well pad and road location, for brook, brown, cutthroat, and rainbow trout from future lease areas (the BLM and USFS portions of the Paradox Basin and the San Juan Sag). The greatest potential for impacts to cold water trout would occur immediately downstream from areas of gas development. The impacts would be primarily due to water depletions, some reduced stream flows and commensurate reduced fishery habitat available for use, sediment production, and salinity concerns. Alternative A would present the greatest risk to brook, brown, cutthroat, and rainbow trout because it has greatest amount of development relative to the other alternatives. Alternatives D, B, and C would have the next greatest to least amount of impacts to aquatic ecosystems and fisheries. Under all of the alternatives, the viability of common cold water fish would not be threatened due to their widespread distribution and abundance.

## Impacts to Aquatic Ecosystems and Fish Species from Mining and Mining Reclamation Decisions

The impacts related to mining and mining reclamation on water quantity and water quality are discussed in Section 3.6, Water Resources. Within the planning area, mining activities may include suction dredging, gravel mining operations, hard-rock mining, uranium and vanadium mining, and recreational gold panning. The impacts of concern to fisheries and aquatic species related to mining or mining reclamation would be mainly due to erosion and sediment impacts (i.e., degraded fishery habitat), saline runoff, heavy metal loading of streams (i.e., toxic levels for aquatic species), and/or altered stream channels and associated fishery habitat.

<u>Threatened or Endangered Species</u>

Generally, the impacts related to mining and mining reclamation would be similar under all of the alternatives and would be minor on bonytail chub, Colorado pikeminnow, humpback chub, and razorback sucker found in the San Juan River downstream of the planning area. Under all of the alternatives, due to concerns with salinity issues, high road densities, or sensitivity to disturbance, projects in the Dolores River watershed would have the potential to result in adverse impacts to these four endangered species. Depending on the location of the action, the impacts related to mining or mining reclamation, which may be nearly identical under all of the alternatives, on the lineage greenback cutthroat trout (found only on NFS lands) may vary from no impact to adverse impacts to specific individuals. Overall, however, they would be minor for planning area populations. Since the impacts related to mining are speculative, more precise impacts cannot be determined until the location, timing, size, and exact design of the projects are known. The USFS and BLM would require plans of operation, etc., from the proponents and would incorporate environmental protection requirements from the LRMP, including referenced direction that contain BMPs.

<u>Sensitive Species</u>

Generally, the impacts related to mining and mining reclamation would be similar under all of the alternatives and may adversely impact specific individuals of the species. They may, however, generally be minor for the populations of roundtail chub, flannelmouth sucker, and bluehead sucker found in the La Plata, Animas, Florida, Los Pinos, Piedra, San Juan, and Navajo Rivers at the lower

BLM_0032139

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

elevations of the planning area. Under all of the alternatives, specific mining projects in the Dolores or Mancos River drainages with salinity issues, high road densities, or sensitivity to disturbance could result in adverse impacts to the roundtail chub, flannelmouth sucker, and bluehead sucker. The exact details for these projects are presently unknown if they were to be filed on or applied for; therefore, the impacts continue to be speculative. Depending on the location of the action, the impacts related to mining or mining reclamation Colorado River cutthroat trout (found only on NFS lands), if projects were proposed and approved, may vary from no impact to adverse impacts to specific individuals. Overall, however, they would be minor because of the location of the conservation populations.

Management Indicator Species and Common Cold-water Fish

Under all of the alternatives, potential adverse impacts related to mining or mining reclamation on brook, brown, cutthroat, and rainbow trout and associated aquatic species are expected to be minor and relatively localized. Under all of the alternatives, the potential for mineral exploration and development (for uranium in particular) would be similar; therefore, all of the alternatives could result in similar adverse impacts to aquatic ecosystems. Mining reclamation could benefit some trout habitat and populations (by reducing the amount of heavy metal loading into stream systems).

Comparison of Alternatives

The impacts related to mining and mine reclamation are not expected to vary between the alternatives because they may be similar project applications and therefore similar acres of disturbance under all of the alternatives. Overall, the impacts to fisheries would vary from no impact to adverse impacts (depending on the location of the mining or mine reclamation project). To minimize impacts, the USFS and BLM would only approve plans of operation that control mining impacts by implementing the requirements of the LRMP. With regard to downstream endangered and warm-water sensitive species, the impacts in the La Plata, Animas, Florida, Los Pinos, Piedra, San Juan, and Navajo River drainages may be minor. The impacts in the Dolores or Mancos River systems may be more adverse (due to the greater number of areas with salinity issues, high road densities, and sensitivity to disturbance). Depending on the location of the action, the impacts related to mining or mining reclamation on lineage greenback cutthroat trout and Colorado River cutthroat trout may vary from no impact to adverse impacts to specific individuals in localized areas. Overall, however, they would be minor for planning area populations. With regard to the common cold-water trout, the impacts would be minor, with localized adverse impacts. The impacts related to mining and mine reclamation are mainly due to sediment impacts on habitat, saline runoff or heavy metal loading of streams, or altered fishery habitat, which would be controlled through project plans of operation that incorporate LRMP requirements including BMPs.

## Impacts to Aquatic Ecosystems and Fish Species from Vegetation Management Decisions

As described in Section 3.6, Water Resources, the greatest impacts related to timber sales on fisheries may be from road construction or reconstruction, as well as from the subsequent sedimentation and degraded fishery habitat. The impacts from mechanical fuels reductions, rangeland treatments, and wildfire and additional timber sales on the magnitude, timing, and duration of stream flow, and on water quality, are described in Section 3.6, Water Resources. Where mechanical fuels treatments use hydro-mowers and roller choppers, mulch would also be generated on the soil surface, which would reduce overland flow and erosion. Other vegetation management (including utility corridors and ski area modifications and expansions) may result in similar impacts as those presented in Section 3.6, Water Resources.

BLM_0032140

Other vegetation treatments (including prescribed burns) may result in considerably less severe impacts compared to wildfire. Under these treatments the location and severity of the fire are controlled to a greater extent; therefore, more ground cover would remain and the erosion potential would be reduced. Sediment trapping buffers would generally remain around stream channels in order to reduce the amount of sediment delivered to the stream. Rarely do entire watersheds burn as a result of prescribed burns or wildfires managed for multiple resource benefits. These treatments are beneficial because they can reduce the impacts of changes in water yield and peak flows due to conditions such as drought. Furthermore, the careful and judicious use of prescribed burns may help to reduce the risk of uncontrolled wildfires that may otherwise burn through and severely damage watersheds and riparian areas, increase erosion and sedimentation, and degrade large segments of fishery habitat.

Beyond the effects of sediment from vegetation management, fisheries and aquatic species can be impacted by a reduction of streamside vegetation. Due to a reduction in streamside vegetation, average annual and average daily stream temperatures can increase by reducing shade and decreasing the recruitment of large woody debris in streams. Overhanging vegetation provides cover for fish and helps cool stream temperatures. Large woody debris recruitment is important because it dissipates erosive stream energy, regulates sediment movement downstream, provides nutrients, and creates pools important to aquatic species.

Threatened or Endangered Species

Generally, in terms of impacts to fisheries related to vegetation management (timber harvesting, mechanical fuels reductions, rangeland treatments, prescribed fires, etc.), impacts under all of the alternatives would be similar. This is because all of the alternatives are nearly the same (only 1,800 acres separate Alternative D, which would propose the greatest levels of vegetative treatment, and Alternative C, which would propose the least amount of treatment). Vegetation management would result in minor adverse impacts to bonytail chub, Colorado pikeminnow, humpback chub, and razorback sucker in the lower San Juan and Dolores Rivers. The impacts would be mainly due to upstream sediment and stream temperature impacts on downstream fishery habitat. Impacts to the lineage greenback cutthroat trout (found only on NFS lands) under all alternatives from vegetative management may adversely impact specific individuals but would generally be minor.

Sensitive Species

Under all alternatives, the impacts related to vegetation management may adversely impact specific individuals of the species. However, they would be minor for the population of roundtail chub, flannelmouth sucker, bluehead sucker, or Colorado River cutthroat trout. This is because all of the alternatives would be similar (only 1,800 acres separate Alternative D, which proposes the greatest levels of vegetative treatment, and Alternative C, which proposes the least amount of treatment). The impacts are driven by sediment and stream temperature influences on fishery habitat quality.

Management Indicator Species and Common Cold-water Fish

Under all of the alternatives, aquatic ecosystems would be protected. However, the residual risk of adverse consequences to these trout species would increase with higher harvesting and treatment levels. The potential for impacts to brook, brown, cutthroat, and rainbow trout would be proportional to the harvesting or treatment acres per year. Alternative D proposes more treatment acres than would any of the other alternatives; therefore, it would result in the highest risk of potential adverse impacts to aquatic species related to vegetation management. Under all of the alternatives, the impacts related to vegetation management on these trout species would vary from minor to moderate. Risk

BLM_0032141

and consequence would depend on a variety of factors, including the type of harvesting or treatment, as well as on the location of such treatments relative to stream system. Due to their widespread distribution and abundance, the viability of these fish populations would not be threatened under any of the alternatives.

<u>Comparison of Alternatives</u>

Overall, the impacts related to vegetation management (timber harvesting, mechanical fuels reductions, rangeland treatments, prescribed fires, etc.) on fisheries would be minor, with some localized impacts. Alternative D would result in a greater potential for impacts to fisheries and aquatic habitat because it proposes the largest amount of vegetation treatment acres than would any of the other alternatives. The impacts to fisheries would be mainly due to sediment and stream temperature influences. Use of standards and guidelines, BMPs, and standards and guidelines would minimize the effects to aquatic ecosystems and fisheries.

## Impacts to Aquatic Ecosystems and Fish Species from Fishery, Watershed, and Riparian Area Improvement Project Decisions

The impacts related to fishery, watershed, and riparian area improvement projects on watershed health, stream channel function, and water quality are summarized in Section 3.6, Water Resources. These improvement projects can result in positive outcomes for both fisheries and recreational anglers. Over the last 25 years, a variety of fish habitat improvement projects (including stream-bank stabilizations, pool forming structure placements, spawning habitat enhancement, fish barriers, and culvert replacements) have been implemented throughout the planning area. In addition, the SJNF has assisted CPW in conserving and reintroducing genetically pure, wild populations of Colorado River cutthroat trout in selected streams on NFS lands (especially in the Hermosa Creek watershed). On occasion, and after project-level analysis and public involvement, some desired non-native fish populations have been (and are being) removed in order to favor the establishment of native fish populations (including Colorado River cutthroat trout). In these instances, the SJNF, TRFO, and CPW would continue to work together in order to achieve all environmental objectives. All of the alternatives would have fishery, watershed, and riparian improvement project objectives, which include fish habitat improvement, erosion control, stream restoration, riparian/lake/fen treatments, and road decommissioning.

<u>Threatened or Endangered Species</u>

Under all of the alternatives, improvement projects would result in no impacts to the four endangered trout species downstream of the planning area (bonytail chub, Colorado pikeminnow, humpback chub, and razorback sucker) because there would be no water depletion and no suitable habitat directly impacted. Under all alternatives, due to the locations of the existing populations on the SJNF and TRFO, these improvement projects would result in no impacts, or beneficial impacts, to the lineage greenback cutthroat trout (found only on NFS lands).

<u>Sensitive Species</u>

Similar to the downstream endangered species, and in relation to all of the alternatives, improvement projects would result in no impacts to the three warm-water species (roundtail chub, flannelmouth sucker, and bluehead sucker) found in the Dolores, Mancos, La Plata, Animas, Florida, Los Pinos, Piedra, San Juan, and Navajo Rivers. These species would have no directly affected suitable habitat, nor would there be any water depletions. Under all of the alternatives, due to the locations of specific

BLM_0032142

streams with conservation populations and reintroduction efforts, these improvement projects would result in no impacts, or result in beneficial impacts, to Colorado River cutthroat trout.

<u>Management Indicator Species and Common Cold-water Fish</u>

All of the alternatives have annual fishery, watershed, and riparian improvement objectives. Alternative C proposes the greatest number of total treatments per year; therefore, it would result in the greatest overall benefit to brook, brown, cutthroat, and rainbow trout. Occasionally, where a reintroduction project for Colorado River cutthroat trout occurs, these common cold water trout species may be removed from certain drainages. Under all of the alternatives, due to their widespread distribution and abundance, the viability of these fish populations would not be threatened.

<u>Comparison of Alternatives</u>

Under all of the alternatives, with regard to downstream endangered species or warm-water sensitive species, improvement projects would result in no impacts. This is because there would be no water depletion and no suitable habitat would be directly impacted. With regard to lineage greenback cutthroat trout, Colorado River cutthroat trout, and MIS/common cold-water trout, Alternative C would result in the greatest benefits from improvement projects, followed by Alternatives D, B, and A (due to the amount of stream miles or acres impacted or structures proposed).

## Cumulative Impacts

Actions taken to implement any of the alternatives, along with past, present, and foreseeable future activities undertaken within the planning area (or other nearby jurisdictions, including local, state, Native American tribal, and other federal actions, as well as private) could result cumulative impacts. The cumulative impacts analysis covers the implementation timeframe of the approved LRMP (10–15 years) and includes lands (within or downstream of the planning area) contained in all 5th-level HUC boundaries. An example would be watersheds roughly the size of the Hermosa Creek or Piedra River watersheds. A synopsis of key cumulative impacts on water quantity, water quality, and water-dependent ecosystems is provided in the Water Resources Section of this chapter and is not repeated here.

Four tables above are based on the scenario in the 2009 Addendum to the RFD (BLM 2009a; BLM and USFS 2010) and the projections for gas development for all alternatives and quantify the factors that would lead to cumulative effects to fisheries and aquatic resources in the GSGP and Paradox conventional gas development. Table 3.5.4 displays the projected acre-feet of water that would be used over 15 years for both future and existing leases on both NFS and BLM public lands in the PLAA for all alternatives. Table 3.5.5 displays the projected number of gas wells and acre-feet of water that would be used over 15 years by major river basin for both future and existing leases in the Paradox Basin on both NFS and BLM public lands for Alternative A, which has the greatest gas development of all alternatives. Table 3.5.6 displays the projected number of gas wells and acre-feet of water that would be used over 15 years by major river basin for both future and existing leases in the Paradox Basin on both NFS and BLM public lands for Alternative C, which has the least projected gas development of all alternatives. Table 3.5.7 describes the surface disturbance (in acres) on both future and existing leases in the PLAA on NFS and BLM public lands for all alternatives. These tables should be examined in concert with Table 3.6.3 in Section 3.6, Table I-3 in Volume III, Appendix I, and Map 7 in Volume III, Appendix V for a full view of the factors that would lead to cumulative effects to fisheries and aquatic resources in the GSGP and Paradox conventional gas development.

BLM_0032143

## Threatened or Endangered Species

Past local and regional water development activities and their cumulative effects have had a dominating impact on bonytail chub, Colorado pikeminnow, humpback chub, and razorback sucker (federally endangered species) found in the San Juan and Dolores Rivers downstream of the planning area, although these four species have also been affected by non-native species and other factors. The lineage greenback cutthroat trout, found in the upper portions of the Dolores River system within the planning area, has been federally listed as a threatened species primarily due to the introduction of non-native fish species. Water development activities, over-fishing, and water quality factors have also impacted the greenback cutthroat trout. Under all of the alternatives, the primary adverse cumulative impacts on these species would occur as the result of activities that lead to further water depletions and some reduced stream flows, as well as to subsequent reduced or eliminated fishery habitat, increased stream temperatures, and reduced dissolved oxygen levels. These activities would be mainly due to water use and development projects or gas development and production from current and private mineral estate leases both within or outside the planning area.

Gas development on private and state mineral estate development may add an additional 810 wells to those projected for development on federal mineral estate in the PLAA. These private and state well numbers equate to 6,540 acre-feet and 166 acre-feet of water used for drilling, fracturing, and completion for the GSGP gas development and Paradox conventional gas development, respectively. For the San Juan Sag (within the San Juan River Basin), existing leases on NFS lands are estimated to have used 7 acre-feet for well drilling and completion. Existing leases for the San Juan Basin CBM and conventional gas wells are estimated to have used 160 and 14 acre-feet of water, respectively, for BLM lands, and 487 and 42 acre-feet of water, respectively, for NFS lands. Private and state mineral estate development may use an additional 722 acre-feet of water for CBM gas wells in the San Juan Basin. The water usage estimates for the above San Juan Basin CBM gas wells (all ownerships) also includes gas production–induced depletions of river and stream flow.

Water is produced in conjunction with the production of CBM gas in the NSJB. Within the basin in Colorado there are concerns that the removal of water from the tributary Fruitland-Pictured Cliffs aquifer may result in stream depletions that impact downstream water users and fisheries. These concerns have prompted four studies spanning 2000 to 2009, which quantify groundwater–surface water impacts and their interactions: Applied Hydrology Associates, Inc., 2000; Cox et al. 2001; Norwest Corporation 2009; S.S. Papadopoulos and Associates Inc. 2006).

The 3M model (Applied Hydrology Associates 2000) simulated the primary streams that cross the Fruitland-Pictured Cliffs aquifer outcrop as receiving discharge water from the Fruitland-Pictured Cliffs aquifer. Estimated total discharge to the rivers crossing the outcrop in Colorado—which includes the Animas, Florida, Los Pinos, Piedra, and San Juan Rivers—were estimated to equal approximately 200 acre-feet per year. CBM development could deplete all or some portion of this total.

The Cox et al. (2001) study estimated CBM development depletions from the Animas, Florida, and Los Pinos Rivers. The model first simulated pre-CBM development discharge from the Fruitland-Pictured Cliffs aquifer into the three rivers as approximately 145 acre-feet per year. The authors then calculated that the depletion to the three rivers due to CBM water production projected to 2005 would be up to 95 to 100 acre-feet per year. Data did not permit a model to be constructed to evaluate depletion from the Piedra River and Stollsteimer Creek, but projection of results from the area west were used to provide an estimate of 15 to 60 acre-feet per year of depletion from the Piedra-Stollsteimer system by 2050.

BLM_0032144

According to the S.S. Papadopoulos and Associates (2006) modeling, the riverine depletion as of August 2005 from the CBM wells producing within the NSJB in Colorado was modeled to be about 155 acre-feet per year. This quantity does not differ greatly from the above depletions calculated in the Cox et al. (2001) study for the Animas, Florida, and Los Pinos Rivers. Stated differently, riverine depletions are approximately 4% to 5% of CBM well water produced. The current CBM water production rate from wells operating in the San Juan Basin in Colorado is approximately 3,000 acre-feet per year.

The Norwest Corporation (2009) report applied a more conceptually complex treatment to the various layers of the Fruitland and Pictured Cliff Sandstone formations, while also incorporating 12 perennial streams that have outcrop contact. The study found that in 2007 discharges to surrounding streams were approximately 100 acre-feet per year, which is consistent with the values from the Applied Hydrology Associates, Cox et al., and S.S. Papadopoulos and Associates studies.

To evaluate future depletions, S.S. Papadopoulos and Associates projected further development of CBM resources beyond 2005 based on information provided in well spacing orders for the Fruitland Formation on the selected alternative for the FEIS for the NSJB (USFS and BLM 2006) and on the basis of information provided by Colorado Oil and Gas Conservation Commission (COGCC) personnel. COGCC spacing orders included 80-acre infill development within portions of the Southern Ute Indian Reservation. Two related scenarios were modeled: in the first scenario, all potential future wells were included in the analysis, for a total of 1,516 wells; in the second scenario, wells within a 1.5-mile buffer along the outcrop were omitted. This second scenario recognizes current COGCC prohibitions on drilling within 1.5 miles of the outcrop; under it, 1,155 future wells were installed. Using these assumptions, depletion curves for currently operating wells and under both buffered and unbuffered future well scenarios were determined. These curves indicate that the depletion rate for existing wells would peak in about 2020 at 164 acre-feet per year and that by 2070 depletions would drop below 100 acre-feet per year. Under the buffered future well scenario (i.e., no wells within 1.5 miles of the outcrop), depletions would peak in approximately 2035 at 171 acre-feet per year and would drop below 100 acre-feet per year by 2150. These depletion estimates are relatively low compared to flows in the rivers. The combined base flows for the Animas, Florida and Pine Rivers average nearly 200,000 acre-feet per year (Cox et al. 2001).

The RFD scenario for CBM in the NSJB includes 450 wells to be developed at 80-acre spacing on existing leases. Relying on the above study parameters, to estimate the effects of the RFD, the USFS and BLM assumed 50 barrels/day of produced water per well, or 2 acre-feet/well/year, depletions are approximately 4% of water produced, and that approximately 40% of projected development would occur on federal mineral estate. Consequently on BLM lands for infill CBM development and production, a total of about 103 acre-feet of water would be needed for well drilling and completion and water depletion from intercepted groundwater potentially bound for streams and river over the next 15 years. On NFS lands, a total of approximately 241 acre-feet of water would be needed for well drilling and completion and water depletion from intercepted groundwater potentially bound for streams and rivers over the next 15 years, due to infill CBM development and production. Private and state mineral estate development may use an additional 516 acre-feet of water over the next 15 years for infill CBM development and production.

Future development in the NSJB would occur on existing oil and gas leases, most of which have already been developed. The decision as to whether the existing lease can be developed is a function of project-level decision-making and subject to the rights granted by the associated leases. Consequently, federal lease development in the NSJB is not considered a direct effect of the LRMP decisions, but is considered an indirect impact and addressed in cumulative effects analysis.

BLM_0032145

Due to heightened concerns about sediment and salinity inputs and subsequent downstream impacts to fishery habitat quality, ground-disturbing activities (including new road construction and well pads) in the Dolores River watershed may also adversely impact the four endangered species. Stipulations and BMPs for oil and gas development, as described previously and in Section 3.6, Water Resources, and 3.2, Terrestrial Ecosystems should reduce the potential for measurable sedimentation. Since the exact details for these projects and activities are presently unknown, the impacts continue to be speculative. In addition, water used in road construction and reconstruction, road maintenance, and dust abatement may also impact these threatened or endangered species. Preparation of a BA and coordination and consultation with the USFWS is frequently required for many project-level activities within the planning area and would always be required for projects and activities with proposed water depletions. This consultation would result in an outcome that serves to protect the species as required by Section 7 of ESA.

## Sensitive Species

As the result of past local and regional cumulative impacts, including the introduction of non-native species, roundtail chub, flannelmouth sucker, and bluehead sucker are USFS and BLM sensitive species. Under all of the alternatives, the primary adverse cumulative impacts on these three warm-water species found in the Dolores, Mancos, La Plata, Animas, Florida, Los Pinos, Piedra, San Juan, and Navajo Rivers (along with some major tributaries), similar to those described for the threatened or endangered fish species above, may occur as the result of activities that lead to additional water depletions and reduced stream flows (i.e., reduced or eliminated fishery habitat that is available for use). These activities would be mainly related to water use and development projects, or to gas development from current and projected new leases on or off the planning area, again as described for threatened or endangered fish species above. Due to heightened concerns about sediment and salinity inputs and downstream impacts on fishery habitat quality, ground-disturbing activities (including new road construction and well pads) in the Dolores or Mancos River watersheds may also adversely impact the three native, warm-water species. The bluehead sucker and flannelmouth sucker appear to be more at risk than the roundtail chub under all of the alternatives; therefore, activities on or off the planning area could contribute to adverse impacts. However, since the exact details for these projects and activities in the Dolores or Mancos River watersheds are presently unknown, the impacts continue to be speculative.

As the result of introductions of non-native fish species and past local and regional cumulative impacts, the Colorado River cutthroat trout is a USFS and BLM sensitive species. Like the other sensitive species, the primary adverse cumulative impacts, under all of the alternatives, would occur as a result of activities that lead to further water depletions and reduced stream flows (i.e., reduced or eliminated fishery habitat for use). Depending on the location of ground-disturbing activities, the cumulative impacts of sedimentation may range from no impact to adverse for certain stretches of stream habitat and individual fish. In order to help avoid federal listing, the SJNF would focus the majority of its fishery habitat improvement efforts toward the recovery of the Colorado River cutthroat trout.

## Management Indicator Species and Common Cold Water Fish

The cumulative impacts related to land management activities resulting in water depletions, stream flow reductions, fishery habitat elimination, water temperature increases, sedimentation additions, or fishery habitat degradation in relation to brook, brown, cutthroat, and rainbow trout would be confined to specific stretches of stream habitat and/or localized populations. Due to their widespread distribution and abundance, their viability would not be threatened under any of the alternatives.

BLM_0032146

Therefore, no alternative is expected to result in substantial cumulative impacts to any common cold water trout species.

# 3.6  Water Resources

## 3.6.1  Introduction

In 1891, public concern regarding the issue of having adequate supplies of clean water led to the establishment of federally protected forest reserves in the United States. The importance of water protection was evident in the wording of the Organic Act of 1897, the legislation that founded the USFS, which stated that "no public forest reservation shall be established, except to improve and protect the forest within the reservation, or for the purpose of securing favorable conditions of water flows."

The protection of water on BLM-administered lands is also emphasized in several acts, most notably FLPMA of 1976, which declares that public lands are to be managed, among other things, for the protection of water and water-related resources. Today, public lands, especially NFS lands, are a large and important source of clean water for this nation. Watersheds throughout the planning area, as administered by the SJNF and TRFO, provide a multitude of benefits, including for aquatic and riparian habitat, municipal water supplies, flood reduction, low-flow augmentation, recreation opportunities, and a continuous supply of clean water for many additional uses.

Water quality within the planning area is typically good (Colorado Department of Public Health and Environment [CDPHE] 2012). In the few water bodies having water quality problems, mercury, heavy metals, sediment, and salinity are common pollutants. In some places, mine-related heavy metals pollution is being cleaned up as a result of the aggressive abandoned mine reclamation program being conducted within the planning area.

Development and depletion of groundwater resources are emerging issues on the SJNF and TRFO, especially in relation to fluid minerals extraction and private land development. Factors such as high road densities, poor road locations, and inadequate road design/maintenance have caused water quality, floodplain, and channel morphology changes in some watersheds.

Over the past decade, drought has also impacted the planning area. The prolonged drought has resulted in lower water tables in some areas, which, in turn, has resulted in reduced water flow in streams, springs, and seeps. Dry upland conditions have increased grazing pressure on riparian areas. The drought-related increase of large wildfires has impacted many watersheds by resulting in increased flooding, erosion, sedimentation, and damage to private property adjacent to, or near, the boundaries of the planning area. Large and small proposals for new water development projects have also increased, in part, as a result of long-term drought. Accommodating increasing public needs for water while, at the same time, protecting aquatic ecosystems may be one of the biggest challenges for the management of public lands over the next few decades.

## Legal and Administrative Framework

### Laws

- **The Organic Administration Act of June 4, 1897, as amended:** This act contains the initial, basic authority of watershed management on NFS lands. The purpose for the establishment of national forests, as stated in this act, includes securing favorable conditions of water flows.

BLM_0032147

- **The Multiple-Use Sustained- Yield Act of 1960:** Under this act, "National forests are established and shall be used for outdoor recreation, range, timber, watershed, and wildlife and fish purposes." The Secretary of Agriculture is authorized and directed to develop and administer the renewable surface resources of the national forests for multiple uses and sustained yield, without impairment of the productivity of the land.

- **The Federal Water Pollution Control Act of July 9, 1956, as amended:** The intent of this act is to enhance the quality and value of the water resource, and to establish a national policy for the prevention, control, and abatement of water pollution. The act was amended by the Federal Water Pollution Control Act/Amendments of 1961, the Water Quality Act of 1965, the Clean Water Restoration Act of 1966, the Water Quality Improvement Act of 1970, NEPA of 1969, the Federal Water Pollution Control Act of 1969, the Federal Water Pollution Control Act Amendments of 1972, and the Clean Water Act of 1977.

- **The National Environmental Policy Act of January 1, 1970:** This act requires an environmental assessment (EA), including an evaluation of impacts on water resources, for all major federal actions.

- **The Colorado River Basin Salinity Control Act of June 24, 1974:** This act directs the USDI to undertake research and development projects in order to identify methods designed to improve the water quality of the Colorado River.

- **The National Forest Management Act of 1976:** This act substantially amends the Forest and Rangeland Renewable Resources Planning Act of 1974. This act strengthens the references pertaining to suitability and compatibility of land areas; stresses the maintenance of productivity, as well as the need to protect and improve the quality, of soil and water resources; and seeks to avoid the permanent impairment of the productive capability of the land.

- **The Federal Land Policy and Management Act of October 21, 1976:** This act declares that "the public lands be managed in a manner that will protect the quality of scientific, scenic, historical, ecological, environmental, air and atmospheric, water resource, and archeological values." It also states, "Terms and conditions must minimize damage to scenic and aesthetic values and fish and wildlife habitat and otherwise protect the environment."

- **The Clean Water Act of 1977:** This act amends the Federal Water Pollution Control Act of 1972. Section 313 of the act stresses that federal agencies must comply with federal, state, and local substantive and procedural requirements related to the control and abatement of pollution to the same extent as required of non-governmental entities. Section 404 of the Clean Water Act regulates the discharge of dredged, excavated, and/or filled material in wetlands, streams, rivers, and other U.S. waters. (The U.S. Army Corps of Engineers is the federal agency authorized to issue Section 404 permits for certain activities conducted in wetlands or other waters of the U.S.) Activities that may be exempt from Section 404 permits, or that are covered under the general permit, are identified in the legislation (include normal silviculture, forest roads using BMPs, and stream-bank erosion control).

- **The Surface Mining and Control and Reclamation Act of August 3, 1977:** This act may require the BLM to make determinations of "probable hydrologic consequences" in relation to mining and reclamation activities.

## Executive Orders

- **EO 11288:** This requires that federal agencies develop pollution-abatement plans and preventative measures for the discharge of hazardous waste into waters.

BLM_0032148

- **EO 11752:** This mandates that federal agencies provide national leadership in order to protect and enhance the quality of air, water, and land resources through compliance with applicable federal, state, interstate, and local pollution standards.

- **EO 11988:** This requires that federal agencies provide leadership and take action to a) minimize adverse impacts associated with the occupancy and modification of floodplains and reduce risks of flood loss; b) minimize impacts of floods on human safety, health, and welfare; and c) restore and preserve the natural and beneficial values served by floodplains.

- **EO 11990:** This requires federal agencies take action in order to minimize the destruction, loss, or degradation of wetlands and to preserve and enhance the natural and beneficial values of wetlands.

## Regulations and Policies

- **FSM 2500 and FSH 2500:** These consolidate USFS regulation, policy, and direction regarding watershed management. These documents also stipulate limitations of resource use in order to protect watershed conditions.

## Other Agreements

- **MOU between the State of Colorado Department of Natural Resources, the State of Colorado Water Conservation Board, and the BLM, 2011:** This MOU provides a formal cooperative framework between the State of Colorado and the BLM in relation to water management on BLM-administered lands in Colorado.

- **MOU between the State of Colorado Department of Natural Resources and USFS, 2009:** This MOU provides a formal cooperative framework between the State of Colorado and the USFS in relation to water management on NFS lands in Colorado.

### 3.6.2   Affected Environment

### Existing Conditions and Trends

### Aquatic Resources

The SJNF and TRFO are located within the upper Colorado River Basin. The principal rivers that drain these lands are the Dolores, Mancos, La Plata, Animas, Florida, Los Pinos, Piedra, and San Juan Rivers. All of these river systems drain into the Colorado River. In general, the headwaters of these rivers originate in the higher-elevation igneous or metamorphic rocks of the southern Rocky Mountains. Upon leaving the mountainous terrain, the rivers often create canyons and valleys of variable size as they flow through the sedimentary rocks of the Colorado Plateau, which is located to the south and west of the mountains.

The higher-elevation headwater areas receive the bulk of annual precipitation as snow, and runoff is snowmelt dominated. The point of greatest measured precipitation within the planning area (Wolf Creek Pass, at an elevation of 9,440 feet) averages 40.85 inches per year and this site averages 352 inches of snow. The point of lowest measured precipitation (Uravan, at an elevation of 5,020 feet) averages 12.5 inches per year and this site averages 9.5 inches of snow (National Oceanic and Atmospheric Administration 2005). As with most of the rivers in the arid West, the mountain headwaters are critical for producing the majority of discharge for all the principal rivers originating within the planning area.

BLM_0032149

There are approximately 1,960 miles of perennial streams within the planning area and approximately 3,122 mapped lakes and reservoirs. Only 1.6% of the lakes and reservoirs are greater than 10 acres. The largest natural lake is Emerald Lake (approximately 284 acres), which is located within the Weminuche wilderness area. The largest reservoir is McPhee Reservoir (approximately 4,328 acres), which is on the Dolores River.

Within the planning area, water quality varies across the landscape. In general, the water quality of most forested watersheds is good. Table 3.6.1 summarizes the water bodies within the planning area that have been recognized by the State of Colorado as having water quality impairment problems.

**Table 3.6.1: Water Bodies Classified as Water Quality Impaired**

| Water Body ID No. | Segment Description | Portion | Clean Water Act Section 303(d) Impairment | Agency |
|---|---|---|---|---|
| COSJAF03c | Arrastra Gulch including all lakes, tributaries, and wetlands from the source to the confluence with the Animas River | All | Cadmium, zinc | BLM |
| COSJAF04a | Mainstem of the Animas River from a point immediately above the confluence with Mineral Creek to a point immediately above the confluence with Deer Park Creek | All | Aluminum | BLM |
| COSJAF05a | Mainstem of the Animas River, including wetlands, from Bakers Bridge to the Southern Ute Indian Reservation boundary | All | Manganese | BLM/USFS |
| COSJDO04b | McPhee Reservoir and Summit Reservoir | McPhee Reservoir | Aquatic life use (mercury fish tissue) | BLM/USFS |
| COSJLP01 | Mainstem of the La Plata River, from the source to the Hay Gulch diversion south of Hesperus | All | Silver | USFS |
| COSJLP03a | All tributaries to the La Plata River from Hay Gulch to the Southern Ute Indian Reservation boundary | Cherry Creek | Iron | BLM/USFS |
| COSJLP04a | Mancos River and tributaries above U.S. Highway 160 | E. Mancos River | Copper, dissolved oxygen, manganese | USFS |
| COSJLP04a | Mancos River and tributaries above U.S. Highway 160 | Mancos River | Dissolved oxygen | USFS |
| COSJLP07a | Mainstem of McElmo Creek from the source to the Colorado/Utah border; mainstem of Yellow Jacket Creek from the source to the confluence with McElmo Creek | McElmo Creek | Iron, E. coli | BLM |
| COSJLP08a | Tributaries to McElmo Creek | Mud Creek | Selenium | BLM |
| COSJLP08a | Tributaries to McElmo Creek | Trail Canyon | Iron | BLM |

BLM_0032150

| Water Body ID No. | Segment Description | Portion | Clean Water Act Section 303(d) Impairment | Agency |
|---|---|---|---|---|
| COSJLP11 | Narraguinnep, Puett, and Totten Reservoir | Narraguinnep Reservoir, Totten Reservoir | Aquatic life use (mercury fish tissue) | BLM/USFS |
| COSJPN03 | Vallecito Reservoir | Vallecito Reservoir | Aquatic life use (mercury fish tissue) | USFS |
| COSJSJ06a | San Juan River from Fourmile Creek to Southern Ute Indian Reservation; Mill Creek from source to San Juan River; Echo Canyon Reservoir | Echo Canyon Reservoir | Aquatic life use (mercury fish tissue), dissolved oxygen | USFS |
| Source: CDPHE (2012). | | | | |

Some rangelands in the western portions of the planning area have large areas of exposed marine-derived Lewis and Mancos Shale. In these watersheds, salinity and the delivery of salts to the Colorado River is of national concern. Over the past decade, the BLM has focused a great deal of effort on inventorying, monitoring, and designing erosion control measures that reduce the salt transport to the Colorado River. Map 7 (Volume III, Appendix V) shows the surface locations of the Lewis and Mancos Shale formations. The highest priorities for future salinity reduction work would occur in the watersheds where these formations are present over large areas (Appendix I).

## Groundwater

There are four major regional aquifers within the planning area, all located primarily in sedimentary rocks of the Colorado Plateau. Local aquifers also exist and can be found in alluvium along major rivers, as well as in volcanic or fractured crystalline rocks. These aquifers have formed as a result of long-term irrigation practices. Table 3.6.2 summarizes the aquifers and their characteristics.

**Table 3.6.2: San Juan National Forest and Tres Rios Field Office Regional and Local Aquifers**

| Aquifer | Characteristics | Water Quality |
|---|---|---|
| Uinta-Animas | Important regional aquifer of the San Juan Structural Basin. Locally, it is found within the Nacimiento and Animas formations and is discontinuous with very slow recharge rates. | Fresh to saline. Fresh water usually located close to recharge areas.[1] |
| Mesa Verde | Aquifer of the San Juan Basin that is confined by the Mancos Shale. Primary recharge is from higher-elevation areas in north and central New Mexico.[1] | Highly variable. |
| Coconino-DeChelly | Located in the north and central portions of the planning area.[1] | No detailed water quality data are available. |
| Dakota-Glen Canyon | Located within several formations, including the Dakota and Morrison formations.[1] | Locally, good quality water may be present where it is close to the surface. Where it is located at great depths, highly dissolved solids limit its potential use.[1] |
| Fruitland-Pictured Cliffs | Aquifer of the San Juan Basin. Recharge areas exist within the planning area in La Plata and Archuleta Counties.[2,3] | Water quality varies from good (in recharge areas) to highly saline (near the San Juan River in New Mexico).[2,3] |

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Aquifer | Characteristics | Water Quality |
|---------|-----------------|---------------|
| Florida Mesa | Local aquifer located in southeast La Plata County. Recharge is from historic and current irrigation. | No detailed water quality data are available. |
| Major Alluvial Aquifers | Largest quaternary alluvial aquifers are located along the La Plata, Animas, Florida, and Los Pinos Rivers. Most wells completed in these aquifers are less than 170 feet.[4] | Water quality is typically good, but highly variable. Headwater aquifers of the Animas and La Plata Rivers contain high concentrations of heavy metals and are acidic.[4] |

[1] Robson and Banta (1995). Ground Water Atlas of the United States.
[2] BLM and USFS (2006). Northern San Juan Basin Project.
[3] Cox et al. (2001). Ground Water-Surface Water Interactions between Fruitland Coalbed Methane Development and Rivers.
[4] Topper et al. (2003). Ground Water Atlas of Colorado.

In the PLAA, the GSGP is a lithologic unit within the Paradox Formation, which is part of the Pennsylvanian age Hermosa Group. The Paradox Formation was created through repeated marine flooding and desiccation, and consists of limestone, dolostone, black shale, anhydrite, halite, and other salts (USGS 1992). Groundwater resources in the Paradox Basin consist of two bedrock aquifers: an upper Mesozoic sandstone aquifer system and a lower Paleozoic carbonate aquifer system, as well as shallow groundwater resources located in the quaternary alluvium (Topper et al. 2003). Additionally, the Paradox Basin contains many developed and undeveloped seeps and springs. The salts of the Paradox Formation serve as a confining layer separating the upper Mesozoic and the Paleozoic aquifer systems (USGS 1983a, 1983b). The water of the Paradox Formation is brinish or saline with chloride concentrations ranging from 62,440 to 115,400 mg/L, and total dissolved solids ranging from 6,730 to 381,436 mg/L (USGS 1983a, 1983b). The Paradox Formation produces no usable water (USGS 1983a, 1983b). The current State of Colorado and EPA secondary maximum contaminant levels for chloride and total dissolved solids in public drinking water are 250 mg/L and 500 mg/L, respectively (5 Code of Colorado Regulations 1003-1; 40 CFR 143.2).

In the Paradox Basin, groundwater wells for domestic and municipal use are placed in quaternary alluvium or the shallow Mesozoic sandstone aquifers. Average municipal and domestic well depth is 179 feet, and 90% of wells are completed to depths shallower than 350 feet (Topper et al. 2003). Existing gas wells in the area have an average depth of 4,400 feet, oil wells average approximately 1,000 feet deep.

## Human Activities and Management Activities

Over time, human activity within the planning area has resulted in widespread and varied alterations to hydrologic systems. Stream system alterations include changes in flow regime, sediment transport, riparian vegetation, stream stability, floodplain function, and aquatic ecosystems. The majority of these changes are associated primarily with land management activities, including road construction, livestock grazing, vegetation management, recreation use, aquatic species management, water diversion/regulation, and mineral development.

Roads

The construction and maintenance of roads has long been recognized as a potential and major source of sediment in forested watersheds (Megahan and Kidd 1972; Reid and Dunne 1984). Roads can change natural runoff patterns by increasing the amount of impervious surface in a watershed, and/or by intercepting overland flow or shallow subsurface runoff. The network of road drainages

BLM_0032152

often routes this water, and the associated sediment, directly into streams (MacDonald and Stednick 2003). Sediment is the major pollutant associated with roads on public lands. Sedimentation in streams impacts water quality, which can, in turn, impact aquatic life. Sediment can also alter channel morphology, which can subsequently impact aquatic habitat.

Road construction and maintenance activities can result in physical changes to streams, including floodplain and riparian habitat modifications, channel degradation, and fish passage reduction. When roads and streams interact, there can also be economic impacts, including higher road maintenance and stabilization costs, and higher water treatment costs for public water supplies. It can also lead to rapid sedimentation, filling in water storage reservoirs and ponds. Ecological impacts commonly associated with stream/road interactions include aquatic, riparian, and wetland habitat degradation (USFS 2005).

There is an estimated 7,000 miles of road within the planning area. Most roads on the SJNF were initially built to facilitate timber harvesting. Some of these roads now serve multiple uses as part of the managed road system. Many roads persist on the landscape in an unmanaged state because they were never decommissioned after use. Most roads on BLM-administered lands were built primarily for minerals development and/or exploration or oil and gas development (and associated seismic exploration activities).

Many areas within the planning area exhibit road-related watershed impacts. In relation to roads, most of these watersheds were developed prior to current-day road construction standards and mitigation measures. The lack of funding for adequate road maintenance continues to be a serious problem on much of the 3,000 miles of authorized roads within the planning area. The thousands of miles of unauthorized or unmanaged roads are also problematic. Unauthorized roads have few plans in place or funds authorized to correct erosion/drainage/public use problems that are causing chronic impacts to some watersheds. Within the planning area, efforts at reducing road densities have resulted positive watershed results (e.g., Box Canyon Watershed). However, it is anticipated that degraded watershed conditions would persist until funds and/or priorities address road problems on a watershed-wide basis.

Road densities across the planning area vary from undeveloped wilderness to road densities of more than 6 miles per square mile. The average road density across the planning area is 0.8 mile per square mile (calculated in accordance with methods in the Route Density Guidelines found in Volume III, Appendix H). Watersheds with very high authorized and unauthorized road densities often show the greatest road-related impacts. Watersheds with the highest overall road densities within the planning area are summarized in Table 3.6.3; 21 of the top 25 watersheds (in terms of road density) have no USFS ownership (i.e., all public lands are under BLM management). Of these 25, nine are watersheds identified as having salinity issues in the 1974 Colorado River Basin Salinity Control Act (see Appendix I). In those watersheds where USFS ownership exceeds BLM ownership, the average road density is 0.6 mile/square mile. In watersheds where BLM ownership exceeds USFS ownership, average road density is 1.1 miles/square miles.

**Table 3.6.3: Watersheds with the Highest Road Densities within the San Juan National Forest and Tres Rios Field Office**

| HUC 6 | HUC 6 Watershed Name | Road Density (mile/square miles) | Agency |
|---|---|---|---|
| 140300030410 | Broad Canyon | 6.4 | BLM |
| 140802020302 | McElmo Creek-Trail and Goodman Canyon | 5.9 | BLM |

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| 140300021003 | Bull Canyon | 5.2 | BLM |
| 140300021101 | East Paradox Creek | 4.5 | BLM |
| 140300020706 | Dolores Canyon-Nicholas Wash | 3.7 | BLM |
| 140300030505 | Lower Dry Creek | 3.5 | BLM |
| 140300020513 | Lower Disappointment Valley | 3.4 | BLM |
| 140300030503 | West Fork Dry Creek | 3.3 | BLM |
| 140300020702 | Summit Canyon | 3.3 | BLM |
| 140300021001 | Big Gypsum Creek | 3.0 | BLM |
| Note: Calculated in accordance with methods described in Road Density Guidelines (see Volume III, Appendix H), considering only watersheds with >1% USFS and/or BLM ownership. ||||

Livestock Grazing

Grazing practices that favor good range and riparian conditions typically have good water quality outcomes. Within the planning area, grazing has impacted riparian health, stream-channel conditions, upland infiltration and erosion, and water quality. The most common livestock-caused impacts include fecal/bacterial contamination, sedimentation, and increased temperatures. Livestock grazing activities with the highest potential for direct and indirect impacts to water resources include long-term concentrated grazing in riparian areas, and trampling/trailing near water sources. Direct bank damage may add large amounts of sediment directly into streams, especially in wet meadow streams or erosive topography that is prone to gully formation (USFS 2005). Unrestricted livestock use of water features (including streams, springs, seeps, and ponds) can also lead to water quality contamination (e.g., fecal and microbial).

Concentrated livestock grazing in riparian areas and wetland ecosystems may occur anywhere within the planning area; however, the lower-elevation drier rangelands tend to show more riparian grazing impacts when compared to higher-elevation forested watersheds. Long-term heavy grazing can shift native woody and herbaceous riparian vegetation into riparian areas dominated by non-native grasses and other vegetation, and result in a great reduction in native woody plants (USFS 2005). This, in turn, can lead to the destabilization of streams and to aquatic-habitat degradation.

Over time, there has been a shift from a predominance of sheep grazing on public lands to a current predominance of cattle grazing, with lower overall stocking rates. For example, in the 1930s, approximately 216,684 sheep and 41,968 cattle were permitted on the SJNF. In 2005, approximately 11,905 sheep and 22,382 cattle were permitted. Decreasing livestock numbers has, in turn, reduced watershed-wide impacts from overgrazing; however, localized problems still exist.

Livestock tend to follow predictable patterns of distribution on the landscape. In general, forested rangelands are not areas where widespread livestock impacts to water occur. Livestock use is often concentrated in high preference sites, including riparian areas and meadows. During the planning process, high-preference grazing areas were mapped for the planning area. Some watersheds have a high proportion of cattle preference areas located in valley floors where floodplains, streams, and riparian areas exist (see Table 3.6.4). These areas would most likely show more direct and indirect impacts to streams and riparian areas from historic and current livestock grazing (USFS 2005).

**Table 3.6.4: Watershed Percent of Valley Floor in High Cattle Preference Grazing Areas**

| HUC 6 | HUC 6 Watershed Name | Percentage of Valley Floor in High Cattle Preference Areas | Agency |
|---|---|---|---|
| 140300020402 | Beaver Creek - Trail Canyon | 68.1% | USFS |
| 140300020601 | Dolores River - Salter Canyon | 60.1% | USFS |

BLM_0032154

| 140300020406 | McPhee Reservoir - Beaver Creek Inlet | 56.0% | USFS |
| 140300020602 | Narraguinnep Canyon Natural Area | 55.8% | BLM/USFS |
| 140300030307 | House Creek | 55.2% | USFS |
| 140801040701 | Florida River Headwaters | 52.3% | USFS |
| 140300020304 | Middle Lost Canyon | 49.3% | USFS |
| 140300020509 | Pine Arroyo | 48.7% | BLM/USFS |
| 140300020507 | Dawson Draw | 48.1% | BLM/USFS |
| 140801020103 | Williams Creek | 46.5% | USFS |
| 140801010304 | Middle Rio Blanco | 46.1% | USFS |

Within the planning area, vegetation management is expected to comply with the most current policies and management techniques. Range condition should continue on the same trend as the last decade; however, the protection and improvement of riparian areas and wetland ecosystems would likely need additional emphasis.

Vegetation Management

Hydrology, water quality, riparian areas and wetland ecosystems health and function, as well as channel and biotic conditions, may all be adversely impacted by large-scale vegetation management (Chamberlin et al.1991). The primary vegetation management tools used within the planning area include timber harvesting, timber stand improvements (TSIs), range management treatments, and fuels reduction. Table 3.6.5 shows the approximate total acreage within the planning area that had different types of vegetation management treatments over the past 30 years.

Range treatments on NFS and BLM-administered lands include seeding, planting, and piling slash. Timber activities occur almost exclusively on the NFS lands within the planning area and include activities such as site preparation (burning and mechanical), harvesting (regeneration cuts, intermediate cuts, and salvage), and slash treatment.

Table 3.6.5: Vegetation Treatments

| Treatment Type | Acres Since 1976 | Agency | Land Base on the SJNF and TRFO |
|---|---|---|---|
| Range improvement | 40 | USFS | 0.01% |
| Timber activities | 227,300 | USFS | 12% |
| Range and other vegetation treatments | 49,600 | BLM | 7% |

Timber harvesting on NFS lands has been concentrated in some watersheds, while no harvesting has occurred in other watersheds. Watersheds that have the highest level of harvest, in relation to the clear-cutting method, are summarized in Table 3.6.6.

Table 3.6.6: Greatest Clearcut Harvest Areas

| HUC 6 | HUC 6 Watershed Name | Percentage Watershed Harvested by Clear-cutting | Percentage River Valley Floor Harvested by Clearcutting |
|---|---|---|---|
| 140300020205 | Roaring Forks Creek | 11.26% | 0.62% |
| 140300020303 | Upper Lost Canyon | 10.61% | 2.36% |
| 140801011301 | Upper Beaver Creek | 10.52% | 1.40% |

BLM_0032155

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| HUC 6 | HUC 6 Watershed Name | Percentage Watershed Harvested by Clear-cutting | Percentage River Valley Floor Harvested by Clearcutting |
|---|---|---|---|
| 140801040402 | Hermosa Creek Headwaters | 7.76% | 0.40% |

Some watersheds have been impacted by large areas of clear-cut harvesting; however, only a small amount of activity has occurred within river valley floors. When all harvesting methods over the past 40 years are considered, approximately 204,700 acres have been harvested in uplands, and approximately 44,700 acres have been harvested within river valley floors.

Harvesting large areas of timber, especially stand conversion timber harvesting, can result in changes in soil water content and water yield, and may create localized site-stability issues. The watersheds identified in Table 3.6.6 may be the most at-risk watersheds for these types of impacts. However, the cumulative impacts of physically harvesting, skidding, building roads, transporting logs, disposing of slash, and preparing sites have a much greater impact on watersheds, when compared to the changes made to vegetation alone. Some watersheds are highly sensitive to disturbances, including timber harvesting activities (see Appendix I).

Water Uses

Development of water for human use has long been a common occurrence in southwest Colorado. Limited irrigation occurred as far back as the Pueblo III period (between A.D. 1150 and 1300). Around Dolores, Mancos, Dove Creek, and Cortez, springs and seeps were developed in order to irrigate small terraces of usually less than 5 acres (Arrington 2006). Along with the earliest European settlements, diversion of water was a common occurrence and included irrigation and mining activities.

Today, there are approximately 1,900 water rights that divert water from streams and springs located within the planning area. A majority of these water rights are owned by non-federal entities. The size of private water developments, as well as the related amount of water diverted, varies greatly. Small developments for individual families often use less than 15 gallons/minute, while larger irrigation or hydroelectric diversions can be 50 cubic feet per second (cfs) or more. McPhee Reservoir, the largest on-channel reservoir within the planning area, has a total storage capacity of approximately 381,195 acre-feet (Bureau of Reclamation 2006).

There are also hundreds of water impoundments located throughout the planning area. Water impoundments and water diversion projects have resulted in numerous direct and cumulative impacts to stream channels, floodplains, aquatic ecosystems, and riparian area and wetlands ecosystems. Ditch failures and maintenance activities often introduce large quantities of sediment into waterways. Diverting water from streams into ditches can result in major alterations to stream-transport processes. This practice can also reduce or eliminate flow, which, in turn, can affect aquatic ecosystems and habitat. Dam regulation can change stream flow timing and quantity, and disrupt sediment routing, which, in turn, can affect ecosystems and physical stream characteristics.

There are many examples of developments for water storage and diversion affecting water-dependent resources within the planning area. One example is the McPhee Reservoir. This project affects almost 100 miles of the Dolores River within the planning area. Since the construction of the reservoir, native and desired non-native fisheries have declined, and recreational boating has been curtailed. Riparian areas and wetland ecosystems, river channels, and floodplains have also been

BLM_0032156

greatly modified. Several grassroots efforts have focused on possible solutions designed to improve conditions on the lower Dolores River.

The Blanco Tunnel diverts water from the Blanco River into an underground tunnel for delivery to New Mexico reservoirs. Approximately 8 miles of the Blanco River within the planning area below the Blanco Tunnel are impacted by the greatly reduced flows. Sedimentation problems exist, in part, due to these reduced-flow and diversion operations.

Although one large diversion or impoundment may result in large aquatic resource impacts, many small diversions may also cumulatively impact streams. Watersheds identified in Table 3.6.7 have the greatest number of diversions found within the planning area, and are, as a result, most likely to exhibit cumulative impacts from water development activities.

**Table 3.6.7: Watersheds with the Most Water Diversions**

| HUC 6 | HUC 6 Watershed Name | Diversions | Agency |
|---|---|---|---|
| 140801011403 | Los Pinos River-Bayfield | 49 | BLM/USFS |
| 140801010404 | Upper Pagosa Springs | 39 | BLM/USFS |
| 140801040503 | Upper Animas Valley-Stevens Creek | 36 | USFS |
| 140802020101 | Simon Draw | 36 | BLM |
| 140801010606 | Navajo River-Weisel Flat | 31 | BLM/USFS |
| 140801010303 | Rio Blanco River-Blanco Basin | 29 | USFS |
| 140801040504 | Upper Animas Valley-Trimble | 26 | BLM/USFS |
| 140801050102 | Hay Gulch | 26 | USFS |
| 140801040502 | Elbert Creek | 25 | USFS |
| 140801011501 | Dry Creek | 24 | BLM |
| 140801070104 | East Mancos River-Middle Mancos River | 23 | BLM/USFS |
| 140801010204 | Lower West Fork San Juan River | 22 | USFS |
| 140801020501 | Yellowjacket Creek | 21 | USFS |
| 140801070103 | Chicken Creek | 21 | BLM/USFS |
| 140801040901 | Middle Animas Valley-Smelter Mountain | 20 | BLM |
| 140801010402 | Laughlin Park | 19 | USFS |
| 140801050106 | Upper Cherry Creek | 19 | BLM/USFS |
| 140801040604 | Animas River-Spring Creek | 18 | BLM/USFS |
| 140801010305 | Rito Blanco | 17 | USFS |
| 140801010403 | Fourmile Creek | 17 | USFS |

The data shown above reflects ditches and pipelines with water rights diverted from streams, in watersheds having 5% or more USFS or BLM ownership. The demand for water development from public lands would continue to increase over time. Projections show that populations could increase by approximately 89% throughout the Dolores, San Juan, and San Miguel basins over the next 30 years (CWCB 2004). The current drought cycles being experienced throughout the Southwest would add to water development pressure. New water storage projects are continually proposed on public lands. After the 2002 drought, the number of water rights filings within the planning area greatly increased. The drought also caused the State of Colorado to study water shortage issues comprehensively up to the year 2030 and create a process to help solve predicted shortages. It is expected that some local solutions from the Statewide Basin Roundtable process would include new water development within the planning area.

During the creation of this LRMP/FEIS, desired future conditions for water-dependent resources were developed. The emphasis would be placed on protecting aquatic ecosystems and maintaining streams, floodplains, and watersheds that function well. Maintaining or restoring functioning

BLM_0032157

watersheds and stream systems would ensure that water quality and habitat are protected, as required by federal and state laws, regulations, and policies. However, demand for new water projects, as well as for proposals to change existing water facilities, may occur.  See Table 3.6.8 for a list of the largest reservoirs in the planning area.

**Table 3.6.8: Largest Reservoirs on the San Juan National Forest and Tres Rios Field Office**

| Reservoir | Water Source | Use | Agency |
|---|---|---|---|
| Electra Lake | Cascade Elbert Creeks | Hydroelectric power generation | USFS |
| Jackson Gulch | Mancos River System | Irrigation and domestic use in Mancos Valley; hydroelectric | BLM |
| Lemon Reservoir | Florida River | Irrigation for Florida Mesa, La Plata County; hydroelectric | USFS |
| McPhee Reservoir | Dolores River | Irrigation and domestic in Cortez, Dove Creek, Ute Mountain Ute Tribe, and other irrigated lands; hydroelectric | USFS/BLM |
| Summit Lake | Lost Canyon | Irrigation for lands in Montezuma County | BLM |
| Vallecito Reservoir | Los Pinos River | Irrigation for the Southern Ute Indian Tribe and other irrigated lands; hydroelectric | USFS |
| Williams Creek Reservoir | Piedra River System | Wildlife, CPW | USFS |

<u>Wells and Other Groundwater Developments</u>

Previous RMPs related to the planning area did not, for the most part, address groundwater resources. Over the last 10 years, proposals to develop large quantities of groundwater for consumptive use have been steadily increasing. It was recently recognized that the large volumes of groundwater produced during fluid minerals extraction could impact aquifers and the connected surface water features.

There are approximately 634 water wells located on NFS and BLM lands within the planning area. Table 3.6.9 summarizes basic information about existing wells. Over the past 30 years, 23,000 oil and gas production wells have been drilled in the San Juan Basin. In order to recover methane ($CH_4$) gas, many of these wells require pumping of groundwater from the Fruitland and Pictured Cliffs formations. An estimated 25,000 barrels of water per day is produced from the San Juan Basin as a result of CBM development. To date, a typical CBM well in this basin has produced 250,000 barrels of water. Almost all of this water is disposed of through reinjection into deep aquifers of poor water quality (BLM and USFS 2006a).

**Table 3.6.9: Wells on the San Juan National Forest and Tres Rios Field Office**

| Primary Use | USFS | BLM |
|---|---|---|
| Irrigation | 2 | 3 |
| Municipal | 16 | 5 |
| Commercial | 35 | 7 |
| Industrial | 2 | 16 |
| Recreation | 2 | 0 |
| Domestic | 265 | 82 |

BLM_0032158

| Primary Use | USFS | BLM |
|---|---|---|
| Livestock | 4 | 16 |
| Geothermal | 5 | 0 |
| Other | 78 | 96 |
| Total | **409** | **225** |

According to a body of evidence drawn by researchers studying the issue of groundwater surface water interaction in the San Juan Basin, groundwater pumping from the Fruitland Formation has the potential to impact surface water quantity. As the dewatering of the Fruitland Formation continues, there is the potential for reductions in water quantity to streams, springs, seeps, and riparian areas and wetland ecosystem.

Groundwater pumping also occurs in conjunction with $CO_2$ development in the Leadville Limestone on BLM-administered lands in the western portions of the planning area. Quantities of water vary from 1,000 to 2,166 barrels per day, and the water is of poor quality with high total dissolved solids and salt (Kinder Morgan 2005).

Within the planning area, large-scale energy development would continue to result in changes within the Fruitland Formation aquifer. Pumping produced water would continue as existing wells, and a projected 11,000 new wells, are drilled within the San Juan Basin (including in New Mexico) over the next 10 years. At some point, localized portions of the Fruitland Formation aquifer could be effectively dewatered. Some projections show that it would take several centuries to recharge this aquifer (Cox et al. 2001). Dewatering of this aquifer has the potential to cause some springs, seeps, streams, and wetlands located on the Fruitland Formation outcrop to run dry (BLM and USFS 2006a).

<u>Mining and Mineral Development</u>

The mountains surrounding Silverton, Rico, Mancos, and La Plata City have historically been areas of intensive mining. Early placer and hydraulic mining resulted in impacts to floodplains and water quality in the La Plata, Dolores, and Mancos Rivers. Hard-rock mine drainage and tailings have increased the natural geologic background of metals and acidity, and have further impacted the water quality of several rivers and aquifers in the Animas River (near Silverton), the La Plata River, the East Fork Mancos River, the Dolores River (near Rico), and the West Fork Dolores River (near Dunton).

Water quality trends vary across the planning area. Some streams and rivers within the upper Animas River watershed were determined to be impaired by the State of Colorado due to heavy metals pollution. The SJNF and TRFO have an active abandoned mine and lands clean-up program. Current clean-up efforts have focused primarily on the upper Animas River watershed. Clean-up work in the upper Animas River, and other polluted watersheds, is anticipated to continue over the next 15 years.

CBM and $CO_2$ extraction processes may impact groundwater resources, while the infrastructure necessary for fluid minerals development and transport (e.g., roads, well pads, pipelines, and compressor stations) may result in large impacts to watersheds managed by the SJNF and TRFO. Where well densities are high, the impacts of infrastructure may be more pronounced. Sedimentation and altered runoff patterns are perhaps the largest contributing factors to surface watershed degradation associated with this type of energy development (BLM and USFS 2006a). Even with widespread mitigation, the cumulative impacts associated with building roads, pipelines, well pads, and other infrastructure have been large in some areas. For example, mitigation measures would be implemented in order to reduce sediment delivery to surface water sources; however, high road, pipeline, and well pad densities may continue to cumulatively impact water resources.

BLM_0032159

## 3.6.3  Environmental Consequences

### Direct and Indirect Impacts

The types of activities discussed in the following sections have all previously occurred on lands covered by this LRMP/FEIS. Based on observations from previous projects, oil and gas development has the ability to produce greater direct and indirect impacts than most of the other analyzed activities. As a consequence, discussion of the impacts from oil and gas development is separate and more detailed than the discussion of other planning area activities.

### Impacts Related to Watershed, Riparian, and Aquatic Habitat Improvement Projects

As a result of the cumulative impacts of previous management activities, some watersheds located within the planning area exhibit poor conditions. During the Watershed Condition Framework (a recent assessment of 6th-level watersheds on NFS lands), three of 139 watersheds were found to be impaired, and 63 of 139 were found to be functioning, but at risk. A similar assessment has not been completed for watersheds on BLM lands. Maintaining healthy stream-channel function would be a central focus under all of the alternatives, with the goal being that streams effectively transport discharge, sediment, and periodic flooding, and provide aquatic and riparian habitat, as well as a broad spectrum of recreational opportunities. Under all of the alternatives, priorities for SJNF and TRFO watershed restoration programs would focus on pollutant reduction on State of Colorado 303(d) listed streams, saline soil watersheds, or watersheds identified as having the highest level of cumulative impacts or high sensitivity to management activities.

Each of the FEIS alternatives would propose annual watershed restoration projects (including erosion control, stream restoration, riparian/lake/fen treatments, road decommissioning, and/or fish habitat improvement). Alternatives B and C would propose similar goals, with Alternative C treating more acres and stream miles than all other alternatives. Alternatives A and D would treat substantially fewer acres and stream miles than Alternatives B and C, meaning that Alternatives B and C would produce the highest levels of positive watersheds impacts.

### Impacts Related to Road Densities

Using current direction or guidance for the management of roads may greatly reduce impacts to water-dependent resources. Direction can be found in the Water Conservation Practices Handbook (USFS 2006a) and the Surface Operating Standards for Oil and Gas Development (BLM 2006a). Effective measures would include locating roads away from streams, riparian areas, steep slopes, landslide-hazard areas, and high erosion areas. Providing adequate drainage, enforcing seasonal road closures, preserving sediment-filtration buffers, and constructing perpendicular road crossings may also serve as effective mitigation measures.

On NFS lands the current LRMP addresses limiting road densities in specific areas, while no guidance exists for lands under BLM ownership. New guidelines applicable to NFS and BLM lands focus on decommissioning temporary and/or unauthorized roads, and would direct focus to watersheds sensitive to disturbance and watersheds with salinity concerns. New guidelines applicable to all NFS lands focus on limiting route densities by 6th-level HUC, while guidelines pertaining to BLM lands provide no specific direction relative to desired road densities. For this reason, the risk is high that impacts would occur on BLM lands from proposed road construction in watersheds with high existing road densities. The guidelines on NFS lands may result in positive trends in some areas; however, progress is expected to be slow due to limited resources, the large

numbers of current unauthorized roads, and the fact that the large majority of watersheds on the SJNF are currently below the suggested route density guidelines.

All of the alternatives would be subjected to the same access and travel management and water guidelines. Consequently, the differences in watershed impacts would be primarily related to the variations between the alternatives in OHV area designations and motorized suitability determinations, and the number of road miles planned for decommissioning. It would be expected that Alternative C would have the fewest detrimental watershed impacts, followed by Alternative B, then Alternatives A and D. These differences are driven by the larger number of acres classified as suitable or suitable opportunity areas for motorized travel under Alternatives B and C.

## Impacts Related to New Road Construction and Reconstruction

The majority of the road-related potential impacts to watersheds would be associated with new oil and gas activities, which are discussed below. New road construction and reconstruction occurring within the planning area would also be associated with timber harvest. Even with the implementation of guidelines and mitigation measures designed to reduce sediment, the construction of new roads may result in watershed impacts. Mitigation measures would reduce, but would not eliminate, sediment delivery. Roads interrupt and concentrate overland flow, contribute to erosion, and, in some areas, add to existing high road densities, which may add cumulative watershed impacts. Increased delivery of salt and sediment to the upper Colorado River and increased impacts to streams and aquatic habitat may occur under all of the alternatives.

Plans for future timber harvesting may require new road construction and reconstruction. At this time, the size, timing, and/or location of future timber harvesting is not known; therefore, road impacts can only be discussed in a general sense. Suitable timber production acreage is very similar under all alternatives, showing less than 5% variation. As a result, all alternatives have a similar potential for watershed impacts associated with road construction stemming from timber harvesting.

Smaller amounts of new road construction may also be associated with recreation development, minerals development, Special Use Permits, and other activities. Although the amount of road construction necessary for these activities is unknown until projects are proposed, the impacts of these activities are not expected to vary by alternative.

## Impacts Related to Livestock Grazing

Excessive or unrestricted grazing by permitted livestock and big game may result in widespread impacts on watershed health and water resources. On drier BLM-administered lands it is common for livestock to concentrate within valley/canyon floors and in riparian areas. This results in water quality (including in riparian areas and wetland ecosystems) and rangeland degradation. Cattle favor the easy access to water and the better forage found in lower-elevation riparian areas. For the majority of USFS watersheds within the planning area, grazing over the last decade has had moderate to low direct and indirect impacts on watershed or stream health (USFS 2005). Long-term chronic grazing problems that impact water resources occur in localized areas across the planning area. Areas commonly impacted by livestock grazing include mountain grasslands, riparian areas and wetland ecosystems, alpine vegetation, semi-desert grasslands, and places where livestock concentrate directly on or near water sources.

The impacts related to livestock grazing on water resources in the planning area may include increased grazing pressure on areas that are sensitive to impacts (such as riparian areas and wetlands ecosystems, and wet meadows). Increased grazing pressure in these sensitive areas may

BLM_0032161

degrade aquatic and riparian conditions through the direct, physical removal of vegetation and trampling or through the indirect changes to vegetation species composition, decreased shading/increased water temperatures, and changes in water chemistry (USFS 2005). The protection and improvement of riparian areas and wetland ecosystems would receive emphasis under all of the alternatives; however, the degree of success would depend largely on individual grazing permittees. Should grazing be determined to be the cause of impacts to water resources through monitoring, grazing practices would be adjusted to mitigate identified impacts.

For permitted livestock grazing, as well as the acres of land suitable for livestock grazing, Alternative D may result in the highest potential impacts to watersheds and water resources because, out of all of the alternatives, it would propose the largest amount of suitable acreage for both sheep and cattle grazing, as well as the largest amount of projected AUMs for both sheep and cattle. Alternative C would have the fewest acres of land suitable for cattle and sheep grazing and the lowest potential AUMs; therefore, it would have the lowest potential watershed impacts. Alternatives A and B would propose a very similar number of suitable livestock grazing acres and AUMs; therefore, the potential impacts to watershed resources would be similar in magnitude. The direct, indirect, and cumulative impacts of domestic livestock grazing may increase, relative to current conditions, under Alternative D.

## Impacts Related to Timber Harvesting and Fuels Treatment

**Water Yield Impacts** - Timber harvesting and fuels treatments are vegetation management activities that have the potential to impact watersheds and stream health. Major reductions in forest canopy can increase water yield in high-elevation forested watersheds such as spruce-fir forests or cool-moist mixed conifer forests. These increases can be large in some regions. However, in the hydroclimatic regime of the analysis area, annual climate variations are much more important than alterations from timber harvest. Flow increases occur mostly during spring runoff and during the summer; they are not significant until about 25% of the basal area of a forested watershed is cut (USFS 1980). Large openings can suffer snow scour that can reduce site moisture and water yield (USFS 2006a).

Timber harvesting acres would be spread throughout many forested watersheds within the planning area; however, their exact amount and location would not be known until specific projects are proposed. It is not expected that watersheds would receive timber harvesting treatments that would exceed 25% basal area removal over the life of the final approved LRMP; therefore, detectable changes in water yield would, generally, not be a concern. On a site-specific basis, certain sensitive watersheds can have water yield concerns. Some watersheds are prone to mass failure and may be especially sensitive to small changes in water yield. Other watersheds have experienced large amounts of disturbance (including as a result of past management activities, severe climatic events, and/or large wildfires) and may have water yield issues. Those watersheds would be analyzed on a project-by-project basis in order to evaluate if water yield concerns exist. Then the appropriate standards and guidelines would be applied to such projects, as needed, in order to reduce water yield concerns. The volume of timber harvesting is anticipated to be lower than predicted in the current LRMP and would be largely limited to existing roaded areas. The large-scale road construction that occurred over the past decades is not anticipated to occur during the next planning period, because most of the infrastructure is already in place within the planning area.

In terms of timber harvesting, the volume of timber harvesting is similar under all alternatives, lower than predicted in the current LRMP, and largely limited to existing roaded areas. Large-scale road construction is not anticipated to occur during the next planning period, because most of the

272

infrastructure is already in place within the planning area. In terms of fuels treatments, there is no meaningful variation between the alternatives; therefore, the potential impacts to watersheds may be identical under all of the alternatives. In general, fuels treatments would not be expected to result in measurable impacts to water yield because such treatments (including mechanical treatments and prescribed burns) primarily target the understory and small-diameter trees; therefore, they may not measurably alter basal area (except in dry, pinyon-juniper vegetation types). Wildland fire use, on the other hand, may have the potential to result in large changes in basal area and, consequently, may increase water yield, depending on the individual fire. The potential for increased water yield is greatest if wildland fire use occurs in spruce-fir and cool-moist mixed conifer stands that exist in the wettest areas within the planning area.

**Water Quality Impacts** - Sediment is the primary pollutant associated with timber harvesting. With regard to all timber harvesting activities, implementation of water conservation practices, BMPs, guidelines, and relevant standards and guidelines are typically effective in preventing or reducing sediment delivery to water bodies. Road construction associated with timber harvesting has a higher potential to impact water quality. New road construction has the greatest potential for direct or indirect watershed impacts associated with timber harvesting (Megahan and Kidd 1972; Reid and Dunne 1984). Reconstruction on stabilized roads that are covered with vegetation can generate increased sediment (Swift 1984), just as new road construction is a large source of sediment to forested watershed streams.

Vegetation management activities within the planning area are expected to comply with the most current policies and management techniques. The reduction of wildfire risk through fuels treatment would continue to be emphasized on public lands. In the long term, reducing the risk of uncharacteristic wildfires may be a benefit to watersheds and may support the desired conditions for overall water quality (including stream channels, floodplains, groundwater, and watersheds).

The volume of timber harvesting is expected to be similar under all proposed alternatives. Consequently, impacts to water quality from timber harvest are expected to be similar in both type and magnitude under all alternatives.

## Impacts Related to Water Development Projects

Depending on the size and type of project, the development of water for uses within the planning area (as well for adjacent private properties) may result in a range of potential impacts to stream channels, aquatic habitat, and riparian vegetation. However, the direct, indirect, and cumulative impacts of water development are speculative at this point because the number of proponent-driven projects projected within the timeframe of this LRMP/FEIS is unknown.

Most water uses within the planning area are primarily for livestock and wildlife watering, recreation (campgrounds), and administrative sites. There are also a small number of irrigation and fish pond (piscatorial) water uses. With the exception of irrigation and piscatorial uses, the amount of water for planning area uses tends to be small (usually less than 5 gallons per minute, or 0.01 cfs for a source of water). Each year, for the next 10 years, it is expected that there could be an average of two new livestock developments within the planning area. The total quantity of water used by livestock and wildlife would not change much over the next planning period. Most livestock and wildlife developments would be built in order to move the use from the actual source of water to a site that protects an area from trampling and contamination or to facilitate better grazing distribution (which may benefit water quality and riparian habitat). Development of water may also occur if new campgrounds are built or if/when existing campground water use shifts from surface sources to wells

BLM_0032163

to protect public health. The number of new water developments for uses within the planning area is not expected to vary by alternative.

Diversions reduce or eliminate downstream flows, which may, in turn, affect channel size and limit habitat for aquatic and riparian species. Dams alter flow regimes by storing water during runoff (for later release). Dams and diversions can impose substantial barriers to migration of aquatic species and can dewater streams during certain time periods, which can, in turn, fragment aquatic ecosystems (USFS 2005). In some cases, altered flow regimes prolong periods of runoff and can enhance riparian vegetation communities. Water wells can reduce the amount of water in connected streams, springs, and seeps, which, in turn, can have similar impacts to structural water diversions.

Dams impact stream channels in different ways, depending on their operation. Reservoirs store sediment and release sediment-free water below the dam. Water storage reduces peak flows, which, in turn, can reduce the frequency and magnitude of flushing flows. The result can be the reduction of channel capacity, alteration of aquatic habitat, and changes in temperature and other factors that can affect spawning and reproductive success of aquatic species.

It is estimated that new water development projects would continue to be proposed for the planning area in order to meet private water supply needs. Alterations in the availability and timing or runoff under projected climate change scenarios, as well as population growth, may also be factors that lead to increased water development applications for the planning area. The SJNF and TRFO have the responsibility to ensure that permits are consistent with the revised LRMP, as well as with all other applicable laws and regulations. As permits are amended, renewed, or issued, the water projects would be analyzed for environmental impacts, as well as to determine what terms and conditions are necessary.

Some projects may result in major impacts to water resources; however, these impacts are not expected to vary between the alternatives. This is because demand for water use authorizations is driven by proponents, rather than by SJNF and TRFO programs or budgets.

## Impacts Related to Solid Minerals Mining and Mining Reclamation

Mining activities conducted within the planning area may include gravel operations, landscape rock, hard-rock mining, and uranium mining. New mining operations for locatable minerals are expected to be small and limited in quantity. Increases in mining activity are not anticipated; however, to a certain extent, this cannot be predicted. Federal authority over mining activities allows for the setting of terms and conditions in operating plans in order to minimize impacts to public lands. Mining activities may impact water quality and quantity.

The abandoned mines reclamation occurring within the planning area is an intensive program. This is due to the high number of abandoned historic mines in the San Juan Mountains. As work is completed, the number of sites reclaimed is expected to remain steady or to slowly decrease over the next decade. Mine reclamation work is not expected to vary by alternative. The primary objectives of this program include improving water quality and watershed condition. This work is expected to have a net positive impact on water resources under all of the alternatives.

The acres projected for solid minerals development show very little variation between the alternatives; consequently, watershed impacts are expected to be similar for all alternatives.

BLM_0032164

## Impacts Related to Fluid Minerals Development

Groundwater Resources

Impacts to groundwater from projected oil and gas development within the PLAA may occur, assuming that the high potential unleased lands are leased and developed. Primary groundwater concerns for gas development in the PLAA area encompass two broad categories. The first concern is reduced groundwater quantity due to consumptive use during well drilling, well completion, and well operation. The second concern is the potential for reduced water quality due to hydraulic fracturing, subsurface reinjection, and surface spills of produced water or flow back fluids.

Under Alternatives A through D, roughly 8,900 acre-feet of freshwater would be consumed for the drilling and completion of approximately 1,200 wells (Table 3.6.10). Purchase of this water would be required from private sources off federal lands; consequently, the direct and indirect effects on groundwater resources on NFS and BLM lands are unknown due to the lack of specific project proposals at this time.

Table 3.6.10: Acre-feet of Water for the Drilling and Completion of Wells on Currently Leased and Unleased Federal Lands in the Paradox Leasing Analysis Area, All Wells Conventional and Shale Gas

| Alternative | | Alternative A | Alternative B | Alternative C | Alternative D | No Leasing Alternative |
|---|---|---|---|---|---|---|
| USFS | Leased | 827 | 827 | 827 | 827 | 827 |
| | Unleased | 4,453 | 4,184 | 3,703 | 4,437 | 0 |
| BLM | Leased | 2,470 | 2,470 | 2,470 | 2,470 | 2,470 |
| | Unleased | 1,780 | 1,226 | 1,092 | 1,617 | 0 |
| Total | | 9,530 | 8,707 | 8,092 | 9,351 | 3,297 |

During the production of gas, water is typically removed from producing intervals. This water is referred to as "produced" water. Based on the low water yield of many of the formations in the PLAA, as well as the large vertical separation and confining layers between groundwater wells and the target formations of the PLAA (>4,000 feet), the extraction of produced water should not directly or indirectly impact the quantity of groundwater available for domestic and municipal uses.

Hydraulic fracturing would be used to increase gas production from gas-bearing formations. While the exact composition of hydraulic fracturing fluids is proprietary, the majority is fresh water. Minor constituents (<5%) typically include biocide, acid, potassium chloride, gelling and breaker agents, scale and corrosion inhibitors, pH chemicals, friction reducers, and surfactants. While these constituents compose a minor fraction of the fracturing fluids, some additives are known to have adverse human health effects, even in small concentrations (Colburn et al. 2011). During well completion, a portion of the injected hydraulic fracturing fluids is returned to the surface as flow back fluids. Flow back fluids contain fracking materials mentioned above, as well as constituents derived from the target formation, such as hydrocarbons, salts, and minerals.

Due to the large vertical separation between groundwater supply wells and the target formations of the PLAA (>4,000 feet), as well as the presence of confining layers, it is unlikely that hydraulic fracturing would result in the contamination of useable groundwater resources by means of contaminant movement through the intervening formations. For the same reason, it is also unlikely that hydraulic fracturing would result in vertical migration of saline groundwater from the lower Paleozoic carbonate aquifer systems upwards into the upper Mesozoic sandstone aquifer systems.

BLM_0032165

The most likely means by which hydraulic fracturing fluids or saline water could migrate into the upper Mesozoic sandstone aquifers would be through vertical migration along damaged or poorly constructed well bore holes, or if fracturing extends into zones of geologic weakness, such as fractures and faults that are conduits to other zones (USGS 1996; P. Leschak, personal communication, September 10, 2010). The potential for short-term impacts, related to the vertical migration of hydraulic fracturing fluids and groundwater from the lower Paleozoic aquifer, would be mitigated through the implementation of the standards, guides, and leasing stipulations contained in the FEIS. Additionally, BLM oil and gas regulations require operators to isolate freshwater-bearing and other usable water containing 5,000 parts per million (ppm) or less of dissolved solids and other mineral-bearing formation and protect them from contamination (43 CFR 3162.5-2(d)). Implementation of these regulations, BMPs and the plan standards and guidelines are effective in preventing vertical migration of saline water and hydraulic fracturing fluids (P. Leschak, personal communication, September 10, 2010).

Options for the disposal of produced water and flow back fluids typically consist of temporary pit or tank storage and subsequent transport to an off-site treatment facility or injection into deep permeable subsurface target formations of poor water quality. With on-site tank or pit storage, there would be some risk of contaminating shallow groundwater resources by leakage or spills. This risk is effectively mitigated with standard 2.6.31 from the LRMP, Volume II requiring closed loop drilling systems and guideline (2.6.35 requiring non-toxic drilling fluids. Other requirements include lining storage pits with plastic and berming to provide several feet of freeboard. BMPs 15.1 and 15.2 of FSH 2500.25 would be applied to ensure new sources of chemical pollutants do not reach groundwater (USFS 2006a). Other requirements include locating vehicle and service areas, chemical storage and use, and dump areas on gentle upland sites, citing facilities away from springs, seeps, and streams, and preventing entrainment into water sources. Chemicals and containers would be disposed of in state-certified disposal areas. Berms and trenches would be installed around the storage pits, well pads, and around chemical storage and use areas. Any waste material or disturbed areas would be revegetated, and equipment would be inspected daily for leaking chemicals. These measures would be effective in preventing the contamination of groundwater resources.

Another concern with exploration and development in shale gas plays (such as the GSGP) is the contamination of drill cuttings, produced water, and flow back fluids with naturally occurring radioactive materials. Subsequent handling of these products can concentrate the solids and elevate the level of radioactivity, resulting in technologically enhanced naturally occurring radioactive materials. The level of radioactivity in shale gas plays within the planning area is relatively poorly understood. This LRMP contains a lease notice (see Appendix H) that would require data collection and reporting on naturally occurring radioactive materials. The disposition of naturally occurring radioactive materials and technologically enhanced naturally occurring radioactive materials is regulated by the CDPHE.

Reinjection of produced water and flow back fluids into target formations is the typical method of disposing of waste fluids. This practice results in gradually increasing pressures within a specified radius from the injection well. Pressure increases are a function injection rate and the thickness and permeability of the target formation. EPA and Colorado regulations require injection wells be operated in a manner that injection pressures do not induce fracturing in the target formation, thereby confining injected water in the target zone. The underground injection control program, which regulates water injection, delegated from the EPA to the State of Colorado, requires that injections not "manifest themselves in shallow aquifers or useable groundwater supplies." Groundwater supply wells have a large vertical separation (thousands of feet) from potentially targeted formations; consequently,

BLM_0032166

mixing between injected and native water would not affect exploitable or useable groundwater resources.

Each of the alternatives represents a major increase in projected development relative to the No Leasing Alternative; however, the differences in the number of wells between Alternatives A through D are relatively minor, with about 17% difference between Alternatives A and C (relative to the Preferred Alternative). Consequently, the primary differences between the alternatives come in the form of variations in leasing stipulations. The No Leasing Alternative would have no new direct or indirect impacts from gas development, as it would not make any additional lands available for lease.

In addition to proposing fewer wells, Alternatives B and C offer additional guidance on the protection of groundwater resources in the form of CSU special lease stipulations. These stipulations are targeted to prevent contamination of potentially useable groundwater resources (both shallow and deep) and provide significant protections above those of the standard lease terms. Consequently, Alternatives B and C would have fewer environmental impacts to groundwater resources than Alternatives A and D. Between Alternatives B and C, Alternative C would have fewer groundwater resource impacts due to the lower number of wells. The difference between Alternatives B and C is expected to be small, when compared to the potential impacts from either Alternative A or D.

Surface Water Resources

If not mitigated, gas development in the PLAA could potentially result in a broad range of watershed effects. The principal effects include increased erosion and sedimentation due to ground disturbance from the construction of new roads, well pads, pipelines, compressor stations, and other ancillary facilities. Many of these facilities are considered to be long-term sources of ground disturbance, each of which would have the potential to increase erosion and sediment transport to surface waters. Additional potential impacts include the contamination of surface water resources via spillage of fluids associated with oil and gas exploration and production.

Among the facilities constructed, roads are considered to have the highest potential for being major long-term sources of sediment (Megahan and Kidd 1972; Reid and Dunne 1984). With their construction and operation unmitigated, roads can alter stream hydrology in numerous ways. Increased stream discharge, alteration of peak flow timing, and modification of a stream's normal sediment loads can all occur where roads are associated with stream drainages. The increase in flow quantity and sediment loads could modify stream channel morphology and degrade water quality. As a result, non-compliance with water quality criteria and standards could occur, as well as degradation and impacts to related aquatic resources. Additional road-related effects can also include modification of floodplain function and modification to riparian habitat, as well as altering or preventing fish passage.

As the result of oil and gas development within the PLAA, the total miles of roads on NFS lands would be expected to increase by roughly 255 miles, while BLM lands would see an increase of approximately 226 miles. This increase in mileage would be distributed over roughly 947 USFS and 679 BLM square miles, resulting in an increase in road density of 0.26 mile/square mile on NFS lands and 0.33 mile/square mile on BLM lands (averaged across the landscape of the PLAA). Localized increases in road densities would be much higher in some areas, due to the complex interplay of ownership, leasing stipulations, and spatially heterogeneous shale gas resources. It would be expected that both NFS and BLM lands would realize the impacts discussed in the preceding paragraphs, namely increased erosion and sedimentation.

BLM_0032167

The difference in road density changes between NFS and BLM lands would be further influenced by several factors. BLM lands typically have a disproportionate amount of marine-derived shale soils, and BLM lands are not subject to the same route density guidelines as NFS lands. On NFS lands road density guidelines could effectively create reductions in road density in some watersheds or at a minimum place emphasis on maintaining lower road densities in particularly sensitive watersheds (see Appendix I). The PLAA contains all or portions of thirty 6th-level HUC watersheds that were identified in the Colorado River Basin Salinity Control Act of 1974 as having potential salinity issues. BLM ownership exceeds USFS ownership in 24 of the 30 watersheds; however, road density guidelines on BLM lands would likely mitigate salinity contributions from development in these watersheds.

Special lease stipulations that address surface water resource protection include CSU, NSO, and standard lease terms (see Appendix H for a complete set of stipulations), employment of these stipulations varies substantially by alternative. These stipulations are designed to avoid development on slopes greater than 40%, protect perennial water impoundments and streams, and protect riparian areas and wetlands by moving oil and gas exploration and development beyond the riparian vegetation zone. Additional protections are also provided municipal supply watersheds, and the NSO stipulation would also be used to avoid wetlands, floodplains, water influence zones, and fens, all of which are easily disturbed and susceptible to adverse changes in hydrologic function.

Watershed impacts would also be mitigated through the application of BMPs. BMPs are a proven effective set of practices for preventing or minimizing impacts to hydrologic resources (Schuler and Briggs 2000; Seyedbagheri 1996; USFS 2006a). BMPs consist of road design requirements and construction techniques to minimize sediment discharge to streams, lakes, and wetlands, as well as standards for maintaining road stability to control erosion (Region 2 Soil and Water Conservation Handbook 2509.25; BMPs 13.3, 13.4 and 13.5; USFS 2006a). USFS BMPs are typically more restrictive than those applied to BLM lands, and as a consequence the potential for impacts to watershed resources (from spills, etc.) would be lower on NFS lands.

Each of the alternatives represents a major increase in ground-disturbing activities (roads, well pads, etc.) relative to the No Leasing Alternative (Table 3.6.11) and would result in impacts to surface water resources. The differences between the alternatives come in two major categories. First, special lease stipulations vary by alternative, and second, acres of disturbance vary by alternative.

Alternatives B and C have more restrictive stipulations relative to Alternatives A and D, disturb fewer acres, and would have a lower level of impacts to surface water resources. Variations in stipulations between Alternatives B and C include Alternative C being more restrictive of development in municipal supply watersheds and intermittent/ephemeral streams, on steep slopes and shale, or on gypsum soils. These factors, combined with fewer acres of disturbance, mean that Alternative C would have the lowest impacts to surface water resources, followed by Alternative B, then A and D.

**Table 3.6.11: Total Acres of Disturbance for Wells on Currently Leased and Unleased Federal Lands in the Paradox Leasing Analysis Area, All Wells Conventional and Shale Gas**

| Alternative | | Alternative A | Alternative B | Alternative C | Alternative D | No Leasing Alternative |
|---|---|---|---|---|---|---|
| USFS | Leased | 530 | 530 | 530 | 530 | 530 |
| | Unleased | 3,040 | 2,865 | 2,240 | 3,025 | 0 |
| BLM | Leased | 1,780 | 1,780 | 1,780 | 1,780 | 1,780 |
| | Unleased | 1,290 | 908 | 810 | 1,140 | 0 |
| Total | | 6,640 | 6,083 | 5,360 | 6,475 | 2,310 |

BLM_0032168

## Cumulative Impacts

The cumulative impacts analysis described herein is for the period of expected LRMP implementation (which is 10–15 years) and is bounded by the 6th-level HUC boundaries associated with the federal lands discussed in this FEIS. (An example of the size of a 6th-level HUC would be roughly the size of Hermosa Creek or the Piedra River watersheds.) Looking past the boundaries of the planning area in order to consider how the direct and indirect impacts of management activities would cumulatively add to downstream water quality, the most important consideration is that the headwaters of streams and rivers are located on public lands. With the exception of some lands in the upper Animas River watershed and in the northwest portions of the planning area, there are no water courses that originate on private lands that flow into the planning area.

Watershed cumulative effects include the total impacts of runoff, erosion, sediment or water yield, and water quality that results from the incremental impact of a Proposed Action when added to other past, present and reasonably foreseeable future actions occurring within the same natural drainage basin or watershed. This analysis includes not only development on the federally managed lands, but also state and private lands.

The largest potential for cumulative impacts to watershed resources in the planning area comes from development in the PLAA. In addition to development on the federal mineral estate, approximately 2,500 acres are projected for ground surface disturbance from oil and gas activities on state and private lands. Potential impacts to surface water resources would be the same as on lands administered by the SJNF and TRFO, and would be the same for all alternatives. Consequently, the differences in the cumulative effects between Alternatives A through D would result from differences in development on the federal mineral estate.

The potential cumulative effects on surface water resources from gas development are the same as those discussed in the analysis of the direct and indirect effects. Additional development on private and state lands, without appropriate management of both road density and construction techniques, would result in increased erosion and sedimentation. These problems would likely occur in watersheds, and on soils, that could create conditions that are contrary to the desired outcomes of the Colorado Basin Salinity Control Act of 1974.

The potential cumulative effects on groundwater resources from gas development are the same as those discussed in the analysis of the direct and indirect effects (effects from future development on lands currently leased), consisting of reduced groundwater quantity due to consumptive use during well drilling, well completion, and well operation, and reduced water quality due to hydraulic fracturing, subsurface reinjection, and surface spills of produced water or flow back fluids.

Water used for well drilling, completion, and operation on the federal mineral estate is assumed to come from off-site. Due to the lack of specific project proposals, the effects on groundwater resources on federal lands are unknown. However, water used for these operations on state and private lands would likely come from ground or surface water sources within the planning area. The withdrawal of groundwater resources from the planning area has the potential to place pressure on existing domestic, municipal, and agricultural groundwater uses at a time period when municipal demand for water is expected to grow (CWCB 2010).

Based on the analysis in the direct and indirect section, the cumulative effects on water resources (ground and surface) of Alternatives B and C would be similar, with Alternative C likely having fewer impacts. The cumulative effects of Alternative A and D would be similar in type, but greater in

BLM_0032169

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

magnitude than those of Alternatives B and C because Alternatives A and D project the greatest
amount of acres of disturbance with fewer mitigation measures.

# 3.7  Livestock and Rangeland Management

## 3.7.1  Introduction

Domestic livestock grazing has occurred on public lands within the planning area since the late 1870s
(O'Rourke 1980). The livestock industry, comprising mostly ranching families, has been an integral
part of community development, as well as overall lifestyle, in southwest Colorado. Public lands
supply winter, spring, and summer grazing for dependent livestock producers and represent a
significant portion of their total operations. Generally, term grazing permits are issued for 10 years to
qualified producers, allowing grazing on designated areas or allotments. Permit holders or grazing
permittees pay an annual fee for the privilege of using public land forage. They are also required to
abide by the terms and conditions of the grazing permit. These terms and conditions address
livestock and land ownership, range improvement construction and maintenance, and required
livestock management practices. Most permitted livestock spend approximately 4 months of the year
on public lands, although permittees who have grazing permits for both NFS and BLM public lands
may be permitted to use public lands for a longer period of time. Day-to-day public land grazing
administration is delegated to local District Rangers and Field Office Managers. Implementation of
required management practices and long-term impacts related to grazing are monitored. As
necessary, adjustments are made in order to ensure compliance with the terms and conditions of
grazing permits, as well as to maintain or improve long-term public land health.

### Legal and Administrative Framework

Requirements from the following list of policy, law, and other direction would apply to management of
livestock grazing and rangeland and would mitigate the potential impacts of management activities:

- BLM grazing regulations at 43 CFR 4100
- BLM Colorado Public Land Health Standards
- BLM IMs and Bulletins related to the agency livestock grazing management program
- USFS grazing regulations at 36 CFR 222
- USFS range management manual direction at FSM 2200
- USFS grazing permit handbook direction at FSH 2209.13
- USFS Watershed Conservation Practices Handbook, FSH 2509.25
- Standards and guidelines displayed in the LRMP

## 3.7.2  Affected Environment

### Existing Conditions and Trends

Public grazing lands are used by 101 USFS and 64 BLM grazing permittees. Of these grazing
permittees, 13 have grazing privileges on lands administered by both agencies. Grazing use for each
allotment is assigned in terms of AUMs. An AUM is the amount of forage needed to sustain one cow,
five sheep, or five goats, for a month. Allotments on the SJNF and TRFO support a total of 132,464
AUMs (Table 3.7.1). Table 3.7.2 shows the status of grazing allotments in the planning area. The
grazing season on TRFO lands is usually fall, winter, or early spring, with the exception of seven

280

BLM_0032170

sheep allotments in the Silverton area that are only grazed during the summer. SJNF lands are generally grazed during the summer.

**Table 3.7.1: Current Active AUMs on Lands Administered by the San Juan National Forest and Tres Rios Field Office**

| Livestock Class | USFS | BLM | Total |
|---|---|---|---|
| Cattle | 102,925 | 21,070 | 123,995 |
| Sheep | 6,396 | 2,073 | 8,469 |
| Total | **109,321** | **23,143** | **132,464** |

**Table 3.7.2: Grazing Allotment Status**

| Allotment Status | USFS | BLM | Total |
|---|---|---|---|
| Active | 99 | 85 | 184 |
| Vacant | 25 | 38 | 63 |
| Other | 3 | 0 | 3 |
| Total | 127 | 123 | 250 |

Less than one-half of the SJNF is under permit for livestock grazing, which is a slight decrease from when the current LRMP was approved. This is mainly due to decreased demand for sheep grazing on the SJNF, as well as opportunities taken to resolve resource conflicts over the years using vacant allotments. Over the last several decades, forage demand on public lands has remained constant. However, market factors, predator-control issues, and federal government policies eliminating wool subsidies have resulted in a significant reduction in sheep numbers.

Acres of rangelands suitable for livestock use have decreased by about 20% due to closure of sheep allotments. The overall trend appears to be in an upward direction as greater than 65% of rangelands and about 60% of riparian areas are meeting or moving towards current LRMP objectives. One of the major reasons for the improvement has been improved grazing management tied to effective timing of livestock grazing and establishment of effective grazing systems. In addition, large fires such as the 2002 Missionary Ridge Fire and the 2012 Little Sand Fire, as well as an ongoing bark beetle infestation, are restoring more diverse landscapes on the SJNF. The majority of areas not meeting objectives are within riparian areas, native meadows, and closed canopy timber stands due to lack of disturbance.

Range improvement practices used under the current LRMP to restore or maintain rangelands and riparian areas include but are not limited to managed fire for resource benefits, timber harvest, mechanical and biological treatments, chemical use to control invasive species, reseeding, structural range improvements, and improved livestock management practices. These practices would continue under the new LRMP. Table 3.7.3 displays range conditions and trends on lands suitable for livestock use on the SJNF. Acres include areas closed to grazing In order to provide a better overall assessment of range conditions.

**Table 3.7.3: Range Trends on Lands Suitable for Livestock Grazing (San Juan National Forest)**

| Trend | Rangelands | | Riparian Areas | |
|---|---|---|---|---|
| | Acres | Percentage | Acres | Percentage |
| Verified meeting LRMP objectives | 713,893 | 46 | 18,531 | 34 |
| Estimated meeting LRMP objectives | 166,761 | 10 | 7,030 | 13 |

BLM_0032171

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Trend | Rangelands | | Riparian Areas | |
|---|---|---|---|---|
| | Acres | Percentage | Acres | Percentage |
| Subtotal | 880,654 | 56 | 25,561 | 47 |
| Verified moving towards LRMP objectives | 55,337 | 4 | 1,070 | 2 |
| Estimated moving towards LRMP objectives | 108,998 | 7 | 5,704 | 10 |
| Subtotal | 164,335 | 11 | 6,774 | 12 |
| Verified not meeting LRMP objectives | 56,883 | 4 | 1,158 | 2 |
| Estimated not meeting LRMP objectives | 19,273 | 1 | 2,484 | 5 |
| Subtotal | 76,156 | 5 | 3,642 | 7 |
| Undetermined status | 428,082 | 28 | 18,522 | 34 |
| Total Acres | 1,549,227 | 100 | 54,499 | 100 |

Implementation of the eight BLM Colorado grazing guidelines has helped move rangelands on the TRFO towards meeting BLM Colorado rangeland health standards. These guidelines include deferring livestock grazing on a regular basis during the critical growing season to promote perennial grass maintenance, allowing for adequate regrowth and recovery, and allowing an opportunity for seedling establishment. Table 3.7.4 displays the status of BLM rangelands in making progress towards meeting BLM Colorado rangeland health standards.

**Table 3.7.4: Rangeland Health Status within the Tres Rios Field Office\***

| Acres Meeting or Making Progress towards Meeting Standards | Acres Not Meeting, but Appropriate Action Has Been Taken to Ensure Significant Progress towards Meeting Standards (livestock a significant factor) | Acres Not Meeting Standards and Livestock Are Not a Factor |
|---|---|---|
| 155,043 | 226,525 | 8,431 |
| \*196,418 acres on the TRFO were not assessed and are not included in this table. | | |

## Suitability of Lands for Livestock Grazing

The NFMA and the 1982 USFS planning regulations require that NFS lands be identified as suitable or unsuitable for livestock grazing. The BLM Land Use Planning Handbook requires that BLM lands be identified as available or unavailable for livestock grazing. In this FEIS, suitability and availability are synonymous, and the term "suitable" is used to describe the SJNF and TRFO where livestock grazing is allowed to occur. Using the process described in the BLM's Land Use Planning Handbook and the USFS Region 2 Desk Guide, a suitability analysis was conducted. It provides a determination of areas generally suitable for livestock grazing. Lands suitable for grazing are lands with vegetation that can be used by grazing animals, both domestic and wild herbivores, without damage to the soil and water resource values. Table 3.7.5 displays current grazing suitability by livestock class for the SJNF and TRFO. Maps 8 through 11 (Volume III, Appendix V) depict SJNF and TRFO lands suitable and unsuitable for cattle and sheep grazing, by alternative.

BLM_0032172

**Table 3.7.5: Lands Currently Suitable for Livestock Grazing**

| Livestock Class | SJNF | | TRFO | |
|---|---|---|---|---|
| | Acres | % of Land Base | Acres | % of Land Base |
| Cattle | 689,628 | 34% | 300.828 | 60% |
| Sheep | 183,733 | 10% | 9,031 | 2% |

## Management Indicator Species

The SJNF has identified four MIS: elk, American marten, hairy woodpecker, and Abert's squirrel. Winter range is the limiting factor for elk. Livestock grazing occurs in most identified elk winter range areas. Winter range habitat maintenance and improvement would be accomplished through appropriate rotational grazing systems, managing for forage regrowth, habitat improvement projects, and limited livestock use of browse species later in the grazing season so that preferred browse species are available to wintering elk. American marten occupy mid to late seral spruce fir and cool-moist mixed conifer habitats. Suitable livestock grazing acres are limited in these vegetation types due to lack of livestock forage caused by closed canopies. Livestock grazing impacts would be directly related to the American marten's prey base. However, as livestock forage is limited within American marten habitat any direct impacts would be minimal. Hairy woodpeckers are cavity nesters and prefer dense canopies in coniferous and deciduous forests. These areas are usually unsuitable to secondary ranges and are not generally preferred by livestock. Therefore, managed livestock should not adversely impact hairy woodpeckers. Abert's squirrels are dependent on ponderosa pine—specifically mid to late seral conditions. As long as livestock grazing practices do not limit fine fuel accumulation and do not impact ponderosa pine regeneration, there should be limited impacts from livestock management.

## Livestock Grazing and Rangeland Trends

The following discussion highlights ongoing and possible future trends in livestock grazing and rangeland management across the planning area.

Rangeland Management

Management directed at improving and maintaining rangeland health would continue. Overall livestock numbers may remain stable; however, adjustments could occur through allotment management plans and/or annual operating instructions in order to resolve resource problems at the project level or increase based on available forage.

Ongoing Drought

Should the current drought continue, rangeland productivity would continue to decline, which in turn would require management adjustments through allotment management plans and/or annual operating instructions. Over time, these adjustments (including reduced livestock numbers and modified grazing seasons) may become permanent. In addition, permanent unfavorable changes to rangeland vegetation, such as cheatgrass invasion into healthy rangelands, could also occur, which could also require permanent livestock management changes. The new LRMP provides management direction for future spread of invasive annual weed species through desired conditions and objectives.

BLM_0032173

Decline in Investments for Structural Range Improvements

Earlier RMPs called for substantial investments in range improvements including fences, reservoirs, and vegetative manipulations. At present, the majority of desired structural infrastructure is in place. Declining budgets, combined with other market factors (including high land prices and continuing loss of rural lands to development), as well as potential resource conflicts, may make additional investments (outside replacement costs) in range structural improvements increasingly unattractive. However, investment in non-structural range improvements such as fuel reduction projects, seeding, and noxious weed control should continue, as they are cost effective and provide multiple resource benefits.

Forage Competition between Domestic Livestock and Big Game

Forage competition between domestic livestock and big game would continue to increase. As more private land is developed and more habitat is impacted on private lands, there would be less available forage overall. Reducing forage conflicts may require changes to livestock numbers and grazing seasons. The LRMP direction for rangeland management and the monitoring plan address the need to consider forage conflicts.

Loss of Open Space

Private ranchlands provide significant wildlife habitat, including critical big game winter range, by maintaining large areas of open space. As the rate of private land development increases, both regionally and locally, there would be a net loss of agricultural lands. This means management options designed to address resource conflicts could decrease over time. This trend would require public land management agencies to revisit the current base property requirements necessary to hold a federal grazing permit. Over the last 5 years, there has been an increasing use of conservation easements designed to limit development on private lands in order to preserve open space. Should this trend continue, the rate of loss of agricultural lands may be slowed. These conditions would continue to be monitored during implementation of the LRMP.

Demand for Federal Grazing Privileges

Due to the reasons previously discussed, demand for federal grazing permits may increase as a result of the loss of private agricultural lands capable of supporting livestock. This issue would be monitored during implementation of the LRMP.

Demand for Red Meat

Due to population increases, overall beef consumption is expected to continue to increase.

Demand for Wool and Sheep

The demand for these products has been declining over the years. However, based on the use of sheep for weed-control work, an improved wool market, and an improved competitive stand with the rest of the world's wool-producing countries, demand may increase.

## 3.7.3 Environmental Consequences

### Direct and Indirect Impacts

Under Alternatives A and B, changes to livestock grazing management would generally be minor in that permitted AUMs would only change by approximately 2% from Alternative A to B (see Table

3.7.6). Alternative A would propose to continue current permitted livestock levels. Alternative B would propose to slightly increase permitted AUMs by combining several vacant custodial BLM allotments with active BLM allotments in the maintain category and continuing to offer other BLM allotments in the maintain category while eliminating permitted AUMs on vacant custodial BLM allotments. Three currently vacant USFS allotments would be offered through the grant process. Alternative C would be the most restrictive alternative in that livestock grazing would be managed in order to enhance wildlife, cultural, and soils values, which would result in lower stocking rates (see Maps 8–11 [Volume III, Appendix V] for comparative stocking rates by alternative). This is because several vacant USFS sheep allotments would be permanently closed to livestock grazing, and BLM sheep allotments in the Silverton area would be closed to livestock grazing to eliminate potential wild and domestic sheep conflicts. The BLM Spring Creek allotment located within the Spring Creek Wild Horse HMA would be closed to livestock grazing to promote soil and vegetation improvement and move resource conditions closer to meeting Colorado BLM rangeland health standards, and custodial BLM allotments would be closed to livestock grazing to improve public land management efficiency. Alternative D would propose to increase livestock grazing by offering vacant USFS allotments to qualified operators, increasing stocking rates via restoration activities on BLM allotments in the improve and maintain categories where rotational grazing systems are in place, maintaining stocking levels on BLM allotments elsewhere, and increasing AUMs on USFS grazing allotments within those areas where restoration activities are planned.

**Table 3.7.6: Estimated AUMs by Alternative**

| Livestock | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| Cattle | 123,995 | 126,961 | 107,791 | 163,479 |
| Sheep | 8,469 | 8,469 | 4,997 | 13,608 |
| Total | **132,464** | **135,430** | **112,788** | **177,087** |

Lands suitable for livestock grazing would also change by alternative (Table 3.7.7). Generally, lands suitable for grazing would be similar under Alternatives A and B. Alternative C, however, would implement major changes in lands suitable for sheep grazing, as well as minor changes in lands suitable for cattle grazing by reducing the amount of overall suitable grazing lands. Alternative D would implement a major increase in lands suitable for sheep grazing and a minor increase in lands available for cattle grazing. Alternative D, when compared to the other alternatives, would provide the most suitable grazing lands; Alternative C would provide the least suitable grazing lands.

**Table 3.7.7: Suitable Grazing Acres by Alternative**

| Livestock | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| Cattle | 990,456 | 982,849 | 879,962 | 1,110,446 |
| Sheep | 192,764 | 192,764 | 123,703 | 192,764 |

Differences in suitable grazing lands may also be used to estimate potential livestock grazing impacts to other resources, including riparian areas and wildlife habitat. Alternative D, followed by Alternatives A, B, then C, would provide the most suitable acres of livestock grazing; thus, the potential for livestock grazing impacts may be the most significant under Alternative D and least significant under Alternative C. It would be reasonable to assume that under Alternative D, livestock management, including grazing permittee management involvement, would need to be more intensive and may require more investments in range improvements such as fencing, vegetation manipulation, and water developments, in order to avoid or mitigate potential impacts to other resources. Alternative C would provide the most opportunity to remedy livestock grazing conflicts with other resources

BLM_0032175

because livestock grazing would occur on fewer acres of public land and stocking rates would be the lowest than under any other alternative. Specific changes to allotment management practices, regardless of the alternative chosen, would be made at the project level.

LRMP components for livestock grazing as displayed in the LRMP would be the same under Alternatives B, C, and D and would change from the current plan (Alternative A). Livestock grazing suitability differs by alternative. Under Alternative B, acres of suitable grazing lands would decrease 3% on BLM lands due to closure of vacant custodial BLM lands and would not change on NFS lands. Under Alternative C, acres of suitable grazing lands for cattle would be 93% of what is currently suitable on the SJNF and 79% of what is currently available on the TRFO; acres of suitable grazing lands for sheep would be 67% of what is currently available on the SJNF and 11% of what is currently available on the TRFO. These changes are mainly due to closure of certain sheep allotments on all public lands and closure of all BLM custodial allotments. Under Alternative D, acres of suitable grazing lands for cattle would increase by 16% and 3% for NFS and BLM public lands, respectively, and remain the same as Alternatives A and B for suitable grazing lands for sheep. The increase in suitable cattle acres would mainly be as a result of more grazing allotment availability.

## General Impacts

Since the early 1920s, permitted livestock grazing on public lands has decreased. Since the 1980s, however, livestock numbers appear to have stabilized. Increasing demands for other public land uses, as well as changes in the market and in the use of surrounding private lands, may account for the long-term decrease. Grazing permittee involvement and commitment to meeting public land goals and objectives is critical to maintain current stocking levels. Overall, demand for public land grazing privileges remains strong, especially for cattle allotments.

Monitoring indicates that there are areas where MA direction is not moving rangelands toward desired conditions. Objectives, standards, and guidelines addressing livestock management in the revised LRMP would provide management direction needed to move rangelands towards desired conditions. Therefore, it is possible that as project-specific grazing decisions are implemented, downward changes in permitted use could occur in order to reach sustainable stocking levels.

Permitted livestock grazing, along with the combination of vegetative treatments designed to improve rangeland health (including aspen management, seeding native species, and prescribed and natural fires) would all contribute to moving rangeland vegetation toward desired conditions. In contrast, current trends in motorized recreation, the current lack of fire in fire-adapted ecosystems, current increases in noxious weed populations, and livestock management occurring outside prescribed guidelines may move rangeland vegetation away from desired conditions. It is expected, however, that conditions should improve in the long term as livestock management is brought into compliance and the new LRMP is implemented.

## Impacts from Fire and Fuels Mitigation

Under LRMP objectives an average of 13,000 acres would be treated annually using a combination of mechanical fuels treatment and prescribed fire, and approximately 3,000 acres of fire-related treatments are projected using wildland fire use fires. These methods and objectives are consistent across alternatives.

Generally, earlier seral conditions favorable to production of grasses and forbs would be maintained or even increased in some areas due to LRMP fire management activities and some mechanical fuels treatments. Managed fire and fuels projects may result in increased availability of forage in the long

BLM_0032176

term. The potential for forage allocation increases (AUMs) is a factor that contributes to the higher livestock grazing objectives in Alternative D. Fire and fuels projects planned in unsuitable rangelands would generally have little beneficial effects.

While wildfire can be beneficial due to changes made to vegetation structure through removal of trees and brush, nutrient recycling, and a subsequent increase in forage production, it can also destroy natural boundaries, fences, and other range improvements, and cause additional environmental impacts such as burned soils that necessitate removal of livestock for some time in order to ensure recovery takes place. These effects, regardless of alternative, can increase costs to grazing permittees as they are forced to find other forage sources, and the effects can increase costs to both the government and grazing permittee due to range improvement replacement costs.

Generally, effects to vegetation result in at least a short-term forage production improvement. Provided that projects are retreated to maintain desired vegetation conditions, managed fire and fuels projects could result in increased availability of forage in the long term. Secondary beneficial effects would be improved livestock distribution, improved riparian condition, suitable acres for livestock maintained, and overall management flexibility improved. The most benefit to livestock grazing due to fire and fuels management would be realized under Alternative D, because more livestock grazing would be authorized, followed by Alternatives B, A, and C.

## Impacts from Minerals Management

Uranium development in the Dove Creek/Slickrock area could be a major solid minerals activity in the coming years. Other minor development, such as gravel pits, would take place across the SJNF and TRFO with lower levels of disturbances. This level of development would occur under all alternatives. If projects are approved the effects to livestock grazing would depend on where disturbance occurs and when the activity would be reclaimed. If the disturbance occurs on suitable grazing lands on active grazing allotments, there could be a short-term loss of AUMs, although the amount would be negligible under current stocking rates. As all ground-disturbing activities are required to be reclaimed, long-term AUM loss should not occur. Other short-term impacts such as the need for gates or cattle guards due to increased traffic would be mitigated through leasing and operating stipulations.

Long-term adverse impacts from minerals management activity decisions would occur only when vegetative reclamation activities are unsuccessful. This would provide a risk for invasive species establishment, increased soil loss, and reduced forage production potential. When reclamation is successful, then opportunities for invasive species establishment and soil loss would be lessened, while forage production should increase. As the amount and rate of minerals development is predicted to be the same across alternatives, there would be little net change between alternatives.

No oil and gas leasing stipulations have been developed specifically for livestock management and production. Lands cleared for oil and gas development and operations in the planning area could result in short-term forage loss. The effects of oil and gas leasing and development to livestock grazing would depend on where disturbance occurs, development density, and when disturbed areas are reclaimed. If disturbance occurs on suitable grazing lands on active grazing allotments, there may be a short-term loss of AUMs. However, given current stocking rates, the AUM loss would be minimal. BMPs would be applied as conditions of APD approval and include reconstructing range improvements where impacted by oil and gas development, installing cattle guards, partially reclaiming cleared sites using desirable grass species, and implementing other practices as prescribed to minimize impacts to livestock. Disturbed areas would undergo partial reclamation efforts following facility construction and full restoration following the useful life of the well and would restore loss of forage.

BLM_0032177

Table 3.7.8 summarizes acres of disturbance projected for leased and unleased lands for conventional and GSGP activities within the PLAA by alternative. Impacts are displayed as a range of foregone AUMs, based on light to high stocking densities, by alternative. AUMs are used as a comparison metric. For analysis purposes, all disturbance is assumed to have occurred on suitable cattle grazing lands. Any changes to permitted livestock grazing due to oil and gas development would be decided when field development plans are evaluated. For those acres remaining unleased there would be no disturbance due to oil and gas leasing and thus no AUM loss.

**Table 3.7.8: Acres of Disturbance Projections by Alternative on Leased and Unleased Lands and Associated AUM Losses for the Conventional and Gothic Shale Gas Play area within the Paradox Leasing Analysis Area**

| Alternative | Acres of Disturbance | Foregone AUMs | Percentage of Planned Grazing by Alternative |
|---|---|---|---|
| A | 6,640 | 440–2,200 | <1%–2% |
| B | 6,083 | 400–2,000 | <1%–2% |
| C | 5,360 | 360–1,800 | <1%–<2% |
| D | 6,475 | 430–2,100 | <1%–<2% |

Alternative D leasing decisions followed by leasing Alternatives A, B, and C, respectively, could affect the greatest number of AUMs and suitable rangelands. Overall, AUM loss would be minor, as less than 2% of permitted AUMs by alternative would be affected. Leasing Alternative A, followed by Alternatives D, B, and C, would have the greatest number of well pads and access roads, and consequently, the highest potential to produce AUM impacts. No suitable rangelands would be affected under the No Leasing Alternative on unleased federal lands.

## Impacts from Management of Research Natural Areas

Existing and proposed RNAs are located only on the SJNF. The major direct effect to livestock grazing due to new RNA designations would depend on whether livestock grazing could occur within the RNA. The decision to graze is made when RNA management plans are completed and approved by the appropriate Forest Officer. Should grazing not be allowed for proposed RNAs, there could be a potential loss of AUMs. AUM loss could be tempered or exacerbated by vegetation conditions and the characteristics of the grazing system within the allotment(s) containing the RNA.

Rangeland suitability may be impacted where livestock grazing is proposed to be reduced or eliminated due to RNA establishment. Should natural disturbances such as fire and insect outbreaks not be allowed to occur, then natural succession would move towards later seral stages resulting in long-term decreased forage production. These effects could be mitigated if individual RNA management plans allow for disturbance activities such as fires to maintain herbaceous cover and production.

Table 3.7.9 displays suitable acres that overlap with RNAs by alternative and the potential AUM loss considering current class of livestock use on NFS grazing allotments. Overall, reductions in AUMs are minor and some AUM losses for sheep are in allotments proposed to be closed under Alternative C. Alternative C, followed by Alternative B, has the greatest potential to result in a reduction in AUMs.

BLM_0032178

**Table 3.7.9: Potential AUM Loss Due to New Research Natural Area Designations**

| Alternative | Suitable Sheep Acres within RNAs | Potential Loss of Sheep AUMs | Suitable Cattle Acres within RNAs | Potential Loss of Cattle AUMs |
|---|---|---|---|---|
| A | 0 | 0 | 0 | 0 |
| B | 2,135 | 151 | 906 | 102 |
| C | 13,409 | 951 | 906 | 102 |
| D | 18 | 1 | 0 | 0 |

## Impacts from Wilderness Management

Wilderness areas are managed to protect wilderness characteristics. Direction contained in Congressional grazing guidelines dictates that livestock grazing in wilderness areas would be permitted to continue when such grazing was established prior to an area being classified as wilderness (USFS 2007d). In addition, the same guidelines provide that wilderness designation not preclude range improvement construction and maintenance that is consistent with allotment management plans and/or needed to protect rangelands.

Livestock management in wilderness areas would be more difficult and costly than on other public lands as motorized access and equipment are restricted, and there may be other restrictions on new range improvement designs that could be more costly.

Some indirect effects include:

- increased public expectation of no livestock presence within wilderness areas by visitors;
- the need to manage around a recreational "wilderness" experience expected by visitors, especially those areas currently not designated wilderness, but may be in the future;
- the need to manage for wilderness character and plant communities; and
- the difficulty of administering grazing permits due to motorized travel restrictions.

Alternative D would allow the most livestock grazing—primarily sheep—in wilderness areas followed by Alternatives A, B, and C. Alternative D proposes to offer certain vacant sheep allotments for permitted livestock grazing, some of which could be located within wilderness areas, while Alternative C effectively closes currently vacant sheep allotments and closes active sheep allotments in the Silverton area.

## Impacts from Timber Management

Timber harvest would open the canopy so that an increase of forage occurs in the understory. This forage increase is considered temporary, and the term "transitory range" is used to describe this result. Over time forested stands would once again close in or young trees become dense enough that the increased rangeland vegetation no longer is available on-site. The use of transitory range can be beneficial in improving livestock distribution in the short term.

Timber harvest may also result in the removal of natural livestock barriers. Fence construction would be required to maintain these barriers. In addition, there may be a need to construct new gates and/or cattle guards to accommodate harvest activities.

An indirect effect of aspen harvest is that once stands close in they become virtual barriers to livestock movement. This affects livestock distribution and management until aspen are naturally thinned over time. Alternative D has objectives to harvest the most aspen followed by Alternative B. Alternatives A and C have objectives to harvest the least amount and acreages are identical.

BLM_0032179

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

Permitted livestock are not expected to increase due to the temporary increase in transitory range. The greatest amount of transitory range would be created in Alternative D, followed by Alternatives A, B, and C, based on timber harvest objectives by alternative.

## Impacts from Wildlife and Fisheries Management

Wildlife management activities that may result in effects to livestock grazing include:

- **Effects from big game management decisions:** Forage demands from big game can exceed the capability of the land and cause detrimental impacts to soil and vegetation. Conflicts over allocation of forage between livestock and big game are ongoing and could increase if big game populations increase. In some cases this could result in limitations on permitted livestock use through changes in grazing seasons and/or livestock numbers.

- **Sage-grouse management decisions:** Allowable livestock forage use and grazing season could be affected on those grazing allotments where sage-grouse is present and where habitat needs are not being met. These effects would be greatest on those grazing allotments managed without some form of pasture rotation. There are no differences between alternatives for impacts from sage-grouse management.

- **Bighorn sheep management decisions:** The need to avoid contact between domestic and bighorn sheep could result in removal of domestic sheep and grazing allotment closures to domestic sheep use. Alternative C would mitigate this concern most effectively as vacant sheep allotments along with active sheep allotments in the Silverton area would be closed. The other alternatives would all allow for some domestic sheep grazing within bighorn sheep range. However, interaction between bighorn and domestic sheep could not occur, which could greatly impact management of sheep allotments.

- **Wildlife and fisheries management decisions:** Management may involve but not be limited to adjusting grazing time, intensity, and timing of livestock use, and/or livestock exclusion, fencing, and range improvements where livestock use adversely impacts upland and riparian vegetation. Decisions to change livestock management would be made at the project level using planning components in the LRMP under Alternatives B, C, or D and existing direction provided in Alternative A.

- **Threatened/Endangered/Sensitive species management decisions:** Habitat for threatened, endangered, and sensitive species would be protected, maintained, or increased. These actions may require changes in livestock management through changes in grazing strategies, grazing use, and range improvement use and design. Conservation strategies, critical habitat designations, and BOs address specific management requirements.

## Impacts from Travel and Recreation

Public lands roads and trails are used by grazing permittees to manage grazing activities within allotments. These same roads and trails are used by public lands visitors and other permit holders for a variety of uses other than livestock management activities resulting in the potential for conflict.

Generally management costs are reduced for grazing permittees having access to allotments along open public land roads. While management efficiency may be improved, increased access by visitors can create additional management problems such as gates being left open, livestock disturbance, and vandalizing of cow camps and range improvements. There are also potential benefits as different public lands users become acquainted with various valid uses of public lands.

BLM_0032180

Recreation use in and of itself would generally have little impact to rangeland vegetation, except in those areas that receive repeated and continued uses such as camping areas, hiking trails, and OHV use. These activities, if conducted in a manner that promotes soil loss and compaction, could adversely affect rangeland vegetation by moving vegetation conditions to an earlier seral stage and away from desired conditions. Implementation of the LRMP should mitigate most adverse impacts through implementation of standards and guidelines designed to protect soil and vegetation and by limiting motorized, recreational travel to designated roads and trails. Overall, livestock management should benefit with implementation of the 2005 travel management rule, which allows continued motorized access to grazing allotments using existing routes. Alternative C restricts summer motorized travel the most, while the other alternatives are relatively similar. Winter travel restrictions should not impact livestock management activities.

## Cumulative Effects

## Past Effects

Effects from historic livestock use on the SJNF and TRFO continue to be evident and influence livestock management today. Historic livestock numbers, for both sheep and cattle, were higher in the past than at present. Higher stocking densities without today's investments in range improvements, such as fences and water developments, resulted in soil and vegetation degradation in those areas preferred by livestock such as riparian areas. Generally, unrestricted or longer grazing seasons adversely impacted native upland vegetation by not allowing adequate grazing recovery periods. This resulted in the replacement or decrease of some native bunchgrasses, such as Parry's oatgrass and Arizona fescue, with less desirable species such as Kentucky bluegrass. Overall potential productivity decreased with unrestricted grazing practices. These conditions have gradually been improved using improved livestock management practices along with shorter grazing seasons and reduced permitted livestock on public lands.

Past fire suppression activities have resulted in conifer encroachment into formally suitable grazing lands, which limits forage productivity and availability. This has also affected livestock use and distribution patterns. Past timber harvest, especially in higher-elevation spruce/fir, increased available transition range.

## Current Effects

Permitted livestock numbers should remain stable and the demand for grazing privileges is expected to remain high for cattle allotments. The sheep market is expected to continue its decline; however, the number of sheep permittees is expected to remain stable. Ongoing livestock management practices to mitigate drought impacts are continuing.

Improved management such as fencing and water developments has helped arrest soil and vegetation degradation. In addition, knowledge of the appropriate timing and grazing intensity has improved livestock management on public lands. Drought impacts to rangeland vegetation are continuing. There are still livestock stocking issues and management concerns on some grazing allotments; however, these issues are addressed at the project level.

Ongoing timber harvest and fuels management are creating increased transitory range. This is an overall benefit to livestock management, as these activities should increase management flexibility and livestock distribution as long as they continue. There would continue to be impacts to rangeland vegetation from fire suppression, noxious weed management, livestock and big game grazing, recreation use, and other vegetative management activities. Some activities would result in positive

BLM_0032181

effects, while other activities such as fire suppression and unmanaged recreation could result in
unfavorable effects. In general, those activities that move or keep rangeland vegetation in a range
between early and mid-seral conditions would be beneficial.

Forage competition between big game and livestock would continue as big game numbers continue
to increase and more acres of private land are converted to non-agricultural uses.

Agricultural land prices are increasing and may be out of reach for those buyers intending to continue
agricultural uses on purchased lands. This could adversely impact grazing permittees needing to
acquire additional lands to manage around the requirements of public lands grazing, and also make it
more difficult for those wanting to enter the livestock business. The use of conservation easements to
maintain open space may increase, which would reduce the conversion rate of agricultural lands to
other uses.

## Foreseeable Effects

Livestock grazing under improving management systems should continue on public lands; however,
the demand for grazing privileges would depend on the ability of current and future grazing permittees
to absorb increasing operating costs.

As land values continue to increase, some grazing permittees would likely choose to sell their land for
conversion to other uses. Significantly reduced levels of livestock grazing could have adverse effects
such as the loss of privately owned open land and the change in local customs and culture. Loss of
grazing would also result in the loss of grazing as a vegetation management tool. However, in those
areas where vegetative condition is not meeting desired conditions, no grazing could result in an
improvement in these conditions.

Fuels and fire management decisions in the LRMP should continue to increase the amount of
transitory range, which would remain a benefit.

Solid minerals management activities would continue to remain stable. Fluid minerals activity is
expected to increase as lands are made available for lease. These activities could be mitigated
through range improvements such as new fences, seeding, and noxious weed control. Needed
livestock management changes would be on an allotment-by-allotment basis.

Conflicts between grazing permittees and other public lands users are expected to continue and
possibly increase as the amount of recreation, especially motorized uses, continues to increase.
Impacts to rangeland vegetation would also continue to increase with growing recreation demand
related to increases in local community populations through retirement and relocation of baby
boomers and others who prefer motorized recreation experiences on public lands. Associated
activities such as dispersed camping, hiking and biking could also impact rangeland vegetation. In
addition, there could continue to be adverse impacts due to an ongoing drought, which would further
restrict forage availability and land health. It is expected that cheatgrass would continue to expand on
the SJNF and TRFO due to the ongoing drought.

Forage competition between big game and livestock would continue as big game numbers continue
to increase and private land is converted to non-agricultural uses. As this trend continues changes in
livestock management through reductions in permitted livestock numbers or seasons could be
expected should soil and vegetation changes trend away from desired conditions.

BLM_0032182

# 3.8  Invasive Species

## 3.8.1  Introduction

Invasive species (noxious plants and aquatic nuisance species) can impact water quality, wildlife habitat, fisheries, forage production, and soil productivity. Invasive species can also displace native species. Noxious weeds and other invasive plant species establish as a result of ground disturbance and where a seed source is present. Weeds are introduced and spread in many ways, including by people, wildlife, vehicles, wind, water, and fire). The LRMP contains desired conditions, objectives, standards, and guidelines necessary to implement an integrated invasive species management program. Invasive species are currently managed using an invasive species action plan. The plan lists prevention practices, early detection and rapid response strategies, and priority inventory and treatment areas, and covers a 3-year timeframe. The action plan is reviewed annually and revised as necessary. All resource areas, such as the timber, recreation, and rangeland management programs, contribute to invasive species management.

Invasive species move across jurisdictional boundaries and property lines; therefore, implementation of the LRMP would involve close coordination and partnerships with local, state, tribal, and federal agencies, as well as with interested organizations and individuals.

## Legal and Administrative Framework

The following references provide direction on implementation of the invasive species management program:

- Management and Control of Noxious Plants on the San Juan/Rio Grande National Forests, Decision Notice and Finding of No Significant Impact (USFS 1996)

- FSM 2900

- BLM Manual 9015

- Colorado Public Land Health Standards (BLM 1997)

- State Noxious Weed List (8 Code of Colorado Regulations 1203-10): The Colorado noxious weed list can be found at "Rules Pertaining to the Administration and Enforcement of the Colorado Noxious Weed Act"

- Integrated Weed Management Plan, BLM and SJNF (CO-800-2008-075 EA) (BLM 2011a)

- Vegetation Treatments Using Herbicides on BLM Lands in 17 Western States Programmatic Environmental Impact Statement (PEIS) (BLM 2007a)

- Vegetation Treatments on BLM Lands in 17 Western States Programmatic Environmental Report (BLM 2007b).

- Invasive Species Action for the San Juan National Forest, Tres Rios Field Office, and Canyons of the Ancients National Monument (USFS and BLM 2012)

- FSH 2509.25: USFS Watershed Conservation Practices Handbook (USFS 2006a)

- Standards and guidelines displayed in Volume II, LRMP

BLM_0032183

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

## 3.8.2 Affected Environment

### Existing Conditions and Trends

A species is considered invasive if it is non-native to the ecosystem under consideration, and its introduction causes, or is likely to cause, economic or environmental harm or harm to human health (EO 13112). Weeds are legally designated as noxious by the Secretaries of the Interior or Agriculture or by the USDA. These noxious species usually result in significant crop damage, threaten livestock or human heath, and/or are particularly aggressive and difficult to manage.

The Colorado Department of Agriculture has three noxious weed designations: Class A (weeds targeted for eradication within the state), Class B (weeds that are to be managed for containment), and Class C (weeds, where optional, more intensive management can be undertaken by local organizations, such as by counties). There are 22 Class A, 39 Class B, and 15 Class C noxious weed species, for a total of 76 noxious weed species. There are also 20 additional species on a "watch list." These are species that have been determined to pose a potential threat to the agricultural productivity and environmental values of the lands of the state.

The SJNF and TRFO have formal cooperative agreements with five of seven counties to treat, monitor, and inventory noxious weeds. In addition, the SJNF and TRFO have partnerships with other local entities, including the Dolores River Tamarisk Action Group, to support weed management.

Noxious weeds within the Weminuche, Lizard Head, and South San Juan wilderness areas are managed using an integrated approach of chemical, mechanical, and cultural methods. In 2004, the Regional Forester for Region 2 approved and extended a 2001 decision that included the limited use of herbicides in order to spot treat infestations of Canada thistle (*Cirsium arvense*), yellow toadflax (*Linaria vulgaris*), musk thistle (*Carduus nutans*), and houndstongue (*Cynoglossum officinale*). The related analysis also recommended continuing inventory and monitoring efforts in wilderness areas.

Table 3.8.1 displays noxious weed species and the state classification on the SJNF and TRFO.

**Table 3.8.1: Noxious Weed Inventory on the San Juan National Forest and Tres Rios Field Office (acres)**

| Noxious Weed Species | Colorado Noxious Weed Classification | USFS | BLM | Total |
|---|---|---|---|---|
| Musk thistle (*Carduus nutans*) | B | 23,811 | 3,405 | 27,216 |
| Canada thistle (*Cirsium arvense*) | B | 12,613 | 479 | 13,092 |
| Russian knapweed (*Acroptilon repens*) | B | 186 | 2,566 | 2,752 |
| Houndstongue (*Cynoglossum officinale*) | B | 2,663 | 13 | 2,676 |
| Yellow toadflax (*Linaria vulgaris*) | B | 1,522 | 178 | 1,700 |
| Downy brome (Cheatgrass) (*Bromus tectorum*) | C | 419 | 1,144 | 1,563 |
| Oxeye daisy (*Chrysanthemum leucanthemum*) | C | 1,216 | 4 | 1,220 |

294

| Noxious Weed Species | Colorado Noxious Weed Classification | USFS | BLM | Total |
|---|---|---|---|---|
| Saltcedar (*Tamarix chinensis, T. parviflora, T. ramosissima*) | B | 253 | 513 | 766 |
| Spotted knapweed (*Centaurea maculosa*) | B | 521 | 7 | 528 |
| Common mullein (*Verbascum thapsus*) | C | 365 | 37 | 402 |
| Hoary cress (*Cardaria draba*) | B | 37 | 191 | 228 |
| Bull thistle (*Cirsium vulgare*) | B | 178 | 2 | 180 |
| Chicory (*Cichorium intybus*) | C | 110 | 0 | 110 |
| Leafy spurge (*Euphorbia esula*) | B | 102 | 0 | 102 |
| Dalmatian toadflax (*Linaria dalmatica, L. genistifolia*) | B | 8 | 57 | 65 |
| Quackgrass (*Elytrigia repens*) | C | 54 | 0 | 54 |
| Unknown | N/A | 2 | 49 | 51 |
| Scentless false mayweed (*Matricaria perforata*) | B | 29 | 0 | 29 |
| Field bindweed (*Convolvulus arvensis*) | C | 28 | 0 | 28 |
| Halogeton (*Halogeton glomeratus*) | C | 0 | 25 | 25 |
| Common teasel (*Dipsacus fullonum*) | B | 18 | 0 | 18 |
| Perennial pepperweed (*Lepidium latifolium*) | B | 14 | 0 | 14 |
| Scotch thistle (*Onopordum acanthium, O. tauricum*) | B | 2 | 10 | 12 |
| Diffuse knapweed (*Centaurea diffusa*) | B | 6 | 0 | 6 |
| Plumeless thistle (*Cardus acanthoides*) | B | 5 | 0 | 5 |
| Black henbane (*Hyoscyamus niger*) | B | 5 | 0 | 5 |
| Russian thistle (*Salsola tragus*) | N/A | 1 | 4 | 5 |
| Sulfur cinquefoil (*Potentilla recta*) | B | 2 | 0 | 2 |
| Perennial sowthistle (*Sonchus arvensis*) | B | 2 | 0 | 2 |
| Moth mullein (*Verbascum blattaria*) | B | 2 | 0 | 2 |
| Common St. Johnswort (*Hypericum perforatum*) | C | 2 | 0 | 2 |
| Cypress spurge (*Euphorbia cyparissias*) | A | 1 | 0 | 1 |

BLM_0032185

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Noxious Weed Species | Colorado Noxious Weed Classification | USFS | BLM | Total |
|---|---|---|---|---|
| Common burdock (*Arctium minus*) | C | 1 | 0 | 1 |
| Western whorled milkweed (*Asclepias subverticillata*) | N/A | 1 | 0 | 1 |
| Stinking (Mayweed) chamomile (*Anthemis cotula*) | B | 1 | 0 | 1 |
| Rush skeletonweed (*Chondrilla juncea*) | A | 1 | 0 | 1 |
| Mountain tarweed (*Madia glomerata*) | N/A | 1 | 0 | 1 |
| Kochia | N/A | 0 | 1 | 1 |
| Jointed goatgrass (*Aegilops cylindrical*) | B | 1 | 1 | 1 |
| Russian olive (*Elaeagnus angustifolia*) | B | 1 | <1 | 1 |
| Corn chamomile (*Anthemis arvensis*) | B | <1 | 0 | <1 |
| Myrtle spurge (*Euphorbia myrsinites*) | A | <1 | 0 | <1 |
| Common tansy (*Tanacetum vulgare*) | B | <1 | 0 | <1 |
| Dame's rocket (*Hesperis matronalis*) | B | <1 | 0 | <1 |
| Absinth wormwood (*Artemisia absinthium*) | B | <1 | 0 | <1 |
| Total | | 44,185 | 8,685 | 52,870 |

Table 3.8.2 displays potential invaders that are on a "watch list." The intent is to eradicate these species if found on public lands.

**Table 3.8.2: Potential Noxious Weed Invaders on the San Juan National Forest and Tres Rios Field Office**

| Noxious Weed Species | Notes |
|---|---|
| Camelthorn (*Acacia erioloba*) | Found in southeast San Juan County, Utah, in the Montezuma Creek area; Class A |
| Yellow starthistle (*Centaurea solstitialis*) | Approximately 20 acres; found in Mesa and Montrose Counties; Class A |
| African rue (Peganum harmala) | Acreage greater than 50 acres; found in the Farmington, New Mexico area; Class A |
| Squarrose knapweed (*Centaurea virgata*) | Found in Utah; Class A |
| Orange hawkweed (*Pilosella aurantiaca*) | Found in northeast Colorado; Class A |
| Purple loosestrife (*Lythrum salicaria*) | Found along the San Miguel River; Class A |
| Medusahead (*Taeniatherum caput-medusae*) | Weed found in Nevada and Utah; Class A |
| Common soapwort | Found on private lands in Archuleta County, County Road 250 to East Animas |

296

BLM_0032186

| Noxious Weed Species | Notes |
|---|---|
| (*Saponaria officinalis*) | Road and around utility boxes; Class C |
| Giant salvinia (*Salvinia molesta*) | Aquatic weed; Class A |
| Hydrilla (*Hydrilla verticillata*) | Aquatic weed; Class A |
| Eurasian watermilfoil (*Myriophyllum spicatum*) | Aquatic weed; Class B |
| Perennial pepperweed (*Lepidium latifolium*) | Found close to the Montezuma/La Plata County lines and appears to be spreading easterly; Class B |

The 1985 BLM San Juan/San Miguel Resource Management Plan (BLM 1985) does not address the issue of invasive species. The San Juan National Forest Land and Resource Management Plan (USFS 1983) provides the following invasive species guidance:

- Treat noxious weeds in the following priority:

  □ Leafy spurge (*Euphorbia esula*) and Russian (*Acroptilon repens*) and spotted knapweed (*Centaurea maculosa*)

  □ Invasion of new plant species classified as noxious farm weeds

  □ Infestations in new areas

  □ Expansion of existing infestations of Canada and musk thistle, and other noxious farm weeds

  □ Reduction on acreage of current infestations

This direction has generally been followed; however, it is important to note that at the time both plans were written, invasive species management was believed to be primarily a range management problem.

New trends and needs have emerged, including:

- **The Missionary Ridge Wildfire of 2002:** This fire burned approximately 70,000 acres. The resulting noxious weed population doubled to approximately 6,200 acres. In spite of a 4-year contract to inventory and treat noxious weeds within the fire area, successful long-term management may continue to require large amounts of capital and labor.

- **Hazardous fuels program:** In spite of increased awareness regarding limiting the spread of noxious weeds in the planning area, ground disturbance may continue to provide a seedbed for new noxious weed infestations.

- **Increased awareness:** As the result of internal and external outreach and education, noxious weed impacts have evolved from a range management problem to a community problem. This awareness has produced cooperation between CPW and federal land management agencies, with the goal of restricting the use of uncertified hay on public lands within the state.

- **Integrated pest management:** Integrated pest management (e.g., cultural, mechanical, chemical, and biological control), as opposed to strictly herbicide treatment, has evolved over time.

- **New noxious weeds:** New noxious species are poised to invade public lands. These are described in Table 3.8.2 above. There was no analysis and direction regarding these species in the older LRMPs.

BLM_0032187

- **Increased legislative support to manage noxious weeds:** Several new laws, EOs, and initiatives have all resulted in raising awareness about invasive species.

- **Improved development and implementation of standard noxious weed mitigation measures in contracts and other agreements:** Noxious weed assessments are produced for every project and supporting NEPA analysis in order to outline the necessary mitigation measures for a proposed action on public lands.

- **Improved biological control methods:** There are approved biological control agents for leafy spurge, Canada thistle, musk thistle, Dalmatian toadflax (*Linaria dalmatica*), and yellow toadflax.

- **Improved herbicide formulations:** Over time, herbicide formulations have improved. This has resulted in less overall herbicides being used; however, control success rates have improved.

- **Drought:** The ongoing drought has the potential to permanently change rangeland vegetation composition to favor invasive species (including cheatgrass). Cheatgrass is prevalent in lower-elevation rangelands; however, it has increased its density in those areas and is now invading higher-elevation lands.

- **Cheatgrass invasion:** The invasion of cheatgrass has the potential to alter public land forage quality and seasonal availability. It also has the potential to increase fire frequency beyond the range of natural variation. This may, in turn, adversely impact wildlife habitat and water quality, among other resources.

- **Aquatic Invaders:** Aquatic nuisance species have been found on Navajo Lake. Active inspection programs conducted by CPW for other lakes, state-wide, has been ongoing for several years. Thus far no aquatic nuisance species have been discovered on the SJNF.

- **Riverine invasives:** An active tamarisk control program has been established on the Dolores River utilizing many partners. To date the majority of public lands along the river have been treated, an active monitoring program established, and treatment on invasive understory species such as Russian knapweed initiated. The new LRMP provides more direction to manage riverine and aquatic invaders through objectives and a standard to manage invasive species using integrated pest management principles. There are also additional guidelines addressing aquatic and riverine invasives.

## 3.8.3  Environmental Consequences

### Direct and Indirect Impacts

Invasive species tend to prefer and spread into disturbed sites such as roads, trails, campgrounds, and overgrazed areas (Sheley and Petroff 1999). The BMP is to prevent the introduction of invasive species, but this can be unfeasible across a large landscape. Integrated management actions such as the use of an integrated chemical, mechanical, educational, and cultural management programs are the BMPs to contain invasive species once they have been introduced in an area. The LRMP is focused on this type of integrated management approach.

The increasing use of public lands for dispersed recreation uses such as hiking, biking and motorized use would likely spread invasive plant species through increased ground disturbance. Visitors from other areas are frequently the vectors for the introduction of new invasive species. Increasing oil and gas activities, through increased use of existing roads, creation of new roads, use of vehicles from other areas, and overall increased ground disturbance would also contribute to the spread of invasive species. Vegetation management projects such as fuel reduction projects also contribute to the spread of invasive species.

BLM_0032188

The alternatives that allow for the most ground-disturbing activities would provide the most opportunities for invasive species to establish and spread. Actions under Alternative A would have the greatest potential to introduce and spread invasive species. Alternative A would be followed by Alternatives D, B, and C. Mineral development ground-disturbing activities would continue even if no additional oil and gas leasing occurs. BMPs, mitigation measures, and public education and awareness programs would continue to be used in order to limit the introduction and spread of invasive species. Based on observations on the SJNF and TRFO, impacts would continue to be long term and moderate. Using early detection and rapid response strategies, most invasive species should be contained, based on successful use of these practices on the SJNF and TRFO. Sites having a potential for cheatgrass invasion would be more difficult to control because cheatgrass appears to have the ability to develop local adaptive survival strategies that allow it to successfully out-compete native vegetation. In addition, there is always the risk that a new invasive species may invade, but go undetected for some time. Should this scenario occur, then eradication of the new invader would be difficult to achieve, as a new population may have established in one or more areas. The LRMP addresses this issue through objectives, standards, and guidelines, as well as direction contained in the invasive species action plan.

## Cumulative Effects

Noxious weeds and other invasive species were brought into the area from actions such as homesteading, vehicles, mineral development, timber sales, watershed improvement projects, and purposeful introductions. With the introduction of invasive species, there were adverse impacts to wildlife habitat and native species, decreased rangeland productivity, and watershed health. Invasive forage species, such as crested wheatgrass (*Agropyron cristatum*) and smooth brome (*Bromus inermis*), were introduced in order to retard soil erosion and provide forage and hay for livestock. Legislative efforts to control the spread of noxious weeds began to control livestock losses from poisonous plant consumption. Budgets were limited and noxious weed control was usually funded out of the rangeland management program. Common weeds (including Canada and musk thistle, knapweeds, leafy spurge, toadflaxes, whitetop [*Lepidium draba*], cheatgrass, and tamarisk) were all introduced over the last 120 years or so.

In spite of increased acres being treated, noxious weed populations continue to increase. There are many causes (including increased wildfires, prolonged drought, increased vehicle use to access public lands, increased oil and gas activity, increased recreation activities, increased OHV use, and an increased number of visitors coming from different parts of the country) contributing to the spread of noxious weeds and other invasive species. Noxious weeds would continue to spread even if no additional oil and gas leasing occurs. While available tools such as new herbicides and new biological control agents continue to improve, the ability to successfully manage the invasive species program relies heavily on funding levels. The current noxious weed inventory for the planning area shows approximately 52,870 acres of noxious weeds infesting the SJNF and TRFO (BLM 2011a).

Invasive wildlife species include the English sparrow (Passer domesticus), European starling, and bullfrog, as well as desirable introduced species like the mountain goat, moose, and chuckar partridge (*Alectoris chukar*). Numerous exotic fish species have been introduced into the waters of the San Juan River and the upper Colorado River Basin.

The common noxious weeds and invasive wildlife and fish species described above are still impacting SJNF and TRFO lands. Other newer invasive species have been found on public lands within the last 5 years (including dyer's woad [*Isatis tinctoria*], black henbane [*Hyoscyamus niger*], sulfur cinquefoil [*Potentilla recta*], perennial pepperweed [*Lepidium latifolium*], and dames rocket [*Hesperis*

BLM_0032189

*matronalis*]). Additional invasive species now found within the planning area include whirling disease and the Eurasian collared dove (*Streptopelia decaocto*). Collared doves are managed by CPW through hunting opportunities, while whirling disease management is addressed in the Aquatic Ecosystems and Fisheries section of Volume II, LRMP.

Noxious weeds would continue to spread through increased use and access to the SJNF and TRFO. Biennial thistles, such as Russian knapweed, whitetop, houndstongue, and Canada thistle, may become naturalized. New invasive species may invade local public lands. Some of these species may include camelthorn (*Acacia erioloba*), yellow starthistle (*Centaurea solstitialis*), African rue (*Peganum harmala*), orange hawkweed (*Pilosella aurantiaca*), medusahead (*Taeniatherum caput-medusae*), purple loosestrife (*Lythrum salicaria*), aquatic nuisance species, and the painted turtle (*Chrysemys picta*). Newly introduced invasive species would be the highest priority for treatment, under the new LRMP, followed by Colorado Class A and B noxious weeds, respectively. These are new management challenges and are addressed in the LRMP using an early detection rapid response strategy and prioritizing management of newly discovered invasive species in LRMP objectives, standards, and guidelines.

Whirling disease would likely spread through expanded and increased use across the planning area. It is expected that continuing public outreach and education efforts would help mitigate or slow the rate of spread over the longer term. Biological control practices should become more widely used as additional control agents are developed and tested on more target species.

Legislation may continue to be enacted in order to limit the introduction and spread of invasive species. Cooperative efforts between local, state, and federal entities would hopefully continue to be strengthened. Public awareness regarding invasive species impacts would continue to improve and increase in importance through an integrated pest management program. Again, an integrated pest management approach is a priority in the new LRMP.

Treatment costs would continue to increase; therefore, control and containment along more easily accessible areas (including roads, campgrounds, and facilities) would occur first. However, the spread of noxious weeds along trails and other less accessible areas would continue to be more expensive to control due to the need to use horses and foot traffic to access more remote areas. Overall long-term costs, however, may be reduced if biological control methods become more successful and widely used.

## 3.9  Timber and Other Forest Products

### 3.9.1  Introduction

Timber management and harvesting is an important tool for managing ecosystem diversity, forest insect and disease populations, tree growth and yields, recreation settings, wildlife habitat, and wildfire hazard mitigation. Timber harvesting provides forest products that help support local wood-processing industries and the communities associated with those industries. It helps meet the demands of the public for products such as lumber, houselogs, or other forms of roundwood. It can also influence the availability and harvesting of special forest products (SFPs), discussed below.

Multiple scales are considered in timber management on the SJNF and TRFO. The current conditions and future trends in relation to timber resources and harvesting activity on SJNF lands were evaluated at the forest and geographic area scale.

BLM_0032190

Identification of lands suitable for timber production is one of the key elements of forest plans and delineates where timber production may occur on NFS lands. Timber harvests may also occur on other lands. "Other lands" is a classification regarding lands where commercial timber production is not compatible with desired conditions and objectives, but that are physically capable and administratively available, for purposes other than the production of wood fiber (including hazardous fuels reduction, ecosystem restoration, visuals, scenic vistas habitat improvement, or other purposes).

Lands not suitable for timber harvest, due to various physical and administrative factors (including slope, soil characteristics, productivity, and/or administrative withdrawals) are also identified within the LRMP.

SFPs are products or natural resources that are not the traditional timber and fiber products, like sawtimber or houselogs. SFPs are permitted (or contracted) for removal from public lands (USFS or BLM) for commercial, personal, Native American tribal, educational, and/or scientific purposes (FSH 2409.18_80-2002). Table 3.9.4 lists common SFPs for the planning area.

## Legal and Administrative Framework

### Laws

- **The Organic Administration Act of 1897:** This act states that national forests are established "to improve and protect the forest within the boundaries, for the purpose of securing favorable conditions of water flows, and to furnish a continuous supply of timber for the use and necessities of citizens of the United States."

- **The Multiple-Use Sustained-Yield Act of 1960:** This act states, "It is the policy of Congress that the national forests are established and shall be administered for outdoor recreation, range, timber, watershed, and wildlife and fish purposes… The Secretary of Agriculture is authorized and directed to develop and administer the renewable surface resources of the national forests for multiple uses and sustained yield of several products and services obtained therefrom… the achievement and maintenance in perpetuity of a high level annual or regular periodic output of the various renewable resources of the national forests without impairment of the productivity of the land."

- **The National Forest Management Act of 1976 and implementing regulations at 36 CFR:** This act sets forth the requirements for Land and Resource Management Plans for the USFS. As part of NFMA requirements tied to timber management, the act requires an assessment to determine which lands are suitable for timber production, suitable for timber harvest to meet other resource objectives, and which lands are unsuitable for such uses. It also sets forth objectives, standards, and guidelines for timber management.

### Regulations and Policies

The following USFS manuals and handbooks provide regulation and policy direction for timber management, associated resource issues, and the offer and sale of traditional and SFPs.

- 2400 - Timber Management – Forest Service Manual for Timber Management
- 2409.11 - National Forest Log Scaling Handbook
- 2409.11a - National Forest Cubic Scaling Handbook
- 2409.12 - Timber Cruising Handbook

BLM_0032191

- 2409.12a - Timber Volume Estimator Handbook

- 2409.12b - Timber and Forest Products Trespass/Theft Procedures Handbook

- 2409.13 - Timber Resource Planning Handbook

- 2409.13a - Timber Permanent Plot Handbook

- 2409.14 - Timber Management Information System Handbook

- 2409.15 - Timber Sale Administration Handbook

- 2409.17 - Silvicultural Practices Handbook

- 2409.18 - Timber Sale Preparation Handbook

- 2409.19 - Renewable Resources Handbook

- 2409.21e - Timber Management control Handbook

- 2409.21h - Timber Management Data Handbook

- 2409.22 - Timber Appraisal Handbook

- 2409.26 - Silvicultural Practices Handbook

- 2409.26b - Reforestation Handbook

- 2409.26c - Timber stand Improvement Handbook

- 2409.26d - Silvicultural Examination and Prescription Handbook

- 2409.26e - Nursery Handbook

- 2409.26f - Seed Handbook

- 2409.26g - Tree Improvement Handbook

All forest products—traditional, such as sawtimber, and SFP, such as Christmas trees, transplants, or medicinal plants—must be sold and harvested in a manner that maintains the products on a sustainable basis.

## 3.9.2  Affected Environment

### Existing Conditions and Trends

Past timber harvesting and fire suppression are two key activities that have influenced current vegetation conditions and must be considered in planning for the future. Areas that have been treated (primarily, thinned or harvested) more recently may not be available for subsequent harvest activities during the planning period (approximately 15 years) covered by the new LRMP.

The majority of forest vegetation types are in the mature stage (due to lack of disturbance, such as fire or harvesting), with dense stand conditions, including spruce-fir, mixed conifer (both warm-dry and cool-moist), and ponderosa pine types (see Section 3.2, Terrestrial Ecosystems and Plant Species). These stand conditions are vulnerable and have been recently subjected to significant levels of insect and/or disease attack. Epidemic-level mortality has occurred, or is ongoing, in all but the ponderosa pine vegetation type and has occurred in aspen and aspen with conifer forest types, as well (and the pinyon-juniper woodland type). Timber management activities may be used to alter stand conditions in order to reduce ongoing insect and disease activity, as well as the risk for future outbreaks. Timber management is generally not effective in stopping or inhibiting ongoing insect

BLM_0032192

epidemics, since outbreaks generally overwhelm such efforts. Timber management trends in recent years, and integral to the focus of the revised LRMP, has been to restore timber stands to conditions more resilient to insect outbreaks, widespread disease, or unnatural wildfire.

Long-term drought conditions have been a key driver in the abovementioned insect- and disease-related mortality and have increased concern regarding declining forest health in all forest vegetation types. Silvicultural prescriptions have been designed in recent years to favor drought-resistant species (like ponderosa pine) while focusing removal of drought-susceptible species (like white fir). Additionally, thinning objectives, particularly in lower-elevation (hence, warmer/drier) forests, like ponderosa pine and warm-dry mixed conifer, have been to substantially reduce tree densities to better allocate residual timber to less available soil moisture.

Relatively recent wildfires, including the Missionary Ridge Wildfire of 2002, as well as high mortality from insects and disease, have resulted in substantive vegetative changes (including impacts to many acres of suitable timberlands). The resulting changes in age class and stocking may reduce the yield of timber products in the future.

Within the planning area, the timber management program is dependent on the Colorado timber industry. Both timber demand and timber industry capacity have decreased, particularly demand for conifer-based products. Recovery of the timber industry is expected to be slow. Further reductions in the industry may severely restrict timber management as a tool used to accomplish desired changes in vegetation conditions (e.g., reduction of insect and disease risk, or reduction of hazardous fuels), and meet public demands for building materials and other wood products. Costs to accomplish vegetation treatments without commercial harvests are generally much higher and may prove to be prohibitive under constrained budgets expected with the new LRMP. For instance, from 2002 to 2007, the SJNF paid an average cost of $644 per acre for timber removal on the Columbine Ranger District on projects to reduce fuels near private lands (Crawford 2008). In past decades, the same work might have been accomplished by timber sale purchasers paying the SJNF to cut and remove these trees.

The aspen-product industry has remained relatively stable. Aspen has been managed throughout the planning area for more than six decades. Many of the stands treated in the 1940s and 1950s are approaching maturity. A challenge of the new LRMP will be to ensure a sustainable supply of aspen to industry as the SJNF transitions into re-entering these maturing stands for harvest.

Recently, other forms of industry have emerged that use timber products in unconventional, or expanded, ways. For instance, a local business in Pagosa Springs was recently awarded a long-term (10-year) stewardship contract intended to expand use of material from cut (harvested) trees. The contractor would construct a gasification plant that would convert the cut-tree material (biomass) into electricity. Additionally, investigations into wood-pellet manufacturing plants have occurred in southwest Colorado. Efforts such as these may add to additional ways in which forest vegetation treatment objectives can be met.

## Timber Management Goals

The general goals for timber management on NFS lands include:

- providing for timber production;
- sustaining healthy forest conditions; and
- creating forest conditions that benefit, or are conducive to, management of other resource values (including wildlife habitat, recreation, aesthetics, or livestock grazing).

BLM_0032193

There are several components of timber management that the USFS considers in its planning process and are addressed in the new LRMP. They include the determination of the:

- capability, availability, and suitability of NFS lands for timber production;

- type of silvicultural systems that are to be used in timber management; and

- amount of timber that can be harvested in a sustainable manner.

In addition to determining the amount of timber that can be potentially harvested sustainably, the LRMP sets, as an objective, two timber program quantities based on land management goals and expected harvest and funding levels:

- **Allowable sale quantity (ASQ):** the quantity of timber that may be sold from the area of suitable (for production) land covered by the LRMP; this is also referred to as "chargeable volume;" this is displayed in these LRMP revision documents as an upper threshold, under what might be viewed as a "full" budget, that is, fully meeting timber management goals;

- **Timber sale program quantity (TSPQ):** the volume of timber planned for sale during the first decade of the planning horizon given expected funding levels; it includes volume from suitable for production lands (i.e., ASQ or chargeable volume and additional material [non-chargeable volume], such as fuelwood or products derived from other lands suitable for harvest to meet objectives other than timber production).

Both TSPQ and ASQ are expressed as an annual average.

Several determinations related to timber management must be made as part of forest planning, and these determinations are reviewed each time the LRMP is revised or when conditions change. Areas that are, and are not, suitable for timber harvest—and further delineated into areas suitable for timber production—are identified, taking into account physical, biological, and economic factors. Where timber management is determined to be a suitable use, it must occur at sustainable levels.

Timber suitability is determined through a process established through the NFMA and planning regulations. This winnowing process first identifies lands not suitable for harvest by excluding areas where a) site conditions preclude tree cover, b) harvest is prohibited by statute or regulation (e.g., wilderness), c) irreversible resource damage could occur from timber harvest (e.g., steep or unstable slopes), and d) adequate restocking, with trees, following harvest is not assured. Lands remaining after this exclusionary process are deemed "lands generally suitable for harvest." These remaining lands are broken into two classes: a) lands suitable for timber production ("suitable timberlands") and b) other lands where harvest for multiple-use objectives other than timber production may take place.

## Capability to Produce Timber

Within the planning area, determining which areas are capable of producing commercial timber is done by evaluating physical and biological characteristics, as well as any administrative limitations, of an area. The total area capable to produce timber is 917,240 acres.

## Suitability to Produce Timber

Suitability determinations are a further refinement of forested lands found to be capable of producing commercial timber. These determinations are based primarily on social and economic considerations. This process was used to determine suitable timberlands for the 1992 amendment to the San Juan

BLM_0032194

National Forest Land and Resource Management Plan (USFS 1983). Table 3.9.1 lists the existing suitable timberlands within the planning area.

**Table 3.9.1: Current Acres of Suitable Timberlands in the 1992 Amendment to the San Juan National Forest Land and Resource Management Plan and the 1985 San Juan/San Miguel Resource Management Plan**

| Category | Acres | Percentage of SJNF and TRFO |
|---|---|---|
| USFS suitable timberlands | 375,000 | 20% |
| Suitable conifer timberlands | 285,784 | 15% |
| Suitable aspen timberlands | 89,216 | 5% |
| BLM suitable conifer timberlands | 10,960 | >1% |

## Allowable Sale Quantity

Under the 1982 Forest Planning Rule 3, the USFS was required to determine ASQ in forest planning. This annual harvesting level must be sustainable over the long term. Table 3.9.2 shows the annual ASQ determined for the SJNF in both the 1983 San Juan National Forest Land and Resource Management Plan and the 1992 amendment to that plan. The 1992 amendment estimated that 25%, or 6 million board feet (MMBF) of the ASQ, would be aspen. (ASQ has been calculated for the revised LRMP as well.)

**Table 3.9.2: San Juan National Forest and Tres Rios Field Office Annual Allowable Sale Quantity**

| Plan | Total Volume MMBF* |
|---|---|
| 1983 San Juan National Forest Land and Resource Management Plan | 41 |
| 1992 Amended San Juan National Forest Land and Resource Management Plan | 24 |
| BLM | 0.65 |
| * Volume in MMBF | |

## Timber Harvest Activity

Timber harvesting activities began in the San Juan Basin in the early 1880s, approximately 20 years before the SJNF was established (1905). The ponderosa pine forest type was most impacted by these early multiple-entry logging activities. This initial "harvesting" was, essentially, cutting and removal of mature overstory with, likely, no intent or little effort to re-establish young forests on these cutover areas. It was not until later—part of the impetus to create the NFS—that the need was seen to foster regeneration. Since the creation of the SJNF, harvesting activities have occurred in all commercial forest types.

Between 1955 and 2004, approximately 230,117 acres were harvested, along with another 133,246 acres of TSI. (TSI is an intermediate treatment designed to improve the composition, structure, condition, health, and growth of even- or uneven-aged stands. This treatment may include thinning, release, cleaning, weeding, or liberation. TSI activities are not intended to establish regeneration.) This equals 19% of the total SJNF land area (12%, if TSI acres are excluded). Harvested acres have remained relatively low on SJNF lands since 2004, mostly occurring in aspen and ponderosa pine on the Dolores Ranger District. This downward shift in harvesting was largely due to the need for urgent removal of dead and dying timber—mostly, lodgepole pine—elsewhere in Colorado by timber

BLM_0032195

purchasers holding timber sale contracts on the SJNF and other Rocky Mountain region forests. Harvesting figures were not available for the BLM, but are assumed to be near zero.

The even-aged silviculture system of shelterwood harvests has been the most common prescription within the planning area in the past and prescribed primarily in the spruce-fir and ponderosa pine vegetation types. Even-aged silviculture was common in the past, but is seldom used today (with the exception of application to aspen, which is nearly always clear felled and regenerated by root suckering—"coppice") (Figure 3.9.1). Uneven-aged silviculture systems (including group selection and single-tree selection) are well suited to the spruce-fir and ponderosa pine forests found in the San Juan Basin and are the most commonly used management methods today in coniferous forests. These silvicultural systems—coppice in aspen forests and group selection in coniferous forests— would continue to be prescribed in the next 15 years of the revised LRMP. Additional silvicultural methods would be authorized as well.

Timber harvesting or thinning on BLM lands was primarily in the ponderosa pine type, or in the spruce-fir type in the Silverton area, and was seldom commercial in nature. Generally, trees were selected for removal on BLM lands based on their suitability for mining, construction, and/or personal use for construction of homes and ranch buildings. There are no harvesting objectives for timber production on BLM lands in this LRMP.



**Figure 3.9.1: Acres Harvested by Silvicultural Methods on the San Juan National Forest, 1955 through 2004**

TSI in the planning area peaked in the 1980s and continues today. TSI on the SJNF is primarily used for fuels reduction and restoration treatments in ponderosa pine and warm-dry mixed conifer vegetation types. TSI is often broken down into two categories, pre-commercial and commercial. Pre-commercial TSI concentrates thinning in sapling- or pole-sized trees that have little commercial value. Commercial TSI, also referred to as "improvement" cutting, concentrates thinning in sawtimber-sized

BLM_0032196

trees. In most cases, these are "thinnings from below"—that is, the bulk of the trees cut and removed are the smaller trees in the stand, favoring larger trees for retention.

Sanitation and salvage cutting on the SJNF has occurred in ponderosa pine, mixed conifer, and spruce-fir types. In ponderosa pine forests, these methods have been used in order to treat dwarf mistletoe (*Arceuthobium* sp.) infestations and recover dead trees for commercial use. Sanitation and salvage in spruce-fir forests was most prevalent in the late 1970s (to treat spruce beetle mortality). These treatments continue today, but generally on a smaller scale, with the goal of recovering pockets of sound mortality and reducing the spread of insects and disease.

During the 1960s and 1970s, clearcutting was used to harvest spruce-fir forests within the planning area. This harvesting method was discontinued in spruce-fir in the late 1970s. Coppice (or "clear felling"—like clearcutting but dependent on sprouting from roots rather than from seed or plantings) is considered the optimum silvicultural treatment in aspen forests. Most of this activity has occurred since the mid-1940s, when aspen harvesting for the Mancos matchstick plant (currently Western Excelsior) began.

Outside harvesting of aspen by coppice, the majority of timber cutting and removal on the SJNF since around 2000 has been improvement cutting in ponderosa pine and warm-dry mixed conifer stands to meet forest restoration objectives, most of this falling in the WUI.

The current spruce beetle epidemic, initially spreading from the neighboring Rio Grande National Forest onto the SJNF north of Wolf Creek Pass and largely confined to the Weminuche wilderness, has expanded greatly to the west (crossing the Upper Pinos River on the Columbine Ranger District) and is moving south from Wolf Creek Pass. This outbreak has killed an estimated 80% to 90% of overstory Engelmann spruce in the Wolf Creek Pass area (and the eastern two-thirds of the Weminuche wilderness). It has been expanding onto current suitable timberlands north and northwest of Pagosa Springs, including shifting down in elevation into mixed conifer stands where blue spruce is succumbing to attacks. The cumulative acres affected on the SJNF are estimated at 130,000 (Rocky Mountain Region 2012). There are no indications that this outbreak is abating or how much overstory spruce would remain once the outbreak has subsided. This could have long-term impacts on suitable timberlands that have a significant spruce component. The potential exists now and into the future for salvage of large volumes of standing dead spruce.

Timber harvesting (coupled with regeneration) and thinning, including sanitation and salvage, would continue to be applied to meet management objectives associated with the revised LRMP. Objectives would include timber activities in coniferous and aspen forest vegetative types.

## Regeneration Success

Within the planning area, timber regeneration needs have resulted from timber harvests, wildfires, and insect- or disease-caused mortality. Regeneration can occur through natural reseeding and/or suckering (as in aspen), or from artificial methods such as hand seeding and/or planting. (Note that artificial seeding of trees—by hand or machine—is rarely used due to poor success rates.)

On suitable timberlands, areas must be adequately stocked (i.e., have a minimum number of live trees per acre) within 5 years following a final regeneration harvest. Final regeneration harvests include clearcuts/coppice, shelterwood removal cut, seed tree removal cut, or a selection harvest. If natural regeneration is inadequate, it may be supplemented with hand seeding and/or with planting. Regeneration survival surveys are normally conducted 1, 3, and 5 years after treatment.

BLM_0032197

Regeneration standards (the required number of live seedlings/saplings per acre) vary by species and site productivity.

Past regeneration failures were most common in higher-elevation spruce-fir harvests that occurred in the 1960s, which primarily used the clearcutting harvest method. Many of the initial planting efforts failed because there was no protection for planted seedlings on these sites. (Engelmann spruce is best adapted to growing in shaded conditions.) Due to poor reforestation success, this method is no longer used on spruce-fir sites. Table 3.9.3 summarizes regeneration success for tree species in the planning area, from 1983 to 2004. (Note that lodgepole pine was first introduced to the SJNF when efforts were made to reforest the Lime Creek Burn area near Molas Pass. It has been used elsewhere on the SJNF as well, mostly following harvesting in spruce-fir stands. These plantings fall outside the natural, adapted range of lodgepole pine. Some efforts are ongoing on the SJNF to replace this off-site species with naturally occurring species.)

**Table 3.9.3: Regeneration Success by Tree Species, 1983 to 2004**

| Tree Species | Natural Regeneration Certified as Stocked | Planting Success | Seeding Success | Regeneration Surveys in Progress |
|---|---|---|---|---|
| White fir | 100% | – | – | 0% |
| Subalpine fir | 82% | 18% | – | 0% |
| Aspen | 98% | – | – | 2% |
| Lodgepole pine | 8% | 92% | – | 0% |
| Engelmann spruce | 25% | 72% | – | 3% |
| Ponderosa pine | 24% | 73% | – | 3% |
| Douglas-fir | 9% | 91% | – | 0% |
| Unknown | 28% | 12% | – | 60% |
| Note: Plantings have occurred since 2004, mostly since 2009. 1st-, 3rd-, and 5th-year surveys continue. Ponderosa pine planting success has ranged from 40% to 70%; Engelmann spruce success from 45% to 65%. Recent drought and significant weather events have adversely impacted planting efforts. | | | | |

Natural regeneration has been very successful on aspen and true-fir sites (approximately 90%–100%), as well as on all vegetation types where selection harvesting methods have been used. Planting has been used on many spruce-fir and ponderosa pine sites where even-aged silviculture has been used and has been successful about 75% of the time.

Control of conditions for cleaning and storing seed, and for growing and associated treatment of trees in nurseries, has improved over time. Similarly, monitoring of planting sites and weather conditions has slightly improved as well. Hence, planting success is expected to at least meet, if not slightly improve upon, success levels of the past.

## Volumes Harvested

A timber sale sold during 1 year may have volume harvested over several years. The USFS tracks harvested timber volumes by species and type of product or component. (Sawtimber is a log reaching a size that can be cut into commercial-grade boards, generally 8 inches or larger in diameter. Products other than logs include posts and poles with diameters usually less than 8 inches, as well as all aspen products. Utilization standards for these products can be found in Volume II, LRMP, under Timber and Other Forest Products). Figure 3.9.2 displays the volume of timber sold and harvested from the planning area between 1983 and 2011.

BLM_0032198



Figure 3.9.2: Volume of Timber Sold and Harvested on the San Juan National Forest (1983–2011)

SFPs permitted for harvest and removal from the planning area are categorized into two types:

- **Convertible products:** Convertible SFPs are products from timber that can be measured in cubic or board feet.

- **Non-convertible products:** Non-convertible SFPs are products that cannot be measured in cubic or board feet.

Currently, commercial uses of SFPs are regulated by permit or contract. Personal use permits generally require a minimum $20.00 fee, except for Christmas trees. Christmas trees are sold for $8.00 a tree.

A list of SFPs and their typical uses is displayed in Table 3.9.4.

Table 3.9.4: Special Forest Products in the San Juan National Forest and Tres Rios Field Office

| SFP | Most Common Species | Personal Use | Commercial Use | Educational/ Research Use |
|---|---|---|---|---|
| Firewood | Dead, live conifer, Gambel oak, aspen | x | x | |
| Christmas trees | White fir, pinyon | x | x | |
| Transplants | White fir, aspen, shrubs | x | x | |
| Tipi poles | White fir, spruce, Douglas-fir | x | x | x |
| Corral poles | Aspen, ponderosa pine | x | x | |

BLM_0032199

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| SFP | Most Common Species | Personal Use | Commercial Use | Educational/ Research Use |
|---|---|---|---|---|
| Walking sticks | Aspen | x | | |
| Medicinal plants | Osha, arnica, Oregon grape root | x | x | x |
| Herbarium specimens | Common vascular plants | | | x |
| Native seeds | Grasses, wildflowers, shrubs | x | x | x |
| Dry cones | Ponderosa pine | x | | |
| Boughs | Douglas-fir, white fir | x | x | |
| Green cones for seed | White fir, blue spruce, ponderosa pine, subalpine fir | | x | |
| Mushrooms | Boletes, chanterelles, morels, puffballs | x | x | x |
| Bark chips | Pine, juniper | x | | |
| Fence posts | Utah and Rocky Mountain juniper | x | x | |
| Burls and decorative wood | Aspen, juniper | x | x | |
| Berries | Chokecherry, serviceberry, raspberry | x | x | |
| Nuts | Pinyon | x | x | |
| Fence stays | Aspen, Gambel oak | x | x | |
| Tree buds | Spruce | x | x | |
| Latillas | Aspen | x | x | |

## Convertible Products

Personal use of convertible products requires a "free use" or "personal use" permit. Typical convertible SFPs permitted on the SJNF and TRFO are fuelwood or posts and poles.

One of the goals of the current LRMP is to provide a supply of fuelwood to local residents. Fuelwood harvesting is accomplished both through commercial and personal use permits. In years past, mostly dead timber was harvested, along with limited amounts of green wood provided in specified areas. More recently, thinning in lower-elevation stands, particularly in ponderosa pine, by SJNF and TRFO crews or by contractors, has made available increased amounts of (relatively) green wood. This work has effectively met ecological and social/economic objectives—that is, fuels reduction/forest restoration and demand for fuelwood. These efforts would continue in the future with the revised LRMP.

Fuelwood areas vary by year. Where specific units have been set aside for cutting for public fuelwood, affected acres have been tracked. Elsewhere, dispersed collection of fuelwood is generally not tracked. The volume of fuelwood harvested is monitored based on the number of permits sold. Figure 3.9.3 displays the trend in fuelwood harvesting from 1983 through 2011.

BLM_0032200

Case No. 1:20-cv-02484-MSK   Document 36-1   filed 04/27/21   USDC Colorado   pg 244 of 360

Final Environmental Impact Statement



Figure 3.9.3: Fuelwood Harvest on the San Juan National Forest (1983–2011)

All convertible products are and would continue to be monitored and inventoried through the timber and fuels programs (with stand exam and cruise information developed in order to monitor tree density and product size).

## Non-convertible Products

Non-convertible products are usually not collected for large commercial purposes. Non-convertible products for personal use that require a free use or a personal use permit (also requiring a minimum $20.00 fee) include Christmas trees, transplants, seeds, or cones. Some non-convertible products collected for personal use in small quantities do not require a permit. Products collected for educational purposes require an administrative or free use permit.

Harvesting of mushrooms involves removal of just the aboveground fruiting body. This harvesting has not been an issue within the planning area.

Collection of seed heads, cones, berries, leaves, or boughs has not been known to limit the populations of the plants or trees, unless ethical harvesting guidelines are not followed. Currently, all permits and contracts require that portions of all populations or seed caches remain undisturbed in order to ensure sustainability. Harvesting practices that remove whole plants (including roots) have the greatest potential for adverse impacts.

Osha (*Ligusticum porteri*) is a higher-elevation plant collected for medicinal purposes. The entire plant is dug up, and the roots are then used in the preparation of medicines. This plant is traditionally used

BLM_0032201

by Native Americans, as well as by local Hispanics. Some pharmaceutical companies (local and foreign) and local herbal remedy businesses sell Osha. Osha is extremely difficult to cultivate and is almost always harvested in the wild.

United Plant Savers has listed Osha as a species of concern. It has become locally extinct in some of its former range. Due to the lack of information regarding the biology of this plant, and the concerns over what is a sustainable harvest, the Denver Botanical Gardens and the Medicinal Plant Working Group have begun monitoring Osha on some plots within the Rio Grande National Forest. In conjunction with this project, some plots within the planning area have been established in order to verify the results from the Rio Grande study and develop guidelines for the sustainable harvesting of Osha.

## Summary of Existing Conditions and Trends

Currently, approximately 49% of the NFS lands within the planning area are capable of growing commercial timber. Under the 1992 amendment to the San Juan National Forest Land and Resource Management Plan, 20% of NFS lands within the planning area is identified as suitable timberland.

Over the period 1955 to present, approximately 19% of the planning area has had timber harvesting activities. This equals less than 30% of the forested cover within the planning area.

The most common harvesting methods have been shelterwood (mostly in spruce-fir and ponderosa pine), followed by clearcut in spruce-fir (mostly in the 1960s and 1970s) and in aspen (coppice), then by TSI and sanitation/salvage. The most common treatments currently are selection and intermediate treatments (improvement thinning) for fuels reduction or forest restoration purposes.

The ASQ for the SJNF was never fully offered, and sold or harvested, during any year between 1983 and 2011.

The ongoing spruce beetle epidemic is affecting much of the spruce component (Engelmann spruce in spruce-fir stands, blue spruce in mixed conifer stands) in the eastern half of the SJNF, including spruce found on suitable timberlands. The potential exists now and into the future for salvage sales of large volumes of standing dead spruce.

Historic regeneration failures are mostly attributed to higher-elevation spruce-fir harvests that occurred in the 1960s and 1970s, where clearcutting was the predominant silvicultural method in use at that time.

Natural regeneration has been very successful on aspen and true-fir sites (approximately 90%–100%), as well as all vegetation types where selection harvesting methods have been used. Planting has been required on many spruce-fir and ponderosa pine sites where even-aged silviculture has been used and has been successful about 75% of the time.

The trend in total acres harvested shows a sustained high level for three 5-year periods, beginning in the mid-1960s through the 1970s, and declining since that time. The trend in volume offered and sold since 1983 reflects relatively high levels in the 1980s (excepting 1987), a moderate sustained level in 1996–1999, with a return to a somewhat lower sustained level since 2008. The trend in total volume harvested since 1983 reflects a peak in the mid-1980s and a much lower peak in 1999–2000. Annual harvesting activities show less fluctuation between years than do sale offerings.

Most fuelwood harvested in the planning area is through personal use permits.

BLM_0032202

Trends in fuelwood harvest show a peak in 1983. Demand, and harvest, leveled out in the 1990s but
has increased in recent years.

## 3.9.3  Environmental Consequences

### Direct and Indirect Impacts

### General Impacts Related to Timber Management

- **Volume Harvested:** Estimated volumes planned for harvest (TSPQ/ASQ), by alternative, are
  displayed in Chapter 2 of this LRMP/FEIS.

- **Road Construction/Reconstruction:** Estimated miles of road construction and miles of
  reconstruction of existing roads varies by alternative (Table 3.9.5).

**Table 3.9.5: Estimated Miles of Road Construction and Reconstruction by Alternative**

| Activity | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| Road construction | 3.0 | 0.5 | 0 | 3.0 |
| Road reconstruction | 7.2 | 7.6 | 5.6 | 8.2 |

- **Reforestation Success:** Past reforestation success levels displayed above in the Section 3.2.2
  is expected to continue at similar, or slightly improved, levels in the future.

### Impacts Related to Suitability

Lands identified as generally suitable for timber harvest (selected from lands that area physically
capable and administratively available) vary by alternative (Volume III, Appendix V, Maps 12–15).
These lands include both lands where timber production is compatible with desired conditions and
objectives, as well as lands where timber harvesting may occur (but where timber production is
incompatible with desired conditions and objectives). The ratio of timber harvesting from these two
categories of lands varies by alternative.

Within the planning area, the majority of timber harvesting would be used in order to meet desired
vegetative conditions (including improvements in age-class distribution, reduction of hazardous fuels,
and improvements in stand structure or composition designed to return forest vegetation to desired
conditions). Forests may be actively managed in order to reduce the intensity and extent of
disturbances (e.g., wildfire or insect epidemics) that otherwise might result in damage to ecosystem
processes and functions. Management activities may also be used to maintain forested vegetation at
a desired point within the HRV in order to avoid broad swings in various elements that have occurred
naturally over time, but are undesired today. (An example would be a vegetation type that ranged
from nearly all early seral stands over the planning area to nearly all mature stands.) To avoid high-
severity events that might facilitate these swings (large-scale wildfire or insect epidemic), it is more
desirable to maintain a good mix of age classes near the center of the HRV, thereby meeting desired
conditions for maintaining or improving ecosystem function, resilience, and sustainability.

The current and expanding spruce beetle epidemic, now having spanned the approximate eastern
half of SJNF high-elevation spruce-fir in the San Juan Mountains (and also expanding in the South
San Juan Mountains), is causing widespread mortality in the spruce component. Given that many of
the spruce-fir stands with greatest mortality (or risk of mortality) from spruce beetle attack have
relatively sparse understories, and Engelmann spruce or subalpine fir are relatively slow growing in

BLM_0032203

the young development stages (i.e., as seedlings and saplings,), the combination of both would delay the re-establishment of growing stock in spruce-fir suitable timberlands that have undergone extensive spruce beetle associated mortality. Hence, timber production from spruce-fir suitable timberlands, and the associated ASQ, for the period of this new LRMP may be reduced under all alternatives. Total harvest quantities, on the other hand, may not be reduced given that salvage of standing dead spruce serves as a substitute for volume that would have derived from suitable timberlands.

The alternatives vary in areas where timber management may occur in order to achieve the desired vegetative conditions and objectives for timber program offerings. Alternative A would have the most acres available for management and highest harvesting objective in terms of number of acres, with Alternatives D, B, and C following in descending order, respectively. Alternative D would result in the greatest opportunity to provide vegetative conditions that limit the intensity and extent of disturbances (including from wildfire and insect epidemic), whereas Alternative C would provide the least opportunity.

## Impacts Related to Insect and Disease Management

Insects and disease would impact the production of timber by killing and damaging trees. Tree damage or mortality could occur on a variety of scales, depending largely upon factors such as insect populations or disease extent, stand conditions, and natural events (including wind and climate). At epidemic levels, insects and diseases do not respect administrative boundaries; therefore, there would be an increased risk of damage and mortality to adjacent lands actively managed (as opposed to areas where natural processes dominate). Although salvage operations are allowed in some MAs, or portions thereof (MAs 3*, 4, 5, 7, 8, and some 2s), it would be done to meet the resource objectives of those MAs and may not be considered a reliable source of additional wood fiber. (*See exception discussed below for MA 3 lands under Alternative C.)

In relation to insects and disease, Alternative C may represent the greatest potential impact to timber, followed by Alternatives B, A, and D, respectively. Potential impacts are a result of the emphasis each alternative places on preserving the undeveloped character of areas and allowing natural processes to occur. As has been seen in recent years, elevated levels of insects and disease, in particular, bark beetles, can and have built up in roadless or wilderness (or other untreated areas) and then impacted nearby or adjacent suitable timberlands. Under Alternative C, timber harvest to meet other resource management objectives would not be allowed in nearly all MA 3 lands since the bulk of these lands would meet the available and capable requirements for wilderness protection.

## Impacts Related to Fuels Treatments

Fuels treatments (prescribed burns and mechanical means, including mastication or thinning) have similar impacts related to thinning (as described below). Advanced regeneration may be lost, which may delay future harvests, especially where regeneration must be re-established prior to harvesting or where stocking is insufficient to take advantage of growing conditions. Fuels treatments improve individual tree growth and vigor due to the reduction of competition for moisture and nutrients related to the impacts of thinning. The long-term impacts of fuels treatments on timber outputs and forest health are generally positive, decreasing the potential loss of growing stock due to crown fire, insect epidemics, disease, drought, or any combination of these factors.

Given the assumption that fuels treatments are done in a manner that falls within implementation constraints—in particular, prescribed burning, which carries some uncertainty—Alternative D would result in the greatest benefits from fuels treatments given the estimated acres to be treated for fuels

BLM_0032204

reduction benefit. The benefits of Alternatives B and C would be similar; the benefit of Alternative A would be least.

## Impacts Related to Wildfire for Resource Benefit

The impacts related to wildfire for resource benefit within suitable timberlands are similar to the impacts described above for fuel treatments, in general. There is the potential for loss of growing stock and large investments in regenerated stands over wide areas if wildfire for resource benefit is not carefully applied or if unexpected weather conditions develop that compromises initial expected benefits. In general, the improvements in growing conditions and overall forest health outweigh the risk of loss. Resource benefit wildfire planning and administration need to be carefully considered in view of at-risk timber resources. Proposed levels of wildfire for resource benefit would be similar under all of the alternatives; therefore, there would be similar impacts.

## Impacts Related to Oil and Gas Development

Roads, well pads, and ancillary facilities associated with oil and gas development take forested land out of production (reducing future outputs); however, the acreage involved would be minor in comparison to overall suitable timberlands. Small short-term increases in timber outputs may occur during field development as timber is harvested (due to clearing for road and well-pad construction). These outputs are accounted for in the category of "other lands," where timber production is incompatible with desired conditions and objectives.

Impacts would be similar for Alternatives A, B, and D, about 1% or less of long-term timber production loss (though with short-term increases in small sales), and least for Alternative C. Under the No Leasing Alternative, lands affected and taken out of timber production would be those on existing leases only.

## Impacts Related to Recreation

Generally, impacts to the timber program related to recreation would be small. Small short-term outputs may occur from ski area, or other recreation facility, development. These outputs are accounted for in "other lands" estimates. Commercial timber or fuelwood may also be harvested when removing hazard trees from recreation facilities. User conflicts between recreationists and timber purchasers are becoming more common, particularly concerning road use. These conflicts can result in increased restrictions on timber purchaser operations, leading to increased costs and reduced financial efficiency.

The impacts on timber production from recreation would be similar under Alternatives A, B, and D, and slightly reduced under Alternative C, and would be minor.

## Impacts Related to Harvesting and Removal of Convertible Special Forest Products

The impacts related to personal use convertible products are negligible and are dispersed over a wide area. Generally, the collection of convertible products would benefit the public. It may also help to reduce, incrementally, stand density and hazardous fuels within the planning area, and concentrating fuelwood gathering in strategically located stands can be effective in reducing fuels in or near the WUI. Most of the collection of convertible forest products would continue to occur near the road system that is open to the public. Alternatives that limit new road construction (e.g., no new oil and gas leases) would reduce the effects since new access to SFPs would be more limited.

BLM_0032205

Within the planning area, convertible products would be monitored and inventoried through the timber and fuels programs, via stand exam or cruise data collection.

The environmental impacts are similar under all of the alternatives. Alternative D would result in the greatest impact; Alternative C would result in the least impact. Even between these two alternatives, however, the differences are negligible, with the primary difference linked to the potential area accessed by open roads.

## Impacts Related to Harvesting and Removal of Non-convertible Special Forest Products

Little impact is expected from the minor amounts of harvesting or collecting that occurs.

Harvesting of the fruiting bodies of mushrooms would not impact the mycelium that occurs underground, unless compaction or ground disturbance occurs as part of the harvesting process.

Collection of seed heads, cones, berries, leaves, or boughs would not limit the populations of the plants or trees, unless ethical harvesting guidelines are not followed. All permits and contracts would continue to require that portions of all populations or seed caches remain undisturbed in order to ensure sustainability. Harvesting practices that remove whole plants (including roots) would result in the greatest potential for impacts; Osha harvesting remains a concern. Alternatives that include no new oil and gas leases would further reduce the effects since new road construction and the access to SFPs would be the most limited.

The collection of non-convertible forest products may continue to be very limited in distribution and in quantity. Currently, there is no threat to any of the species collected at this level of collection; however, as human population increases and demand climbs, threats to local populations may become more evident. Additional information would be needed in order to determine the factors that need to be considered in monitoring use.

The environmental impacts are expected to be similar under all of the alternatives. Alternative D may result in the greatest potential impacts. Alternative C may result in the least potential impacts.

Currently (as under Alternative A), the sustainable harvesting of Osha is occurring within the planning area. However, future demands may exceed supply outside wilderness areas and IRAs. There would be no difference between the alternatives concerning Osha harvesting, given that agency direction to permittees continues to emphasize ethical harvesting techniques. Sustainable levels are expected to be maintained under all of the alternatives.

## Cumulative Impacts

The affected environment portion of this section describes historic, current, and foreseeable future activities considered with regard to cumulative impacts to the forest resource. The next 15 years are used as the timeframe for cumulative impacts analysis.

Given the overall size of the planning area and the relatively small amounts of treatment proposed under all of the alternatives, timber harvesting from suitable timberlands would result in a small change in the age/size-class distribution of forested lands. The major agents of change to forested lands would continue to be tree establishment/growth/maturation/senescence, vegetative competition, endemic insects or diseases, and disturbance events, including wildfire, weather (wind, heavy snow/ice and potential avalanche cycles), or insect or disease outbreaks. Climate change is predicted to exacerbate some of the above impacts, including increased tree mortality from 1) increasing

BLM_0032206

populations of bark beetles; 2) heightened competition between vegetative components as a result of higher average temperatures and increasing drought effects; 3) the interaction of drought, disease, insects, and competition, collectively referred to as decline (e.g., sudden aspen decline); and 4) increased fire intensities as a result of higher temperatures, quicker snowpack loss and reduced stream flow and soil moisture availability, and increased fuels from associated tree mortality. Minor changes could be losses of shade-tolerant, drought-susceptible species, such as white fir, and corresponding favorable conditions for shade-intolerant, drought-tolerant species, such as ponderosa pine.

Timber harvesting also occurs on state, private, Native American tribal and adjacent public lands. Table 3.9.6 estimates the annual average volume of these harvests. No records are kept for private lands harvests (which are generally small in volume, but can, in some cases, contribute considerably to the timber supply). Such contributors to commercial sales are, for example, private land aspen harvests and fire salvage following the Missionary Ridge Wildfire of 2002. In general, however, as harvesting from national forests has fallen, other ownership lands have seen an increase in harvesting volume, particularly in the aspen vegetation type. It is not known how long private lands can sustain the current levels of harvesting.

In relation to SFPs, no significant cumulative impacts were identified under any of the alternatives.

**Table 3.9.6: Average Annual Harvest Volume**

| Entity | Average Annual Harvest Volume (MMCF) |
|---|---|
| State lands | Small variable quantities |
| Private lands | Small variable quantities |
| Southern Ute lands | 0.36 |
| Ute Mountain Ute lands | Small variable quantities |
| Grand Mesa, Uncompahgre, and Gunnison National Forests | 2.1 |
| Manti-La Salle National Forest | 0.89 |
| Rio Grande National Forest | 0.52 |

# 3.10 Insects and Disease

## 3.10.1 Introduction

Natural disturbances (including fire, insects, diseases, and weather events) play a fundamental role in shaping ecosystems and in creating heterogeneous patterns of vegetation at multiple scales. Fire is generally viewed as having the greatest potential to impact the SJNF and TRFO, but in actuality, many more trees are killed—and a larger area is impacted—by insects and disease (Rocky Mountain Region 2010), as evidenced by the pinyon Ips beetle epidemic of 2001–2004, which killed up to 90% of pinyon pine trees in the pinyon-juniper woodlands of southwest Colorado (Colorado Department of Natural Resources 2005), and the ongoing spruce beetle epidemic, which has killed thousands of mature Engelmann spruce trees across the SJNF from 1996 to 2012 (Rocky Mountain Region 2012).

Insects and diseases (which tend to be species-specific and often attack plants that have been weakened by other disturbances such as drought) affect tree growth, fire potential, nutrient cycling, and the composition and structure of vegetation communities (Schmid and Mata 1996). At endemic

levels, native insects have little impact on forest structure. At epidemic levels, insects can cause tree mortality across whole landscapes. Diseases, which often weaken trees, making them more susceptible to bark beetle attack, generally increase gradually or remain at similar levels over time (Rocky Mountain Region 2010). Defoliators, such as western spruce budworm, can cause substantial damage when favorable moisture and stand conditions result in abundant host habitat.

## 3.10.2 Existing Conditions

Insects that have a significant impact on forest stands on the SJNF and TRFO include spruce beetle, Douglas-fir beetle (*Dendroctonus pseudotsugae*), fir engraver beetle (*Scolytus ventralis*), western pine beetle (*D. brevicomis*), mountain pine beetle (*D. ponderosae*), and western spruce budworm. Other insects that impact the SJNF and TRFO include the Douglas-fir pole beetle (*Pseudohylesinus nebulosus*), western balsam bark beetles (*Dryocoetes confusus*), engraver beetles (*Ips* sp.), roundheaded pine beetle (*D. adjunctus*), pinyon twig beetle (*Pityophthorus* spp.), aspen bark beetles (*Tryphloeus populi* and *Procryphalus mucronatus*), bronze poplar borer (*Agrilus liragus*), poplar borer (*Saperda calcarata*), western tent caterpillar (*Malacosoma californicum*), large aspen tortrix (*Choristoneura conflictana*), and aspen leaf miner (*Phyllocnistis populiella*). Grasshoppers (various species) and Mormon crickets (*Anabrus simplex*) can also become pests through periodic population increases.

Diseases that have a significant impact on forest stands on the SJNF and TRFO include shoestring root rot (*Armillaria ostoyae*), Indian paint fungus (*Echinodontium tinctorium*), red ring decay (*Phellinus pini*), white trunk rot (*P. tremulae*), fir broom rust (*Melampsorella caryophyllacearum*), annosus root rot (*Heterobasidium annosum*), Douglas-fir dwarf mistletoe (*Arceuthobium douglasii*), southwestern dwarf mistletoe (*A. vaginatum* ssp. *cryptopodum*), pinyon pine dwarf mistletoe (*A. divaricatum*), sooty bark canker (*Encoelia pruinosa*), hypoxylon canker (*Hypoxylon mammatum*), black canker (*Ceratocystis fimbriata*), cytospora canker (*Valsa sordida*), and black stain root fungus (*Leptographium wageneri*).

Within the planning area, insect and disease activity is increasing due to drought, drought-like conditions (due to higher temperatures), and susceptible forest stand conditions. Insect epidemic risk is medium or high throughout much of the planning area, and disease infections are at high levels, so it is likely that there would be continued high levels of tree mortality over the next 15 years. The spruce beetle has killed most of the Engelmann spruce overstory across much of the eastern portion of the SJNF, impacting 111,000 acres from 1996 to 2011 (Rocky Mountain Region 2011). The Douglas-fir bark beetle has caused epidemic-level mortality in large to very large Douglas-fir trees (Eager 2010), affecting thousands of acres of cool-moist and warm-dry mixed conifer forests. Low-elevation aspen forests have experienced rapid tree mortality due to sudden aspen decline incited by drought and increasing susceptibility to typically non-lethal insects and disease, including aspen bark beetles, poplar borers, and cytospora canker (Worrall et al. 2008). Other recent periods of tree mortality on the SJNF and TRFO include the aforementioned pinyon pine die-off in 2001–2004 and the loss of several hundred thousand white fir, on the Pagosa Ranger District alone, due to fir engraver beetle, in 2005–2007. Grasshopper and cricket populations on SJNF and TRFO are currently stable and within endemic levels.

Given abovementioned levels of mortality across most forest cover types, a significant increase in standing and downed dead trees has occurred in mixed conifer, aspen/aspen with conifer, and spruce-fir forests. In recent years, the SJNF has substantially increased the monitoring, and removal, of hazard trees in or near developed facilities or heavily used dispersed sites.

## Insect or Disease Management Options

Management activities associated with insects or disease are generally designed to prevent or reduce epidemics by changing the mix of age classes, reducing tree density, promoting habitat diversity, or targeting specific trees for prevention or control. Management activities may include any of the following:

- thinning in ponderosa pine, mixed conifer, aspen with conifer (i.e., thinning the conifer component), or spruce-fir forests to reduce the risk of bark beetle and its associated mortality, reduce infection sources of foliage diseases, reduce habitat for defoliators, and improve vigor in residual trees;

- regeneration harvests in all forest cover types to reduce host habitat for insects and disease, establish vigorous young age classes of trees to ensure age-class diversity;

- sanitation cutting to remove and reduce infection sources for foliage, stem, and root diseases;

- application of pheromone treatments—both attractant and anti-attractant means (pheromone traps or MCH bubble capsules)—to monitor populations or repel bark beetles from high-value trees;

- use of trap tree techniques to reduce spruce beetle populations in select areas;

- use of chemical sprays to repel or kill specific insects on high-value trees (such as in campgrounds);

- use of chemicals to inhibit or kill diseases (such as spreading borax powder on freshly cut stumps); or

- use of prescribed fire to reduce host habitat, thin stands, sanitize diseased foliage (such as scorching of dwarf-mistletoe infected branches or trees).

Many of these techniques can be used in combination to more effectively treat high-risk or infected stands. Some treatments are "coarse" in nature, such as stand- or multi-stand-level thinning or burning and have low to moderate costs per acre. (Typically, on the SJNF and TRFO, activities associated with forest vegetation management—such as timber production, fuels reduction, forest restoration—have incorporated objectives for reducing impacts by insects or disease as well, thereby meeting multiple objectives.) Others are "fine," such as spraying individual trees with repellent chemicals in developed sites and have relatively high costs; hence, such treatments are meant to be applied to high-value trees on a limited basis.

Management of insects or disease would generally occur to the greatest extent in MA 5, where virtually any activities, listed above, could be applied. Insect or disease management would generally occur to the least extent in MAs 1 and 2 except in stand-, project-, or broad-scale efforts that are designed to coarsely influence forest structure and composition through the use or application of fire on the landscape.

Many of the abovementioned coarse techniques for managing insects or disease meet objectives that closely correspond to objectives for timber management goals (i.e., timber production, sustaining healthy forest conditions, or conditions that benefit other forest resources), fuels reduction, or for meeting broad ecosystem management goals. Hence, associated activities tied to these other resource areas are well integrated with insect or disease treatments.

BLM_0032209

## 3.10.3 Environmental Consequences

### Direct and Indirect Impacts

Given integration of insect or disease management with silvicultural prescriptions for vegetation management to meet a variety of goals/objectives, impacts across the alternatives would correspond very closely with acres thinned, harvested, or burned (see Volume III, Appendix F for projected acres treated).

The influence of mechanical treatments on insects or disease that affect forests, in context with the forested area across the SJNF and TRFO, is not expected to be great. The projected area thinned/harvested over the 15-year period of the LRMP ranges from 2.5% (Alternative C) to 4.4% (Alternative D). The potential area that could be burned (and concurrently meet insect/disease management objectives) is much greater, but managed fire is not expected to impact a significant area of the forest due to constraints tied to prescribed fire. Hence, effects from insects or disease would tie more closely with forest conditions and affecting factors—that is, 1) amount, extent, and susceptibility of host habitat; 2) insect or disease levels (extent and populations/infection rates); 3) climate; and 4) disturbance (such as windthrow events that create spruce-beetle preferred host material)—than from actual management activities.

The impacts from chemical treatments or pheromone applications for insect/disease are expected to be similar across all alternatives. The majority of these activities would fall in or near developed facilities.

## Impacts Related to Fire Management

High-severity, stand-replacement prescribed fire would reduce insect and disease risk to the greatest degree. Low-severity fire that reduces stand density would make stands more resistant to insects and disease. Low-severity fire can weaken the resistance of some trees to insects and disease by damaging root systems and cambial tissues, but these are often the very trees targeted for thinning with prescribed fire.

**Alternatives:** The extent and frequency of large fires may increase following bark beetle outbreaks that kill many trees. Alternative A allows for less potential managed fire in spruce-fir or "mixed vegetation" (see Volume III, Appendix F). Otherwise, projected prescribed fire is the same for all alternatives.

## Impacts Related to Timber Management

Timber harvesting and TSI may provide an opportunity to prevent or reduce insect and disease outbreaks by reducing the density of trees, removing diseased and high-risk trees, and creating forests that are more diverse. The removal of suppressed or dying trees would increase the overall growth and vigor of the remaining trees, which would decrease the susceptibility of those trees to many insects and diseases.

**Alternatives:** Alternatives that increase the amount, extent, or tree density of mature development stages would generally increase the risk of insect outbreaks or widespread disease. As a result of thinning or harvesting activities, Alternative C would have a slightly greater likelihood of an increased amount and extent of high-risk (for bark beetles) mature-closed development stages, so it would result in a slightly greater risk for insect outbreaks, or widespread disease, than other alternatives. Alternative D would have a slightly lesser likelihood to increase amount and extent of the mature-

BLM_0032210

closed development stages, so it would result in a slightly lower risk for insect outbreaks or widespread disease. Alternatives A and B fall in between C and D.

Under all of the alternatives, there would be the potential for salvage and/or sanitation cuts designed to harvest dead or damaged trees, which may slow or impede insect increases.

## Impacts Related to Recreation

In developed and dispersed recreation sites where trees are often affected by camping activities and where the overall health and vigor of trees is reduced by soil compaction, risk for individual trees to be adversely affected by insects and diseases would increase.

**Alternatives:** Proposed management affecting recreation, relating to insects or disease, would be the same for all the alternatives.

## Cumulative Impacts

Past management practices throughout the planning area, including fire suppression, created forest conditions that are susceptible to insect outbreaks or widespread disease due to higher tree densities and generally older and larger trees, leading to contiguous and homogenous forest stands. These conditions are particularly conducive to bark beetle attacks when coupled with drought-like conditions.

Management actions within the planning area from the implementation of management activities in the revised LRMP and from foreseeable future management activities beyond the 15-year life of the LRMP may create conditions that are less likely to result in insect epidemics or widespread disease in some areas if managed fire, or wildfire, is of significant magnitude to reduce host habitat, particularly forest stands at high risk for bark beetle attack. Given predictions for climate change, drought-like conditions are expected to persist for the 15-year period of the LRMP.

The cumulative impact of past, present and foreseeable future management activities, and present and foreseeable climate change, on federal and non-federal lands within the planning area are expected to result in continued high tree-mortality rates across all forest cover types, large amounts of standing and downed dead trees, high fuel loading, and high-intensity fire in areas of accumulated dead trees. Beneficial aspects would be tied to species that have adapted to these types of disturbances, notably woodpeckers and other birds that feed on bark beetles and wood-boring insects. Also, a wide range of plants normally found beneath coniferous overstories are expected to "release"—that is, vigorously increase in growth as competition and shade from overtopping trees dissipate with elevated rates of tree mortality.

# 3.11  Fire and Fuels Management

## 3.11.1 Introduction

Over the past 10 years, the national emphasis on fire and fuels management has increased as a result of large fires, droughts, increasing forest health concerns, and impacts on communities. New policies and laws incorporated in the LRMP alternatives would provide direction to manage wildfires more effectively, reduce hazardous fuels (especially in WUI areas), restore and maintain fire-dependent ecosystems, and promote collaboration with local communities in order to address wildfire-related issues.

BLM_0032211

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

## Legal and Administrative Framework

### Laws

- **The Healthy Forests Initiative and Healthy Forests Restoration Act, August 2002 and 2003:** This act directs agencies to improve the condition of public lands, increase firefighter safety, and conserve landscape attributes valued by society.

### Regulations and Policies

- **Federal Wildland Fire Policy, December 12, 1995:** This provides common policies for wildland fire by the USDA and USDI (USDA and USDI 1995).

- **The National Fire Plan, 2001:** This was designed to address five topics: firefighting, rehabilitation, hazardous fuels reduction, community assistance, and accountability. (USDA and USDI 2000)

- **Guidance for Implementation of Federal Wildland Fire Management Policy, February 2009** (USDA and USDOI 2009)

- **Interagency Prescribed Fire Planning and Implementation Procedures Reference Guide** (USDA and USDI 2008)

- **Interagency Standards for Fire and Fire Aviation Operations** (Red Book) (National Interagency Fire Center 2012)

- **National Cohesive Wildland Fire Management Strategy** (Wildland Fire Leadership Council 2011)

### 3.11.2 Affected Environment

## Existing Conditions and Trends

There is a growing recognition that past land use practices, combined with the impacts of fire exclusion, can result in heavy accumulations of dead vegetation and altered fuel arrangements, as well as in changes in vegetative structure and composition. When dead fallen material (including tree boles, tree and shrub branches, leaves, and decaying organic matter) accumulates on the ground, it increases fuel quantity and creates a continuous supply of fuel. When this occurs, surface fires may ignite more quickly, burn with greater intensity, and spread more rapidly and extensively than in the past. On the other hand, uses such as grazing can sometimes reduce fine fuels, precluding periodic surface fires that would typically burn in these areas. Without fire, encroachment of woody species may occur in some savannah and grassland ecosystems.

In contrast, rather than eliminating fire, exclusion efforts (combined with other land use practices) have, in many places, dramatically altered fire regimes (circumstances of fires including frequency, intensity, and spatial extent) so that today's fires tend to be larger and more severe. No longer a matter of slow accumulation of fuels, today's conditions present the likelihood of more rapid, extensive ecological changes beyond any experienced in the past. Addressing these changes, and the challenges they present, requires understanding and acceptance of the role of wildland fire, and the adoption of land management practices that integrate fire as an essential ecosystem process.

While other management techniques (including mechanical removal) may be used in order to reduce heavy fuels, they cannot always replace the ecological role that fire plays. Fire not only reduces the build-up of dead and downed fuel, it performs many other critical ecosystem functions. Fire can

322

BLM_0032212

recycle nutrients that might otherwise be trapped for long periods of time in the dead organic matter that exists in many environments with slow rates of decay. It can also stimulate the production of nutrients and provide the specific conditions (including seed release, soil, light, and nutrients) that are critical for the reproduction of fire-dependent species.

The planning process considers the historic role of fire as an ecological disturbance agent. This knowledge is used to determine the appropriate use of fire and fire surrogate treatments in order achieve desired conditions on the landscape. Numerous studies, locally and across the region, have shown that ponderosa pine forests have missed many fire cycles and are now characterized by dense conditions across the landscape. Reducing fire hazard means thinning the forests and bringing fire back into ponderosa pine forests. In this situation, fuels reduction objectives are in line with restoration objectives. Therefore, in terms of the amount and pattern of thinning and application of fire, prescriptions for fuels reduction projects in ponderosa pine forests would strive to meet restoration objectives.

The opposite situation exists in the pinyon-juniper woodlands, where recent research suggests current dense conditions are typical for pinyon-juniper woodlands (Floyd et al. 2000). Fuels projects designed to mitigate fire hazard in the pinyon-juniper woodlands are driven by public safety concerns. Ecological information about pinyon-juniper woodlands favors development of an overall fuels strategy that minimizes adverse impacts to the overall pinyon-juniper landscape while, at the same time, providing protection in the WUI. The fire and fuels management program would use ecological, social, and economic concerns in order to develop future fire and fuels management strategies.

## Fire Regimes

Fire regimes describe the historical ecological role of fire in creating, and maintaining, vegetation communities for a period before Euro-American settlement activities and before active fire suppression began. Fire regimes, or more generally, disturbance regimes, are a key component of HRV characterizations for forest and vegetation types (Volume III, Appendix V, Map 16). HRV reference conditions are useful in developing desired future conditions, which, in turn, can be used as guidelines in developing program strategies and designing fuels restoration projects.

This discussion focuses on fire; however, the role of other disturbance agents is also acknowledged. Fire Regime Condition Class (FRCC) is a standardized interagency tool that utilizes the concept of HRV in order to assess a current landscape's departure from historical (natural) conditions (Hann et al. 2003). The fire regime description includes HRV characterizations of the local forest or vegetation type, and their assigned biophysical group, as defined by FRCC protocol. Fire regimes are typically described by fire frequency, intensity, size, and vegetation type (Heinselman 1981; Sando 1978).

Vegetation types by fire regime are listed in Table 3.11.1 based on FRCC definitions (Hann et al. 2003). Each existing vegetation type has experienced a characteristic pattern of succession and natural disturbances (including fires and insect outbreaks) that occurred at varying intervals and characteristic intensities. These natural disturbances were key to maintaining a diversity of seral communities and, therefore, a variety of plant and wildlife habitat across the landscape.

BLM_0032213

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Table 3.11.1: Historic Fire Regimes for the San Juan National Forest and Tres Rios Field Office**

| Fire Regime Class | Frequency (fire return interval) | Severity | Existing Vegetation Types | Acres of SJNF and TRFO | Percentage of SJNF and TRFO |
|---|---|---|---|---|---|
| I | 0–35+ years, frequent | Predominantly low | Ponderosa pine | 411,790 | 11% |
| | | | Warm-dry mixed conifer | 95,392 | 3% |
| II | 0–35+ years, frequent | Replacement | Mountain grasslands | 304,314 | 8% |
| | | | Semi-desert shrubland | 95,380 | 3% |
| | | | Sagebrush shrublands | 210,030 | 6% |
| III | 35–100+ years, less frequent | Mixed and low | Cool-moist mixed Conifer | 199,412 | 6% |
| IV | 35–100+ years, less frequent | Replacement | Aspen | 346,384 | 10% |
| | | | Mountain shrubland | 450,190 | 12% |
| | | | Semidesert grassland | 301,538 | 8% |
| V | 200+ years | Replacement and other fires occurring within this frequency range | Spruce-fir | 510,220 | 14% |
| | | | Pinyon-juniper woodland | 444,147 | 12% |
| | | | Alpine | 186,494 | 5% |

## Fire Regime Condition Class

The first step of FRCC characterizes HRV conditions for vegetation types. These are the reference conditions used to assess whether a landscape (forest type) is outside its HRV. The second step of FRCC is an assessment of a landscape's degree of departure from its HRV conditions. For the SJNF and TRFO, the reference period for this analysis spans the seventeenth century to the late nineteenth century. This period is based on the most reliable span in fire history data. The reference period is the time period when ecosystems, along with their natural disturbance regimes, were still intact and functioning in sustainable landscapes (before Euro-American settlement activities). Tree-ring fire chronologies show the last widespread fire occurred in the 1880s. The year 1890 is a good date to designate the beginnings of fire exclusion (Brown and Wu 2005; Grissino-Mayer et al. 2004; Wu 1999). Current condition departure assessments are based on missed (or increased) fire occurrences, uncharacteristic fire behavior, current species composition, structural stage, age and canopy closure, and fuel accumulations compared to conditions under the historic disturbance regimes.

Table 3.11.2 defines the three FRCC condition classes. Low departure (FRCC 1) is considered to be within HRV. Moderate departure (FRCC 2) indicates that components of the fire regime (including fire frequency) have been altered, resulting in changes in vegetation and landscape patterns. These areas may require varying levels of management actions before fire can be restored and allowed to play its historical natural role.

High departure (FRCC 3) means that fire regimes and vegetation are significantly altered from historical conditions. Uncharacteristic fire behavior and fire impacts would occur under certain conditions. This would result in vegetation composition and assemblages not known to exist during reference conditions. (FRCC is a calculated number and the protocols are outlined in the FRCC Guidebook, Volume 1.2 [Hann et al. 2003]. However, the SJNF and TRFO condition class assigns FRCC values based on a vegetation polygon's type and fire regime, and would be updated with the new FRCC map [Volume III, Appendix V, Map 17]).

BLM_0032214

**Table 3.11.2: Fire Regime Condition Class Descriptions**

| Condition Class | Descriptions |
|---|---|
| FRCC 1<br>Low departure | Fire regimes are within the historical range and the risk of losing key ecosystem components is low. Vegetation attributes (including species composition and structure) are intact and functioning within their historical range. |
| FRCC 2<br>Moderate departure | Fire regimes have been moderately altered from their historical range. The risk of losing key ecosystem components is moderate. Fire frequencies have departed from historical frequencies by one or more return intervals (either increased or decreased). This may result in moderate changes to one or more of the following: fire size, intensity and severity, and landscape patterns. Vegetation attributes have been moderately altered from their historical range. |
| FRCC 3<br>High departure | Fire regimes have been significantly altered from their historical range. The risk of losing key ecosystem components is high. Fire frequencies have departed from historical frequencies by multiple return intervals. This may result in dramatic changes to one or more of the following: fire size, intensity and severity, and landscape patterns. Vegetation attributes have been significantly altered from their historical range. |

Table 3.11.3 shows each major vegetation type by its assigned FRCC. In general, ecosystems with the longest return fire intervals (including spruce-fir and pinyon-juniper) have not missed fire intervals and, therefore, on a stand level, their structure and species composition is well within estimated HRV conditions. From an ecological perspective, fires can be allowed to burn in these forests under any conditions and would burn with characteristic intensity and with characteristic impacts. Some concerns about landscape structure and mosaic exist and need to be assessed. However, due to the long fire intervals, the landscape is probably still within HRV. Spruce-fir is in FRCC 1 and pinyon-juniper is in FRCC 2. Even though its fire regime and macro woody structure is intact, pinyon-juniper is only considered FRCC 2 because of grazing, chainings, and degraded herbaceous composition. Over time, the current cheatgrass invasion may push pinyon-juniper to FRCC 3. Cheatgrass cover would introduce frequent surface fire to this low frequency-high intensity fire regime and alter post-fire successional pathways.

**Table 3.11.3: Fire Regime Condition Class by Existing Vegetation Type**

| FRCC (assigned) | Existing Vegetation Type | Acres of Public Lands | Percentage of Public Lands |
|---|---|---|---|
| 1 | Spruce-fir | 510,220 | 14% |
| | Alpine | 186,494 | 5% |
| | Aspen | 346,384 | 10% |
| 2 | Cool-moist mixed conifer | 199,412 | 6% |
| | Mountain grasslands | 304,314 | 8% |
| | Mountain shrublands | 450,190 | 12% |
| | Pinyon-juniper woodlands | 444,147 | 12% |
| | Semidesert grasslands | 301,538 | 8% |
| | Semidesert shrublands | 95,380 | 3% |
| | Sage shrublands | 210,030 | 6% |
| 3 | Ponderosa pine | 411,790 | 11% |
| | Warm-dry mixed conifer | 95,392 | 3% |
| 0 | Riparian and wetland | 77,964 | 2% |

Aspen is currently assigned to FRCC 1 but is trending toward FRCC 2. The current distribution and age structure across the landscape is an assemblage within HRV; however, it appears to be on the

BLM_0032215

longer extreme of its HRV. Many stands succeeding to conifer would benefit from burning in order to regenerate the stands. An important question to aspen persistence on the landscape is how long a clone can remain viable after its last stand replacement fire.

Cool-moist mixed conifer is assigned to FRCC 2 because, although it has missed some fire intervals, its vegetation composition and landscape mosaics are still within HRV (with fires still behaving characteristically and producing characteristic impacts). This is true for the other vegetation types listed in FRCC 2; however, the semi-desert vegetation and sagebrush types are threatened by cheatgrass and other noxious weeds, and have the same situation described for pinyon-juniper.

Ponderosa pine and warm-dry mixed conifer are both frequent surface fire regimes and have been the most affected by fire suppression, logging, and grazing since Euro-American settlement; therefore, they are assigned to FRCC 3. They have missed numerous fires relative to historic patterns, and as a result their stand structures are overly dense, their understory herbaceous life is degraded, and white-fir is overtaking ponderosa pine in the warm-dry mixed conifer types. Forest fire regimes have shifted from high frequency, low intensity surface fire to low frequency, high intensity stand-replacement fire.

## Fire Hazard

Fire hazard is directly related to vegetation or fuel conditions (including type of vegetation, age, structure, density, and amount of live and dead material), topography (including slope, aspect, and elevation), and weather conditions (including wind speed and direction, and fuel moisture). These elements all impact fire behavior, as well as the intensity and rate of spread of fires. Fire hazard changes with changing conditions.

Fire hazard for the planning area was modeled for current vegetation conditions (topography is considered to be constant) under the 97th percentile weather conditions. This is based on weather data taken from the remote automated weather stations located throughout the planning area. Data were summarized from 1990 to 2011. Modeled weather conditions included wind gusts of 23 miles per hour, generally coming from the west and southwest.

## Historic Fire Activity

Historic fire activity records, from 1980 through 2011, were evaluated for the planning area. Table 3.11.4 summarizes the number of fires, the causes, and the number of acres burned for each year. Map 18 (Volume III, Appendix V) displays fire start locations and causes for this same period. Only fires that burned within the planning area are included.

**Table 3.11.4: Fire Activity on the San Juan National Forest and Tres Rios Field Office, 1980–2011**

| Year | Lightning Caused | | Human Caused | | Total Fires | |
|---|---|---|---|---|---|---|
| | Number of Fires | Acres Burned | Number of Fires | Acres Burned | Number of Fires | Acres Burned |
| 1980 | 64 | 141 | 13 | 22 | 77 | 163 |
| 1981 | 65 | 43 | 8 | 9 | 73 | 52 |
| 1982 | 36 | 47 | 4 | 0 | 40 | 47 |
| 1983 | 27 | 5 | 11 | 7 | 38 | 12 |
| 1984 | 35 | 13 | 3 | 0 | 38 | 14 |
| 1985 | 47 | 170 | 4 | 3 | 51 | 173 |
| 1986 | 25 | 10 | 5 | 17 | 30 | 26 |
| 1987 | 34 | 832 | 18 | 345 | 52 | 1,177 |

BLM_0032216

| Year | Lightning Caused | | Human Caused | | Total Fires | |
|---|---|---|---|---|---|---|
| | Number of Fires | Acres Burned | Number of Fires | Acres Burned | Number of Fires | Acres Burned |
| 1988 | 66 | 121 | 10 | 248 | 76 | 370 |
| 1989 | 145 | 723 | 33 | 241 | 178 | 964 |
| 1990 | 80 | 1,370 | 11 | 19 | 91 | 1,388 |
| 1991 | 58 | 38 | 15 | 100 | 73 | 138 |
| 1992 | 34 | 28 | 14 | 13 | 48 | 41 |
| 1993 | 41 | 16 | 17 | 9 | 58 | 24 |
| 1994 | 186 | 2,119 | 12 | 320 | 198 | 2,439 |
| 1995 | 60 | 548 | 12 | 12 | 72 | 560 |
| 1996 | 171 | 4,724 | 15 | 704 | 186 | 5,428 |
| 1997 | 46 | 77 | 9 | 6 | 55 | 83 |
| 1998 | 70 | 1,769 | 13 | 46 | 83 | 1,815 |
| 1999 | 23 | 9 | 13 | 7 | 36 | 15 |
| 2000 | 203 | 1,658 | 19 | 122 | 222 | 1,780 |
| 2001 | 67 | 780 | 11 | 104 | 78 | 885 |
| 2002 | 113 | 75 | 25 | 74,123 | 138 | 74,198 |
| 2003 | 246 | 4,265 | 7 | 9 | 253 | 4,274 |
| 2004 | 128 | 673 | 14 | 62 | 142 | 735 |
| 2005 | 76 | 4,485 | 7 | 1 | 83 | 4,486 |
| 2006 | 175 | 78 | 17 | 4 | 192 | 82 |
| 2007 | 120 | 359 | 20 | 5 | 140 | 365 |
| 2008 | 61 | 332 | 32 | 136 | 93 | 468 |
| 2009 | 84 | 9,762 | 19 | 3 | 103 | 9,765 |
| 2010 | 67 | 96 | 26 | 10 | 93 | 106 |
| 2011 | 82 | 147 | 33 | 153 | 115 | 299 |
| Total | 2,735 | 35,513 | 470 | 76,860 | 3,205 | 112,372 |
| % of Total | 85% | 32% | 15% | 68% | 100% | 100% |

## Prescribed Burns and Fuels Reduction Treatments

The planning area uses prescribed burns and mechanical treatments in order to achieve multiple objectives, including hazardous and natural fuels reduction, wildlife habitat improvement, ecosystem restoration, and range betterment. Smoke management has always been a challenge for SJNF and TRFO managers, especially in the fall when many days of poor smoke dispersion are forecasted by the National Weather Service. Fire managers work closely with the National Weather Service and the CDPHE and use a multitude of methods in order to reduce the amount of smoke in the various airsheds.

On NFS lands, approximately 8,500 to 10,500 acres of hazardous fuels are treated annually, primarily through prescribed burning. Mechanical treatments have occurred only in the last several years and constitute approximately 30% of the overall fuels program. Since 1974, the USFS has treated approximately 141,000 acres of hazardous fuels, excluding wildfires and fire managed for resource benefit.

Since 1999, the BLM has treated approximately 2,000 to 3,000 acres of hazardous fuels annually, primarily by mechanical means (including hydro-mowing and hand-thinning) with small amounts of prescribed burning. Most fuels reduction has occurred within the WUI and FRCC 3 vegetation. Since 1990, the BLM has treated roughly 20,000 acres of hazardous fuels, excluding wildfires and fire managed for resource benefit.

BLM_0032217

## Fire in the Wildland Urban Interface

For the SJNF and TRFO, much of the focus on reducing fire risk is on the WUI areas, where structures and other human development meet or intermingle with undeveloped wildland or vegetative fuels. The identified WUI within the planning area is displayed in Map 19 (Volume III, Appendix V). This includes communities-at-risk (as identified in the *Federal Register* 66(3):751–754, January 4, 2001), as well as other private lands where housing density is greater than one structure per 40 acres, buffered by 1.5 miles. The relative risk to all of these WUI areas varies depending on location, slope, aspect, surrounding vegetation (fuel conditions), and type and density of the development. These risk factors must be considered in developing treatment strategies and priorities for these areas, in cooperation with other local partners (including counties, communities, the Colorado State Forest Service, the NPS, the Bureau of Indian Affairs [BIA], and landowners).

Within the planning area, use patterns on private lands in and around the public lands have been changing from what was historically livestock ranching (with little structural development) to subdivided residential areas. This presents a management challenge that is occurring throughout the area encompassed by the public lands. These changes have increased the risk factors associated with fire management in and around these WUI areas.

## Fire Management and Coordination Efforts

Fire management in the region is coordinated between multiple agencies through the Durango Interagency Dispatch Center, which serves the SJNF and TRFO, Mesa Verde National Park, and the Southern Ute Agency and the Ute Mountain Ute Agency of the BIA, as well as the surrounding 12 counties. The dispatch center provides support for initial attack and large incidents, and oversees air operations (e.g., air tankers, smokejumpers, and helicopters).

Since the mid-1990s, fire management policy has evolved beyond just suppression actions to include a variety of management options, as described in the National Fire Plan. The four primary goals of the National Fire Plan include improving fire prevention and suppression, reducing hazardous fuels, restoring fire-adapted ecosystems, and promoting community assistance.

Fire management policy differs between the various agencies and landowners (the USFS, BLM, NPS, State of Colorado, and private property owners) that have jurisdiction in the region. Wildfires on private lands are suppressed by rural and county fire departments. Full suppression of fires is the goal of these agencies. The SJNF and TRFO have general categories of treatment guiding fire management and fuels treatment. The LRMP, Volume II allows the use of prescribed burns and fire managed for resource benefit under the following emphasis areas:

- **Fire Suppression:** This includes areas where wildfire is not desired. Without mitigation, unplanned ignitions may have adverse impacts on resource values (including WUI lands, cultural resources, and areas with unnatural fuels build-up). Fire suppression would be aggressive. However, prescribed burns and/or mechanical treatments may be considered in order to reduce hazards when resource concerns can be mitigated.

- **Fire Suppression with Fuels Treatment:** These include areas where fire is desirable; however, social, economic, and ecological constraints must be considered (including state air quality emission standards, and wildlife species and habitats). A variety of suppression efforts may be used. Prescribed fire and mechanical fuels reduction treatments are acceptable tools for meeting resource objectives.

BLM_0032218

- **Fire Managed for Resource Benefit with Constraints:** These include areas where fire is desired and where there are few resource constraints to its use. Fires may be managed under a fire managed for resource benefit strategy, which allows a full range of management responses. Prescribed fire and mechanical fuels reduction treatments are also acceptable tools for meeting resource objectives.

- **Fire Managed for Resource Benefit:** These include areas where fire is desired and where there are few resource constraints to its use. Applying a fire managed for resource benefit strategy allows a full range of management responses to meet desired goals and objectives for resource management. Prescribed fire and mechanical fuels reduction treatments are also acceptable tools for meeting resource objectives.

Areas where the four categories described above would be applied have been identified and are displayed in Map 19 (Volume III, Appendix V).

## Fire Managed for Resource Benefit

Fire managed for resource benefit is defined as the application of the appropriate management response to naturally ignited wildland fires in order to accomplish specific resource management objectives in predefined designated areas outlined in fire management plans. Wildland fires would be used in order to protect, maintain, and enhance resources and, as nearly as possible, be allowed to function in their natural ecological role. Use of fire would be based on approved fire management plans and would follow specific prescriptions contained in operational plans.

In 1997, the SJNF was the first public lands office in the state, or in the Rocky Mountain region, to initiate a fire managed for resource benefit program via an EA. Since that time, the program has evolved throughout most federal land management agencies and can be used if fire managed for resource benefit is part of an approved fire management plan, and it is consistent with local LRMPs.

## Key Findings

- The five historic fire regimes distribution on the SJNF and TRFO are: I = < 1%, II = 22%, III = 25%, IV = 5%, and V = 41%. Water and bare/rock areas that do not burn make up the remaining 7%.

- Since 1980, 2,183 wildfires have occurred on NFS and BLM lands, burning 99,672 acres. Approximately 87% were caused by lightning and 13% were human-caused. Most of these fires were very small (74% were less than 0.25 acre, and 21% were between 0.25 and 10 acres), accounting for 1.2% of the total area burned. The Missionary Ridge Fire accounts for 73% of the total burned area.

- Based on 25 years of fire history, the planning area is at a relatively moderate risk for fire occurrences.

- WUI areas occur on approximately 25% of the public lands.

## Management Challenges

Over the past 30 years, the trend in acres impacted by fire is related to trends in vegetation conditions, including increasing age, density, and fuel loading in all woodland and forest cover types. Specific examples of this trend are found in the ponderosa pine zone, with dense canopy cover and heavy oak brush ladder fuels and the pinyon pine/Utah juniper woodland, which has witnessed intense beetle kill and an invasion of fast-burning cheatgrass. These conditions have the potential to

allow fires to spread to larger areas and burn with higher intensities than would have occurred historically.

Fire size trends are also related to weather conditions. Drought conditions not only stress vegetation, making it more susceptible to insect attack and mortality, but also result in increases in drought-caused mortality. The result is increasing amounts of dead fuel building up within the planning area.

Development of private land within public land boundaries is dramatically increasing as land use changes from livestock ranching to subdivisions.

## 3.11.3 Environmental Consequences

### Direct and Indirect Effects

All of the alternatives use wildland fire in order to maintain public land conditions within the HRV while, at the same time, recognizing that other resource and social values may determine the appropriate management responses. Use of managed fire, along with mechanical and other fuels management strategies, may create forest conditions that meet desired conditions for the natural vegetation types within the planning area. Recognizing that effective fire management spans jurisdictional boundaries, the fire and fuels program would also use partnerships and assist local counties and communities in developing community wildfire protection plans in order to reduce the risk of wildfires.

## Acres of Fuels Treatment by Alternative

Estimates were made of the number of acres of fuels treatment attainable annually under each alternative. These estimates were based on values at risk, historic funding levels experienced by the public lands over the last few years, and management objectives for each alternative. The highest priority for mechanical treatments would continue to be adjacent to high-value areas, communities at risk, and areas identified in community wildfire protection plans.

Fires in long return interval fire regimes are typically high-intensity, stand-replacing fires; therefore, fuel treatments adjacent to high-value areas would likely concentrate on defensible space. Among the high-value areas within the planning area are communities, primary residences, summer homes, campgrounds, administrative sites, ski areas, and areas of high-resource values. All fuel breaks created would require maintenance. The type and interval of the maintenance would be determined through project-level planning. The highest priority for use of prescribed burns would be in fire regimes I, II, and III (with FRCC of 2 or 3), and for maintenance of condition class. Prescribed burns would be safely implemented in order to reduce fuel hazard adjacent to high-value areas (with those areas receiving preference). It is important to note that while prescribed burning results in benefits to the fuels profile and/or to the FRCC, often a goal of the burn would be to improve wildlife habitat or range condition for domestic livestock.

Based on the current budget trends and known capability to achieve fuels treatments for the SJNF and TRFO, a yearly target of approximately 13,000 acres of combined mechanical and prescribed burns would be the average for the future. (This average could change, based on budget, environmental conditions, and approved burn plans.) Alternatives A through D have different MA delineations; however, this may not measurably impact the amount of treatments and acreage completed (because treatments may simply be located elsewhere).

BLM_0032220

Fire managed for resource benefit is the most natural disturbance process for the land. Due to its unpredictable nature, the amount of acres impacted by fire managed for resource benefit cannot be estimated accurately. The statements below, as presented in the LRMP as desired conditions, indicate the amount of fire managed for resource benefit that could be effectively managed in any given year.  See also Table 3.11.5 and Table 3.11.6.

- For the next 10 years, complete an average of 8,000 acres of hazardous fuels reduction in the WUI each year.

- For the next 10 years, complete an average of 5,000 acres of fuels reduction and resource enhancement within the planning area each year.

**Table 3.11.5: Average Acres of Fuels Treatment by Cover Type per Year on San Juan National Forest Lands**

| Fuels Treatment | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| Pinyon/Juniper | 500 acres mastication 500 acres prescribed fire | 500 acres mastication 500 acres prescribed fire | 500 acres mastication 500 acres prescribed fire | 1,000 acres mastication 500 acres prescribed fire |
| Mixed Shrubland | 2,000 acres mastication 1,000  acres prescribed fire | 2,000 acres mastication 1,000 acres prescribed fire | 2,000 acres mastication 1,000 acres prescribed fire | 2,000 acres mastication 1,000 acres prescribed fire |
| Ponderosa Pine | 1,000 acres mastication 3,500 acres prescribed fire 500 acres mechanical restoration | 1,000 acres mastication 3,500 acres prescribed fire 500 acres mechanical restoration | 1,000 acres mastication 3,500 acres prescribed fire 500 acres mechanical restoration | 1,500 acres mastication 3,500 acres prescribed fire 500 acres mechanical restoration |
| Warm Dry MC | 1,000 acres prescribed fire 500 acres mechanical restoration | 1,000 acres prescribed fire 500 acres mechanical restoration | 1,000 acres prescribed fire 500 acres mechanical restoration | 1,000 acres prescribed fire 500 acres mechanical restoration |
| Mixed Vegetation | 1 to 20,000 acres fire managed for resource benefit | 1 up to 50,000 acres fire managed for resource benefit | 1 up to 50,000 acres fire managed for resource benefit | 1 up to 50,000 acres fire managed for resource benefit |
| Spruce-fir | 1 to 20,000 acres fire managed for resource benefit | 1 up to 50,000 a acres fire managed for resource benefit | 1 up to 50,000 acres fire managed for resource benefit | 1 up to 50,000 acres fire managed for resource benefit |

**Table 3.11.6: Average Acres of Fuels Treatment by Cover Type per Year on Tres Rios Field Office Lands**

| Fuels Treatment | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| Pinyon/Juniper | 500 acres mastication 500 acres prescribed fire | 500 acres mastication 500 acres prescribed fire | 500 acres mastication 500 acres prescribed fire | 500 acres mastication 500 acres prescribed fire |
| Mixed Shrubland | 500 acres mastication 500 acres prescribed fire | 500 acres mastication 500 acres prescribed fire | 500 acres mastication 500 acres prescribed fire | 500 acres mastication 500 acres prescribed fire |

BLM_0032221

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Fuels Treatment | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| Ponderosa Pine | 500 acres mastication 500 acres prescribed fire 200 acres mechanical restoration | 500 acres mastication 500 acres prescribed fire 200 acres mechanical restoration | 500 acres mastication 500 acres prescribed fire 200 acres mechanical restoration | 500 acres mastication 500 acres prescribed fire 200 acres mechanical restoration |
| Warm Dry MC | 500 acres prescribed fire 500 acres mechanical restoration | 500 acres prescribed fire 500 acres mechanical restoration | 500 acres prescribed fire 500 acres mechanical restoration | 500 acres prescribed fire 500 acres mechanical restoration |
| Mixed Vegetation | 1 up to 10,000 acres fire managed for resource benefit | 1 up to 10,000 acres fire managed for resource benefit | 1 up to 10,000 acres fire managed for resource benefit | 1 up to 10,000 acres fire managed for resource benefit |
| Spruce-fir | 1 up to 10,000 acres fire managed for resource benefit | 1 up to 10,000 acres fire managed for resource benefit | 1 up to 10,000 acres fire managed for resource benefit | 1 up to 10,000 acres fire managed for resource benefit |

## Acres Burned by Wildfire

It is very difficult to predict the number of acres that would be burned by wildfire in future years. Conditions that dictate the severity of fire seasons tend to vary significantly year to year. Weather, which is the primary influence on availability of fuels for ignition, is very difficult to predict with any degree of reliability more than a few days into the future. Research suggests that large stand-replacing fires are more likely to occur as the result of weather conditions than of fuel accumulations. Most large fires occur in years with elevated weather variable values, and fires in those years account for the majority of the area burned. Prediction of major influences (including the occurrence of drought) is improving, but is still not very reliable. For these reasons, the best method for predicting the acreage that would burn in the future is to base the prediction on historical fire occurrence.

Large fires within the planning area are frequently the result of wind events and account for considerable fire spread in a relatively short period of time. The growth and spread of large fires are influenced by the presence of closed canopy forests, especially those with dense ladder fuels (including oak brush and white-fir). Much of the pinyon-juniper woodland burns under the effects of wind, but usually loses its energy after one or two burning periods. It is difficult to predict the number of acres that would burn in wildfires in the future; however, it is reasonable to expect that large fires would continue to occur within the planning area, as they have historically, when weather and fuel conditions are conducive for large fire growth. Some of these fires may involve significant acreages.

## Anticipated Relative Wildland Fire Cost Analysis

Through all alternatives, the relative consequence of implementation of fuels treatments and the effectiveness of firefighting resources would have both short- and long-term effects on fire protection and suppression objectives. Fire suppression costs under all alternatives are likely to increase over the life of the LRMP as more homes and infrastructure are built in the WUI. However, the costs associated with fuels project implementation, adding fire resources, and protecting values at risk would be higher at first, then level off as time and treatments provide remedy to risk.

BLM_0032222

Under Alternative A:

In the short term, the increase in mechanically treated surface fuel from vegetation treatments could result in increased suppression costs compared to baseline conditions. In the long term, management objectives to decrease standing vegetation and overall fuel loading would result in lowered suppression costs.

Under Alternative B:

Overall, vegetation management objectives focused on reducing fuel loads and flexibility in the use of planned and unplanned fires under Alternative B are likely to resulting in the lowest long-term fire suppression costs of any alternative.

Under Alternative C:

Overall, fire suppression costs under Alternative C are likely to be highest of all alternatives in the long term due to reduced flexibility in management, and a reduction in mechanical fuels treatments in the planning area.

Under Alternative D:

Overall fire suppression costs under Alternative D are likely to be similar to that in Alternative A. Suppression costs could be slightly increased due to the higher potential for ignition due to increased human activities in the area.

## Impacts Related to Timber Management

The fuel profile, and subsequent fire behavior, would be impacted in sites where timber harvesting occurs. Impacts to the fuel profile and fire behavior may be both positive and negative. Surface fuel loading, crown base height and crown bulk density are the primary stand attributes influencing crown fire initiation and spread. Depending on the silvicultural system being implemented, timber harvesting may impact each, or all, of these attributes. At a minimum, with a silvicultural system that thins the timber stand, crown bulk density may be reduced, which may, in turn, impact the potential for the spread of fire through the canopy within the treated stands. After such a timber harvest, a fire may transition into the crowns of individual trees (known as passive crown fire or torching), but movement of fire through the canopy (known as active or independent crown fire) would be inhibited through reduced crown bulk density.

When the intensity of a surface fire exceeds a critical level, fire can spread vertically into the canopy. Ground fuels in the form of slash would be temporarily increased as a result of timber harvesting, but the manner in which slash is treated after harvesting may play a major role in potential surface fire intensity. Treatment of the slash by various methods (including piling, lopping, scattering, and burning) would mitigate much of this impact by reducing available fuels, which, in turn, may reduce the potential intensity of surface fires.

Timber harvesting units may affect the spread of fire across the landscape; however, the extent of this impact would depend on the size of the harvesting units, the location of units in proximity to fire spread, and the intensity of the fire. High-intensity, stand-replacing fires would most often involve spotting well ahead of the fire front, in which case, timber harvesting units may have little to no effect in slowing or stopping fire progress. In the case of a smaller, less intense fire, treatment units could serve to slow the fire's advance. Harvesting units may also provide anchor points for fireline

BLM_0032223

construction, and safety zones for fire suppression resources for a period of time after slash is
treated.

Timber harvesting operations and associated road construction may present a slightly increased
potential for fire occurrence caused by mechanized equipment and other increased activity in the
short term (while operations are in progress). Thus, the more timber harvests implemented, the
greater the potential for these types of human-caused fires. Timber sale contracts include clauses
that address fire prevention and suppression, which would mitigate most of the potential human-
caused fires.

Since timber harvesting may have some long-term beneficial impacts in regard to fuels reduction, the
alternatives with the highest projected allowable wood-fiber removal may result in the greatest
benefit. These alternatives may also have a slightly higher, short-term, human-caused fire risk (due to
equipment operation, slash generation, and a drier microclimate created by harvesting). Benefits due
to fuels reduction may be greatest under Alternative A, followed by Alternatives D and B. These
benefits may be minor under Alternative C, which would emphasize natural processes in order to
sustain ecological systems.

## Impacts Related to Travel Management and Recreation

Historically, fires within the planning area were not accessible by road, but this varied between the
west zone of the SJNF and TRFO (which has a denser road system) and the central and east zones
(which are more remote). Roads can aid in fighting fires by providing ground access to the wildfires
and access for fuel treatments. However, they also provide access for recreation use, which, in turn,
may increase the potential for human-caused ignitions. Increased human use of the planning area
may also result in faster reporting of fires, which, in turn, may result in fewer acres burned. Roads can
serve as anchor points for fireline construction by suppression forces and can also serve as barriers
to the spread of low-intensity fires. High-intensity fires would likely exhibit extreme radiant heat and
spotting well ahead of the fire front. This may make roads ineffective as barriers to high-intensity fire
spread. For less intense fires, roads can be an effective barrier to fire spread. When a fire is
accessible by road, response times for initial attack are reduced, and road access during extended
attack improves logistics (thus reducing costs) of managing fires.

Alternative D may increase the miles of roads within the planning area, resulting in both the positive
impacts of better access to manage fires and the adverse impacts of a higher risk of human-caused
fires. Recreation use of the public lands is expected to increase over the next few decades,
regardless of the road or trail density or alternative chosen. Alternative C may decrease road miles,
which may result in positive impacts (by decreasing human use and the chance for human-caused
ignitions) and adverse impacts (by reducing accessibility for firefighting equipment). Overall, none of
the alternatives may result in a substantial increase, or decrease, in the existing road density;
therefore, there would likely be a negligible change in current conditions related to the number of new
fire starts.

## Impacts Related to Wilderness Areas, Wilderness Study Areas, and Research Natural Areas

There are two objectives of fire management in wilderness areas: 1) to permit lightning-caused fires
to play their natural ecological role within wilderness areas as much as possible, and 2) to reduce, to
an acceptable level, the risks and consequences of wildfire within wilderness areas or escaping from
the wilderness (FSM 2324.21). BLM Manual H-8550-1 (BLM 1995) states that WSAs should be

BLM_0032224

managed in order to preserve their wilderness characteristics. From a fire standpoint, WSAs would be managed as if they were wilderness areas.

With the implementation of the final approved LRMP, fire management strategy would occur in accordance with the fire management plan, operational (fire managed for resource benefit) plans, and individual wildland fire implementation plans. Although fire managed for resource benefit may be desirable in the wilderness areas, WSAs, and RNAs, it is possible that it may not be applicable in some of these areas (due to the size of the area, the proximity to high-value areas, or to the unbroken expanses of fuels leading to areas of high-value resources or improvements). High-value areas represent a wide range of values, from private property to areas that are of high resource value for watersheds, to areas with high historic values. All areas would be evaluated based on the local situations, values to be protected, management objectives, and external concerns. Small areas are often not feasible for application of fire managed for resource benefit. This would be due to the potential for the fire to move into areas where fire managed for resource benefit is not desired. In general, the larger the area, the more feasible it would be to implement fire managed for resource benefit. For any fires requiring suppression within designated wilderness areas, the logistics may be more difficult and the cost of suppression may be higher than in other areas. This would be due to restrictions on the use of mechanized equipment and access limitations.

These impacts may be offset by reduced costs associated with fire managed for resource benefit (instead of expending funds for suppression) and by the resource benefits derived from allowing fire on the landscape. Through implementation of fire managed for resource benefit, fire would be allowed to play its natural role in the ecosystem, which may, in turn, restore, improve, or maintain the health of the ecosystem. Plant species that regenerate through fire, as well as animal species that require snag habitat, may benefit from implementation of fire managed for resource benefit and prescribed burns. Areas in which fire managed for resource benefit fires actually occur may be less likely to experience fuels build-up that result in uncharacteristically intense fires, which, in turn, may result in losses of key ecosystem components.

Alternatives with the most lands in wilderness areas, WSAs, and RNAs may provide the greatest opportunity for allowing fire managed for resource benefit and, consequently, may yield more of the benefits associated with fire managed for resource benefit and prescribed burns. Alternative C would propose the greatest amount of MA 1 (where natural processes dominate) with the inclusion of additional RNAs. Alternative C would provide the greatest opportunity for fire managed for resource benefit and its benefits, followed by Alternatives B and D. However, such opportunities would be reduced under Alternative A (which would result in more developed areas and infrastructure where the use of natural fire is generally less feasible).

## Impacts Related to Livestock Grazing and Big Game Use

Grass and forbs are the primary carriers of surface fire in open forested areas, shrublands, and grasslands; therefore, grazing (by domestic livestock and, to a lesser degree, wildlife) may have the effect of reducing fire intensities by reducing available fuels. The degree to which fire intensities may be reduced would be dependent on how much grass and forb production is removed through grazing. Grazing may also have an impact on the ability to successfully implement prescribed burns. For example, it is sometimes necessary to rest an area from livestock grazing for a season prior to burn implementation in order to have sufficient grass to carry the fire.

Grazing would continue to have the most effect on reducing fire behavior in fire regimes I, II, and IV (which includes ponderosa pine, grass communities, and shrublands). Fire regime III (which includes Douglas-fir and a moister climate) does not generally produce heavy grass/forb fuel loads due to

BLM_0032225

predominantly wet sites along with cooler temperatures. Fire regime V (which includes long-interval fire regimes with dense pinyon-pine/juniper, spruce, and subalpine-fir) has a minimal grass/shrub component and may, therefore, notice little impacts related to grazing. In aspen stands, grazing impacts the understory and may limit regeneration.

The level of livestock grazing would be very similar between all of the alternatives; therefore, the impacts related to grazing on fire and fuels may be nearly identical under all of the alternatives.

## Impacts Related to Insects and Disease

Insect and disease outbreaks in forested communities impact the fuels profile and have a subsequent effect on fire behavior and fire-suppression activities. The extent of the impacts from dead and dying trees would depend on the scope of the infestation. Small endemic occurrences of insect infestations or disease may have little or no impact on fire behavior or suppression activities; however, epidemic or large-scale outbreaks may result in major impacts. Both types of outbreaks have naturally occurred within the planning area throughout time.

When tree mortality occurs as a result of insects or disease, the needles die; however, they may persist on the branches for several years. The length of time the needles persist depends on the tree species. This creates a situation conducive for transition from surface fire to the canopy, and possibly fire spread through the canopy. Among the variables determining whether a fire remains on the surface or transitions to a crown fire include surface fire intensity, vertical fuel arrangement (availability of ladder fuels), and crown flammability (live foliar moisture or fine dead-fuel moisture). In a healthy stand, during normal climate conditions, foliar moisture content is relatively constant, averaging about 100%. However, when a tree dies, the dead needles respond to climate as a 1-hour fuel. It is common for 1-hour fuel moistures to drop to 4% and, occasionally, lower during periods of hot temperatures with low relative humidity. As a result, a dead tree with needles still attached to the branches is much more susceptible to torching than a live green tree. Whether the fire, after transitioning into the crowns, becomes an active crown fire in which the fire moves independently through the crowns is dependent on the crown spacing. Stands in which crowns are closely spaced are more likely to sustain active crown fire than would open-stand conditions.

As time passes, the needles gradually fall from the trees and eventually become part of the duff layer. In the short term, this adds to the surface fuel loading. However, since it occurs over a relatively long period of time, the impact is gradual and is mollified as the needles become compacted and, thus, less available to burn.

Although the smaller fuels (as described above) are the most important in regard to fire intensity at the flaming front, large fuels are also impacted. Dead trees eventually fall to the ground, often as a result of wind. This greatly increases the fuel loading; however, it does not substantially increase the fire intensity at the flaming front. The primary importance of this increase in large down fuels is an increase of intensity following the passage of the flaming front. This equates to a longer residence time, influencing fire impacts. Probably the greatest impact related to increased loading large down fuels is in resistance to control during suppression operations. These heavy down fuels can generate considerable intensity, making direct fireline construction infeasible and inhibiting the line-building process. Standing dead trees or snags are a recognized safety hazard in suppression activities. This is due to the possibility of the snags falling on firefighters, as well as to their propensity for showering embers across firelines (thereby increasing the potential for spot fires).

Alternatives emphasizing timber management, such as Alternative D, may have the highest potential to limit the spread of insect or disease outbreaks (by the harvesting of diseased or insect-infested

BLM_0032226

trees, and stands at high risk for disease or insect problems, where stands are accessible). These alternatives may also have the most potential to harvest dead and dying trees before they accumulate into a hazardous fuels problem. Alternatives emphasizing timber management may have more potential to salvage dead trees. This would limit fuels build-up from insect and disease mortality, which may, in turn, reduce resistance to control of fires. Alternatives with the lowest projected levels of timber harvesting may have the most potential for insect and disease mortality (adding to fuel loadings due to less salvage harvesting). Alternative A would have the highest wood-fiber removal and, therefore, may have the greatest benefits for managing insects and disease, followed by Alternatives D and B. These benefits may be the least apparent under Alternative C, which would emphasize natural processes.

## Impacts Related to Noxious and Invasive Species

Increases in fire activity (wildfire and/or prescribed burns) may result in increasing noxious weed spread (due to disturbance from the fires directly and from fire-suppression operations). Additionally, stand-replacement fires create conditions conducive to invasion of noxious weeds if seed sources are present. Wildfire severity and occurrence are largely a function of weather (which cannot be accurately predicted more than a few days into the future) and subsequent fuel conditions. It is not possible to predict differences in wildfire occurrences or sizes of fires between alternatives; therefore, the potential for invasive species spread must be based on other criteria. Alternatives with the most potential for fire managed for resource benefit may have more potential for disturbance from fires. However, they may have less potential for disturbance from suppression actions. Fuel treatments can create disturbance, which may, in turn, lead to the spread of noxious/invasive species with the presence of a seed source; therefore, those alternatives with the highest level of fuel treatment may present the greatest potential for noxious weed spread. When all of the above factors are taken into consideration, there may be is a negligible difference between alternatives in respect to their impacts on noxious and invasive species.

## Cumulative Impacts

Fire-suppression activities have changed fire regimes and FRCC, particularly in ponderosa pine, pinyon-pine/juniper, sagebrush, and warm-dry mixed conifer types (see Volume III, Appendix K).

Large catastrophic fires occurring during recent drought years have stressed the need to treat wildland fuels in order to reintroduce fire into fire-adapted ecosystems, increase public and firefighter safety, and reduce the potential for resource and property loss from wildland fires. The National Fire Plan and various legislation have encouraged treatment of wildland fuels. Recent legislation (including the Healthy Forests Initiative and the Healthy Forests Restoration Act) continues to increase this emphasis. Based on the need, as well as the current emphasis, both mechanical fuels treatments and prescribed burn activities are expected to increase on all ownerships, although to a higher degree on federally managed lands, during this planning period.

Historic, current, and reasonably foreseeable future cumulative impacts related to fire and fuels were considered and analyzed. The following cumulative impacts are discussed in the context of impacts expected over the next 10- to 15-year period. The area of consideration for these cumulative impacts is primarily encompassed within the boundary of the planning area, with FRCC and expected treatments on lands of similar fuel types and directly adjacent to the planning area also taken into consideration. Fire statistics used in estimating fire risk and acres burned by wildfire included the years 1980 through to the present.

BLM_0032227

## Fire Regime Condition Class

Fire-suppression activities have had the effect of increasing FRCC, particularly in ponderosa pine, pinyon/juniper, and warm-dry mixed conifer (Fire Regimes I, II, and IV) vegetation types. The trend under all of the alternatives would be for current condition classes in Fire Regimes I, II, and IV (short to moderate fire-return interval fire regimes) to experience a net increase, while Fire Regimes III and V (long fire-return interval fire regimes) would not experience a noticeable change during this planning period. As a result, Fire Regimes I, II, and IV may continue to experience an increase in the potential for uncharacteristically severe fires during this planning period. This is based on the potential levels of timber harvesting, fuels treatment, and wildfire occurrences probability analysis. The increase in condition class may be slightly less for those alternatives with higher timber harvesting and fuel treatment levels. Thus, the increase may be the smallest under Alternative D, followed by Alternatives B, A, and C, respectively. Due to the treated acres, in comparison to total acres, the increase may be minor on a public lands basis.

## Fire Risk

The risk of ignition from lightning would be the same under all of the alternatives. The risk of human-caused ignitions may increase as public use of the lands increases and as development within and adjacent to the planning area increases. Regardless of the alternative, development within the WUI (private lands within and adjacent to the federal lands) is anticipated to continue and would most likely increase. It is anticipated that development of private tracts of land within and around public lands are likely to continue to grow. The anticipated trend toward continued growth in the WUI may increase the values at risk from wildfire and would potentially increase the incidence of human-caused ignitions. Growth of the WUI also creates greater importance for fire prevention and mitigation activities, and increases the complexity and cost of wildland fires that occur in those areas (due to safety considerations for firefighters and residents, as well as to the values at risk). The fire risk and the acreage expected to be burned by wildfires is anticipated to be similar under all of the alternatives.

## Air Quality

Generally, the smoke created by individual wildfires or prescribed burns within the planning area does not have a noticeable impact on air quality, unless the fires become large and last for many days. However, there is a potential for cumulative impacts to adversely impact air quality. The emphasis on treating fuels on all land ownerships indicates that fuel treatment (including prescribed burns) would increase in the future. None of the alternatives would result in any impacts on the amount of fuel treatments on adjacent non-federal ownerships; therefore, any prescribed burns implemented or wildfires occurring on adjacent lands may have the potential to cumulatively impact air quality (especially if multiple ownerships conduct prescribed burns during the same time frames). Any federal fire agency that conducts prescribed burning projects within the state of Colorado must comply with CDPHE smoke management regulations (CDPHE 2011). Implementation of burning within the requirements of these regulations would increase the potential to maintain air quality. These smoke management regulations would minimize the chance that air quality would be cumulatively degraded by the implementation of burns conducted by multiple burners at the same time.

It is anticipated that the level of fuels treatments would be similar under all of the alternatives; therefore, the differences between the alternatives with regard to overall cumulative impacts may be minor (indicating that potential cumulative impacts may be almost the same under all of the alternatives).

BLM_0032228

## 3.12 Air Quality

### 3.12.1 Introduction

The primary goal of air quality management is to protect air quality within, and adjacent to, the SJNF and TRFO. The management objectives related to this goal are to:

- Ensure that the air quality within the planning area meets state and federal air quality standards and regulations;

- Protect visibility at Class I areas and at scenic and important vistas; and

- Cooperate directly with the State of Colorado, the EPA, and the NPS, with regard to air quality issues at nearby federal Class I (Clean Air Act) areas.

Under FLPMA and the Clean Air Act, the USFS and BLM cannot conduct or authorize any activity that does not conform to all applicable local, county, state, Native American tribal, and other federal air quality laws, statutes, regulations, standards, and implementation plans. Therefore, an air quality effects analysis based on atmospheric dispersion modeling was conducted to analyze potential air quality impacts.

The planning area includes the Weminuche wilderness Class I area and is adjacent to the Mesa Verde National Park Class I area. Because air quality protection is legally mandated for Class I areas, this air quality impact analysis focuses more detail on the potential air quality changes at Class I areas within the Four Corners region.

In comparison to oil and gas drilling and production, other management actions on the SJNF and TRFO considered throughout this analysis are expected to result in minor and/or short duration impacts to air quality. Potential smoke impacts associated with fuels treatments would be analyzed at the project level. Prescribed burning must comply with all applicable air quality standards and with burn permits issued by the State of Colorado. The modeled impacts in the analysis assess the maximum reasonable scenario for oil and gas development over a 15-year period as characterized in the RFD.

### 3.12.2 Affected Environment

The SJNF administers the Weminuche wilderness Class I area, located in the San Juan Mountains. The Mesa Verde National Park Class I area is adjacent to the southwest portion of the SJNF and TRFO. The terrain of the SJNF and TRFO is considered complex, with lands to the west dominated by mesas and canyons of the Colorado Plateau and the remaining lands dominated by mountains, foothills, and river valleys of the San Juan Mountains.

Table 3.12.1 summarizes air quality data in southwest Colorado and northwest New Mexico for selected air pollutants. Background data were conservatively selected from the monitoring station with the highest concentrations during the reporting period. Data have been taken from air quality measurement stations in La Plata, Colorado; Ignacio, Colorado; Farmington, New Mexico; and Mesa Verde National Park, Colorado.

**Table 3.12.1: Background Air Quality Data**

| Pollutant (units of measurement) | Measured Ambient Concentrations ($\mu g/m^3$) | Monitoring Station |
|---|---|---|
| $NO_2$ – annual concentration | 17 | La Plata, CO |

BLM_0032229

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Pollutant (units of measurement) | Measured Ambient Concentrations (µg/m³) | Monitoring Station |
|---|---|---|
| $NO_2$ – 1-hr 2nd high concentration | 30 (ppb) | Shamrock Mines, CO |
| $SO_2$ – annual concentration | 5.3 | Farmington, NM |
| $SO_2$ – 24-hr highest 2nd high concentration | 21 | Farmington, NM |
| $SO_2$ – 3-hr highest 2nd high concentration | 69 | Farmington, NM |
| $SO_2$ – 1-hr highest concentration | 12 (ppb) | Portland, CO* |
| CO – 8-hr highest 2nd high concentration | 1,864 | Ignacio, CO |
| CO – 1-hr highest 2nd high concentration | 2,330 | Ignacio, CO |
| $PM_{10}$ – annual concentration | 21 | La Plata, CO |
| $PM_{10}$ – 24-hr highest 2nd high concentration | 64 | La Plata, CO |
| $PM_{2.5}$ – annual concentration | 6.9 | Farmington, NM |
| $PM_{2.5}$ – 24-hr highest 2nd high concentration | 22.5 | Mesa Verde NP, CO |
| $O_3$ – 8-hr highest 2nd concentration | 142 | Mesa Verde NP, CO |

\* There are no $SO_2$ monitors in southwest Colorado; the CDPHE recommends and provided data from Portland, CO.
$NO_2$ = nitrogen dioxide
$SO_2$ = sulfur dioxide
CO = carbon monoxide
$PM_{10}$ = particulate matter smaller than 10 microns in diameter
$PM_{2.5}$ = particulate matter smaller than 2.5 microns in diameter
$O_3$ = ozone
µg/m³ = microsiemens per cubic meter
ppb = parts per billion

Ambient air measurements for existing air quality in the project area are in compliance with NAAQS. Concentrations for most air pollutants are well below the applicable state and federal ambient air quality standards. One exception would be for ozone, where the existing air quality concentrations are approaching the ambient 8-hour air quality standard of 150 µg/m³ (75 parts per billion [ppb] measured as the annual fourth highest daily maximum 8-hour concentration, averaged over 3 years). Ozone is not emitted directly from sources, but instead is formed through photochemical conversions in the atmosphere from other precursor pollutants, primarily volatile organic compounds (VOCs) and nitrogen oxides ($NO_x$).

The SJNF and TRFO operate Shamrock Station, a reference nitrogen dioxide ($NO_2$) and ozone monitoring station northeast of Bayfield, Colorado. The data from this station are summarized in Table 3.12.2 and show low 1-hour $NO_2$ concentrations in southwest Colorado compared to the NAAQS of 100 ppb.

**Table 3.12.2: Five Highest Daily 1-hour Average Nitrogen Dioxide Measurements in 2009 to 2011 at Shamrock Station near Bayfield, Colorado**

| Value Rank | Date | Daily Maximum 1-Hour Average (ppb) |
|---|---|---|
| 1 | 1/5/2009 | 31.0 |
| 2 | 1/6/2010 | 30.0 |
| 3 | 12/25/2011 | 30.0 |
| 4 | 1/14/2011 | 27.0 |
| 5 | 1/28/2010 | 26.0 |

## Ozone

The standard for ground-level ozone is an 8-hour average of 75 ppb (3 year average of the fourth highest annual 8-hour average measurement). Ozone in the Four Corners region is elevated as reflected by monitoring stations in the region, but the standard for ozone has not yet been exceeded.

BLM_0032230

State and federal agencies, as well as industry and the public, are concerned about potential non-attainment. The EPA has also proposed lowering the ozone standard, which could result in the designation of non-attainment areas in the Four Corners region. The SJNF and TRFO operate a reference ozone monitoring station (Shamrock Station) northeast of Bayfield, Colorado. The data from this station show the elevated ozone levels in southwest Colorado (Table 3.12.3).

**Table 3.12.3: Five Highest 8-hour Average Ozone Measurements in 2011 Shamrock Station near Bayfield, Colorado**

| Value Rank | Date | Daily Maximum 8-Hour Average (ppb) |
|---|---|---|
| 1 | 6/21/2011 | 82 |
| 2 | 7/1/2011 | 79 |
| 3 | 6/14/2011 | 78 |
| 4 | 6/9/2011 | 77 |
| 5 | 5/7/2011 | 76 |

Regional air quality modeling was conducted by the States of New Mexico and Colorado in 2009 (New Mexico Environment Department 2010). The Air Quality Modeling Study for the Four Corners Area assessed ozone impacts to Mesa Verde National Park and other areas in the Four Corners Region. Mesa Verde and Weminuche wilderness Class I areas, as well as the SJNF and TRFO, are located within the high resolution 4-kilometer (km) modeling domain used in the study.

Ground-level ozone is a pollutant resulting from complex chemical reactions between $NO_x$ and VOCs in the presence of heat and sunlight. Models that predict the formation and transport of ozone use $NO_x$ and VOC emission inventories because these are the chemical precursors of ozone. $NO_x$ and VOC pollution source information was considered by the SJNF and TRFO in the development of mitigation measures that would be most beneficial to reducing ozone.

For the Air Quality Modeling Study for the Four Corners Area (New Mexico Environment Department 2010), a photochemical model (Comprehensive Air Quality Model with Extensions [$CAM_x$]) was run to predict ozone formation. The oil and gas industry accounts for about 31% of the human-caused $NO_x$ in 2005 within the Four Corners Region 4-km domain (Figure 3.12.1). By 2018, about 37% of the human-caused $NO_x$ could be attributable to the oil and gas industry.

BLM_0032231

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

 

**Figure 3.12.1: Human-caused Nitrogen Oxide Emissions within the Four Corners Region (4-km domain) (Source: Colorado Department of Public Health and Environment [2011] and New Mexico Environment Department [2009])**

The model emission inventories show that VOC pollution could increase by about 11% from 2005 to 2018 (Figure 3.12.2). This is due in large part to the continued build-out of the oil and gas sector in the Four Corners region. Oil and gas accounts for 64% VOCs of emissions in 2005 and 70% VOCs of predicted emissions in 2018.



**Figure 3.12.2: Human-caused Volatile Organic Compound Emissions within the Four Corners Region (4-km domain) (Source: Colorado Department of Public Health and Environment [2011] and New Mexico Environment Department [2009])**

The Air Quality Modeling Study for the Four Corners Area (New Mexico Environment Department 2010) provides detailed information about major pollution sources affecting the formation of ozone at the Mesa Verde Class I area. The largest pollution source contributing to 1-hour average ozone concentrations during July at Mesa Verde come from long-range sources outside the region and outside the 4-km boundary. When considering only local pollution sources within the 4-km domain, oil and gas operations in New Mexico and Colorado are the largest local contributors to ozone on high concentration days over 70 ppb. Other large contributors include electric generating utilities (coal plants) and biogenics (natural sources such as trees and other vegetation).

## Atmospheric Deposition

Elevated levels of sulfur and nitrogen oxides are of significant concern because they can lead to the acidification of precipitation and surface waters. These chemicals can cause significant changes in wilderness ecosystems. The source of nitrogen in small, high-elevation lakes in the Weminuche

342

BLM_0032232

wilderness is largely atmospheric. Atmospheric (wet) deposition monitoring at Molas Pass shows that since the 1990s there has been a significant increasing trend in nitrate ($NO_3$) concentrations. There is also a corresponding significant decreasing trend of sulfate ($SO_4$) concentration in precipitation (National Atmospheric Deposition Program 2011).

The USFS has been sampling the water chemistry of lakes to monitor atmospheric deposition over the last decade. Dilute water in the most sensitive lakes in the Weminuche wilderness should be very limited in nutrients and other chemicals, but data suggest they are becoming seasonally saturated with nitrogen (Musselman and Slausen 2002).

Elevated deposition of sulfur and nitrogen species are also of concern because they can lead to changes in terrestrial ecosystems. The NPS has expressed a concern that nitrogen deposition near a threshold of 3.0 kilograms/hectare-year (kg/ha-yr) may increase biomass production and therefore create an exponential increase in fire risk at Mesa Verde National Park (NPS 2010). The NPS also expressed a concern that increased nitrogen deposition may change native species composition in favor of non-native species. Table 3.12.4 summarizes the background deposition estimates for Mesa Verde National Park, which are assumed to be representative of the project area as a whole.

**Table 3.12.4: Background deposition data, Mesa Verde National Park**

| Air Quality Related Value | Background Deposition |
|---|---|
| Nitrogen deposition (kg/ha-yr) | 2.3 |
| Sulfur deposition (kg/ha-yr) | 1.2 |

The deposition of mercury is another concern on the SJNF and TRFO. The SJNF and TRFO have been monitoring wet mercury deposition and cooperating with the EPA to monitor reactive gaseous mercury deposition at Molas Pass since 2009. The monitors show that about 24% of total mercury deposition is reactive gaseous mercury, and the remainder is wet (precipitation) deposition (EPA 2011). Mercury deposition at both Molas Pass and nearby Mesa Verde National Park is high compared to other sites in the nation (National Atmospheric Deposition Program 2011).

Atmospheric deposition of mercury often accumulates in terrestrial and aquatic ecosystems. Lakes on and adjacent to the SJNF and TRFO are impacted by elevated mercury deposition. McPhee Reservoir and nearby Narraguinnep, Puett, and Totten Reservoirs, as well as Vallecito Reservoir adjacent to the Weminuche wilderness, have fish consumption advisories because of mercury contamination (CDPHE 2006). Total maximum daily loads have been developed by the State of Colorado to address water mercury contamination issues in McPhee and Narraguinnep Reservoirs (CDPHE 2003). Mercury in the atmosphere, and subsequent deposition in the aquatic environment, is commonly associated with coal-fired power plants (EPA 2005).

## Visibility

Existing visibility measurements from the Interagency Monitoring of Protected Visual Environments (IMPROVE) Monitoring Program are shown in Figure 3.12.3 and Figure 3.12.4. Higher values of extinction infer poorer visibility. Data are shown for six Class I areas within or near the SJNF and TRFO where IMPROVE measurements have been collected: Mesa Verde National Park (MEVE1), Bandelier National Monument (BAND1), Canyonlands National Park (CANY1), San Pedro Parks wilderness (SAPE1), Weminuche wilderness (WEMI1), and White River National Forest (WHRI1). The data in Figure 3.12.3 and Figure 3.12.4 represent visibility conditions at each area over the period 2000 through 2006, 7 years total.

BLM_0032233

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

Visibility impacts are generally assessed in terms of "natural background" or the expected visibility in the absence of human emission sources. The federal land managers responsible for Class I areas have developed best natural condition visibility estimates for Class I areas in a report called FLAG (Federal Land Managers' Air Quality Related Values Work Group) (USFS et al. 2010). The FLAG report suggests natural visual range is between 169 and 175 miles for the Weminuche wilderness, and between 164 and 175 miles at Mesa Verde National Park. Using the data provided in Figure 3.12.4, and assuming the natural background visibility (extinction) is typically 16 to 18 inverse megameters (Mm-1), Mesa Verde National Park visibility is degraded by approximately 120% compared to natural background visibility for the 20% worst visibility days.

Figure 3.12.3 and Figure 3.12.4 also show the chemical constituents that cause visibility impairment. The biggest difference between monitoring sites appears to be the organic mass by carbon (OMC) component. Organic carbon is often an indicator of fire emissions. Those sites with poorest visibility (Mesa Verde and Bandelier) appear to have been impacted by more fire emissions compared to other sites in the region.

BLM_0032234



**Figure 3.12.3: Mean Extinction by Class I Area, 2000–2006 (the Unit of Measurement for Visibility Extinction is Mm$^{-1}$; Extinction Sources are Sea Salt, Coarse Material, Soil, Elemental Carbon, Organic Mass by Carbon [source typically fire], NO$_3$, and SO$_4$, and Rayleigh)**



**Figure 3.12.4: Twenty Percent Worst Days Extinction by Class I Area, 2000–2006 (the Unit of Measurement for Visibility Extinction in Mm$^{-1}$)**

The IMPROVE monitored visibility data were used to provide a check of the modeling results used for the air quality impacts analysis. The CALPUFF model returns a total extinction value (in Mm-1), which was compared to the IMPROVE measurements to provide a general assessment of model performance.

## 3.12.3 Environmental Consequences

### Consultation and Cooperation with Other Agencies

The SJNF and TRFO completed this air quality impact analysis in collaboration with other federal and state agencies, convened as a special technical workgroup. The Air Quality Impact Analysis Stakeholders Group members were:

- CDPHE

BLM_0032235

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

- EPA Region 8
- NPS
- BLM
- USFS

In addition to the stakeholders mentioned above, the SJNF and TRFO also actively participates in the Four Corners Air Quality Task Force Policy Oversight Group (POG). Through the POG, the SJNF and TRFO cooperated with EPA Regions 8 and 9, the Utah Department of Environmental Quality, the Southern Ute Indian Tribe, the New Mexico Environment Department, the NPS, and the BLM/USFS in New Mexico. These agencies worked cooperatively to develop and adopt many mitigation strategies to reduce air pollution emissions from oil and gas projects in the Four Corners region.

The Air Quality Impact Analysis Stakeholders Group collaborated with the SJNF and TRFO in providing technical input and data. The POG was of great assistance in developing and prioritizing air pollution mitigation options. Specifically, the Air Quality Impact Analysis Stakeholders Group and the POG assisted with the following elements of the air quality effects analysis:

- Cumulative effects area
- Air quality standards, increments, and air quality related value (AQRV) criteria to be included in analysis
- Ozone analysis strategy
- Class I and sensitive Class II areas included in analysis
- Emission inventory (also provided by Southern Ute Indian Tribe and Navajo Nation)
- Model selection
- Modeling protocol
- Technical review
- Analysis assumptions (e.g., background ammonia concentrations)
- Mitigation measures and other air pollution reduction strategies
- Pre- and post-project monitoring

## Air Quality Impact Analysis Methodology

The air quality standards, increments, and AQRV criteria to which potential impacts are compared to are summarized in Table 3.12.5. The air quality thresholds of significance developed by the USFS and NPS were used in determining potential impacts to Class I areas and sensitive Class II areas. This is because the USFS and NPS manage all of the Class I and most of the sensitive Class II areas within the modeling domain. The one exception, Canyons of the Ancients National Monument, is managed by the BLM. It should be noted the BLM uses different thresholds of significance than the USFS and NPS. For example, the visibility thresholds of significance are less stringent for the BLM, being one deciview of change for direct, indirect, and cumulative impacts.

346

BLM_0032236

Case No. 1:20-cv-02484-MSK   Document 36-1   filed 04/27/21   USDC Colorado   pg 280 of 360

Final Environmental Impact Statement

**Table 3.12.5: Air Quality Standards, Increments, and Air Quality Related Value Criteria**

| Pollutant/AQRV | Averaging Interval | NAAQS | Class II PSD Increment ($\mu g/m^3$) | Class I PSD Increment ($\mu g/m^3$) | AQRV Thresholds (incremental /cumulative) |
|---|---|---|---|---|---|
| NO$_2$ | 1-hour[a] | 100 ppb | – | – | – |
|  | Annual | 53 ppb | 25 | 2.5 | – |
| SO$_2$ | 1-hour | 75 ppb | -- | -- | – |
|  | 3-hour[b] | 0.5 ppm | 512 | 25 | – |
|  | 24-hour | – | 91 | 5 | – |
|  | Annual | – | 20 | 2 | – |
| PM$_{10}$ | 24-hour | 150 $\mu g/m^3$ | 30 | 10 | – |
| PM$_{2.5}$ | 24-hour[a] | 35 $\mu g/m^3$ | – | – | – |
|  | Annual | 12 $\mu g/m^3$ | – | – | – |
| CO | 1-hour | 35 ppm | – | – | – |
|  | 8-hour | 9 ppm | – | – | – |
| O$_3$[c] | 8-hour | 0.075 ppm | – | – | – |
| Pb | Quarterly | 1.5 $\mu g/m^3$ | – | – | – |
| Visibility (% change)[d] | 24-hour | – | – | – | 5%/10% |
| Nitrogen disposition (kg/ha-yr)[e] | Annual | – | – | – | 0.005/3.0[f] |
| Sulfur deposition (kg/ha-yr)[e] | Annual | – | – | – | 0.005/3.0[g] |

[a] 98th percentile, averaged over 3 years.

[b] The State of Colorado has also established a 3-hour SO$_2$ ambient air quality standard of 700 $\mu g/m^3$, as well as a program similar to the federal Prevention of Significant Deterioration (PSD) increments limiting additional amounts of SO$_2$ above baseline conditions.

[c] Annual fourth highest daily maximum 8-hour concentration, averaged over 3 years.

[d] A change in extinction of 10% or greater is believed to be perceptible to most observers. When the change in extinction is 5% or greater, a source is believed to be contributing to any existing visibility impairment. The change in extinction is measured in comparison to "natural" background visibility conditions that are not impaired by existing emissions.

[e] The USFS has established cumulative deposition impacts thresholds of concern.

[f] The NPS uses various nitrogen critical loads to assess cumulative deposition impacts.

[g] The NPS has not yet developed sulfur critical loads to assess cumulative deposition impacts.

## Far-field Impacts (Class I)

Potential air quality impacts were analyzed to determine the maximum "far-field" effects on ambient air pollutant concentrations, visibility, and atmospheric deposition of sulfur and nitrogen. Far-field impacts were assessed using three different types of receptors across the modeling domain; Class I areas, Class II sensitive receptors, and spatial grid receptors. Because the specific locations of wells are not known at this time, it was assumed that the wells would be spaced somewhat equidistantly across a grid and the well emissions were modeled as area sources, not as point sources.

347

BLM_0032237

## Near-field Impacts (Class II)

Near-field modeling, specifically ozone analysis, would be completed in the future when projects are submitted with some site-specificity. Near-field and ozone modeling were not completed for this analysis for the following reasons:

- This is not a project-level analysis but a planning analysis of a decision whether to lease federal lands for minerals development.

- The GSGP area is a new, speculative, and unproven gas play.

- The locations of wells are unknown at this time. The site specificity needed for near-field modeling and ozone analysis are not available.

The USFS and BLM have consulted with the Air Quality Impact Analysis Stakeholders Group (see above section Consultation and Cooperation with Other Agencies in Section 3.12.3, above) regarding the ozone analysis conducted for the LRMP. It was agreed among the group that ozone modeling would not occur at this LRMP/lease availability phase of NEPA analysis. Ozone analysis would occur when more site-specific NEPA can be conducted at the project development NEPA analysis stage when development can be adequately defined in terms of geographic areas, drilling methods, well and road locations, well density, well drilling rates, and production rates. The strategy for ozone analysis and monitoring is as follows:

1) The USFS and BLM would purchase and deploy a continuous ozone monitoring station to evaluate actual ozone concentrations downwind of the Paradox Basin in cooperation with the CDPHE. This station would provide, at a minimum, 3 years of data (EPA reference quality). This ozone monitoring station was purchased and deployed during the summer of 2010 at a site cooperatively selected by the CDPHE, BLM, and USFS now located in Norwood, Colorado.

2) The SJNF and TRFO would commit to the long-term operation of the air monitoring station at Shamrock Mines. Both agencies would continue to monitor ozone, $NO_x$, $NO_2$, meteorology, and aerosols.

3) The BLM and USFS have authority to apply resource-protective standards, guidelines, stipulations, and other mitigation measures on new leases. The agencies may also condition the approval of permits on existing leases if resource conditions warrant (per BLM IM CO-2010-028 [BLM 2010c]). The LRMP includes standards and guidelines to protect air quality and would identify the lease stipulations and permit COAs for new oil and gas development. Specific mitigation measures that would limit the release of ozone precursors are discussed below."

4) Ozone modeling would be implemented when 210 wells have been permitted in the GSGP area or when project-level or field development NEPA analysis is conducted, whichever occurs first. Two-hundred ten wells are about 10% of the overall projected number of wells to be drilled over the next 15 years in the Paradox Basin. The 210-well threshold includes all wells permitted by the COGCC and the SJNF and TRFO beginning in the year 2008 on all mineral estates, not just federal mineral estate. Once the 210-well threshold is reached, there will be better information about the play area, including drilling data to verify the RFD development projections and the economic viability of the play. Furthermore, whether triggered by the 210-well threshold or project proposal for GSGP development (i.e., project NEPA analysis stage), there would be more project-specific details (such as number of wells, well and road locations, the methodologies for transporting water and drilling materials to and from the well sites, etc.) that can be used for ozone modeling and impacts analysis than is available at this time. The SJNF and TRFO would work

348

BLM_0032238

closely with the operators and the COGCC to track the number of gas shale well permits, the success rates, and developable acreage.

## Air Quality Analysis Technical Support Document

Detailed information regarding atmospheric dispersion model setup, emission inventories, and model results, can be found in the Air Quality Analysis Technical Support Document (TSD) for the SJNF and TRFO (Air Resource Specialists 2009). It should be noted that the TSD refers to Scenario 1 and Scenario 2. Scenario 2 is the No Leasing Alternative and includes all wells that could be drilled under current leases. Scenario 1 includes only the wells associated with additional leasing of the maximum amount of federal minerals considered in the RFD document. The potential air quality impacts from the RFD scenario displayed in this FEIS are the summation of modeled emissions from Scenario 1 plus Scenario 2. The RFD scenario visibility impacts were modeled using the emission inventories from Scenario 1 plus Scenario 2.

## Atmospheric Dispersion Model Setup

Atmospheric dispersion models, including the one used for this FEIS, are computer programs designed to simulate how pollutants in the atmosphere disperse, and in some cases, how they react in the atmosphere. The dispersion models are used to estimate the downwind concentration of air pollutants that can impact ambient air quality.

The Air Quality Impact Analysis Stakeholders Group worked with the SJNF and TRFO to determine the appropriate dispersion model and modeling protocol to be used for this analysis. CALPUFF is the EPA-approved model that was selected and agreed upon by all stakeholders. CALPUFF is a non-steady-state puff dispersion model that simulates the effects of time- and space-varying meteorological conditions on pollution transport, transformation, and removal. CALPUFF can be applied for long-range transport and for complex terrain. The air quality analysis, modeling protocols, and emission inventory development are described in detail in the Air Quality Analysis TSD.

All dispersion models, regardless of their level of complexity, are mathematical approximations of the behavior of the atmosphere. The results need to be appropriately viewed as estimates of possible future concentrations and not as exact predictions in time and space. The dispersion modeling uses the best available information and methods (EPA-approved models, emission factors, etc.) when possible, combined with the best scientific and professional judgment in an attempt to ensure that projections of future air quality are neither under-predicted nor unrealistically over-predicted.

CALPUFF was used to evaluate both direct project and cumulative Class I increment impacts and deposition AQRV analyses at nine Class I areas in Colorado, New Mexico, Arizona, and Utah (Figure 3.12.5). The Class I areas and sensitive Class II receptors included in the modeling domain were selected cooperatively by the state and federal agencies of the Air Quality Impact Analysis Stakeholders Group.

The Class I areas within the modeling domain are:

- Weminuche wilderness
- Mesa Verde National Park
- Arches National Park
- Bandelier National Park
- Black Canyon of the Gunnison

- Canyonlands National Park
- La Garita wilderness
- San Pedro Parks wilderness
- West Elk wilderness

BLM_0032239

Sensitive Class II receptors, national parks, and State of Colorado scenic vistas are:

- Canyon de Chelly National Monument
- Canyons of the Ancients National Monument
- Chaco Culture National Historic Park
- Hovenweep National Monument

- Natural Bridges National Monument
- Lizard Head Pass Overlook
- Chalk Mountain, South San Juan wilderness
- Dolores Canyon Overlook



**Figure 3.12.5: CALPUFF Modeling Domain, with Class I and Class II Areas to be Evaluated**

In addition to the Class I and sensitive Class II areas, the BLM suggested an additional nested fine grid of Class II receptors at 8-km resolution around the project area and a coarse grid of Class II receptors at 24-km resolution over the rest of the domain (Figure 3.12.6).

BLM_0032240



**Figure 3.12.6: Fine Grid (8-km) Receptors in the Planning Area, and Coarse Grid (24 km) Receptors over
the Rest of the Domain (black areas = Class I and II areas)**

## Emission Inventories

For this analysis, three air emissions inventories were developed. An emissions inventory was used
to model background air quality. It should be noted that this is a standard methodology for many
federal and state agencies, but it is not the standard methodology for the BLM. First, the project
inventory for the SJNF and TRFO leasing decision included reasonably foreseeable GSGP wells in
the Paradox Basin proposed for currently unleased federal minerals. This inventory also included
reasonably foreseeable Paradox Basin conventional gas wells proposed for currently unleased
federal minerals. The San Juan Sag foreseeable oil development was not included in this emissions
inventory because it is assumed a maximum of only two exploration wells might be drilled per year,
and none are expected to be productive.

The second inventory was a cumulative oil and gas inventory that considered emissions from existing
oil and gas sources and reasonably foreseeable future sources within the study area, summarized as:

- Paradox conventional gas wells on existing federal leases and state and private lands

- Paradox GSGP wells on existing federal leases and state and private lands

- NSJB EIS (USFS and BLM 2006)

- NSJB 80-acre infill wells

- Oil and Gas Development on the Southern Ute Indian Tribe EIS (BLM 2002a)

- Programmatic EA for 80 Acre Infill Oil and Gas Development on the Southern Ute Indian
  Reservation (BLM and Bureau of Indian Affairs 2009)

- Jicarilla Oil and Gas Leasing EIS (Carson National Forest) (BLM 2012a)

BLM_0032241

- BLM Farmington Field Office RMP (BLM 2003b)

- Canyons of the Ancients National Monument RMP (BLM 2010a)

The third inventory considered the cumulative inventory for other sources within the modeling domain and includes:

- Existing source emission inventories obtained from the States of New Mexico, Colorado, Utah, Arizona

- Existing source emission inventories for tribal lands in New Mexico, Colorado, Arizona (not including oil and gas sources listed above)

- Proposed Desert Rock Power Plant

## Direct, Indirect, and Cumulative Impacts

## Actions Common to all Alternatives

If no additional federal lands are offered for lease, some wells in the Paradox Basin (GSGP and conventional Paradox wells) would still be drilled. This is because some USFS and BLM land is already leased, and there are state and private lands that can be developed. Table 3.12.6 summarizes the wells that could be drilled in the Paradox Basin even if no additional federal lands are leased.

Table 3.12.6: Well Numbers for Current Federal Leases and on State and Private Lands

|  | USFS Leased Lands | BLM Leased Lands | State and Private Lands | Total |
|---|---|---|---|---|
| Paradox conventional | 25 production 10 drilled/reclaimed | 125 production 20 drilled/reclaimed | 50 | 230 |
| Paradox/GSGP | 105 production 10 drilled/reclaimed | 235 production 25 drilled/reclaimed | 760 | 1,135 |
| Total (Paradox conventional and GSGP) | | | | 1,365 |

Reasonably Foreseeable Development

The RFD scenario was modeled to estimate the maximum possible air quality impacts from potential oil and gas development in the Paradox Basin. It was assumed that for Alternatives A through D, the impacts would be equal or less than the RFD scenario. The total number of wells analyzed for the RFD scenario was 2,148 wells. The breakdown of wells that could be drilled in the Paradox Basin on unleased federal lands is displayed in Table 3.12.7. The total 2,148 wells was calculated by adding wells on unleased lands (783 wells) and wells that could be drilled on leased federal lands, plus state and private lands (1,365 wells).

Table 3.12.7: Well Numbers for Maximum Potential Development (Reasonably Foreseeable Development) on Currently Unleased Lands

|  | Productive Wells | Unproductive Wells | Total |
|---|---|---|---|
| Paradox conventional | 120 | 28 drilled/reclaimed | 148 |
| Paradox/GSGP | 575 | 60 drilled/reclaimed | 635 |
| Total (Paradox conventional and GSGP) | | | **783** |

BLM_0032242

<u>National Ambient Air Quality Standards</u>

The CALPUFF model was used to estimate impacts of the regulated air pollutants $NO_2$, $SO_2$, $PM_{10}$, and particulate matter with diameter less than 2.5 microns ($PM_{2.5}$).

**Nitrogen Dioxide:** All oxides of nitrogen ($NO_x$) emissions were conservatively assumed to be in the form of $NO_2$, which is the regulated Clean Air Act pollutant. The incremental impacts to $NO_2$ concentrations associated with well development in the Paradox basin on already leased lands, currently unleased lands, and for the RFD scenario are displayed in Table 3.12.8.

**Table 3.12.8: Incremental Impacts to $NO_2$ Concentrations from Leased and Unleased Lands in the Paradox Basin**

| $NO_2$ | Wells on Currently Leased, State, and Private Lands (1,365 wells) | Wells on Currently Unleased Federal Lands (783 wells) | RFD Scenario (2,148 wells) |
|---|---|---|---|
| Maximum direct annual impact (year) | 2.18 μg/m³ (2003) | 1.45 μg/m³ (2002) | 3.63 μg/m³ (2003) (estimate) |
| Location of max annual impact (latitude, longitude) | Fine grid (37.20817702, 108.8426431) | Fine grid (37.64718859, 108.5549065) | Fine grid Northwest Montezuma County |
| Maximum direct 1-hour impact | 19.46 μg/m³ (2003) | 2.81 μg/m³ (2003) | 22.28 μg/m³ (2003) (estimate) |
| Location of max 1-hour impact | Mesa Verde National Park | Mesa Verde National Park | Mesa Verde National Park |

The summary model results of the RFD scenario compared to NAAQS and Prevention of Significant Deterioration (PSD) increments are displayed in Table 3.12.9. Detailed model results for all Class I and Class II area receptors can be found in the Air Quality Analysis TSD (Air Resource Specialists 2009). The modeling demonstrated that the oil and gas development direct and indirect impacts of the RFD scenario are well below the $NO_2$ NAAQS for any Class I or Class II receptor in the modeling domain.

**Table 3.12.9: Comparison of Maximum Predicted $NO_2$ Impacts Compared to National Ambient Air Quality Standards and Prevention of Significant Deterioration Increments**

| $NO_2$ | RFD Scenario Direct/Indirect | RFD Scenario Cumulative |
|---|---|---|
| NAAQS 1-hour | 192 μg/m³ (100 ppb) | 192 μg/m³ (100 ppb) |
| NAAQS annual | 100 μg/m³ (53 ppb) | 100 μg/m³ (53 ppb) |
| PSD Class I annual | 2.5 μg/m³ | 2.5 μg/m³ |
| PSD Class II annual | 25 μg/m³ | 25 μg/m³ |
| Max annual impact Class I areas | 0.6 μg/m³ Mesa Verde National Park | 4.285 μg/m³ Mesa Verde National Park |
| Max annual impact Class II areas | 3.63 μg/m³ (estimate) Fine Grid NW Montezuma County | 62.6 μg/m³ Near Four Corners Power Plant, New Mexico |
| Max 1-hour impact Class I areas | 22.3 μg/m³ (estimate) Mesa Verde National Park | 157 μg/m³ Mesa Verde National Park |
| Max 1-hour impact Class II areas | 19.1 μg/m³ Canyons of the Ancients National | 326 μg/m³ Chaco Culture National Historic Park |

BLM_0032243

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| NO₂ | RFD Scenario Direct/Indirect | RFD Scenario Cumulative |
|---|---|---|
| | Monument | |

The modeled cumulative impacts to 1-hour concentrations of 326.00 µg/m³ at Chaco Culture National Historic Park are potentially higher than the 1-hour $NO_2$ NAAQS (192 µg/m³). These future projections of cumulative impacts do not signify an actual violation. Rather they show that cumulative impacts from existing sources may pose a problem and need to be carefully examined by the regulatory agencies prior to issuing permits for new construction in the area. The high $NO_2$ results at Chaco Culture National Historic Park are likely related to oil and gas and power plant pollution sources in New Mexico since the $NO_2$ 1-hour concentrations are much lower at all receptors near the Paradox Basin well field. The SJNF and TRFO would adopt many mitigation measures that would significantly reduce predicted $NO_x$ emissions from oil and gas production and development activities on the SJNF and TRFO. This should significantly reduce the direct and indirect impacts to air quality from the RFD scenario.

The informal PSD information presented in Table 3.12.9 above is provided at the request of the EPA who was a stakeholder in the SJNF and TRFO air quality impact analysis. Its usefulness is to better understand potential project impacts under the Clean Air Act, and therefore the comparison is not a formal PSD increment analysis, nor is it intended to replace such an analysis. The BLM and USFS do not have the authority to conduct regulatory PSD increment analysis.

The direct project impacts of the RFD scenario would not exceed the $NO_2$ Class I PSD increment (2.5 µg/m³) or the Class II PSD Increment (µg/m³). The cumulative impacts to Class I PSD increment for $NO_2$ would be exceeded at Mesa Verde National Park at 4.285 µg/m³. Cumulative visibility impacts to Class I areas have long been recognized and are widely understood to be a problem across the country. This was the primary reason Congress promulgated the Regional Haze Rule.

The model results show that cumulative impacts to the annual Class II PSD increment (25 µg/m³) would be exceeded within the coarse grid of the modeling domain with a maximum annual $NO_2$ concentration of 62.6 µg/m³. This location is less than 4.7 miles from the Four Corners Power Plant. This power plant emits over 49,000 tons per year of $NO_x$ and is less than 8.5 miles from the San Juan Generating Station, which emits over 40,000 tons per year of $NO_x$. These are likely the significant contributing sources to the high localized $NO_2$ concentration. In addition, numerous existing oil and gas wells are in this part of New Mexico, and additional $NO_2$ sources are anticipated in this area in conjunction with the BLM Farmington Field Office RMP RFD (Engler et al. 2001).

The air quality impacts from Alternatives A, B, C, and D would be the same or lower compared to the RFD scenario for $NO_2$ impacts. All of the alternatives propose fewer wells compared to the RFD scenario and, therefore, would emit lower NOx emissions.

**Sulfur Dioxide:** The incremental impacts to $SO_2$ concentrations associated with well development in the Paradox Basin on already leased lands, currently unleased lands, and for the RFD scenario are displayed in Table 3.12.10. Detailed model results for all Class I and Class II area receptors can be found in the Air Quality Analysis TSD (Air Resource Specialists 2009). The direct contributions of the RFD scenario to $SO_2$ concentrations at all receptors within the modeling domain are insignificant due to the low level of project-related $SO_2$ emissions. Project $SO_2$ emissions would be generated primarily by the short-term use of diesel engines needed to drill and complete new wells.

BLM_0032244

**Table 3.12.10: Incremental Impacts to SO₂ Concentrations from Leased and Unleased Lands in the Paradox Basin**

| SO$_2$ | Currently Leased, State, and Private Lands (1,365 new wells) | Currently Unleased Federal Lands (783 new wells) | RFD Scenario (2,148 wells) |
|---|---|---|---|
| Maximum direct annual impact (meteorological year) | 0.157 µg/m³ (2003) | 0.15 µg/m³ (2002) | 0.313 µg/m³ (2003) (estimate) |
| Maximum direct 24-hour impact (meteorological year) | 0.38 µg/m³ (2003) | 0.368 µg/m³ (2003) | 0.748 µg/m³ (2003) (estimate) |
| Maximum direct 3-hour impact (meteorological year) | 1.12 µg/m³ (2003) | 0.970 µg/m³ (2003) | 2.09 µg/m³ (2003) (estimate) |
| Maximum direct 1-hour impact (meteorological year) | 0.84 µg/m³ (2003) | 0.34 µg/m³ (2003) | 1.18 µg/m³ (2003) (estimate) |
| Location of max annual impact* (latitude, longitude) | (37.2070686, 108.750069) | (37.64718859, 108.5549065) | Approx center of project area |
| Location of max 24-hour impact* (latitude, longitude) | (37.2070686, 108.750069) | (37.20459604, 108.5649312) | About 12 miles north of Mesa Verde |
| Location of max 3-hour impact* (latitude, longitude) | (37.2070686, 108.750069) | (37.64718859, 108.5549065) | Approx center of project area |
| Location of max 1-hour impact* | Mesa Verde National Park | Mesa Verde National Park | Mesa Verde National Park |
| *All maximum annual, 24-hour, and 3-hour concentrations occur within the fine grid receptors of the modeling domain. | | | |

Table 3.12.11 below demonstrates that the direct contributions of the RFD scenario produce very small concentrations of SO₂ for all averaging times and for all receptors in the modeling domain. The direct and indirect oil and gas development associated with the RFD scenario do not exceed any of the SO₂ NAAQS.

Cumulatively, the modeled 1-hour SO₂ concentrations at Mesa Verde National Park could be higher than the 1-hour SO₂ NAAQS. The location of the coarse grid high SO₂ impacts is in the same spot as the high concentrations of coarse grid NOₓ and PM₁₀, near the Four Corners Power Plant, which emits over 27,000 tons per year of SO₂, and near the San Juan Generating Station, which emits over 32,000 tons per year of SO₂ (see Figure 3.12.7, below, for a map showing high concentration areas). It is important to note that the GSGP and Paradox conventional projects would not emit appreciable SO₂; therefore, the modeled maximum concentrations for SO₂ are wholly due to existing sources and other reasonable foreseeable projects and not due to the projects under review for this FEIS.

**Table 3.12.11: Comparison of Maximum Predicted SO₂ Impacts Compared to National Ambient Air Quality Standards and Prevention of Significant Deterioration Increments**

| SO$_2$ | | RFD Scenario | RFD Scenario Cumulative |
|---|---|---|---|
| NAAQS 1-hour | | 200 µg/m³ (75 ppb) | 200 µg/m³ (75 ppb) |
| NAAQS 3-hour | | 1300 µg/m³ (0.5 ppm) | 1300 µg/m³ (0.5 ppm) |
| PSD Class I (µg/m³) | 3-hour | 25 | 25 |
| | 24-hour | 5 | 5 |
| | Annual | 2 | 2 |
| PSD Class II (µg/m³) | 3-hour | 512 | 512 |

BLM_0032245

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| SO$_2$ | | RFD Scenario | RFD Scenario Cumulative |
|---|---|---|---|
| | 24-hour | 91 | 91 |
| | Annual | 20 | 20 |
| Max impact Class I areas (meteorological year) | 1-hour | 1.18 µg/m³ Mesa Verde National Park (2003) | 187 µg/m³ Mesa Verde National Park |
| | 3-hour | 0.575 µg/m³ Mesa Verde National Park ( 2003) | 132 µg/m³ Mesa Verde National Park |
| Max impact Class II areas (meteorological year) | 1-hour | 0.669 µg/m³ Canyons of the Ancients (2002) | 209.45 µg/m³ Canyon DeChelly National Monument |
| | 3-hour | 2.09 µg/m³ (2003) Approx. center of project area | 2,745 µg/m³ Near Four Corners Power Plant |

These cumulative impacts do not signify an actual violation. Rather, they show that cumulative impacts from existing sources may pose a problem and need to be carefully examined by the regulatory agencies prior to issuing permits for new construction in the area. The very high SO$_2$ results near the New Mexico power plants should be viewed with caution. First, CALPUFF is not the preferred air quality model for receptors in the near-field (within 50 km of the source). Second, for this model analysis, emission sources with similar stack parameters were combined in order to keep the number of sources modeled manageable. Therefore, Four Corners Power Plant and San Juan Generating Station were each modeled as a single stack. Although elevated SO$_2$ concentrations would be expected in the vicinity of the power plants, the accuracy of CALPUFF for these possible NAAQS violations is less certain. Again, the extremely low project emissions associated with the RFD scenario (24-hour max concentrations 0.748 µg/m³) would not contribute to cumulative high SO$_2$ concentrations in New Mexico. However, The SJNF and TRFO would adopt many mitigation measures that would reduce sulfur emissions from oil and gas production and development activities on the SJNF and TRFO.

BLM_0032246

Final Environmental Impact Statement



Contours from 40 to 320 micrograms per cubic meter in black, with a contour interval of 40 micrograms per cubic meter.
Contours from 365 to 255 micrograms per cubic meter (above the 24-hour NAAQS for SO2) in red with a contour interval of 30 micrograms per cubic meter.
Cumulative impacts include existing, other RFD, and maximum development sources but no additional background concentration.
Locations of the Four Corners Power Plant (4CPP) and San Juan Generating Station (SJGS) are shown in orange.
Approximate extent of project area is outlined in blue.

**Figure 3.12.7: Composite of the Cumulative Highest/Second Highest 24-hour SO$_2$ Modeled Impacts for 2001–2003, Including the Reasonably Foreseeable Development Scenario Wells**

The informal PSD information presented in Table 3.12.11 above is provided at the request of the EPA, who was a stakeholder in the SJNF and TRFO air quality impact analysis. Most oil and gas emission sources are not considered PSD major sources under the Clean Air Act and, therefore, the comparison is not a formal PSD increment analysis, nor is it intended to replace such an analysis. The BLM and USFS do not have the authority to conduct regulatory PSD increment analysis.

The direct project impacts of the RFD scenario are well below any Class I PSD increment for SO$_2$ and are also well below all Class II PSD increments. This is due to the very low SO$_2$ emissions associated with the planning area.

BLM_0032247

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

The cumulative impacts to Class I PSD increment for $SO_2$ would be exceeded at Mesa Verde National Park for all $SO_2$ concentration averaging times. Cumulative visibility impacts to Class I areas have long been recognized and are widely understood to be a problem across the country. This was the primary reason Congress promulgated the Regional Haze Rule.

The cumulative impacts to Class II PSD increments for $SO_2$ would be exceeded for all $SO_2$ concentration averaging times within the coarse grid receptors of the modeling domain. Again, the informal PSD information presented in Table 3.12.11 above is provided at the request of the EPA, who was a stakeholder in the SJNF and TRFO air quality impact analysis. The BLM and USFS do not have the authority to conduct regulatory PSD increment analysis.

The air quality impacts from Alternatives A, B, C, and D would be the same or slightly lower compared to the RFD scenario for $SO_2$ impacts. All of the alternatives propose fewer wells compared to the RFD scenario and, therefore, would emit lower $SO_2$ emissions.

**Particulate Matter ($PM_{10}$ and $PM_{2.5}$):** The incremental impacts to $PM_{10}$ and $PM_{2.5}$ concentrations associated with well development in the Paradox Basin on already leased lands, currently unleased lands, and for the RFD scenario are displayed in Table 3.12.12. Detailed model results for all Class I and Class II area receptors can be found in the Air Quality Analysis TSD (Air Resource Specialists 2009).

**Table 3.12.12: Incremental Impacts to $PM_{10}$ and $PM_{2.5}$ Concentrations from Leased and Unleased Lands in the Paradox Basin**

| Particulate Matter | Wells on Currently Leased, State and Private Lands (1,365 wells) | Wells on Currently Unleased Federal Lands (783 wells) | RFD Scenario (2,148 wells) |
|---|---|---|---|
| **$PM_{2.5}$** | | | |
| Maximum direct annual impact (year) | 0.334 µg/m³ (2003) | 0.374 µg/m³ (2002) | 0.704 µg/m³ (2003) (estimate) |
| Maximum direct 24-hour impact | 0.922 µg/m³ (2003) | 0.998 µg/m³ (2002) | 1.815 µg/m³ (2003) (estimate) |
| Location of max annual impact (latitude, longitude) | (37.2070686, 108.750069) | (37.64718859, 108.5549065) | About 12 miles north of Mesa Verde |
| Location of max 24-hour impact (latitude, longitude) | (37.49677787, 108.3722814) | (37.64718859, 108.5549065) | About 19 miles north of Mesa Verde |
| **$PM_{10}$** | | | |
| Maximum direct 24-hour impact | 2.53 µg/m³ (2003) | 2.78 µg/m³ (2002) | 5.0 µg/m³ (2003) (estimate) |
| Location of max 24-hour impact (latitude, longitude) | (37.49677787, 108.3722814) | (37.64718859, 108.5549065) | About 19 miles north of Mesa Verde |

The summary model results of the RFD scenario compared to NAAQS and PSD increments are displayed in Table 3.12.13 and Table 3.12.14. The modeling demonstrated that the oil and gas development RFD scenario would not cause exceedance of the $PM_{10}$ and $PM_{2.5}$ NAAQS for any Class I or Class II receptor in the modeling domain.

BLM_0032248

**Table 3.12.13: Comparison of Maximum Predicted PM$_{2.5}$ Impacts Compared to National Ambient Air Quality Standards and Prevention of Significant Deterioration Increments**

| PM$_{2.5}$ | RFD Scenario | RFD Scenario Cumulative |
|---|---|---|
| NAAQS annual (µg/m³) | 12.0 | 12.0 |
| NAAQS 24-hour (µg/m³) | 35.0 | 35.0 |
| Max annual impact Class I areas (meteorological year) | 0.156 µg/m³ Mesa Verde National Park (2002) | 1.092 µg/m³ Mesa Verde National Park |
| Max annual impact Class II areas (meteorological year) | 0.704 µg/m³ About 12 miles north of Mesa Verde (2003) | 2.84 µg/m³ Lat 37.19862825, Long 108.1947035 (2003) |
| Max 24-hour impact Class I areas (meteorological year) | 0.465 µg/m³ Mesa Verde National Park (2003) | 7.07 µg/m³ Mesa Verde National Park |
| Max 24-hour impact Class II areas (meteorological year) | 1.815 µg/m³ About 19 miles north of Mesa Verde (2003) | 15.2 µg/m³ Lat 36.72532681, Long 108.5526668 |

**Table 3.12.14: Comparison of maximum predicted PM$_{10}$ impacts compared to NAAQS and PSD increments**

| PM10 | RFD Scenario | RFD Scenario Cumulative |
|---|---|---|
| NAAQS annual (µg/m³) | 150 | 150 |
| NAAQS 24-hour (µg/m³) | 10 | 10 |
| Max annual impact Class I areas (meteorological year) | 30 | 30 |
| Max annual impact Class II areas (meteorological year) | 0.429 µg/m³ Mesa Verde National Park (2002) | 10.121 µg/m³ Mesa Verde National Park |
| Max 24-hour impact Class I areas (meteorological year) | 2.0 µg/m³ About 12 miles north of Mesa Verde (2002) | 27.7 µg/m³ Lat 37.19862825, Long 108.1947035 |
| Max 24-hour impact Class II areas (meteorological year) | 1.28 µg/m³ Mesa Verde National Park (2003) | 66.977 µg/m³ Mesa Verde National Park |
| NAAQS annual (µg/m³) | 5.0 µg/m³ (estimate) About 19 miles north of Mesa Verde (2003) | 130.7 µg/m³ Lat 37.19862825, Long 108.1947035 |

The direct project impacts of the RFD scenario would not exceed the PM$_{10}$ Class I PSD Increment (10 µg/m³) or the Class II PSD Increment (30 µg/m³). The cumulative impacts to Class I PSD increment for PM$_{10}$ would be exceeded at Mesa Verde National Park at 10.121µg/m³. The model results show that cumulative impacts to annual Class II PSD increment would not be exceeded within the modeling domain. The informal PSD information presented in Table 3.12.14 above is provided at the request of the EPA, who was a stakeholder in the SJNF and TRFO air quality impact analysis. The BLM and USFS do not have the authority to conduct regulatory PSD increment analysis.

The air quality impacts from Alternatives A, B, C, and D would be the same or lower compared to the RFD scenario for particulate matter impacts. All of the alternatives propose fewer wells, fewer well pads, and less construction compared to the RFD scenario and, therefore, would emit lower particulate matter emissions.

**Deposition:** The modeling also considered the impacts of nitrogen and sulfur deposition compared to AQRV thresholds of significance for NPS and USFS Class I areas. For the direct impacts of the RFD scenario, the NPS deposition analysis threshold of 0.005 kg/ha-yr for nitrogen and sulfur for Class I areas was used to assess significant impacts. With the exception of Mesa Verde, the predicted

nitrogen and sulfur deposition was below the deposition analysis threshold at all Class I and Class II receptors.

Mesa Verde maximum nitrogen deposition was 0.1156 kg/ha-yr, and maximum sulfur deposition was 0.026 kg/ha-yr. Mesa Verde National Park is adjacent to the proposed development areas in the Paradox Basin. Because the NPS deposition analysis threshold was exceeded for nitrogen and sulfur deposition at Mesa Verde National Park, additional analysis and agency consultation was conducted. In addition to the general concern about the regional trend of increasing nitrogen deposition, the NPS has expressed concern about the potential indirect impacts of increased fire risk from increased biomass production as a result of nitrogen fertilization. The other concern was potential species composition shifts from native to non-native vegetation as a result of nitrogen deposition (NPS 2010). The SJNF and TRFO would adopt many mitigation measures that would significantly reduce $NO_x$ and sulfur emissions from oil and gas production and development activities in the planning area. This should result in significant reductions in nitrogen deposition and minor reductions in sulfur deposition, since the unmitigated project emissions of sulfur are very small to begin with.

For cumulative effects analysis, the NPS uses critical loads to determine significance of deposition on herbaceous plants and shrubs. For Mesa Verde National Park, the suggested critical load is 3.0 kg/ha-yr for nitrogen. The critical load for nitrogen has not been exceeded at any Class I areas in the modeling domain. The NPS has not yet determined critical loads for sulfur deposition; however, the USFS threshold of 3.0 kg/ha-yr for sulfur deposition has not been exceeded at any Class I areas in the modeling domain (see Table 3.12.15). Detailed model results for all Class I area receptors can be found in the Air Quality Analysis Technical TSD (Air Resource Specialists 2009).

The air quality impacts from Alternatives A, B, C, and D would be the same or slightly lower compared to the RFD scenario for deposition impacts. All of the alternatives propose fewer wells compared to the RFD scenario and, therefore, would emit fewer nitrogen and sulfur emissions.

**Table 3.12.15: Nitrogen and Sulfur Deposition at the Mesa Verde National Park Class I Area from Leased and Unleased Lands in the Paradox Basin**

| Mesa Verde National Park Nitrogen and Sulfur Deposition | Wells on Currently Leased, State, and Private Lands (1,365 wells) | Wells on Currently Unleased Federal Lands (783 wells) | RFD Scenario (2,148 wells) | Cumulative RFD Scenario |
|---|---|---|---|---|
| Maximum direct nitrogen deposition impact (year) | 0.0928 kg/ha-yr (2002) | 0.0229 kg/ha-yr (2003) | 0.1156 kg/ha-yr (2003) | 1.6 kg/ha-yr (2001) |
| Maximum direct sulfur deposition impact (year) | 0.02 kg/ha-yr (2003) | 0.006 kg/ha-yr (2003) | 0.026 kg/ha-yr (2003) | 1.7 kg/ha-yr (2003) |

**Acid Neutralizing Capacity of Sensitive Lakes:** Deposition of nitrogen and sulfur can cause changes to water chemistry, especially in lakes with very low acid neutralizing capacity (ANC). Several lakes within the Weminuche wilderness Class I area have been determined to be very sensitive to changes in atmospheric deposition. These lakes are relatively close to the Paradox Basin project area. Potential air pollution-caused water chemistry changes were evaluated using the USFS screening methodology for calculating ANC (USFS 2000).

The USFS AQRV threshold for project incremental impacts ANC change is no more than a 10% change from baseline chemistry for those water bodies where the existing ANC is at or above 25

BLM_0032250

µeq/L and for surface waters that have a baseline of <25 ueq/L ANC, no more than 1 ueq/L decrease in ANC is acceptable (USFS 2012a). No sensitive high mountain lake in the Weminuche wilderness exceeded the ANC threshold when the direct and indirect impacts of the RFD scenario were considered. Changes to ANC from the RFD scenario are displayed in Table 3.12.16.

**Table 3.12.16: Percent Change Acid Neutralizing Capacity of High Mountain Lakes in Weminuche Wilderness from Nitrogen and Sulfur Deposition, Reasonably Foreseeable Development Scenario**

| Mountain Lake | Threshold | ANC Change (%) | | |
|---|---|---|---|---|
| | | 2001 | 2002 | 2003 |
| Big Eldorado Lake (change from baseline ANC) | No more than 1 ueq/L decrease in ANC | 0.127 (0.026 µeq/L) | 0.148 (0.03 µeq/L) | 0.142 (0.029 µeq/L) |
| Lower Sunlight Lake | < 10% change | 0.037 | 0.043 | 0.039 |
| Upper Sunlight Lake | < 10% change | 0.109 | 0.128 | 0.118 |
| Upper Grizzly Lake | < 10% change | 0.106 | 0.124 | 0.114 |

Cumulatively, with the exception of Lower Sunlight Lake, ANC for all lakes was higher than the USFS AQRV threshold limit (10% change) for all lakes evaluated. Cumulative changes to ANC from the RFD scenario are displayed in Table 3.12.17. The SJNF and TRFO would adopt many mitigation measures that would reduce nitrogen and sulfur emissions from oil and gas production and development activities on the SJNF and TRFO. This would reduce the impacts to water quality in these sensitive lakes.

**Table 3.12.17: Cumulative Percent Change Acid Neutralizing Capacity of High Mountain Lakes in Weminuche Wilderness from Nitrogen and Sulfur Deposition, Reasonably Foreseeable Development Scenario**

| Mountain Lake | Threshold | ANC Change (%) | | |
|---|---|---|---|---|
| | | 2001 | 2002 | 2003 |
| Big Eldorado Lake | No more than 1 ueq/L decrease in ANC | 14.93 (3.04 µeq/L) | 16.05 (3.27 µeq/L) | 18.57 (3.79 µeq/L) |
| Lower Sunlight Lake | < 10% change | 4.07 | 4.81 | 4.51 |
| Upper Sunlight Lake | < 10% change | 12.04 | 14.14 | 13.38 |
| Upper Grizzly Lake | < 10% change | 11.72 | 13.92 | 13.06 |

The air quality impacts from Alternatives A, B, C, and D would be the same or lower compared to the RFD scenario for impacts to ANC. All of the alternatives propose fewer wells compared to the RFD scenario and, therefore, would emit fewer nitrogen and sulfur emissions that affect ANC.

**Visibility:** Visibility impacts were calculated using two different methods denoted Method 6 and Method 2. The SJNF and TRFO used both visibility assessment methods at the request of the state and federal agencies participating in the Air Quality Impact Analysis Stakeholders Group. Method 6 is the current EPA-approved procedure under the Best Available Retrofit Technology regulations to assess whether a source contributes to existing visibility impairment. Method 2 is the current procedure documented in the Federal Land Managers Air Quality Related Values Workgroup (USFS

BLM_0032251

et al. 2010) guidance and uses the predicted concentrations of aerosol species from CALPUFF with the daily average relative humidity data to estimate light extinction parameters.

Actual monitored visibility data were used to provide a check of the modeling performance for both methods. The comparison was based on the "existing sources" subset from the model calculations because emissions from projected future activity would not be reflected in the measured visibility data. Also, since the model user is generally interested in the "worst-case" impacts determined by the model for a given emissions scenario, the model versus measurements comparisons are limited to the "average of the 20% worst-case days" as determined from the IMPROVE data, which generally correlate to the 90th percentile measurement. The CALPUFF modeling results are summarized below for those Class I areas in the modeling domain that also have IMPROVE monitors (Table 3.12.18).

**Table 3.12.18: CALPUFF Modeling Results\* Compared to Class I Areas in the Modeling Domain Having IMPROVE Monitors**

| Class I Area | IMPROVE Measurement (average of 20% worst-case days, 2000–2006) | CALPUFF Method 2 (mean highest extinction, 2001–2003) | CALPUFF Method 6 (mean 8th highest extinction, 2001–2003) |
|---|---|---|---|
| Bandelier | 37 | 49.9 | 25.0 |
| Canyonlands | 31 | 65.5 | 31.1 |
| Mesa Verde | 38 | 77.0 | 50.3 |
| San Pedro Parks | 26 | 64.4 | 30.6 |
| Weminuche | 26 | 73.1 | 30.7 |
| \* All values listed above are in units of total extinction (Mm-1) | | | |

In general, Method 2 tends to produce consistently higher visibility impacts compared to Method 6 at the Class I areas modeled for this comparison. The Method 6 results tend to more closely match the measured IMPROVE data at each of the Class I areas. At Bandelier National Monument, the Method 6 model predictions actually under predict the worst-case visibility conditions (based on the 90th percentile measurement). However, Bandelier is toward the eastern edge of the modeling domain, so not all of the sources that contribute to visibility impacts at Bandelier National Monument may have been included in this modeling study. Also, Bandelier shows a relatively high extinction contribution from organic aerosols, which may be an indicator of impacts from local and/or regional wildfires. Wildfire emissions were not modeled in this CALPUFF study.

Otherwise, the CALPUFF model predictions for Method 6 tend to be near or slightly higher than the measured extinction from the IMPROVE program. Since the CALPUFF results for Method 6 in this study correlate better with the IMPROVE measurements, the conclusion is that Method 6 performs better than Method 2 when considering additional impacts analysis for the RFD scenario. Therefore, the visibility analysis relied upon by the SJNF and TRFO would focus on Method 6. Detailed results for both Method 6 and Method 2 can be found in the TSD (Air Resource Specialists 2009).

Three Class I areas had predicted visibility impacts above the 5% change AQRV threshold. Canyonlands National Park was just over at 5.87% on the highest day with 3 days greater than 5% change. Mesa Verde National Park was 9.76% on the highest day and 7.14% on the eighth high day with 29 days greater than 5% change. Weminuche wilderness was also over at 5.85% change on the highest day and 1 day greater than 5% change. Table 3.12.19 below displays predicted visibility changes for the RFD calculated using Method 6 for each Class I area.

BLM_0032252

**Table 3.12.19: Visibility Method 6 for the Reasonably Foreseeable Development Scenario at Class I Areas**

| Class I Area | RFD Scenario | | | RFD Scenario Cumulative | | |
|---|---|---|---|---|---|---|
| | % Change High Day 24-hour $B_{ext}$ (Mm-1) | % Change 8th High Day 24-hour $B_{ext}$ (Mm-1) | Days > 5% | % Change High Day 24-hour $B_{ext}$ (Mm-m-1) | % Change 8th High Day 24-hour $B_{ext}$ (Mm-1) | Days > 10% |
| Arches | 5.05 | 3.01 | 1 | 155 | 91 | 104 |
| Bandelier | 1.45 | 0.79 | 0 | 114 | 64 | 148 |
| Black Canyon of the Gunnison | 4.63 | 1.6 | 0 | 108 | 76 | 109 |
| Canyonlands | 5.87 | 4.31 | 3 | 217 | 117 | 137 |
| La Garita | 1.95 | 0.63 | 0 | 174 | 71 | 122 |
| Mesa Verde | 9.76 | 7.14 | 29 | 452 | 278 | 323 |
| San Pedro Parks | 3.89 | 1.15 | 0 | 154 | 96 | 197 |
| Weminuche | 5.85 | 1.48 | 1 | 460 | 76 | 194 |
| West Elk | 2.86 | 1.21 | 0 | 311 | 53 | 111 |
| Estimated maximum change in extinction coefficient ($b_{ext}$); number of days with extinction changes greater than 5% and greater than 10%. | | | | | | |

The cumulative impacts to visibility predicted by the model validate what was already known from existing visibility monitoring data. The existing condition of visibility in the region is already impaired from existing sources. All Class I area receptors modeled show that visibility would be impaired by emissions from the cumulative sources, based on a definition of impairment being a change in extinction of 10% or more compared to natural visibility conditions. It is important to note that the cumulative impacts are identical between the RFD scenario and the No Leasing Alternative. This suggests that development of the RFD scenario would not significantly change the existing level of visibility impairment.

With the exception of Chaco Culture National Historic Park, all the selected sensitive receptors for the Class II areas had predicted incremental impacts from the RFD scenario above the 5% AQRV threshold. Table 3.12.20 displays the estimated maximum change in extinction coefficient ($b_{ext}$) for the RFD calculated using Method 6 for each Class I area. Cumulatively, the model results reflect the current impaired visibility from existing sources seen in monitoring data. The cumulative impacts are identical between the RFD scenario and the No Leasing Alternative. This suggests that development of the RFD scenario would not significantly change the existing level of visibility impairment.

**Table 3.12.20: Visibility Method 6 for the Reasonably Foreseeable Development Scenario at Class II Areas**

| Class II Area | RFD Scenario | | | RFD Scenario Cumulative | | |
|---|---|---|---|---|---|---|
| | % Change High Day 24-hour $B_{ext}$ (Mm-1) | % Change 8th High Day 24-hour $B_{ext}$ (Mm -1) | Days > 5% | % Change High Day 24-hour $B_{ext}$ (Mm -1) | % Change 8th High Day 24-hour $B_{ext}$ (Mm -1) | Days > 10% |
| Canyon de Chelly | 5.49 | 1.12 | 1 | 414 | 126 | 182 |
| Canyons of the Ancients | 22.92 | 8.77 | 40 | 465 | 164 | 360 |
| Chaco Culture | 2.77 | 1.08 | 0 | 421 | 136 | 210 |

BLM_0032253

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Class II Area | RFD Scenario | | | RFD Scenario Cumulative | | |
|---|---|---|---|---|---|---|
| | % Change High Day 24-hour $B_{ext}$ (Mm-1) | % Change 8th High Day 24-hour $B_{ext}$ (Mm -1) | Days > 5% | % Change High Day 24-hour $B_{ext}$ (Mm -1) | % Change 8th High Day 24-hour $B_{ext}$ (Mm -1) | Days > 10% |
| Hovenweep | 7.88 | 3.11 | 1 | 285 | 133 | 272 |
| Natural Bridges | 5.27 | 2.04 | 1 | 232 | 88 | 95 |
| Estimated maximum change in extinction coefficient ($b_{ext}$); number of days with extinction changes greater than 5% and greater than 10%. | | | | | | |

Cumulatively, the model results reflect the current impaired visibility from existing sources seen in monitoring data. The cumulative impacts are identical between the RFD scenario and the No Leasing Alternative. This suggests that development of the RFD scenario would not significantly change the existing level of visibility impairment. The same conclusions apply to Alternatives A, B, C, and D.

Because of the concerns about cumulative visibility impacts to nearby Class I areas, many mitigation measures were developed to reduce the pollutants that contribute to visibility impairment. The SJNF and TRFO would adopt many mitigation measures that would reduce emissions from oil and gas production and development activities on the SJNF and TRFO. These mitigation measures would reduce the pollutants $NO_x$, $SO_2$, VOCs, particulate matter, and other pollutants that impact visibility. This should reduce the small direct and indirect impacts to visibility from this project.

Greenhouse Gas Emissions and Climate Change

The assessment of so-called "greenhouse gas" emissions and climate change is in its formative phase; therefore, it is not yet possible to know with confidence the net impact to climate. However, the Intergovernmental Panel on Climate Change (2007:5, 10) recently concluded that "warming of the climate system is unequivocal" and "most of the observed increase in globally average temperatures since the mid-20th century is very likely due to the observed increase in anthropogenic [human-made] greenhouse gas concentrations." The lack of scientific tools designed to predict climate change on regional or local scales limits the ability to quantify potential future impacts. Potential impacts to air quality due to climate change are likely to be varied and dependent on which climate scenario plays out.

Oil and gas development activities on the SJNF and TRFO are predicted to produce greenhouse gas emissions. The amount of $CO_2$ and $CH_4$ emissions associated with well development on new federal leases for the RFD scenario were estimated for well drilling, well completion, and gas production. Greenhouse gas emissions were not modeled in CALPUFF. Estimates of greenhouse gas emissions for oil and gas activities were calculated using assumptions from EPA AP-42 tables (EPA 1995) for different engines used for oil and gas drilling and production. The results are summarized in Table 3.12.21.

The RFD scenario is estimated to emit a total of 88,281 tons of $CO_2$ per year and 399 tons of $CH_4$ per year (9,975 tons of $CO_2$ equivalents as $CH_4$). By comparison, the $CO_2$ equivalent emissions of La Plata County for 2005 were estimated to be 5,019,511 tons, and in 2020 it is estimated they would decrease to 3,523,663 tons (La Plata County 2008).

BLM_0032254

**Table 3.12.21: Greenhouse Gas Emissions, Reasonably Foreseeable Development Scenario**

| Emission Source | Gothic Shale Gas Wells | | Paradox Conventional Wells | |
|---|---|---|---|---|
| | CO$_2$ (tons/year) | CH$_4$ (tons/year) | CO$_2$ (tons/year) | CH$_4$ (tons/year) |
| Drill rig engines | 20,697 | 12 | 4,385 | 2.8 |
| Hydraulic fracturing engines | 2,996 | 2 | 155 | 0.1 |
| Compressor engines | 29,594 | 334 | 4120 | 46.9 |
| Well pad separator/heaters | 22,110 | 0.5 | 4224 | .1 |
| Total | 75,397 | 348.5 | 12,884 | 49.9 |

The air quality impacts from Alternatives A, B, C, and D would be the same or very slightly less than the RFD scenario for all air quality parameters. This is because there is very little difference in the number of proposed wells for the RFD scenario compared to all alternatives.

## No Leasing Alternative

The No Leasing Alternative was also analyzed to bracket the air quality impacts of oil and gas development in the Paradox Basin. The RFD scenario would represent the maximum possible impacts and the No Leasing Alternative represents the minimum impacts that could occur. The total number of wells analyzed for the No Leasing Alternative was 1,365 wells. The breakdown of wells that could be drilled in the Paradox Basin on already leased federal, state, and private lands are displayed in Table 3.12.22.

**Table 3.12.22: Well Numbers on Current Federal Leases and on State and Private Lands**

| | USFS Leased Lands | BLM Leased Lands | State and Private Lands | Total |
|---|---|---|---|---|
| Paradox conventional | 25 production 10 drilled/reclaimed | 125 production 20 drilled/reclaimed | 50 | 230 |
| Paradox/GSGP | 105 production 10 drilled/reclaimed | 235 production 25 drilled/reclaimed | 760 | 1,135 |
| Total (Paradox conventional and GSGP) | | | | 1,365 |

**Nitrogen Dioxide:** All NO$_x$ emissions were conservatively assumed to be in the form of NO$_2$, which is the regulated Clean Air Act pollutant. The summary model results of the No Leasing Alternative compared to NAAQS and PSD increments are displayed in Table 3.12.23. The modeling demonstrated that the incremental (direct and indirect) impacts of the No Leasing Alternative would not cause exceedance of the NO$_2$ NAAQS for any Class I or Class II receptor in the modeling domain.

**Table 3.12.23: Comparison of Maximum Predicted NO$_2$ Impacts Compared to National Ambient Air Quality Standards and Prevention of Significant Deterioration Increments, No Leasing Alternative**

| NO$_2$ | No Leasing Alternative | No Leasing Alternative Cumulative |
|---|---|---|
| NAAQS 1-hour | 192 µg/m$^3$ (100 ppb) | 192 µg/m$^3$ (100 ppb) |
| NAAQS annual | 100 µg/m$^3$ (53 ppb) | 100 µg/m$^3$ (53 ppb) |
| PSD Class 1 annual | 2.5 µg/m$^3$ | 2.5 µg/m$^3$ |
| PSD Class 11 annual | 25 µg/m$^3$ | 25 µg/m$^3$ |
| Max annual impact Class 1 | 0.531 µg/m$^3$ | 4.282 µg/m$^3$ |

BLM_0032255

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| NO$_2$ | No Leasing Alternative | No Leasing Alternative Cumulative |
|---|---|---|
| areas | Mesa Verde National Park | Mesa Verde National Park |
| Max annual impact Class II areas (latitude, longitude) | 2.18 µg/m³ (37.20817702,108.8426431) | 62.6 µg/m³ Near Four Corners Power Plant |
| Max 1-hour impact Class I areas | 19.47 µg/m³ Mesa Verde National Park | 157 µg/m³ Mesa Verde National Park |
| Max 1-hour impact Class II areas | 18.45 µg/m³ Canyons of the Ancients National Monument | 326 µg/m³ Chaco Culture National Historic Park |

Cumulatively, the 1-hour concentrations of 326.00 µg/m³ at Chaco Culture National Historic Park are higher than the 1-hour NO$_2$ NAAQS (192 µg/m³). These cumulative impacts do not signify an actual violation. Rather, they show that cumulative impacts from existing sources may pose a problem and need to be carefully examined by the regulatory agencies prior to issuing permits for new construction in the area. The high NO$_2$ results at Chaco Culture National Historic Park are likely related to oil and gas and power plant pollution sources in New Mexico since the NO$_2$ 1-hour concentrations are much lower at all receptors close to the Paradox Basin well field.

The informal PSD information presented in Table 3.12.23 above is provided at the request of the EPA, who was a stakeholder in the SJNF and TRFO air quality impact analysis. Its usefulness is to better understand potential project impacts to Class I areas. Most oil and gas emission sources are not considered PSD major sources under the Clean Air Act, and therefore the comparison is not a formal PSD increment analysis, nor is it intended to replace such an analysis. The BLM and USFS do not have the authority to conduct regulatory PSD increment analysis.

The direct project impacts of the No Leasing Alternative would not exceed the NO$_2$ Class I PSD increment (2.5 µg/m³) or the Class II PSD increment (25 µg/m³). The cumulative impacts to Class I PSD increment for annual NO$_2$ would be exceeded at Mesa Verde National Park at 4.282 µg/m³. The model results show that cumulative impacts to annual Class II PSD increment (25µg/m³) would be exceeded within the coarse grid of the modeling domain with a maximum annual NO$_2$ concentration of 62.6 µg/m³. This location is less than ~ 4.7 miles from the Four Corners Power Plant. This power plant emits over 49,000 tons per year of NO$_x$ and is less than 8.5 miles from the San Juan Generating Station, which emits over 40,000 tons per year of NO$_x$. These are likely the significant contributing sources to the high localized NO$_2$ concentration. In addition, numerous existing oil and gas wells are in this part of New Mexico, and additional NO$_2$ sources are anticipated in this area in conjunction with the BLM Farmington Field Office RMP RFD (Engler et al. 2001).

**Sulfur Dioxide:** The direct contributions of the No Leasing Alternative to SO$_2$ concentrations at all receptors within the modeling domain are very small due to the low level of project-related SO$_2$ emissions (Table 3.12.24). Project SO$_2$ emissions would be generated primarily from diesel engines used during short-term well construction activities.

**Table 3.12.24: Comparison of Maximum Predicted SO$_2$ Impacts Compared to National Ambient Air Quality Standards and Prevention of Significant Deterioration Increments, No Leasing Alternative**

| SO$_2$ | | No Leasing Alternative | No Leasing Alternative Cumulative |
|---|---|---|---|
| NAAQS 1-hour | | 200 µg/m³ (75 ppb) | 200 µg/m³ (75 ppb) |
| NAAQS 3-hour | | 1300 µg/m³ (0.5 ppm) | 1300 µg/m³ (0.5 ppm) |
| PSD Class I (µg/m³) | 3-hour | 25 | 25 |

BLM_0032256

| SO$_2$ | | No Leasing Alternative | No Leasing Alternative Cumulative |
|---|---|---|---|
| | 24-hour | 5 | 5 |
| | Annual | 2 | 2 |
| PSD Class II (µg/m³) | 3-hour | 512 | 512 |
| | 24-hour | 91 | 91 |
| | Annual | 20 | 20 |
| Max impact Class I areas | 1-hour | 0.84 µg/m³ Mesa Verde National Park | 187 µg/m³ Mesa Verde National Park |
| | 3-hour | 0.454 µg/m³ Mesa Verde National Park | 131.83 µg/m³ Mesa Verde National Park |
| | 24-hour | 0.168 µg/m³ Mesa Verde National Park | 25.27 µg/m³ Mesa Verde National Park |
| | Annual | 0.060 µg/m³ Mesa Verde National Park | 2.53 µg/m³ Mesa Verde National Park |
| Max impact Class II areas | 1-hour | 0.6 µg/m³ Canyons of the Ancients National Monument | 209 µg/m³ Canyon DeChelly National Monument |
| | 3-hour (latitude, longitude) | 1.12 µg/m³ (37.2070686, 108.750069) | 2745 µg/m³ (36.72532681, 108.5526668) |
| | 24-hour (latitude, longitude) | 0.748 µg/m³ (37.2070686, 108.750069) | 469 µg/m³ Near Four Corners Power Plant coarse grid |
| | Annual (latitude, longitude) | 0.313 µg/m³ (37.2070686, 108.750069) | 58.3 µg/m³ Near Four Corners Power Plant |

Table 3.12.24 demonstrates that the direct contributions of the No Leasing Alternative produce very small concentrations of SO$_2$ for all averaging times and all receptors in the modeling domain. The direct and indirect oil and gas development associated with the No Leasing Alternative would not significantly contribute to any exceedance of the 1-hour, 24-hour, and annual SO$_2$ NAAQS.

The modeling indicates that, cumulatively, the 24-hour and annual SO$_2$ NAAQS (365 µg/m³) could be surpassed at 469 µg/m³ in the vicinity of the Four Corners Power Plant and San Juan Generating Stations. The location of the coarse grid maximum SO$_2$ impacts is in the same spot as the maximum concentrations of coarse grid NO$_x$ and PM$_{10}$, which is near the Four Corners Power Plant (which emits over 27,000 tons per year of SO$_2$) and the San Juan Generating Station (which emits over 32,000 tons per year of SO$_2$). It is important to note that the GSGP and Paradox conventional projects would not emit appreciable SO$_2$; therefore, these modeled NAAQS exceedances for SO$_2$ are wholly due to existing sources and other reasonable foreseeable projects and not due to the projects under review for this FEIS.

These cumulative impacts do not signify an actual violation. Rather, they show that cumulative impacts from existing sources may pose a problem and need to be carefully examined by the regulatory agencies prior to issuing permits for new construction in the area. The very high SO$_2$ results near the New Mexico power plants should be viewed with caution. First, CALPUFF is not the preferred air quality model for receptors in the near-field (within 50 km of the source). Second, for this

BLM_0032257

model analysis, emission sources with similar stack parameters were combined in order to keep the number of sources modeled manageable. Therefore, Four Corners Power Plant and San Juan Generating Station were each modeled as a single stack. Although elevated $SO_2$ concentrations would be expected in the vicinity of the power plants, the accuracy of CALPUFF for these possible NAAQS violations is less certain. Again, the extremely low project emissions associated with the No Leasing Alternative (24-hour max concentrations at 0.748 µg/m³) would not contribute to cumulative $SO_2$ NAAQS exceedances in New Mexico.

Cumulatively, the 1-hour $SO_2$ concentrations at Canyon de Chelly National Monument at 209 µg/m³ are higher than the 1-hour $SO_2$ NAAQS (200 µg/m³). This receptor is not close to the Paradox Basin, and the No Leasing Alternative would emit extremely small quantities of $SO_2$ emissions. The high cumulative $SO_2$ 1-hour concentrations are likely related to emission sources located in New Mexico and not to the wells in the Paradox Basin associated with this project.

The informal PSD information presented in Table 3.12.24 above is provided at the request of the EPA, who was a stakeholder in the SJNF and TRFO air quality impact analysis. Most oil and gas emission sources are not considered PSD major sources under the Clean Air Act, and therefore the comparison is not a formal PSD increment analysis, nor is it intended to replace such an analysis. The BLM and USFS do not have the authority to conduct regulatory PSD increment analysis.

The direct project impacts of the No Leasing Alternative are well below any Class I or Class II PSD increments for $SO_2$. This is due to the very low $SO_2$ emissions associated with the project. The cumulative impacts to Class I PSD increment for $SO_2$ would be exceeded at Mesa Verde National Park for all $SO_2$ concentration averaging times. Cumulative visibility impacts to Class I areas have long been recognized and are widely understood to be a problem across the country. This was the primary reason Congress promulgated the Regional Haze Rule.

The cumulative impacts to Class II PSD increments for $SO_2$ would be exceeded for all $SO_2$ concentration averaging times within the coarse grid receptors of the modeling domain.

**Particulate Matter ($PM_{10}$ and $PM_{2.5}$)**: The summary model results of the No Leasing Alternative compared to NAAQS and PSD increments are displayed in Table 3.12.25 and Table 3.12.26. The modeling demonstrated that the oil and gas development for the No Leasing Alternative would not cause exceedance of the $PM_{10}$ and $PM_{2.5}$ NAAQS for any Class I or Class II receptors in the modeling domain.

**Table 3.12.25: Comparison of Maximum Predicted $PM_{2.5}$ Impacts Compared to National Ambient Air Quality Standards and Prevention of Significant Deterioration Increments, No Leasing Alternative**

| $PM_{2.5}$ | No Leasing Alternative | No Leasing Alternative Cumulative |
|---|---|---|
| NAAQS annual (µg/m³) | 12.0 | 12.0 |
| NAAQS 24-hour (µg/m³) | 35.0 | 35.0 |
| Max annual impact Class I areas (µg/m³) | 0.129 Mesa Verde National Park | 1.086 Mesa Verde National Park |
| Max annual impact Class II areas (µg/m³) | 0.334 Lat 37.2070686, Long 108.750069 | 2.84 Lat 37.19862825, Long 108.1947035 |
| Max 24-hour impact Class I areas (µg/m³) | 0.354 Mesa Verde National Park | 7.07 Mesa Verde National Park |
| Max 24-hour impact Class II areas (µg/m³) | 0.922 Lat 37.49677787, | 15.2 Lat 36.72532681, |

BLM_0032258

| PM$_{2.5}$ | No Leasing Alternative | No Leasing Alternative Cumulative |
|---|---|---|
| | Long 108.3722814 | Long 108.5526668 |

**Table 3.12.26: Comparison of Maximum Predicted PM$_{10}$ Impacts Compared to National Ambient Air Quality Standards and Prevention of Significant Deterioration Increments, No Leasing Alternative**

| PM$_{10}$ | No Leasing Alternative | No Leasing Alternative Cumulative |
|---|---|---|
| NAAQS 24-hour µg/m³ | 150 | 150 |
| PSD Class I annual (µg/m³) | 10 | 10 |
| PSD Class II annual (µg/m³) | 30 | 30 |
| Max annual impact Class I areas (µg/m³) | 0.355 Mesa Verde National Park | 10.12 Mesa Verde National Park |
| Max annual impact Class II areas (µg/m³) | 0.921 Lat 37.2070686, Long 108.750069 | 27.7 Lat 37.19862825, Long 108.1947035 |
| Max 24-hour impact Class I Areas (µg/m³) | 0.978 Mesa Verde National Park | 66.97 Mesa Verde National Park |
| Max 24-hour impact Class II areas (µg/m³) | 2.53 Lat 37.49677787, Long 108.3722814) | 130.7 Lat 37.19862825, Long 108.1947035 |

The direct project impacts of the No Leasing Alternative would not exceed the PM$_{10}$ Class I PSD increment (10 µg/m³) or the Class II PSD increment (30 µg/m³). The cumulative impacts to Class I PSD increment for PM$_{10}$ would be exceeded at Mesa Verde National Park at 10.121µg/m³. The model results show that cumulative impacts to annual Class II PSD increment would not be exceeded within the modeling domain.

The informal PSD information presented in Table 3.12.26 above is provided at the request of the EPA, who was a stakeholder in the SJNF and TRFO air quality impact analysis. The BLM and USFS do not have the authority to conduct regulatory PSD increment analysis.

**Deposition:** The NPS deposition analysis threshold of 0.005 kg/ha-yr for nitrogen and sulfur for Class I areas was used to assess direct and indirect deposition impacts. Mesa Verde maximum nitrogen deposition was 0.0928 kg/ha-yr and maximum sulfur deposition was 0.020 kg/ha-yr. Mesa Verde National Park is adjacent to the proposed development areas in the Paradox Basin. Because the incremental agency threshold of 0.005 kg/ha-yr was exceeded for nitrogen deposition at Mesa Verde National Park, additional analysis and agency consultation was conducted (please see discussion for RFD scenario deposition impacts above). Many mitigation measures were adopted to decrease nitrogen pollution and reduce the deposition impacts to Class I areas.

For cumulative effects analysis, the NPS uses critical loads to determine significance of deposition on herbaceous plants and shrubs. For Mesa Verde National Park, the suggested critical load is 3.0 kg/ha-yr for nitrogen. The critical load for nitrogen has not been exceeded at any Class I areas in the modeling domain. The NPS has not yet determined critical loads for sulfur deposition; however, the USFS threshold of 3.0 kg/ha-yr for sulfur deposition has not been exceeded at any Class I areas in the modeling domain (Table 3.12.27). Detailed model results for all Class I area receptors can be found in the Air Quality Analysis TSD (Air Resource Specialists 2009).

BLM_0032259

**Table 3.12.27: Nitrogen and Sulfur Deposition at the Mesa Verde National Park Class I Area from Leased and Unleased Lands in the Paradox Basin**

| Nitrogen and Sulfur Deposition Mesa Verde National Park | Wells on Currently Leased, State, and Private Lands (1,365 wells) | No Leasing Alternative Cumulative |
|---|---|---|
| Maximum direct nitrogen deposition impact (year) | 0.0928 kg/ha-yr (2003) | 1.603 kg/ha-yr (2001) |
| Maximum direct sulfur deposition impact (year) | 0.020 kg/ha-yr (2003) | 1.652 kg/ha-yr (2003) |

**ANC of Sensitive Lakes:** No sensitive high mountain lakes in the Weminuche wilderness exceeded the ANC threshold when the direct and indirect impacts of the RFD scenario were considered. The changes to ANC from the No Leasing Alternative are displayed in Table 3.12.28.

**Table 3.12.28: Percent Change Acid Neutralizing Capacity of High Mountain Lakes in the Weminuche Wilderness from Nitrogen and Sulfur Deposition, No Leasing Alternative**

| Mountain Lake | Threshold | ANC Change (%) | | |
|---|---|---|---|---|
| | | 2001 | 2002 | 2003 |
| Big Eldorado Lake (change from baseline ANC) | No more than 1 ueq/L decrease in ANC | 0.224 (0.026 µeq/L) | 0.11 (0.03 µeq/L) | 0.142 (0.029 µeq/L) |
| Lower Sunlight Lake | < 10% change | 0.026 | 0.032 | 0.026 |
| Upper Sunlight Lake | < 10% change | 0.078 | 0.096 | 0.077 |
| Upper Grizzly Lake | < 10% change | 0.076 | 0.093 | 0.074 |

Cumulatively, with the exception of Lower Sunlight Lake, ANC for all lakes was higher than the USFS AQRV threshold of 10% change. Cumulative changes to ANC from the No Lease Alternative are displayed in Table 3.12.29. The SJNF and TRFO would adopt many mitigation measures that would reduce nitrogen and sulfur emissions from oil and gas production and development activities on the SJNF and TRFO. This should result in no cumulative change to ANC or could reduce the impacts to water quality in these sensitive lakes.

**Table 3.12.29: Cumulative Percent Change Acid Neutralizing Capacity of High Mountain Lakes in the Weminuche Wilderness from Nitrogen and Sulfur Deposition**

| Mountain Lake | Threshold | ANC Change (%) | | |
|---|---|---|---|---|
| | | 2001 | 2002 | 2003 |
| Big Eldorado Lake | No more than 1 ueq/L decrease in ANC | 14.9 (3.04 µeq/L) | 16.05 (3.27 µeq/L) | 15.33 (3.13 µeq/L) |
| Lower Sunlight Lake | < 10% change | 4.06 | 4.8 | 4.51 |
| Upper Sunlight Lake | < 10% change | 12.04 | 14.07 | 13.37 |
| Upper Grizzly Lake | < 10% change | 6.77 | 13.90 | 13.06 |

**Visibility:** Mesa Verde National Park was the only Class I area with predicted impacts above the 5% change AQRV threshold. The maximum visibility change was 7.8% for 16 days at Mesa Verde National Park. Table 3.12.30 below displays the estimated maximum change in visibility for the No Leasing Alternative calculated using Method 6 for each Class I area.

BLM_0032260

The cumulative visibility modeling analysis validates what was already known from review of existing visibility monitoring data, i.e., visibility in the region is already impaired from existing sources. All of the receptors modeled show that visibility would be impaired by emissions from the cumulative sources, based on a definition of impairment being a change in extinction of 10% or more compared to natural visibility conditions. The cumulative impacts are identical between the RFD scenario and the No Leasing Alternative. This suggests that development of the RFD scenario would not significantly change the existing level of visibility impairment.

**Table 3.12.30: Visibility Method 6 for the No Leasing Alternative at Class I Areas**

| Class I Area | RFD Scenario | | | RFD Scenario Cumulative | | |
|---|---|---|---|---|---|---|
| | % Change High Day 24-hour $B_{ext}$ (Mm-1) | % Change 8th High Day 24-hour $B_{ext}$ (Mm-1) | Days > 5% | % Change High Day 24-hour $B_{ext}$ (Mm-1) | % Change 8th High Day 24-hour $B_{ext}$ (Mm-1) | Days > 10% |
| Arches | 4.02 | 2.34 | 0 | 155 | 91 | 104 |
| Bandelier | 1.04 | 0.57 | 0 | 114 | 64 | 148 |
| Black Canyon of the Gunnison | 3.08 | 1.15 | 0 | 108 | 76 | 109 |
| Canyonlands | 4.48 | 3.48 | 3 | 217 | 117 | 137 |
| La Garita | 1.42 | 0.47 | 0 | 174 | 71 | 122 |
| Mesa Verde | 7.80 | 5.88 | 16 | 452 | 278 | 323 |
| San Pedro Parks | 2.76 | 0.86 | 0 | 154 | 96 | 197 |
| Weminuche | 4.42 | 1.12 | 0 | 460 | 76 | 194 |
| West Elk | 1.99 | 0.81 | 0 | 311 | 53 | 111 |

Estimated maximum change in extinction coefficient ($b_{ext}$), Number of days with extinction changes greater than 5% and greater than 10%.

Canyons of the Ancients National Monument was the only the Class II area with predicted incremental impacts from the No Leasing Alternative above the 5% change AQRV threshold. Table 3.12.31 displays the estimated maximum change in extinction coefficient ($b_{ext}$) for the No Leasing Alternative calculated using Method 6 for each Class II area.

**Table 3.12.31: Visibility Method 6 for the No Leasing Alternative at Class II Areas**

| Class II Area | RFD Scenario | | | RFD Scenario Cumulative | | |
|---|---|---|---|---|---|---|
| | % Change High Day 24-hour $B_{ext}$ (Mm-1) | % Change 8th High Day 24-hour $B_{ext}$ (Mm-1) | Days > 5% | % Change High Day 24-hour $B_{ext}$ (Mm-1) | % Change 8th High Day 24-hour $B_{ext}$ (Mm-1) | Days > 10% |
| Canyon de Chelly | 4.32 | 0.85 | 0 | 414 | 126 | 182 |
| Canyons of the Ancients | 20.39 | 7.43 | 26 | 465 | 164 | 360 |
| Chaco Culture | 1.53 | 0.85 | 0 | 421 | 136 | 210 |
| Hovenweep | 4.54 | 2.81 | 0 | 285 | 133 | 272 |
| Natural Bridges | 4.20 | 1.60 | 0 | 232 | 88 | 95 |

BLM_0032261

Cumulatively, the model results reflect the current impaired visibility from existing sources seen in monitoring data. The cumulative impacts are identical between the RFD scenario and the No Leasing Alternative. This suggests that development of the RFD scenario would not significantly change the existing level of visibility impairment.

Because of the concerns about cumulative visibility impacts to nearby Class I areas, many mitigation measures were developed to reduce the pollutants that contribute to visibility impairment. These mitigation measures would reduce the pollutants $NO_x$, $SO_2$, VOCs, particulate matter, and other pollutants that impact visibility. This should reduce the small direct and indirect impacts to visibility from this project.

<u>Greenhouse Gas Emissions and Climate Change</u>

Greenhouse gas emissions were not modeled in CALPUFF. Estimates of greenhouse gas emissions for oil and gas activities were calculated using assumptions from EPA AP-42 tables (EPA 1995). The No Leasing Alternative is estimated to emit a total of 54,221 tons of $CO_2$ per year and 249 tons of $CH_4$ per year (6,225 tons of $CO_2$ equivalents as $CH_4$) (Table 3.12.32). By comparison, the $CO_2$ equivalent emissions of La Plata County for 2005 were estimated to be 5,019,511 tons, and in 2020 it is estimated they would decrease to 3,523,663 tons (La Plata County 2008).

**Table 3.12.32: Estimated Greenhouse Gas Emissions, No Leasing Alternative**

| Emission Source | Gothic Shale Gas Wells | | Paradox Conventional Wells | |
|---|---|---|---|---|
| | $CO_2$ (tons/year) | $CH_4$ (tons/year) | $CO_2$ (tons/year) | $CH_4$ (tons/year) |
| Drill rig engines | 13,330 | 8 | 1,754 | 1 |
| Hydraulic fracturing engines | 1,885 | 1 | 62 | 0.1 |
| Compressor engines | 19,541 | 221 | 1,545 | 18 |
| Well pad separator/heaters | 14,520 | 0.3 | 1,584 | 0.3 |
| Total | 49,276 | 230.3 | 4,945 | 19.4 |

The air quality impacts from Alternatives A, B, C, and D would be greater than the No Leasing Alternative but the impacts would be the same or very slightly less than the RFD scenario for all air quality parameters. This is because Alternatives A, B, C, and D have essentially the same number of wells proposed compared to the RFD scenario

## Mitigation Measures

The air quality impact analysis indicates that some potentially significant environmental effects could occur with all alternatives. The SJNF and TRFO plan to require certain air pollution mitigation measures, which would be effective in reducing impacts to air quality.

NEPA analysis is typically conducted for oil and gas leasing and when permits are issued. This FEIS is the first NEPA analysis where lands that could be made available for lease are identified and stipulated. In a subsequent analysis stage, when there is a site-specific proposal for development, additional air quality impact analysis would occur. This typically occurs when an application for a permit to drill is submitted. Based on the analysis results, additional mitigation or other equally effective options could be considered to reduce air pollution.

BLM_0032262

Reducing NO$_x$ emissions has several environmental benefits, including 1) decreased nitrogen deposition and associated ecosystem impacts, 2) decreased acidification of water chemistry at sensitive wilderness lakes, 3) reduced ozone precursors thereby reducing ozone formation, 4) reduced impacts to visibility from nitrogen aerosol species, and 5) improved ambient near-field air quality. Reducing VOC emissions has the benefit of reducing an ozone precursor, thereby reducing ozone formation and air toxics.

As stated in the air quality impacts analysis, the RFD scenario would produce very low levels of sulfur emissions due to the short duration of drilling and completion activities per well and because the produced gas is very low in sulfur. However, some sulfur reductions can still be achieved with the application of mitigation measures. The environmental benefits of sulfur emission reductions include 1) decreased sulfur atmospheric deposition and acidification of water chemistry at sensitive wilderness lakes, 2) improved ambient near-field air quality, and 3) reduced impacts to visibility from sulfur aerosol species.

Reducing particulate matter emissions would 1) improve ambient air quality, 2) reduce impacts to far-field visibility from aerosol particulates, and 3) improve near-field visibility and public safety. Much emphasis is also put into reducing CH$_4$ emissions from drilling and gas production activities. Reducing CH$_4$ emissions would reduce emissions of a significant greenhouse gas and increase CH$_4$ gas revenue sales benefitting both the operator and the federal government.

The Air Quality Modeling Study for the Four Corners Area (New Mexico Environment Department 2009) demonstrates that ozone reductions and improvement to visibility at Mesa Verde National Park are possible if high-level controls are implemented for both oil and gas operations and power plants throughout the Four Corners Region. The New Mexico Environment Department study emissions controls considered in detail for the oil and gas sector were VOC control for pneumatic devices, storage tanks, and venting practices. The controls considered for NO$_x$ were emission reductions on combustion engines. The SJNF and TRFO considered these findings in addition to the public comments received on the Supplemental EIS when developing air quality mitigation measures for potential future oil and gas development on public lands in Colorado. Many LRMP standards, guidelines, and mitigation measures focus on the VOC and NO$_x$ controls developed by the Four Corners Air Quality Task Force as a result of the Air Quality Modeling Study for the Four Corners Area (New Mexico Environment Department 2010).

In response to the concerns of the USFS and the NPS, several mitigation measures were considered to reduce the deposition of nitrogen within Weminuche wilderness and Mesa Verde National Park Class I areas. CH$_4$ gas emission reduction measures were also considered to minimize greenhouse gas emissions related to management activities on the SJNF and TRFO. The final suite of mitigation measures are summarized in Table 3.12.33.

**Table 3.12.33: Summary of Mitigation Measures to Reduce Air Pollution Emissions, Reasonably Foreseeable Development Scenario**

| Mitigation Option | Potential Emission Reductions RFD Scenario | Implementation Mechanisms |
|---|---|---|
| Centralized liquid gathering systems and liquid transport pipelines | Reduce tailpipe emissions by 14.9 tons PM$_{10}$, 2.2 tons PM$_{2.5}$, 4.2 tons CO, 3.3 tons NO$_x$, 0.09 tons SO$_2$, 1.64 tons VOCs per year. Eliminate 90% of well field tanks and reduce tank venting emissions by 80%. | LRMP guideline |
| NO$_x$ emission limit for | Reduce NO$_x$ 50%–80% from existing | LRMP Standard |

BLM_0032263

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Mitigation Option | Potential Emission Reductions RFD Scenario | Implementation Mechanisms |
|---|---|---|
| engines < 300 horsepower | high NO$_x$ emission engines on the SJNF and TRFO. | |
| NO$_x$ emission limit for engines > 300 horsepower | Reduce NO$_x$ 30% from existing high NO$_x$ emission engines on the SJNF and TRFO. | LRMP standard |
| Reduced emission completions/recompletions | Capture an average of 53% of CH$_4$ gas and 95% VOCs, and condensate typically vented or flared during well completions and well work over. | LRMP standard |
| Improved drill rig engine technology (Tier 2 or best available) | Reduce NO$_x$, PM, CO, and VOC emissions. | LRMP guideline |
| Storage tank emission controls | Reduce 95% of VOC emissions. | LRMP standard |
| Use low bleed, no bleed pneumatics for new/retrofitted wells | 90% CH$_4$ reduction compared to high bleed devices is 118.5 MMCF/year CH$_4$ emissions reduced (conservative estimate). | LRMP standard |
| Dehydrator emission controls | 95% or better reduction in VOC emissions and 95% or better reduction in CH$_4$ emissions. | LRMP standard |
| Collocation and centralization of facilities | Reduce tailpipe emissions and other benefits. | LRMP guideline |
| Optimization of engines | Use lowest necessary horsepower, fewest engines, highest efficiency, lowest cumulative emissions. Estimated 30% reduction in emissions compared to current practices (Red Willow Production Company 2010) | LRMP guideline |

## Centralized Liquid Gathering Systems and Liquid Transport Pipelines

The USFS and BLM would require pipelines to transport condensate and other liquids for non-wildcat wells via pipelines and use centralized liquids gathering systems. This applies to both Paradox Basin conventional and shale gas wells.

**Description:** The current practice for Paradox Basin conventional and shale gas wells is to store condensate and other produced liquids in tanks on each well pad and transport liquids by truck. Storage tank venting is a large source of CH$_4$ and VOC emissions within the oil and gas sector, accounting for 11% of gas industry CH$_4$ emissions (EPA 2009). Pipeline transport of fluids to centralized facilities would reduce tailpipe emissions related to liquid transport and eliminates leaking tank emissions. Treating fluids at a centralized production and collection facility would allow more control of emissions. It is assumed that approximately 261,300 round trips per year are necessary to service producing GSGP wells at full build out. Emissions from well production related vehicle traffic would be 148.6 tons PM$_{10}$, 22 tons PM$_{2.5}$, 42.4 tons CO, 33 tons NO$_x$, 0.9 tons SO$_2$, and 16.4 tons VOC per year.

**Environmental Benefits:** Reduced truck traffic emissions, eliminated venting from storage tanks, and efficient emission control would result from pipeline transport. It is assumed that this option would

BLM_0032264

conservatively eliminate 10% of truck traffic associated with production wells and would eliminate 80% of well field tanks with 100% elimination of venting emissions where there are no tanks. This mitigation measure would reduce tailpipe emissions by 10% or 14.9 tons $PM_{10}$, 2.2 tons $PM_{2.5}$, 4.2 tons CO, 3.3 tons $NO_x$, 0.09 tons $SO_2$, and 1.64 tons VOC per year. It would also eliminate 90% of well field tanks and reduce tank venting emissions by 80%.

## $NO_x$ Emission Limit for Stationary Engines > 300 Horsepower and < 300 Horsepower

See air quality standards and guidelines listed in Chapter 2 of the LRMP. Emission control benefits from this measure were already accounted for in model results.

## Reduced Emission Completions/Recompletions (green completions)

Reduced emission completions (as defined by the EPA Gas STAR program) are required for all oil and gas wells where technically feasible and would apply to most non-wildcat wells on the SJNF and TRFO.

**Description:** The current practice for drilling oil and gas wells in the Paradox Basin is to vent $CH_4$ gas directly into the atmosphere, or in some cases to flare $CH_4$ gas as part of the well clean-out process. Venting and flaring is the largest source of $CH_4$ emissions in the oil and gas sector (EPA 2009). Equipment is now available that would recover natural gas, condensate, and other materials that flow out of the well during clean out. Reduced emission well completion equipment includes mobile tanks, portable separators, sand traps, and portable gas dehydration units. The emission control benefits from this measure were already accounted for in model results.

**Environmental Benefits:** This mitigation measure would capture an average of 53% of $CH_4$ gas and 95% of VOCs vented or flared during well completions and recompletions.

## Low Emission Drill Rig Engines

The USFS and BLM would require the use of best available technology drill rig engines as Tier 2 through Tier 4 drill rig engine requirements are phased in (the use of natural gas powered drill rigs, selective catalytic reduction, or other measures that reduce drill rig engine emissions may be acceptable substitutes). The required use of Tier 2 through Tier 4 engines as soon as manufacturing regulations phase in was a recommendation by the CDPHE and the EPA.

**Environmental Benefits:** The air quality model assumed drill rig engines of 1,500 horsepower (hp). Tier 4 standards for engines > 750 hp are 0.5 grams per horsepower-hour (g/hp-h) $NO_x$ emissions and 0.075 g/hp-h particulate matter emissions.

## Low-Bleed/No-Bleed Pneumatic Devices on All New Wells

No-bleed, low-bleed, or air-driven pneumatic devices are required for all new and retrofitted oil and natural gas production sites to reduce $CH_4$ and VOC emissions. Exceptions may be made for safety and operational requirements.

**Description:** For producing wells, pneumatic devices are the largest source of $CH_4$ losses in the oil and gas production sector. Installing low/no-bleed or air-driven pneumatic devices for new oil and gas wells can reduce $CH_4$ emissions by 90% or more compared to high-bleed devices. Pneumatic devices include controllers, positioners, and transducers.

BLM_0032265

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Environmental Benefits:** The USFS and BLM conservatively assume that low-bleed pneumatic devices save 100 thousand cubic feet (MCF) per year per well (90% reduction $CH_4$ emissions) compared to high-bleed devices. Up to 100 MCF per year $CH_4$ could be saved if low bleed pneumatics are used compared to high-bleed pneumatics.

## Dehydrator Emission Controls

All new separators and dehydrators used for natural gas production must use 95% control efficiency or better for VOC emission and $CH_4$ emission reduction compared to uncontrolled emissions.

**Description:** Glycol dehydrators are the most commonly used dehydration equipment on the SJNF and TRFO. Glycol dehydration units typically create emissions of $CH_4$, VOC, and hazardous air pollutants. Low or no emission dehydration is possible through the use of different dehydration technology or by combining a variety of emissions reductions technologies.

**Environmental Benefits:** It is assumed only 20% of new wells would use dehydrators. This would reduce VOC emissions by up to 95% and $CH_4$ emissions up to 95%.

## Replace High-Bleed Pneumatics with Low-Bleed/No-Bleed or Air-Driven Pneumatic Devices on Existing Wells

Operators would either replace or retrofit high-bleed controllers, positioners, and transducers with low-bleed, no-bleed, or air-driven devices.

**Description:** The cost to inventory and replace high-bleed pneumatics with low-bleed pneumatic devices on existing oil and gas wells located on federal land is not high compared to the value of $CH_4$ gas lost to the atmosphere. Most replacement costs are recouped in under 1 year, resulting in a large economic benefit for industry. This measure could be applied to any existing gas well on the SJNF and TRFO. A high-bleed pneumatic device is defined as having bleed rates of 6 standard cubic feet/hour or greater.

**Environmental Benefit:** It is assumed replacement/retrofit saves 100 MCF per year per well (90% reduction $CH_4$ emissions).

## Additional Mitigation

In addition to the mitigation described above, several other air pollution reduction measures were considered and could be used at the discretion of the agencies if additional mitigation is warranted. The list below is not comprehensive.

## Reduce Truck Traffic Emissions

Operators would transport water for hydraulic fracturing activities via pipelines or other conveyances to centralized storage for shale gas wells.

**Description:** Over 100,000 barrels or 4,200,000 gallons of water per well would be needed to hydraulically fracture a typical GSGP gas well. This analysis assumes that water would be hauled in by truck to tank batteries or reservoirs. The truck hauling round-trip calculations assume an average of 40% recycling of flow-back water from each well. Total tailpipe emissions for the RFD scenario associated with GSGP gas well completions are 48.3 tons $PM_{10}$, 7.19 tons $PM_{2.5}$, 1,152 tons CO, 894 tons $NO_X$, 24.8 tons $SO_2$, and 445 tons VOCs per year.

BLM_0032266

**Environmental Benefits:** For the RFD scenario for shale gas wells, assuming 60% of round trips to haul water could be eliminated by transporting water for hydraulic fracturing activities via temporary surface pipeline or other conveyances (or by drastically reducing the amount of water needed to drill a well for example by using $CO_2$ or other gas fracturing technology), this could translate into a conservative 45% reduction in tailpipe emissions associated with well completion truck round trips. Tailpipe emissions needed to install temporary, on the surface water conveyances were considered in the calculations. For the RFD scenario, conservative estimates of total emission reductions from this mitigation measure could be 22 tons $PM_{10}$, 3.2 tons $PM_{2.5}$, 518 tons CO, 402 tons $NO_x$, 11.2 tons $SO_2$, and 200.1 tons VOC per year.

## Electric Compression

The USFS and BLM would require electric-powered well pad compression and instrumentation where feasible, typically where wells are within 0.5 mile of the electric power grid. This applies to both Paradox Basin conventional and shale gas wells.

**Description:** There is limited access to electric power in the Paradox Basin. It was estimated that 15% of Paradox Basin conventional and shale gas wells on federal lands could be within 0.5 mile of the electric power grid. Where feasible, wells within 0.5 mile of the electric power grid could use electricity to eliminate gas combustion for wellhead engines, as well as for electric instruments, controllers, actuators for automatic valves, and small pumps. On average, wellhead engines associated with each well for production of the GSGP were assumed to be 0.03 ton $PM_{10}$, 0.03 ton $PM_{2.5}$, 0.664 ton CO, 0.33 ton $NO_x$, 0.0001 ton $SO_2$, and 0.01 ton VOC per year. For Paradox conventional wells, small wellhead engine emissions for each well were assumed to be 0.02 ton $PM_{10}$, 0.02 ton $PM_{2.5}$, 1.93 ton CO, 0.97 ton $NO_x$, 0.001 ton $SO_2$, and 0.48 ton VOC per year.

**Environmental Benefits:** Emissions reductions for GSGP well reductions would be 4.11 tons $PM_{10}$, 4.11 tons $PM_{2.5}$, 91 tons CO, 45 tons $NO_x$, 0.01 ton $SO_2$, and 1.37 tons VOC per year. Paradox Conventional well reductions would be 0.82 ton $PM_{10}$, 0.82 ton $PM_{2.5}$, 79.13 tons CO, 40 tons $NO_x$, 0.04 ton $SO_2$, and 20 tons VOC per year.

## Solar Telemetry and Well Automation

The USFS and BLM would require solar-powered telemetry to remotely monitor and control production wells and associated equipment. This mitigation option was suggested by the NPS (2010).

**Description:** Remote control and monitoring technology reduces tailpipe emissions related to service truck traffic. It is assumed that approximately 38,430 round trips per year are necessary to service producing GSGP wells at full build-out. Emissions from well production related vehicle traffic are 148.6 tons $PM_{10}$, 22 tons $PM_{2.5}$, 42.4 tons CO, 33 tons $NO_x$, 0.9 tons $SO_2$, and 16.4 tons VOC per year.

**Environmental Benefits:** Remote telemetry could eliminate 50% of truck traffic associated with production wells. This could reduce tailpipe emissions by 74.3 tons $PM_{10}$, 11 tons $PM_{2.5}$, 21.2 tons CO, 16.5 tons $NO_x$, 0.46 ton $SO_2$, and 8.2 tons VOC per year.

## Selective Catalytic Reduction for $NO_x$ Control on Lean Burn Drill Rig Engines

Drill rigs in the Paradox Basin utilize selective catalytic reduction large drill rig engines. This option requested by the NPS.

BLM_0032267

**Description:** Drill rig engines are a source of $NO_x$ emissions for the planning area. Assuming 1,338 wells (Paradox Basin conventional and GSGP wells) are drilled on federal lands, this would produce 449 tons $NO_x$ over the life of the LRMP. Selective catalytic reduction technology applied to lean burn drill rig engines can reduce $NO_x$ emissions up to 90% (Johnson Mathey 2009).

**Environmental Benefits:** It is assumed that 25% of diesel drill rigs in southern Colorado use lean burn engines. The number of wells drilled would vary from year to year. This option could reduce 101.1 tons $NO_x$ over the life of the LRMP assuming selective catalytic reduction technology can reduce $NO_x$ emissions on lean burn engines by 90%.

# 3.13 Access and Travel Management

## 3.13.1 Introduction

Travel is associated with many of the activities that take place within the planning area. Both motorized and non-motorized access are important for promoting outdoor recreation, managing wildfire, managing livestock and wildlife, developing natural resources (including timber and minerals), gathering fuel wood, accessing private in-holdings, maintaining electronic sites and utility corridors, and managing and monitoring the planning area.

Modes of vehicle travel within the planning area include large commercial trucks, automobiles, pickups, four-wheel drive vehicles, snowmobiles, ATVs and OHVs, motorcycles, mountain bikes, and wheelchairs. Other travel modes include cross-country skiing, horseback riding, and hiking. Linear travelways within the planning area include roads that include paved highways, gravel and dirt roads, unimproved or primitive roads, four-wheel drive roads, and trails designated for motorized and/or non-motorized use. Motorized off-road and off-trail travel, often referred to as cross-country motorized travel, is allowed only in designated "open" areas.

This section of the FEIS provides information about the SJNF and TRFO transportation systems. It includes a description of the management framework relevant to each agency, a description of the current transportation system and corresponding issues and how aspects of the LRMP would aid in addressing the known issues. Finally, it provides an analysis of the direct, indirect and cumulative impacts related to each of the alternatives as they relate to access and travel management, and its interaction with several key public lands ongoing management activities.

## Management Framework

The location, design, operation, and maintenance of roads and trails are specified in manual direction of the USFS and BLM, as well as the Watershed Conservation Practices Handbook (USFS 2006a) for the USFS. This direction assures that intended uses would be accommodated over time. Maintenance and other activity accomplishments on SJNF- and TRFO-administered roads are directly dependent on funding levels, which vary from year to year.

## Laws

- **The National Forest Management Act of 1976:** The NFMA directs that roads be designed to standards appropriate for their intended uses and requires revegetation of temporary roads authorized under contract, permit, lease, or other written authorization within 10 years of termination of the written authorization.

BLM_0032268

- **The Federal Land Policy and Management Act of 1976:** This act provides the authority for providing road facilities. It requires the USDI to maintain an inventory of public lands and their resources and values, require the development of land use plans through public involvement; consider the principles of multiple use and sustained yield in the development of land uses plans, and conduct a review of roadless areas having wilderness characteristics.

## Executive Orders

- **EOs 11644 and 11989:** These EOs provide for developing regulations for governing use of OHVs on federal lands to protect natural resources, promote public safety, and minimize conflicts among uses.

## Regulations and Policies

- **36 CFR 212:** This provides the principle regulations for administration of NFS roads and motorized trails, requires designation of a motorized transportation system, and provides for use of oversnow vehicles on NFS roads, trails, and lands.

- **36 CFR 219:** This provides resource management requirements that cannot be met without putting a viable transportation system in place.

- **36 CFR 261:** This prohibits the use of motor vehicles off of the designated transportation system.

- **43 CFR 8340:** This establishes criteria for the designation of public lands as open, limited, or closed to the use of OHVs, and establishes controls governing OHV use in such areas.

Additional regulations and policies are directed by FSM 7700 (Travel Management); BLM Manual 9100 (Transportation Facilities); BLM Land Use Planning Handbook H-1601-1, Appendix C; BLM Manual 1626 (Travel and Transportation Manual–Public); BLM H-8342 Travel and Transportation Handbook, BLM Manual 9113 (Roads); and FSH 7709.55 (Travel Planning Handbook).

## Travel Management

Currently, both the SJNF and TRFO are conducting travel management planning under agency-specific direction and planning processes. The USFS Travel Management Rule (36 CFR 212, Subparts A, B, and C) requires that each national forest designate a system of roads, trails, and areas for motor vehicle use by vehicle class and, if appropriate, by time of year. The rule addresses any future proliferation of user-created routes by prohibiting cross-country motorized travel (except in small designated areas). The BLM has similar requirements for motorized off-road use set forth in 43 CFR 8340 and 8342. While travel management plans developed under the USFS and BLM direction cited above would result in site-specific, route-by-route designations, the LRMP does not. Rather, the area classifications contained in the LRMP provide a framework for future route-by-route designation. The area classifications developed under the LRMP are described below.

On NFS lands, the LRMP classifies over-ground motorized suitability as unsuitable, suitable, or suitable opportunity areas. Road and motorized trail construction would not be permitted in unsuitable areas, such as wilderness and other areas where motorized use is not conducive for resource, habitat, and/or constructability reasons, or is prohibited. Suitable areas have an existing developed road and/or motorized trail system that, for the most part, serves the recreation and resource access need for a particular area. The road and motorized trail system in suitable areas would generally not be considered for expansion or substantial alteration of the transportation system. Suitable opportunity areas are those that have an existing road and/or motorized trail system, and where there is potential to improve the system by adding to the existing system of routes. Modifications to the

BLM_0032269

existing transportation system to address resource concerns or enhance recreational opportunities would be permitted within unsuitable, suitable, and suitable opportunity areas. Such modifications may include route relocation and decommissioning.

Oversnow motorized suitability on NFS lands is divided into two classes: unsuitable and suitable. Unsuitable areas include regulated areas, wilderness areas, and RNAs. Suitable areas allow for oversnow travel by snowmobiles when snow depth is sufficient to prevent damage to underlying vegetation and soils.

In accordance with definitions and criteria in 43 CFR 8340, the BLM classifies OHV management areas as closed, limited, or open to motorized travel. Motorized travel within closed areas, which include WSAs and RNAs, is prohibited. Motorized travel within open areas is not limited to specific roads and trails, but is allowed cross-country. Limited areas permit motorized use on designated roads, primitive roads, and motorized trails where site-specific travel management plan decisions have been made. In limited areas where site-specific travel management planning is not completed, interim travel management restricts motorized travel to existing roads and trails until a travel management plan providing site-specific route designations is completed on BLM lands within 5 years of LRMP implementation.

## 3.13.2 Affected Environment

### Existing Conditions and Trends

### Authorized Road and Motorized Trail System

Authorized roads and trails are those that the agencies manage as part of the transportation system. There are more than 3,000 miles of authorized USFS and BLM roads and more than 500 miles of authorized USFS and BLM motorized trails within the planning area. Authorized roads and trails may be permanent or temporary routes constructed to meet some access need. They are periodically maintained. USFS-authorized roads are assigned a maintenance category known as an "objective maintenance level," which represents the maintenance target for a specific route. The BLM has a similar method of classification termed "maintenance intensities." Maintenance levels/intensities are assigned based on a set of criteria that describe how the road would be maintained. These criteria include considerations for protection of resources or improvements, the required road smoothness for the design operating speed, season of use, traffic volume and type, and whether dust production is acceptable. The USFS road maintenance levels are described in Table 3.13.1.

**Table 3.13.1: U.S. Forest Service Road Maintenance Levels**

| USFS Maintenance Level | Standard |
|---|---|
| 1 | Assigned to intermittent service roads during the period of closure, which must exceed 1 year. Basic custodial maintenance is performed in order to protect resources and the road investment. Motorized travel is prohibited. |
| 2 | Assigned to roads open to use by high-clearance vehicles. The road surface is generally native material, which can vary from soil to rock. The roads are typically single lane and can have steep grades. Passenger vehicles are not considered in maintenance. Traffic volume and speed is normally low. Motorized travel is accepted, but passenger vehicle use is generally discouraged. |

BLM_0032270

| USFS Maintenance Level | Standard |
|---|---|
| 3 | Assigned to roads open and maintained for travel by a prudent driver in a passenger vehicle. These roads are not maintained for user comfort. These are typically low-speed, single-lane roads with turn-outs. They may be either native or gravel surfaced. |
| 4 | Assigned to roads that provide a moderate degree of user comfort at moderate travel speeds. These roads are typically double lane and are gravel surfaced. Dust abatement may be employed. |
| 5 | Assigned to roads that provide a high degree of user comfort. These roads are typically double-lane, paved roads. Some are dust-abated, gravel-surfaced roads. |

BLM roads within the TRFO are typically native-surface, high-clearance roads, corresponding to BLM Maintenance Intensity of 1, which corresponds to USFS roads maintained for high-clearance vehicles (Maintenance Level 2), and would be considered as such for the purposes of this analysis. Sometimes, the on-the-ground maintenance, known as the operational maintenance level/intensity, does not coincide with the objective maintenance level/intensity. Generally the operational maintenance level/intensity is at, or below, that of the objective maintenance level/intensity. Table 3.13.2 presents a breakdown of BLM roads by objective maintenance level/intensity.

**Table 3.13.2: BLM Road Maintenance Intensities**

| BLM Maintenance Intensity | Standard |
|---|---|
| 0 | Routes that would no longer be maintained and that are identified for removal from the transportation system. |
| 1 | Assigned to routes where minimum maintenance is required to protect adjacent lands and resource values. Routes are not maintained for regular traffic and may be impassable for extended periods of time. |
| 2 | Reserved. |
| 3 | Routes requiring moderate maintenance due to low volume use. Year-round access may not be provided, but generally provides resource appropriate to keep the road open the majority of the year. The surface is maintained to provide a reasonable level of riding comfort for prudent speeds. Drainage structures maintenance and roadside brushing is conducted as needed. |
| 4 | Reserved. |
| 5 | Routes that require high maintenance due to year-round needs, high traffic volume, or significant use. Maintenance is performed on a scheduled basis, occurring at least once annually, to conduct needed repairs or other maintenance necessary to keep the route in acceptable condition and resource protection. |

The LRMP would guide transportation system investments to ensure adequate and safe roads and motorized trails are available for administrative and public use. The LRMP provides direction to agency officials to look for opportunities to reduce maintenance costs by several means, including maintaining roads to the minimal level needed for its use and decommissioning or transferring jurisdiction of roads that are no longer needed to support the agency mission.

BLM_0032271

## Unauthorized and Unmanaged Roads and Motorized Trails

It is estimated that there are more than 3,000 miles of unauthorized and unmanaged roads and trails within the planning area (Table 3.13.3 and Table 3.13.4). These unmanaged roads and trails are not considered NFS or BLM system routes; therefore, they are not managed and are not assigned an objective maintenance level/intensity. These unmanaged routes tend to occur most often in areas that have been historically open to cross-country motorized travel. They may also develop on out-of-service temporary roads that were not decommissioned or decommissioned adequately to prevent continued unmanaged use. Maintaining an accurate inventory of these routes is difficult because they are continually being created and expanded through motorized use off of the designated motorized road and trail systems. These unmanaged routes can impact several important resource areas, principally watersheds and aquatic and terrestrial species and habitat. These unmanaged routes can be unsafe for motorized travel since many are located on poor alignments and none are maintained. In addition, travelers can face safety hazards or become lost on these unmaintained and unmapped routes.

**Table 3.13.3: San Juan National Forest Road Miles**

| Maintenance Level | Standard | USFS Miles |
|---|---|---|
| 1 | Basic custodial care (closed) | 1,167 |
| 2 | Use by high-clearance vehicles | 913 |
| 3 | Suitable for passenger cars | 602 |
| 4 | Moderate degree of user comfort | 79 |
| 5 | High degree of user comfort | 21 |
| | Total Authorized Road Miles | **2,782** |

Source: Infra Travel Routes Database (USFS 2012c).

**Table 3.13.4: Tres Rios Field Office Road Miles**

| Maintenance Intensity | Standard | BLM Miles |
|---|---|---|
| 0 | Identified for decommissioning | Not inventoried |
| 1 | Use by high-clearance vehicles | 319 |
| 2 | Reserved | Not applicable |
| 3 | Suitable for passenger cars | Not inventoried |
| 4 | Reserved | Not applicable |
| 5 | High degree of user comfort/year-round access | Not inventoried |
| | Total Authorized Road Miles | **319** |

Source: Tres Rios Field Office Road Maintenance Schedule (BLM 2012b).

As discussed previously, the LRMP provides the framework of motorized suitability (unsuitable, suitable, or suitable opportunity for NFS lands and open, closed, or limited for BLM lands) to guide transportation planning. Existing unmanaged routes within closed area on BLM lands or unsuitable areas on NFS lands would not be considered for incorporation into the transportation system and would be prioritized for decommissioning. The existing road and trail networks in suitable areas on NFS lands generally meet current and anticipated future transportation needs, so unmanaged routes in these areas generally would be prioritized for decommissioning. Conversely, unmanaged routes in open or limited areas on BLM lands or suitable opportunity areas on NFS lands may be considered for incorporation into the transportation system through the travel management planning process.

BLM_0032272

Thirty-seven percent of the authorized roads within the planning area are closed to motorized vehicles (NFS Maintenance Level 1). These roads are closed for 1 year or more, but are kept on the system in a stored state for a planned or projected future need such as timber harvest or fuels reduction projects. Typically, these routes are revegetated and are roughened or shaped to minimize surface water runoff and erosion.

Forty percent of authorized roads within the planning area are managed for high-clearance vehicles, such as pickup trucks and four-wheel drive vehicles (NFS Maintenance Level 2/BLM Maintenance Intensity 1). These roads were designed for a single purpose, have a low traffic volume, are single-lane, and have surfaces consisting of native materials. Some native soil surfaces retain moisture and would rut severely if used when wet; some are prone to erosion and can be easily washed away if proper drainage is not maintained. Deferred maintenance needs totaled $2.2 million in 2012 and generally consist of surface blading and restoration of drainage features.

NFS Maintenance Level 3 roads, which make up approximately 19% of the authorized road system, are maintained in order to accommodate passenger vehicles. However, they do not necessarily provide a comfortable driving experience. These roads have aggregate surfacing, which may consist of pit-run or crushed gravel that has an expected life of 10 to 20 years when adequately maintained. Assuming an average life of 15 years, the SJNF and TRFO should resurface a minimum of 40 miles of Maintenance Level 3 roads per year. In recent years, resurfacing accomplishments have averaged about 10 miles per year due to budget constraints and competing priorities. This has resulted in a large deferred maintenance backlog for NFS roads (totaling more than $50 million in 2012).

Approximately 100 miles (3%) of planning area roads are maintained in order to provide a moderately to highly comfortable driving experience (NFS Maintenance Levels 4 and 5). NFS Maintenance Level 4 roads are generally two-lane gravel roads. NFS Maintenance Level 5 roads are generally two-lane paved roads. These roads experience the highest volume of traffic and are the most costly per mile to maintain. Deferred maintenance needs for these roads are quite high, totaling $8.7 million for Maintenance Level 4 roads and $2.7 million for Maintenance Level 5 roads in 2012.

BLM roads within the TRFO planning area have not been assigned maintenance intensity classifications as outlined in BLM Manual 9113 – Roads Manual (Release 9-390, October 21, 2011). BLM roads within the TRFO are typically native-surface, high-clearance roads, which corresponds to a maintenance intensity of 1 and would be classified as such for the purposes of this analysis. Of the 319 inventoried miles of BLM roads, approximately 173 miles are actively maintained, with approximately half of those receiving maintenance each year.

The LRMP addresses several issues related to the inventory and maintenance of roads on NFS and BLM lands. The LRMP emphasizes the need for the agencies to maintain a sustainable and minimum road system that provides safe and efficient access to public lands, which would aid the agencies in meeting maintenance objectives and reducing deferred maintenance. The travel management planning process would be used to identify the minimum transportation system needed based on access needs. Unneeded roads would be decommissioned or transferred to the appropriate jurisdiction. Roads would be maintained only to the level needed for its use. Commercial users would be held accountable for contributing to the maintenance of public lands roads used in their business operations. Road maintenance dollars would be prioritized for use in maintaining high value routes and reducing safety hazards. These LRMP components would aid in reducing deferred maintenance costs while maintaining necessary access to NFS and BLM lands.

The roads within the planning area are further classified into one of three functional class categories: arterial, collector, or local.

BLM_0032273

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

- Arterials: These roads serve as connections between towns, major county roads, or state highways, and are main thoroughfares through the planning area.

- Collectors: These roads link large areas of the planning area to arterials or to other main highways.

- Locals: These roads are usually single purpose transportation facilities accessing specific areas.

In general, arterial and collector roads are surfaced with asphalt pavement or aggregate material. Local roads are generally native-surfaced, except when the local road accesses developed recreation facilities (including a campground, picnic area, or trailhead), which often have improved surfacing. Road functional class contributes to establishing the appropriate standards to which a road is constructed and maintained (Table 3.13.5). The LRMP lists the reference documents that contain the standards that are to be used in design, construction, and maintenance of roads.

**Table 3.13.5: San Juan National Forest and Tres Rios Field Office Road Miles by Functional Class**

| Functional Class | Miles |
|---|---|
| Arterial | 134 |
| Collector | 451 |
| Local | 2,516 |
| Total | 3,101 |

Sources: Infra Travel Routes Database (USFS 2012c); Tres Rios Field Office Road Maintenance Schedule (BLM 2012b).

## Forest Highways

Forest highways are state-, county-, or USFS-administered roads that provide access to, and within, the planning area. They are designated under the Federal Lands Highways program of the Transportation Equity Act for the 21st Century. These routes qualify for highway trust funding for improvement or enhancement. Forest highway funding can be used for planning, design, and construction or reconstruction of these designated routes. Enhancement work may include parking areas, interpretive signing, acquisitions of scenic easements or sites, sanitary and water facilities, and pedestrian and bicycle paths.

Forest highways provide critical linkages to public lands within the planning area. They are necessary for access to the various geographic and topographically isolated regions within the SJNF and TRFO. In addition, they provide linkages for visitors traveling from outside the southwest Colorado region, as well as through the public lands to destinations beyond. The LRMP provides assurance these routes would be maintained to the standards commensurate with their use.

The seven forest highways within the planning area are listed in Table 3.13.6.

**Table 3.13.6: Federally Designated Forest Highways**

| Forest Highway | State Highway, County, USFS Route Number | Name | Termini | Length (miles) |
|---|---|---|---|---|
| 1 | State Highway 145 | Dolores – Rico | Dolores to Telluride-Placerville Road | 60.22 |
| 2 | U.S. Highway 550 | Durango – Red Mountain | La Plata County Road 200 to Red Mountain Pass | 56.33 |

BLM_0032274

| Forest Highway | State Highway, County, USFS Route Number | Name | Termini | Length (miles) |
|---|---|---|---|---|
| 8 | U.S. Highway 160 | Mancos – Hesperus | Montezuma-La Plata County Line to Hesperus | 6.31 |
| 60 | NFS Road 535 | West Dolores | State Highway 145 at West Dolores River to State Highway 145 north of Rico | 32.25 |
| 61 | NFS Road 631 | Piedra | U.S. Highway 160 to Williams Creek | 21.43 |
| 63 | Montezuma County Road 31/Forest Road 526/San Miguel County Road 44Z | Dolores – Norwood | Dolores to Norwood | 57.96 |
| 64 | County Road 501 | Vallecito | Bayfield to Forest Road 602 | 19.32 |
| Source: U.S. Department of Transportation, Federal Highway Administration (2007). | | | | |

## U.S. Forest Service Road Maintenance Costs

Beginning in 1999, the USFS conducted road condition surveys in order to determine the actual cost of maintaining the road system to standard. Work items were also recorded in order to determine the cost of road maintenance deferred in previous years due to lack of funding. Finally, the road improvement work that would be necessary in order to bring the roads up to the desired maintenance level was identified and documented. The primary maintenance work items identified through this analysis are road surfacing, signing, drainage, brushing, gating, and installing cattle guards. Analysis of the data collected showed that the SJNF is substantially underfunded for the size of its managed road system (Table 3.13.7). The USFS has subsequently issued direction to conduct a travel analysis on each unit to determine the minimum road system that is needed to support resource management and recreation activities. Roads identified through travel analysis as not needed to support the agency's mission can then be prioritized for decommissioning, thereby reducing annual and deferred maintenance costs.

Table 3.13.7: Estimated Funding Needs for San Juan National Forest Road Maintenance and Operations

| Maintenance Level | Annual Maintenance | | Deferred Maintenance | |
|---|---|---|---|---|
| | $/mile | Total $ | $/mile | Total $ |
| 1* | $100 | $100,000 | $100 | $100,000 |
| 2* | $300 | $270,000 | $2,400 | $2,200,000 |
| 3 | $4,000 | $2,400,000 | $83,500 | $50,300,000 |
| 4 | $5,900 | $470,000 | $110,100 | $8,700,000 |
| 5 | $11,900 | $250,000 | $12,900 | $2,700,000 |
| Total | | $3,490,000.00 | | $64,000,000.00 |
| Source: Infra Travel Routes Database (USFS 2012c). Numbers are rounded to nearest hundred. *Estimated. | | | | |

## Tres Rios Field Office Road Maintenance Costs

Historically, the BLM has maintained approximately 173 miles of high-clearance (Maintenance Intensity 1) roads annually at a cost of $20,000. This work consists predominantly of surface grading

and shaping to promote drainage away from the roadway. The remaining roads are unmaintained. Until recently, the BLM did not have a process for conducting condition assessments, which provides data for determining what the maintenance needs and associated costs. In 2011, the BLM issued new direction that provides procedures for conducting road and primitive road inventories and condition assessments. Until the inventory and condition assessments are complete on the TRFO, there is insufficient information to determine maintenance needs and deferred maintenance for TRFO roads and primitive roads.

Strategies that are currently employed, and would be continued to be used once the LRMP is finalized, to reduce maintenance costs and to allocate the limited maintenance funding include:

- seeking opportunities to transfer road management responsibilities to other jurisdictions (including counties), especially where the roads provide access to large private in-holdings and developments;

- working with partners in order to perform necessary road decommissioning and trail maintenance; and

- reducing road maintenance levels for low-value roads or converting low-value roads to trails.

Road Use

In recent years there has been a shift in the volume and mix of travel modes accessing the planning area. Traditionally, commercial use of the transportation system was dominated by the timber industry and, to a lesser degree, the oil and gas industry. Since the 1990s, commercial timber use has experienced a continual decline. Other commercial use of the transportation system, however, has experienced a marked increase (including oil and gas, outfitting/guiding, and recreational vehicle guided tours). Most forms of recreational travel have increased, some more noticeably than others, principally the use of OHVs and ATVs such as four-wheelers and utility vehicles. Some of this recreation demand has been driven by a local development surge that began in the late 1990s—a surge that has pushed the WUI closer to the public lands.

Oil, gas, and mineral exploration and development require roads to be available for drilling, construction, maintenance, and production. When these roads are constructed for the purpose of oil and gas exploration and development, these roads are generally not available for use by the public; however, they may be used by the agencies for resource management purposes. Roads accessing oil and gas lease sites require all-weather surfacing when year-round access is needed. An all-weather surface may be gravel, chip seal, or asphalt and is designed for use in wet and snow conditions and to withstand snow plowing. These roads would be constructed and maintained by the lessee. Access to these roads is from intersecting collector and arterial roads within the planning area that may be under state or county jurisdiction, but most are under SJNF and BLM jurisdiction.

One of the issues associated with roads constructed to support exploratory activities is increased traffic on associated collector and arterial roads, resulting in higher traffic volumes, increased truck traffic, and increased need for road maintenance. Also, these roads increase runoff and concentrate flows, which can result in resource impacts and damage to downgradient lands, roads, and other improvements. The LRMP addresses these issues by defining the key standards that apply in road development from the pre-construction phase through construction and a mechanism for single purpose roads to be decommissioned once they are no longer needed for that purpose. In addition, cross-jurisdictional coordination is encouraged at the planning phase to flush out and address any issues related to public land road development on the regional transportation system.

BLM_0032276

As use of the planning area increases, travel management planning is becoming an increasingly important tool for reducing resource impacts and coordinating uses. Over the past 20 years, the use of four-wheel drive vehicles, ATVs/OHVs, snowmobiles, and mountain bikes has increased dramatically. These uses have led to a proliferation of unauthorized and unmanaged user-created routes, especially in areas that have historically been open to cross-country motorized travel.

The SJNF and TRFO have used travel management planning as the process to identify the needed transportation system to support resource management and recreation on NFS and BLM lands within the planning area. The LRMP establishes that both agencies would continue to work closely with the public, as well as with local, state, Native American tribal, and other federal agencies, to identify access needs and to strike a balance between motorized and non-motorized use.

There is a current and future anticipated need to provide access for private in-holdings. Landowners within public lands have a reasonable right of access, commensurate with their use. Land management agencies are to regulate this access in order to limit resource damage. When private access becomes the dominant use or requires significant improvement of the roads, the users must contribute to maintenance or improvement of the roads. Otherwise, use must be limited to levels that would not result in unacceptable damage to the road.

Requests for in-holding access consist of both requests for new road construction and winter access. New access requests are expected to increase as land values increase, making development of in-holdings more profitable. Winter access requests are expected to increase as in-holding development increases, and as property owners seek to inhabit in-holding-located residences year-round.

The LRMP emphasizes that roads accessing private in-holdings must be authorized by the appropriate agency and are upgraded by the proponent when deemed necessary to meet agency standards for traffic type, volume, and season of use.

## 3.13.3 Environmental Consequences

### Direct and Indirect Effects

### General Impacts

Maintenance and Reconstruction: The ability of the SJNF and TRFO to maintain and reconstruct roads and trails to meet standards is a direct function of the funding allocated for that purpose by Congress. Congressional funding allocations vary from year to year, and units have no direct control or influence on allocations. Decisions of where to prioritize use of this funding on the ground is aided by a process known as travel analysis. Travel analysis prioritizes each route based on its value to the overall planning area, as well as its risk to the environment, the traveling public, and the SJNF and TRFO (in terms of loss of agency investment). None of the alternatives would alter this process or the ability to secure funding; therefore, there would be no difference between the alternatives for route maintenance or reconstruction.

### Access Impacts

The agencies' approach to providing access in and through NFS and BLM lands would not be altered by any of the alternatives. Coordination and collaboration with other federal, state, and county officials in the management of transportation facilities to, and through, the SJNF and TRFO would be continued in order to ensure that access is maintained, standards are consistent, safety issues are addressed, and the transportation system provides necessary, logical, and efficient route

BLM_0032277

connections. Reasonable access to private in-holdings would be provided. Existing ROWs and easements would be maintained, and future easements would be pursued as needed to ensure that there is appropriate public access to public lands.

## Impacts Related to Travel Suitability and Management Area Designations on National Forest Service Lands

There is a relationship between the travel suitability areas and MAs on NFS lands. The areas identified as unsuitable for over-ground or oversnow travel and have boundaries similar to MA 1, which are wilderness areas or other areas where natural processes dominate. The areas identified as suitable or as suitable opportunity areas for over-ground travel or suitable for oversnow travel have boundaries that correspond to MA 3 (natural landscapes with limited management), MA 4 (high use recreation emphasis), MA 5 (active management), MA 7 (public and private land intermix), and MA 8 (highly developed).

These suitability classifications, along with MAs, would be the framework used in future travel management planning processes that would establish route-by-route designations. For example, areas mapped as unsuitable or MA 1 in the LRMP would not be considered for opportunities to expand the road or motorized trail system in future travel management planning efforts. Conversely, areas mapped as suitable opportunity areas in MA 5 would be focus areas for transportation system improvements, such as creating motorized recreation loops, in future travel management planning. This would have a positive impact on planning efforts by concentrating the focus on suitable and suitable opportunity areas. This is expected to reduce time and resources needed to complete future travel management plans.

MAs would influence the type and volume of traffic utilizing the transportation system in each specific area. For example, in MA 1, natural processes dominate and motorized transportation is prohibited, and as such motorized use is rare, consisting of unauthorized motorized use off of the designated transportation system, emergencies, or in support of national defense. In MA 4, recreational use dominates and motorized use is expected to be greater than all other MAs since these are concentrated along principal arterials, such as West Dolores Road, the Dolores-Norwood Road, and the Piedra Road. Traffic on roads within MA 4 includes a greater percentage of recreational vehicles (RVs) and truck and camper combinations since campgrounds are concentrated along the roads in these areas. Traffic in MA 5, where active management is concentrated, may include trucks and other vehicles that support commercial logging, livestock grazing on public lands, and oil and gas exploration and development, some of which requires year-round access. This could have a positive impact by aiding in aligning road design, construction, maintenance, and management with road use.

## Impacts Related to Travel Off-highway Vehicle Area Designations on Bureau of Land Management Lands

OHV area designations on BLM lands would be used as the framework for future travel management planning efforts and would provide interim management direction for both over-ground and oversnow motorized use until site-specific decisions are made. Many of the BLM lands within the TRFO are currently unclassified and are effectively open to cross-country motorized travel. These areas would become designated as limited (on an interim basis) to existing roads, primitive roads, and trails under Alternatives B, C, and D. This means that motorized travel would be limited to the roads, primitive roads, and trails that exist at the time the LRMP is adopted, until a travel management plan providing site-specific, route designations is completed within 5 years of LRMP implementation on BLM lands. This would provide a positive impact by limiting OHV use to existing routes, resulting in fewer new

BLM_0032278

routes being created and fewer impacts to soils, watersheds, vegetation, and wildlife. These area designations would aid in the travel management planning process by concentrating the planning effort on those areas designated as open and limited and the existing routes within limited areas.

Alternative Comparisons for Over-ground Travel Suitability on National Forest Service and Bureau of Land Management Lands

Under Alternative A, the current over-ground and oversnow travel management direction for both NFS and BLM lands would remain unchanged from current direction. Alternatives B, C, and D would result in establishment of travel suitability classifications on NFS lands and OHV area designations on BLM lands.

For Alternatives B, C, and D, the areas classified as unsuitable (NFS) or closed (BLM) to motorized travel would increase by approximately 49% under Alternative A, increase by 83% under Alternative B, and increase by 119% under Alternative C. (See Maps 20–23 [Volume III, Appendix V] for motorized over-ground suitability and Maps 24–27 for the motorized oversnow suitability for a geographic representation of motorized travel suitability proposed under each alternative.) The primary reason for this major change is that each of the action alternatives would result in eliminating areas open to cross-country motorized travel, as is allowed under the current travel management on BLM lands.

The acreage identified as suitable for motorized travel on NFS lands and limited for BLM land would be the greatest under Alternative D (1.2 million acres), followed by Alternative B (1.1 million acres) and followed by Alternative A (942,000 acres), and the least under Alternative C (883,000 acres).

The acreage identified as suitable opportunity on NFS lands or open areas on BLM lands would be greatest under Alternative A (879,000 acres), followed by Alternative D (374,000 acres), Alternative B (304,000 acres), and Alternative C (286,000 acres).

In general, Alternative A would maintain the current management with expansive areas of BLM lands in the Gypsum Valley and Disappointment Valley area remaining open to cross-country motorized travel. In addition, many areas that are not conducive to motorized use, due to resource or constructability constraints, would remain available for consideration of new motorized use in future travel management plans. The transportation systems for each agency would continue trending toward being unsustainable in terms of resource management and fiscal management aspects.

Alternative B would eliminate cross-country motorized use and reduce the areas available for designation of motorized routes in future travel management planning efforts. Motorized use on all BLM lands currently open to cross-country motorized use would become limited to existing and primitive roads. On NFS lands, large tracks of non-motorized areas would be classified as unsuitable. The transportation systems for each agency would trend toward becoming more sustainable in terms of both resource management and fiscal management. Other than cross-country motorized travel, public land access and motorized recreational opportunities would be similar to current conditions except where there are resource or constructability constraints, such as steep topography.

Alternative C would eliminate cross-country motorized use and reduce the areas available for designation of motorized routes in future travel management planning efforts. Motorized use on all BLM lands currently open to cross-country motorized use would become limited to existing and primitive roads. On NFS lands, large tracks of non-motorized areas would be classified as unsuitable. The transportation systems for each agency would trend toward becoming more sustainable in terms

BLM_0032279

of both resource management and fiscal management, but public land access and motorized recreational opportunities would be greatly reduced from current conditions.

Alternative D would eliminate cross-country motorized use and reduce the areas available for designation of motorized routes in future travel management planning efforts. Motorized use on all BLM lands currently open to cross-country motorized use would become limited to existing and primitive roads. On NFS lands, large tracks of non-motorized areas would be classified as unsuitable. The transportation systems for each agency would trend toward becoming more sustainable in terms of both resource management and fiscal management. There would be somewhat greater motorized recreation and public lands access in some areas, including Hermosa Cliffs, Missionary Ridge, Nipple Mountain, and Jackson Mountain. Other than cross-country motorized travel, public land access and motorized recreational opportunities would be similar to current conditions except where there are resource or constructability constraints, such as steep topography.

<u>Alternative Comparisons for Oversnow Travel Suitability on National Forest Service and Bureau of Land Management Lands</u>

There is a key difference in how the oversnow suitability for NFS lands and the BLM OHV area designations would be managed for oversnow use. On NFS lands, in areas classified as suitable for oversnow motorized travel, use may take place anywhere within the area, given the snow depth is adequate to prevent vegetation and soil damage. On BLM lands, oversnow use is allowable by vehicles designed for that purpose when snow cover is adequate to protect the underlying vegetation and soils from the impacts of that use, except in closed areas, areas identified as big game severe winter relief and winter concentration areas (by CPW), and areas identified as occupied Gunnison sage-grouse habitat (by CPW). Since the existing BLM road, primitive road, and trail system has not yet been inventoried and site-specific designation not yet made, alternative comparisons for the purposes of this analysis would be made based on acres of BLM lands open, limited, or closed under the OHV area designations and NFS lands classified as suitable or unsuitable.

Under Alternative A, the current winter travel management direction and winter motorized travel suitability areas would remain unchanged, with more than 1.3 million acres suitable or open for oversnow motorized travel. Compared with Alternative A, oversnow motorized travel would be reduced the least under Alternative D, with 856,000 acres of suitable on NFS lands and designation of 443,846 acres of limited and 23 acres of open on BLM lands. Alternative B would further reduce oversnow use with 792,312 acres on NFS lands classified as suitable and designation of 429,782 acres limited and 23 acres open on BLM lands. Alternative C would result in the least area available for oversnow use with 587,000 acres classified as suitable on NFS lands and designation of 429,782 acres limited and 23 acres open on BLM lands. The primary reason for this reduction is that approximately 400,000 acres of BLM lands (located primarily in the northwest portion of the planning area), which are currently classified as open in Alternative A, would become classified as limited for oversnow motorized travel under all of the other (action) alternatives.

In general, Alternative A would maintain the current management with expansive areas open to oversnow motorized travel. Many areas would remain open that are not conducive to oversnow motorized use due to a lack of supporting infrastructure (parking, etc.), resource constraints, ongoing conflicts between motorized and non-motorized use, and wildlife considerations. Infrastructure necessary to support this use includes parking and turn-around areas and sanitary facilities. Direct impacts to the transportation system include safety hazards and traffic congestion on both NFS roads and state and county arterials at locations where unmanaged parking is occurring. In addition, many of these parking areas have no sanitary facilities, which could present health hazards and surface

BLM_0032280

water impacts during high use periods. Impacts related to resources, wildlife, and recreation are discussed in their corresponding sections.

Alternative B would reduce the areas available for oversnow motorized use from that of Alternative A by classifying the following areas as unsuitable: big game severe and critical winter range, areas of Molas Pass and Red Mountain Pass, and areas where snow is typically insufficient for oversnow motorized use. On BLM lands, oversnow use is allowable by vehicles designed for that purpose when snow cover is adequate to protect the underlying vegetation and soils from the impacts of that use, except in closed areas, areas identified as big game severe winter relief and winter concentration areas, and areas identified as occupied Gunnison sage-grouse habitat. This would reduce wildlife impacts and user conflicts by eliminating motorized oversnow use in severe and critical winter range, which would also increase the opportunities for non-motorized winter recreation.

Alternative C would provide the fewest areas available for oversnow motorized use by classifying unsuitable the following areas: big game severe and critical winter range, areas of Molas Pass and Red Mountain Pass, areas classified as roadless under this alternative, lands managed for wilderness charateristics, and areas where snow is typically insufficient. On BLM lands, oversnow use is allowable by vehicles designed for that purpose when snow cover is adequate to protect the underlying vegetation and soils from the impacts of that use, except in closed areas, areas identified as big game severe winter relief and winter concentration areas, and areas identified as occupied Gunnison sage-grouse habitat. This would reduce wildlife impacts and user conflicts by eliminating motorized oversnow use in severe and critical winter range, which would result in increased opportunities for non-motorized winter recreation. This may increase conflicts among motorized oversnow users by concentrating use to fewer areas and increasing competition for parking. Non-motorized oversnow recreational opportunities would be the greatest under this alternative with about 200,000 acres or greater classified as unsuitable for oversnow motorized than the other alternatives.

Alternative D would be most similar to Alternative A in areas available for oversnow motorized use. The principal difference would be eliminating big game severe and critical winter range and limiting oversnow motorized use on BLM lands to existing roads, primitive roads, and trails and areas designated as open. This would allow fewer opportunities for concentration of infrastructure maintenance and improvements, reducing the opportunity to address issues related to safety, parking and turn-around opportunities, and sanitation, relative to Alternatives B and C. This would reduce wildlife impacts and user conflicts in severe and critical winter range and increase the opportunities for non-motorized winter recreation in these areas.

## Impacts Related to Timber Management

Timber management activities can result in the need for construction of new roads or reconstruction of existing roads in order to accommodate the resulting increased traffic volume and vehicle size. However, within the SJNF and TRFO, road construction has consisted of temporary roads. There generally is a need for road maintenance of the new or reconstructed roads developed to access timber, as well as existing collector and arterial roads used to transport timber off the planning area. Historically, not all commercial users, including timber companies, have obtained commercial use permits or have contributed to the full extent necessary to maintain and/or improve roads to accommodate their use. The LRMP establishes that greater emphasis be made to ensure commercial users operate under a road use permit, and their contribution to maintenance is commensurate with their use.

There may be a variety of impacts associate with road construction, whether for temporary or new roads. Road construction and timber hauling may potentially impact roadway safety due to increased

BLM_0032281

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

traffic volumes and mixing of construction vehicles and haul trucks with recreational traffic, including light-duty passenger vehicles, RVs, and ATVs/OHVs. Roads create zones of compacted soil that reduce the area available for infiltration of precipitation and results in increased runoff. Increased surface drainage can increase erosion and damage roads and associated structures. Other impacts may include increased noise and an increased need for dust abatement.

There may be long-term impacts related to temporary roads when decommissioning does not require recontouring. A temporary road that is not recontoured so that it blends in with the natural grade can contribute to the development of an unauthorized, unmanaged user-created route because it offers easy (minimal grade and vegetation obstructions) off-road access. Travel management planning both currently and subsequent to the LRMP would result in a transportation system that is well defined and illustrated on maps that are available to the public. Each agency has that authority to issue citations to individuals for motorized use that is not authorized or is inconsistent with the travel management designations. In addition, the LRMP requires project-specific plans for development and decommissioning of temporary routes, which would reduce the likelihood that future temporary roads would become unmanaged user-created routes.

Alternative Comparisons: Projected road construction projects related to timber management, which would be similar under all of the alternatives, would be negligible (estimated between 0 and 3 miles) over the life of the LRMP. The new road construction projected for Alternatives A and D is 3 miles and is 0.5 mile for Alternative B. No construction is projected under Alternatives C. These roads would be temporary and would not be made available for public use. The mileage projections for construction do not represent a major difference between the alternatives.

Over the life of the LRMP, the projected reconstructed road miles for timber management would vary under the alternatives, from 5.6 miles for Alternative C to 8.2 miles for Alternative D. Road reconstruction mileage projections do not represent a major difference between the alternatives.

## Impacts Related to New Oil and Gas Development Leasing

Oil and gas development for both existing and new leases would require the construction of new roads and reconstruction of existing roads. The need for roads is a function of the estimated number of wells projected to be developed. For each alternative, estimated road needs during exploration and development are presented in Table 3.19.12 through Table 3.19.22. The projected oil and gas development could measurably increase road usage requiring roads be constructed or reconstructed to safely accommodate existing and proposed uses.

## Common Impacts Related to All Road Construction and Reconstruction

Common impacts from road construction and reconstruction include increased storm water runoff, sedimentation, erosion, wildlife disturbance, noise, diminished visual quality, and increased traffic on state and county collector and arterial roads. In addition, new road construction increases the number of intersections along state and county collector and arterial roads, as well as on NFS and BLM roads. Increased intersections result in a greater number of potential conflict points between turning vehicles and those driving through the intersection. Greater intersections often result in increased traffic volumes as new destinations are added to the area. This increased traffic would likely require increased maintenance and could require reconstruction of segments of these roads. Increased commercial use may potentially increase safety hazards due to increased traffic and to mixing commercial vehicles with recreational traffic, such as light-duty passenger vehicles, RVs, and ATVs/OHVs.

392

## Impacts Related to Road Construction and Reconstruction in the Paradox Leasing Analysis Area

There would be an unprecedented increase in demand for agency services to review field development plans, road, and well pad designs, and monitor construction, maintenance, and reclamation activities associated with oil and gas development activities. This demand may also have a substantial impact by reducing agency funding and resources available to support other resource management activities and projects. This could impact the SJNF and TRFO's ability to effectively manage programs such as water resources, wildlife and fisheries, recreation, timber, transportation, cultural resources, range, and solid minerals.

All new oil and gas well access roads would be closed to the public and monitored. Upon well abandonment, all roads constructed specifically for the oil and gas wells would be removed, excepting those roads that the USFS/BLM retain for administrative purposes.

The amount of oil and gas related traffic on roads would vary between well construction phase and routine maintenance over the life of the well. Approximate 635 vehicle round trips consisting of heavy, medium, and light trucks are assumed to be needed for access road construction, drilling, and well completion and testing. Heavy truck traffic could result in accelerated wear to state, county, local, and USFS/BLM roads. Some of this impact may be offset by road maintenance activities conducted by the lessees and road impact fees paid by lessees to counties where oil and gas development occurs. A reasonable transportation projection assumes that active oil and gas wells and disposal or injection wells could continue to require daily maintenance trips and a workover on average every 2 to 4 years (six trips per workover). Consequently, 365 trips per well is assumed annually for maintenance, on average with an additional six trips over 1 to 2 days for an annual workover.

New road construction and improvements to existing roads done in conjunction with oil and gas development leasing would be concentrated in the PLAA, and not required in the NSJB and the San Juan Sag. There would be minimal to no oil and gas related road development in other portions of the planning area except where upgrades to the existing road system are necessary to meet increased traffic volume and heavy truck traffic demands. These upgrades may be required by the USFS, BLM, State of Colorado, counties, or other local governmental jurisdictions with road management authority. The speculative nature of mineral exploration makes it difficult to predict where, when, and how much road development would be needed until such time that industry submits a field development plan. An environmental analysis of industry field development plans would be conducted, which would include identification of environmental impacts associated with the proposed modifications to the transportation system and measures needed to mitigate those impacts. Mitigation measures may include use of specific design features, best management construction methods or procedures, alignment modifications, and decommissioning of unneeded roads.

In the NSJB leased area, there are currently over 50 miles of NFS and BLM open and administrative roads. It is projected that an additional 70 miles of NFS roads and 14 miles of BLM roads would need to be constructed to service current leases, and no new road miles are projected for future leases. For the purposes of this analysis, it is estimated that 20% of the existing roads, approximately 10 miles, would need to be reconstructed, which may include upgrading to an all-weather standard, to accommodate increased traffic volume and heavy truck use that is associated with CBM development on these existing leases. Road projections in the NSJB do not vary by alternative because all road construction and reconstruction would occur within existing leased areas. Therefore, there is no difference in impacts to access and travel management among the alternatives within the NSJB leased area.

BLM_0032283

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

In the San Juan Sag, there are currently approximately 200 miles of NFS open and administrative roads on leased and unleased lands. It is projected that an additional 2 miles of NFS roads would need to be constructed to service current leases, and an additional 12 miles of NFS roads would be constructed to provide access to future leases. Because of the high number of existing roads and low relative projected road construct need, it is estimated that just 5% of the existing roads, approximately 10 miles, would need to be reconstructed, which may include upgrading to an all-weather standard, to accommodate increased traffic volume and heavy truck use that is associated with oil and gas development in the San Juan Sag. Road projections in the San Juan Sag do not vary by alternative because the area available for lease does not vary by alternative, so there is no difference in impacts to access and travel management among the alternatives

In the PLAA, there are currently nearly 900 miles of NFS open and administrative roads. Currently, there are approximately 80 miles of NFS roads within currently leased areas of the Paradox Basin. For currently leased lands, it is projected that an additional 44 miles of NFS roads would need to be constructed to service the existing leases for each of the alternatives, including the No Leasing Alternative. As such, the number of road miles constructed for existing leases does not vary by alternative, so the impact to access and travel management from new road construction on existing leases do not vary by alternative. For unleased lands in the PLAA, Alternative A would have the greatest impact with 228 miles of new road construction projected, followed by Alternative D with 221 miles of projected new road construction, Alternative B with 214 projected new road miles, and Alternative C with 182 projected new road miles. The No Leasing Alternative has the least impact with no new road construction projected. The miles of road constructed correspond directly to the area available for lease under standard lease terms. Alternatives A and D have the most land available for lease under standard lease terms, which would permit road construction and surface occupancy. Alternative C has the greatest area classified as NSO or not available for lease, which would reduce or eliminate road construction in these areas. Alternative B areas that are identified for standard lease terms, NSO, and not available for lease are between Alternatives D and C, and this is reflected in the road miles projected.

In the PLAA, there are currently nearly 150 miles of BLM open inventoried roads, as well as 300 miles of county and other roads. Approximately 80 miles of BLM roads are within currently leased areas. For currently leased lands, it is projected that an additional 139 miles of BLM roads would need to be constructed to service the existing leases for all of the alternatives, including the No Leasing Alternative. The number of road miles constructed for existing leases does not vary by alternative, so the impact to access and travel management from new road construction on existing leases do not vary by alternative. For unleased lands, Alternative A has the greatest impact with 106 miles of new road construction projected, followed by Alternative D with 96 miles of projected new road construction, Alternative B with 78 projected new road miles, and Alternative C with 69 projected new road miles. The No Leasing Alternative has the least impact with no new road construction projected. The miles of road constructed correspond directly to the area available for lease under standard lease terms. Alternatives A and D have the most land available for lease under standard lease terms, which would permit road construction and surface occupancy. Alternative C has the greatest area classified as NSO or not available for lease, which would reduce or eliminate road construction in these areas. Alternative B areas that are identified for standard lease terms, NSO, and not available for lease are between Alternatives D and C and this is reflected in the road miles projected.

An estimate of the miles of existing roads that would need to be reconstructed as part of the PLAA development was done for the purposes of this analysis. Reconstruction needs would vary by the planned changes in use, such as traffic volume, type and season of use, and upgrades needed to accommodate these changes in use. Upgrades to accommodate increased traffic volume and heavy

394

BLM_0032284

truck use that is associated with oil and gas development may include alignment widening, graveling of native-surface roads, road resurfacing, all-weather surfacing, and minor realignments. It is assumed that Alternative A would have the greatest number of road miles to be reconstructed since it would have the greatest oil and gas development and need for new road miles. For Alternative A, it is estimated that 30% of existing NFS roads (72 miles), 50% of existing BLM roads (74 miles), and 10% of existing county/other roads (36 miles) would need to be reconstructed. The road miles projected to be reconstructed for the remaining alternatives is based on the percentage of new road miles projected for each alternative relative to Alternative A. For Alternative B, it is estimated that 68 miles of NFS roads, 66 miles of BLM roads, and 33 miles of county/other roads would be reconstructed. For Alternative C, it is estimated that 60 miles of NFS roads, 63 miles of BLM roads, and 30 miles of county/other roads would be reconstructed. For Alternative D, it is estimated that 70 miles of NFS roads, 71 miles of BLM roads, and 35 miles of county/other roads would be reconstructed. For the No Leasing Alternative, it is estimated that 12 miles of NFS roads, 42 miles of BLM roads, and 13 miles of county/other roads would be reconstructed. Although the reconstructed roads may or may not lie within leased areas, it is anticipated the miles would correspond directly to the area available for lease under standard lease terms, as these roads would serve as the arterial and collectors for the lease access roads. Alternatives A and D have the most land available for lease under standard lease terms, which would permit road reconstruction and surface occupancy. Alternative C has the greatest area classified as NSO or not available for lease, which would reduce or eliminate road reconstruction in these areas. Alternative B areas that are identified for standard lease terms, NSO, and not available for lease are between Alternatives D and C, and this is reflected in the road mile projections.

Alternative Comparisons: Alternative A would result in the highest level of road construction, followed by Alternatives D, B, and C, respectively. Impacts from an expanded transportation system and increased traffic to safety and other resources and uses of the public lands would follow the same order of magnitude from highest to lowest. Impacts would be controlled by LRMP standards, guidelines and additional referenced guidance, such as engineering and traffic control requirements that address road construction, maintenance, use, and abandonment. The road density guidelines of the LRMP would guide managers in determining where road construction may occur and where management strategies, such as road decommissioning or TL, are needed in conjunction with any new road development.

The No Leasing Alternative would not make available any new lands for lease and therefore there would be no direct or indirect impacts. Under the No Leasing Alternative, future development could occur on existing leases only and cumulatively could reduce the potential development and associated road needs by 35% (Alternative A) to 42% (Alternative C), resulting in less impact than the action alternatives.

## Impacts Related to Recreation

Table 3.13.8 summarizes, by alternative, the changes in road and motorized trail miles that could result in adoption of the travel suitability and OHV area classifications for over-ground motorized travel during the travel management planning processes. This illustrates that Alternative C could result in the greatest (35%) reduction in motorized trail miles and the greatest (1.7%) reduction in road miles. Alternative C has the greatest impact on motorized use since it has the greatest area of NFS lands classified as unsuitable over-ground motorized travel and BLM lands classified as closed. Alternative B could result in a 5% reduction in motorized trail miles and a 0.1% reduction in road miles. Alternative D could result in a no reduction in motorized trail miles and a 0.1% reduction in road miles. Alternative A would continue current travel management direction and therefore could not directly result in any reduction of motorized trail or road miles available for public use. (See Section

BLM_0032285

3.14, Recreation, for an evaluation of the recreational opportunity impacts related to reducing the available miles of designated roads and motorized trails.)

**Table 3.13.8: Estimated Change Due to Travel Management Suitability and OHV Area Designations**

| Route Type | Approximate Change in Mileage by Alternative | | | |
|---|---|---|---|---|
| | A | B | C | D |
| Road | 0 | -3 | -54 | -4 |
| Motorized trail | 0 | -23 | -175 | 0 |
| Notes and Assumptions: Road and motorized trail miles were calculated using the geographic information systems (GIS) data current as of July 12, 2012. Road and trail mile reductions were calculated from the existing mileage of roads and motorized trails currently designated for public use that are situated within areas identified as unsuitable for motorized travel that correspond to each of the alternatives. | | | | |

## Impacts Related to Travel Management from Wildlife

Wildlife habitat improvements and seasonal restrictions for key habitats (including winter concentration areas, winter severe range, and spring calving/fawning areas) may lead to fewer miles of road open to motorized travel in certain areas. Habitat improvements may include reducing road densities through decommissioning roads, rehabilitating abandoned roadbeds, and allowing the growth of cover vegetation along road corridors. Seasonal closures are used in order to protect wildlife during critical periods while, at the same time, allowing for motorized use during less critical times.

Protection measures for Canada lynx and lynx habitat may result in minor impacts to road-related activities by seasonally limiting road use. In terms of lynx protection, there would be no difference between the alternatives. The protection measures identified are already required under current SJNF and TRFO policies and procedures, in compliance with the ESA and the LCAS.

Wildlife management strategies would apply regardless of the alternative selected; therefore, there would be no difference between the alternatives in terms of impacts related to wildlife management.

## Cumulative Impacts

## Impacts Related to Providing Access to Private Land In-holdings

The following impacts are predicted to be the same under all of the alternatives, since the influence of private land development would be similar under each alternative.

Historical Impacts

Since the late 1990s, there has been a surge in residential and commercial development in southwest Colorado. This has resulted in increased land values and changes in land use. Increased land values have made the development of in-holdings highly profitable.

Current Impacts

The planning area is experiencing mounting pressure from private land in-holding owners to provide reasonable access, as provided under the Alaska National Interest Lands Conservation Act. This issue is further complicated when system roads pass through some portion of an in-holding and then continue on to provide public lands access.

BLM_0032286

Foreseeable Future Impacts

There may be several cumulative impacts related to providing access to private land in-holdings. Increased road miles and densities are expected to have the longest reaching cumulative impacts because this would have connected impacts on road maintenance. Development of in-holdings, including oil and gas development, would increase traffic on SJNF and TRFO roads—roads needed for access to the development. This may result in an increased need for maintenance and may require upgrading some public lands roads to all-weather roads. Where routes pass through private in-holdings, legal agreements and/or ROW easements may be needed. In cases where a road, or a segment of a road, becomes primarily a private in-holding access road, it may be appropriate to transfer the jurisdiction to the county.

## Impacts Related to Providing Access to Utility Corridors

The demand for utility corridor access is expected to increase, regardless of the alternative selected; therefore, there would be no difference between the alternatives for the following cumulative impacts.

Historical and Current Impacts

The southwestern region of the United States has experienced a surge in oil and gas and electrical energy development. This surge has created a demand for creating new utility corridors, and upgrading existing utility corridors, in order to convey fuel and power economically. These corridors cross many miles of public lands and are generally linear in construction. Some impacts during construction (predominantly those related to ground disturbance for corridor installation and construction of temporary roads, including sedimentation, erosion, and increased runoff) would be relatively short lived. These impacts would diminish with the re-establishment of vegetation over time. Other impacts related to the operation of the utility corridor would continue for the life of the facility (including increased runoff, sedimentation, and erosion due to increased road densities; visual impacts resulting from linear corridor and access roads contrasting with the surrounding natural areas; increased disturbance to wildlife; and impacts to "quiet-use" recreation when the corridor crosses an otherwise non-motorized area).

Foreseeable Future Impacts

Existing utility corridors are aging, with some facilities in excess of 30 years old. These aging facilities are often in need of maintenance or replacement. Utility company requests for permanent roads to construct, maintain, and replace facilities have increased in recent years. These requests may result in new road construction and increased road densities. Increased road miles and densities would have connected impacts on aquatic resources, aquatic species, and wildlife. These types of roads are generally closed to public use; therefore, no impacts related to public traffic are expected. Road use permits would be issued for commercial use, requiring more agency staff time to manage the permits.

## Impacts Related to the Northern San Juan Basin Coalbed Methane Project (NSJB-CBM)

Historical Impacts

A ROD was issued in April 2007 for the NSJB-CBM project that would allow for the development of CBM on NFS, BLM, and private lands within the project area. For the purposes of this analysis, it is assumed that the project would reach full build-out, as described in the NSJB-CBM FEIS and associated ROD (BLM and USFS 2006a).

BLM_0032287

The project calls for the construction of 226 well pads. Twenty-seven would be located on BLM-administered lands, 100 would be located on NFS lands, and the remaining 99 would be located on private lands. Access would be provided by the construction of 92 miles of roads. Eight miles would be located on BLM-administered lands, 64 miles would be located on NFS lands, and 20 miles would be located on private lands. These roads would not be open for use by the public. The operators would be responsible for construction, maintenance, and the prevention of public access. They would also be responsible for obtaining required easements, ROWs, and permits; controlling noxious weeds; and complying with agency and landowner requirements. Maintenance would blading, ditch and drainage facility cleaning, graveling, and applying dust palliative. The roads would be temporary and the operators would be responsible for reclaiming and revegetating the roads on public lands following project completion.

Since implementation began in 2008, it is estimated about 20% of the road and well pad construction has been completed. Impacts associated with this work include increased storm water runoff, sedimentation, erosion, increased traffic on state and county roads, and diminished visual quality.

<u>Foreseeable Future Impacts</u>

Resource impacts are disclosed in the NSJB-CBM FEIS and would include increased storm water runoff, sedimentation, erosion, wildlife disturbance, noise, increased traffic on state and county roads, and diminished visual quality (BLM and USFS 2006a). The proposed contribution of the road miles constructed and reconstructed as part of the NSJB-CBM project road development is approximately 20% of that estimated for the PLAA. The cumulative impacts would be an increase of the impacts associated with road construction and maintenance during the life of the NSJB-CBM project. These impacts would be diminished as the roads are reclaimed and revegetated; however, these areas are not expected to ever reach pre-existing conditions.

## Impacts Related to Oil and Gas Development on Leased Lands in the Paradox Leasing Analysis Area

<u>Foreseeable Future Impacts</u>

The cumulative effects boundary for this analysis is the PLAA of the planning area, which includes the GSGP, as well as the adjacent area with conventional and gas shale development in Montezuma, Dolores and San Miguel Counties, and includes the potential impacts from projected oil and gas development on leased and unleased federal lands and private and state leases. The three counties that would be most directly impacted by projected development include Montezuma, Dolores, and San Miguel Counties. The three counties are expected to experience low to moderate increases in traffic reflecting a projected increase in population of nearly 20% by 2020. An increase in population growth simultaneous with projected oil and gas development could contribute to increased road congestion on road systems within the potentially impacted counties.

In addition to the potential miles of road described above for unleased lands, there are also projections for more development and roads on lands already leased. An additional 189 miles of road could result from future development on lands currently held under lease on federal mineral estate (112 miles from future gas shale development and approximately 77 miles from conventional gas development). Furthermore, approximately 265 additional miles are projected from development on private and state leases. Cumulatively, a total of 885 miles of road could result throughout the area from conventional and shale gas development on federal leases (including road miles associated with existing wells and projections for federal leased and unleased lands, and from existing development and potential development on private and state lands).

BLM_0032288

Other uses of the forest such timber harvest, livestock grazing, and recreation are all activities that could contribute along with oil and gas development to traffic on the federal, state, and county transportation systems. Community expansion and recreational use of the public lands are projected to moderately increase over the next 15 to 20 years. These trends, in addition to projected oil and gas development, could result in increased traffic congestion, wear and tear on roads, the need for more frequent maintenance, and an increased potential for traffic accidents.

# 3.14 Recreation

## 3.14.1 Introduction

Population growth, new recreation technology, and community interest have increased the focus on management of outdoor recreation settings and opportunities. Strategies incorporated into the various LRMP alternatives aim to maintain and enhance desirable recreation settings, integrate recreation with other resource objectives, provide for sustainable recreation experiences, and promote collaboration with local and regional partners in order to achieve recreation objectives.

### Legal and Administrative Framework

- **The San Juan-Rio Grande National Forest Wilderness Management Direction decision signed August 3, 1998:** This provides direction for the administration of wilderness areas on the San Juan and Rio Grande National Forests.

- **36 CFR 212:** This provides direction for the administration of the Forest Transportation System; the designation of roads, trails, and areas for motor vehicle use; and use by oversnow vehicles.

- **36 CFR 251:** This provides overall direction for land uses, including miscellaneous land uses; special uses (outfitters/guides, for example); appeal of decisions relating to occupancy and use of NFS lands; and access to non-federal lands.

- **36 CFR 261:** This provides general prohibitions on NFS lands.

- **36 CFR 290:** This provides direction for cave resources management on NFS lands. The rules of this part implement the requirements of the Federal Cave Resources Protection Act of 1988.

- **36 CFR 291:** This provides direction for the occupancy and use of developed sites and areas of concentrated public use on NFS lands, including admission fees, recreation use fees, and reservation fees.

- **36 CFR 293:** This provides direction for the administration and use of wilderness and primitive areas on NFS lands.

- **36 CFR 294:** This provides direction for special areas, including recreation areas and IRAs.

- **36 CFR 297:** This provides direction for the administration WSRs under Section 7 of the WSRA of 1968, which provides for the protection of the free-flowing, scenic, and natural values of rivers designated as components or potential components of the National Wild and Scenic Rivers System from the effects of construction of any water resources project.

- **FSM 2300:** This provides direction for management and planning in relation to recreation, wilderness, and related resources.

- **FSM 2709, 2710, and 2720:** These provide the legal framework for special uses on NFS lands.

- **FSM 7300:** This provides direction for planning, development, and managing facilities on NFS lands.

BLM_0032289

- **FSM 7400 and 7409.11:** These provide direction for administration and managing drinking water systems, wastewater systems, effluents, solid waste systems, and food services.

- **FSH 2309.18:** This provides direction for designing, building, and maintaining USFS trails.

- **43 CFR 8342:** This provides direction for the designation of areas and trails on public lands.

- **43 CFR 8340:** This provides direction to establish criteria for designating public lands as open, limited, or closed to the use of OHVs, and for establishing controls governing the use and operation of OHVs in such areas.

- **FSH 7309.11:** This provides direction for managing USFS facilities.

- **BLM Manual 8330:** This provides policy on reasonable accommodations for persons with disabilities.

- **BLM Handbook H-1601-01, Appendix C:** This provides minimum guidance for developing the recreation sections in an RMP.

- **BLM Washington Office IM 2006-060 (BLM 2006b):** This provides direction for incorporating benefits-based management in the recreation program.

- **BLM Washington Office IM 2007-043 (BLM 2007b):** This transmits the "Unified Strategy" describing how best to implement the BLM Priorities for Recreation and Visitor Services Workplan (Purple Book), as outlined in IM 2006-060.

## Existing Conditions and Trends

There are five components that describe existing recreation conditions within the planning area, as follows:

- **Recreation Profile:** This section presents and analyzes the question: What role do public lands play in local and regional lifestyles, and in offering attractions and activities for tourists?

- **Recreation Demographics and Demand Trends:** This section presents and analyzes the question: What do recreation trends suggest about the future of recreation within the planning area?

- **Dispersed Recreation:** This section presents and analyzes the question: What are the important activities and settings that currently characterize dispersed recreation uses within the planning area?

- **Recreation Facilities and Funding:** This section presents and analyzes the question: Within the context of reduced budgets, how can the SJNF and TRFO meet the increasing demand for recreation through partnership opportunities and other non-traditional methods? What realignment of facilities makes sense?

- **Recreation Issues and Need for Change:** This section presents and analyzes the question: Do existing conditions and public scoping comments illuminate the need for change regarding recreation settings, capacities, markets, and suitability? (Preliminary revision issues are identified.)

BLM_0032290

## 3.14.2 Affected Environment

### Recreation Profile

Outdoor adventure in southwest Colorado has a reputation for diversity and excellence, and its appeal is contagious. More than two-thirds of a random sample of prospective visitors views Colorado as an "exciting" place. Portions of the planning area near communities are gaining social value due to the increasing demand for the available recreation settings. Aging Baby-Boomers and people engaging in amenity migration are helping establish more active (and less "retired") populations settling near the planning area boundaries. Many residents value the ability to access the planning area near their homes conveniently, for a variety of recreational activities.

**Tourism:** The spectacular landscape of the San Juan Mountains continues to fuel the tourist economy, regardless of whether visitors actively engage in planning area recreation. For many, proximity and views are enough of a draw to bring them to the region. Colorado, as a whole, attracts visitors who embrace its image as a place for adventure and recreation. Table 3.14.1 through Table 3.14.4 below describe the tourism profiles for each of the geographic areas in the planning area.

Outdoor recreation accounted for approximately 31% all travel into Colorado (including business travel and skiing). According to the America's Byways Resource Center (2004), the total vehicle miles traveled on the San Juan Skyway nearly doubled between 1990 and 2002. Other sections of scenic highway not designated as a scenic byway (including Wolf Creek Pass) are experiencing the same surge in scenic driving. Other visitor surveys (National Visitor Use Monitoring [NVUM], Fort Lewis College surveys [2001]) have found that sight-seeing is the most common activity, and that scenery is the most highly valued resource. Section 30 of the LRMP addresses Scenic and Backcountry Byways in more detail.

**Outdoor Recreation Industry:** A variety of attractions and activities, during all seasons, provide a stable tourism industry.

Tourists make up the majority of the market for guided outdoor recreation on public lands; however, the skiing and outdoor equipment industries are equally fueled by local dollars. These industries are important to the regional economy, as well as to the fiscal well-being of the sales tax dependent local governments.

**Winter Sports:** Downhill skiing in developed ski areas, primarily operating on federally managed public lands, is expected to continue as a huge draw for winter tourists in Colorado. Silverton Mountain, Durango Mountain Resort, and Wolf Creek ski areas play an important role in the communities and economies within the planning area. The ski industry is a large seasonal employer in the region. During the winter of 2003, skiing in La Plata County ranked as the number one private sector job provider.

Winter recreation has been impacted in recent years by the increase in population in southwest Colorado. This has resulted in an increased demand for access to recreational opportunities on snow. In addition, snowmobiles have increased in power and reliability, allowing them to access more terrain. Backcountry skiers now also have better equipment, and there has been an overall surge in adventure skiing. Another emerging sport is hybrid skiing, which is where a snowmobile tows or carries a skier or snowboarder up hills. During the past several decades, backcountry skiers and snowmobilers have had some success in resolving differences regarding where these groups could recreate without conflict. This cooperation has been challenged by the increase in number of users, as well as by changes in technology. The overall increase in winter uses of all types, particularly at

BLM_0032291

mountain pass areas along primary highways, has consistently brought use conflicts to the attention of the USFS and BLM. The winter sports conflicts are addressed in the alternatives.

**River Running and Fishing:** The planning area offers some of the highest quality fishing in the United States. From the San Juan Mountain high country to the semiarid San Juan River tailwaters, world-class fishing awaits the angler year-round. Boating is another strong recreational asset of the planning area. Large reservoirs (including McPhee, Williams, Vallecito, and Lemon) offer recreational boating in a mostly natural, scenic setting. Numerous rivers (including the Dolores, Animas, and Piedra) support a robust and beneficial commercial river-running economy.

**Second Homes and Amenity Migration:** Many of the attributes that attract people to visit the San Juan Mountains also prompts some to move, or buy a second home, in the area. Vacation and/or second homes are an economic driver in many local communities, fueling regional economies with outside dollars. This occurs while they are being built (related to construction, development, real estate, and finance), as well as after they are built (related to maintenance and local spending of occupants).

**Table 3.14.1: Tourism Profile of the Dolores Geographic Area**

| Profile Component | Information |
| --- | --- |
| Terrain and access | The Dolores geographic area has the widest variety of terrain and climate zones of all three districts, ranging from the high peaks in the La Plata Mountains to the desert country downriver of McPhee Reservoir. The most extensive and signature country is the foothills and mesas terrain stepping off the La Plata, Rico, and Wilson Mountains. Due to a long history of grazing and logging on these relatively flat mesas and foothills, road access to this area is extensive and well developed. The flat topography also increases the impacts associated with illegal off-road driving. |
| Feedback from area residents | Due to the recent roots in traditional uses of the SJNF and to the long-established and extensive network of access roads on the Dolores District, people on the west end of the planning area have a noticeably strong multiple-use ethic. The idea that the public lands offer recreational opportunities for all types of users was a common refrain from the 2005 Dolores Public Lands Office study groups. Many recognize the challenge of multiple uses; most, however, would prefer to avoid a high degree of use segregation. Most people favor limiting motorized travel to established routes. With the exception of fairly widespread concern about gas well development, the majority of Dolores Public Lands Office residents are tolerant, and even supportive, of traditional uses within the planning area. |
| Strongest recreation – tourism asset | Diversity of terrain and plentiful road access offers a variety of opportunities and disperses uses to many different areas. |
| Recreation – tourism economy | Mesa Verde National Park and hunting are the largest tourist attractions in the area. The proximity to the mountains goes hand-in-hand with the agricultural lifestyles that many recent immigrants have come to enjoy in Cortez, Dolores, and other nearby communities. The planning area offers geographic and climatic relief for the thousands of people who live in the flatter, warmer, and drier terrains. Residents from around the Four Corners region can quickly access the mountains and higher ground to enjoy trails, rivers, streams, lakes, and scenic vistas. |
| Management challenge | Travel management is the number one recreation challenge, and the designation of travel access routes would profoundly influence the recreation setting and experience in this geographic area. |

BLM_0032292

**Table 3.14.2: Tourism Profile of the Pagosa Geographic Area**

| Profile Component | Information |
|---|---|
| Terrain and access | The Pagosa geographic area contains the Weminuche wilderness, which is the largest wilderness area in Colorado. The access opportunities to the wilderness for the Pagosa Public Lands Office are more numerous and geographically dispersed than other places within the planning area. Large open parks with rugged mountain backdrops characterize this geographic area. Pagosa Springs, the main urban center, is experiencing rapid growth. Due to the mix of private and public lands, the WUI is more extensive than in other places within the planning area. Residents value access and proximity to public lands. Consequently, the recreation use of the planning area close to Pagosa Springs is heavy and growing, while recreation public services are lagging. |
| Feedback from area residents | Agricultural roots are important in Pagosa, and many elements of the agricultural lifestyle relate to living near public lands. Some opportunities currently exist for recreation near Pagosa; however, many residents expressed the desire for more WUI recreational opportunities, services, and access. Scenery is very important to local residents and to the local economy. Pagosa residents like to recreate in the winter, and many go to the Wolf Creek Pass area, where the access to higher-elevation snow is easy and snow conditions are good. |
| Strongest recreation – tourism asset | Diverse opportunities for wilderness access offer diverse and high quality wildlife habitat. |
| Recreation – tourism economy | Unobstructed views of the San Juan Mountains are common from any of the thousands of home sites platted around Pagosa Springs. With up to 200 building permits per year, the Archuleta County development industry is accommodating the many new full- and part-time residents. The Wolf Creek ski area plays an important role in the otherwise quiet winter months, while the hunting season provides economic income to the area in the fall. |
| Management challenge | Managing hunting has been the biggest challenge for many years; however, this geographic area is changing from a rural forest to a residential intermixed forest. Management of recreation in the WUI, wilderness, and in relation to heritage tourism, would be the challenges of the future. |

**Table 3.14.3: Tourism Profile of the Columbine Geographic Area**

| Profile Component | Information |
|---|---|
| Terrain and access | The Columbine geographic area offers easier vehicle access to higher-elevation terrain than do either of the other two districts. This is via mining roads, timber roads, and state highways. The Columbine area offers almost limitless possibilities for recreation access along U.S. Highway 550, the San Juan Skyway. The area is also known for its wild country and big peaks. The scenery, and the strong presence of mountain adventurers of all types, reflects the proximity of some of the highest, most impressive, rugged mountains in Colorado. |
| Feedback from area residents | Residents seek high-quality recreation opportunities in the WUI and day trip opportunities to spectacular mountain settings. The easily accessible features of planning area near Durango, Bayfield, Vallecito, and other population centers are used frequently by the fitness-minded population of La Plata County. However, easy access to higher elevations entices recreational users out of the foothills and into the mountains for alpine day trips in winter and summer. |
| Strongest recreation – tourism asset | Easy road access to higher-elevation trailheads, cultural sites, and road-heads offers a remarkable range of recreation opportunities strongly connected to the communities of Durango and Silverton. |

BLM_0032293

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Profile Component | Information |
|---|---|
| Recreation – tourism economy | Durango has the longest history and most experience with tourism of any town in the region. Public land use reflects this experience and commitment to tourism with the Durango and Silverton Narrow Gauge Railroad, Animas River fishing and boating, two ski areas, world-class mountain biking, and the San Juan Skyway and Alpine Loop Scenic Byway. |
| Management challenge | This geographic area would continue to experience growth in population and tourism. Meeting the demand for a wide range of sustainable and diverse, developed and dispersed day-use recreational settings would be the biggest challenge. |

**Table 3.14.4: Tourism Profile of the Tres Rios Geographic Area**

| Profile Component | Information |
|---|---|
| Terrain and access | The Tres Rios geographic area has a wide variety of terrain and climatic zones, ranging from the high peaks in the mountains near Silverton, to the desert country along the lower Dolores River. Sagebrush steppe and pinyon/juniper ecotypes dominate the semiarid lands around the Dolores Canyon. Due to a long history of grazing and mineral extraction on these relatively flat mesas and foothills, road access to the northwestern parts of this area is extensive and well developed. The relatively flat topography of the semiarid areas also increases the impacts associated with OHV use. |
| Feedback from area residents | The local population in this far-western part of the planning area has a noticeably strong multiple-use ethic. A common sentiment expressed during the 2005 study group meeting held at the Dolores Public Lands Office was that the public lands in the area provide recreational opportunities for a wide variety of users. Many recognize the challenge of multiple uses; most, however, would prefer to avoid a high degree of use segregation. Many residents feel strongly about maintaining and not restricting OHV vehicle opportunities. With the exception of fairly widespread concern about gas well development, the majority of Tres Rios geographic area residents are tolerant, and even supportive, of traditional uses within the planning area. |
| Strongest recreation – tourism asset | Diversity of terrain and road access offers a variety of opportunities and disperses uses to many different areas. |
| Recreation – tourism economy | Mesa Verde National Park, hunting, and other traditional uses are the largest tourist attractions in the area. The proximity to the mountains goes hand-in-hand with the agricultural and rural lifestyles that many recent immigrants have come to enjoy in Cortez, Dolores, and other nearby communities. During infrequent dam releases from McPhee Reservoir, the Dolores River provides outstanding and remote rafting opportunities. |
| Management challenge | Travel management is the number one recreation challenge, and the designation of travel access routes would profoundly influence the recreation setting and experience in this geographic area. |

## Recreation Demographics and Demand Trends

The 2008 Colorado Statewide Comprehensive Outdoor Recreation Plan (State of Colorado 2008) provided information about people who visit state parks in southwest Colorado. In combination with NVUM survey results (2001) and information from Cordell et al. (1999), these data represent the general demographics of visitors to the planning area. Most visitors are white males over the age of 30 (with non-local residents being older, mostly over 45), with some college education and a middle-class income. More than 40% of visitors to the planning area are from local communities (including

BLM_0032294

Durango, Farmington, and Pagosa Springs). Wilderness visitors tend to be older than other visitors, with approximately 68% in the 40- to 70-year-old range.

Approximately 60% of visitors seek a setting that has little or no development or has limited trails, camping, boating, and fishing. Key activities for resident visitors include swimming and motorized boating. Non-resident visitors, on the other hand, plan to hike, fish, and camp. Most visitors indicated that "relaxing" and "spending time with family and friends" were their top reason for visiting.

Top primary activities were listed as viewing scenery, downhill skiing, hiking/walking, relaxation, and fishing. The most heavily used facilities include forest roads and trails. The most popular specially designated areas are the scenic byways and the wilderness areas.

Both tourism and regional populations are growing steadily due to the demand for an amenity-rich lifestyle, the centerpiece of which is the planning area. There is increasing participation in recreation activities that occur on public lands, particularly day-use dispersed recreation, motorized activities, and heritage tourism. The trend is a strong and steady increase in recreation demand, primarily driven by residents focused on public lands close to communities. In addition, there is a strong destination market driven by tourists who want to reconnect with rural communities within cultural landscapes.

## Dispersed Recreation

The planning area offers an extraordinary variety of dispersed outdoor settings and opportunities, often defined by a low level of facility development, freedom of choice, and a semi-primitive and predominantly natural environment. A combination of features offers a remote, rustic, and primitive setting; high-quality scenery; and suitable terrain for camping, picnicking, mountain biking, OHV use, snowmobiling, backcountry skiing, hunting, and other dispersed uses. Users value the freedom of choice, remoteness, and naturalness associated with dispersed recreation use. Regardless of the activity, the opportunity to get away from day-to-day stresses and to be with friends and family in a natural setting is the primary benefit that motivate dispersed recreation visitors.

Traditionally used campsites are often clustered along streams in valley bottoms. Concerns have been raised regarding the sanitation, erosion, and wildlife impacts associated with heavily used, and easily accessed, dispersed recreation areas. La Plata Canyon, South Mineral, and Williams Creek are examples of locations with intensive dispersed camping use and with the associated wear and tear. Locations close to communities such as Cortez and Durango also show the impacts of constant and intensive dispersed day use. These issues and areas are addressed in Section 3.14, Recreation and are further described in Volume III, Appendix E.

## Recreation Facilities and Funding

Within the planning area, only a fraction of the cost of providing recreation facilities and infrastructure is paid for by the annual revenues from all recreation fees (including special use fees, outfitter/guide fees, entrance fees, and recreation fees) collected.

The inventory of SJNF and TRFO recreation facilities includes campgrounds, picnic areas, trailheads, scenic overlooks, and marinas. Maintaining these facilities is costly. The SJNF and TRFO have identified maintenance backlogs and implemented a recreation facility master plan process designed to align recreation facility investments with benefits to visitors and available revenue. Implementation of the master plan would continue under all alternatives.

BLM_0032295

Demographic and recreation trends have important implications for the future of recreation facilities within the planning area. Aging populations from urban areas with more available leisure time, a predominance of day use versus overnight use, private/public partnership potential, the demand for heritage tourism, an "undeveloped" environment, "adventure learning" in "outdoor museum environments," and the proximity of the planning area to growing communities are all facts that have important consequences for the appropriate location, type, and amount of future facilities and visitor services. Such considerations have helped guide the formation and implementation of the master plan.

## Recreation Issues and Need for Changes

Historically, use of the planning area has emphasized commodities; however, current social, economic, and demographic changes have significantly increased recreational uses and have changed the nature of recreation demand. Recreation is now the most extensive and economically valuable resource associated with the planning area. Every recreation and leisure trend associated with public lands is reflected within the planning area (including amenity migration, baby boomer demands, wilderness area crowding, motorized recreation, WUI demands, and resort development). In contrast with the past, current management must accommodate and protect recreation values if it is to be successful and sustainable.

The recreation tourism market is expected to grow. Recent trends, as well as future projections, point toward increases in the number of participants, trips, and activity days for outdoor recreation across most activities. For many activities, participant growth would be faster than population growth.

Public land recreation sustainability has become dependent on a wide range of creative and effective partnerships that involve both public and private entities. The SJNF and TRFO must collaborate with commercial enterprise, land trusts, municipalities and state agencies, publishers, outfitter/guides, interpretive associations, and universities, among others. These partnerships would continue to bolster the SJNF and TRFO's ability to effectively manage recreational uses within the planning area. Recreation within the planning area is a local, regional, and national resource. Collaborative efforts would directly affect the ability of the SJNF and TRFO to deliver sustainable recreation settings and benefits.

There are increasing concerns over access to the planning area, as well as regarding visual impacts to scenery. People who recreate within the planning area value scenery and expect a natural environment. They also value existing public lands access and are sensitive to changes in the location, amount, and type of access. The LRMP recognizes recreation as a primary product of the SJNF and TRFO, and this has helped guide decision-making throughout the planning process.

People are generally aware that every acre cannot support every type of recreation. They would like to maintain recreation opportunities and support multiple uses where it is feasible and sensible, while, at the same time, balancing use with recreation values. The range of alternatives offered in the LRMP/FEIS describes different combinations of actions intended to meet the stated emphasis of each alternative.

Recreation travel corridors are the backbone of recreational access to the planning area. These more developed routes serve as essential gateways to a wide range of recreational opportunities. Facilities along these corridors can further provide essential visitor services and serve as information hubs.

Nationally, motorized use of public lands has surged in the last few decades. Travel on scenic highways has doubled, and OHV use continues to grow as baby boomers age and become less

BLM_0032296

physically active. At the same time, the demand for "quiet" use in large remote backcountry areas is on the rise. The LRMP uses MAs and motorized travel suitability areas, among other management tools, to allow for each type of use that is in demand. Areas within the planning area are experiencing this increase, as well as its associated impacts on other users.

Dispersed use and day-use recreation is becoming a predominant recreation use within the planning area. Visitors and residents want quick access to public lands for short visits that are close to home (within a day's drive) in a natural environment. The LRMP identifies several areas as SRMAs, assigns MA designations, and defines travel suitability areas as methods of managing this use long term.

Interpretation and conservation education is critical to stewardship of the planning area. Recent surveys show that the predominantly urban culture knows very little about public lands. Research indicates that people have a keen desire to participate meaningfully in land stewardship, as well as in the protection of their community's public "backyard." SJNF and TRFO managers can facilitate this involvement through continuing the partnership with the San Juan Mountains Association and working with other local interest groups. Such partnerships and conservation education programs would be maintained under all LRMP alternatives.

Colorado is known for its outdoor adventure sports. The planning area has long offered diverse outdoor recreational opportunities for all age groups and activity levels, as well as diverse recreational opportunities beyond adventure sports. Such diversity should continue to benefit the regional economy and allow the planning area to meet the anticipated demand from aging populations (who seek less active, close to home, outdoor recreation).

Heritage tourism, short loop trails, community connections, increased conservation educational offerings, day-use activities on trails and roads, and stewardship opportunities are all likely to offer a welcome complement to Colorado's more traditional adventure sports.

Visitors are generally aware that every acre cannot support every type of recreation, however, maintaining recreation opportunities while supporting multiple uses can be seen as an optimal solution.

## 3.14.3 Environmental Consequences

### General Impacts

Within the planning area, recreation occurs throughout the year. Various types of recreational opportunities, experiences, and settings would continue to be provided in various proportions under all of the alternatives. Within the planning area, recreation opportunities are managed according to their ROS setting, which are primitive, semi-primitive non-motorized, semi-primitive motorized, motorized, roaded natural, and rural. There are no urban settings within the planning area. Each alternative would propose different numbers of acres under the various settings and that, in turn, would change the social, physical, and administrative use of the setting.

In general, recreation opportunities available within each ROS setting would change to some degree between alternatives, and a large portion of the planning area would still be allocated to each ROS setting. Certain activities may be limited in geographic extent but would still be allowable, and other activities may have larger areas managed for that use. SRMAs would be established, but would not change recreational benefits, because the SRMAs are created to identify high-use areas and manage for the use patterns that have already been established within that SRMA boundary. Future

BLM_0032297

management actions may change emphasis on administrative activities; however, the recreational "niche" for the area would stay the same.

Recreation facilities would not be noticeably impacted in relation to any of the alternatives due, in part, to the long-term established use of these facilities, as well as their current capacity, the ability to handle increased occupation, and the considerable public investment in facility operation. Implementation of any of the alternatives would not impact the number and location of facilities. However, budget constraints and/or increases and use trends would result in a dramatic impact to facilities in the future and sites could be closed or decommissioned if adequate funding were not available. This would lead to a reduction in developed recreation opportunities within the planning area.

Allocation of land for potential ski area development on NFS lands (one of the allowable activities in MA 8) is considered a part of this planning process. Allocations made in the LRMP would not preclude the need for or consideration of future ski areas during the life of the LRMP. However, additional NEPA analysis for new ski areas (or the expansion of existing) into areas that are not allocated to such use in the LRMP would require a plan amendment in addition to project-specific NEPA analysis. All alternatives would continue the current permitted ski areas (e.g., Durango Mountain Resort and Silverton Mountain). Alternative D includes allocation of an area for expansion of the existing Wolf Creek ski area onto the SJNF. Wolf Creek ski area has been permitted long-term on the Rio Grande National Forest east of the Continental Divide, but if future development is approved within the allocated area, this would increase developed ski area acreage within the planning area. Alternative A would carry forward ski areas from the 1983 San Juan National Forest Land and Resource Management Plan. Alternative D would also keep the potential ski area in the East Fork of the San Juan River that was in the 1983 San Juan National Forest Land and Resource Management Plan. The East Fork ski area would impact the roadless character of the South San Juan Adjacent IRA and would increase commercial skiable terrain in the planning area (while, at the same time, non-commercial terrain would be lost).

The number of recreation residences would not vary by alternative. There are no other uses identified for the areas occupied by recreation residences. Future use is expected to continue to allow all recreation residences, and the SJNF and TRFO would continue to work in partnership with permit holders until conditions change or until the appropriate environmental analysis shows a higher need for these lands.

BLM WUI areas near Durango and Cortez would be designated as SRMAs under Alternatives B, C, and D, which recognizes the importance of the recreational values found in these areas. A specific Recreation Area Management Plan would then be developed for each new SRMA, which in general would lead to better management of access, recreation, and other resources within these areas, equating to a net positive impact to these areas in the long term.

## Impacts Related to Travel and Access Management Decisions

Currently, travel and access is being affected by national policies adopted by both the BLM and the USFS. In the previous LRMPs, motorized recreation was open to cross-country travel unless closed or limited. The new policies change motorized recreation opportunities on roads, trails, and areas to "closed" unless designated as "limited" or "open." The planning and environmental analyses for specific motorized route designations and the implementation of the landscape-level travel management plans are well beyond the scope of this LRMP (see Cumulative Effects analysis below). Following implementation of these travel management policies, in most cases summer motorized use would be limited to a system of designated routes, regardless of which action alternative is selected

BLM_0032298

for implementation. Efforts to minimize or resolve user conflicts is inherent in each of these travel planning efforts, so the LRMP is not intended to address or resolve specific travel management issues.

The following discussion therefore generalizes impacts per alternative and contrasts the relative impacts to user groups and recreational opportunities between alternatives. Although the travel management planning process would result in a motorized use map, it does consider the entire range of travel modes, from foot through motorized travel (including mountain bike and horseback use). Just as recreation use changes as population rates change within the planning area, so would travel use. Population in the planning area is predicted to increase; therefore, the demand for travel and access would also increase, regardless of alternative implemented.

Alternative A continues existing travel management and access, subject to the policies and landscape-level travel planning completed, underway, or planned throughout the SJNF and TRFO. Alternative C has the least acreage devoted to "suitable" for both categories of motorized use, with a proportional decrease in this type of recreational opportunity. Alternative D has the most acreage available for motorized uses, but this alternative would adversely affect non-motorized users in many of these areas.

Alternative B would do the most to minimize conflicts between winter sports users by directly avoiding contact between users and by maintaining settings consistent with achieving either motorized or non-motorized recreation benefits, rather than by default mixing the two. In general, non-motorized user experiences are adversely affected by concurrent motorized use, but not vice-versa. Therefore, it is important to have some highly desirable winter use areas that are closed to motorized use to allow for quality non-motorized user experiences. Alternatives B and C allow for this, but at the expense of winter motorized use opportunities in those areas. Alternative B allows for a balance of motorized and non-motorized oversnow travel to accommodate the needs of these sometimes polarized user groups. Advances in snow machine technology and capabilities have increased access to previously inaccessible (and often administratively closed) areas, necessitating some changes to area boundaries, particularly near primary highway mountain passes.

Similarly, for over-ground travel, Alternatives A and D would result in the greatest potential for user conflicts because they would offer the least area reserved solely for non-motorized forms of travel. These alternatives are therefore conducive to direct user conflicts such as motor vehicle noise, signs, and odors becoming (or remaining) prevalent in an area sought out for the benefits of quiet and primitive forms of recreation. Alternative C would minimize impacts to non-motorized recreational values in many areas, but at the expense of motorized use experiences in those same areas. Alternative B strikes a balance, with a considerable amount of opportunities available for both motorized and non-motorized uses, but with some areas set aside for quiet, primitive forms of recreation to reduce conflicts.

Generally, the alternatives would not differ in how they manage equestrian and mountain bike travel. User conflicts between motorized users, bicyclists, equestrian, or other non-motorized users that emerge on specific trails or land areas would be addressed in landscape-scale travel management planning. No SJNF and TRFO roads or trails currently available to the public would be designated as unsuitable for equestrian or bicycle travel under any of the alternatives.

Changes in recreation opportunities, in terms of allowing or limiting motorized use, would be most noticeable between alternatives where there are changes in the acreages allocated to MA 1 and 3 (Alternatives B, C, and D). Differences for travel suitability between the alternatives would be especially noteworthy in the areas of Hermosa Creek, Rico, Missionary Ridge, and Red Mountain

BLM_0032299

Pass. Alternative C would allocate the most land to a non-motorized setting (MA 1), Alternative B a lesser amount, and Alternatives A and D the least amount of non-motorized opportunities. Alternatives A, B, and D would offer more motorized access opportunities in both summer and winter when compared to Alternative C.

On BLM lands, the LRMP allocates land areas as open, closed, or limited to designated routes. Limited use areas are the predominant designation, and some areas are closed due to WSA status or other resource protection reasons. Alternatives B, C, and D all reduce overall OHV opportunities and access to some degree due to more closed/limited land allocations when compared to Alternative A. Alternative C has a slightly higher proportion of closed areas than the other alternatives, thus reducing OHV opportunities to some degree when compared to Alternatives A, B, and D. Open areas are very limited in all alternatives so there is no significant difference in impacts between alternatives due to open area designations.

Suitability for motorized travel during the summer months would be limited to designated routes over the entire planning area. Differences in motorized travel suitability recommendations between the alternatives, in terms of wheeled-travel experiences, would generally be subtle (see Volume III, Appendix V, Maps 20–23), as the overall proportion of acreages in each category does not change dramatically between them. Conversely, the long-term potential for maintaining the greatest amount of non-motorized recreation experiences would be highest under Alternative C, followed by Alternatives B, A, and D. Alternative C would have a profound impact on motorcycle experiences by closing several very popular single-track trails, including Calico and Hermosa Creek, to motorized over-ground use. (see Chapter 2 for acres of change by alternative.)

Winter motorized travel suitability recommendations have more differences between alternatives, and these differences would be important to user groups due to the inherent incompatibilities between motorized and non-motorized uses previously discussed in this section. Although some areas may become more prone to conflicts under Alternative B, this would be even more prevalent under Alternatives C and D due to their emphasis on non-motorized and motorized winter use, respectively. This would be due to users of all types vying for access and use of the same areas, particularly along the highway pass corridors. At the same time, motorized oversnow users would be displaced, in some cases, due to closures of areas to such uses, particularly under Alternative C.

Other increases in unsuitable acres between Alternatives A and B would result in impacts to motorized users (under Alternatives B, C, and D) by restricting vehicle use to designated routes within previously open areas. The action alternatives also add acreage as unsuitable within administratively closed areas such as congressionally designated wilderness areas, the Piedra Area, and WSAs and RNAs. In total, these areas account for approximately 536,292 acres (approximately 23%) of the planning area under all of the alternatives.

The alternatives would address oversnow travel in different ways (see Volume III, Appendix V, Maps 24–27). Alternative A would offer the current opportunities, without resolving any of the conflicts between motorized and non-motorized winter use. These areas are typically along major highways near passes, such as Lizard Head, Molas, and Wolf Creek passes. Alternative B would present a mix that would keep the number of suitable acres for both motorized and non-motorized recreation balanced (but would make changes in where use would be allowed). Alternative C would increase the amount of non-motorized suitable acres, while Alternative D would propose a larger amount of motorized suitable acres. Alternatives B and C seek to reduce conflicts by allowing only non-motorized use in some key areas, reducing direct user conflicts yet still allowing motorized use in the same landscape with access from the highways.

BLM_0032300

The alternatives differ in the way they would address winter motorized and non-motorized user conflicts, especially in areas with consistent snow (including Molas Pass, Rico, Red Mountain Pass, Hermosa Creek, Missionary Ridge, and Vallecito Reservoir).

Alternative C would make most of the acreage in these areas unsuitable for motorized oversnow travel, while Alternatives A and D would do the opposite (proposing the highest amount of oversnow motorized suitable acreage, especially in the Rico and Red Mountain areas).

Oversnow motorized use is expected to take place on both groomed trails and cross-country where allowed, and none of the groomed trails are considered for closure under any of the alternatives. Some oversnow motorized users (particularly intermediate and advanced users) would experience a loss of some use under Alternatives B, C, and D, due to identification of some back-country areas as unsuitable for oversnow motorized use as shown on Maps 24 through 27 (Volume III, Appendix V). Conversely, non-motorized oversnow users (particularly intermediate and advanced users) would have additional areas along major roads that provide access to ungroomed backcountry winter play areas under Alternatives B and C. See Chapter 2 for acres of change by alternative.

The following site-specific examples show the differences between alternatives.

**Dolores Canyon Overlook:** Routes along county roads accessing BLM-administered lands, and up to the Dolores Canyon Overlook, would be considered suitable under Alternatives B and D. The area would be open to snowmobiling under Alternative A and closed under Alternative C. Motorized use and experience is not expected to change between Alternatives A, B, and D, and motorized use would be eliminated under Alternative C. This would result in users looking for a motorized oversnow experience moving to other areas where that activity is allowed.

**Lizard Head Pass:** The groomed route up Barlow Pass and the area east of Lizard Head Pass up to the divide between Dolores and Columbine Ranger Districts would be considered suitable under Alternatives A, B, and D. Under Alternative C, only the groomed route up Barlow Pass (down the East Fork of Hermosa Creek) would be suitable. There would be opportunities for hybrid skiing (which uses snowmobiles to tow skiers up the slopes) and backcountry skiing; however, off-route snowmobiling would be prohibited.

**Red Mountain Pass:** Under Alternative A, both sides of U.S. Highway 550 would be open to oversnow motorized use, leading to potential conflicts between motorized users and non-motorized users (e.g., skiers, snowshoers). Under Alternative B, the west side of U.S. Highway 550 (up to the San Miguel County line) would be suitable; however, the east side of U.S. Highway 550 would be unsuitable to motorized use (but open to backcountry skiing). Under Alternative C, both sides of U.S. Highway 550 would be unsuitable for motorized use (but open to backcountry skiing). Under Alternative D, the west side of U.S. Highway 550 would be suitable for motorized use, and the east side of Forest Road 850, as well as the ridge north to McMillan Peak into Prospect Gulch (including Minnehaha Basin) would be suitable for oversnow motorized travel. The areas south of McMillan Peak, east of U.S. Highway 550 and west of CO 110 (Cement Mountain Road) would be unsuitable.

Under Alternatives A and D, Red Mountain Pass would be open to motorized oversnow travel on both sides of U.S. Highway 550. In the past, such an arrangement has resulted in an increase in conflict between motorized and non-motorized users. Both motorized and non-motorized users are accessing this area to experience the easily accessed and outstanding alpine scenery. Under these alternatives, oversnow motorized users would share terrain with non-motorized users, and it is likely that the backcountry skiing community would not have a positive experience due to having snowmobiles in the area. Adverse impacts to skiers' experiences are typically due to snow compaction, noise, and

BLM_0032301

perceived or actual interpersonal conflicts. Under Alternatives B, C, and to a lesser extent D, snowmobiling opportunities would be lost, and oversnow motorized users would be displaced.

**Molas Pass:** Under Alternative A, the 200 acres east of U.S. Highway 550 (around Andrews Lake) would remain unsuitable for motorized use, and the rest of the area that is currently suitable for motorized use would remain suitable. Alternative B would make the area south of Big Molas Lake, as well as east of U.S. Highway 550 down to Lime Creek, unsuitable, and the area west of U.S. Highway 550 to West Lime Creek ridge north toward Grand Turk suitable. The boundary changes on the west side of U.S. Highway 550 would open some new terrain to snow machines, but this area is difficult to access and would primarily serve expert sports users' needs until tracks were broken in and/or the snowpack had consolidated in late winter.

Overall, Alternative C would result in the greatest impacts on motorized recreation opportunities, followed by Alternatives B, D, and A, respectively. In general, travel access and management allocations under Alternative C would result in the greatest benefits to non-motorized recreation (by allocating the most land to those uses and reducing the potential for user conflict), followed by Alternative B and then Alternatives D and A.

## Recreation Opportunity Spectrum

The ROS maps found in Volume III, Appendix V (Maps 28–35) were developed to serve as a guide indicating what, in the managing agencies' best estimation, are the most appropriate recreational use types and experiences for each area of the public lands. The ROS zones vary between each alternative to reflect the overall theme for each alternative as discussed in detail in Chapter 2 of this FEIS. The ROS concept is not to be confused with actual land allocations, such as the MAs on SJNF lands, although efforts were made to ensure ROS zones and MA designations were compatible through the planning process.

## Impacts Related to Oil and Gas Leasing Decisions

In general, the act of leasing public lands for oil and gas development would have little impact on individual recreation experience. Impacts to recreation would occur when oil and gas development under the leases actually begins, not as a direct result of lands being found suitable for oil and gas leasing in this LRMP.

**Paradox Basin (USFS):** The USFS portion of the Paradox Basin is not currently developed for oil or gas. The anticipated 140 new wells that would be constructed in the area would be accessed by existing roads or by short spur roads constructed in this moderately roaded landscape. NFS lands in the Paradox Basin portion of the RFD area are almost one-half (approximately 47%) roaded natural (ROS) setting and show evidence of a multiple-use emphasis. Another one-third of the area (approximately 31%) is in the semi-primitive (ROS) setting (there are no wilderness areas in the USFS portion of the Paradox Basin). One-fifth (approximately 22%) of the area is in the rural setting (ROS) (primarily around McPhee Reservoir, the Dolores River, and above the town of Dolores). Considering existing use types and levels, the terrain, and the recreational experiences available elsewhere in the San Juan Mountains, adverse impacts of oil and gas development in the Paradox Basin area on recreational experiences are expected to be minimal.

**San Juan/San Miguel (USFS):** Within the San Juan Sag area, there have been exploratory wells drilled at an average rate of one well every 3 years, mostly using existing roads. The wells have all been plugged and abandoned, and the sites have been reclaimed. Existing development has had little, if any, impact on dispersed recreation. Future oil and gas development within the area is

BLM_0032302

projected at two wells per year for a period of 10 to 15 years. These wells, similar to past wells, would mostly utilize the existing road system; however, some spur roads would be constructed. Construction activities would introduce noise, dust, and construction traffic. Impacts related to construction activities would be short term and minor. Long-term impacts would depend on the success of continued exploratory activities; however, the anticipated low rate of development would not measurably impact the current dispersed recreation patterns of use (which are mostly driving forest roads for pleasure, firewood gathering, and hunting).

Lands in the San Juan Sag portion of the RFD area would be over one-half (approximately 6%) roaded natural (ROS) settings, primarily along travel corridors and areas showing evidence of a multiple-use emphasis. Another one-quarter of the area (approximately 24%) would be in the semi-primitive (ROS) setting. The remaining 8% would be in the rural (ROS) setting, around the town of Pagosa Springs.

## Direct and Indirect Effects

Recreational impacts may occur over the life of the projected oil and gas development. Specifically, recreation impacts could include:

- Oil and gas development altering the natural setting and visual character of an area used for recreation;
- Oil and gas–related construction, operation, and maintenance disrupting recreation as a result of noise, dust, traffic, and increased human activity; and
- Oil and gas development that may not be compatible with federal, state, or county objectives for recreation in portions of the planning area.

The areas with highest oil and gas potential (e.g., Paradox Basin) toward the west side of the planning area do differ in character from most other parts of the SJNF and TRFO. The areas' drier climate, relatively lower elevation, more arid vegetation types, and more open terrain lend the areas to different types of summer and winter recreation when compared to the eastern portions of the SJNF and TRFO.

Summer recreation that may be impacted by oil and gas leasing and development in the SJNF and TRFO includes viewing (natural feature, wildlife, historic/prehistoric sites), OHV use, mountain biking, hunting, and to a lesser extent hiking, driving for pleasure, camping/picnicking, and fishing. Numerous four-wheel-drive roads and trails traverse the areas of prospective oil and gas development and offer opportunities for dispersed activities. If areas are made available for lease, oil and gas development in the SJNF and TRFO could affect recreation settings and participation in these recreational pursuits.

Impacted winter activities could include cross-country skiing, snowshoeing, and snowmobiling although snow cover is often inadequate or too fleeting in nature to allow these activities in the areas with the highest oil and gas development potential mentioned above.

Due to the standard operating procedures, stipulations, and other permitting requirements incumbent upon any new oil or gas well development, there are similarities in the impacts associated with each well developed, although the total number of wells that could be developed varies, in some cases significantly, between alternatives (e.g., Alternatives C and D). Existing recreational uses in high oil and gas potential areas tend to be of a dispersed, motorized nature, and areas of wells could be avoided during recreational activities.

BLM_0032303

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

The following leasing stipulations would apply to management of recreation areas and opportunities (Table 3.14.5). NSO stipulations are prescribed to avoid areas where the construction of oil and gas facilities is considered not compatible with recreation, such as protection of viewsheds along major recreation corridors, developed recreation sites, and ski areas. CSU stipulations apply to SRMAs (BLM) to mitigate impacts to high use recreation areas.

**Table 3.14.5: Lease Stipulations for Recreation and Scenery by Alternative**

| Recreation and Scenery | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| **Developed administrative and recreation sites:** Within 0.25 mile around developed administrative and/or recreation sites. | NSO | NSO | NSO | NSO |
| **Developed administrative and recreation sites:** Surface use or occupancy would be prohibited unless or until the operator demonstrates that operations can be acceptably conducted within 1 mile of developed administrative and recreation sites. | NSO | CSU | NSO | SLT |
| **SRMAs (BLM)**: Durango, Dolores River Canyon, Silverton, and Cortez. | SLT | CSU | CSU | SLT |
| National scenic byways, All American roads and backcountry byways; designated scenic trails, recreation, and historic trails; and recreation-emphasis corridors: Within the identified foreground viewshed, up to 0.5 mile on either side of the following: San Juan Skyway, Trail of the Ancients, the Alpine Loop Back Country Byway, Old Spanish Trail, Continental Divide Trail, Colorado Trail, Calico Trail, Highline Loop Trail, East Fork Road, West Fork Road, First Notch Road, Piedra Road, Poison Park Road, Lime Creek Road, South Mineral Road, La Plata Canyon Road, West Dolores Road, and Durango-Silverton Narrow Gauge Railroad. | CSU/NSO | NSO | NSO | CSU |
| **Old Spanish Trail:** No surface-disturbing activities up to 0.5 mile of either side of the centerline of the congressionally designated trail in high potential segments. | SLT | NSO 0.5 mile | NSO 5 miles | NSO 0.5 mile |
| **Old Spanish Trail-Visual:** CSU for the horizon on either side of the centerline of the congressionally designated trail in high potential segments. | SLT | CSU | CSU | SLT |
| High SIO and VRM Class II areas | CSU | NSO | NSO | SLT |

CSU stipulations are more flexible in terms of ability to mitigate impacts, allowing greater latitude to relocate access roads and drilling sites in the SJNF and TRFO to minimize impacts to the natural character of the environment. The stipulation's flexibility, as prescribed in leasing Alternatives B and C, may be better suited to maintaining opportunities for semi-primitive non-motorized and motorized settings.

An NSO stipulation is also used to mitigate potential impacts to facilities, the recreation experience and safety of users, and the natural environment that initially made a developed site, special area, or travel corridor desirable for the existing use. Access roads would be located outside developed site buffer zones unless alternative routes would be more damaging to the environment. NSO buffer

414

BLM_0032304

zones along travel corridors would allow limited occupancy for roads and utility transmission facilities if they could be constructed without significantly affecting the values the buffer zone was designed to protect.

Making recreation areas, particularly currently undeveloped areas and special management areas, administratively not available would protect these areas from direct impacts of potential development activity, as does an NSO stipulation. The use of administratively not available decision where NSO could provide the same protection may be more restrictive than necessary.

The Dolores River Canyon is assigned an NSO stipulation within and up to 0.25 mile of the canyon's boundary to protect the natural character and the areas wilderness characteristics, as well as recreational and scenic values. This stipulation does not vary by alternative because it is thought that standard lease terms or CSU cannot protect the outstanding values of an area of this size.

**Alternative Comparison:** Alternatives A, B, and D have similar projected levels of oil and gas development and, therefore, would create similar impacts to recreation settings and activities. The lease stipulations prescribed above should eliminate many development conflicts, particularly in scenic corridors and developed sites, and in other cases would provide for more flexibility to advantageously site oil and gas facilities, reducing potential recreation conflicts. Alternative D would have the least protective stipulations, potentially resulting in the greatest recreation conflicts among the alternatives.

The No Leasing Alternative would still result in development of existing leases, but there would be an approximate 50% reduction in projected oil and gas development and impacts in the Paradox Basin public lands. Oil and gas impacts would be confined to the northern portions of the area of prospective development.

Under standard lease terms prescribed in Alternatives A and D, there is a higher degree of risk that the limitations of permissible constraints would not be sufficient to meet management guidelines. For example, in areas managed for semi-primitive setting and recreation, the limitations on moving facilities under the restriction of standard lease terms may not be adequate to ensure that road systems are located away from dispersed recreation sites or backcountry trails. In areas managed for roaded natural opportunities, standard lease terms may also pose risks that activities cannot be located away from scenic corridors and developed sites.

SRMAs are assigned CSU in Alternatives B and C. SRMAs are landscapes identified by the agency and public to manage the areas primarily for the quality and sustainability of the recreation experience. The CSU stipulation provides more flexibility than standard lease terms to move facilities to best achieve natural screening. The CSU also serves as a notice to the lessee that additional planning and mitigation would be necessary before surface-disturbing activities take place. The standard lease terms utilized in Alternative A do not provide the siting flexibility provided by the CSU stipulation.

NSO would be permitted within the identified foreground viewshed, up to 0.5 mile on either side of a number of heavily used national scenic byways, All American Roads, and backcountry byways; designated scenic, recreation, and historic trails; and recreation-emphasis corridors. The NSO stipulation is considered necessary to protect the integrity of viewsheds in scenic and cultural landscapes along significant, special routes and popular scenic drives. If CSU is utilized for the same routes, there may be higher risk of the auditory and visual impacts of oil and gas development within proximity to those routes. The visible evidence of oil and gas development is inconsistent with the maintenance of high scenic integrity in the foreground of these routes.

BLM_0032305

Guidelines for recreation resource management are listed in the LRMP, Volume II. Additional management direction below is contained in the laws, regulations, policies, and handbooks that guide recreation management of the SJNF. The stipulations, standards and guidelines, and below referenced direction present the basis for management of potential conflicts between oil and gas development and recreational pursuits.

Impacts on Dispersed Recreation

As a result of oil and gas development and its visual impacts, there may be a reduction in the number of visitors to developed lease areas in the SJNF and TRFO who drive for pleasure or engage in other recreational activities such as viewing scenery, hiking, camping, hunting, and mountain biking. To a lesser degree, the number of winter recreationists may decrease due to a reduction in visual quality and extensive snowplowing that would accompany the operation of an oil or gas field. The intent of the stipulations is to mitigate impacts to recreation and thereby meet the goals and objectives in the LRMP. There are significant portions of the SJNF and TRFO where oil and gas development would be more compatible with LRMP multiple use objectives and would, therefore, be managed under CSU or standard lease terms. These are generally areas that have fully developed road systems as a result of active management activities, including timber management and past and current oil and gas development.

SJNF and TRFO lands are mostly roaded, reflecting a history of multiple use management. The NFS portion of the Paradox Basin has minor oil and gas development, but portions of the BLM lands are more heavily developed. The anticipated 660 well pads constructed on new leases in the SJNF and TRFO (375 on existing leases) would be accessed by existing roads and by constructing short spur roads off the existing road system. The spur roads would not add motorized recreation opportunities, being closed to public motorized access.

Impacts on Developed Recreation

Recreation facilities in the SJNF and TRFO include campgrounds, picnic sites, trailheads, boating sites, fishing sites, and interpretive sites. A lease stipulation applied in all alternatives requires NSO within 0.25 mile of developed recreation sites. The sounds and sights of well construction could impact campgrounds but would be short term in duration. Each well would be drilled and completed over a 2- to 6-week period, then construction impacts would cease and production activities would begin. The 0.25-mile buffer would reduce or eliminate the sounds of producing wells, and wells would be located, where possible, to eliminate direct sight lines to developed recreation facilities. Some sounds could still be audible from recreation sites and audible to dispersed recreation users during maintenance activities and more consistently from compressor station motors.

Impacts Related to Fire and Fuels Management Decisions

Under all of the alternatives, fuels treatments would be similar. Impacts to recreation would be mitigated, primarily because the activities would be short-term disruptions of the experience to the users that would be mitigated through guidelines applied to the project and implemented while the treatments are taking place. Impacts within SRMAs may be somewhat greater due to the concentrated use in these areas. However, impacts would be adequately mitigated by applicable guidelines and any land use restrictions specific to the project area. It would be difficult to specifically determine impacts to recreation experiences due to fire and fuels activity, but it is reasonable to assume that such impacts would be related primarily to the change in appearance to the visual recreation setting. Some displacement or other inconvenience to recreational users may be realized on occasion due to temporary closures put in place during project work.

BLM_0032306

The impacts related to fire and fuels management on recreation would be similar under all of the alternatives. In addition, recreation facilities, SRMAs, national trails, and scenic byways have already included measures to protect recreation experiences, such as minimum impact suppression tactics in these areas and limitations on motorized equipment use (e.g., bulldozers), among others.

Impacts Related to Timber Management Decisions

Under all of the alternatives, impacts to recreational settings (ROS) related to timber management would remain unchanged, as all of the alternatives include standards and guidelines related to timber harvest that are intended to minimize adverse impacts to many resources, including recreation. Impacts are also reduced since less than 50% of the planning area is classified as suitable for timber production, and timber harvest volumes have been on a steady decline over time (see Section 3.9).

Site-specific impacts to recreation would be minor and primarily short-term disruptions of the experience to the users that would be mitigated through guidelines applied to the project and implemented while the activity is taking place. Impacts due to harvest activities within SRMAs would be moderate because of the concentrated use and interest in these areas; however, such projects would again be mitigated by guidelines specific to MA allocations. BLM SRMAs are required to have area-specific management plans developed, which would include specific guidance on mitigation measures or other project restrictions regarding timber management activities. The addition of new roads may eventually provide some additional opportunities for recreational access once the timber treatment is completed. However, most of the proposed new roads would be in areas that already have extensive road systems and the roads would not be open to public use and/or would be decommissioned when the project was completed; therefore, the impacts would be negligible.

Impacts Related to Minerals Management Decisions

Under all of the alternatives, impacts to recreational settings (ROS) related to minerals management would remain unchanged. Impacts to the recreation setting would be from the long-term disturbance to the area. Users would tend to move from these areas in order to have the experience they desire while the minerals activity is taking place. Given that most of the future mineral activity would take place in areas of former activity, the amount of projected acres for development disruption to recreation experience would be minor.

The impacts related to minerals development on recreation would be similar under all of the alternatives because future minerals development would be subject to standard operating procedures and permitting processes, and demand for development in new areas is expected to be low due to low mineral potential.

## Cumulative Impacts

In addition to trends described at the beginning of this section, the cumulative impacts described below include historic, current, and reasonably foreseeable future activities that were considered with regard to recreation. The next 15 years are considered the timeframe for reasonably foreseeable future cumulative impacts.

**Planning Area Recreation Setting Shift:** Historic project-level decisions (primarily oil and gas development, timber management, and road construction for access to private in-holdings) in the planning area have resulted in a shift in area-wide recreation setting composition, from the semi-primitive non-motorized and semi-primitive motorized to the more developed roaded natural and rural (ROS) settings. This has been a long-term trend and one that is likely to continue due to population

BLM_0032307

increase within the planning area and increasing development and road building adjacent to public land boundaries.

As discussed in the general impacts portion of this section, the existing planning area recreation setting composition would experience the least amount of shift under Alternative B, followed by Alternatives C, D, and A, respectively. Alternative B would result in the greatest potential, over the long term, for loss of remote/wilderness setting. This is due to the differing level of management activities (especially private land in-holding development, oil and gas, timber and fire/fuels management, and associated road construction) that may take place under the various alternatives. As private development continues to encroach upon public land boundaries, recreational use for those seeking primitive experiences would likely shift to more remote and difficult to access areas. However, increased WUI use can be expected as local residents access adjacent public lands from their properties or subdivision property.

**Future Off-trail Travel ("open areas"):** Currently, travel and access is being affected by a major policy shift on a national basis. This paradigm shift (from open unless closed, to closed unless open) is intended to reduce adverse resource impacts related to motorized recreation nationwide. The alternatives allow for motorized use under these policies, but cross-country travel is extremely limited in the planning area. This would likely reduce long-term adverse impacts due to motorized use. Under this new USFS policy (2005), summer motorized use would be restricted to designated routes, regardless of which alternative is selected for implementation. BLM Handbook (H-1601-1) requires all motorized travel to be classified as open, limited, or closed to motorized travel activities.

**Future Oversnow Travel:** Winter recreation has been affected in recent years by the increase in population in southwest Colorado, which has resulted in increased competition for access to recreational opportunities on snow. In addition, snowmobiles have increased in power and reliability, which has allowed more terrain to be used. Backcountry skiers also have better equipment, and there has been an overall surge in adventure skiing. During the past several decades, backcountry skiers and snowmobilers have worked out their differences where individuals would have winter recreation experiences. For the most part individuals, clubs, and communities worked out which areas were available for motorized and non-motorized use. This cooperation has been challenged by the increase in users, as well as by changes in technology.

**Oil and Gas Development Implications:** The majority of development would continue in existing fields. The most noticeable exception is estimated at 125 new wells, with an associated 425 acres of disturbance on NFS lands in the Paradox Basin. Under the No Leasing Alternative this development would not take place. Additional CBM development in the NSJB on both NFS and BLM lands would continue to take place regardless of new leasing or no leasing scenarios. In its November 2006 FEIS regarding the NSJB-CBM project, the SJNF and TRFO arrived at several conclusions with regard to cumulative effects that are pertinent to consider within the framework of recreation implications for the planning area. The development scenario in the San Juan Sag is estimated at between two and seven wells with 50 acres of disturbance that would be reduced to only two exploratory wells under the No Leasing Alternative. Although future development would likely occur under all alternatives, cumulative effects on recreation are not expected to be significant due to the small scale of future disturbance.

The broader cumulative effects analysis area includes areas where oil and gas development has occurred and would continue to take place on private mineral estate adjacent to public lands in the Paradox Basin portion of the planning area. Most of the private lands are not high use recreation areas but serve as gateways to public lands. The additional development on private lands would require pads and access roads, and would generally result in the environmental impacts described

BLM_0032308

above. New oil and gas wells would add an industrial component to the landscape and introduce new sources of vehicle traffic and noise that would diminish the natural setting sought by most recreationists. Oil and gas–related construction, operation, and maintenance could also disrupt recreation and tourism as a result of noise, dust, traffic, and increased human activity. Some of the limited recreational and tourism activities that take place on private lands, such as hunting, could be displaced to the public lands.

**Colorado State OHV Program:** Currently all OHVs (ATVs, dirt bikes, and other unlicensed OHVs) are required to display a Colorado OHV permit while operating on public lands, as well as on other designated trails and areas (mirroring the current snowmobile registration requirements). Just as snowmobile use has increased dramatically since the 1990s, OHV use would likely continue to increase due to increased information and advertising by the State Division of Tourism. Potential adverse impacts that may be anticipated as a result of greater information/promotion would include additional users at trailhead facilities, as well as more encounters on open roads and trails (which may increase the perception of crowding).

# 3.15  Scenery and Visual Resource Management

## 3.15.1 Introduction

Private development and population continue to increase within the planning area, as do the demands on area resources. Concerns about retention of the area's outstanding scenic quality are at the forefront of public interest on the SJNF and TRFO. Visitors and residents alike place a high value on the protection of intact natural and cultural landscapes. The economic and lifestyle benefits of high quality scenery are primary contributors to the wealth of the region.

## Legal and Administrative Framework

### Laws

- **The National Environmental Policy Act of January 1, 1970:** NEPA states that it is the "continuing responsibility of the Federal government to use all practicable means to assure for all Americans, aesthetically and culturally pleasing surroundings." NEPA mandates agencies to develop methodologies for scenery management of "aesthetically and culturally pleasing surroundings" that are capable of being put into practice. NEPA requires "a systematic and interdisciplinary approach, which will ensure the integrated use of the natural and social sciences and the environmental design arts into planning and decision-making which may have an impact on man's environment."

- **The Multiple-Use Sustained-Yield Act of 1960:** Under this act, "National forests are established and shall be used for outdoor recreation, range, timber, watershed, and wildlife and fish purposes." The Secretary of Agriculture is authorized and directed to develop and administer the renewable surface resources of the national forests for multiple uses and sustained yield, without impairment of the productivity of the land.

- **The Federal Land Policy and Management Act of 1976:** FLPMA states, "…public lands will be managed in a manner which will protect the quality of the scenic (visual) values of these lands."

SIOs for NFS lands are identified on a map that was developed as part of the 1983 San Juan National Forest Land and Resource Management Plan. This information is displayed as Alternative A in this FEIS.

BLM_0032309

Scenic quality objectives for BLM lands were not identified as part of the 1985 San Juan/San Miguel Resource Management Plan. The RMP states that visual resource objectives would be developed on a project specific basis. BLM policy outlines a process to identify interim VRM classes for each project. Consequently VRM classes for BLM lands in Alternative A are not shown in this FEIS.

**Management of Scenic Values on NFS Lands:** On NFS lands, scenic integrity levels are used to assess current scenic conditions and the potential impacts under the alternatives. These scenic integrity levels are determined by mapping the following:

- Dominant landscape characteristics;
- Scenic attractiveness;
- Constituent information and concern levels; and
- Distance zones - Immediate foreground, foreground, middle ground, background, and unseen.

Scenic integrity levels are used to measure the human-caused disturbance that deviates from the dominant valued attributes of the landscape character. These levels are used to compare the impacts between the alternatives. The scenic integrity levels are:

- **Very High Scenic Integrity Level –** This refers to landscapes where the valued landscape character is intact with only minute, if any, deviations. The existing landscape character and sense of place is expressed at the highest possible level.
- **High Scenic Integrity Level –** This refers to landscapes where the valued landscape character appears intact. Deviations may be present; however, they must repeat the form, line, color, texture, and pattern common to the landscape character so completely, and at such a scale, that they are not evident.
- **Moderate Scenic Integrity Level –** This refers to landscapes where the valued landscape character appears slightly altered. Noticeable deviations must remain visually subordinate to the landscape character being viewed.
- **Low Scenic Integrity Level –** This refers to landscape where the valued landscape character appears moderately altered. Deviations begin to dominate the valued landscape character being viewed; however, they borrow valued attributes (including size, shape, edge effect, and pattern of natural openings), vegetative type changes, and/or architectural styles outside the landscape being viewed. These should appear as valued character outside the landscape being viewed, and should be compatible or complimentary to the character within.
- **Very Low Scenic Integrity Level –** This refers to landscapes where the valued landscape character appears heavily altered. Deviations may strongly dominate the valued landscape character. They may not borrow from valued attributes (including size, shape, edge effect, and pattern of natural openings), vegetative type changes, or architectural styles within or outside the landscape being viewed. However, deviations must be shaped and blended with the natural terrain (landforms) so that elements such as unnatural edges, roads, landings, and structures do not dominate the compositions.

Scenic integrity objectives are then developed based, in part, on the scenic integrity levels but may also be determined by other resource allocations and uses as analyzed in the land use planning process. The five scenic integrity objectives are as follows:

- **Very High –** Human-caused change to the landscape is not noticeable.

BLM_0032310

- **High** – Landscape may not be substantially altered by management and other activities.

- **Moderate** – Landscape may be slightly and noticeably altered by management and other activities.

- **Low** – Landscape may be moderately altered by management and other activities.

- **Very Low** – Landscape may be heavily altered by resource management and other activities.

**VRM on BLM Lands:** VRI classes are assigned to land units based on scenic quality, sensitivity level, and distance zones. The VRI for the public lands serves, in part, as the basis for the VRM class determinations, although other resource allocation decisions are also considered when designating VRM classes. However, the BLM is not required to assign a VRM class that mirrors the VRI findings if other resources and/or issues dictate a different VRM class.

A VRM class is based on the degree of acceptable visual change within that landscape, which may factor the physical and sociological characteristics of any given homogeneous area, and serves as a management objective. Each class has an objective, which prescribes the amount of change allowed in the characteristic landscape. The VRM classes are:

- **Class I – Objective:** Preserve the existing character of the landscape. This class provides for natural ecological changes; however, it does not preclude very limited management activity. The level of change to the characteristic landscape should be very low and must not attract attention.

- **Class II – Objective:** Retain the existing character of the landscape. The level of change to the characteristic landscape should be low. Management activities may be seen, but should not attract the attention of the casual observer. Any changes must repeat the basic elements of form, line, color, and texture found in the predominant natural features of the characteristic landscape.

- **Class III – Objective:** Partially retain the existing character of the landscape. The level of change to the characteristic landscape should be moderate. Management activities may attract attention but should not dominate the view of the casual observer. Changes should repeat the basic elements found in the predominant natural features of the characteristic landscape.

- **Class IV – Objective:** Provide for management activities that require major modifications of the existing character of the landscape. The level of change to the characteristic landscape can be high. These management activities may dominate the view and be the major focus of viewer attention. However, every attempt should be made to minimize the impact of these activities through careful location, minimal disturbance, and repeating the basic elements.

**Scenic Stability (SJNF only):** Scenic stability is a measure of the degree to which the ecosystem is able to restore, maintain, or continue to exhibit the positive scenic attributes of the landscape. The levels of scenic stability are:

- **High** – High scenic stability is a condition within which the positive scenic attributes of an area are expected to be perpetuated.

- **Low** – Low scenic stability is a condition that puts scenic values in jeopardy of being lost (e.g., catastrophic wildfire).

**Narrative Description of Scenic Character:** This indicator describes what the general forest would look like to the visitor in the short and long term. The narrative describes the dominant landscape character attributes and the impacts to scenery due to management activities and the built environment.

BLM_0032311

**MAs and ROS Settings:** These two indicators are important because they determine a substantial part of the physical setting that is important to recreating visitors. In general, ROS zones and MA classes should be compatible with an area's VRM/SIO. Recognizing the interdependency and interrelationship of these three zoning concepts and balancing their individual intents and desired conditions is a key component of the LRMP process.

Rehabilitation is a key element and management prescription used both long and short term to restore landscapes containing undesirable visual impacts to a desired scenic quality. It may not always be possible to achieve the prescribed SIO/VRM standard with rehabilitation immediately, but it may help to create a more visually desirable landscape in the interim. Economic feasibility would help determine the amount and location of rehabilitation during project level analysis. Rehabilitation may include:

- Vegetation management to eliminate unnatural edges, shapes, patterns, and colors;
- Alteration, concealment, or removal of structures containing unnatural forms, colors, or light reflections; and
- Alteration, concealment, or removal of slash construction debris.

## 3.15.2 Affected Environment

### Existing Conditions and Trends

The planning area encompasses extraordinary scenic resources, including the San Juan Skyway, three national scenic and recreation trails, the Colorado Trail, segments of eligible WSRs, Colorado's largest designated wilderness area, the spectacular Dolores River Canyon, and three cultural landscapes (McPhee, Chimney Rock, and Silverton). The planning area is known for its picturesque groves of aspen and ponderosa pine. Large reservoirs (McPhee, Lemon, Vallecito, and Haviland) and scenic river corridors (including the San Juan, Animas, Dolores, Piedra, and Hermosa Creek) provide water-based recreation settings that are in great demand in the Southwest.

Tourism that is substantially dependent on scenery and heritage resources is an economic mainstay of southwest Colorado. People often come to live in the communities surrounding the planning area in order to benefit from the public land opportunities and amenities found on the nearby public lands.

The National Survey on Recreation and the Environment surveyed 60,000 households in the United States. More than 86% of respondents said "managing forests to leave them natural looking" was important or very important. In 1997, approximately 1.037 million sightseeing excursions were made to national forests, and 671 million people participated in wildlife viewing (Cordell 1999).

According to America's Byways Resource Center (2004), the total vehicle miles traveled on the San Juan Skyway nearly doubled from approximately 700,000 daily vehicle miles traveled in 1990 to more than 1.2 million daily vehicle miles traveled in 2002. The same report concluded that 54% of all travelers on the San Juan Skyway are traveling just to drive the skyway, with no particular destination.

Interviews with people who recreate within the planning area found that nearly everyone made reference to the core value of a pristine natural environment as one of the primary reasons they choose to recreate on public lands (Rural Planning Institute 2004).

BLM_0032312

According to the 2001 NVUM project conducted in the planning area, viewing scenery was the most popular activity, with a 68% participation rate (NVUM 2001).

NFS lands are rated via scenic integrity level evaluations, while BLM lands are assessed via a VRI process. Many of the landscapes in the planning with these ratings have very high visibility and contain high-quality scenery that includes dramatic landscapes with mountains, water, and forests.

An additional indicator of scenic value is the visibility of the landscape. In scenery and visual resource analysis, visibility assesses how much access visitors have to view a given area's scenery on roads, trails, and at recreation sites, as well as how concerned they are about that scenery. The planning area has a landscape with very high visibility and also has visitors with a high concern for scenic quality. Nearly half of the planning area is in the foreground viewshed of a constituency that cares about high-quality scenery.

The current condition of visual resources within the SJNF and TRFO is shown in Table 3.15.1. The table shows that 56% of NFS lands retain very high or high scenic integrity, with the remaining 44% in the moderate or low/very low integrity classes. BLM-administered lands have 24% in the very high or high VRI classes, and 76% in the moderate to low VRI classes.

**Table 3.15.1: Existing Scenic and Visual Resource Condition, Percent of Total Area**

| Existing Scenic and Visual Resource Condition | Very High Integrity; VRI/VRM Class I | High Integrity; VRI/VRM Class II | Moderate Integrity; VRI/VRM Class III | Low/Very Low Integrity; VRI/VRM Class IV |
|---|---|---|---|---|
| NFS lands | 22% | 34% | 38% | 6% |
| BLM lands | 0% | 24% | 21% | 55% |

The table above indicates that within the planning area, management activities have altered the natural landscape character to a moderate degree on about 50% of the planning area as shown in the last two columns of Table 3.15.1. The most visible impacts have most often resulted from energy development, mining, and past timber harvesting activity.

## Scenic Stability (San Juan National Forest only)

Scenery is dependent on a healthy ecosystem. Natural disturbance elements (including fire, flood, landslides, and avalanches) are normal ecosystem processes and create or perpetuate natural scenic conditions. In particular, wildfire is a disturbance factor that has been profoundly affected by fire suppression and other land management activities.

Current conditions in aspen and ponderosa forests place scenic quality in jeopardy because of a lack of age-class diversity, the encroachment of shade-tolerant fir, and the potential for catastrophic wildfires. Although many of the SJNF landscapes may seem as though they are in a naturally appearing state, there is a potential for these landscapes to change from forested to non-forested conditions. Due to past fire suppression, aspen and ponderosa forests may see large-scale changes from wildfires because of reduced age-class diversity and the encroachment of shade-tolerant fir.

BLM_0032313

## Existing Conditions Related to Oil and Gas Development

To better describe the existing condition as it relates to oil and gas development within the planning area, this section focuses on the four areas where oil and gas development may occur: Paradox Basin (BLM), Paradox Basin (USFS), the NSJB, and the San Juan Sag. These areas include landscapes that generally having positive, but ordinary or common, scenic qualities, as well as portions of the landscape with low scenic quality. The existing scenic condition includes existing oil and gas leases on which development of 1,100 more wells and associated facilities may occur.

Throughout these four areas, particularly the northwestern portion of NSJB and the northern Paradox Basin, the landscape has been modified by agricultural, residential, commercial, transportation, and oil and gas development.

A typical well site and access road affects 4 to 5 acres. The existing visual impact of oil and gas development includes many facilities and components such as tanks, pumpjacks, wellheads, fences, and signs. Wells and associated structures can impact views at all distance zones in the BLM Paradox Basin and the NSJB, but are often screened by vegetation and/or topography at middle ground and background zones. Most of these existing visual impacts occur in foreground views within 0.5 mile of viewers. There are no wellheads currently in the SJNF portion of the Paradox Basin or the San Juan Sag area. Oil and gas facilities are often readily visible from nearby residences, recreational areas, highways, and county roads.

- **Paradox Basin (BLM):** Currently the scenic condition in this area is primarily VRI Classes III and IV, meaning human modification is evident to most viewers throughout the area. The basin also has some small, interspersed areas of VRI Classes I and II that have much less evidence of human activity and modification. This area has low sensitivity due to few viewers and low screening potential due to the predominantly open landscape. The BLM portion of the Paradox Basin contains uranium leases and has approximately 150 operating wells that give an industrial character to portions of the landscape within those areas. Native vegetation has been cleared and access roads constructed to access the wells. A total of 235 wells may be developed in the BLM portion of the Paradox Basin over the next decade under existing leases. The Paradox Basin also contains the Spring Creek HMA, the Dolores Canyon WSA, and other unique features associated with the basin and the Dolores River.  Therefore, although oil and gas development has potential to modify the visual appearance of the landscape, there are protections and terrain features that soften visual impacts across the geographic area of the basin.

- **Paradox Basin (USFS):** The current scenic condition for this area is moderate scenic integrity, which is a slightly altered landscape character. Due to the predominately open landscape, this area has low visibility with few viewers and low screening potential. It has a well-developed road network and substantial evidence of active vegetation management. However, it does not have the same level of oil and gas development as that of the BLM portion of the Paradox Basin.

- **NSJB:** The current scenic condition of this area is moderate to low scenic integrity, which is a slightly to moderately altered landscape character. Due to its mixed deciduous shrub and forest cover, this area has low to high visibility and medium screening potential. In the western portion of the area, approximately 300 wells have been developed on BLM, state, and private lands. An additional 750 wells may be developed on currently leased lands over the next decade. Also in the western BLM portion, five compressor stations are planned in an area where most of the current residential development also exists. There is currently substantial existing gas development visible from individual residences, county roads, and subdivisions, as well as from

424

BLM_0032314

within the WUI. There is visual impact from wells on NFS lands in the Saul's Creek area of the NSJB.

- **San Juan Sag Area:** The current scenic condition is moderate scenic integrity, which is a slightly altered landscape character with some locations of high and some locations of low scenic integrity. Due to varied terrain and forest cover, this area has moderate visibility and high screening potential. The San Juan Sag area has a well-developed road network; however, in other respects the area remains natural in appearance. There may be as many as 30 wells developed in the area at a rate of two wells per year.

In some areas, a legacy of oil and gas development has resulted in an accumulation of visual impacts. This limits the ability to conduct further future activities and still meet desired scenic objectives. Impacts attributable to oil and gas development include, but are not limited to, the following:

- Development of oil and gas has already resulted in visual impacts in the form of access roads, communication towers, well pad sites, pipeline corridors, compressor facilities.

- In some areas, recent exploratory activity for oil and gas has already resulted in impacts that may limit options for future activities in light of visual resource/scenery objectives for the areas.

- On BLM-administered lands, visual resources have to date been addressed on a site-specific basis, but the lack of a completed VRI for the BLM lands has pre-empted a landscape-scale approach to visual resources related to oil and gas development.

- Public concerns about maintaining scenic quality is increasing.

- Increasing WUI development is leading to increased demand for access roads, utility corridors, and cell phone relay towers. These facilities are changing the natural-appearing condition to a modified landscape where the where deviations strongly dominate the existing landscape character

- Large uninterrupted tracts of undeveloped lands are increasingly scarce and valued in the southwestern region, especially as residential development and populations grow.

Valued scenic and cultural landscapes associated with scenic byways remain in jeopardy of development and reduced scenic quality/integrity from a variety of sources, including oil and gas development. Larger numbers of visitors are anticipated to take up driving for pleasure as the overall population increases, and as the nation's population becomes older and less able to engage in more physically active forms of recreation away from primary road corridors.

## 3.15.3 Environmental Consequences

### Direct and Indirect Impacts

Alternative A for BLM lands indicates that all BLM lands are "unclassified" because VRM classes have never before been assigned within the TRFO. Therefore, Alternative A reflects the continuation of no VRM area allocation decisions. The LRMP results in the first formal VRM allocations for BLM lands. For NFS lands, Alternative A reflects scenery objectives from the previous LRMP that would remain in effect if no action were taken to change scenery objectives in this LRMP/FEIS. Alternative A therefore represents a baseline for this visual/scenery management analysis of the other alternatives.

Alternative B has the highest proportion of land area allocated as VRM Class III for the BLM, allowing for a larger degree of modification of landscapes. This allows more management flexibility for the

BLM_0032315

agency, yet still requires that human modification does not dominate viewsheds or cause the casual viewer to perceive the landscape as primarily unnatural in appearance. This alternative also has less acreage in the least protective categories (VRM III and IV, SIO low and moderate) than Alternative D, but slightly more than Alternative A. This would allow for a greater degree of modification to those areas than that of Alternatives A and C.

Alternative C has the highest proportion of acreage in more protective management classes (VRM I and II, SIO high and very high). This would lead to a greater degree of protection for natural landscapes and less impact to the natural appearance of planning area landscapes.

Alternatives A and D in general have the highest proportion of acreage allocated to less restrictive scenery/visual resource objectives (VRM III and IV, SIO low and moderate). However, VRM Class II acreage is higher in Alternative D than that of Alternative B. This allocation would allow for greater overall changes to occur within the landscape under this alternative dependent on future development and project activity scenarios.

The above comparisons are summarized in general in Table 3.15.3, below, which characterizes the proportion of the planning area that would remain natural in appearance under the various alternatives.

See Volume III, Appendix V, Maps 40–43 for scenic integrity objectives and VRM classes by alternative.

## Natural-appearing Landscape

The scenic integrity objectives very high, high, and moderate, and the VRM Classes I, II, and III would result in a relatively natural-appearing landscape. Alternative C would provide for more acres of natural-appearing landscape than would Alternatives A and D. This would be primarily due to the amount of oil and gas, timber harvesting, and fuels reduction activities expected under each alternative, as well as to the associated mitigation measures required for oil and gas development (stipulations).

## Impacts Related to Fire and Fuels Management

All of the alternatives would include treatment for fuels reduction (including mechanical and prescribed burns). Fuels reduction efforts may result in short-term negative scenic impacts, as well as a lowered scenic integrity due to cut vegetation, slash, and disturbed soils. Planning for scenic elements and adherence to standards and guidelines would minimize short-term impacts and reap long-term scenic benefits, meeting scenic integrity objectives.

Fuels reduction activities may result in a more stable forest condition, which may then better resist catastrophic wildfires. Without fuels reduction treatments, catastrophic wildfires may be more likely, and indirect negative impacts may be more likely to result from the use of bulldozers in fire suppression or development of roads for post-fire timber salvage. Natural disturbance factors, such as low-intensity wildfire, have the potential to alter the appearance of the planning area. Periodic low-intensity wildfire is a natural disturbance factor that may change scenic conditions; however, it may have no direct impact on scenic integrity. Generally, low-intensity fire (wild or prescribed) may result in long-term beneficial impacts to scenery.

Alternative D would propose to treat slightly more acres than would the other alternatives; therefore, it would result in the greatest impacts to scenery, in terms of short-term degradation and long-term benefits.

BLM_0032316

## Impacts Related to Vegetation Management

Timber management activities typically reduce scenic quality in the short term due to the associated visible slash, stumps, landings, and roads. In the long-term, harvesting activities may maintain or enhance scenic qualities and scenic stability, and the ability to resist insects, disease, and catastrophic wildfire. However, with proper planning prior to timber management activities taking place, treated areas should meet the adopted SIO within 2 to 5 years after harvest.

Historic treatments within the planning area have mostly included selective harvesting of ponderosa pine and mixed conifer, clear-cutting of aspen, and thinning of pinyon and juniper trees. Future treatments would use the same prescriptions. Selective tree cutting and partial cutting may enhance forest scenery in the long term. This is because this activity may result in more open park-like groves of trees, enhance structural and species diversity, create vistas, and reduce susceptibility to wildfire. Aspen clear-cutting may result in large-scale openings that have short-term negative elements (including stumps, slash, crushed trees, landings, disturbed soil and ground vegetation, and roads). In the long term, these openings may regenerate with highly valued groves of scenic aspen.

Under all of the alternatives, the short-term impacts related to timber management activities may be adverse. Long-term impacts may be positive to scenic values. Long- and short-term impacts to scenery would be the greatest under Alternative D, which would treat more acres and reconstruct more road miles than would Alternatives A, B, or C.

## Impacts Related to Facilities

The main variables that influence the number of new facilities, as well as the maintenance and restoration of old facilities, are budget, adherence to design guidelines, and partnerships. Since these variables are expected to be the same under all of the alternatives, the related impact to scenic integrity of managing existing facilities and developing new facilities is expected to be site-specific and similar under all of the alternatives.

## Impacts Related to Utility Corridors

The potential impacts of utility corridors on scenery may be the same under all of the alternatives. Site-specific analysis would be undertaken for projects involving new or existing utilities. When this occurs, scenic issues would be identified and addressed.

## Impacts Related to Roads and Trails

Impacts related to roads and trails may include higher road and trail densities within areas suitable for motorized recreation; increased soil and ground-cover disturbance associated with parking, dispersed camping, trail use, and motor vehicle travel; and increased number of signs and gates in the landscape. Alternative C would have fewer impacts related to roads and trails than would the other alternatives. This is due to the reduced area considered suitable for motorized recreation use under Alternative C, as well as the reduced road use for active management.

Travel routes may have a positive social benefit, in that they provide places for people to access and view scenery. From that standpoint, Alternative C would provide the least benefit.

Alternatives D, A, B, and C, respectively, would have the greatest to least adverse impacts to visual resources, even though the travel routes may have a beneficial impact by providing access for people to view scenery.

BLM_0032317