Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

3.1.12   Narrowleaf cottonwood riparian areas and wetland ecosystem communities throughout the low and middle elevations of the geographic area display moderate to high canopy cover (greater than 20%) of narrowleaf cottonwood trees, including young-, middle-, and old-age classes.

3.1.13   Willow riparian areas and wetland ecosystem communities throughout the low and mid elevations of the Dolores geographic area display moderate to high canopy cover (greater than 20%) of willows, including young-, middle-, and old-age classes.

3.1.14   Aspen management maintains age and class diversity and promotes healthy stand conditions while, at the same time, continuing to supply a sustainable supply of aspen products to the local and regional industries.

3.1.15   Timber and fire management is used in order to restore stands to an uneven-age condition where natural fire regimes and natural processes can occur, and where a multi-aged and multi-cohort forest structure resilient to disturbance is established. Timber management in the ponderosa pine incorporates restoration forestry into commercial timber sales at an appropriate scale that provide support, stabilization, and diversification of the local industry.

See relevant sections in Chapter 3 for specific management direction for the following areas within the TRFO geographic area:

- BLM WSAs (McKenna Peak, Dolores River, Weber, Menefee, Handies Peak, West Needles, Whitehead Gulch, and Weminuche Contiguous)
- Recommended WSR segments
- ACECs (Gypsum Valley, Anasazi Culture Area)
- BLM SRMAs (Dolores River Canyon, Durango, Silverton, and Cortez) (see Section 2.14, Recreation)
- Lands managed for wilderness characteristics
- Wild horse HMAs (Spring Creek)
- Scenic, historic, and backcountry byways (portions of the San Juan Skyway and the Trail of the Ancients Scenic Byway)
- BLM wildlife management areas (Perins Peak)
- National recreation and scenic trails (Continental Divide National Scenic Trail, Old Spanish Historic Trail)
- Other areas with specific management (Dolores River Canyon, Mesa Verde Escarpment, Silverton area)

## 3.2   Dolores Ranger District Geographic Area (San Juan National Forest)

The Dolores Ranger District geographic area lies predominantly in Montezuma, Dolores, and San Miguel Counties, and consists of approximately 597,126 acres of NFS lands. The social center of this geographic area is the town of Cortez (with a population of approximately 8,500 people). Cortez is the Montezuma County seat, as well as the commercial center for the smaller communities of Mancos, Dolores, Rico, and Dove Creek (which is the Dolores County seat), all with populations of 1,200 or less.

The main river systems of this geographic area are the Mancos River (which has headwaters in the La Plata Mountains) and the Dolores River (which has headwaters in the Lizard Head wilderness). Both rivers provide irrigation for pastures, hay meadows, and other crops on private lands in the area. McPhee Reservoir, on the Dolores River, is the second largest body of water in Colorado. It is an important recreation area, as well as a source of domestic and irrigation water. Use of water from these rivers has greatly affected both historical settlement patterns and current land uses.

Significant portions of the San Juan Skyway traverse the Dolores geographic area (including U.S. Highway 145, from Lizard Head Pass down through Rico to Dolores and Cortez, and from there U.S. Highway 160 to the Montezuma-La Plata County line, which is the boundary with the Columbine geographic area). Other major segments of the skyway are to the east, in the Columbine geographic

BLM_0032808

area, and on the Uncompahgre National Forest to the north (going through Ouray, Ridgway, and Telluride). Since its designation as a scenic byway, the San Juan Skyway has been one of the most popular recreation attractions in southwest Colorado. It is one of only 26 All-American Roads in the United States. The skyway's diverse natural and cultural resources, combined with its unique and spectacular scenery, give it a claim as one of the crown jewels of scenic byways in the entire nation. Portions of the Trail of the Ancients Scenic Byway are also located within the Dolores geographic area.

The area includes high densities of significant Puebloan archeological sites (including the Anasazi Archeological District around McPhee Reservoir), as well as more modern mining, railroad, logging, and grazing historical sites.

The San Juan Mountains, which are part of the southern Rocky Mountains, fall into the South-Central Highlands Section. The San Juan Mountains are unusual within the north-south orientation of the Rocky Mountains, in that they are a large mountain range with an east-west orientation. This part of the geographic area includes the Lizard Head wilderness and several CRAs (including Storm Peak, Ryman, Black Hawk Mountain, and portions of San Miguel and Hermosa). This area has much less human development than the rest of the Dolores geographic area, with most of the development occurring on private land in the Dolores River valley (including the town of Rico). The area also contains some roads associated with historic, and current, timber harvesting and historic mining (especially near Rico). Big game hunting is popular in the fall. Aspen trees are an important component of the vegetation here, both for their scenic quality and to support the wood product plants in the area.

"The Pine Zone" is located on the west side of the geographic area and was heavily logged in the early 1900s. This area is still being logged; however, the emphasis is now on restoring more natural conditions. Cattle grazing occurs over most of the area. The area is also popular for big game hunting.

## Desired Conditions

3.2.1   Public lands continue to function as "working lands." Collaborative forest health and rangeland management practices reduce wildfire hazards, contribute to the viability of private ranch lands, and sustain ecosystem services (including watershed health and wildlife habitat). The local economy benefits from, and contributes to, sustainable resource management, as well as the preservation of open space.

3.2.2   The Dolores River system remains a primary water source in order to meet domestic and agricultural needs while, at the same time, contributing a wide array of recreational, ecological, and aesthetic services. Collaborative efforts support watershed health, instream water quality, scenic assets, healthy native and sport fish populations, rafting and flat water boating opportunities, and flow and spill management below McPhee Dam in support of ecological, recreational, reservoir management, and water rights imperatives.

3.2.3   A variety of looped single- and two-track opportunities for motorized and mechanized recreation exist at a range of elevations, offering different levels of difficulty. Motorized and mechanized opportunities are balanced with opportunities for foot and horseback access to areas of relative quiet and solitude at a variety of elevations. Much of the primary access to these areas is shared, based on mutual courtesy and on a strong stewardship ethic that is primarily self-enforced and maintained by individuals and user groups.

3.2.4   Cultural and historic resources are protected, interpreted, and promoted through an integrated, interagency network involving the BLM's Anasazi Heritage Center and Canyons of the Ancients National Monument, the Ute Mountain Tribal Park, Mesa Verde National Park, and community visitor centers (including the Cortez Cultural Center, the Galloping Goose Museum, and the Mancos Visitor Center). Residents and visitors are educated and oriented in a manner that enhances and encourages their participation in the enjoyment and stewardship of cultural resources (which are significant contributors to the local economy).

BLM_0032809

3.2.5   Scenic vistas are protected and enhanced through collaborative efforts with partners (including the Colorado Byways Commission, CPW, the Montezuma Land Conservancy, the Office of Community Services, CDOT, Montezuma and Dolores Counties, and the Town of Rico).

3.2.6   The McPhee Reservoir area is one of the Four Corners' "recreation gems." A viable marina facility is re-established that offers, at a minimum, basic services for those enjoying water sports and fishing. A strong connection exists between the reservoir and the town of Dolores.

3.2.7   Ponderosa pine forests on the mesa tops of the Dolores geographic area display structural diversity (including more old growth stands, stands with a clumped structure, stands with large old trees, snags, and large dead and downed wood on the forest floor).

3.2.8   Narrowleaf cottonwood riparian areas and wetland ecosystem communities throughout the low and middle elevations of the Dolores geographic area display moderate to high canopy cover (greater than 20%) of narrowleaf cottonwood trees, including young-, middle-, and old-age classes.

3.2.9   Willow riparian areas and wetland ecosystem communities throughout the low- and mid-elevations of the Dolores geographic area display moderate to high canopy cover (greater than 20%) of willows, including young-, middle-, and old-age classes.

3.2.10   Aspen management maintains age and class diversity and promotes healthy stand conditions while, at the same time, continuing to supply a sustainable supply of aspen products to the local and regional industries.

3.2.11   Timber and fire management is used in order to restore stands to an uneven-age condition where natural fire regimes and natural processes can occur, and where a multi-aged and multi-cohort forest structure resilient to disturbance is established. Timber management in the ponderosa pine incorporates restoration forestry into commercial timber sales at an appropriate scale that provide support, stabilization, and diversification of the local industry.

See relevant sections in Chapter 3 for specific management direction for the following areas within the Dolores geographic area:

- Wilderness (Lizard Head wilderness area)
- USFS recommended wilderness areas (portions of the Lizard Head and Hermosa CRAs)
- RNAs (Narraguinnep and Grizzly Peak)
- Scenic, historic, and backcountry byways (portions of the San Juan Skyway and the Trail of the Ancients Scenic Byway)
- National recreation and scenic trails (Calico and Highline trails)
- Special Areas (Rico and McPhee)

**Management Area Composition:** Table 3.2.1 shows the distribution of MAs within the Dolores geographic area.

**Table 3.2.1: Management Area Distribution in the Dolores Geographic Area**

| Management Area | Proposed Plan (Preferred Alternative) (acres) | Percentage of Geographic Area (USFS lands) |
|---|---|---|
| MA 1: natural processes dominate | 34,427 | 5.8% |
| MA 2: special areas and designations | 34,645 | 5.8% |
| MA 3: natural landscapes, with limited management | 209,620 | 35.1% |
| MA 4: high-use recreation emphasis | 28,053 | 4.7% |
| MA 5: active management (commodity production in order to meet multiple-use goals) | 289,779 | 48.5% |
| MA 7: public and private lands intermix | 0 | 0.0% |
| MA 8: highly developed areas | 602 | 0.1% |
| **Total** | **597,126** | **100%** |

BLM_0032810

## 3.3   Columbine Ranger District Geographic Area (San Juan National Forest)

The Columbine geographic area forms the central part of the planning area. It is situated primarily in La Plata and San Juan Counties, with some lands in Hinsdale and Archuleta Counties, and consists of approximately 691,150 acres of NFS lands. The Columbine geographic area shares a northern border with the Uncompahgre and Rio Grande National Forests, and with the BLM TRFO, Uncompahgre, and Gunnison Field Offices.

The social center of this geographic area is the city of Durango (with a population of approximately 16,000 people). It is the county seat for La Plata County (with a population of approximately 47,000 people). It is also the commercial center for the smaller communities of Bayfield (approximately 1,800 people), Ignacio (approximately 775 people), and Silverton (approximately 600 people; which is the San Juan County seat). Farmington, Aztec, and Bloomfield (New Mexico) have ties to the area as trade centers, support for the oil and gas industry, and recreation users (especially of La Plata Canyon).

Durango Mountain Resort (DMR) lies between Silverton and Durango, off of U.S. Highway 550. DMR has a base area on private land, with some additional base facilities and ski runs permitted on the SJNF. La Plata and San Juan Counties have approved a Planned Unit Development for the private lands adjacent to the DMR, with the potential for over 2,000 resort housing and lodging units supported by substantial commercial development. The likely increase in population adjacent to public lands will result in a need for close coordination on issues (including trail development, fuels reduction, and wildlife habitat).

Significant portions of San Juan Skyway traverse the Columbine geographic area (including as U.S. Highway 550 from Durango north to Silverton, and over Red Mountain Pass, which is the boundary with the Uncompahgre National Forest). A lower elevation portion of the skyway follows U.S. Highway 160 from Mancos Hill to Durango. The other towns in the Columbine geographic area are situated at lower elevations (and have milder climates). Durango is situated at the intersection of U.S. Highway 550 (which connects with Silverton to the north, and Aztec and Farmington, New Mexico, to the south) and U.S. Highway 160 (which connects with Cortez to the west and Pagosa Springs to the east). The city is a hub for the area. Durango is one of the more mature tourism towns in Colorado, with a historic downtown. It is supported by tourism related to the Durango-Silverton Narrow Gauge Railroad, the Animas River, DMR, Mesa Verde National Park, and the Weminuche wilderness area. Durango is one of a handful of towns that can make a good claim to the title "mountain bike capital of the world." Durango is also home to Fort Lewis College. It is the governmental, commercial, and entertainment center for southwest Colorado. Residents of Durango have easy access to public lands within the planning area. Bayfield has been a bedroom community to Durango, but is developing a significant business infrastructure of its own, which is expected to grow in the coming years.

The main river systems in the Columbine geographic area are the Animas (with headwaters above Silverton) and the Los Pinos, or Pine (with headwaters in the Weminuche wilderness). Both rivers drain into the San Juan River in northern New Mexico, which then joins the Colorado River. Water diversion for agriculture and municipal use is important on both rivers. Both river systems also contain relatively pristine stretches that are valued for their scenery and recreational opportunities.

Vallecito Reservoir is in this geographic area; it is the most developed lakeshore resort and recreation area in southwest Colorado. Above Vallecito Reservoir, and nearby Lemon Reservoir, are access points to the Weminuche wilderness. The Los Pinos River flows south from Bayfield through the town of Ignacio, which is a tri-ethnic community that serves as the headquarters of the Southern Ute Tribe. The Southern Ute Tribe has combined decades of revenues from energy production with excellent management in order to become one of the wealthiest tribes in the country.

The higher country, part of the San Juan Mountains, is characterized by steep, rugged terrain with predominantly spruce-fir, aspen, and mixed conifer forests. Much of the area to the east of U.S. Highway 550 and the Animas River is in either the Weminuche wilderness or in the Piedra Area (designated in the 1993 Colorado Wilderness Act to be managed to preserve its wilderness character). CRAs include Baldy, Florida River, Runlett Park, and smaller areas adjacent to the Weminuche wilderness area and the Piedra Area.

BLM_0032811

The Missionary Ridge Fire in 2002 burned approximately 73,000 acres in the area north of Durango (east of U.S. Highway 550), over to the western edge of the Piedra Area (east of Vallecito Reservoir). Early rehabilitation efforts have gone well; however, restoration would continue to be a concern during the life of the LRMP. Continued cooperation with local communities (including Vallecito) that were greatly affected by the fire and its aftermath will continue to be a management goal.

Much of the high country west of U.S. Highway 550 is unroaded, including the Hermosa area (which is the largest roadless area outside designated wilderness in Colorado, consisting of approximately 148,139 acres). The Hermosa Trail, which parallels the main stem of Hermosa Creek, is considered one of the top mountain bike rides in the country. The portion of the Hermosa Creek west of the trail is managed as a MA 1, with much it recommended for inclusion in the National Wilderness Preservation System. The eastern portion, including the trail, is managed as MA 3. Although this portion includes several popular motorcycle routes, non-motorized recreation is emphasized for most of the Hermosa area. The San Miguel area is another large roadless area (a significant portion of which is to be managed as a MA 1, including Engineer Mountain).

This area is characterized by low- to mid-elevation mountains, mesas, hills, and valleys with mild to moderate winters and predominantly mixed confer, ponderosa pine, pinyon-juniper, and mountain grassland vegetation. Coalbed methane reserves exist in large quantities in the northern San Juan Basin area. Most of this area was leased for oil and gas development prior to the development of this LRMP with additional development authorized by the Northern San Juan Basin Coalbed Methane EIS (BLM and USFS 2006) and ROD in 2007 (USFS and BLM 2007). Direction for the area, consistent with that ROD, is found in Section 3.25 of this LRMP.

The vast amount of undeveloped land that provides a setting for backcountry recreation is a primary reason people visit this area. Additionally, the area contains some unique access into high-elevation remote areas (including the Durango-Silverton Narrow Gauge Railroad's access to Weminuche wilderness trailheads, and historic mining roads into the high-elevation mountains around Silverton and in La Plata Canyon). Compared to the other geographic areas, the Columbine geographic area has the most trailheads providing access into the backcountry. Given local population, visitors, tourism amenities, access to the backcountry, and the proximity of other regional destinations, the Columbine geographic area experiences the greatest amount of recreation users and resulting recreation management challenges.

The economies of the communities in the Columbine geographic area have evolved towards an increasing emphasis on amenity migration (the movement of people for pleasure rather than for economic reasons), recreation tourism, and resort development, but still have ties to multiple-use management. The historic connections of La Plata County to ranching, hunting, and public land grazing are of continuing importance, as the area struggles to protect the scenic, wildlife, and cultural aspects that ranching and outfitting/guiding play in the overall appeal of the area. Although the historic ties to sawmilling have substantially diminished, the Missionary Ridge Fire was a reminder of the continued need for forest management and the economies that help support forest management on public and private lands. The fact that La Plata County is one of the top energy-producing counties in Colorado also presents multiple-use management challenges.

## Desired Conditions

3.3.1   The full spectrum of outdoor recreational opportunities, ranging from wilderness settings to in-town access, is provided. This is the result of a collaborative process for the allocation and sharing of uses and stewardship responsibilities designed to protect the quality of the human experience and health of the natural environment.

3.3.2   Extensive heritage resources remain central to the area's economy, culture, and recreational experience. Heritage resources, as well as the natural settings that make these resources so unique, are protected and sustainable.

BLM_0032812

3.3.3   Destination and resort development, especially along the river corridors, is planned, developed, and managed in order to minimize its impact on the health of surrounding landscapes, natural resources, and communities. This is the result of sustained cooperation from the land management agencies, interested citizens, state and local agencies, and developers.

3.3.4   Oil and gas development is planned, conducted, and reclaimed to a standard commensurate with the ecological, aesthetic, and human values attached to the land where the extraction is occurring.

3.3.5   Opportunities for research, particularly applied research, are fully developed with local partners (including Fort Lewis College, the Mountain Studies Institute, and the Center for Snow and Avalanche Research, as well as other interested groups and institutions).

3.3.6   Winter sports conflicts are reduced through cooperative efforts between motorized and non-motorized advocates. Some areas may emphasize one use over another, but many potential problems are resolved through agreements on locations of parking areas, grooming, and route locations. High-quality opportunities are available for both snowmobiling and backcountry skiing.

3.3.7   The wetlands and fens associated with the upper Pine River and Flint Creek watersheds in the Columbine geographic area (where a high density of fens occur) are protected and have the water sources and hydrologic systems necessary in order to support and sustain these ecosystems.

3.3.8   The wetlands and fens associated with the Lime Creek watershed and the Mountain View Crest and Molas Lake areas in the Columbine geographic area (where high concentrations of wetlands and potential fens occur) have the water sources and hydrologic systems necessary in order to support and sustain these ecosystems.

3.3.9   The Missionary Ridge wildfire area in the Columbine geographic area displays less bare soil and erosion, and a higher abundance and distribution of native herbaceous plant species.

3.3.10  The landscapes associated with the intensive gas development in the Columbine geographic area display minimal fragmentation. The major vegetation types associated with those lands, particularly the ponderosa pine forests, pinyon-juniper woodlands, and mountain shrublands, display compositions and structures similar to those that occurred before the development.

See relevant sections in Chapter 3 for specific management direction for the following areas within the Columbine geographic area:

- Wilderness (Weminuche wilderness)
- USFS recommended wilderness areas (a portion of the Hermosa CRA and the Elk Park portion of the Weminuche Adjacent CRA)
- Recommended WSR segments (Hermosa Creek and tributaries, Los Pinos and tributaries, above Vallecito Reservoir)
- RNAs (Electra and Hermosa)
- Botanical areas (Chattanooga Iron Fen)
- Archeological areas (Falls Creek)
- Scenic, historic, and backcountry byways (portions of the San Juan Skyway)
- National recreation and scenic trails (portions of the Continental Divide National Scenic Trail and the Colorado Trail)
- Special Areas (HD Mountains)

**Management Area Composition:** Table 3.3.1 shows the distribution of MAs within the Columbine geographic area.

BLM_0032813

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

Table 3.3.1: Management Area Distribution in the Columbine Geographic Area

| Management Area | Proposed Plan (Preferred Alternative) (acres) | Percentage of Geographic Area (USFS lands) |
|---|---|---|
| MA 1: natural processes dominate | 312,018 | 45.5% |
| MA 2: special areas and designations | 48,239 | 7.0% |
| MA 3: natural landscapes, with limited management | 216,800 | 31.6% |
| MA 4: high-use recreation emphasis | 33,196 | 4.8% |
| MA 5: active management (commodity production in order to meet multiple-use goals) | 61,512 | 9.0% |
| MA 7: public and private lands intermix | 8,650 | 1.3% |
| MA 8: highly developed areas | 5,632 | 0.8% |
| **Total** | **686,047** | **100%** |

## 3.4   Pagosa Ranger District Geographic Area (San Juan National Forest)

The Pagosa geographic area is the easternmost geographic area in the planning area. It is bounded by the Continental Divide (the boundary with the Rio Grande National Forest) on the north and the east. It is predominantly situated in Archuleta, Hinsdale, and Mineral Counties, with some lands in Rio Grande and Conejos Counties. The Pagosa Ranger District consists of approximately 585,770 acres of NFS lands.

The social center of the geographic area is the town of Pagosa Springs (with a population of approximately 1,620 people). Although Pagosa Springs is the only incorporated town in the geographic area, much of the population of Archuleta County (with a population of approximately 10,000 people) is in low-density residential and second-home enclaves, most notably in the Pagosa Lakes area. The geographic area includes significant acres of Hinsdale and Mineral Counties, but the towns, as well as almost all of the population of those counties, are situated north of the Continental Divide and the Weminuche wilderness area (with little social connection and limited road access to the residents and businesses in the Pagosa geographic area).

Pagosa Springs sits at the intersection of U.S. Highway 160 (before the road turns north to head over Wolf Creek Pass) and U.S. Highway 84 (which heads south into northern New Mexico). Pagosa Springs was historically a compact sawmill and ranching town, with a Hispanic and pioneer Anglo ranching and sawmilling culture supported by productive forest land and livestock grazing. The area has long-standing ties with people coming out of Texas and New Mexico in the summer (to where it is cool and green) and from around the county in the fall (many to hunt big game). Besides the pleasant climate, the area is known for outstanding scenery. Many winter visitors to Wolf Creek Ski Area, as well as backcountry skiers and snowmobilers, stay in Pagosa Springs (rather than in South Fork, which is on the other side of Wolf Creek Pass).

On a percentage basis, Archuleta County is the fastest growing county in southwest Colorado. Amenity migration and second-home development began in the 1970s (with the development in the Pagosa Lakes area west of Pagosa Springs) and now fills most of the triangle of developable land between U.S. Highway 160, the Piedra Road, and the forest boundary east of Martinez Creek. Similar development has pushed against the USFS boundary to the west of Pagosa Springs and north of U.S. Highway 160. Much of the NFS lands around Pagosa Springs are in MA 7 settings (public and private lands intermix), which reflects this development. In addition to fire risk reduction in these areas, development of trails and recreation opportunities and the protection of wildlife habitat (especially winter range) are important.

The main river systems in this geographic area are the Piedra River (which has headwaters in the Weminuche wilderness area) and the San Juan River (with the headwaters of the West Fork of the San Juan beginning north of Pagosa Springs in the Weminuche wilderness area, and the East Fork of the San

BLM_0032814

Juan beginning northeast of Pagosa Springs in the South San Juan wilderness area). These rivers, and their tributaries, are important for recreation and scenic quality, as well as for irrigation and domestic water supplies. They also support a diverse mix of aquatic habitats and riparian and wetland ecosystems that contribute to the ecologic and economic values of the area.

Approximately 85% of the public lands in the Pagosa geographic area are in the South-Central Highlands Section (including portions of the Weminuche wilderness area, the South San Juan wilderness area, and the Piedra Area). The Treasure Mountain and Turkey Creek CRAs (which lie between the Weminuche and the South San Juan wilderness areas) contain important linkages and corridors for wildlife movement. Other IRAs include Graham Peak and areas adjacent to the Weminuche and South San Juan wilderness areas and the Piedra Area. These areas are managed, for the most part, in order to preserve their undeveloped character.

At middle and lower elevations in this geographic area, there is an extensive network of roads, primarily left by historical logging. These roads support many forms of dispersed recreational use and camping, and are heavily used during hunting season. Restoration-oriented logging is expected in the ponderosa pine and mixed conifer forest found in this area. This area receives more precipitation than most of the Southwest and has good growing conditions for timber. Large trees, including aspen, are common.

Having moderate climates, the lower elevation mountains, mesas, and valleys are dominated by mountain grasslands, and mixed conifer, ponderosa pine, and pinyon-juniper woodlands, where human settlement has evolved. Much of the human development in the Pagosa geographic area is at the interface with forest lands, presenting wildfire hazard mitigation challenges that are being actively addressed through county policy, community wildfire protection planning, and mitigation.

A related challenge is the network of access roads connecting U.S. Highway 160 and U.S. Highway 84 to the SJNF. These roads provide access to residential subdivisions and other private in-holdings. They also provide recreation access to public lands for local visitors, as well as for visitors from out of the area. The pressure on these roads presents maintenance demands and costs that must be worked out collaboratively among local, state, and other federal agencies; property owners; and public land users. Growth in the Pagosa geographic area has reached a point where more domestic water and water storage are needed in order to meet increasing demand. This requires continued cooperation, in terms of exploring alternatives that involve storage and/or diversion facilities located on federal lands (where protecting the ecological integrity of affected stream channels is mandated).

The Pagosa geographic area's most striking heritage resource is the Chimney Rock National Monument. The user-supported interpretive tours, special events, and visitor center at this unique pre-Puebloan site are conducted and staffed by a very active group of volunteer citizens.

## Desired Conditions

3.4.1   Management activities maintain or enhance the ecological sustainability and integrity of the area. The demands of residents and users are balanced with the protection of watersheds, wildlife habitat, vegetation, soil productivity, and undisturbed natural areas.

3.4.2   The Pagosa geographic area is a destination for hunters, hikers, and motor vehicle enthusiasts. It promotes partnerships and responsible stewardship in all recreational uses of the public lands.

3.4.3   The local economy is supported and diversified by agency activities and programs (including maintaining roads, facilities, and campgrounds; supporting stewardship and partnerships; and providing a wide spectrum of recreation and tourism opportunities).

3.4.4   The USFS recognizes the needs of the area's growing population of residents and visitors. SJNF facilities (including roads, bridges, campgrounds, and trailheads) are designed and maintained to the proper standards for safe and efficient access to public lands.

BLM_0032815

3.4.5   The SJNF actively cooperates with local governments, residents, and land users in order to maintain and enhance the safety and enjoyment of the public lands. This is accomplished through the protection of scenery, the mitigation of WUI fire danger, and land ownership adjustments.

3.4.6   White fir is less abundant in the warm-dry and cool-moist mixed conifer forests of the Pagosa geographic area. The rare bristlecone pine forests that only occur in the Pagosa geographic area are protected and sustainable.

Please see relevant sections in Chapter 3 for specific management direction for the following areas within the Pagosa geographic area:

- Wilderness (Weminuche and South San Juan)
- Other Congressional designations (Piedra Area)
- USFS recommended wilderness areas (portions of the Turkey Creek, Monk Rock, and Weminuche Adjacent CRAs)
- Recommended WSR segments (the Piedra River, from U.S. Highway 160 to the Forks; East Fork of the Piedra, north of the wilderness boundary; Middle Fork of the Piedra; and West and East Fork of the San Juan River)
- Chimney Rock National Monument
- RNAs (Williams Creek, Martinez Creek, Hidden Mesas, Navajo River, Piedra, Porpyry Gulch)
- Botanical areas (O'Neal Hill, site of the globally rare Pagosa Springs bladderpod [*Lesquerella pruinosa*]).
- National recreation and scenic trails (portions of the Continental Divide National Scenic Trail).

**Management Area Composition:** Table 3.4.1 shows the distribution of MAs within the Pagosa geographic area.

**Table 3.4.1: Management Area Distribution in the Pagosa Geographic Area**

| Management Area | Proposed Plan (Preferred Alternative) (acres) | Percentage of Geographic Area (USFS lands) |
|---|---|---|
| MA 1: natural processes dominate | 252,073 | 43.3% |
| MA 2: special areas and designations | 9,104 | 1.6% |
| MA 3: natural landscapes, with limited management | 169,699 | 29.2% |
| MA 4: high-use recreation emphasis | 8,615 | 1.5% |
| MA 5: active management (commodity production in order to meet multiple-use goals) | 100,439 | 17.3% |
| MA 7: public and private lands intermix | 40,909 | 7.0% |
| MA 8: highly developed areas | 821 | 0.1% |
| **Total** | **581,660** | **100%** |

BLM_0032816

## 3.5   Management Areas (San Juan National Forest)

MA designations apply to all SJNF lands within the planning area, but not to TRFO lands. MAs describe the intensity of management that can be expected within each MA, ranging from areas where natural processes dominate and shape the landscape to areas that are intensely managed. In addition to the level of management, MAs also provide a general sense of how the landscape will appear and identify uses and activities that are allowed. To varying degrees, multiple uses occur within all the MAs. The allowable use tables for each MA portray the suitability determinations made under the grazing, timber, and travel programs in Chapter 2 as they apply to each MA, and also identify additional uses that are listed as allowable, restricted, or prohibited (if there are discrepancies between allowable use tables and grazing, timber, or travel suitability maps, the suitability map takes precedence). Table 3.5.1 identifies the distribution of MAs across the SJNF (see also Figure 3.5).

**Table 3.5.1 Management Area Allocations on San Juan National Forest Lands**

| Management Area | Acres | Percent of SJNF |
|---|---|---|
| MA 1 Natural Processes Dominate | 598,517 | 32.1% |
| MA 2 Special Areas and Designations | 91,985 | 4.9% |
| MA 3 Natural Landscapes, with Limited Management | 596,119 | 32.0% |
| MA 4 High-Use Recreation Emphasis | 69,864 | 3.7% |
| MA 5 Active Management (commodity production in order to meet multiple-use goals) | 451,730 | 24.2% |
| MA 7 Public and Private Lands Intermix | 49,560 | 2.7% |
| MA 8 Highly Developed Areas | 7,056 | 0.4% |
| **Total** | **1,864,831** | **100%** |

Some exceptions may apply to activities, particularly those activities that are pursuant to reserved or outstanding rights, or as provided by statute or treaty. Additionally, there are 566,100 acres of CRAs on the SJNF. CRAs are governed by the Colorado Roadless Rule and may have additional restrictions beyond the general suitability identified by MAs. When guidance in a forest plan is more restrictive than direction described in the Colorado Roadless Rule, actions must be consistent with the more restrictive direction.

BLM_0032817



# Management Areas
## San Juan National Forest
### Figure 3.5

**Legend**

- 1 - Natural Processes Dominate
- 2 - Special Areas and Unique Landscapes
- 3 - Natural Landscape with Limited Management
- 4 - High Use Recreation Emphasis
- 5 - Active Management
- 7 - Public and Private Lands Intermix
- 8 - Highly Developed Areas
- San Juan National Forest
- Tres Rios Field Office
- Chimney Rock National Monument
- State & Federal Highways

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

MDR
NAD 83, Polyconic Projection
May 30, 2013

0    10    20    40    Miles

San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan

BLM_0032818

## Management Area 1 (MA 1): Natural Processes Dominate

These relatively pristine lands are places where natural ecological processes operate free from human influences. Succession, fire, insects, disease, floods, and other natural processes and disturbance events shape the composition, structure, and landscape patterns of the vegetation. These areas contribute significantly to ecosystem and species diversity and sustainability, serve as habitat for fauna and flora, and offer wildlife corridors, reference areas, primitive recreation opportunities, and places for people seeking natural scenery and solitude. Roads and human structures are absent and management activities are limited on MA 1 lands. Motorized travel, and in most cases, motorized equipment are prohibited. MA 1 areas include designated wilderness areas, the Piedra Area, WSAs, and other lands where a primary desired condition is to maintain the undeveloped natural character of the landscape. See Table 3.5.2 for a list of allowable, restricted, and prohibited uses within MA 1.

**Table 3.5.2: Management Area 1 Allowable Uses**

| Activities and Uses | Allowable - Restricted - Prohibited |
|---|---|
| Fire managed for resource benefit | Allowable |
| Prescribed burning | Allowable |
| Mechanical fuels treatment | Restricted (allowable when meeting desired conditions of the area) |
| Timber production (scheduled on a rotation basis) | Prohibited |
| Timber harvesting as a tool | Prohibited |
| Commercial use of special forest products and firewood | Prohibited |
| Land use ROWs, special use permits, and utility corridors | Prohibited |
| Livestock grazing | Allowable |
| Facilities | Prohibited |
| Motorized (summer) | Prohibited |
| Motorized (winter) | Prohibited |
| Non-motorized (summer and winter) | Allowable |
| Mechanical transport | Restricted (mountain bikes are allowable in MA 1 landscapes outside designated wilderness) |
| Road construction (permanent or temporary) | Prohibited |
| Minerals - leasable (oil and gas, and other) | Restricted (designated wilderness, WSAs, and the Piedra Area are withdrawn from mineral leasing; a NSO stipulation would be applied to CRAs outside designated wilderness) |
| Minerals - locatable | Prohibited (wilderness areas are withdrawn from locatable mineral entry, subject to valid and existing rights; other MA 1 areas are open to mineral entry, but impacts to natural resource must be minimized; the agency can petition for the area to be withdrawn from mineral entry) |
| Minerals - saleable (materials) | Prohibited |

## Management Area 2 (MA 2): Special Areas and Designations

These areas possess one or more special feature or characteristic that makes them, and their management, unique from other areas within the planning area. MA 2 areas include RNAs, archeological areas, habitat areas, botanical areas, and other unique areas that have a mix of special features and uses. In general, MA 2 areas are managed in order to protect or enhance their unique characteristics; therefore, management intensity and suitability varies by each area. See subsequent sections in Chapter 3 of this LRMP for specific management direction for these MA 2 areas.

BLM_0032819

## Management Area 3 (MA 3): Natural Landscapes with Limited Management

MA 3 lands are relatively unaltered places where natural ecological processes operate primarily free from human influences. Succession, fire, insects, disease, floods, and other natural processes and disturbance events predominantly shape the composition, structure, and landscape patterns of the vegetation. These areas contribute to ecosystem and species diversity and sustainability, serve as habitat for fauna and flora, and offer wildlife corridors, reference areas, primitive and semi-primitive recreation opportunities, and places for people seeking natural scenery and solitude.

On the SJNF, approximately 47% of the MA 3 lands are within CRAs. Management activities are allowed in MA 3 areas but are more limited in the CRAs. For MA 3 lands that are not CRAs, roads, infrastructure, and management activities are more common. Management activities include habitat and ecosystem restoration, livestock grazing, wildland fire and prescribed burning, hazardous fuels reduction, salvage logging following fire, insect epidemics and/or wind events, and invasive species treatments. Motorized equipment may be used, and temporary road construction is allowed; however, most roads would be closed upon project completion. Most MA 3 areas emphasize non-motorized recreation opportunities, but motorized travel occurs in some areas on existing roads and motorized trails. Most MA 3 lands are available for fluid mineral leasing with specific resource stipulations; however, surface occupancy and road construction is prohibited (i.e., NSO stipulation) in CRAs. See Table 3.5.3 for a list of allowable, restricted, and prohibited uses within MA 3.

**Table 3.5.3: Management Area 3 Allowable Uses**

| Activities and Uses | Allowable - Restricted - Prohibited |
|---|---|
| Fire managed for resource benefit | Allowable |
| Prescribed burning | Allowable |
| Mechanical fuels treatment | Allowable |
| Timber production (scheduled on a rotation basis) | Prohibited |
| Timber harvesting as a tool | Allowable |
| Commercial use of special forest products and firewood | Allowable |
| Land use ROWs, special use permits, and utility corridors | Restricted (development may be conditioned or prohibited in CRAs and lands managed for wilderness characteristics) |
| Livestock grazing | Allowable |
| Facilities | Restricted (development may be prohibited in CRAs and lands managed for wilderness characteristics) |
| Motorized (summer) | Restricted (motorized travel may occur in some MA 3 locations on designated routes) |
| Motorized (winter) | Restricted (oversnow motorized travel may occur in some MA 3 locations) |
| Non-motorized (summer and winter) | Allowable |
| Mechanical transport | Allowable |
| Road construction (permanent or temporary) | Restricted (temporary road construction may occur in some MA 3 locations in order to achieve resource desired conditions; exceptions may apply for valid existing rights; additional road construction would also be allowed subject to valid existing rights and terms of development authorization) |
| Minerals - leasable (oil and gas, and other) | Restricted (special lease stipulations [i.e., NSO, CSU, TL] may apply to specific resources within MA 3 areas) |
| Minerals - locatable | Allowable (open to mineral entry per the 1872 Mining Law; however, the exploration and development of mining claims may be subject to restrictions to protect resources) |
| Minerals - saleable (materials) | Restricted (limited road access and other constraints in MA 3 landscapes may limit or preclude mineral collection.) |

BLM_0032820

## Management Area 4 (MA 4): High-Use Recreation Emphasis

These areas are places with relatively high levels of recreation use that is managed in order to provide a wide variety of opportunities and experiences to a broad spectrum of visitors. They are associated with, and often provide, access to popular destinations, transportation corridors, scenic byways, scenic vistas, lakes, and streams. Developed recreation facilities that provide user comfort and resource protection are present.

These areas tend to be altered by human activities, but also include some more undeveloped places (including backcountry travel corridors). Visitors can expect to see a wide range of human activities and development (including roads, trails, interpretive sites, campgrounds, trailheads, fences, and day-use facilities). Both motorized and non-motorized activity is common. Natural ecological processes and disturbance agents (including succession and fire) are often influenced by humans on most of these lands. Resource uses (including livestock grazing, timber management, and wildlife management) may occur in conjunction with surrounding recreation and scenic objectives. Mineral development, mining, and alternative energy infrastructure is generally not compatible within MA 4 areas, e.g., in developed recreation sites or along scenic corridors. See Table 3.5.4 for a list of allowable, restricted, and prohibited uses within MA 4.

**Table 3.5.4: Management Area 4 Allowable Uses**

| Activities and Uses | Allowable - Restricted - Prohibited |
|---|---|
| Fire managed for resource benefit | Restricted (may be used in order to meet desired conditions on adjacent lands) |
| Prescribed burning | Allowable |
| Mechanical fuels treatment | Allowable |
| Timber production (scheduled on a rotation basis) | Prohibited |
| Timber harvesting as a tool | Allowable |
| Commercial use of special forest products and firewood | Restricted (restrictions may apply within developed recreation areas) |
| Land use ROWs, special use permits, and utility corridors | Allowable |
| Livestock grazing | Restricted (restrictions may apply within developed recreation areas) |
| Facilities | Allowable |
| Motorized (summer) | Allowable |
| Motorized (winter) | Allowable |
| Non-motorized (summer and winter) | Allowable |
| Mechanical transport | Allowable |
| Road construction (permanent or temporary) | Allowable |
| Minerals - leasable (oil and gas, and other) | Restricted (special lease stipulations [i.e., NSO, CSU, TL] may apply to specific resources within MA 4 areas) |
| Minerals - locatable | Allowable (open to mineral entry per the 1872 Mining Law; however, the exploration and development of mining claims may be subject to restrictions to protect resources) |
| Minerals - saleable (materials) | Restricted (generally not compatible within developed recreation areas or scenic corridors) |

## Management Area 5 (MA 5): Active Management

These multiple-use areas are places where active management occurs in order to meet a variety of social, economic, and ecological objectives. They are easily accessible, occurring mostly on roaded landscapes and relatively gentle terrain. These are lands where timber harvesting, oil and gas activities, and intensive livestock grazing occur and influence the composition, structure, and landscape patterns of the vegetation. Natural ecological processes and disturbance agents (including succession and fire) are often influenced by humans on many of these lands. A mosaic of vegetation conditions is often present, some showing the effects (impacts) of past management activities, others appearing predominantly natural. These areas contribute to ecosystem and species diversity and serve as habitat for fauna and flora.

BLM_0032821

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

In MA 5 areas, visitors can expect to see a wide range of human activities, development, and management investments (including roads, trails, fences, corrals, stock ponds, timber harvesting equipment, oil and gas wells, and livestock). Maintenance of past and current investments is anticipated to be continued for future management opportunities. Motorized and non-motorized recreation opportunities are easily accessed by the relatively dense network of roads found on these lands. Hiking trails provide access for visitors (who can expect contact with others). Developed recreation facilities that provide user comfort and resource protection are present. See Table 3.5.5 for a list of allowable, restricted, and prohibited uses within MA 5.

**Table 3.5.5: Management Area 5 Allowable Uses**

| Activities and Uses | Allowable - Restricted - Prohibited |
|---|---|
| Fire managed for resource benefit | Allowable |
| Prescribed burning | Allowable |
| Mechanical fuels treatment | Allowable |
| Timber production (scheduled on a rotation basis) | Allowable |
| Timber harvesting as a tool | Allowable |
| Commercial use of special forest products and firewood | Allowable |
| Land use ROWs, special use permits, and utility corridors | Allowable |
| Livestock grazing | Allowable |
| Facilities | Allowable |
| Motorized (summer) | Allowable |
| Motorized (winter) | Allowable |
| Non-motorized (summer and winter) | Allowable |
| Mechanical transport | Allowable |
| Road construction (permanent or temporary) | Allowable |
| Minerals - leasable (oil and gas, and other) | Allowable (special lease stipulations [i.e., NSO, CSU, TL)] may apply to specific resources within MA 5 areas) |
| Minerals - locatable | Allowable (open to mineral entry per the 1872 Mining Law; however, the exploration and development of mining claims may be subject to restrictions to protect resources) |
| Minerals - saleable (materials) | Allowable |

## Management Area 7 (MA 7): Public and Private Lands Intermix

These areas are places where the public lands within the planning area are in close proximity to private lands; therefore, coordination with communities and local governments is essential in order to balance the needs of both parties. MA 7 areas are often associated with towns and cities, as well as with the houses, structures, people, and values associated with them. Visitors can expect to see a wide range of human activities and development (including roads, trails, fences, signs). In some MA 7 areas, oil and gas development is evident.

The proximity of these areas to private lands makes them a priority for fuels and vegetation treatments in order to reduce wildfire hazards. The backyard or rural recreation setting provided by many of these lands is an amenity to the active lifestyles and quality of life for local residents. Hiking, biking, and dog-walking are common activities. These areas contribute to ecosystem and species diversity, and serve as habitat for fauna and flora. Winter range for deer and elk is a common component of MA 7 areas, as are seasonal closures in order to reduce animal disturbance. Natural ecological processes and disturbance agents (including succession and fire) are influenced by humans on most of these lands.

BLM_0032822

Land exchanges, acquisitions, and disposals can be undertaken in order to improve the intermingled land ownership patterns that are common in MA 7 areas. Cooperation with adjacent landowners and local governments is common in order to improve access and convey roads to county jurisdictions, where appropriate. Cooperation is also be important in order to improve the transportation network, enhance protect resources, and allow authorized legitimate access to public lands. Utility and communication distribution lines tend to be more common in these areas. See Table 3.5.6 for a list of allowable, restricted, and prohibited uses within MA 7.

**Table 3.5.6: Management Area 7 Allowable Uses**

| Activities and Uses | Allowable - Restricted - Prohibited |
|---|---|
| Fire managed for resource benefit | Prohibited |
| Prescribed burning | Allowable |
| Mechanical fuels treatment | Allowable |
| Timber production (scheduled on a rotation basis) | Prohibited |
| Timber harvesting as a tool | Allowable |
| Commercial use of special forest products and firewood | Allowable |
| Land use ROWs, special use permits, and utility corridors | Allowable |
| Livestock grazing | Allowable |
| Facilities | Allowable |
| Motorized (summer) | Allowable |
| Motorized (winter) | Allowable |
| Non-motorized (summer and winter) | Allowable |
| Mechanical transport | Allowable |
| Road construction (permanent or temporary) | Allowable |
| Minerals - leasable (oil and gas, and other) | Allowable (special lease stipulations [i.e., NSO, CSU, TL] may apply to specific resources within MA 7 areas) |
| Minerals - locatable | Allowable (open to mineral entry per the 1872 Mining Law; however, the exploration and development of mining claims may be subject to restrictions to protect resources) |
| Minerals - saleable (materials) | Allowable (depending on location and resources present, resource restrictions may apply as identified in the LRMP standards and guidelines) |

## Management Area 8 (MA 8): Highly Developed Areas

These lands are places that have been altered with long-term development (including downhill ski areas and large dams). In these areas, human activities have created lasting changes in the composition, structure, and function (ecological processes and disturbance agents) of the associated ecosystems. These areas, which often provide large socioeconomic benefits, include DMR and the McPhee Dam. Mineral development, mining, and alternative energy infrastructure is generally not compatible within MA 8 areas, e.g., within downhill ski areas and dams. See Table 3.5.7 for a list of allowable, restricted, and prohibited uses within MA 8.

BLM_0032823

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Table 3.5.7: Management Area 8 Allowable Uses**

| Activities and Uses | Allowable - Restricted - Prohibited |
|---|---|
| Fire managed for resource benefit | Prohibited |
| Prescribed burning | Allowable |
| Mechanical fuels treatment | Allowable |
| Timber production (scheduled on a rotation basis) | Prohibited |
| Timber harvesting as a tool | Allowable |
| Commercial use of special forest products and firewood | Restricted |
| Land use ROWs, special use permits, and utility corridors | Allowable |
| Livestock grazing | Restricted |
| Facilities | Allowable |
| Motorized (summer) | Allowable |
| Motorized (winter) | Allowable |
| Non-motorized (summer and winter) | Allowable |
| Mechanical transport | Allowable |
| Road construction (permanent or temporary) | Allowable |
| Minerals - leasable (oil and gas, and other) | Restricted (stipulated with NSO to protect facilities) |
| Minerals - locatable | Allowable (open to mineral entry per the 1872 Mining Law; however, MA 8 areas contain a provision for assessing the affected area for future mineral withdrawal and/or segregation) |
| Minerals - saleable (materials) | Restricted (depending on location and resources present, restrictions may apply as identified in the LRMP standards and guidelines) |

BLM_0032824

## 3.6    Wilderness Areas and Wilderness Study Areas

Wilderness is a unique and vital resource. In addition to offering primitive recreation opportunities, it is valuable for its scientific and educational uses, as a benchmark for ecological studies, and for the preservation of historical and natural features.

The Wilderness Act of 1964 defines wilderness as:

> A wilderness, in contrast with those areas where man and his own works dominate the landscape, is hereby recognized as an area where the earth and its community of life are untrammeled by man, where man himself is a visitor who does not remain. An area of wilderness is further defined to mean in this chapter an area of undeveloped Federal land retaining its primeval character and influence, without permanent improvements or human habitation, which is protected and managed so as to preserve its natural conditions and which (1) generally appears to have been affected primarily by the forces of nature, with the imprint of man's work substantially unnoticeable; (2) has outstanding opportunities for solitude or a primitive and unconfined type of recreation; (3) has at least five thousand acres of land or is of sufficient size as to make practicable its preservation and use in an unimpaired condition; and (4) may also contain ecological, geological, or other features of scientific, educational, scenic, or historical value.

Federal agencies manage wilderness resources in a manner that ensures that their character and values are dominant and enduring. Wilderness management must be adapted over time in order to ensure their present and future availability and enjoyment as wilderness. Wilderness is managed in order to ensure that human influence does not impede the free play of natural forces or interfere with natural succession in the ecosystems, and to ensure that wilderness areas offer outstanding opportunities for solitude and/or for a primitive and unconfined type of recreation. Wilderness is also managed as one resource rather than a series of separate resources (FSM 2320.6).

There are three wilderness areas on USFS-administered lands, as well as the Piedra Area (USFS), which is a Congressionally designated area managed to preserve its wilderness characteristics (see Figure 3.6). Wilderness areas are managed by USFS policy outlined in FSM 2320. Specifically, the wilderness areas and the Piedra Area are managed under the San Juan-Rio Grande National Forests Wilderness Management Direction (USFS 1998a) that is incorporated by reference as part of this LRMP.

There are eight WSAs on BLM-administered lands within the planning area (see Figure 3.6). These WSAs are areas that were found to have wilderness characteristics during the original wilderness inventory that was conducted from 1978 to 1980 as directed by Section 603 of the FLPMA. This inventory focused on roadless areas of public lands of 5,000 acres or more, areas of less than 5,000 acres that had wilderness characteristics in association with contiguous roadless lands managed by another agency, and areas of less than 5,000 acres that had wilderness characteristics and could practicably be managed to keep those characteristics in an unimpaired condition. Other sections within the FLPMA provide additional authority to designate WSAs; however, all WSAs within the TRFO's jurisdiction were designated through the authority found in Section 603.

Section 603 also provides direction to the BLM on the management of WSAs and states, "During the period of review of such areas and until Congress has determined otherwise, the Secretary shall continue to manage such lands according to his authority under this Act and other applicable law in a manner so as not to impair the suitability of such areas for preservation as wilderness." This language is referred to as the "non-impairment" mandate.

BLM WSAs were designated in the 1980s, and a final agency recommendation was forwarded to the President in 1991. Unless released by Congress from wilderness review, WSAs would continue to be managed in accordance with BLM Manual 6330 (July 13, 2012). If the WSAs are released, they would be managed in accordance with the direction provided in the desired conditions below. See Table 3.6.1 for a listing of the existing wilderness areas, the Piedra Area, and WSAs.

BLM_0032825

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Table 3.6.1: Wilderness Areas and Wilderness Study Areas**

| Area Name and Type | Acres |
|---|---|
| **Wilderness Areas** | |
| Weminuche | 328,270 |
| South San Juan | 71,593 |
| Lizard Head | 20,658 |
| **Total** | **420,521** |
| **Piedra Area** | **60,400** |
| **Wilderness Study Areas** | |
| Weber Mountain | 6,300 |
| Dolores River Canyon | 16,781 |
| Handies Peak | 1,041 |
| Menefee Mountain | 7,303 |
| McKenna Peak | 20,902 |
| West Needles Contiguous | 960 |
| Whitehead Gulch | 1,870 |
| Weminuche Contiguous | 1,419 |
| **Total** | **56,576** |

## Desired Conditions

3.6.1   WSAs released by Congress from wilderness review would be managed for existing values and uses, such as primitive and unconfined recreation, opportunities for solitude, naturalness, roadlessness, livestock grazing, forest resources, and biodiversity. The visual quality of WSAs released from wilderness review would be managed under the VRM class of adjacent BLM public lands. Where more than one VRM class lies adjacent to a WSA, an interdisciplinary team would decide the VRM class of the released WSA.

BLM_0032826

# Recommended Wilderness
## San Juan National Forest and Tres Rios Field Office
## Figure 3.6

MDR
NAD 83, Polyconic Projection
May 30, 2013

Miles
0 10 20 40

San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

## 3.7    Recommended Wilderness Areas (San Juan National Forest)

Using criteria from USFS directives, the SJNF used its inventory of roadless lands as part of the process for revising the LRMP to identify lands exhibiting "roadless character." These areas were further examined to determine whether they possess wilderness characteristics using criteria from the Wilderness Act and FSH 1909.12. With regard to size, these areas must contain 5,000 or more acres, or they can contain less than 5,000 acres, but must be contiguous to existing wilderness areas or areas that are recommended for wilderness under other federal ownerships.

Twenty-one areas (totaling approximately 555,815 acres) are included in the SJNF inventory as having "roadless character." These areas were analyzed for their potential inclusion in the National Wilderness Preservation System (see Appendix C). The SJNF recommends the following areas for inclusion in the National Wilderness Preservation System (see Figure 3.6):

- portions of the Hermosa CRA (50,850 acres);
- portions of the Lizard Head CRA (2,632 acres);
- portions of the Weminuche Adjacent CRA (specifically, Elk Park and Monk Rock, totaling 740 acres); and
- portions of the Turkey Creek CRA (664 acres).

These areas will be managed to maintain their wilderness characteristics until Congress designates them as wilderness or releases them for other multiple-use management (in which case, they would be managed under MA 1).

## 3.8    Lands Managed for Wilderness Characteristics (Tres Rios Field Office)

In addition to the initial wilderness review required by Section 603 of the FLMPA that led to the creation of WSAs, the Secretary of the Interior is also required to "maintain on a continuing basis an inventory of all public lands and their resource and other values," which encompasses wilderness characteristics as a resource (FLPMA, Section 201).

In July 2011 the BLM Director reaffirmed this responsibility via BLM IM No. 2011-154 (BLM 2011h), which directed field units to review and update their inventory of lands for their wilderness characteristics and established a uniform protocol for doing so. The same IM emphasized that such an inventory "shall not, of itself, change or prevent change of the management or use of the lands." Rather, the findings of the wilderness characteristics inventory are to be considered among all other resource values and potential resource uses during the land use planning process.

Per the guidance found in IM 2011-154 (which became policy as BLM Manual 6310 in July 2012), an inventory was conducted to determine the presence or absence of wilderness characteristics throughout the TRFO.  Where these characteristics were found, discrete units were identified as "lands with wilderness characteristics." Lands with wilderness characteristics can generally be defined as unroaded BLM public land areas greater than 5,000 acres in size that have maintained their primitive character and are primarily undeveloped. The wilderness characteristics inventory process further includes unroaded areas of any size adjacent to lands currently managed to protect wilderness characteristics, including those lands managed by other agencies. IM No. 2011-154 (BLM 2011h) also establishes a protocol for defining "roads" for the purposes of this inventory.

The FEIS alternatives analyze various strategies for managing these areas, and the BLM is not required to manage them in a particular manner as long as inventories are current and impacts to wilderness characteristics are analyzed and considered among the various other resources present in each unit. A detailed discussion of the wilderness characteristics inventory and evaluation process, and its results, is found in Appendix O.  The EIS analysis, which takes into consideration the management of multiple resources, also guides the decision process for which lands with wilderness characteristics will be

BLM_0032828

managed for protection. Figure 3.8 identifies the lands that will be managed for wilderness characteristics, and Table 3.8.1 provides the acreage and a description of the location of the units that will be managed for wilderness characteristics.

**Table 3.8.1: BLM Lands Managed for Wilderness Characteristics**

| Unit Number | General Location | Acres |
|---|---|---|
| CO-030-301b | Snaggletooth area of Dolores River | 10,723 |
| CO-030-290h | Coyote Wash | 1,144 |
| **Total acres** | | **11,867** |

## Desired Conditions

3.8.1   Wilderness characteristics are present and preserved within the lands described in Table 3.8.1 and identified on Figure 3.8.

## Standards

3.8.2   Lands described in Table 3.8.1 and identified on Figure 3.8 must be managed in accordance with the following management actions and allowable uses:

3.8.2a   Lands managed for wilderness characteristics are not available for location of new rights-of-way under any conditions (they are identified as exclusion areas). Modification of existing authorizations that would add new disturbance outside the boundary of the existing right-of-way is prohibited; adjustments to existing rights-of ways or other authorizations may be allowed if impacts to wilderness characteristics are reduced or eliminated.

3.8.2b   Lands managed for wilderness characteristics are closed to new road construction.

3.8.2c   Lands managed for wilderness characteristics are closed to motorized and mechanized travel (summer and winter), with the exception of access related to valid existing rights.

3.8.2d   Lands managed for wilderness characteristics are closed to mineral materials sales.

3.8.2e   Extractive commercial uses are prohibited.

3.8.2f   Personal product removal permits are restricted to uses that that preserve or enhance wilderness characteristics.

3.8.2g   Lands managed for wilderness characteristics are managed under VRM Class II.

3.8.2h   Construction of new structures and facilities is restricted to activities that preserve or enhance wilderness characteristics or those necessary for the management of other uses allowed under this LRMP.

3.8.2i   Lands managed for wilderness characteristics must be retained in federal ownership.

BLM_0032829



# Lands Managed for Wilderness Characteristics
## Tres Rios Field Office
## Figure 3.8

**Coyote Wash**

**Snaggletooth**

**DOVE CREEK**

### Legend
- ■ Lands Managed for Wilderness Characteristics
- □ San Juan National Forest
- □ Tres Rios Field Office
- ◇ Chimney Rock National Monument
- State & Federal Highways
- Bureau of Land Management
- National Forest

Miles
0    3.5    7    14



Area of Detail

The USFS and BLM attempt to use the
most current and complete geospatial
data available. Geospatial data accuracy
varies by theme on the map. Using this
map for other than their intended purpose
may yield inaccurate or misleading results.
The USFS and BLM reserve the right to
correct, update or modify geospatial
inputs without notification.



N

JER
NAD 83, Polyconic Projection
July 2, 2013

San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan

BLM_0032830

# 3.9   Wild and Scenic Rivers

## Introduction

Congress enacted the Wild and Scenic Rivers Act (WSRA) in 1968 in order to preserve the free-flowing condition, water quality, and outstandingly remarkable values (ORVs) of select rivers. The WSRA directs that each river in the National Wild and Scenic Rivers System be administered in a manner that protects and enhances its outstanding natural and cultural values. The WSRA allows existing uses of a river to continue and future uses to be considered (as long as the use does not conflict with the protection of river values).

WSRA Section 5(d)(1) directs federal agencies to consider the potential of all rivers and streams for inclusion in the National Wild and Scenic Rivers System during their planning processes. All streams and rivers within the planning area were assessed as to their WSR eligibility and suitability. The FEIS describes the process used for the planning area (also see Appendix D for additional details).

In order to be found suitable for WSR status, rivers must meet the following criteria:

- they must be free-flowing (not in a reservoir and having mostly natural banks);
- they must have at least one ORV (ORVs can be in relation to fish, wildlife, recreation, scenery, ecology, cultural, historic, and/or other resource);
- their free-flowing character, water quality, and ORVs should be protected, even if there are other competing uses; and
- their WSR status would be the best method for protecting their ORVs.

During the planning process, the SJNF and TRFO determined the appropriate development level of rivers within the planning area. This was based on water resources development, shoreline development, and accessibility. These constitute a river's classification as "wild," "scenic," or "recreation." Table 3.9.1 lists the rivers that have been found to be suitable for WSR status (see also Figure 3.9).

These rivers may eventually be designated as part of the National Wild and Scenic River System by the Secretary of the Interior or as the result of an Act of Congress (Secretarial designation requires that the state governor make application to the Secretary of the Interior). The identification of rivers as suitable through this land management planning process does not trigger any water rights or other protections under the WSRA. In order to manage the rivers for their potential inclusion into the National Wild and Scenic River System, existing authorities will be used to protect the identified river's free-flowing character, water quality, ORVs, and recommended classification (details of the interim protective management are listed in FSM 1990.12_80 and BLM Manual 6400). Previous land management plans had similar direction and have provided protection for the ORVs of the Los Pinos River, the Piedra River, and the Dolores and West Dolores Rivers over the past several decades.

**Table 3.9.1: Miles of River Segments Suitable for Wild and Scenic River Status by Class**

| River Segment | Agency | Wild | Scenic | Recreation | Total |
|---|---|---|---|---|---|
| Dolores River - McPhee To Bedrock | BLM | 48.33 | 23.10 | 36.89 | 108.32 |
| Coyote Wash | BLM | 7.60 | | | 7.60 |
| **Dolores Totals** | | **55.93** | **23.10** | **36.89** | **115.92** |
| Animas River - Bakers Bridge to Sultan Creek | FS | | | 27.19 | 27.19 |
| Mineral Creek | FS | | | 8.65 | 8.65 |
| South Fork Mineral Creek | FS | | | 7.41 | 7.41 |
| **Animas River Totals** | | | | **43.25** | **43.25** |

BLM_0032831

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| River Segment | Agency | Wild | Scenic | Recreation | Total |
|---|---|---|---|---|---|
| Big Bend Creek | FS | 4.43 | | | 4.43 |
| Big Lick Creek | FS | 0.76 | | | 0.76 |
| Clear Creek | FS | | 5.36 | | 5.36 |
| Corral Creek | FS | 1.65 | | | 1.65 |
| Deer Creek | FS | 2.72 | | | 2.72 |
| East Fork Hermosa Creek | FS | | | 6.70 | 6.70 |
| Elk Creek | FS | 4.25 | | | 4.25 |
| Hermosa Creek | FS | | 28.08 | | 28.08 |
| South Fork Hermosa Creek | FS | 5.89 | | | 5.89 |
| West Cross Creek | FS | 2.44 | | | 2.44 |
| **Hermosa Creek Totals** | | **22.14** | **33.44** | **6.70** | **62.28** |
| Los Pinos, above Vallecito Reservoir | FS | 21.77 | | | 21.77 |
| Lake Creek | FS | 8.05 | | | 8.05 |
| Flint Creek | FS | 7.03 | | | 7.03 |
| Sierra Vandera Creek | FS | 3.67 | | | 3.67 |
| Snowslide Gulch | FS | 3.51 | | | 3.51 |
| Rincon la Osa | FS | 5.69 | | | 5.69 |
| Rincon la Vaca | FS | 4.33 | | | 4.33 |
| **Los Pinos Totals** | | **54.05** | **0.00** | **0.00** | **54.05** |
| Piedra River N of Hwy 160 | FS | 14.09 | 0 | 7.98 | 22.06 |
| East Fork Piedra River in Wilderness | FS | 9.26 | 0 | 0 | 9.26 |
| Middle Fork Piedra River | FS | 11.64 | 0 | 7.66 | 19.30 |
| **Piedra River Totals** | | **34.99** | **0** | **15.64** | **50.63** |
| West Fork San Juan River | FS | 8.50 | | 2.70 | 10.7 |
| East Fork San Juan River | FS | | | 12.66 | 12.66 |
| **San Juan River Totals** | | **8.48** | | **15.44** | **23.88** |

BLM_0032832



# Suitable Wild and Scenic Rivers
## San Juan National Forest and Tres Rios Field Office
### Figure 3.9

**Legend**

- ▬ Suitable Wild and Scenic River
- ☐ San Juan National Forest
- ☐ Tres Rios Field Office
- Chimney Rock National Monument
- State & Federal Highways
- Bureau of Land Management
- National Forest

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

MDR
NAD 83, Polyconic Projection
August 20, 2013

Miles
0   10   20   40

San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan

BLM_0032833

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

## 3.10 Scenic, Historic, and Backcountry Byways

### Introduction

Currently, driving for pleasure is one of the most popular forms of recreation within the planning area, with scenic byways and backcountry byways serving as some of the most popular routes. As the population increases, and as "Baby Boomers" grow older and become less able to engage in more physically active forms of recreation, larger numbers of visitors are anticipated to take up driving for pleasure. Heritage tourism, which is among the fastest growing segments of the tourism industry, is often combined with a scenic drive.

Consistent with the primary goals of the National Scenic Byway Program, SJNF and TRFO managers will guide the appropriate physical development of these travel corridors and their associated facilities, direct the conservation of unique and valued attributes surrounding the planning area, and provide leadership for byway management that supports efforts to benefit these routes.

The planning area is home to the 232-mile-long San Juan Skyway, which was designated by the USFS as a National Scenic Byway in 1988 (also designated as a State Scenic and Historic Byway and as an All-American Road in 1997). The San Juan Skyway traverses some of the most spectacular, rugged, and pristine landscapes in America. The area is rich in culture—from prehistoric habitations to the colorful mining era that marked the San Juan Mountains in the 1800s (including the development of the narrow-gauge railways throughout the area).

The 65-mile-long Alpine Loop National Backcountry Byway passes through the southern San Juan Mountains (often along routes that follow ancient paths of Native Americans as they returned to their traditional summer hunting camps). This rugged route connects the towns of Lake City, Silverton, and Ouray. Spectacular high-elevation scenery and numerous historical markers explain the mining history of the area as the route travels through the towering San Juan Mountains.

The Trail of the Ancients Scenic Byway highlights the long and intriguing inhabitation of the Four Corners region by Native Americans. It takes visitors to remote archeologically, culturally, and historically significant sites in Colorado, Utah, and Arizona. The section of the byway within the planning area travels mainly within the Canyons of the Ancients National Monument (BLM), Hovenweep National Monument (National Park Service), Ute Mountain Ute tribal lands, and communities (including Cortez and Dolores). In total, 114 miles of this scenic byway are within Colorado.

The byway program provides some safety, information, and sanitary services; protects, conserves, and interprets valued resources; and promotes a quality image of the SJNF and TRFO. Planning and infrastructure for these popular driving routes is not keeping up with the increasing demand for recreation. Inventorying scenic conditions along the three byways, as well as developing or updating corridor management plans and interpretive strategies, will help identify management priorities and actions designed to enhance the visitor experience. Travel management planning will integrate effectively with the management of these byways.

SJNF and TRFO managers will participate in partnerships with local communities, businesses, governmental agencies, nonprofit organizations and other interested groups and individuals to manage, develop, preserve and interpret these nationally significant routes, which have become destinations unto themselves. Potential projects should promote stewardship and ultimately provide benefits to local economies.

### Desired Conditions

3.10.1   The byways are the main access routes, or gateways, to a wide array of recreation opportunities within the planning area; they have appropriate public information and services.

3.10.2   Important cultural, historic and agricultural heritage sites along these three byways (including early historic mining, ranching, and Native American sites) are interpreted.

BLM_0032834

3.10.3   Scenic byways and adjacent landscapes provide high-quality scenery. Viewsheds along scenic byways are protected, and scenic integrity is maintained in order to meet the public's desire for attractive natural landscapes. The byways contribute to recreation tourism and the regional economy. The byways are managed in order to protect the intrinsic qualities for which they were designated, consistent with current corridor management plans.

3.10.4   Each byway corridor management plan (the community-based strategy to balance the conservation of the byway corridors' intrinsic qualities with the use and enjoyment of those same resources) is up-to-date, having been developed with participation from a variety of stakeholders interested in preserving and enhancing the scenic, natural, historic, cultural, archeological and recreational resource qualities of the byway.

3.10.5   Byway goals and objectives for the effectively integrated with the applicable agency recreation facility master plan.

3.10.6   Byway goals and objectives are considered when actions are taken that could impact the byway.

3.10.7   Significant historic structures along these three byways are preserved and stabilized.

## Additional Guidance

- San Juan Skyway Corridor Management Plan (Friends of the San Juan Skyway Association 1995)
- Trail of the Ancients Corridor Management Plan (Mesa Verde County 2001)
- Alpine Triangle Recreation Management Plan (BLM 2010c)

## 3.11  National Recreation and Scenic Trails and National Historic Trails

### Introduction

National recreation and scenic trails are federally recognized trails that connect people to local resources and improve their quality of life. More than 900 trails have been designated throughout the nation. There are two designated national recreation and scenic trails within the planning area: the Calico National Recreation Trail and the Continental Divide National Scenic Trail. A master plan for the Colorado Trail was signed in 1998 and all three trails are recognized through establishment reports and management plans for their scenic, historic, interpretive, and recreation values.

The Old Spanish National Historic Trail also crosses through the planning area. Authorized by Congress in December 2002, the Old Spanish National Historic Trail commemorates the first overland link from Santa Fe to California. While the Old Spanish Trail is currently mapped as crossing the planning area, very few localities associated with that trail have actually been identified and ground-truthed.

Trail stewardship is emphasized through partnerships, marketing and interpretation, monitoring efforts, and maintaining and enhancing desired conditions.

The key to sustaining a successful network of national recreation and scenic trails, and national historic trails, is to continue to engage partners (including the Continental Divide National Scenic Trail Alliance and the Colorado Trail Foundation) and effective trail stewardship (including reconstruction, relocation, monitoring, volunteer recruitment and training, signage, and production of educational materials). Regular reviews of the partnership agreements between the SJNF or TRFO and partners will help ensure clear role definition for the management and operation of these trails. Coordination with adjoining USFS- and BLM-administered lands that also contain the Continental National Divide Scenic Trail and the Colorado Trail is also an important element of successful trail management and interpretation.

BLM_0032835

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

Marketing emphasis includes ensuring that all trailheads and trails have essential safety, orientation, and regulatory signs that are consistent with the natural setting of the trail. Marketing efforts also include the dissemination of accurate information regarding these trails to the public in an effective manner through a variety of media and venues (including the SJNF and TRFO websites, guidebooks, brochures, and visitor centers).

## Desired Conditions

3.11.1   Consistent with their designation, the significant scenic, historic, recreation and natural resources for each trail are identified, interpreted, and protected. The values for which these trails were established are retained.

3.11.2   The Continental Divide National Scenic Trail and the Colorado Trail provide opportunities for remote backcountry recreation, challenge, and solitude, except where they come near area communities (where more people and development may be encountered).

3.11.3   The Continental Divide National Scenic Trail and the Colorado Trail are non-motorized trails and have high scenic integrity.

3.11.4   Interpretive venues are used to inform and educate visitors about the national recreation and scenic trails, as well as about resource stewardship.

3.11.5   Trail segments near area communities and/or major access points are planned and designed in order to be barrier-free.

3.11.6   Partnerships are encouraged and expanded in order to provide identification, documentation, monitoring, protection, preservation, education, research, and interpretation.

3.11.7   Interpretive displays, visitor contacts, and brochures are available to help visitors and employees understand and appreciate the heritage and cultural resources associated with the SJNF and TRFO. A wide range of heritage activities, experiences, and products (both on-site and off-site) are available for visitor enjoyment and education. Off-site activities include museum displays, brochures, audio programs, classroom presentations, and field trips. Public access and interpretive efforts are compatible with the physical, cultural, and recreational settings and values of the resources.

## Objectives

3.11.8   Over the life of the LRMP, partner with the Old Spanish Trail Association to ground truth the location of at least two segments of the Old Spanish National Historic Trail.

3.11.9   Over the life of the LRMP, develop at least one interpretive product in partnership with the Old Spanish Trail Association that interprets the Old Spanish National Historic Trail within the planning area.

3.11.10 Over the life of the LRMP, inventory high potential historic sites and trail routes of the Old Spanish Trail, develop a national trail management corridor, and establish goals and objectives for national trails in accordance with BLM Manuals 6250 and 6280 (BLM 2012c, 2012d).

## Guidelines

3.11.11 Other resource activities should be designed in order to meet scenic quality objectives for these special designation trails (generally, a foreground and middle-ground of very high to high scenic integrity or VRM Class II).

BLM_0032836

3.11.12 **Old Spanish National Historic Trail:** A literature search and/or Class III cultural resources survey should be conducted within 0.5 mile of either side of the centerline of the congressionally designated Old Spanish National Historic Trail in high potential segments, prior to authorization of ground-disturbing activities or activities that could substantially interfere with the nature and purposes of the trail.

## Additional Guidance

- Continental Divide National Scenic Trail Comprehensive Plan (USFS 2009c)
- USFS Decision Notice, Colorado Trail Management Direction and Route Selection EA, Region 2 (USFS 1998b)
- USFS Master Plan for the Colorado Trail (USFS 1998c)
- FSM 2300, Chapter 2353, National Scenic and Historic Trails (USFS 2009d)
- BLM Manual 6250, National Scenic and Historic Trail Administration (BLM 2012c)
- BLM Manual 6280, Management of National Scenic and Historic Trails, and Trails and Trails under Study or Recommended as Suitable for Congressional Designation (BLM 2012d)
- Public Law 90-543, National Trails System Act of 1968, as amended 2002, (this amendment created the Old Spanish National Historic Trail
- Old Spanish Trail National Historic Trail Feasibility Study and Environmental Assessment (National Park Service 2001)
- Calico Trail Establishment Report (USFS 1979)

## 3.12  Research Natural Areas (San Juan National Forest)

RNAs are national forest lands designated in perpetuity for non-manipulative research and education, and for the preservation of biodiversity. They are part of a long-term national network of ecological reserves managed to allow natural ecological processes to proceed with minimum human intervention. RNAs represent relatively natural, unaltered ecosystems that serve as reference areas to assess the consequences of management actions on similar lands.

Desired conditions and objectives in the LRMP apply to RNAs in general. Specific desired conditions and objectives for individual RNAs established through the revised LRMP will be developed when the management plans for individual RNAs are developed.  Table 3.12.1 lists existing RNAs and those that are established through this LRMP, as well as key features of each area.  Figure 3.12 displays the location of the RNAs.

**Table 3.12.1: Existing and New Research Natural Areas on San Juan National Forest Lands**

| NA | Key Features |
|---|---|
| Narraguinnep[*] | Old growth ponderosa pine forests, canyon topography |
| Williams Creek[*] | White fir-dominated cool-moist mixed conifer forests |
| Electra | Glacial topography, old growth ponderosa pine forests |
| Grizzly Peak | Alpine, fens, willow carrs |
| Hermosa | Ponderosa pine forests, mixed conifer forests, aspen forests, spruce-fir forests, wetlands, Thurber fescue grasslands |
| Hidden Mesas | Old growth ponderosa pine forests, mesa topography |
| Martinez Creek | Old growth spruce-fir forests unburned for centuries |
| Navajo River | Thurber fescue grasslands, volcanic geology, Colorado cutthroat trout, riparian areas |
| Needle Mountains | Alpine, riparian, wetlands, aspen forests, granite and quartzite geology |
| Piedra | Old-growth mixed conifer forests |
| Porphyry Gulch | Alpine, spruce-fir forests, wetlands |
| [*] Existing RNA. | |

BLM_0032837

## Desired Conditions

3.12.1  Natural ecological processes (including succession, fire, insects, diseases, and flooding) are mostly unaltered by humans and shape the composition, structure, function, and landscape pattern of the vegetation.

3.12.2  Non-native species are absent or rare.

3.12.3  Human influence and structures are absent or rare.

## Objectives

3.12.4  Within 4 years, complete the management plans and establishment records for all the newly designated RNAs on SJNF lands.

3.12.5  Within 4 years, revise the management plans for the Narraguinnep and Williams Creek RNAs.

**Table 3.12.2: Research Natural Area Allowable Uses**

| Management Activities and Uses | Allowable - Prohibited - Restricted |
|---|---|
| Fire managed for resource benefit | Allowable |
| Prescribed burning | Restricted (may be used to meet desired conditions) |
| Mechanical fuels treatment | Prohibited |
| Timber production (scheduled on a rotation basis) | Prohibited |
| Timber harvesting as a tool | Prohibited |
| Commercial use of special forest products and firewood | Prohibited |
| Land use ROWs, special use permits, and utility corridors | Prohibited |
| Livestock grazing | Restricted (may be used to meet desired conditions) |
| Facilities | Prohibited |
| Motorized (summer) | Prohibited |
| Motorized (winter) | Prohibited |
| Non-motorized (summer and winter) | Allowable |
| Mechanical transport | Prohibited |
| Road construction (permanent or temporary) | Prohibited |
| Minerals - leasable (oil and gas, and other) | Restricted, NSO |
| Minerals - locatable | Allowable (open to mineral entry, but impacts to natural resource must be minimized; the agency can petition for the area to be withdrawn from mineral entry) |
| Minerals - saleable (materials) | Prohibited |

BLM_0032838



# Research Natural Areas
## San Juan National Forest
## Figure 3.12

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

MDR
NAD 83, Polyconic Projection
August 19, 2013

San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan

## 3.13  Gypsum Valley Area of Critical Environmental Concern (Tres Rios Field Office)

The Gypsum Valley ACEC contains 13,333 acres of BLM lands within the Big and Little Gypsum Valleys, and ranges in elevation from 6,100 to 6,500 feet. It is located in San Miguel County about 14 miles southwest of Naturita.

The Gypsum Valley ACEC is one of several northwest-southeast-trending valleys formed by the collapse of ancient salt domes. It contains gypsum outcrops and gypsum soils of the Paradox member of the Hermosa Formation that are unique and rare on TRFO lands. The ACEC contains known occurrences and abundant habitat for two BLM sensitive species: Gypsum Valley cat-eye (*Cryptantha gypsophila*) and Naturita milkvetch (*Astragalus naturitensis*). The ACEC also contains five species with G1, G2, S1, or S2 NatureServe Plant Community status rankings: *Lecanora gypsicola*, nodule cracked lichen (*Acarospora nodulosa* var. *nodulosa*), largeleaf gypsoplaca lichen (*Gypsoplaca microphylla*), winding mariposa lily (*Calochortus flexuosus*), gyp dropseed (*Sporobolus nealleyi*), and shortstem beardtongue (*Penstemon breviculus*). These plants are imperiled or critically imperiled globally or within Colorado and are at a high or very high risk of extinction due to extreme rarity, very restricted ranges, or extremely low populations (see Appendix U).

Several important animal species are found within the proposed ACEC. The rims of Big Gypsum Valley have historically provided nesting habitat for migratory raptors, including peregrine falcons and golden eagles, which are both Colorado BLM State Director's sensitive species. In addition, desert bighorn sheep, another Colorado BLM State Director's sensitive species, use the canyon rims as travel corridors between the benches above the canyon and the Dolores River below. Desert bighorn sheep and other big game species use the Dolores River corridor and the flats of Big Gypsum Valley as important winter range and for other seasonal use.

### Desired Conditions

3.13.1   Biological soil crusts have high cover and are maintained or increased on the soils of this ACEC.

3.13.2   The relevance and importance values of this ACEC, as described in Appendix U, are maintained.

3.13.3   The gypsum soils maintain the soil productivity necessary to support and sustain the special status plant species that occur on them.

3.13.4   The special status plant species have self-sustaining populations and suitable habitat into which they can expand.

3.13.5   Special status plant species and their habitat are managed so that the viability of these species is not adversely affected.

### Objectives

3.13.6   Limit motorized travel within the ACEC to designated routes to be determined during travel management planning.

### Guidelines

3.13.7   Ground-disturbing activities should not occur or otherwise be mitigated on gypsum soils within the Gypsum Valley ACEC in order to protect the special status plant species for which they provide habitat.

BLM_0032840

3.13.8  Management activities should minimize, and attempt to avoid where possible, soil displacement, compaction, and trampling in the Gypsum Valley ACEC in order to protect special status plant species and their habitat. Any activities should occur when the plants and soils are least vulnerable to disturbance, such as when soils are frozen or snow covered.

3.13.9  Management activities should minimize impacts to nesting raptors and desert big horn sheep. Potential impacts to raptors include excessive noise and human disturbance during critical nesting periods. Potential impacts to desert big horn sheep include conflicts during critical lambing times and concentrated winter use.

Table 3.13.1 shows the allowable, prohibited, and restricted management activities and uses for the Gypsum Valley ACEC.

**Table 3.13.1: Gypsum Valley Area of Critical Environmental Concern Allowable Uses**

| Management Activities and Uses | Allowable - Prohibited - Restricted |
|---|---|
| Fire managed for resource benefit | Restricted (may be used to meet desired conditions) |
| Prescribed burning | Restricted (may be used to meet desired conditions) |
| Mechanical fuels treatment | Restricted |
| Timber production (scheduled on a rotation basis) | Not Applicable |
| Timber harvesting as a tool | Not Applicable |
| Commercial use of special forest products and firewood | Restricted (commercial seed collection may be allowed in some circumstances) |
| Land use ROWs, special use permits, and utility corridors | Restricted (avoid gypsum soils) |
| Livestock grazing | Allowable |
| Facilities | Restricted (avoid gypsum soils) |
| Motorized (summer) | Restricted (to designated routes to protect gypsum soils and sensitive special status species) |
| Motorized (winter) | Restricted (to designated routes to protect gypsum soils and special status species) |
| Non-motorized (summer and winter) | Restricted (Possible seasonal closures for recreational rock climbing may be enforced due to seasonal raptor use. See raptor timing limitations table in section 2.3 of this LRMP.) |
| Mechanical transport | Restricted (to designated routes to protect gypsum soils and sensitive special status plant species) |
| Road construction (permanent or temporary) | Restricted (to avoid gypsum soils) |
| Minerals - leasable (oil and gas, and other) | Restricted (NSO, CSU, and TL stipulations may apply to protect special status species, wildlife, soils, and water resources) |
| Minerals - locatable | Allowable (open to mineral entry, but impacts to gypsum soils, special status plant species, wildlife, and water must be minimized) |
| Minerals - saleable (materials) | Restricted (to avoid gypsum soils, special status species, wildlife, water, resources) |

## Additional Guidance

- 43 CFR 3809

BLM_0032841

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

## 3.14  Anasazi Culture Area of Critical Environmental Concern (Tres Rios Field Office)

The Anasazi Culture ACEC retains one of the highest densities of Ancestral Puebloan architectural sites within the planning area. These highly significant sites are critical to understanding Ancestral Puebloan lifeways across the landscape. The geographical uniqueness and the area's setting are important not only for providing much needed context for the interpretation of Northern San Juan Anasazi settlement patterns but also for preserving the future integrity of their material remains. The ACEC also contains the rare plants shortstem beardtongue and Naturita milkvetch.

The Anasazi Culture ACEC was originally designated in the San Juan/San Miguel Resource Management Plan, and encompassed the Mud Springs area, as well as the entirety of the area now known as Canyons of the Ancients National Monument. The majority of Canyons of the Ancients National Monument was released from ACEC designation in the Canyons of the Ancients National Monument Resource Management Plan (BLM 2010d). As a result of this management and jurisdictional change, the boundary of the Anasazi Culture Area ACEC is now amended to include only the Mud Springs area. The boundary of the ACEC has also been modified to remove the gravel pit.

The management emphasis for the Anasazi Culture Area ACEC is to protect and preserve this area's outstanding archeological sites and setting, and to develop appropriate recreational opportunities that do not result in damage to archaeological or ecological sites. A proactive management approach will take full advantage of the educational, interpretive, recreational, preservation, and scientific opportunities available.

### Desired Conditions

3.14.1   The Anasazi Culture Area ACEC offers appropriate recreation and interpretive opportunities while archeological resources are preserved.

3.14.2   The existing character of the cultural and physical landscape is preserved.

3.14.3   Traditional cultural heritage values associated with cultural resources and landscapes within the ACEC are considered and protected.

3.14.4   Vegetation is managed to protect and enhance cultural resources.

3.14.5   The relevance and importance values of this ACEC, as described in Appendix U, are maintained.

3.14.6   Designated roads and trails are rerouted to mitigate impacts to cultural areas.

3.14.7   Recreational activities are actively managed in the designated areas, while protecting and mitigating impacts to cultural resources.

### Objectives

3.14.8   Over the life of the LRMP, implement site steward and "adopt-a-site" programs.

3.14.9   Within 7 years, reroute or eliminate unauthorized and designated trails to avoid impacts to archeological sites.

### Guidelines

3.14.10 Fencing should be used to keep OHV use on designated trails.

Table 3.14.1 shows the allowable, prohibited, and restricted management activities and uses for the Anasazi Culture Area ACEC.

BLM_0032842

**Table 3.14.1: Anasazi Culture Area of Critical Environmental Concern Allowable Uses**

| Management Activities and Uses | Allowable - Restricted - Prohibited |
|---|---|
| Fire managed for resource benefit | Restricted to protect significant archaeological resources |
| Prescribed burning | Restricted to protect significant archaeological resources |
| Mechanical fuels treatment | Restricted to protect significant archaeological resources |
| Timber production (scheduled on a rotation basis) | Prohibited |
| Timber harvesting as a tool | Restricted to protect significant archaeological resources |
| Commercial use of special forest products and firewood | Prohibited |
| Land use ROWs, special use permits, and utility corridors | Restricted (minimize or avoid impacts to archeological resources) |
| Livestock grazing | Allowable |
| Facilities | Restricted to protect significant archaeological resources |
| Motorized (summer) | Restricted to designated roads and trails to protect significant archaeological resources |
| Motorized (winter) | Restricted to designated roads and trails to protect significant archaeological resources |
| Non-motorized (summer and winter) | Restricted to designated roads and trails to protect significant archaeological resources |
| Mechanical transport | Restricted to designated roads and trails to protect significant archaeological resources |
| Road construction (permanent or temporary) | Restricted to protect significant archaeological resources |
| Minerals - leasable (oil and gas, and other) | Restricted (NSO, CSU, and TL stipulations may apply to protect recreation and cultural values, water, plants, or other resources) |
| Minerals - locatable | Allowable (open to mineral entry, but impacts to archaeological resource must be minimized; the agency can petition for the area to be withdrawn from mineral entry) |
| Minerals - saleable (materials) | Prohibited |

## 3.15  Mesa Verde Escarpment (Tres Rios Field Office)

### Introduction

The Mesa Verde Escarpment area includes BLM lands adjacent to Mesa Verde National Park (Figure 3.27.1). Originally slated for inclusion in the designation of Canyons of the Ancients National Monument, this area has the highest density of Ancestral Puebloan architectural sites on BLM lands within the planning area. These highly significant sites are critical to understanding Ancestral Puebloan lifeways across the landscape. The temporal span and distribution of sites indicate that this area was consistently inhabited throughout the Ancestral Puebloan occupation of the Montezuma Valley, from the Basketmaker III period through the Pueblo III (A.D. 600–1300). Additionally, these sites are considered to be in pristine condition because access to this area has been highly restricted. The sites are surrounded by the designated wilderness area within Mesa Verde National Park and privately owned, undeveloped lands. The geophysical uniqueness and the relative isolation of the area's setting is important not only for providing much needed context for the interpretation of Northern San Juan Anasazi settlement patterns, but also for preserving the future integrity of their material remains.

The management emphasis for the Mesa Verde Escarpment is to focus opportunities to provide a scientific research and an outdoor learning laboratory, while ensuring protection and preservation of the area's outstanding archeological sites. A proactive management approach will take full advantage of the educational, preservation, and scientific opportunities available. This area is surrounded by private lands that have not yet been developed; however, focused management of this area is needed to address the impacts related to potential future development. Collaboration with the developers and landowners will be

BLM_0032843

emphasized in order to develop an understanding and appreciation of the archeological resources, as well as an understanding of the importance of protecting them. Acquisition and/or acquiring easements of adjacent lands to improve access and protection of cultural resources are encouraged.

## Desired Conditions

3.15.1   Access to the Mesa Verde Escarpment is limited in order to protect and preserve archaeological resources.

3.15.2   User-made trails and other routes are rerouted or eliminated in order to avoid impacts to archeological sites.

3.15.3   Hazardous fuels are managed in order to protect and preserve archeological resources, and to reduce the risk of wildfire to adjacent private lands.

3.15.4   Cultural viewsheds are preserved; incompatible uses or developments are not authorized.

3.15.5   The existing character of the cultural and physical landscape is preserved.

3.15.6   Traditional cultural heritage values associated with cultural resources and landscapes within the ACEC are considered and protected.

3.15.7   Designated routes are limited to maintain the integrity of cultural resource values and for scientific research access.

3.15.8   Opportunities are sought to acquire adjacent lands and/or easements to improve access and protection of cultural resources.

## Objectives

3.15.9   Over the life of the LRMP, conduct phased cultural resource inventory of the area.

3.15.10  Over the next 3 years, develop procedures to encourage, foster, and conduct high-quality scientific and scholarly research.

Table 3.15.1 shows the allowable, prohibited, and restricted management activities and uses for the Mesa Verde Escarpment.

**Table 3.15.1: Mesa Verde Escarpment Allowable Uses**

| Management Activities and Uses | Allowable - Restricted - Prohibited |
|---|---|
| Fire managed for resource benefit | Restricted in order to protect significant archaeological resources |
| Prescribed burning | Restricted in order to protect significant archaeological resources |
| Mechanical fuels treatment | Restricted in order to protect significant archaeological resources |
| Timber production (scheduled on a rotation basis) | Not Applicable |
| Timber harvesting as a tool | Restricted in order to protect significant archaeological resources |
| Commercial use of special forest products and firewood | Prohibited |
| Land use ROWs, special use permits, and utility corridors | Restricted to protect significant archaeological resources. |
| Livestock grazing | Allowable |
| Facilities | Restricted in order to protect significant archaeological resources |

BLM_0032844

| Management Activities and Uses | Allowable - Restricted - Prohibited |
|---|---|
| Motorized (summer) | Restricted to designated roads and trails |
| Motorized (winter) | Restricted to protect significant archaeological resources |
| Non-motorized (summer and winter) | Restricted in order to protect significant archaeological resources |
| Mechanical transport | Restricted in order to protect significant archaeological resources |
| Road construction (permanent or temporary) | Restricted in order to protect significant archaeological resources |
| Minerals - leasable (oil and gas, and other) | Restricted (NSO) |
| Minerals - locatable | Allowable (open to mineral entry, but impacts to archaeological resource must be minimized; the agency can petition for the area to be withdrawn from mineral entry) |
| Minerals - saleable (materials) | Prohibited |

## 3.16  Falls Creek Archeological Area (San Juan National Forest)

Falls Creek Valley may contain archeological resources that could aid in efforts to study the earliest agricultural and sedentary societies in the southwestern United States. The area is an important and highly valued place for Native Americans, who view it as part of their heritage. The Falls Creek Archeological Area contains one of the earliest and best dated Basketmaker II sites ever documented. In 1988 the SJNF designated the area as the Falls Creek Archaeological Special Interest Area. These sites are preserved and protected for their scientific, educational, social, and cultural values.

The west side of the Falls Creek Archaeological Area is currently closed to the public; however, the area east of the road is frequented on a year-round, daily basis by residents and visitors taking advantage of the close proximity to Durango in order to enjoy the scenic beauty, open space, and recreational opportunities (Figure 3.27.2). The historic landscape, including the irrigated hayfields of the Hidden Valley Ranch, is managed by the SJNF. The Hidden Valley Ranch provides a window into the area's ranching heritage (offering one of the only hayfields open to public recreation anywhere in the region). These fields are managed in order to provide nutritious forage for big game dependent on this mild, southern exposure lowland for winter habitat. This area has been managed by the USFS as critical big game winter range since the land was acquired by the SJNF in 1985.

The Falls Creek Archaeological Area will continue to emphasize protection and preservation of significant archaeological deposits, wildlife diversity and maintenance of critical big game winter habitat, and compatible non-motorized recreational opportunities.

## Desired Conditions

3.16.1  Archeological sites are protected and preserved for their scientific, educational, social, and cultural values.

3.16.2  Native American values are respected and preserved, and tribal members are provided special access to the area.

3.16.3  Access to the Falls Creek Rock Shelter is allowed to educational institutions through a special use permit.

3.16.4  Historic viewsheds (including the historic hayfields) are protected, enhanced, and preserved.

3.16.5  Native American tribes and Pueblos are consulted with regard to the development of appropriate off-site educational materials.

BLM_0032845

3.16.6   NAGPRA repatriation of items removed during the 1930s excavation is completed (including analysis of these items necessary in order to complete the cultural affiliation study).

3.16.7   The area continues to provide critical big game winter range habitat.

3.16.8   Wetlands are managed in order to retain the floral and faunal diversity that currently exists.

## Objectives

3.16.9   Within 5 years, create a dispersed recreation plan that is congruent with desired conditions and that would be incorporated into the LRMP for the Falls Creek Archeological Area.

3.16.10 Within 1 year, implement a site-steward program.

3.16.11 Within 5 years, develop and implement a rock art preservation plan in order to mitigate deterioration.

3.16.12 Within 5 years, develop appropriate and sensitive off-site interpretive and educational materials. Make the information from the collection analyses available to researchers.

Table 3.16.1 shows the allowable, prohibited, and restricted management activities and uses for the Falls Creek Archeological Area.

**Table 3.16.1: Falls Creek Archeological Area Allowable Uses**

| Management Activities and Uses | Allowable - Prohibited - Restricted |
|---|---|
| Fire managed for resource benefit | Restricted in order to protect significant archaeological resources |
| Prescribed burning | Restricted (archaeological and historic resources must be protected from impacts from fire) |
| Mechanical fuels treatment | Restricted (archeological and historic resources must be protected) |
| Timber production (scheduled on a rotation basis) | Prohibited |
| Timber harvesting as a tool | Restricted (archeological and historic resources must be protected) |
| Commercial use of special forest products and firewood | Prohibited |
| Land use ROWs, special use permits, and utility corridors | Restricted to minimize impacts to archeological resources and protect viewshed |
| Livestock grazing | Prohibited |
| Facilities | Restricted to interpretive/informational signs, trailheads, and trails |
| Motorized (summer) | Restricted to designated roads and trails |
| Motorized (winter) | Restricted |
| Non-motorized (summer and winter) | Restricted |
| Mechanical transport | Restricted to designated roads and trails |
| Road construction (permanent or temporary) | Prohibited |
| Minerals - leasable (oil and gas, and other) | Administratively not available |
| Minerals - locatable | Allowable (open to mineral entry, but impacts to archaeological resource must be minimized; the agency can petition for the area to be withdrawn from mineral entry) |
| Minerals - saleable (materials) | Prohibited |

BLM_0032846

## 3.17  Chimney Rock National Monument (San Juan National Forest)

The Chimney Rock National Monument is a treasure without parallel in the public lands system. The site has been recognized as being "the ultimate outlier" of the Chaco culture (which flourished from A.D. 900 through A.D. 1130). In recognition of its national significance, Congress has designated Chimney Rock as part of the Chacoan Outliers Protection Act of 1995 system. The Chimney Rock area exhibits many of the same hallmarks associated with Chacoan culture that earned Chaco Cultural National Historical Park a World Heritage listing. In addition, the Chimney Rock area also exhibits unique features associated with its location and setting within the landscape. It is the north-easternmost Chacoan site and is hypothesized to be an astronomical observatory. It is valued by Native Americans as part of their ancestral heritage (see Figure 3.27.2). In 2012 it was declared a national monument by Presidential Proclamation.

The Chimney Rock Interpretive Association currently manages this national monument with volunteers under a USFS special use permit. Under the direction of the Presidential Proclamation and this LRMP, Chimney Rock sites will be preserved and protected for their scientific, educational, and cultural values. The national monument will be managed in a manner designed to contribute to tourism (which is one the most powerful regional economic drivers in southwest Colorado). Visitor services and interpretation of the sites would be greatly improved by upgrading the existing visitor center. Archeological resources on Peterson Ridge and adjacent USFS lands should be researched in order to understand their potential relationship to the Chimney Rock National Monument.

Maintaining and developing additional partnerships will be critical for preserving, interpreting, and better understanding Chimney Rock National Monument. Partnerships with Native Americans, Fort Lewis College, the National Trust for Historic Preservation, the Chaco Interagency Management Group, the University of Colorado, History Colorado, and other research and preservation organizations have been, and will continue to be, essential in achieving these goals.

### Desired Conditions

3.17.1   Chimney Rock National Monument is managed in an exemplary manner in accordance with the National Monument Proclamation.

3.17.2   Native Americans tribes and Pueblos are consulted with regard to the development of appropriate management and interpretation, and are allowed to use the monument for traditional and ceremonial uses, and their values are respected and preserved.

3.17.3   Compatible recreational opportunities for the public are provided, in accordance with the National Monument Proclamation.

### Objectives

3.17.4   Within 3 years, develop a comprehensive management plan for the Chimney Rock National Monument.

Table 3.17.1 shows the allowable, prohibited, and restricted management activities and uses for the Chimney Rock National Monument.

BLM_0032847

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Table 3.17.1: Chimney Rock National Monument Allowable Uses**

| Management Activities and Uses | Allowable - Prohibited - Restricted |
|---|---|
| Fire managed for resource benefit | Restricted to preserve and protect the objects identified in the National Monument Proclamation |
| Prescribed burning | Restricted to preserve and protect the objects identified in the National Monument Proclamation |
| Mechanical fuels treatment | Restricted to preserve and protect the objects identified in the National Monument Proclamation |
| Timber production (scheduled on a rotation basis) | Prohibited |
| Timber harvesting as a tool | Restricted to preserve and protect the objects identified in the National Monument Proclamation |
| Commercial use of special forest products and firewood | Restricted to preserve and protect the objects identified in the National Monument Proclamation |
| Land use ROWs, special use permits, and utility corridors | Restricted to preserve and protect the objects identified in the National Monument Proclamation |
| Livestock grazing | Restricted to preserve and protect the objects identified in the National Monument Proclamation |
| Facilities | Restricted to existing facilities and facilities identified in the Chimney Rock Management Plan |
| Motorized (summer) | Restricted to entrance road |
| Motorized (winter) | Prohibited |
| Non-motorized (summer and winter) | Restricted: Horseback travel is prohibited on interpretive trails |
| Mechanical transport | Restricted; bicycle travel is limited to NFS Road 617 and associated pullouts |
| Road construction (permanent or temporary) | Restricted to roads determined to be necessary for administration and protection of the objects identified in the National Monument Proclamation |
| Minerals - leasable (oil and gas, and other) | Administratively not available, except for parcels already leased in the Peterson Mesa area; If these leases expire they would then be not available; viewshed is NSO |
| Minerals - locatable | Allowable (open to mineral entry, but impacts to archaeological resource must be minimized; the agency can petition for the area to be withdrawn from mineral entry) |
| Minerals - saleable (materials) | Prohibited |

BLM_0032848

## 3.18 Spring Creek Wild Horse Herd Management Area (Tres Rios Field Office)

### Introduction

The Spring Creek HMA is located approximately 40 miles northeast of Dove Creek, Colorado (in Dolores and San Miguel Counties). The HMA comprises approximately 21,000 acres of BLM-administered public land.

Wild horses and burros are managed under the Wild Free-Roaming Horse and Burro Act of 1971, as amended (Public Law 92-195). The 1985 San Juan/San Miguel Resource Management Plan (BLM 1985) designated a wild horse emphasis area for the Spring Creek Basin. Portions of the Spring Creek HMA also emphasize watershed management (in order to reduce salinity into the Colorado River and for the watershed health of the McKenna Peak WSA). Scattered occurrences of the BLM Sensitive plant Gypsum Valley cat-eye (*Cryptantha gypsophila*) are present within the HMA. There is an also occurrence of pygmy sagebrush (*Artemisia pygmaea*) within the HMA. There is only one other occurrence of this G4, S1 ranked species in Colorado.

A Wild Horse Herd Management Area Plan (HMAP) was approved in October 1986 (BLM 1986b) and revised in 1994 (BLM 1994a). The HMAP objective is to maintain appropriate management level between 35 and 65 adult horses or an average of 50 adult horses. In 2005, additional analysis was completed in order to determine whether the existing management level was appropriate (based on an opportunity to provide additional AUMs for the herd area). The analysis showed that current management level was appropriate, considering that rangeland health standards (43 CFR 4180) were not being met, and that the few available AUMs would not improve herd genetics (#EA-800-2005-027; BLM 2005). In 2011, an environmental analysis was completed that approved instituting a fertility control program (DOI-BLM-CO-SO10-2011-0062) (BLM 2011i).

### Desired Conditions

3.18.1 The Spring Creek Basin wild horse herd population is within an acceptable range.

3.18.2 Adequate genetic viability and variability exists in order to maintain a healthy wild horse herd.

3.18.3 Vegetation is diverse and provides sufficient cover in order to reduce salinity and to prevent sediment from reaching Disappointment Creek and the Dolores River.

3.18.4 The herd is managed via traditional helicopter gathers, bait trapping, fertility control programs, or other methods accepted by the National Wild Horse and Burro program.

3.18.5 Vegetation within the HMA is in a stable or upward trend, including diverse species composition and reduced erosion to provide a resilient ecosystem.

3.18.6 The Gypsum Valley cat-eye and pygmy sagebrush populations are maintained.

### Objectives

3.18.7 Within 5 years, revise the Spring Creek Basin HMAP (BLM 1994a) to incorporate specific goals, objectives, and techniques to guide management of the Spring Creek HMA.

3.18.8 Within 5 years, revise the Spring Creek Basin HMAP (BLM 1994a) to incorporate specific goals, objectives, and techniques to guide management of the Spring Creek HMA, including management of Gypsum Valley cat-eye and pygmy sagebrush.

BLM_0032849

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

Table 3.18.1 shows the allowable, prohibited, and restricted management activities and uses for the Spring Creek Wild Horse HMA.

**Table 3.18.1: Spring Creek Wild Horse Herd Management Area Allowable Uses**

| Management Activities and Uses | Allowable - Prohibited - Restricted |
|---|---|
| Fire managed for resource benefit | Allowable |
| Prescribed burning | Allowable |
| Mechanical fuels treatment | Allowable |
| Timber production (scheduled on a rotation basis) | Not Applicable |
| Timber harvesting as a tool | Not Applicable |
| Commercial use of special forest products and firewood | Restricted opportunities for firewood; however, gathering other forest products may be acceptable as long as gathering is not detrimental to wild horse management |
| Land use ROWs, special use permits, and utility corridors | Restricted to minimize disruption to the herd |
| Livestock grazing | Allowable; retire or redistribute available AMUs to watershed and soil protection as opportunity becomes available or permits return to BLM. |
| Facilities | Restricted |
| Motorized (summer) | Restricted to on roads only |
| Motorized (winter) | Restricted to on roads only |
| Non-motorized (summer and winter) | Allowable |
| Mechanical transport | Restricted to on roads only. |
| Road construction (permanent or temporary) | Allowable |
| Minerals - leasable (oil and gas, and other) | Allowable |
| Minerals - locatable | Allowable (open to mineral entry per the 1872 Mining Law; however, the exploration and development of mining claims may be subject to restrictions to protect resources) |
| Minerals - saleable (materials) | Allowable |

## Additional Guidance

- Wild Free-Roaming Horse and Burro Act of 1971
- Public Rangeland Improvement Act of 1978 Taylor Grazing Act of 1934, as amended
- 43 CFR 4700, Protection, Management, and Control of Wild and Free-Roaming Horses and Burros
- 43 CFR 4100
- Colorado Public Land Health Standards EA and FONSI, 1997
- Vegetation Treatment on BLM Lands in the 13 Western States (BLM 1991b)
- Integrated Weed Management Plan (CO-800-2008-075 EA) (BLM 2011c)
- BLM Manual 9015
- BLM Partners Against Weeds (BLM 1996)
- Various BLM IMs and Information Bulletins relating to wild horse and burro management
- Rules Pertaining to the Administration and Enforcement of the Colorado Noxious Weed Act (8 CCR 1203-10)
- Spring Creek Basin Wild Horse Management Plan (BLM 1994a)
- Wild Horse Appropriate Management Level in the Spring Creek Basin HMA (EA #CO-800-2005-027) (BLM 2005)

BLM_0032850

# 3.19  Perins Peak Wildlife Management Area (Tres Rios Field Office)

Wildlife management areas provide for habitat features that are special, or limiting, to certain wildlife species. They provide the opportunity for maintaining diverse components for species sustainability found within each area's habitat management plan (including the restoration, maintenance, and/or improvement of these features for the target species, as well as for other species with habitats within the area). Timing stipulations and use restrictions may be applied in these areas in order to preserve diversity components.

The Perins Peak Wildlife Management Area consists of approximately 1,512 acres of BLM-administered public lands and approximately 3,400 acres of state lands administered by CPW. The area is located northwest of, and immediately adjacent to, Durango. Historically, the area has served as winter range for large herds of elk, mule deer, and a remnant population of bighorn sheep. Breeding populations of golden eagle, prairie falcon, and peregrine falcon add to the significance of the area. The area also supports populations of Merriam's wild turkey (*Meleagris gallopavo*). More than half of the elk herd of CPW Game Management Unit 74 is dependent on this area in severe winters. Rapid development in the Durango area has increased impacts to wildlife resources in the area due to land conversions, migration corridor disruption, and increased recreational pressures to disturbance-sensitive wildlife species. The TRFO works closely with CPW to manage the habitat and will seek future opportunities to consolidate ownership where practicable to improve wildlife management emphasis of the area.

## Desired Conditions

3.19.1   Habitat diversity components are secure, undisturbed, and sufficient to sustain the wildlife populations that depend on the Perins Peak Wildlife Management Area in an urbanizing environment.

## Program Emphasis

Under the direction of this LRMP, management emphasis would focus on habitat features and effectiveness for raptor reproduction, big game winter range, and other improvements for non-game birds and small mammals, in coordination and conjunction with adjacent CPW lands. The Perins Peak Wildlife Habitat Management Plan (BLM et al. 2003), which was prepared by the BLM in cooperation with the USFWS and CPW, outlines the emphasis and management objectives for the area. Within this Habitat Management Plan, a comprehensive list of management objectives is provided for raptors, big game winter range, habitat improvements, and public access.

Table 3.19.1 shows the allowable, prohibited, and restricted management activities and uses for the Perins Peak Wildlife Management Area.

**Table 3.19.1: Perins Peak Wildlife Management Area Allowable Uses**

| Management Activities and Uses | Allowable - Prohibited - Restricted |
|---|---|
| Fire managed for resource benefit | Restricted (project design would maintain or improve effectiveness and be of primary benefit to habitat and species objectives outlined in the Habitat Management Plan) |
| Prescribed burning | Restricted (project design would maintain or improve effectiveness and be of primary benefit to habitat and species objectives outlined in the Habitat Management Plan) |
| Mechanical fuels treatment | Restricted (project design would maintain or improve effectiveness and be of primary benefit to habitat and species objectives outlined in the Habitat Management Plan) |
| Timber production (scheduled on a rotation basis) | Not Applicable |

BLM_0032851

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Management Activities and Uses | Allowable - Prohibited - Restricted |
|---|---|
| Timber harvesting as a tool | Restricted (project design would maintain or improve effectiveness and be of primary benefit to habitat and species objectives outlined in the Habitat Management Plan) |
| Commercial use of special forest products and firewood | Prohibited |
| Land use ROWs, special use permits, and utility corridors | Restricted (project design should maintain habitat effectiveness and species objectives as outlined in the Habitat Management Plan) |
| Livestock grazing | Restricted (project design would maintain or improve effectiveness and be of primary benefit to habitat and species objectives outlined in the Habitat Management Plan) |
| Facilities | Prohibited |
| Motorized (summer) | Restricted (timing of use and route restrictions maintain habitat effectiveness for species objectives outlined in the Habitat Management Plan) |
| Motorized (winter) | Prohibited |
| Non-motorized (summer and winter) | Restricted (timing of use and route restrictions maintain habitat effectiveness for species objectives outlined in the Habitat Management Plan; winter use is not allowed) |
| Mechanical transport | Prohibited |
| Road construction (permanent or temporary) | Restricted (construction timing, construction type, route, and use and timing of use conforms to habitat and species needs described in the Habitat Management Plan) |
| Minerals - leasable (oil and gas, and other) | Restricted - (CSU and TL, as defined for leasable minerals; maintains habitat effectiveness for species objectives outlined in the Habitat Management Plan) |
| Minerals - locatable | Allowable |
| Minerals - saleable (materials) | Prohibited |

## Additional Guidance

Other guidance includes the Perins Peak Wildlife Habitat Management Plan (CO-03 WHA-T1) (BLM et al. 2003).

## 3.20  O'Neal Hill Special Botanical Area (San Juan National Forest)

The O'Neal Hill Special Botanical Area is designated as a special area on the SJNF to protect and preserve its rare plant species. It contains the largest known population of Pagosa Springs bladderpod (*Lesquerella pruinosa*), which is a yellow-flowered member of the mustard family that occurs only near Pagosa Springs and in a small area in northern New Mexico. Pagosa Springs bladderpod has a G1 NatureServe conservation status rank, which means it is critically imperiled globally due to extreme rarity. The species is also on the Region 2 Regional Forester's Sensitive Species list. This botanical area, which is located about 14 miles north of Pagosa Springs, is about 130 acres in size and occurs at an elevation of about 8,100 feet. The area occurs on relatively flat plains and hills, and is primarily associated with the Mancos shale geologic formation.

BLM_0032852

## Desired Conditions

3.20.1   Pagosa Springs bladderpod has self-sustaining populations.

3.20.2   Favorable habitat conditions exist for Pagosa Springs bladderpod.

3.20.3   Invasive plant species in the botanical area are absent or rare.

3.20.4   Pagosa Springs bladderpod is not trending toward federal listing under the ESA.

## Objectives

3.20.5   Within 4 years, develop a management plan.

## Standards

3.20.6   Management activities (including road construction) and motorized travel must not occur in the
O'Neal Hill Special Botanical Area unless they are needed to achieve desired conditions or
objectives, or for research or restoration.

Table 3.20.1 shows the allowable, prohibited, and restricted management activities and uses for the
O'Neal Hill Special Botanical Area.

**Table 3.20.1: O'Neal Hill Special Botanical Area Allowable Uses**

| Management Activities and Uses | Allowable - Prohibited - Restricted |
|---|---|
| Fire managed for resource benefit | Restricted (may be used to meet desired conditions) |
| Prescribed burning | Restricted (may be used to meet desired conditions) |
| Mechanical fuels treatment | Restricted (may be used to meet desired conditions) |
| Timber production (scheduled on a rotation basis) | Prohibited |
| Timber harvesting as a tool | Prohibited |
| Commercial use of special forest products and firewood | Prohibited |
| Land use ROWs, special use permits, and utility corridors | Restricted (impacts to sensitive plant species should be minimized) |
| Livestock grazing | Restricted (impacts to sensitive plant species should be minimized) |
| Facilities | Prohibited |
| Motorized (summer) | Prohibited |
| Motorized (winter) | Prohibited |
| Non-motorized (summer and winter) | Allowable |
| Mechanical transport | Restricted (impacts to sensitive plant species should be minimized) |
| Road construction (permanent or temporary) | Prohibited |
| Minerals - leasable (oil and gas, and other) | Restricted (NSO stipulation may apply) |
| Minerals - locatable | Allowable (open to mineral entry; impacts to the botanical area must be avoided or minimized to the extent practicable) |
| Minerals - saleable (materials) | Restricted (impacts to sensitive plant species should be minimized) |

BLM_0032853

## 3.21  Chattanooga Special Botanical Area (San Juan National Forest)

The Chattanooga Special Botanical Area is designated as a special area on SJNF lands to protect and preserve its rare plant species, rare plant communities, rare organic soils, and rare riparian area/wetland ecosystems. It contains iron fens, willow carrs, rich fens, ponds, and mineral springs. The iron fens are fed by highly acidic, mineralized springs from the west. Limonite terraces within the iron fens perch the water table and form an extensive network of pools and ponds. Colorado's iron fens, including the ones in this botanical area, are particularly unique because their water pH is similar to acid poor fens, whereas the ionic strength of their water is similar to rich fens (Cooper et al. 2002). The rich fens and willow carrs are fed by groundwater from the east and directly from Mineral Creek. This botanical area, which is located about 5 miles northwest of Silverton, is about 75 acres in size and occurs at 10,000 to 10,400 feet in elevation.

The iron fens of the Chattanooga Special Botanical Area are associated with the Engelmann spruce/bog birch/water sedge/sphagnum plant community, which has a G2 NatureServe conservation status rank, meaning it is imperiled globally due to its rarity. That community is characterized by an overstory of Engelmann spruce and bog birch (*Betula nana*), and a thick understory of whortleberry (*Vaccinium caespitosum*) and sphagnum (including *Sphagnum angustifolium*, *S. balticum*, and *S. girgensohnii*). *Sphagnum angustifolium* and *S. balticum* are on the Region 2 Regional Forester's Sensitive Species list. Until its discovery in this botanical area, the range of *Sphagnum balticum* in North America was thought to extend south only to southern British Columbia. Other notable species in these iron fens include bluejoint reedgrass (*Calamagrostis canadensis*), water sedge (*Carex aquatilis*), beaked sedge (*C. utriculata*), and wintergreen (*Gaultheria humifusa*). The rich fens and willow carrs are dominated by diamondleaf willow (*Salix planifolia*) and water sedge, and the mineral springs contain a rare liverwort (*Jungermannia rubra*).

### Desired Conditions

3.21.1   The rare plants are vigorous and have self-sustaining populations.

3.21.2   The ecosystems and habitats on which the rare plants and plant community depend are sustained.

3.21.3   The ecological integrity of the fens and other wetlands are intact (including their native biota, mineral and organic soils, and hydrology).

3.21.4   The fens and wetlands have sustainable hydrologic conditions.

3.21.5   Invasive plant species are absent or rare.

### Objectives

3.21.6   Determine the amount of snowmobile use that is occurring in and adjacent to the Chattanooga Special Botanical Area.

3.21.7   If snowmobile use in and adjacent to the Chattanooga Special Botanical Area increases significantly, put up interpretive signs that describe the purpose and values of the area and that notify the public that snowmobile use in the area is prohibited.

3.21.8   Within 4 years, develop a management plan.

### Standards

3.21.9   Management activities (including road construction) and motorized travel must not occur in the Chattanooga Special Botanical Area unless they are needed to achieve desired conditions or objectives, or for research or restoration.

Table 3.21.1 shows the allowable, prohibited, and restricted management activities and uses for the Chattanooga Special Botanical Area.

BLM_0032854

Table 3.21.1: Chattanooga Special Botanical Area Allowable Uses

| Management Activities and Uses | Allowable - Prohibited - Restricted |
|---|---|
| Fire managed for resource benefit | Prohibited |
| Prescribed burning | Prohibited |
| Mechanical fuels treatment | Prohibited |
| Timber production (scheduled on a rotation basis) | Prohibited |
| Timber harvesting as a tool | Prohibited |
| Commercial use of special forest products and firewood | Prohibited |
| Land use ROWs, special use permits, and utility corridors | Restricted (maintenance of existing utility line may be allowed) |
| Livestock grazing | Prohibited |
| Facilities | Prohibited |
| Motorized (summer) | Prohibited |
| Motorized (winter) | Prohibited |
| Non-motorized (summer and winter) | Allowable |
| Mechanical transport | Prohibited |
| Road construction (permanent or temporary) | Prohibited |
| Minerals - leasable (oil and gas, and other) | Restricted (NSO stipulation may be applied) |
| Minerals - locatable | Allowable (open to mineral entry; impacts to the botanical area must be avoided or minimized to the extent practicable) |
| Minerals - saleable (materials) | Prohibited |

## 3.22 Smoothing Iron and Boggy Draw Old Growth Recruitment Areas (San Juan National Forest)

Old growth recruitment areas on SJNF lands are special areas where existing or potential old growth stands are managed for their old growth values through both active and passive management. They are also places that can be used for research, education, and interpretation.

The Smoothing Iron Old Growth Recruitment Area, which is located on Haycamp Mesa about 6 air miles northeast of the town of Dolores near Spruce Water Canyon, occurs on about 2,500 acres at an elevation of approximately 8,200 feet. The Boggy Draw Old Growth Recruitment Area, which is located about 6 air miles northeast of Dolores near House Creek, occurs on about 2,500 acres at an elevation of approximately 8,100 feet. These areas, which display old growth ponderosa pine stands on mesa tops with gentle slopes, are rare in the tableland landscapes on the west side of the SJNF.

### Desired Conditions

3.22.1   Existing old growth ponderosa pine stands and their old growth attributes are protected.

3.22.2   Existing old growth ponderosa pine stands become larger as more of the lands adjacent to them develop old growth attributes.

3.22.3   Low-intensity ground fire occurs with a frequency that is similar to that which occurred during the reference period in ponderosa pine forests (12–30 years).

3.22.4   Desirable native plant species, including Arizona fescue, are abundant and well distributed.

3.22.5   Invasive plant species are absent or minor.

3.22.6   Evidence of active management, such as stumps and roads, are absent or minor.

3.22.7   Federal agencies and the public use these areas for research, education, and interpretation.

BLM_0032855

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

## Objectives

3.22.8   Within the next 15 years, use low-intensity prescribed fire or low-intensity wildfire for ecological benefit to maintain, improve, or restore the composition, structure, or function of the ponderosa pine stands.

3.22.9   Within the next 15 years, use timber harvest treatments (if necessary) to maintain, improve, or restore the composition, structure, or function of the ponderosa pine stands.

3.22.10 Within the next 15 years, decommission roads that are not needed to achieve desired conditions.

3.22.11 Within the next 10 years, develop and implement interpretive plans for both areas.

**Table 3.22.1: Smoothing Iron and Boggy Draw Old Growth Recruitment Areas Allowable Uses**

| Management Activities and Uses | Allowable - Prohibited - Restricted |
|---|---|
| Fire managed for resource benefit | Restricted (to low-intensity) |
| Prescribed burning | Restricted (to low-intensity) |
| Mechanical fuels treatment | Restricted (to meet desired conditions) |
| Timber production (scheduled on a rotation basis) | Prohibited |
| Timber harvesting as a tool | Restricted (to meet desired conditions) |
| Commercial use of special forest products and firewood | Allowable |
| Land use ROWs, special use permits, and utility corridors | Prohibited |
| Livestock grazing | Allowable |
| Facilities | Prohibited |
| Motorized (summer) | Restricted (only designated routes) |
| Motorized (winter) | Allowable |
| Non-motorized (summer and winter) | Allowable |
| Mechanical transport | Restricted (only designated routes) |
| Road construction (permanent or temporary) | Restricted (to meet desired conditions) |
| Minerals - leasable (oil and gas, and other) | NSO |
| Minerals - locatable | Allowable (open to mineral entry; impacts to old growth areas must be avoided or minimized to the extent practicable) |
| Minerals - saleable (materials) | Prohibited |

## 3.23  Dolores River Canyon

### Introduction

The Dolores River, a tributary of the Colorado River, flows approximately 250 miles from its origins in the San Juan Mountains into Grand County, Utah, where it joins the Colorado River. A few miles below McPhee Reservoir, at the Bradfield Bridge Recreation Site, the Dolores River enters lands managed by the TRFO and begins an 85-mile journey through some of the most scenic canyon country in the southwestern United States. This stretch of river, known as the Dolores River Canyon, represents an astounding array of cultural and natural resources, which are reflected in the myriad of special management prescriptions layered across its landscape. Key resources in the area include recreation, suitable WSR segments, wilderness characteristics, cultural resources, geology, rare and unique plants and plant communities, riparian ecosystems, and wildlife. Overlying it all is a scenic backdrop of sheer cliffs, benches, and mesas that rival any of the more nationally recognized landscapes in the region.

### Recreation

The Dolores River Canyon provides opportunities for a broad spectrum of recreational experiences. The river canyon is probably best known for whitewater rafting and kayaking (up to Class IV) beginning at the Bradfield Bridge boat access near Dove Creek. Since the construction of the McPhee Dam and Reservoir, boating has been dependent on flow releases and generally requires between 200 (canoes and kayaks) and 1,000 cubic feet per second (large rafts). These releases require a good snow year and generally occur between late May and early June.

BLM_0032856

While whitewater boating might be the most popular activity enjoyed in the canyon, there are outstanding opportunities for hiking, camping, OHV touring, mountain biking, and wildlife viewing as well. Developed camping is provided in the upper reaches of the canyon (Bradfield Bridge and Box Elder campgrounds), while more primitive, dispersed camping is required for overnight stays further downriver.

The river canyon from Bradfield to Bedrock was identified as an SRMA in the 1985 San Juan/San Miguel Resource Management Plan (BLM 1985) and a River Corridor Management Plan was completed in 1990 (BLM 1990). This portion of the Dolores River Canyon will continue to be managed as an SRMA, divided into several RMZs to provide for specific recreational outcomes and benefits (see Appendix E).

## Wild and Scenic River Eligibility

This entire stretch of the Dolores River is suitable for inclusion into the National Wild and Scenic River System. ORVs have been identified for the reach as a whole and include recreation and scenery (whitewater boating and sandstone cliffs), fish and wildlife (roundtail chub [*Gila robusta robusta*], flannelmouth sucker, and bluehead sucker), geology (sandstone cliffs), ecology (privet [*Forestiera neomexicana*] and Eastwood's monkeyflower [*Mimulus eastwoodiae*]), and cultural resources (historic and prehistoric sites).

This stretch of river has been divided into each of the three eligibility classifications (recreational, wild, and scenic). The segment from Bradfield Bridge to the Dove Creek Pump Station (Mt. Sheep Point) is suitable as a wild classification due to the lack of roads, motorized use, and developed trails. Dove Creek Pump Station to Disappointment Creek is suitable as a scenic classification despite Snaggletooth Road, which is generally unobtrusive to the surrounding landscape. The segment from Disappointment Creek the Little Gypsum Bridge is suitable as a recreational designation due to the presence of the community of Slickrock and the access provided via multiple county roads. Finally, from the Little Gypsum Bridge down through the Dolores River Canyon WSA to Bedrock is suitable as a wild classification.

## Lands with Wilderness Characteristics

The upper portion of the canyon (from Bradfield Bridge to nearly Disappointment Creek) was inventoried in 2011 and found to have wilderness characteristics. A portion of this unit, known as the Snaggletooth unit, from Bradfield Bridge to Mt. Sheep Point, will be managed for its wilderness characteristics.

## Wilderness Study Areas

The northernmost portion of the Dolores River Canyon within the TRFO is within part of the Dolores River WSA, and is managed by the TRFO so as not to impair the ability of Congress to make wilderness determination at some point in the future.

## Cultural Resources

The Dolores River Canyon has been a focal point of human interest, use, and occupancy dating back at least 11,000 years. Evidence of this use can be seen and experienced along the length of the river. Cultural resources include rock shelters, petroglyph panels, resource procurement and processing areas, and historic camps, homesteads, and trails. These sites contribute to our understanding of the area and its importance to the human experience over time.

## Geology

The Dolores River is up to 1,100 feet deep in places and cuts through multiple geologic formations spanning nearly 300 million years of earth's history from the Pennsylvanian through Cretaceous periods. Rock formations in the canyon record the passing of ancient seas and vast deserts. The prominent formation is the cliffs of Wingate sandstone.  Major tributaries such as Coyote Wash, Bull Canyon, and Wild Steer Canyon display slickrock sculpted by wind and water and provide additional habitat for unique plant and animal populations.

BLM_0032857

## Rare/Unique Plants and Plant Communities and Riparian Ecosystems

Another natural resource that makes the Dolores River Canyon special is the variety of plant life found within its confines. Tucked along the canyon floor, along the cliff faces, or hidden within hanging gardens are rare, unique, and even globally impaired species. Old growth ponderosa groves, box elder, and Fremont cottonwood (*Populus fremontii*) galleries provide shade along the river's edge for boaters and animals alike. The New Mexico privet is a riparian shrub that is relatively common in the area, but extremely rare on a global scale. Also found in the canyon, usually in hanging gardens around seeps and overhangs, is the bright red Eastwood's monkeyflower, which is also considered extremely rare or imperiled within the state, and rare globally. In addition to rare plants and plant communities, the Dolores River Canyon includes excellent examples of more common plant communities useful as biodiversity reserves and reference areas. Many of these species and communities are threatened by human activities and invasive, non-native species. The BLM is an active member and supporter of the Dolores River Restoration Partnership, which was founded to reduce or eliminate the threats to native vegetation and riparian functionality from tamarisk and other invasive species.

## Wildlife

The Dolores River Canyon provides important habitat for a variety of species ranging from big game animals to tree frogs. The canyon is home to a population of desert bighorn, one of only three herds in the state. To aid in the viability of this herd, a seasonal motorized closure is placed on a BLM-administered portion of Snaggletooth Road during the spring lambing period (February 1–April 30, inclusive) from near Slickrock to Snaggletooth Rapid. The canyon also provides habitat for peregrine falcons, golden eagles, and other sensitive or listed avian species.

The river itself provides crucial habitat for many aquatic species including roundtail chub, flannelmouth sucker (*Catostomus latipinnis*), bluenose sucker (*Notropis welaka*), red-spotted toad (*Bufo punctatus*), tiger salamander (*Ambystoma tigrinum*), and canyon tree frog. Water levels in the river are controlled by the dam below McPhee Reservoir, which was constructed by the US Bureau of Reclamation as part of the Dolores Project and is operated by the Dolores Water Conservancy District.

## Desired Conditions

3.23.1   Key resources in the canyon (including recreation, WSR suitability, wilderness characteristics, archeology, geology, rare and unique plants and plant communities, riparian ecosystems, and wildlife) are protected and preserved.

3.23.2   Invasive species (including tamarisk, Russian knapweed [*Acroptilon repens*], and Canada thistle [*Cirsium arvense*]) are minor components of the riparian systems of the Dolores River and its tributaries.

3.23.3   The scenic integrity of the canyon is unaltered and or otherwise mitigated to keep structures and new construction out of view from the river bottom.

3.23.4   Recreational opportunities within the canyon corridor are maintained and enhanced.

3.23.5   Access to the river is maintained or improved outside areas classified as wild.

## Objectives

3.23.6   Use integrated pest management on the Dolores River Canyon to treat invasive species.

3.23.7   Over the life of the LRMP, restore riparian and aquatic ecosystems in the Dolores River Canyon and its tributaries.

BLM_0032858

3.23.8   Over the next 20 years, enhance the resiliency of Dolores River Canyon corridor and provide refugia for species on 100 acres of TRFO lands in the Dolores River watershed through implementation of travel management decisions, recreation management plans in the watershed ecosystems, invasive species management projects, or other management activities.

## Guidelines

3.23.9   Management activities and recreational use should avoid or minimizes impacts to rare or unique plant communities.

Table 3.23.1 shows the allowable, prohibited, and restricted management activities and uses for the Dolores River Canyon.

**Table 3.23.1: Dolores River Canyon Allowable Uses**

| Management Activities and Uses | Allowable - Restricted - Prohibited |
|---|---|
| Fire managed for resource benefit | Restricted within the canyon to protect other resource values; naturally ignited and human-made fire will be suppressed |
| Prescribed burning | Restricted to management actions that enhance resource characteristics |
| Mechanical fuels treatment | Restricted to management actions that enhance resource characteristics |
| Timber production (scheduled on a rotation basis) | Restricted to areas above Canyon Rim within ponderosa and oak Brush treatment area |
| Timber harvesting as a tool | Restricted to areas above Canyon Rim within ponderosa and oak brush treatment area. |
| Commercial use of special forest products and firewood | Restricted to areas above the canyon rim |
| Land use ROWs, special use permits, and utility corridors | Restricted (to minimize impacts to canyon resources and protect the viewshed) |
| Livestock grazing | Allowable |
| Facilities | Restricted (development of recreation facilities may be allowed) |
| Motorized (summer) | Restricted (see section 2.14; additionally, there is a motorized timing limitation within desert bighorn lambing areas between February 1 and June 30) |
| Motorized (winter) | Restricted (see section 2.14; additionally, there is a motorized timing limitation within desert bighorn lambing areas between February 1 and June 30) |
| Non-motorized (summer and winter) | Restricted (see section 2.14; timing restrictions may apply to protect wildlife habitat) |
| Mechanical transport | Allowable outside the lands managed for wilderness characteristics |
| Road construction (permanent or temporary) | Restricted to existing county roads within the canyon |
| Minerals - leasable (oil and gas, and other) | Restricted (NSO and TL leasing stipulations may apply for the canyon corridor, viewshed protection, and to protect desert bighorn lambing areas |
| Minerals - locatable | Allowable (open to mineral entry; impacts to canyon resources and viewshed should be minimized to the extent practicable) |
| Minerals - saleable (materials) | Prohibited |

## Additional Guidance

- Dolores River Corridor Management Plan (BLM 1990)

BLM_0032859

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

## 3.24  Silverton

The Silverton area includes the Alpine Loop Backcountry Byway, portions of the San Juan Skyway, the Silverton SRMA, and the town of Silverton (see Figure 3.27.1). The Silverton Ski Area and the Durango-Silverton Narrow-Gauge Railroad also operate within this area. A portion of the Continental Divide National Scenic Trail and the Colorado Trail pass through this area.

The Silverton area has outstanding outdoor opportunities, extraordinary scenery (accessed by two byways and an extensive network of rough roads and trails), sensitive plant and animal habitats, and diverse year-round nature-based recreation and adventure tourism. The town of Silverton's history, and vintage architecture, is recognized by residents and visitors as a precious cultural resource. Silverton, which has strong community values and a "sense of place," is a place where it is possible to "step back in time."

More than 300,000 people visit the area annually primarily due to heritage tourism, recreation, and wilderness access. These are the main economic contributors to local communities. Activities for visitors include camping, hiking, mountain biking, wildlife and wildflower viewing, winter sports, OHV use, and heritage tourism. The area is well suited to day trips, as well as to multi-day excursions.

Situated primarily above 9,000 feet, this is largely a sensitive and beautiful subalpine to alpine environment. This area has important biological value (including its essential function as a linkage area for wildlife across the San Juan Mountains and north to other parts of Colorado). The valleys and mountain passes provide key linkage corridors for migratory wildlife and wide-ranging carnivores (e.g., Canada lynx [*Lynx canadensis*]). The high country provides a large block of alpine and tundra habitat that is contiguous with adjacent public lands. This provides key habitat areas for a suite of unique species specially adapted to this fragile and harsh environment (including the endangered Uncompahgre fritillary butterfly [*Boloria acrocnema*], the white-tailed ptarmigan, and the brown-capped rosy-finch [*Leucosticte australis*], Rocky Mountain bighorn sheep, and Colorado cutthroat trout). The Silverton area contains peat-forming wetlands called fens. Fens require thousands of years to develop and cannot easily be restored once damaged. Rare and sensitive plants are found only in these fens. The Silverton area is also the only area where iron fens are found within the planning area. Iron fens are a unique type of fen found in areas with geology that produces acidic, metal-rich conditions. The San Juan Mountains are one of only a few places in the world that contain iron fens.

Many local residents are active stewards of this area and have strong concerns regarding the protection of the unique environment. Concerns expressed by residents and visitors include issues related to recreation and travel management, cultural resource protection, sheep grazing, protection of scenic views and fragile tundra, adequate visitor information and services, mining impacts, economic benefits, conflicts between residents and tourists, and conflicts between motorized and other users.

The combination of road access, rewarding vistas, and outstanding remnants of the hard-rock mining heritage make the Silverton area one of the most spectacular high-elevation landscapes in the United States.

Protecting the heritage of the amazingly persistent hard-rock miners is vital to preserving the nation's history, as well as the allure of the Silverton area. Historic sites within the Silverton area include mills, dams, hydro-electric power houses, water flumes, shaft houses, tramways, miners' cabins, assayer offices, boarding houses, powder houses, toll roads, railroads, mining camps, and countless mine shafts and adits. These sites are deteriorating in the harsh environment and as a result of the impacts from the increasing numbers of visitors. Private land development also threatens the integrity of the cultural landscape.

Mineral exploration, mining, and ore processing was the focus of activity in the Silverton landscape since the late 1800s. The remnants of this activity provide the road network and historic focus for heritage tourism and also left a legacy of hazardous open mines and water quality issues necessitating the need for an AML program. The AML programs on both USFS and BLM lands have the dual focus of mitigating physical safety hazards of abandoned mines and improving water quality that has been degraded by mining. The physical safety closures are often done in conjunction with the Colorado Division of Reclamation, Mining and Safety, who can efficiently combine work on federal and private

BLM_0032860

lands. Water quality work can consist of removal and reclamation of mine waste rock piles and mill tailings piles, water control to keep water from getting to mining areas where it can be contaminated, or treatment of contaminated water. The BLM and USFS partner with numerous entities in this work, including the Colorado Division of Reclamation, Mining and Safety, USGS, EPA, USFWS, mining industry, environmental and educational groups, and community members.

As the result of the configuration of mineral patents and private lands, San Juan County has a somewhat fragmented land ownership pattern of public lands isolated by private lands sometimes called "splinters" or "slivers." These splinters or slivers can range in size from less than an acre up to 40 acres and oftentimes make accessibility to public lands difficult.

In recent years, the uses of mineral patents and private lands in San Juan County have shifted from mining to recreation and residential uses, either seasonal or permanent. The proliferation of cabins on parcels of 5 acres or more has increased ROW applications to the BLM for access and other infrastructure needs. Consolidation of ownership would result in more efficient and effective land management for federal, state, and local governments. This consolidation can take place through proposals for land acquisitions, sales (disposals), and/or exchanges. The BLM may retain rights such as conservation easements, trail easements, or ROWs in these transactions for the public's benefit.

In keeping with the BLM mission of "serving communities," lands in San Juan County near Silverton may be made available for recreation and public purposes or sold either competitively or directly for expansion of residential, commercial, recreation, or infrastructure uses.

Residents, visitors, and public land managers all see many opportunities for sustainable conservation of the Silverton area. Due to its complex resource values, and to the high levels of public interest, successful strategies for conservation will continue to depend on partnerships (including with local, state, tribal, and other federal agencies; historic preservation advocates and agencies; non-profit organizations; interpretive associations; commercial recreation providers; and local businesses). Management tools (including land acquisition, land exchange, and conservation easements) would be critical to the protection of high-priority lands within the larger cultural landscape, the mitigation of resource impacts, and the improvement in land conservation areas or national monuments, which may also be considered, in order to give the area appropriate recognition and protection.

The Alpine Triangle Cultural Resources Management Plan (CRMP) provides guidance for the management and interpretation of cultural resources in the Silverton SRMA (BLM 1994b) (see Appendix E). Under the direction of the LRMP, management will be intensive and include visitor facilities for interpretation and resource protection (including parking, trailhead facilities, signage, and trail maintenance). Regulations and visitor guidance will also play a role in protecting resources, as well as in enhancing visitor experience (including camping restrictions, travel management for motorized and non-motorized uses, resource protection, and visitor safety related to mines).

Successful implementation of the LRMP will depend on ownership patterns. Cooperation with state historic and heritage programs; San Juan, Ouray, and Hinsdale Counties; local communities and their residents; local, state, tribal, and other federal agencies; non-profit organizations; interpretive associations; businesses; and public land permittees will be emphasized. Expansion of on-the-ground signs and patrols to effective levels will also be key to successful heritage tourism and resource protection. Special emphasis will be given to the protection of cultural viewsheds that are in jeopardy due to the impacts of incompatible private development.

## Desired Conditions

3.24.1   Interpretation of the historic landscapes and features of the Silverton SRMA is made available through a range of effective and appropriate venues. Information is designed to enhance the touring experience and encourage the greatest extent of appreciation and protection of these precious assets.

BLM_0032861

3.24.2  Commercial summer and winter recreation opportunities are available through permitted outfitter/guides and the Silverton Ski Area.

3.24.3  Recreational uses (including motorized/non-motorized travel or camping) are at sustainable levels within ROS settings.

3.24.4  Recreation management compatible with the area's cultural and natural resource management goals is allowed and promoted.

3.24.5  High-priority historic resources are stabilized and preserved for future generations.

3.24.6  The built environment supports essential visitor services, heritage tourism and interpretation, and recreation opportunities. Design elements (including scale, materials, and colors) complement the natural environment and are consistent with the architectural vernacular of local historic structures.

3.24.7  Support services are located within, or close to, gateway communities.

3.24.8  Local communities serve as gateways to the Silverton area, take an active role in stewardship of surrounding public lands, and receive lifestyle, community, and economic benefit. The site-stewardship program and TRFO presence are fully effective for resource protection, visitor contact, education, and safety.

3.24.9  Plants and wildlife unique to the area (including Canada lynx/lynx habitat, fens, bighorn sheep, native Colorado Cutthroat trout, Uncompahgre fritillary butterfly, white-tailed ptarmigan, and brown-capped rosy-finch, and other alpine obligate species) are effectively protected and managed in conjunction with other actions.

3.24.10 Water quality meets or exceeds state standards, where possible.

3.24.11 Although private land access is provided, as required, opportunities for protection of key resources are sought through the county development process, easement options, and acquisition.

3.24.12 High-priority parcels of land are protected and preserved through methods that include acquisition, land exchange, or conservation easements.

3.24.13 Where public lands 1) are isolated by surrounding private parcels with limited or no public access, 2) have minimal cultural/natural resource or recreation values to protect, and 3) are not needed for any federal project or resource management activity, the BLM may consider exchanges, sales or other disposal in order to improve the overall management of the public lands. Each proposal will be evaluated on a case-by-case basis, including environmental analysis under NEPA.

3.24.14 The responsibility to provide appropriate marketing and adequate interpretation, conservation education, and recreation information is understood and shared by agencies, partners, commercial outfitter/guides, and businesses.

3.24.15 The transportation system throughout the Silverton area meets the desire of visitors for access, provides a range of interesting touring experiences, and is designed in order to limit access to sites in need of protection.

3.24.16 AML and mining clean-up activities address resource protection and public safety.

3.24.17 Lands would remain open to mineral entry except where limited and specific needs for withdrawal or segregation. When possible, new mining projects would consider reclamation and remediation of historic mining operations to the extent economically, technologically, and legally possible.

Table 3.24.1 shows the allowable, prohibited, and restricted management activities and uses for the Silverton area.

BLM_0032862

**Table 3.24.1: Silverton Area Allowable Uses**

| Management Activities and Uses | Allowable - Restricted - Prohibited |
|---|---|
| Fire managed for resource benefit | Restricted (wildfire for ecological benefit would be allowed in high-elevation spruce-fir, but emphasis will be put on protecting historic structures and private property) |
| Prescribed burning | Restricted (may be used in order to improve wildlife habitat, including bighorn sheep.) |
| Mechanical fuels treatment | Allowable |
| Timber production (scheduled on a rotation basis) | Restricted |
| Timber harvesting as a tool | Restricted |
| Commercial use of special forest products and firewood | Restricted to Christmas trees, firewood post and poles, mushrooms, and medicinal plants collected in the area |
| Land use ROWs, special use permits, and utility corridors | Restricted (surface disturbance should be minimized; utilize existing corridors and ROW where practicable) |
| Livestock grazing | Restricted to grazing allotments. |
| Facilities | Allowable |
| Motorized (summer) | Allowable |
| Motorized (winter) | Allowable |
| Non-motorized (summer and winter) | Allowable |
| Mechanical transport | Allowable |
| Road construction (permanent or temporary) | Restricted (allowable for access to valid existing rights and for effective public access.) |
| Minerals - leasable (oil and gas, and other) | Restricted (NSO, CSU, and TL stipulations may apply) |
| Minerals - locatable | Restricted (allowable where natural, cultural, and/or scenic values are not degraded) |
| Minerals - saleable (materials) | Allowable (open to mineral entry per the 1872 Mining Law; however, the exploration and development of mining claims may be subject to restrictions to protect resources) |

## 3.25  HD Mountains (San Juan National Forest)

The HD Mountains (MA 2) total approximately 49,000 acres (see Figure 3.27.2). The area's elevation ranges from just over 6,000 feet to just under 9,000 feet. Private and state lands (located primarily along the flanks of the USFS-administered lands) make up a small portion of the HD Mountains area (and are not subject to the direction of the LRMP). A 25,140-acre CRA within the HD Mountains forms the core of the MA.

The roadless area provides many social and ecological benefits. As urban areas grow in southwest Colorado, undeveloped private lands continue to be converted to urban areas and rural infrastructure. In the increasingly developed landscape in the vicinity of the HD Mountains, this large unfragmented tract of land serves a critical role (in that it provides functioning watersheds and biological strongholds that promote diversity for plant and animal populations). The area provides a large, relatively undisturbed landscape with opportunities for dispersed outdoor recreation (opportunities that diminish as open space and natural settings are developed elsewhere). The area also serves as a bulwark against the spread of non-native invasive plant species and provides a reference area for study and research related to development in the roadless area.

The HD Mountains area encompasses the northeastern portion of the San Juan Basin (which is a geologic structure containing one of the largest natural gas reservoirs in the world). The majority of the area has been leased for oil and gas development, and markets have prompted additional interest and investments in gas wells and associated facilities and infrastructure in the San Juan Basin. Natural gas development in the HD Mountains is controversial due to the potential impacts to roadless area values, surface water and groundwater, wildlife habitat, cultural resources, property values, tax revenues, employment, and air quality in the Weminuche wilderness area and the Mesa Verde National Park Class 1 air quality areas.

BLM_0032863

Companies or individuals holding existing valid leases have legal, non-discretionary development rights. Over the next few decades, as gas is produced and transported, the impacts of development will be evident; however, in the long-term, the SJNF would manage its lands so that facilities (including all surface and subsurface features related to management activities) would be reclaimed when no longer needed, so that altered lands would be restored to natural conditions. Planning for, and administering, management activities with the intent to ultimately reclaim development areas will make for a more rapid and successful recovery to natural conditions. An important element of this recovery effort is the approximately 22,400 acres of the roadless area that would remain unroaded under the gas field development plan authorized by the Northern San Juan Basin FEIS and ROD (BLM and USFS 2006; USFS and BLM 2007).

Although the primary values and important characteristics listed below are not all unique to the HD Mountains, the fact that they all occur in the same area makes the HD Mountains unique and deserving of special management approaches. The overall goal of management approaches in the HD Mountains is to maintain, improve, and/or return these values and characteristics to the landscape. These values and characteristics are described below.

The Northern San Jan Basin FEIS and ROD was signed on April 4, 2007, and provides guidance for gas-field development in the HD Mountains area. The development approach required by the FEIS/ROD balances valid existing gas development lease rights with legitimate social and environmental issues. It also sets the stage for the long-term goal of returning the area to a natural condition. Under the direction of the LRMP, the program approach would include comprehensive implementation, monitoring, mitigation, and reclamation plans for all phases of project development that address gas seepage, water quality/quantity, landslides, wildlife, vegetation, recreation, transportation, visual resources, noise, health and safety, air quality issues, and the minimization of impacts to the CRA.

In addition, a CRMP will be developed in consultation with the State Historic Preservation Office and other consulting parties. The CRMP will provide a framework in which to address cumulative impacts to cultural resources and will provide strategies for proactive management of cultural resources within the Northern San Juan Basin area of potential effects (which includes the HD Mountains area).

In addition, hazardous fuels reduction projects will continue to prioritize the WUI-related to SJNF/private land boundaries.

Noxious weeds are managed cooperatively with the State of Colorado (especially in relation to impacts to the Little Squaw Creek drainage).

## Primary Values and Important Characteristics

**Roadless Area:** The HD Mountains area includes the 25,140-acre HD Mountain CRA. This area is important for recreational opportunities, pristine and primitive conditions, wildlife habitat, and roadless values (including those described above). The roadless area may also take pressure off of the more heavily used wilderness areas and WSAs within the planning area by providing solitude and quiet, as well as dispersed recreation opportunities.

**Wildlife Habitat:** The HD Mountains area, and the associated CRA, represent important, unfragmented wildlife habitat. They also provide connectivity to other important wildlife habitats. The combination of elevation, exposures, and vegetation also means that much of the area is winter range. In addition, important migration corridors for big game and other migrating wildlife are present in the area. The relatively unique occurrence of oak brush on north-facing slopes in the HD Mountains adds to the importance of the area as bear habitat.

**Archeological Resources:** The HD Mountains area contains important archeological resources (including the Spring Creek, Sauls Creek, Armstrong-Ritter, Turkey Creek, and Peterson Gulch Proposed National Register Districts, and other archeological sites) resources offering unique information and values. These sites and districts may provide information related to Chimney Rock, neighboring populations in the lower San Juan Basin (including Gobernador Valley and Chaco Canyon), and settlements to the west (including Mesa Verde National Park and Canyons of the Ancients National

BLM_0032864

Monument). They may also provide important clues about chronology and settlement patterns, relationships with temporally parallel neighboring populations, and resource utilization across the HD Mountains area landscape.

**Geology and Geomorphology:** The HD Mountains area is noteworthy for its geology, topography, and landslides. It also contains many areas of steep, unstable, erosive soils and slopes, as well as the Fruitland Formation, which is one of the most productive formations for natural gas in the San Juan Basin. The Fruitland Formation is exposed at the surface in the HD Mountains area, in a feature known locally as the Outcrop. The Outcrop is an important hydrogeologic feature connected to the Fruitland Formation coalbed methane gas reservoir and freshwater aquifer.

**Surface Water and Groundwater Resources:** Due to the area's dry climate and the unique hydrogeology of the Fruitland Formation, surface water and groundwater are critical resources in the area. There are important water resources connected to the Fruitland Formation, and freshwater springs are present in the core area of the HD Mountains area.

**Vegetation:** The HD Mountains support a variable mix of vegetation types, ranging from sagebrush to cool-moist mixed conifer forests. Old growth ponderosa pine forests and aspen forests still stand in portions of the HD Mountains area. The stands of old growth ponderosa pine in the HD Mountains area are particularly important (because this is a rare resource in the planning area). In addition, *Townsendia globella* and the riparian natural plant communities of boxelder-narrowleaf cottonwood/red osier dogwood forest, strapleaf willow shrubland, and narrowleaf cottonwood-rocky mountain juniper forest are also important vegetation types of the HD Mountains.

**Social and Economic Values:** The existing and potential natural gas resources in the HD Mountains area have significant direct and indirect economic benefits for the local and regional area related to gas-field development. The area also provides important social and economic value to the local area (including motorized and non-motorized recreation, primitive solitude, hunting, enjoyment of scenic vistas, and benefits related to gas-field revenues and taxes). Examples of these values include low residential property taxes, as well as new or improved city and county facilities, services, and infrastructure.

**Recreation:** Recreational opportunities in the HD Mountains area include wide open vistas, as well as views of Chimney Rock, the Piedra River valley (to the east), and the Pine River valley (to the west). The core roadless area provides opportunities for hiking, hunting, and horseback riding in an environment of natural sights and sounds. There are motorized trails on the western and eastern flanks of the HD Mountains.

**Livestock Grazing:** Livestock grazing is an important use of the HD Mountains area (which has several active allotments that would continue to be used). This use is not expected to increase or decrease significantly in the future.

**Fire and Fuels Management:** Fire and fuels management are important activities in the HD Mountains area. These management activities would be aimed at reducing fire risk to private lands and residences along the flanks of the core area, as well as improving the overall health of the lands within the planning area and restoring a more natural condition.

## Desired Conditions

3.25.1   Specific actions for cultural resources are protected, preserved, and interpreted as directed in the Northern San Juan Basin CRMP.

3.25.2   High-priority historic and prehistoric resources are stabilized and preserved for future generations.

3.25.3   The Spring Creek, Sauls Creek, Armstrong-Ritter, Turkey Creek, and Peterson Gulch National Register Districts/Proposed National Register Districts are maintained in an undisturbed condition and protected from impacts (including from vandalism, visual intrusion, surface disturbances, and erosion).

BLM_0032865

3.25.4 Motorized travel occurs on designated motorized roads and trails within the boundaries of the Spring Creek, Sauls Creek, Armstrong-Ritter, Turkey Creek, and Peterson Gulch National Register Districts/Proposed National Register Districts.

3.25.5 Scenic integrity meets an overall moderate scenic integrity objective, and areas of high scenic integrity are maintained, wherever practicable.

3.25.6 Although private land and mineral access may be authorized, as appropriate, opportunities to protect private and other key resources is sought through cooperative efforts with local, state, tribal, and other federal agencies.

3.25.7 Coordination between local, state, tribal, and other federal agencies is effective and ongoing (especially regarding the integration of management for the San Juan Basin gas field).

3.25.8 Water quality is maintained at current, or improved, conditions. Water quantity is maintained at current levels, unless affected by natural factors (including drought).

3.25.9 In general, management activities maintain or improve roadless area values, wherever practicable, with a long-term goal of returning the landscape to an unroaded condition. Existing roads in areas such as Spring Creek, Sauls Creek, Turkey Creek, Goose Creek, Lange Canyon, Fosset Gulch, and the Relay Tower Road, as well as motorized trails proposed under the Northern San Juan Basin FEIS/ROD Travel Management Plan (USFS and BLM 2007) remain open to motorized travel indefinitely.

3.25.10 Development practices allow for efficient extraction of fluid mineral resources in order to maximize recovery and related economic benefits (including property tax base and other indirect social and economic benefits to the local and regional area).

3.25.11 Mineral resources are developed so that the area can be returned to a relatively natural setting as production phases out.

3.25.12 Existing mineral leases are reasonably developed using the minimum size and amount of facilities necessary. Future mineral leases are issued with NSO stipulations.

3.25.13 Facilities are designed and constructed with the goal of ultimately reclaiming them to closely resemble pre-construction conditions.

3.25.14 Facilities are located in order to minimize or avoid construction in steep, erosive, unstable, highly visible, and/or other critical resource areas (including water influence zones, areas with low potential for revegetation, and areas of known habitat for sensitive, threatened or endangered plant and animal species).

3.25.15 Where facilities are required, they are collocated, to the extent practicable, in order to reduce overall disturbance and indirect impacts (e.g., vehicle trips, air quality impacts, etc.).

3.25.16 Reclamation plans are an integral component of management activities.

3.25.17 Natural resources unique to the area (including old growth ponderosa pine forests, wildlife habitat, and water sources) are effectively protected and managed in conjunction with other actions.

3.25.18 Wildlife habitat effectiveness and connectivity is maintained.

3.25.19 Wildlife habitat and big game winter range are protected, enhanced, or replaced.

3.25.20 Management activities avoid disturbance to old growth vegetation. Prescribed fire may be used in old growth vegetation areas after site-specific field review and documentation of analysis and affirmative decision is completed.

BLM_0032866

3.25.21 Forest health, restoration, and fuels management are routine and recurring management activities (especially along the flanks of the HD Mountains). Forest ecosystem health is consistent with minimally disturbed natural systems. Fire-return intervals and risks of catastrophic fire are consistent with the range of natural variability for the various forest communities. Stand structures and vegetative compositions are representative of more natural conditions.

3.25.22 Forest health, restoration, and fuels projects are completed in order to reduce fire risk to private lands and residences along the flanks of the HD Mountains, with an overall goal of improving forest health while, at the same time, maintaining and/or returning the area to a more natural forested condition.

3.25.23 Invasive plant species (including noxious weeds) are absent or rare in the HD Mountains area.

3.25.24 Management activities complement primitive recreation and roadless values.

3.25.25 Livestock grazing management complements roadless values and natural forest conditions.

3.25.26 Motorized travel occurs on designated roads and trails during appropriate times. Mineral development roads authorized by the Northern San Juan Basin FEIS/ROD are closed year-round to public motorized use (see the Northern San Juan Basin FEIS/ROD for travel management direction.)

3.25.27 Air quality impacts from management activities are reduced or avoided using BMPs and the best available technology.

## Objectives

3.25.28 Every 5 years, unless otherwise determined by the Authorized Officer, complete elk and deer habitat enhancement project(s) (to be completed by operators conducting oil and gas activities in the HD Mountains area). The project(s) must enhance acreage in elk habitat or deer winter range in the HD Mountains area (preferably on state and/or SJNF-administered lands) in an amount that is equal to, or greater than, the acreage disturbed in elk habitat or deer winter range by oil and gas activities in the area.

3.25.29 Permanently close all roads that are not designated as open in the Travel Management Plan (roads not used by industry to access coalbed methane sites and not used for administrative purposes). Measures would be taken in order to effectively close such roads to all motorized use (including to full-size vehicles, ATVs, motorcycles, OHVs, and snowmobiles). Measures would include, but are not limited to, blocking roads at least one site distance up the roadbed by placing large boulders, livestock gates, and/or earthen barriers interspersed with tree trunks and branches or obliterating and recontouring areas back to the original slope.

3.25.30 Every 5 years, stabilize, rehabilitate, or restore 1 mile or more of gullied channels in order to reduce erosion and sediment delivery.

3.25.31 Annually, treat the full length of Crowbar Creek and Sauls Creek in order to control noxious weeds (primarily musk thistle [*Carduus nutans*]) with funds provided by the USFS and/or BLM and/or obtained through collection agreements/other funding instruments executed with oil and gas permittees.

3.25.32 Twice per year, treat Spring Creek, Salt Canyon and Fosset Gulch in order to control noxious weeds (primarily musk thistle) with funds provided by the USFS and/or BLM and/or obtained through collection agreements/other funding instruments executed with oil and gas permittees.

Table 3.25.1 shows the allowable, prohibited, and restricted management activities and uses for the HD Mountains MA 2.

BLM_0032867

**Table 3.25.1: HD Mountains Allowable Uses**

| Management Activities and Uses | Allowable - Restricted - Prohibited |
|---|---|
| Fire managed for resource benefit | Allowable |
| Prescribed burning | Allowable |
| Mechanical fuels treatment | Restricted (treatments generally would not be allowable in the core roadless area) |
| Timber production (scheduled on a rotation basis) | Prohibited |
| Timber harvesting as a tool | Restricted |
| Commercial use of special forest products and firewood | Allowable |
| Land use ROWs, special use permits, and utility corridors | Restricted (to minimize impacts; should utilize existing corridors and disturbed areas where practicable) |
| Livestock grazing | Allowable |
| Facilities | Restricted (facilities would not be allowed within the roadless area and would generally be limited throughout the entire area) |
| Motorized (summer) | Restricted (summer motorized travel is suitable and may occur on designated routes; seasonal motorized restrictions may apply in order to protect resources and wildlife habitat areas) |
| Motorized (winter) | Prohibited |
| Non-motorized (summer and winter) | Allowable |
| Mechanical transport | Allowable |
| Road construction (permanent or temporary) | Restricted (road development would be limited to lease contract obligations and for restoration management, as necessary) |
| Minerals - leasable (oil and gas, and other) | Restricted (NSO, CSU or TL stipulations may apply) |
| Minerals - locatable | Allowable (open to mineral entry per the 1872 Mining Law; however, the exploration and development of mining claims may be subject to restrictions to protect resources) |
| Minerals - saleable (materials) | Prohibited |

## 3.26  McPhee (San Juan National Forest)

The McPhee area includes the Anasazi National Register Archeological District and McPhee Dam (see Figure 3.27.2). With over 997 archeological sites, the Anasazi National Register Archeological District contains one of the densest concentrations of Ancestral Puebloan sites in the southwestern United States. These sites were identified and documented during the Dolores Archeological Project. In 1977, the district was established in recognition of this unique concentration of nationally significant cultural resources and landscapes. These sites are associated with Basketmaker III (A.D. 500–750), Pueblo I (A.D. 750–900), and Pueblo II (A.D. 900–1150) culture periods. Rising and falling water levels associated with management of McPhee Reservoir continue to impacts these sites causing erosion, loss of archaeological resources, and NAGPRA issues.

McPhee Dam was constructed on the Dolores River in order to provide storage for irrigation and municipal and industrial water in southwest Colorado. McPhee Reservoir also provides outstanding recreation opportunities for boating, fishing, hiking, and ATV use.

The McPhee area also includes the McPhee Reservoir Sauropod Locality. The sauropod is an important dinosaur fossil that will be protected and preserved as required by the PRPA. This significant fossil is currently being managed by the USFS in partnership with Colorado Mesa University. See Section 2.17 Paleontological Resources, for specific desired conditions for the McPhee Reservoir Sauropod Locality.

BLM_0032868

Under the direction of the LRMP, management of the McPhee area emphasizes protection and preservation of archeological and paleontological sites, while at the same time providing recreation opportunities and protecting big game winter range and sage-grouse habitat. Focused management will address the intensive recreational use of the area, as well as the ongoing impacts to significant archeological and paleontological resources. An integrated archeological, recreation, and interpretive plan should be developed. The existing archaeological monitoring plan will be implemented in order to improve management and to protect archeological resources in the area. A proactive management approach will take full advantage of the educational, interpretive, scientific, and research opportunities available within the area. These proactive approaches include interpretive trails, "Passport In Time" projects, campground programs, and "Archaeology Month" programs. In order to improve management, archeological testing will be conducted on sites that are 100% surface collected in order to determine if subsurface deposits exist. This information can be used to determine future management and uses of these sites. Archeological sites could also be assessed in the waterline in order to ascertain impacts associated with fluctuations in reservoir levels. Data recovery will be conducted, if necessary, in order to mitigate adverse impacts.

## Desired Conditions

3.26.1   McPhee offers diverse recreation for communities while, at the same time, preserving archeological and paleontological resources.

3.26.2   McPhee provides big game winter range and sharp-tailed (*Tympanuchus phasianellus*) and sage-grouse habitat.

3.26.3   Vegetation is managed in order to protect and enhance cultural and paleontological resources.

3.26.4   Interpretive and educational opportunities enhance visitor experience and increase stewardship of sites.

3.26.5   User-made trails are rerouted or eliminated in order to avoid impacts to archeological and paleontological sites.

3.26.6   Hazardous fuels are managed in order to protect and preserve archeological resources, and to reduce the risk of wildfire to recreational facilities.

3.26.7   Cultural viewsheds are preserved; incompatible uses or developments are prevented.

3.26.8   The SJNF partners with the Bureau of Reclamation to address impacts to archaeological resources and NAGPRA issues.

3.26.9   The SJNF partners with research organizations to test archaeological sites and conduct data recovery if sites are being impacted.

## Objectives

3.26.10 Within 5 years, implement site-steward and "adopt-a-site" programs.

3.26.11 Over the implementation life of the LRMP, develop two interpretive trails.

3.26.12 Within 10 years, test two sites for subsurface archeological deposits.

3.26.13 Within 5 years, implement archaeological monitoring plan.

3.26.14 Within 3 years, reroute or close user-made trails that are impacting archaeological resources

Table 3.26.1 shows the allowable, prohibited, and restricted management activities and uses for the McPhee.

BLM_0032869

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Table 3.26.1: McPhee Allowable Uses**

| Management Activities and Uses | Allowable - Prohibited - Restricted |
|---|---|
| Fire managed for resource benefit | Restricted in order to protect significant archaeological resources |
| Prescribed burning | Restricted |
| Mechanical fuels treatment | Allowable |
| Timber production (scheduled on a rotation basis) | Restricted |
| Timber harvesting as a tool | Restricted (significant archaeological resources must be protected) |
| Commercial use of special forest products and firewood | Prohibited |
| Land use ROWs, special use permits, and utility corridors | Restricted (to minimize impacts to archaeological resources; utilize existing corridors where practicable) |
| Livestock grazing | Allowable |
| Facilities | Restricted to existing facilities (significant archaeological resources must be protected prior to the development of any new facilities) |
| Motorized (summer) | Restricted to designated routes |
| Motorized (winter) | Restricted |
| Non-motorized (summer and winter) | Restricted |
| Mechanical transport | Restricted to designated roads and trails |
| Road construction (permanent or temporary) | Restricted |
| Minerals - leasable (oil and gas, and other) | Administratively not available |
| Minerals - locatable | Allowable (open to mineral entry per the 1872 Mining Law; however, the exploration and development of mining claims may be subject to restrictions to protect resources) |
| Minerals - saleable (materials) | Restricted |

## 3.27  Rico (San Juan National Forest)

The Rico "special area" includes the USFS-administered lands adjacent to the town of Rico. Approximate boundaries include Telescope Mountain to the northeast, Spruce Gulch to the southeast, Burnett Creek to the southwest, and Horse Creek to the northwest. The Rico area is located in a subalpine region of the San Juan Mountains, with elevations ranging from 8,800 feet in town to 12,681 feet on nearby Blackhawk Mountain. The area's climate is best described as having four distinct seasons with significant winter snows, as well as the associated springtime runoffs. The large volumes of water from the winter snowmelt support a vast conifer and aspen forest with interspersed meadows. The high altitude and southerly latitude of the Rico area offer diverse and sometimes extreme climatic conditions that can range from warm and pleasant sunny days in the middle of January to harsh snowstorms in the summer months. Due to the high altitude, significant temperature drops usually occur at night. Snowstorm events can be substantial, and it is not unusual for roads to be closed, power to be disrupted, and/or emergency services to be delayed.

The Rico area is located primarily on the east side of the Dolores River (which is fed by several tributaries). The headwaters of these tributaries begin in the cirques and basins formed by the numerous surrounding mountain peaks. The majority of these peaks (including Expectation, Dolores, and Telescope) have elevations of over 12,000 feet. The area supports an array of big game wildlife (including deer, elk, sheep, mountain lion [*Puma concolor*], and black bear [*Ursus americanus*]). Elk and deer are primary resources. Small game is also plentiful (including blue grouse [*Dendragapus obscurus*] and snowshoe hare). The Dolores River, Silver Creek, and many other local tributaries, support a diverse plant and wildlife ecosystem. Canada lynx have recently been reintroduced into the SJNF and are often seen in the area.

BLM_0032870

The historic mining industry in the Rico area has provided a rich cultural history and is the reason the town was founded; however, it has also left behind a legacy of environmental damage. Impacts are primarily from previous mining activities (including mill tailings, mine dumps, shafts and tunnels, water quality degradation, and lead contamination to some of the area's soils). Hundreds of active unpatented mining claims continue to surround the Rico area.

The town of Rico is relatively remote. The nearest towns to the north are Telluride and Mountain Village (which are approximately 28 miles away, over Lizard Head Pass). The nearest towns to the south are Dolores (approximately 40 miles away) and Cortez (approximately 50 miles away).

Rico is a community that aims to preserve its small mountain town historic character, even as the population grows. The community uses the natural resources of the surrounding public lands in order to assist in building a new post-mining economy. The relatively undeveloped, non-resort character of Rico is rapidly becoming rare in Colorado (as it is in other western states). Preserving the feel and appearance of the historic compact "mountain town" land pattern of the existing town is extremely important to the residents and property owners of Rico. New development areas beyond the historic town plat will complement the existing town site by focusing development adjacent to town on the north and south sides while, at the same time, preserving natural forest areas to the east and west of town. Management of population growth, new development, and overall rate of growth are essential to preserving the unique character and relationship between the USFS/BLM and the Rico community (USFS and Town of Rico, Colorado 2011).

Under the direction of the LRMP, focused management of this area will address the impacts that occur in tandem with private land development and the maintenance of the interconnected SJNF resources. A sustainable management approach that maintains the close relationship between the people of Rico and the landscape of public lands will allow these goals to be met.

The Rico special area would offer an opportunity for the SJNF to work collaboratively with the people of Rico in order to develop sustainable management practices for the planning area. SJNF managers will develop an MOU for projects in the Rico area in order to outline common goals and achieve sustainable management approaches throughout the implementation life of the LRMP.

## Desired Conditions

3.27.1   Management of SJNF-administered lands contributes to or enhances the historic "mountain town"' scale and appearance of the Rico.

3.27.2   Trailheads and informational signage direct locals and visitors to the appropriate desired recreational experience.

3.27.3   Land ownership patterns are improved and consolidated between the town, private landowners, and the SJNF in order to enhance community development objectives and to reduce resource impacts (including to the viewshed on the surrounding public lands).

3.27.4   Trails accessing SJNF-administered lands from within town boundaries emphasize non-motorized recreation modes in order to emphasize the community's quiet-use character.

3.27.5   Restoration and preservation of the natural space, beauty, and terrain of the area is recognized as the principal resource asset to the town.

3.27.6   Undeveloped areas and CRAs on SJNF-administered lands near and/or around Rico provide quality elk and other large game habitat and wildlife corridors. These areas also provide quality hunting and wildlife viewing, as well as pristine backcountry non-motorized recreational experiences.

BLM_0032871

3.27.7   Undeveloped and roadless areas on SJNF-administered lands near and/or around Rico continue to provide habitat for wildlife and contribute to the sustainable reintroduction of the Canada lynx.

3.27.8   Select historic structures associated with the area's past mining history are stabilized, protected, and interpreted.

3.27.9   Area residents, as well as the visiting public, are directed to appropriate areas for non-motorized and motorized recreation opportunities through a variety of informational, educational, and interpretational venues.

3.27.10 Instream flows on the upper Dolores River above McPhee Reservoir are maintained in order to enhance and preserve the scenic quality of the Dolores River (and the surrounding watershed) and protect fisheries, riparian, and aquatic habitat.

3.27.11 The watersheds surrounding Rico are maintained and enhanced, with a focus on water quality improvement for perennial streams entering the Dolores River.

3.27.12 Water quality entering the Dolores River is improved due to collaborative remediation efforts to clean up mining-impacted lands in the Rico area.

3.27.13 The Silver Creek watershed remains the municipal water source for the town of Rico until such time as additional and/or new water sources are developed. Rico's municipal water supply source is protected from development activities that would cause negative impacts, per the town's permitting process and in coordination with the SJNF.

## Objectives

3.27.14 Emphasize a proactive working relationship between the town of Rico and the SJNF that serves to preserve and protect the uniqueness of the Rico community. Annual meetings between the town and the SJNF will be encouraged in order to review community and public land management objectives specific to the public lands within the Rico MA 2 area.

3.27.15 Within 5 years, develop a parking lot outside the town limits for the Burnett Trailhead in order to provide an adequate staging area for motorized recreational experiences, along with preserving the quiet of the community while, at the same time, providing motorized opportunities.

3.27.16 Annually, sign a minimum of one trail within the Rico area in order to inform and direct appropriate recreation use.

## Suitability

Table 3.27.1 shows the allowable, prohibited, and restricted management activities and uses for the Rico area.

BLM_0032872

**Table 3.27.1: Rico Area Allowable Uses**

| Management Activities and Uses | Allowable - Restricted - Prohibited |
|---|---|
| Fire managed for resource benefit | Allowable |
| Prescribed burning | Restricted to mitigating natural disturbances (including insect or disease epidemics) and preventing adverse impacts to the surrounding viewshed, watershed, and overall land health |
| Mechanical fuels treatment | Restricted to mitigating natural disturbances (including insect or disease epidemics) and preventing adverse impacts to the surrounding viewshed, watershed, and overall land health |
| Timber production (scheduled on a rotation basis) | Prohibited |
| Timber harvesting as a tool | Allowable |
| Commercial use of special forest products and firewood | Allowable |
| Land use ROWs, special use permits, and utility corridors | Allowable |
| Livestock grazing | Allowable |
| Facilities | Restricted (facilities such as parking areas, staging areas, and adequate signage, are generally suitable to direct and inform recreation activities) |
| Motorized (summer) | Restricted to motorized routes and trails designated within the Rico area |
| Motorized (winter) | Restricted to motorized areas designated within the Rico area |
| Non-motorized (summer and winter) | Allowable |
| Mechanical transport | Allowable |
| Road construction (permanent or temporary) | Restricted (permitted in order to provide access to valid existing rights, including mining claims; temporary construction may occur in some areas in order to achieve resource restoration objectives) |
| Minerals - leasable (oil and gas, and other) | Restricted (an NSO stipulation would be applied to CRAs within the Rico area; CSU and TL stipulations may be applied to specific locations, as necessary, in order to mitigate resource impacts) |
| Minerals - locatable | Allowable (open to mineral entry per the 1872 Mining Law; however, the exploration and development of mining claims may be subject to restrictions to protect resources) |
| Minerals - saleable (materials) | Restricted (limited road access and other constraints in the Rico area may limit or preclude mineral development) |

BLM_0032873

# Special Areas and Designations
## Tres Rios Field Office
## Figure 3.27.1

MDR
NAD 83, Polyconic Projection
August 20, 2013

0 10 20 40 Miles

San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan



# Special Areas and Designations
## San Juan National Forest
## Figure 3.27.2



**Legend**

*National Forest Area Type*
- Designated Wilderness or Piedra Area
- Recommended Wilderness
- National Monument
- Archeological Area
- Botanical Area
- Old Growth Area
- Special Area
- Recommended Research Natural Area
- Designated Research Natural Area

- San Juan National Forest
- Tres Rios Field Office
- Chimney Rock National Monument
- State & Federal Highways
- Bureau of Land Management
- National Forest

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

MDR
NAD 83, Polyconic Projection
August 19, 2013

San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan

BLM_0032875

# CHAPTER 4 – MONITORING PLANS

## 4.1   San Juan National Forest Monitoring Plan

### 4.1.1  Introduction

The National Forest Management Act requires "continuous monitoring and assessment in the field" to establish the basis for "evaluation of the effects of each management system to the end that it will not produce substantial and permanent impairment of the productivity of the land" (16 USC 1604(g)(3)(C)). The monitoring plan for this LRMP provides a framework for the adaptive management process alluded to in the NFMA by establishing priorities and timelines for the evaluation of ecological, social, and economic conditions and trends that contribute to sustainability and reflect progress towards the land management goals for the SJNF. Effective monitoring and evaluation fosters improved management and more informed planning decisions. It helps identify the need to adjust desired conditions, objectives, standards, and guidelines as conditions change. Monitoring and evaluation help the SJNF and the public determine how the LRMP is being implemented, whether LRMP implementation is achieving desired outcomes, and whether assumptions made in the planning process are valid.

Monitoring requires addressing key ecological, social, and economic measures. Selection of those measures is based upon relevancy to the following questions established within the NFMA:

1. Monitoring to determine whether LRMP implementation is achieving multiple use objectives;
2. Monitoring to determine the effects of the various resource management activities within the planning area on the productivity of the land;
3. Monitoring of the degree to which on-the-ground management is maintaining or making progress towards the desired conditions for the LRMP;
4. Adjustments of the monitoring program or LRMP content as appropriate to account for unanticipated changes in conditions, new information, or new policy.

These four questions are investigated using one or more of the following monitoring strategies:

- **Effectiveness Monitoring:** Determines whether or not implementing the direction and desired conditions in the LRMP is effective at achieving the related goals and objectives.
- **Implementation Monitoring:** Determines whether or not projects were implemented according to LRMP direction (standards and guidelines).
- **Validation Monitoring:** Verifies whether or not assumptions and models used in LRMP implementation are appropriate and determines whether or not implementing the direction and desired conditions in the LRMP is effective at achieving the goals and objectives.

### 4.1.2  Monitoring Process

LRMP monitoring follows the following process: establish monitoring priorities, identify sources of information and partners, collect and evaluate the data, and report results of the evaluation including needed changes to the LRMP.

**Step 1—Establish Monitoring Priorities:** With finite resources (budget and personnel) it is not possible to address all of the questions related to management issues or programs. This monitoring plan describes priorities related to collecting, managing, and evaluating data. Priorities for monitoring are established using the following criteria:

- monitoring item is required by law, regulation, or policy;
- ecological significance (a measure of the potential risk to natural resources if the monitoring is not completed; this includes the potential for long-term or irreversible damage and the geographic extent of the potential effects);
- level of scientific controversy surrounding the issue;
- level of public controversy or concern surrounding the issue;
- likelihood of achieving desired conditions;

BLM_0032876

- data needs identified from previous monitoring activities;
- assessment of benefits versus the cost of collecting data; and
- emerging issues and concerns that may be addressed through monitoring.

In addition to these criteria, the Nature Conservancy facilitated sessions with USFS and BLM personnel to develop a prioritized menu of indicators for monitoring the integrity of key ecological features on BLM and NFS lands in southwest Colorado (Oliver et al. These sessions resulted in a framework that has been used to prioritize portions of this monitoring plan.

**Step 2—Identify Sources of Information and Partners:** The USFS has a number of databases and geospatial depositories that are updated annually and used to report accomplishments, depict resource conditions at a single point in time, or to display trends in resource conditions. These databases must be identified comprehensively before monitoring begins and used as tools to facilitate monitoring and reduce redundancy.

It is also essential that partners and potential cooperators that have relevant information, or that should be involved with developing monitoring protocols and actions, are identified. These partners could include state, tribal, or local agencies (especially if they share responsibility for a resource such as non-native invasive weeds or water management); organizations with shared interests in the monitoring outcome; universities, colleges, or secondary schools; the research branch of the USFS; and many others.

The SJNF will hold monitoring and evaluation meetings at least once every 2 years with partners and other interested stakeholders from the general public, organizations, or local governments. The meetings will be open to the public and community members will be encouraged to help SJNF personnel in monitoring LRMP implementation, evaluating ecological, social, and economic impacts, and identifying amendment needs and proposed solutions.

**Step 3—Collect and Evaluate the Data:** Resource managers will evaluate the data collected, with the goal of answering the four monitoring questions listed above. Evaluation is the ongoing process of translating data into a continuing stream of useful information to assess the status of conditions relative to those specified in the LRMP and to recognize when modifications or course corrections are called for in desired conditions, other LMRP direction, or the monitoring program itself. The LRMP's desired conditions, indicators, and the evaluation process are all tightly linked into continuous loops to feed the adaptive planning model.

There are four components that contribute to effective evaluation:

- **Evaluation Context:** a sense of the history of the place or the circumstances (temporal and special context).
- **Evaluation Baseline and Reference Information:** describes the change from a baseline or reference condition, either toward or away from a desired condition. The desired condition may, or may not, be fully achieved; however, it is important to know if management activities are proceeding in the desired direction.
- **Evaluation Information Used to Infer Outcomes and Trends:** conclusions will be drawn from an interpretation of monitoring information.
- **Evaluation Results Documented in a Biennial Monitoring and Evaluation Report:** the SJNF will publish a biennial monitoring report to share information and initiate changes in management activities.

**Step 4—Publish the Biennial Monitoring Report:** The SJNF will publish and distribute a biennial monitoring report. The report will summarize the information collected, list potential future research needs, and will be used to inform adaptive management for the SJNF. The report will indicate whether or not a change to the LRMP, management activities, the monitoring program, or a new plan assessment may be warranted based on new information. The biennial report will be based on data and information gathered the previous two fiscal years. Contents may include some or all of the following:

BLM_0032877

- monitoring and evaluation accomplishments;
- select information used to describe ecological conditions;
- interpretations of data and conclusions which may include recommendations for changes to the LRMP, or management actions; and
- relevant information about the management of the public lands within the planning area including outputs, services, and accomplishments.

## 4.1.3 Management Indicator Species Monitoring

MIS are identified and monitored to assess the effects of selected management activities on their populations and on the habitats with which they are associated. Changes in MIS populations or their habitat could indicate that current management is adversely affecting the composition, structure, or function of those habitats, and could result in the need for a plan amendment or other types of adaptive management. The SJNF will monitor the status and trend of MIS populations and the condition and trend of their habitats at the scale most appropriate for the MIS population of concern.

## 4.1.4 Viability Monitoring

This LRMP is being developed under the provisions of the 1982 USFS Planning Regulations at 36 CFR 219.19 as allowed by the transition provision of the 2000 regulations (36 CFR 219.35, revised 2004; the 2012 forest planning regulations currently in effect allow use of the previous regulations for plan revisions initiated before the 2012 regulations took effect [36 CFR 219.17 (b) (3), 2012]). Pursuant to the provisions of the 1982 USFS Planning Regulations, the SJNF shall manage fish and wildlife habitat to maintain viable populations of existing native and desired non-native vertebrate species. Agency actions must not result in loss of population viability or create significant trends toward federal listing (FSM 2670.32). Based on these requirements, species viability is a fundamental underpinning of the ecological framework and sustainable ecosystems strategy employed in the LRMP to conserve habitats and species, and is therefore an important focus of this monitoring plan. The SJNF will use the best available information to determine long-term trends for habitats, populations, and identified species. As appropriate, habitat and/or population data from a variety of sources would be used to determine population trends. Should downward trends be identified, further investigations would be conducted in an effort to determine the cause of such trends. Causes that are tied to agency actions would be addressed through adaptive management actions.

## 4.1.5 Broad-scale Monitoring Strategy

This monitoring plan represents one component of a more comprehensive monitoring strategy that will apply to a larger geographic scale than just the SJNF. The broader strategy will ensure that each level of monitoring is complementary and efficient, and that information is gathered at scales appropriate to the monitoring questions. A fully integrated monitoring program will be designed to provide managers with an information stream essential to understanding the effects and effectiveness of management direction in achieving agency and LRMP goals and objectives, and to permit continuous evaluation of the LRMP itself to ensure that it remains responsive to changing conditions and new information.

## 4.1.6 Components of the Monitoring Plan

The monitoring plan presented in the tables below contains seven components that link monitoring efforts directly to the plan components presented in this LRMP, and guide monitoring activity for each element of the plan. These components are focused around selected desired conditions and are designed to test relevant assumptions, track relevant changes, and measure management effectiveness and progress towards achieving or maintaining the LRMP's desired conditions.

1. **Desired Condition:** The desired conditions are selected from Chapters 2 and 3 of the LRMP and serve as the basis for the monitoring plan. These are the "drivers" of the monitoring plan and provide the "questions" that this monitoring plan seeks to answer.

BLM_0032878

2. **Objective:** The objectives are projections of measureable and time-specific outcomes or accomplishments that, if achieved, would contribute to maintaining or reaching desired conditions during the life of the LRMP. They relate directly to the desired conditions and are also selected from Chapters 2 and 3 of the LRMP.

3. **Priority:** High priority (H) items have been identified by resource specialists as essential for assessing trends in ecosystem health. Monitoring elements required by law and/or by regulation are also ranked as high priority. It is expected that annual budgets would normally allow most of these high priority items to be funded. Medium priority (M) indicates that the monitoring element is directed by the LRMP (which may or may not be directly associated with required laws or regulations), as developed in Chapters 2 and 3, but would be contingent upon available funding after high priority monitoring has been funded. Low priority (L) indicates that the monitoring element involves questions of a more indirect nature, or that it does not fall under one of the above classifications. Typically these monitoring elements occur rarely unless funding and personnel are available. In general, high-priority items will have higher precision and reliability, and medium- and low-priority items will have low precision and reliability.

4. **Performance Measures and Indicators:** This column identifies USFS performance measures or other indicators that will be used to gauge or track accomplishments that lead the SJNF toward meeting objectives and desired conditions. These indicators provide a measureable quantitative or qualitative parameter.

5. **Scale:** Scale describes the level of analysis with respect to land size or level of application. This measure is important in describing impacts dealing with habitat heterogeneity and population viability issues, as well as describing cumulative impacts related to, or resulting from, management actions.

6. **Frequency of Reporting:** Frequency of reporting describes the timing of monitoring and evaluation efforts. Much data are collected annually, while other data are collected at longer or shorter intervals based on the length of time needed to discern a measureable change.

7. **Sources and Partners:** Potential data sources for information and partners that may be involved in providing input into the monitoring process or identifying areas where research may be needed.

BLM_0032879

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Table 4.1.1: Terrestrial Ecosystems**

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.2.35** Soil productivity is maintained at site potential, or is trending towards site potential.<br><br>**2.2.36** Long-term levels of soil organic matter and soil nutrients (including soil carbon) are maintained at sustainable levels.<br><br>**2.2.38** Management-induced soil erosion, soil compaction, soil displacement, puddling, and/or severely burned soils are rare on terrestrial ecosystems of the SJNF lands.<br><br>**2.2.39** Upland soils exhibit infiltration and permeability rates that minimize surface run-off and allow for the accumulation of the soil moisture necessary for plant growth and ecosystem function. | **2.2.45** Within 10 years, restore or improve soil productivity and soil carbon on at least 20 miles of routes that will be closed or decommissioned on the SJNF.<br><br>**2.2.59** Within 5 years, utilize locally produced biochar to sequester carbon, to reduce erosion, and to enhance soil productivity and water retention on a minimum of 0.5 acre per year on the SJNF. | H | Soil penetrometer readings (before and after treatment), soil chemistry, and soil carbon results and comparisons with baseline values<br><br>Acres treated | SJNF—forest wide<br><br>Soil chemistry and soil carbon on five sites every 5 years<br><br>Project | Every 10 years | Project monitoring |
| **2.2.13** The abundance and distribution of Arizona fescue in ponderosa pine forest and in Arizona fescue mountain grasslands are maintained or increased. | **2.2.46** Within 10 years, increase the canopy cover of Arizona fescue by at least 10% in two Arizona fescue mountain grassland sites on the SJNF that currently classify as Kentucky bluegrass mountain grasslands by using mechanical treatments, prescribed fire, and/or seeding.<br><br>**2.2.55** Within 10 years, increase the cover of Arizona fescue by at least 20% within two ponderosa pine stands on the SJNF by using mechanical treatments, prescribed fire, and/or seeding. | L | Acres treated | Project | Every 5 years | Forest Service Activity Tracking System (FACTS), grazing allotment monitoring |

BLM_0032880

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.2.1** The composition, structure, and function of terrestrial ecosystems are influenced by natural ecological processes, including disturbance events such as fire, infestations by insects or disease, winds, and flooding.<br><br>**2.2.6** All development stages of the forested terrestrial ecosystems are well represented at the landscape scale and occur within the ranges identified in Table 2.2.1. | **2.2.47** Within 10 years, inventory and map stand structure changes that have resulted from spruce beetle mortality and wildfire. | M | Pre– and post–spruce beetle outbreak acres, *and* wildfire areas, by development stage; changes in acres | SJNF -- forest wide | Every 5 years | Aerial photo series and field sampling, FSVeg database |
| **2.2.6** All development stages of the forested terrestrial ecosystems are well represented at the landscape scale and occur within the ranges identified in Table 2.2.1.<br><br>**2.9.2** SJNF lands classified as "suitable" for timber production have a regularly scheduled timber harvesting program. | **2.2.48** Within 15 years, on suitable timber lands of the SJNF, reforest 15% of spruce-fir forests that have extensive mortality of overstory spruce that do not have appropriate forest cover and will not reforest within 15 years. | H | Area reforested in comparison to acres not meeting forest cover standards; acres | SJNF -- forest wide | Every 5 years | Aerial photo series and field sampling, planting survival surveys, stocking surveys; FACTS |
| **2.2.6** All development stages of the forested terrestrial ecosystems are well represented at the landscape scale and occur within the ranges identified in Table 2.2.1. | **2.2.49** Within 15 years, increase the young development stage of cool-moist mixed conifer forests on the SJNF from 0.5% to 15% by using prescribed fire and mechanical treatments (e.g., timber harvest) in the mature cool-moist mixed conifer forests. | L | Changes in development stage; acres | SJNF -- forest wide | Every 5 years | FACTS; FSVeg database; stand exam |
| **2.2.6** All development stages of the forested terrestrial ecosystems are well represented at the landscape scale and occur within the ranges identified in Table 2.2.1. | **2.2.50** Within 15 years, increase the young development stage of aspen forests on the SJNF to 25% by clear cutting and/or conducting prescribed fire in mature aspen stands, and mixed conifer stands with an aspen component. | M | Changes in development stage; acres | SJNF -- forest wide | Every 5 years | FACTS; FSVeg database; stand exam |
| **2.2.6** All development stages of the forested terrestrial ecosystems are well represented at the landscape scale and occur within the ranges identified in Table 2.2.1. | **2.2.52** Within 15 years, increase the percent of ponderosa pine forests in the young development stage from zero to 3% on SJNF by using mechanical treatments (e.g., timber harvest) or fire (prescribed or natural ignitions). | M | Changes in development stage; acres | SJNF -- forest wide | Every 5 years | FACTS; FSVeg database; stand exam |

BLM_0032881

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.2.6** All development stages of the forested terrestrial ecosystems are well represented at the landscape scale and occur within the ranges identified in Table 2.2.1.<br><br>**2.2.10** Forested terrestrial ecosystems display a Fire Regime Condition Class of 1. | **2.2.53** Within 15 years, increase the percent of warm-dry mixed conifer forests in the young development stage from zero to 3% on SJNF lands by using mechanical treatments (e.g., timber harvest) or fire (prescribed or natural ignitions). | M | Changes in development stage; acres | SJNF -- forest wide | Every 5 years | FACTS; FSVeg database; stand exam |
| **2.2.6** All development stages of the forested terrestrial ecosystems are well represented at the landscape scale and occur within the ranges identified in Table 2.2.1.<br><br>**2.2.10** Forested terrestrial ecosystems display a Fire Regime Condition Class of 1. | **2.2.54** Within 15 years, improve the composition, structure, and function of 25,000 acres of ponderosa pine forests by using low-intensity fire. | M | Changes in development stage; acres | SJNF -- forest wide | Every 5 years | FACTS; FSVeg database; stand exam |
| **2.2.12** The abundance and distribution of native grasses in semi-desert grasslands, sagebrush shrublands, pinyon-juniper woodlands, and semi-desert shrublands are maintained or increased.<br><br>**2.2.17** Local seeds of desirable native plant species are available for revegetation and restoration efforts. | **2.2.57** Over the next 15 years, secure a reliable source of local seed stock for eight or more native grass, forb, and shrub species (including Arizona fescue), to be used for revegetation and restoration after disturbance.<br><br>**2.2.62** Over the next 15 years, revegetate and reclaim 5 acres on SJNF using native early-successional plant species developed from local plant sources to accelerate restoration success.<br><br>**2.8.61** Over the next 15 years, broaden tree seed collection activities on the SJNF to include non-commercial species and additional species-specific elevation zones to improve genetic diversity and the resilience of forested ecosystems. | L | Acres of local seed stock harvested by species, number of species successfully harvested | SJNF – forest wide | 5 years | Contractors Cooperators |

BLM_0032882

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.2.12** The abundance and distribution of native grasses in semi-desert grasslands, sagebrush shrublands, pinyon-juniper woodlands, and semi-desert shrublands are maintained or increased.<br><br>**2.2.18** Suitable habitats for species vulnerable to climate change exist and serve as seed sources for revegetation and restoration efforts. | **2.2.58** Over the life of the plan, collect seed from 10 local vulnerable grass, forb, and shrub species, including some alpine species, for long-term storage to protect genetic sources.<br><br>**2.8.61** Over the next 15 years, broaden tree seed collection activities on the SJNF to include non-commercial species and additional species-specific elevation zones to improve genetic diversity and the resilience of forested ecosystems.<br><br>**2.2.64** Over the next 20 years, enhance the resiliency of alpine ecosystems and provide refugia for alpine-dependent systems by removing non-climate stresses that result in adverse impacts to alpine ecosystems (e.g., unmanaged livestock grazing, unmanaged motorized recreation, etc.) from 100 acres on SJNF that are forb-dominated alpine habitat. | L | Numbers of species and pounds of viable seed collected<br><br>Acres treated | SJNF – forest wide | 10 years | Contractors Cooperators<br><br>Grazing allotment and other project-level monitoring |

BLM_0032883

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| 2.2.9 Terrestrial ecosystems, including habitat for special status plant species, are productive, sustainable, and resilient, and provide goods and services over the long term. <br><br> 2.2.41 Fens, wetlands, and hanging gardens have the water sources and hydrologic systems necessary to support and sustain the special status species associated with them. <br><br> 2.2.42 Shale and gypsum soils have the characteristics necessary to support and sustain the special status species associated with them. <br><br> 2.2.43 Soils that provide habitat for all special status species maintain the soil conditions necessary to support and sustain those species. | Monitor 50 known special status species locations and their habitats over 10 years. | M | Condition of special status species habitat; continued presence of special status species in these habitats | Site (areas occupied by special status species); monitor 20% of known special status species locations annually | Annually | USFWS, BLM CO Natural Heritage Program |
| 2.2.44 Areas that are identified as critical habitat or proposed critical habitat for federally listed plant species have the characteristics necessary to provide for the growth and reproduction of the federally listed plant species for which they were designated. | 2.2.66 Projects or activities in habitat occupied by federally listed plant species, or in designated critical habitat, must be designed and conducted in a manner which preserves the primary constituent elements needed to sustain the life history processes of those federally listed plant species. | H | In occupied critical habitat for Pagosa skyrocket, the indicator is the continued presence of the species. <br><br> In unoccupied critical habitat for Pagosa skyrocket, the indicators are the presence of suitable plant communities, habitat for pollinators, and appropriate disturbance regimes. | Site (Critical Habitat Unit) | Annually in occupied critical habitat, and once every 5 years in unoccupied critical habitat | USFWS, BLM CO Natural Heritage Program |
| 2.2.7 Old growth ponderosa pine, old growth pinyon-juniper and old growth warm-dry mixed conifer forests are more abundant, occupy more acreage, and are well distributed on SJNF. | Over the next 15 years, continue to update the old-growth data base and expand the data collection to include old-growth pinyon-juniper stands. | M | Increase in the number of acres surveyed for old growth | SJNF – forest wide | 5 years | FSVeg database |

BLM_0032884

**Table 4.1.2: Terrestrial Wildlife**

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.3.1** Wildlife populations are viable on NFS lands. Wildlife populations are self-sustaining, connected, and genetically diverse across SJNF lands. | Monitor habitat condition trends for terrestrial wildlife.  Monitor MIS population trends. | H | Trends in vegetation, habitat structure, and MIS population trends | Varying scales | Every 10 years | Data sources and partners may include, but are not limited to: CPW, TNC, Forest Inventory and Analysis program (FIA), National Resource Information System (NRIS), (including Wildlife, FSVeg, and Terra databases), Colorado Bird Observatory, informed judgment by USFS ecologists and wildlife/fisheries biologists, varied existing monitoring sources, habitat inventory assessments, resource information system databases, program reviews, activity reviews, annual program reporting, and species and habitat assessments. |
| **2.3.2** Big game severe winter range, winter concentration areas, and production areas are capable of supporting populations that meet State population objectives. These areas provide sustainable forage and habitat in areas with acceptable levels of human disturbance which do not reduce habitat effectiveness. | Maintaining habitats capable of supporting State population objectives. | H | Density of unmitigated roads and motorized trails within identified CPW winter range and production polygons | Winter range and production area polygons as mapped by CPW for SJNF. | 10 years | Planning area geographic information system (GIS) database. |

BLM_0032885

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Wildlife Species:<br><br>**2.3.12** Populations are conserved by maintaining or improving habitat availability and quality through the incorporation of conservation strategies and species' habitat needs during project development and implementation.<br><br>**2.3.17** Management actions maintain or improve habitat conditions for special status species, contributing to the stability and/or recovery of these species. | Maintain or improve habitat conditions for terrestrial wildlife species.<br><br>**2.3.24** Treat 2,000 or more acres of vegetation (TRFO lands) and 2,000 or more acres of vegetation (SJNF lands) over the life of the plan to improve habitat that supports sustainable populations of terrestrial wildlife across the planning area.<br><br>**2.3.27** Nokomis fritillary butterfly: Over the life of the Plan, restore the hydrologic conditions and plant communities during project implementation at springs or seeps capable of supporting Nokomis fritillary while, at the same time, retaining the water development for livestock or other uses.<br><br>**2.3.28** Bats: Over the life of the plan, all mine closures for human safety at sites supporting bat populations include structures (such as bat gates) designed to provide for continued use as bat habitat.<br><br>**2.3.31** MIS—Abert's squirrel: Over the life of the Plan, restore approximately 3,000 acres of ponderosa pine forest to improve habitat quality as defined in the SJNF Forest Service Abert's Squirrel Species Assessment (SJNF only). | H | Number of acres of habitat improvement completed | SJNF | 5 years | Unit reporting;  Wildlife, Fish, and Rare Plants information system (WFRP); FACTS; FSVeg database |

BLM_0032886

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| | **2.3.32** MIS—American marten: Over the life of the Plan, treat approximately 2,000 acres of spruce-fir and cool-moist mixed-conifer forests to increase age class diversity and provide future foraging, breeding, and dispersal habitat as defined in the SJNF Forest Service American Marten Species Assessment (SJNF only). | | | | | |
| | **2.3.33** MIS—Elk: Over the life of the Plan, improve approximately 5,000 acres of winter range through mechanical and prescribed burn treatments as defined in the SJNF Forest Service Elk Species Assessment (SJNF only). | | | | | |
| | **2.3.34** MIS—Hairy woodpecker: Over the life of the Plan, harvest and regenerate approximately 3,000 acres of aspen forest to increase age class diversity and provide future mature aspen nesting habitat as defined in the SJNF Forest Service Hairy Woodpecker Species Assessment (SJNF only). | | | | | |
| Members of the public, stakeholders, and other interested parties are informed on natural resource management practices and their role in maintaining habitat for wildlife. | **2.3.25** The USFS will annually conduct a minimum of six wildlife interpretive and environmental education programs to inform the public on natural resources management, wildlife species and their habitats, and encourage youth participation and interest in wildlife and natural resources. | M | Number of interpretive and environmental programs conducted | SJNF | Annually | SJNF staff and varied partners including, but not limited to, CPW, San Juan Mountains Association, and Mountain Studies Institute |

BLM_0032887

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Canada Lynx: 2.3.17 Management actions maintain or improve habitat conditions for special status species, contributing to the stability and/or recovery of these species. | Planning and management actions for special status species. | H | Number of lynx screen uses for project analysis; reporting as required by Southern Rockies Lynx Amendment | SJNF | Annually | Unit reporting |
| Threatened, Endangered, and Protected Species: 2.3.17 Management actions maintain or improve habitat conditions for special status species, contributing to the stability and/or recovery of these species. | Planning and management actions for special status species. | H | Number of requests to USFWS to initiate formal consultation or conferencing  Number of informal consultation or conferencing submitted for written concurrence from USFWS.  The number of conservation actions completed for listed species.  Critical habitat designated in fiscal year.  Number of threatened, endangered, and protected species occurring and trends (if known).  Number of biological assessments completed. | SJNF | Annually | Unit reporting and WFRP |
| Sensitive Species: 2.3.17 Management actions maintain or improve habitat conditions for special status species, contributing to the stability and/or recovery of these species. | Planning and management actions for special status species. | H | Number of biological evaluations completed | SJNF | Annually | Unit reporting and WFRP |

254

BLM_0032888

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Special status Species:<br><br>**2.3.17** Management actions maintain or improve habitat conditions for special status species, contributing to the stability and/or recovery of these species. | Planning and management actions for special status species. | H | Number of Recovery Plans, Recovery Strategies, Conservation Assessments, Conservation Strategies, or Conservation Agreements completed | SJNF | Annually | Unit reporting and WFRP |
| MIS occur as self-sustaining populations and are well distributed across the planning area in suitable habitat.<br><br>**2.3.19** MIS are able to disperse freely across the planning area allowing for the interchange between populations and the maintenance of genetic diversity. | Monitor population trends as they relate to the management activity for the Plan scoping issue the MIS was selected for. | H | Population trends at the appropriate population scale | SJNF | 10 years | Data sources may include but are not limited to: population estimates by State wildlife agencies (CPW), varied monitoring sources, informed judgment of USFS ecologists and wildlife/fisheries biologists, habitat inventory assessments, resource information system databases, program reviews, activity reviews, annual program reporting, and species and habitat assessments. |

BLM_0032889

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Table 4.1.3: Riparian and Wetland Ecosystems**

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.4.1** Riparian and wetland ecosystems have a diverse composition of desirable native hydrophytic plants that are vigorous and self-perpetuating. Invasive plant species are absent or rare.<br><br>**2.4.2** Riparian and wetland ecosystems have vegetation cover sufficient to catch sediment, dissipate energy, prevent erosion, stabilize stream banks, enhance aquatic and terrestrial wildlife habitat, and promote floodplain development.<br><br>**2.4.3** Forest and shrubland riparian and wetland ecosystem types display hydrophytic trees and shrubs in a variety of size classes; they provide terrestrial and aquatic habitats, stream shading, woody channel debris, aesthetic values, and other ecosystem functions. | **2.4.13** Within 10 years, restore the ecological integrity of two deciduous riparian shrubland sites that currently classify as riparian herbaceous lands by increasing the canopy cover of native hydrophytic shrubs by at least 10%.<br><br>**2.4.14** Within 10 years, determine the functional condition of 15 miles on SJNF of riparian and wetland ecosystems using the Proper Functioning Condition assessment method.<br><br>**2.4.15** Within 15 years, treat two fens on SJNF lands with impaired functions. | M | Acres monitored; acres of proper functioning riparian and wetland ecosystems; acres monitored for invasive species | Site or reach | 5 years | |
| **2.4.4** Woody debris in a variety of sizes is present in forest and shrubland riparian and wetland ecosystem types.<br><br>**2.4.9** Soil productivity is intact on all riparian and wetland ecosystems on the SJNF. | **2.4.13** Within 10 years, restore the ecological integrity of two deciduous riparian shrubland sites on SJNF that currently classify as riparian herbaceous lands by increasing the canopy cover of native hydrophytic shrubs by at least 10%. | L | Acres treated and monitored for effectiveness; acres meeting woody debris and soil productivity objectives | Site or reach | 5 years | |

BLM_0032890

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| 2.4.12 Management-induced soil erosion, soil compaction, soil displacement, puddling, and/or severely burned soils are rare on all riparian and wetland ecosystems of the SJNF.  Long term impacts to soils (e.g. soil erosion, soil compaction, soil displacement, puddling and/or severely burned soils) from management actions are rare on all riparian area and wetland ecosystems of the SJNF. | 2.4.14 Within 10 years, determine the functional condition of 15 miles on SJNF of riparian and wetland ecosystems using the Proper Functioning Condition assessment method (Prichard 1998). | H | Acres monitored for soil erosion or damage; BMPs implemented and effective; acres of soil erosion, compaction, displacement, puddling, or high burn severity | Site or reach-- BMP monitoring is annual; burn monitoring only after a burn occurs | 5 years | |

**Table 4.1.4: Aquatic Ecosystems and Fisheries**

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| 2.5.3 The quantity and quality of aquatic habitats are maintained or enhanced to provide for the long-term sustainability of biological diversity and population viability of all native and/or desired non-native vertebrate species. | Population inventories and trend/viability assessments for aquatic MIS. | H | MIS per mile or MIS per acre. | Stream reaches forest wide | 5 years | CPW |
| 2.5.5 An adequate range of stream flow provides for the long-term maintenance of physical habitat features. Channel features, including bank stability, width-to-depth ratio, pool/riffle ratio, pool depth, slope, sinuosity, cover, and substrate composition, are commensurate with those expected to occur under natural ranges of stream flow.<br><br>2.5.6 Water flow conditions in streams, lakes, springs, seeps, wetlands, fens, and aquifers support functioning habitats for a variety of aquatic and semi-aquatic species and communities. | 2.5.14 Annually, evaluate five streams on NFS lands for adequacy of instream flows sufficient to maintain population viability and otherwise achieve LRMP direction. | H | Number of regulated or flow-impacted streams evaluated for consistency with standard 2.5.18. | Stream reaches forest wide | Annually | Colorado Department of Water Resources, CPW |

BLM_0032891

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.5.9** Aquatic systems are connected in a manner that avoids fragmentation of aquatic habitats and isolation of aquatic species. Connectivity between water bodies provides for all life history functions of aquatic species except where barriers are beneficial and necessary to achieve conservation goals for certain aquatic species. | **2.5.16** Over the life of the LRMP, connect at least 8 miles of fragmented stream habitat on SJNF lands to provide for aquatic species movement. | L | Number of road crossings or other features that may preclude fish passage. | Project | 5 years | |
| **2.5.4** Channel characteristics, water quality, flow regimes, and physical habitat features are diverse and appropriately reflect the climate, geology, and natural biota of the area. | **2.5.15** Annually, enhance or restore at least 3 miles of stream habitat on SJNF lands to maintain or restore the structure, composition, and function of physical habitat for USFS Sensitive Species, or USFS MIS species. | M | Number of structures and treatments. Effectiveness monitoring for existing habitat treatments to ensure proper function and identify maintenance needs. | Project | Every 5 years | |

BLM_0032892

**Table 4.1.5: Water Resources**

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.6.1** State water quality standards and anti-degradation rules are met and State-classified water uses are supported for all water bodies<br><br>**2.6.2** Water quality for impaired water bodies on the State's 303(d) list move toward fully supporting State-classified uses.<br><br>**2.6.3** State "Outstanding Waters" within the planning area maintain the high levels of water quality necessary for this status.<br><br>**2.6.5** Water from SJNF lands will meet applicable drinking water standards when given adequate and appropriate treatment. Management activities throughout the planning area protect and/or enhance the water quality of municipal supply watersheds (as defined in FSM 2542). Enhancement may be achieved by watershed restoration or by other activities. | **2.6.19** Every 5 years rehabilitate 10 or more acres to reduce erosion and sedimentation delivery to water bodies on both BLM and USFS lands. For USFS lands, do the work in priority watersheds, including those with water bodies listed for sediment impairment or that have TMDLs established for sediment.<br><br>**2.6.20** Over the implementation-life of the LRMP, actively participate in the development of all of the TMDL determinations and/or other appropriate options for the restoration of State 303(d)-listed impaired water bodies within the planning area (both BLM and USFS lands). | H | Acres restored. TMDLs completed. BMPs implemented and effective. | Project or watershed—BMP monitoring annually | 5 years | CDPHE, EPA |
| **2.6.4** Watersheds within the planning area containing saline soils exhibit stable upland, riparian, and channel conditions that produce water quality as close as possible to reference conditions (as defined in FSH 2509.25); they produce the lowest possible saline contributions to the upper Colorado River (see Appendix I for saline watersheds).<br><br>**2.6.17** All approved water developments that involve the use of the SJNF lands are permitted pursuant to applicable federal authorizations. | **2.6.20** Over the implementation-life of the LRMP, actively participate in the development of all of the TMDL determinations and/or other appropriate options for the restoration of State 303(d)-listed impaired water bodies within the planning area (both BLM and USFS lands). | M | Acres restored. BMPs implemented and effective. | Project | 5 years | EPA |

BLM_0032893

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| 2.12.6 Management activities on the SJNF protect biological crust and control dust in order to minimize impacts of dust-on-snow events.<br><br>2.6.17 All approved water developments that involve the use of the SJNF lands are permitted pursuant to applicable federal authorizations. | 2.6.20 Over the implementation-life of the LRMP, actively participate in the development of all of the TMDL determinations and/or other appropriate options for the restoration of State 303(d)-listed impaired water bodies within the planning area (both BLM and USFS lands). | L | Acres restored. BMPs implemented and effective. | Project | 5 years | |
| 2.6.8 Historically disturbed and degraded stream channels recover through floodplain development, establishment of riparian vegetation with correct structure, composition, and function, and stable channel geomorphic characteristics. | 2.6.21 Over the life of the Plan, BMPs will be implemented to minimize management impacts to water quality on BLM and USFS lands. The effectiveness of BMPs will be improved if necessary through adaptive management.<br><br>2.6.22 Annually, treat approximately 20 acres or more in USFS Priority Watersheds in order to improve poor watershed conditions or maintain good watershed conditions. The goal is to move a watershed from an impacted condition class to a better condition class, or to maintain a good condition class. | M | Acres restored. Watersheds moved to better condition class. Miles of road decommissioned. | Watershed | Annual | EPA, CPW, BLM, National Park Service, private landowners |
| 2.6.10 Potentially usable aquifers and water-bearing intervals possessing groundwater of quality and/or quantity that could provide multiple-use benefits, maintain water quality at natural conditions. | Maintain water quality at natural conditions. | M | Natural conditions (chemistry, quantity) maintained. | Project | 5 years | Oil/Gas operators, water right holders |

BLM_0032894

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.6.12** Upland areas function properly and do not contribute to stream-channel degradation.<br><br>**2.6.13** The majority of undeveloped and unregulated or free-flowing streams within the planning area are retained in their current undeveloped condition; they provide potential reference conditions and offer unique opportunities for aquatic habitat, recreation, species conservation, and pleasing aesthetics.<br><br>**2.6.14** The overall function and integrity of streams impacted by water developments are adequately protected for their baseline ecological and recreational values. This is accomplished by providing for adequate in-stream flows as part of water-development planning for existing or new water-development projects. This includes sustaining the ecological processes dependent upon flow within the impacted watersheds.<br><br>**2.6.15** In unique cases where water is transferred from one catchment to another, water lost (i.e., there is no return flow) from watersheds as a result of water transfer does not adversely alter or impact the aquatic ecology of the watershed. Conversely, aquatic ecology and stability of the watersheds receiving imported water are not adversely impacted.<br><br>**2.6.17** All approved water developments that involve the use of the SJNF are permitted pursuant to applicable federal authorizations. | **2.6.25** Over the implementation-life of the LRMP, all consumptive use water rights owned by the BLM and USFS are put to beneficial use and that use can be documented.<br><br>**2.6.26** Based on review of monthly water court resumes, enter into any water court case necessary to protect BLM or USFS water rights and water-dependent resources. | M | Water quantity measurements. Area and percent of water bodies, or stream length, with significant change in physical, chemical, or biological properties from reference condition. | Watershed; project | 10 years | |

BLM_0032895

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Table 4.1.6: Rangeland Management and Livestock Grazing**

| Desired Condition: Livestock Grazing | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.7.1** Rangeland provides forage for qualified local livestock operations and helps ranches remain sustainable and intact. | Complete NEPA compliance on all active USFS allotments (as guided by the USFS Rescissions Act of 1995). Conduct periodic reviews of analyses and decisions in order to ensure that NEPA-based decisions stay current and sustainable for all permitted livestock grazing. | H | Numbers of grazing allotments with current NEPA decisions; total acres of public lands under term grazing permits | Planning area | Annually | Infrastructure database (INFRA) |
| | **2.7.10** Within 15 years, working with partners and cooperators, reconstruct 10%–15% of priority structural range improvements in order to maintain infrastructure integrity. | M | Numbers/miles of range improvements constructed/reconstructed | Planning area | 5 years | INFRA, grazing permittees |
| **2.7.5** Rangelands provide diverse, healthy, and sustainable plant communities and conserve soil quality. | Annually, conduct prescribed monitoring activities on at least 10% of active allotments by priority. Ensure all allotments are adequately monitored on a rotating basis. Use monitoring information to make management changes using adaptive management principles. | H | Acres of long-term monitoring accomplished | Project level and/or planning area | Annually | Performance Attainment System (PAS), grazing permittees |
| | **2.7.9** Annually administer at least 25% of active grazing allotments to standard on a priority basis ensuring that all active grazing allotments during the life of the plan receive appropriate administration. Work with grazing permittees and peers to resolve livestock grazing management issues. Take appropriate administrative action as needed to improve livestock grazing management. | H | Acres of rangeland administered to standard | Project level | Annually | INFRA, grazing permittees |

BLM_0032896

**Table 4.1.7: Invasive Species**

| Desired Condition: Invasive Species | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.8.3** Invasive species, both terrestrial and aquatic, are absent or rare within the planning area, and are not influencing native populations or ecosystem function. | **2.8.6** Within 15 years, contain priority Class B invasive species identified in the Invasives Species Action Plan within the SJNF. | H | Acres of noxious weeds inventoried, treated, and monitored | Planning area | Annually | PAS, cooperators, contractors, FACTS |
| | **2.8.7** Within 15 years, increase annual treated acres of noxious weeds to 10% of known acres infested. | M | Acres of noxious weeds inventoried, treated, and monitored | | 5 years | PAS, cooperators, contractors, FACTS |
| | **2.8.8** Within 15 years, annual backcountry treatment (including Wilderness Areas and WSAs) is 10 to 15% of the total annual noxious weed treatment target. | M | Acres of noxious weeds inventoried, treated and monitored | Planning Area | 5 years | PAS, cooperators, FACTS |
| | **2.8.9** Over the life of the plan eradicate newly established invasive species especially Colorado Class A noxious species. | H | Acres/species of newly established Colorado Class A noxious weeds | Planning Area | Annually | PAS, cooperators, contractors, FACTS |

**Table 4.1.8: Timber and Other Forest Products**

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.9.1** Forest vegetation management that results in meeting needs or demands for forest product offerings (commercial, personal, or other use) will be done in a manner that: maintains or improves ecosystem function, resilience, and sustainability; | **2.9.5a** Within 10 years, conduct thinning – with an emphasis on restoration, and fuels reduction, of altered forest types -- in the ponderosa pine and warm-dry mixed-conifer vegetation types on approximately 15,000 to 20,000 acres of SJNF lands. | M | Pre- and post-treatment inventory data; acres, forest products, and associated volumes (e.g., centum cubic feet (CCF), cords, green tons, teepee poles) | SJNF -- forest wide | Every 5 years | Databases of record (e.g., FACTS, Timber Information Manager (TIM); contractors, purchasers, permittees (commercial and personal-use) |
| | **2.9.5b** Within 10 years, emphasize selection harvests in cool-moist mixed-conifer and spruce-fir vegetation types on approximately 2,500 to 5,000 acres of SJNF lands. | M | Pre- and post-treatment inventory data; acres, forest products, and associated volumes | SJNF -- forest wide | Every 5 years | databases of record (e.g., FACTS, TIM); contractors, purchasers |
| | **2.9.5c** Within 10 years, utilize coppice harvest (clearcuts with regeneration by sprouting) in aspen and cool-moist mixed-conifer forest types on approximately 4,000 to 5,000 acres of SJNF lands. | M | pre- & post-treatment inventory data; acres, forest products & associated volumes | SJNF -- forest wide | Every 5 years | databases of record (e.g., FACTS, TIM); contractors, purchasers |

BLM_0032897

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.9.1** Forest vegetation management supports, at least, the current level of economic activity in the local timber industry; provides economic or social support to local communities; ensures current and future needs for Native American tribal use, including that associated with special forest products (e.g., teepee poles) | **2.9.6** Meet or exceed average annual timber product offerings from SJNF lands, to local timber industries, publics, and other users (including Native Americans), as displayed in Tables 2.9.1 and 2.9.2 over the life of the LRMP. | H | Sales data for timber products; associated volumes (e.g., CCF), or numbers, for non-convertible products (e.g., Christmas trees) | SJNF – forest wide | Annually | TIM |
| **2.9.1** Forest vegetation management…(continued) utilizes, to the fullest extent practicable, potential products including sawtimber, poles, topwood, or slash (like limbs, foliage) | **2.9.7** Every 3 years evaluate utilization of forest products from SJNF or TRFO contracts and permits that result in product sales or usage. | L | Volume sold and volume removed (scaled contract volumes), on-site utilization; CCF or green tons, site or contract inspection reports | Planning area | Every 3 years | cruise and scaling data from contracts, Pagosa Area Long Term Stewardship Contract, Contractor records; TIM |
| **2.9.1** Forest vegetation management…(continued) efficiently balances or reduces costs of implementation of treatment activities | **2.9.8** Every 3 years compare, contrast, and evaluate costs of implementation of timber management projects. | M | Project costs and revenues; and other non-monetary measures | Planning area | Every 3 years | WorkPlan System; acquisition payments; Timber Sale Accounting |
| **2.9.1** Forest vegetation management…(continued) anticipates climate-related plant succession changes (such as favoring heat- or drought-resistant tree species as leave trees, or in reforestation) | **2.9.9** Every 3 years review silvicultural prescriptions for incorporation of strategies that anticipate potential plant succession changes relative to warmer and/or drier forested conditions | L | Compare pre- and post-treatment silvicultural prescriptions; appropriate (scientifically based) silvicultural methods | Planning area | Every 3 years | Silvicultural prescriptions; reconnaissance data; post-treatment data |
| **2.9.2** USFS lands classified as "suitable" for timber production have a regularly scheduled timber harvesting program<br><br>**2.9.3** Forest Service lands classified as "not suitable" for regularly scheduled timber production (but where timber harvesting could occur for other multiple-use purposes) have an irregular, unscheduled timber harvesting program | **2.9.10** Every 10 years assess timber suitability for forested lands on the SJNF | H | Timber suitability categories and criteria; FSVeg polygons and associated acres, harvesting cost/revenue data | SJNF -- forest wide | Every 10 years | FSVeg database; Forest Vegetation Simulator and inventory data; timber management cost data |

BLM_0032898

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.9.4** Reforestation activities on Forest Service/BLM lands use native tree species germinated from locally collected seed stock to improve the resiliency of forest ecosystems. | **2.9.11** Annually review seed inventories to ensure adequate seed from locally collected native tree species is available for planned reforestation activities on Forest Service/BLM lands. | H | Reviews completed, reforestation plans implemented; seed inventories and source information | Planning area | Annually | SJNF Tree Improvement Plan; FS Bessey Nursery seed inventory; other seed inventories and cooperating nurseries |

**Table 4.1.9: Fire and Fuels Management**

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.11.1** Firefighter and public safety concerns are met for all fire management and fuel treatment projects. | **2.11.1** Firefighter and public safety concerns are met for all fire management and fuel treatment projects. | H | Measure of Lost Time Accidents | Planning area | Annually | Dispatch and partners including the BLM, Southern Ute Indian Tribe, Ute Mountain Ute Tribe, Mesa Verde National Park, and Colorado State Forest Service |
| **2.11.2** Wildfire behavior in the WUI (in and around developed areas and communities) does not result in damage to property, and protects public safety. | **2.11.10** Annually, for the next 10 years, complete an average of 7,000 acres of hazardous fuels reduction in the WUI. | M | Acres of fuel reduction by type | Planning area | Annually | Natural Resource Manager (NRM) database; FACTS database; National Fire Plan Operations and Reporting System (NFPORS), BLM |
| **2.11.3** Wildland fire management maintains a balance between fire suppression and use of wildland fire (including both prescribed fire and natural ignitions) to regulate fuels and maintain forest ecosystems in desired conditions. | **2.11.12** The wildland fire response on both SJNF and TRFO lands will include evaluations for immediate suppression, management for resource benefit, or a combination of both actions to be taken. | H | Area and percent of forest affected by abiotic agents (e.g., fire, storm, land clearance) beyond reference conditions.<br><br>Acres of wildland fire | Planning area | Annually | NRM database and partners including the BLM, Southern Ute Indian Tribe, Ute Mountain Ute Tribe, Mesa Verde National Park, and Colorado State Forest Service |

BLM_0032899

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.11.4** Use of wildland fire and fuels reduction treatments creates vegetative conditions that reduce the threat to real property and infrastructure from wildfire. | **2.11.11** Annually, for the next 10 years, complete an average of 4,000 acres of fuels reduction and resource enhancement, utilizing Fire Managed for Resource Benefit on SJNF lands | H | Fire Regime Condition Class (FRCC) in ponderosa pine; dry mixed-conifer forests – USFS; mixed montane shrublands - USFS and BLM; pinyon - juniper woodlands - USFS and BLM. | Planning area | Annually (Activities Layer); 10 years (FRCC) | GIS analysis using FRCC maps and USFS Activities Layer to assess acreage restored. Compare FRCC maps over time to determine change and rate of change.<br><br>Landscape, Fire and Resource Management Planning Tools (LANDFIRE) database. |
| **2.11.5** The WUI will have defensible space and dispersed patterns of fuel conditions that favorably modify wildfire behavior and reduce the rate of wildfire spread in and around communities-at-risk. | **2.11.10** Annually, for the next 10 years, complete an average of 7,000 acres of hazardous fuels reduction in the WUI. | M | Acres of fuel reduction by type | Planning area | Annually | FACTS, NFPORS, records from cooperators |
| **2.11.6** Major vegetation types reflect little or no departure from historic range of variation of fire frequency and intensity (e.g., reflect fire regime condition class 1). | **2.11.11** Annually, for the next 10 years, complete an average of 4,000 acres of fuels reduction and resource enhancement, utilizing fire managed for resource benefit. | M | FRCC in ponderosa pine; dry mixed conifer forests, mixed montane shrublands | Planning area | Annually, with 5- and -10-year analysis | FACTS, NFPORS, records from cooperators, Southern Ute Indian Tribe, Ute Mountain Ute Tribe, Mesa Verde National Park, and Colorado State Forest Service |

BLM_0032900

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.11.7** Use planned and unplanned fire ignitions to increase resiliency and diversity across all forest and rangeland vegetation types.<br><br>**2.11.8** Reintroduce fire to increase the resistance and resiliency of the warm dry mixed-conifer forest and ponderosa pine forest types in landscape such as Hermosa and Piedra areas.<br><br>**2.11.9** The occurrence of low-elevation fires burning upward into spruce-fir forest will increase over time to promote the heterogeneity of spruce-fir forests. | **2.11.12** The wildland fire response on both SJNF and TRFO lands will include evaluations for immediate suppression, management for resource benefit, or a combination of both actions to be taken. | H | Number of fires and response taken | Planning area | Annually | Durango Dispatch Annual Report; Mesa Verde National Park, Southern Ute Indian Tribe, Ute Mountain Ute Tribe, BLM |

BLM_0032901

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Table 4.1.10: Air Quality**

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.12.1** Air quality in the Weminuche Wilderness Class I Area maintains natural conditions. Indicators of natural conditions include air quality–related values of visibility, water and snow chemistry, precipitation/atmospheric chemistry, soils chemistry, and aquatic/terrestrial biota.<br><br>**2.12.2** Air quality for the Class II Areas within the planning area are maintained or improved with respect to pollutant concentrations so that human health and the integrity of associated aquatic and terrestrial ecosystem components are protected.<br><br>**2.12.5** Visibility in the Weminuche Wilderness continues to improve, so that best natural conditions are achieved. | **2.12.8** For the Weminuche Wilderness Class I Area, improve air quality so that flora and fauna AQRVs that are at risk (including lichens, amphibians, and aquatic organisms) recover to a level that is within the limits of acceptable change (compared to natural conditions) by the next planning period so that there is no humanly perceptible change in visibility (visual range, contrast, coloration) from that which would have existed under natural conditions (conditions substantially unaltered by humans or human activities).<br><br>**2.12.9** Over the implementation-life of the LRMP on both BLM and USFS lands, prevent or reduce the atmospheric deposition of nitrogen and sulfur and allow no more than a 10% change from established baseline for lakes with an ANC ≥25 µeq/L, and for lakes with an ANC<25 µeq/L allow no more than 1 µeq/L decrease in ANC.<br><br>**2.12.10** Over the implementation-life of the LRMP, prevent or reduce airborne nutrient and mercury deposition impacts to sensitive high-elevation lakes in the Weminuche Wilderness Class I Area; allow no detectable mercury, no more than 2 µeq/L of ammonium, and no late summer nitrate. | H | AQRVs; these include water quality, visibility, lichens, soils, aquatic organisms, flora, etc., within limits of acceptable change. Air quality maintained at better than State air quality standards. | SJNF and TRFO | 5 years | CDPHE, National Park Service, BLM, EPA |
| **2.12.6** Management activities on the SJNF control dust in order to minimize impacts of dust-on-snow events. | Prevent or reduce particulate pollution (see Guideline 2.12.20) | H | Meet air quality standards, reduce atmospheric deposition of pollutants, reduce particulate pollution (dust). Visibility AQRV within limits of acceptable change. | SJNF and TRFO | 5 years | CDPHE, National Park Service, BLM, EPA |

BLM_0032902

**Table 4.1.11: Access and Travel Management**

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.13.1** The transportation system within the SJNF planning area consists of roads, high-clearance or primitive roads, trails, and bridges that are fiscally sustainable and safe as appropriate for the designated use or desired user experience; they allow for the use of, and enjoyment by, the public, and they meet resource management objectives. Sufficient condition surveys and inspections are conducted to promote road safety and to prioritize road maintenance expenditures.<br><br>**2.13.2** The SJNF transportation system provides reasonable and legal access for resource management and recreation; it is dynamic and adaptable to resource and user needs.<br><br>**2.13.5** The road and trail system within the SJNF has adequate destination signage, mapping, and route markers to assist transportation system users in navigating throughout the planning area.<br><br>**2.13.12** Transportation system components on the SJNF are designed, constructed, and maintained to avoid encroaching onto streams and/or onto riparian areas and wetland ecosystems in ways that impact channel fluctuation or channel geometry (the relationships between channel discharge and channel cross-sectional factors, such as area, width, and depth). Sediment delivery from the transportation system does not measurably impact pool frequency, pool habitat, and/or spawning habitats. | **2.13.17** The SJNF will perform maintenance activities annually on 75% of roads maintained for passenger vehicles (NFS maintenance level 3, 4, and 5).<br><br>**2.13.20** The SJNF performs the required schedule of condition surveys for use in prioritizing road maintenance expenditures. | H | Miles of passenger car roads improved<br><br>Miles of passenger car roads maintained<br><br>Number of conditions surveys completed | SJNF planning area | 5 years | SJNF NFS Source: NRM database roads and trails<br><br>Annual condition surveys and road and trail inspections |

BLM_0032903

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.13.6** The public has access to information about the SJNF transportation systems (including specific travel route designations, available recreational opportunities, environmental stewardship guidelines, and safe travel information).<br><br>**2.13.7** Motorized use on the SJNF occurs only on designated roads and trails, as well as in small designated open areas (except as exempted by 36 CFR Part 212.51). No new unauthorized or user-created routes develop within the SJNF. Any addition of new designated routes to the transportation system will be analyzed using the appropriate planning process and level of environmental analysis.<br><br>**2.13.8** Roads and trails within the SJNF that are identified for closure are decommissioned and reestablished with native vegetation cover. | **2.13.19** Travel management plans are developed in accordance the designation criteria in 36 CFR 212, Subpart B, for NFS lands. Routes that are not included in the designated motorized transportation system will be evaluated for their resource impact potential. Those with high potential for resource impacts will be prioritized for decommissioning as part of the implementation plan for each individual travel management plan decision. Each implementation plan will identify those routes prioritized for decommissioning, the method(s) that may be used, and a schedule for completion. | H | Travel management plans completed<br><br>Miles of roads prioritized for decommissioning<br><br>Miles of roads decommissioned | SJNF | Annually | SJNF NFS Source: NRM database roads and trails |
| **2.13.9** Roads on SJNF are managed by the appropriate public road authority when any one of the following conditions exists: the road serves predominantly non-SJNF traffic; the road is necessary for mail, school, and/or other local governmental purposes; the road provides year-long residential access to private property within, or adjacent to, the planning area.<br><br>**2.13.10** Travel management plans are complete for all SJNF within 5 years of adopting this LRMP. Travel management planning remains a continuous process designed to improve the transportation system on the SJNF.<br><br>**2.13.11** Motorized and non-motorized users, as well as local, state, tribal, and other federal agencies, are actively engaged in travel management planning, route designation and implementation, and route monitoring on the SJNF. | **2.13.16** Transfer jurisdiction of roads identified through travel management planning as having predominant use that is inconsistent with the mission of the jurisdictional managing authority to a managing authority whose mission is consistent with the road use and is willing to accept the road transfer. The SJNF identify in each travel management planning decision those roads, if any, that are priority for jurisdictional transfer. The SJNF will transfer ownership to the appropriate managing authority of 50% of the roads identified as priority for jurisdictional transfer through travel management decisions made up to the initial 5-year anniversary of the LRMP implementation. These jurisdictional transfers will be completed within 15 years of the LRMP implementation. | M | Miles of roads transferred to the appropriate managing authority jurisdiction. | SJNF planning area | Annually | La Plata, Dolores, Montezuma, San Juan, and Archuleta Counties. |

BLM_0032904

**Table 4.1.12: Recreation, Scenery, and Wilderness**

| Desired Condition—Recreation and Scenery | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.14.1** Activities are regulated primarily in order to protect the quality of the recreation settings and benefits, as well as to protect natural and cultural resources. Managers monitor conditions and implement management strategies in order to maintain desired setting characteristics. | Ensure public is getting these experiences on the SJNF. | H | National Visitor Use Monitoring Program | Forestwide | 5 years | Contract survey |
| **2.14.14** Much of the planning area has an ROS setting of Semi-Primitive and Roaded Natural.

**2.14.28** In developed recreation sites, the USFS and BLM provide a wide range of visitor information, education, and interpretation consistent with their interpretive and conservation education strategy. | Provide for public health and safety and meet minimum standards for site operations and maintenance. | H | INFRA database; concessionaire annual review ratings; occupancy rates; visitor comment forms | Forestwide | Annual | Concessionaire, in-house data collection, public comments |
| **2.14.2** Established road and trail travel corridors offer high-quality scenery. Developed recreation facilities (including trailheads) provide relatively easy access for visitors, enabling them to enjoy a wide range of recreation experiences.

**2.15.3** Views from developed sites, roads, trails, and viewpoints of concern are predominantly within natural-appearing landscapes. Views within developed recreation sites may appear heavily altered (due to recreation support facilities, recreation developments, hazard tree management, etc.). | Ensure scenery is protected via plan guidance and future project NEPA screening. | M | Examine one or more NEPA actions with potential to impact scenic values; assess adherence to scenic and plan guidance | Project specific | 5 years | In-house, public comments |

BLM_0032905

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Table 4.1.13: Heritage**

| Desired Condition–Heritage | Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.16.1** Significant heritage and cultural resources, such as USFS Priority Heritage Assets and sites on the NRHP, are maintained in good to excellent physical condition. Significant cultural values are protected or preserved. Heritage and cultural sites are preserved and stabilized, and may be available for interpretation and research; they may have site-specific management plans. Sites are protected from physical damage and excessive wear and tear resulting from visitor use. **2.16.8** Select historic cabins are restored and adaptively reused for appropriate recreation and/or for interpretive use. | **2.16.13** Over the implementation-life of the LRMP, protect/preserve/stabilize at least seven significant heritage/cultural resources that have identified deferred maintenance needs that if not addressed will result in loss of the resource. **2.16.16** Over the implementation life of the LRMP, implement the Anasazi National Register District Monitoring Plan and new site monitoring plans for the Lost Canyon and Spring Creek National Register Districts. | H | Heritage program managed to standard and Secretary's report to Congress: Number of heritage/cultural sites stabilized | Planning area | 10 years | Colorado State Historic Preservation Office, Tribes, volunteers, schools, State Historical Fund, grants |
| **2.16.6** A management presence at key heritage and cultural resource sites is provided to protect sensitive or heavily visited sites from inappropriate use or vandalism. **2.16.10** Looting of sites is reduced through increased public awareness and education related to cultural resources. Vandalism at sites is promptly remedied to prevent recurrence. | **2.16.14** Annually, post protective signage and/or surveillance cameras on at least one heritage and cultural resource sites that is at-risk for vandalism. | H | Use of protective signage Tracked in INFRA Heritage modules | Planning area | Annually | San Juan Mountains Association |
| **3.16.1** Archaeological sites are protected and preserved for their scientific, educational, social, and cultural values. | **3.16.9** Within 5 years, create a dispersed recreation plan that is congruent with desired conditions and that would be incorporated into the management plan for the Falls Creek Archaeological Area. **3.16.10** Within 1 year, implement a site-steward program. **3.16.11** Within 5 years, develop and implement a rock art preservation plan in order to mitigate deterioration. | H | Heritage program managed to standard and Secretary's report to Congress: Development of CRMP Tracked in INFRA Heritage modules | Falls Creek | 5 years | SJNF |

BLM_0032906

| Desired Condition–Heritage | Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **3.16.5** Native American tribes and Pueblos are consulted with regard to the development of appropriate off-site educational materials. | **3.16.12** Within 5 years, develop appropriate and sensitive off-site interpretive and educational materials. Make the information from the collection analyses available to researchers. | H | Heritage program managed to standard and Secretary's report to Congress: Interpretive materials developed<br><br>Tracked in INFRA Heritage modules | Falls Creek | 5 years | SJNF, Native American Tribes and Pueblos, grants |
| **3.17.1** Chimney Rock National Monument is managed in an exemplary manner in accordance with the National Monument Proclamation.<br><br>**3.17.2** Native Americans tribes and Pueblos are consulted with regard to the development of appropriate management and interpretation; are allowed access to the Monument for traditional and ceremonial uses; and their values are respected and preserved.<br><br>**3.17.3** Compatible recreational opportunities for the public are provided, in accordance with the National Monument Proclamation. | **3.17.4** Within 3 years, develop a comprehensive management plan for the Chimney Rock National Monument. | H | Heritage program managed to standard and Secretary's report to Congress: Interpretive materials developed<br><br>Tracked in INFRA Heritage modules | Chimney Rock | 5 years | SJNF, Chimney Rock Interpretive Association, Native American Tribes and Pueblos |
| **3.26.1** McPhee offers diverse recreation for communities while, at the same time, preserving archaeological and paleontological resources.<br><br>**3.26.8** The SJNF partners with the Bureau of Reclamation to address impacts to archaeological resources and NAGPRA issues. | **3.26.13** Within 5 years implement archaeological monitoring plan. | H | Heritage Program Managed to Standard & Secretary's Report to Congress- sites monitored and protected<br><br>Tracked in INFRA Heritage modules | McPhee | 5 years | SJNF, Bureau of Reclamation |

BLM_0032907

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Desired Condition–Heritage | Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **3.26.4** Interpretive and educational opportunities enhance visitor experience and increase stewardship of sites. | **3.26.10** Within 5 years, implement site-steward and "adopt-a-site" programs.  **3.26.11** Over the implementation-life of the LRMP, develop two interpretive trails. | H | Heritage Program Managed to Standard & Secretary's Report to Congress- sites monitored and protected; interpretive materials developed  Tracked in INFRA Heritage modules | McPhee | 5 years— site stewards  10 years— interpretive trails | SJNF, San Juan Mountains Association |
| **3.26.5** User-made trails are rerouted or eliminated in order to avoid impacts to archaeological and paleontological sites. | **3.26.14** Within 3 years reroute or close user-made trails that are impacting archaeological resources. | H | Heritage program managed to standard and Secretary's report to Congress: Sites protected  Tracked in INFRA Heritage modules | McPhee | 3 years | SJNF, San Juan Mountains Association, Southwest Conservation Corps |
| **3.26.9** Partner with research organizations to test archaeological sites and conduct data recovery if sites are being impacted. | **3.26.12** Within 10 years, test two sites for subsurface archeological deposits. | H | Heritage program managed to standard and Secretary's report to Congress: Sites evaluated, research, public information  Tracked in INFRA Heritage modules | McPhee | 10 years | SJNF, Crow Canyon Archaeological Center, universities, colleges, interns, San Juan Mountains Association, grants |

BLM_0032908

**Table 4.1.14: Paleontology**

| Desired Condition | Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.17.1** Acquiring better knowledge of paleontological resources on SJNF lands is emphasized. | **2.17.5** Over the life of the plan, identify and document two paleontological sites. | M | Number of sites documented | Planning area | 10 years | Colleges, universities |
| **2.17.4** The McPhee Reservoir sauropod locality is actively managed through a long-term stewardship agreement to preserve dinosaur partial skeletons actively eroding along margin of reservoir.<br><br>Known and newly discovered paleontological localities are monitored and managed using scientific principles and expertise in accordance with Paleontological Resources Preservation Act of 2009. | **2.17.6** At a minimum, monitor one paleontological locality per year. | M | Number of site visits | Planning area, McPhee Reservoir | Annually | Colleges, universities |
| Ensure that paleontological resources are considered during the planning process using scientific principles and expertise in accordance with Paleontological Resources Preservation Act of 2009. | **2.17.7** Where feasible conduct fossil resource inventories in areas where they are needed on a project basis over the life of the plan. | H | Acres of inventory | Planning area | Annually | Colleges, universities |
| **2.17.2** Paleontological resources are available for appropriate scientific, educational, and, where appropriate, recreational uses by present and future generations. | **2.17.8** Increase opportunities for outdoor recreational experiences and volunteer projects focused on fossil resource management, and increase the number of partnerships with educational and research institutions. | M | Number of partnerships | Planning area | Annually | Colleges, universities |

BLM_0032909

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Table 4.1.15: Minerals and Energy**

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| 2.19.2 Mineral materials (including gravel and decorative stone) are available to support resource management needs, personal and hobby use, and commercial pursuits.<br><br>2.19.4 Reclamation of mineral exploration, development, and production activities is stable, long-term, and implemented as soon as is reasonably possible in order to minimize impacts to other resources. | Inspect and verify production at mineral material sites<br><br>2.19.8 Process requests for mineral materials in a timely manner consistent with plan direction and applicable laws. Identify areas suitable for and establish common use area(s) and/or community pits to provide sources of mineral materials to the public. | M | Number of inspection reports;<br><br>days to process applications | Planning area | 5 years | |
| 2.19.4 Reclamation of mineral exploration, development, and production activities is stable, long-term, and implemented as soon as is reasonably possible in order to minimize impacts to other resources. | Inspect locatable mineral sites for surface management | M | Number of inspection reports | Planning area | 5 years | |
| Potential social and resource impacts from the development of the Paradox Basin play area are minimized by phasing oil and gas leasing to achieve orderly economic development of portions of the play zones at any given time.<br><br>2.19.5 All oil and gas well fields starting at the field development stage, and all other established well fields where practicable maximize the co-location of facilities to minimize construction footprint and reduce tailpipe emissions. | | L | Number of APDs processed annually<br><br>Acres of new ancillary facilities within the Paradox Basin Planning Area annually | Paradox Basin | 5 years | |

BLM_0032910

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| 2.19.3 Ground disturbance from development of oil and gas fields is minimized by centralizing facilities, requiring multiple wells per pad, and minimizing the road system required to access facilities.<br><br>2.19.5 All oil and gas well fields starting at the field development stage and all other established well fields where practicable maximize the collocation of facilities to minimize construction footprints and reduce tailpipe emissions.<br><br>2.19.6 Oil and gas leasing and development activity on the SJNF occurs in an orderly manner to minimize impacts to lands and resources and increase efficiency of operations. | 2.19.7 Over the next 20 years, centralize facilities and engines to minimize the number of well head engines and optimize well engines so they use the minimum cumulative horsepower to obtain the maximum efficiency for all well fields beginning at the field development stage and all other established well fields where practicable. | H | Determine whether impacts were understated or overstated, if mitigation measures are working as intended, if there are unforeseen impacts and whether the impacts can be adequately mitigated. | SJNF | 5 years | Industry, BLM |

**Table 4.1.16: Abandoned Mine Lands**

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| 2.21.3 Mine waste repositories are protected and physical safety closures are protected or replaced during any USFS-authorized actions. | 2.21.9 On all SJNF lands, close or mitigate high-priority sites over the life of the LRMP. On SJNF lands, newly discovered sites will be prioritized for closure or mitigation based on hazard. | H | Number of safety closures | Planning area | 5 years | Colorado Division of Reclamation Mining and Safety |
| 2.21.1 Abandoned mine reclamation within the planning area contributes to water quality improvement and to historic resource protection.<br><br>2.21.6 The AML program coordinates with affected parties, partners, and stakeholder groups on AML projects. | 2.21.7 Stabilize, rehabilitate, or restore AML on priority sites on an annual basis in order to improve water quality and watershed condition. | M | Acres physically and directly improved by AML program annually | Planning area | 5 years | EPA, Animas River Stakeholders Group and other watershed groups, Riverwatch |

BLM_0032911

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

## 4.2   Tres Rios Field Office Monitoring Plan

### 4.2.1  Implementation of the LRMP

Implementation of the LRMP begins once the Record of Decision for the Proposed LRMP is signed. Decisions made through the planning process are implemented over the life of the LRMP. Some of the decisions are immediate and go into effect with the Record of Decision, while other decisions would be implemented over time after site-specific environmental review is completed. In addition, specific programs have requirements that must be followed in order to make certain decisions effective. An example of a land use plan decision that requires an additional action for implementation would be a recommendation to withdraw lands from entry under the mining laws. Formal action requiring Secretarial-level review and decision making would follow if the BLM planning process results in a withdrawal recommendation and the applicable regulations in 43 CFR 2300 are followed.

Any future proposals or management actions will be reviewed against the LRMP to determine if the proposal is in conformance with the LRMP. While the FEIS for the TRFO LRMP provides the compliance with NEPA for the broad-scale decisions that are made in the Record of Decision, it does not replace the requirement to comply with NEPA for most site-specific implementation actions.

During the life of the LRMP, the BLM expects that new information gathered from field inventories and assessments, research, other agency studies, and other sources will update baseline data or support new management techniques, BMPs, and scientific principles. To the extent that such new information or actions address issues covered in the plan, the BLM will integrate the data through plan maintenance. In cases where new information would cause a more significant change in planning direction, a plan amendment may be required.

### 4.2.2  Land Use Plan Implementation Monitoring

Due to staffing and funding levels, monitoring is prioritized consistent with the goals and objectives of the RMP in cooperation with local, state, and other federal agencies.

The TRFO conducts monitoring and evaluation of RMP decisions to measure the effectiveness of the management action and allowable use decisions in achieving the RMP's goal and objectives. Monitoring and evaluation analyzes the current resource conditions as a result of implemented actions and identifies and recommends alternatives or modified actions, as necessary, to reach established objectives and goals. This process provides the optimum means to check the effectiveness of management actions. Because the capability to execute the process at the optimum level can vary from year to year, monitoring will be prioritized. BLM would use data collected by other agencies, local governments, and other sources when appropriate and available.

Plan implementation is a continuous process occurring over the life of the resource management plan that will consider changing circumstances and new information through monitoring. The goal is to maintain a dynamic resource management plan that is evaluated and amended if necessary on an issue-by-issue basis.

### 4.2.3  Data Collection

In cooperation with local, state, and other federal agencies, the BLM will collect, analyze, and report monitoring data that allow for the determination of cause and effect, conditions, trends, and predictive modeling of land use authorizations. Monitoring methods are implemented to collect data that establish current conditions and reveal any change in the indicators. Monitoring techniques consider when, where, and frequency. The data collected through monitoring provide a variety of information applicable to one or more resource uses. To increase effectiveness, efficiency, and eliminate duplication, monitoring methods should be designed to address as many uses as possible. The BLM will rely upon cooperating agencies for the funding, facilities, and labor to assist in or perform this data collection.

BLM_0032912

## 4.2.4  Monitoring

Monitoring is the repeated measurement of activities and conditions over time. Monitoring data gathered over time is examined and used to draw conclusions on whether management actions are meeting stated objectives, and if not, why. Conclusions are then used to make recommendations on whether to continue current management or what changes need to be made in management practices to meet objectives.

Monitoring determines whether planned activities have been implemented in the manner prescribed by the plan. This monitoring documents BLM's progress toward full implementation of the land use plan decision. There are no specific thresholds or indicators required for this type of monitoring.

Monitoring also is used to determine if the implementation of activities has achieved the desired goals and objectives. This requires knowledge of the objectives established in the RMP as well as indicators that can be measured. Indicators are established by technical specialists in order to address specific questions, and thus avoid collection of unnecessary data. Success is measured against the benchmark of achieving desired future conditions established by the plan.

Monitoring is also used to ascertain whether a cause-and-effect relationship exists among management activities or resources being managed. It confirms whether the predicted results occurred and if assumptions and models used to develop the plan are correct. This type of monitoring is often done by contract with another agency, academic institution, or other entity, and is usually expensive and time consuming since results are not known for many years.

## 4.2.5  Components of the Monitoring Plan

The monitoring plan presented in the tables below contains seven components that link monitoring efforts directly to the plan components presented in this LRMP, and guide monitoring activity for each element of the plan. These components are focused around selected desired conditions and are designed to test relevant assumptions, track relevant changes, and measure management effectiveness and progress towards achieving or maintaining the LRMP's desired conditions.

1. **Program Element:** BLM program elements are defined as specific activities or products for which the BLM captures cost data (i.e., determines cost "drivers," collects activity data, calculates the cost of delivering that activity or product).  The description of each program element is followed by its two-letter code.
2. **Frequency of Reporting:** Frequency of reporting describes the timing of monitoring and evaluation efforts. Much data are collected annually, while other data are collected at longer or shorter intervals based on the length of time needed to discern a measureable change.
3. **Desired Conditions:** The desired conditions are selected from Chapters 2 and 3 of the LRMP and serve as the basis for the monitoring plan. These are the "drivers" of the monitoring plan and provide the "questions" that this monitoring plan seeks to answer.
4. **Objectives:** The objectives are projections of measureable and time-specific outcomes or accomplishments that, if achieved, would contribute to maintaining or reaching desired conditions during the life of the LRMP. They relate directly to the desired conditions and are also selected from Chapters 2 and 3 of the LRMP.
5. **Scale:** Scale describes the level of analysis with respect to land size or level of application. This measure is important in describing impacts dealing with habitat heterogeneity and population viability issues, as well as describing cumulative impacts related to, or resulting from, management actions.
6. **Performance Measures and Indicators:** This column identifies indicators that will be used to gauge or track accomplishments that lead the TRFO toward meeting objectives and desired conditions. These indicators provide a measureable quantitative or qualitative parameter.
7. **Sources and Partners:** Potential data sources for information and partners that may be involved in providing input into the monitoring process or identifying areas where research may be needed.

BLM_0032913

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Table 4.2.1: Terrestrial Ecosystems**

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and Partners |
|---|---|---|---|---|---|---|
| Monitor Fuels Treatment (MT), Evaluate Rangeland Health (MJ), Monitor Terrestrial Habitat (MQ), Monitor Fuels Treatment in Wildland Urban Interface (LC) | 10 years<br><br>15 years | **2.2.1** The composition, structure, and function of terrestrial ecosystems are influenced by natural ecological processes, including disturbance events such as fire, infestations by insects or disease, winds, and flooding. | **2.2.47** Within 10 years, inventory and map stand structure changes that have resulted from spruce beetle mortality and wildfire on TRFO lands.<br><br>**2.2.60** After natural disturbance events or during restoration projects over the next 15 years, increase the variety of native non-commercial tree and shrub species on a minimum of 25 acres of TRFO lands. | Landscape | Acres | Rangeland Improvement Project System (RIPS), NFPORS |
| Monitor Terrestrial Habitat (MQ), Evaluate Weed Treatments (MK), Monitor Fuels Treatment (MT) | 15 years<br><br><br><br><br>30 years of review at 10-year increments<br><br>15 years | **2.2.4** Future biodiversity, especially for endangered, rare, or dwindling species, is protected in the face of a changing climate by safeguarding habitats, preserving genetic diversity, and cooperating with seed banking efforts that provide secure, long-term storage of plant genetic resources.<br><br>**2.2.17** Local seeds of desirable native plant species are available for revegetation and restoration efforts. | **2.2.57** Over the next 15 years, secure a reliable source of local seed stock for eight or more native grass, forb, and shrub species (including Arizona fescue *(Festuca arizonica)*) for use in revegetation and restoration projects on TRFO lands.<br><br>**2.2.58** Over the life of the LRMP, collect and provide for the long-term storage of local seed from ten vulnerable native grass, forb, and shrub species (including alpine) in order to protect genetic sources.<br><br>**2.2.60** After natural disturbance events or during restoration projects over the next 15 years, increase the variety of native non-commercial tree and shrub species on a minimum of 25 acres of TRFO lands.<br><br>**2.2.62** Over the next 15 years, revegetate and reclaim five acres of TRFO lands using native early-successional plant species developed from local plant sources in order to accelerate restoration success. | Landscape | Acres | |

BLM_0032914

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and Partners |
|---|---|---|---|---|---|---|
| Monitor Fuels Treatment in Wildland Urban Interface (LC), Monitor Fuels Treatment (MT), Monitor Terrestrial Habitat (MQ) | 5 years | **2.2.10** Forested terrestrial ecosystems display a FRCC of 1.<br><br>**2.2.15** Forested terrestrial ecosystems have stand structures and tree species composition that offer resistance and resilience to changes in climate (including extreme weather events) and epidemic insect or disease outbreaks.<br><br>**2.2.22** Ponderosa pine, warm-dry mixed conifer, and cool-moist mixed conifer forest stands in the old-growth development stage that have not been previously harvested are managed for their old-growth values through active or passive management.<br><br>**2.2.23** Ponderosa Pine Forest Desired Condition<br><br>**2.2.24** Warm Dry Mixed Conifer Forest Desired Condition<br><br>**2.2.25** Cool Moist Mixed Conifer Forest Desired Condition | **2.2.52** Within 15 years, increase the percentage of ponderosa pine forest in the young development stage from zero to 3% on TRFO lands through the use of mechanical treatments and prescribed fire.<br><br>**2.2.53** Within 15 years, increase the percentage of warm-dry mixed conifer forest in the young development stage from zero to 3% on TRFO lands through the use of\mechanical treatments and prescribed or natural fire.<br><br>**2.2.54** Within 15 years, improve the composition, structure, and function of 5,000 acres of ponderosa pine forest through the use of low-intensity fire. | Landscape | Acres of treatment and/or fire size | RIPS, project monitoring, NFPORS |

BLM_0032915

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and Partners |
|---|---|---|---|---|---|---|
| Monitor Fuels Treatment (MT), Evaluate Rangeland Health (MJ), Monitor Terrestrial Habitat (MQ), Evaluate Weed Treatments (MK), Monitor Fuels Treatment in Wildland Urban Interface (LC) | 5 years | **2.2.12** The abundance and distribution of native grasses in semi-desert grasslands, sagebrush shrublands, pinyon-juniper woodlands, and semi-desert shrublands are maintained or increased.<br><br>**2.2.28** Pinyon-Juniper Woodland Desired Condition<br><br>**2.2.30** Desired conditions for Sagebrush Shrublands<br><br>**2.2.31** Desired conditions for Semi-Desert Shrublands<br><br>**2.2.32** Desired conditions for Semi-Desert Grasslands | **2.2.56** Within 15 years, improve the abundance and distribution of perennial native bunchgrasses on 3,000 acres of semi-desert shrublands or grasslands within TRFO. | Landscape | Acres | RIPS, NFPORS |
| Evaluate Rangeland Health (MJ), Monitor Terrestrial Habitat (MQ), Evaluate Weed Treatments (MK) | 10 years | **2.2.34** Alpine terrestrial ecosystems sustain their ecosystem diversity. They display a diverse composition of desirable native plant species and vegetation communities (including fellfield and turf types). Invasive plant species are absent or rare. | **2.2.58** Over the life of the LRMP, collect seed from 10 local vulnerable grass, forb, and shrub species, including some alpine species, for long-term storage to protect genetic sources.<br><br>**2.2.63** Over the next 20 years, enhance the resiliency of alpine ecosystems and provide refugia for alpine- dependent species on 100 acres of TRFO lands through implementing recreation management plans, completing mine land reclamation, or conducting other management activities. | Landscape and project | Acres | |

BLM_0032916

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and Partners |
|---|---|---|---|---|---|---|
| Monitor Lake/Wetland Habitat (MN), Monitor Terrestrial Habitat (MQ) | Annually in occupied critical habitat, and once every 5 years in unoccupied critical habitat | **2.2.9** Terrestrial ecosystems, including habitat for special status plant species, are productive, sustainable, and resilient, and provide goods and services over the long term.<br><br>**2.2.11** Canyon escarpments, and the terrestrial ecosystems that occur on them, serve as refugia for native biota. These escarpments are associated with the following canyons: Lower Dolores River, Wild Steer, Coyote Wash Spring, and McIntyre. They also include the Mesa Verde Escarpment.<br><br>**2.2.41** Fens, wetlands, and hanging gardens have the water sources and hydrologic systems necessary to support and sustain the special status plant species associated with them.<br><br>**2.2.44** Areas identified as critical habitat or proposed critical habitat for federally listed plant species have the characteristics necessary to provide for the growth and reproduction of the federally listed plant species for which they were designated. | Over the next 10 years, monitor 20 known special status plant species locations and their habitats. | Project and landscape | Acres evaluated; condition of special status species habitat; continued presence of special status species in these habitats.<br><br>In occupied critical habitat for Pagosa skyrocket, the indicator is the continued presence of the species.<br><br>In unoccupied critical habitat for Pagosa skyrocket, the indicators are the presence of suitable plant communities, habitat for pollinators, and appropriate disturbance regimes. | Colorado Natural Heritage Program, USFWS |
| Evaluate Rangeland Health (MJ), Monitor Grazing Allotments (ML), Monitor Terrestrial Habitat (MQ) | 5 years | **2.2.35** Soil productivity is maintained at or trending towards site potential.<br><br>**2.2.37** Ground cover (vegetation and litter) is adequate to protect soils and prevent erosion.<br><br>**2.2.40** Biological soil crusts are maintained or increased in pinyon-juniper woodlands, sagebrush shrublands, and semi-desert shrublands and grasslands. | **2.2.45** Within 10 years, restore or improve soil productivity and soil carbon on at least 5 miles of routes that will be closed or decommissioned on TRFO lands.<br><br>**2.2.59** Use locally produced biochar to sequester carbon, reduce erosion, and enhance soil productivity and water retention on a minimum of 0.5 acre per year on TRFO lands for 5 years. | Project and landscape | Acres | |

BLM_0032917

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and Partners |
|---|---|---|---|---|---|---|
| Monitor Terrestrial Habitat (MQ) | Ongoing | **2.2.74** Old growth ponderosa pine, old growth pinyon-juniper, and old growth warm-dry mixed conifer forests are more abundant, occupy more acreage, and are well distributed on TRFO lands. | Develop an old-growth database and conduct old-growth inventories in potential old-growth stands of ponderosa pine, warm-dry mixed conifer, and pinyon-juniper. | Project and landscape | Development of an old-growth database | Old-growth database (to be developed) |

**Table 4.2.2: Terrestrial Wildlife**

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Inventory Terrestrial Habitat (CB) | Annual | **2.3.1** Wildlife populations are self-sustaining, connected, and genetically diverse across TRFO lands.<br><br>**2.3.3** Invasive exotic wildlife species and diseases do not become established within the planning area. Existing invasive exotic wildlife species and diseases do not spread.<br><br>**2.3.4** Habitat components (e.g., snags and downed logs) are maintained. Unique habitat types (e.g., springs, seeps, willow carrs, caves, and cliffs) support associated flora and fauna (with abundance and distribution commensurate with the capability of the land).<br><br>**2.3.7** Snag and downed wood features occur in quantities that support self-sustaining populations of associated species.<br><br>**2.3.8** Effective raptor nesting habitat occurs throughout the planning area with abundance and distribution commensurate with the capability of the land to sustain populations. | **2.3.29** Inventory and monitoring: Improve knowledge on the distribution of wildlife special status species and their habitats by inventorying habitat and species as identified in the LRMP monitoring section over the life of the LRMP. Work with conservation partners in the study, management, and monitoring of these species. | Project to planning area (varies) | Acres inventoried | BLM, SJNF, CPW, Colorado Natural Heritage Program |

BLM_0032918

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Apply Shrub/Grass Vegetation Treatments (JA) | Annual | | **2.3.24** Treat 2,000 or more acres of vegetation on TRFO lands over the life of the plan to improve habitat that supports sustainable populations of terrestrial wildlife across the planning area.<br><br>**2.3.26** Gunnison sage-grouse: Improve habitat for Gunnison sage-grouse when conducting resource management actions within occupied habitat. | Project | Acres treated | BLM |
| Implement Threatened and Endangered Species Recovery Actions (JP) | Annual | **2.3.15** Areas identified as critical habitat or proposed critical habitat for special status wildlife species have the characteristics to support sustainable populations, promoting recovery of the species. | **2.3.26** Gunnison sage-grouse: Improve habitat for Gunnison sage-grouse when conducting resource management actions within occupied habitat. | Project | Recovery actions preformed | BLM, USFWS, San Miguel Gunnison Sage-grouse Working Group |
| Implement Conservation Actions for Non-ESA Species and Communities | Annual | **2.3.17** Management actions maintain or improve habitat conditions for special status species, contributing to the stability and/or recovery of these species. | **2.3.24** Treat 2,000 or more acres of vegetation on TRFO lands over the life of the plan to improve habitat that supports sustainable populations of terrestrial wildlife across the planning area.<br><br>**2.3.27** Nokomis fritillary butterfly: Over the life of the LRMP, restore the hydrologic conditions and plant communities during project implementation at springs or seeps capable of supporting Nokomis fritillary while, at the same time, retaining the water development for livestock or other uses. | Project | Actions performed | BLM |

BLM_0032919

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Monitor Terrestrial Habitat (MQ) | Annual | **2.3.2** Big game severe winter range, winter concentration areas, and production areas are capable of supporting populations that meet State population objectives. These areas provide sustainable forage and habitat in areas with acceptable levels of human disturbance that do not reduce habitat effectiveness.<br><br>**2.3.4** Habitat components (e.g., snags and downed logs) are maintained. Unique habitat types (e.g., springs, seeps, willow carrs, caves, and cliffs) support associated flora and fauna (with abundance and distribution commensurate with the capability of the land).<br><br>**2.3.7** Snag and downed wood features occur in quantities that support self-sustaining populations of associated species.<br><br>**2.3.8** Effective raptor nesting habitat occurs throughout the planning area with abundance and distribution commensurate with the capability of the land to sustain populations.<br><br>**2.3.9** Ecosystems and habitat conditions for terrestrial wildlife species sensitive to human disturbance are maintained.<br><br>**2.3.10** Vegetation openings created through management actions preserve the natural patchiness inherent in Southern Rocky Mountain ecosystems.<br><br>**2.3.11** Habitat continuity and travel corridors exist and persist to facilitate species movement and establishment into newly suitable areas as a result of changing habitats.<br><br>**2.3.12** Populations are conserved by maintaining or improving habitat availability and quality through the incorporation of conservation strategies and species' habitat needs during project development and implementation.<br><br>**2.3.14** Disturbances from management activities occur at levels that support critical life functions and sustain key habitat characteristics for wildlife special status species.<br><br>**2.3.17** Management actions maintain or improve habitat conditions for special status species, contributing to the stability and/or recovery of these species. | **2.3.29** Inventory and monitoring: Improve knowledge regarding the distribution of wildlife special status species and their habitats by inventorying habitat and species as identified in the LRMP monitoring section over the life of the LRMP.  Work with conservation partners in the study, management, and monitoring of these species.<br><br>**2.3.30** Invasives and disease: Over the life of the LRMP, coordinate with CPW to prevent introductions or spread of fish or terrestrial wildlife species, as needed, where there is potential for negative impacts on wildlife special status species. | Project to planning area (varies) | Acres monitored | BLM, USFS, CPW |

BLM_0032920

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Monitor Species Populations (MR) | Annual | **2.3.1** Wildlife populations are self-sustaining, connected, and genetically diverse across TRFO lands.

**2.3.2** Big game severe winter range, winter concentration areas, and production areas are capable of supporting populations that meet State population objectives. These areas provide sustainable forage and habitat in areas with acceptable levels of human disturbance that do not reduce habitat effectiveness.

**2.3.5** Large predator species contribute to ecological diversity and ecosystem functioning.

**2.3.8** Effective raptor nesting habitat occurs throughout the planning area with abundance and distribution commensurate with the capability of the land to sustain populations.

**2.3.12** Populations are conserved by maintaining or improving habitat availability and quality through the incorporation of conservation strategies and species' habitat needs during project development and implementation.

**2.3.14** Disturbances from management activities occur at levels that support critical life functions and sustain key habitat characteristics for wildlife special status species.

**2.3.17** Management actions maintain or improve habitat conditions for special status species, contributing to the stability and/or recovery of these species.

**2.3.18** Special status species are able to disperse within the planning area and onto adjacent lands, allowing for the interchange between populations and the maintenance of genetic diversity. | **2.3.29** Inventory and monitoring: Improve knowledge regarding the distribution of special status wildlife species and their habitats by inventorying habitat and species as identified in the monitoring section over the life of the LRMP. Work with conservation partners in the study, management, and monitoring of these species. | Project to planning area (varies) | Populations monitored | BLM, USFS, CPW, Colorado Natural Heritage Program |

BLM_0032921

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Monitor Shrub/Grass Vegetation Treatments (MX) | By project | **2.3.10** Vegetation openings created through management actions preserve the natural patchiness inherent in Southern Rocky Mountain ecosystems.<br><br>**2.3.12** Populations are conserved by maintaining or improving habitat availability and quality through the incorporation of conservation strategies and species' habitat needs during project development and implementation.<br><br>**2.3.14** Disturbances from management activities occur at levels that support critical life functions and sustain key habitat characteristics for special status wildlife species. | **2.3.24** Treat 2,000 or more acres of vegetation on TRFO lands over the life of the LRMP to improve habitat that supports sustainable populations of terrestrial wildlife across the planning area.<br><br>**2.3.26** Gunnison sage-grouse: Improve habitat for Gunnison sage-grouse when conducting resource management actions within occupied habitat. | Project | Acres monitored | |
| Monitor Steam/ Riparian Habitat (MO) | Annual | **2.5.1** Long-term sustainability of aquatic ecosystems is maintained.<br><br>**2.5.2** Streams, lakes, riparian vegetation, and adjacent uplands provide habitats adequate to maintain healthy aquatic ecosystems capable of supporting a variety of native and desired non-native aquatic communities.<br><br>**2.5.3** The quantity and quality of aquatic habitats are maintained or enhanced to provide for the long-term sustainability of biological diversity and population viability of all native and/or desired non-native vertebrate species.<br><br>**2.5.10** All native and desired non-native fish species are disease-free and thrive in the vast majority of systems historically capable of supporting such species.<br><br>**2.5.11** Abundant Colorado River cutthroat trout populations are maintained and other areas are managed for increased abundance. | | Planning area | Miles | BLM, USFS, CPW |
| Monitor Species Populations (MR) | Annual | **2.5.3** The quantity and quality of aquatic habitats are maintained or enhanced to provide for the long-term sustainability of biological diversity and population viability of all native and/or desired non-native vertebrate species.<br><br>**2.5.10** All native and desired non-native fish species are disease-free and thrive in the vast majority of systems historically capable of supporting such species.<br><br>**2.5.11** Abundant Colorado River cutthroat trout populations are maintained and other areas are managed for increased abundance. | | Planning area | Miles | BLM, USFS, CPW |

BLM_0032922

**Table 4.2.3: Riparian and Wetland Ecosystems**

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Monitor Weed Treatments (MK) | 5 years | **2.4.1** Riparian area and wetland ecosystems have a diverse composition of desirable native hydrophytic plants that are vigorous and self-perpetuating. Invasive plant species are absent or rare. | **2.4.13** Within 10 years, restore the ecological integrity of two deciduous riparian shrubland sites on TRFO lands currently classified as riparian herbaceous lands by increasing the canopy cover of native hydrophytic shrubs by at least 10%. <br><br>**2.4.14** Within 10 years, determine the functional condition of 25 miles on TRFO of riparian area and wetland ecosystems using the Proper Functioning Condition assessment method (Prichard 1998). <br><br>**2.4.16** Within 5 years, eradicate tamarisk and Russian olive on two stream reaches or two seeps/springs on TRFO lands, and if needed conduct follow-up treatment to prevent the establishment or spread of other invasive species. <br><br>**2.4.17** Maintain native riparian and upland ecosystems that have been treated to control non-native species on a minimum of 50 miles of TRFO stream reaches over the next 20 years. | Site, project | Acres evaluated, presence or absence of target weed species, success of weed treatment objectives | Southwest Youth Corps, Canyon Country Youth Corps, Western Youth Corps, The Nature Conservancy, Tamarisk Coalition, Walton Family Foundation |

BLM_0032923

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Monitor Lake/Wetland Habitat (MN) | 10 years | **2.4.1** Riparian area and wetland ecosystems have a diverse composition of desirable native hydrophytic plants that are vigorous and self-perpetuating. Invasive plant species are absent or rare. <br><br> **2.4.2** Riparian area and wetland ecosystems have vegetation cover sufficient to catch sediment, dissipate energy, prevent erosion, stabilize stream banks, enhance aquatic and terrestrial wildlife habitat, and promote floodplain development. <br><br> **2.4.7** The composition, structure, and function of fens and hanging gardens are intact (including their native plant species, organic soils, and hydrology). <br><br> **2.4.8** Riparian area and wetland ecosystems that contain plant communities with G1, G2, S1, or S2 NatureServe Plant Community conservation status ranks are protected, have habitat to expand into, and have the water quantity and hydrologic systems necessary in order to support and sustain these communities. <br><br> **2.4.9** Soil productivity is intact on all riparian area and wetland ecosystems in the TRFO. <br><br> **2.4.10** Long-term levels of soil organic matter and soil nutrients are maintained at acceptable levels on all riparian area and wetland ecosystems in the TRFO. <br><br> **2.4.11** Ground cover (vegetation and litter) is adequate to protect soils and prevent erosion on all riparian area and wetland ecosystems in the TRFO. <br><br> **2.4 12** Long term impacts to soils (e.g., erosion, compaction, displacement, puddling, and/or severe burning) from management actions are rare on all riparian area and wetland ecosystems in the TRFO. | **2.4.15** Within 15 years, treat three fens with impaired function on TRFO lands. <br><br> **2.4.16** Within 5 years, eradicate tamarisk and Russian olive on two stream reaches or two seeps/springs on TRFO lands, and conduct follow-up treatment if needed to prevent the establishment or spread of other invasive species. | Site | Acres monitored, proper function of ecosystems | |

BLM_0032924

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Monitor Stream Riparian Habitat (MO) | 5–10 years | **2.4.1** Riparian area and wetland ecosystems have a diverse composition of desirable native hydrophytic plants that are vigorous and self-perpetuating. Invasive plant species are absent or rare.<br><br>**2.4.2** Riparian area and wetland ecosystems have vegetation cover sufficient to catch sediment, dissipate energy, prevent erosion, stabilize stream banks, enhance aquatic and terrestrial wildlife habitat, and promote floodplain development.<br><br>**2.4.3** Forest and shrubland types display hydrophytic trees and shrubs in a variety of size classes; they provide terrestrial and aquatic habitats, stream shading, woody channel debris, aesthetic values, and other ecosystem functions.<br><br>**2.4.4** Woody debris in a variety of sizes is present in forest and shrubland riparian area and wetland ecosystem types.<br><br>**2.4.5** Riparian area and wetland ecosystems are resilient to change from disturbances (including floods, fire, and drought) and offer resistance and resilience to changes in climate.<br><br>**2.4.6** Riparian area and wetland ecosystems have flow regimes and flooding processes that contribute to stream-channel and floodplain development, maintenance, and function, and facilitate the regeneration of native hydrophytic plants (including narrowleaf cottonwood and Rio Grande cottonwood) that depend on flooding for regeneration.<br><br>**2.4.8** Riparian area and wetland ecosystems that contain plant communities with G1, G2, S1, or S2 NatureServe Plant Community conservation status ranks are protected, have habitat to expand into, and have the water quantity and hydrologic systems necessary in order to support and sustain these communities. | **2.4.13** Within 10 years, restore the ecological integrity of two deciduous riparian shrubland sites on TRFO lands currently classified as riparian herbaceous lands by increasing the canopy cover of native hydrophytic shrubs by at least 10%.<br><br>**2.4.14** Within 10 years, determine the functional condition of 25 miles on TRFO of riparian area and wetland ecosystems using the Proper Functioning Condition assessment method (Prichard 1998).<br><br>**2.4.16** Within 5 years, eradicate tamarisk and Russian olive on two stream reaches or two seeps/springs on TRFO lands, and conduct follow-up treatment if needed to prevent the establishment or spread of other invasive species.<br><br>**2.4.17** Maintain native riparian and upland ecosystems that have been treated to control non-native species on a minimum of 50 miles of TRFO stream reaches over the next 20 years. | Site, project | Miles monitored, proper function of ecosystems | |

BLM_0032925

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| | | **2.4.9** Soil productivity is intact on all riparian area and wetland ecosystems in the TRFO.<br><br>**2.4.10** Long-term levels of soil organic matter and soil nutrients are maintained at acceptable levels on all riparian area and wetland ecosystems in the TRFO.<br><br>**2.4.11** Ground cover (vegetation and litter) is adequate to protect soils and prevent erosion on all riparian area and wetland ecosystems in the TRFO.<br><br>**2.4.12** Long term impacts to soils (e.g., erosion, compaction, displacement, puddling, and/or severe burning) from management actions are rare on all riparian area and wetland ecosystems in the TRFO. | | | | |

**Table 4.2.4: Aquatic Ecosystems and Fisheries**

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures /Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Inventory Lakes/Wetland Areas (BU) | Annual | **2.5.2** Streams, lakes, riparian vegetation, and adjacent uplands provide habitats adequate to maintain healthy aquatic ecosystems capable of supporting a variety of native and desired non-native aquatic communities.<br><br>**2.5.3** The quantity and quality of aquatic habitats are maintained or enhanced to provide for the long-term sustainability of biological diversity and population viability of all native and/or desired non-native vertebrate species.<br><br>**2.5.7** Macroinvertebrate diversity and abundance reflect high water quality.<br><br>**2.5.10** All native and desired non-native fish species are disease-free and thrive in the vast majority of systems historically capable of supporting such species. | | Planning area | Acres inventoried | BLM, USFS, CPW |

BLM_0032926

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures /Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Inventory Streams/Riparian Areas (BV) | Annual | **2.5.2** Streams, lakes, riparian vegetation, and adjacent uplands provide habitats adequate to maintain healthy aquatic ecosystems capable of supporting a variety of native and desired non-native aquatic communities.<br><br>**2.5.3** The quantity and quality of aquatic habitats are maintained or enhanced to provide for the long-term sustainability of biological diversity and population viability of all native and/or desired non-native vertebrate species.<br><br>**2.5.4** Channel characteristics, water quality, flow regimens, and physical habitat features are diverse and appropriately reflect the climate, geology, and natural biota of the area.<br><br>**2.5.7** Macroinvertebrate diversity and abundance reflect high water quality.<br><br>**2.5.10** All native and desired non-native fish species are disease-free and thrive in the vast majority of systems historically capable of supporting such species. | | | | |
| Apply Stream/Riparian Treatments (JG) Construct Lake/Wetland/Stream/Riparian Projects | Annual | | **2.5.15** Annually enhance or restore at least 1 mile of stream habitat to maintain or restore the structure, composition, and function of physical habitat for BLM sensitive species. | Planning area | Miles restored | BLM, CPW |

BLM_0032927

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures /Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Implement Threatened and Endangered Species Recovery Actions (JP) | By project | **2.5.10** All native and desired non-native fish species are disease-free and thrive in the vast majority of systems historically capable of supporting such species.<br><br>**2.5.11** Abundant Colorado River cutthroat trout populations are maintained and other areas are managed for increased abundance.<br><br>**2.5.12** Threats to Colorado River cutthroat trout and its habitat are eliminated or reduced to the greatest extent possible.<br><br>**2.5.13** The distribution of Colorado River cutthroat trout is increased where ecologically, sociologically, and economically feasible. | **2.5.17** Over the life of the LRMP, establish one new population of Colorado River cutthroat trout in each Geographic Management Unit within the historical range. (Colorado River Cutthroat Trout Task Force 2001, or as amended.) | Planning area | Miles restored | BLM, CPW |
| Implement Conservation Actions for Non-ESA Species and Communities (KE) | By project | **2.5.3** The quantity and quality of aquatic habitats are maintained or enhanced to provide for the long-term sustainability of biological diversity and population viability of all native and/or desired non-native vertebrate species. | **2.5.15** Annually, enhance or restore at least 1 mile of stream habitat on BLM lands to maintain or restore the structure, composition, and function of physical habitat for BLM Sensitive Species.<br><br>**2.5.16** Over the life of the LRMP, connect at least 2 miles of fragmented stream habitat on BLM lands to provide for aquatic species movement. | Planning area | Miles restored | BLM, CPW |

BLM_0032928

**Table 4.2.5: Water Resources**

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Monitor Water Resources (MU) | Annual to every 5 years | **2.6.1** State water quality standards and anti-degradation rules are met and state-classified water uses are supported for all water bodies.<br><br>**2.6.2** Water quality for impaired water bodies on the State of Colorado's 303(d) list move toward fully supporting state-classified uses.<br><br>**2.6.3** State "Outstanding Waters" within the planning area maintain the high levels of water quality necessary for this status.<br><br>**2.6.5** Water from TRFO lands will meet applicable drinking water standards when given adequate and appropriate treatment. Management activities throughout the planning area protect and/or enhance the water quality of municipal supply watersheds. Enhancement may be achieved by watershed restoration or by other activities.<br><br>**2.6.10** Potentially usable aquifers and water-bearing intervals possessing groundwater of quality and/or quantity that could provide multiple-use benefits and maintain water quality at natural conditions. | **2.6.17** All approved water developments that involve the use of TRFO lands are permitted pursuant to applicable federal authorizations.<br><br>**2.6.18** Work with the selenium task force annually to reduce salt delivery to the Upper Colorado River Basin.<br><br>**2.6.19** Every 5 years, rehabilitate 10 or more acres to reduce erosion and sedimentation delivery to water bodies on BLM lands. | Site, project | Meet water quality standards. Reduce saline contributions to upper Colorado River. | CHPHE, EPA |
| Monitor BMP Water Resources through Implementation and Effectiveness (MU) | Annual | **2.6.2** Water quality for impaired water bodies on the State's 303(d) list move toward fully supporting state-classified uses.<br><br>**2.6.3** State "Outstanding Waters" within the planning area maintain the high levels of water quality necessary for this status.<br><br>**2.6.4** Watersheds within the planning area containing saline soils exhibit stable upland, riparian, and channel conditions that produce water quality as close as possible to reference conditions and the lowest possible saline contributions to the Upper Colorado River (per the Colorado River Basin Salinity Control Act for the BLM) (see Appendix I for saline watersheds).<br><br>**2.6.5** Water from TRFO lands will meet applicable drinking water standards when given adequate and appropriate treatment. Management activities throughout the planning area protect and/or enhance the water quality of municipal supply watersheds. Enhancement may be achieved by watershed restoration or by other activities. | **2.6.20** Over the implementation life of the LRMP, actively participate in the development of all Total Maximum Daily Load determinations and/or other appropriate options for the restoration of State 303(d)-listed impaired water bodies on BLM lands within the planning area. | Project | Meet water quality standards. BMPs implemented and effective. | Oil/gas/ mineral company or operator |

BLM_0032929

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Monitor Stream Riparian Habitat (MO)<br><br>Monitor Lake/Wetland Habitat (MN) | Annual to every 5 years | **2.6.5** Water from TRFO lands will meet applicable drinking water standards when given adequate and appropriate treatment. Management activities throughout the planning area protect and/or enhance the water quality of municipal supply watersheds. Enhancement may be achieved by watershed restoration or by other activities.<br><br>**2.6.6** Stream channel types that naturally build floodplains are connected to their floodplains and riparian areas, maintain the ability to transport overbank flows (which occur on an average of every 1.5 years), and are capable of transporting moderate or high flow events.<br><br>**2.6.7** Physical channel characteristics are in dynamic equilibrium and commensurate with the natural ranges of discharge and sediment load provided to a stream. Streams have the most probable form and expected native riparian vegetation composition within the valley landforms that they occupy and function correctly without management intervention.<br><br>**2.6.8** Historically disturbed and degraded stream channels recover through floodplain development, the establishment of riparian vegetation with correct structure, composition, and function, and exhibit stable channel geomorphic characteristics.<br><br>**2.6.12** Upland areas function properly and do not contribute to stream-channel degradation.<br><br>**2.6.13** The majority of undeveloped and unregulated or free-flowing streams within the planning area are retained in their current undeveloped condition and provide potential reference conditions and offer unique opportunities for aquatic habitat, recreation, species conservation, and pleasing aesthetics. | **2.6.17** All approved water developments that involve the use of SJNF and TRFO lands are permitted pursuant to applicable federal authorizations.<br><br>**2.6.18** Work with the selenium task force to reduce salt delivery to the Upper Colorado River Basin.<br><br>**2.6.23** Routes will be decommissioned on TRFO lands as identified through the travel management planning process. Watersheds listed in Appendix I could be considered a priority for decommissioning efforts. | Site, project | Reduce saline contributions to upper Colorado River. Acres rehabilitated or restored in saline watersheds. Acres treated for dust abatement. | CPW, Trout Unlimited |

BLM_0032930

**Table 4.2.5: Rangeland Management and Livestock Grazing**

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Issue Grazing Permits/Leases (EE) | Annually | 2.7.1 Rangeland provides forage for qualified local livestock operations and helps ranches remain sustainable and intact.<br><br>2.7.2 Rangelands and permitted livestock grazing use contribute to the maintenance of large open spaces on private lands. | | Planning area | Number of grazing permits renewed/acres public lands under term grazing permit | |
| Monitor Grazing Allotments (ML) | Annually | 2.7.4 Rangelands provide healthy and sustainable habitat for wildlife populations that, in turn, support recreational hunting, fishing, and/or viewing (thereby contributing to the local and regional economy).<br><br>2.7.5 Rangelands provide diverse, healthy and sustainable plant communities and conserve soil quality. | | Planning area/ project | Allotments monitored | Grazing permittees |
| Evaluate Land Health (MJ) | Annually | 2.7.5 Rangelands provide diverse, healthy, and sustainable plant communities and conserve soil quality. | | Project area | Number of land health assessments completed | Grazing permittees |
| Inspect Allotments for Grazing Authorization Compliance (NA) | Annually | 2.7.1 Rangeland provides forage for qualified local livestock operations and helps ranches remain sustainable and intact.<br><br>2.7.4 Rangelands provide healthy and sustainable habitat for wildlife populations that, in turn, support recreational hunting, fishing, and/or viewing (thereby contributing to the local and regional economy).<br><br>2.7.5 Rangelands provide diverse, healthy and sustainable plant communities and conserve soil quality. | 2.7.9 Annually administer at least 25% of active grazing allotments to standard on a priority basis, ensuring that all active grazing allotments during the life of the plan receive appropriate administration. Work with grazing permittees and peers to resolve livestock grazing management issues. Take appropriate administrative action as needed to improve livestock grazing management. | Project | Allotments inspected | Grazing permittees |

BLM_0032931

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Table 4.2.6:  Invasive Species**

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Inventory for Presence of Invasive and/or Noxious Weeds (BS) | 5 years | **2.8.3** Invasive species, both terrestrial and aquatic, are absent or rare within the planning area, and are not influencing native populations or ecosystem function.<br><br>**2.8.4** Invasive species are not introduced or spread within protected areas.<br><br>**2.8.9** Over the life of the LRMP, eradicate newly established invasive species, especially Colorado Class A noxious species, from BLM lands. | **2.8.6** Within 15 years, contain priority Class B invasive species on TRFO lands identified in the Invasive Species Action Plan. | Project to planning area (varies) | Acres inventoried | Cooperators and contractors |
| Apply Weed Treatments (JD) | 5 years | **2.8.2** Federal lands have a transportation system composed of specific roads and trails that do not contribute to the spread of invasive species along travel corridors.<br><br>**2.8.3** Invasive species, both terrestrial and aquatic, are absent or rare within the planning area and are not influencing native populations or ecosystem function.<br><br>**2.8.4** Invasive species are not introduced or spread within protected areas. | **2.8.6** Within 15 years, contain priority Class B invasive species on TRFO lands identified in the Invasive Species Action Plan.<br><br>**2.8.7** Within 15 years, increase annual treatment of noxious weeds on TRFO lands to 10% of known infested acres.<br><br>**2.8.8** Within 15 years, annual backcountry treatment (including wilderness areas and WSAs) is 10% to 15% of the total annual noxious weed treatment target for TRFO lands.<br><br>**2.8.9** Over the life of the LRMP, eradicate newly established invasive species, especially Colorado Class A noxious species, on TRFO lands. | Project to planning area (varies) | Acres treated | Cooperators and contractors |

BLM_0032932

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Evaluate Weed Treatments (MK) | 5 years | **2.8.3** Invasive species, both terrestrial and aquatic, are absent or rare within the planning area and are not influencing native populations or ecosystem function.<br><br>**2.8.5** Management activities do not contribute to the spread of invasive annual plants or other invasive species. | **2.8.6** Within 15 years, contain priority Class B invasive species on TRFO lands identified in the Invasive Species Action Plan.<br><br>**2.8.9** Over the life of the LRMP, eradicate newly established invasive species, especially Colorado Class A noxious species, on TRFO lands. | Project to planning area (varies) | Acres monitored | Cooperators and contractors |

**Table 4.2.7: Wildland Fire and Fuels**

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Implement Fuels Treatments by prescribed fire Within the WUI (JW), Reduce Fuels Mechanically within WUI (JT), Reduce Hazardous Fuels by other means within WUI (JU) | Annually | **2.11.2** Wildfire behavior in the WUI (in and around developed areas and communities) does not result in damage to property and protects public safety.<br><br>**2.11.4** Use of wildland fire and fuels reduction treatments creates vegetation conditions that reduce the threat to real property and infrastructure from wildfire.<br><br>**2.11.5** The WUI will have defensible space and dispersed patterns of fuel conditions that favorably modify wildfire behavior and reduce the rate of wildfire spread in and around at-risk communities. | **2.11.10** Annually for the next 10 years, reduce hazardous fuels on an average of 1,000 acres of TRFO lands in the WUI. | TRFO | Acres treated | NFPORS |

BLM_0032933

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Implement Fuels Treatments Outside WUI Using Prescribed fire (JM), Implement Fuels Treatment Mechanically outside of WUI (JQ), Implement Fuels Treatment by other means outside of WUI (JR), Implement Fuels Treatments by prescribed fire Within the WUI (JW), Reduce Fuels Mechanically within WUI (JT), Reduce Hazardous Fuels by other means within WUI (JU) | Annually | **2.11.6** Major vegetation types reflect little or no departure from historic range of variation of fire frequency and intensity (e.g., reflect FRCC 1).<br><br>**2.11.7** Planned and unplanned fire ignitions are used to increase resiliency and diversity across all forest and rangeland vegetation types.<br><br>**2.11.8** Fire is reintroduced in order to increase the resistance and resiliency of warm-dry mixed conifer and ponderosa pine forest types on the landscape.<br><br>**2.11.9** The occurrence of low elevation fires burning upward into spruce-fir forest will increase over time to promote the heterogeneity of spruce-fir forests. | **2.11.11** Annually for the next 10 years, complete an average of 1,000 acres of fuels reduction and resource enhancement on TRFO lands, utilizing fire managed for resource benefit. | TRFO | Acres treated | NFPORS |

BLM_0032934

**Table 4.2.8: Air Quality**

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Monitor Air Quality and Climatic Conditions (MI) | Annual | **2.12.2** Air quality for Class II Areas within the planning area are maintained or improved with respect to pollutant concentrations so that human health and the integrity of associated aquatic and terrestrial ecosystem components are protected.<br><br>**2.12.3** Activities conducted in the TRFO support natural air quality conditions at nearby Class 1 areas outside the planning area (such as Mesa Verde National Park).<br><br>**2.12.4** Visibility at designated scenic vistas in Class II areas is maintained or improved within the planning area (see desired conditions in Section 2.15).<br><br>**2.12.6** Management activities in the TRFO control dust in order to minimize impacts of dust-on-snow events. | **2.12.9** Over the implementation-life of the LRMP, prevent or reduce the atmospheric deposition of nitrogen and sulfur on TRFO lands and allow no more than a 10% change from the established baseline for lakes with an acid neutralizing capacity (ANC) $\geq$ 25 microequivalents per liter ($\mu$eq/L) and no more than 1 $\mu$eq/L decrease in ANC for lakes with an ANC<25 $\mu$eq/L. | TRFO | Meet air quality standards, reduce atmospheric deposition of pollutants, reduce particulate pollution (dust) | CDPHE, EPA, USFS, National Park Service, oil and gas companies/ operators |

BLM_0032935

**Table 4.2.9: Access and Travel Management**

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Inventory Linear Recreation Resources (BY), Trail Annual Maintenance (ID), Trail Deferred Maintenance (IE), Monitor Linear Recreation Objectives (MV), Road Condition Assessment (GU), Trail Condition Assessment (GY), Bridge Condition Assessment (GX) | Annual | **2.13.1** The transportation system for TRFO lands within the planning area consists of roads, high-clearance and primitive roads, trails, and bridges that are fiscally sustainable and safe as appropriate for the designated use or desired user experience. The system allows for the use of and enjoyment by the public and meets resource management objectives. Sufficient condition surveys and inspections are conducted to promote road safety and prioritize road maintenance expenditures.<br><br>**2.13.2** The TRFO transportation system provides reasonable and legal access for resource management and recreation and is dynamic and adaptable to resource and user needs.<br><br>**2.13.5** The road and trail system in the planning area has adequate destination signage, mapping, and route markers to assist transportation system users in navigating throughout the TRFO.<br><br>**2.13.11** Motorized and non-motorized users, as well as local, state, tribal, and other federal agencies, are actively engaged in travel management planning, route designation and implementation, and route monitoring for TRFO lands. | **2.13.18** Develop maintenance, monitoring, signing, and implementation plans for TRFO routes during the comprehensive travel management planning process, utilizing guidance provided in BLM H-8342, Travel and Transportation Handbook (2012). Designated routes will be assigned maintenance intensities at that time. Objectives by maintenance intensity level are described in Appendix A of BLM Roads Manual 9113 (2011).<br><br>**2.13.26** Maintenance intensities derived from the Roads and Trails Terminology Report (2006) should be used to guide maintenance activities on TRFO lands. | TRFO planning area | Maintain a safe, fiscally sustainable transportation system | BLM road and trail inventory database, BLM staff report, partners inventory and report |

BLM_0032936

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Travel management plans completed (DA), Provide outreach through interpretation and environmental education (AL), Decommission and rehabilitate roads and trails (JX) | 10 years | **2.13.7** Motorized use on TRFO lands occurs only on designated roads and trails and in small designated open areas (except as exempted by 36 CFR 212.51 and 43 CFR 8340). No new unauthorized or user-created routes are developed on TRFO lands. Any addition of new designated routes to the transportation system will be analyzed using the appropriate planning process and level of environmental analysis.<br><br>**2.13.8** Roads and trails identified for closure within the TRFO are decommissioned and reestablished with native vegetation cover.<br><br>**2.13.10** Travel management plans are complete for all TRFO lands within 5 years of adopting this LRMP. Travel management planning remains a continuous process designed to improve the transportation system on TRFO lands.<br><br>**2.13.12** Transportation system components on TRFO lands are designed, constructed, and maintained to avoid encroaching onto streams and/or riparian areas and wetland ecosystems in ways that impact channel fluctuation or channel geometry (the relationships between channel discharge and channel cross-sectional factors, such as area, width, and depth). Sediment delivery from the transportation system does not measurably impact pool frequency, pool habitat, and/or spawning habitats. | **2.13.19** Develop travel management plans for TRFO lands in accordance with the designation criteria in 43 CFR 8342.1. Routes not included in the designated motorized transportation system will be evaluated for their resource impact potential. Those with high potential for resource impacts will be prioritized for decommissioning as part of the implementation plan for each travel management plan decision. Each implementation plan will identify those routes prioritized for decommissioning, the method(s) that may be used, and a schedule for completion. | TRFO planning area | The transportation system is managed to minimize impacts to resources by limiting motorized travel (excluding oversnow travel) to designated routes and decommissioning undesignated roads and trails | BLM road and trail inventory database, TRFO visitor map |

BLM_0032937

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Table 4.2.10: Heritage and Cultural Resources**

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures /Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Historic Structures Protected, Stabilized, or Restored (KO) | 5–10 years | **2.16.1** Significant heritage and cultural resources, such as sites on the NRHP, are maintained in good to excellent physical condition. Significant cultural values are protected or preserved. Sites are preserved and stabilized, may have site-specific management plans, and may be available for interpretation and research. Sites are protected from physical damage and excessive wear and tear resulting from visitor use.

**2.16.8** Select historic cabins are restored and adaptively reused for appropriate recreation and/or for interpretive use.

**3.24.5** In the Silverton area, high-priority historic resources are stabilized and preserved for future generations. | **2.16.13** Over the implementation life of the LRMP, protect/preserve/stabilize at least seven significant heritage/cultural resources with identified deferred maintenance needs that, if not addressed, would result in loss of the resource. | Specific sites-throughout TRFO and the Alpine Loop/ Silverton Area | Sites protected, stabilized, or restored | State Historic Preservation Office, Tribes, volunteers, schools, State Historical Fund, grants |
| Heritage Resources Education and Outreach (AE) | Annual | **2.16.6** Management presence at key heritage and cultural resource sites is provided to protect sensitive or heavily visited sites from inappropriate use or vandalism.

**2.16.10** Looting of sites is reduced through increased public awareness and education related to cultural resources. Vandalism at sites is promptly remedied to prevent recurrence. | **2.16.14** Annually, post protective signage and/or surveillance cameras on at least one heritage and cultural resource site at risk for vandalism. | Specific sites | Educational outreach programs; protective signs/fencing | BLM, San Juan Mountains Association |

BLM_0032938

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures /Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Heritage Resources Education and Outreach (AE) | 10–15 years | **2.16.7** Interpretive displays, visitor contacts, and/or brochures are available in order to help visitors and employees understand and appreciate the heritage and cultural resources associated with the planning area. A wide range of heritage activities, experiences, and products (both on- and off-site) are available for visitor enjoyment and education. Off-site activities include museum displays, brochures, audio programs, classroom presentations, and field trips. Public access and interpretive efforts are compatible with the physical, cultural, and recreational settings and values of the resources.<br><br>**3.24.1** Interpretation of the historic landscapes and features of the Silverton SRMA is made available through a range of effective and appropriate venues. Information is designed to enhance the touring experience and encourage the greatest extent of appreciation and protection of these precious assets. | **2.16.18** Over the life of the LRMP, develop at least one interpretive product in partnership with the Old Spanish Trail Association that interprets the Old Spanish National Historic Trail within the planning area. | Specific sites throughout TRFO and the Alpine Loop and Old Spanish Trail<br><br>Silverton Area | Educational outreach programs;<br><br>Interpretation developed | TRFO, Old Spanish Trail Association, grants; San Juan County Historical Society |
| Heritage Resources Intensively Recorded, Evaluated and Studied (FD)<br><br>Medium Priority | 10–15 years | **2.16.9** Partnerships are encouraged and expanded in order to provide identification, documentation, monitoring, protection, preservation, education, research, and interpretation. | **2.16.17** Over the life of the LRMP, partner with the Old Spanish Trail Association to ground-truth the location of at least two segments of the Old Spanish National Historic Trail. | Specific sites-Old Spanish Trail | Sites documented | TRFO, Old Spanish Trail Association, grants |
| Heritage Resources Education and Outreach (AE) | 3–5 years | **3.14.1** The Anasazi Culture Area ACEC offers appropriate recreation and interpretive opportunities while archeological resources are preserved. **3.14.5** The relevance and importance values of this ACEC, as described in Appendix U, are maintained.<br><br>**3.14.7** Recreational activities are actively managed in the designated areas, while protecting and mitigating impacts to cultural resources. | **3.14.10** Within 5 years, develop procedures to encourage, foster, and conduct high-quality scientific and scholarly research. | The Anasazi Culture Area ACEC | Educational outreach programs; Interpretation developed | TRFO, San Juan Mountains Association |

BLM_0032939

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures /Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Heritage Resources Stabilized, Managed and Protected (HF)<br><br>Heritage Resources Monitored (MY)<br><br>High Priority | Monitor annually,<br><br>5 years to avoid sites | **3.14.2** The existing character of the cultural and physical landscape is preserved.<br><br>**3.14.4** Vegetation is managed to protect and enhance cultural resources. | **3.14.8** Over the life of the LRMP, implement site steward and "adopt-a-site" programs.<br><br>**3.14.9** Within 7 years, reroute or eliminate unauthorized and designated trails to avoid impacts to archeological sites. | The Anasazi Culture Area ACEC | Sites protected and sites monitored | TRFO, San Juan Mountains Association, Southwest Conservation Corps |
| Heritage Resources Monitored (MY)<br><br>High Priority | 5 years | **3.15.5** The existing character of the cultural and physical landscape is preserved. | **3.15.9** Over the life of the LRMP, conduct phased cultural resources inventory of the area. | Mesa Verde Escarpment | Sites monitored | TRFO, colleges, universities |
| Acres of Heritage Resource Inventories (BC)<br><br>High Priority | 10 years | **3.15.2** User-made trails and other routes are rerouted or eliminated in order to avoid impacts to archeological sites. | **3.15.10** Over the next 3 years, develop procedures to encourage, foster, and conduct high-quality scientific and scholarly research. | Mesa Verde Escarpment | Acres inventoried | TRFO, colleges, universities, Crow Canyon Archaeological Center, State Historic Preservation Office, grants |
| Heritage Resources Intensively Recorded, Evaluated and Studied (FD)<br><br>High Priority | 10 years | **3.15.5** The existing character of the cultural and physical landscape is preserved.<br><br>**3.15.6** Traditional cultural heritage values associated with cultural resources and landscapes within the ACEC are considered and protected.<br><br>**3.15.7** Designated routes are limited to maintain the integrity of cultural resource values and for scientific research access.<br><br>**3.15.8** Opportunities are sought to acquire adjacent lands and/or easements to improve access and protection of cultural resources. | **3.15.3** Hazardous fuels are managed in order to protect and preserve archaeological resources, and to reduce the risk of wildfire to adjacent private lands. | Mesa Verde Escarpment | Sites documented | TRFO |

BLM_0032940

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures /Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Acres of Heritage Resource Inventories (BC), Heritage Resources Intensively Recorded, Evaluated and Studied (FD), Heritage Resources Education and Outreach (AE) Medium Priority | 10–15 years | **3.11.6** Partnerships are encouraged and expanded in order to provide identification, documentation, monitoring, protection, preservation, education, research, and interpretation. | **2.16.19** Over the life of the LRMP, inventory high potential historic sites and trail routes along the Old Spanish Trail, develop a national trail management corridor, and establish goals and objectives for national trails in accordance with BLM Manuals 6250 (2012) and 6280 (2012). | Specific sites-Old Spanish Trail | Educational outreach programs; Interpretation developed; Acres inventoried; Sites documented | TRFO, Old Spanish Trail Association, grants |

**Table 4.2.11: Paleontology**

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Acres of Heritage Resource Inventories (BC) | Annually | Ensure that paleontological resources are considered during the planning process using scientific principles and expertise in accordance with Paleontological Resources Preservation Act of 2009. | **2.17.10** Where feasible, conduct fossil resource inventories in areas where they are needed on a project basis over the life of the plan. | Planning area | Acres inventoried | TRFO, colleges, universities |
| Heritage Resources Intensively Recorded, Evaluated and Studied (FD) Medium Priority | 10–15 years | **2.17.1** Acquiring better knowledge of paleontological resources on TRFO lands is emphasized. | **2.17.5** Over the life of the LRMP, identify and document up to five paleontological sites on TRFO lands. | Site-specific | Sites documented | TRFO, colleges, universities |
| Heritage Resources Monitored (MY) Medium Priority | Annual | **2.17.3** Known dinosaur localities are actively managed for the relevance and importance of Jurassic fossils. | **2.17.6** At a minimum, monitor two paleontological localities per year. | Site-specific and Horse Range Mesa | Sites monitored | TRFO, colleges, universities |

BLM_0032941

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Heritage Resources Education and Outreach (AE) | 10–15 years | **2.17.2** Paleontological resources are available for appropriate scientific, educational, and recreational uses by present and future generations. | **2.17.8** Increase opportunities for outdoor recreational experiences and volunteer projects focused on fossil resource management, and increase the number of partnerships with educational and research institutions. | Planning area | Public outreach | TRFO, colleges, universities |

**Table 4.2.12: Minerals and Energy**

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Inspect and Verify Production at Mineral Material Sites (NF) | Monthly to Annual – size dependent | **2.19.2** Mineral materials (including gravel and decorative stone) are available to support resource management needs, personal and hobby use, and commercial pursuits. Aggregate materials in the Ewing Mesa and Grandview area will continue to be developed as needed.<br><br>**2.19.4** Reclamation of mineral exploration, development, and production activities is stable, long term, and implemented as soon as is reasonably possible in order to minimize impacts to other resources. | **2.19.8** Process requests for mineral materials in a timely manner consistent with LRMP direction and applicable laws. Identify areas suitable for, and establish common use area(s) and/or community pits to provide sources of mineral materials to the public. | Site | Production | |
| Inspect Locatable Mineral Sites for Surface Mgt (NI) | Monthly to Annual | **2.19.5** Reclamation of mineral exploration, development, and production activities is stable, long-term, and implemented as soon as is reasonably possible in order to minimize impacts to other resources. | None | Site | Sites | |

BLM_0032942

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Conduct Fluid Mineral Inspections, Including Production and Environmental | As required | Potential social and resource impacts from the development of the Paradox Basin play area are minimized by phasing oil and gas leasing to achieve orderly economic development of portions of the play zones at any given time.<br><br>**2.19.5** All oil and gas well fields starting at the field development stage and all other established well fields where practicable maximize the collocation of facilities to minimize construction footprints and reduce tailpipe emissions. | | Sites | Sites/wells ancillary facilities | |

**Table 4.2.13: Abandoned Mine Lands**

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Integrity and Effectiveness of Installed AML Facilities (JK,HP) | Annual | **2.21.3** Mine waste repositories are protected and physical safety closures are protected or replaced during any BLM-authorized action. | | Project | Sites | Colorado Division of Reclamation Mining and Safety, TRFO |
| Stream Water Quality in AML Impacted Watersheds (JK) | Annual | **2.21.1** Abandoned mine reclamation within the planning area does not negatively impact water quality or historic resource protection. | **2.21.6** The AML program coordinates with affected parties, partners, and stakeholder groups on AML projects. | Watershed | Samples | EPA, Animas River Stakeholders Group and other watershed groups, Riverwatch |

BLM_0032943

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

# CHAPTER 5 – LITERATURE CITED

Animas River Stakeholders Group (ARSG). 2001. Use-Attainability Analysis of the Upper Animas Watershed. Presented to Colorado Water Quality Control Commission for the adoption of stream standards. Durango, Colorado: Animas River Stakeholders Group.

Bureau of Land Management (BLM). 1985. *San Juan/San Miguel Resource Management Plan*. Durango, Colorado: U.S. Department of the Interior, Bureau of Land Management, San Juan Field Office.

———. 1986a. Dolores River OHV designation (CO-030-8601).

———. 1986b. *Wild Horse Herd Management Area Plan* (HMAP). Rev. 1994. Durango, Colorado: San Juan Public Lands Center.

———. 1990. *Dolores River Corridor Management Plan*. Dolores, Colorado: U.S. Department of the Interior, Bureau of Land Management.

———. 1991a. *Colorado Oil and Gas Leasing and Development Final Environmental Impact Statement and Amendment to the San Juan/San Miguel Resource Management Plan.* Durango, Colorado: U.S. Department of the Interior, Bureau of Land Management, Montrose District.

———.1991b. *Vegetation Treatment on BLM Lands in the 13 Western States*. Reno, Nevada: U.S. Department of the Interior, Bureau of Land Management.

———.1994a. *Spring Creek Basin Wild Horse Herd Management Area Plan*. San Juan Resource Area. Durango, Colorado: U.S. Department of the Interior, Bureau of Land Management, Montrose District.

———. 1994b. Alpine Triangle Cultural Resources Management Plan. Durango, Colorado.

———. 1996. BLM Partners Against Weeds: Final Action Plan for the Bureau of Land Management. Billings, Montana: U.S. Department of the Interior, Bureau of Land Management.

———. 1997. *Colorado Public Land Health Standards and Guidelines*. Lakewood, Colorado: Colorado State Office.

———. 1998. *BLM Colorado Handbook of Guidelines and Procedures for Identification, Evaluation, and Mitigation of Cultural Resources*. Rev. 2007. Lakewood, Colorado: U.S. Department of the Interior, Bureau of Land Management.

———. 2000. BLM IM No. CO-2000, Animal Damage Control Activities.

———. 2004. Wildland-Urban Interface Hazardous Fuels Reduction Programmatic Environmental Assessment (CO-SJPLC-03-044 EA). Durango, Colorado: U.S. Department of the Interior, Bureau of Land Management.

———. 2005. Wild Horse Appropriate Management Level in the Spring Creek Basin HMA (EA #CO-800-2005-027). Durango, Colorado: San Juan Public Lands Center.

BLM_0032944

———. 2006a. IM WO 2006-073: Weed-Free Seed Use on Lands Administered by the BLM.

———. 2006b. *Roads and Trails Terminology*. Technical Note 422. BLM/WO/ST-06/006+9113. Denver: U.S. Department of the Interior, Bureau of Land Management.

———. 2007a. *BLM Vegetation Treatments Using Herbicides Final Programmatic EIS Record of Decision.* Washington, D.C.: U.S. Department of the Interior, Bureau of Land Management.

———. 2007b. *Final Programmatic Environmental Impact Statement on Wind Energy Development on BLM-Administered Lands in the Western United States*. Available at: http://www.blm.gov/style/medialib/blm/wo/Information_Resources_Management/policy/im_attach ments/2009.Par.34083.File.dat/IM2009-043_att1.pdf. Accessed July 18, 2013.

———. 2007c. BLM IM 2007-097, Solar Energy Development Policy.

———. 2008. BLM Manual 6840, Special Status Species Management (as revised, December 2008).

———. 2009. BLM IM 2009-043, Wind Energy Development Policy.

———. 2009. *Approved Resource Management Plan Amendments/Record of Decision for Designation of Energy Corridors on Bureau of Land Management-Administered Lands in the 11 Western States*. Available at: http://corridoreis.anl.gov/documents/docs/Energy_Corridors_final_signed_ROD_1_14_2009.pdf. Accessed July 18, 2013.

———. 2010a. *BLM Guidelines for a Quality Built Environment*. Washington, D.C.: U.S. Department of the Interior, Bureau of Land Management.

———. 2010b. Instruction Memorandum No. 2010-117, Oil and Gas Leasing Reform – Land Use Planning and Lease Parcel Reviews. Washington, D.C.: U.S. Department of the Interior, Bureau of Land Management.

———. 2010c. *Alpine Triangle Recreation Area Management Plan*. Bayfield, Colorado: U.S. Department of the Interior, Bureau of Land Management.

———. 2010d. Canyons of the Ancients National Monument Record of Decision and Resource Management Plan. Dolores, Colorado: U.S. Department of the Interior, Bureau of Land Management, Canyon of the Ancients National Monument. Available at: http://www.blm.gov/pgdata/etc/medialib/blm/co/programs/land_use_planning/rmp/canm/document s/final_rmp_and_rod.Par.99533.File.dat/CANM_ROD_PLAN_with_signature_pages_scanned.pdf . Accessed July 18, 2013.

———. 2011a. BLM IM CO-2011-07 Migratory Bird Treaty Act – Interim Management Guidance (expires September 30, 2012).

———. 2011b. *Sage-grouse National Technical Team. A Report on National Greater Sage-Grouse, Conservation Measures*. December 21. Washington, D.C.: U.S. Department of the Interior, Bureau of Land Management.

———. 2011c. *Integrated Weed Management Plan* (CO-800-2008-075 EA). Durango, Colorado: San Juan Public Lands Center.

BLM_0032945

———. 2011d. BLM Manual MS-9113 – *Roads Manual*. Rel. 9-390. Washington, D.C.: U.S. Department of the Interior, Bureau of Land Management.

———. 2011e. BLM Handbook H-9113-1 – *Road Design Handbook*. Washington, D.C.: U.S. Department of the Interior, Bureau of Land Management.

———. 2011f. BLM Handbook H-9113-2 – *Roads National Inventory and Condition Assessment Guidance & Instructions Handbook*. Rel. 9-389. Washington, D.C.: U.S. Department of the Interior, Bureau of Land Management.

———. 2011g. BLM Manual MS-1626 – *Travel and Transportation Manual*. Rel. 1-1731. Washington, D.C.: U.S. Department of the Interior, Bureau of Land Management.

———. 2011h. BLM IM 2011-154. *Requirement to Conduct and Maintain Inventory Information for Wilderness Characteristics and to Consider Lands with Wilderness Characteristics in Land Use Plans*. Washington, D.C.: U.S. Department of the Interior, Bureau of Land Management.

———. 2011i. *Environmental Analysis for Fertility Control Program* (DOI-BLM-CO-SO10-2011-0062).

———. 2012a. *Assessment, Inventory, and Monitoring (AIM) Strategy Fire and Fuels.* Washington, D.C.: U.S. Department of the Interior, Bureau of Land Management.

———. 2012b. BLM Handbook H-8342. *Travel and Transportation Handbook (Public)*. Rel. 8-82. Washington, D.C.: U.S. Department of the Interior, Bureau of Land Management.

———. 2012c. BLM Manual 6250. *National Scenic and Historic Trail Administration*.

———. 2012d. BLM Manual 6280. *Management of National Scenic and Historic Trails and Trails Under Study or Recommended as Suitable for Congressional Designation*.

———. 2012e. BLM Handbook H-8270-1. *General Procedural Guidance for Paleontological Resources Management*.

———. 2012f. BLM Manual 6330. *Management of Wilderness Study Areas (Public)*.

———. 2013. BLM Colorado Tres Rios Field Office. Available at: http://www.blm.gov/co/st/en/fo/sjplc.html. Accessed July 18, 2013.

Bureau of Land Management (BLM) and Advisory Council on Historic Preservation. 1997. Programmatic Agreement among the BLM, the Advisory Council on Historic Preservation, and the National Conference of State Historic Preservation Officers regarding the manner in which BLM will meet its responsibilities under the National Historic Preservation Act.

Bureau of Land Management (BLM) and Animal Plant Health Inspection Services (APHIS) Wildlife Service. 1995. Master Memorandum of Understanding (MOU) between the BLM and APHIS Wildlife Service.

Bureau of Land Management (BLM) and City of Durango. 2000. *Coordinated Resource Management Plan.*

Bureau of Land Management (BLM) and Coevolution Institute. 2007. BLM and the Coevolution Institute Memorandum of Understanding (MOU) WO-230-2007-005.

BLM_0032946

Bureau of Land Management (BLM), State of Colorado, U.S. Forest Service (USFS), Colorado State Historic Preservation Office (SHPO) and Advisory Council on Historic Preservation (ACHP). 1998. Programmatic Agreement among the BLM, the State of Colorado, the USFS, the Colorado SHPO, and the ACHP regarding the Management of Wildland Fire for Resource Benefits (Agreement No. 1102-002-98-038).

Bureau of Land Management and U.S. Department of Energy (BLM and DOE). 2012. *Solar Energy Development Programmatic Environmental Impact Statement.*

Bureau of Land Management (BLM), U.S. Fish and Wildlife Service (USFWS), and Colorado Parks and Wildlife (CPW). 2003. *Perins Peak Wildlife Habitat Management Plan* (HMP, CO-03 WHA-T1). Durango, Colorado: U.S. Department of the Interior, Bureau of Land Management.

Bureau of Land Management and U.S. Forest Service (BLM and USFS). 2006. *Final Environmental Impact Statement – Northern San Juan Basin Coal Bed Methane Project*. Durango, Colorado: U.S. Department of the Interior, Bureau of Land Management, San Juan Field Office, and U.S. Department of Agriculture, Forest Service, San Juan National Forest.

———. 2008. *Programmatic Environmental Impact Statement and Record of Decision for Geothermal Resource Leasing in the Western U.S.* Washington, D.C.

———. 2010. *Oil and Gas Potential and Reasonable Foreseeable Development Scenarios in the San Juan National Forest and BLM Public Lands, Colorado.* Cortez, Colorado.

Colorado Department of Natural Resources. 2005. *Report on the Health of Colorado's Forests 2004 – Special Issue: Ponderosa Pine Forests*. Denver: Colorado Department of Natural Resources, Division of Forestry.

Colorado Department of Natural Resources, Colorado Water Conservation Board, and Bureau of Land Management (BLM). 2005. Memorandum of Understanding between the Colorado Department of Natural Resources, the Colorado Water Conservation Board, and the BLM regarding the management of water and water uses on BLM lands in Colorado. Available at: http://ocs.fortlewis.edu/forestplan/roundtable/DNR-BLM_MOU.pdf. Accessed July 18, 2013.

Colorado Department of Natural Resources and U.S. Forest Service (USFS). 2004. Memorandum of Understanding between the Colorado Department of Natural Resources and the U.S. Department of Agriculture, Forest Service. Available at: http://cwcb.state.co.us/legal/Documents/GovtAgreements/MOUUSFSApr2004.pdf. Accessed July 18, 2013.

Colorado Department of Public Health and Environment (CDPHE). 2012. Colorado's Section 303(D) List of Impaired Waters and Monitoring and Evaluation List. 5 CRR 1002-93 Regulation #93, Adopted March 30, 2012.

Colorado Department of Natural Resources, Colorado Parks and Wildlife (CPW), Bureau of Land Management (BLM), U.S. Forest Service (USFS), Contractors State License Board (CSLB), and Animal Plant Health Inspection Services (APHIS) Wildlife Service. 1999. Colorado State-level Memorandum of Understanding between the Colorado Division of Natural Resources, the CPW, the BLM, the USFS, the CSLB, and the APHIS Wildlife Service.

Colorado Division of Wildlife. 2006. *Colorado's Comprehensive Wildlife Conservation Strategy and Wildlife Action Plans*. Denver, Colorado: Colorado Division of Wildlife.

BLM_0032947

Colorado Parks and Wildlife and Bureau of Land Management (CPW and BLM). 1989. *Desert Bighorn Sheep Management Plan*. Denver, Colorado.

Colorado Parks and Wildlife. 2001a. Hermosa Deer Management Plan: Data Analysis Unit D-52.

———. 2001b. San Juan Deer Management Plan: Data Analysis Unit D-30.

———. 2008. Recommended buffer zones and seasonal restrictions for Colorado raptors. Unpublished report. Available at: http://wildlife.state.co.us/SiteCollectionDocuments/DOW/WildlifeSpecies/LivingWithWildlife/RaptorBufferGuidelines2008.pdf. Accessed July 18, 2013.

Colorado Partners in Flight. 2000. *Colorado Land Bird Conservation Plan*. Estes Park, Colorado: Colorado Partners in Flight.

Colorado River Cutthroat Trout Task Force. 2001. *Conservation Agreement and Strategy for Colorado River Cutthroat Trout (*Oncorhynchus clarki pleuriticus*) in the States of Colorado, Utah, and Wyoming*. Fort Collins, Colorado: Colorado Division of Wildlife.

Cooper, D.J., R.A. Andrus, and C.D. Arp. 2002. *Sphagnum balticum* in a Southern Rocky Mountains iron fen. *Madrono* 49:186–188.

Duffy, D.C., K. Boggs, R.H. Hagenstein, R.Y. Lipkin, and J.A. Michaelson. 1999. Landscape assessment of the degree of protection of Alaska's terrestrial biodiversity. *Conservation Biology* 13:1332–1343.

Durkin, P., M. Bradley, S.E. Carr, E. Muldavin, and P. Mehlhop. 1995. *Riparian/Wetland Vegetation Communities of the Rio Grande: A Classification and Site Evaluation*. Report submitted to the New Mexico Environment Department, Surface Water Quality Bureau. Albuquerque: New Mexico Natural Heritage Program, University of New Mexico.

Edison Electric Institute and Avian Power Line Interaction Committee (APLIC). 2012. *Reducing Avian Collisions with Power Lines: The State of the Art in 2012.* Washington, D.C.: Edison Electric Institute and APLIC.

Ellison, L.E., M.B. Wunder, C.A. Jones, C. Mosch, K.W. Navo, K. Peckham, J.E. Burghardt, J. Annear, R. West, J. Siemers, R.A. Adams, and E. Brekke. 2003. *Colorado Bat Conservation Plan.* Colorado Committee of the Western Bat Working Group. Available at: http://www.cnhp.colostate.edu/teams/zoology/cbwg/pdfs/ColoradoBatConservationPlanFebruary2004.pdf. Accessed July 18, 2013.

Federal Land Managers' Air Quality Related Values Work Group (FLAG). 2010. *Federal Land Managers' Air Quality Related Values Work Group (FLAG) Phase I Report – Revised* (2010). Natural Resources Report NPS/NRPC/NRR – 2010/232. Denver: National Park Service

Fitzgerald, J.P., C.A. Meaney and D.M. Armstrong. 1994. *Mammals of Colorado*. Denver: Denver Museum of Natural History; Niwot, Colorado: University of Colorado Press.

Friends of the San Juan Skyway Association. 1995. *San Juan Skyway Corridor Management Plan*. Durango, Colorado: Friends of the San Juan Skyway Association.

BLM_0032948

George, J.L., R. Kahn, M.W. Miller, and B. Watkins. 2009. *Colorado Bighorn Sheep Management Plan 2009-2019.* Special Report No. 81. Colorado Division of Wildlife, Terrestrial Resources. Available at: http://wildlife.state.co.us/SiteCollectionDocuments/DOW/WildlifeSpecies/Mammals/ColoradoBighornSheepManagementPlan2009-2019.pdf. Accessed July 18, 2013.

Graeter, G.J., K. Buhlmann, I. Wilkinson, and J. Gibbons. 2013. *Inventory and Monitoring: Recommended Techniques for Reptiles and Amphibians.* Partners in Amphibian and Reptile Conservation Technical Publication IM-1. Birmingham, Alabama: Partners in Amphibian and Reptile Conservation.

Grissino-Mayer, H.D., W.H. Romme, M.L. Floyd, and D.D. Hanna. 2004. Climatic and human influences on fire regimes of the southern San Juan Mountains, Colorado, USA. *Ecology* 85:1708–1724.

Gruver, J.C., and D.A. Keinath. 2006. Townsend's Big-eared Bat (*Corynorhinus townsendii*): A Technical Conservation Assessment. U.S. Department of Agriculture, Forest Service, Rocky Mountain Region. Available at: http://www.fs.fed.us/r2/projects/scp/assessments/townsendsbigearedbat.pdf. Accessed July 20, 2013.

Gunnison Sage-grouse Rangewide Steering Committee. 2005. *Gunnison Sage-Grouse Rangewide Conservation Plan.* Denver: Colorado Division of Wildlife.

Hammerson, G.A. 1999. *Amphibians and Reptiles in Colorado.* 2nd ed. Denver: Colorado Division of Wildlife; and Niwot, Colorado: University Press of Colorado.

Hayward, G.D., and J. Verner (eds.). 1994. *Flammulated, Boreal, and Great Gray Owls in the United States: A Technical Conservation Assessment.* General Technical Report RM-253. Fort Collins, Colorado: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station.

Hink, V.C., and R.D. Ohmart. 1984. *Middle Rio Grande Biological Survey. Final Report.* Army Corps of Engineers Contract No. DACW47-81-C-0015. Tempe, Arizona: Arizona State University Center for Environmental Studies.

Hoover, R.L., and D.L. Wills (eds.) 1984. *Managing Forested Lands for Wildlife.* Denver: Colorado Division of Wildlife and U.S. Department of Agriculture Forest Service.

Howe, W.H., and F.L. Knopf. 1991. On the imminent decline of the Rio Grande cottonwoods in central New Mexico. *Southwestern Naturalist* 36:218–224.

Hunter, M.L., G.L. Jacobson, and T. Webb. 1988. Paleoecology and the coarse-filter approach to maintaining biological diversity. *Conservation Biology* 2.4:375–385.

International Union for Conservation of Nature (IUCN). 1994. Guidelines for Protected Area Management Categories. Gland and Cambridge: International Union for Conservation of Nature.

Kaufmann, M.R., R.T. Graham, D.A. Boyce, W.H. Moir, L. Perry, R.T. Reynolds, R.L. Bassett, P. Mehlhop, C.B. Edminster, W.M. Block, and P.S. Corn. 1994. *An Ecological Basis for Ecosystem Management.* General Technical Report RM-246. U.S. Fort Collins, Colorado: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station.

BLM_0032949

Keinath, D.A. 2004. *Fringed Myotis (*Myotis thysanodes*): A Technical Conservation Assessment*. U.S. Department of Agriculture, Forest Service, Rocky Mountain Region. Available at: http://www.fs.fed.us/r2/projects/scp/assessments/fringedmyotis.pdf. Accessed July 18, 2013.

Keith, J.O. 2003. *Abert's Squirrel (*Sciurus aberti*): A Technical Conservation Assessment*. U.S. Department of Agriculture, Forest Service, Rocky Mountain Region. Available at: http://www.fs.fed.us/r2/projects/scp/assessments/abertsquirrel.pdf. Accessed July 18, 2013.

Kingery, H.E. (ed.). 1998. *Colorado Breeding Bird Atlas*. Denver: Colorado Bird Atlas Partnership and Colorado Division of Wildlife.

Kulakowski, D., and T.T. Veblen. 2006. The effect of fires on susceptibility of subalpine forests to a 19th century spruce beetle outbreak in western Colorado. *Canadian Journal of Forest Research* 36(11):2974–2982.

Landres, P.B., P. Morgan, and F.J. Swanson. 1999. Overview of the natural variability concepts in managing ecological systems. *Ecological Applications* 9:1179–1188.

Liyo, L.J. 2004. Fungus Contamination Prevention Guidelines. In *Procedures for Monitoring and Surveying Boreal Toad Populations.* Presentation from Colorado Division of Wildlife.  Available at: http://wildlife.state.co.us/Research/Aquatic/BorealToad/Pages/BorealSurveying.aspx. Accessed July 20, 2013.

Mesa Verde County. 2001. Trail of the Ancients Corridor Management Plan. Cortez, Colorado: Mesa Verde County.

Moir, W.H., B. Geils, M.A. Benoit, and D. Scurlock. 1997. Ecology of Southwestern ponderosa pine forests. In *Songbird Ecology in Southwestern Ponderosa Pine Forests: A Literature Review*, edited by W.M. Block and D.M. Finch. USFS General Technical Report RM-GTR-92. Fort Collins, Colorado: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station.

*Kushlan, J.A., M.J. Steinkamp, K.C. Parsons, J. Capp, M.A. Cruz, M. Coulter, I. Davidson, L. Dickson, N. Edelson, R. Elliot, R.M. Erwin, S. Hatch, S. Kress, R. Milko, S. Miller, K. Mills, R. Paul, R. Phillips, J.E. Saliva, B. Sydeman, J. Trapp, J. Wheeler, and K. Wohl. 2002. Waterbird Conservation for the Americas: The North American Waterbird Conservation Plan, Version 1. Washington, D.C.: Waterbird Conservation for the Americas.*

Moore, M.M., W.W. Covington, and P.Z. Fule. 1999. Reference conditions and ecological restoration: A southwestern ponderosa pine perspective. *Ecological Applications* 9:1266–1277.

National Park Service. 2001. *Old Spanish trail National Historic Trail Feasibility Study and Environmental Assessment*. Washington, D.C: National Park Service.

Nature Conservancy (TNC). 1982. Natural Heritage Program Operations Manual. Unpublished. Arlington, Virginia: The Nature Conservancy.

NatureServe. 2013. NatureServe Conservation Status. Arlington, Virginia: NatureServe. Available at: http://www.natureserve.org/explorer/ranking.htm.  Accessed July 17, 2013.

Neubert, J.T. 1992. Mineral Appraisal of San Juan National Forest, Colorado:  U.S. Bureau of Mines Mineral Land Assessment. Dolores, Colorado: U.S. Bureau of Mines.

BLM_0032950

Norton, D.A. 1999. Forest Reserves. In *Managing Biodiversity in Forest Ecosystems*, edited by M. Hunter, III, pp. 525–555. Cambridge, England: Cambridge University Press.

Noss, R.F. 1987. Protecting natural areas in fragmented landscapes. *Natural Areas Journal* 7:2–13.

———. 1991. Landscape connectivity: Different functions and different scales. In *Landscape Linkages and Biodiversity*, edited by W.E. Hudson, pp.27–39. Washington, D.C.: Island Press.

Noss, R.F., and A.Y. Cooperrider. 1994. *Saving Nature's Legacy: Protecting and Restoring Biodiversity.* Washington, D.C.: Island Press.

Noss, R.F., and R.L. Peters. 1995. *Endangered Ecosystems: A Status Report on America's Vanishing Habitat and Wildlife.* Washington, D.C.: Defenders of Wildlife.

Oliver, A., M. Kram, P. Lyons, S. Neid, R. Rondeau, T. Schulz, C. Pague, and K. Sochi. 2008. San Juan Forest Biodiversity Monitoring Framework Project. Prepared by The Nature Conservancy of Colorado.

Prichard, D. 1998. *A User Guide to Assessing Proper Functioning Condition and Supporting Science for Lotic Areas.* BLM Technical Reference 1737-15. Denver: Bureau of Land Management, National Applied Resource Sciences Center.

Redders, J.S. 2012. Vegetation of the San Juan Public Lands. Working White Paper, August 15, 2001, updated December 7, 2012.

Reed, P.B., Jr. 1988. *National List of Plant Species that Occur In Wetlands: 1988 National Summary.* U.S. Fish and Wildlife Service Biological Report 88(24). Washington, D.C.: U.S. Fish and Wildlife Service, Region 8.

Reynolds, R.T, M. Graham, H. Rieser, R.L. Bassett, P.L. Kennedy, D.A. Boyce, Jr., G. Goodwin, R. Smith, and E.L. Fisher. 1992. *Management Recommendations for the Northern Goshawk in the Southwestern United States.* General Technical Report RM-217. Fort Collins, Colorado: U.S. Department of Agriculture, Forest Service.

Rich, T.D., C.J. Beardmore, H. Berlanga, P.J. Blancher, M.S.W. Bradstreet, G.S. Butcher, D.W. Demarest, E.H. Dunn, W.C. Hunter, E.E. Iñigo-Elias, J.A. Kennedy, A.M. Martell, A.O. Panjabi, D.N. Pashley, K.V. Rosenberg, C.M. Rustay, J.S. Wendt, and T.C. Will. 2004. *Partners in Flight North American Landbird Conservation Plan.* Ithaca, New York: Cornell Lab of Ornithology.

Richards, R.T., J.C. Chambers, and C. Ross. 1998. Use of native plants on federal lands: policy and practice. *Journal of Range Management* 51:625–632.

Rocky Mountain Region. 2010. *Field Guide to Diseases and Insects of the Rocky Mountain Region.* General Technical Report RMRS-GTR-241. Lakewood, Colorado: U.S. Department of Agriculture, Forest Service, Rocky Mountain Region.

———. 2012. The 2012 Aerial Detection Survey Summary for the Rocky Mountain Region (R2) of the US Forest Service [updated 12/20/2012]. Lakewood, Colorado: U.S. Department of Agriculture, Forest Service.

Romin, L.A., and J.A. Muck. 2002. *Utah Field Office Guidelines for Raptor Protection from Human and Land-use Disturbances.* Salt Lake City: U.S. Fish and Wildlife Service, Utah Field Office.

BLM_0032951

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

Romme, W.H., M.L. Floyd, and D. Hanna. 2009. *Historical Range of Variability and Current Landscape Condition Analysis: South Central Highlands Section, Southwestern Colorado and Northwest New Mexico.* Fort Collins, Colorado: Colorado Forest Restoration Institute.

Ruediger, B., J. Claar, S. Gniadek, B. Holt, L. Lewis, S. Mighton, B. Naney, G. Patton, T. Rinaldi, J. Trick, A. Vandehey, F. Wahl, N. Warren, D. Wenger, and A. Williamson. 2000. *Canada Lynx Conservation Assessment and Strategy.* Forest Service Publication R1-00-53. Missoula, Montana: U.S. Forest Service, U.S. Fish and Wildlife Service, Bureau of Land Management, and National Park Service.

San Juan Public Lands Center. 2004. *Accelerated Watershed/Vegetation Restoration Plan.* Durango, Colorado: San Juan Public Lands Center.

Schmid, J.M., and S.A. Mata. 1996. *Natural Variability of Specific Forest Insect Populations and their Associated Effects in Colorado.* General Technical Report RM-GTR-275. Washington, D.C.: U.S. Department of Agriculture, Forest Service.

Schommer, T., and M. Woolever. 2001. *A Process for Finding Management Solutions to the Incompatibility Between Domestic and Bighorn Sheep.* U.S. Department of Agriculture, Forest Service. Available at: http://www.fs.fed.us/biology/resources/pubs/wildlife/bighorn_domestic_sheep_final_080601.pdf. Accessed January 5, 2012.

Schumacher, B. 2011. *Fossil Yield Potential Classification for San Juan National Forest.* Document on file at the San Juan Public Lands Center, Durango, Colorado.

Scott, J.M., F. Davis, B. Csuti, R. Noss, B. Butterfield, C. Groves, H. Anderson, S. Caicco, F. Derchia, T.C. Edwards, J. Ulliman, and R.G. Wright. 1993. Gap analysis – a geographic approach to protection of biological diversity. *Wildlife Monographs* 1–41.

Seymore, R.S., and M.L.J. Hunter. 1999. *Maintaining Biodiversity in Forested Ecosystems: Part 1 - Principles of Ecological Forestry,* pp. 22–61. Cambridge, England: Cambridge University Press.

Siegel, R.S., and J.H. Brock. 1990. Germination requirements of key southwestern woody riparian species. *Desert Plants* 10(1):3–8, 34.

Southern Rockies Ecosystem Project. 2006. *Linking Colorado's Landscapes Phase II Reports: U.S. Highway 160, Wolf Creek Pass; U.S. Highway 160, Durango to Pagosa; U.S. Highway 160, Mancos to Durango; U.S. Highway 550, Animas Valley.* Denver: Southern Rockies Ecosystem Project.

State of Colorado, Bureau of Land Management (BLM), and Colorado State Historic Preservation Office (SHPO). 1998. State Protocol Agreement between the Colorado State Director of the BLM and the Colorado State Historic Preservation Officer regarding the manner in which BLM will meet its responsibilities under the National Historic Preservation Act and the National Programmatic Agreement among BLM, the Advisory Council on Historic Preservation, and the National Conference of State Historic Preservation Officers.

Swetnam, T.W., C.D. Allen, and J. Betancourt. 1999. Applied historical ecology: using the past to manage for the future. *Ecological Applications* 9(4):1189–1206.

BLM_0032952

Tennant, D.L. 1972. A method for determining instream flow requirements for fish, wildlife and aquatic environment. In *Proceedings of the Instream Flow Requirement Workshop*. Portland, Oregon: Pacific Northwest River Basins Commission.

U.S. Department of Agriculture and U.S. Department of the Interior (USDA and USDI). 1995. *Federal Wildland Fire Management Policy*. December 12, 1995, updated 2001.

———. 2001a. National Fire Plan. A report to the President in response to the wildfires of 2000. Washington, D.C: U.S. Department of Agriculture and U.S. Department of the Interior.

———. 2001b. A Collaborative Approach for Reducing Wildland Fire Risks to Communities and the Environment 10-Year Comprehensive Strategy. Washington, D.C: U.S. Department of Agriculture and U.S. Department of the Interior.

———. 2002. A Collaborative Approach for Reducing Wildland Fire Risks to Communities and the Environment 10-Year Comprehensive Strategy Implementation Plan. Washington, D.C: U.S. Department of Agriculture and U.S. Department of the Interior.

———. 2005. Wildland Fire Use Implementation Procedures Reference Guide.  Washington, D.C: U.S. Department of Agriculture and U.S. Department of the Interior.

U.S. Department of Agriculture (USDA), U.S. Department of Interior (USDI), U.S. Department of Energy (DOE), and Council on Environmental Quality (CEQ). 2005. *Report to Congress: Corridors and Rights-of-Way on Federal Lands.* Washington, D.C..

U.S. Department of the Interior and U.S. Department of Agriculture (USDI and USDA). 2007. Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development. Denver, Colorado: U.S. Department of the Interior and U.S. Department of Agriculture.

———. 2008. *Interagency Prescribed Fire Planning and Implementation Procedures Reference Guide*. Washington, D.C: U.S. Department of the Interior and U.S. Department of Agriculture. Available at: http://www.nwcg.gov/pms/RxFire/rxfireguide.pdf. Accessed July 18, 2013.

———. 2009. *Guidance for Implementation of Federal Wildland Fire Management Policy.* Washington, D.C: U.S. Department of the Interior and U.S. Department of Agriculture. Available at: http://www.nifc.gov/policies/policies_documents/GIFWFMP.pdf. Accessed July 18, 2013.

U.S. Department of Energy and Bureau of Land Management (DOE and BLM). 2008. *Final Programmatic Environmental Impact Statement (PEIS), Designation of Energy Corridors on Federal Land in the 11 Western States* (DOE/EIS-0386). Washington, D.C: U.S. Department of Energy and Bureau of Land Management.

U.S. Department of Energy and National Renewable Energy Laboratory (DOE and NREL). 2013. Colorado 50-Meter Wind Map. Available at: http://www.windpoweringamerica.gov/maps_template.asp?stateab=co.  Accessed July 18, 2013.

U.S. Department of the Interior (USDI). 1995. *U.S. Department of the Interior Solid Waste and Hazardous Materials Management Compliance Handbook.* Washington, D.C: U.S. Department of the Interior.

———. 1997. Departmental Manual Part 411, Museum Property Management.

BLM_0032953

U.S. Environmental Protection Agency (EPA). 1998. Interim Air Quality Policy on Wildlands and Prescribed Fires. Available at: http://www.epa.gov/ttn/oarpg/t1/memoranda/firefnl.pdf. Accessed July 18, 2013.

———. 2013. National Ambient Air Quality Standards. Available at: http://epa.gov/air/criteria.html. Accessed June 12, 2013.

U.S. Fish and Wildlife Service (USFWS). 1984. *User's Guide to the Physical Habitat Simulation System*. Instream Flow Information Paper 11.

———. 1990a. *Bonytail Chub Revised Recovery Plan*.

———. 1990b. *Humpback Chub Recovery Plan*.

———. 1991. *Colorado Squawfish Recovery Plan*.

———. 1993. *Section 7 Agreement and Recovery Implementation Program Action Plan*.

———. 1994. *Uncompahgre Fritillary Butterfly Recovery Plan*. Denver: U.S. Fish and Wildlife Service.

———. 1995. *Recovery Implementation Program for Endangered Fish Species in the Upper Colorado River Basin*.

———. 1998a. *Greenback Cutthroat Trout Recovery Plan*. Denver: U.S. Fish and Wildlife Service.

———. 1998b. *Razorback Sucker Recovery Plan*.

———. 2001a. *U.S. Shorebird Conservation Plan* (2nd ed.).

———. 2001b. *Boreal Toad Conservation Plan and Agreement*.

———. 2002a. *Southwestern Willow Flycatcher Recovery Plan*. Albuquerque: U.S. Fish and Wildlife Service.

———. 2002b. USFWS *Birds of Conservation Concern*.

———. 2003. *San Juan* Basin *Recovery Implementation Program*.

———. 2004. *Final Designation of Critical Habitat for the Mexican Spotted Owl: Final Rule*.

———. 2012a. *Mexican Spotted Owl Recovery Plan*.

———. 2012b. October 23, 2012, letter regarding guidance on Section 7 consultation procedures for the southwestern willow flycatcher, USFWS concurrence to the SJNF, December 12, 2012.

———. 2012c. Southwestern willow flycatcher guidance letter from USFWS to Tres Rios Field Office. Available at the Dolores Public Lands Office, Dolores, Colorado.

———. 2013a (updated annually). Annual Uncompahgre fritillary butterfly monitoring and inventory field report and status updates. Unpublished reports, available at USFWS Western Colorado Field Office, Grand Junction, Colorado.

———. 2013b. *USFWS National Survey of Fishing, Hunting, and Wildlife-Associated Recreation*.

BLM_0032954

U.S. Forest Service (USFS). 1979. Calico Trail Establishment Report. Available at Dolores Public Lands Office, Dolores, Colorado.

———. 1981. *Draft Old Spanish Trail Corridor Management Plan.*

———. 1983. *San Juan National Forest Land and Resource Management Plan.* as amended. Durango, Colorado: U.S. Department of Agriculture, Forest Service.

———. 1990. FSM 2760. Withdrawals Manual.

———. 1991. *Weminuche Wilderness Monitoring Plan for Air Quality Related Values.*

———. 1992a. *Land and Resource Management Plan for the San Juan National Forest.* Durango: U.S. Department of Agriculture, Forest Service, San Juan National Forest.

———. 1992b. Letter of August 27 from USFS Region 2 Regional Forester to Forest Supervisors, Subject: Regional Old Growth Descriptions.

———. 1992c. San Juan National Forest Plan Amendment #15, and associated Decision Notice for Animal Damage Control.

———. 1994. FSM 2160. *Hazardous Materials Management Manual.*

———. 1996a. *Rangeland Analysis and Management Training Guide* (Rocky Mountain Region).

———. 1996b. Management and Control of Noxious Plants on the San Juan/Rio Grande National Forests, Decision Notice and Finding of No Significant Impact.

———. 1996c. Probable Fossil Yield Classification (PFYC). U.S. Forest Service Paleontology Center of Excellence and the Region 2 Paleo Initiative.

———. 1997. FSM 2700. Special Use Management Manual

———. 1998a. *The San Juan-Rio Grande National Forests Wilderness Management Direction.* Amendment to San Juan and Rio Grande National Forest Land Management Plans.

———. 1998b. Decision Notice, Colorado Trail Management Direction and Route Selection Environmental Assessment, Region 2.

———. 1998c. *Master Plan for the Colorado Trail.*

———. 2000. FSM 7700 – Travel Management, Chapter 7740-Federal Lands Highway Programs. Amendment No.: 7700-2000-1. Washington, D.C.: U.S. Department of Agriculture, Forest Service.

———. 2001a. Programmatic Consultation Agreement for Canada Lynx in Colorado. Agreement between USFS and USFWS. Denver, Colorado: U.S. Department of Agriculture, Forest Service and U.S. Fish and Wildlife Service.

———. 2001b. *USFS Guide to Noxious Weed Prevention Practices (Version 1.0).*

———. 2001c. *Built Environment Image Guide for National Forests and Grasslands.* Publication FS-710.

BLM_0032955

————. 2004a. *American Marten Species Assessment for the San Juan National Forest*. Durango, Colorado: San Juan National Forest.

————. 2004b. *American Elk Species Assessment for the San Juan National Forest*. Durango, Colorado: San Juan National Forest.

————. 2004c. *Hairy Woodpecker Species Assessment for the San Juan National Forest*. Durango, Colorado: U.S. Department of Agriculture, Forest Service, San Juan National Forest.

————. 2004f. *USFS National Strategy and Implementation Plan for Invasive Species Management* (FS-805 2004).

————. 2005. FSM 7700 – Travel Management, Chapter 7720-Development. Amendment No.: 7700-2005-1. Washington, D.C: U.S. Department of Agriculture, Forest Service.

————. 2005. Guidelines for Engineering Analysis of Motorized Mixed Use on National Forest System Roads. Publication EM-7700-30. Washington, D.C: U.S. Department of Agriculture, Forest Service.

————. 2005a. *Aquatic, Riparian, and Wetland Ecosystem Assessment San Juan National Forest.* U.S. Forest Service, Rocky Mountain Region.

————. 2005b. *Bluehead Sucker: A Technical Conservation Assessment*.

————. 2005c. *Flannelmouth Sucker: A Technical Conservation Assessment*.

————. 2005d. *Roundtail Chub: A Technical Conservation Assessment*.

————. 2006. *San Juan National Forest Aquatic Ecosystem Assessment*. Durango: U.S. Department of Agriculture, Forest Service, San Juan National Forest, Rocky Mountain Region.

————. 2006. FSM 1920. Land and Resource Management Planning Manual.

————. 2006. FSH 2509.25. Region 2 Watershed Conservation Practices Handbook (Region 2 Supplement).

————. 2007. *The Woody Biomass Utilization Desk Guide, National Technology and Development Program 2400—Forest Management, September 2007*. Available at: http://www.forestsandrangelands.gov/Woody_Biomass/documents/biomass_deskguide.pdf. Accessed July 18, 2013.

————. 2008. FSM 7700 – Travel Management, Chapter 7730-Road Operation and Maintenance. Amendment No.: 7700-2008-3. Washington, D.C.: U.S. Department of Agriculture, U.S. Forest Service. Washington, D.C.

————. 2008. Southern Rockies Lynx Management Direction, Record of Decision.

————. 2009a. Memorandum of Understanding between the Colorado Department of Public Health and Environment and the USFS.

————. 2009b. *Continental Divide National Scenic Trail Comprehensive Plan.* Washington, D.C.

BLM_0032956

————. 2009c. U.S. Forest Service Manual (FSM) 2300 – Recreation, Wilderness, and Related Resource Management, Chapter 2353, National Scenic and Historic Trails. Washington, D.C.: U.S. Department of Agriculture, U.S. Forest Service.

————. 2009d. Record of Decision, Designation of Section 368 Energy Corridors on National Forest System Land in 10 Western States. Available at: http://corridoreis.anl.gov/documents/docs/WWEC_FS_ROD.pdf. Accessed July 18, 2013.

————. 2011. Nationwide Aerial Application of Fire Retardant on National Forest System Land Record of Decision. Washington, D.C: U.S. Department of Agriculture, Forest Service.

————. 2012a. Watershed Condition Framework. Available at: http://www.fs.fed.us/publications/watershed/. Accessed July 18, 2013.

————. 2012b. *National Best Management Practices for Water Quality Management on National Forest System Lands, Volume 1: National Core BMP Technical Guide.*

————. 2013. USFS Watershed Condition Class and Prioritization Information. Available at: http://apps.fs.usda.gov/WCFmapviewer. Accessed July 18, 2013.

U.S. Forest Service (USFS) and Animal Plant Health Inspection Services (APHIS) Wildlife Service. 1998. Master Memorandum of Understanding (MOU) between the USFS and the APHIS Wildlife Service.

————. 2005. IM No. CO-2010-28. Conservation Plan Agreement to participate in the LRMP, signed by the Region 2 Regional Forester (April 28, 2005) and the BLM State Director (April 29, 2005).

————. 2007. *Northern San Juan Basin Coal Bed Methane (NSJB-CBM) project Final Environmental Impact Statement and Record of Decision.* Durango, Colorado: San Juan Public Lands Center.

————. 2012. *Invasive Species Action Plan (Draft).* San Juan National Forest and Tres Rios Field Office.

U.S. Forest Service and Bureau of Land Management (USFS and BLM). 2008. Decision Notice and Finding of No Significant Impact for the Mancos-Cortez Travel Management Plan. Dolores, Colorado: U.S. Department of Agriculture, Forest Service and Bureau of Land Management.

U.S. Forest Service (USFS), Bureau of Land Management (BLM), National Park Service, and U.S. Fish and Wildlife Service (USFWS). 2013. *Interagency Standards for Fire and Fire Aviation Operations* (NFES 2724).

U.S. Forest Service (USFS) and the North American Butterfly Association. 2008. USFS and North American Butterfly Association Memorandum of Understanding (MOU). USFS Agreement # 08-SU-1113-241-298.

U.S. Forest Service (USFS) and Town of Rico, Colorado. 2011. San Juan National Forest and Town of Rico, Colorado Memorandum of Understanding (MOU) 11-MU-11021300-001. Available at: http://www.ricocolorado.org/gov/documents/2011_San_Juan_National_Forest_Town_of_Rico_MOU.pdf. Access 7/18/2013.

BLM_0032957

U.S. Forest Service and U.S. Fish and Wildlife Service (USFS and USFWS). 2000. Canada Lynx Conservation Agreement. USFS Agreement #00-MU-11015600-013. Missoula, Montana. Unpublished. Updated in 2006.

———. 2008. MOU to Promote the Conservation of Migratory Birds between the USFWS and USFS, Agreement # 08-MU-1113-2400-246.

U.S. Forest Service (USFS) and the Xerxes Society. 2009. USFS Agreement No. 09-SU-11130121-091.

U.S. Geological Survey (USGS). 2008. Assessment of moderate- and high-temperature geothermal resources of the United States. U.S. Geological Survey Fact Sheet 2008-3082. C.F. Williams, M.J. Reed, R.H. Mariner, J. DeAngelo, and S.P. Galanis, Jr.

Utah Department of Natural Resources. 2006. *Range-Wide Conservation Agreement and Strategy for Roundtail Chub (*Gila robusta*), Bluehead Sucker (*Catostomus discobolus*), and Flannelmouth Sucker (*Catostomus latipinnis*).* Publication Number 06-18. Prepared for the Colorado River Fish and Wildlife Council. Salt Lake City: Utah Department of Natural Resources.

Van Loenen, R.E., and A.B. Gibbons (eds.). 1994. *Mineral Resource Potential and Geology of the San Juan National Forest*. U.S. Geological Survey Administrative Report.

———. 1997. *Mineral Resource Potential and Geology of the San Juan National Forest, Colorado*. U.S. Geological Survey Bulletin 2127. Washington, D.C: U.S. Geological Survey.

Veblen, T.T., and J.A. Donnegan. 2005. *Historical Range of Variability for Forest Vegetation of the National Forests of the Colorado Front Range*. Golden, Colorado: U.S. Department of Agriculture, Forest Service, Rocky Mountain Region.

Western Governors Association and U.S. Department of Energy (DOE). 2009. *Western Renewable Energy Zones – Phase 1 Report*. Washington, D.C: Western Governors Association and U.S. Department of Energy.

Wild Sheep Working Group, Western Association of Fish and Wildlife Agencies. 2012. *Recommendations for Domestic Sheep and Goat Management in Wild Sheep Habitat*. Cheyenne, Wyoming: Wild Sheep Working Group, Western Association of Fish and Wildlife Agencies.

Wildland Fire Leadership Council. 2011. Forests and Rangelands. *National Cohesive Wildland Fire Management Strategy*. Available at: http://www.forestsandrangelands.gov/strategy/. Accessed July 18, 2013.

Wright, W. 2011. *Sources of Atmospheric Mercury Concentrations and Wet Deposition at Molas Pass, Southwestern Colorado*. Mountain Studies Institute Report 2011-03. Silverton, Colorado: Mountain Studies Institute. Available at: http://www.mountainstudies.org/index.php?q=content/mercury-deposition-its-effects-san-juans. Accessed July 18, 2013.

Wu, R. 1999. Fire History and Forest Structure in the Mixed Conifer Forests of Southwest Colorado. Master's thesis, Department of Forest Sciences, Colorado State University, Fort Collins, Colorado.

BLM_0032958

**Additional Handbooks and Manuals Cited**

BLM Handbook 1703-1, CERCLA Response Actions

BLM Handbook 2100, Acquisition

BLM Manual 2200, Land Exchanges

BLM Handbook 2740, Recreation and Public Purposes

BLM Manual 2800, Rights-of-Way

BLM Manual 2880, Mineral Leasing Act Rights-of-Way

BLM Manual 2900, Use, Leases, and Permits

BLM Handbook 3720-1, Abandoned Mine Lands Program Policy

BLM Handbook 3809, Surface Management Handbook, Appendix H, Volume 3, Oil and Gas Leasing Stipulations

BLM Handbooks 4010 and 4010-1, Range Management Program Records

BLM Handbook 4110-1, Qualifications and Preference

BLM Handbook 4120-1, Grazing Management.

BLM Handbook 4150-1, Unauthorized Grazing Use

BLM Handbook 4160-1, Administrative Remedies

BLM Handbook 4180-1, Rangeland Health Standards

BLM Manual 4180, Land Health

BLM Handbook 4400, Rangeland Inventory, Monitoring, and Evaluation

BLM Manual 6400, Wild and Scenic River management

BLM Manual 6720, Aquatic Resource Management, Fish and Wildlife Management

BLM Manual 7300, Air Resource Management, Climate and Air Quality

BLM Manual 8100, The Foundations for Managing Cultural Resources

BLM Manual 8110, Identifying and Evaluating Cultural Resources

BLM Manual 8120, Tribal Consultation Under Cultural Resources

BLM Handbook 8120-1, Guidelines for Conducting Tribal Consultation

BLM Manual 8140, Protecting Cultural Resources

BLM Manual 8150, Permitting Uses of Cultural Resources, Policy and Program Guidance for the Management of Cultural Resources

BLM_0032959

BLM Manual 8300, Visual Resource Management

BLM Handbook 8550, Architectural Barriers Act of 1968

BLM Handbook H-1601-1, Land Use Planning Handbook

BLM Handbook H-1790-1, NEPA Handbook

BLM Handbook H-8410-1, Visual Resource Inventory

BLM Handbook H-8431-1, Visual Resource Contrast Rating

FSM 1900 Planning

FSH 1909.15, Environmental Policy and Procedures Handbook

FSH 1909.17, Economic and Social Analysis Handbook

FSM 1950, Environmental Policy and Procedures

FSM 1990.12_80 Wild and Scenic River Management.

FSM 2070, Vegetation Ecology

FSH 2109.13, Grazing Permit Administration Handbook

FSH 2109.14, Pesticide Use-Management and Coordination Handbook

FSM 2200, Range Management

FSH 2309.18, Trails Management Handbook

FSM 2360, Special Interest Areas- Heritage Program Management

FSM 2400, Timber Management

FSH 2409.19, Renewable Resource Uses for Knutson-Vandenberg (K-V) Fund Handbook

FSH 2500. Watershed and Air Management

FSH 2509.13, Burned Area Emergency Rehabilitation

FSH 2509.18, Soil Management

FSM 2542. Drinking Water Standards

FSM 2550, Soil Management

FSM 2580, Air Resource Management

FSM 2600, Wildlife, Fish, and Sensitive Plant Habitat Management

FSH 2609.13, Wildlife and Fisheries Program Management Handbook

FSH 2709.11, Special Uses Handbook

BLM_0032960

FSM 2710, Special-Use Authorizations

FSM 2720, Special Uses Administration

FSM 2900, Invasive Species Management

FSM 3400, Forest Health Protection

FSM 5100, Fire Management

FSM 5150, Fuel Management

FSM 5400, Landownership Manual

FSH 5409

FSM 5500, Landownership Title Management Manual

FSM 5509

FSM 5590, Landownership Status Manual.

FSM 7300, Buildings and Other Structures

FSH 7309.11, Buildings and Related Facilities Handbook

FSH 7409.11, Sanitary Engineering and Public Health Handbook

FSM 7400, Public Health and Pollution Control Facilities

FSH 7709, Travel Planning Handbook

BLM_0032961

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

*This page intentionally left blank.*

BLM_0032962



United States
Department of
Agriculture

Forest
Service



# Record of Decision
# Oil and Gas Leasing Availability
# San Juan National Forest

**Archuleta, Conejos, Dolores, Hinsdale, La Plata,
Mineral, Montezuma, Rio Grande, San Juan Counties,
Colorado**

**September 2013**

**San Juan National Forest, Colorado**

Access Document Online:
http://www.fs.usda.gov/main/sanjuan/landmanagement/planning

1

BLM_0032963

The United States Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, gender, religion, age disability, political beliefs, sexual orientation, marital or familial status. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means of communication or program information (Braille, large print, audiotape, etc.) should contact the USDA's Target Center at 202-720-2600 (voice or TDD).

To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, Room 326 – W. Whitten Building, 145th and Independence Avenue, SW, Washington DC 20250-9410, or call 202-720-5964 (voice or TDD). USDA is an equal opportunity provider and employer.

BLM_0032964

# CONTENTS

1    **Background** ................................................................................................................. 4

2    **My Decision** ............................................................................................................... 5

    2.1    Overview of My Decision................................................................................. 5

    2.2    Rationale for My Decision ............................................................................... 5

    2.3    Other alternatives considered in detail............................................................ 9

3    **Changes from Draft to Final**...................................................................................... 11

4    **Public Involvement** ................................................................................................... 11

    4.1    Public Meetings ............................................................................................. 12

    4.2    Local Governments and Cooperating Agencies ........................................... 12

    4.3    Tribal Consultation ........................................................................................ 12

5    **Other Findings**........................................................................................................... 13

    5.1    Identification of the Environmentally Preferred Alternative .......................... 13

    5.2    Findings Required by Other Laws................................................................. 14

6    **Implementation**......................................................................................................... 16

7    **Appeal Procedures** .................................................................................................. 17

BLM_0032965

# 1 BACKGROUND

This document presents the USDA Forest Service (USFS) decision regarding which lands will be administratively available for oil and gas leasing on the San Juan National Forest (SJNF) in accordance with 36 CFR 228.102(d). This decision includes the lease terms and stipulations determined necessary to protect surface resources based on disclosure of environmental effects. The environmental analysis for this decision is captured in the *Final Environmental Impact Statement for the Final San Juan National Forest and Proposed Tres Rios Field Office Land and Resource Management Plan* (FEIS). The FEIS was prepared for three separate decisions: (1) the decision presented in this Record of Decision for oil and gas leasing, (2) a decision to adopt a revised Land and Resource Management Plan (LRMP) for the SJNF, and (3) a decision to adopt a revised LRMP for the Bureau of Land Management's Tres Rios Field Office. The decisions for both revised LRMPs are described in a separate Record of Decision for each agency.

The Federal Onshore Oil and Gas Leasing Reform Act (P.L. 100-203) was enacted in 1987. The implementing regulations for the Bureau of Land Management (BLM) were published in 1988 and the USFS regulations were published in 1990. The regulations describe the procedures by which each agency will carry out its statutory responsibilities in the issuance of oil and gas leases.

In the case of federal oil and gas resources within National Forest System units managed by the USFS, the BLM is responsible for advertising and selling available leases, and for monitoring subsurface activities related to exploration and development. Their monitoring role includes administering all Federal regulations pertaining to subsurface oil and gas development.

The USFS has the authority and responsibility to determine which National Forest System lands are available for oil and gas leasing, and the specific lands which the BLM may offer for lease. The USFS is also responsible for prescribing lease terms that provide reasonable protection to surface resources and values, approving the lessee's Surface Use Plan of Operations, and insuring that the requirements of the leases and operating plans are carried out according to their terms. The regulations applicable to the above are found in 36 CFR 228, Subpart E.

The purpose of this Record of Decision (ROD) is to document USFS decisions regarding which lands will be administratively available for oil and gas leasing in accordance with 36 CFR 228.102(d) and authorize the BLM to offer those specific lands for lease. In reaching these decisions, the USFS has considered and completed the various requirements of 36 CFR 228.102(c), including the requirement to identify lease stipulations to be incorporated in addition to the terms and conditions of the standard oil and gas lease form.

The regulations at 43 CFR 3101.7-2(c), which pertain to leasing of Federal lands administered by an agency outside the Department of Interior, require the BLM to review and accept all reasonable leasing recommendations of the surface managing agency. In this case, these recommendations involve decisions on the administrative availability and authorization of specific lands for leasing, and stipulations needed to protect surface and subsurface resources within the Forest boundary.

This ROD does not approve any ground disturbing activities. If lands are leased and the lessee/operator submits an Application for Permit to Drill (APD) or sundry notice subsequent to an approved APD, only then would the agencies consider approval of proposed ground disturbing activities. Approval of ground disturbing activities would require NEPA analysis and decision(s), subsequent to this ROD, and compliance with other federal laws. If that additional NEPA analysis at the APD stage identifies issues or resources that warrant additional protection, the USFS can take full advantage of provisions included in the lease and stipulations to work with the lessee to protect forest resources. The separate ROD for the SJNF LRMP includes plan components such as standards and guidelines that will apply to post-lease oil and gas exploration and development activities.

BLM_0032966

# 2  MY DECISION

## 2.1  Overview of My Decision

After carefully considering the administrative record of information, the applicable laws and regulations, the anticipated environmental impacts of the alternatives analyzed in the FEIS, and the public's comments, I have selected Alternative B as presented in the FEIS.

My conclusions are based on the scientific analysis (and supporting project record) that demonstrates a thorough review of relevant scientific information, a consideration of responsible opposing views, and the acknowledgement of incomplete or unavailable information. The analysis identifies techniques and methodologies used, considers the best available scientific information, and references scientific resources relied upon. The analysis includes a summary of the credible scientific evidence relevant to evaluating reasonably foreseeable impacts.

My decision will make approximately 1,279,811 acres of National Forest System land administratively available for oil and gas leasing. Oil and gas leases offered after this decision will include standard lease terms, lease notices, and any stipulations identified as necessary for resource protection. The standard lease terms, lease notices and other stipulations are listed in Appendix H of the LRMP and FEIS. Table 1 below summarizes the acreages available for leasing, subject to standard lease, and subject to stipulations for Timing Limitation (TL), Controlled Surface Use (CSU), and No Surface Occupancy (NSO).

**Table 1 – Oil and Gas Leasing Availability on the San Juan National Forest**

| Jurisdiction | Selected Alternative (Alternative B) |
|---|---|
| Federal mineral acres | 1,863,402 |
| Acres available for leasing | 1,279,811 |
| NSO | 876,266 |
| CSU | 882,532 |
| TL | 527,489 |
| Standard lease terms | 143,722 |
| Acres withdrawn from leasing | 509,954 |
| Acres administratively not available for leasing | 73,636 |

The NSO, TL, and CSU stipulation requirements serve to mitigate potential effects of Federal oil and gas activities.  The lessee must accept these stipulations as conditions of purchasing and enjoying the lease. These stipulations represent USFS decisions regarding the best means of avoiding or minimizing environmental impacts that may arise from the project while meeting the integrated resource management requirements of the SJNF LRMP.  Each stipulation is further defined in Appendix H to provide the lessee with information or circumstances under which a waiver, exception, or modification would be considered. I am incorporating this direction into my decision.

This decision does not change specific decisions related to oil and gas leasing within the area addressed in the 2007 Northern San Juan Basin EIS.

## 2.2  Rationale for My Decision

My decision to select Alternative B is based on a careful and reasoned comparison of the environmental consequences of and responses to issues and concerns for each alternative.  In making my decision, I considered the degree to which each alternative meets the purpose and need for action, addresses significant issues, and is responsive to public concerns and comments we have received throughout the

BLM_0032967

planning process.  The discussion below details why I find that Alternative B best meets the purpose and need, addresses resources issues, and responds to public concerns.

## Relationship to the Purpose and Need

The FEIS identifies several factors leading to the purpose and need for the Leasing Availability Analysis. The need for identifying NFS lands to be made available for oil and gas leasing stems from pending formal requests to lease federal oil and gas within the SJNF, the public's demand for energy minerals, and the federal government's policy to foster and encourage private enterprise in the orderly development of domestic mineral resources. The purpose of this decision is to facilitate the ultimate production of energy resources in support of local and regional economies and to help secure a stable domestic energy supply. Making lands on the SJNF available for oil and gas leasing through this decision will contribute to meeting the need for energy resources developed and produced in an environmentally sound manner. Following this Decision, the SJNF will be able to begin considering the leasing of approximately 360,000 acres of land for which expressions of interest in leasing have been submitted by private entities.

In responding to this purpose and need, the analysis supporting this decision ensures that future oil and gas leasing within the SJNF will be consistent with the revised SJNF LRMP and governing regulations at 36 CFR 228.102. These regulations provide that the authorized Forest officer conduct a leasing analysis in accordance with the requirements of 36 CFR part 219 (Forest land and resource management planning) and/or, as appropriate, through preparation of NEPA documents. Specifically, the Forest officer shall:

1.  Identify on maps those areas that will be:

    open to development subject to the terms and conditions of the standard oil and gas lease form,

    open to development but subject to constraints that will require the use of lease stipulations, and

    closed to leasing.

2.  Identify alternatives to the areas listed above, including that of not allowing leasing.

3.  Project the type/amount of post-leasing activity that is reasonably foreseeable as a consequence of conducting a leasing program under each of the alternatives considered.

4.  Analyze the reasonable foreseeable impacts of post-leasing activity.

Maps identifying areas open to development and those areas closed to leasing are included in the EIS. A summary map is attached to this decision. The EIS analyzed four alternatives displaying various levels of areas open and closed to leasing, in addition to considering the alternative of No Leasing (see Table 1.4.21 FEIS). Potential impacts of leasing and subsequent development were assessed for each alternative using projections of reasonably foreseeable development (Chapter 3 section 3.19.3, and FEIS Appendix F). Through the EIS, a variety of stipulations to be applied to leases in addition to the standard terms and conditions were considered to avoid or otherwise mitigate the effects of leasing and projected development (FEIS Appendix H). The analysis of the impacts of leasing and subsequent development is found throughout Chapter 3 of the FEIS, and the maps of lands open and closed to leasing are presented in FEIS Appendix V (Maps 50, 54, and 58).

In addition to the stipulations identified in this Leasing Availability Analysis and Decision, oil and gas development on the SJNF will be subject to the various LRMP components, including standards and guidelines, presented in the SJNF LRMP issued under a separate decision signed by the Regional Forester, Rocky Mountain Region. The Leasing Availability Analysis and the SJNF LRMP were prepared using a single EIS, ensuring that future oil and gas leasing on the SJNF will be consistent with the revised LRMP and other guidance such as the Colorado Roadless Rule. Furthermore, the BLM Tres Rios LRMP was also developed using the same EIS and public input process, leading to a great level of consistency

BLM_0032968

between USFS and BLM analysis and decisions in keeping with the 2006 Memorandum of Understanding between the BLM and Forest Service Concerning Oil and Gas Leasing and Operations.

## Key Issues Addressed

Through extended scoping and the preparation of the EIS, oil and gas leasing was identified as a key issue. The EIS describes the joint BLM and USFS oil and gas leasing issue:

> "The lands administered by the SJNF and TRFO contain several areas with moderate to high potential for oil and gas resources. A key challenge for the future is providing for potential energy development while, at the same time, protecting other resource values. People expressed concerns regarding both where and how development might occur.
>
> Community participants noted that plan decisions and oil and gas leasing availability decisions need to be coordinated so that the infrastructure needs (roads, well pads, and pipelines) for oil and gas development are compatible with desired conditions for specific areas of land. Comments mostly related to whether new road construction should occur in areas that are currently undeveloped. Areas available for leasing vary by alternative in order to reflect the different land allocations and management emphases in the alternatives.
>
> Lease stipulations provide protection for other resource values and land uses, such as unique soil conditions, steep slopes, ecological integrity, wildlife habitat, cultural resources, high-use recreation areas, and scenic quality. Stipulations would be applied to new leases in order to respond to issues of how development might occur."

The EIS and this Decision respond to this issue by providing for leasing and development on up to 1,279,811 acres of the SJNF, including opportunities for leasing of much of the area with moderate to high potential. The stipulations incorporated in this Decision provide effective mitigation for potential impacts to air quality, water, wildlife, soils, vegetation, and other resources as detailed through the environmental analysis presented in the EIS. The analysis in the FEIS displays that, under the Selected Alternative (Alternative B), 503 well pads could be developed over the next 15 years. This estimate is based on the combined effect of the provisions of Alternative B in regards to oil and gas leasing and potentially limiting aspects of the LRMP.

Considering oil and gas leasing in conjunction with preparation of the SJNF and TRFO LRMPs allowed a thorough examination of how oil and gas leasing on the SJNF would fit with other key management considerations, including the concentration of surface disturbing activities in areas already developed and/or roaded for past uses such as oil and gas development, timber harvest and recreation. Oil and gas leasing availability was considered in context with SJNF LRMP management area delineation allowing a full examination of the compatibility of leasing with other management activities and the protection of special areas such as Colorado Roadless Areas and potentially suitable Wild and Scenic River corridors.

The rationale for identifying areas as open or closed to leasing, and the types of stipulations to be applied to leases, such as no surface occupancy, were developed in conjunction with the development of the SJNF and TRFO LRMPs under a single EIS. The LRMPs address additional key issues including: balancing management to maintain a "working forest" with protection of large intact landscapes and their related values, travel management suitability, and identification and management of special areas. Although this Decision only focuses on lands to be made available for oil and gas leasing and the accompanying lease stipulations, the result of the coordinated development of the LRMPs and the SJNF Oil and Gas Leasing Availability Analysis is a great level of consistency between the management of oil and gas leasing and development and the management of other SJNF resources and uses. Likewise, the use of a single EIS provided for consistent analysis across agency boundaries.

Under Section 6 below, I have outlined a strategic approach to further provide for orderly leasing and development. This approach for implementing this Decision responds further to the key issue of oil and gas leasing by helping to direct when and where leasing would occur, and by concentrating each phase

7

of leasing in areas where oil and gas development has already been initiated and/or other forest uses have resulted in road construction or other surface disturbing activities.

## Consideration of Public Comments

Numerous public comments were received regarding oil and gas leasing and development. Many of the comments asked for clarification or corrections pertaining to the analysis of the DEIS, or disagreed with analyses presented in the DEIS. Other comments were focused on the limitations on, and additional opportunities for, agency regulation of oil and gas development. Appendix S of the FEIS summarizes these and other comments, and provides a response or explanation of how the Alternatives and analysis was modified in response to comments. I reviewed the comments and responses summarized in Appendix S of the FEIS in preparing this Decision.

Comments that most directly affected the FEIS and this Decision were focused on the specific purposes of mitigation measures, additional stipulations needed or stipulations not needed, the assumptions used to develop alternatives, and the range of alternatives considered. Numerous comments dealt with the need or lack of need to address specific areas and specific resource concerns such as groundwater, air quality, scenery, certain vegetation types or communities, and wildlife habitat. Comments on the range of alternatives led to an adjustment of some of the alternatives between draft and final to more fully explore and display the options and to assist in the selection of proper mitigation measures as reflected in lease stipulations (or plan components of the LRMP).

Some comments dealt with the perceived need for a phased approach to leasing. The implementation strategy outlined below in section 6 of this Decision explains how this general suggestion would be addressed in implementing this Decision pertaining to lands available for lease and associated lease stipulations.

## Conclusion

I have selected Alternative B as presented in the FEIS. In reaching this decision I have evaluated the components of five different alternatives, carefully comparing the predicted environmental consequences for each alternative with the Purpose and Need. I have also evaluated the extent to which each alternative responds to the key oil and gas leasing issues identified in conjunction with public input, as well as the public comments received on the DEIS. It is my conclusion that Alternative B, as presented in the FEIS, most fully addresses the Purpose and Need for the Oil and Gas Leasing Availability Analysis and the key issues. The Selected Alternative provides for very substantial opportunity for responding to demand for oil and gas leases, especially in those areas of highest fluid mineral potential, it assists in focusing future mineral development in areas where significant surface disturbance has previously occurred, and it provides for the protection of important non-mineral resource uses and values.

The Selected Alternative incorporates a number of measures to avoid or otherwise reduce the potential environmental consequences of additional oil and gas leasing needed to respond to the Purpose and Need. These measures appear as the identification of areas available to leasing and special lease stipulations to be added to offered leases in addition to standard terms and conditions. In my review of Chapter 3 of the FEIS, I have concluded that through the EIS process, which included specific requests for comments on proposed mitigation measures, we have identified all practicable means to avoid or minimize environmental harm under the Selected Alternative. I also find that the measures identified will be readily implementable and enforced through both USFS and BLM leasing actions and authorizations for development activities (e.g., permit approval). The analyses presented in the EIS are based on well-established scientific information and a long history of empirical evidence collected by the SJNF and our BLM partners following decades of experience in managing oil and gas leasing and development. This leasing decision makes great use of our most current information (such as air quality modeling results), understanding of new and emerging oil and gas development technologies, and the revised SJNF LRMP that will greatly assist in providing an integrated approach to both leasing and the permitting of subsequent operations. Finally, the monitoring provisions presented in the FEIS and LRMP, along with the implementation strategy described under section 6 below, will directly assist in ensuring mitigation measures are implemented and effective.

8

BLM_0032970

In my review of the FEIS and the various options represented within the range of alternatives, I find that the requirements of USFS regulations pertaining to oil and gas leasing analyses (36 CFR 228.102) have been met fully.

## 2.3  Other alternatives considered in detail

Five alternatives were considered in detail, including Alternative B, my Selected Alternative.  A description of each of the alternatives not selected is provided below, along with my reasoning for not selecting each of them. More detailed information on the differences between the various alternatives is provided in Chapter 1 (section 1.4.6), Chapter 3 (section 3.19) and Appendix F of the FEIS.

**Alternative A** represents the continuation of current leasing decisions contained in the 1983 San Juan National Forest Land and Resource Management Plan, as amended. Alternative A meets the NEPA requirements that a No Action Alternative be considered (40 CFR 1502.14). "No Action" means that the alternative reflects the implementation of existing management goals, objectives, and management practices based on the existing land use plan, while also taking into account the Reasonable Foreseeable Development Scenario for oil and gas development. Alternative A also serves as the baseline for comparing and contrasting the impacts of the other alternatives. In total, 1,337,090 acres are available for leasing and 526,311 acres are not available for leasing. The lands not available for lease include those that are withdrawn from leasing (wilderness areas and Chimney Rock National Monument) and the wild segments of rivers previously found suitable for designation as wild and scenic rivers. More than 70% of the SJNF is available for lease under Alternative A.

I did not choose Alternative A as the Selected Alternative because it would not fully respond to the purpose and need for addressing oil and gas leasing and would not be responsive to the key planning issue. Specifically, the purpose and need identified the requirement that oil and gas resources be "...developed and produced in an environmentally sound manner" and the key issue identified the need to develop lease stipulations to protect key resource values and special areas. The FEIS displays that, under Alternative A, 527 well pads could be developed on existing and future SJNF leases over the next 15 years, representing five percent more well pads than projected under the Selected Alternative.

Alternative A would provide little or no specific protection for a number of key resources such as municipal watersheds and water supply, intermittent and ephemeral streams, groundwater, certain steep slopes and soil types, old growth forests, certain wildlife habitats, and certain areas identified for special management. In addition, Alternative A would provide for levels of protection that would in some cases exceed what has been determined to be appropriate (such as stipulations for raptors or developed recreation and administrative sites), and is some cases would provide protections based on outdated inventories (such as inventoried roadless areas). Appendix F of the FEIS details the differences between acreages protected by special stipulations identified for each alternative.

Finally, Alternative A would not provide appropriate levels of protection for certain resources or areas identified in the revised LRMP. For example, Alternative A would not incorporate air quality mitigation identified as standards and guidelines established through the associated LRMP, would prevent surface occupancy on areas no longer identified for ski area development, and would not provide acceptable levels of protection for areas such as identified Research Natural Areas or some of the potentially suitable wild and scenic river segments.

**Alternative C** proposes the least number of acres be available for lease of all the alternatives, with the exception of the No Leasing Alternative described below. Approximately 709,335 acres would be available for lease and 1,154,067 acres, or 62% of the SJNF would not be available for lease. Lands that are available for lease in Alternatives A, B, and D, but not available in Alternative C, include Colorado Roadless Areas, the viewshed of Chimney Rock National Monument, proposed archeological National Register Districts, existing and proposed Research Natural Areas, and municipal watersheds and public water supply areas. The emphasis of Alternative C is protection of natural and cultural resources while allowing for oil and gas development in a more constrained development scenario.

9

I did not choose Alternative C as the Selected Alternative because it does not fully respond to the purpose and need for oil and gas leasing by unnecessarily restricting development by making a much greater portion of the SJNF unavailable to leasing. Alternative C would make about 570,000 acres less available to leasing than would be available under the Selected Alternative. Through the EIS it was determined that much of this area would more appropriately be made available to leasing, using special lease stipulations to provide necessary and justifiable mitigation of impacts. For instance, the Selected Alternative will make about an additional 330,000 acres available under No Surface Occupancy stipulations that would not be available for leasing under Alternative C. Although NSO stipulations are quite restrictive, they do allow for access to fluid minerals from adjacent lands and provide for future development of these areas as drilling and development technologies advance, enabling a greater contribution to domestic energy production than would be possible if these areas are unavailable for leasing as presented in Alternative C. Likewise, much of the acreage made unavailable for lease under Alternative C could be leased and developed using the less restrictive controlled surface use and timing limitations identified for the Selected Alternative, providing effective mitigation of impacts while still allowing for leasing and development in response to the purpose and need.

The analysis in the FEIS displays that, under Alternative C, 440 well pads could be developed on existing and future SJNF leases over the next 15 years. This would represent more than a 12 percent reduction in development opportunity when compared to the Selected Alternative. This difference represents a sizeable loss in development potential for a relatively modest additional level of protection of key non-mineral resource uses and values.

**Alternative D** proposes that 72% of the SJNF be available for lease, the most of any alternative. This alternative maximizes the amount of lands available by making nearly all lands available where the USFS retains discretion over mineral availability decisions.  Stipulations are less stringent in this alternative allowing for development that is less constrained.  The emphasis of Alternative D is to maximize development of energy resources while providing the minimal protection needed for maintenance of other values on the SJNF.

I did not choose Alternative D as the Selected Alternative because it would not provide necessary and justifiable levels of protection to key resources and areas by making 59,000 acres available to leasing that would not be available under the Selected Alternative, and by applying reduced levels of protection through special stipulations.  In comparison with the Selected Alternative, Alternative D would not remove certain archeological protection districts and segments of potential wild and scenic rivers from future leasing. The need for protecting these key areas has been established through National Register of Historic Places review and nomination, and through the river analyses summarized in Appendix D of the FEIS.

Specific Resources and areas given lesser levels of protection under Alternative D include municipal watersheds and water supplies; streams, water bodies, riparian areas, and fens; groundwater; certain steep slopes and soil types; special botanical areas and vegetation, such as old growth forests; certain wildlife habitat; important scenic viewsheds; and LRMP Management Area 1 where natural processes are to dominate.

Alternative D provided a valuable comparison to the other alternatives in identifying the least restrictive measures to effectively mitigate the concerns of oil and gas leasing and development, but the analysis demonstrated that the reduced protective measures under Alternative D would not fulfill the stated purpose and need of ensuring that fluid minerals be "…developed and produced in an environmentally sound manner." And, as with Alternative A, the measures identified would not fully address the portion of the key issue or public input requesting the development of lease stipulations to protect key resource values and special areas.

The analysis in the FEIS displays that, under Alternative D, 525 well pads could be developed on existing and future SJNF leases over the next 15 years. This would represent a four percent increase in development opportunity when compared to the Selected Alternative. This difference represents a modest increase in development potential for a substantial reduction in protection of non-mineral resource uses and values.

BLM_0032972

**The No Leasing Alternative** is analyzed per direction in 36 CFR 228.102(c)(2)&(3) which requires the USFS, when considering oil and gas leasing, to analyze an alternative of not leasing lands for oil and gas development. Under the No Leasing Alternative, all lands that are not already withdrawn (1,353,448 acres) would be administratively not available for leasing. Existing leases would not be affected and would continue through their terms.

I did not choose the No Leasing Alternative as the Selected Alternative because it fails to meet the stated purpose and need as it pertains to responding to demand for federal energy minerals, assisting in production of energy resources in support of local and regional economies and helping to secure a stable domestic energy supply. This alternative would only partially address the key issue of "...providing for potential energy development while, at the same time, protecting other resource values" by negating all new leasing and subsequent development of those areas. Under this alternative, only existing federal leases would be available for development on the SJNF. New leasing would be precluded even though no necessary or justifiable rationale exists in a large portion of the area considered. Impacts to non-mineral resource uses and values would be the least under this alternative, but the trade-off would be an 85 percent reduction in development opportunity, as measured by the projected number of projected well pads, when compared to Selected Alternative.

# 3  CHANGES FROM DRAFT TO FINAL

The oil and gas leasing decision contains changes that have occurred since the publication of the Draft LRMP/EIS resulting from public comments, policy changes, and additional studies or other information. All leasing stipulations have been revised to expand on the justification for the stipulation, as well as detailing the circumstances under which exceptions, modifications and waivers would be considered.  In the FEIS a more detailed range of leasing stipulations was analyzed to assist in identifying the least restrictive effective measures to mitigate impacts to resources while ensuring effectiveness of the measures, our ability to implement and require adherence to the measures, and our ability to monitor the effectiveness of the mitigation measures.

Key changes include new stipulations and plan direction to mitigate potential impacts to water resources; e.g., new stipulations were added for municipal watersheds and public water supplies, groundwater, and intermittent and ephemeral streams. Based on the results of the 2010 air quality model completed for the plan revision, air quality standards and guidelines were developed to mitigate potential impacts associated with oil and gas development, in particular to reduce levels of NO2, SO2 and impacts to visibility. A proposed set of air quality mitigation options was disclosed in the Supplement to the Draft EIS (2011) for public comment.  Based on public comments, air quality mitigation measures, and other measures related to oil and gas development, were carried forward as LRMP standards and guidelines that, although not part of this Decision, are an integral part of our management of oil and gas development subsequent to the leasing decisions made here.

In addition to the changes made for water and air quality, many wildlife stipulations were revised to reflect current species status, and to make timing limitations and distance buffers consistent with recommendations of Colorado Parks and Wildlife making use of updated findings.  With regard to cultural, historic, recreation and visual resources, stipulations have been added for high value viewsheds and travel corridors, the Old Spanish Trail, and for Chimney Rock National Monument proclaimed in 2012. And lastly, the Fruitland Formation at the outcrop was made available for lease with a CSU stipulation, in order to be consistent with the 2007 Northern San Juan Basin ROD.

# 4  PUBLIC INVOLVEMENT

This decision represents the efforts and involvement of a broad range of participants, including public agencies, local governments, tribal councils, and private organizations and individuals. The SJNF staff and community participants engaged in dozens of professionally facilitated, well-attended planning

BLM_0032973

events, meetings, study groups, and workshops that focused heavily on issues related to oil and gas development. I want to thank all of those who participated for the thoughtful feedback and constructive ideas we received throughout the public outreach process.

## 4.1  Public Meetings

Community input started with several scoping meetings which led to 21 study group meetings over a period of eight months with more than 450 registered attendees (many of which attended several meetings) and dozens of 'drop-ins' that attended meetings or portions of meetings but chose not to register for the meetings. These meetings, held in Cortez, Durango, and Pagosa Springs, sometimes attracted over 100 participants.  In order to encourage geographically diverse participation, the USFS and BLM hosted the study group meetings in communities such as Norwood, Rico, and Silverton. Oil and gas development was a primary topic at several meetings and was a recurring theme at almost all meetings.

In early 2008, accompanying the release of the Draft LRMP and Draft EIS, and during the comment period, the USFS and BLM held a series of ten public meetings:  three were held in Durango, two in Cortez, two in Pagosa Springs, one in Rico, one in Silverton, and one in South Fork.  A total of roughly 650 people attended these meetings. When the Supplement to the Draft EIS was released in the fall of 2011, additional meetings were held to explain the content and analysis in the Supplement.  Four public meetings were held in Durango, Norwood, Dove Creek, and Cortez.  These are the communities most likely to be impacted by oil and gas development.

## 4.2  Local Governments and Cooperating Agencies

The USFS invited over 30 local governments, tribes, and state and federal agencies to become cooperating agencies for the oil and gas leasing analysis and LRMP revision process. Cooperating agency status provides the opportunity for USFS managers and other government leaders to work together to achieve desired management outcomes. We were pleased when the Town of Rico and Montezuma County formally agreed to be cooperating agencies during the planning process, and the SJNF developed a Memorandum of Understanding with the Town of Rico and Montezuma County outlining the each party's various responsibilities with regard to the process.  The Memorandum of Understanding with Montezuma County expired in 2010, and was not renewed.  I appreciate the information and perspective that the Montezuma Board of County Commissioners and representatives from the Town of Rico have provided throughout the process.

Also noteworthy to our public outreach process was our convening of the Governmental Water Roundtable.  Recognizing the jurisdictional complexity of water resource management and the potential effects of oil and gas development on water resources, the USFS invited local governments, Tribal representatives, Water Conservation Districts, and various State agencies to be part of the Roundtable. A total of 10 Water Roundtable meetings were held between May 2005 and March 2006.  The group tackled various water issues and their input is reflected in the oil and gas leasing analysis. We also worked closely with the Four Corners Air Quality Task Force and the Air Quality Stakeholders Group which included the National Park Service, BLM, Environmental Protection Agency and Colorado Department of Public Health and Environment to develop appropriate mitigation measures for air quality within the LRMP.

## 4.3  Tribal Consultation

The Forest consulted with 26 Native American Indian Tribes affiliated with lands managed by the SJNF and Tres Rios Field Office, and all tribes were invited to be cooperating agencies.  Face-to-face meetings occurred with representatives of most of these 26 Tribes at various times throughout the preparation of the LRMP. As presented in the FEIS, oil and gas leasing and development was one of the issues of most concern to the Tribes.

BLM_0032974

# 5   OTHER FINDINGS

## 5.1   Identification of the Environmentally Preferred Alternative

National Environmental Policy Act (NEPA) regulations require agencies to specify the alternative or alternatives which were considered to be environmentally preferable [40 CFR 1505.2(b)]. USFS policy (FSH 1909.15, Section 05) defines environmentally preferable as, "An alternative that best meets the goals of Section 101 of NEPA. . . . Ordinarily this is the alternative that causes the least damage to the biological and physical environment and best protects, preserves, and enhances historical, cultural, and natural resources."  I find, based upon the laws and regulations guiding National Forest System management, that Alternative B is the environmentally preferred alternative. I base my finding on the following comparison showing how the alternatives address the goals of Section 101 of NEPA:

1. **Fulfill the responsibilities of each generation as trustees of the environment for succeeding generations**

Alternative B, the Selected Alternative, provides for responsible leasing and development of federal oil and gas resources while ensuring the long-term productivity and sustainability of non-mineral resources. The Selected Alternative protects areas such as municipal watersheds, areas of steep slope or fragile soils, and areas identified for special management due to outstanding non-mineral resource values. The Selected Alternative also provides a great level of protection to less obvious resource values such as groundwater to help ensure sustainable resource supplies for future generations.

2. **Assure for all Americans safe, healthful, productive, and aesthetically and culturally pleasing surroundings**

Alternative B, especially when combined with the LRMP plan components affecting oil and gas development, protects resource values such as air quality, water quality, high value scenery, certain cultural areas, and wildlife habitat. In identifying areas available to lease and a suite of stipulations directed at protecting key resource values and landscapes, Alternative B provides for safe, healthful, productive, and aesthetically and culturally pleasing surroundings. Alternative B makes areas available for leasing and development, identifies large areas that will not be available for lease, and incorporates measures to greatly reduce the potential adverse impacts of leasing and subsequent development to other resources and settings.

3. **Attain the widest range of beneficial uses of the environment without degradation, risk to health or safety, or other undesirable and unintended consequences**

Making up to 1,279,811 acres for future leasing using necessary and justifiable mitigation measures reflected in lease stipulations will allow for orderly development of oil and gas resources while reducing risk to health, safety, and the environment. Areas where the potential benefits of leasing and subsequent development would not balance out the potential degradation to the environment or risk to health and safety are not made available for lease or are protected through NSO stipulations. Alternative B makes use of the least restrictive but effective stipulations in other areas to accommodate certain levels of oil and gas leasing and development where the analysis has shown that mitigation will be effective. Monitoring requirements of the LRMP developed in conjunction with this Leasing Availability Analysis, along with the implementation strategy describe under section 6 below, will help to minimize the potential for unintended consequences.

4. **Preserve important historic, cultural, and natural aspects of our national heritage and maintain, wherever possible, an environment, which supports diversity and variety of individual choice**

The SJNF LRMP addressed key issues of balancing a working forest with the maintenance of intact, functioning natural systems and managing special areas such as national heritage sites and wilderness. Alternative B for oil and gas leasing was developed in conjunction with the development and analysis of the LRMP, ensuring that the alternative was consistent with goals of responding to these two issues.

13

BLM_0032975

Certain special areas are unavailable to leasing or are protected through stipulations such as NSO. The carefully coordinated effort of determining leasing availability, while developing an LRMP that responds to public demand for preservation of key areas and providing for diversity in both natural systems and opportunities for human enjoyment of the environment, result in Alternative B directly responding to this factor.

5. **Achieve a balance between population and resource use, which will permit high standards of living and a wide sharing of life's amenities**

Alternative B provides great opportunity for leasing and developing important oil and gas resources, allowing the continuation of high living standards, and opportunities for economic benefits that will further assist in the maintenance of living standards. In doing so, Alternative B also provides for the protection and enhancement of amenity values, such as clean air and water, which also greatly contribute to the quality of life for residents of Southwestern Colorado and many others.

6. **Enhance the quality of renewable resources and approach the maximum attainable recycling of depletable resources**

Alternative B maintains the overall quality of renewable resources on the the SJNF while providing for the orderly development of non-renewable energy resources. Features of the Alternative greatly encourage the careful use and reuse of resources such as water in the development of these resources. Furthermore, the implementation of Alternative B, as discussed under section 6 below, will encourage a careful approach to making more complete use of high quality oil and gas resources before initiating new leasing and development activity, helping to ensure that the environmental trade-offs of new leasing and development are fully understood and balanced against the value of the resources to be extracted.

## 5.2 Findings Required by Other Laws

Numerous laws, regulations, and agency directives require that my decision be consistent with their provisions. My decision is consistent with all relevant laws, regulations and agency policy. The following discussion is intended to provide information on the regulations that apply to areas raised as issues or comments by the public or other agencies.

### Clean Air Act

As discussed in Section 3.12 of the FEIS, ambient air measurements for existing air quality on the SJNF are in compliance with National Ambient Air Quality Standards. Compliance with air quality statues is addressed in the oil and leasing analysis through the LRMP direction in Section 2.12, Air Quality. The Monitoring Plan identifies desired conditions and objectives for reaching those conditions, and indicators for measuring success.

### Clean Water Act

The LRMP, and by extension the oil and gas leasing analysis, contains direction to ensure all projects meet or exceed State Best Management Practices prepared under the guidance of the Clean Water Act. Direction for the protection of water resources is primarily located in Section 2.6, Water Resources, and Section 2.5, Aquatic Ecosystems and Fisheries; guidance in other sections will also serve to improve water resources on the San Juan. As oil and gas leasing and development occur, implementation of the direction in the LRMP is expected to contribute to protecting or restoring the physical, chemical, and biological integrity of waters of the United States in accordance with the Clean Water Act. Monitoring the implementation and effectiveness of water quality improvement projects and water quality protection measures will continue to be a required component to meeting the intent of the Clean Water Act.

### Energy Policy Act of 2005

Development of reliable domestic sources of energy is encouraged under the Energy Policy Act of 2005. The LRMP contains direction to fulfill this purpose including a desired condition that the SJNF "supports the exploration, production, and development of energy and mineral resources in a multiple use context,

BLM_0032976

as is consistent with all applicable laws" (Desired Condition 2.19.1).  As required by Section 363 of the Energy Policy Act of 2005, a Memorandum of Understanding between the BLM and the USFS concerning Oil and Gas Leasing and Operations was established in 2006.  This oil and gas leasing decision fulfills applicable goals of the MOU through coordinating leasing decisions to ensure consistency across administrative boundaries in applicability of lease stipulations.  It is my determination that this decision complies with the purposes and intent of the Energy Policy Act of 2005.

## National Historic Preservation Laws

Since the oil and gas leasing availability decision is a programmatic action and does not authorize specific ground-disturbing or other potentially impacting activities, project level consultation (pursuant to Section 106 of the Act) with the State Historic Preservation Officer is not required. Site-specific projects undertaken in response to direction in the oil and gas leasing decision will fully comply with oil and gas leasing stipulations, LRMP standards and guidelines, as well as the laws and regulations that require consideration of cultural resources.  It is my determination that this decision complies with the National Historic Preservation Act, the Archaeological Resources Protection Act and other statutes that pertain to the protection of cultural resources.

## Endangered Species Act

The FEIS addresses the potential effects of oil and gas leasing and other forest-wide direction  rather than site-specific projects.  Projects developed under the direction of the oil and gas leasing decision, such specific proposal to drill, will require additional NEPA analysis to address effects to federally listed species.   All projects will comply with the Endangered Species Act.  A Biological Assessment, found in Appendix J of the LRMP/FEIS, was prepared to evaluate the potential effects of the LRMP, including the oil and gas leasing decision, on federally listed species and their habitats.  In their letters of August 14, 2013 and August 23, 2013, the U.S. Fish and Wildlife Service concurred with the determinations of effects to species analyzed in the Biological Assessment.

The LRMP and oil and gas leasing decision "may affect, but is not likely adversely affect" the Southwestern willow flycatcher, Uncompahgre fritillary butterfly, Mexican spotted owl, lineage greenback cutthroat trout, Knowlton's cactus, and Pagosa skyrocket and its designated critical habitat.

The LRMP and oil and gas leasing decision "may affect, is likely to adversely affect" Canada Lynx, Bonytail chub, Humpback chub, Razorback sucker and Colorado pikeminnow.

The U.S. Fish and wildlife Service concurred with the management direction set forth in the LRMP and oil and gas leasing decision for these listed species as being adequate to provide protection for the species and in helping to further recovery goals.

## Other Laws and Executive Orders

I find that the selected alternative, Alternative B, is in compliance with the following laws and executive orders, as documented in the FEIS:

- Executive Order for Environmental Justice
- National Forest Management Act of 1976, as amended
- Mineral Leasing Act as amended
- Federal Onshore Oil and Gas Leasing Reform Act
- Mining and Minerals Policy Act
- Executive Order for Protection of Migratory Birds

15

# 6  IMPLEMENTATION

The decision identified in this ROD shall be implemented in the following manner:

1. If no appeal is received, implementation of this decision may occur on, but not before, five business days from the close of the appeal filing period. If an appeal is received, implementation may not occur for 15 days following the date of appeal disposition.

2. In accordance with 36 CFR 228.102(d), the USFS shall notify the BLM as to the leasing decisions that I have made.

3. In implementing the decisions presented in this ROD, the SJNF will employ a strategic approach for orderly leasing and development of oil and gas resources to be applied to federal minerals within the administrative boundary of the forest. This implementation strategy will guide the pace and place of development by focusing leasing in areas within or adjacent to existing oil and gas development and will allow the forest to temporally guide the location of leasing activity to minimize impacts and conflicts with other multiple uses while still allowing extraction of oil and gas resources. This implementation strategy will primarily focus on the portion of the Paradox Basin that falls within the SJNF, but may be extended to other areas within the SJNF as needed to promote orderly leasing and development.

   The first phase of lease offerings following this ROD will focus on federal minerals with the highest potential for oil and gas development, that are adjacent to leased minerals, that contain existing oil and gas-related infrastructure, and lands that have been modified by other management and development activities where additional development would not cause significant new surface impacts. Subsequent phases of leasing will be considered where monitoring data indicate that impacts to resources resulting from the previous phase are within or below the predicted levels and development has occurred on a substantial percentage of the spacing units of lands within the previous phase, or where monitoring data indicate that impacts to resources resulting from the previous phase are within or below the predicted levels and a demonstration has been made that a majority of geologically favorable lands within the previous phase have been developed. The BLM office responsible for processing federal oil and gas lease offerings will be notified of this intended approach to implementing the decisions included in this ROD.

4. In accordance with 36 CFR 228.102(e), this environmental analysis will be reviewed when specific parcels are considered for leasing, and the BLM will be authorized to offer specific lands for lease subject to:

   a. Verifying that oil and gas leasing of specific lands has been adequately addressed in a NEPA document and is consistent with the Forest Plan,

   b. Ensuring that conditions of surface occupancy identified in the NEPA document are included as stipulations in resulting leases, and

   c. Determining that operations could be allowed somewhere on each lease, except where stipulations will prohibit all surface occupancy.

5. If the lands in the parcels do not receive a bid at a sale, they will be available for non-competitive offers for a two-year period.

6. Following lease issuance, a lessee/operator may submit an Application for Permit to Drill (APD) and Surface Use Plan of Operations (SUPO). A lessee/operator may not conduct on-the-ground actions without an approved APD and SUPO. The BLM will forward the APD and the SUPO to the USFS. An environmental analysis will be conducted on the APD and SUPO proposal. The APD and SUPO decisions are not being made in this Record of Decision. The Deciding Officers of that environmental

BLM_0032978

analysis may a) Approve the plan as submitted, b) Approve the plan subject to specific conditions of approval; or c) Disapprove the plan with stated reasons (36 CFR 228.107).

# 7  APPEAL PROCEDURES

This decision on the specification of lands to be made available for oil and gas leasing and authorization of BLM to offer specific lands for lease is subject to the administrative review procedures in 36 CFR 215.

Appeals must meet the content requirements of 36 CFR 215.14. Only individuals or organizations who submitted comments or otherwise expressed interest in the project during the comment period may appeal. Appeals must be postmarked or received by the Appeal Deciding Officer within 45 days of the publication of the legal notice in *The Durango Herald*. This date is the exclusive means for calculating the time to file an appeal. Timeframe information from other sources should not be relied on. Incorporation of documents by reference is not allowed. The Appeal Deciding Officer is the Regional Forester. Appeals must be sent to: Appeal Deciding Officer, Rocky Mountain Region USFS, 740 Simms St. Golden CO 80401; or by fax to 303-275-5134; or by email to: appeals-rocky-mountain-regional-office@fs.fed.us. Emailed appeals must be submitted in rich text (rtf), Word (doc) or portable document format (pdf) and must include the project name in the subject line. Appeals may also be hand delivered to the above address, during regular business hours of 8:00 a.m. to 4:30 p.m. Monday through Friday.

For further information regarding this project and decision please contact Mark Lambert, Staff Officer for Planning and Public Service, at 15 Burnett Court, Durango, CO 81301 or by phone at (970) 385-1240.

September 17, 2013
DATE

MARK W. STILES
Forest Supervisor
San Juan National Forest

17

# San Juan National Forest
## Lands Available For Oil and Gas Leasing





**Legend**

- Lands Closed to Leasing
- Lands Open to Leasing with Special Stipulations
- Lands Open to Leasing with Standard Lease Terms
- San Juan National Forest Boundary
- Tres Rios Field Office Lands
- Cities and Towns
- Major Lakes
- Major Streams and Rivers
- State & Federal Highways

Miles
0   4.5   9   18

COLORADO

*Vicinity Map*

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

MDR
NAD 83, Polyconic Projection
September 9, 2013

BLM_0032980



U.S. Department of Interior
Bureau of Land Management
Colorado Southwest District
Tres Rios Field Office

September 2013



U.S. Department of Agriculture
U.S. Forest Service – Region 2
San Juan National Forest

# Volume I:
# Final Environmental Impact Statement





BLM Tres Rios Field Office
San Juan National Forest
Land and Resource Management Plan



BLM_0032981

BLM_0032982

# FINAL ENVIRONMENTAL IMPACT STATEMENT
## for the
## Final San Juan National Forest
## and Proposed Tres Rios Field Office
## Land and Resource Management Plan

Archuleta, Conejos, Dolores, Hinsdale, La Plata, Mineral, Montezuma,
Montrose, Rio Grande, San Juan, San Miguel Counties, Colorado

| | |
|---|---|
| **Lead Agencies:** | USDA Forest Service<br>USDI Bureau of Land Management |
| **Cooperating Agencies:** | Town of Rico, Colorado |
| **Responsible Officials**: | Helen Hankins, State Director<br>Bureau of Land Management<br>Colorado State Office<br>2850 Youngfield St.<br>Lakewood, CO 80215 |
| | Daniel Jiron, Regional Forester<br>USDA Forest Service, Rocky Mountain Region<br>740 Simms St.<br>Golden, CO 80401 |
| **For Information, Contact:** | Mark B. Lambert<br>Staff Officer, Planning and Public Service<br>(970-385-1240) |
| **Access Document Online:** | http://www.fs.usda.gov/goto/sanjuan/planning<br>or<br>http://www.blm.gov/co/st/en/fo/sjplc/land_use_planning.html |

**Cover Photo:**   The U.S. Forest Service San Juan National Forest and the Bureau of Land Management Tres Rios Field Office manage about 2.5 million acres of public lands in southwest Colorado.  This photograph, taken from the Molas Pass Overlook near Silverton, includes Molas Lake and Kendall Peak, both managed by the Tres Rios Field Office, and high peaks of the San Juan National Forest's portion of the Weminuche wilderness, the largest designated wilderness in Colorado.

BLM_0032983

BLM_0032984

| United States Department of Agriculture | United States Department of the Interior |
|---|---|
| Forest Service | Bureau of Land Management |
| San Juan National Forest | Tres Rios Field Office |
| Durango, CO 81301 | Dolores, CO 81323 |

In Reply Refer To:
BLM: 1610 (CO-933)
USFS: 1920

Dear Reader:

Enclosed is the Final San Juan National Forest and Proposed Tres Rios Field Office Land and Resource Management Plan (together referred to as the LRMP) and Final Environmental Impact Statement (FEIS). The Bureau of Land Management (BLM) and U.S. Forest Service (USFS) have prepared the LRMP and FEIS jointly and in consultation with cooperating agencies, taking into account public comments received during this planning effort. The LRMP provides a framework for the future management direction and appropriate use of lands administered by the Tres Rios Field Office and San Juan National Forest, located in Archuleta, Conejos, Dolores, Hinsdale, La Plata, Mineral, Montezuma, Montrose, Rio Grande, San Juan, and San Miguel counties, Colorado. The document contains land use planning decisions to guide the BLM's management of lands within the Tres Rios Field Office and USFS's management of the San Juan National Forest.

This LRMP and FEIS have been developed in accordance with the National Environmental Policy Act of 1969, as amended; the Federal Land Policy and Management Act of 1976, as amended; and the National Forest Management Act of 1976, as amended. For the BLM, the LRMP is largely based on Alternative B, the Preferred Alternative in the Draft LRMP and Environmental Impact Statement (EIS), which was released on December 14, 2007, and further analyzed through a Supplement to the Draft EIS that was released on August 26, 2011. The LRMP and FEIS contain the BLM's proposed plan. For the USFS, the LRMP is largely based on Alternative B, the Preferred Alternative in the Draft LRMP/EIS, and further analyzed through the Supplement to the Draft EIS. The LRMP and FEIS contain the USFS's selected alternative (also referred to as the Final LRMP). The LRMP/FEIS contains a summary of changes made between the Draft LRMP/EIS and the enclosed LRMP/FEIS, impacts of the LRMP, a summary of the written and verbal comments received during the public review periods, and responses to the comments.

**Administrative Review Process**
Both the BLM and the USFS have an administrative review process. For those with eligibility to participate in the agency-specific administrative review process, each process is described below. When filing a BLM protest or USFS appeal, please be sure to address agency-specific issues with the relevant agency (e.g., issues only relating to the USFS or the San Juan National Forest will not be addressed through a BLM protest response—the same goes for BLM-specific issues received through an appeal to the USFS). Refer to the contact information at the end of this letter if you have questions about filing properly.

| United States Department of Agriculture | United States Department of the Interior |
|---|---|
| Forest Service | Bureau of Land Management |
| San Juan National Forest | Tres Rios Field Office |
| Durango, CO 81301 | Dolores, CO 81323 |

## Bureau of Land Management Protest Process

Pursuant to the BLM's planning regulations at 43 CFR 1610.5-2, any person who participated in the planning process for this LRMP and has an interest that is or may be adversely affected by the planning decisions may protest approval of the planning decisions within 30 days from date the U.S. Environmental Protection Agency (EPA) publishes the Notice of Availability in the *Federal Register.* For further information on filing a protest, please see the accompanying protest regulations in the pages that follow (labeled as Attachment # 1). The regulations specify the required elements of your protest. Take care to document all relevant facts. As much as possible, reference or cite the planning documents or available planning records (e.g., meeting minutes or summaries, correspondence, etc.).

Emailed protests will not be accepted as valid protests unless the protesting party also provides the original letter by either regular or overnight mail postmarked by the close of the protest period. Under these conditions, the BLM will consider the emailed protest as an advance copy and will afford it full consideration. If you wish to provide the BLM with such advance notification, please direct emailed protests to Brenda_Hudgens-Williams@blm.gov.

All protests, including the follow-up letter to emails must be in writing and mailed to one of the following addresses:

| **Regular Mail:** | **Overnight Mail:** |
|---|---|
| Director (210) | Director (210) |
| Attn: Brenda Hudgens-Williams | Attn: Brenda Hudgens-Williams |
| P.O. Box 71383 | 20 M Street SE, Room 2134LM |
| Washington, D.C. 20024-1383 | Washington, D.C. 20003 |

Before including your address, phone number, email address, or other personal identifying information in your protest, be advised that your entire protest—including your personal identifying information—may be made publicly available at any time. While you can ask us in your protest to withhold from public review your personal identifying information, we cannot guarantee that we will be able to do so.

The BLM Director will make every attempt to promptly render a decision on each protest. The decision will be in writing and will be sent to the protesting party by certified mail, return receipt requested. The decision of the BLM Director shall be the final decision of the U.S. Department of the Interior on each protest. Responses to protest issues will be compiled and formalized in a Director's Protest Resolution Report made available following issuance of the decisions.

Upon resolution of all land use plan protests, the BLM will issue an approved LRMP and Record of Decision (ROD). The approved LRMP and ROD will be mailed or made available electronically to all who participated in the planning process and will be available to all parties on the BLM website http://www.blm.gov/planning.

| United States Department of Agriculture | United States Department of the Interior |
|---|---|
| Forest Service | Bureau of Land Management |
| San Juan National Forest | Tres Rios Field Office |
| Durango, CO 81301 | Dolores, CO 81323 |

Unlike land use planning decisions, implementation decisions included in this LRMP/FEIS are not subject to protest under the BLM planning regulations, but are subject to an administrative review process, through appeals to the Office of Hearings and Appeals, Interior Board of Land Appeals pursuant to 43 CFR, Part 4 Subpart E. Implementation decisions generally constitute the BLM's final approval allowing on-the-ground actions to proceed. Where implementation decisions are made as part of the land use planning process, they are still subject to the appeals process or other administrative review as prescribed by specific resource program regulations once the BLM resolves the protests to land use planning decisions and issues an approved LRMP and ROD. The approved LRMP and ROD will therefore identify the implementation decisions made in the LRMP that may be appealed to the Office of Hearing and Appeals.

## U.S. Forest Service Appeal Process

There are two USFS decisions being made: 1) a decision on a Final LRMP and 2) a final decision on oil and gas leasing availability. Each decision has a separate appeal process.

***Final LRMP Decision***: The LRMP decision is in accordance with the transition provisions of the current USFS planning regulations (36 CFR 219.17(b)(3)) that permit use of a previous 1982 version for the purpose of revising the LRMP. Under the transition provisions, the LRMP decision is subject to appeal under the "optional appeal procedures" (the former 36 CFR 217 appeal procedures that were in effect prior to November 9, 2000) available for review at:
http://www.fs.fed.us/emc/applit/includes/PlanAppealProceduresDuringTransition.pdf

Appeals may be submitted electronically or mailed to the Chief of the Forest Service. Appeals should be emailed or postmarked within 90 days after the date the legal notice of this decision is published in the newspaper of record, *The Denver Post*. The appeal must clearly state that it is a Notice of Appeal of the San Juan National Forest LRMP decision pursuant to the Optional Appeal Procedures. Appeals must meet the content requirements of Section 9 of the Optional Appeal Procedures.

Appeals may be mailed electronically in a common digital format to:
appeals-chief@fs.fed.us. A written notice of appeal must be filed in duplicate with the Chief of the Forest Service at:

> USDA Forest Service
> Attn: Judicial and Administrative Reviews
> EMC, RPC-6
> 1601 N. Kent St.
> Arlington, VA 22209

| United States Department of Agriculture | United States Department of the Interior |
|---|---|
| Forest Service | Bureau of Land Management |
| San Juan National Forest | Tres Rios Field Office |
| Durango, CO 81301 | Dolores, CO 81323 |

Requests to stay the approval of this revised San Juan National Forest LRMP will not be granted (Section 10 of the Optional Appeal Procedures). For additional information concerning this decision or the USFS appeal process contact: Forest Supervisor, San Juan National Forest, 15 Burnett Court, Durango, CO 81301 or phone (970) 385-1290.

***Final Oil and Gas Leasing Availability Decision***: The separate USFS oil and gas leasing availability decision is being made pursuant to 36 CFR 215. Appeals must meet the content requirements of 36 CFR 215.14. Only individuals or organizations who submitted comments or otherwise expressed interest in the project during the comment period may appeal. Appeals must be postmarked or received by the Appeal Deciding Officer within 45 days of the publication of the notice in *The Durango Herald*. This date is the exclusive means for calculating the time to file an appeal. Timeframe information from other sources should not be relied on. Incorporation of documents by reference is not allowed. The Appeal Deciding Officer is the Regional Forester. Appeals must be sent to: Appeal Deciding Officer, Rocky Mountain Region USFS, 740 Simms St., Golden, CO 80401; by fax to 303-275-5134; or by email to appeals-rocky-mountain-regional-office@fs.fed.us. Emailed appeals must be submitted in rich text (.rtf), MS Word (.doc), or portable document format (.pdf) and must include the project name in the subject line. Appeals may also be hand delivered to the above address during regular business hours of 8:00 a.m. to 4:30 p.m. Monday through Friday.

If you have any questions, please contact Mark Lambert, Planning Staff Officer, at 15 Burnett Court, Durango, CO 81301 or by phone at (970) 385-1240.

Sincerely,

DANIEL J. JIRON
Regional Forester, Rocky Mountain Region
U.S. Forest Service

HELEN M. HANKINS
Colorado State Director,
Bureau of Land Management

Enclosure

**Protest Regulations**

[CITE: 43CFR1610.5-2]

TITLE 43--PUBLIC LANDS: INTERIOR
CHAPTER II--BUREAU OF LAND MANAGEMENT, DEPARTMENT OF THE INTERIOR
PART 1600--PLANNING, PROGRAMMING, BUDGETING--Table of Contents
Subpart 1610--Resource Management Planning
Sec. 1610.5-2      Protest procedures.

(a) Any person who participated in the planning process and has an interest which is or may be adversely affected by the approval or amendment of a resource management plan may protest such approval or amendment. A protest may raise only those issues which were submitted for the record during the planning process.

(1) The protest shall be in writing and shall be filed with the Director. The protest shall be filed within 30 days of the date the Environmental Protection Agency published the notice of receipt of the final environmental impact statement containing the plan or amendment in the Federal Register. For an amendment not requiring the preparation of an environmental impact statement, the protest shall be filed within 30 days of the publication of the notice of its effective date.

(2) The protest shall contain:

    (i)    The name, mailing address, telephone number and interest of the person filing the protest;

    (ii)    A statement of the issue or issues being protested;

    (iii)    A statement of the part or parts of the plan or amendment being protested;

    (iv)    A copy of all documents addressing the issue or issues that were submitted during the planning process by the protesting party or an indication of the date the issue or issues were discussed for the record; and

    (v)    A concise statement explaining why the State Director's decision is believed to be wrong.

(3) The Director shall promptly render a decision on the protest.

(b) The decision shall be in writing and shall set forth the reasons for the decision. The decision shall be sent to the protesting party by certified mail, return receipt requested. The decision of the Director shall be the final decision of the Department of the Interior.

BLM_0032990

# Executive Summary

## Introduction

In accordance with the National Environmental Policy Act of 1969 (NEPA) (42 United States Code [USC] 4321 et seq.), the Forest and Rangeland Renewable Resources Planning Act of 1974, as amended by the National Forest Management Act of 1976, (NFMA) (Sec. 6, 16 USC 1600.), and the Federal Land Policy and Management Act of 1976 (FLPMA) (43 USC 1701 et seq.), the Bureau of Land Management (BLM) and the U.S. Forest Service (USFS), in cooperation under a "Service First" partnership, have prepared a Final San Juan National Forest and Proposed Tres Rios Field Office Land and Resource Management Plan (LRMP) and Final Environmental Impact Statement (FEIS) for the public lands in southwest Colorado within their respective jurisdictions.

The purpose, or goal, in developing this LRMP and FEIS is to ensure that National Forest Service (NFS) and BLM-administered lands, resources, and mineral estate are managed in accordance with applicable laws, as well as with the principles of multiple use and sustained yield. The public lands in this administrative area, although under the care and management of the USFS and the BLM, belong to the American people; thus, it is the overriding goal of these agencies to actively seek out, engage, and include the public, and all other interested parties, in this planning process—a process that could shape how visitors perceive, experience, use, and enjoy their public lands.

## The Planning Area

The planning area is located in southwest Colorado in Archuleta, Conejos, Dolores, Hinsdale, La Plata, Mineral, Montezuma, Montrose, Rio Grande, San Juan, and San Miguel Counties. The western border of the planning area is the Utah/Colorado state line. The southern border of the planning area is the New Mexico/Colorado state line. The eastern border is the Continental Divide. The northern border is the administrative boundaries of the Rio Grande, Gunnison, Grand Mesa, and Uncompahgre National Forests, and the BLM Uncompahgre and Gunnison Field Offices. This LRMP provides a framework to guide future management decisions on approximately 1,867,800 acres of the San Juan National Forest (SJNF), administered by the USFS, and approximately 500,000 surface acres and 300,000 acres of subsurface mineral estate administered by the BLM.

## The Existing Bureau of Land Management/U.S. Forest Service Land Management Plans

The SJNF is currently being managed under the following land use plans:

***The San Juan/San Miguel Resource Management Plan (BLM 1985):*** The current San Juan/San Miguel Resource Management Plan provides management direction for lands within the Tres Rios Field Office (TRFO), with the exception of those lands within the Canyons of the Ancients National Monument, which are managed under the Canyons of the Ancients Resource Management Plan (BLM 2010a).

***The San Juan National Forest Land and Resource Management Plan (USFS 1983)***: The current San Juan National Forest Land and Resource Management Plan was approved in 1983, with a major amendment in 1992 and 22 additional amendments. The LRMP and FEIS have been prepared using the provisions of the 1982 planning rule (36 Code of Federal Regulations [CFR] 219), as provided by the 2004 interpretative rule that clarified the transition provisions of the planning rule adopted on November 9, 2000. The current 1983 plan provides direction for the SJNF including its three Ranger Districts: Dolores, Columbine, and Pagosa.

BLM_0032991

SJNF lands are currently managed for oil and gas leasing under the analysis and decision for the 1983 San Juan National Forest Land and Resource Management Plan. Under that plan, 1,367,769 acres were open for leasing, mostly under standard lease terms. Approximately 95,500 acres are currently leased.

## Management Alternative Goals and Objectives

Four land management alternatives, and their associated environmental impacts and related issues, are described and analyzed in this document. Additionally, oil and gas leasing availability alternatives for NFS lands, including the No Lease Alternative, are described and analyzed. The alternatives reflect a reasonable range of potential management actions, based on the Analysis of the Management Situation; federal, state, local, and other governmental agency input and consultation; Native American tribal agency input and consultation; and public scoping. The  alternatives in LRMP and FEIS seek to fully address the changing needs of the planning area, with the goal of selecting a management strategy that best achieves an effective combination of management actions, including one that:

- Addresses all of the BLM-administered lands and NFS lands and resources administered by the SJNF and TRFO (exclusive of Canyons of the Ancients National Monument);
- Employs a community-based planning approach that complies with all applicable local, state, federal, and Native American tribal laws, standards, policies, and implementation plans, as well as with all BLM and USFS polices, guidelines, and regulations;
- Recognizes all valid existing rights;
- Complies with FLPMA, the NFMA, NEPA, and all other applicable laws, rules, regulations, standards, policies, and guidelines;
- Coordinates and consults with Native American tribes in order to identify sites, areas, and/or objects important to their cultural and religious heritages;
- Identifies management actions and allowable uses anticipated to achieve the established goals and objectives, and to reach the desired outcomes;
- Provides comprehensive management direction by serving as a basis for land use decisions for all appropriate resources and resource uses administered by the SJNF and TRFO;
- Establishes goals and objectives (desired outcomes) for managing resources and resource values according to the principles of multiple use and sustained yield;
- Identifies land use planning decisions that will serve to guide future land management actions and subsequent site-specific implementation decisions;
- Considers current scientific information, research, new technologies, and the results of relevant resource assessments, monitoring, and coordination;
- Considers current and potential future uses of the public lands and resources administered by the SJNF and TRFO through the development of reasonable foreseeable future developments and activity scenarios based on historical, existing, and projected levels of use;
- Recognizes the nation's needs for domestic sources of minerals, food, timber, and fiber, and incorporates the requirements of the Energy Policy and Conservation Act Reauthorization, the Energy Policy Act, the National Fire Plan, the Healthy Forests Restoration Act, and the Healthy Forests Initiative;
- Retains flexibility so that the USFS and BLM can adapt to new and emerging issues and opportunities, and provide for adjustments to decisions over time, based on new information and monitoring; and
- Strives to be compatible with existing plans and policies of adjacent local, state, federal, and Native American tribal agencies, consistent with federal laws, regulations, and BLM and USFS policy.

BLM_0032992

## San Juan National Forest Oil and Gas Leasing

A separate planning-related action analyzed in this FEIS is the identification of SJNF lands that would be administratively available for oil and gas leasing, along with designation of lease stipulations to be applied to future leases (36 CFR 228.102(c) and (d)).  BLM makes decisions regarding leasing availability within its plan decisions.

The oil and gas leasing availability decision consists of identifying those areas of NFS lands that would be:

- Open to leasing, subject to the terms and conditions of the standard oil and gas lease form (including an explanation of the typical standards and objectives to be enforced under the standard lease terms);
- Open to leasing, subject to lease stipulations, such as prohibiting surface use on areas larger than 40 acres, or such other standards that may be developed for stipulation use (with discussion as to why the constraints are necessary and justifiable); or
- Closed to leasing, with distinction made between those areas that are closed through exercise of management direction and those closed by law or regulation.

## Public Involvement

NEPA requires that federal agencies hold an open and early process for determining the scope of issues to be addressed in order to identify the significant issues that could be associated with the Proposed Action. The term "scope" is defined as the range of actions, alternatives, and impacts to be considered during NEPA analysis.

On September 23, 1999, a Notice of Intent to revise the USFS Land Management Plan for the San Juan National Forest was published in the Federal Register. On December 14, 2004, a second Notice of Intent was published, updating timelines and informing all interested parties that the BLM Resource Management Plan would be revised concurrently.

The SJNF and TRFO conducted a broad community-based public scoping process. This scoping process included the following opportunities for public participation:

- Study groups
- Public meetings
- Facilitated discussion groups
- Recreation interviews
- Aspen workshop
- Written comments

Cooperating agency status was offered to approximately 30 federal and state agencies, and cities and county governments. In addition to offering cooperating agency status, local city, town, and county governments were encouraged to attend study groups, attend public meetings, and provide comments.  The two tribes with adjacency to the SJNF were invited to be cooperators: Southern Ute Indian Tribe and Ute Mountain Ute Tribe.  The 26 tribes affiliated with the SJNF and TRFO were also informed and provided opportunities to participate in the revision process.

The main topic areas addressed in this FEIS were identified based on input from interagency consultation, other federal agencies, state and local government, tribes, cooperating agencies, internal review, the public, industry representatives, and special interest groups. The issues represent the challenges that exist with current management, BLM and USFS plans, and USFS oil and gas leasing availability decision. The SJNF and TRFO have documented each of the issues in a scoping

BLM_0032993

report and identified the following main planning issues that were analyzed and documented in the FEIS.

## Issues

Planning issues identify demands, concerns, and/or conflicts regarding the use or management of public lands and resources. These issues typically express potential impacts on land and on resource values. The main topic areas addressed in the LRMP/FEIS were identified based on input from interagency consultation, state government, cooperating agencies, internal review, and input from the public, industry representatives, and special interest groups. The public scoping process included invitations to interested parties to comment on, and contribute input with regard to, the planning process.

Four main issues drove the development of alternatives for the LRMP/FEIS. The alternatives reflect where people had notably different ideas about how to manage and/or use different areas administered by the TRFO and SJNF. These different ideas came from the community study groups, web-based interaction, scoping meetings, written comments, and other scoping activities. These issues include the following:

- ***Issue One - Balancing Management between the Ideas of Maintaining "Working Forests and Rangelands" and Retaining "Core Undeveloped Lands"***

When people discussed maintaining a "working forest," the emphasis included respecting valid and existing rights to resources, retaining access and commodity production activities that are important to the economy of local communities, and continuing historical uses in areas where access and infrastructure investments have already been made.

The desires expressed by the people who discussed retaining "core undeveloped areas" included retaining areas that have not been developed in order to provide high-quality wildlife habitat and corridors, minimize ecosystem fragmentation, and support natural ecosystem functions.

- ***Issue 2:  Providing Recreation and Travel Management within a Sustainable Ecological Framework***

Discussions at community meetings often included the need to find a balance between the way long-time residents, new arrivals, and visitors use the public lands. There was also much discussion on achieving a balance between areas where motorized recreation would be allowed and where non-motorized forms of travel and recreation would dominate.  Opinions were divided on the appropriate mix of different types of recreation settings and opportunities that should be provided on public lands.

- ***Issue 3:  Management of Special Area Designations and Unique Landscapes***

A number of unique and special areas were identified during the scoping process as meriting special attention. The importance of maintaining scenic views and recreation opportunities along important travel routes, such as along the San Juan Skyway, the Alpine Loop Backcountry Byway, the Continental Divide Trail, and the Colorado Trail, were common to all interests and area represented across the alternatives. Suitability of roadless areas of the SJNF for inclusion in the National Wilderness Preservation System and the suitability of rivers and streams on both SJNF and TRFO lands for inclusion in the National Wild and Scenic Rivers System are examined and analyzed in alternatives.

BLM_0032994

- ***Issue 4: Management of Oil and Gas Leasing and Development***

People expressed concerns regarding both where and how development might occur. Community participants noted that LRMP decisions and oil and gas leasing availability decisions need to be coordinated so that the infrastructure needs (roads, well pads, and pipelines) for oil and gas development are compatible with desired conditions for specific areas of land. Comments mostly related to whether new road construction should occur in areas that are currently undeveloped.

The Draft Environmental Impact Statement (EIS) was published and made available to the public for comments in December 2007. During the 120-day comment period, there were over 18,000 letters received.  Due, in part, to the comments and interest received on the Draft EIS, the Reasonably Foreseeable Development (RFD) scenario was revised to include development projections from the Gothic Shale Gas Play and a new air quality model was completed based on the updated development projections. The results were documented in a Supplement to the Draft EIS published August 26, 2011. An additional 90 days was provided for the public to comment of the new information and there were four open house meetings located in cities across the planning area.  All comments and a response to comments are contained in the project record and summarized in Appendix S.

## Alternatives

**Alternative A** represents the continuation of current management direction under the existing BLM and USFS land management plans: the BLM's San Juan/San Miguel Resource Management Plan (1985) and the San Juan National Forest Land and Resource Management Plan (1983), both as amended. Alternative A meets the NEPA requirements that a No Action Alternative be considered (40 CFR 1502.14). "No Action" means that the alternative reflects the implementation of existing management goals, objectives, and management practices based on the existing land use plans. Alternative A also serves as the baseline for comparing and contrasting the impacts of the other alternatives. Alternative A is based on reasonably foreseeable actions, existing planning decisions and policies, and existing land use allocations and programs.

**Alternative B (Preferred Alternative)** focuses on balancing the goals of maintaining "working forest and rangelands" and of retaining "core, undeveloped lands" and providing and maintain the full diversity of uses and active recreation opportunities.  Uses and activities that require roads, such as timber harvesting and oil and gas development, would be mostly focused in areas that already have roads, while the relatively undeveloped areas and areas that currently do not have roads would, for the most part, remain that way. Alternative B was developed to respond to the major issues while providing for common ground among conflicting opinions and multiple uses of public lands in a sustainable fashion.  Alternative B also incorporates the goals of the USFS's Strategic Plan (36 CFR 219.12(f)(6)) and the Department of the Interior's Strategic Plan. The Responsible Officials, the Regional Forester for NFS lands and the State Director for BLM lands, have identified Alternative B as the Preferred Alternative in this FEIS.

**Alternative C** provides for a mix of multiple-use activities with a primary emphasis on maintaining the undeveloped character of the planning area. Production of goods from vegetation management would continue, but might be secondary to other non-commodity objectives. Under Alternative C, production of goods and services would be more constrained than that proposed under Alternatives A, B, and D. Alternative C identifies more resources and areas for special designation than the other alternatives and overall emphasizes the undeveloped areas and non-motorized recreational activities to a greater degree than any of the other alternatives.

BLM_0032995

**Alternative D** provides for a mix of multiple-use activities, with a primary emphasis on the "working forest and rangelands" in order to produce a higher level of commodity goods and services when compared to the other alternatives. Alternative D allocates the least amount of land for special designation. Under Alternative D production of goods and services would be greater than that proposed under Alternatives B and C.

## Affected Environment and Environmental Consequences

This FEIS is a programmatic document. It discusses environmental effects on a broad scale and does not predict what will happen when such broad-based standards and guidelines are implemented on individual, site-specific projects, nor does it convey the long-term environmental consequences of any site-specific project. The analysis includes potential effects of managing the lands within the SJNF and TRFO under certain standards, guidelines, and management area prescriptions and does not include site-specific project analysis. In addition to the land use planning analysis, the SJNF is analyzing the programmatic effects of NFS lands that would be administratively available for oil and gas leasing.

The affected environment has been identified as the NFS and BLM-administered public lands (excluding the Canyons of the Ancients National Monument) and the applicable resources within the SJNF and TRFO.

The direct, indirect, and cumulative effects of the Proposed Action and each of the alternatives have been disclosed in the programmatic analysis contained in Chapter 3 of the FEIS. The alternatives represent variations in management emphasis; for example, one alternative may emphasize outputs and opportunities for development, while another may emphasize protection of specific resources or conditions. The effects of the different alternatives would vary depending on the resource being affected.

The resources considered and analyzed were organized into the following categories.

**Terrestrial Ecosystems**
Several ecosystem types have been identified and considered in the analysis: spruce-fir forests, aspen forests, cool-moist mixed conifer forests, warm-dry mixed conifer forests, ponderosa pine forests, pinyon-juniper woodlands, mountain shrublands, mountain grasslands, sagebrush shrublands, semi-desert shrublands, and alpine terrestrial ecosystems.

**Terrestrial Wildlife**
Terrestrial wildlife has been divided into five main species/habitat types: amphibians and reptiles; migratory birds; mammals; threatened, endangered, candidate, and proposed species and habitat (as identified pursuant to the Endangered Species Act); and sensitive species.

**Riparian Areas and Wetland Ecosystems**
The common definition used throughout the planning process for riparian areas is an area seasonally saturated or inundated at a frequency and duration sufficient to produce vegetation typically adapted for life in saturated soil conditions. It is also the transitional area between permanently saturated wetlands and upland areas often referred to as a riparian area. Riparian areas and wetland ecosystems are important because they store water, enhance water quality, provide habitat for wildlife and plants, and provide recreation and aesthetic values. Although they are small in extent (it is estimated they comprise less than 5% of the SJNF and TRFO land area), they represent a very important ecological component of the SJNF and TRFO.

BLM_0032996

**Aquatic Ecosystems and Fisheries**

The waters of the planning area support a variety of ecosystems. In southwest Colorado, these aquatic communities and ecosystems can be found at many different elevations and within many different habitats. In general, the most common aquatic biota within the planning area can be categorized as fishes, aquatic plants, aquatic insects, and the embryonic and larval stages of amphibian.

**Water Resources**

The importance of water protection was evident in the wording of the Organic Act of 1897, the legislation that founded the USFS, which stated that "no public forest reservation shall be established, except to improve and protect the forest within the reservation, or for the purpose of securing favorable conditions of water flows." Public lands within the planning area, especially NFS lands, contain a large and important source of clean water for this nation. Watersheds throughout the planning area, as administered by both agencies, provide a multitude of benefits, including for aquatic and riparian habitat, municipal water supplies, flood reduction, low-flow augmentation, and recreation opportunities, as well as for providing a continuous supply of clean water for many additional uses.

**Livestock and Range Management**

Domestic livestock grazing has occurred on public lands within the planning area since the late 1870s. The livestock industry, comprising mostly ranching families, has been an integral part of community development, as well as overall lifestyle, in southwest Colorado. Public lands supply winter, spring, and summer grazing for dependent livestock producers and represent a significant portion of their total operations. Generally, term grazing permits are issued for 10 years to qualified producers, allowing grazing on designated areas, or allotments. Permit holders or grazing permittees pay an annual fee for the privilege of using public land forage. They are also required to abide by the terms and conditions of the grazing permit. These terms and conditions address livestock and land ownership, range improvement construction and maintenance, and required livestock management practices.

**Invasive Species**

Invasive species (noxious plants and aquatic nuisance species) can impact water quality, wildlife habitat, fisheries, forage production, and soil productivity. Invasive species can also displace native species. Noxious weeds and other invasive plant species establish as a result of ground disturbance and where a seed source is present. Weeds are introduced and spread in many ways, including by people, wildlife, vehicles, wind, water, and fire). The LRMP contains desired conditions, objectives, standards, and guidelines necessary to implement an integrated invasive species management program.  Invasive species move across jurisdictional boundaries and property lines; therefore, implementation of the LRMP would involve close coordination and partnerships with local, state, tribal, and federal agencies, as well as with interested organizations and individuals.

**Timber and Other Forest Products**

Identification of lands suitable for timber production is one of the key elements of forest plans and delineates where timber production may occur on forest lands. Timber harvests may also occur on other lands. "Other lands" is a classification regarding lands where commercial timber production is not compatible with desired conditions and objectives, but that are physically capable and administratively available for purposes other than the production of wood fiber (including hazardous fuels reduction, ecosystem restoration, visuals, scenic vistas habitat improvement, or other purposes).  Lands not suitable for timber harvest, due to various physical and administrative factors, (including slope, soil characteristics, productivity, and/or administrative withdrawals) are also identified within the LRMP.

BLM_0032997

Multiple scales are considered in timber management on NFS lands. The current conditions and future trends in relation to timber resources and harvesting activity on SJNF lands were evaluated at the forest and geographic area scale.

Special forest products are products or natural resources that are not the traditional timber and fiber products, like sawtimber or houselogs. Special forest products are permitted (or contracted) for removal from public lands (USFS or BLM) for commercial, personal, Native American tribal, educational, and/or scientific purposes (Forest Service Handbook 2409.18_80-2002).

**Insects and Disease**
Insects and diseases (which tend to be species-specific and often attack plants that have been weakened by other disturbances such as drought) affect tree growth, fire potential, nutrient cycling, and the composition and structure of vegetation communities (Schmid and Mata 1996). At endemic levels, native insects have little impact on forest structure. At epidemic levels, insects can cause tree mortality across whole landscapes. Diseases, which often weaken trees, making them more susceptible to bark beetle attack, generally increase gradually or remain at similar levels over time. Defoliators, such as western spruce budworm (*Choristoneura occidentalis*) can cause substantial damage when favorable moisture and stand conditions result in abundant host habitat.

**Fire and Fuels Management**
Over the past 10 years, the national emphasis on fire and fuels management has increased as a result of large fires, droughts, increasing forest health concerns, and impacts on communities. New policies and laws incorporated in the LRMP alternatives would provide direction to manage wildfires more effectively, reduce hazardous fuels (especially in wildland urban interface areas), restore and maintain fire-dependent ecosystems, and promote collaboration with local communities in order to address wildfire-related issues.

**Air Quality**
Under FLPMA and the Clean Air Act, the BLM and USFS cannot conduct or authorize any activity that does not conform to all applicable local, county, state, Native American tribal, and other federal air quality laws, statutes, regulations, standards, and implementation plans. Therefore, an air quality effects analysis based on atmospheric dispersion modeling was conducted to analyze potential air quality impacts.

In comparison to oil and gas drilling and production, other management actions on the SJNF considered throughout this analysis are expected to result in minor and/or short duration impacts to air quality. Potential smoke impacts associated with fuels treatments would be analyzed at the project level. Prescribed burning must comply with all applicable air quality standards and with burn permits issued by the State of Colorado. The modeled impacts in the analysis assess the maximum reasonable scenario for oil and gas development over a 15-year period as characterized in the RFD scenario.

**Access and Travel Management**
Travel is associated with many of the activities that take place within the planning area. Both motorized and non-motorized access are important for providing outdoor recreation, managing wildfire, managing livestock and wildlife, developing natural resources (including timber and minerals), gathering fuel wood, accessing private in-holdings, maintaining electronic sites and utility corridors, and managing and monitoring the planning area.

The Access and Travel Management section of this document provides information about the SJNF and TRFO transportation systems. It includes a description of the management framework relevant to

each agency, a description of the current transportation system and corresponding issues and describes how aspects of the LRMP will aid in addressing the known issues. Finally, it provides an analysis of the direct, indirect, and cumulative impacts related to each of the alternatives as they relate to access and travel management and its interaction with several key public lands ongoing management activities.

## Recreation

Population growth, new recreation technology, and community interest have increased the focus on management of outdoor recreation settings and opportunities. Strategies incorporated into the various LRMP alternatives aim to maintain and enhance desirable recreation settings, integrate recreation with other resource objectives, provide for sustainable recreation experiences, and promote collaboration with local and regional partners in order to achieve recreation objectives.

## Scenery and Visual Resource Management

Private development and population continue to increase within the planning area, as do the demands on area resources.  Concerns about retention of the area's outstanding scenic quality are at the forefront of public interest within the planning area. Visitors and residents alike place a high value on the protection of intact natural and cultural landscapes. The economic and lifestyle benefits of high-quality scenery are primary contributors to the wealth of the region.

## Heritage and Cultural Resources

The planning area is situated in the heart of an area with a long and rich prehistoric and historic record. Native American occupation of the area dates back approximately 10,000 years. The archaeological record contains some of the earliest agricultural societies in the region. The historic period brought Spanish and Euro-American explorers, trappers, miners, and settlers into the region. This long record of human occupation has left one of the highest densities of prehistoric and historic heritage and cultural resources to be found in the United States. These sites have national, international, and Native American tribal significance.

Heritage and cultural resources are non-renewable resources that include historic and prehistoric artifacts, structures, sites, districts, and archival materials important for their scientific, educational, economic, and social values. Throughout the region advanced archaeological and historical research is an ongoing endeavor.  There is a great public interest in visitation to heritage and cultural resources. This visitation is an integral part of the region's economy. Twenty-six Native American tribes and pueblos claim cultural affiliation with heritage and cultural resources located within the planning area.

## Paleontological Resources

The term "paleontological resource" means any fossilized remains, traces, or imprints of organisms preserved in or on the earth's crust that are of paleontological interest and that provide information about the history of life on earth, except that the term does not include:

1. Any materials associated with an archaeological resource (as defined in section 3(1) of the Archaeological Resources Protection Act of 1979 (16 USC 470bb(1)); or

2. Any cultural item (as defined in Section 2 of the Native American Graves Protection and Repatriation Act [25 U.S.C. 3001]).

Fossils convey the story of history of life on earth, including the evolution and extinction of marine, freshwater, and terrestrial organisms.

BLM_0032999

Paleontological (fossil) resources are natural resources that occur on public lands; therefore, they are managed in accordance with the requirements of federal laws, primarily the Paleontological Resources Preservation Act of 2009 and the and NEPA.  These laws apply similarly to both BLM and NFS lands, although FLPMA is also applicable to BLM lands. Additional requirements for the collection, preservation, and protection of paleontological resources on applicable federal lands will be addressed in forthcoming federal regulations currently being promulgated

## Lands and Special Uses

Special use permits, right-of-way grants, easements, and leases authorize the occupancy and use of BLM and NFS lands by government agencies, private individuals, or companies for a variety of activities, including roads, dams, pipelines, and other private or commercial uses that cannot be accommodated on private land. Annually, the SJNF and TRFO administer more than 1,000 non-recreational land use authorizations.

The land use permit program also authorizes the occupancy of public lands for pipelines, communication lines, power transmission lines, and communication sites. In order to minimize disturbance, agency policy is to collocate such uses where feasible. Utility corridors are formally designated in order to provide for such use. On SJNF lands, corridor management must comply with the objectives of the management areas crossed by these corridors, unless a specific exception is identified. TRFO lands are generally available for consideration of these uses at the project-planning level, except where restricted by area-specific direction or within exclusion areas.  Where pipeline, electric distribution line, and/or communication system line use cannot be collocated, individual authorizations are issued.

## Minerals and Energy: Fluid Minerals

Oil and gas (natural gas and carbon dioxide) are defined as leasable minerals under federal law and regulation. The BLM has jurisdiction over management of federal oil and gas resources underlying both BLM and NFS lands, as well as those underlying non-federal surface (split estate) lands within the planning area. The BLM and USFS are joint agencies in this analysis under the 2006 Memorandum of Understanding Concerning Oil and Gas Leasing and Operations.

For BLM public lands and federal leasable minerals under non-federal surface lands, the BLM administers all oil and gas leasing and development activity. The BLM analyzes and makes decisions on leasing availability and discloses impacts in a resource management plan and EIS. Under the Federal Onshore Oil and Gas Leasing Reform Act of 1987 and implementing regulations at 36 CFR 228 E, the USFS must analyze and make decisions on oil and gas leasing for federal leasable minerals underlying NFS lands. Once the USFS determines what lands are available for leasing and the BLM has adopted the analysis, the BLM may offer the selected NFS lands for lease consistent with those decisions. The Record of Decision for this LRMP revision will document the leasing program adopted for the SJNF and TRFO for the next 10 to 15 years.

The oil and gas leasing analysis applies to a total of 2.37 million acres of federal mineral estate within a 3-million-acre analysis area, of which 1.65 million acres (outside wilderness and withdrawn areas) have the potential for the occurrence of oil and gas resources. The 0.91 million acres of private mineral estate within the planning area are not included in this oil and gas leasing analysis because the federal government has no leasing authority over privately held minerals regardless of surface ownership.  However, surface use guidelines have been developed, other than No Surface Occupancy, that the BLM/USFS and, to the extent possible, would utilize if and when the holder of private mineral estate proposes to occupy federal surface.  Surface use must be negotiated with the private mineral owner.

BLM_0033000

**Minerals and Energy: Solid Minerals**

Locatable minerals, mineral materials, and solid leasable minerals are all discussed in this section of the FEIS. Solid mineral resources within the SJNF and TRFO have played a significant role in the past and continue to be important today. Current resource estimates indicate valuable reserves within portions of the planning area. Solid minerals activity is most heavily concentrated on BLM lands in the Slick Rock area near Dove Creek and the associated Uravan Mineral Belt area; however, activity also occurs in the Silverton, Rico, and La Plata areas.

The BLM and USFS manage mineral-related activities consistent with multiple-use management principles. The exploration, development, and production of solid minerals resources are integrated with the use, conservation, and protection of other resources. The BLM also manages approximately 264,400 acres of federally owned mineral estate beneath privately held surface called "split estate" land.

**Minerals and Energy: Alternative Energy**

Public lands have long provided energy resources for both individual and commercial use. The National Energy Policy has laid the legal groundwork for alternative energy projects on public lands; however, little demand has surfaced in relation to the planning area. Nonetheless, this planning effort addresses alternative energy development in order to offer guidance for projects that are proposed on NFS and BLM-administered lands.

**Wilderness and Lands with Wilderness Characteristics**

The Wilderness Act of 1964 directs the USFS to analyze additional undeveloped and unroaded lands for proposed inclusion in the National Wilderness Preservation System. The USFS inventories potential wilderness by identifying roadless areas of approximately 5,000 acres or larger and/or roadless areas adjacent to existing wilderness areas. There are three tests applied to roadless areas before they are considered for wilderness area recommendations: capability, availability, and need.

The SJNF shares the management on portions of three wilderness areas (Weminuche, South San Juan, and Lizard Head) with two other forests (the Grand Mesa, Uncompahgre, and Gunnison National Forests and the Rio Grande National Forest). The SJNF also manages the Piedra Area, an area congressionally designated for protection of its wilderness character. The BLM has management responsibility for four BLM wilderness study areas (WSAs): the Dolores River Canyon, McKenna Peak, Menefee Mountain, and Weber Mountain. In total, the SJNF and TRFO manage  420,522 acres of congressionally designated wilderness areas, approximately 55,428 acres of WSAs, and the Piedra Area (approximately 62,550 acres).

Wilderness is part of the multiple-use management mission of both the BLM and the USFS. Wilderness provides opportunities for solitude, as well as for primitive and unconfined recreational experiences. Wilderness is also important to the maintenance of species diversity, the protection of threatened and endangered species, and the protection of watersheds, scientific research, and various social values.

**Wild and Scenic Rivers**

The Wild and Scenic Rivers Act of October 1, 1968, requires the Secretary of the Interior and the Secretary of Agriculture to undertake studies and investigations to determine which additional wild, scenic, and recreational rivers must be evaluated through land use planning. To be eligible, a river must be free-flowing and must possess one or more outstandingly remarkable river values. To be suitable, a decision is made that the identified values should be protected and that adding the river to the national system is the best method for protecting identified values.

BLM_0033001

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

With the passage of the Wild and Scenic Rivers Act in 1968, Congress directed the U.S. Department of Agriculture and the U.S. Department of the Interior to prepare studies of selected rivers on the national forests and public lands as potential additions to the National Wild and Scenic Rivers System. Suitability studies were prepared for the Los Pinos, Piedra, and Dolores Rivers. Wild and Scenic River study reports and EISs were completed for these three rivers and submitted to Congress with recommendations for designation for most river segments. All of these studies were completed in partnership with the State of Colorado Department of Natural Resources.

**Scenic, Historic, and Backcountry Byways**
The National Scenic Byways Program is under the administration of the U.S. Department of Transportation, Federal Highway Administration. Based on one or more archaeological, cultural, historic, natural, recreational, and/or intrinsic scenic qualities, the U.S. Secretary of Transportation recognizes certain roads as America's byways, All-American Roads, or national scenic byways.

The Colorado Scenic and Historic Byways Commission is a statewide partnership intended to provide recreational, educational, and economic benefits to Coloradoans and state visitors. This system of outstanding touring routes in Colorado affords the traveler interpretation and identification of key points of interest while, at the same time, providing for the protection of significant resources.

Scenic and historic byways are designated by the Colorado Scenic and Historic Byways Commission based on their exceptional scenic, historic, cultural, recreational, and natural features.

Backcountry byways are vehicle routes that traverse scenic corridors utilizing secondary or backcountry road systems.

The planning area contains a majority of the 232-mile-long San Juan Skyway, the 65-mile Alpine Loop National Backcountry Byway, and 114 miles of the Trail of the Ancients Scenic Byway.

**National Recreation and Scenic Trails and National Historic Trails**
The Calico and Highline National Recreation Trails cross the planning area, typically within areas that are managed for semi-primitive recreation opportunities. Neither of these trails are at or near its use capacity at this time.

Acting upon a vision of a 3,100-mile primitive and challenging backcountry trail that would travel from Canada to Mexico along the backbone of America, Congress designated the Continental Divide National Scenic Trail (CDNST) in 1978. A long section of the CDNST crosses the planning area, traversing the spectacular and remote high country of the San Juan Mountains within the Weminuche and South San Juan wilderness areas. From the Weminuche wilderness area, the CDNST travels north onto BLM-administered lands near Silverton, Colorado. Most of this section of the CDNST meanders between the SJNF and the Rio Grande National Forest, necessitating shared management responsibility for many miles of this significant trail.

Within the planning area, most of the Colorado Trail travels within remote backcountry, wilderness areas, and other lightly traveled areas. Issues resulting from conflicts with motor vehicle use are few. The southernmost section of the Colorado Trail near Durango is heavily used by the community for day-use hiking and biking. Some of the Colorado Trail follows the same route as the CDNST.  A portion of the Colorado Trail within the planning area follows the Highline Loop National Recreation Trail.

In 2002, Congress formally designated the Old Spanish Trail as the nation's fifteenth National Historic Trail. The "Main Branch" trail route is now under Highway 184, directly in front of the Dolores Public Lands Office. Between 1829 and 1848, the Old Spanish Trail was used by immigrants and traders on

BLM_0033002

yearly pack-train expeditions between Santa Fe and the Pueblo of Los Angeles (San Gabriel Mission). The trail was used by trappers, travelers, and military expeditions.

**Research Natural Areas**

Research natural areas (RNAs) are NFS lands that are part of a network of ecological reserves designated in perpetuity for non-manipulative research, education, monitoring, and the preservation of ecological diversity. They are relatively unaltered by past management activities and managed to allow natural ecological processes to proceed with minimum human intervention. They also serve as reference areas for the study of ecological processes, disturbances, and ecological changes. Most management activities are prohibited in RNAs unless they are needed to achieve desired conditions or maintain the features for which the RNA was established.  The 10 RNAs (Narraguinnep, Williams Creek, Electra, Grizzly Peak, Hermosa, Hidden Mesas, Martinez Creek, Navajo River, Piedra, and Porphyry Gulch) on the SJNF are protected areas and as such are key components of the sustainable ecosystems strategy.

**Areas of Critical Environmental Concern**

Areas of Critical Environmental Concern (ACECs) are BLM lands where special management attention is required to prevent irreparable damage to important historic, cultural, or scenic values, as well as fish and wildlife resources or other natural systems or processes, or to protect life and safety from natural hazards (BLM Manual 1613). FLMPA mandates the BLM to give priority to the nomination and designation of ACECs through the development and revision of resource management plans.

The San Juan/San Miguel Resource Management Plan currently contains one ACEC, Mud Springs/Remnant Anasazi Culture. Twenty-three additional areas were nominated for ACEC consideration through the LRMP revision process, primarily selected from potential conservation areas that were developed by the Colorado Natural Heritage Program. A potential conservation area, which often includes both federal and non-federal lands, represents the land needed to support the long-term survival of the rare species or plant communities within it. Twenty-one of the twenty-three sites were further identified as potential ACECs because they met both the relevance and importance criteria described in the BLM manual. After further analysis, two of the areas were recommended for ACEC designation through this planning process: Gypsum Valley and Anasazi Cultural Area (formerly named Mud Springs/Remnant Anasazi Culture).

**Economics**

Economic consequences of managing the SJNF and TRFO stretch across Colorado, New Mexico, Arizona, and Utah.  A five-county area in Colorado that includes Archuleta, Dolores, La Plata, Montezuma, and San Juan Counties is recognized as the most affected region by the management of these public lands and serves as the focus of the economic analysis.  San Juan County, New Mexico, is a significant provider of support activities to the oil and gas industry in southwest Colorado and is therefore discussed in the context of minerals management on the SJNF and TRFO. Comprehensive economic data are generally unavailable at the community level; however, interpretations of larger-scale analyses can sometimes be made and offer insights into particular communities.

**Demographics**

This section first presents a snapshot of demographic conditions and trends in the five counties most substantially containing the planning area: Archuleta, Dolores, La Plata, Montezuma, and San Juan Counties. The section concludes with discussion of the impacts to population potentially occurring under the range of alternatives for the LRMP.

BLM_0033003

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

## Summary of Changes Made Since the Draft Land and Resource Management Plan and Environmental Impact Statement

This LRMP and FEIS contain changes that have occurred since the publication of the Draft LRMP/EIS resulting from public comments, policy changes, and additional studies or other information. The key changes are described below. Comment responses in Appendix S provide additional details regarding changes made to the LRMP/FEIS. With the exception of the Supplement to the Draft EIS that was published in 2011 to address new oil and gas development projection and the need for a new air quality model (see Section 2.1.2), the BLM and USFS determined that NEPA supplementation, as described at 40 CFR 1502.9, was not necessary based on the changes described below or any other changes that have occurred between Draft and Final EIS. None of these changes were found to present significant new circumstances or information relevant to environmental concerns and bearing on the proposed action or its impacts.

**Ecosystem Management**: A section titled "Ecological Framework and the Conservation of Species" has been added to the LRMP (Section 2.1) that describes in detail the strategies, concepts, and components that are used in this LRMP to establish an ecological framework for the conservation and management of ecosystems, habitats, and species. This section also addressed in detail USFS requirements to plan for diversity and viability, and includes an explanation about natural disturbances and the agencies' limited ability to manage the effects of natural disturbances

**Climate Change**: New LRMP components addressing climate change have been added to relevant sections of the LRMP. These new components focus on managing ecosystems to be resilient and resistant to changes and natural disturbances. Appendix G summarizes the SJNF and TRFO climate change strategy and provides a compiled list of LRMP components that address climate change.

**Wildlife**: The bluebird was replaced by the hairy woodpecker on the Management Indicator Species list for the SJNF based on comments received by the public and further internal review. LRMP components for wildlife have been updated to reflect current species status, and components specific to threatened and endangered species have generally been revised to emphasize guidance from recovery plans for those species. Additional mitigation has been included in the LRMP for reducing conflicts between bighorn sheep and domestic sheep, and a Draft LRMP guideline requiring the agencies to maintain a minimum level of aquatic habitat by identifying the minimum flow rates required to support that habitat has been changed to a standard in the Final LRMP, and four options were provided for meeting the standard.

**Water**: Groundwater and municipal watershed protections have been added, especially to mitigate potential impacts related to oil and shale gas development.

**Rangeland Management and Invasive Species**: LRMP components have been developed to mitigate potential impacts to bighorn sheep, and to improve and maintain sagebrush ecosystems. Clarified that allowable use of forage and browse will be determined during subsequent project-level analysis. LRMP components have been developed to address cheat grass, and the Final LRMP provides improved guidance for management of invasive species.

**Air Quality**: Standards and guidelines were revised to mitigate impacts from oil and gas development activities (these were published for public review and comment in the Supplement to the Draft EIS; additional changes were made based on public comments).

**Travel Management**: The LRMP/FEIS now identifies the BLM off-highway vehicle designations of closed, limited, and open on all TRFO lands. The Draft LRMP/EIS had applied USFS terminology of

BLM_0033004

"suitable" and "unsuitable" to BLM lands for both over-ground and oversnow motorized travel decisions. Guidelines addressing route density were revised, including specific guidelines to mitigate potential impacts to watersheds and wildlife; route density guidance is no longer tied to management areas. Definitions for "suitable" and "suitable opportunity" for motorized travel on NFS lands were improved for clarity. Suitability areas were slightly adjusted based on public comment and improved mapping to correspond travel mode with appropriate land designations such as recommended wilderness. For oversnow travel, the suitable area for motorized use near Andrews Lake was extended to go east to the wilderness boundary and south along U.S. Highway 550 to follow terrain, improve manageability, provide a better location for snowmobiles to cross the highway, and provide more suitable snowmobile terrain. In the Corkscrew Gulch/U.S. Basin area, the suitable area was extended south to the Corkscrew Gulch road, providing a link from the suitable terrain east of U.S. Highway 550 to the suitable terrain west of the highway. This and other minor oversnow corridors were created to provide improved access to snowmobile "play areas."

**Visual Resources**: A visual resource inventory was completed for the TRFO to provide an improved baseline for impact analysis and decision-making.

**Minerals and Energy:** Leasing stipulations were revised based on public comments. New stipulations were developed to mitigate potential impacts to ground water, municipal watershed, wildlife, the Old Spanish Trail, cultural viewsheds, and state wildlife areas. All stipulations were revised to state the "justification" for each stipulation and to specify the conditions under which waivers, exceptions and modifications would be considered. These stipulations are supported by the analysis in the FEIS. The LRMP includes a description of a future orderly leasing and development approach that would apply to SJNF lands Paradox Basin. Programmatic EISs for various alternative energy resources have been finalized since the Draft LRMP/EIS was published and are incorporated by reference.

**Management Areas**: Management area (MA) designations have been removed from BLM lands to be consistent with BLM planning guidance. While MAs no longer apply to the TRFO, the related resource-specific land allocations (i.e., lands available for grazing, available for lease, off-highway vehicle designations, etc.) are reflective of the MA preferences that were expressed by the public for each alternative. The land allocations and uses in the LRMP are consistent with the Draft and Supplement. Where On NFS lands, whereMA 5 overlapped with Colorado Roadless Areas, the MA has been changed to the adjacent MA (often MA 3). The LRMP acknowledges a more comprehensive and correct listing of past management and uses in the Pagosa District that resulted in some areas being changed from MA 3 to MA 5 and from MA 5 to MA 3. MA 8 was added to areas surrounding the Wolf Creek ski area expansion.

**Lands with Wilderness Characteristics**: The inventory of lands with wilderness characteristics on the TRFO was updated between the Draft LRMP/EIS and Proposed LRMP/FEIS. The results are included in the LRMP, along with guidance for managing certain TRFO lands for their wilderness characteristics under each alternative. The vast majority of these lands were identified for similar protective management in the Draft LRMP; thus, management as proposed and analyzed in this LRMP and FEIS does not differ significantly from what was disclosed in the Draft documents, and NEPA supplementation was not found to be necessary by the BLM. A detailed explanation of the wilderness characteristics inventory is included in Appendix O.

**Recommended Wilderness and Wilderness Study Areas**: Boundaries have been adjusted for the recommended Weminuche Adjacent and Turkey Creek areas to better follow topography and have manageable boundaries, and the Colorado Roadless Rule has been incorporated by reference. The LRMP provides direction for WSAs when they are released from WSA status by Congress.

BLM_0033005

**Wild and Scenic Rivers**:  River corridor boundaries were revised to remove any roads within scenic and wild segments.  On the SJNF, thirteen miles of the East Fork of the San Juan River were added as a suitable recommended recreation segment, and approximately six miles of the recreation segment of the West Fork of the San Juan River were removed from suitable WSR recommendation. On the TRFO Summit Canyon was removed from suitable recommendation because its one outstanding and remarkable value was shown not to exist in the canyon, and the flannelmouth sucker and Bluehead sucker were listed as outstanding and remarkable values for the Dolores River in response to comments.   All of these changes are described in Appendix D.

**Research Natural Areas**:  Some Research Natural Area boundaries were adjusted for  better manageability and to address resource conflicts.  Adjustments were made for the following Research Natural Areas:  Martinez Creek, Porphyry Gulch, Piedra, Hidden Mesa, Grizzly Peak.

**Other special areas and designations**:  Management direction for Chimney Rock National Monument is consistent with and references the presidential proclamation for the area. Boundaries have been adjusted for both the O'Neal Hill and Chatanooga Special Botanical Areas to remove roads, powerlines and other conflicting management.  Specific management direction was added for Smoothing Iron and Boggy Draw Old Growth Recruitment Areas, and they are now within MA 3 (rather than MA 5).   LRMP components were revised for Silverton based on external comments; most notably, guidance was added for improving land ownership management.

**General LRMP Direction and Guidance**:  LRMP components have been revised to some degree within most sections of the LRMP.  Revisions were based on public comments and internal review.

**Administrative Corrections:**  Ownership layers for surface and mineral estates were corrected for both agencies, as well as updating the acres of currently leased lands. These corrections increased the total federal mineral estate acreage and changed some acreage totals throughout the documents.

BLM_0033006

# Table of Contents

**Chapter 1 – Purpose and Need** ............................................................................................. 1
1.1  Introduction and Background ............................................................................................. 1
1.2  Overview of the Final Environmental Impact Statement ................................................... 2
1.3  The Existing Bureau of Land Management/U.S. Forest Service Land Management
     Plans ................................................................................................................................ 4
1.4  The Planning Process ....................................................................................................... 6
1.5  Purpose and Need ............................................................................................................ 9
1.6  Planning Issues .............................................................................................................. 11
1.7  Applicable Laws .............................................................................................................. 13
**Chapter 2 – Alternatives** ..................................................................................................... 17
2.1  Development of Alternatives ........................................................................................... 17
2.2  Important Points Common to All Alternatives ................................................................. 19
2.3  Alternatives Considered but Eliminated From Further Analysis ..................................... 21
2.4  Comparison of the Alternatives ...................................................................................... 23
2.5  Summary and Comparison of Environmental Consequences ......................................... 47
**Chapter 3 – Affected Environment and Environmental Consequences** ....................... 60
3.1  Introduction ..................................................................................................................... 60
3.2  Terrestrial Ecosystems and Plant Species ..................................................................... 64
3.3  Terrestrial Wildlife .......................................................................................................... 91
3.4  Riparian Areas and Wetland Ecosystems ..................................................................... 222
3.5  Aquatic Ecosystems and Fisheries ............................................................................... 230
3.6  Water Resources ........................................................................................................... 257
3.7  Livestock and Rangeland Management ......................................................................... 280
3.8  Invasive Species ........................................................................................................... 293
3.9  Timber and Other Forest Products ................................................................................ 300
3.10 Insects and Disease ...................................................................................................... 317
3.11 Fire and Fuels Management .......................................................................................... 321
3.12 Air Quality ..................................................................................................................... 339
3.13 Access and Travel Management .................................................................................... 378
3.14 Recreation ..................................................................................................................... 399
3.15 Scenery and Visual Resource Management .................................................................. 419
3.16 Heritage and Cultural Resources .................................................................................. 436
3.17 Paleontological Resources ............................................................................................ 460
3.18 Lands and Special Uses ................................................................................................ 471
3.19 Minerals and Energy: Fluid Minerals ............................................................................ 480
3.20 Minerals and Energy: Solid Minerals ............................................................................ 521
3.21 Minerals and Energy: Alternative Energy ..................................................................... 538
3.22 Wilderness and Lands with Wilderness Characteristics ................................................ 542
3.23 Wild and Scenic Rivers ................................................................................................. 554
3.24 Scenic, Historic, and Backcountry Byways ................................................................... 564
3.25 National Recreation, Scenic, and Historic Trails ........................................................... 567
3.26 Research Natural Areas ................................................................................................. 569
3.27 Areas of Critical Environmental Concern ...................................................................... 572
3.28 Wild Horses/Herd Management Areas ........................................................................... 574
3.29 Economics ..................................................................................................................... 578
3.30 Demographics ................................................................................................................ 608
3.31 Local Government .......................................................................................................... 620
**Chapter 4 – Public Involvement and Coordination** ........................................................ 632
4.1  Introduction ................................................................................................................... 632
4.2  Summary of the Scoping Process .................................................................................. 632
4.3  Cooperating Agencies ................................................................................................... 635
4.4  Consultation with Tribes ................................................................................................ 636

BLM_0033007

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

4.5     Public meetings on Draft Land and Resource Management Plan and Environmental Impact Statement ............................................................................................ 639
4.6     Public Meetings on the Supplement to the Draft Environmental Impact Statement .......... 640
4.7     Public Comments on the Draft and Supplemental Land and Resource Management Plan and Environmental Impact Statement ..................................................... 640
4.8     List of Preparers ............................................................................................... 641
**Chapter 5 – References ................................................................................................. 650**
5.1     References Cited ................................................................................................ 650
5.2     List of Acronyms ............................................................................................... 685
5.3     Glossary ........................................................................................................... 688
5.4     Keyword Index................................................................................................... 720

BLM_0033008

# CHAPTER 1 – PURPOSE AND NEED

## 1.1 Introduction and Background

This Final Environmental Impact Statement (FEIS) discloses alternatives and environmental consequences for three related, but separate, decisions:

- Adopting a revised Land and Resource Management Plan (LRMP) for Bureau of Land Management (BLM) lands managed by the Tres Rios Field Office (TRFO), excluding those contained in the Canyons of the Ancients National Monument. The Responsible Official for this decision is the BLM Colorado State Director.

- Adopting a revised LRMP for the U.S. Forest Service (USFS) San Juan National Forest (SJNF). The Responsible Official for this decision is the Region 2 Regional Forester.

- Determining the SJNF lands that would be administratively available for oil and gas leasing, as well as the associated stipulations. The Responsible Official for this decision is the SJNF Forest Supervisor. (A similar decision for BLM-administered lands is made as part of the LRMP decision. The USFS considers leasing availability decisions to be separate from but closely linked to planning decisions, with both planning- and project-level components. Oil and gas leasing is analyzed together for both agencies in this FEIS.)

These decisions apply to federally administered lands only. When a proposed federal action could significantly affect the environment, the National Environmental Policy Act (NEPA) requires the preparation of an environmental impact statement (EIS). This FEIS addresses the environmental impacts of the proposed actions described in Chapter 2.

**Location and Setting** - The planning area, located in southwest Colorado, includes portions of the Colorado Plateau and the San Juan Mountains. This area is characterized by alpine lakes, lush meadows, craggy peaks, deep canyons, cascading waterfalls, unusual geologic formations, lower-elevation sandstone canyons and mesas, historic mines, and broad variations in elevation and climate. Located throughout this vast and richly diverse area are towns and communities that originally developed around mining and agriculture and that have transitioned in varying degrees to include recreation and tourism. The region has an abundant diversity of resources and amenities, including archeological and historical resources, geological resources (ranging from mid-Proterozoic metamorphic rock complexes to geologically recent San Juan volcanism), hydrological resources (the San Juan Mountains are the headwaters for the Rio Grande, San Juan, Dolores, and Animas Rivers), and recreational amenities (including such recreational opportunities as skiing, snowmobiling, whitewater rafting, kayaking, hiking, mountain biking, off-roading, horseback riding, fishing, hunting, motorcycle riding, photography, wildlife viewing, picnicking, scenic driving, and others).

The area also exhibits a wide diversity of ecological characteristics due to its mid-latitude location, wide range of elevations (from 4,900 to above 14,000 feet), and widely varying surficial geologic conditions (soils, slopes, rock types). The planning area includes habitats and sensitive species ranked as critically imperiled statewide and globally. The region is currently the last known location in the lower 48 states of certain arctic mosses, relics of the last ice age, and rare alpine fens. The area contains subalpine parks, grasslands and wetlands, nine stratified ecosystems (including alpine, spruce-fir, mixed conifer, ponderosa pine, oak and Douglas fir, aspen forests, parks, and meadowlands), mountain shrub communities, pinyon-juniper woodlands, and shrub-steppe communities.

BLM_0033009

The lands analyzed in this FEIS encompass approximately 1,867,800 acres of the SJNF, administered by the USFS, and approximately 504,400 surface acres and 704,300 acres of subsurface mineral estate administered by the BLM and managed by the TRFO. The Canyons of the Ancients National Monument, located within TRFO lands, is not included in this analysis because a separate management plan was prepared for that area, approved in June 2010.

The planning area is located in Archuleta, Conejos, Dolores, Hinsdale, La Plata, Mineral, Montezuma, Montrose, Rio Grande, San Juan, and San Miguel Counties (Volume III, Appendix V, Map 1). The western border of the planning area is the Utah/Colorado State line. The southern border of the planning area is the northern boundary of the Ute Mountain Ute and Southern Ute Indian Tribe reservations. The eastern border is the Continental Divide. The northern border is the administrative boundaries of the Rio Grande, Gunnison, Grand Mesa, and Uncompahgre National Forests, and the BLM Uncompahgre and Gunnison Field Offices.

## 1.2  Overview of the Final Environmental Impact Statement

In accordance with NEPA (42 United States Code [USC] 4321 et seq.), the Forest and Rangeland Renewable Resources Planning Act of 1974 (RPA) as amended by the National Forest Management Act of 1976 (NFMA) (Section 6, 16 USC 1600), and the Federal Land Policy and Management Act of 1976 (FLPMA) (43 USC 1701 et seq.), the TRFO and SJNF have prepared this FEIS to analyze the potential impacts of the TRFO Proposed LRMP, the SJNF Final LRMP, and the SJNF oil and gas leasing availability decision. In fulfillment of these and all other legal, regulatory, and policy requirements, as well as with the principles of multiple use and sustained yield, this FEIS documents the comprehensive analysis of alternatives and environmental impacts for the future management of public lands and resources administered by the BLM and USFS in southwest Colorado.

In April 2004, the USFS and BLM began this joint long-term planning effort to revise the San Juan National Forest Land and Resource Management Plan (USFS 1983) and the BLM's San Juan/San Miguel Resource Management Plan (BLM 1985). This joint plan revision provides the opportunity for creating complimentary land management direction between the two agencies, as well as seamless public participation in the planning process.

Section 102 of FLPMA sets forth the policy for periodically projecting the present and future use of public lands, as well as their resources, using the land use planning process. Sections 201 and 202 of FLPMA establish the BLM's land use planning requirements. The NFMA establishes the USFS's land use planning requirements. The purpose, or goal, of the LRMP is to ensure that the SJNF and TRFO are managed in accordance with the requirements of the NFMA, FLPMA, and NEPA, as well as the principles of multiple use and sustained yield. In addition, the purpose and goal of this planning process is to provide an integrated plan that would guide future land use decisions and project-specific analyses for public lands under the management of both agencies.

The purpose of a BLM management plan is to:

- provide an overview of goals, objectives, and needs associated with public land management, and address multiple-use issues that drive the preparation of the plan; and

- guide and control future management actions and the development of subsequent, more detailed and limited scope plans for resources and uses (43 Code of Federal Regulations [CFR] 1601.0–2)

BLM_0033010

The purpose of a USFS management plan is to:

- describe the strategic guidance for forest management, including desired conditions, objectives, strategies, and guidance; and

- determine resource management practices, levels of resource production and management, and the availability and suitability of lands for resource management (36 CFR 219.1(b) - 1982).

This FEIS has been organized consistent with applicable NEPA and Council on Environmental Quality guidelines, and is formatted to provide the reader with a clear understanding of the alternatives, the resources that may be affected, the potential environmental consequences, and the environmental review and evaluation process. This document is consistent with all applicable federal requirements guiding the preparation of a land management plan and an EIS.

**Volume I** (this volume) is the FEIS, which describes the BLM's Proposed Action and the USFS's Selected Alternative (Alternative B), and the other alternatives, and analyzes and discloses the environmental impacts of the Proposed Action/Selected Alternative and other alternatives. Volume I includes the following:

- **Letter to the Reader:** This letter describes how to file a protest or appeal.

- **Executive Summary:** This section provides a brief overview of discussions that are detailed in the full document. It serves as a synopsis of the planning process, as well as the purpose and need, the issues, and the alternatives resulting from the planning process.

- **Chapter 1 – Purpose and Need:** This chapter offers a brief background of the planning area. It describes the purpose and need for the action, the planning process, and related plans and relevant policy.

- **Chapter 2 – Alternatives:** This chapter describes potential management approaches or "alternatives" and discusses the process that has been used to develop alternatives. It describes four alternative land use plans, including the No Action Alternative (Alternative A) and the Proposed Action/Selected Alternative (Alternative B, also referred to as the "preferred alternative").

- **Chapter 3 – Affected Environment and Environmental Consequences:** This chapter describes the current physical, biological, human, and land use environments of the planning area (the affected environment). This description provides a baseline against which to compare the impacts of the alternatives. The baseline described in this chapter represents environmental and social conditions and trends in the planning area at the time this document was prepared. In addition, this chapter evaluates how, and to what extent, baseline conditions would be altered by the alternatives. These changes are disclosed as the environmental consequences.

- **Chapter 4 – Public Involvement and Coordination:** This chapter summarizes the public outreach and collaborative efforts that have been conducted throughout the NEPA process for this LRMP and FEIS, and the consultation processes that are required by law. This chapter also presents the names and qualifications of the people responsible for preparing the LRMP and FEIS.

- **Chapter 5 – References:** This chapter provides full citation information for all references, published and unpublished, cited in this document and used in developing the FEIS. A glossary of definitions of frequently used terms follows the references cited.

BLM_0033011

**Volume II** provides a more detailed description of Alternative B, the Preferred Alternative, and includes LRMP components (desired future conditions, objectives, standards, guidelines, etc.) that would apply across all alternatives with the exception of Alternative A.

**Volume III** provides the appendices containing additional supporting information for the LRMP and FEIS.

Proposed decisions in this document sometimes refer directly to maps and figures, and many decisions themselves are "map-based." Therefore, the reader must rely on the text, maps, and figures, taken together as a whole, to fully understand the proposed decisions described for each alternative. All maps referenced in the FEIS may be found in Volume III, Appendix V.

## 1.3   The Existing Bureau of Land Management/U.S. Forest Service Land Management Plans

The SJNF and TRFO are currently managed under the following land management plans:

- The San Juan/San Miguel Resource Management Plan (BLM 1985), approved in 1985 and amended seven times.
- The San Juan National Forest Land and Resource Management Plan (USFS 1983), approved in 1983 and amended 22 times.

The existing land management plans are described in detail below.

### 1.3.1   The San Juan/San Miguel Resource Management Plan

The San Juan/San Miguel Resource Management Plan (BLM 1985) provides management direction for lands managed by the TRFO, with the exception of those lands within the Canyons of the Ancients National Monument, which are managed under the Canyons of the Ancients Resource Management Plan (BLM 2010a). Since being approved, the San Miguel/San Juan Resource Management Plan has been amended seven times:

- 1991 amendment related to oil and gas leasing and development;
- 1993 amendment related to the San Miguel River Area of Critical Environmental Concern (ACEC), recreation, riparian areas, and visual resources (Uncompahgre Field Office);
- 1997 amendment related to Colorado Public Land Health Standards;
- 1997 amendment related to prescribed fire direction;
- 2000 amendment related to the Grandview Ridge (urban interface) Coordinated Resource Management Plan;
- 2008 amendment related to the Geothermal Resource Leasing Programmatic Environmental Impact Statement; and
- 2012 amendment related to the Solar Energy Development Programmatic Environmental Impact Statement.

The 1991 Colorado Wilderness Study report (BLM 1991a) made wilderness recommendations for the following wilderness study areas (WSAs) in the San Juan Resource Area: Menefee, Weber, McKenna Peak, and Dolores River. In total, these WSAs consist of approximately 56,576 acres within the area

4

BLM_0033012

covered by this FEIS. These lands would continue to be managed under interim guidance provided by BLM Manual 6330, Management of BLM Wilderness Study Areas, until such time that Congress makes a final decision as to their wilderness status.

## 1.3.2   The San Juan National Forest Land and Resource Management Plan

The San Juan National Forest Land and Resource Management Plan (USFS 1983) provides management direction for the SJNF and its three Ranger Districts: Dolores, Columbine, and Pagosa. Since being approved, the 1983 San Juan National Forest Land and Resource Management Plan has been amended 22 times:

- July 30, 1986, Amendment No. 1 (added a recreation appendix);

- July 30, 1986, Amendment No. 2 (allowed minor changes to timing of projects);

- January 1, 1987, Amendment No. 3 (revised the timber sale schedule);

- August 14, 1987, Amendment No. 4 and No. 5 (changed management area [MA] prescriptions related to the East Fork ski area proposal);

- January 6, 1989, Amendment No. 6 (adjusted MA boundaries in La Plata Canyon);

- January 6, 1989, Amendment No. 7 (incorporated direction from the BLM San Juan/San Miguel Resource Management Plan into the San Juan National Forest Land and Resource Management Plan for an area of land transferred from the BLM to the USFS on October 31, 1983);

- January 6, 1989, Amendment No. 8 (amended wildlife standards and guidelines [rescinded on April 28, 1989]);

- September 7, 1990, Amendment No. 9 (adjusted MA boundaries on the Pine [now Columbine] Ranger District);

- September 7, 1990, Amendment No. 10 (adjusted MA boundaries on the Mancos [now Dolores] Ranger District);

- September 7, 1990, Amendment No. 11 (adjusted MA boundaries on the Dolores Ranger District);

- September 15, 1991, Amendment No. 12 (removed the 7-year regeneration requirement for lodgepole pine [*Pinus contorta*] from the Forest Direction);

- July 31, 1991, Amendment No. 13 (changed program budget projections);

- May 14, 1992, Amendment No. 14 (consisted of a major amendment adjusting MAs, lands suited for timber production, and allowable sale quantity (ASQ) and program harvest levels for timber; and incorporated all 13 earlier amendments);

- February 21, 1992, Amendment No. 15 (changed direction for animal damage management activities on SJNF lands);

- October 10, 1992, Amendment No. 16, (made adjustments to the budget requirement in order to incorporate changes to the timber program goals, objectives, and standards and guidelines issued through Amendment No. 14);

- December 1992, Amendment No. 17, (approved the route for the Trans-Colorado Natural Gas Transmission Line on SJNF lands);

BLM_0033013

- December 1992, Amendment No. 18 (adjusted the MA prescriptions and designation of the Falls Creek Archeological Area);

- February 24, 1994, Amendment No. 19 (established management direction for the newly acquired Piedra Valley Ranch lands);

- April 9, 1997, Amendment No. 20 (changed the prescribed fire plan);

- August 3, 1998, Amendment No. 21, (changed wilderness management direction); and

- December 3, 2012, Amendment No. 22 (changed the route density standard in one specific area within MA 3A on the Dolores District).

### 1.3.3  Current U.S. Forest Service Oil and Gas Leasing

SJNF lands are currently managed for leasing under the analysis and decision for the 1983 San Juan National Forest Land and Resource Management Plan. Under that plan, 1,367,769 acres were open for leasing, mostly under standard lease terms. Approximately 95,500 acres are currently leased.

Additional SJNF lands in the planning area are not currently being leased because new information and changed circumstances have made prior analyses insufficient. An up-to-date NEPA analysis is needed to identify areas available for leasing and analyze potential subsequent development in a manner compatible with other resource needs. This FEIS provides the needed analysis and leasing would continue upon finalization of the LRMP.

## 1.4  The Planning Process

In general, the USFS and the BLM follow the planning process outlined below. Steps 1 through 7 have been completed for the current process, and the release of this FEIS constitutes the final phase of Step 8.

- **Step 1 – Planning Issues Identified:** Issues and concerns are identified through a scoping process that solicits input from the public, special interest groups, Native American tribes, other agencies, and state and local governments.

- **Step 2 – Planning Criteria Development:** Planning criteria are created to ensure that decisions are made to address the issues pertinent to the planning effort.

- **Step 3 – Data and Information Collection:** Based on planning criteria, data and information for the resources in the planning area are collected.

- **Step 4 – Analysis of the Management Situation:** Inventory data and other information are analyzed to determine the ability of the planning area to supply goods and services and to respond to identified issues and opportunities.

- **Step 5 – Alternatives Formulation:** A range of reasonable management alternatives that address issues identified during scoping are developed.

- **Step 6 – Alternatives Assessment:** The environmental impacts of each alternative are estimated and analyzed.

- **Step 7 – Preferred Alternative Selection:** The alternative that best resolves planning issues is identified as the Preferred Alternative.

- **Step 8 – Land and Resource Management Plan Selection:** A draft LRMP and EIS are issued and made available to the public for review and comment. During the public review period, public

BLM_0033014

meetings are held to further explain the documents, address questions, and accept comments. After comments to the draft documents have been received and analyzed, the draft LRMP and EIS are revised and modified, as necessary, and a revised LRMP and FEIS are published. The portion of the LRMP addressing BLM lands is subject to a 30-day protest period, after which a Record of Decision (ROD) is issued once protests, if any, are resolved. The portion of the LRMP addressing management of National Forest Service (NFS) lands is finalized in a ROD, which is then made available for a 90-day appeal period. (The BLM's 30-day protest period occurs prior to release of the ROD, and the USFS's 90-day appeal period occurs following release of the ROD.)

- **Step 9 – Implementation:** Upon approval of the ROD, land use decisions outlined in the approved LRMP are effective immediately and would require no additional planning or NEPA analysis (except as required for individual projects).

- **Step 10 – Monitoring:** This process is intended to provide information on progress toward achieving outcomes, desired conditions and objectives, and how well management requirements such as standards and guidelines are being applied.

## 1.4.1  Key Decisions in the Land and Resource Management Plan

The key decisions to be made in this integrated planning process include:

- The establishment of desired outcomes, including multiple-use goals and objectives (36 CFR 219.11(b) - 1982 and 43 CFR 1601.0-5(k)(3)). These are primarily expressed as desired conditions and objectives in the LRMP.

- The establishment of management actions and requirements, including measures or criteria that would be applied in order to guide day-to-day activities (36 CFR 219.13 to 219.27 - 1982 and 43 CFR 1601.0-5(k) (2) and (4)). These are primarily expressed as standards and guidelines in the LRMP.

- The establishment of MA direction, allowable uses, allocations, restrictions, prohibitions, and availability of lands for specific uses (36 CFR 219.11(c) - 1982 and 43 CFR 1601.0-5(k)(1), (2), and (3)).

- The designation of research natural areas (RNAs), ACECs, and other special designations and areas (36 CFR 219.25 - 1982, 43 CFR 1601.0-5(k)(1) and 43 CFR 1601.7-2).

- The recommendations of NFS lands for inclusion in the National Wilderness Preservation System (36 CFR 219.17 - 1982).

- The identification of river segments that are suitable for inclusion in the National Wild and Scenic Rivers System (Public Law [PL] 90-542 and 36 CFR 219.2(a) -1982).

- The designation of suitable timber land (16 USC 1604(k) and 36 CFR 219.14 - 1982) and the establishment of ASQ (36 CFR 219.16 - 1982).

- The establishment of monitoring and evaluation requirements (36 CFR 219.11(d) - 1982, 43 CFR 1601.0-5(k)(8), and 43 CFR 1610.4-9).

- Allocation of livestock forage (animal unit months [AUMs]) and areas available for livestock grazing on BLM-administered public lands (43 CFR 4100.0-8, BLM Handbook 1601-1, Land Use Planning, Appendix C II. B).

BLM_0033015

## 1.4.2   Key Decisions in the U.S. Forest Service Oil and Gas Leasing Availability

A planning-related action analyzed in this FEIS is the identification of SJNF lands that would be available for oil and gas leasing, along with designation of lease stipulations to be applied to future leases (36 CFR 228.102(c) and (d)). The BLM makes decisions regarding leasing availability within its plan decisions. The oil and gas leasing availability decision consists of identifying those areas that would be:

- open to leasing, subject to the terms and conditions of the standard oil and gas lease form (including an explanation of the typical standards and objectives to be enforced under the standard lease terms);

- open to leasing, subject to lease stipulations, such as prohibiting surface use on areas larger than 40 acres, or other such standards that may be developed for stipulation use (with discussion as to why the constraints are necessary and justifiable); or

- closed to leasing, with distinction made between those areas that are closed through exercise of management direction, and those closed by law or regulation.

## 1.4.3   Bureau of Land Management Plan Decisions and Implementation Decisions

For the BLM, plan decisions and implementation decisions reflect two distinct steps in the planning process. Appendix C in BLM Land Use Planning Handbook H-1601-1 provides program-specific guidance to separate land use plan decisions from implementation decisions.

The LRMP analyzed in this FEIS provides broad plan decisions as described above. Implementation decisions deal with the subsequent implementation of site-specific activity plans or projects within the planning area. Implementation decisions must be consistent with the LRMP and other applicable federal statutes and regulations. In most cases, these subsequent implementation plans and decisions include additional analysis under NEPA and associated public review. Implementation decisions are also different from plan decisions in that they are not protestable under BLM regulations governing the protest process (43 CFR 1610.5-2), whereas plan decision are protestable. The only implementation decision being made in this plan is the approval of the designated route system that was proposed through the Mancos-Cortez Travel Management Plan (2009).  A plan amendment for off-highway vehicle (OHV) area designations was never compelted to allow those route designations to take effect.  This LRMP establishes those OHV area designations and therefore confirms the route designation implemention decisions made in that plan.  Analysis of these implementation decisions occurred in the Mancos-Cortez Travel Management Plan and is not repeated in this document.  There would be no other implementation decisions made as a result of this LRMP and FEIS. Therefore, implementation decisions dealing with activity- and project-level plans are not considered further in this document.

## 1.4.4   Multiple-level Decision-making

Land use plans are only part of a multiple-level decision-making framework for the BLM and USFS. Land use plans are designed to be consistent with national-level agency policies and regulations, as well as strategic plans that establish goals, objectives, performance measures, and strategies for each agency. They provide the broad guidance and information needed for subsequent project and activity decision-making. This LRMP would guide relevant resource management programs, practices, uses, and protection measures. Land use plans do not grant, withhold, or modify any contract, permit, or other legal instrument; subject anyone to civil or criminal liability; or create any legal rights. Land use plans also, typically, do not approve or execute projects and/or activities.

This FEIS examines potential environmental impacts that could occur as a result of land use allocations and/or the implementation of actions associated with the final planning decisions. Potential subsequent projects and/or activities are discussed in this document in order to analyze the differences between the alternatives. These projects and activities are actions that could occur, but are not necessarily authorized or approved by the LRMP, and would primarily be required to be analyzed by subsequent environmental analysis (40 CFR 1508.23). It is expected that future environmental analysis of projects and activities allowed under this LRMP would be tiered to this FEIS (40 CFR 1508.28). NEPA defines "tiering" as the coverage of general matters in broader EISs with subsequent narrower statements or environmental analyses that incorporate by reference the general discussions, allowing discussions to then concentrate solely on the issues specific to the statement subsequently prepared.

### 1.4.5   Consistency of Projects with the Land and Resource Management Plan

All projects and activities authorized by the BLM and USFS must be consistent with the LRMP (16 USC 1604(i) and 43 CFR 1601.5-3). A project or activity would be considered consistent with the LRMP if it is consistent with the desired conditions, objectives, standards, guidelines, allowable uses, and other management actions and decisions approved in the plan. If a project or activity as proposed would not be consistent with the LRMP, the Responsible Official has the following options: he or she must either modify the proposal so that the project or activity would be consistent, reject the proposal, or amend the plan contemporaneously with the approval of the project or activity so that the project or activity is consistent with the LRMP, as amended. The amendment may be limited to apply only to the project or activity or may apply more broadly.

### 1.4.6   Consistency of Projects with the Oil and Gas Leasing Availability Decision

After the oil and gas leasing availability decision is made for SJNF lands, the USFS would authorize the BLM to lease specific lands. Subsequent lease nominations submitted to the BLM by industry would be subject to verification that leasing has been adequately addressed in a NEPA document and is consistent with the LRMP, and assurance that conditions of surface occupancy identified in the leasing availability decision are properly included as stipulations in resulting leases. The BLM would also determine whether operations and development could be allowed somewhere on each proposed lease, except where stipulations prohibit all surface occupancy. Ground-disturbing activities, such as drilling exploratory wells, would require further NEPA analysis when an application for permit to drill is received. Proposals to develop a well field would also require site-specific NEPA analysis before being approved.

## 1.5  Purpose and Need

The Council on Environmental Quality regulations (40 CFR 1502.13) require that an EIS "briefly specify the underlying purpose and need to which the agency is responding in proposing the alternatives including the proposed action." The purpose and need section of this FEIS provides a context and a framework for establishing and evaluating the reasonable range of alternatives described in Chapter 2.

### 1.5.1   Purpose and Need for Plan Revision

In April 2004, the BLM and USFS initiated a joint revision of the land use plans that guide management of the SJNF and TRFO. The two previous land use plans would be replaced by one coordinated plan that covers all lands administered by the two agencies, excluding the Canyons of

BLM_0033017

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

the Ancients National Monument. The LRMP is structured differently than a typical BLM Resource Management Plan (RMP) or a USFS Forest Plan, due to the dual-agency nature of the combined planning process. The LRMP is found in Volume II and corresponds to Alternative B, the Preferred Alternative. The ways in which other alternatives vary from the LRMP are discussed in Chapter 2 of the FEIS.

The BLM and USFS identified the need to revise the existing plans through a formal evaluation of the plans, consideration of the Analysis of the Management Situation, evaluation of monitoring findings, examination of issues identified during the public scoping process, and collaboration with local, state, and federal agencies, as well as tribes and tribal entities. Based on analysis of this information, a new plan is needed because of the social, environmental, and administrative conditions that have changed since the 1985 San Juan/San Miguel Resource Management Plan and the 1983 San Juan National Forest Land and Resource Management Plan were developed. There are higher levels of controversy around existing issues, and new, unforeseen public land issues and concerns that have arisen over the years that were not addressed in the previous plans. In addition, new resource assessments and scientific information is available to help the agencies make more informed decisions.

Management direction in the existing plans needs to be updated to:

- achieve a balance between continued traditional uses of the planning area, such as with timber harvest, grazing, and the diverse mix of recreation activities (many of which require, or are enhanced by, the maintenance of large, contiguous areas of relatively undeveloped land);

- incorporate current knowledge of the ecosystems that make up the planning area, based on new information available due to updated vegetation inventories and studies conducted since the existing plans were developed;

- reflect the increased focus that the USFS and BLM have had on ecological restoration since the existing plans were developed;

- incorporate current knowledge about the role of natural fire, insects, disease, and other disturbance processes in the ecosystems that make up the planning area;

- reflect changes in the wood products industry that have occurred since the 1992 significant amendment to the San Juan National Forest Land and Resource Management Plan;

- represent the increased focus on working with communities in order to reduce the risk of wildfire in the wildland-urban interface (WUI) in residential areas;

- achieve a balance between energy production needs and the protection of other resources;

- acknowledge the population growth in local communities and the increased emphasis on public lands amenities used by people living near the planning area;

- incorporate the increased knowledge of the types of benefits, settings, and opportunities people are seeking when they recreate in the planning area;

- help resolve travel management conflicts and provide a better basis for subsequent site-specific decisions on designating routes for motorized travel;

- update land allocations related to potential and existing downhill ski areas (East Fork, Wolf Creek Valley, and Wolf Creek) in order to reflect changed conditions;

- encourage working collaboratively with stakeholders in order to balance water development opportunities and protect other resources;

10

- reflect the emphasis on key areas of the planning area that have unique and outstanding features and legal definition; and

- incorporate an updated inventory of river segments that meet the eligibility requirements of the Wild and Scenic Rivers Act (WSRA) and determine the best mechanisms to protect their outstandingly remarkable values while, at the same time, balancing competing opportunities for water development and other uses.

Existing decisions were reviewed for their relevance, as well as for their potential effectiveness, in the continued management of resources. Relevant decisions from the existing agency land use plans and any activity plans would be carried forward. Examples include decisions from the Wild Horse Appropriate Management Level in the Spring Creek Basin HMA (EA #CO-800-2005-027) (BLM 2005a), the San Juan-Rio Grande National Forests Wilderness Management Direction (USFS 1998), and the Colorado Wilderness Study Report (BLM 1991a).

## 1.5.2   Purpose and Need for the U.S. Forest Service Oil and Gas Leasing Availability Decision

In order to respond to formal requests for oil and gas leases, the USFS needs to identify SJNF lands that would be available for oil and gas leasing. The need for identifying lands available for leasing arises from the public's demand for energy, specifically oil and natural gas, and the federal government's policy to "foster and encourage private enterprise in… the orderly and economic development of domestic mineral resources" (Mining and Minerals Policy Act of 1970).

The purpose of making NFS lands available for oil and gas leasing is to facilitate the production of energy resources in support of local and regional economies and a secure and stable domestic energy supply. Making lands on the SJNF available for oil and gas leasing would contribute to meeting the need for energy resources developed and produced in an environmentally sound manner.

Oil and gas leasing on the SJNF would be consistent with the revised LRMP, comply with the requirements for leasing analysis and decisions at 36 CFR 228.102, allow processing of pending lease nominations (approximately 360,000 acres, mostly on the western portion of the SJNF) and future nominations, and be consistent with the Colorado Roadless Rule.

# 1.6   Planning Issues

NEPA requires that federal agencies hold an open and early process for determining the scope of issues that could be associated with the Proposed Action. The term "scope" is defined as the range of actions, alternatives, and impacts to be considered during NEPA analysis. The objectives of the scoping process for this planning effort were to identify potentially interested parties, identify public and agency concerns, define the range of issues to be addressed in the LRMP, ensure that relevant issues were identified early and guided the process, and establish a public record. To achieve these objectives, the SJNF and TRFO conducted a broad community-based scoping process described in Chapter 4.

Planning issues identify demands, concerns, and/or conflicts regarding the use and management of public lands and typically express potential impacts on land and resource values. The main topic areas addressed in the LRMP and FEIS were identified based on input from interagency consultation, other federal agencies, state and local governments, cooperating agencies, the public, industry representatives, and special interest groups. The issues represent the challenges that exist with

BLM_0033019

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

current management. The SJNF and TRFO documented each of the issues in a scoping report and placed each in one of three categories:

1. Issues to be resolved in the LRMP, oil and gas leasing availability decision, and EIS;

2. Issues to be resolved through policy or administrative action; and

3. Issues beyond the scope of the LRMP, oil and gas leasing availability decision, and EIS.

The scoping report provided rationale for each issue placed in category 2 or 3. The identified issues in category 1 are addressed in Alternative B, the Preferred Alternative. The other alternatives vary in terms of program emphasis, land allocations, and suitable uses. Not all aspects of the existing land management plans need to be changed; consequently, some things are held constant between alternatives.

Four main issues were derived from the scoping process and guided the development of alternatives in this FEIS. The alternatives reflect where people had notably different ideas about how to manage or use different areas administered by the SJNF and TRFO. These different ideas came from the community study groups, scoping meetings, written comments, and other scoping activities. These issues are described below.

### Issue 1: Balancing Management between the Ideas of Maintaining "Working Forest and Rangelands" and Retaining "Core Undeveloped Areas"

Two key features of the planning area include its large expanses of relatively pristine lands and the broad mix of traditional uses and activities that still occur throughout much of the area. Much of the discussion in community meetings focused on how much people value these features and how to best maintain a good balance between them.

When people discussed maintaining a "working forest," the emphasis included respecting valid and existing rights to resources, retaining access and commodity production activities that are important to the economy of local communities, and continuing historical uses in areas where access and infrastructure investments have already been made.

The desires expressed by the people who discussed retaining "core undeveloped areas" included retaining areas that have not been developed in order to provide high-quality wildlife habitat and corridors, minimize ecosystem fragmentation, and support natural ecosystem functions. Maintaining the roadless character of much of the planning area was identified as important by wildlife managers, sportsmen, recreationists, and many interested citizens.

### Issue 2: Providing Recreation and Travel Management within a Sustainable Ecological Framework

The lands administered by the SJNF and TRFO are becoming increasingly important as a scenic backdrop, as well as a place to recreate, to residents of nearby communities and people visiting the area. Discussions at community meetings often included the need to find a balance between the way long-time residents, new arrivals, and visitors use the public lands. There was also much discussion on achieving a balance between areas where motorized recreation would be allowed and where non-motorized forms of travel and recreation would dominate. Opinions were divided on the appropriate mix of different types of recreation settings and opportunities that should be provided on public lands. Opinions also differed on where to emphasize motorized travel versus non-motorized travel.

BLM_0033020

### Issue 3: Management of Special Area Designations and Unique Landscapes

A number of unique and special areas were identified during the scoping process as meriting special attention. The importance of maintaining scenic views and recreation opportunities along important travel routes, such as along the San Juan Skyway, the Alpine Loop Backcountry Byway, the Continental Divide National Scenic Trail (CDNST), and the Colorado Trail, were common to all interests and areas represented across the alternatives. Some established designations, such as the Spring Creek Wild Horse Herd Management Area (HMA), were also carried forward in all alternatives. Suitability of roadless areas of the SJNF for inclusion in the National Wilderness Preservation System and the suitability of rivers and streams on both SJNF and TRFO lands for inclusion in the National Wild and Scenic Rivers System are examined and analyzed in alternatives. Alternative ways of managing some unique landscapes, including the Dolores River Canyon, Silverton, Rico, and the HD Mountains, are also examined.

### Issue 4: Management of Oil and Gas Leasing and Development

The lands administered by the SJNF and TRFO contain several areas with moderate to high potential for oil and gas resources. A key challenge for the future is providing for potential energy development while, at the same time, protecting other resource values. People expressed concerns regarding both where and how development might occur.

Community participants noted that plan decisions and oil and gas leasing availability decisions need to be coordinated so that the infrastructure needs (roads, well pads, and pipelines) for oil and gas development are compatible with desired conditions for specific areas of land. Comments mostly related to whether new road construction should occur in areas that are currently undeveloped. Areas available for leasing vary by alternative in order to reflect the different land allocations and management emphases in the alternatives.

Lease stipulations provide protection for other resource values and land uses, such as unique soil conditions, steep slopes, ecological integrity, wildlife habitat, cultural resources, high-use recreation areas, and scenic quality. Stipulations would be applied to new leases in order to respond to issues of how development might occur.

## 1.7 Applicable Laws

A broad range of federal policies, decisions, and laws guide development of the LRMP, EIS, and the oil and gas leasing availability analysis. Key laws with bearing on the decisions are discussed below. Additional planning guidance for both agencies is included in several executive orders (EOs), agency manuals and handbooks, policy memorandums, and regulations and laws where applicable.

Most aspects of the BLM and USFS planning processes have been combined. Where laws, regulations, and/or policies that govern planning for each agency differ, the planning process and associated documents remain separated and are clearly identified as applying to only one agency.

### Federal Land Policy Management Act of 1976

FLPMA establishes the land management authority of the BLM and provides guidance for how public lands are to be managed by the BLM. The BLM manages public lands on the basis of multiple use and sustained yield. It requires that the quality of scientific, scenic, historical, ecological, environmental, air and atmospheric, water resource, and archaeological values be protected. Sections 201 and 202 of FLPMA establish the BLM's land use planning requirements.

BLM_0033021

## National Forest Management Act of 1976

The NFMA amended the Forest and Rangeland Renewable Resources Planning Act of 1974 to require preparation of land management plans for national forests and national grasslands. Land management plans provide guidance and direction to the agency for all resource management activities on the unit. Under the NFMA, the USFS must prepare land management plans using an interdisciplinary team and public participation. In addition, the USFS must comply with NEPA in the development, review, and revision of land management plans. Permits, contracts, plans, and other instruments used in managing NFS lands—such as timber sale contracts, grazing permits, and mine reclamation plans—must be consistent with the land management plan.

## National Environmental Policy Act of 1969

NEPA established a national policy to maintain conditions under which people and nature can exist in productive harmony while, at the same time, fulfilling the social, economic, and other requirements of present and future generations of Americans. It established the Council on Environmental Quality in order to coordinate environmental matters at the federal level and advise the President on such matters. Under the law, all federal actions that could result in a significant impact on the environment are subject to review by federal, state, local, and tribal authorities, as well as by affected parties and interested citizens.

## Clean Air Act of 1963

Congress passed the Clean Air Act in 1963, the Air Quality Act in 1967, the Clean Air Act Extension of 1970, and Clean Air Act Amendments in 1977 and 1990. The 1963 Clean Air Act relied on states to issue and enforce regulations regarding air pollution. Congress amended the Clean Air Act in 1970 and established the U.S. Environmental Protection Agency (EPA) to set and enforce national standards for air pollution. In 1990, the EPA was authorized to set National Ambient Air Quality Standards (NAAQS), which establish acceptable concentrations of six criteria pollutants: ozone ($O_3$), carbon monoxide (CO), sulfur dioxide ($SO_2$), lead (Pb), nitrogen dioxide ($NO_2$), and particulate matter less than 2.5 microns in size ($PM_{2.5}$).

## Clean Water Act of 1972

The Clean Water Act, or the Federal Water Pollution Control Act, is the principal law governing pollution of the nation's surface waters (33 USC 1251). Originally enacted in 1948, it was revised, by subsequent amendments, to spell out programs for water quality improvements; programs that are still being implemented by industries and municipalities. The Clean Water Act consists of two major parts. The first provision authorized federal financial assistance for municipal sewage treatment plant construction. The second provision, which is regulatory, established a national policy to maintain conditions under which people and nature can exist in productive harmony while, at the same time, fulfilling social, economic, and other requirements.

## Endangered Species Act of 1973

Management activities on private and public lands are subject to the Endangered Species Act (ESA), as amended. It directs project proponents or government agencies, as appropriate, to consult with the U.S. Fish and Wildlife Service (USFWS) and/or the National Oceanic and Atmospheric Administration Fisheries Service in order to address the impacts of management activities on threatened and endangered species and designated critical habitat. This consultation leads to the issuance of a Biological Opinion (BO) and may result in the issuance of a Section 10(a) (for non-federal actions) or Section 7 permit (for federal actions) by the USFWS and/or the National Oceanic and Atmospheric Administration Fisheries Service. The SJNF and TRFO are consulting with the USFWS regarding any

BLM_0033022

actions under the LRMP that may affect ESA listed species. To this end, a biological assessment (BA) has been prepared for the actions proposed through the LRMP.

## The National Historic Preservation Act

The National Historic Preservation Act (NHPA) is the primary federal law providing for the protection and preservation of cultural resources. The NHPA established the National Register of Historic Places (NRHP), the Advisory Council on Historic Preservation, and the State Offices of Historic Preservation.

## The Migratory Bird Treaty Act of 1966

The Migratory Bird Treaty Act (MBTA) is the domestic law that implements the United States' commitment to four international conventions (with Canada, Japan, Mexico, and Russia) for the protection of a shared migratory bird resource. Under this law, all migratory birds and their parts (including eggs, nests, and feathers) are fully protected. Each of the conventions protects select species of birds that are common to multiple countries (i.e., they occur in more than one country at some point during their annual life cycle). The law is implemented by the USFWS. The SJNF and TRFO would be required to manage the bird populations on the lands they administer consistent with the requirements of the MBTA.

## Multiple-Use and Sustained-Yield Act of 1960

The Multiple-Use and Sustained-Yield Act of 1960 (MUSY) states, "National Forests are established and administered for outdoor recreation, range, timber, watershed, and fish and wildlife purposes" (16 USC 528). Through the MUSY, the Secretary of Agriculture is authorized and directed to develop and administer the renewable surface resources of the national forests for multiple use and sustained yield of the several products and services obtained therein. In the administration of the national forests, due consideration shall be given to the relative values of the various resources in particular cases. The Secretary of Agriculture is also authorized to cooperate with state and local governmental agencies in management of national forests (16 USC 529).

## Mineral Leasing Act of 1920, as amended

The Mineral Leasing Act provides for the leasing of deposits of coal, phosphate, sodium, potassium, oil, oil shale, native asphalt, solid and semi-solid bitumen, and bituminous rock or gas, and lands containing such deposits owned by the United States, including those in national forest, but excluding those acquired under other acts subsequent to February 25, 1920.

## Federal Onshore Oil and Gas Leasing Reform Act of 1987

The Federal Onshore Oil and Gas Leasing Reform Act amended the Mineral Leasing Act of 1920 by establishing a new oil and gas leasing system, and changing certain operational procedures for onshore federal lands. The Federal Onshore Oil and Gas Leasing Reform Act states that the BLM cannot lease over the objection of the USFS and authorizes the USFS to regulate all surface-disturbing activities conducted pursuant to a lease on NFS lands. The act requires the USFS to evaluate lands within national forests for potential oil and gas leasing. The USFS decides whether lands would be available for leasing and decides under what conditions (stipulations) the leases would be issued.

## Mining and Minerals Policy Act of 1970

The Mining and Minerals Policy Act declares that it is the continuing policy of the federal government in the national interest to foster and encourage the orderly and economic development of domestic

BLM_0033023

mineral resources, reserves, and reclamation of metals and minerals to help assure satisfaction of industrial, security, and environmental needs.

## Energy Policy Act of 2005

The Energy Policy Act provides for the Secretaries of the Interior and Agriculture to designate, under their respective authorities, corridors for oil, gas, and hydrogen pipelines and electricity transmission and distribution facilities on federal land in the 11 contiguous western states (as defined in Section 103(o) of FLPMA (43 USC 1702(o)). Designated corridors are to be incorporated into USFS and BLM land use plans.

## Energy Security Act of 1970

The Energy Security Act established the intent of Congress that the Secretary of Agriculture shall process applications for leases of NFS lands and for permits to explore, drill, and develop resources on land leased from the USFS, notwithstanding the current status of land management plans.

## The Brunot Agreement

The Brunot Agreement, ratified by Congress in 1874, withdrew over 5,000 square miles in the mountains of southwest Colorado from the 1868 Ute Reservation. The agreement, entered into between the United States (as represented by Felix Brunot) and the Ute Indians in Colorado, was passed into law (18 Stat., 36) by the House of Representatives and the Senate of the U.S. Congress on April 29, 1974. Under the "reserved rights doctrine," hunting rights on reservation lands relinquished by the Utes were retained; that is, the tribes retained such rights as part of their status as prior and continuing sovereigns. Article II of the Bruno Agreement specified "the United States shall permit the Ute Indians to hunt upon said lands so long as the game lasts and the Indians are at peace with the white people."  The Ute Mountain Ute Tribe's hunting rights were acknowledged when the tribe sued the State of Colorado for their historical hunting rights in 1978. The rights were granted to the tribe under a consent decree that gave enrolled members of the Ute Mountain Ute Tribe the right to hunt deer and elk in the Brunot area for subsistence, religious, or ceremonial purposes. The consent decree specified that tribal members may hunt deer and elk without a state license year-round, providing that they obtain a tribal hunting permit. In 2013, the Ute Mountain Ute Tribe re-negotiated this agreement with the State of Colorado to include the Tribe's fishing rights and the right to hunt a certain number of black bears, moose, mountain goats, big horn sheep and mountain lions, in addition to the existing take of elk and mule deer within the Brunot area. Other game animals may be hunted without a license and without bag limits, but only during hunting seasons established by Colorado Parks and Wildlife (CPW). In 2008, the Southern Ute Indian Tribe signed an agreement with the State of Colorado which reinstated their hunting and fishing rights within the Brunot area. The SJNF and TRFO will continue to ensure that the hunting and fishing rights of the 1873 Brunot Agreement are upheld on public lands under their management jurisdictions. In exercising their Brunot hunting rights, the Ute Mountain Ute and Southern Ute tribal members are required to adhere to federal policy and regulations designed to protect natural and cultural resources.

BLM_0033024

# CHAPTER 2 – ALTERNATIVES

This chapter presents four LRMP alternatives that represent different approaches to the management of the public lands and resources administered by the USFS and BLM. The alternatives discussed in this chapter include the No Action Alternative (labeled Alternative A) and three other alternatives (labeled Alternative B, Alternative C, and Alternative D). A No Leasing Alternative for oil and gas is also analyzed as part of the oil and gas leasing availability decision.

Chapter 2 includes the following discussions:

- **2.1 Development of Alternatives:** This section describes how the alternatives were developed during the agency and public scoping process, as well as how each alternative emphasizes or reflects different aspects for managing the SJNF and TRFO.

- **2.2 Important Points Common to All Alternatives:** This section describes how the alternatives represent, to varying degrees, the principles of multiple use and sustained yield of USFS- and BLM-administered lands in the planning area, as directed by all applicable laws, rules, regulations, standards, policies, and guidelines.

- **2.3 Alternatives Considered but Eliminated from Further Analysis:** This section describes several issues that were raised during the scoping process that were considered, but not carried forward, for further analysis as alternatives.

- **2.4 Comparison of Alternatives:** This section explains the differences among the alternatives related to the primary revision issues and related LRMP decisions.

- **2.5 Summary and Comparison of Environmental Consequences:** This section provides a comparative summary of the effects of the alternatives on each resource.

## 2.1  Development of Alternatives

Land use planning regulations and NEPA require the USFS and BLM to develop a range of reasonable alternatives during the planning process. The basic goal of developing alternatives is to prepare different combinations of management scenarios in order to address all identified issues and resolve conflicts among uses. Alternatives must meet the purpose and need; must be reasonable; must provide a mix of resource protection, use, and development; must be responsive to the issues; and must meet the established planning criteria. Under all of the alternatives, the SJNF and TRFO would manage the public lands in accordance with all applicable laws, regulations, policies, standards, and guidelines.

The development of alternatives for this LRMP/FEIS was guided by applicable provisions of the NFMA and FLPMA, applicable LRMPs, and implementation of NEPA. Management actions (alternatives), including the No Action Alternative, were developed in order to address planning issues, concerns, and requirements, and to provide direction for resource programs influencing land management and resource use in the planning area. The alternatives were developed using an iterative process that focused on improving current management. Each management alternative would represent a different combination of resource uses, management allocations, and environmental consequences (see Chapter 3).

The development of the alternatives analyzed in this LRMP/FEIS included a public scoping process that allowed interested members of the public, Native American tribal governments and entities, special interest groups, and federal, state, and local government agencies to comment on and

contribute input with regard to the planning process. On September 23, 1999, a Notice of Intent (NOI) to revise the USFS San Juan National Forest Land and Resource Management Plan was published in the *Federal Register*. On December 14, 2004, a second NOI was published, updating timelines and informing all interested parties that the BLM San Juan/San Miguel Resource Management Plan would be revised concurrently.

Detailed analyses of conditions and trends for social, economic, and ecological elements related to the planning area were developed early in the process. These analyses included consideration of relevant new information, as well as legal, regulatory, and policy changes that have occurred since the last planning period. Results from the analyses were used in the public scoping process in order to inform stakeholders, focus the issues, and enhance overall communication.

The public scoping process began in January 2005. Alternatives were developed using a community participation process that centered on a series of meetings held in local communities. Web-based mechanisms were also offered so that all interested parties could interact using the Internet. People were encouraged to participate in the entire series of community study group meetings in order to build upon knowledge gained during earlier meetings and to stay informed as alternative development progressed. It was a mutual learning experience for both community members and agency personnel.

During the scoping process, public lands in the planning area were divided into 33 smaller landscapes. This was done so that people could discuss conditions, concerns, and solutions for issues in the context of specific places, rather than at an abstract level. Scoping participants identified outstanding features, primary uses, concerns with current management, and opportunities for improvement for each landscape. Alternative development was also influenced by consultation and discussions with other federal agencies, state and local governments, cooperating agencies, Native American tribal agencies, CPW, Colorado's Roadless Areas Review Task Force, the Governmental Water Roundtable (a group convened to give water input specific to the LRMP), and local recreation organizations, as well as written comments from all interested parties.

During the community study group meetings, management direction for areas was depicted primarily in terms of MAs that varied in levels of development and suitability for different uses and/or activities. The interdisciplinary team and staff created a preliminary draft of MA allocations by translating the BLM Emphasis Areas and SJNF management prescriptions found in the two existing land management plans into MAs. These preliminary land allocations were used as a starting point for community study group discussions about their preference for how areas should be managed. Using a spectrum of MAs ranging from MA 1 (Natural Processes Dominate, i.e., very little if any management or uses allowed) to MA 5 (Working Forest and Rangelands, i.e., areas where management and uses are likely, evident, and encouraged) to MA 8 (Permanently Developed Lands, i.e., applied to areas with dams or downhill ski areas), the public expressed their preference for how areas should be managed. A description of the MAs used in the community study groups is provided in Chapter 3 of the LRMP.

For many areas within each landscape, participants agreed with the proposed land allocations; for other areas, people suggested changes and described their rationale for the changes. Areas with varying preferences for management and allowable uses were used to develop the alternatives analyzed in this FEIS.

## 2.1.1  Application of Management Areas

As described above, the composition of MAs were used in the public scoping meetings as a starting point for developing alternatives with the public. For the FEIS, resource suitability and allowable

BLM_0033026

resource use decisions have been used in addition to MAs for analyzing impacts and describing how each alternative responds to the four issues and related LRMP decisions. Resource-specific allocations compliment the MA preferences identified during public scoping, including but not limited to lands suitable for timber production, lands suitable and capable for livestock grazing, and lands available for lease, areas open, closed, or limited to motorized use. These resource decisions and related MA allocations on SJNF lands are further described in Section 2.4.1 below.

MA allocations have been removed from BLM lands in the LRMP to be consistent with BLM planning guidance (USFS planning regulations require designation of MAs, while BLM planning regualtions contain so such requirement). While MAs are no longer proposed to apply to BLM lands on the TRFO, the related resource-specific land allocations are reflective of the MA preferences that were expressed by the public for each alternative, and these allocations are consistent with BLM's planning direction.

## 2.1.2   Supplement to the Draft Environmental Impact Statement

During the 120-day public comment period for the Draft LRMP/EIS, we received comments suggesting that the Reasonable Foreseeable Development (RFD) scenario for oil and gas development projections in the Paradox Basin were low because the draft did not consider the development potential of Gothic Shale gas, a potential new shale gas development play underlying portions of Montezuma, Dolores, and San Miguel Counties. These comments and supporting documentation indicated that the following conditions used in the USFS's and BLM's oil and gas leasing and development analysis had changed:

- geologic source potential: the emergence of a Gothic Shale Gas Play (GSGP) area in southwest Colorado identified as having high resource potential;

- development technology: the advancement of horizontal drilling and hydraulic fracturing, which makes extraction of gas from shale formations possible and more economical; and

- demand and activity: there has been significant leasing interest from industry on federal mineral estate within the GSGP area since the release of the Draft EIS and increased permitting activity on non-federal mineral estate lands within the GSGP area.

The USFS and BLM also received comments on the Draft LRMP/EIS suggesting that the type of air quality model used was inappropriate for the scale of the plan and that capabilities of the model as used in the Draft EIS had been exceeded. The USFS and BLM considered all of this information and, through further technical evaluation, determined that 1) the GSGP was a high potential play that should be evaluated and 2) a more detailed air quality model and analysis was needed to adequately represent potential air quality impacts in the planning area and disclose results specific to the new development projections for the GSGP area. Hence, it was determined that a Supplement to the Draft EIS was needed in order to incorporate this new information and analysis into the Draft LRMP/EIS.

A Supplement to the Draft EIS was released on August 26, 2011, for a 90-day public review and comment. Comments received on both the Draft LRMP/EIS and the Supplement to the Draft EIS were used in developing the final set of alternatives analyzed in this Final EIS.

## 2.2  Important Points Common to All Alternatives

Each of the LRMP alternatives would:

BLM_0033027

- protect basic soil, air, water, and land resources in order to encourage long-term, healthy, and sustainable ecosystems;

- meet the BLM Colorado Public Land Health Standards;

- provide for diverse ecosystems;

- emphasize the important role that federal lands play in providing for diversity of plant and animal communities based on the suitability and capability of the specific land area in order to meet overall multiple-use objectives. Fish and wildlife habitat is managed to maintain viable populations of existing native and desired non-native vertebrate species on SJNF lands.

- provide recreation settings and maintain scenic quality in response to the needs of USFS and BLM public land users and local communities;

- protect heritage resources, in accordance with applicable laws and regulations, while, also providing educational opportunities at appropriate sites;

- sustain multiple uses, products, and services (including timber harvesting, livestock grazing, locatable and leasable minerals development, and recreational uses);

- emphasize improved landownership and access patterns that would benefit both private landowners and the public;

- emphasize cooperation with individuals, organizations, Native American tribes, and other agencies in order to better coordinate the planning and implementation of projects;

- implement the revised standards, guidelines, and other referenced guidance found in the LRMP;

- promote rural development opportunities in order to enrich cultural life, enhance the environment, provide employment, and improve living conditions;

- promote actions that would continue to encourage active public participation in the planning and management processes; and

- manage the roadless areas in compliance with the Colorado Roadless Rule. (On the SJNF, 566,100 acres are inventoried as Colorado Roadless Areas [CRAs].)

A number of designations and activities would not change under the alternatives, including:

- existing ski-based resorts (although boundaries may vary by alternative);

- existing components of the National Wilderness Preservation System;

- existing developed recreation sites, utility corridors, and electronic sites;

- currently designated national scenic and recreation trails;

- currently designated scenic byways;

- currently designated NRHP and archeological districts;

- currently designated BLM wilderness study areas (WSAs);

- currently designated BLM Wild Horse HMAs;

- the development of coalbed methane (CBM) gas in the HD Mountains (as described in the ROD for the Northern San Juan Basin EIS [USFS and BLM 2007]), although availability of that area for new leases may vary by alternative;

BLM_0033028

- existing current, valid mineral lease rights (lands leased prior to the date of this plan decision would be subject to valid existing rights under lease terms and may be conditioned to be in compliance with the LRMP); and

- currently withdrawn areas from oil and gas leasing within SJNF lands, including designated wilderness areas—Lizard Head, Weminuche, and South San Juan—and the Piedra area.

# 2.3  Alternatives Considered but Eliminated From Further Analysis

Several alternatives were considered during the planning process, but were eliminated from further detailed analysis. The planning team used input, past management experience, and laws and regulations in designing the alternatives that were analyzed in detail during the planning process. Many of the suggestions proposed by interested parties and the public were used to develop and shape the analyzed alternatives even if they were presented in an alternative that was not carried forward in its entirety. The following are alternatives not considered in detail, including the reasons why they were eliminated:

## 2.3.1  Exclusive Use or Elimination of Traditional Uses Alternatives

Alternatives proposing exclusive use, or protection of one resource at the expense of other resources, were not considered. Several laws mandate that the BLM and USFS manage public lands for multiple uses and sustained yield. This legal and regulatory requirement eliminates exclusive-use alternatives, such as alternatives that would close all public lands to livestock grazing or those that would manage for wildlife values only at the expense of other resource considerations. Several proposed alternatives for exclusive use or elimination of traditional uses are detailed below.

**No Livestock Grazing Alternative:** This alternative would close the entire planning area to livestock grazing. This alternative was eliminated from detailed analysis for several reasons. NEPA requires that agencies study, develop, and describe appropriate alternatives in order to recommend courses of action in any proposal that involves unresolved conflicts concerning alternative uses of available resources. No issues or conflicts have been identified during this land use planning process that would require the complete elimination of livestock grazing within the planning area as a resolution. No comments were received during the scoping process that suggested a no livestock grazing alternative should be considered, and the agencies received feedback from the public during LRMP study group meetings that a no livestock grazing alternative would not contribute to addressing the issues that the plan should focus on. Concerns over livestock grazing in some localized areas were brought to the managing agencies. Closures and adjustments to livestock use have been incorporated in the alternatives, as appropriate, on an area basis in order to address these issues. The USFS and BLM have considerable discretion through their livestock grazing regulations to determine and adjust stocking levels, seasons-of-use, and livestock grazing management activities, as well as to allocate forage. For these reasons, an alternative proposing no livestock grazing for the entire planning area is not needed and has been dismissed from further consideration in this analysis.

**No Coalbed Methane Gas Development in the HD Mountains Alternative:** This alternative would prohibit further development of existing oil and gas leases in the HD Mountains. However, this alternative would not be practical, due to valid existing rights. A number of persons also asked that the HD Mountains be recommended for inclusion in the National Wilderness Preservation System and/or be managed as an MA 1, where natural processes dominate. The HD Mountains Roadless

BLM_0033029

Area was analyzed but was found to not be available for wilderness, due to its high mineral potential, approved plans, and current development of existing oil and gas leases within the area.

The ROD for the Northern San Juan Basin Coalbed Methane (NSJB-CBM) Development EIS (USFS and BLM 1982) describes how development of current leases would proceed in the HD Mountains. This land management plan EIS addresses future management of the HD Mountains, including whether the area should be available for leasing after the current leases expire.

**Maximum Timber Yield Alternative:** This alternative would maximize timber production. This alternative was considered, but eliminated, because it was not considered reasonable given the required consideration of other resource desired conditions and objectives, likely budget levels, local mill capacities, and expected demand for timber products.

**Citizens for the Wild San Juan's Alternative:** As presented to the SJNF and TRFO, this alternative's goal would be to expand large, wild core habitats; return native fish and wildlife species; secure critical landscape connections; and promote living, working, and playing in harmony with native species and wild habitats in the planning area. In its entirety, this alternative would not meet the purpose and need for the new land management plan. The San Juan Citizens Alliance presented the alternative to the SJNF and TRFO, with endorsements from the Southern Rockies Ecosystem Project, the Wilderness Society, the Sierra Club – Rocky Mountain Chapter, the Rocky Mountain Recreation Initiative, the Center for Native Ecosystems, the Sinapu, the Biodiversity Conservation Alliance, the Colorado Environmental Coalition, the Colorado Wild, the Western Resource Advocates, and the Upper Arkansas South Platte Project.

This alternative, along with similar comments and suggestions from participants in the community study group process, was the primary basis for Alternative C. Many ideas from this alternative would be represented under Alternative B, and, to a lesser extent, Alternative D. The exact alternative was not analyzed in detail because it included wilderness recommendations for some lands that were found not to be capable or available for wilderness and Wild and Scenic River (WSR) recommendations for some stream segments that were found not to be eligible for WSR status.

**The Citizens Wilderness Proposal Alternative:** This alternative advocates citizens proposed wilderness areas for the SJNF and TRFO. In its entirety, this alternative would not meet the purpose and need for the new land management plan. This alternative was presented to the SJNF and TRFO by the San Juan Citizens Alliance, the Colorado Environmental Coalition, the Wilderness Society, the Southern Rockies Ecosystem Project, the Rocky Mountain Recreation Initiative, the Colorado Wild, the Sinapu, the Central Colorado Wilderness Coalition, the Sierra Club – Rocky Mountain Chapter, the Western Resource Advocates, the Upper Arkansas South Platte Project, the Colorado Mountain Club, the Center for Native Ecosystems, and the San Luis Valley Ecosystem Council.

Most of the proposal's wilderness recommendations are represented by Alternative C. The exact citizens' alternative was not analyzed in detail because it included wilderness recommendations for some lands that were found to not be capable or available for wilderness, or it contained areas on BLM lands, and BLM does not have the authority to recommend new wilderness areas or create new WSAs.  Although the addition of new WSAs, or boundary changes to existing WSAs, was not considered in detail, several of the areas identified in the citizen's wilderness proposal on BLM lands are addressed through the TRFO's inventory of lands with wilderness characteristics, which is discussed in Volume III, Appendix O.

BLM_0033030

## 2.4  Comparison of the Alternatives

The 2007 Draft LRMP/EIS described and analyzed four alternatives, including Alternative A (the No Action Alternative), Alternative B (the Preferred Alternative), and Alternatives C and D, each of which represents different ways to achieve the stated goals and objectives. These four alternatives are carried into the FEIS for analysis and consideration. Each alternative was developed based on response to the following factors:

- balance of use and protection of resources as described by the four planning issues;

- extent of the environmental impacts; and

- public comments on the Draft LRMP/EIS and Supplement to the Draft EIS.

**Alternative A** represents the continuation of current management direction under the existing BLM and USFS land management plans: the BLM's San Juan/San Miguel Resource Management Plan (1985) and the San Juan National Forest Land and Resource Management Plan (1983), both as amended. Alternative A meets the NEPA requirements that a No Action Alternative be considered (40 CFR 1502.14). "No Action" means that the alternative reflects the implementation of existing management goals, objectives, and management practices based on the existing land use plans. Alternative A also serves as the baseline for comparing and contrasting the impacts of the other alternatives. Alternative A is based on reasonably foreseeable actions, existing planning decisions and policies, and existing land use allocations and programs.

**Alternative B**, the Preferred Alternative, focuses on balancing the goals of maintaining working forest and rangelands and retaining core, undeveloped lands and providing and maintaining the full diversity of uses and active recreation opportunities. Uses and activities that require roads, such as timber harvesting and oil and gas development, would be mostly focused in areas that already have roads, while the relatively undeveloped areas and areas that currently do not have roads would, for the most part, remain that way. Alternative B was chosen because it responds best to the major issues while providing for common ground among conflicting opinions and multiple uses of public lands in a sustainable fashion. Alternative B also incorporates the goals of the USFS's Strategic Plan (36 CFR 219.12(f)(6)) and the U.S. Department of the Interior's (USDI's) Strategic Plan. The Responsible Officials, the Regional Forester for NFS lands and the State Director for BLM-administered lands, have identified Alternative B as the Preferred Alternative in this FEIS.

**Alternative C** provides for a mix of multiple-use activities with a primary emphasis on maintaining the undeveloped character of the planning area. Production of goods from vegetation management would continue, but might be secondary to other non-commodity objectives. Under Alternative C, production of goods and services would be more constrained than that proposed under Alternatives A, B, and D. Alternative C identifies more resources and areas for special designation than the other alternatives and overall emphasizes the undeveloped areas and non-motorized recreational activities to a greater degree than any of the other alternatives.

**Alternative D** provides for a mix of multiple-use activities, with a primary emphasis on working forest and rangelands in order to produce a higher level of commodity goods and services when compared to the other alternatives. Alternative D allocates the least amount of land for special designation. Under Alternative D production of goods and services would be greater than that proposed under Alternatives B and C.

BLM_0033031

## 2.4.1 Management Areas

MAs apply to all SJNF lands within the planning area. MAs describe the intensity of management that can be expected within each MA, ranging from areas where natural processes dominate and shape the landscape to areas that are intensely managed. MAs also provide a general sense of how the landscape would appear and identify uses and activities that are allowed for programs such as grazing, timber, motorized recreation, etc. A full description of each MA is provided in Chapter 3 of the LRMP. The description of how MAs vary by alternative is included now for context, since MAs are referred to in the comparisons of issues and LRMP decisions that follow (acreages are provided in Table 2.4.1). See Volume III, Appendix V, Maps 2 through 5 for a display of MAs by alternative.

**Table 2.4.1: Management Area Allocations on San Juan National Forest Lands**

| Management Area Allocations | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| MA 1 - Natural Processes Dominate | 483,869 | 598,517 | 1,016,281 | 497,856 |
| MA 2 - Special Areas and Unique Landscape Areas | 8,949 | 91,985 | 86,295 | 59,602 |
| MA 3 - Natural Landscape, with Limited Management | 755,418 | 596,119 | 245,753 | 710,990 |
| MA 4 - High-Use Recreation Emphasis | 148,022 | 69,864 | 46,502 | 79,854 |
| MA 5 - Active Management | 454,035 | 451,730 | 426,507 | 454,137 |
| MA 7 - Public and Private Lands Intermix | 0 | 49,560 | 40,679 | 49,547 |
| MA 8 - Highly Developed Areas | 14,538 | 7,056 | 2,814 | 12,845 |
| Total Acres | 1,864,831 | 1,864,831 | 1,864,831 | 1,864,831 |

Alternative A was developed by translating the San Juan National Forest Land and Resource Management Plan (1983) management prescriptions to MAs. MA 1 includes designated wilderness, the Piedra area, and the wild segment of the Piedra River. MA 2 includes the existing RNAs, special botanical areas (SBAs), Chimney Rock National Monument, and Falls Creek Archeological Area. The MA 4 allocation in Alternative A was applied to areas under the current LRMP that were allocated to semi-primitive non-motorized recreation areas. MA 5 correlates closely with the areas suitable for timber production and areas that were open to cross-country motorized travel (before the current LRMP was amended). There was no similar category to MA 7 in the current management prescriptions; hence, there are no acres allocated to MA 7 in Alternative A. Lastly, MA 8 includes the McPhee dam and areas of existing and potential downhill ski areas under the current LRMP.

For the most part, the **type of resources and areas** allocated to each MA under Alternative A are the same areas and resources allocated under Alternatives B, C, and D. For example, MA 1 applies to wilderness areas, the Piedra Area, and wild segments of suitable WSR under all alternatives; MA 2 applies to most special area designations and unique landscapes, such as RNAs, SBAs, archeological areas, etc.; and MA 8 applies to dams and downhill ski areas. In general MA 5 correlates with lands suitable for timber production and landscapes with a developed road system. The application of MA 4 for Alternatives B, C, and D is applied to scenic byways and other NFS roads valued for their scenery and driving for pleasure, as well as recreation destinations, such as lakes. MA 7 is applied to the areas where public and private lands are intermixed and around communities. MA 3 generally applies to most lands not already allocated for the specific resources and areas that the other MAs define. The primary MA differences among the alternatives include:

- **Management of CRAs:** Consistent with the theme of emphasizing the undeveloped nature of the SJNF, Alternative C allocates nearly all of the CRAs to MA 1 (which is more restrictive than the

BLM_0033032

Colorado Roadless Rule), whereas Alternatives A, B, and D manage most CRAs as MA 3. (Additionally, in Alternatives B, C, and D there are some portions of CRAs that are designated as MA 4 [e.g., CRAs that are within scenic corridors], MA 7 for areas just outside Pagosa Springs, and MA 2 such as RNA designations.) Hence, Alternative C has the most acres allocated to MA 1.

- **Areas suitable for timber production and MA 5 lands:** All lands suitable for timber production are allocated to MA 5 and include lands that have commercial timber value. With the passing of the Colorado Roadless Rule and its prohibitions on tree cutting and road building, all suitable timber production lands that were within CRAs were removed from all alternatives, resulting in similar acres allocated to MA 5 across the alternatives.

- **Areas suitable for downhill ski area development:** MA 8 varies significantly by alternative due to differences among the alternatives for downhill ski areas. Under the current LRMP, 14,538 acres are identified for downhill ski development. Alternative D is similar to Alternative A, but removes the Wolf Creek Valley and Stoner potential downhill ski areas, managing these areas as MA 3 instead. Alternative B makes the same changes as Alternative D and additionally removes the East Fork potential ski area, which is also a CRA, and instead would manage it as an MA 1. Alternative C would manage most of the downhill ski areas identified in Alternative A as MA 1 to retain their undeveloped character.

### 2.4.2   Issue 1: Balancing Management between the Ideas of Maintaining "Working Forest and Rangelands" and Retaining "Core Undeveloped Lands"

This issue addresses questions regarding where public lands should be actively managed (e.g., for timber production and mineral development) and which lands should have minimal management, allowing natural processes to shape the landscape (i.e., core undeveloped areas). The three primary activities and uses of actively managed lands on the SJNF and TRFO are timber production, mineral development, and livestock grazing. Roads can be expected in the active MAs, because lands devoted to managing or extracting resources generally require road access. On SJNF lands, MA 5 lands are primarily correlated with areas identified as suitable for timber production, mineral development, access, and where road construction is suitable and anticipated.

Core undeveloped areas provide reserves and refuges to protect native biodiversity and serve as wildlife movement corridors and linkage areas. A majority of the core undeveloped areas or on SJNF lands are within roadless areas identified in the Colorado Roadless Rule. Other undeveloped areas include BLM lands managed for their wilderness characterisitcs, RNAs, and areas recommended for wilderness. Most of the LRMP decisions related to these undeveloped areas are discussed under Issue Three: Special Area Designations. Management of CRAs on SJNF lands is consistent across all alternatives and managed by the Colorado Roadless Rule.

In general, Alternatives A and D emphasize active management and land allocations that maximize goods and services on the SJNF and TRFO, followed by Alternative B. Alternative C favors the retention of core undeveloped lands, where natural processes dominate land management and would yield the least amount of commodity goods and services.

#### 2.4.2.a   Lands Suitable for Timber Production and Harvest

Timber suitability is determined through a process established through the NFMA and planning regulations. This winnowing process first identifies lands not suitable for harvest by excluding areas where 1) site conditions preclude tree cover, 2) harvest is prohibited by statute or regulation (e.g., wilderness), 3) irreversible resource damage could occur from timber harvest (e.g., steep or unstable

BLM_0033033

slopes), and 4) adequate restocking, with trees, following harvest is not assured. Lands remaining after this exclusionary process are deemed "tentatively suitable." These remaining lands are broken into two classes: 1) lands suitable for timber production ("suitable timberlands") and 2) "other tentatively suitable lands where timber harvest may occur" for multiple-use objectives other than timber production. Tentatively suitable lands are the same for all alternatives.

The timber sale program quantity (TSPQ) is an estimate of annual average output of timber from the SJNF during the first decade under this LRMP based on expected budget levels, industry capacity, and other public and resource objectives. The TSPQ is a combined program of timber management treatments from USFS lands designated as "suitable for timber production" and other tentatively suitable lands.  The SJNF has a program of vegetation management in which timber sales are offered based on capability determined by the Long Term Sustained Yield Capacity, which is defined as the highest uniform wood yield that may be sustained under specified management intensities consistent with multiple-use objectives after stands have reached desired conditions.

Allowable sale quantity (ASQ) is the quantity of timber that may be sold from the area of suitable (for production) land covered by the LRMP; this is also referred to as "chargeable volume;" this is displayed in these LRMP revision documents as an upper threshold, under what might be viewed as a "full" budget, that is, fully meeting timber management goals

There is currently not an active commercial timber program on the BLM lands within the planning area; however, non-commercial products (including post and poles, Christmas trees, and other non-forest products) are available.

Given the adoption of the Colorado Roadless Rule (July 3, 2012), the SJNF removed all CRAs from the lands "suitable for timber production" in all alternatives. This is the primary reason that the acres suitable for timber production are relatively similar for Alternatives A, B, and D (Table 2.4.2). The "total acres where timer harvesting may occur" varies by alternative, due primarily to areas identified for other resource emphasis or special designation, such as recommended for wilderness on the SJNF lands.

**Table 2.4.2: Timber Harvest and Production by Alternative**

| Timber Harvest and Timber Production | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| Tentatively suitable (USFS) | 722,680 | 722,680 | 722,680 | 722,680 |
| Tentatively suitable (BLM) | 29,146 | 29,146 | 29,146 | 29,146 |
| Not suitable for timber production or harvest (USFS) | 1,143,357 | 1,157,816 | 1,386,816 | 1,145,625 |
| Not suitable for timber production or harvest (BLM) | 476,676 | 476,323 | 476,912 | 476,320 |
| Suitable for timber production (USFS) | 308,544 | 311,949 | 299,431 | 314,118 |
| Suitable for timber production (BLM) | 0 | 0 | 0 | 0 |
| Other tentatively suitable lands where timber harvest may occur (USFS) | 412,933 | 395,067 | 178,587 | 405,090 |
| Other tentatively suitable lands where timber harvest may occur (BLM) | 26,956 | 27,309 | 26,720 | 27,312 |

BLM_0033034

| Timber Harvest and Timber Production | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| Total Acres where Timber Harvesting May Occur (USFS) | 721,477 | 707,016 | 478,018 | 719,208 |
| Total Acres where Timber Harvesting May Occur (BLM) | 26,956 | 27,309 | 26,720 | 27,312 |
| **SJNF Timber Program Projections** | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
| Timber: Long-term Sustained-Yield Capacity million cubic feet/million board feet (MMCF/MMBF) (average annual value for first decade) | | | | |
| Timber production compatible with desired conditions and objectives | 8.77/35.86 | 8.54/35.55 | 7.96/33.15 | 8.49/35.38 |
| Other lands (timber harvesting in order to meet resource and area desired conditions and objectives but not for production purposes) | 2.05/7.90 | 1.82/7.03 | 1.13/0.91 | 1.97/7.57 |
| Timber Sale Program Quantity MMCF/MMBF (average annual value for first decade) | | | | |
| Timber production compatible with desired conditions and objectives | 1.71/8.57 | 2.18/10.92 | 1.99/9.95 | 2.46/12.29 |
| Other lands (timber harvesting in order to meet resource and area desired conditions and objectives but not for production purposes) | 0.21/1.03 | 0.18/0.91 | 0.10/0.49 | 0.20/0.98 |
| Timber: ASQ MMCF/MMBF (average annual value for first decade) | | | | |
| ASQ | 3.7/18.7 | 4.0/19.9 | 3.8/18.9 | 4.0/20.2 |

### 2.4.2.b   Lands Suitable and Available for Cattle and Sheep Grazing

Alternative A would continue the current allotment status and stocking rates. Alternative B is similar to Alternative A, in that AUMs would change by approximately 2%. Specifically, Alternative B would slightly increase permitted AUMs by combining several vacant custodial BLM allotments with active maintain category BLM allotments. Eleven BLM custodial grazing allotments in the Pagosa unit would be closed due to the difficulties of managing small parcels of public lands within larger private land parcels undergoing subdivision for non-agricultural uses, and remaining unstocked BLM custodial grazing allotments would be closed to improve program administration efficiency. Under Alternative B, acres of suitable grazing lands would not change on NFS lands.

Alternative C reduces grazing opportunities, reduces stocking rates, and closes the most allotments of all the alternatives in order to enhance wildlife, soils, ecosystem restoration, and cultural values. Alternative C achieves this by making currently vacant USFS sheep allotments permanently closed to livestock grazing and closing BLM sheep allotments in the Silverton area to eliminate potential wild and domestic sheep conflicts. Alternative C would also close the BLM Spring Creek allotment located within the Spring Creek Wild Horse HMA and would close custodial BLM allotments to improve public land management efficiency. (Note: any decision to close or stock vacant allotments would be evaluated at the project level.)

Alternative D proposes to increase livestock grazing by offering vacant USFS allotments to qualified operators, stocking rates via restoration activities on improve and maintain category BLM allotments, and AUMs on USFS grazing allotments within those areas where restoration activities are planned. Under Alternative D, acres of suitable grazing lands for cattle would increase by 16% and 3% for

BLM_0033035

SJNF and BLM lands, respectively, and remain the same as Alternatives A and B for
suitable/available grazing lands for sheep (Table 2.4.3).

**Table 2.4.3: Livestock Grazing Land Allocations by Alternative**

| Livestock Grazing | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| **Livestock Grazing: Permitted AUMs** | | | | |
| Sheep: permitted AUMs (USFS) | 6,396 | 6,396 | 4,981 | 11,327 |
| Sheep: permitted AUMs (BLM) | 2,073 | 2,073 | 16 | 2,281 |
| Total Sheep AUMs | 8,469 | 8,469 | 4,997 | 13,608 |
| Cattle: permitted AUMs (USFS) | 102,925 | 105,809 | 93,602 | 139,745 |
| Cattle: permitted AUMs (BLM) | 21,070 | 21,152 | 14,189 | 23,734 |
| Total Cattle AUMs | 123,995 | 126,961 | 107,791 | 163,479 |
| **Livestock Grazing: Suitable and Available Acres** | | | | |
| Sheep: total suitable acres (USFS) | 183,733 | 183,733 | 122,670 | 183,733 |
| Sheep: lands available (BLM) | 31,973 | 31,973 | 2,566 | 31,973 |
| Total Acres | 215,706 | 215,706 | 125,236 | 215,706 |
| Cattle: total suitable acres (USFS) | 689,628 | 689,628 | 641,456 | 800,810 |
| Cattle: lands available (BLM) | 398,802 | 388,202 | 320,214 | 398,802 |
| Total Acres | 1,088,430 | 1,077,830 | 961,670 | 1,199,612 |

### 2.4.2.c   Lands Open for Locatable Mineral Development

Lands currently withdrawn or segregated from mineral leasing under all alternatives include
designated wilderness, the Piedra Area, the Alpine Loop Backcountry Byway, Chimney Rock National
Monument, and existing downhill ski areas, administrative sites, and developed recreation areas
(e.g., campgrounds). Additionally, Alternative B recommends the wild segments of suitable WSRs
and recommended wilderness areas be petitioned for withdrawal. Alternative C recommends the
same areas be petitioned for withdrawal as Alternative B and adds the entire Dolores River Canyon,
RNAs, lands managed for their wilderness characteristics, and the Mesa Verde Escarpment.
Alternative D does not recommend any new lands be petitioned for withdrawal (Table 2.4.4).

**Table 2.4.4: Lands Open, Closed, and Recommended for Withdrawal from Locatable Mineral
Development by Alternative**

| Federal Mineral Estate | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| Open to locatable mineral development (USFS) | 1,279,087 | 1,220,604 | 751,447 | 1,279,087 |
| Open to locatable mineral development (BLM) | 724,638 | 711,983 | 656,579 | 724,638 |
| Withdrawn (USFS) | 502,502 | 502,502 | 502,502 | 502,502 |
| Withdrawn (BLM) | 3,557 | 3,557 | 3,557 | 3,557 |
| Petition to withdraw (USFS) | 0 | 58,482 | 527,640 | 0 |
| Petition to withdraw (BLM) | 0 | 12,655 | 68,059 | 0 |

BLM_0033036

### 2.4.3   Issue 2: Providing Recreation and Travel Management within a Sustainable Ecological Framework

This issue addresses questions about what lands should be made available for recreational motorized or non-motorized travel, including overground and oversnow travel. In general, travel suitability is determined based on the need for administrative access, the goals of providing for various recreational opportunities and reducing user conflicts, the need to provide for resource protection, and in consideration of wildlife habitat needs. The LRMP decision identifies ***areas*** where motorized use is either suitable or not suitable (in USFS terms) and areas that are either open, closed, or limited (in BLM terms). This LRMP/FEIS does not make site-specific, route-by-route designations, such as identifying specific roads or trails that would be open or closed; those decisions are made during travel management planning. For more information about motorized suitability and travel management planning on the SJNF and TRFO, please see the Access and Travel Management section of the LRMP.

#### 2.4.3.a    Motorized Suitability and Off-Highway Vehicle Designations

**SJNF Overground Motorized Suitability:** For overground travel on SJNF lands in Alternative A, all areas are suitable for motorized travel except designated wilderness areas, the Piedra Area, and the wild segment of the Piedra River. Alternative A is based on the 2005 visitor map that was used during public scoping.  Alternatives B, C, and D all identify more areas as not suitable for overground motorized use. In general, the changes from Alternative A are a result of making MA 1 lands and areas recommended for wilderness unsuitable, as well as areas identified for resource or habitat emphasis, including some CRAs that currently do not have motorized routes. Areas of greatest difference among the alternatives for overground travel include, but are not limited to, most of the area within the Rico West-Dolores landscape (including Fish Creek, Willow Divide, the Meadows, Bear Creek, and the Rico Mountains), the Hermosa Creek and Beaver Meadows area on the Columbine District, Turkey Springs, Jackson Mountain, and the Trail Ridge areas on the Pagosa District.

Alternative B closes 928,054 acres to overground travel; approximately half of those acres (481,532) are within the wilderness and Piedra areas. Alternative C would make the most areas unsuitable for motorized use (1,133,752), as it has the most MA 1 acres and the most acres recommended for wilderness. Conversely, Alternative D does not recommend any wilderness areas and has the least amount of MA 1 acres; hence, it has more acres available for motorized recreation. Overall, Alternative D closes approximately 273,000 acres more than currently identified in Alternative A.

**SJNF Oversnow Motorized Suitability:** Alternative A has 883,972 acres open for oversnow motorized travel and 980,860 acres unsuitable. This alternative has the most suitable oversnow acres of all the alternatives and would provide the most suitable motorized recreation opportunities on the mountain passes. Alternative D has approximately 30,000 less suitable acres than Alternative A, including less acres in the Coalbank and Wolf Creek Pass areas. Compared to Alternative A, Alternative B reduces the acres of open to motorized winter use by approximately 91,600 acres. The changes in areas open and closed can best be understood by viewing the Section 3.14, Recreation. In Alternative B the east side of Red Mountain Pass would change to unsuitable and the west side would remain suitable (access from the west side to the suitable area known as US Basin on the east side of the pass would be retained via a motorized route connecting the two areas). The configuration of open and closed areas also changes for Coalbank, Molas, and Wolf Creek Pass in Alternative B. Alternative C allocates the least amount of acres for oversnow motorized use, which correlates with the emphasis on maintaining undeveloped areas and the amount of acres allocated to MA 1, which

BLM_0033037

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

prohibits overground and oversnow motorized recreation. In Alternative D, both sides of Red Mountain Pass would be suitable for oversnow motorized travel, as there would be more suitable acres at the other passes than provided by Alternatives B and C.

**TRFO OHV area designations year-round:** Closed areas in Alternative A on TRFO lands include WSAs, the Snaggletooth area of the Dolores River Canyon, Perins Peak Wildlife Management Area, and Animas Mountain. Limited Areas under Alternative A include Silverton, a portion of Disappointment Valley, and a portion of the Grandview area. All other areas are open to OHV travel under Alternative A on TRFO lands.

The primary difference between Alternative A and the other alternatives on TRFO lands is that nearly all of the currently designated open areas under Alternative A would be changed to limited to existing routes or limited to designated routes under Alternatives B, C, and D. The limited OHV designation compliments the upcoming travel management planning on TRFO lands, in which route designations and season of use would be determined. It also compliments agency direction to limit cross-country travel and designated routes. Acres limited to designated routes are the same for Alternatives B, C, and D.

Under Alternative B most of the TRFO would be designated as limited to existing routes. The closed areas would be similar to Alternative A, with the addition of closing lands managed for their wilderness characteristics. Two small play areas totaling 23 acres within the Cortez Special Recreation Management Area (SRMA) would be designated open to cross-country travel.

Alternative C has the most closed acres, including WSAs, lands managed for their wilderness characteristics, and the Mesa Verde Escarpment. The rest of the area is designated as limited to designated or limited to existing routes under Alternative C; there are no open areas under Alternative C.

Alternative D has the same closed acres as Alternative A, except Animas Mountain would be limited, not closed. Alternative D would have the same open areas (23 acres) as Alternative B, and the rest of the area would be designated as limited to designated or existing routes (Table 2.4.5).

**Table 2.4.5: Motorized Travel Suitability and Recreation Land Allocations by Alternative**

| Motorized Suitability and Recreation | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| **SJNF Motorized Travel over Ground (acres)** | | | | |
| USFS not suitable | 482,019 | 928,054 | 1,133,752 | 755,538 |
| USFS suitable areas | 896,400 | 632,500 | 448,992 | 759,602 |
| USFS suitable opportunity areas | 486,413 | 304,278 | 282,088 | 349,692 |
| Total | 1,864,832 | 1,864,832 | 1,864,832 | 1,864,832 |
| **Motorized Travel over Snow (acres)** | | | | |
| USFS not suitable areas | 980,860 | 1,072,520 | 1,277,808 | 1,008,741 |
| USFS suitable areas | 883,972 | 792,312 | 587,024 | 856,091 |
| Total | 1,864,832 | 1,864,832 | 1,864,832 | 1,864,832 |
| **TRFO Motorized Travel Year-round** | | | | |
| BLM closed | 70,602 | 73,823 | 104,523 | 59,758 |
| BLM limited | 69,254 | 429,782 | 399,104 | 443,846 |
| BLM open | 363,771 | 23 | 0 | 23 |
| Total | 503,627 | 503,628 | 503,627 | 503,627 |

BLM_0033038

### 2.4.3.b    Special Recreation Management Areas (BLM only)

Current management (Alternative A) includes two SRMAs—Dolores River Canyon and Silverton. Alternative A includes approximately 17,000 acres more in the Dolores River Canyon SRMA than the other alternatives, which are within the Dolores River Canyon WSA. Hence, Alternatives B, C, and D stop the SRMA at the WSA boundary.

Alternatives B and C have the same SRMA designations including the two existing SRMAs (Dolores River Canyon and Silverton) and adds two more SRMAs for recreation opportunities around Durango and Cortez.

Alternative D has the greatest amount of acres allocated for SRMAs (if not including the Dolores River Canyon WSA that Alternative A has). Similar to Alternatives B and C, it includes the two existing SRMAs (Dolores River Canyon and Silverton) and adds the Durango and Cortez SRMAs. However, the Durango SRMA is larger than identified in Alternatives B and C because it includes Perins Peak parcels as part of the SRMA (Table 2.4.6).  See Maps 36 through 39 in Volume III. Appendix V for a depiction of SRMAs proposed under each alternative.

**Table 2.4.6: Special Recreation Management Areas by Alternative**

| SRMAs | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| Cortez SRMA | 0 | 8,710 | 8,710 | 8,710 |
| Dolores River SRMA | 50,222* | 33,435 | 33,435 | 33,435 |
| Durango SRMA | 0 | 3,632 | 3,632 | 5,145 |
| Silverton SRMA | 44,888 | 44,888 | 44,888 | 44,888 |
| Total | **95,110** | **90,665** | **90,665** | **92,178** |
| * The SRMA boundary in Alternative A includes acres within the Dolores River Canyon WSA. The SRMA boundary in Alternatives B, C, and D does not include the acres within the WSA. | | | | |

### 2.4.3.c    Downhill Ski Areas

Alternative A downhill ski acreage allocation is outdated, in that it includes areas that were identified more than 20 years ago that have never been developed and that have gone defunct since the current plans were written. Given the unfeasible ski area allocations in Alternative A, Alternative D recommends the most acres for downhill skiing. It includes the current Durango Mountain Resort and Silverton areas, and identifies two new polygons that would expand the Wolf Creek ski area onto the SJNF, totaling (821 acres). Alternative D would also retain the East Fork potential downhill ski area. Alternative B includes the current Durango Mountain Resort and Silverton ski areas, and identifies the two polygons to expand the Wolf Creek ski area onto the SJNF. The current permitted downhill ski area boundary for Purgatory ski area is kept the same in Alternatives B and D. This boundary includes what is developed and room for expansion to the north. The Wolf Creek ski area expansion is not found suitable under Alternative C. Additionally, the Durango Mountain Resort permitted ski area boundary is reduced in Alternative C to include just the currently developed area (Table 2.4.7).

**Table 2.4.7: Downhill Ski Area Allocations by Alternative**

| SRMAs and Downhill Ski Areas | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| Downhill Ski Areas | | | | |
| Durango Mountain Resort (existing)– SJNF | 5,593 | 5,593 | 2,149 | 5,593 |

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| SRMAs and Downhill Ski Areas | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| **Downhill Ski Areas** | | | | |
| Wolf Creek ski area expansion (potential)–SJNF* | 60 | 821 | 60 | 821 |
| East Fork (potential)–SJNF | 5,009 | 0 | 0 | 5,009 |
| Stoner (defunct)–SJNF | 276 | 0 | 0 | 0 |
| Wolf Creek Valley (defunct)–SJNF | 2,412 | 0 | 0 | 0 |
| Silverton ski area (existing)–BLM | 1,300 | 1,300 | 1,300 | 1,300 |
| Total Downhill Ski Areas | 14,491 | 7,714 | 3,350 | 12,596 |
| *All alternatives reflect 60 acres of existing Wolf Creek ski area facilities and equipment that is actually on the SJNF and not the Rio Grande National Forest (e.g., explosives cache, miscellaneous equipment, etc.) | | | | |

#### 2.4.3.d    Recreation Opportunity Spectrum

Changes between Alternative A recreation opportunity spectrum (ROS) and the action alternatives were made primarily to correlate more closely with motorized suitability and OHV designations and to represent foreseeable recreation opportunities across SJNF and TRFO lands. For example, the greatest difference in ROS acreage on SJNF lands is the difference between semi-primitive non-motorized and semi-primitive motorized ROS, which correlates with suitable and unsuitable allocations for Alternatives B, C, and D (Table 2.4.8).  Primitive wilderness ROS on the SJNF in Alternatives B, C, and D is due to allocating wilderness and the Piedra to this classification.  Similarly, on TRFO lands, the primitive ROS category increased in Alternatives B, C and D due to allocating WSAs to this classification.  Please see the Recreation section of the LRMP for an explanation of the different ROS classes.

**Table 2.4.8: Recreation Opportunity Spectrum Acres by Alternative**

| Recreation Opportunity | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| **SJNF Summer ROS** | | | | |
| Primitive wilderness | 0 | 481,532 | 481,532 | 481,532 |
| Primitive | 490,173 | 2,620 | 513,756 | 0 |
| Semi-primitive non-motorized | 369,118 | 435,171 | 137,885 | 278,360 |
| Semi-primitive motorized | 93,738 | 448,638 | 274,643 | 512,464 |
| Roaded natural | 881,687 | 495,545 | 455,615 | 591,076 |
| Rural | 30,115 | 1,325 | 1,400 | 1,399 |
| Total SJNF Summer ROS | **1,864,831** | **1,864,831** | **1,864,831** | **1,864,831** |
| **SJNF Winter Recreation Opportunity Spectrum** | | | | |
| Primitive wilderness | 481,035 | 481,532 | 481,532 | 481,532 |
| Primitive | 0 | 2,605 | 527,174 | 0 |
| Semi-primitive non-motorized | 437,315 | 545,132 | 243,329 | 463,601 |
| Semi-primitive motorized | 287,471 | 514,037 | 268,378 | 319,863 |
| Roaded natural | 657,367 | 318,659 | 344,021 | 596,881 |
| Rural | 1,643 | 2,866 | 397 | 2,954 |
| Total SJNF Winter ROS | **1,864,831** | **1,864,831** | **1,864,831** | **1,864,831** |
| **TRFO Recreation Opportunity Spectrum Year-round** | | | | |
| Primitive | 0 | 55,729 | 55,729 | 55,730 |
| Semi-primitive non-motorized | 61,274 | 19,881 | 23,840 | 19,724 |
| Semi-primitive motorized | 319,989 | 331,366 | 343,806 | 331,575 |
| Roaded natural | 75,876 | 95,819 | 79,420 | 95,765 |
| Rural | 46,490 | 834 | 834 | 834 |
| Total BLM | **503,629** | **503,629** | **503,629** | **503,629** |

BLM_0033040

### 2.4.3.e    Visual Resource and Scenic Integrity Management Objectives

Visual resource management (VRM) objectives on TRFO lands and scenic integrity objectives (SIOs) on the SJNF vary by alternative based primarily on the theme of each alternative.  For example on the SJNF, very high SIO acres are the greatest in Alternative C due to great amount of acres recommended for wilderness designation (Table 2.4.9). Similarly, the VRM II acres are greatest Alternative C, as that alternative emphasizes the natural preservation over commodity production of lands.  Alternative D emphasizes commodity production, which could potentially alter the visual resources of the landscape; hence Alternative D allocates more acres to VRM Classes III and IV and low and moderate SIOs. Low SIO and VRM Class IV represent the greatest difference among the alternatives.  Low SIO and VRM Class IV acres in Alternative B represent areas where timber harvest and vegetation management would be emphasized on the Dolores District (SJNF), oil and gas development in the HD area of the Columbine District (SJNF), and U.S. Department of Energy (DOE) lands on the TRFO.  Alternative D allocates the greatest amount of Low SIO and VRM IV acres, primarily due to the oil and gas development anticipated in the Paradox Leasing Analysis Area (PLAA) on both SJNF and TRFO lands.

**Table 2.4.9: Visual Resource Management and Scenic Integrity Objectives by Alternative**

| VRM and SIO | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| **SJNF Scenic Integrity Objectives** | | | | |
| Very low | 3,509 | 0 | 0 | 0 |
| Low | 107,398 | 113,005 | 5,243 | 330,160 |
| Moderate | 396,951 | 522,319 | 498,209 | 256,341 |
| High | 871,086 | 625,731 | 347,766 | 775,737 |
| Very high | 485,887 | 603,767 | 1,013,572 | 502,554 |
| Total SJNF | **1,864,831** | **1,864,831** | **1,864,832** | **1,864,832** |
| **TRFO Visual Resource Management Objectives** | | | | |
| VRM I | 0 | 57,922 | 57,592 | 57,494 |
| VRM II | 0 | 169,277 | 354,264 | 235,634 |
| VRM III | 0 | 267,296 | 90,572 | 108,372 |
| VRM IV | 0 | 9,135 | 1,201 | 102,129 |
| Unclassified | 503,629 | 0 | 0 | 0 |
| Total BLM | **503,629** | **503,629** | **503,629** | **503,630** |

## 2.4.4   Issue 3: Management of Special Area Designations and Unique Landscapes

This issue reflects the question about which areas should be recommended for special designations or emphasize specific resource management or protections. Special area designations are described below and compared by alternative.

In continuing current management, Alternative A would not recommend any new areas for special designation; it would only continue to manage the areas currently identified, including:

- WSR segments of the Dolores, West Dolores, Los Pinos, and Piedra Rivers found suitable under the current plan;

- the Anasazi Cultural Area ACEC on TRFO lands;

- the Williams and Narraguinnep RNAs on SJNF lands,

BLM_0033041

- the Falls Creek and Chimney Rock Archeological Areas on SJNF lands
- the O'neal Hill SBA
- the Spring Creek Wild Horse HMA; and
- the Perins Peak Wildlife Management Area.

### 2.4.4.a   Wilderness Recommendations on San Juan National Forest Lands

Alternative A does not recommend any new wilderness. Alternative B recommends the following four areas for wilderness on SJNF lands, totaling 54,886 acres: the west side of the Hermosa CRA, the Lizard Head adjacent CRA, portions of the Weminuche adjacent CRAs (Elk Park and Monk Rock), and portions of the Turkey Creek CRA. The other CRAs would be managed to retain their roadless character in accordance with the Colorado Roadless Rule. Under Alternative C, all CRAs that meet the available and capable requirements for wilderness are proposed for wilderness (approximately 532,400 acres) (Table 2.4.10).

**Table 2.4.10: Recommended Wilderness Areas by Alternative and Already Designated Areas**

| Specially Designated Lands | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| **Wilderness, WSAs, and Recommended Wilderness** | | | | |
| Wilderness acres - Congressionally designated (USFS) | 420,522 | 420,522 | 420,522 | 420,522 |
| Piedra Area (USFS) | 60,341 | 60,341 | 60,341 | 60,341 |
| WSAs (BLM) | 56,576 | 56,576 | 56,576 | 56,576 |
| **Recommended Wilderness (USFS) (acres)** | | | | |
| Fish Creek | 0 | 0 | 13,537 | 0 |
| Storm Peak | 0 | 0 | 57,623 | 0 |
| Ryman | 0 | 0 | 8,665 | 0 |
| Lizard Head, adjacent | 0 | 2,632 | 5,558 | 0 |
| Blackhawk Mountain | 0 | 0 | 17,545 | 0 |
| Hermosa | 0 | 50,850 | 149,402 | 0 |
| San Miguel | 0 | 0 | 65,061 | 0 |
| West Needle | 0 | 0 | 4,378 | 0 |
| East Animas | | | 16,883 | |
| Baldy | 0 | 0 | 20,032 | 0 |
| Florida River | | | 5,726 | |
| Runlett Park | 0 | 0 | 5,600 | 0 |
| HD Mountains | | | 0 | |
| Piedra Area, adjacent | 0 | 0 | 39,230 | 0 |
| Graham Park | | | 17,325 | |
| Weminuche, adjacent | 0 | 740 | 20,827 | 0 |
| Turkey Creek | 0 | 664 | 25,311 | 0 |
| Treasure Mountain | 0 | 0 | 22,502 | 0 |
| South San Juan, adjacent | 0 | 0 | 34,964 | 0 |
| Winter Hills/Service Berry | 0 | 0 | 5,100 | 0 |
| Total Recommended Wilderness Acres (USFS) | **0** | **54,886** | **535,269** | **0** |

BLM_0033042

### 2.4.4.b    Lands with Wilderness Characteristics on TRFO lands

The inventory of lands with wilderness characteristics (see Volume III, Appendix O—Lands with Wilderness Characteristics) identified 36,574 acres that had wilderness characteristics. Alternative A does not have any lands with wilderness characteristics identified. Alternative B recommends managing an area in Coyote Wash and an area near the Snaggletooth section of the Dolores River for their wilderness characteristics.  Alternative C recommends managing all of the areas found to have wilderness values for their wilderness characteristics, with some minor exceptions. Alternative D does not recommend that any of the areas be managed for their wilderness characteristics (Table 2.4.11).

**Table 2.4.11: Lands with Wilderness Characteristics by Alternative**

|  | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| Lands managed for wilderness characteristics | N/A | 11,867 | 36,574 | 0 |

### 2.4.4.c    Suitable Wild and Scenic Rivers

Alternative A would continuing to manage river segments found suitable under the current plan for WSR status, including the Dolores, West Dolores, Los Pinos, and Piedra Rivers.

Alternative B finds 12 river segments, totaling approximately 356 miles, suitable for inclusion in the National Wild and Scenic Rivers System. Under Alternative C, 24 river segments, totaling approximately 534 miles, would be considered suitable for addition to the National Wild and Scenic Rivers System. This total includes all segments considered eligible due to their outstandingly remarkable values (ORVs) and free-flowing character. Consistent with its management theme, Alternative D does not make any river segment suitable for WSR status (Table 2.4.12).

**Table 2.4.12: Miles of Recommended Suitable Wild and Scenic Rivers by Alternative**

| Wild and Scenic River Segments | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| **Dolores River** | | | | |
| Dolores, above McPhee | 0 | 0 | 56 | 0 |
| Dolores McPhee to Bedrock | 108 | 108 | 108 | 0 |
| Rio Lado | 0 | 0 | 3 | 0 |
| West Dolores | 34 | 0 | 34 | 0 |
| Summit Canyon | 0 | 0 | 12 | 0 |
| Coyote Wash | 0 | 8 | 8 | 0 |
| McIntyre Canyon | 0 | 0 | 6 | 0 |
| Bull Canyon | 0 | 0 | 6 | 0 |
| **Animas River** | | | | |
| Bakers Bridge to Sultan Creek | 0 | 27 | 27 | 0 |
| Sultan Creek to Silverton | 0 | 0 | 4 | 0 |
| Mineral Creek | 0 | 9 | 9 | 0 |
| Cement Creek | 0 | 0 | 8 | 0 |
| Cinnamon Creek | 0 | 0 | 2 | 0 |
| Maggie Gulch | 0 | 0 | 5 | 0 |
| South Fork Mineral Creek | 0 | 7 | 7 | 0 |
| West Fork Animas/California Gulch | 0 | 0 | 3 | 0 |

BLM_0033043

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Wild and Scenic River Segments | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| **Hermosa Creek and Tributaries** | | | | |
| Hermosa Creek and tributaries | 0 | 62 | 62 | 0 |
| **Los Pinos River** | | | | |
| Los Pinos and tributaries above Vallecito | 54 | 54 | 54 | 0 |
| Vallecito Creek | 0 | 0 | 17 | 0 |
| **Piedra River** | | | | |
| North of Hwy 160 to Forks | 22 | 22 | 22 | 0 |
| South of Hwy 160 to SJNF boundary (Chimney Rock area) | 0 | 0 | 8 | 0 |
| **East Fork Piedra River** | | | | |
| North of wilderness boundary | 9 | 9 | 9 | 0 |
| South of wilderness boundary | 7 | 0 | 7 | 0 |
| Middle Fork Piedra River | 19 | 19 | 19 | 0 |
| **San Juan River** | | | | |
| West Fork San Juan River | 0 | 11 | 17 | 0 |
| Wolf Creek and Fall Creek | 0 | 0 | 8 | 0 |
| East Fork San Juan River | 0 | 13 | 13 | 0 |
| Total Suitable WSR Segment Miles | **253** | **350** | **534** | **0** |
| Total Suitable WSR River Segments | **7** | **12** | **27** | **0** |

### 2.4.4.d   Areas of Critical Environmental Concern

Alternative A would continue to manage the existing Anasazi Cultural Area ACEC. Under Alternative B, one new ACEC, Gypsum Valley, would be designated and 941 acres of the Anasazi Cultural Area ACEC would continue to be managed as an ACEC (the size of this ACEC changed from Alternative A due to removing the portion of the area that has a developed gravel pit). Alternative C includes the same ACECs as Alternative B, but adds Silveys Pocket and Grassy Hills. All of these areas were identified as potential conservation areas by the Colorado Natural Heritage Program due to their significant biodiversity (Table 2.4.13).

**Table 2.4.13: Areas of Critical Environmental Concern by Alternative**

| ACECs (BLM) | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| Anasazi Cultural Area | 1,160 | 941 | 941 | 0 |
| Gypsum Valley | 0 | 13,333 | 13,333 | 0 |
| Silveys Pocket | 0 | 0 | 707 | 0 |
| Grassy Hills | 0 | 0 | 420 | 0 |
| Total ACEC Acres | **1,160** | **14,274** | **15,401** | **0** |
| Total ACEC Areas | **1** | **2** | **4** | **0** |

### 2.4.4.e   Research Natural Areas

Alternative A would continue to manage the two existing RNAs—Narraguinnep and Williams. In addition to the two existing RNAs, eight new RNAs totaling 54,493 acres would be designated under Alternative B. Alternative C would continue managing the two existing RNAs and designate nine new RNAs, totaling 69,141 acres.  Alternative D proposes three new RNA areas to the existing two areas for a total of 15,277 acres (Table 2.4.14).

BLM_0033044

**Table 2.4.14: Research Natural Areas by Alternative**

| Research Natural Areas (USFS) | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| Electra | 0 | 2,455 | 2,455 | 2,455 |
| Grizzly Peak | 0 | 3,256 | 4,676 | 0 |
| Hermosa | 0 | 15,469 | 15,469 | 0 |
| Martinez Creek | 0 | 1,305 | 1,305 | 0 |
| Hidden Mesas | 0 | 3,132 | 3,132 | 3,132 |
| Navajo River | 0 | 7,183 | 7,183 | 7,183 |
| Needles Mountain | 0 | 0 | 12,900 | 0 |
| Piedra | 0 | 5,976 | 5,976 | 0 |
| Porphyry Gulch | 0 | 11,840 | 11,840 | 0 |
| Narraguinnep (existing) | 1,971 | 1,971 | 1,971 | 1,971 |
| Williams Creek (existing) | 486 | 486 | 486 | 486 |
| Total RNA Acres | 2,457 | 53,073 | 67,393 | 15,227 |
| Total RNA Areas | 2 | 10 | 11 | 5 |

### 2.4.4.f   Special Botanical Areas

Alternative A would continue to manage the O'Neal Hill SBA. In addition, Alternatives B, C, and D make the Chattanooga Fen an SBA. Alternatives B and C include management direction to retain and protect approximately 4,800 acres with old growth ponderosa pine (*Pinus ponderosa*) in the Dolores District. Under Alternative D these areas would not have specific management direction, but would be managed per the LRMP Terrestrial Ecosystem plan components (see Volume II, LRMP) (Table 2.4.15).

**Table 2.4.15: Special Botanical Areas and Old Growth Recruitment Areas by Alternative**

| Botanical Areas (USFS) | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| O'Neal Hill SBA | 328 | 276 | 276 | 276 |
| Chattanooga Fen SBA | 0 | 59 | 59 | 59 |
| **Old Growth Recruitment Areas (USFS)** | **Alternative A (No Action)** | **Alternative B (Preferred)** | **Alternative C** | **Alternative D** |
| Boggy Old Growth Recruitment Area | 0 | 2,534 | 2,534 | 0 |
| Smoothing Iron Old Growth Recruitment Area | 0 | 2,314 | 2,314 | 0 |

### 2.4.4.g   Wildlife Management Areas

The Perins Peak Wildlife Management Area is included in all alternatives. However, under Alternatives B, C, and D, the Animas Mountain portion is removed and made part of the SRMA. The wildlife values and especially winter closures are included in the SRMA direction specific for the Animas Mountain (i.e., managing winter closures is a key part of the SRMA direction).

Alternative C identifies an additional wildlife management area to protect the sage-grouse (*Centrocercus urophasianus*) habitat adjacent to the Willow Creek State Wildlife Area. Under Alternatives B and D these parcels would not have specific habitat management, but would be managed per the LRMP Terrestrial Wildlife plan components (see Volume II, LRMP) (Table 2.4.16).

BLM_0033045

**Table 2.4.16: Wildlife Management Areas by Alternative**

| Wildlife Management Areas (BLM) | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| Perins Peak Wildlife Management Area | 3,787 | 2,274 | 2,274 | 2,274 |
| Willow Creek Wildlife Management Area | 0 | 0 | 876 | 0 |

#### 2.4.4.h   Wild Horse Herd Management Areas

The Spring Creek Wild Horse HMA is included in all alternatives with the same management direction under all alternatives (see Volume II, LRMP, Chapter 3 for more information) (Table 2.4.17).

**Table 2.4.17: Wild Horse Herd Management Area**

| Wild Horse Herd Management Areas (BLM) | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| Spring Creek Wild Horse HMA | 20,983 | 20,983 | 20,983 | 20,983 |

#### 2.4.4.i   Heritage and Cultural Area Designations

On SJNF lands, the Chimney Rock National Monument and Falls Creek Archeological Areas would be managed the same under all alternatives. On TRFO lands, Alternatives B and C would manage the Mesa Verde Escarpment area to protect cultural values. Under Alternatives A and D, Mesa Verde Escarpment would not have specific management direction, but would be managed per the LRMP Heritage Resource components (see Volume II, LRMP) (Table 2.4.18).

**Table 2.4.18: Heritage and Cultural Designations**

| Archaeological Areas (USFS and BLM) | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| Falls Creek Archaeological Area (USFS) | 1,504 | 1,504 | 1,504 | 1,504 |
| Chimney Rock National Monument (USFS) | 4,726 | 4,726 | 4,726 | 4,726 |
| Mesa Verde Escarpment (BLM) | 0 | 7,373 | 7,373 | 0 |

### 2.4.5  Other LRMP Decisions

#### 2.4.5.a   Lands Available for Disposal

Since the current LRMP was developed, approximately 900 acres have been disposed of; hence, the total acres identified for disposal in Alternative A are fewer than the other alternatives. Alternatives B and D identify all the parcels in Alternative A and more; primarily most of the isolated, dispersed parcels on TRFO lands are identified for disposal (Table 2.4.19). Alternative C identifies the least amount of acres for disposal, in that it would retain more parcels that are adjacent to other public lands or conservation easements, as well as parcels that may contain eligible cultural sites.  See Maps 44 through 47 in Volume III, Appendix V for lands available for disposal under each alternative.

BLM_0033046

**Table 2.4.19: TRFO Lands Available for Disposal**

| Lands Available for Disposal, | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| Acres available for disposal | 10,469 | 15,327 | 8,004 | 15,327 |

**2.4.5.b    Right-of-way Exclusion and Avoidance Areas**

With regard to areas of right-of-way (ROW) corridors for pipelines, utilities, communication, etc., the LRMP makes decisions about which resources or areas should be excluded (areas that are not available for location of ROWs under any conditions) or avoided (areas to be avoided but may be available for location of ROWs with special conditions). The resources excluded or avoided are the same for all alternatives; however, the acres identified as exclusion and avoidance areas vary by alternative because of the different land allocations for the resourced (e.g., recommended RNAs and WSR have different acres allocated by alternative).

Exclusion areas on TRFO lands include WSAs and recommended suitable WSR (wild segments only); avoidance areas include lands managed for wilderness charateristics, the Anasazi Culture Area ACEC, Perins Peak Wildlife Management Area, the Dolores River Canyon, the Mesa Verde Escarpment, and VRM II scenery classified lands.

Exclusion areas on SJNF lands include wilderness, recommended wilderness, the Piedra Area, recommended suitable WSR (wild segments only), RNAs, and areas allocated to MA 1; avoidance areas include upper tier CRAs, SBAs, Chimney Rock National Monument, Falls Creek Archeological Area, and high SIO scenery classified lands.

ROW avoidance and exclusion areas for both the SJNF and TRFO are summarized in Table 2.4.20.

**Table 2.4.20: Right-of-way Avoidance and Exclusion Areas**

| Avoidance and Exclusion Areas | Alternative A (No Action) | Alternative B (Preferred) | Alternative C | Alternative D |
|---|---|---|---|---|
| SJNF exclusion acres | 514,760 | 647,263 | 1,068,710 | 505,900 |
| TRFO exclusion acres | 68,139 | 69,659 | 70,049 | 56,867 |
| Total Exclusion Acres | **582,899** | **716,922** | **1,138,759** | **562,767** |
| SJNF avoidance acres | 1,030,769 | 787,462 | 509,497 | 937,468 |
| TRFO avoidance acres | 37,691 | 232,351 | 439,984 | 273,129 |
| Total Avoidance Acres | **1,068,460** | **1,019,813** | **949,481** | **1,210,597** |

## 2.4.6   Issue 4: Management of Oil and Gas Leasing and Development

This issue reflects the question about where energy development should take place and how it should be done to best balance the extraction of oil and gas with the protection of other resources and values. The LRMP and USFS oil and gas leasing availability decisions made in this plan revision and FEIS identify areas that would be made available for oil and gas leasing and development on NFS and BLM public lands, and the leasing stipulations that would apply to new leases.

The leasing alternatives complement Alternatives A, B, C, and D described earlier by incorporating lease stipulations that are consistent with the desired conditions and goals of each alternative. An alternative that allows no leasing of NFS lands within the planning area is provided consistent with the requirements of 36 CFR 228.102(c)(2). A No Leasing Alternative is also analyzed for BLM public lands, including split estate lands, in order to provide a consistent set of alternatives across the public lands administered by the USFS and BLM.

BLM_0033047

All lands under lease as of the date of the revised LRMP are managed under their existing terms; the revised oil and gas leasing availability decisions do not change or limit the terms of the valid existing rights conveyed by the leases. Existing leases are concentrated in the San Juan Basin and Paradox Basin portions of the SJNF and TRFO. Given the that these leases provide for existing rights, the revised LRMP and USFS oil and gas leasing availability decision provides for where and how oil and gas leasing development may occur on future leases only. If an existing lease expires, then such lands would be subject to the leasing decisions in the revised LRMP.

The lands most likely to be leased if made available are currently unleased lands with moderate or high potential. Within the planning area, lands are considered available for leasing, unless they are specifically withdrawn or administratively not available for lease.

- **Lands Withdrawn:** This legal classification refers to land designations made by the USDI and/or Congress that preclude the appropriation and disposal of federally owned mineral resources under the Mineral Leasing Act of 1920, subject to valid existing rights. Minerals held under valid existing rights may still be extracted. For all alternatives and the No Leasing Alternative, the lands withdrawn from mineral leasing include the designated wilderness areas—Lizard Head, Weminuche, and South San Juan—and the Piedra Area. Combined they total 480,863 acres on SJNF lands.

- **Lands Administratively Not Available:** This classification applies to lands that the Authorized Officer has determined should not be leased for oil and gas based on potential for oil and gas occurrence and development, environmental concerns that cannot be resolved, and/or other conflicting uses of USFS or BLM public lands. This designation would apply only to lands not already withdrawn from leasable mineral appropriation. Within the SJNF and TRFO, four resource areas common to all alternatives have been identified as administratively not available for oil and gas leasing because leasing would not be compatible with the desired conditions for such lands:

  □ Wild segments of rivers suitable for WSR designation are administratively not available in all alternatives for lease for the purpose of protecting their suitable WSR status.

  □ BLM WSAs are administratively not available for lease in all alternatives for the purpose of ensuring that the wilderness characteristics are protected until Congress acts to designate them for wilderness or release them from their WSA status.

  □ USFS areas recommended for wilderness are also administratively not available for lease. The acreage varies by alternative because the acres recommended for wilderness vary by alternative.

  □ Chimney Rock National Monument, Anasazi, and Falls Creek Archeological Areas are administratively not available for lease in all alternatives for the purpose of protecting the outstanding archeological values and landscape features that are integral to each sites' integrity of setting and feeling.

  Alternative C would make additional areas not available for lease; they are described under Alternative C below (see Section 2.4.6c).

- **Lands Available for Leasing:** This classification applies to lands that the Authorized Officer has determined to make available for lease based on potential for oil and gas occurrence and development, environmental factors, and/or other uses disclosed in this FEIS.

  For lands available for leasing, standard lease terms apply and further stipulations may be applied as necessary to a lease parcel to specify how leasing and subsequent development would occur. In general, stipulations are applied to minimize adverse impacts specific to air,

water, land, visual, cultural, and biological resources, and other land uses. The stipulation definitions below describe how leasing would occur:

- **No Surface Occupancy (NSO):** Use or occupancy of the land surface for fluid mineral (oil and gas) exploration or development is prohibited to protect identified resource values. However, oil and gas under lands affected by NSO stipulation are legally available for extraction if extraction can be accomplished without occupying the surface (such as through directional drilling or otherwise accessing the reservoir from adjacent lands). Technological limitations and higher cost will affect the recovery of these resources, but they are available.

- **Controlled Surface Use (CSU):** Use or occupancy of the land surface for fluid mineral (oil and gas) exploration or development is allowed but identified resource values require special operational constraints that may modify lease rights. A CSU stipulation allows the SJNF or TRFO to require that a proposed facility or activity be relocated from the proposed location, or otherwise modified if necessary to achieve the desired level of protection. CSU provides operating guidance, but does not substitute for NSO or timing limitation (TL) stipulations. CSU allows year-round occupancy and accessibility to leased lands while providing mitigation of effects on other resources.

- **Timing Limitations (TL):** Use or occupancy of the land surface for fluid mineral (oil and gas) exploration or development is prohibited during a specified period of the year. The scope of the TL stipulation goes beyond ground-disturbing activities to encompass any source of protracted or high-intensity disturbance that could interfere with normal wildlife behavior and adversely affect habitat use. The limitation is applied annually for a specified period. The TL stipulation does not apply to the operation and maintenance of production facilities unless the analysis demonstrates the continued need for such mitigation and that less stringent project-specific mitigation measures (such as Conditions of Approval [COAs]) would not be sufficient. The TL stipulation provides for partial accessibility for a portion of the year and maintains the potential for extraction of oil and gas, but may increase costs due to timing constraints (such as a short operating season).

- **Standard Lease Terms:** All SJNF and TRFO oil and gas leases are subject to standard lease terms. These are the least restrictive terms under which an oil and gas lessee may operate. They require operators of oil and gas leases to minimize adverse impacts to air, water, land, visual, cultural, and biological resources and other land uses and users, and to comply with all applicable laws, regulations and formal orders of the agency managing the leased lands.

Table 2.4.21 details the lands available and not available for lease by alternative. Additionally, the acres of NSO, CSU, TL and standard lease terms are provided. Stipulations may overlap on lands available for lease, e.g., there may be TL and NSO applied to the same acres. Hence, the total for stipulations would be greater than the total lands available for lease.

**Table 2.4.21: Oil and Gas Leasing Availability by Alternative on National Forest System and Bureau of Land Management Lands**

| Jurisdiction | Alternative A | Alternative B | Alternative C | Alternative D | No Leasing Alternative |
|---|---|---|---|---|---|
| USFS | | | | | |
| Federal mineral acres | 1,863,402 | 1,863,402 | 1,863,402 | 1,863,402 | 1,863,402 |
| Acres withdrawn from leasing | 509,954 | 509,954 | 509,954 | 509,954 | 509,954 |

BLM_0033049

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Jurisdiction | Alternative A | Alternative B | Alternative C | Alternative D | No Leasing Alternative |
|---|---|---|---|---|---|
| Acres administratively not available for leasing | 16,357 | 73,636 | 644,113 | 14,896 | 1,353,448 |
| Acres available for leasing | 1,337,090 | 1,279,811 | 709,335 | 1,338,551 | 0 |
| NSO | 848,806 | 876,266 | 547,642 | 666,105 | 0 |
| CSU | 513,893 | 882,532 | 391,150 | 1,033,242 | 0 |
| TL | 783,302 | 527,489 | 157 | 45,463 | 0 |
| Standard lease terms | 177,162 | 143,722 | 129,069 | 210,570 | 0 |
| **BLM** | | | | | |
| Federal mineral acres | 503,466 | 503,466 | 503,466 | 503,466 | 503,466 |
| Acres withdrawn from leasing | 0 | 0 | 0 | 0 | 0 |
| Acres administratively not available for leasing | 62,437 | 62,570 | 161,637 | 56,916 | 503,466 |
| Acres available for leasing | 441,030 | 440,896 | 341,829 | 446,550 | 0 |
| NSO | 132,713 | 194,290 | 318,601 | 98,486 | 0 |
| CSU | 35,948 | 401,232 | 300,504 | 406,487 | 0 |
| TL | 343,440 | 321,435 | 64 | 28,679 | 0 |
| Standard lease terms | 48,344 | 22,734 | 16,729 | 35,570 | 0 |
| **Federal Subsurface** | | | | | |
| Federal mineral acres | 319,957 | 319,957 | 319,957 | 319,957 | 319,957 |
| Acres withdrawn from leasing | 0 | 0 | 0 | 0 | 0 |
| Acres administratively not available for leasing | 0 | 0 | 0 | 0 | 319,957 |
| Acres available for leasing | 319,957 | 319,957 | 319,957 | 319,957 | 0 |
| NSO | 36,041 | 88,548 | 197,478 | 34,565 | 0 |
| CSU | 23,705 | 214,839 | 171,786 | 214,665 | 0 |
| TL | 167,189 | 161,301 | 0 | 461 | 0 |
| Standard lease terms | 128,016 | 82,233 | 110,718 | 104,039 | 0 |

## 2.4.6.a    Alternative A – Oil and Gas Leasing Availability

Alternative A represents the continuation of current BLM and USFS leasing decisions (Table 2.4.22). This direction is contained in the BLM Colorado Oil and Gas Leasing and Development EIS (January 1991), the San Juan/San Miguel Resource Management Plan (BLM 1985) and the San Juan National Forest Land and Resource Management Plan (USFS 1983), as amended. In total, 2,098,077 acres are available for leasing and 78,794 acres are not available for leasing (Volume III, Appendix V, Maps 49, 53, 57). The lands not available for lease in Alternative A include WSAs and the wild segments of the Dolores River found suitable for WSR status on TRFO lands. On the SJNF, lands not available for lease include Chimney Rock National Monument and the wild segments of WSR segments. Of the combined SJNF and TRFO mineral estate, Alternative A makes 78% of the lands available for lease. Of the lands available, 17% are managed with standard lease terms and 83% are stipulated with NSO, CSU, or TL.

**Table 2.4.22: Oil and Gas Leasing Availability by Mineral Estate Owner for Alternative A**

| Planning Area | USFS | BLM | Federal Subsurface | Total |
|---|---|---|---|---|
| Federal mineral acres | 1,863,402 | 503,466 | 319,957 | 2,686,825 |
| Acres withdrawn from leasing | 509,954 | 0 | 0 | 509,954 |
| Acres administratively not available for leasing | 16,357 | 62,437 | 0 | 78,794 |

BLM_0033050