Graeter, G.J., K. Buhlmann, I. Wilkinson, and J. Gibbons. 2013. *Inventory and Monitoring: Recommended Techniques for Reptiles and Amphibians*. Partners in Amphibian and Reptile Conservation Technical Publication IM-1, Birmingham, Alabama.

Grissino-Mayer, H.D., W.H. Romme, M.L. Floyd, and D.D. Hanna. 2004. Climatic and human influences on fire regimes of the southern San Juan Mountains, Colorado, USA. *Ecology* 85:1708–1724.

Gunnison Sage-Grouse Rangewide Steering Committee. 2005. *Gunnison Sage-Grouse Rangewide Conservation Plan.* Denver: Colorado Division of Wildlife.

Hammerson, G.A. 1999. *Amphibians and Reptiles in Colorado*. 2nd ed. Denver: Colorado Division of Wildlife; Niwot, Colorado: University Press of Colorado.

Hann, W., D. Havlina, A. Shlisky. 2003. Fire Regime Condition Class (FRCC) website. Available at: http://www.frames.gov/partner-sites/frcc/frcc-home. U.S. Department of Agriculture, U.S. Forest Service; U.S. Department of the Interior; The Nature Conservancy; and Systems for Environmental Management.

Harness, R.E. 2007. Mitigation. In *Raptor Research and Management Techniques*, edited by D.M. Bird and K.L. Bildstein, pp. 365–382. Blaine, Washington: Hancock House Publishers.

Hayward, G.D. 1994. Review of technical knowledge: Boreal owls. *Flammulated, Boreal, and Great Gray Owls in the United States: A Technical Conservation Assessment*, edited by G.D. Hayward and J. Verner, pp. 92–127. General Technical Report RM-253. Fort Collins, Colorado: U.S. Forest Service.

Hayward, G.D., P.H. Hayward, and E.O. Garton. 1993. Ecology of boreal owls in the Northern Rocky Mountains, USA. *Wildlife Monographs* 124:1–59.

Hebblewhite, M. 2008. A literature review of the effects of energy development on ungulates: Implications for central and eastern Montana. Unpublished report. Miles City, Montana: Montana Fish, Wildlife and Parks.

Heffelfinger, J. 2006. *Deer of the Southwest, A Complete Guide to the Natural History, Biology, and Management of Southwestern Mule Deer and White-Tailed Deer*. College Station, Texas: Texas A & M University Press.

Heinselman, M.L., 1981. Fire and succession in the conifer forests of North America. In Forest Succession: Concepts and Applications, edited by D.C. West, H.H. Shugart, and D.B. Botkin, pp. 374–406. New York: Springer-Verlag.

Hill, R., and C.M. Pickering. 2009. Differences in the resistance of three subtropical vegetation types to experimental trampling. *Journal of Environmental Management* 90:1305–1312.

Hoffman, R.W. 2006. *White-tailed Ptarmigan (*Lagopus leucura*): A Technical Conservation Assessment.* Available at: http://www.fs.fed.us/r2/projects/scp/assessments/whitetailedptarmigan.pdf. Accessed August 6, 2013.

BLM_0033670

Holloran, M.J. 2005. Greater sage-grouse (*Centrocercus urophasianus*) population response to natural gas field development in western Wyoming. Ph.D. dissertation, University of Wyoming.

Hoover, R.L., and D. Wills. 1984. *Managing Forested Lands for Wildlife*. Denver: Colorado Division of Wildlife.

Husband, M.B. 1984. Colorado Plateau Country Historic Context. Office of Archaeology and Historic Preservation, Denver.

Inman, R.M., M.L. Pakila, K.H. Inman, B. Aber, R. Spence, and D. McCauley. 2009. *Greater Yellowstone Wolverine Program, Progress Report—December 2009*. Bozeman, Montana: Wildlife Conservation Society, North American Program.

Intergovernmental Panel on Climate Change. 2007. Summary for Policy Makers. In *Climate Change 2007: The Physical Science Basis*. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change. Cambridge, United Kingdom, and New York: Cambridge University Press. Available at: http://www.ipcc.ch/publications_and_data/ar4/wg1/en/contents.html. Accessed August 6, 2013.

International Union for Conservation of Nature. 1994. Guidelines for Protected Area Management Categories. Gland and Cambridge: International Union for Conservation of Nature.

Johnson, A. 2008. HD Mountains mule deer monitoring project annual report, 2007-2008 data. Unpublished report. Ignacio, Colorado: Southern Ute Indian Tribe.

Johnson Matthey. 2009.  Gas Engine Emissions Control.  Available at: http://www.jmcatalysts.com/. Accessed August 19, 2013.

Kaufmann, M.R., C.M. Regan, and P.M. Brown. 2000. Heterogeneity in ponderosa pine/Douglas-fir forests: Age and size structure in unlogged and logged landscapes of central Colorado. *Canadian Journal of Forest Research* 30.

Keith, J.O. 1965. The Abert squirrel and its dependence on ponderosa pine. *Ecology* 46:150–163.

Keith, J.O. 2003. *Abert's Squirrel (*Sciurus aberti*): A Technical Conservation Assessment*. USDA Forest Service, Rocky Mountain Region. Available at: http://www.fs.fed.us/r2/projects/scp/assessments/abertsquirrel.pdf. Accessed August 6, 2013.

Kinder Morgan. 2005. Personal communication between Robert Garrigues, BLM Geologist and Bob Clayton, Kinder Morgan Company, 2005.

Kingery, H.E. (ed.). 1998. *Colorado Breeding Bird Atlas*. Denver: Colorado Bird Atlas Partnership and Colorado Division of Wildlife.

Kirschbaum, M.A., and L.R.H. Biewick, 2009, "A Summary of the Coal Deposits in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah," Chapter B in *Geological Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah*, Kirschbaum et al. (editors), Professional Paper 1625-B, U.S. Geological Survey.

Knight, D.H. 1994. Dynamics of subalpine forests. In *Flammulated, Boreal, and Great Gray Owls in the United States: A Technical Conservation Assessment*, edited by G.D. Hayward and J.

BLM_0033671

Verner, pp. 128–138. General Technical Report RM-253. Fort Collins, Colorado: U.S. Forest Service.

Kulakowski, D., T.T. Veblen, and S. Drinkwater. 2004. The persistence of quaking aspen (*Populus tremuloides*) in the Grand Mesa area, Colorado. *Ecological Applications* 14(5):1603–1614.

La Plata County. 2008. *Baseline Greenhouse Gas Emission Profile and Forecast.* Available at: http://www.co.laplata.co.us/sites/default/files/documents/457/baselinegreenhousegasemissionprofileandforecast.pdf. Accessed August 6, 2013.

LANDFIRE 2810640. LANDFIRE Biophysical Setting Model 2810640.

LANDFIRE 2811250. LANDFIRE Biophysical Setting Model 2811250.

LANDFIRE 2811350. LANDFIRE Biophysical Setting Model 2811350. Inter-Mountain Basins Semi-Desert Grassland.

LANDFIRE 2811460. LANDFIRE Biophysical Setting Model 2811460. Southern Rocky Mountain Montane-Subalpine Grassland.

LANDFIRE 2811530. LANDFIRE Biophysical Setting Model 2811530. Inter-Mountain Basins Greasewood Flat.

Landres, P.B., P. Morgan, and F.J. Swanson. 1999. Overview of the natural variability concepts in managing ecological systems. *Ecological Applications* 9:1179–1188.

Larison, J.R., G.E. Likens, J.W. Fitzpatrick, and J.G. Crock. 2000. Cadmium toxicity among wildlife in the Colorado Rocky Mountains. *Nature* 406:181–183.

Leschak, P., September 10, 2010. Personal communication, BLM, Tres Rios Field Office, Durango, Colorado.

Lipe, W.D., M.D. Varien, and R.H. Wilsshusen. 1999. *Colorado Prehistory: A Context for the Southern Colorado River Basin.* Prehistory of Colorado: A Publication Series. Denver: Colorado Council of Professional Archaeologists.

Lloyd Levy Consulting. 2008. Economic Driver Study for Archuleta, Dolores, La Plata and Montezuma Counties, Colorado. On file with Lloyd Level Consulting, LLC.

———. 2010. Economic Driver Study for Archuleta, Dolores, La Plata and Montezuma Counties, Colorado. On file with Lloyd Level Consulting, LLC.

Lyon, L.J. 1983. Road density models describing habitat effectiveness for elk. *Journal of Forestry* 81.9:592–613.

Lyon, L.J., J.K. Brown, M.H. Huff, and J.K. Smith. 2000. In Chapter 1, Introduction. *Wildland Fire in Ecosystems: Effects of Fire on Fauna*, edited by J.K. Smith. Pages 1-8. USFS General Technical Report RMRS-GTR-42. Volume1. Ogend, Utah: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station.

Lyon, L.J., and A.G. Christensen. 2002. Elk and land management. In *North American Elk: Ecology and Management*, edited by D.E. Toweill and J.W. Thomas, pp. 557–582. Washington, D.C.: Smithsonian Institution Press.

BLM_0033672

MacDonald, L.H., and J.D. Stednick. 2003. *Forests and Water: A State-of-the-art Review for Colorado*. Fort Collins, Colorado: Colorado Water Resources Research Institute, Colorado State University.

McGarigal, K., and W. Romme. 2005. *Historic Range of Variability in Landscape Structure and Wildlife Habitat.* Durango, Colorado: U.S. Department of Agriculture, Forest Service, San Juan National Forest.

McGarigal, K., W.H. Romme, M. Crist, and E. Roworth. 2001. Cumulative effects of roads and logging on landscape structure in the San Juan Mountains, Colorado, USA. *Landscape Ecology* 16:321–349.

McKelvey, K.S., J. Claar, G.W. McDaniel, and G. Hanvey. 1999. National lynx detection protocol. Missoula, Montana: U.S. Forest Service, Rocky Mountain Research Station.

MacMillan, V., J. Samulski, K. Simon, S. Keene, and K. Smyth. 2007. *Mud Springs Travel Management Cultural Resources Inventory Project, Montezuma County, Colorado (SJ07038)*. On file, San Juan Public Lands Center, Durango, Colorado.

Marcus, M.D., M.K. Young, L.E. Noel, and B.A. Mullan. 1990. *Salmonid Habitat Relationships in the Western United States: A Review and Indexed Bibliography*. USFS General Technical Report RM-188. Washington, D.C.: U.S. Department of Agriculture, Forest Service.

Martin, K.D., T.J. Schommer, and V.L. Coggins. 1996. Literature review regarding the compatibility between bighorns and domestic sheep. *Northern Wild Sheep and Goat Council Proceedings* 10:72–77.

Meehan, W.R. (ed.) 1991. *Influences of Forest and Rangeland Management on Salmonid Fishes and their Habitats.* Special Publication 19. Bethesda, Maryland: American Fisheries Society.

Meehan, W.R., F.J. Swanson, and J.R. Sedell. 1977. Influences of riparian vegetation on aquatic ecosystems with particular reference to salmonid fishes and their food supply. In *Proceedings. Symposium on the Importance, Preservation, and Management of the Riparian Habitat*, July 9, 1977. Tucson, Arizona.

Megahan, W., and W. Kidd. 1972. Effects of logging and logging roads on erosion and sediment deposition from steep terrain. *Journal of Forestry* 70(3):136–141.

IMPLAN Group, Inc. 2011. Report generated through IMPLAN software.  Reports available thorough IMPLAN Group, LLC.  Available at: http://implan.com/V4/index.php?option=com_content&view=frontpage&Itemid=70.  Accessed August 7, 2013.

Miller, J.R., L.A. Joyce, R.L. Knight, and R.M. King. 1996. Forest roads and landscape structure in the Southern Rocky Mountains. *Landscape Ecology* 11(2):115–127.

Moir, W.H., B. Geils, M.A. Benoit, and D. Scurlock. 1997. Ecology of Southwestern ponderosa pine forests. In *Songbird Ecology in Southwestern Ponderosa Pine Forests: A Literature Review*, edited by W.M. Block and D.M. Finch. USFS General Technical Report RM-GTR-92. Fort Collins, Colorado: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station.

BLM_0033673

Montgomery, R.A., G.J. Roloff, and J.J. Millspaugh. 2012. Variation in elk response to roads by season, sex, and road type. *Journal of Wildlife Management* 77:313–325.

Monz, C.A., D.N. Cole, Y. Leung, and J.L. Marion. 2009. Sustaining visitor use in protected areas: Future opportunities in recreation ecology research based on the USA experience. *Environmental Management.* DOI 10.1007/s00267-009-9406-5.

Morgan, T., and C. Keegan. 2011. Wood products processing, unpublished data. Missoula, Montana: Bureau of Business and Economic Research, University of Montana.

Mule Deer Working Group. 2003. *Mule Deer: Changing Landscapes, Changing Perspectives.* Cheyenne, Wyoming: Western Association of Fish and Wildlife Agencies, Mule Deer Working Group.

Musselman, R., and W. Slauson. 2004. Water chemistry of high elevation Colorado wilderness lakes. *Biogeochemistry* 71:387–414.

Mutel, C.F., and J.C. Emerick. 1984. *From Grassland to Glacier: The Natural History of Colorado.* Boulder, Colorado: Johnson Books.

National Agriculture Statistics Service. 2010. Colorado Agricultural Statistics 2010. Available at: http://www.nass.usda.gov/Statistics_by_State/Colorado/Publications/Annual_Statistical_Bulletin/bulletin2010.pdf. Accessed August 6, 2013.

National Atmospheric Deposition Program. 2011. *National Atmospheric Deposition Program 2010 Annual Summary.* Data Report 2011-01. Urbana-Champaign, Illinois: Illinois State Water Survey, University of Illinois.

National Interagency Fire Center. 2012. *Interagency Standards for Fire and Fire Aviation Operations* (Redbook). Boise, Idaho: National Interagency Fire Center. Available at: http://www.nifc.gov/policies/pol_ref_redbook_2012.html. Accessed August 6, 2013.

National Park Service (NPS). 2010. National Park Service consultation letter to the San Juan National Forest for Air Quality Technical Support Document, San Juan Supplemental Environmental Impact Statement, May 17, 2010.

National Wild and Scenic Rivers System. 2013. Informational website. Available at: http://www.rivers.gov/rivers/. Accessed August 6, 2013.

NatureServe. 2006. NatureServe Explorer: An online encyclopedia of life [web application]. Arlington, Virginia. Available at: http://www.natureserve.org/explorer. Accessed August 6, 2013.

Nelson-Moore, J. L., Collins, D. B. and Hornbaker, A. L., 1978, Radioactive mineral occurrences of Colorado and bibliography: Colorado Geological Survey Bulletin 40, 1061 p.

New Mexico Department of Workforce Solutions. 2012. Economic Research and Analysis Bureau. Available at: http://www.dws.state.nm.us/LMI. Accessed August 7, 2013.

New Mexico Environment Department. 2009. *Air Quality Modeling Study for the Four Corners Region.* Available at: http://www.nmenv.state.nm.us/aqb/4C/Documents/FinalRepRev20090806.pdf. Accessed August 6, 2013.

BLM_0033674

Nickens, P.R. n.d. [1990s]. *The Destruction of Archaeological Sites and Data.* Available at: http://stage.historicpreservation.gov/%7Bdyn.file%7D/9ff7b47227884757aed4d43896ab86d0/Nickens-%20book%20excerpt%20on%20Risk%20to%20Archeological%20Sites.pdf. Accessed August 6, 2013.

Norwest Corporation. 2009. *Northern San Juan Basin Groundwater Modeling Project–Final Report.* Sponsored by BP American Production Company, Chevron U.S.A. Inc., Conoco Phillips Company, Southern Ute Indian Tribe, and XTO Energy Inc. Denver: Norwest Corporation.

Noss, R.F., and L.D. Harris. 1989. Habitat connectivity and the conservation of biological diversity: Florida as a case history. In *Proceedings of the 1989 Society of American Foresters.* Spokane, Washington.

Nydick, K., J. Crawford, M. Bidwell, C. Livensperger, I. Rangwala, and K. Cozzetto. 2012. *Climate Change Assessment for the San Juan Mountain Regions, Southwestern Colorado, USA: A Review of Scientific Research.* Mountain Studies Institute Report 2010-04. Silverton, Colorado: Mountain Studies Institute.

Oliver, A., M. Kram, P. Lyons, S. Neid, R. Rondeau, T. Schulz, C. Pague, and K. Sochi. 2008. *San Juan Forest Biodiversity Monitoring Framework Project.* Prepared by The Nature Conservancy of Colorado.

O'Rourke, P.M. 1980. *Frontier in Transition.* Number 10, Chapter IX. Denver: Bureau of Land Management, Colorado State Office.

Orr, H.K. 1975. Recovery from soil compaction on Bluegrass Range in the Black Hills. *Transactions of the ASAE:*1076–1081.

Parks, C.G., E.L. Bull, and T.R. Torgersen. 1997. Field guide for the identification of snags and logs in the interior Columbia River Basin. General Technical Report PNW-GTR-390. Portland, Oregon: U.S. Department of Agriculture, Forest Service.

Patton, D.R. 1975. Abert squirrel cover requirements in southwestern ponderosa pine. Research Paper RM-145. Fort Collins, Colorado: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station.

Payne, N.F., and F. Copes (eds.) 1988. *Wildlife and Fisheries Improvement Handbook.* Wildlife and Fisheries Administrative Report (unnumbered). Washington, D.C.: U.S. Department of Agriculture, Forest Service, Wildlife and Fisheries.

Pearson, M., D. Foreman, B. Miller, J. Smith, T. Hogan, and M. Soule. 2003. Section 9: A conservation vision for the Southern Rockies. In *Southern Rockies Wildlands Vision: A Science-Based Approach to Re-wilding the Southern Rockies*, edited by M. DeMarco,Golden, Colorado: Colorado Mountain Club Press.

Peck, S. 1998. *Planning for Biodiversity, Issues and Examples.* Washington D.C.: Island Press.

Pickering, C.P., W. Hill, D. Newsome, and Y. Leung. 2010. Comparing hiking, mountain biking and horse riding impacts on vegetation and soils in Australia and the United States of America. *Journal of Environmental Management* 91(3):551–562.

BLM_0033675

Pitblado, B.L. 1993. Paleoindian Occupation of Southwest Colorado. M.A. thesis, University of Arizona, Tucson.

Powers, R.F., D.H. Alban, R.E. Miller, A.E. Tiarks, C.G. Wells, P.E. Avers, R.G. Cline, R.O. Fitzgerald, and N.S. Loftus. 1990. Sustaining site productivity in North American forests: Problems and prospects. In *Sustained Productivity of Forest Soils, Proceedings of the 7th North American Forest Soils Conference,* edited by S.A. Gessel, D.S. Lacate, G.F. Weetman, and R.F. Powers, pp. 49–79. Vancouver, British Columbia, July 1988. Vancouver: University of British Columbia.

Preston, C.R., and H.E. Kingery. 1998. The Colorado environment. Pages 21-32 in *Colorado Breeding Bird Atlas*, edited by H.E. Kingery, pp. 21–32. Denver: Colorado Bird Atlas Partnership and Colorado Division of Wildlife, Colorado Wildlife Heritage Foundation.

Prichard, D. 1998. *A User Guide to Assessing Proper Functioning Condition and Supporting Science for Lotic Areas*. BLM Technical Reference 1737-15. Washington, D.C.

Priesler, H., A. Ager, and M. Wisdom. 2006. Statistical methods for analyzing responses of wildlife to human disturbance. *Journal of Applied Ecology* 43:164–172.

Pritchett, W.L., and R.F. Fisher. 1987. *Properties and Management of Forest Soils*. 2nd ed. New York: John Wiley.

Red Willow Production Company. 2010. Emission Reductions via Low Bleed Pneumatics at Separator Units. Available at: http://www.mountainstudies.org/sites/default/files/pdf/research/AirQualityForum/AQForum2010/Folk_dump_controllers_presentation_for_air_toxics_forum.pdf. Accessed August 19, 2013

Redders, J.S. 2012. Vegetation of the San Juan Public Lands. Working White Paper, 8/15/01, updated 12/7/2012.

Reed, A.D. 1988. Ute Cultural Chronology. In *Archaeology of the Eastern Ute: A Symposium*, edited by P.R. Nickens, pp. 232. Occasional Papers No. 1. Colorado Council of Professional Archaeologists, Denver.

Reed, A.D., and M.D. Metcalf. 1999. *Colorado Prehistory: A Context for the Northern Colorado River Basin*. Colorado Council of Professional Archaeologists, Denver.

Reed, R.A., J. Johnson-Barnard, and W.L. Baker. 1996. Fragmentation of a forested Rocky Mountain landscape, 1950–1993. *Biological Conservation* 75:267–277.

Region 9 Economic Development District of Southwest Colorado Inc. 2006. The Social and Economic Effects of Second Homes In Southwest Colorado Phase 2 – Homeowners Survey, draft July 10, 2006. Prepared by Donna K. Graves, Information Services, Durango, Colorado.

Reid, L., and T. Dunne. 1984. Sediment production from forest road surfaces. *Water Resources Research* 20(1):61–78.

Reynolds, R.T., M. Graham, H. Rieser, R.L. Bassett, P.L. Kennedy, D.A. Boyce, Jr., G. Goodwin, R. Smith, and E.L. Fisher. 1992. *Management Recommendations for the Northern Goshawk in the Southwestern United States*. General Technical Report RM-217. Fort Collins, Colorado: U.S. Department of Agriculture, Forest Service.

BLM_0033676

Robinson, S.K. 1992a. The breeding season: Introduction. In *Ecology and Conservation of Neotropical Migrant Landbirds*, edited by J.M. Hagan and D.W. Johnston, pp. 405–407. Washington, D.C.: Smithsonian Institution Press.

———. 1992b. Population dynamics of breeding neotropical migrants in a fragmented Illinois landscape. In *Ecology and Conservation of Neotropical Migrant Landbirds*, edited by J.M. Hagan and D.W. Johnston, pp. 408–418. Washington, D.C.: Smithsonian Institution Press.

Robson, S.G. and and E.R. Banta. 1995. *Ground Water Atlas of the United States, Arizona, Colorado, New Mexico, Utah.* USGS.  Available at: http://pubs.usgs.gov/ha/ha730/ch_c/index.html. Access August 6, 2013.

Rocky Mountain Region. 2010. *Field Guide to Diseases and Insects of the Rocky Mountain Region*. General Technical Report RMRS-GTR-241. U.S. Department of Agriculture, Forest Service, Rocky Mountain Region.

Rocky Mountain Region. 2012. *The 2012 Aerial Detection Survey Summary for the Rocky Mountain Region (R2) of the US Forest Service* [updated 12/20/2012]. Lakewood, Colorado: U.S. Department of Agriculture, Forest Service.

Romin, L.A., and J.A. Muck. 2002. *Utah Field Office Guidelines for Raptor Protection from Human and Land Use Disturbances*. Salt Lake City, Utah: U.S. Fish and Wildlife Service, Utah Field Office.

Romme, W.H., M.L. Floyd, and D. Hanna. 2009. *Historical Range of Variability and Current Landscape Condition Analysis: South Central Highlands Section, Southwestern Colorado & Northwestern New Mexico.* Fort Collins, Colorado: Colorado Forest Restoration Institute.

Romme, W.H., L. Floyd-Hanna, D. Hanna, and E. Bartlett. 2001. Aspen's ecological role in the West. In *Sustaining Aspen in Western Landscapes: Symposium Proceedings*, compiled by W.D. Shepperd, D. Binkley, D.L. Bartos, T.J. Stohlgren, and L.G. Eskew, pp. 243–259. Grand Junction, Colorado, June 13–15, 2000. Proceedings RMRS-P-18. Fort Collins, Colorado: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station.

Romme, W.H., L. Floyd-Hanna, J.P. Lindsey, D. Hanna, and J.S. Redders. 1997. *Composition, Structure, and Disturbance Regime of an Old-Growth Spruce-Fir Forest in the San Juan Mountains, SW CO, USA.* Durango, Colorado.

Rood, S.B., and J.M. Mahony 1990. Collapse of riparian poplar forests downstream from dams in western prairies: Probable causes and prospects for mitigation. *Environmental Management* 14(4):451–464.

Rosenberg, D.K., B.R. Noon, and E.C. Meslow. 1997. Biological corridors: form, function, and efficiency. *BioScience* 47(10):677–687.

Rosenfield, R.N., J. Bielefeldt, J.L. Affeldt, and D.J. Beckmann. 1996. Urban nesting biology of Cooper's hawks in Wisconsin. In *Raptors in Human Landscapes, Adaptations to Built and Cultivated Environments*, edited by D. Bird, D. Varland, and J. Negro, pp. 41–44. New York: Academic Press.

BLM_0033677

Rosenfield, R.N., J.W. Grier, and R.W. Fyfe. 2007. Reducing management and research disturbance. In *Raptor Research and Management Techniques*, edited by D.M. Bird and K.L. Bildstein, pp. 351–364. Blaine, Washington: Hancock House Publishers.

Rowland, M.M., M.J. Wisdom, B.K. Johnson, and J.G. Kie. 2000. Elk distribution and modeling in relation to roads. *Journal of Wildlife Management* 64:672–684.

Rowland, M.M., M.J. Wisdom, B.K. Johnson, and M.A. Penninger. 2005. Effects of roads on elk: Implications for management in forested ecosystems. In *The Starkey Project: A Synthesis of Long-term Studies of Elk and Mule Deer*, edited by M.J. Wisdom, pp. 42–52. 2004 Transactions of the North American Wildlife and Natural Resources Conference. Lawrence, Kansas: Alliance Communications Group.

Ruediger, B., J. Claar, S. Gniadek, B. Holt, L. Lewis, S. Mighton, B. Naney, G. Patton, T. Rinaldi, J. Trick, A. Vandehey, F. Wahl, N. Warren, D. Wenger, and A. Williamson. 2000 [rev. 2006]. *Canada Lynx Conservation Assessment and Strategy*. Forest Service Publication R1-00-53. Missoula, Montana: U.S. Department of Agriculture Forest Service, U.S. Fish and Wildlife Service, U.S. Department of the Interior Bureau of Land Management, and U.S. Department of the Interior National Park Service.

Ruggiero, L.F, K.B. Aubry, S.W. Buskirk, G.M. Koehler, C.J. Krebs, K.S. McKelvey, and J.R. Squires. 2000. *Ecology and Conservation of Lynx in the United States*. Boulder, Colorado: University Press of Colorado.

Rural Planning Institute. 2004. *San Juan Interviews*. Available at: http://ocs.fortlewis.edu/forestPlan/reports/SanJuanInterviews.PDF. Accessed August 6, 2013.

Ryan, K.C., and A.T. Jones (eds.). 2003. *Wildland Fire in Ecosystems: Effects of Fire on Cultural Resources and Archaeology*. General Technical Report RMRS-GTR-42- volume 3. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station.

S.S. Papadopoulos and Associates Inc. 2006. In conjunction with Colorado Geological Survey. *Coalbed Methane Stream Depletion Assessment Study – Northern San Juan Basin, Colorado*. Sponsored by State of Colorado.

Saab, V.A., H.D.W. Powell, N.B. Kotliar, and K.R. Newlon. 2005. Variation in fire regimes of the Rocky Mountains: Implications for avian communities and fire management. In *Fire and Avian Ecology in North America*, edited by V.A. Saab and H.D.W. Powell, pp. 76–96. Studies in Avian Biology No. 30.

Sage-grouse National Technical Team. 2011. *A Report on National Greater Sage-Grouse Conservation Measures*. December 21.

Sando, R.W. 1978. Natural fire regimes and fire management: Foundations for direction. *Western Wildlands* 4(4):34–44.

San Juan Citizens Alliance. 2005. *A Citizen's Wilderness Proposal*. On file at the Dolores Public Lands Office, Dolores, Colorado.

Sawyer, H., M.J. Kauffman, and R.M. Nielson. 2009. Influence of well pad activity on winter habitat selection patterns of mule deer. *Journal of Wildlife Management* 73:1052–1061.

BLM_0033678

Schmid, J.M., and S.A. Mata. 1996. *Natural Variability of Specific Forest Insect Populations and their Associated Effects in Colorado.* General Technical Report RM-GTR-275. Washington, D.C.: U.S. Department of Agriculture, Forest Service.

Schuler, J., and R. Briggs. 2000. Assessing application and effectiveness of forestry best management practices in New York. *Northern Journal of Applied Forestry* 17(4):125–134.

Schultz, C. 2001. Characteristics of trees used by cavity-nesting birds in western Colorado. Unpublished report on file, Columbine Ranger District Office, Bayfield, Colorado.

Schultz, T.T. 1991. Nongame wildlife communities in grazed and ungrazed montane riparian sites. *Great Basin Naturalist* 51:286–292.

Scott, P.K., 2003, Paradox Basin, Colorado, Maps, Cross Sections, and Database for Oil, Gas, and CO2 Fields: Colorado Geological Survey Resource Series 43.

Sedgwick, J.A. 2001. Geographic variation in the song of willow flycatchers: Differentiation between *Empidonax traillii adastus* and *E.t. extimus. Auk* 118:366–379.

Seyedbagheri, K.A. 1996. Idaho forestry best management practices: Compilation of research on their effectiveness. General Technical Report INT-339. Ogden, Utah: U.S. Department of Agriculture, Forest Service.

Seymore, R.S., and M.L.J. Hunter. 1999. Maintaining Biodiversity in Forested Ecosystems: Part 1 - Principles of Ecological Forestry, pp. 22–61. Cambridge: Cambridge University Press.

Sheley R.L., and J.K. Petroff (eds.). 1999. *Biology and Management of Noxious Rangeland Weeds*. Oregon University Press.

Sibold, J.S., T.T. Veblen, and M.E. Gonzalez. 2006. *Spatial and Temporal Variation in Historic Fire Regimes in Subalpine Forests across the Colorado Front Range in Rocky Mountain National Park, CO, USA.* Denver, Colorado.

Simon, W., B. Horn, and D. Wegner. 2000. Appendix 6A. *Fisheries Report, Current and Historical Review of Animas Watershed Fisheries.* Prepared for Animas River Stakeholders Group. In: *Use Attainability Analysis for the Animas River Watershed*. 2001. Durango, Colorado: U.S. Department of the Interior, Bureau of Reclamation.

Smith, D.G. 1988. Ferruginous hawk. In *Handbook of North American Birds*, edited by R.S. Palmer, pp. 135–151. New Haven, Connecticut: Yale University Press.

Smith, J.P., S.J. Slater, and M.C. Neal. 2010. An assessment of the effects of oil and gas field activities on nesting raptors in the Rawlins, Wyoming, and Price, Utah field offices of the Bureau of Land Management. BLM Technical Note 433. Prepared for the Bureau of Land Management. Salt Lake City: HawkWatch International, Inc.

Sogge, M.K., S.J. Sferra, and E.H. Paxton. 2008. Tamarix as habitat for birds: Implications for riparian restoration in the Southwestern United States. *Restoration Ecology* 16:146–154.

Solar Energy Development Programmatic Environmental Impact Statement (PEIS) Information Center. 2013. Online center for public information and involvement in the Programmatic Environmental Impact Statement for Solar Energy Development in Six Southwestern States (Solar PEIS). Available at: http://solareis.anl.gov/index.cfm. Accessed August 6, 2013.

BLM_0033679

Southern Rockies Ecosystem Project. 2006. *Linkage Assessment Methodology, Linking Colorado's Landscapes Phase II Report*. Denver: Southern Rockies Ecosystem Project.

Spangler, J.D. 2006. *Site Condition and Vandalism Assessment of Archaeological Sites, Lower and Middle Arch Canyon, San Juan County, Utah*. Ogden, Utah: Colorado Plateau Archaeological Alliance.

Sperling's Best Places. 2012. Compare cost of living. Available at: http://www.bestplaces.net/. Accessed August 6, 2013.

State of Colorado. State Noxious Weed List (8 CCR 1203-10): Available at: http://www.colorado.gov/cs/Satellite?c=Document_C&childpagename=ag_Main%2FDocument_C%2FCBONAddLinkView&cid=1251627113847&pagename=CBONWrapper. Accessed August 6, 2013.

State of Colorado. 2008. *Colorado Statewide Comprehensive Outdoor Recreation Plan.* Available at: http://www.parks.state.co.us/Trails/LWCF/SCORPplan/Pages/2008SCORP.aspx. Accessed August 6, 2013.

State of Colorado, Bureau of Land Management, and Colorado State Historic Preservation Officer. 1998. State Protocol Agreement between the Colorado State Director of the BLM and the Colorado State Historic Preservation Officer regarding the manner in which BLM will meet its responsibilities under the National Historic Preservation Act and the National Programmatic Agreement among BLM, the Advisory Council on Historic Preservation, and the National Conference of State Historic Preservation Officers.

Sullins, M., and E. Garner. (n.d. [2007]). Cost of living index for Colorado Counties, 2007. Colorado State University Extension.

Swetnam, T.W. 1990. *Fire History and Climate in the Southwestern United States*. General Technical Report RM-191. Rocky Mountain Forest and Range Experiment Station.

Swetnam, T.W., and C.H. Baisan. 1996. Historic fire regime patterns in the southwestern United States since AD 1700. In *Fire Effects in Southwestern Forests: Proceedings of the Second La Mesa Fire Symposium, March 29-31, 1994*, edited by C.D. Allen, pp. 11–32. General Technical Report RM-GTR-286. Fort Collins, Colorado: U.S. Department of Agriculture, Rocky Mountain Forest and Range Experiment Station.

Swetnam, T.W., and J.L. Betancourt. 1990. Fire-southern oscillation relations in the Southwestern United States. *Science* 249:1017–1021.

Swift, L.W., Jr. 1984. Gravel and grass surfacing reduces soil loss from mountain roads. Forest Science. 30(3): 657-670.Thrash, G., and J. Powers. 2007. Oil and gas well drilling costs. Report on file at San Juan Public Lands Center, Durango, Colorado.

Tinker, D.B., C.A.C. Resor, G.P. Beauvais, K.F. Kipfmueller, C.I. Fernandes, and W.L. Baker. 1998. Watershed analysis of forest fragmentation by clearcuts and roads in a Wyoming forest. *Landscape Ecology* 13:149–165.

Topper, R., K.L. Spray, W.H. Bellis, J.L Hamilton, and P.E. Barkmann. 2003. *Ground Water Atlas of Colorado*. Denver: Colorado Geological Survey.

BLM_0033680

Touchan, R., C.D. Allen, and T.W. Swetnam. 1996. Fire history in ponderosa pine and mixed conifer forests of the Jemez Mountains, northern New Mexico. In *Fire Effects on Southwestern Forests: Proceedings of the 2nd La Mesa Fire Symposium, March 29-31, 1994*, pp.11–32. General Technical Report RM-GTR-286. Fort Collins, Colorado: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station.

Touchan, R.C., T.W. Swetnam, and H.D. Grissino-Mayer. 1993. Effects of livestock grazing on pre-settlement fire regimes in New Mexico. In *Proceedings of the Symposium on Fire in Wilderness and Park Management: Past Lessons and Future Opportunities, Missoula, MT*, March 30–April 1, 1993.

Trombulak, S.C., and C.A. Frissell. 2000. Review of ecological effects of roads on terrestrial and aquatic communities. *Conservation Biology* 14(1):18–30.

Turner, M.G. 2010. Disturbance and landscape dynamics in a changing world. *Ecology* 91(10):2833–2849.

U.S. Census Bureau. 2000. Census 2000 Summary File 1, Matrices PCT12 and P13.

———. 2002a. Web site created January 25, 2002, U.S. Census Bureau, Systems Support Division. http://www.census.gov/main/www/cen2000.html

———. 2002b. Historical census statistics on population totals by race, 1790 to 1990, and by Hispanic origin, 1970 to 1990. Population Division Working Paper No. 56. Available at: http://www.census.gov/population/www/documentation/twps0056/twps0056.html. Accessed July 13, 2012.

———. 2010a. State & County Quick Facts: La Plata County. Available at: http://quickfacts.census.gov/qfd/states/08/08067.html. Accessed July 13, 2012.

———. 2010b. 2010 Census Summary File 1, Table P1, P29, P36, and P42.

———. 2010c. 2010 Census, DP-1, Profile of general population and housing characteristics: 2010, 2010 demographic profile data.

———. 2010d. 2006–2010 American Community Survey, S0701, Geographic Mobility by Selected Characteristics in the United States, 2006-2010 American Community Survey 5-Year Estimates.

———. 2010e. 2006-2010 American Community Survey, S1701, Poverty Status in the Past 12 Months, 2006-2010 American Community Survey 5-Year Estimates.

———. 2011. Longitudinal Employer-Household Dynamics (LED) – OnTheMap. Available at: http://lehdmap3.did.census.gov/themap3/. Accessed May 10, 2012.

U.S. Department of Agriculture and U.S. Department of the Interior (USDA and USDI). 1995. *Federal Wildland Fire Management Policy*. December 12, 1995, updated 2001.

———. 2001. National Fire Plan. A report to the President in response to the wildfires of 2000. Washington, D.C: U.S. Department of Agriculture and U.S. Department of the Interior.

BLM_0033681

————. 2008. *Interagency Prescribed Fire Planning and Implementation Procedures Reference Guide*. Washington, D.C. Available at: http://www.nwcg.gov/pms/RxFire/rxfireguide.pdf. Accessed August 6, 2013.

————. 2009. *Guidance for Implementation of Federal Wildland Fire Management Policy.* Washington, D.C. Available at: http://www.nifc.gov/policies/policies_documents/GIFWFMP.pdf. Accessed August 6, 2013.

U.S. Department of Agriculture (USDA) Forest Service (USFS). 1980. An approach to water resources evaluation of non-point silvicultural sources (a procedural handbook). U.S. Environ. Prot. Agency, Environ. Res.Laboratory, Athens, GA. EPA-600/8-80-012. 861 p.

————. 1983. *San Juan National Forest Land and Resource Management Plan*. as amended. Durango, Colorado: U.S. Department of Agriculture, Forest Service.

————. 1996. Management and Control of Noxious Plants on the San Juan/Rio Grande National Forests, Decision Notice and FONSI 1996

U.S. Forest Service. 1998a. The San Juan-Rio Grande National Forests Wilderness Management Direction. Amendment to San Juan and Rio Grande National Forest Land Management Plans.

————. 2000. *Screening Methodology for Calculating ANC Change to High Elevation Lakes*. USDA Forest Service, Rocky Mountain Region.

————. 2004a. *American Marten Species Assessment for the San Juan National Forest*. San Juan National Forest, Durango, Colorado.

————. 2004b. *American Elk Species Assessment for the San Juan National Forest.* San Juan National Forest, Durango, Colorado.

————. 2004c. *Hairy Woodpecker Species Assessment for the San Juan National Forest.* San Juan National Forest, Durango, Colorado.

————. 2004d. SJPL Fire Management Plan. On file at San Juan Public Lands Center, Durango, Colorado).

————. 2005. *Aquatic, Riparian, and Wetland Ecosystem Assessment, Anthropogenic Influences Transportation Module*. San Juan National Forest, Colorado.

————. 2006a. Forest Service Handbook 2509.25: Watershed Conservation Practices Handbook, Chapter 10, Management Measures and Design Criteria. Denver: U.S. Department of Agriculture. U.S. Forest Service. Rocky Mountain Region (Region 2).

————. 2006b. *San Juan National Forest Aquatic Ecosystem Assessment*. Durango: U.S. Forest Service, San Juan National Forest, Rocky Mountain Region.

————. USFS. 2006-2008. San Juan Habitat Assessments.  Series of 26 Habitat Assessments. San Juan National Forest, Durango, CO.

————. 2007a. Final Decision for SJCBM Scenic Mitigations Conditions of Approval; Visual Resource Management for Fluid Minerals Best Management Practices; and Visual Resource Management BMP's for Fluid Minerals

BLM_0033682

———. 2007b. The USFS Woody Biomass Utilization Desk Guide, National Technology and Development Program 2400—Forest Management, September 2007. Available at: http://www.forestsandrangelands.gov/Woody_Biomass/documents/biomass_deskguide.pdf. Accessed August 6, 2013.

———. 2007c. *Programmatic Agreement Between the U.S. Department of Agriculture, Forest Service, And the Advisory Council on Historic Preservation, Regarding Rangeland Management Activities on National Forest System Lands*. On file, San Juan Public Lands Center, Durango, Colorado.

———. 2007d. FSM 2323.2, Wilderness Management, Congressional Grazing Guidelines. W.O. Amendment 2300-90-2. National Headquarters, Washington, D.C. January 22, 2007.

———. 2008a. Memorandum of understanding between the USDA Forest Service and the U.S. Fish and Wildlife Service for the conservation of migratory birds. FS Agreement # 08-MU-1113-2400-264, signed 12/08/2008. Unpublished document. 13 pages.

———. 2008b. Supplemental Biological Assessment for the Southern Rockies Lynx Amendment. May 27, 2008. U.S. Forest Service, Region 2, Lakewood, Colorado. 132 pp.

———. 2008c. FSM 2360, Revised 2008: USFS Heritage Program Management

———. 2008d. *Standard Range Recission Strategy for Cultural Resources, San Juan National Forest*. On file, San Juan National Forest, Durango, Colorado.

———. 2010a. Inter-Agency Southern Rockies Lynx Project Decision Screens. Golden, Colorado: U.S. Forest Service, Rocky Mountain Region.

———. 2010b. All Services Receipts, Final Detail Report PNF (ASR 10-03) for San Juan National Forest, 2011 report. On file at San Juan Public Lands Center, Durango, Colorado.

———. 2011. San Juan National Forest National Visitor Use Monitoring. Available at San Juan Public Lands Center, Durango, Colorado.

———. 2012a. Weminuche Wilderness Air Quality – Resource Concern Thresholds. http://www.fs.fed.us/air/technical/class_1/wilds.php?recordID=84

———. 2012b. Letter to U.S. Fish and Wildlife Service from the San Juan National Forest requesting concurrence on Southwestern willow flycatcher habitat management procedures. Unpublished document, San Juan National Forest, 15 Burnett Court, Durango, Colorado. 4 pages.

———. 2012c. Natural Resource Manager, Infrastructure Database, Engineering/Roads and Recreation/Trails modules.

———. 2013. Biological Assessment of the Land and Resource Management Plan for the San Juan National Forest 2013 LRMP Revision. Unpublished document, USDA Forest Service, San Juan National Forest, 15 Burnett Court, Durango, Colorado. 134 pages.

———. 2009–2011a. Timber Cut and Sold Report for San Juan National Forest. Washington, D.C. Available at: http://www.fs.fed.us/forestmanagement/products/index.shtml. Accessed February 16, 2012.

BLM_0033683

———. 2009–2011b. Periodic Timber Sale Accomplishment Report for San Juan National Forest. Washington, D.C. Available at: http://www.fs.fed.us/forestmanagement/products/index.shtml. Accessed February 17, 2012.

U.S. Department of the Interior - National Park Service and State of Colorado Department of Natural Resources - Water Conservation Board. 1979. Colorado and Lower Dolores Rivers Wild and Scenic River Study and Final Environmental Impact Statement. Denver, Colorado.

U.S. Department of Agriculture, Forest Service and Bureau of Land Management (USFS and BLM). 1982.
USDA/USDI guidelines for eligibility, classification, and management of river areas. *Federal Register* 47(173), supplements the Wild and Scenic Rivers Act.

———. 2006. Environmental Impact Statement for the Northern San Juan Basin Coal Bed Methane Project in La Plata and Archuleta Counties (2006 FEIS 2007)

———. 2007. *Final Environmental Impact Statement for the Northern San Juan Basin Coal Bed Methane* (NSJB-CBM) *Project*. Final Environmental Impact Statement and Record of Decision.

———. 2012. Invasives Species Action for the San Juan National Forest, Tres Rios Field Office, and Canyons of the Ancients National Monument 2012.

———. Handbook 701, Landscape Aesthetics

USDA Forest Service (USFS) and Colorado Department of Natural Resources. 2008. *Southern Rockies Lynx Amendment Record of Decision*. U.S. Department of Agriculture, Forest Service and Colorado Department of Natural Resources. Available at: http://www.fs.fed.us/r2/projects/lynx/documents/record_of_decision.pdf.

USDA Forest Service (USFS), National Park Service, and U.S. Fish and Wildlife Service (USFWS). 2010. Federal Land Managers' Air Quality Related Values Work Group (FLAG) Phase I Report – Revised (2010). Natural Resources Report NPS/NRPC/NRR – 2010/232. Denver: National Park Service.

USDA Forest Service and U.S. Fish and Wildlife Service (USFS and USFWS). 2000. *Canada Lynx Conservation Agreement*. USFS Agreement #00-MU-11015600-013. Missoula, Montana.

———. 2006. Canada Lynx Conservation Agreement. USFS Agreement #00-MU-11015600-013. Missoula, MT. Unpublished. 13 pp.

———. 2009. *Implementation Guide to the Southern Rockies Lynx Amendment (SRLA)*. Available at: http://www.fs.usda.gov/detail/r2/landmanagement/planning/?cid=stelprdb5356865. Accessed August 6, 2013.

U.S. Department of Commerce, Bureau of Economic Analysis. 2012. State and Local Area Personal Income and Employment Summary (CA04). Washington, D.C. Available at: http://www.bea.gov/iTable/iTable.cfm?ReqID=70&step=1&isuri=1&acrdn=5. Accessed July 13, 2012.

U.S. Department of Energy and Bureau of Land Management (DOE and BLM). 2008. *Final Programmatic Environmental Impact Statement (PEIS), Designation of Energy Corridors on*

BLM_0033684

*Federal Land in the 11 Western States* (DOE/EIS-0386). Washington, D.C: U.S. Department of Energy and Bureau of Land Management.

U.S. Department of the Interior. 2013. County Payment in Lieu of Taxes Database. Available at: http://www.doi.gov/pilt/county-payments.cfm. Access August 6, 2013.

U.S. Department of Transportation, Federal Highway Administration. 2007. Colorado Forest Highway Route Descriptions, May 2007. Available at: http://www.cflhd.gov/FHRoadInv/documents/cofh2008.pdf.  Accessed August 6, 2013.

U.S. Energy Information Administration. 2011. Colorado wellhead prices 2010. Available at: http://www.eia.gov/dnav/ng/hist/na1140_sco_3a.htm. Accessed August 6, 2013.

U.S. Environmental Protection Agency (EPA). 1995. AP 42, Compilation of Air Pollutant Emission Factors.  Available at: http://www.epa.gov/ttnchie1/ap42/. Accessed July 30, 2013.

U.S. Fish and Wildlife Service (USFWS). 1987. Recovery Implementation Program for Endangered Fish Species in the Upper Colorado River Basin.

———. 1990a. Bonytail Chub Recovery Plan. USDI Fish and Wildlife Service

———. 1990b. Humpback Chub Recovery Plan.

———. 1991. *Colorado Squawfish Recovery Plan*. Denver: U.S. Fish and Wildlife Service.

———. 1994a. *Uncompahgre Fritillary Butterfly Recovery Plan*. Denver: U.S. Department of the Interior.

———. 1994b. Endangered and threatened wildlife and plants: Determination of critical habitat for four Colorado River endangered fishes: Razorback sucker, Colorado squawfish, humpback chub, and bonytail chub. Final Rule. *Federal Register*. March 21, 1994.

———. 1995. *San Juan Basin Recovery Implementation Program*. Albuquerque: U.S. Fish and Wildlife Service, Region 2.

———. 1998. *Greenback Cutthroat Trout Recovery Plan*. Denver.

———. 2002a. *Southwestern Willow Flycatcher Recovery Plan*. i-ix + 210 pp., Appendices A-O. Albuquerque.

———. 2002b. *Razorback sucker (*Xyrauchen texanus*) Recovery Goals: Amendment and Supplement to the Razorback Sucker Recovery Plan*. Denver: U.S. Fish and Wildlife Service, Mountain-Prairie Region (6).

———. 2002c. Endangered and threatened wildlife and plants: Review of plant and animal taxa that are candidate proposed for listing as endangered or threatened. Annual notice of findings on recycled petitions. Annual description of progress on listing actions. *Federal Register* 67(114):40657–40679.

———. 2003a. *Birding in the United States: A Demographic and Economic Analysis*. Addendum to the 2001 National Survey of Fishing, Hunting and Wildlife Associated Recreation. Report 2001-1. Washington, D.C.: U.S. Fish and Wildlife Service.

BLM_0033685

———. 2003b. *San Juan River Basin Recovery Implementation Program*. Program Highlights 2002-2003 [Web Page]. Available at: http://www.fws.gov/southwest/sjrip/pdf/20022003highlights.pdf. Accessed July 3, 2003.

———. 2004. Proposed designation of critical habitat for the southwestern willow flycatcher (*Empidonax traillii extimus*): Proposed Rule. *Federal Register* 69(196):60706.

———. 2005. Final list of bird species to which the Migratory Bird Treaty Act does not apply. Notice of Availability. *Federal Register* 49:12710–12716.

———. 2008. *Birds of Conservation Concern 2008*. Arlington, Virginia: Division of Migratory Bird Management.

———. 2009. *Continental Divide National Scenic Trail Comprehensive Plan*. Washington, D.C.

———. 2010. *Knowlton's Cactus (*Pediocactus knowltonii*) 5-Year Review: Summary and Evaluation*. Albuquerque: U. S. Fish and Wildlife Service.

———. 2011a. *Mesa Verde Cactus (*Sclerocactus mesae-verde*) – 5-Year Review Summary and Evaluation*. Albuquerque: U.S. Fish and Wildlife Service, New Mexico Ecological Field Services Office.

———. 2011b. Endangered and threatened wildlife and plants; Determination of endangered status for *Ipomopsis polyantha* (Pagosa skyrocket) and threatened status for *Penstemon debilis* (Parachute beardtongue) and *Phacelia submutica* (DeBeque phacelia). *Federal Register* 76(144).

———. 2011c. Letter from Allan Pfister (Western Colorado Supervisor) to Dan Dallas (Rio Grande NF Forest Supervisor) regarding guidance on Section 7 consultation procedures for the southwestern willow flycatcher including survey needs and habitat definition for Southwestern Colorado including the San Juan National Forest. Unpublished document, ES/CO:FSRioGrandeNF/SL VPLC TAILS 65413-2011-TA-0078. Grand Junction, Colorado: U.S. Fish and Wildlife Service.

———. 2012a. Endangered and threatened wildlife and plants; Designation of critical habitat for *Ipomopsis polyantha* (Pagosa skyrocket), *Penstemon debilis* (Parachute beardtongue), and *Phacelia submutica* (DeBeque phacelia). *Federal Register* 77(156).

———. 2012b. Endangered and threatened wildlife and plants; 90-day finding on a petition to list the southern white-tailed ptarmigan and the Mt. Rainier white-tailed ptarmigan as threatened with critical habitat. Notice of 90-day petition finding and initiation of status review. *Federal Register* 77:33143–33155.

———. 2012c. *Mexican Spotted Owl Recovery Plan, First Revision*. Albuquerque, New Mexico: Southwest Region, U.S. Fish and Wildlife Service. Available at: http://www.fws.gov/southwest/es/arizona/Documents/SpeciesDocs/MSO/2012MSO_Recovery_Plan_First_Revision_Final.pdf. Accessed August 6, 2013.

———. 2012d. Concurrence letter in response to USFS request for concurrence regarding guidance on Section 7 consultation procedures for the southwestern willow flycatcher. Unpublished document, ES/CO:FSSJNF TAILS 06E24100-2013-TA-0028. Grand Junction, Colorado: U.S. Fish and Wildlife Service.

BLM_0033686

————. 2013a. Species profile for Mesa Verde cactus. Available at: http://ecos.fws.gov. Accessed August 6, 2013.

————. 2013b. Endangered and threatened wildlife and plants; Threatened status for the distinct population segment of the North American wolverine occurring in the contiguous United States; Establishment of a nonessential experimental population of the North American wolverine in Colorado, Wyoming, and New Mexico; Proposed Rules. *Federal Register* 78:7864–7890.

————. 2013c. Endangered and threatened wildlife and plants; Endangered status for Gunnison sage-grouse. Proposed Rule. *Federal Register* 78:2486–2538.

————. 2013d. Endangered and threatened wildlife and plants; Designation of critical habitat for Gunnison sage-grouse. Proposed Rule. *Federal Register* 78:2540–2570.

————. 2013e. Service identifies important habitat recovery of southwestern willow flycatcher. News release: Phoenix: Arizona Ecological Services.

————. 2013f. Endangered and threatened wildlife and plants; Establishment of a nonessential experimental population of the North American wolverine in Colorado, Wyoming, and New Mexico; Proposed Rule. *Federal Register* 78:7890–7905.

U.S. Geological Survey (USGS). 1983a. *Regional Hydrology of the Dolores River Basin, Eastern Paradox Basin, Colorado and Utah*. Water-Resources Investigations Report 83-4217. Lakewood, Colorado: U.S. Department of the Interior, U.S. Geological Survey.

————. 1983b. *Regional Hydrology of the Blanding-Durango Area, Southern Paradox Basin, Colorado and Utah*. Water-Resources Investigations Report 83-4218. Lakewood, Colorado: U.S. Department of the Interior, U.S. Geological Survey.

————. 1992. *Lithology of Evaporite Cycles and Cycle Boundaries in the Upper Part of the Paradox Formation of the Hermosa Group of Pennsylvanian Age in the Paradox Basin, Utah and Colorado*. Survey Bulletin 2000-B. Denver: U.S. Department of the Interior, U.S. Geological Survey.

————. 1996. *Hydrology, Chemical Quality, and Characterization of Salinity in the Navajo Aquifer in and Near the Greater Aneth Oil Field, San Juan County, Utah*. Water-Resources Investigations Report 96-4155. Lakewood, Colorado: U.S. Department of the Interior, U.S. Geological Survey.

————. 2006. Biological soil crusts. Available at: http://www.soilcrust.org/. Accessed August 6, 2013.

————. 2013. National Oil and Gas Assessment 2013 Updates (updated periodically). Available at: http://energy.usgs.gov/OilGas/AssessmentsData/NationalOilGasAssessment/AssessmentUpdates.aspx. Accessed August 6, 2013.

Utah Department of Natural Resources. 2006. *Range-Wide Conservation Agreement and Strategy for Roundtail Chub (*Gila robusta*), Bluehead Sucker (*Catostomus discobolus*), and Flannelmouth Sucker (*Catostomus latipinnis*)*. Publication Number 06-18. Prepared for the Colorado River Fish and Wildlife Council.

BLM_0033687

Van Loenen R.E. and A.B. Gibbons (eds.). 1997. Mineral Resource Potential and Geology of the San Juan National Forest, Colorado. U.S. Geological Survey Bulletin 2127, 140 pp., 4 plates. Washington, D.C.: U.S. Geological Survey.

Veblen, T.T., K.S. Hadley, E.M. Nel, T. Kitzberger, M. Reid, and R. Villalba. 1994. Disturbance regime and disturbance interactions in a Rocky Mountain subalpine forest. *Journal of Ecology* 82:125–135.

Veblen, T.T., K.S. Hadley, and M.S. Reid. 1991. Disturbance and stand development of a Colorado subalpine forest. *Journal of Biogeography* 18:707–716.

Wan S., D. Hui, and Y. Luo. 2001. Fire effects on nitrogen pools and dynamics in terrestrial ecosystems: A meta-analysis. *Ecological Applications* 11(5):1349–1365.

Weitzel, D.L. 2002. *Conservation and Status Assessments for the Bluehead Sucker (*Catostomus discobolus*), Flannelmouth Sucker (*Catostomus latipinnis*), Roundtail Chub (*Gila robusta*), and Leatherside Chub (*Gila copei*): Rare Fishes West of the Continental Divide, Wyoming*. Cheyenne, Wyoming: Wyoming Fish and Game Department.

Westerling, A., H.G. Hidalgo, D.R. Cayan, and T.W. Swetnam. 2006. Warming and Earlier Spring Increase Western U.S. Wildfire Activity. In Science. 18 August 2006. Volume 313, pp 950-943.

Western Water Assessment. 2007. Intermountain West Climate Summary, January 2007. Available at: http://wwa.colorado.edu/climate/iwcs/archive/IWCS_2007_Jan.pdf . Accessed August 7, 2013.

———. 2008. *Climate Change in Colorado. A Synthesis to Support Water Resources Management and Adaptation*. Prepared for Colorado Water Conservation Board. Boulder, Colorado: University of Colorado at Boulder.

Wheeler, C.A. 1997. Current distributions and distributional changes of fish in Wyoming west of the Continental Divide. M.S. thesis, University of Wyoming, Laramie.

White, C.M., and T.L. Thurow. 1985. Reproduction of ferruginous hawks exposed to controlled disturbance. *Condor* 87:14–22.

White, C.M., N.J. Van Lanen, D.C. Pavlacky, Jr., J.A. Blakesley, R.A. Sparks, J.A. Fogg, M.F. McLaren, J.J. Birek, and D.J. Hanni. 2012. *Integrated Monitoring in Bird Conservation Regions (IMBCR): 2011 Annual Report*. Brighton, Colorado: Rocky Mountain Bird Observatory. Available at: http://rmbo.org/v3/Portals/0/Documents/Science/Reports/2011_IMBCR_report.pdf. Accessed August 7, 2013.

White, E.M., and D.J. Stynes. 2010. *Updated Spending Profiles for National Forest Recreation Visitors by Activity.* Washington, D.C.: U.S. Department of Agriculture, Forest Service and City: Oregon State University.

Wildland Fire Leadership Council. 2011. Forests and Rangelands. National Cohesive Wildland Fire Management Strategy. Available at: http://www.forestsandrangelands.gov/strategy/.

BLM_0033688

Winternitz, B.L. 1998. Hairy woodpecker. In *Colorado Breeding Bird Atlas*, edited by H.E. Kingery, pp. 262–263. Denver: Colorado Bird Atlas Partnership and Colorado Division of Wildlife.

Winward, A.H. 2004. *Sagebrush of Colorado: Taxonomy, Distribution, Ecology, and Management*. Denver: Colorado Division of Wildlife.

Wise, A. 2010. *Cultural Resource Inventory of the Beaver Meadows and Sauls Creek Landscape Travel Management Route Designation Project, La Plata, Archuleta, and Hinsdale Counties, Colorado*. On file, San Juan Public Lands Center, Durango, Colorado.

Wolfe, M.L., J.F. Kimball, and T.M. Schildwachter. 2002. Refuges and elk management. In *North American Elk: Ecology and Management*, edited by D.E. Toweill and J.W. Thomas, pp. 583–615. Washington D.C.: Smithsonian Institution Press.

Worrall, J.J., G.E. Rehfeldt, A. Hamann, E. H. Hogg, S.B. Marchetti, M. Michaelian, and L.K. Gray. 2013. Recent declines of *Populus tremuloides* in North America linked to climate. *Forest Ecology and Management*.

Worrall, J.J., L. Egeland, T. Eager, R.A. Mask, E.W. Johnson, P.A. Kemp, and W.D. Shepperd. 2008. Rapid mortality of *Populus tremuloides* in southwestern Colorado, USA. *Forest Ecology and Management* 255:686–696.

Wright, H.A., and A.W. Bailey. 1982. *Fire Ecology: United States and Southern Canada*. New York: John Wiley and Sons.

Wu, R. 1999. Fire history and forest structure in the mixed conifer forest of southwest Colorado. M.S. thesis, Department of Forest Sciences, Colorado State University, Fort Collins, Colorado.

Yanishevsky, R., and S. Petring-Rupp. 1998. Management of breeding habitat for selected bird species in Colorado. Unpublished report. Denver: Colorado Division of Wildlife.

Yarmoloy, C., M. Bayer, and V. Geist. 1988. Behavior responses and reproduction of mule deer, *Odocoileus hemionus*, does following experimental harassment with an all-terrain vehicle. *Canadian Field-Naturalist* Ottawa ON 102.3:425–429.

Young, M.K. (ed.). 1995. *Conservation Assessments for Inland Cutthroat Trout*. General Technical Report RM-256. Fort Collins, Colorado: U.S. Department of Agriculture, Forest Service.

## BLM and Forest Service Manuals and Handbooks

———. BLM Handbook 8410-1. *Visual Resource Inventory*.

———. BLM Handbook 8431-1. *Visual Resource Contrast Rating*.

———. BLM Manual 1613. *Areas of Critical Environmental Concern*.

———. BLM Manual 9015. *Integrated Weed Management*. Rel. 9-321.

———. BLM Handbook H1624-1. *Planning for Fluid Mineral Resources.* Rev. December 19.

———. BLM H-8550-1. *Interim Policy Management and Guidelines for Lands Under Wilderness Review.*

———. BLM Emergency Fire Rehabilitation Handbook, H-1742

BLM_0033689

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

————. BLM Manual 8270. *Paleontological Resource Management.*

————. BLM Manual H-4180-1. *Rangeland Health Standards.*

————. BLM Manual 8330. *Policy on Reasonable Accommodations for Persons with Disabilities.*

————. BLM Manual 8100. *The Foundations for Managing Cultural Resources.* Rel. 8-72.

————. BLM Manual 8110. *Identifying and Evaluating Cultural Resources.* Rel. 8-73.

————. BLM Manual 8120. *Tribal Consultation Under Cultural Resources.* Rel. 8-74.

————. BLM Manual H-8120-1. *General Procedural Guidance for Native American Consultation.* Rel. 8-75.

————. BLM Manual 8130. *Planning for Uses of Cultural Resources.* Rel. 8-76.

————. BLM Manual 8140. *Protecting Cultural Resources.* Rel. 8-77.

————. BLM Manual 8150. *Permitting Uses of Cultural Resources.* Rel. 8-78.

————. BLM Manual 8170. *Interpreting Cultural Resources for the Public.* Rel. 8-79.

————. BLM Handbook H-1601-1. *Land Use Planning Handbook.* Rel. 1-1693.

————. BLM  Manual 9113 - Roads.

————. BLM Manual 1626. *Travel and Transportation Manual (Public).* Rel. 1-1731.

————. BLM Manual 6400. *Wild and Scenic Rivers System on BLM Lands.* Rel. 6-136.

————. BLM Handbook H-8342. *Travel and Transportation Handbook.* Rel. 8-82.

————. BLM Manual 6280. *Management of National Scenic and Historic Trails and Trails Under Study or Recommended as Suitable for Congressional Designation (Public).* Rel. 6-139.

————. BLM Manual 6720, Aquatic Resource Management

————. BLM Manual Part 411. *Policies and Standards for Managing Museum Collections.*


USDA Forest Service. Standard Range Recission Strategy for Cultural Resources, San Juan National Forest.

————. 2400 - Timber Management – Forest Service Manual for Timber Management

————. 2409.11 - National Forest Log Scaling Handbook

————. 2409.11a - National Forest Cubic Scaling Handbook

————. 2409.12 - Timber Cruising Handbook

————. 2409.12a - Timber Volume Estimator Handbook

BLM_0033690

————. 2409.12b - Timber and Forest Products Trespass/Theft Procedures Handbook

————. 2409.13 - Timber Resource Planning Handbook

————. 2409.13a - Timber Permanent Plot Handbook

————. 2409.14 - Timber Management Information System Handbook

————. 2409.15 - Timber Sale Administration Handbook

————. 2409.17 - Silvicultural Practices Handbook

————. 2409.18 - Timber Sale Preparation Handbook

————. 2409.19 - Renewable Resources Handbook

————. 2409.21e - Timber Management control Handbook

————. 2409.21h - Timber Management Data Handbook

————. 2409.22 - Timber Appraisal Handbook

————. 2409.26 - Silvicultural Practices Handbook

————. 2409.26b - Reforestation Handbook

————. 2409.26c - Timber stand Improvement Handbook

————. 2409.26d - Silvicultural Examination and Prescription Handbook

————. 2409.26e - Nursery Handbook

————. 2409.26f - Seed Handbook

————. 2409.26g - Tree Improvement Handbook

————. 40 CFR 1502.23. Non-market valuation

————. Forest Service grazing permit handbook direction at FSH 2209.13

————. Forest Service grazing regulations at 36 CFR Part 222

————. Forest Service Manual (FSM) 2900

————. FSM 2324.21

————. FSM: Policy for management of paleontological resources on NFS lands forthcoming.

————. Forest Service range management manual direction at FSM 2200

————. FSH 1909.12

————. FSH 2309.18: This provides direction for designing, building and maintaining USFS trails.

————. FSM 2600, Wildlife, Fish, and Sensitive Plant Habitat

BLM_0033691

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

————. FSH 2609.13, Wildlife and Fisheries Program Management Handbook

————. FSH 7309.11: This provides direction for managing USFS facilities.

————. FSH 7709.55 (Travel Planning Handbook).

————. FSM 2070

————. FSM 2300: This provides direction for management and planning in relation to recreation, Wilderness, and related resources.

————. FSM 2622

————. FSM 2709, 2710, and 2720: These provide the legal framework for special uses on USFS lands.

————. FSM 4063.03. Research Natural Areas

————. FSM 7300: This provides direction for planning, development, and managing facilities on USFS lands.

————. FSM 7400 and 7409.11: These provide direction for administration and managing drinking water systems, waste water systems, effluents, solid waste systems and food services.

————. FSM 7700 (Travel Management);

————. 2001. Publication FS-710, The Built Environment Image Guide. Available at: http://www.fs.fed.us/recreation/programs/beig/01_frontmatter.pdf. Access August 2, 2013.

————. Rocky Mountain Region Soil and Water Conservation Practices Handbook, FSH 2509.2

————. Rocky Mountain Region special management and protective measures in wetlands and riparian areas (FSH 2509.25-2006-1)

————. Special Areas: Roadless Area Conservation. Final Rule. *Federal Register* 66 (9):3244–3273.

BLM_0033692

## 5.2  List of Acronyms

| | |
|---|---|
| ACEC | Area of Critical Environmental Concern |
| AML | Appropriate Management Level |
| AMP | Allotment Management Plan |
| ANC | acid neutralizing capacity |
| APD | Application for Permit to Drill |
| ASQ | allowable sale quantity |
| ATV | all-terrain vehicle |
| AUM | animal unit month |
| BA | Biological Assessment |
| BCF | billion cubic feet |
| BCR | Bird Conservation Region |
| BIA | Bureau of Indian Affairs |
| BLM | Bureau of Land Management |
| BMP | best management practice |
| BO | Biological Opinion |
| CAMx | Comprehensive Air Quality Model with Extensions |
| CCF | centrum cubic feet |
| CDNST | Continental Divide National Scenic Trail |
| CDPHE | Colorado Department of Public Health and Environment |
| CFR | Code of Federal Regulations |
| cfs | cubic feet per second |
| $CH_4$ | methane |
| CO | carbon monoxide |
| $CO_2$ | carbon dioxide |
| COA | Condition of Approval |
| COGCC | Colorado Oil and Gas Conservation Commission |
| CPW | Colorado Parks and Wildlife |
| CRA | Colorado Roadless Area |
| CSU | Controlled Surface Use |
| CWCB | Colorado Water Conservation Board |
| DAU | Data Analysis Unit |
| DOE | U.S. Department of Energy |
| EIS | Environmental Impact Statement |
| EO | Executive Order |
| EPA | U.S. Environmental Protection Agency |
| EPCA | Energy Policy and Conservation Act |
| ESA | Endangered Species Act |
| FEIS | Final Environmental Impact Statement |
| FLAG | Federal Land Managers' Air Quality Related Values Work Group |
| FLPMA | Federal Land Policy and Management Act |
| FRCC | Fire Regime Condition Class |
| FSH | Forest Service Handbook |

BLM_0033693

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| | |
|---|---|
| FSM | Forest Service Manual |
| g/hp-h | grams per horsepower-hour |
| GIS | geographic information system |
| GMU | Game Management Unit |
| GSGP | Gothic Shale Gas Play |
| HMA | herd management area |
| hp | horsepower |
| HUC | Hydrologic Unit Code |
| IMPROVE | Interagency Monitoring of Protected Visual Environments |
| IRA | Inventoried Roadless Area |
| kg/ha-yr | kilograms/hectare-year |
| km | kilometer |
| KRCRA | Known Recoverable Coal Resource Area |
| LCAS | Lynx Conservation Assessment Strategy |
| LGMIF | Local Government Mineral Impact Fund |
| LN | lease notice |
| LRMP | Land and Resource Management Plan |
| MA | Management Area |
| MBTA | Migratory Bird Treaty Act |
| MCF | thousand cubic feet |
| mg/L | milligrams per liter |
| MIG, Inc. | Minnesota IMPLAN Group, Inc. |
| Mm-1 | inverse megameters |
| MMBF | million board feet |
| MMBO | million barrels of oil |
| *MMCF* | million cubic feet |
| MOU | Memorandum of Understanding |
| NAAQS | National Ambient Air Quality Standards |
| NAL | not available for lease |
| NEPA | National Environmental Policy Act |
| NFMA | National Forest Management Act |
| NFS | National Forest Service |
| NHPA | National Historic Preservation Act |
| NI | no impact |
| $NO_2$ | nitrogen dioxide |
| $NO_3$ | nitrate |
| NOI | Notice of Intent |
| $NO_x$ | nitrogen oxide |
| NSJB | Northern San Juan Basin |
| NSJB-CBM | Northern San Juan Basin Coalbed Methane |
| NSO | No Surface Occupancy |
| NVUM | National Visitor Use Monitoring |
| $O_3$ | ozone |
| OHV | off-highway vehicle |

BLM_0033694

| | |
|---|---|
| OMC | organic mass by carbon |
| ORV | outstandingly remarkable value |
| Pb | lead |
| PCA | potential conservation area |
| PEIS | Programmatic Environmental Impact Statement |
| PILT | payment in lieu of taxes |
| PL | Public Law |
| PLAA | Paradox Leasing Analysis Area |
| $PM_{2.5}$ | particulate matter smaller than 2.5 microns in diameter |
| $PM_{10}$ | particulate matter smaller than 10 microns in diameter |
| PNV | present net value |
| POG | Four Corners Air Quality Task Force Policy Oversight Group |
| ppb | parts per billion |
| ppm | parts per million |
| PSD | Prevention of Significant Deterioration |
| psi | pounds per square inch |
| RFD | Reasonable Foreseeable Development |
| RMP | Resource Management Plan |
| RNA | research natural area |
| ROD | Record of Decision |
| ROS | Recreation Opportunity Spectrum |
| ROW | right-of-way |
| RPA | Forest and Rangeland Renewable Resources Planning Act |
| SBA | special botanical area |
| SFP | special forest product |
| SIO | scenic integrity objective |
| SJNF | San Juan National Forest |
| SLT | standard lease terms |
| $SO_2$ | sulfur dioxide |
| $SO_4$ | sulfate |
| SRMA | Special Recreation Management Area |
| TCF | trillion cubic feet |
| TL | timing limitation |
| TRFO | Tres Rios Field Office |
| TSI | timber stand improvement |
| TSPQ | timber sale program quantity |
| USC | United States Code |
| USDA | U.S. Department of Agriculture |
| USDI | U.S. Department of the Interior |
| USFS | U.S. Forest Service |
| USFWS | U.S. Fish and Wildlife Service |
| USGS | U.S. Geological Survey |
| VOC | volatile organic compound |
| VRI | Visual Resource Inventory |

BLM_0033695

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| VRM | Visual Resource Management |
|---|---|
| WSA | wilderness study area |
| WSR | Wild and Scenic River |
| WSRA | Wild and Scenic Rivers Act |
| WUI | wildland urban interface |
| µg/m³ | microsiemens per cubic meter |

## 5.3 Glossary

This glossary defines terms used by the USFS and the BLM to explain natural resource concepts and management activities specific to this LRMP and FEIS. Some definitions may vary between the land management agencies.

**abandoned mine**: An abandoned hard rock mine on or affecting public lands administered by the Bureau of Land Management , at which exploration, development, mining, reclamation, maintenance, and inspection of facilities and equipment, and other operations ceased as of January 1, 1981 (the effective date of the Bureau of Land Management's surface management regulations codified at 43 CFR 3809) with no evidence demonstrating that the miner intends to resume mining.

**Abandoned Mine Lands Program**: A Bureau of Land Management program that focuses on reclaiming hard rock abandoned mine lands on or affecting public lands administered by the Bureau of Land Management .

**acid mine drainage**: The outflow of acidic water from usually abandoned, metal ore mines.

**actual use**: Animal unit months of forage consumed by permitted livestock based on the actual numbers of permitted livestock placed on the respective grazing allotment and actual pasture grazing dates submitted by the livestock grazing permittee and confirmed by periodic agency field checks.

**adaptive management**: The process of implementing management decisions incrementally, so that changes can be made if the desired results are not being achieved. Adaptive management acknowledges that our understanding of complex ecological systems is limited and we may make mistakes, but the seriousness of these mistakes can be reduced by placing forest management into a consciously experimental framework, carefully observing the ecosystem's response to our well-intentioned efforts, and modifying our actions appropriately as we learn more about the ecosystem.

**affected environment**: A physical, biological, social, and economic environment within which human activity is proposed. The natural, physical, and human-related environment that is sensitive to changes from the alternatives.

**air pollutant**: Any substance in air that could, if in high enough concentration, harm humans, animals, vegetation, or materials. Air pollutants may include almost any natural or artificial matter capable of being airborne, in the form of solid particles, liquid droplets, gases, or a combination of these.

**air pollution**: The contamination of the atmosphere by any toxic or radioactive gases and particulate matter as a result of human activity.

**air quality**: Refers to standards for various classes of land as designated by the Clean Air Act (Public Law 88-206: January 1978).

**allotment**: A designated area of land available for livestock grazing upon which a specified number and kind of livestock are permitted to graze for a certain period. Allotments generally consist of federal and state lands and/or private lands. An allotment may include one or more separate pastures. Livestock numbers and periods of use are specified via grazing permits for each allotment.

Allotments are administered to standard when the responsible manager determines and documents

BLM_0033696

that the permittee is in compliance and that applicable resource management standards are being met. Where the permittee is not in compliance, necessary corrective actions are initiated and documented.

**allotment management plan (AMP)**: A written plan that implements agency land use plans' goals and objectives through a National Environmental Policy Act grazing decision for one of more grazing allotments. The AMP includes supportive measures, if required, designed to attain specific management goals, including desired conditions, for the grazing allotment. An AMP is prepared in consultation with the grazing permittee(s), lessee(s), and other interested publics. Livestock grazing management objectives are considered in relation to other uses of the range and to renewable resources, such as watersheds, vegetation, and wildlife. The AMP documents seasons of use, the number of livestock to be permitted, needed range improvements, and grazing systems.

**alternative**: A choice of two or more things. For National Environmental Policy Act purposes, alternatives to the Proposed Action must be examined in the planning process. The discussion of alternatives must define the issues and provide a clear basis for choice by the decision-maker and the public (40 CFR 1502.14).

**amenity**: Resource use, object, feature, quality, or experience that is pleasing to the mind or senses; typically refers to values for which monetary values are not or cannot be established, such as scenic or wilderness values.

**amenity migration**: The movement of people for pleasure rather than economic reasons.

**analysis area**: The geographic area defining the scope of analysis for the project. Sometimes for a particular resource, the analysis area may have to be larger when effects have potential to extend beyond the boundaries of the proposal. May also be referred to as the "planning area."

**Analysis of the Management Situation (AMS)**: Assessment of the current management direction. It includes a consolidation of existing data needed in order to analyze and resolve identified issues, a description of current Bureau of Land Management guidance, and a discussion of existing problems and opportunities for solving them.

**animal unit month (AUM)**: The amount of forage necessary for the sustenance of one cow, an "animal unit" or its equivalent for a period of 1 month (43 CFR 4100).

**annual mortality**: The average annual volume of sound wood (free from decay) in growing-stock trees that died from natural causes during the period between inventories.

**annual operating instructions**: Annual instructions, developed with livestock permittees, documenting livestock pasture rotations, seasons of use, forage utilization and/or residual levels, etc. Annual operating instructions implement project-level National Environmental Policy Act decisions documented in the allotment management plan.

**appraisal well:** a well drilled after a discovery well to gain more information on the producing reservoir such as the elevation of the oil-water contact.  Appraisal wells are often cored.  An appraisal well is a step-out or delineation well.

**aquatic ecosystems**: Water-dependent environments that serve as habitat for interrelated and interacting communities and populations of plants and animals. Includes the stream channel, lake or estuary bed, water, biotic communities, and the habitat features that occur therein.

**Areas of Critical Environmental Concern (ACECs)**: Areas within the public lands where special management attention is required (when such areas are developed or used, or where no development is required) in order to protect and prevent irreparable damage to important historic, cultural, and/or scenic values, fish and wildlife resources, or other natural systems or processes, or to protect life and safety from natural hazards.

**atmospheric deposition**: Air pollution produced when acid chemicals are incorporated into rain, snow, fog, or mist and fall to the Earth. Sometimes referred to as "acid rain," it comes from sulfur oxides and nitrogen oxides, products of burning coal and other fuels and from certain industrial

BLM_0033697

processes. If the acid chemicals in the air are blown into areas where the weather is wet, the acids can fall to Earth in the rain, snow, fog, or mist. In areas where the weather is dry, the acid chemicals may become incorporated into dusts or smokes.

**anthropogenic influences**: Relating to or resulting from the influence that humans have on the natural world or environment.

**Authorized Officer**: The U.S. Forest Service or Bureau of Land Management employee who has the authority to select and/or carry out a specific planning action.

**avoidance area**: Areas with sensitive resource values where rights-of-way and Section 302 permits, leases, and easements would be strongly discouraged. Authorizations made in avoidance areas would have to be compatible with the purpose for which the area was designated and not otherwise be feasible on lands outside the avoidance area.

**backcountry byways**: Vehicle routes that traverse scenic corridors utilizing secondary or backcountry road systems. National backcountry byways are designated by the type of road and vehicle needed to travel the byway.

**base property**: Land and improvements owned and used by the permittee for a farm or ranch operation and specifically designated by him to qualify for a term grazing permit.

**beneficial outcomes** (also referenced as "recreation benefits"): These include improved conditions, maintenance of desired conditions, prevention of worse conditions, and the realization of desired experiences.

**beneficial uses**: Attributes that are considered useful products of the resource.

**benthic macroinvertebrates**: Aquatic organisms, without a backbone or spine and visible to the naked eye, living at the bottom of a stream, river, lake, or body of water on, under, and around rocks, sediment, debris, logs, etc.

**best available science**: Peer-reviewed and other quality-controlled literature, studies, or reports related to planning or project issues.

**best management practices (BMPs)**: Methods, measures, or practices to prevent or reduce water pollution including, but not limited to, structural and non-structural controls, operation and maintenance procedures, other requirements, scheduling, and distribution of activities. Usually, BMPs are selected on the basis of site-specific conditions that reflect natural background conditions and political, economic, and technical feasibility.

**big game**: Those species of large mammals normally managed as a sport hunting resource. Generally includes elk, moose, white-tailed deer, mule deer, mountain goat, bighorn sheep, black bear, and mountain lion.

**biota:** The combined flora and fauna of a region.

**Biological Assessment (BA)**: An evaluation conduced for federal projects requiring an environmental statement in accordance with legal requirements under Section 7 of the Endangered Species Act (16 USC 1536(c)). The purpose of the assessment is to determine whether the Proposed Action is likely to affect any endangered or threatened species.

**biological diversity**: The full variety of life in an area including the ecosystems, plant and animal communities, species and genes, and the processes through which individual organisms interact with one another and with their environment (USFS 1991). More simply it is defined as the variety of life and its processes.

**Biological Evaluation**: A documented U.S. Forest Service review of U.S. Forest Service programs or activities in sufficient detail to determine how an action or proposed action may affect any threatened, endangered, proposed, or sensitive species (FSM 2670.5). Objectives of the Biological Evaluation are to ensure that U.S. Forest Service actions do not contribute to loss of viability of any native or desired

BLM_0033698

non-native plant or animal species (including threatened, endangered, proposed, or sensitive plant and animal species) or contribute to trends toward federal listing of any species, and to comply with the requirements of the Endangered Species Act that actions of federal agencies not jeopardize or adversely modify critical habitat of federally listed species (Forest Service Manual – Region 2 Supplement 2672.41).

**biological soil crusts**: A complex mosaic of cyanobacteria, green algae, lichens, mosses, microfungi, and other bacteria (Belnap at al. 2001) that function as living mulch by retaining soil moisture and discouraging annual weed growth. They reduce wind and water erosion, fix atmospheric nitrogen, and contribute to soil organic matter (Eldridge and Greene 1994). Also known as cryptogamic, cryptobiotic, microbiotic, or microphytic soil crusts.

**broodstock:** A group of mature fish used for breeding purposes to restock or enhance the numbers of fingerlings or fry in streams and lakes.

**candidate species**: Species for which the U.S. Fish and Wildlife Service has sufficient information on their status and threats to support proposing the species for listing as endangered or threatened under the Endangered Species Act, but for which issuance of a proposed rule is currently precluded by higher-priority listing actions. Separate lists for plants, vertebrate animals, and invertebrate animals are published periodically in the *Federal Register* (from M6840, Special Status Species Manual)

**canopy**: The branches and leaves that form the crowns of trees, shrubs, or herbs. Canopy usually refers to the uppermost layer of vegetation, but can be used to describe lower layers in a multi-storied forest.

**canopy cover**: The percentage of the ground surface covered by the vertical downward projection of the outermost perimeter of the plant foliage in a given area.

**capability**: The potential of an area of land to produce resources, supply goods and services, and allow resource uses under an assumed set of management practices at a given level of management intensity. Capability depends on current conditions and site conditions such as climate, slope, landform, soils, and geology, as well as the application of management practices, such as protection from insects and disease.

**carrying capacity**: The average number of livestock and/or wildlife that may be sustained on a management unit compatible with management objectives for the unit. In addition to the site characteristics, it is a function of management goals and management intensity. The maximum population or level of activity that can be supported without degradation of the habitat or the population.

**casual use**: Activities that involve practices that do not ordinarily cause any appreciable disturbance or damage to the public lands, resources, or improvements and, therefore, do not require a right-of-way grant or temporary use permit (43 CFR 2800). Also means any short-term non-commercial activity that does not cause appreciable damage or disturbance to the public lands, their resources or improvements, and is not prohibited by closure of the lands to such activities (43 CFR 2920). Casual use generally includes the collecting of geochemical, rock, soil, or mineral specimens using hand tools, hand panning, and non-motorized sluicing. It also generally includes use of metal detectors, gold spears, and other battery-operated devices for sensing the presence of minerals, and hand battery-operated dry washers. Casual use does not include use of mechanized earth-moving equipment, truck-mounted drilling equipment, suction dredges, motorized vehicles in areas designated as closed to off-road vehicles, chemicals, or explosives. It also does not include occupancy or operations where the cumulative effects of the activities result in more than negligible disturbance.

**cave**: Any naturally occurring void, cavity, recess, or system of interconnected passages beneath the surface of the earth or within a cliff or ledge and large enough to permit a person to enter, whether the entrance is excavated or naturally formed. Such term shall include any natural pit, sinkhole, or other opening that is an extension of a cave entrance or that is an integral part of the cave (36 CFR 290).

BLM_0033699

**cavity**: The hollow excavated in a tree that is used by birds or mammals for roosting and/or reproduction.

**Class I area**: The Clean Air Act defines Class I areas as national parks over 6,000 acres and national wilderness areas over 5,000 acres that were in existence before August 1977. (The Weminuche wilderness and Mesa Verde National Park are Class I areas.)

**Class II area**: In general, all areas not designated as a Class I area are considered a Class II area for air quality protection.

**Clean Air Act of 1963, as amended**: Federal legislation governing air pollution control.

**Clean Water Act, as amended in 1977**: Legislation enacted by Congress in 1977 to maintain and restore the chemical, physical, and biological integrity of the waters of the United States. This act was formerly known as the Federal Water Pollution Control Act (33 USC 1344).

**climate**: The composite or generally prevailing weather conditions of a region throughout the year, averaged over a series of years.

**closed**: Generally denotes that an area is not available for a particular use or uses; refer to specific definitions found in laws, regulations, or policy guidance for application to individual programs. For example, 43 CFR 8340.0-5 sets forth the specific meaning of "closed" as it relates to off-highway vehicle use, and 43 CFR 8364 defines "closed" as it relates to closure and restriction orders (from H-1601-1, Bureau of Land Management Land Use Planning Handbook).

**closed road**: A road or segment that is restricted from certain types of use during certain seasons of the year. The prohibited use and the time period of closure must be specified.

**Code of Federal Regulations (CFR)**: The official, legal tabulation or regulations directing federal government activities.

**Colorado Roadless Rule**: The culmination of a National Environmental Policy Act process involving all U.S. Forest Service inventoried roadless areas within the state of Colorado. The resulting Colorado Roadless Rule prescribes new management criteria for these areas and changed the boundaries of some roadless area units.

**commercial forest products**: Saw logs, small roundwood, biomass, and other forest products removed in the process of harvesting or cutting trees from U.S. Forest Service lands.

**community**: A group of one or more populations of plants and animals in a common spatial arrangement; an ecological term used in a broad sense to include groups of various sizes and degrees of integration.

**community recreation-tourism market**: A community, or communities, dependent on public lands recreation and/or related tourism use, growth, and/or development. Major investments in facilities and visitor assistance are authorized within Special Recreation Management Areas where the strategy is to target demonstrated community recreation-tourism market demand. Here, recreation management actions are geared toward meeting primary recreation-tourism market demand for specific activity, experience, and benefit opportunities. These opportunities are produced through maintenance of prescribed natural resource and/or community setting character and by structuring and implementing management, marketing, monitoring, and administrative actions accordingly.

**Conditions of Approval (COAs)**: Conditions or provisions (requirements) under which an Application for a Permit to Drill or a Sundry Notice is approved.

**conifer**: Any of a group of needle- and cone-bearing evergreen trees.

**connectivity**: A condition in which the special arrangement of vegetation types allows organisms to move freely across the landscape.

**conservation strategy**: A management plan to conserve or sustain particular ecosystem elements such as rare species or habitats.

BLM_0033700

**consumptive water use**: Use that permanently removes water from a watershed or a confined aquifer from which it is withdrawn by activities that result in substantial evaporation and evapo-transpiration.

**Council on Environmental Quality**: An advisory council to the President of the United States established by the National Environmental Policy Act. It reviews federal programs to analyze and interpret environmental trends and information.

**cover**: Vegetation used by wildlife for protection from predators, breeding, and rearing of young (hiding cover) or to ameliorate conditions of weather (thermal cover).

**criteria**: Data and information that are used to examine or establish the relative degrees of desirability among alternatives or the degree to which a course of action meets an intended objective.

**critical habitat**: An area occupied by a threatened or endangered species on which are found those physical and biological features: 1) essential to the conservation of the species, and 2) which may require special management considerations or protection.

**crucial winter range**: That part of the overall range where 90% of the individuals are located during the average five winters out of 10 from the first heavy snowfall to spring green-up or during a site-specific period of winter as defined for each Colorado Parks and Wildlife data analysis unit.

**cryptogamic soil or crust**: A thin crust made up of mosses, lichens, algae, and bacteria, known collectively as cryptogams. Cryptogams function as soil builders, forming a spongy layer that helps protect soil from erosion, absorbs moisture, and provides nitrogen and other nutrients for plant growth. Also referred to as cryptobiotic or microbiotic soils or crusts.

**cultural resource**: Any prehistoric or historic site that is more than 50 years old. The physical remains of human activity (artifacts, ruins, burial mounds, petroglyphs, etc.) having scientific, prehistoric, or social values.

**cumulative impacts**: Combined impacts of the past, present, and reasonably foreseeable future actions. For example, the impacts of a proposed timber sale and the development of a mine together result in cumulative impacts.

**deferment:** The delay of grazing to achieve a specific management objective. A strategy aimed at providing time for plant reproduction, establishment of new plants, restoration of plant vigor, a return to environmental conditions appropriate for grazing, or the accumulation of forage for later use.

**deferred grazing:** The deferment of grazing in a non-systematic rotation with other land units.

**deferred rotation**: Any grazing system that provides for a systematic rotation of the deferment among pastures.

**demographic**: Related to the vital statistics of human populations (size, density, growth, distribution, etc.) and the effect of these on social and economic conditions.

**denning habitat**: The environment lynx use when giving birth and rearing kittens until they are mobile. The most common component is large amounts of coarse woody debris to provide escape and thermal cover for kittens. Denning habitat must be within daily travel distance of winter snowshoe hare habitat—the typical maximum daily distance for females is about 3 to 6 miles. Denning habitat includes mature and old growth forests with plenty of coarse woody debris. It can also include young regenerating forests with piles of coarse woody debris or areas where down trees are jack-strawed.

**designated roads and trails**: Specific roads and trails identified by the land management agency where motorized vehicle use is authorized. Road and trail designations include the types of vehicles authorized to operate on a specific route and may also include a time of year (season) when motorized use is allowed.

**destination recreation-tourism market**: National or regional recreation-tourism visitors and other constituents who value public lands as recreation-tourism destinations. Major investments in facilities

BLM_0033701

and visitor assistance are authorized within Special Recreation Management Areas where the strategy is to target demonstrated destination recreation-tourism market demand. Here, recreation management actions are geared toward meeting primary recreation-tourism market demand for specific activity, experience, and benefit opportunities. These opportunities are produced through maintenance of prescribed natural resource and/or community setting character and by structuring and implementing management, marketing, monitoring, and administrative actions accordingly.

**developed recreation**: Outdoor recreation requiring significant capital investment in facilities to handle a concentration of visitors on a relatively small area. Examples are ski areas, resorts, and campgrounds.

**development well**: a well drilled into a producing reservoir that already is reasonably well delineated.  The development well will have several producing wells on adjacent drilling and spacing units.  Development wells are drilled to efficiently drain the reservoir and have very low risk.

**direct impacts (direct effects)**: Impacts that are caused by the action and occur at the same time and place.

**dispersed recreation**: Outdoor recreation in which visitors are diffused over relatively large areas. Where facilities or developments are provided, they are more for access and protection of the environment than for the comfort or convenience of the people.

**disposal**: Transfer of public land out of federal ownership to another party through sale, exchange, the Recreation and Public Purposes Act, Desert Land Entry, or other land law statutes.

**disturbance**: A discrete event, either natural or human-induced, that causes a change in the existing condition of an ecosystem.

**diversity**: An expression of community structure. The relative distribution and abundance of different plant and animal communities and species within an area. It is "high" if there are many equally abundant species. It is "low" if there are only a few equally abundant species.

**dynamic equilibrium**: Stream systems normally function within natural ranges of flow, sediment movement, temperature, and other variables, in what is termed "dynamic equilibrium."

**easement**: A right afforded a person or agency to make limited use of another's real property for access or other purposes.

**ecological integrity**: The capability of an ecosystem to maintain its composition, structure, and function over time, thus maintaining the productivity of the land and a diversity of plants and animals.

**ecosystem**: Areas with living organisms interacting with each other and with their physical environment. They are dynamic entities shaped by natural processes and disturbances including succession, fire, floods, and wind. Ecosystems occur at various scales, with smaller ones found within larger ones.

**ecosystem diversity**: The variety of ecosystem types including their composition, structure, and processes.

**ecotone**: An ecological community of mixed vegetation formed by the overlapping of adjoining communities.

**edge**: The place where plant communities meet or where successional stages or vegetative conditions within plant communities come together (Thomas 1979).

**effects**: "Effect" and "impact" are synonymous as used in this document. Environmental consequences (the scientific and analytical basis for comparison of alternatives). Effects may be either direct, which are caused by the action and occur at the same time and place, or indirect, which are caused by the action and are later in time or farther removed in distance, but are still reasonably foreseeable, or cumulative.

**elk security areas**: Habitat that allows elk to remain in a defined area despite an increase in stress or

BLM_0033702

disturbance associated with the hunting season or other human activities (Lyon and Christensen 1992).

**eligibility**: Qualification of a river for inclusion into the National Wild and Scenic Rivers System through the determination (professional judgment) that it is free-flowing and, with its adjacent land area, possesses at least one river-related value considered to be outstandingly remarkable (from M-8351, Bureau of Land Management Wild and Scenic Rivers Policy and Program).

**emission**: A release into the outdoor atmosphere of air contaminants.

**endangered species**: Any species of animal or plant in danger of extinction throughout all or a significant portion of its range and so designated by the Secretary of the Interior in accordance with the 1973 Endangered Species Act.

**Endangered Species Act of 1973 (ESA)**: A law that sets a policy for conserving animal and plant species that are in danger of extinction.

**environment**: The physical conditions that exist within the area that will be affected by a proposed project, including land, water, minerals, flora, fauna, and objects of historical or aesthetic significance. The area involved is the area in which significant effects would occur either directly or indirectly as a result of the project. The "environment" includes both natural and human-made conditions.

**environmental analysis**: An analysis of alternative actions and their predictable environmental effects, including physical, biological, economic, and social consequences and their interactions; short- and long-term effects; and direct, indirect, and cumulative effects.

**environmental impact statement (EIS)**: A detailed written statement as required by Section 12(2)(C) of the National Environmental Policy Act (40 CFR 1508.11). An analytical document prepared under the National Environmental Policy Act that portrays potential impacts to the human environment of a Proposed Action and its possible alternatives. An EIS is developed for use by decision makers to weigh the environmental consequences of a potential decision.

**ephemeral streams**: Streams that flow only as a direct response to rainfall or snowmelt events. They have no base flow.

**erodible soils:** Soils that are highly susceptible to detachment and movement when disturbed

**erosion**: Detachment or movement of soil or rock fragments by water, wind, ice, or gravity. Accelerated erosion is much more rapid than normal, natural, or geologic erosion, primarily as a result of the influence of activities of people, animals, or natural catastrophes.

**even-aged management**: Actions resulting in the creation of stands in which trees of essentially the same age grow together. The difference in age between trees forming the main canopy level of a stand usually does not exceed 20% of the age of the stand at harvest rotation age.

**even-aged regeneration harvest**: A timber cutting procedure that creates a new age class of trees by using methods including clearcutting, seed tree, shelterwood, and coppice.

**exclusion areas**: Areas with sensitive resource values where rights-of-way and Section 302 permits, leases, and easements would not be authorized.

**explicit recreation management objective**: Specifically targeted recreation activity, experience, and/or benefit opportunities (i.e., recreation opportunity outputs) and their attainment (i.e., recreation outcomes).

**exploratory well:** a well drilled in order to locate an undiscovered petroleum reservoir, either by discovering a new field or a new shallower or deeper reservoir in a previously discovered field.  An exploratory well can also be drilled to significantly extend the limits of a discovered reservoir.

**Extensive Recreation Management Area**: A public lands unit identified in land use plans containing all acreage not identified as a Special Recreation Management Area. Recreation management actions within an Extensive Recreation Management Area are limited to only those of a custodial

BLM_0033703

nature.

**feasible**: Capable of being accomplished in a successful manner within a reasonable period of time, taking into account economic, environmental, legal, social, and technological factors.

**Federal Land Policy and Management Act of 1976 (FLPMA)**: Public Law 94-579, October 21, 1976, often referred to as the Bureau of Land Management's "Organic Act," which provides the majority of the Bureau of Land Management's legislated authority, direction policy, and basic management guidance (from Bureau of Land Management National Management Strategy for OHV Use on Public Lands).

*Federal Register*: A daily publication that reports Presidential and federal agency documents.

**federally listed species**: Species that are listed by the U.S. Department of the Interior, U.S. Fish and Wildlife Service, or the National Oceanic and Atmospheric Administration, National Marine Fisheries Service as threatened or endangered.

**fellfield:** An alpine plant community dominated by cushion plants (forbs) that occurs on wind-swept sites with shallow, rocky, well-drained soils.

**fens**: Groundwater-fed wetlands that support high biodiversity and unique plant communities. Soil in a fen is saturated with water. Saturation creates low-oxygen conditions that slow down decomposition and promotes the accumulation of organic peat over time.

**final regeneration harvest**: Timber harvest designed to regenerate a forest stand or release a regenerated stand. This includes clearcut, removal cut of a shelterwood or seed tree system, and selection cut.

**Fire Regime Condition Class (FRCC)**: Fire Regime Condition Classes are a measure describing the degree of departure from historical fire regimes, possibly resulting in alterations of key ecosystem components such as species composition, structural stage, stand age, canopy closure, and fuel loadings. One or more of the following activities may have caused this departure: fire suppression, timber harvesting, livestock grazing, introduction and establishment of exotic plant species, introduced insects or disease, or other management activities.

**Fire Regime Condition Class (FRCC) 1**: Lands whose fire regimes are within the historical range of variation and whose vegetation attributes (species composition, structure, and function) are intact.

**fire suppression**: All work activities connected with fire-extinguishing operations, beginning with discovery of a fire and continuing until the fire is completely out.

**fish habitat**: The place where a population of fish species lives and its surroundings; includes the provision of life requirements such as food and cover.

**fishery**: The total population of fish in a stream or body of water and the physical, chemical, and biological factors affecting that population.

**floodplain**: The lowland and relatively flat areas adjoining inland and coastal waters, including, at a minimum, that area subject to a 1% or greater chance of flooding in any given year.

**flora**: The plant life characteristic of a region, period, or special environment.

**fluid minerals**: Oil, gas, coal bed natural gas, and geothermal resources.

**forage**: Plant material that is available for animal consumption.

**forage reserve:** A designation for allotments on which there is no current term permit obligation for some or all of the estimated livestock grazing capacity and where there has been a determination made to use the available forage on the allotment to enhance management flexibility for authorized livestock use.

**forb**: An herbaceous plant without a woody stem other than those in the grass (Poaceae), sedge (Cyperaceae), or rush (Juncaceae) families.

BLM_0033704

**forest land**: Land that has at least 25% canopy cover of trees.

**forest cover type**: A descriptive classification of forest land based on the present vegetative species composition and/or locality (i.e., lodgepole pine, mixed conifer). Most stands are given a classification (stratum label), based on aerial photo interpretation, that includes the forest cover type, size class, density class, and stand development phase.

**forest regulation**: The control of stocking, harvests, growth, and yields on lands designated as suited for timber production to meet management objectives including sustained yield of timber products.

**forest road or trail**: A road or trail wholly or partly within or adjacent to and serving the National Forest System and that is necessary for the protection, administration and utilization of the National Forest System and the use and development of its resources.

**forest transportation atlas**: A display of the system of roads, trails, and airfields of an administrative unit.

**forest transportation system**: The system of roads, trails, and airfields on National Forest System lands.

**form**: The mass or shape of an object, which appears unified, often defined by edge, outline, and/or surrounding space.

**fragmentation**: Process by which habitats are increasingly subdivided into smaller units, resulting in their increased insularity, as well as losses of total habitat area.

**functional at-risk**: 1) Condition in which vegetation and soil are susceptible to losing their ability to sustain naturally functioning biotic communities. Human activities, past or present, may increase the risks; 2) Uplands or riparian-wetland areas that are properly functioning, but a soil, water, or vegetation attribute makes them susceptible to degradation and lessens their ability to sustain natural biotic communities. Uplands are particularly at risk if their soils are susceptible to degradation. Human activities, past or present, may increase the risks.

**grade**: A slope states as so many feet per mile or as feet/feet (%).

**granite soils:** Soils derived from granite bedrock or granite parent materials.

**grassland**: Areas dominated by grasses and forbs. These areas include foothill and mountain grasslands and grasslands vegetation types.

**grazing preference**: The total number of animal unit months on public land apportioned and attached to base property owned or controlled by a permittee or lessee.

**ground cover**: The percentage of biotic and abiotic material (other than bare soil) covering the ground surface, including litter, mosses, lichens, vegetation basal area, and rock fragments. Ground cover plus bare soil equals 100%.

**growing stock**: A timber inventory classification of live commercial trees meeting specified standards of quality or vigor. Cull trees are excluded. Only includes trees 5.0 inches diameter at breast height and larger.

**habitat**: An environment that meets a specific set of physical, biological, temporal or spatial characteristics that satisfy the requirements of a plant or animal species or group of species for part or all of their life cycle. The sum total of environmental conditions of a specific place occupied by a wildlife species or a population of such species.

**habitat connectivity**: Habitat arrangements that allow organisms to move freely across the landscape.

**habitat structural stages**: Any of several developmental stages of tree stands described in terms of tree size and the extent of canopy closure they create (Wills 1987).

**habitat type**: An aggregation of all land areas potentially capable of producing similar plant

BLM_0033705

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

communities at climax.

**hardwoods**: A conventional term for the wood of broadleaf trees. In the decision area these trees are generally confined to areas near water.

**Heavy metals:** Elements having an atomic weight between 63.546 and 200.590, and a specific gravity greater than 4.0, such as copper, iron, manganese, lead arsenic, mercury, zinc, etc.

**herb**: A flowering plant whose above ground stem is not woody; graminoids and forbs.

**Herd Management Area (HMA)**: Public land under the jurisdiction of the Bureau of Land Management that has been designated for special management emphasizing the maintenance of an established wild horse or burro herd.

**hazardous substances**: Comprehensive Environmental Response, Compensation, and Liability Act term identifying those substances designated pursuant to Section 1321(b)(2)(A) of Title 33, or 42 USC 9602, or listed in 40 CFR 302 or 355.

**hazardous substance release**: Any spilling, leaking, pumping, pouring, emitting, emptying, discharging, injecting, escaping, leaching, dumping, or disposing into the environment (including the abandonment or discarding of barrels, containers, and other closed receptacles containing any hazardous substance or pollutant or contaminant).

**hazardous waste**: Refers to a solid waste, or combination of solid wastes, which because of its quantity, concentration, or physical, chemical, or infectious characteristics may pose a substantial threat to human health and the environment.

**hiding cover**: Vegetation, primarily trees, capable of hiding 90% of a standing adult animal from the view of a human at a distance of 200 feet or less.

**historic range of variation (HRV)**: The range of ecological conditions, including vegetation structure and natural disturbance regimes that occurred during the reference period; the period of indigenous settlement from about 1500 to the late 1800s.

**hydrophytic plant**: A plant that grows in water or in very moist ground, usually found in riparian areas and wetlands.

**impacts**: "Effect" and "impact" are synonymous as used in this report. See definition for **effects**.

**impaired water body**: Streams and lakes that are not meeting their designated uses due to excess pollutants.

**indirect effects**: Secondary effects that occur in locations other than the initial action or significantly later in time.

**integrated pest management (Forest Service Manual 2900):** A pest (in this context an invasive species) control strategy based on the determination of an economic, human health, or environmental threshold that indicates when a pest population is approaching the level at which control measures are necessary to prevent a decline in the desired conditions (economic or environmental factors). In principle, integrated pest management is an ecologically based holistic strategy that relies on natural mortality factors, such as natural enemies, weather, and environmental management, and seeks control tactics that disrupt these factors as little as possible. Integrated pest management techniques are defined within four broad categories: 1) biological, 2) cultural, 3) mechanical/physical, and 4) chemical techniques.

**integrated prescription**: A multiple-use management practice used to select and schedule applications on a specific area to attain desired conditions and objectives. This prescription identifies and quantifies outputs, effects, benefits, and costs of all resources to the extent practical.

**Interdisciplinary Team**: A group of resource professionals with different expertise that collaborate to develop and evaluate resource management decisions.

BLM_0033706

**intermittent stream**: A stream that flows only at certain times of the year when it receives water from springs or from some surface source such as melting snow. During the dry season and throughout minor drought periods, these streams will not exhibit flow. Geomorphological characteristics are not well defined and are often inconspicuous. In the absence of external limiting factors (pollution, thermal modifications, etc.), biology is scarce and adapted to the wet and dry conditions of the fluctuating water level.

**invasive species**: A non-native to the ecosystem under consideration, and its introduction causes, or is likely to cause, economic or environmental harm or harm to human health (Executive Order 13112).

**irretrievable impact**: Commitment of a resource would be considered "irretrievable" when the project would directly eliminate the resource, its productivity, and/or its utility for the life of the project.

**irreversible impact**: The commitment of a resource would be "irreversible" if the project started a "process" (chemical, biological, and/or physical) that could not be stopped. As a result, the resource or its productivity, and/or its utility would be consumed, committed, or lost forever.

**issue indicators**: A "yardstick" for measuring or comparing any changes associated with each issue or concern by alternative.

**jurisdictional wetland**: A wetland area delineated and identified by specific technical criteria, field indicators, or other information for purposes of public agency jurisdiction. The public agencies that administer jurisdictional wetlands are the U.S. Fish and Wildlife Service, the U.S. Army Corps of Engineers, the U.S. Environmental Protection Agency, and the Natural Resources Conservation Service.

**K factor**: A soil erodibility factor used in the universal soil loss equation that is a measure of the susceptibility of soil particles to detachment and transport by rainfall and runoff. Estimation of the factor takes several soil parameters into account, including soil texture, percent of sand greater than 0.10 mm, soil organic matter content, soil structure, soil permeability, clay mineralogy, and coarse fragments. K factor values range from 0.02 to 0.64, the greater values indicating the highest susceptibilities to erosion.

**key habitat**: Specific areas within the geographic area occupied by a species in which are found those physical and biological features 1) essential to the conservation of the species and 2) that may require special management considerations or protection.

**key viewpoint**: The point(s) commonly in use or potentially in use where the view of a management activity is the most disclosing; the location that provides the means of studying the visual impact of alternatives to the landscape.

**land classification**: When, under criteria of 43 CFR 2400, a tract of land has potential for either retention for multiple use management or for some form of disposal, or for more than one form of disposal, the relative scarcity of the values involved and the availability of alternative means and sites for realization of those values will be considered. Long-term public benefits will be weighed against more immediate or local benefits. The tract will then be classified in a manner, which will best promote the public interest.

**land tenure adjustments**: Ownership or jurisdictional changes are referred as "land tenure adjustments." To improve the manageability of the public lands and improve their usefulness to the public, the Bureau of Land Management has numerous authorities for "repositioning" lands into a more consolidated pattern, disposing of lands, and entering into cooperative management agreements. These land pattern improvements are completed primarily through the use of land exchanges, but also through land sales, jurisdictional transfers to other agencies, and through the use of cooperative management agreements and leases.

**land use allocation**: The identification in a land use plan of the activities and foreseeable development that are allowed, restricted, or excluded for all or part of the planning area, based on desired future conditions.

BLM_0033707

**land use plan**: A set of decisions that establish management direction for land within an administrative area, as prescribed under the planning provisions of the Federal Land Policy and Management Act of 1976; an assimilation of land use plan–level decisions developed through the planning process outlined in 43 CFR 1600, regardless of the scale at which the decisions were developed.

**lands generally suited for timber harvest:** Lands where timber production is compatible with the attainment of desired conditions and objectives established by the Land and Resource Management Plan, and other lands where salvage sales or other timber harvest is necessary for multi-purpose objectives other than timber production.

**landscape**: The aspect of the land that is characteristic of a particular region or area. Landscape character is the combination of physical, biological, and cultural attributes that gives an area its visual and cultural identity. Each attribute contributes to the uniqueness of the landscape and gives a particular place meaning and value and helps to define a "sense of place." Landscape character provides a frame of reference from which to determine scenic attractiveness and to measure scenic integrity and scenic sustainability. Landscape visibility addresses the relative importance and sensitivity of what is seen and perceived in the landscape. It is a function of many important and interconnected considerations such as number and context of viewers, duration of views, degree of discernible detail (which depends in part on the position of the viewer, i.e. the landscape may be superior, level with, or inferior) and seasonal variation. Landscape visibility inventory and analysis consists of three elements, including travel ways and use areas, concern levels and distance zones.

**lease**: Section 302 of the Federal Land Policy and Management Act of 1976 provides the Bureau of Land Management's authority to issue leases for the use, occupancy, and development of the public lands. Leases are issued for purposes such as a commercial filming, advertising displays, commercial or non-commercial croplands, apiaries, livestock holding or feeding areas not related to grazing permits and leases, harvesting of native or introduced species, temporary or permanent facilities for commercial purposes (does not include mining claims), residential occupancy, ski resorts, construction equipment storage sites, assembly yards, oil rig stacking sites, mining claim occupancy if the residential structures are not incidental to the mining operation, and water pipelines and well pumps related to irrigation and non-irrigation facilities. The regulations establishing procedures for the processing of these leases and permits are found in 43 CFR 2920.

**lek**: A specific location where male grouse congregate and strut to attract and breed with female grouse. Most male grouse return to the same lek every year.

**lifeways**: The manner and means by which a group of people lives; their way of life. Components include language(s), subsistence strategies, religion, economic structure, physical mannerisms, and shared attitudes.

**limited (Bureau of Land Management)**: Designated areas and trails where the use of off-road vehicles is subject to restrictions, such as limiting the number or types or vehicles allowed, dates and times of use (seasonal restrictions), limiting use to existing roads and trails, or limiting use to designated roads and trails. Under the designated roads and trails designation, use would be allowed only on roads and trails that are signed for use. Combinations of restrictions are possible, such as limiting use to certain types of vehicles during certain times of the year.

**linkage area**: An area that provides connectivity between blocks of habitat. Linkage areas occur both within and between geographic areas, where basins, valleys, or agricultural lands separate blocks of habitat, or where habitat naturally narrows between blocks.

**litter**: The dead vegetation on the ground surface usually consisting of leaves, needles, twigs, and bark.

**live cull**: Live trees that are 5.0 inches diameter at breast height and larger, which are 66% rotten or unable to produce a saw log.

**livestock**: Species of domestic animals including cattle, sheep, horses, burros, and goats.

BLM_0033708

**locatable minerals**: Minerals subject to exploration, development, and disposal by staking mining claims as authorized by the Mining Law of 1872, as amended. This includes deposits of gold, silver, and other uncommon minerals not subject to lease or sale.

**long-term sustained-yield timber capacity**: The highest wood yield that may be sustained under specified management intensities consistent with multiple-use objectives after stands have reached desired conditions.

**lower montane**: A terrestrial community that generally is found in drier and warmer environments than the montane terrestrial community. The lower montane community supports a unique clustering of wildlife species.

**lynx analysis units**: An area of at least the size used by an individual lynx, from about 25 to 50 square miles. A lynx analysis unit is a unit for which the effects of a project would be analyzed; its boundaries should remain constant.

**lynx habitat**: Primarily coniferous forests that provide a prey base of snowshoe hare.

**lands with wilderness characteristics:** Bureau of Land Management land areas found to have wilderness characteristics after an objective inventory and evaluation.

**macroinvertebrates:** Small animals that do not develop a backbone or spine, are found in streams, rivers, wetlands, and lakes, and are large enough to be seen with the eye without the use of a microscope.

**maintenance level**: Maintenance levels define the level of service provided by, and maintenance required for, a specific road. There are five maintenance levels that are described as follows:

- **Level 1** - Assigned to intermittent service roads during the time they are closed to vehicular traffic. Closures must be for 1 or more years. Basic custodial maintenance is performed to keep damage to adjacent resources to an acceptable level and to perpetuate the road to facilitate future management activities.

- **Level 2** - Assigned to roads open for use by high clearance vehicles. Roads in this maintenance level are low speed, single lane and native surface.

- **Level 3** - Assigned to roads open and maintained for travel by a prudent driver in a standard passenger car. User comfort and convenience are not considered priorities. Roads in this maintenance level are typically low speed, single lane with turnouts and spot surfacing. Some roads may be fully surfaced with either native or processed material.

- **Level 4** - Assigned to roads that provide a moderate degree of user comfort and convenience at moderate travel speeds. Most roads are double lane and aggregate surfaced. However, some roads may be single lane. Some roads may be paved and/or dust abated.

- **Level 5** - Assigned to roads that provide a high degree of user comfort and convenience. These roads are normally double lane, paved facilities. Some may be aggregate surfaced and dust abated.

**management area (MA)**: An area of land used in planning that consists of similar analysis area, has one prescription assigned, and may not be contiguous.

**management direction**: A statement of multiple use and other goals and objectives, along with the associated management prescriptions and standards and guidelines to direct resource management.

**management indicator species (MIS)**: A species of wildlife, fish, or plant whose health and vigor are believed to accurately reflect the health and vigor of other species having similar habitat and protection needs to those of the selected indicator species.

**mastication:** The altering of live or dead vegetation into small chunks by grinding, shredding, or chopping using a front-end or boom-mounted rotary blade or drum-type head.  It is often used on shrubby vegetation, like Gambel oak, but can also be used in and around woodland vegetation (like

BLM_0033709

pinyon-juniper) or other relatively small trees (i.e., up to 10 inches in diameter). Mastication is generally used to break up fuel connectivity between ground fuels and canopy fuels.

**mean annual increment and culmination of mean annual increment:** The total increment of increase of volume of a stand (standing crop plus thinning) up to a given age divided by that age. Culmination of mean annual increment is the age in the growth cycle of an even-aged stand at which the average annual rate of increase of volume is at a maximum. In land management plans, mean annual increment is expressed in cubic measure and is based on the expected growth of stands, according to intensities and utilization guidelines in the plan document or set of documents.

**mechanical fuels treatment:** Any method to masticate or thin vegetation by hand or by machine (including thinning with chainsaws or any commercial machine, shredder, chipper, or similar equipment.)

**mechanical transport:** This includes any contrivance that moves people or material in or over land, water, or air that has moving parts, that provides a mechanical advantage to the user, and that is powered by a living or non-living power source. This includes, but is not limited to, bicycles, game carriers, carts, and wagons. It does not include wheelchairs when used as necessary medical appliances. It also does not include skis, snowshoes, rafts, canoes, sleds, travois, or similar primitive devices without moving parts.

**mechanical treatment:** Any of a variety of methods for cutting woody vegetation (usually trees but also including shrubs, junipers, or oakbrush) that utilizes machinery, ranging from chainsaws, to mastication equipment (e.g., hydroaxe), to feller-bunchers. The treatment could involve just cutting and spreading of woody vegetation or removing some or most of cut material from the site.

**metapopulation:** A set of partially isolated populations belonging to the same species. The populations are able to exchange individuals and re-colonize sites in which the species has recently become extinct.

**mineral:** Any naturally formed inorganic material/solid or fluid inorganic substance that can be extracted from the earth, or any of various naturally occurring homogeneous substances (as stone, coal, salt, sulfur, sand, petroleum, water, or natural gas) obtained for human use, usually from the ground. Under federal laws, considered as locatable (subject to the general mining laws), leasable (subject to the Mineral Leasing Act of 1920), and salable (subject to the Materials Act of 1947).

**mineral entry:** The filing of a claim on public land to obtain the right to any locatable minerals it may contain.

**mineral estate:** The ownership of minerals, including rights necessary for access, exploration, development, mining, ore dressing, and transportation operations.

**mineral materials:** Materials such as sand and gravel and common varieties of stone, pumice, pumicite, and clay that are not obtainable under the mining or leasing laws, but that can be acquired under the Materials Act of 1947, as amended.

**mitigation measure:** Actions taken to reduce or eliminate effects (impacts) from management actions, including 1) avoiding the impact altogether by not taking certain action or parts of an action; 2) minimizing impacts by limiting the degree or magnitude of the action and its implementation; 3) rectifying the impacts by repairing, rehabilitating, or restoring the affected environment; 4) reducing or eliminating the impact over time by preservation and maintenance operations during the life of the action; and 5) compensating for the impact by replacing or providing substitute resources or environments (40 CFR 1508.20).

**modification:** A visual quality objective meaning activities by humans may dominate the characteristic landscape but must, at the same time, utilize naturally established form, line, color, and texture. It should appear as a natural occurrence when viewed in foreground or middle ground.

**monitoring and evaluation:** The evaluation, on a sample basis, of management practices to determine how well objectives are being met, as well as the effects of those management practices

BLM_0033710

on the land and environment.

**montane**: Inhabiting the cool, moist ecological zone located near the timberline and usually dominated by evergreen trees.

**motor vehicle**: Any vehicle that is self-propelled, other than a vehicle operated on rails and any wheelchair or mobility device, including those that are battery powered, that are designed solely for use by a mobility-impaired person for locomotion, and that are suitable for use in an indoor pedestrian area.

**motor vehicle use map**: A map reflecting designated roads, trails, and areas on an administrative unit or a Ranger District of the National Forest System.

**motorized wheeled vehicle**: Includes all types of motorized wheeled vehicles capable of or designed for travel on or immediately over land or other natural terrain (motorcycles, four-wheel drive vehicles, all-terrain vehicles, sport utility vehicles, pickup trucks, etc.) and includes those vehicles that have the driving wheels moving inside endless tracks or capable of conversion to such method of travel.

**multiple use**: The management of the public lands and their various resource values so that they are utilized in the combination that will best meet the present and future needs of the American people; making the most judicious use of the land for some or all of these resources or related services over areas large enough to provide sufficient latitude for periodic adjustments in use to changing needs and conditions; the use of some land for less than all of the resources; a combination of balanced and diverse resource uses that takes into account the long-term needs of future generations for renewable and nonrenewable resources, including, but not limited to, recreation, range, timber, minerals, watershed, wildlife and fish, and natural scenic, scientific and historical values; and harmonious and coordinated management of the various resources without permanent impairment of the productivity of the land and the quality of the environment with consideration being given to the relative values of the resources and not necessarily to the combination of uses that will give the greatest economic return or the greatest unit output.

**National Environmental Policy Act of 1969 (NEPA)**: An act that encourages productive and enjoyable harmony between humans and their environment; promotes efforts to prevent or eliminate damage to the environment and biosphere and stimulate the health and welfare of people; enriches the understanding of the ecological systems and natural resources important to the nation; and establishes a Council on Environmental Quality; 40 CFR 1500–1508 are the regulations for implementing the act.

**National Environmental Policy Act (NEPA) process**: All measures necessary to comply with the requirements of Section 2 and Title 1 of  the National Environmental Policy Act. An interdisciplinary process, mandated by the National Environmental Policy Act, which concentrates decision-making around issues, concerns, alternatives and the effects of alternatives on the environment.

**National Forest Management Act (NFMA)**: A law passed in 1976 as amendments to the Forest and Rangeland Renewable Resources Planning Act that requires the preparation of regional and forest plans and the preparation of regulations to guide that development.

**National Forest System (NFS)**: All national forest lands reserved or withdrawn from the public domain of the United States; all national forest lands acquired through purchase, exchange, donation, or other means, the national grasslands and land utilization projects administered under Title 111.

**National Forest System (NFS) road**: A forest road other than a road that has been authorized by a legally documented right-of-way held by a state, county, or other local public road authority.

**National Forest System (NFS) trail**: A forest trail other than a trail that has been authorized by a legally documented right-of-way held by a state, county, or other local public road authority.

**National Wild and Scenic Rivers System**: A system of nationally designated rivers and their immediate environments that have outstanding scenic, recreational, geologic, fish and wildlife, historic, cultural, and other similar values and are preserved in a free-flowing condition. The system

BLM_0033711

consists of three types of streams: 1) recreation—rivers or sections of rivers that are readily accessible by road or railroad and that may have some development along their shorelines and may have undergone some impoundments or diversion in the past; 2) scenic—rivers or sections of rivers free of impoundments with shorelines or watersheds still largely undeveloped but accessible in places by roads; and 3) wild—rivers or sections of rivers free of impoundments and generally inaccessible except by trails, with watersheds or shorelines essentially primitive and waters unpolluted.

**native fish**: Fish species that are indigenous to a region's waters, as opposed to introduced or exotic fish.

**native species**: Species that normally live and thrive in a particular ecosystem.

**naturalness**: Refers to an area that "generally appears to have been affected primarily by the forces of nature, with, the imprint of man's work substantially unnoticeable" (Section 2[c] of the Wilderness Act of 1964).

**NatureServe**: A non-profit conservation organization that provides the scientific information and tools needed to help guide effective conservation actions. It represents an international network of biological inventories—known as natural heritage programs or conservation data center—operating in all 50 U.S. states, Canada, Latin America, and the Caribbean.

**NatureServe conservation status rankings**: A suite of factors that are used to assess the extinction or extirpation risk of plants, animals, and ecosystems. The three broad categories that factor into these rankings include rarity, trends, and threats. Global conservation status rankings include secure (G5), apparently secure (G4), vulnerable (G3), imperiled (G2), critically imperiled (G1), possibly extinct or eliminated (GH), and presumed extinct or eliminated (GX). The Colorado Natural Heritage Program provides a similar statewide conservation status rank (reported as "S" ranks).

**net annual growth**: The average net annual increase in the volume of trees during the period between inventories. Components include the increment in net volume of trees at the beginning of the specific year surviving to its end, plus the net volume of trees reaching the minimum size class during the year, minus the volume of trees that died during the year, and minus the net volume of trees that became cull trees during the year.

**No Action Alternative**: The No Action Alternative is required by regulations implementing the National Environmental Policy Act (40 CFR 1502.14). The No Action Alternative provides a baseline for estimating the effects of other alternatives. Where a project activity is being evaluated, the No Action Alternative is defined as one where no action or activity would take place.

**non-functional**: Riparian areas that lack the soil, water, or vegetation attributes to function properly and that are highly susceptible to degradation.

**non-functioning condition**: 1) Condition in which vegetation and ground cover are not maintaining soil conditions that can sustain natural biotic communities; 2) riparian-wetland areas are considered to be in non-functioning condition when they do not provide adequate vegetation, landform, or large woody debris to dissipate stream energy associated with high flows and thus are not reducing erosion, improving water quality, or other normal characteristics of riparian areas. The absence of a floodplain may be an indicator of non-functioning condition.

**non-game species**: Those species of animals that are not managed as a sport hunting resource.

**non-point source pollution**: Pollution whose source is not specific in location; the sources of the pollutant discharge are dispersed, not well defined, or constant. Examples include sediments from logging activities and runoff from agricultural chemicals.

**not suitable for timber production**: Forest land for which timber production is not a management objective (36 CFR 219.12 and Forest Service Manual 1921.12). These are lands where: 1.) statute, executive order, or regulation prohibits timber production on the land, or the Secretary of Agriculture or the Chief of the U.S. Forest Service have withdrawn the land from timber production; 2.) the land is not forest land; 3.) timber production would not be compatible with the achievement of desired

BLM_0033712

conditions and objectives established by the Land and Resource Management Plan for those lands; or 4) timber is generally not suitable for harvest.

**nutrient cycling**: This is a concept that describes how nutrients move from the physical environment into living organisms and subsequently are recycled back to the physical environment. This circular movement of nutrients is essential to any given ecosystem, and it must be balanced and stable for the systems to be maintained. There are many different nutrient cycles, each with its own particular pathways, but the most important are those involving the elements carbon, oxygen, nitrogen, and phosphorus.

**noxious weeds**: Plants designated as noxious by the Secretary of Agriculture or by the responsible state official. They are usually an invasive species. They generally possess one or more of the following characteristics: aggressive and difficult to manage, poisonous, toxic, parasitic, a carrier or host of serious insects or disease, non-native, new, or not common to the United States. According to the Federal Noxious Weed Act (Public Law 93-639), a noxious weed is one that causes disease or has other adverse effects on people or their environment and therefore is detrimental to the agriculture and commerce of the United States and to the public health.

**off-highway vehicle (OHV)**: Any motorized vehicle designed for or capable of cross-country travel on or immediately over land, water, sand, snow, ice, marsh, swampland, or other natural terrain. Travel on or immediately over land, water, or other natural terrain, excluding 1) any non-amphibious registered motorboat; 2) any military, fire, emergency, or law enforcement vehicle while being used for emergency purposes; 3) any vehicle whose use is expressly authorized by the Authorized Officer, or otherwise officially approved; 4) vehicles in official use; and 5) any combat or combat support vehicle when used for national defense.

**off-road**: Any motorized travel that is not on the designated road and trail system.

**old growth**: Forest lands that meet the old growth descriptions for the Rocky Mountain Region as outlined in Mehl (1992). Old growth forests represent the late stages of forest development and are primarily distinguished by old trees, large trees, snags, and large wood on the forest floor.

The criteria used for determining old growth forests on the San Juan National Forest and Tres Rios Field Office are based on the Rocky Mountain Regional Guidelines (with slight modifications), which are documented in a publication called *Old-Growth Forests in the Southwest and Rocky Mountain Regions Proceedings of a Workshop*, March 9–13, 1992 Portal, Arizona, General Technical Report RM-213. The criteria for each cover type are as follows:

- **Ponderosa pine old growth:** Age ≥ 200; diameter at breast height ≥ 16 inches; large trees per acre (≥ 16 inches diameter at breast height) ≥10; rot + dead/broken tops per acre ≥1; and snags (10 inches min diameter at breast height) ≥2

- **Mixed conifer old growth:** Age ≥ 200; diameter at breast height ≥ 16 inches; large trees per acre (≥ 16 inches diameter at breast height) ≥10; rot + dead/broken tops per acre ≥1; snags (10 inches min diameter at breast height) ≥2; and layers ≥2

- **Spruce/fir old growth:** Age ≥ 200; diameter at breast height ≥ 16 inches; large trees per acre (≥ 16 inches diameter at breast height) ≥10; rot + dead/broken tops per acre ≥1; snags (10 inches min diameter at breast height) ≥2; and layers ≥2

- **Aspen Seral:** Age ≥ 100; diameter at breast height ≥ 14 inches; large trees per acre (≥ 14 inches diameter at breast height) ≥10; rot + dead/broken tops per acre ≥1; and understory of conifer present (Note: aspen is considered seral old growth if the stand meets the criteria and there is conifer in the understory. It is considered climax old growth if the stand meets the criteria and there is no conifer in the understory.)

- **Aspen Climax:** Age ≥ 100; diameter at breast height ≥ 14 inches; large trees per acre (≥ 14 inches diameter at breast height) ≥10 ; rot + dead/broken tops per acre ≥1; and understory of conifer absent

- **Pinyon-Juniper:** Age ≥ 200; diameter at root crown ≥ 12 inches; large trees per acre (≥ 12

BLM_0033713

inches diameter at root crown) ≥30; rot + dead/broken tops per acre ≥1; and snags (10 inches min diameter at root crown) ≥1

**open (Bureau of Land Management )**: Designated areas and trails where off-road vehicles may be operated, subject to operating regulations and vehicle standards set forth by land management agencies; or an area where all types of vehicle use is permitted at all times, subject to the standards set forth by land management agencies.

**organic soils**: A soil that contains greater than 20% organic matter throughout the solum.

**outstanding waters**: An outstanding waters designation offers the highest level of water quality protection available under the Clean Water Act and Colorado regulations. This designation is designed to prevent any degradation from existing conditions.

**outstandingly remarkable values (ORVs)**: Values among those listed in Section 1(b) of the Wild and Scenic Rivers Act: "scenic, recreational, geological, fish and wildlife, historical, cultural, or other similar values…" Other similar values that may be considered include ecological, biological or botanical, paleontological, scientific, or research values (from M-8351, Bureau of Land Management Wild and Scenic Rivers Policy and Program).

**ozone (O₃)**: A faint blue gas produced in the atmosphere from chemical reactions of such sources as burning coal, gasoline and other fuels, and chemicals found in products including solvents, paints, hairsprays, etc.

**paleontological resource:** The Omnibus Public Lands Act of 2009 defines the term "paleontological resource" as any fossilized remains, traces, or imprints of organisms, preserved in or on the earth's crust, that are of paleontological interest and that provide information about the history of life on earth, except that the term does not include—
1) any materials associated with an archaeological resource (as defined in Section 3(1) of the Archaeological Resources Protection Act of 1979 [16 USC 470bb(1)], or 2) any cultural item (as defined in Section 2 of the Native American Graves Protection and Repatriation Act [25 USC 3001]).

**perennial stream**: Perennial streams carry flowing water continuously throughout the year, regardless of weather conditions. They exhibit well-defined geomorphological characteristics and in the absence of pollution, thermal modifications, or other human-made disturbances have the ability to support aquatic life. During hydrological drought conditions, the flow may be impaired.

**Season-long grazing**: Livestock grazing that occurs over the entire permitted season of use.

**permitted livestock**: Livestock presently being grazed under a permit or those that were grazed under a permit during the preceding season, including their offspring retained for herd replacement.

**permitted use (Bureau of Land Management)**: The forage allocated by, or under the guidance of, an applicable land use plan for livestock grazing in an allotment under a permit or lease, and is expressed in animal unit months (AUMs) (43 CFR 4100.0-5) (from H-4180-1, Bureau of Land Management Rangeland Health Standards Manual).

**permitted use (U.S. Forest Service):** The number of animals, period of use, and location of use specified in Part 1 of the grazing permit.

**plan amendment**: The system that provides a step-by-step process for considering multiple resource values, resolving conflicts, and making resource management decisions.

**phytoplankton:** Minute floating plants, usually algae, distributed throughout a body of water as deep as light penetrates.

**planning criteria**: The factors used to guide development of the resource management plan, or revision, to ensure that it is tailored to the issue previously identified and to ensure that unnecessary data collection and analysis are avoided. Planning criteria are developed to guide the collection and use of inventory data and information, analysis of the management situation, design and formulation of alternatives, estimation of the effects of alternatives, evaluation of alternatives, and selection of the

BLM_0003714

preferred alternative.

**planning horizon**: The overall time period that spans all activities covered in the Land and Resource Management Plan and all future conditions and effects of proposed actions that would influence the planning decisions. This is typically considered 50 years.

**population**: Organisms of the same species that occur in a particular place at a given time. In statistics, the aggregate of all units forming the subject of study; otherwise, a community of individuals that share a common gene pool.

**potential conservation area (PCA):** Colorado Natural Heritage Program's term used as a planning tool to delineate a geographic area focused on capturing the ecological processes that are necessary to support the continued existence of a particular element of natural heritage significance.

**potential natural vegetation**: The stable vegetation community that could occupy a site under current climatic conditions without further influence by humans. Often used interchangeably with "potential natural community."

**preferred alternative**: The agency's preferred alternative, one or more, that is identified in the environmental impact statement (40 CFR 1502.14).

**prescribed burning**: The intentional application of fire to wildland fuels in either their natural or modified state under such conditions as to allow the fire to be confined to a predetermined area and at the same time to produce the intensity of heat and rate of spread required to further certain planned objectives (i.e., silviculture, wildlife management, reduction of fuel hazard, etc.).

**prescribed fire**: A fire purposely ignited to meet specific objectives (see prescribed burning).

**prevention of significant deterioration (PSD)**: An air pollution-permitting program intended to ensure that air quality does not diminish in attainment areas.

**primary succession**: The establishment and subsequent changes in a community from newly formed habitats without plants (e.g., sand dunes, lava flows, or newly exposed rock). Involves much modification of the environment by early colonists, i.e., pioneer species (such as lichens and mosses, beach grasses), which, in terrestrial environments, stabilize and enrich or even generate soil.

**primitive and unconfined recreation**: Non-motorized, non-mechanized (except as provided by law), and undeveloped types of recreational activities. Bicycles are considered mechanical transport.

**productivity**: The capacity of National Forest Service lands and their ecological systems to provide the various renewable resources in certain amounts in perpetuity (36 CFR 219.16).

**programmatic environmental impact statement**: An environmental impact statement that establishes a broad management direction for an area by establishing a goal, objective, standard, management prescription and monitoring and evaluation requirement for different types of activities that are permitted. It also can establish what activities are not permitted within the specific area(s). This document does not mandate or authorize the permitted activities to proceed.

**project**: The whole of an action, which has the potential for resulting in a physical change in the environment.

**project area**: The geographic area defining the scope of this document and the alternatives proposed by it.

**project file**: An assemblage of documents that contains all the information developed or used during an environmental analysis. This information may be summarized in an Environmental Assessment or an Environmental Impact Statement. The project file becomes part of the administrative record for judicial review in case of legal action.

**proper functioning condition**: 1) An element of the Fundamental of Rangeland Health for watersheds, and therefore a required element of state or regional standard and guidelines under 43 CFR 4180.2(b); 2) condition in which vegetation and ground cover maintain soil conditions that can

BLM_0033715

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

sustain natural biotic communities; 3) riparian-wetland areas are functioning properly when adequate vegetation, landform, or large woody debris is present to dissipate stream energy associated with high water flows, thereby reducing erosion and improving water quality, filter sediment, capture bedload, and aid floodplain development; improving floodwater retention and groundwater recharge; developing root masses that stabilize stream banks against cutting action; developing diverse ponding and channel characteristics to provide the habitat and the water depth, duration, and temperature necessary for fish production, waterfowl breeding, and other uses; and supporting greater biodiversity (the functioning condition of riparian-wetland areas is influenced by geomorphic features, soil, water, and vegetation); 4) uplands function properly when the existing vegetation and ground cover maintain soil conditions capable of sustaining natural biotic communities. The functioning condition of uplands is influenced by geomorphic features, soil, water, and vegetation.

**proposed action**: For a special use permit, a description of the project as proposed by the project proponent in the Special Use Permit application.

**protected areas:** Large, mostly unaltered, undeveloped, and unroaded lands dedicated to the protection and maintenance of biological diversity (International Union for Conservation of Nature 1994).

**Bureau of Land Management lands**: Any land or interest in land owned by the United States and administered by the Secretary of the Interior through the Bureau of Land Management.

**public scoping**: Giving the public the opportunity for free, unhampered, speaking or writing concerning the intentions, activity, or influence of a project on the community and environment.

**range analysis**: Systematic acquisition and evaluation of rangeland resource data needed for allotment management planning and overall land management.

**range improvement**: An authorized physical modification or treatment that is designed to improve production of forage, change vegetation composition, control patterns of use, provide water, stabilize soil and water conditions, and restore, protect, and improve the condition of rangeland ecosystems to benefit livestock, wild horses and burros, and fish and wildlife. The term includes, but is not limited to, structures, treatment projects, and use of mechanical devices or modifications achieved through mechanical means (43 CFR 4100).

**rangelands**: Lands that produce or are capable of producing forage for grazing and browsing animals. They include grasslands, forblands, shrublands, and forested lands.

**rangeland condition**: The present state of a rangeland relative to the potential of that rangeland, usually associated with the composition, abundance, and distribution of plant species relative to the potential natural community for that rangeland.

**Ranger District**: An administrative subdivision of the National Forest System, supervised by a District Ranger who reports to the Forest Supervisor.

**reasonable foreseeable development (RFD) scenario**: The prediction of the type and amount of oil and gas activity that would occur in a given area. The prediction is based on geologic factors, past history of drilling, projected demand for oil and gas, and industry interest.

**reclamation**: Returning disturbed land to a form and productivity that will be ecologically balanced and in conformity with a predetermined land management plan.

**Record of Decision (ROD)**: A concise public document disclosing the decision made following preparation of an environmental impact statement and the rationale used to reach that decision.

**Recreation and Public Purposes Act of 1926**: The Recreation and Public Purposes Act provided for the lease and sale of public lands determined valuable for public purposes. The objective of the act is to meet the needs of state and local government agencies and non-profit organizations by leasing or conveying public land required for recreation and public purpose uses. Examples of uses made of Recreation and Public Purposes Act lands are parks and greenbelts, sanitary landfills, schools, religious facilities, and camps for youth groups. The act provides substantial cost benefits for

BLM_0033716

land acquisition and provides for recreation facilities or historical monuments at no cost.

**recreation experiences**: Psychological outcomes realized either by recreation-tourism participants as a direct result of their on-site leisure engagements and recreation-tourism activity participation or by non-participating community residents as a result of their interaction with visitors and guests within their community and/or interaction with public land (Bureau of Land Management/U.S. Forest Service) and other public and private recreation-tourism providers and their actions.

**recreation management zones (RMZs)**: Sub-units within a Special Recreation Management Area managed for distinctly different recreation products. Recreation products are composed of recreation opportunities, the natural resource and community settings within which they occur, and the administrative and service environment created by all affecting recreation-tourism providers within which recreation participation occurs.

**recreation niche**: The place or position within the strategically targeted recreation-tourism market for each  Special Recreation Management Area that is most suitable (i.e., capable of producing certain specific kinds of recreation opportunities) and appropriate (i.e., most responsive to identified visitor or resident customers), given available supply and current demand, for the production of specific recreation opportunities and the sustainable maintenance of accompanying natural resource and/or community setting character.

**recreation opportunities**: Favorable circumstances enabling visitors' engagement in a leisure activity to realize immediate psychological experiences and attain more lasting, value-added beneficial outcomes.

**Recreation Opportunity Spectrum (ROS)**: The ROS offers a framework to establish the desired setting conditions of access, remoteness, naturalness, built environment, social encounters, visitor impacts, and management for all areas of the San Juan National Forest and Tres Rios Field Office. These conditions are shown on the Established ROS Settings Map.

- Projects and activities shall be consistent with the established ROS settings. Because this map shows broad desired setting conditions for the entire planning area, site-specific analysis is generally necessary to further refine desired setting conditions that may apply to site-specific projects.
- Pristine areas provide outstanding opportunity for solitude, natural quiet, and isolation; sights and sounds of development do not intrude on the experience. Lands are managed to protect and perpetuate their pristine conditions. Encounters with others are rare. All travel is cross-country. There is no lasting evidence of camping activity, social trails, or other human impacts. Indirect methods of accomplishing management objectives predominate.
- Primitive areas are an essentially unmodified natural environment. These areas offer a moderate degree of solitude and natural quiet, and are managed to allow natural ecological change to occur uninterrupted. Human influence on vegetation is minimal. There may be evidence of campsites. Campsites are dispersed; usually one will not hear or see visitors at adjacent campsites. Maintained trails exist and user-established trails are evident. Evidence of management is minor.
- Semi-primitive areas are managed to protect the natural environment and provide access to primitive or pristine areas. Encounters with other users may be frequent in some concentrated use areas. Constructed and maintained trails support access to popular destinations. Use is often heavily concentrated day use; however, overnight camping occurs. Management emphasizes sustaining and protecting natural conditions. Management actions to mitigate visitor use impacts may be noticeable. Human use and activities within the area may be evident.
- **Semi-primitive non-motorized** non-wilderness backcountry areas are characterized by a quiet, predominantly natural-appearing environment. Resource modification and utilization practices are not evident. Recreation opportunities are primarily those that provide opportunities for self-reliance and challenge. Concentrations of users are low. Common recreation activities include hiking, mountain biking, hunting, fishing, backpacking, and camping.

BLM_0033717

- **Semi-primitive motorized** landscapes are similar in naturalness to semi-primitive non-motorized landscapes with motorized travel. Travel is over designated trails or high-clearance, four-wheel drive roads. Roads are designed primarily for low speeds and with native surfacing. Road and trail density provide for a sense of remoteness and solitude. Common recreation activities include motorized trail riding, four-wheel driving, visiting cultural sites, hunting, fishing, and dispersed camping.
- **Roaded natural** lands are generally high use travel corridors with a high level of visitor services and associated development. Concentrations of users can be moderate to high. The areas often take on a mosaic of development and resource evidence from highly modified areas to pockets of unmodified lands. Conventional motorized use is provided for in construction standards such as road widths and surface hardening. Road development levels are native surfaced high-clearance to levels that will accommodate passenger vehicles. Off-highway vehicle travel is common on forest roads and trails. Road and trail densities are moderate to high and interaction with the other users is to be expected. Developed campgrounds, picnic areas, trailhead, and interpretive sites may be present within this setting. Constructed recreation facilities provide for resource protection, visitor information and comfort. Hunting, fishing, biking, hiking, and viewing scenery are common activities.
- **Rural** areas are substantially modified, although they may have natural-appearing elements. Facilities are almost always designed for a large number of people and roads are generally paved. Rural areas are characterized by substantially modified natural environment. The landscape is often dominated by human-caused geometric patterns; there is also a dominant sense of open, green-space. Development of facilities is for user comfort such as pavement on roads and trails, and convenience amenities within campgrounds. Common facilities within this setting would be visitor centers, developed campgrounds that provide electricity and showers, areas with multiple facility developments such as lodges, campgrounds, and recreation residences. Driving for pleasure, viewing scenery and cultural features, camping, and picnicking are common activities.

**recreation settings**: The collective, distinguishing attributes of landscapes that influence, and sometimes actually determine, what kinds of recreation opportunities are produced.

**recreation setting character conditions**: The distinguishing recreational qualities of any landscape, objectively defined along a continuum ranging from primitive to urban landscapes, expressed in terms of the nature of the component parts of its physical, social, and administrative attributes. These recreational qualities can be both classified and mapped. This classification and mapping process should be based on variation that either exists (i.e., setting descriptions) or is desired (i.e., setting prescriptions) among component parts of the various physical, social, and administrative attributes of any landscape. The Recreation Opportunity Spectrum is one of the existing tools for doing this.

**recreation-tourism market**: Recreation-tourism visitors, affected community residents, affecting local governments and private sector businesses, or other constituents and the communities or other places where these customers originate (local, regional, national, or identify primary recreation-tourism markets for each  Special Recreation Management Area).

**recreation visitor days**: One 12-hour period of recreation. It can be one person for 12 hours, two people for 6 hours, 12 people for 1 hour, etc.

**reference period**: The period of indigenous settlement from about 1500 to the late 1800s. It is a time when broad-scale climatic conditions were similar to those of today, but Euro-American settlers had not yet introduced the sweeping ecological changes (including timber harvest, livestock grazing, fire suppression, water diversions, dams, and roads) that have greatly altered many Rocky Mountain landscapes.

**recreational river**: Those rivers or sections of rivers that are readily accessible by road or railroad, that may have some development along their shorelines, and that may have undergone some impoundment or diversion in the past.

**remnant plant species**: A remnant or fragment of the vegetation of an area that remains from a former period when the vegetation was more widely distributed.

BLM_0033718

**resilient**: The capability to withstand or recover from disturbance or change.

**resource management plan (RMP)**: A Bureau of Land Management planning document, prepared in accordance with Section 202 of the Federal Land Policy and Management Act, that establishes, for a given area of land, land use allocations, coordination guidelines for multiple use, objectives, and actions to be achieved. It presents systematic guidelines for making resource management decisions for a planning area. An RMP is based on an analysis of an area's resources, existing management, and capability for alternative uses. RMPs are issue oriented and developed by an interdisciplinary team with public participation.

**restoration**: The process of assisting the recovery of an ecosystem that has been degraded, damaged, or destroyed. It is an intentional activity that initiates or accelerates the recovery of an ecosystem with respect to its health, integrity, and sustainability.

**rest rotation grazing:** A grazing management scheme in which rest periods for individual pastures, paddocks, or grazing units, generally for the full growing season, are incorporated in a grazing rotation

**restricted road**: A National Forest System road or segment that is restricted from a certain type of use or all uses during certain seasons of the year or yearlong. The use being restricted and the time period must be specified. The closure is legal when the Forest Supervisor has issued an order and posted that order in accordance with 36 CFR 261.

**revegetation**: The reestablishment and development of a plant cover. This may take place naturally through the reproductive processes of the existing flora, or artificially through the direct action of reforestation or reseeding.

**right-of-way (ROW)**: The public lands authorized to be used or occupied for specific purposes pursuant to a ROW grant, which are in the public interest and which require ROWs over, upon, under, or through such lands.

**riparian**: A type of ecological community that occurs adjacent to streams and rivers. It is characterized by certain types of vegetation, soils, hydrology, and fauna and requires free or unbound water or conditions more moist than that normally found in the area.

**riparian area**: A form of wetland transition between permanently saturated wetlands and upland areas. Riparian areas exhibit vegetation or physical characteristics that reflect the influence of permanent surface or subsurface water. Typical riparian areas include lands along, adjacent to, or contiguous with perennially and intermittently flowing rivers and streams, glacial potholes, and the shores of lakes and reservoirs with stable water levels. Excluded are ephemeral streams or washes that lack vegetation and depend on free water in the soil.

**road**: A motor vehicle route over 50 inches wide, unless identified and managed as a trail that has been improved and maintained by mechanical means to ensure relatively regular and continuous use. (A way maintained strictly by the passage of vehicles does not constitute a road.)

**roadless**: Refers to the absence of roads that have been constructed and maintained by mechanical means to ensure regular and continuous use.

**roadless area**: A National Forest System area that: 1) is larger than 5,000 acres, or if smaller than 5,000 acres, contiguous to a designated wilderness or primitive area; 2) contains no roads; and 3) has been inventoried for possible inclusion in the wilderness preservation system.

**Roadless Area Review and Evaluation (RARE II)**: Roadless areas inventoried in the second roadless area review and evaluation (36 CFR 219.17).

**rock art**: Petroglyphs (carvings) or pictographs (painting) used by native persons to depict their history and culture.

**rotation**: The number of years (including the regeneration period) required to establish and grow timber crops to a specified condition or maturity under even-aged management. Selected integrated

BLM_0033719

prescriptions in the land management plan provide the basis for the rotation age. This is used to calculate the contribution to long-term sustained-yield capacity for the Land and Resource Management Plan area from lands suitable for timber production.

**rotation age**: The period of years between when a forest stand (i.e., primarily even-aged) is established (i.e., regeneration) and when it receives its final harvest. This time period is an administrative decision based on economics, site condition, growth rates, and other factors.

**rotation grazing**: A component of grazing systems that require two or more pastures between which grazing animals are moved in sequence resulting in grazing periods being followed by non-grazing periods (Vallentine 1990).

**routes**: A combination of roads, trails, or ways that are used by motorized vehicles (including jeeps, all terrain vehicles, motorized dirt bikes, etc.), mechanized uses and mechanical transport (mountain bikes, wheelbarrows, game carts), pedestrians (hikers), and/or equestrians (horseback riders).

**satisfactory rangeland conditions**: Rangelands are considered to have satisfactory rangeland conditions if current conditions are meeting or moving toward the desired conditions identified in an allotment management plan or in a land health determination. Desired conditions in an allotment management plan or land health determination are developed using Bureau of Land Management Colorado Public Land Health Standards (Bureau of Land Management 1997) and/or the Rangeland Analysis and Management Training Guide (Rocky Mountain Region 1996), respectively.

**scenic byways**: Highway routes, which have roadsides or corridors of special aesthetic, cultural, or historic value. An essential part of the highway is its scenic corridor. The corridor may contain outstanding scenic vistas, unusual geologic features, or other natural elements.

- Scenic attractiveness is a measure of the landscape's scenic importance based on common human perceptions of the intrinsic scenic beauty of landforms, rock forms, water forms, vegetation patterns, and cultural features. There are three levels of inherent scenic attractiveness that classify the scenic quality of natural landscapes.

- **Class A - Distinctive**: areas where features of landform, vegetative patterns, water forms and rock formation are of unusual or outstanding scenic quality.

- **Class B - Common**: areas where features contain variety in form, line, color and texture or combinations thereof but tend to be common throughout the landscape province and are not outstanding scenic quality.

- **Class C - Undistinguished**: areas whose features have little change in form, line, color, or texture. Includes all areas not found under Classes A and B.

- Scenic sustainability is a measure of the degree to which the ecosystem is likely able to restore, maintain, or continue to exhibit the positive dominant attributes of the landscape character. It is a continuum that ranges from high to low. High scenic sustainability is a prediction that all positive dominant attributes of the landscape character are perpetuated (during the planning period), moderate is a prediction that there is some loss of attributes, and low is the loss of most or all attributes.

- Scenic integrity is a measure of the lack of noticeable human-caused disturbance in the area that detracts from the dominant, valued attributes of landscape character. The baseline from which to measure scenic integrity is dependent on a complete and accurate description of the important and dominant positive landscape character attributes that are viewed at the time of measurement. It can be used to describe scenery in the past, as it presently exists, and as predicted in the future. Scenic integrity is a continuum that ranges from very high to low. Landscapes with a high degree of scenic integrity have virtually no discordant elements and contain only positive human alterations. They are intact, unimpaired and appear to be in good visual condition. On the opposite end of the continuum, landscapes with low scenic integrity usually have negative human alterations and are in poor visual condition. They often contain discordant and contrasting features such as geometric shapes resulting from vegetative

BLM_0033720

treatment, structures that do not blend with their surroundings, or roads that create large cut and fill slopes across steep hillsides.

**Scenic Integrity Levels**:

- **Very High** – refers to landscapes where the valued landscape character "is" intact with only minute if any deviations. The existing landscape character and sense of place is expressed at the highest possible level.

- **High** – refers to landscapes where the valued landscape character "appears" intact. Deviations may be present but must repeat the form, line, color, texture, and pattern common to the landscape character so completely and at such scale that they are not evident.

- **Moderate** – refers to landscapes where the valued landscape character "appears slightly altered." Noticeable deviations must remain visually subordinate to the landscape character being viewed.

- **Low** – refers to landscape where the valued landscape character "appears moderately altered." Deviations begin to dominate the valued landscape character being viewed but they borrow valued attributes such as size, shape, edge effect and pattern of natural openings, vegetative type changes, or architectural styles outside the landscape being viewed. They should not only appear as valued character outside the landscape being viewed but compatible or complimentary to the character within.

- **Very Low** – refers to landscapes where the valued landscape character "appears heavily altered." Deviations may strongly dominate the valued landscape character. They may not borrow from valued attributes such as size, shape, edge effect and pattern of natural openings, vegetative type changes, or architectural styles within or outside the landscape being viewed. However deviations must be shaped and blended with the natural terrain (landforms) so that elements such as unnatural edges, roads, landings, and structures do not dominate the compositions.

**scenic river**: A river or section of a river that is free of impoundments and whose shorelines are largely undeveloped but accessible in places by roads.

**scoping**: The procedures by which the U.S. Forest Service and the Bureau of Land Management determine the extent of analysis necessary for a proposed action, i.e., the range of actions, alternatives, and impacts to be addressed, identification of significant issues related to a proposed action, and establishing the depth of environmental analysis, data, and task assignments needed.

**scrubland**: Areas dominated by woody shrubs. These areas include sagebrush, salt desert shrub, and mountain shrub vegetation types.

**season of use**: The time during which livestock are permitted on a given range area, i.e., grazing allotment, as specified in the grazing permit or lease. Synonymous with "grazing season."

**seasonal closure**: A temporary closure of an area or road for a part of the year.

**Section 404 permit**: A permit issued by the U.S. Army Corps of Engineers, as dictated in Section 404 of the Clean Water Act, that specifies that anyone wishing to place dredged or fill materials into the waters of the U.S. and adjacent jurisdictional wetlands shall apply to the U.S. Army Corps of Engineers for approval.

**secondary succession**: Results from changes in an area that previously had a vegetation community where disturbance (i.e., surface disturbance, insect pest or disease) reset the stage of the community to an earlier point in the succession process but did not reset it to the primary succession stage.

**sediment**: Material suspended in liquid or air. Any material carried in suspension by water, which will ultimately settle to the bottom. Sediment has two main sources: from the channel area itself and from disturbed sites.

BLM_0033721

**self-sustaining population**: A population of organisms that has appropriate characteristics, including the abundance and distribution of individuals of the population, to provide for its long-term persistence.

**semiarid**: Moderately dry; region or climate where moisture is normally greater than under arid conditions but still definitely limits the production of vegetation.

**sensitive species**: A plant or animal listed by a state or federal agency as being of environmental concern that includes, but is not limited to, threatened and endangered species.

**sensitivity level**: A particular degree or measure of viewer interest in the scenic qualities of the landscape.

**seral**: The stage of succession of a plant community that is transitional. If left alone, the seral stage will give way to another plant community that represents a further stage of succession.

**severe winter range**: Areas within the winter range where 90% of the individuals are located when annual snowpack is at its maximum and/or temperatures are at a minimum in the two worst winters out of ten.

**shrub**: A plant with persistent woody stems and relatively low growth form; usually produces several basal shoots as opposed to a single bole; differs from a tree by its low stature and non-arborescent form.

**significant**: As used in the National Environmental Policy Act, requires consideration of both context and intensity. Context means that the significance of an action must be analyzed in several contexts, such as society as a whole and the affected region, interests, and locality. Intensity refers to the severity of impacts (40 CFR 1508.27).

**significant effect**: A substantial, or potentially substantial, adverse change in any of the physical conditions within the area affected by the project, including land, water, minerals, flora, fauna, and objects of historic or aesthetic significance.

**silvicultural system**: A planned series of treatments for tending, harvesting, and re-establishing a stand. The system name is based on the number of age classes (coppice, even-aged, two-aged, uneven-aged) or the regeneration method (clearcutting, seed tree, shelterwood, selection, coppice) used.

**snag**: A standing dead tree.

**soil quality:** The capacity of a specific kind of soil to function within natural or managed ecosystem boundaries, sustain plant and animal productivity, maintain or enhance the quality of water and air, and support human health and habitation (Natural Resources Conservation Service 2001).

**soil productivity**: The inherent capacity of a soil to support the growth of specified plants or plant communities.

**Special Recreation Management Area (SRMA)**: A public lands unit identified in land use plans to direct recreation funding and personnel to fulfill commitments made to provide specific, structured recreation opportunities (i.e., activity, experience, and benefit opportunities). The Bureau of Land Management recognizes three distinct types of SRMAs: community-based, intensive, and undeveloped big open (H-1601-1, Bureau of Land Management Land Use Planning Handbook).

**special-status species**: Collectively, federally listed species, species proposed for federal listing, candidates for federal listing, Region 2 Regional Forester's sensitive species, and Colorado Bureau of Land Management State Director's sensitive species.

**Special Use Permit**: A permit issued under established laws and regulations to an individual, organization, or company for occupancy or use of National Forest System lands for some special purpose.

**species**: Any member of the currently accepted and scientifically defined plant or animal kingdoms of

BLM_0033722

organisms (U.S. Forest Service 2005). A unit of classification of plants and animals consisting of the largest and most inclusive array of sexually reproducing and cross-fertilizing individuals which share a common gene pool.

**species of concern**: Species for which the Responsible Official determines that management actions may be necessary to prevent listing under the Endangered Species Act.

**species of interest**: Species for which the Responsible Official determines that management actions may be necessary or desirable to achieve ecological or other multiple-use objectives.

**stand**: A vegetation community sufficiently uniform in composition, age, spatial arrangement, or condition to be distinguishable from an adjacent vegetation community.

**standard**: A particular action, level of performance, or threshold specified by the Forest Plan for resource protection or accomplishment of management objectives. Unlike "guidelines" which are optional, standards specified in the Forest Plan are mandatory.

**State Implementation Plan**: A detailed description of the programs a state will use to carry out its responsibilities under the Clean Air Act. State implementation plans are collections of the regulations used by a state to reduce air pollution.

**stocking**: The degree to which trees occupy the land, measured by basal area or the number of trees per given area.

**Stocking rate**: Acres of suitable rangeland required to support one animal unit month. In the western United States generally expressed as acres/animal unit month.

**structure**: The horizontal and vertical distribution of components in a vegetation community, including the height, diameter, crown layers, and stems of the plants, and the amount and arrangement of snags and down woody material.

**subalpine**: A terrestrial community that generally is found in harsher environments than the montane terrestrial community. Subalpine communities are generally colder than montane and support a unique clustering of wildlife species.

**succession**: The progressive replacement of plant communities on a site that leads to the potential natural community.

**suitability**: The appropriateness of a particular area of land for applying certain resource management practices, as determined by an analysis of the existing resource condition of that land. A unit of land may be suitable for a variety of management practices.

**suitable habitat**: Habitat that currently has the attributes needed for a given species.

**sustainability**: Obtaining yields and services from ecosystems without irreversibly affecting their resilience, natural resistance to change, or ability to meet the needs of future generations.

**summer range**: A range, usually at higher elevation, used by deer and elk during the summer; a summer range is usually much more extensive than a winter range.

**sustained yield**: Sustained yield of wood fiber that properly harvested and mitigated, would sustain the underlying ecosystem processes.

**take**: To harass, harm, pursue, hunt, shoot, kill, trap, capture, or collect a species listed under the Endangered Species Act, or to attempt to engage in any such conduct.

**taxonomic orders**: The sequence in listing of "taxa" which aids ease of use and roughly reflects the evolutionary relationships among the "taxa" (i.e., families, genera, species, etc.).

**temporary road or trail**: A road or trail necessary for emergency operations or authorized by contract, permit, lease, or other written authorization that is not a forest road or trail and that is not included in a forest transportation atlas.

BLM_0033723

**terrestrial ecosystem**: Ecosystems that occur in relatively dry, upland landscape positions.

**thermal cover**: Vegetation used by animals to modify the adverse effects of weather. A forest stand that is at least 40 feet in height with tree canopy cover of at least 705 provides thermal cover. These stand conditions are achieved in closed sapling-pole stands and by all older stands unless the canopy cover is reduced below 70%. deciduous stands may serve as thermal cover in summer, but not in winter.

**threatened species**: Any species likely to become endangered within the foreseeable future throughout all or a significant portion of its range and that has been designated in the *Federal Register* by the Secretary of the Interior as such (Forest Service Manual 2670.5).

**tiering**: The use of a previously written environmental document with a broad scope to cover discussion of issues common to both.

**timber harvest**: The removal of trees for wood fiber use and other multiple-use purposes.

**timber production**: The purposeful growing, tending, harvesting, and regeneration of regulated crops of trees to be cut into logs, bolts, or other round sections for industrial or consumer use (36 CFR 219.16).

**timber sale program quantity (TSPQ)**: The estimated output of timber from the planning area. The estimate is displayed as an average annual cubic foot output for a decade. It includes projected outputs from lands generally suitable for timber harvest. The projected timber outputs reflect past and projected budget levels and organizational capacity to achieve the desired conditions and objectives in the Land and Resource Management Plant (36 CFR 219.12 and Forest Service Manual 1921.12).

**total maximum daily load (TMDL)**: An estimate of the total quantity of pollutants (from all sources: point, non-point, and natural) that may be allowed into waters without exceeding applicable water quality criteria.

**total tree timber harvest:** A timber harvest method that removes the whole tree, including the tree top and all its branches.

**traditional cultural property**: A property that derives significance from traditional values associated with it by a social and/or cultural group such as an Indian tribe or local community. A traditional cultural property may qualify for the National Register of Historic Places if it meets the criteria and criteria exceptions at 36 CFR 60.4. See National Register Bulletin 38.

**trail**: A route 50 inches or less in width or a route over 50 inches wide that is identified and managed as a trail.

**tribe**: Term used to designate a federally recognized group of American Indians and their governing body. Tribes may be composed of more than one band.

**unauthorized road or trail**: A road or trail that is not a forest road or trail or a temporary road or trail and that is not included in a forest transportation atlas.

**understory**: Vegetation (trees or shrubs) growing under the canopy formed by taller trees.

**undertaking**: A term with legal definition and application i.e., "actions carried out by or on behalf of the agency; those carried out with Federal financial assistance; those requiring a Federal permit, license, or approval; and those subject to State or local regulation administered pursuant to a delegation or approval by a federal agency." (See National Historic Preservation Act, Section 106 and Section 301(7), Appendix 5; 36 CFR Part 800).

**undeveloped recreation-tourism market**: National, regional, and/or local recreation tourism visitors, communities, or other constituents who value public lands for the distinctive kinds of dispersed recreation produced by the vast size and largely open, undeveloped character of their recreation settings. Major investments and facilities are excluded within Special Recreation Management Areas where the strategy is to target demonstrated undeveloped recreation-tourism market demand. Here,

BLM_0033724

recreation management actions are geared toward meeting primary recreation-tourism market demand to sustain distinctive recreation setting characteristics; however, major investments in visitor services are authorized both to sustain those distinctive setting characteristics and to maintain visitor freedom to choose where to go and what to do—all in response to demonstrated demand for undeveloped recreation.

**upland**: The portion of the landscape above the valley floor or stream.

**uneven-aged management**: Actions resulting in the creation of stands in which trees of different ages grow together. Cutting is usually regulated by specifying the number or proportion of trees of particular size to retain within each cut area, thereby maintaining a planned distribution of size classes.

**ungulate**: A hoofed mammal such as a deer, elk, horse, sheep, or cow.

**valid existing rights**: Any lease established (and valid) prior to a new authorization, change in land designation, or in regulation.

**viable populations**: A wildlife population of sufficient size to maintain its existence over time in spite of normal fluctuations in population levels.

**visibility (air quality)**: A measurement of the ability to see and identify objects at different distances.

**visitor day**: Twelve visitor hours, which may be aggregated by one or more persons in single or multiple visits.

**visitor use**: Visitor use of a resource for inspiration, stimulation, solitude, relaxation, education, pleasure, or satisfaction.

**Visual Quality Objective (VQO)**: A system of indicating the potential expectations of the visual resource by considering the frequency an area is viewed and the type of landscape.

- **Maximum Modification:** A Visual Quality Objective meaning human activity may dominate the characteristic landscape but should appear as a natural occurrence when viewed as background.

- **Modification:** A Visual Quality Objective meaning human activity may dominate the characteristic landscape but must, at the same time, utilize naturally established form, line, color, and texture. It should appear as a natural occurrence when viewed in foreground or middle ground.

- **Partial Retention:** A Visual Quality Objective that, in general, means human activities may be evident but must remain subordinate to the characteristic landscape.

- **Preservation:** A Visual Quality Objective that provides for ecological change only.

- **Retention:** A Visual Quality Objective that, in general, means human activities are not evident to the casual forest visitor.

**visual resource**: The visible physical features of a landscape (topography, water, vegetation, animals, structures, and other features) that constitute the scenery of an area.

**Visual Resource Inventory (VRI) classes:** For Bureau of Land Management lands, scenic conditions and anticipated effects are measured using the VRI Class.

- VRI classes are assigned through the inventory process. These are generally assigned based on a combination of scenic quality, sensitivity level, and distance zones. Inventory classes are informational in nature and provide the basis for considering visual values in the resource management plan process. They do not establish management direction and should not be used as a basis for constraining or limiting surface disturbing activities.

**Visual Resource Management (VRM)**: The system by which Bureau of Land Management classifies and manages scenic values and visual quality of public lands. The system is based on research that

BLM_0033725

has produced ways of assessing aesthetic qualities of the landscape in objective terms. After inventory and evaluation, lands are given relative visual ratings (see definition for Visual Resource Management classes), which determine the amount of modification allowed for the basic elements of the landscape.

**Visual Resource Management (VRM) classes**: VRM classes define the degree of acceptable visual change within a characteristic landscape. A class is based on the physical and sociological characteristics of any given homogeneous area and serves as a management objective. Categories assigned to public lands based on scenic quality, sensitivity level, and distance zones. Each class has an objective, which prescribes the amount of change allowed in the characteristic landscape.

- **VRM Class I Objective**: To preserve the existing character of the landscape. The level of change to the characteristic landscape should be very low and must not attract attention.

- **VRM Class II Objective**: To retain the existing character of the landscape. The level of change to the characteristic landscape should be low.

- **VRM Class III Objective**: To partially retain the existing character of the landscape. The level of change to the characteristic landscape should be moderate.

- **VRM Class IV Objective**: To provide for management activities that requires major modification of the existing character of the landscape. The level of change to the characteristic landscape can be high.

**volatile organic compounds (VOCs)**: Volatile organic chemicals that produce vapors readily, at room temperature and normal atmospheric pressure. Volatile organic chemicals include gasoline, industrial chemicals such as benzene, solvents such as toluene and xylene, and tetrachloroethylene (perchloroethylene, the principal dry cleaning solvent).

**water quality**: The biological, physical, and chemical properties of water that make it suitable for specific uses.

**water use and disposal management plan**: a comprehensive document that addresses the anticipated sources, quality, quantity, delivery, handling, storage, and disposal of both water utilized and wastewater generated during the various phases of project activities associated with fluid and solid mineral development. For wastewater, the expected locations and methods of disposal, treatment, and/or reuse that will be utilized during the life of the project shall also be included. The water use and disposal management plan must provide adequate information for the agency to complete site-specific the National Environmental Policy Act analysis and to ensure compliance with all state and federal requirements prior to approval, and the operator is required to perform all project activities in conformance with this plan.

**watershed**: The entire land area that contributes water to a particular drainage system or stream.

**wetlands**: Those areas that are inundated or saturated by surface or groundwater at a frequency and duration sufficient to support, and that under normal circumstances, do support a prevalence of vegetation typically adapted for life in saturated soil conditions. Wetlands generally include swamps, marshes, bogs, etc.

**whirling disease**: This disease is caused by a myxosporean parasite that afflicts juvenile fish (fingerlings and fry) and causes skeletal deformities and neurological damage. Fish with this disease "whirl" forward in an awkward corkscrew-like pattern of swimming, find feeding difficult, and are more vulnerable to predators.

**Wild and Scenic Study River (WSR)**: Rivers identified in Section 5 of the Wild and Scenic Rivers Act for study as potential additions to the National Wild and Scenic Rivers System.

**wild river**: Those rivers or sections of rivers that are free of impoundments and generally inaccessible except by trail, with watersheds or shorelines essentially primitive and waters unpolluted. These represent vestiges of primitive America.

BLM_0033726

**Wild, Scenic, and/or Recreational**: The term used in this Manual Section for what is traditionally shortened to "Wild and Scenic" rivers. Designated river segments are classified, i.e., wild, scenic, and/or recreational, but cannot overlap (from M-8351, Bureau of Land Management Wild and Scenic Study Rivers Policy and Program).

**wilderness**: A congressionally designated area of undeveloped federal land retaining its primeval character and influence, without permanent improvements or human habitation, that is protected and managed to preserve its natural conditions and that: 1) generally appears to have been affected mainly by the forces of nature, with human imprints substantially unnoticeable; 2) has outstanding opportunities for solitude or a primitive and unconfined type of recreation; 3) has at least 5,000 acres or is large enough to make practical its preservation and use in an unimpaired condition; and 4) may also contain ecological, geological, or other features of scientific, educational, scenic, or historic value. The definition contained in Section 2(c) of the Wilderness Act of 1964 (78 Stat. 891).

**wilderness characteristics**: Wilderness characteristics include size, the appearance of naturalness, outstanding opportunities for solitude, or a primitive and unconfined type of recreation. They may also include ecological, geological, or other features of scientific, educational, scenic, or historical value. However Section 2(c) of the Wilderness Act of 1964 has been updated by Instruction Memorandum 2003-195, dated June 20, 2003. Indicators of an area's naturalness include the extent of landscape modifications, the presence of native vegetation communities, and the connectivity of habitats. Outstanding opportunities for solitude or primitive and unconfined types of recreation may be experienced when the sights, sounds, and evidence of other people are rare or infrequent, in locations where visitors can be isolated, alone or secluded from others, where the use of the area is through non-motorized, non-mechanical means, and where no or minimal developed recreation facilities are encountered.

**wilderness study area (WSA)**: A designation made through the land use planning process of a roadless area found to have wilderness characteristics as described in Section 2(c) of the Wilderness Act of 1964.

**wildfire**: Unplanned human or naturally caused fires in wildlands.

**wildland fire**: Any fire, regardless of ignition source, that is burning outside a prescribed fire and any fire burning on public lands or threatening public land resources, where no fire prescription standards have been prepared.

**wildland urban Interface (WUI)**: The area adjacent to an at-risk community that is identified in the community wildfire protection plan, or if there is no community wildfire protection plan in place, the area 0.5 mile from the boundary.

**winter concentration area**: That part of the winter range of a species where densities are at least 200% greater than the surrounding winter range density during the same period used to define winter range in the average five winters out of 10. (winter range is defined as that part of the overall range of a species where 90% of the individuals are located during the average five winters out of 10 from the first heavy snowfall to spring green-up, or during a site specific period of winter as defined for each data analysis unit).

**winter range**: A range, usually at lower elevation, used by migratory deer and elk during the winter months; usually better defined and smaller than summer ranges.

**woody debris recruitment**: The actions that cause trees, braches, sticks, and other wood to fall into streams and rivers and influence the flow and shape of the stream channels and subsequent aquatic habitat

**Zoophankton:** Minute primary animal consumers that feed directly on phytoplankton (minute living plants) in a body of water.

BLM_0033727

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

## 5.4 Keyword Index

Abert's squirrel, 93, 96, 127, 128, 179, 180, 181, 192, 223, 224

access, i, iv, ix, xvi, xxi, xxii, 13, 4, 10, 14, 15, 38, 40, 41, 45, 72, 73, 74, 76, 77, 109, 126, 129, 134, 135, 138, 139, 140, 141, 142, 150, 152, 153, 159, 164, 166, 168, 170, 171, 177, 184, 186, 189, 191, 192, 195, 201, 205, 217, 231, 232, 282, 283, 302, 303, 305, 314, 315, 332, 352, 353, 396, 397, 398, 399, 400, 402, 403, 404, 405, 406, 407, 408, 409, 410, 411, 412, 413, 414, 415, 417, 418, 420, 422, 423, 424, 425, 426, 428, 430, 431, 432, 433, 434, 436, 437, 438, 439, 440, 441, 446, 447, 448, 451, 455, 457, 461, 470, 474, 476, 484, 492, 493, 495, 500, 501, 502, 503, 504, 505, 506, 507, 508, 511, 517, 523, 524, 525, 526, 530, 531, 533, 535, 536, 538, 540, 541, 543, 545, 546, 548, 550, 551, 553, 557, 558, 572, 574, 582, 583, 586, 596, 604, 611, 612, 620, 622, 623, 664, 665, 704, 709, 718, 726, 734, 741, 750, 758

adaptive management, 84, 127, 132, 169, 178, 193, 735

air pollution, 15, 245, 364, 379, 391, 392, 395, 555, 735, 739, 755, 764

air quality, v, ix, xv, xvi, xxi, xxii, 15, 3, 38, 244, 246, 257, 346, 356, 357, 358, 359, 360, 361, 362, 363, 364, 365, 366, 367, 369, 370, 371, 372, 373, 374, 375, 376, 377, 378, 380, 382, 383, 384, 385, 386, 387, 388, 391, 392, 393, 394, 555, 556, 687, 693, 698, 706, 715, 724, 725, 735, 739, 755, 766

allowable sale quantity, 6, 321

alpine, v, vii, xiii, 1, 2, 13, 34, 52, 54, 55, 57, 64, 65, 72, 76, 79, 87, 88, 89, 95, 97, 98, 99, 112, 113, 116, 118, 121, 122, 124, 125, 145, 164, 167, 168, 191, 201, 216, 220, 283, 341, 342, 425, 433, 436, 452, 478, 581, 602, 608, 610, 614, 615, 700, 710, 743

alternative energy, xii, xvi, xxi, xxiii, 44, 578, 579, 582, 583

amphibian, vii, 34, 89, 90, 91, 92, 93, 94, 95, 96, 97, 120, 122, 134, 135, 145, 171, 173, 194, 202, 203, 220, 237, 239, 710

annual operating plan, 249

application for permit to drill, 10, 301, 463, 492, 510, 559, 701

aquatic ecosystems, vii, xxi, xxii, 36, 37, 105, 132, 237, 238, 240, 242, 244, 246, 247, 248, 250, 252, 253, 255, 256, 257, 259, 260, 261, 262, 268, 273, 278, 279, 286, 315, 361, 714, 723, 736

aquatic resource, 238, 246, 250, 255, 263, 270, 278, 290, 418, 732

Areas of Critical Environmental Concern, xiv

aspen, iii, vi, xxiv, 2, 34, 52, 53, 55, 58, 59, 60, 67, 68, 69, 90, 95, 98, 112, 121, 127, 129, 130, 131, 139, 189, 190, 191, 204, 207, 221, 227, 300, 303, 318, 319, 320, 321, 323, 324, 325, 326, 328, 333, 334, 335, 341, 342, 343, 353, 445, 446, 450, 475, 567, 591, 614, 615, 679, 682, 708, 712, 718, 754

assessment, ii, 7, 10, 36, 40, 84, 86, 87, 88, 95, 96, 104, 114, 127, 131, 178, 185, 189, 223, 224, 225, 240, 242, 246, 268, 282, 294, 312, 316, 341, 363, 380, 382, 405, 473, 474, 477, 482, 489, 490, 492, 512, 514, 515, 517, 562, 566, 570, 571, 579, 619, 655, 656, 672, 673, 677, 701, 702, 705, 707, 708, 709, 711, 712, 716, 719, 720, 721, 723, 729, 730, 736, 737, 756

availability decision, iii, iv, v, 1, 2, 8, 10, 12, 14, 1, 25, 26, 38, 474, 510, 527

bats, 92, 93, 96, 103, 105, 106, 122, 137, 147, 173, 188, 197, 207, 222

big game, 87, 88, 91, 92, 93, 94, 103, 105, 106, 108, 109, 110, 122, 123, 147, 148, 149, 150, 151, 152, 153, 154, 155, 166, 176, 178, 185, 186, 187, 194, 195, 207, 208, 209, 211, 222, 226, 248, 249, 250, 283, 297, 304, 306, 307, 353, 410, 411, 556, 621, 737

BLM_0033728

bighorn sheep, xv, 89, 91, 96, 105, 108, 122, 123, 124, 173, 175, 176, 197, 207, 208, 222, 304, 591, 707, 710, 737

biodiversity, 7, 10, 22, 46, 84, 88, 95, 103, 110, 118, 154, 169, 177, 616, 618, 683, 716, 720, 743, 756

biological assessment, 16, 155, 156, 157, 160, 161, 162, 164, 165, 166, 211, 212, 213, 214, 215, 216, 217, 220, 221, 250, 254, 266, 724, 725, 737

biological control, 312, 314, 315

biological diversity, 82, 109, 125, 132, 613, 618, 653, 705, 709, 715, 737, 756

biomass, 44, 47, 148, 319, 361, 378, 579, 580, 581, 582, 583, 643, 644, 724, 739

birds, vii, 16, 35, 84, 90, 91, 93, 95, 96, 98, 99, 100, 101, 103, 104, 112, 117, 120, 126, 129, 136, 137, 138, 139, 141, 143, 145, 146, 172, 188, 189, 190, 196, 204, 205, 207, 220, 245, 338, 699, 703, 705, 720, 724, 727, 739

BMP, 313, 724

boreal toad, 94, 95, 96, 97, 122, 135, 173, 203, 239, 699, 707

built environment, 444, 455, 734, 758

bunchgrass, 60, 61, 63, 78, 305

candidate species, 53, 56, 113, 156, 241, 738

canopy, 60, 61, 62, 63, 65, 66, 67, 69, 73, 120, 128, 137, 140, 149, 161, 174, 183, 206, 221, 235, 284, 294, 303, 341, 347, 350, 351, 354, 738, 743, 744, 745, 749, 765

canopy cover, 60, 61, 63, 65, 69, 137, 149, 174, 221, 347, 738, 744, 765

capability, xii, 4, 11, 34, 83, 85, 86, 87, 88, 93, 100, 102, 103, 104, 108, 109, 110, 119, 125, 126, 131, 133, 142, 143, 146, 147, 148, 149, 150, 151, 152, 153, 158, 159, 160, 162, 163, 164, 165, 168, 169, 174, 176, 177, 178, 180, 182, 184, 185, 186, 187, 188, 192,193, 194, 195, 198, 199, 201, 202, 205, 207, 208, 209, 210, 212, 214,

219, 222, 225, 226, 269, 304, 319, 320, 348, 488, 584, 587, 588, 594, 738, 741, 759

carbon dioxide, xi, 232

cattle, xx, 12, 13, 78, 79, 80, 180, 183, 187, 191, 234, 275, 276, 283, 284, 294, 296, 298, 299, 301, 302, 303, 305, 306, 404, 481, 482, 486, 620, 622, 623, 635, 641, 643, 699, 748

caves, 89, 105, 106, 120, 122, 420, 488, 739

class I area, 363, 378, 380, 381, 387, 388, 389

Clean Air Act, ix, 15, 357, 371, 372, 375, 384, 386, 735, 739, 764

climate change, xv, 54, 84, 118, 125, 167, 236, 286, 333, 338, 382, 390, 653, 709, 711, 716, 730

Colorado Ditch Bill, 500

communication site, xi, 41, 484, 496, 499, 500, 505, 506

communities, iv, vii, ix, xiv, 1, 2, 11, 13, 2, 4, 9, 38, 44, 58, 63, 68, 69, 95, 107, 130, 132, 152, 217, 219, 237, 315, 338, 340, 345, 347, 348, 353, 354, 422, 423, 425, 426, 427, 441, 445, 468, 469, 503, 571, 573, 580, 582, 583, 608, 624, 631, 633, 643, 650, 656, 659, 660, 661, 665, 681, 687, 719, 720, 722, 736, 737, 739, 741, 742, 745, 752, 756, 759, 764, 766

Compressor Lighting, 456

condition class, 340, 341, 342, 348, 356, 710, 743, 744

conservation education, 428, 429

cool-moist, vi, 34, 52, 53, 55, 58, 59, 66, 68, 69, 90, 112, 127, 129, 130, 139, 156, 157, 158, 170, 181, 182, 183, 184, 186, 190, 192, 204, 207, 213, 221, 224, 225, 284, 285, 296, 318, 335, 614, 615

coppice, 69, 321, 323, 328, 743, 763

cover type, 224, 335, 338, 347, 591, 691, 744, 753

BLM_0033729

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

critically imperiled species, 83

cultural resource, x, xxi, xxii, 14, 16, 40, 346, 413, 460, 461, 462, 463, 464, 465, 471, 472, 473, 474, 475, 476, 477, 478, 479, 480, 481, 482, 483, 484, 485, 486, 487, 504, 615, 618, 694, 698, 700, 701, 702, 705, 708, 713, 719, 724, 730, 731, 732, 740

cultural resources, x, xxi, xxii, 14, 16, 40, 346, 413, 460, 461, 462, 463, 464, 465, 471, 472, 473, 474, 475, 476, 477, 478, 479, 480, 481, 482, 483, 484, 485, 486, 487, 504, 615, 618, 701, 702, 705, 708, 713, 719, 724, 731, 732

decommissioning, 36, 262, 282, 283, 399, 401, 402, 405, 412, 414, 416

demographics, xiv, xxiii, 421, 426, 624, 655

design criteria, 67, 70, 71, 74, 77, 80, 133, 136, 137, 219, 723

desired condition, v, viii, xiv, 3, 7, 9, 14, 6, 11, 12, 26, 31, 53, 57, 79, 82, 84, 127, 132, 133, 134, 139, 141, 143, 160, 169, 176, 178, 179, 181, 184, 185, 188, 189, 202, 204, 211, 220, 230, 234, 237, 285, 297, 300, 305, 306, 307, 316, 329, 331, 339, 347, 348, 444, 598, 605, 613, 615, 618, 665, 736, 737, 746, 747, 748, 753, 761, 765

developed recreation, 5, 14, 30, 31, 32, 34, 80, 132, 181, 182, 403, 429, 436, 438, 558, 741, 768

development, ii, iv, v, vi, vii, ix, x, xi, xii, xiv, xv, xvi, 3, 4, 6, 10, 12, 13, 14, 15, 17, 1, 2, 3, 4, 5, 6, 8, 10, 14, 18, 25, 26, 27, 29, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 49, 50, 51, 52, 53, 57, 58, 59, 60, 61, 62, 65, 68, 69, 71, 72, 73, 74, 75, 76, 77, 78, 82, 83, 84, 86, 87, 91, 92, 100, 102, 104, 107, 108, 109, 111, 118, 128, 130, 131, 132, 133, 135, 137, 139, 141, 142, 143, 144, 145, 146, 149, 150, 152, 153, 154, 157, 159, 160, 161, 162, 163, 165, 166, 167, 168, 169, 174, 179, 182, 184, 185, 187, 189, 191, 192, 193, 194, 195, 196, 197, 198, 199, 200, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 212, 213, 214, 215, 216, 217, 218, 219, 220, 221, 222, 223, 224, 226, 227, 228, 230, 232, 233, 236, 240, 242, 243, 244, 246, 247, 248, 251, 252, 253, 254, 257, 258, 259, 260, 263, 264, 265, 266, 268, 269, 273, 274, 279, 280, 281, 283, 285, 286, 287, 289, 290, 291, 292, 297, 301, 312, 313, 314, 330, 331, 332, 337, 340, 345, 356, 357, 359, 366, 367, 369, 370, 371, 372, 373, 374, 376, 377, 378, 379, 381, 382, 383, 386, 387, 388, 389, 390, 391, 392, 398, 406, 407, 408, 412, 413, 414, 415, 416, 417, 418, 419, 420, 423, 424, 425, 426, 427, 429, 434, 435, 437, 438, 440, 441, 442, 446, 447, 448, 449, 450, 451, 452, 453, 454, 455, 457, 458, 459, 460, 465, 471, 474, 475, 476, 477, 478, 483, 485, 486, 487, 490, 492, 493, 495, 497, 498, 501, 502, 503, 504, 505, 508, 509, 510, 511, 512, 513, 514, 515, 516, 517, 518, 519, 520, 521, 522, 527, 528, 529, 530, 535, 540, 545, 550, 555, 556, 557, 558, 559, 560, 561, 562, 564, 565, 566, 567, 568, 569, 570, 571, 572, 573, 574, 575, 576, 577, 578, 579, 580, 581, 582, 583, 585, 590, 591, 592, 595, 596, 597, 598, 600, 601, 603, 604, 605, 606, 607, 608, 609, 610, 612, 613, 617, 618, 621, 622, 623, 624, 625, 632, 633, 638, 640, 643, 645, 646, 648, 650, 653, 660, 664, 666, 670, 672, 673, 674, 675, 676, 677, 678, 679, 681, 683, 686, 687, 691, 693, 711, 729, 734, 735, 736, 739, 740, 741, 744, 747, 748, 750, 751, 752, 753, 755, 756, 757, 758, 759, 760, 767

directional drilling, 27, 198, 519, 520, 555

dispersion modeling, ix, 357, 367

drought, viii, 53, 54, 58, 59, 60, 93, 104, 110, 119, 148, 158, 171, 183, 228, 230, 234, 236, 242, 243, 245, 247, 255, 261, 268, 279, 297, 306, 307, 313, 314, 318, 324, 331, 333, 334, 335, 338, 347, 350, 355, 746, 754

ecological disturbance, 339

ecological restoration, 11

ecosystem function, iv, 13, 139, 191, 330, 339, 653

ecosystems, iv, vi, vii, viii, ix, xiv, xv, xvi, xxi, xxii, 2, 11, 13, 4, 7, 13, 34, 36, 37, 48, 50, 52, 53, 54, 55, 57, 58, 64, 65, 66, 68, 70, 71, 72, 75, 76, 78, 80, 81, 82, 84, 87, 88, 91, 92, 93, 99, 101, 102, 103, 105, 109, 118, 132, 134, 135, 137, 139, 142, 178,

722

BLM_0033730

191, 204, 228, 229, 230, 231, 232, 233, 234, 235, 236, 237, 238, 246, 250, 257, 263, 266, 275, 276, 278, 280, 283, 284, 300, 308, 315, 316, 318, 329, 334, 336, 338, 339, 341, 342, 344, 346, 353, 355, 361, 391, 444, 446, 506, 589, 613, 615, 616, 618, 621, 622, 653, 699, 713, 718, 719, 720, 735, 737, 740, 741, 742, 743, 746, 752, 753, 757, 760, 761, 763, 764, 765

edge, 91, 93, 110, 114, 115, 118, 121, 122, 140, 183, 206, 217, 219, 258, 380, 443, 445, 481, 570, 742, 744, 762

education, xiv, 37, 40, 46, 312, 313, 315, 426, 428, 471, 472, 473, 478, 485, 488, 491, 609, 613, 616, 632, 766

elk, 17, 20, 88, 89, 90, 91, 92, 93, 94, 96, 105, 108, 109, 110, 111, 127, 128, 130, 150, 151, 154, 178, 179, 185, 186, 187, 188, 192, 193, 194, 197, 207, 208, 210, 223, 225, 226, 296, 368, 381, 389, 467, 575, 604, 620, 700, 705, 713, 714, 718, 723, 730, 737,742, 764, 766, 769

elk security areas, 742

Endangered Species Act, vii, 15, 83, 705, 737, 738, 742, 764

Environmental Impact Statement, i, v, xi, xv, xvi, xvii, xx, xxiv, 1, 2, 3, 5, 7, 10, 12, 14, 3, 4, 5, 6, 7, 28, 308, 369, 370, 392, 465, 502, 504, 508, 518, 530, 584, 623, 624, 625, 640, 644, 682, 684, 685, 686, 687, 688, 698, 700, 701, 702, 703, 704, 715, 720, 725, 726, 735, 742, 756

erosion, 36, 40, 57, 63, 65, 67, 70, 74, 77, 79, 81, 229, 231, 233, 234, 235, 243, 246, 248, 249, 250, 255, 256, 259, 260, 261, 262, 268, 269, 272, 274, 275, 282, 283, 289, 290, 291, 292, 314, 402, 412, 418, 419, 427, 471, 473, 474, 476, 477, 478, 479, 480, 482, 483, 485, 486, 492, 493, 494, 495, 496, 616, 619, 621, 714, 738, 740, 743, 747, 752, 756

erosive, 31, 32, 42, 43, 244, 246, 256, 261, 275, 529, 540, 545

even-aged silviculture, 321, 324, 328

exotic species, 78, 86, 110, 118

exploration, xii, 27, 74, 77, 166, 198, 201, 252, 260, 274, 289, 290, 369, 406, 408, 412, 413, 453, 470, 475, 476, 483, 492, 493, 497, 510, 512, 513, 516, 517, 519, 522, 561, 564, 566, 567, 568, 569, 572, 573, 575, 576, 577, 578, 588, 596, 610, 622, 645, 694, 735, 748, 750

Federal Land Policy and Management Act, i, 2, 83, 269, 397, 442, 461, 488, 499, 509, 562, 585, 743, 747, 748, 759

fens, 2, 57, 77, 80, 81, 202, 203, 204, 228, 230, 233, 256, 290, 602, 614, 615, 743

fire exclusion, 55, 58, 59, 86, 339, 341

fire frequency, 55, 59, 62, 63, 64, 88, 91, 101, 142, 158, 171, 183, 313, 340, 341

fire interval, 58, 62, 342, 343

fire management, 52, 65, 66, 67, 82, 130, 131, 181, 234, 235, 300, 307, 337, 339, 345, 346, 347, 352, 462, 594, 615, 616, 622, 690, 719, 722, 723, 730

fire regime, 58, 59, 60, 61, 62, 63, 64, 102, 158, 170, 171, 183, 235, 339, 340, 341, 342, 343, 347, 348, 353, 355, 356, 710, 719, 721, 722, 743, 744

fire risk, 345, 352, 355, 356, 361, 378

fire suppression, 38, 41, 60, 61, 66, 91, 92, 102, 179, 180, 235, 305, 306, 318, 338, 340, 343, 351, 446, 450, 492, 744, 759

fisheries, viii, 36, 37, 136, 138, 145, 147, 189, 237, 238, 244, 246, 247, 248, 249, 250, 252, 254, 255, 257, 259, 260, 261, 262, 263, 264, 278, 304, 307, 413, 577, 582, 689, 691, 694

fisheries management, 304, 577, 582

flaring, 394, 456

fluid minerals, xi, xxi, xxiii, 35, 42, 133, 134, 135, 138, 139, 140, 144, 145, 147, 150, 153, 166, 174, 179, 181, 188, 189, 191, 192, 193, 198, 212, 226, 232, 252, 268, 280, 281, 287, 451, 455, 463, 508, 622, 702, 724, 744

BLM_0033731

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

fossils, x, 487, 488, 489, 492, 493, 495, 496, 497, 498

fragmentation, iv, 13, 70, 73, 85, 93, 108, 117, 134, 150, 152, 153, 155, 168, 169, 192, 194, 200, 202, 207, 210, 211, 217, 222, 226, 717, 721, 744

fuels management, ix, xxi, xxii, 34, 38, 41, 54, 131, 136, 138, 166, 179, 180, 183, 185, 186, 190, 300, 306, 338, 340, 347, 439, 440, 450, 480, 481, 486, 492, 493, 494, 559, 583, 594, 689, 692

fuelwood, 47, 131, 319, 326, 329, 332, 644

funding, 38, 83, 244, 274, 314, 319, 348, 397, 404, 405, 407, 413, 429, 486, 609, 635, 645, 669, 671, 763

geographic area, viii, 44, 99, 316, 366, 422, 423, 424, 425, 426, 447, 466, 576, 624, 680, 686, 736, 747, 748, 755, 756

goals, ii, v, 3, 6, 7, 9, 7, 8, 11, 14, 26, 36, 85, 88, 114, 119, 150, 153, 175, 177, 282, 299, 319, 326, 336, 345, 346, 438, 471, 502, 511, 608, 609, 610, 612, 736, 738, 749

grassland, 2, 15, 52, 55, 56, 57, 63, 64, 72, 78, 79, 87, 89, 91, 94, 95, 97, 99, 106, 121, 183, 187, 203, 204, 207, 209, 221, 283, 339, 341, 342, 343, 353, 617, 688, 691, 696, 745, 751, 757

grazing, vii, xvi, 11, 15, 6, 8, 12, 13, 36, 37, 46, 55, 60, 61, 65, 78, 79, 80, 82, 119, 124, 134, 144, 146, 148, 159, 161, 162, 164, 174, 175, 176, 180, 183, 187, 191, 229, 230, 233, 234, 237, 244, 246, 248, 249, 250, 268, 275, 276, 283, 284, 286, 293, 294, 295, 296, 297, 298, 299, 300, 301, 302, 303, 304, 305, 306, 307, 339, 342, 343, 353, 354, 423, 425, 481, 482, 559, 592, 593, 605, 614, 616, 620, 621, 622, 623, 636, 639, 641, 642, 644, 646, 653, 654, 666, 668, 699, 733, 735, 736, 737, 740, 744, 745, 748, 754, 755, 757, 759, 760, 761, 762

greenhouse gas, 382, 383, 390, 391, 392, 556, 709, 712

ground-disturbing activity, 135, 145, 149, 174

groundwater, 244, 246, 247, 254, 264, 266, 268, 273, 280, 281, 285, 287, 288, 289, 292, 580, 693, 756, 768

Gunnison sage-grouse, 30, 31, 86, 88, 93, 100, 110, 112, 113, 117, 120, 154, 155, 165, 166, 167, 169, 196, 210, 211, 216, 217, 218, 219, 410, 411, 453, 528, 728

gypsum, xiv, 22, 57, 67, 71, 74, 75, 77, 80, 81, 151, 252, 275, 291, 409, 453, 558, 563, 569, 617

habitat trend, 129, 130, 162, 179, 181, 182, 184, 188, 192, 193, 223, 224, 226, 227

hanging gardens, 57, 77, 80, 81, 228

HD Mountains, 14, 5, 6, 20, 44, 519, 587, 591, 596, 680, 682, 712

heritage, x, xiv, xxi, xxii, 4, 22, 24, 40, 48, 245, 424, 426, 427, 429, 445, 460, 461, 462, 463, 464, 465, 471, 472, 473, 474, 475, 476, 477, 478, 479, 480, 481, 482, 483, 484, 485, 486, 487, 504, 507, 558, 599, 609, 615, 617, 618, 685, 686, 690, 694, 698, 701, 706, 717, 724, 752, 755

heritage resource, 487, 507

highlight species, 99

horizontal drilling, 3, 519

hydrological resources, 1

hydrophytic plant, 229, 746

ID Team, 691

income, 424, 426, 486, 626, 628, 629, 630, 632, 634, 635, 636, 637, 638, 639, 641, 643, 647, 648, 649, 650, 651, 652, 653, 655, 656, 659, 660, 671

industries, 15, 315, 422, 562, 568, 624, 626, 634, 635, 646, 647, 649

insects and disease, 54, 60, 88, 94, 102, 179, 181, 185, 189, 318, 323, 330, 334, 335, 337, 355, 738

interpretation, xiii, 40, 428, 471, 472, 473, 485, 608, 609, 744

BLM_0033732

interpretive, 404, 428, 438, 485, 609, 612, 758

invasive, viii, xv, xxi, xxii, 37, 64, 65, 66, 67, 71, 73, 77, 79, 80, 87, 104, 110, 138, 145, 147, 148, 175, 189, 194, 202, 229, 230, 231, 232, 233, 234, 235, 240, 242, 294, 297, 301, 307, 308, 311, 312, 313, 314, 315, 355, 451, 557, 616, 622, 746, 753

invasive species, viii, xvi, 37, 202, 229, 230, 233, 294, 301, 307, 308, 311, 312, 313, 314, 315, 355, 557, 746, 753

invertebrate, 98, 145, 204, 488, 490, 491, 738

jurisdictional wetland, 747, 762

lakes, 1, 9, 103, 122, 237, 241, 256, 257, 270, 271, 291, 313, 361, 379, 388, 389, 391, 423, 714, 738, 746, 749, 760

land exchange, 41, 500, 501, 504, 747

land ownership, viii, xvii, 89, 105, 108, 117, 149, 168, 169, 185, 187, 192, 293, 356, 500, 505, 506, 507

land use, i, ii, i, ii, v, vi, xi, xii, 2, 3, 7, 8, 9, 10, 11, 14, 17, 4, 6, 8, 27, 28, 39, 41, 48, 88, 106, 219, 299, 339, 347, 398, 417, 420, 425, 439, 443, 499, 500, 501, 502, 505, 506, 507, 508, 563, 579, 585, 597, 598, 621, 653, 736, 743, 747, 749, 755, 759, 763, 768

lands managed for wilderness characteristics, 21, 593, 594, 595, 596

lands with wilderness characteristics, xvii, 7, 20, 505, 575, 592, 749

landscapes, viii, x, 14, 2, 9, 40, 64, 70, 73, 86, 87, 97, 102, 103, 109, 111, 119, 171, 229, 294, 334, 341, 407, 426, 437, 438, 442, 443, 444, 445, 446, 447, 448, 449, 454, 456, 470, 471, 472, 473, 474, 608, 609, 633, 680, 681, 712, 758, 759, 761, 762

LCAS, 114, 119, 156, 157, 158, 170, 211, 213, 417

leasing analysis, xi, 12, 50, 508, 511, 512, 527

leasing decision, 26, 28, 49, 51, 302, 369, 509, 511, 521, 528, 529, 569

lek, 117, 166, 196, 748

lifestyle, vii, x, 293, 424, 426, 442, 470, 572, 632

livestock, vii, ix, xxi, xxii, 8, 3, 4, 5, 6, 10, 13, 34, 35, 36, 37, 47, 48, 52, 55, 57, 60, 61, 62, 63, 64, 65, 78, 79, 80, 82, 86, 91, 92, 100, 102, 104, 109, 111, 118, 119, 124, 128, 130, 131, 134, 135, 138, 141, 143, 144, 145, 146, 147, 148, 150, 154, 157, 159, 160, 161, 162, 164, 166, 170, 174, 175, 176, 179, 180, 181, 183, 185, 187, 188, 189, 191, 227, 229, 230, 231, 233, 234, 236, 240, 243, 248, 249, 250, 273, 275, 276, 280, 283, 284, 286, 292, 293, 294, 295, 296, 297, 298, 299, 300, 301, 302, 303, 304, 305, 306, 307, 308, 314, 319, 345, 347, 348, 353, 354, 397, 408, 419, 451, 473, 481, 482, 485, 559, 581, 592, 593, 598, 605, 615, 616, 618, 619, 620, 621, 641, 644, 653, 677, 700, 703, 709, 722, 735, 736, 738, 744, 748, 754, 755, 757, 759, 762

   grazing, 13

   sheep, 13

livestock forage, 8, 109, 296, 304

livestock grazing, vii, 8, 3, 4, 5, 6, 10, 13, 34, 36, 37, 47, 48, 52, 55, 57, 60, 61, 62, 63, 64, 65, 78, 79, 80, 82, 86, 91, 92, 100, 102, 104, 110, 111, 118, 119, 124, 128, 130, 131, 134, 135, 138, 141, 143, 144, 145, 146, 147, 148, 154, 157, 159, 160, 161, 162, 164, 166, 170, 174, 175, 176, 179, 180, 181, 183, 185, 187, 188, 189, 191, 227, 230, 233, 234, 236, 240, 243, 248, 249, 250, 273, 275, 276, 283, 284, 292, 293, 294, 295, 296, 298, 299, 300, 301, 302, 303, 304, 305, 306, 319, 353, 354, 408, 419, 481, 482, 485, 559, 592, 593, 598, 605, 615, 618, 620, 621, 644, 700, 709, 722, 735, 744, 755, 759

livestock management, viii, 135, 144, 146, 159, 161, 162, 183, 187, 293, 294, 296, 297, 299, 300, 301, 304, 305, 306, 307, 559, 605

Lynx Conservation Assessment and Strategy (LCAS), 113, 114, 119, 156, 157, 158, 170, 211, 213, 417, 719

BLM_0033733

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

lynx, Canada (see threatened and endangered), 219

mammal, 35, 90, 91, 92, 93, 94, 105, 106, 108, 129, 147, 148, 149, 150, 171, 207, 217, 490, 766

management action, ii, ix, 3, 7, 9, 35, 44, 48, 54, 88, 97, 100, 102, 103, 106, 115, 120, 127, 131, 133, 137, 147, 151, 158, 164, 166, 167, 168, 171, 175, 178, 183, 188, 191, 216, 220, 223, 241, 313, 341, 357, 429, 575, 576, 577, 739, 741, 743, 750, 764, 766

management area, vi, xi, xvi, xx, xxi, xxiii, 5, 14, 3, 8, 9, 15, 16, 19, 23, 24, 25, 41, 399, 407, 465, 486, 505, 559, 592, 618, 620, 700, 739, 741, 743, 745, 749, 757, 759, 763, 766

management challenges, 85, 97, 141, 168, 192, 211, 315

management indicator species, xv, 53, 126, 127, 177, 192, 223, 242, 243, 248, 249, 252, 258, 260, 261, 263, 267, 296, 749

Management Indicator Species (MIS), 53, 126, 127, 128, 129, 130, 131, 177, 178, 179, 181, 185, 188, 192, 193, 223, 226, 227, 228, 242, 257, 263, 296, 749

mast, 91, 129

mastication, 68, 69, 70, 71, 179, 180, 186, 331, 348, 349, 749, 750

mechanical fuels treatment, 57, 65, 68, 69, 70, 71, 82, 103, 143, 146, 153, 163, 167, 183, 230, 231, 232, 236, 260, 300, 351, 355, 750

Mexican Spotted Owl (MSO), 728

migratory, vii, 16, 35, 84, 95, 98, 99, 100, 103, 104, 110, 136, 137, 141, 143, 154, 160, 194, 196, 204, 215, 695, 703, 724, 727, 769

mineral material, xi, 44, 485, 487, 488, 561, 562, 563, 565, 566, 567, 570, 571, 573, 575, 666, 750

minerals, ii, ix, xi, xii, xiv, 17, 4, 34, 41, 44, 47, 65, 75, 76, 77, 82, 100, 104, 107, 133, 134, 135, 139, 140, 141, 142, 143, 144, 146, 154, 160, 161, 163, 166, 191, 200, 210, 215, 217, 219, 229, 230, 232, 233, 236, 274, 283, 286, 287, 288, 301, 307, 366, 367,369, 397, 413, 439, 440, 470, 477, 481, 482, 483, 488, 492, 497, 498, 508, 509, 528, 556, 559, 561, 562, 563, 564, 565, 566, 567, 568, 569, 570, 571, 572, 573, 574, 575, 576, 577, 578, 604, 618, 622, 623, 625, 637, 639, 640, 644, 645, 646, 647, 649, 650, 651, 652, 654, 667, 668, 669, 673, 674, 675, 677, 688, 694, 696, 738, 742, 748, 750, 751, 763

mining, 1, 12, 17, 34, 36, 41, 44, 55, 65, 76, 125, 129, 131, 161, 166, 168, 192, 232, 244, 246, 259, 260, 269, 277, 281, 286, 322, 424, 446, 470, 482, 483, 484, 487, 488, 490, 491, 492, 493, 495, 497, 499, 500, 501, 502, 505, 509, 561, 562, 563, 564, 565, 566, 567, 568, 569, 570, 571, 572, 573, 574, 575, 577, 599, 608, 609, 626, 628, 629, 634, 635, 637, 638, 646, 647, 648, 649, 694, 735, 748, 750

mission, xii, 346, 372, 375, 384, 386, 401, 405, 584

Missionary Ridge Fire, 294, 347

mitigate, xv, xvi, 49, 67, 72, 73, 75, 77, 124, 144, 145, 146, 159, 161, 162, 167, 183, 187, 193, 194, 209, 238, 257, 284, 290, 293, 299, 304, 305, 306, 315, 340, 351, 413, 436, 437, 438, 453, 455, 472, 481, 489, 491, 527, 594, 607, 758

mitigation, xv, 27, 34, 35, 36, 37, 40, 49, 65, 67, 70, 71, 74, 77, 80, 82, 101, 113, 133, 135, 143, 145, 146, 151, 156, 160, 164, 179, 184, 188, 191, 193, 195, 198, 199, 203, 214, 216, 231, 237, 240, 245, 246, 258, 274, 281, 282, 283, 292, 312, 313, 315, 346, 356, 359, 364, 366, 372, 374, 378, 379, 382, 388, 389, 390, 391, 392, 393, 394, 395, 396, 437, 439, 449, 453, 454, 458, 460, 473, 475, 476, 477, 478, 479, 480, 482, 483, 484, 486, 487, 489, 492, 494, 497, 504, 507, 527, 556, 593, 595, 606, 718, 750

mixed conifer, vi, 2, 34, 52, 53, 54, 55, 58, 59, 60, 61, 62, 66, 68, 69, 70, 85, 86, 87, 90, 95, 98, 101, 102, 103, 112, 121, 127, 129, 130, 131, 139, 142, 154, 156, 157, 158, 159, 160, 161, 169, 170, 175, 179, 180, 181, 182, 183, 184, 185, 186, 187, 189,

BLM_0033734

190, 191, 192, 204, 207, 209, 213, 215, 221, 224, 225, 226, 227, 284, 285, 296, 318, 322, 323, 328, 335, 341, 342, 343, 355, 356, 450, 614, 615, 722, 731, 744, 753

monitoring, ii, iii, ix, xiv, 7, 8, 10, 34, 35, 40, 49, 84, 115, 116, 123, 129, 132, 133, 135, 150, 164, 169, 174, 177, 178, 191, 193, 200, 223, 224, 227, 239, 244, 246, 272, 284, 297, 300, 309, 313, 324, 328, 333, 335, 357, 358, 359, 361, 362, 364, 366, 381, 382, 389, 390, 396, 397, 465, 472, 473, 478, 484, 486, 488, 494, 579, 613, 619, 645, 696, 706, 707, 709, 710, 712, 716, 730, 740, 741, 750, 756

motorized, iv, ix, xvi, xx, 11, 13, 3, 8, 9, 14, 15, 16, 17, 18, 35, 36, 38, 39, 80, 81, 86, 87, 107, 109, 111, 126, 135, 138, 141, 144, 146, 148, 150, 151, 152, 153, 154, 155, 158, 163, 167, 170, 171, 174, 177, 182, 184, 186, 187, 188, 189, 208, 235, 236, 283, 300, 303, 305, 307, 313, 397, 398, 399, 400, 401, 402, 406, 408, 409, 410, 411, 412, 416, 423, 426, 427, 428, 429, 430, 431, 432, 433, 434, 435, 436, 438, 439, 440, 441, 451, 474, 478, 479, 480, 495, 496, 507, 587, 588, 593, 594, 596, 597, 598, 602, 616, 681, 738, 741, 751, 753, 756, 758, 761

mountain grassland, vii, 34, 52, 55, 63, 78, 79, 91, 92, 99, 130, 283, 614, 615, 745

multiple use, i, ii, vi, 2, 14, 16, 1, 4, 5, 8, 83, 100, 101, 111, 132, 133, 154, 170, 268, 274, 316, 398, 423, 425, 428, 429, 438, 442, 503, 562, 584, 747, 749, 751, 759

multiple-use, vi, xii, 3, 7, 4, 8, 11, 34, 42, 131, 133, 137, 246, 247, 320, 423, 425, 434, 435, 510, 545, 561, 584, 746, 748, 764, 765

National Environmental Policy Act (NEPA), i, ii, iii, v, x, xv, xvii, 1, 2, 3, 4, 6, 7, 9, 10, 12, 15, 1, 6, 8, 35, 49, 51, 52, 84, 114, 156, 166, 168, 172, 179, 181, 184, 188, 192, 195, 198, 199, 209, 220, 268, 312, 366, 391, 429, 442, 461, 474, 479, 487, 488, 489, 496, 504, 569, 585, 591, 592,593, 625, 659, 684, 689, 691, 692, 693, 694, 695, 703, 736, 739, 740, 742, 751, 752, 763, 767

National Register of Historic Places, 16, 765

National Visitor Use Monitoring (NVUM), 422, 426, 445, 640, 644, 699, 724

Native American, ii, iii, viii, ix, x, 7, 2, 4, 133, 263, 316, 328, 333, 357, 406, 460, 461, 462, 463, 465, 466, 470, 484, 486, 487, 507, 608, 609, 632, 633, 660, 701, 702, 731, 754

natural gas, xi, 12, 193, 205, 206, 222, 394, 503, 508, 515, 516, 563, 580, 623, 624, 625, 633, 638, 640, 642, 644, 645, 646, 648, 653, 654, 711, 744, 750

neotropical, 98, 99, 717

niche, 59, 429, 757

no lease alternative, ii, 40, 43, 222, 389, 454, 645, 685

non-game, 93, 95, 97, 103, 127, 752

non-motorized, iv, vi, ix, 13, 8, 9, 14, 17, 18, 39, 86, 107, 126, 141, 158, 167, 170, 177, 397, 406, 409, 410, 411, 418, 429, 431, 432, 433, 434, 436, 440, 441, 478, 495, 587, 593, 594, 611, 612, 738, 758, 768

Northern San Juan Basin, 5, 6, 50, 273, 418, 524, 525, 682, 704, 715, 719, 725

noxious weeds, 78, 80, 86, 148, 308, 311, 312, 314, 315, 343, 355, 418, 753

nutrient cycling, viii, 237, 334, 753

objectives, ii, iii, v, vi, viii, ix, xi, 3, 4, 6, 7, 8, 9, 12, 4, 6, 7, 8, 11, 12, 18, 37, 38, 53, 72, 76, 84, 86, 88, 102, 105, 108, 109, 113, 114, 119, 132, 133, 134, 139, 141, 143, 147, 150, 151, 153, 156, 157, 160, 164, 169, 174, 176, 177, 179, 181, 184, 185, 188, 189, 193, 195, 202, 204, 208, 209, 211, 220, 225, 226, 249, 262, 263, 287, 294, 295, 297, 299, 300, 303, 307, 313, 314, 315, 316, 318, 319, 320, 322, 323, 326, 329, 330, 331, 336, 340, 344, 346, 348, 350, 352, 353, 357, 403, 420, 435, 438, 442, 443, 448, 449, 450, 453, 454, 471, 499, 503, 507, 555, 558, 598, 612, 613, 736, 738, 744, 746, 747, 748, 749, 750, 753, 755, 758, 759, 764, 765

BLM_0033735

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

Off-Highway Vehicle (OHV), xvi, xx, 9, 14, 739, 753

oil and gas, ii, iii, ii, iii, iv, v, vi, ix, xi, xiv, xv, xvi, 1, 2, 4, 8, 10, 12, 14, 16, 1, 3, 5, 6, 8, 18, 25, 26, 27, 30, 32, 33, 34, 36, 37, 38, 40, 42, 43, 44, 45, 50, 51, 52, 57, 65, 71, 72, 73, 74, 75, 76, 82, 103, 128, 130, 131, 138, 142, 143, 146, 161, 166, 179, 184, 185, 189, 193, 194, 195, 198, 199, 200, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 212, 213, 214, 215, 216, 217, 218, 219, 220, 221, 222, 223, 224, 226, 227, 228, 230, 232, 233, 236, 240, 243, 244, 246, 251, 252, 253, 257, 258, 266, 274, 280, 281, 283, 287, 288, 290, 292, 301, 313, 314, 331, 332, 357, 359, 360, 364, 366, 369, 370, 371, 372, 373, 374, 375, 376, 378, 379, 382, 383, 384, 385, 386, 387, 389, 390, 391, 392, 393, 394, 395, 406, 408, 412, 413, 414, 415, 417, 419, 434, 435, 436, 437, 438, 440, 441, 447, 448, 449, 451, 452, 453, 454, 455, 457, 458, 459, 460, 471, 474, 475, 476, 477, 486, 492, 493, 497, 498, 503, 508, 509, 510, 511, 512, 513, 514, 515, 516, 517, 518, 519, 520, 522, 527, 528, 530, 535, 540, 545, 550, 555, 556, 557, 558, 559, 560, 562, 563, 569, 573, 583, 585, 588, 591, 592, 595, 596, 604, 605, 609, 610, 612, 618, 621, 623, 624, 625, 626, 632, 638, 640, 641, 645, 654, 660, 664, 666, 669, 670, 671, 672, 674, 675, 677, 678, 686, 687, 720, 721, 757

old growth, 23, 31, 54, 58, 59, 60, 61, 62, 69, 70, 73, 85, 91, 92, 101, 102, 142, 143, 160, 557, 614, 615, 741, 753, 754

open space, 57, 297, 306

outcome, 133, 266

over-ground, xvi, 38, 398, 407, 408, 409, 416, 431, 432, 480, 496

Paradox Basin, xvi, 3, 26, 38, 50, 52, 193, 201, 232, 252, 253, 255, 256, 257, 258, 264, 273, 366, 369, 370, 371, 372, 373, 376, 378, 379, 383, 384, 386, 388, 393, 394, 396, 414, 434, 435, 437, 438, 441, 447, 451, 454, 458, 459, 460, 503, 509, 514, 515, 516, 517, 518, 519, 520, 521, 522, 523, 524, 525, 526, 527, 528, 529, 531, 533, 536, 538, 539, 541, 543, 544, 546, 547, 548, 549, 550, 551, 552, 553, 554, 556, 557, 558, 559, 567, 720, 728, 729

partners, ix, 85, 313, 345, 405, 420, 488, 489, 611

partnerships, viii, 99, 117, 133, 307, 309, 347, 428, 451, 471, 609

Payment in Lieu of Taxes (PILT), 666, 667, 668, 673, 726

people, i, iv, v, viii, 4, 11, 13, 14, 15, 17, 2, 80, 95, 98, 307, 422, 423, 426, 428, 445, 451, 454, 468, 469, 470, 474, 486, 488, 501, 585, 656, 657, 661, 662, 664, 666, 671, 687, 736, 741, 743, 748, 750, 751, 753, 759, 768

pest management, 312, 313, 315, 746

plan components, 23, 24, 49, 160, 164, 171

planning regulations, i, ii, 1, 3, 10, 295, 320

plant communities, xiv, 64, 303, 617, 621, 622, 742, 743, 745, 763, 764

plant species, viii, 52, 53, 54, 55, 56, 64, 65, 66, 67, 68, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 87, 110, 128, 138, 145, 147, 148, 189, 194, 228, 230, 231, 232, 233, 235, 236, 237, 307, 312, 313, 622, 742, 744, 757, 759

plays, 289, 339, 383, 424, 512, 513, 514, 515, 516, 517, 518, 521, 660

pollutant, 274, 282, 285, 358, 359, 365, 371, 384, 709, 726, 735, 746, 753

ponderosa pine, vii, 2, 23, 34, 52, 54, 55, 56, 58, 59, 60, 61, 62, 66, 67, 68, 69, 70, 71, 73, 85, 86, 87, 92, 95, 98, 100, 101, 102, 103, 106, 112, 121, 122, 127, 128, 130, 131, 139, 142, 143, 154, 160, 169, 174, 179, 180, 181, 185, 186, 187, 190, 191, 192, 204, 207, 209, 221, 223, 224, 226, 227, 296, 318, 321, 322, 323, 324, 326, 328, 333, 335, 339, 341, 343, 347, 353, 355, 356, 445, 450, 493, 494, 589, 591, 614, 615, 700, 708, 709, 712, 714, 716, 722, 753

BLM_0033736

population, x, xv, 11, 35, 53, 56, 65, 67, 71, 73, 77, 81, 82, 83, 85, 86, 87, 88, 89, 93, 98, 100, 101, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 116, 117, 119, 120, 123, 125, 126, 127, 128, 129, 130, 131, 132, 136, 138, 149, 150, 151, 153, 154, 155, 161, 164, 165, 167, 168, 169, 178, 179, 181, 182, 184, 185, 187, 188, 189, 192, 193, 194, 203, 204, 208, 209, 211, 217, 218, 219, 220, 221, 223, 224, 225, 226, 227, 231, 242, 243, 244, 245, 247, 251, 261, 286, 298, 312, 314, 332, 334, 419, 422, 425, 427, 430, 440, 442, 448, 466, 467, 469, 605, 609, 619, 620, 622, 624, 629, 632, 633, 639, 655, 656, 657, 659, 660, 661, 662, 664, 665, 666, 667, 672, 674, 677, 690, 707, 711, 722, 728, 738, 744, 745, 746, 755, 763, 766

potential natural vegetation, 755

power plants, 244, 245, 361, 374, 386, 392, 569, 572

production, iv, vi, viii, ix, xii, 3, 11, 12, 13, 8, 10, 11, 12, 18, 27, 42, 43, 47, 60, 61, 68, 74, 77, 87, 88, 148, 149, 150, 151, 152, 174, 181, 194, 195, 197, 198, 199, 200, 201, 205, 206, 208, 210, 217, 222, 227, 244, 250, 252, 253, 254, 255, 257, 258, 259, 264, 265, 266, 280, 287, 288, 290, 300, 301, 302, 307, 316, 319, 320, 329, 330, 331, 339, 353, 357, 361, 366, 370, 372, 374, 378, 379, 382, 383, 389, 392, 393, 394, 396, 399, 406, 438, 453, 456, 469, 509, 513, 514, 515, 516, 517, 518, 519, 520, 521, 522, 527, 530, 535, 540, 545, 555, 556, 557, 558, 561, 566, 568, 570, 572, 573, 575, 579, 580, 582, 583, 620, 622, 623, 624, 625, 635, 636, 639, 640, 641, 643, 644, 645, 648, 653, 654, 667, 671, 674, 675, 676, 695, 708, 717, 747, 753, 756, 757, 763

productivity, viii, 49, 57, 70, 79, 83, 101, 103, 104, 125, 140, 206, 208, 210, 222, 230, 231, 268, 269, 297, 305, 307, 308, 314, 316, 323, 442, 488, 621, 716, 742, 746, 751, 756, 757, 763

public involvement, 85, 262, 398, 619, 625, 679

Puebloan, 467, 469, 475, 486, 685

pueblos, x, 460, 466, 660, 684

ranching, vii, 292, 345, 347, 501, 632, 633

range improvement, viii, 79, 144, 146, 159, 161, 162, 183, 187, 234, 293, 294, 297, 299, 300, 301, 303, 304, 305, 307, 736, 756

rangeland, i, xv, xxii, 2, 15, 36, 83, 84, 119, 135, 148, 203, 230, 238, 246, 248, 249, 260, 261, 262, 269, 283, 292, 293, 295, 296, 297, 298, 300, 302, 303, 305, 306, 307, 313, 314, 463, 464, 481, 482, 488, 619, 620, 622, 689, 696, 701, 710, 714, 720, 724, 731, 751, 755, 756, 757, 761, 764

rangeland health, 249, 295, 296, 298, 300, 620, 622

Ranger District/Field Office (RD/FO), 481

raptor, 94, 100, 101, 140, 141, 142, 197, 205, 206, 695, 707, 710, 718, 720

Reasonably Foreseeable Development (RFD), v, 370, 371, 375, 379, 381, 382, 383, 392, 521, 555, 559

recommendations, xii, xiii, 5, 8, 7, 32, 35, 43, 99, 114, 140, 156, 157, 160, 162, 174, 194, 206, 216, 432, 464, 506, 528, 529, 545, 575, 584, 586, 590, 594, 598, 599, 606, 613, 709

recreation, iv, v, vii, ix, xiii, xvii, 1, 5, 11, 13, 14, 16, 2, 4, 5, 8, 9, 15, 16, 17, 31, 34, 36, 38, 39, 41, 45, 46, 48, 50, 52, 55, 65, 80, 81, 82, 83, 100, 104, 106, 107, 111, 118, 126, 127, 128, 129, 130, 131, 134, 140, 141, 143, 146, 147, 148, 149, 150, 154,155, 158, 159, 162, 164, 165, 166, 167, 168, 170, 171, 176, 177, 181, 182, 185, 187, 188, 212, 228, 229, 230, 235, 236, 243, 245, 267, 268, 273, 283, 286, 300, 306, 307, 313, 314, 315, 316, 319, 331, 332, 337, 352, 397, 398, 405, 406, 407, 408, 410, 411, 413, 418, 419, 420, 421, 422, 423, 424, 425, 426, 427, 428, 429, 430, 431, 432, 434, 435, 436, 437, 438, 439, 440, 441, 442, 445, 446, 448, 451, 452, 453, 454, 456, 471, 477, 478, 479, 485, 492, 494, 495, 496, 498, 500, 501, 506, 558, 559, 583, 586, 591, 593, 594, 596, 597, 599, 603, 605, 607, 609, 610, 611, 612, 615, 616, 618, 621, 622, 626, 632, 635, 637, 639, 640, 641, 642, 643, 644, 653, 654, 664, 665, 666, 672, 674, 677, 679, 681, 688, 689, 690, 693, 694, 696,

BLM_0033737

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

702, 714, 733, 734, 737, 739, 741, 743, 751, 752, 756, 757, 758, 759, 763, 766, 768

Recreation Opportunity Spectrum (ROS), xx, 17, 18, 434, 758, 759

recreational amenities, 1, 662

recreational opportunities, 1, 14, 100, 107, 168, 192, 282, 399, 409, 410, 411, 422, 423, 424, 425, 428, 429, 430, 441, 585, 620, 632, 633, 665

reforestation, 317, 324, 329, 733, 760

reptile, vii, 34, 89, 91, 92, 93, 94, 97, 120, 134, 135, 171, 194, 202, 203, 220, 490

Research Natural Areas (RNA), xiv, xvii, xxi, xxiii, 22, 23, 46, 302, 352, 613, 734

resident, 95, 104, 121, 143, 156, 426, 586, 635, 639, 640, 661, 757

responsible official, i, vi, 1, 9, 8, 598, 764

restoration, viii, 13, 36, 37, 68, 69, 71, 72, 77, 82, 84, 88, 115, 137, 139, 142, 154, 160, 169, 175, 180, 181, 186, 191, 192, 200, 224, 236, 242, 262, 282, 298, 301, 316, 322, 323, 326, 328, 336, 340, 344, 349, 402, 451, 472, 596, 688, 696, 720, 740, 760

riparian, vii, 5, 30, 31, 34, 36, 45, 50, 57, 86, 87, 92, 93, 97, 98, 99, 103, 104, 105, 106, 112, 113, 115, 120, 121, 122, 124, 132, 134, 135, 137, 138, 143, 144, 145, 146, 147, 153, 157, 159, 161, 162, 163, 174, 177, 183, 187, 189, 201, 202, 203, 204, 213, 214, 221, 228, 229, 230, 231, 232, 233, 234, 235, 236, 237, 246, 248, 250, 256, 261, 262, 263, 267, 268, 273, 274, 275, 276, 278, 280, 282, 283, 284, 285, 286, 290, 294, 299, 300, 304, 305, 557, 601, 603, 615, 622, 714, 718, 720, 734, 745, 746, 752, 756, 760

river otter, 96, 106, 122, 173

road, v, xiii, xvi, 14, 9, 10, 34, 36, 39, 52, 55, 57, 65, 68, 73, 74, 76, 86, 87, 100, 107, 109, 131, 138, 140, 152, 153, 184, 189, 194, 195, 200, 201, 202, 207, 209, 210, 217, 223, 230, 231, 232, 233, 243, 246, 250, 251, 252, 255, 256, 258, 259, 260,

262, 266, 267, 268, 273, 274, 281, 282, 283, 285, 290, 291, 292, 329, 331, 332, 351, 352, 366, 367, 397, 398, 399, 400, 401, 402, 403, 404, 405, 406, 407, 408, 410, 411, 412, 413, 414, 415, 416, 417, 418, 419, 423, 425, 434, 437, 438, 439, 440, 447, 448, 450, 451, 454, 455, 456, 460, 483, 492, 498, 501, 502, 503, 505, 510, 519, 521, 522, 523, 525, 526, 532, 534, 537, 539, 542, 544, 547, 549, 550, 552, 554, 567, 570, 571, 573, 574, 582, 583, 598, 600, 604, 608, 645, 672, 674, 681, 705, 714, 717, 737, 738, 739, 744, 748, 749, 751, 752, 753, 754, 758, 759, 760, 762, 765

road densities, 231, 233, 251, 252, 258, 259, 260, 268, 274, 282, 283, 290, 416, 418

road maintenance, 250, 251, 252, 266, 274, 399, 403, 404, 405, 406, 411, 413, 417, 672

road reconstruction, 329, 412

Road reconstruction, 415

roadless, v, xii, 13, 14, 5, 10, 20, 29, 39, 44, 109, 330, 398, 411, 430, 584, 585, 586, 587, 591, 592, 593, 594, 595, 596, 614, 739, 760, 768

roadless areas, v, xii, 14, 5, 10, 29, 44, 109, 398, 584, 586, 591, 592, 593, 594, 595, 596, 614, 739

roads and trails, 45, 150, 151, 188, 236, 250, 304, 305, 397, 399, 401, 407, 426, 435, 441, 451, 498, 583, 596, 609, 741, 748, 758, 759

salinity, 244, 251, 252, 253, 255, 258, 259, 260, 266, 268, 272, 274, 282, 290, 619, 621, 622

San Juan Sag, 50, 72, 252, 253, 258, 264, 369, 413, 414, 434, 435, 441, 447, 448, 451, 459, 460, 474, 497, 513, 515, 518, 521, 522, 524, 525, 526, 527, 528, 530, 531, 533, 536, 538, 541, 543, 546, 548, 551, 553, 557

scenery, x, 9, 25, 31, 107, 422, 424, 426, 428, 433, 438, 442, 444, 445, 446, 448, 449, 450, 451, 454, 457, 458, 507, 558, 599, 603, 608, 642, 662, 665, 759, 761, 767

BLM_0033738

scenic byway, xiii, 5, 9, 30, 31, 45, 48, 422, 426, 436, 438, 439, 448, 452, 453, 558, 607, 608, 609, 610, 761

Scenic Integrity Levels (SIL), 762

seeps, 86, 98, 103, 104, 145, 146, 203, 268, 273, 275, 277, 280, 281, 286, 288

sensitive species, vii, 1, 35, 53, 56, 68, 71, 74, 75, 80, 81, 93, 97, 98, 101, 113, 120, 123, 133, 171, 172, 174, 216, 220, 221, 222, 240, 241, 242, 243, 248, 252, 256, 260, 263, 266, 267, 304, 613, 738, 763

Service First, i

setting, 26, 39, 63, 64, 76, 105, 287, 423, 426, 429, 431, 434, 435, 437, 439, 440, 441, 444, 454, 456, 457, 473, 474, 558, 566, 665, 740, 741, 757, 758, 759, 766

ski area, xvii, 5, 11, 2, 9, 10, 13, 17, 32, 34, 36, 39, 132, 168, 182, 192, 246, 247, 260, 331, 348, 422, 424, 425, 429, 436, 452, 558, 587, 632, 633, 741

smoke management, 345, 356

snag, 93, 100, 103, 105, 106, 121, 131, 136, 137, 138, 139, 140, 148, 149, 174, 188, 189, 190, 191, 200, 205, 206, 221, 227, 228, 353, 354, 716, 753, 754, 763, 764

soil, vii, viii, 14, 4, 57, 58, 59, 61, 62, 63, 64, 65, 66, 67, 69, 70, 71, 74, 76, 77, 79, 80, 81, 83, 116, 148, 161, 202, 228, 230, 231, 234, 235, 236, 243, 246, 250, 255, 256, 260, 269, 277, 282, 295, 298, 301, 304, 305, 306, 307, 314, 316, 318, 333, 337, 339, 400, 402, 410, 412, 450, 451, 473, 478, 479, 481, 557, 558, 569, 580, 616, 620, 622, 689, 716, 721, 729, 738, 740, 743, 745, 747, 752, 754, 755, 756, 757, 760, 763, 768

soil compaction, 57, 63, 70, 74, 77, 79, 81, 231, 234, 235, 337, 473, 616, 716

soil crusts, 57, 62, 63, 64, 74, 76, 79, 729, 738

Southwestern Willow Flycatcher (SWWF), 115, 116, 161, 162, 213, 727

special areas, v, xvii, 13, 420, 584

Special Botanical Areas, xvii, xxi, 23

special management area, 437, 465, 485, 579

Special Status Species, 65, 231, 238, 738

springs, 86, 98, 103, 104, 121, 145, 146, 203, 268, 273, 275, 277, 280, 281, 286, 288, 469, 481, 482, 580, 603, 622, 682, 746

standards and guidelines, vi, 5, 6, 7, 8, 33, 34, 35, 49, 51, 70, 71, 75, 80, 81, 101, 103, 105, 109, 111, 119, 120, 124, 126, 132, 133, 134, 135, 136, 138, 140, 143, 145, 149, 150, 153, 154, 155, 157, 160, 162, 164, 165, 166, 167, 174, 175, 176, 178, 181, 190, 194, 195, 198, 200, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 212, 214, 215, 216, 217, 218, 220, 221, 222, 226, 231, 232, 246, 248, 250, 256, 262, 284, 285, 288, 305, 366, 393, 438, 439, 450, 471, 473, 506, 527, 555, 556, 582, 605, 606, 749

stewardship, 40, 319, 428, 429, 472, 485, 681

stipulation, iii, xvi, 1, 8, 10, 14, 16, 25, 27, 28, 29, 30, 31, 32, 33, 35, 36, 40, 41, 42, 43, 45, 49, 50, 51, 65, 72, 73, 74, 75, 82, 135, 140, 144, 145, 146, 156, 163, 165, 179, 184, 188, 191, 193, 194, 195, 198, 199, 200, 201, 202, 203, 204, 206, 207, 208, 209, 210, 211, 212, 213, 214, 215, 216, 217, 218, 219, 220, 222, 226, 231, 233, 237, 256, 257, 258, 288, 289, 290, 291, 301, 366, 435, 436, 437, 438, 449, 452, 453, 454, 455, 458, 471, 475, 476, 491, 492, 493, 505, 507, 510, 511, 521, 527, 528, 529, 530, 535, 540, 545, 550, 555, 556, 557, 558, 559, 560, 585, 593, 595, 604, 605, 609, 612, 623, 685

stipulations, iii, xvi, 1, 8, 10, 14, 16, 25, 27, 28, 29, 30, 31, 32, 33, 35, 36, 40, 41, 42, 43, 45, 49, 50, 51, 65, 72, 73, 74, 75, 82, 135, 140, 144, 145, 146, 156, 163, 165, 179, 184, 188, 191, 193, 194, 195, 198, 199, 200, 201, 202, 203, 204, 206, 207, 208, 209, 210, 211, 212, 213, 214, 215, 216, 217, 218, 219, 220, 222, 226, 231, 233, 237, 256, 257, 258, 288, 289, 290, 291, 301, 366, 435, 436, 437, 438, 449, 452, 453, 454, 455, 458, 471, 475, 476, 491, 492, 493, 505, 507, 510, 511, 521, 527, 528, 529, 530, 535, 540, 545, 550, 555,

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

556, 557, 558, 559, 560, 585, 593, 595, 604, 605, 609, 612, 623, 685

strategy, ii, xiv, xv, 40, 53, 84, 132, 228, 239, 315, 339, 340, 346, 352, 364, 366, 421, 464, 472, 482, 590, 592, 613, 702, 706, 707, 724, 729, 730, 732, 739, 740, 741, 743, 746, 766

suitability, v, xiii, xvi, xx, 3, 14, 2, 3, 4, 10, 14, 15, 16, 17, 38, 83, 130, 141, 153, 177, 179, 181, 182, 185, 188, 269, 283, 295, 299, 302, 319, 320, 322, 329, 398, 399, 402, 407, 408, 409, 410, 416, 421, 428, 431, 432, 488, 562, 570, 594, 598, 599, 600, 601, 604, 606, 607, 619, 764

suitable timber land, 8, 605

sustainability, 84, 89, 98, 132, 138, 149, 176, 178, 189, 220, 328, 330, 332, 428, 437, 748, 760, 761, 764

terrestrial ecosystem, vii, 34, 52, 53, 54, 55, 57, 58, 64, 65, 66, 67, 68, 69, 70, 71, 72, 75, 76, 78, 80, 81, 82, 132, 149, 229, 361, 504, 506, 729, 765

terrestrial wildlife, vii, 34, 53, 82, 83, 84, 85, 87, 89, 94, 96, 120, 127, 131, 132, 133, 134, 155, 156, 171, 178, 179, 193, 194, 211, 220, 223

thinning, 37, 66, 68, 318, 321, 322, 323, 326, 328, 331, 335, 336, 337, 340, 345, 450, 750

threatened and endangered, xii, xv, 15, 30, 31, 33, 118, 199, 211, 240, 250, 254, 255, 258, 502, 584, 690, 763

Threatened and Endangered Species (T&E), 111, 118, 211, 706

   lynx, Canada, 219

timber demand, 318

timber harvest, v, viii, 11, 4, 8, 10, 12, 18, 35, 36, 40, 52, 55, 65, 68, 69, 70, 71, 82, 86, 87, 91, 92, 103, 111, 118, 127, 128, 129, 130, 131, 135, 138, 141, 142, 143, 146, 150, 154, 157, 158, 163, 170, 174, 180, 182, 184, 186, 190, 230, 231, 232, 236, 240, 243, 244, 246, 261, 262, 274, 276, 277, 283, 284, 285, 294, 304, 305, 306,

316, 318, 320, 323, 328, 329, 330, 333, 351, 352, 355, 356, 402, 419, 439, 446, 449, 581, 583, 587, 588, 593, 640, 744, 747, 759, 765

timber industry, 318, 406, 644

timber management, viii, 11, 34, 36, 37, 130, 131, 142, 148, 167, 179, 181, 185, 189, 227, 316, 317, 318, 319, 320, 330, 336, 354, 412, 438, 439, 440, 450, 583, 596, 690

timber production, viii, 6, 3, 6, 9, 10, 11, 153, 283, 316, 319, 320, 322, 329, 330, 331, 332, 336, 439, 641, 643, 744, 747, 753, 760, 765

timber sale program quantity, 11, 765

tourism, 1, 422, 423, 424, 425, 426, 427, 429, 441, 471, 609, 612, 626, 632, 633, 637, 661, 677, 739, 741, 757, 759, 766

trail, v, xiii, xiv, xvi, 13, 5, 14, 15, 31, 45, 46, 65, 70, 79, 80, 87, 107, 109, 138, 140, 151, 152, 153, 159, 163, 165, 188, 235, 252, 271, 275, 276, 304, 305, 313, 315, 352, 397, 398, 399, 401, 402, 405, 408, 410, 411, 416, 420, 421, 423, 426, 429, 430, 431, 432, 433, 436, 437, 438, 439, 440, 441, 445, 446, 451, 452, 453, 454, 462, 465, 475, 478, 481, 494, 495, 500, 501, 515, 517, 558, 579, 587, 593, 598, 600, 602, 603, 608, 610, 611, 612, 613, 616, 727, 733, 741, 744, 748, 751, 752, 753, 754, 758, 760, 761, 765, 768

trailhead, 157, 182, 403, 441, 612, 758

transportation system, ix, 52, 139, 141, 397, 398, 399, 400, 401, 402, 403, 405, 406, 407, 408, 409, 410, 412, 413, 415, 419, 583, 624, 744

travel management, ix, 11, 14, 15, 34, 38, 41, 100, 130, 131, 135, 138, 140, 145, 151, 152, 162, 181, 183, 185, 188, 189, 282, 305, 397, 398, 399, 402, 403, 406, 408, 409, 410, 412, 414, 415, 416, 430, 431, 479, 492, 496, 504, 583, 594, 683, 689

tribes, ii, iv, x, xxiv, 7, 10, 17, 4, 460, 461, 466, 632, 659, 660, 683, 684, 685, 686, 765

uneven-aged, 60, 61, 68, 69, 321, 763, 766

BLM_0033740

Unique Landscapes, v, xx, 13, 19

unroaded lands, xii, 584, 756

Ute Mountain Ute Indian Tribe, 17

utility corridor, ix, 5, 34, 36, 41, 104, 109, 132, 152, 153, 166, 181, 194, 200, 246, 260, 397, 417, 418, 448, 451, 500, 502, 505, 574, 587, 618, 696

vandalism, 41, 471, 473, 474, 477, 478, 479, 480, 481, 483, 485, 486, 491, 492, 494, 495, 496, 498

vegetation communities, viii, 53, 66, 228, 286, 334, 340, 493, 494, 591, 768

vegetation management, vi, 8, 11, 18, 38, 109, 141, 152, 153, 157, 162, 163, 213, 260, 261, 262, 273, 276, 284, 306, 336, 350, 447, 455, 485, 598, 605, 691

vegetation type, 52, 54, 58, 64, 81, 86, 87, 89, 90, 91, 92, 93, 102, 130, 140, 236, 285, 296, 318, 321, 322, 324, 328, 330, 333, 340, 341, 342, 343, 347, 356, 435, 557, 614, 711, 740, 745, 762

vegetation types, 52, 54, 58, 87, 89, 102, 130, 236, 285, 296, 318, 321, 322, 324, 328, 340, 341, 342, 343, 347, 356, 435, 557, 614, 711, 740, 745, 762

vision, xiii, 611, 680, 716

visitor, i, iv, xiii, 13, 14, 46, 107, 120, 303, 304, 305, 314, 404, 421, 422, 426, 427, 428, 438, 444, 446, 448, 454, 456, 458, 460, 471, 477, 588, 607, 608, 609, 628, 637, 640, 644, 672, 714, 739, 741, 757, 758, 759, 766, 767, 768

visual resource, x, xvi, xx, xxi, xxii, 5, 18, 19, 39, 442, 446, 448, 449, 451, 455, 458, 502, 503, 504, 507, 724, 731, 766, 767

Visual Resource Management (VRM), 767

volunteer, 619

warm-dry, vii, 34, 52, 54, 55, 59, 60, 61, 62, 66, 68, 69, 70, 85, 86, 87, 90, 101, 102, 103, 130, 139, 142, 143, 160, 169, 174, 179, 180, 185, 186, 187, 190, 191, 192,

204, 207, 209, 221, 224, 226, 318, 322, 323, 335, 343, 355, 356, 615

water, vii, viii, xv, xvi, xxi, xxii, xxiv, 11, 14, 15, 2, 4, 27, 30, 31, 36, 45, 57, 67, 70, 74, 75, 77, 79, 83, 84, 86, 87, 89, 91, 92, 93, 94, 103, 104, 105, 106, 122, 125, 126, 127, 130, 134, 135, 143, 144, 145, 146, 147, 148, 149, 159, 161, 162, 163, 174, 176, 177, 183, 187, 196, 202, 203, 204, 210, 228, 229, 230, 233, 234, 235, 237, 238, 240, 242, 243, 244, 245, 246, 247, 248, 249, 250, 251, 252, 253, 254, 255, 256, 257, 258, 259, 260, 261, 262, 263, 264, 265, 266, 267, 268, 269, 270, 271, 272, 273, 274, 275, 276, 277, 278, 279, 280, 281, 282, 283, 284, 285, 286, 287, 288, 289, 290, 291, 292, 295, 299, 305, 306, 307, 313, 316, 347, 361, 367, 379, 389, 391, 395, 402, 404, 410, 412, 413, 418, 419, 420, 445, 451, 456, 457, 461, 468, 474, 481, 482, 499, 500, 501, 516, 522, 523, 557, 568, 580, 581, 588, 591, 593, 597, 598, 599, 600, 601, 606, 607, 616, 621, 622, 623, 632, 633, 653, 660, 672, 675, 679, 682, 686, 687, 688, 689, 690, 691, 693, 694, 696, 706, 707, 708, 713, 714, 715, 717, 718, 721, 723, 725, 728, 729, 730, 734, 735, 736, 737, 738, 739, 740, 742, 743, 744, 745, 746, 748, 750, 752, 753, 754, 755, 756, 757, 759, 760, 761, 762, 763, 765, 767, 768, 769

water development, 11, 144, 146, 149, 159, 161, 162, 183, 187, 229, 237, 242, 245, 247, 264, 268, 278, 279, 285, 286, 299, 305, 306, 593, 598, 606, 607

water diversion, 103, 242, 243, 245, 273, 278, 286, 759

water quality, vii, viii, 15, 84, 86, 104, 105, 125, 126, 127, 134, 143, 176, 177, 228, 238, 240, 243, 244, 245, 247, 248, 252, 257, 259, 260, 262, 263, 264, 267, 268, 269, 270, 272, 273, 274, 275, 276, 279, 280, 281, 283, 285, 286, 287, 288, 290, 291, 292, 307, 313, 379, 389, 557, 597, 598, 599, 600, 606, 607, 623, 653, 688, 752, 754, 756, 765, 767

water table, 228, 229, 268

water use, 36, 75, 77, 93, 230, 233, 244, 246, 247, 248, 251, 252, 253, 254, 255, 258, 264, 266, 286, 292, 607, 706, 740, 767

BLM_0033741

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

watershed, xii, xv, xvi, 16, 30, 31, 34, 36, 65, 83, 132, 135, 136, 138, 145, 147, 177, 189, 203, 231, 232, 233, 238, 241, 244, 246, 250, 251, 252, 255, 258, 259, 261, 262, 263, 266, 267, 268, 270, 272, 274, 275, 276, 277, 278, 279, 281, 282, 283, 284, 285, 287, 289, 290, 291, 292, 293, 308, 314, 316, 353, 397, 401, 408, 442, 451, 502, 528, 557, 584, 600, 614, 619, 621, 622, 693, 696, 705, 720, 721, 723, 736, 740, 751, 752, 756, 768

wetlands, vii, 2, 36, 37, 57, 77, 80, 81, 86, 87, 92, 93, 94, 95, 97, 98, 99, 103, 104, 105, 106, 132, 134, 135, 137, 143, 144, 145, 146, 147, 174, 183, 201, 202, 203, 204, 214, 221, 228, 229, 230, 231, 232, 233, 234, 235, 236, 237, 246, 250, 269, 271, 274, 275, 276, 278, 280, 281, 283, 284, 290, 291, 343, 557, 602, 614, 615, 708, 734, 743, 745, 746, 747, 749, 752, 756, 760, 768

whirling disease, 240, 242, 250, 315, 768

wild horses, 619, 621, 622, 623, 757

wilderness, i, v, xi, xii, xiii, xvi, xvii, xx, xxi, xxiii, 5, 6, 8, 11, 14, 5, 6, 7, 9, 10, 11, 13, 14, 15, 16, 17, 18, 20, 21, 22, 25, 26, 30, 31, 32, 41, 42, 43, 44, 55, 68, 89, 107, 143, 159, 160, 163, 164, 165, 168, 169, 182, 192, 215, 220, 270, 274, 303, 309, 320, 323, 330, 333, 352, 353, 357, 359, 361, 362, 368, 379, 381, 388, 389, 391, 392, 398, 399, 407, 411, 420, 424, 426, 427, 432, 434, 437, 440, 445, 453, 492, 502, 506, 508, 517, 528, 529, 540, 545, 567, 575, 576, 579, 583, 584, 585, 586, 587, 588, 589, 590, 591, 592, 593, 594, 595, 596, 611, 612, 615, 688, 696, 700, 703, 714, 719, 722, 723, 724, 731, 733, 736, 739, 749, 752, 758, 760, 768

wildland fire, 180, 285, 300, 338, 339, 346, 347, 352, 355, 356, 494, 622, 691, 692, 768

wildlife habitat, iv, viii, 13, 14, 4, 14, 30, 31, 33, 34, 42, 43, 66, 68, 70, 83, 85, 86, 87, 88, 89, 90, 93, 94, 96, 100, 103, 104, 105, 107, 108, 109, 110, 111, 126, 128, 131, 133, 136, 143, 147, 150, 151, 152, 153, 155, 170, 178, 194, 195, 198, 199, 200, 201, 202, 207, 209, 210, 211, 222, 226, 269, 297, 299, 307, 313, 314, 315, 319, 340, 344, 348, 424, 461, 529, 540, 545, 555, 588, 653, 681

wildlife species, 6, 53, 82, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 96, 97, 102, 103, 104, 109, 110, 120, 125, 131, 133, 142, 143, 147, 148, 155, 177, 192, 193, 194, 195, 199, 200, 209, 210, 211, 314, 346, 556, 586, 591, 620, 745, 749, 764

winter range, 87, 88, 92, 93, 105, 106, 107, 108, 109, 110, 111, 128, 130, 131, 148, 149, 150, 151, 152, 153, 154, 155, 176, 185, 186, 187, 188, 193, 197, 207, 208, 209, 222, 225, 226, 296, 297, 411, 556, 740, 763, 764, 769

withdrawals, viii, 316, 491, 500, 502, 506

wool, 294, 298

BLM_0033742



U.S. Department of Interior
Bureau of Land Management
Colorado Southwest District
Tres Rios Field Office

September 2013



U.S. Department of Agriculture
U.S. Forest Service – Region 2
San Juan National Forest

# Volume II:  Final San Juan National Forest and Proposed Tres Rios Field Office Land and Resource Management Plan



BLM Tres Rios Field Office
San Juan National Forest
Land and Resource Management Plan



BLM_0033743

BLM_0033744

# Final San Juan National Forest
# and Proposed Tres Rios Field Office
# Land and Resource Management Plan

Archuleta, Conejos, Dolores, Hinsdale, La Plata, Mineral, Montezuma, Montrose, Rio Grande, San Juan, San Miguel Counties, Colorado

| | |
|---|---|
| **Lead Agencies:** | USDA Forest Service<br>USDI Bureau of Land Management |
| **Cooperating Agencies:** | Town of Rico, Colorado |
| **Responsible Officials**: | Helen Hankins, State Director<br>Bureau of Land Management<br>Colorado State Office<br>2850 Youngfield St.<br>Lakewood, CO 80215 |
| | Daniel Jiron, Regional Forester<br>USDA Forest Service, Rocky Mountain Region<br>740 Simms St.<br>Golden, CO 80401 |
| **For Information, Contact:** | Mark B. Lambert<br>Staff Officer, Planning and Public Service<br>(970-385-1240) |
| **Access Document Online:** | http://www.fs.usda.gov/goto/sanjuan/planning<br>or<br>http://www.blm.gov/co/st/en/fo/sjplc/land_use_planning.html |

**Cover Photo:**   The U.S. Forest Service San Juan National Forest and the Bureau of Land Management Tres Rios Field Office manage about 2.5 million acres of public lands in southwest Colorado.  This photograph, taken from the Molas Pass Overlook near Silverton, includes Molas Lake and Kendall Peak, both managed by the Tres Rios Field Office, and high peaks of the San Juan National Forest's portion of the Weminuche wilderness, the largest designated wilderness in Colorado.

BLM_0033746

# Table of Contents

List of Acronyms ........................................................................................................................ iv

**CHAPTER 1 – Introduction** ....................................................................................................... 1

1.1 Purpose of the Plan ............................................................................................................ 1
1.2 Planning Area: Tres Rios Field Office and San Juan National Forest ............................... 1
1.3 Land and Resource Management Planning Overview ........................................................ 2
1.4 LRMP Organization, Content, and Terminology ................................................................ 5
1.5 Opportunities and Challenges in the San Juan National Forest and Tres Rios Field Office .......... 8

**CHAPTER 2 – Resource Direction** ......................................................................................... 13

2.1 Ecological Framework and the Conservation of Species ................................................. 13
2.2 Terrestrial Ecosystems and Plant Species ..................................................................... 19
2.3 Terrestrial Wildlife ........................................................................................................... 32
2.4 Riparian Area and Wetland Ecosystems ......................................................................... 52
2.5 Aquatic Ecosystems and Fisheries ................................................................................. 55
2.6 Water Resources .............................................................................................................. 62
2.7 Livestock and Rangeland Management ........................................................................... 67
2.8 Invasive Species .............................................................................................................. 76
2.9 Timber and Other Forest Products .................................................................................. 78
2.10 Insects and Disease ........................................................................................................ 86
2.11 Fire and Fuels Management ............................................................................................ 87
2.12 Air Quality ........................................................................................................................ 91
2.13 Access and Travel Management ...................................................................................... 95
2.14 Recreation ...................................................................................................................... 110
2.15 Scenery and Visual Resource Management .................................................................. 126
2.16 Heritage and Cultural Resources .................................................................................. 132
2.17 Paleontological Resources ............................................................................................ 135
2.18 Lands and Special Uses ................................................................................................ 137
2.19 Minerals and Energy ...................................................................................................... 147
2.20 Alternative Energy: Geothermal, Wind, Solar, Biomass ............................................... 159
2.21 Abandoned Mine Lands and Hazardous Materials ........................................................ 162
2.22 Interpretation and Conservation Education ................................................................... 166

**CHAPTER 3 – Area Direction** ............................................................................................... 168

3.1 Tres Rios Field Office Geographic Area ......................................................................... 171
3.2 Dolores Ranger District Geographic Area (San Juan National Forest) ......................... 174
3.3 Columbine Ranger District Geographic Area (San Juan National Forest) .................... 177
3.4 Pagosa Ranger District Geographic Area (San Juan National Forest) ......................... 180
3.5 Management Areas (San Juan National Forest) ............................................................ 183
3.6 Wilderness Areas and Wilderness Study Areas ............................................................ 191
3.7 Recommended Wilderness Areas (San Juan National Forest) ...................................... 194
3.8 Lands Managed for Wilderness Characteristics (Tres Rios Field Office) ...................... 194

BLM_0033747

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

3.9   Wild and Scenic Rivers ........................................................................................... 197

3.10  Scenic, Historic, and Backcountry Byways ............................................................ 200

3.11  National Recreation and Scenic Trails and National Historic Trails ......................... 201

3.12  Research Natural Areas (San Juan National Forest) .............................................. 203

3.13  Gypsum Valley Area of Critical Environmental Concern (Tres Rios Field Office) ....... 206

3.14  Anasazi Culture Area of Critical Environmental Concern (Tres Rios Field Office) ...... 208

3.15  Mesa Verde Escarpment (Tres Rios Field Office) .................................................. 209

3.16  Falls Creek Archeological Area (San Juan National Forest) .................................... 211

3.17  Chimney Rock National Monument (San Juan National Forest) ............................... 213

3.18  Spring Creek Wild Horse Herd Management Area (Tres Rios Field Office)................. 215

3.19  Perins Peak Wildlife Management Area (Tres Rios Field Office) ............................... 217

3.20  O'Neal Hill Special Botanical Area (San Juan National Forest) ............................... 218

3.21  Chattanooga Special Botanical Area (San Juan National Forest) ............................ 220

3.22  Smoothing Iron and Boggy Draw Old Growth Recruitment Areas (San Juan National Forest) .. 221

3.23  Dolores River Canyon .......................................................................................... 222

3.24  Silverton ............................................................................................................. 226

3.25  HD Mountains (San Juan National Forest) ............................................................ 229

3.26  McPhee (San Juan National Forest)...................................................................... 234

3.27  Rico (San Juan National Forest) ........................................................................... 236

**CHAPTER 4 – Monitoring Plans ................................................................................ 242**

4.1   San Juan National Forest Monitoring Plan ............................................................ 242

4.2   Tres Rios Field Office Monitoring Plan .................................................................. 278

**CHAPTER 5 – Literature Cited.................................................................................... 310**

BLM_0033748

# List of Figures

Figure 1.1: San Juan National Forest and Tres Rios Field Office ................................................... 3
Figure 2.1.1: Protected Areas ...................................................................................................... 18
Figure 2.3.1: Elk Severe Winter Range, Winter Concentration Areas and Production Areas .................. 47
Figure 2.3.2: Mule Deer Severe Winter Range, Winter Concentration Areas and Production Areas ........ 48
Figure 2.3.3: Bighorn Sheep Severe Winter Range, Winter Concentration Areas and Production
          Areas ...................................................................................................................... 49
Figure 2.3.4: Gunnison Sage-grouse Proposed Occupied and Unoccupied Critical Habitat .................... 50
Figure 2.3.5: Pronghorn Overall Range ........................................................................................ 51
Figure 2.7.1: Lands Suitable and Capable for Cattle Grazing .......................................................... 73
Figure 2.7.2: Lands Suitable and Capable for Sheep Grazing .......................................................... 74
Figure 2.7.3: Available Grazing Allotments and Comparative Stocking Rates ..................................... 75
Figure 2.9: Timber Suitability ....................................................................................................... 85
Figure 2.13.1: Overground Travel Suitability and OHV Area Designations .......................................... 106
Figure 2.13.2: Oversnow Travel Suitability and OHV Area Designations ............................................. 107
Figure 2.13.3: Mud Springs Designated Routes .............................................................................. 108
Figure 2.13.4: Phil's World Designated Routes ............................................................................... 109
Figure 2.14.1: Special Recreation Management Areas, Tres Rios Field Office ...................................... 123
Figure 2.14.2: Summer Recreation Opportunity Spectrum ................................................................. 124
Figure 2.14.3: Winter Recreation Opportunity Spectrum ................................................................... 125
Figure 2.15: Scenic Integrity Objective and Visual Resource Management ........................................... 131
Figure 2.18.1: Lands Available for Disposal, Tres Rios Field Office ..................................................... 145
Figure 2.18.2: Designated Utility Corridors, Communication Sites, and Transmission Lines .................. 146
Figure 2.19.1: Areas of Locatable Mineral Potential ........................................................................ 154
Figure 2.19.2: Solid Leasable Minerals ......................................................................................... 155
Figure 2.19.3: Oil and Gas Leasing Availability and No Surface Occupancy Stipulations ...................... 156
Figure 2.19.4: Oil and Gas Leasing Availability and Controlled Surface Use Stipulations ..................... 157
Figure 2.19.5: Oil and Gas Leasing Availability and Timing Limitation Stipulations .............................. 158
Figure 2.21: Abandoned Mine Lands Repositories ........................................................................... 165
Figure 3.1: Geographic Areas ...................................................................................................... 170
Figure 3.5: Management Areas, San Juan National Forest ............................................................... 184
Figure 3.6: Recommended Wilderness .......................................................................................... 193
Figure 3.8: Lands Managed for Wilderness Characteristics .............................................................. 196
Figure 3.9: Suitable Wild and Scenic Rivers .................................................................................. 199
Figure 3.12: Research Natural Areas ............................................................................................ 205
Figure 3.27.1: Special Areas and Designations, Tres Rios Field Office ............................................... 240
Figure 3.27.2: Special Areas and Designations, San Juan National Forest ......................................... 241

BLM_0033749

# List of Acronyms

| | |
|---|---|
| ACEC | Area of Critical Environmental Concern |
| AML | Abandoned Mine Lands |
| AMP | allotment management plan |
| ANC | acid neutralizing capacity |
| APHIS | Animal Plant Health Inspection Services |
| AQRV | air quality related value |
| ARSG | Animas River Stakeholders Group |
| ATV | all-terrain vehicle |
| AUM | Animal Unit Month |
| BLM | Bureau of Land Management |
| BMP | best management practice |
| CFR | Code of Federal Regulations |
| $CO_2$ | carbon dioxide |
| CPW | Colorado Parks and Wildlife |
| CRA | Colorado Roadless Area |
| CRMP | Cultural Resource Management Plan |
| dBA | A-weighted decibel |
| dbh | diameter at breast height |
| DMR | Durango Mountain Resort |
| EA | Environmental Assessment |
| EIS | Environmental Impact Statement |
| EO | Executive Order |
| EPA | U.S. Environmental Protection Agency |
| ESA | Endangered Species Act of 1973 |
| FACTS | Forest Service Activity Tracking System |
| FAMS | Facilities Asset Management System |
| FEIS | Final Environmental Impact Statement |
| FLPMA | Federal Land Policy and Management Act of 1976 |
| FMP | Fire Management Plan |
| FONSI | Finding of No Significant Impact |
| FRCC | Fire Regime Condition Class |
| FSH | Forest Service Handbook |
| FSM | Forest Service Manual |
| GIS | geographic information system |
| GPRA | Government Performance and Results Act |
| HMA | Herd Management Area |
| HMAP | Herd Management Area Plan |
| HRV | Historical Range of Variability |
| HUC | Hydrologic Unit Code |
| IM | Instruction Memorandum |
| IOPs | interagency operating procedures |
| Infra | Infrastructure database |
| IRA | inventoried roadless area |
| KRCRA | Known Recoverable Coal Resource Area |

BLM_0033750

| | |
|---|---|
| kV | kilovolt |
| LANDFIRE | Landscape, Fire and Resource Management Planning Tools |
| LEED | Leadership in Energy and Environmental Design |
| LRMP | Land and Resource Management Plan |
| LTSYC | Long-Term Sustained-Yield Capacity |
| MA | Management Area |
| MIS | Management Indicator Species |
| MMBF | millions of board feet |
| MMCF | million cubic feet |
| MOU | Memorandum of Understanding |
| MUSY | Multiple-Use Sustained-Yield Act |
| MW | megawatt |
| NAGPRA | Native American Graves Protection and Repatriation Act |
| NEPA | National Environmental Policy Act |
| NFMA | National Forest Management Act of 1976 |
| NFPORS | National Fire Plan Operations and Reporting System |
| NFS | National Forest System |
| NHPA | National Historic Preservation Act |
| NREL | National Renewable Energy Laboratory |
| NRHP | National Register of Historic Places |
| NRM | Natural Resource Manager |
| NSO | No Surface Occupancy |
| OHV | off-highway vehicle |
| ORV | outstandingly remarkable value |
| PAS | Performance Attainment System |
| PEIS | Programmatic Environmental Impact Statement |
| PFYC | Potential Fossil Yield Classification |
| ppm | parts per million |
| PRPA | Paleontological Resources Preservation Act |
| PSD | Prevention of Significant Deterioration |
| RAMP | Recreation Area Management Plan |
| RIPS | Rangeland Improvement Project System |
| RMZ | Recreation Management Zone |
| RNA | research natural area |
| ROS | Recreation Opportunity Spectrum |
| SJNF | San Juan National Forest |
| SRMA | Special Recreation Management Area |
| TIM | Timber Information Manager |
| TMDL | total maximum daily load |
| TNC | The Nature Conservancy |
| TRFO | Tres Rios Field Office |
| TSPQ | Timber Sale Program Quantity |
| USC | United States Code |
| USDA | U.S. Department of Agriculture |
| USDI | U.S. Department of the Interior |
| USFS | U.S. Forest Service |

BLM_0033751

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| USFWS | U.S. Fish and Wildlife Service |
|-------|--------------------------------|
| USGS | U.S. Geological Survey |
| WFRP | Wildlife, Fish, and Rare Plants information system |
| WSA | wilderness study area |
| WSR | Wild and Scenic River |
| WSRA | Wild and Scenic River Act |
| WUI | wildland urban interface |

BLM_0033752

# CHAPTER 1 – INTRODUCTION

## 1.1  Purpose of the Plan

The purpose of this Land and Resource Management Plan (LRMP) is to provide strategic guidance for future management of all National Forest System (NFS) lands managed by the San Juan National Forest (SJNF) and lands within the Tres Rios Field Office (TRFO) administered by the Bureau of Land Management (BLM), except for those lands included in the BLM's Canyons of the Ancients National Monument. This LRMP guides the restoration or maintenance of the health of these lands to promote a sustainable flow of uses, benefits, products, services, and visitor opportunities. It provides a framework for informed decision making, while guiding resource management programs, practices, uses, and projects. It does not include specific project and activity decisions. Those decisions are made later, after more detailed analysis and further public involvement. The LRMP is adaptive in that it can be amended to update the management direction based on new knowledge and information.

This LRMP is strategic in nature and does not attempt to prescribe detailed management direction to cover every possible situation. While all components necessary for resource protection and restoration are included, the LRMP also provides flexibility needed to respond to uncertain or unknown future events and conditions such as fires, floods, climate change, changing economies, and social changes that may be important to consider at the time future decisions are made. Implementation of the LRMP is contingent upon future funding and staffing levels.

The LRMP has been prepared pursuant to the requirements of the Federal Land Policy and Management Act of 1976 (FLPMA), the BLM's planning regulations at 43 Code of Federal Regulations (CFR) 1600, the National Forest Management Act of 1976 (NFMA), and the 1982 U.S. Forest Service (USFS) planning regulations (36 CFR 219) as allowed by the transition provision of the 2000 regulations (36 CFR 219.35, revised 2004; the 2012 forest planning regulations currently in effect allow use of the previous regulations for plan revisions initiated before the 2012 regulations took effect [36 CFR 219.17 (b) (3), 2012]). This LRMP is also accompanied by a Final Environmental Impact Statement (FEIS) as required by the regulations used in its development (43 CFR 1601.0–1601.6 and 36 CFR 219.10).

## 1.2  Planning Area: Tres Rios Field Office and San Juan National Forest

The SJNF and TRFO lie amidst the mesas and mountains of southwest Colorado at the junction of the Southern Rockies and the Colorado Plateau (Figure 1.1). Elevations within the area range from about 4,900 to 14,000 feet above mean sea level. These lands consist of diverse landscapes, including large expanses of relatively pristine lands and other areas that are more developed, with roads and a wider variety of human activities evident. The planning area provides opportunities for a broad range of human activities and uses, as well as natural processes, to occur.

The SJNF and TRFO are known for beautiful scenery, outstanding prehistoric and historic features, relatively unconfined recreation opportunities of high quality, and clean water and air. A large portion of the water in southwest Colorado originates in mountainous, headwaters areas of these public lands. The people of southwest Colorado have a strong tie to public lands and participate in their management. Many existing relationships and partnerships with a variety of interests and organizations provide tangible evidence of important attachments to these public lands and offer many opportunities for use, enjoyment, and cooperative stewardship.

SJNF and TRFO lands contain some of the nearest high-elevation areas that offer a cooler-temperature refuge for visitors from states to the south and west. The area is ringed by numerous National Parks and Monuments (including Great Sand Dunes, Chaco, Mesa Verde, Grand Canyon, Canyonlands, and Arches National Parks, as well as Hovenweep, Canyons of the Ancients, and Chimney Rock National Monuments). These factors, plus scenic attractions such as the San Juan Skyway and the Alpine Loop scenic byways, make southwest Colorado a national destination for visitors.

BLM_0033753

The area has a rich heritage, ranging from pre-Puebloan culture to early Hispanic settlements, hard-rock mining, ranching, and contemporary recreation and retirement communities. There are many Native American communities within a few hundred miles that have connections to the area, including 20 Pueblo communities in New Mexico; the Southern Ute and Ute Mountain Ute in Colorado; the Jicarilla Apache, and Navajo tribes in New Mexico; the Hopi Tribes in Arizona; and the Ute Indian Tribe (Uintah and Ouray Reservation) of northeast Utah.

## 1.3   Land and Resource Management Planning Overview

USFS and BLM land and resource management planning is an adaptive process that includes plan development, monitoring, and adjustment based on desired social, economic, and ecological conditions and the evaluation of impacts to those conditions. The overall purpose of planning is to ensure responsible land management based on current information that guides land stewardship to best meet the needs of the American people.

The USFS and the BLM have similar missions that drive the planning process for each agency:

> **USFS:**  to sustain the health, diversity, and productivity of the nation's forests and grasslands in order to meet the needs of present and future generations.

> **BLM:**   to sustain the health, diversity, and productivity of the public lands for the use and enjoyment of present and future generations.

The mission of both agencies is based on the relationship between the American people and their natural resource heritage. This relationship is founded on the principles of sustaining the nation's natural resources for future generations, producing personal and community well-being, and providing economic wealth for the people, communities, and businesses of the nation. Both agencies have strategic plans (as required by the Government Performance and Results Act of 1993 [GPRA], 5 United States Code [USC] 306, 31 USC 1115–1119, and 31 USC 970—9704) aimed at increasing the accountability of federal agencies by measuring their progress toward achieving agency goals and objectives. The strategic plans were used during the development of this LRMP as guidance for developing desired conditions and outcomes.

While there are differences between the planning processes used by each agency, the fundamentals of land and resource planning are shared by both the BLM and the USFS. The two agencies also share similar missions, partners, issues, and constituents. To enhance customer service and provide better stewardship of the land, the SJNF and the TRFO work closely together under a concept known as "Service First." This joint planning effort is a demonstration of the commitment of both offices to build on this Service First partnership and provide coordinated land management across the public lands of southwest Colorado.

### 1.3.1  Bureau of Land Management and U.S. Forest Service Planning

This LRMP is based on the results of two comprehensive and complementary planning efforts, one being resource data driven and the other being public value driven. The first effort provided technical analyses of conditions and trends for social, economic, and ecological elements related to the SJNF and TRFO. These analyses included consideration of new relevant information and legal and policy changes that have occurred since the current plans were developed.

BLM_0033754



# San Juan National Forest and Tres Rios Field Office Figure 1.1

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JER
NAD 83, Polyconic Projection
April 24, 2013

San Juan National Forest and Tres Rios Field Office Land and Resource Management Plan

The second major effort is to gather and use knowledge of the public regarding their values, knowledge, and uses of SJNF and TRFO lands. The initial public participation effort focused on input related to vision, management challenges, land allocations, desired conditions, objectives, and suitable uses of the planning area. Results from the technical analyses were used in the public participation process to inform, focus, and enhance participant dialogue. Additional information from the public was also gathered during the comment periods that accompanied the release of the Draft Environmental Impact Statement (EIS) (2007) and the Supplement to the EIS (2011). The assessments and knowledge gained through public involvement were used to develop and shape the LRMP as described in this volume, as well as the other alternatives that are documented in the FEIS (Volume I). These documents do not address every potential topic that may arise in management of the SJNF and TRFO. Rather, they address the issues that the Responsible Officials (USFS Regional Forester and BLM State Director) have determined to be pertinent to this planning process. A summary of public participation activities is given in Volume III, Appendix S.

Planning generally occurs at three levels within both agencies. At the national level of the USFS, the Chief is responsible for the USFS Strategic Plan, as required by the GPRA. The Strategic Plan establishes goals, objectives, performance measures, and strategies for management of the NFS. The SJNF is one administrative unit of this system. Land management plans are developed at the forest level and are approved by the Regional Forester. The third level is for site-specific projects and activities, which are actions that typically fall under the authority of the Forest Supervisor or District Ranger.

At the national level for the BLM, the Director is responsible for the Annual Operating Plan, which falls under the U.S. Department of the Interior's (USDI's) Strategic Plan as required by the GPRA. The Strategic Plan and the Operating Plan establish goals, objectives, performance measures, and strategies for management of BLM's National System of Public Lands. The TRFO is an administrative unit of this system. Resource management plans are typically developed at the field office level and are approved by the State Director. The third level is for site-specific projects and activities, which are actions usually under the authority of the Field Manager.

BLM and USFS management is authorized and guided by many laws, regulations, and policies. In addition, both agencies have a directives system that consists of manuals and handbooks. These contain the agencies' policies and procedures, and serve as the primary basis for the internal management, control of programs, and administrative direction. Unless needed to provide context, clarity, or emphasis, direction from these sources will not be reiterated in this LRMP. Within the flexible and adaptive framework of both agencies' planning regulations and directives, the guidance set forth by this LRMP should continue to provide a meaningful framework and vision for management into the foreseeable future.

## 1.3.2  Relationship of the LRMP to Other Planning Documents

This LRMP will replace the current San Juan National Forest Land and Resource Management Plan, approved in 1983 and amended 22 times, including a significant, comprehensive amendment in 1992 (USFS 1992a). It will also replace the portions of the current San Juan/San Miguel Resource Management Plan, approved in 1985 and amended seven times, that are currently within the jurisdiction of the TRFO (previously known as the San Juan Resource Area), with the exception of the lands within the Canyons of the Ancients National Monument, which are managed under a plan approved in 2010. The BLM's Uncompahgre Field Office is in the initial stages of revising the plan for other lands covered by the 1985 San Juan/San Miguel Resource Management Plan.

This LRMP is one key document in a set of documents that integrates and displays information relevant to management of SJNF and TRFO lands. Other documents that will form the administrative record for the LRMP include the FEIS; appendices; the Record of Decision (ROD); social, economic, and ecological assessments; the Analysis of the Management Situation report; public participation documentation; objections and disposition record; administrative corrections; and other relevant material. Together these documents provide the background of information, comprehensive analyses, and public involvement that are being used to inform the final decisions for this LRMP.

A separate decision that has been incorporated into this document, apart from the LRMP, is determining the NFS lands that will be administratively available for mineral leasing and the associated stipulations for

BLM_0033756

leasing. A similar decision for BLM lands is made as part of the resource management plan decision. The USFS considers leasing availability decisions to be separate from planning decisions, but closely linked with both planning- and project-level components; therefore, the USFS leasing availability decision has been incorporated into this planning effort.

While this LRMP will be the primary guide to management of the SJNF and TRFO lands, there are several federal, state, tribal, and local planning documents that influence management of nearby lands in southwest Colorado, which have been considered throughout this planning process and reviewed for consistency with this LRMP.  An analysis of these plans is provided in Volume III, Appendix W.

### 1.3.3 LRMP Consistency

All projects and activities authorized by the BLM and the USFS must be consistent with LRMP (16 USC 1604(i), 43 CFR 1601.5-3). A project or activity will be considered consistent with this LRMP if it is consistent with the desired conditions, objectives, standards, guidelines, suitability determinations, allowable uses, and other management actions and decisions approved in the LRMP.

If a project or activity as proposed would not be consistent with the LRMP, the Responsible Official has the following options:

- modify the proposal so that the project or activity will be consistent;
- reject the proposal; or
- amend the LRMP contemporaneously with the approval of the project or activity so that the project or activity is consistent with the LRMP, as amended. The amendment may be limited to apply only to the project or activity or may apply more broadly.

This LRMP does not grant, withhold, or modify any contract, permit, or other legal instrument, and does not authorize projects or activities, except where specifically noted. Decisions to approve or authorize specific projects are considered separately from the LRMP during the appropriate time to make such decisions. National Environmental Policy Act (NEPA) compliance is required for any project-level decision that may have an impact on the environment. Project-level decisions must be informed by site-specific analysis through an open, public process. This allows the latest science and public input to be employed at the time decision is to be made.

## 1.4   LRMP Organization, Content, and Terminology

The management direction and guidance presented in Chapter 2 is organized by resource and resource use, and applies across the entire SJNF and TRFO landscapes, except where specifically noted. Additional plan direction that applies only to specific areas within the SJNF and TRFO is presented in Chapter 3. All of this direction is divided into three interrelated components: 1) *desired conditions*, which, when taken as a whole, make up the vision for management of the planning area; 2) *objectives, suitability, and allowable uses*, which comprise the plan strategy that will be used to achieve the vision; and 3) *standards and guidelines*, which are the criteria and controls used to execute the strategy. This management direction and guidance should be followed in future implementation of projects and activities, and is also referred to as the *plan components, or LRMP components*. The purpose of each of these plan components is described in greater detail below. The number of plan components under each resource or area varies due to the varying complexity of the resource, the extent of existing management direction already provided by law and policy, the need for action, and SJNF and TRFO priorities. Some resources or areas may not include all types of plan components.

Finally, a monitoring plan has been developed to evaluate progress toward achieving desired conditions and objectives, and to determine how well management requirements, such as standards and guidelines, are being applied. Programmatic direction for monitoring and evaluation is included to provide a framework for subsequent monitoring.

All direction in this LRMP applies to both SJNF and TRFO lands, unless otherwise noted. The LRMP makes no decisions applicable to other ownerships or jurisdictions.

BLM_0033757

Because this LRMP applies to two different agencies, its format and some of its terminology vary from conventional land and resource management plans for either agency. This LRMP attempts to incorporate the format of both agencies and use the same terminology to the extent possible, but some exceptions exist where needed to match legal or policy direction that differs by agency. Table 1.4.1 shows the terminology used in this document as compared to that which each agency typically uses to identify various types of plan decisions. Definitions for the terminology used in the LRMP tie to each agency's planning guidance as described in Section 1.4.1.

**Table 1.4.1: Land and Resource Management Plan Components and U.S. Forest Service and Bureau of Land Management Decision Types**

| LRMP Component Terminology | Conventional USFS Plan Decision Terminology | Conventional BLM Plan Decision Terminology |
|---|---|---|
| Desired Conditions | Desired Conditions | Goals |
| Objectives | Objectives | Objectives |
| Suitability and Allowable Uses | Suitable Uses | Allowable Uses |
| Standards | Standards | Management Actions |
| Guidelines | Guidelines | Guidelines |

## 1.4.1  LRMP Components

### Desired Conditions

**USFS:** Desired conditions encompass the overarching goals of land and resource management. They are statements of the social, economic, and ecological attributes and values toward which management strives to achieve and characterize or exemplify the desired outcomes of land management. They describe how the area is expected to look and function in the future. Some desired conditions are general, while others are quite specific.

Desired conditions are aspirations; they may only be achievable over the long term. Collectively, specific projects implemented subsequent to this LRMP should contribute to maintaining and/or achieving desired conditions, but no single project should be expected to contribute to meeting all desired conditions. Identifying and establishing desired conditions is the central focus of this LRMP.

**BLM:** Desired conditions are broad-scale direction that guides future land management actions and subsequent site-specific implementation decisions. Desired conditions in this LRMP are referred to as "goals" in conventional BLM resource management plans.

### Objectives

**USFS:** Objectives are concise projections of measurable, time-specific intended outcomes. Objectives are a means of progressing toward maintaining and/or achieving desired conditions. As with desired conditions, they are aspirations, not commitments or final project decisions. Implementation and achievement would rely upon sufficient funding and staffing levels.

**BLM:** Objectives identify specific desired outcomes for resources. Objectives are usually quantifiable and measurable and may have established timeframes for achievement (as appropriate). As with desired conditions, they are aspirations, not commitments or final project decisions. Implementation and achievement would rely upon sufficient funding and staffing levels.

BLM_0033758

## Suitability and Allowable Uses

**USFS:** Suitability is defined by the capability of an area to accommodate specific uses and activities in a sustainable manner based on the area's inherent biophysical characteristics, public input, and balancing desired conditions for multiple resources. Suitability determinations are general determinations derived from modeling exercises at the landscape level that can be refined as necessary at the project level. Suitability determinations in this LRMP are made for the timber, grazing, and travel programs. The allowable use tables in Chapter 3 portray suitability of these uses for specific areas and also identify other activities that are allowed, restricted, or prohibited within each area.

**BLM:** Allowable uses refer to those allocations that identify surface lands and/or subsurface mineral interests where uses are allowed, restricted, or prohibited to meet desired conditions or objectives.

## Standards

**USFS:** A standard is an approach or condition that is determined to be necessary to meet desired future conditions and objectives, and/or to ensure the long-term viability of resources. A standard (worded as "must" or "shall") describes a course of action that must be followed or a level of attainment that must be reached. Deviations from standards would require analysis and documentation through a subsequent land management plan amendment.

**BLM:** Standards are actions anticipated to achieve desired outcomes, including actions to maintain, restore, or improve land health. Actions include proactive measures, as well as measures or criteria that will be applied to guide day-to-day activities occurring on public land. Standards in this LRMP are referred to as "management actions" in conventional BLM resource management plans.

## Guidelines

**USFS:** A guideline (worded as "should") is presumptively a requirement to meet desired future conditions and objectives, and/or to ensure the long-term viability of resources. Guidelines are put forward in this LRMP in recognition that there may be circumstances that could generate or require alternative, more appropriate means for meeting desired future conditions and objectives, and/or to ensure the long-term viability of resources. It is also recognized that there may be limited individual circumstances where the need for a guideline no longer exists or the applicability of a guideline is otherwise altered (e.g., changes in surrounding land use that may render a guideline ineffective). In these situations a guideline has been determined to be more appropriate than a standard by allowing some flexibility in approach as conditions change and new information is obtained. The use of guidelines in this LRMP is an acknowledgement that a single ideal approach for meeting our desired future conditions and objectives, and/or ensuring the long-term viability of resources may yet to be identified, and that there may be nuances in any given management situation that warrant a modified approach. If the Responsible Official for a project decision finds that deviation from a guideline is necessary, he or she must record the reasons for deviation as part of the project decision and explain how the intent of the guideline—as established by the desired future conditions and objectives, and/or need to ensure long-term viability of resources—is being met through alternative means. If the intent of the guideline is met through alternative means, a land management plan amendment typically would not be required.

**BLM:** A guideline refers to a practice, method, or technique determined to be appropriate to meet or move towards a desired condition. Guidelines may be adapted or modified when monitoring or other information indicates the guideline is not effective.

## Additional Guidance

The development and implementation of projects on BLM and NFS land is also guided by other sources, including applicable federal laws and regulations, executive orders, directives (manuals and handbooks), state and local laws and regulations, and best management practices (BMPs). This LRMP includes references to other applicable guidance where appropriate, but guidance from laws, regulations, policies, and agency directives is generally not detailed unless necessary to emphasize or highlight information.

BLM_0033759

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

## 1.4.2  Administrative Actions

Administrative actions are the day-to-day activities required to serve the public and to provide optimum management of SJNF and TRFO resources. These actions are allowable by regulation and do not require authorization within this LRMP and generally do not require site-specific analysis under NEPA. For example, in day-to-day management of the TRFO, the BLM is responsible for law enforcement activities that need not be authorized under the LRMP. Additionally, the SJNF may authorize or restrict access in certain areas in emergency situations (such as wildfire) or coordinate with other agencies and organizations, such as Colorado Parks and Wildlife (CPW), for specific activities that may not require site-specific NEPA documentation efforts. Other examples of administrative actions include, but are not limited to, mapping, surveying, inventory, monitoring, and research studies. These and other administrative actions will be conducted in the within the SJNF and TRFO, sometimes in partnership with other landowners, agencies, or entities. The degree to which these actions are carried out depends on agency policies, available personnel, funding levels, and further environmental analysis and decision-making, as appropriate.

## 1.5   Opportunities and Challenges in the San Juan National Forest and Tres Rios Field Office

### 1.5.1  Distinctive Nature of the Planning Area

The SJNF and TRFO have distinct characteristics that set them apart from other places. Some key characteristics are described below.

#### Diverse Geography

The SJNF and TRFO, which lie within the Colorado Plateau and Southern Rocky Mountains ecoregions, display tremendous geographic diversity. They range from about 4,900 feet in the canyon country (near the Utah border) to over 14,000 feet in the high peaks of the San Juan Mountains. The tremendous geologic, topographic, climatic, and vegetative diversity associated with these lands supports an unusually broad variety of biodiversity, as well as a wide range of habitats for flora and fauna. The variety of ecosystems found throughout the planning area, including semi-desert grasslands, pinyon-juniper woodlands, ponderosa pine forests, spruce-fir forests, alpine tundra, riparian areas, and wetlands, offer exceptional diversity in scenery and recreational opportunities.

#### Scenery and Tourism

The diverse geography of the planning area provides for remarkable scenery and attracts many visitors. The proximity to numerous national parks and national monuments in the Four Corners (including Mesa Verde, Grand Canyon, Canyonlands, and Arches National Parks, as well as Hovenweep, Canyons of the Ancients, and Chimney Rock National Monuments), as well as scenic attractions (including the San Juan Skyway, the Alpine Loop Scenic Byway, and the Durango-Silverton Narrow Gauge Railroad), make southwest Colorado a national destination for visitors.

#### Recreation

The size and the diversity of the planning area make a vast array of recreational opportunities activities possible, including scenic driving, all-terrain vehicle (ATV) use, mountain biking, hiking, horseback riding, camping, fishing, hunting, boating, and guided trips. Past mining, logging, and grazing activities have created an impressive transportation network that provides people access to public lands to engage in the recreational experiences they seek.

#### Undeveloped Lands

Within the planning area, there are large undeveloped lands where natural ecological processes proceed with minimal human interference. These lands provide habitat for wide-ranging species, as well as linkages that facilitate species movements and gene flow. They act as reserves that protect the ecosystems and the full range of biological diversity within them. The planning area includes over 420,000 acres designated as

BLM_0033760

wilderness, including the Weminuche, the largest wilderness area in Colorado. There are an additional 566,100 acres of Colorado Roadless Areas (CRAs) within the SJNF and over 120,000 acres of BLM lands with wilderness characteristics, including wilderness study areas (WSAs).

## Heritage Resources

The lands within the planning area have a long and rich prehistoric and historic record that goes back approximately 10,000 years. Within the area, many important discoveries and a great depth of archeological research has taken place. The archeological record of the area contains evidence of the earliest agricultural societies in the region. The historic record includes artifacts of Spanish and Euro-American explorers, trappers, miners, and settlers. This long record of human occupation has left one of the highest densities of prehistoric and historic cultural resources found anywhere in the United States.

## Energy Minerals

The lands within the planning area contribute significantly to the nation's ability to produce natural gas. At least 90 billion cubic feet (which is enough energy to heat a million homes) are produced annually. The utilization of the rich mineral resources of the planning area need not only be done in such a way that it means getting the most amount of resource as is practicable for the minimal amount of disturbance, and that the taxpayer, federal, state, and local governments, get the maximum royalty (as applicable) for minerals produced on public lands. This means making sure that BMPs are used to prevent waste and verify production. It also means making sure that utilization of one mineral resource is not done in such a way that it might preclude or diminish the ability to be utilized in the future.

## American Indian Rights and Interest

The SJNF and TRFO work collaboratively with the 26 Native American tribes and pueblos that claim cultural affiliation with lands under each agency's jurisdiction to ensure that management issues of concern to the tribes and pueblos are addressed. Below is a list of tribes and pueblos that claim cultural affiliation with SJNF and TRFO lands. All applicable USFS and BLM policy addressing tribal treaty rights and federal trust responsibilities will continue to be followed. The SJNF and TRFO recognize the unique sovereign nation status that the Native American tribes and pueblos have with the United States government.

### *Tribes and Pueblos that Claim Cultural Affiliation with SJNF and TRFO Lands*

- Jicarilla Apache Nation
- Kewa Pueblo (formerly Pueblo of Santo Domingo)
- Navajo Nation
- Ohkay Owingeh (formerly Pueblo of San Juan)
- Pueblo of Acoma
- Pueblo of Cochiti
- Pueblo of Isleta
- Pueblo of Jemez
- Pueblo of Laguna
- Pueblo of Nambe

- Pueblo of Picuris
- Pueblo of Pojoaque
- Pueblo of San Felipe

- Pueblo of San Ildefonso
- Pueblo of Sandia

- Pueblo of Santa Ana
- Pueblo of Santa Clara

- Pueblo of Taos
- Pueblo of Tesuque
- Pueblo of Zia
- Southern Ute Indian Tribe
- The Hopi Tribe
- Uintah and Ouray Ute Indian Tribe
- Ute Mountain Ute Tribe
- Ysleta del Sur Pueblo
- Zuni Tribe

The Ute Mountain Ute and the Southern Ute tribes are both major contributors to the area economy and are among the largest employers in Montezuma and La Plata Counties, respectively. Both tribes have diversified

BLM_0033761

economies including gaming, oil and gas development, and natural resource development on tribal lands. The Southern Ute Tribe also plays a major role in land and housing development in La Plata County.

## The Brunot Agreement

The Brunot Agreement, ratified by Congress in 1874, withdrew over 5,000 square miles in the mountains of southwest Colorado from the 1868 Ute Reservation. The agreement, entered into between the United States (as represented by Felix Brunot) and the Ute Indians in Colorado, was passed into law (18 Stat., 36) by the House of Representatives and the Senate of the U.S. Congress on April 29, 1974 (after Congress decided in 1871 that the United States would no longer make treaties with Native American tribes, yet continued to interact with Native American tribes in much the same manner through executive orders and agreements enacted as statutes). Under the "reserved rights doctrine," hunting rights on reservation lands relinquished by the Utes were retained; that is, the tribes retained such rights as part of their status as prior and continuing sovereigns. Article II of the Bruno Agreement specified that "the United States shall permit the Ute Indians to hunt upon said lands so long as the game lasts and the Indians are at peace with the white people." The Ute Mountain Ute Tribe's hunting rights were acknowledged when the tribe sued the State of Colorado for their historical hunting rights in 1978. The rights were granted to the tribe under a consent decree that gave enrolled members of the Ute Mountain Ute Tribe the right to hunt deer and elk in the Brunot area for subsistence, religious, or ceremonial purposes. The consent decree specified that tribal members may hunt deer and elk without a state license year-round, providing that they obtain a tribal hunting permit. In 2013, the Ute Mountain Ute Tribe re-negotiated this agreement with the State of Colorado to include the Tribe's fishing rights and the right to hunt a certain number of black bears, moose, mountain goats, big horn sheep and mountain lions, in addition to the existing take of elk and mule deer within the Brunot area. Other game animals may be hunted without a license and without bag limits, but only during hunting seasons established by CPW. In 2008, the Southern Ute Indian Tribe signed an agreement with the State of Colorado which reinstated their hunting and fishing rights within the Brunot area. The SJNF and TRFO will continue to ensure that the hunting and fishing rights of the 1873 Brunot Agreement are upheld on public lands under their management jurisdictions. In exercising their Brunot hunting rights, the Ute Mountain Ute and Southern Ute tribal members are required to adhere to federal policy and regulations designed to protect natural and cultural resources.

The SJNF and TRFO will continue to allow tribal members to collect botanical and other special forest products from public lands within the constraint of ecological sustainability. The SJNF and TRFO will also coordinate and collaborate with tribal governments to increase awareness and knowledge of culturally significant plants, and will consider potential impacts on culturally significant plants in project design and implementation. Prescribed burn plans, noxious weed control, and other management projects should address and consider traditional uses and traditional management of culturally significant plants.

Important cultural areas and traditional cultural properties will be protected for current and future tribal use. The SJNF and TRFO will continue to consult with tribes and pueblos, and knowledgeable individuals to identify important cultural areas and traditional cultural properties. If requested by the tribes, the SJNF and TRFO will keep information on such localities and uses confidential.

The SJNF and TRFO will maintain and strengthen the existing relationship of government-to-government consultation between the USFS and BLM and these 26 Native American tribes and pueblos. The SJNF and TRFO will develop consultation protocols and other formal agreements between the USFS and BLM and Native American Indian Tribes with direct communication between USFS and BLM line officers and tribal officials. The SJNF and TRFO will provide opportunities for tribal participation and partnerships in educational, interpretive, social, and economic programs and will continue to work with the tribes and pueblos to educate the public on appropriate and respectful etiquette when visiting culturally sensitive sites.

BLM_0033762

## 1.5.2 Management Challenges

There are several unique management challenges on public lands in southwest Colorado related to the distinct characteristics of the area described above. These challenges, summarized below, were considered by the agencies and the public in developing plan guidance and frame much of what is presented in this LRMP.

# Meeting Recreation Demand

The local population surrounding the SJNF and TRFO is projected to increase by approximately 66,500 residents by 2040 (see Section 3.30 of the FEIS for demographic projections). Demand for recreational opportunities is expected to increase, along with the increase in the population. Anticipating demand for changing recreational opportunities—such as greater interest in downhill-specific mountain bike routes or geo-caching—is important as well. Meeting this increasing demand without compromising the integrity of ecosystems requires careful planning and management.

# Balancing Multiple Uses

Land management conflicts are common within the planning area, especially as people engaging in different uses increasingly compete for the same piece of land. SJNF and TRFO lands that are adjacent to private lands (referred to as the wildland-urban interface, or WUI) can also create a number of management challenges, including fire management, fuels reduction, recreation conflicts, and wildlife habitat preservation/protection as well as energy and mineral exploration and development. Complex land ownership patterns also create management challenges, including issues and conflicts in relation to boundaries, easements, public access, and roads.

# Managing Water-related Issues

Water-related issues will continue to present complex and significant challenges throughout the planning area. Public land managers will continue to be called upon to maintain clean water, protect water-dependent ecosystems, protect rare or threatened and endangered aquatic species, and perform watershed restoration while, at the same time, continuing to supply water for a variety of existing and future consumptive needs and multiple uses.

The population surge in the West continues to increase the diversion and the consumptive use of water and, at the same time, increases the demand for water-based recreation. Changes in the status quo of water appropriation and the complexity of federal water management policy are a deep concern of state governments and senior water rights holders. The ongoing regional drought has accelerated state initiatives designed to develop new water storage and diversion projects of various sizes. Regional climate shifts and global climate change could further exacerbate the complexity of these issues.

# Climate Change

Because we do not understand every complex interaction between a warming climate and the ecosystems of SJNF and TRFO lands, the vision and strategies for climate change in this LRMP focus primarily on maintaining the health, diversity, and the productivity of SJNF and TRFO lands and focusing on ecosystems that have already demonstrated sensitivity or are considered most at risk. In the short term, both the USFS and BLM plan to continue improving their understanding of ecosystem changes. The agencies also intend to pursue long-term monitoring projects. There are many flora and fauna populations that are vulnerable because of their narrow range of habitat, small populations, or limited ability to adapt or tolerate change. Specific strategies have been developed for these vulnerable species, as well as for important ecosystems that are already undergoing rapid change.

The SJNF's and TRFO's response to ecosystem change as a result of climate change includes a variety of adaptation and mitigation strategies. The primary strategy will be to manage for healthy, resilient ecosystems. It is also recognized that ecosystems have always been dynamic. Early detection of ecosystem changes that result from climate change will require detailed, regularly scheduled monitoring.

BLM_0033763

Desired conditions and objectives for climate change are interrelated with managing for healthy ecosystems. LRMP components related to climate change are dispersed throughout the resource sections of the LRMP and are all identified in Volume III, Appendix G.

Administrative and permitted activities on the SJNF and TRFO will emit the lowest practicable greenhouse gas emissions and have the smallest ecological footprint possible to promote sustainable natural resource management. In addition, the SJNF and TRFO will continue to explore and increase the use of renewable energy to power administrative facilities.

BLM_0033764

# CHAPTER 2 – RESOURCE DIRECTION

## 2.1   Ecological Framework and the Conservation of Species

The following strategies, concepts, and components are used in this LRMP to establish an ecological framework for the conservation and management of ecosystems, habitats, and species. These are overarching strategies that have relevance to a wide range of program areas and agency actions occurring on TRFO and SJNF lands. They are especially important to the four program areas of terrestrial ecosystems and plant species, terrestrial wildlife, riparian and wetland ecosystems, and aquatic ecosystems (Sections 2.2–2.5).

### 2.1.1  Sustainable Ecosystem Strategy

Ecosystems are communities of living organisms interacting with each other and with their physical environment (Kaufmann et al. 1994). They are dynamic systems that change in response to succession, climate, and the effects of disturbances, including those caused by fire, insects, disease, drought, wind, and humans. Humans are an integral part of ecosystems and depend on them for their short- and long-term well-being. In order to meet the social and economic needs of future generations, ecosystems are to be managed for sustainability. To ensure the long-term sustainability of ecosystems, humans must manage within the physical and biological capabilities of the land, maintain all of the ecological components and processes, and not irreversibly alter ecosystem integrity and resilience. The concept of sustainability is a fundamental component of the LRMP and is guided by the Multiple-Use Sustained-Yield Act (MUSY) and the FLPMA. The MUSY directs that federal lands are managed in a manner that provide a framework of social, economic, and ecological conditions that sustain native ecosystems, support a diversity of native plant and animal species, and provide a continuous flow of goods and services to the nation. The FLPMA directs that public lands be managed based on multiple use and sustained yield, as well as the protection of other values including, but not limited to, scenic, historical, ecological, environmental, air and atmospheric, and water resource values.

The MUSY identifies three interrelated and interdependent elements of sustainability for the USFS: social, economic, and ecological. Social and economic sustainability is associated with the provision of goods and services from the TRFO and SJNF to people and communities over the long term. Sustainability takes into account the social and economic conditions of the planning area, including recreational opportunities, multiple uses that contribute to local and regional economies, and cultural resources. Ecological sustainability is intended to provide the ecological conditions that maintain or restore the diversity of native ecosystems and natural disturbance processes. This in turn will maintain suitable habitats for a wide range of plant and animal species and provide for the diversity and viability of plant and animal species, populations, and communities. When applied effectively, the sustainable ecosystems strategy will result in ecological conditions similar to those under which native species evolved. Achieving these conditions offers some assurance against further losses of biodiversity (Seymore and Hunter 1999). Managing for ecological sustainability is intended to ensure that ecosystems of the TRFO and SJNF continue to maintain the ecological conditions necessary to provide goods and services needed by people and communities, now and in the future. This strategy is also consistent with the management of public lands as prescribed under the FLPMA.

The sustainable ecosystems strategy of the TRFO and SJNF includes 1) protected area designation and preservation (a coarse-filter approach), 2) ecosystem management using sustainable ecosystem concepts, 3) the development and application of plan components (desired conditions, objectives, standards, and guidelines) that provide a framework for the management and preservation of ecosystems, and 4) monitoring the effects of management activities on the TRFO and SJNF and the application of adaptive management principles. Effective monitoring and evaluation of how management activities are affecting ecosystems and species, and the correct application of adaptive management principles, will be critical to maintaining functional, sustainable ecosystems and addressing the needs of dependent species. Refer to Chapter 4 for a description of the SJNF and TRFO monitoring components.

BLM_0033765

## 2.1.2  Disturbances and the Historical Range of Variability

Major disturbances, including those caused by fire, insects, disease, drought, wind, floods, and humans, can have a profound effect toward shaping the composition, structure, and function of ecosystems at multiple scales and in creating a heterogeneous pattern of vegetation communities and habitats across the planning area. Disturbances vary in magnitude, size, and frequency, some of which humans have little control over. Multiple disturbances can interact in complex ways and often act in concert, which can predispose ecosystems to more intense effects. Many of these disturbances have significant long-term effects on terrestrial, riparian area and wetland, and aquatic ecosystems. It is not a question of whether disturbances will happen, but when, where, and at what scale they will happen. Disturbances can have a major influence (adverse or beneficial) on the agencies' ability to achieve the desired conditions and objectives of the LRMP.

The Historical Range of Variability (HRV) of ecosystems is determined by major disturbances and also less dramatic changes occurring over a long period of time. HRV is an important concept used in the LRMP to guide the management of ecosystems and to achieve ecosystem sustainability. HRV provides a tool used to gain a better understanding of complex ecological systems. It can be used to establish an ecological baseline, allowing managers to identify trends, assess the need for ecological restoration, and evaluate the consequences of management activities (Kaufmann et al. 1994; Kulakowski and Veblen 2006; Landres et al. 1999; Moore et al. 1999; Swetnam et al. 1999; Veblen and Donnegan 2005). HRV describes a dynamic set of boundaries within which most native biota have persisted through time and across space (Landres et al. 1999; Swetnam et al. 1999).

Using a reference period of indigenous settlement that occurred from the 1500s to the late 1800s, HRV first describes the range of ecological conditions that occurred on TRFO and SJNF lands under more "natural" disturbance regimes. Conditions occurring during this period represent those that existed prior to European-American settlement, which introduced sweeping ecological changes due to activities such as large-scale timber harvest, livestock grazing, fire suppression, dams, consumptive water uses, and roads.

The HRV is then used to evaluate the current ecological conditions of ecosystems on TRFO and SJNF lands by comparing them to the ecological conditions that occurred during the reference period. The HRV concept assumes that as ecological conditions depart from the range of historic conditions (primarily due to human actions), the risk of species loss increases (Duffy et al. 1999). Since native species evolved under HRV conditions, maintaining a full range of similar conditions will offer some assurance against the loss of biodiversity (Seymore and Hunter 1999). As reflected in the desired conditions, objectives, and standards and guidelines that follow, the intent is to use HRV to better describe and understand ecosystems within TRFO and SJNF lands and to help develop attainable LRMP components that are intended to protect and sustain ecosystems and species, while meeting a variety of public needs where possible. The intent is not to mandate that HRV conditions be achieved in all cases.

## 2.1.3  Protected Areas

Protected areas are key components of the sustainable ecosystems strategy. Protected areas are lands especially dedicated to the protection and maintenance of biological diversity (International Union for Conservation of Nature 1994).They are large, mostly unaltered, undeveloped, and roadless lands that contain terrestrial, riparian area and wetland, and aquatic ecosystems at multiple scales. They serve as conservation reserves and refuges to protect the native biodiversity within them (Norton 1999; Noss 1991). They also provide wildlife movement corridors and landscape linkage areas that connect habitats and landscapes, which in turn facilitate the interaction of species.

Management objectives for protected areas on TRFO and SJNF lands include:

- Preserving habitats, ecosystems, and species in as undisturbed a state as possible;
- Conserving the area's biodiversity through protection, not through active management;
- Ensuring the integrity of its ecosystems; and
- Maintaining established ecological processes.

BLM_0033766

Establishing and preserving protected areas is a means to maintain ecosystem diversity, which presumably will protect the diversity and viability of native plant and animal species and communities, and the ecological processes occurring within those ecosystems. The maximum level of biodiversity will be preserved if the maximum diversity of habitats is represented in protected area networks (Noss and Peters 1995; Scott et al. 1993). The establishment and preservation of protected areas is analogous to the Nature Conservancy's (TNC) coarse-filter conservation approach, which is well-documented in the literature and has broad support in the scientific community (Hunter et al. 1988; Noss 1987; TNC 1982). Protected areas, which make up about 48% of public lands within the planning area, include wilderness areas, the Piedra Area, WSAs, research natural areas (RNAs), and CRAs (see Figure 2.1.1).

Unaltered, unroaded, high-elevation terrestrial, riparian, and wetland ecosystems are very well represented in protected areas on both SJNF and TRFO lands. These include alpine areas, spruce-fir forests, aspen forests, Thurber fescue mountain grasslands, riparian forests and shrublands, fens, and herbaceous riparian areas and wetlands. Unaltered, unroaded, mid-elevation ecosystems are also well represented in SJNF and TRFO protected areas. These include cool-moist mixed conifer forests, warm-dry mixed conifer forests, ponderosa pine forests, pinyon-juniper woodlands, mountain shrublands, Arizona fescue mountain grasslands, deciduous riparian forests and shrublands, and herbaceous riparian areas and wetlands. Unaltered, unroaded, low-elevation ecosystems are less common and not as well represented in protected areas in the planning area. These include sagebrush shrublands, semi-desert shrublands and grasslands, deciduous riparian forests, and hanging gardens. For aquatic ecosystems, both lotic (running water) and lentic (standing water) ecosystems are well represented throughout the network of protected areas in the planning area. However, these waters are almost exclusively cold water systems. Warm water systems are not well represented within the SJNF and TRFO protected areas.

## 2.1.4  Ecosystem Management

Ecosystem management is an important integrating component of the sustainable ecosystems strategy. Ecosystem management uses an ecological approach to blend the social, economic, and ecological needs and values to assure productive, sustainable ecosystems, perpetuate natural disturbance regimes, and allow human uses that do not result in long-term ecological degradation (Kaufmann et al. 1994; Noss and Cooperrider 1994). Outside the designated protected areas described above, a wide range of public uses and management activities occur on TRFO and SJNF lands. For these lands, the application of sustainable ecosystem management principles is critical to maintaining ecosystems, providing for biological diversity, and maintaining populations of fish, wildlife, and plant populations. Ecosystem management on SJNF and TRFO lands, which uses the HRV for reference, will be implemented by maintaining or restoring the composition (plant species, animal species, and vegetation types), structure (size, density, and arrangement of live and dead vegetation, stream channel attributes), function (ecological processes and disturbances), and physical environment (soils, water, and geomorphology) of ecosystems. Ecological assessments specific to the SJNF and TRFO are used to describe current ecological conditions in and adjacent to the planning area (Romme et al. 2009; USFS 2005a). The ecosystem management approach will be implemented at multiple scales using terrestrial, riparian area and wetland, and aquatic ecosystems as the primary analysis units. The approach is intended to protect and maintain these ecosystems and ensure the diversity and population viability of the majority of species within them.

## Species Management Strategy

Species that may not be adequately recognized or protected by the above ecosystems management approach, or whose specific habitat needs or other life requirements may not be fully met under the sustainable ecosystems strategy, will be given special management considerations, including the development of LRMP components that contribute to the conservation of those species. This species conservation approach is analogous to TNC's fine-filter approach that protects species with known conservation concerns (Hunter et al. 1988; Noss 1987; TNC 1982). The species conservation approach may be needed for species at risk of extinction, species that are highly vulnerable to disturbances, species whose habitat includes rare ecological components (rare soil types or geologic types) that occur at a very small scale, and species with unique hydrologic conditions. This approach may also be needed for special status species whose key habitat components are directly affected by agency management activities.

BLM_0033767

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

## Special Status Species and Management Indicator Species

Special status species on TRFO and SJNF lands include federally listed species, species proposed for federal listing, candidate species for federal listing, Region 2 Regional Forester's sensitive species, and Colorado BLM State Director's sensitive species. Some of these species have immediate needs that may not be adequately recognized and addressed by the overall sustainable ecosystems strategy. As such, they are given special consideration, and additional LRMP components have been developed to address those special needs. In addition, current species-specific conservation plans and strategies are relied upon to address the needs of special status species. These plans and strategies are discussed within the applicable resource sections below and are analogous to TNC's fine-filter approach. LRMP components specific to special status species augment those components developed through the ecosystem management approach. A list of special status species can be found in Volume III, Appendix P.

USFS Management Indicator Species (MIS) serve several related functions in LRMP development and implementation. MIS are typically selected due to their responsiveness to land management activities and represent groups of species with similar needs. With these applications in mind, MIS are used to develop LRMP objectives for fish and wildlife populations and their habitats, analyze the degree to which LRMP alternatives meet those objectives, and ultimately monitor the effectiveness of LRMP implementation. Changes in MIS populations, or their habitats, may indicate how management has affected the composition, structure, or function of habitats and ecosystems, and help determine the need for change. The planning requirement to identify and address MIS is applicable only to NFS lands (36 CFR 219) and is not required by BLM planning regulations. The BLM does not identify MIS but instead monitors and reports on sensitive species populations as directed in BLM Manual 6840 (BLM 2008).

Species considered for inclusion as MIS on SJNF lands were developed using the following five categories:

- Endangered and threatened plant and animal species identified on state and federal lists;
- Species commonly hunted, fished, or trapped;
- Non-game species of special interest;
- Species with special habitat needs that may be influenced significantly by planned management programs; and
- Additional plant or animal species selected because their population changes are believed to indicate the effects of management activities on water quality.

## Biological Diversity and Population Viability

The maintenance of biological diversity and population viability on SJNF and TRFO lands are addressed directly or inferred under a variety of laws, regulations, and policies specific to each agency. These include the NFMA, the MUSY, the FLPMA, and the Endangered Species Act of 1973 (ESA). Some of the supporting federal regulations, departmental regulations, and departmental manual direction include 36 CFR 219.19, Forest Service Manual (FSM) 2620, FSM 2622.01, and U.S. Department of Agriculture (USDA) Departmental Regulation 9500-4.

For lands managed by the USFS, 36 CFR 219.19 specifically requires that "[f]ish and wildlife habitat shall be managed to maintain viable populations of existing native and desired non-native vertebrate species in the planning area," and "[f]or planning purposes, a viable population shall be regarded as one which has the estimated numbers and distribution of reproductive individuals to insure [sic] its continued existence is well distributed in the planning area." Regulation 36 CFR 219.26 requires that "[f]orest planning shall provide for diversity of plant and animal communities and tree species consistent with the overall multiple-use objectives of the planning area. Such diversity shall be considered throughout the planning process." In addition, the FLPMA specifies that special uses granted by the Secretary of Agriculture or the Secretary of the Interior are subject to terms and conditions that "minimize damage to fish and wildlife habitat and otherwise protect the environment." Agency actions should avoid or minimize impacts to species whose viability has been identified as a concern. USFS actions must not result in loss of population viability or create significant trends toward federal listing (FSM 2670.32).

BLM_0033768

BLM Colorado's Standards for Public Land Health (BLM Manual H-4180-1) describe the resource conditions and acceptable management practices for BLM lands. Standards of land health are expressions of levels of physical and biological condition or degree of function required for healthy lands and sustainable uses, and define minimum resource conditions that must be achieved and maintained. Standards are applied on a landscape scale and relate to the potential of the landscape. Standard 2 requires that riparian habitat associated with perennial streams functions properly, provides habitat, provides biodiversity, and meets water quality standards. Standard 3 specifies that wildlife and fish communities are maintained at viable population levels commensurate with habitat potential. Standard 4 requires that special status species and their habitats are maintained and enhanced.

In addition, the BLM's Special Status Species Management Manual requires that methods and procedures be identified in land use plans that ultimately bring sensitive species and their habitats to a condition in which management under sensitive species policies is no longer necessary (BLM Manual Section 6840.2B).

The SJNF and TRFO sustainable ecosystems and species management strategies combine to provide a foundation for addressing the legal, regulatory, and policy requirements described above. The underlying assumption is that implementing a management strategy that maintains sustainable ecosystems, along with a species strategy that addresses the specific needs of selected species, will provide for species diversity and long-term population viability, in as much as species diversity and population viability can be tied to the management of local federal lands. These two strategies are implemented through the LRMP components, which provide a framework for the management and protection of ecosystems, populations, and individual species occurring on SJNF and TRFO lands.

For each of the aforementioned ecosystem categories (riparian area and wetland ecosystems, aquatic ecosystems, and terrestrial ecosystems), specific management direction has been developed that is intended to address the legal, regulatory, and policy requirements for species diversity and population viability described above. The process applied was to identify a range of key ecosystem elements, determine the importance of those elements to maintaining species diversity and population viability (e.g. limiting factors), define desired future conditions and land management objectives for those elements, and ensure that appropriate management standards and guidelines are in place that address the ecological needs of species and populations. In general, management standards have been developed for those elements determined to have an overriding influence on species diversity or long-term population viability, while other elements that have less influence are typically addressed through the application of guidelines.

BLM_0033769



# Protected Areas
## San Juan National Forest and Tres Rios Field Office
## Figure 2.1.1

**Legend**

- Designated Wilderness
- Recommended Wilderness
- Piedra Area
- Wilderness Study Area
- Research Natural Area
- Colorado Roadless Area - Upper Tier
- Colorado Roadless Area
- San Juan National Forest
- Tres Rios Field Office
- Chimney Rock National Monument
- State & Federal Highways
- Bureau of Land Management
- National Forest

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

MDR
NAD 83, Polyconic Projection
July 8, 2013

Miles
0   10   20   40

San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan

BLM_0033770

## 2.2   Terrestrial Ecosystems and Plant Species

### Introduction

Terrestrial ecosystems on the SJNF and TRFO occur in upland landscape positions where they depend on water derived from direct precipitation. They contain soils that are moderately well to very well drained and plants that are obligate-upland or facultative-dry species (Reed 1988). Terrestrial ecosystems are defined by soils, climate zones, and major vegetation types, the latter used for naming the ecosystems. Terrestrial ecosystems on the SJNF and TRFO include spruce-fir forests, aspen forests, cool-moist mixed conifer forests, warm-dry mixed conifer forests, ponderosa pine forests, pinyon-juniper woodlands, mountain shrublands, sagebrush shrublands, semi-desert shrublands, mountain grasslands, semi-desert grasslands, and alpine (Redders 2012). Topographic variability (which includes mountains, hills, and tablelands), diverse geology (associated with volcanism, metamorphism, sedimentation, and glaciation), and microclimatic features (soil moisture regime, soil temperature regime, aspect, and elevation) add to the diversity of terrestrial ecosystems on the SJNF and TRFO.

Terrestrial ecosystems encompass a majority of the land base and accompanying resources on SJNF and TRFO lands. Hence, management of these ecosystems is a critical part of the LRMP's sustainable ecosystems strategy, as previously described in Section 2.1.

Terrestrial ecosystems are used in the LRMP and FEIS to describe ecosystem diversity; analyze past, current, and future ecological conditions; describe environmental impacts from management activities; and provide for the development of LRMP components (desired conditions, objectives, standards, and guidelines). These ecosystems serve as broad-scale habitat types for terrestrial wildlife species, special status wildlife species, MIS, and plant species, and as such provide habitat conditions that maintain species diversity and population viability for most terrestrial wildlife and plant species. Terrestrial ecosystems and their ecological components will be monitored to determine if impacts from management activities are adversely affecting the composition, structure, abundance, distribution, and population viability of the plant and animal species that rely on those ecosystems for their habitat needs.

Terrestrial ecosystems and the ecological indicators associated with them are used in the LRMP and FEIS to detect changes to the ecosystems and species due to management activities, natural disturbances, and climate change. Physical indicators for terrestrial ecosystems include, but are not limited to, changes in soil conditions, changes to forested stand structure and distribution, and the abundance and distribution of desirable native plants species. Biological indicators include, but are not limited to, native plant species diversity, impacts to special status plant species and other rare plant species, and changes to the extent and distribution of invasive plants.

Plant species are an important component of terrestrial ecosystems on SJNF and TRFO lands. Ecological conditions that provide for ecosystem sustainability and diversity are the context for the evaluation and management of plant species. Managing for sustainable ecosystems by maintaining or restoring the composition, structure, and function of the terrestrial ecosystems, aquatic ecosystems, and riparian area and wetland ecosystems on SJNF and TRFO lands will protect and sustain the diversity of those ecosystems and the majority of species within them, but additional management emphasis is needed for some species that may not be adequately protected by the sustainable ecosystems strategy. The complementary special status species strategy (fine-filter) is intended to provide a safety net for rare species whose specific habitat needs or life requirements may not be fully met under the sustainable ecosystems strategy. This strategy may be needed for species at risk of extinction, species whose habitat includes rare ecological components (rare soil types or geologic types) that occur at a very small scale, species with viability concerns, species that are highly vulnerable to disturbance, and species with unique hydrologic condition needs. This strategy may also be needed for special status plant species that occur on lands where active management activities have a high probability of adversely affecting them.

BLM_0033771

There are currently a total of 38 special status plant species on the SJNF and TRFO. This includes three federally listed species, one candidate for federal listing, and 34 sensitive species. Designated critical habitat for one of the federally listed plant species also occurs on TRFO and SJNF lands. Currently, most special status plant species on SJNF and TRFO lands appear to have stable populations and trends. A list of the special status plant species known to occur or with habitat on the SJNF or TRFO is found in Volume III, Appendix P, along with a brief description of the habitats where they occur.

## Background

Disturbances, including those caused by fire, insects, disease, drought, wind, floods, and humans (e.g., Native Americans and their burning practices) have played a fundamental role in shaping the composition, structure, and function of terrestrial ecosystems on SJNF and TRFO lands and in creating the heterogeneous pattern of vegetation that occurs across the planning area.

Past management activities (including historic timber harvest, oil and gas development, livestock grazing, recreation, fire suppression, utility corridor construction, and solid minerals development) resulted in many adverse impacts to the soils and vegetation of terrestrial ecosystems throughout the SJNF and TRFO over the last 100 years. Impacts from many of these activities, particularly those associated with oil and gas development, timber harvest, and past, unmanaged livestock grazing, are still evident. Many ponderosa pine forests and warm-dry mixed conifer forests have been significantly altered by heavy livestock grazing that began in the late 1800s, and later by timber harvest and fire suppression (Romme et al. 2009). Heavy livestock grazing decreased the abundance and distribution of native grasses that helped carry surface fire through these forests. Logging reduced the abundance and distribution of very large (and often very old) ponderosa pine (*Pinus ponderosa*) (and more recently, Douglas-fir [*Pseudotsuga menziesii*]), particularly on more accessible, gentle to moderate slopes.

Fire suppression began following the devastating fires of 1910 in the Northern Rockies. Coupled with the reduction in cover and amount of bunch grasses from grazing, much of the planning area (and other western forests and public lands) has undergone over 130 years of fire exclusion. These activities have 1) eliminated the frequent, low-severity fires that burned in these forests every 12 to 30 years (Grissino-Mayer et al. 2004); 2) altered plant species composition, vegetation stand structure, and fire regimes of many ponderosa pine forests and warm-dry mixed conifer forests on the SJNF and TRFO; and 3) created more homogenous vegetation conditions across the planning area. This has resulted in heavy accumulations of dead vegetation (including tree boles, tree and shrub branches, and leaves) and an abundance of stands with high tree densities and more closed canopy covers compared to HRV conditions. This has increased the risk—and occurrence—of epidemic insect and disease outbreaks (Schmid and Mata 1996); increased the risk of destructive wildfires that are larger, spread more rapidly, and are much hotter than they used to be making them increasingly difficult to control (Moir et al. 1997); allowed white fir (*Abies concolor*) (a shade-tolerant species) to increase; and reduced ponderosa pine regeneration (Moir et al. 1997; Wu 1999). Many ponderosa pine forests on the SJNF and TRFO are currently outside their HRV in terms of vegetation stand structure and fire frequency (Grissino-Mayer et al. 2004; Romme et al. 2009). Ponderosa pine and warm-dry mixed conifer forests also have less acres in both young and old growth development stages and have less diversity and less cover of native grasses compared to HRV conditions.

Other terrestrial ecosystems on SJNF and TRFO lands whose current conditions differ significantly from HRV conditions include 1) mountain grasslands, semi-desert shrublands, semi-desert grasslands, sagebrush shrublands, and pinyon-juniper woodlands, all of which have less diversity and less cover of native grasses compared to HRV conditions due to past and ongoing livestock management; 2) spruce-fir and cool-moist mixed conifer forests that have less acres in the young and mid development stages; and 3) aspen forests that have less acres in the young development stage. Some alpine ecosystems also display impacts associated with long-term domestic sheep grazing, recreation, and mining.

Approximately 57% of the SJNF and 11% of TRFO lands are within protected areas. A majority of the protected areas on the SJNF are found in high-elevation wilderness areas and mid-elevation roadless areas on the eastern two-thirds of the SJNF. Alpine areas, spruce-fir, aspen, cool-moist mixed conifer,

BLM_0033772

and warm-dry mixed conifer are well represented in these areas. Mountain grasslands dominated by Thurber fescue (*Festuca thurberi*), as well as mountain shrublands, and ponderosa pine are also well represented on the SJNF. Pinyon-juniper is well represented in protected areas found on TRFO lands. Desert shrublands, desert grasslands, and sagebrush are also found in protected areas on TRFO lands, but are not well represented.

Less than half of the special status plant species on SJNF and TRFO lands are found in habitats that are well represented within protected areas. Each of the federally listed plant species and the candidate for federal listing are found at low elevations outside protected areas or in habitat types that are not well represented in protected areas. Of the 29 sensitive plant species known to occur or with habitat on the SJNF and TRFO, 16 occur within areas well represented in protected areas (including fens, high-elevation wetlands, and alpine habitat). The remaining 13 species are found at lower elevations in habitats poorly represented or entirely absent from protected areas. This includes, but is not limited to, hanging gardens, low-elevation riparian areas and wetlands, and specific soil types such as gypsum and shale soils.

The management of terrestrial ecosystems and plant species on SJNF and TRFO lands includes protecting and sustaining the composition, structure, and function of the terrestrial, aquatic, and riparian/wetland ecosystems and the diversity and viability of the species within them, including special status plant and wildlife species. It also includes designating and preserving protected areas and reference sites; maintaining adequate ground cover (vegetation and litter); protecting the physical, chemical, and biological properties of soils; maintaining and restoring soil productivity; and preventing or minimizing adverse impacts from management actions. Tools for managing terrestrial ecosystems and plant species also includes using the best available science; developing vegetation and ecological classification systems; conducting vegetation, special status plant species, soils, and ecological inventories; identifying soil types and soil properties; identifying plants and plant communities; conducting biological assessments and evaluations; monitoring; and establishing RNAs, Areas of Critical Environmental Concern (ACECs), and special botanical areas.

Several LRMP components below and in other sections refer to NatureServe conservation status rankings (NatureServe 2013). NatureServe and its member Natural Heritage Programs have developed a consistent method for evaluating the relative imperilment of both species and ecological communities based on the best available science. These assessments lead to the designation of a conservation status rank. The three broad categories that factor into these rankings include rarity, trends, and threats. Conservation status rankings include secure (G5), apparently secure (G4), vulnerable (G3), imperiled (G2), critically imperiled (G1), possibly extinct or eliminated (GH), and presumed extinct or eliminated (GX). The Colorado Natural Heritage Program provides a similar state-wide conservation status rank (reported as "S" rankings). The USFS and BLM have a long history of partnership with NatureServe, and have collaborated on a broad range of projects in such areas as planning, sensitive species inventory and assessments, ecological classification and mapping, and data sharing and technology development.

## Desired Conditions

2.2.1   The composition, structure, and function of terrestrial ecosystems are influenced by natural ecological processes, including disturbance events such as fire, infestations by insects or disease, winds, and flooding.

2.2.2   Non-climate ecosystem stresses (e.g., high road densities, water depletions, air and water pollution) are reduced to improve the resilience and resistance of ecosystems to the future dynamics of a changing climate.

2.2.3   Key ecosystems that are not functioning properly are realigned/restored/renovated to survive the near-future dynamics of changing climate.

2.2.4   Future biodiversity, especially for endangered, rare, or dwindling species, is protected in the face of a changing climate by safeguarding habitats, preserving genetic diversity, and cooperating with seed banking efforts that provide secure, long-term storage of plant genetic resources.

BLM_0033773

2.2.5 Terrestrial ecosystems have a diverse composition of desirable native plants that are vigorous and self-perpetuating. Invasive plant species are absent or rare.

2.2.6 All development stages of the forested terrestrial ecosystems are well represented at the landscape scale and occur within the ranges identified in Tables 2.2.1 and 2.2.2.

2.2.7 Old growth ponderosa pine, old growth pinyon-juniper and old growth warm-dry mixed conifer forests are more abundant, occupy more acreage, and are well distributed on SJNF and TRFO lands.

2.2.8 Aspen forests display larger patches of the young-development stage.

2.2.9 Terrestrial ecosystems, including habitat for special status plant species, are productive, sustainable, and resilient, and provide goods and services over the long-term.

2.2.10 Forested terrestrial ecosystems display a Fire Regime Condition Class of 1.

2.2.11 Canyon escarpments, and the terrestrial ecosystems that occur on them, serve as refugia for native biota. These escarpments are associated with the following canyons: Lower Dolores River, Wild Steer, Coyote Wash Spring, McIntyre, Summit, Big Glade, Lake, Doe, Narraguinnep, Cabin, Ferris, Salter, Spruce Water, and Lost. They also include the Mesa Verde Escarpment.

2.2.12 The abundance and distribution of native grasses in semi-desert grasslands, sagebrush shrublands, pinyon-juniper woodlands, and semi-desert shrublands are maintained or increased.

2.2.13 The abundance and distribution of Arizona fescue (*Festuca arizonica*) in ponderosa pine forest and in Arizona fescue mountain grasslands are maintained or increased.

2.2.14 Aspen forests, ponderosa pine forests, pinyon-juniper woodlands, sagebrush shrublands, semi-desert shrublands, mountain grasslands, and semi-desert grasslands that occur in suitable rangelands have a diverse composition of native bunchgrasses that are vigorous and self-perpetuating.

2.2.15 Forested terrestrial ecosystems have stand structures and tree species composition that offer resistance and resilience to changes in climate, including extreme weather events, or epidemic insect and disease outbreaks.

2.2.16 Non-forested terrestrial ecosystems have community structure and species composition that offer resistance and resilience to changes in climate, including extreme weather events, or epidemic insect and disease outbreaks

2.2.17 Local seeds of desirable native plant species are available for revegetation and restoration efforts.

2.2.18 Suitable habitats for species vulnerable to climate change exist and serve as seed sources for revegetation and restoration efforts.

2.2.19 The SJNF and TRFO forested ecosystems provide net positive carbon storage.

2.2.20 Five-needle pine species (southwestern white pine [*Pinus strobiformus*], limber pine [*P. flexilis*], and bristlecone pine [*P. aristata*]) are maintained as a component of forested ecosystems.

2.2.21 High-elevation stands dominated by aspen (*Populus tremuloides*) will be maintained or increased over time to ensure the persistence of aspen on the landscape in light of declining aspen health and loss of aspen in lower elevations associated with a warmer and drier climate.

BLM_0033774

2.2.22   Ponderosa pine, warm-dry mixed conifer, and cool-moist mixed conifer forest stands that are in the old growth development stage and that have not been previously harvested are managed for their old growth values through active or passive management.

2.2.23   **Ponderosa Pine Forests -** Ponderosa pine forests display variable density and structure. Most stands reflect uneven-age structure comprising variable-sized, even-aged clumps of trees. Clumps vary in size, ranging from as few as three trees to as many as 20 or more trees. Tree clumps vary in density from widely spaced large trees to tightly spaced small trees. Collectively, these forests contain multiple canopy layers. Between or surrounding these clumps are shrub- and/or grass/forb-dominated openings. Ponderosa pine seedlings and saplings are present, as are large old, yellow-barked ponderosa pine trees. The presence of other tree species—e.g., Douglas-fir, white fir, blue spruce (*Picea pungens*), or Rocky Mountain juniper (*Juniperus scopulorum*)—is infrequent to rare. The abundance and distribution of Gambel oak (*Quercus gambelii*) and other native shrubs in the understory of these forests is variable and includes small and large patches of all size classes. Native grasses and forbs (including bunchgrasses, Arizona fescue, muttongrass [*Poa fendleriana*], and mountain muhly [*Muhlenbergia montana*]) are present and well distributed in most ponderosa pine forests. Forest litter is common, though highly variable in depth and extent due to fire. Invasive plant species are absent or rare. Presence of snags or large wood (on the ground) is also highly variable due to fire. Low-intensity, high-frequency surface fires are common in most ponderosa pine forests (with frequencies ranging from about 12 to 30 years).

2.2.24   **Warm-Dry Mixed Conifer Forests -** Warm-dry mixed conifer forests display variable density and structure, similar to ponderosa pine forests, with added complexity in species composition. Most stands reflect uneven-age structure composed of variable-sized, even-aged clumps of trees. Some have open canopies with widely spaced trees, especially on warmer aspects; some are dense with more closed canopies (e.g., on cooler aspects). Composition is dominated by ponderosa pine. Douglas-fir is a typical minor component. Trees range from young to old. White fir, blue spruce, or limber pine may be present, but infrequent. Shrub- and/or grass/forb-dominated openings are common. The abundance and distribution of Gambel oak and other native shrubs in the understory of these forests is variable, and includes small and large patches of all size classes. Native grasses and forb (including tall bunchgrasses) are common and well distributed in most warm-dry mixed-conifer forests. Invasive plant species are absent or rare. Forest litter is common, though variable in depth and extent due to fire. Presence of snags or large wood (on the ground) is also variable due to fire. Low-intensity, surface fires occur in most warm-dry mixed conifer forests (with frequencies ranging from about 18 to 28 years). Tree species composition is closely tied to fire frequency, with Douglas-fir and white fir (or blue spruce) increasing during longer fire-free periods, and ponderosa pine increasing during shorter fire-free periods.

2.2.25   **Cool-Moist Mixed Conifer Forests -** Cool-moist mixed conifer forests display variable stand structures and species composition. Most are dense with closed canopies and multiple canopy layers. Tree species composition includes an abundance of Douglas-fir trees (ranging from young to old); other species include white or subalpine fir (*Abies lasiocarpa*), blue or Engelmann spruce (*Picea engelmannii*), aspen, or limber pine. Patches of cool-moist mixed conifer forest, ranging from small to large, are distributed across the landscape. The canopy cover of shrubs in the understory of these forests is highly variable. Native grasses and forbs are common and well distributed in most cool-moist mixed conifer forests. Forest litter is common and well distributed. Invasive plant species are absent or rare. Snags and large wood (on the ground) are abundant in late successional stages. Mixed-severity fires occur in most cool-moist mixed conifer forests (with frequencies of about 144 years). All development stages of these forests are well represented.

BLM_0033775

2.2.26 **Spruce-Fir Forests -** Spruce-fir forests display variable stand structures and species composition. Engelmann spruce is generally dominant; subalpine (or corkbark) fir makes up a lesser, but common, component. Bristlecone pine (*Pinus longaeva*), limber pine, aspen, white fir, or Douglas-fir are infrequent to rare and usually found on warmer, drier aspects. Most spruce-fir forests are dense with closed canopies and multiple canopy layers. Patches of spruce-fir forest, ranging from small to large, are distributed across the landscape. The canopy cover of shrubs in the understory of these forests is highly variable. High-elevation spruce-fir forest can have bristlecone pine, but is rare. Native grasses and forbs are common and well distributed in most spruce-fir forests. Forest litter is common and well distributed. Invasive plant species are absent or rare. Snags and large wood (on the ground) are abundant in most development stages. High-intensity, stand-replacement fires can occur in most spruce-fir forests (with frequencies longer than 200 years); most fires are of limited scale and variable intensity. All development stages of these forests are well-represented.

2.2.27 **Aspen Forests -** Aspen forests display simple to variable stand structures—generally simple where conifer is rare or absent or variable where conifer comprise a substantial portion (up to 49% of the canopy cover). Patches of aspen, ranging from small to large, are distributed across the landscape. Aspen is infrequent to rare in the lowest- and highest-elevation forests (ponderosa pine and spruce-fir, respectively), and common throughout mixed conifer forests. The canopy cover of shrubs in the understory of these forests is highly variable. Native grasses and forbs are abundant and well distributed in most aspen and aspen-conifer forests. Forest litter is common and well distributed. Invasive plant species are absent or rare. Snags and large wood (on the ground) are abundant in late successional stages. Fire frequency in aspen stands is about 140 years. All development stages of these forests are well-represented.

2.2.28 **Pinyon-Juniper Woodlands -** Pinyon-juniper woodlands display variable stand structures. Some have open structures with widely spaced trees; others are dense with high canopy covers. Most stands are even-aged. Tree species composition varies in pinyon pine (*Pinus edulis*) and/or juniper (*Juniperus* sp.) abundance, ranging from young to old. The canopy cover and size of Gambel oak, sagebrush (*Atriplex* sp.), and other shrubs in the understory of these forests is variable. Native grasses and forbs are present and well distributed. Biological soil crusts and litter are common and well distributed on most sites. Invasive plant species are absent or rare. High-intensity, stand-replacement fires occur in most pinyon-juniper woodlands (with frequencies of 100 to 123 years).

2.2.29 **Mountain Shrublands -** Mountain shrublands display variable stand structures. Most are dense with high canopy cover; others are open with widely spaced shrubs. Gambel oak and other deciduous native shrubs (including mountain mahogany [*Cercocarpus montanus*], serviceberry [*Amelanchier* sp.], chokecherry [*Prunus virginiana*], fendlerbush [*Fendlera rupicola*], and squaw apple [*Peraphyllum ramosissimum*]) are abundant and well distributed. Native grasses and forbs are abundant and well distributed. Invasive plant species are absent or rare. Litter is common and well distributed. High-intensity, replacement fires occur in most mountain shrublands.

2.2.30 **Sagebrush Shrublands -** Sagebrush shrublands display variable stand structures. Some are open with widely spaced shrubs; others are dense. Some large patches are present. Sagebrush and other native shrubs are abundant and well distributed. Native perennial grasses (including Indian ricegrass [*Oryzopsis hymenoides*], galleta [*Pleuraphis* sp.], western wheatgrass [*Pascopyrum smithii*], and needle and thread [*Hesperostipa comata*]) are abundant and well distributed. Encroachment of pinyon and juniper trees is absent or rare. Invasive plant species are absent or rare. Biological soil crusts are common and well distributed on many sites. High-intensity, replacement fires occur in most sagebrush shrublands.

2.2.31 **Semi-Desert Shrublands -** Semi-desert shrublands are dominated by native shrubs that could include shadscale saltbush (*Atriplex confertifolia*), winterfat (*Krascheninnikovia lanata*), fourwing saltbush (*Atriplex canescens*), plains pricklypear (*Opuntia polyacantha*), rubber rabbitbrush (*Ericameria nauseosa*), spiny hopsage (*Grayia spinosa*), greasewood (*Sarcobatus* sp.), and/or basin big sagebrush (*Artemisia tridentata* ssp. *tridentata*). Stand structures display open or

BLM_0033776

moderately dense shrubs with native perennial grasses and forbs in the openings between them. Native grasses (including Indian ricegrass, galleta, western wheatgrass, and needle and thread) are abundant and well distributed. Invasive plant species and/or undesirable native plant species that are currently abundant on most sites are absent or rare. Biological soil crusts and litter are common on most sites.

2.2.32  **Semi-Desert Grasslands -** Semi-desert grasslands are dominated by native perennial bunchgrasses (including Indian ricegrass, galleta, and needle and thread). Invasive plant species and/or undesirable native plant species that are currently abundant on most sites are absent or rare. Biological soil crusts and litter are common on most sites.

2.2.33  **Mountain Grasslands -** Mountain grasslands display moderate to high canopy cover of desirable native grasses and forbs (including Arizona fescue at mid elevations and Thurber fescue at higher elevations). Invasive plant species and undesirable native plant species that are currently abundant on many sites are absent or rare. Litter is common and well distributed.

2.2.34  **Alpine -** Alpine terrestrial ecosystems sustain their ecosystem diversity. They display a diverse composition of desirable native plant species and vegetation communities (including fellfield and turf types). Invasive plant species are absent or rare.

2.2.35  Soil productivity is maintained at site potential or is trending towards site potential.

2.2.36  Long-term levels of soil organic matter and soil nutrients (including soil carbon) are maintained at sustainable levels.

2.2.37  Ground cover (vegetation and litter) is adequate to protect soils and prevent erosion.

2.2.38  Management-induced soil erosion, soil compaction, soil displacement, puddling, and/or severely burned soils are rare on terrestrial ecosystems of the SJNF.

2.2.39  Upland soils exhibit infiltration and permeability rates that minimize surface runoff and allow for the accumulation of the soil moisture necessary for plant growth and ecosystem function.

2.2.40  Biological soil crusts are maintained or increased in pinyon-juniper woodlands, sagebrush shrublands, semi-desert shrublands, and semi-desert grasslands.

2.2.41  Fens, wetlands, and hanging gardens have the water sources and hydrologic systems necessary to support and sustain the special status plant species associated with them.

2.2.42  Shale and gypsum soils have the characteristics necessary to support and sustain the special status plant species associated with them.

2.2.43  Soils that provide habitat for all special status plant species maintain the soil conditions necessary to support and sustain those species.

2.2.44  Areas that are identified as critical habitat or proposed critical habitat for federally listed plant species have the characteristics necessary to provide for the growth and reproduction of the federally listed plant species for which they were designated.

BLM_0033777

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Table 2.2.1: Desired Conditions for Development Stages on the San Juan National Forest – National Forest Lands Only**

| Terrestrial Ecosystem | Development Stage | Structural Stage* | Current Condition NFS Lands (% of veg type) | Desired Condition NFS Lands (% of veg type) | Historic Range of Variation (% of veg type) | Current % of Veg Type in Old Growth** | Desired % of Veg Type in Old Growth** |
|---|---|---|---|---|---|---|---|
| Spruce-fir forest | Young | 2 | 2 | 10–20 | 0–45 | 26.50% | 25–35% |
| | Mid-open | 3a | 4 | 10–15 | 5–47% | | |
| | Mid-closed | 3b,c | 3 | 10–15 | 5–47% | | |
| | Mature-open | 4a | 15 | 15–20 | # | | |
| | Mature-closed | 4b,c | 77 | 15–20 | # | | |
| Cool-moist mixed conifer forest | Young | 2 | 0 | 10–20 | 1–36 | 17.00% | 20–30% |
| | Mid-open | 3a | 1 | 10–15 | 8–49 | | |
| | Mid-closed | 3b,c | 5 | 10–15 | 8–49 | | |
| | Mature-open | 4a | 7 | 15–20 | # | | |
| | Mature-closed | 4b,c | 87 | 15–20 | # | | |
| Warm-dry mixed conifer forest | Young | 2 | 0 | 5–10 | 1–10 | 13.10% | 20–30% |
| | Mid-open | 3a | 1 | 5–10 | 5–14 | | |
| | Mid-closed | 3b,c | 6 | 5–10 | 5–14 | | |
| | Mature-open | 4a | 11 | 35–45 | # | | |
| | Mature-closed | 4b,c | 82 | 15–25 | # | | |
| Ponderosa pine forest | Young | 2 | 0 | 5–10 | 1–14 | 4.30% | 10–15% |
| | Mid-open | 3a | 3 | 5–10 | 4–14 | | |
| | Mid-closed | 3b, c | 2 | 5–10 | 4–14 | | |
| | Mature-open | 4a | 42 | 40–60 | # | | |
| | Mature-closed | 4b,c | 53 | 15–25 | # | | |
| Aspen forest | Young | 2 | 10 | 15–25 | 1–55 | 4.30% | 5-15% |
| | Mid-open | 3a | 3 | 10–15 | 4–55 | | |
| | Mid-closed | 3b,c | 19 | 15–20 | 4–55 | | |
| | Mature-open | 4a | 7 | 25–30 | 35–86 | | |
| | Mature-closed | 4b,c | 61 | 25–30 | 35–86 | | |

* 2, 3, and 4 refer to tree size (diameter at breast height [dbh]): 2 = <1 inch dbh; 3 = 1–8.99 inches dbh; 4 = >9 inches dbh; a, b, and c refer to tree crown closure percent in a stand : a = < 40%; b = 40–70%; c = >70%.

** Old growth inclusions may be found in various habitat structural stages within each vegetation type.

# = No data available.

BLM_0033778

**Table 2.2.2: Desired Conditions for Development Stages on Tres Rios Field Office Lands – Bureau of Land Management Lands Only**

| Terrestrial Ecosystem | Development Stage | Structural Stage* | Current Condition BLM Lands (% of veg type) | Desired Condition BLM Lands (% of veg type) | Historic Range of Variation (% of veg type) |
|---|---|---|---|---|---|
| Spruce-fir forest | Young | 1,2 | 0 | 10–20 | 0–45 |
| | Mid-open | 3a | 12 | 10–15 | 5–47% |
| | Mid-closed | 3b,c | 4 | 10–15 | 5–47% |
| | Mature-open | 4a | 14 | 15–20 | # |
| | Mature-closed | 4b,c | 69 | 15–20 | # |
| Cool-moist mixed conifer forest | Young | 1,2 | 0 | 10–20 | 1–36 |
| | Mid-open | 3a | 48 | 10–15 | 8–49 |
| | Mid-closed | 3b,c | 36 | 10–15 | 8–49 |
| | Mature-open | 4a | 1 | 15–20 | # |
| | Mature-closed | 4b,c | 15 | 15–20 | # |
| Warm-dry mixed conifer forest | Young | 2 | 0 | 5–10 | 1–10 |
| | Mid-open | 3a | 14 | 5–10 | 5–14 |
| | Mid-closed | 3b,c | 24 | 5–10 | 5–14 |
| | Mature-open | 4a | 7 | 35–45 | # |
| | Mature-closed | 4b,c | 55 | 15–25 | # |
| Ponderosa pine forest | Young | 2 | 0 | 5–10 | 1–14 |
| | Mid-open | 3a | 24 | 5–10 | 4–14 |
| | Mid-closed | 3b, c | 36 | 5–10 | 4–14 |
| | Mature-open | 4a | 11 | 40–60 | # |
| | Mature-closed | 4b,c | 29 | 15–25 | # |
| Aspen forest | Young | 2 | 1 | 15–25 | 1–55 |
| | Mid-open | 3a | 22 | 10–15 | 4–55 |
| | Mid-closed | 3b,c | 62 | 15–20 | 4–55 |
| | Mature-open | 4a | 1 | 25–30 | 35–86 |
| | Mature-closed | 4b,c | 14 | 25–30 | 35–86 |

* 2, 3, and 4 refer to tree size (diameter at breast height): 2 = <1 inch dbh; 3 = 1 – 8.99 inches dbh; 4 = >9 inches dbh; a, b, and c refer to tree crown closure percent in a stand: a = < 40%; b = 40–70%; c = >70%.
# = No data available
The TRFO does not currently have old growth inventory data.

## Objectives

2.2.45   Within 10 years, restore or improve soil productivity and soil carbon on at least 20 miles of road that will be closed or decommissioned on the SJNF and 5 miles of routes that will be closed or decommissioned on TRFO lands.

2.2.46   Within 10 years, increase the canopy cover of Arizona fescue by at least 10% in two Arizona fescue mountain grassland sites on the SJNF that currently classify as Kentucky bluegrass mountain grasslands by using mechanical treatments, prescribed fire, and/or seeding.

2.2.47   Within 10 years, inventory and map stand structure changes that have resulted from spruce beetle (*Dendroctonus rufipennis*) mortality and wildfire on both SJNF and TRFO lands.

2.2.48   Within 15 years, on suitable timber lands of the SJNF reforest 15% of spruce-fir forests that have extensive mortality of overstory spruce that do not have appropriate forest cover and will not reforest within 15 years.

2.2.49   Within 15 years, increase the young development stage of cool-moist mixed conifer forests on the SJNF from 0.5% to 15% by using prescribed fire and mechanical treatments (e.g., timber harvest) in the mature cool-moist mixed conifer forests.

2.2.50   Within 15 years, increase the young development stage of aspen forests on the SJNF to 25% by clear-cutting and/or conducting prescribed fire in mature aspen stands, and mixed conifer stands with an aspen component.

2.2.51   Over the next 15 years, manage 2,000 acres of high-elevation aspen stands on SJNF lands that are conifer-dominated or at risk of converting to conifer-dominated stands to maintain or increase aspen forests.

2.2.52   Within 15 years, increase the percent of ponderosa pine forests in the young development stage from 0% to 3% on SJNF and TRFO lands by using mechanical treatments (e.g., timber harvest) or fire (prescribed or natural ignitions).

2.2.53   Within 15 years, increase the percent of warm-dry mixed conifer forests in the young development stage from 0% to 3% on SJNF and TRFO lands by using mechanical treatments (e.g., timber harvest) or fire (prescribed or natural ignitions).

2.2.54   Within 15 years, improve the composition, structure, and function of 30,000 acres of ponderosa pine forests by using low-intensity fire (25,000 acres on the SJNF and 5,000 acres on TRFO lands).

2.2.55   Within 10 years, increase the cover of Arizona fescue by at least 20% within two ponderosa pine stands on the SJNF by using mechanical treatments, prescribed fire, and/or seeding.

2.2.56   Within 15 years, improve the abundance and distribution of perennial native bunchgrasses on 3,000 acres of semi-desert shrublands or semi-desert grasslands on TRFO lands.

2.2.57   Over the next 15 years, secure a reliable source of local seed stock for 16 or more native grass, forb, and shrub species (including Arizona fescue) to be used for revegetation and restoration after disturbance (eight species on the SJNF and eight species on TRFO lands).

2.2.58   Over the life of the LRMP, collect seed from 20 local vulnerable grass, forb, and shrub species, including some alpine species, for long-term storage to protect genetic sources (10 species on the SJNF and 10 species on TRFO lands).

2.2.59   Use locally produced biochar to sequester carbon, reduce erosion, and enhance soil productivity and water retention on a minimum of 1 acre per year (0.5 acre per year on the SJNF and 0.5 acre per year on TRFO lands) for five years.

BLM_0033780

2.2.60   After natural disturbance events or on restoration projects over the next 15 years, increase the variety of native non-commercial tree species and native shrubs used on a minimum of 100 acres (75 acres on the SJNF and 25 acres on TRFO lands).

2.2.61   Over the next 15 years, broaden tree seed collection activities on the SJNF to include non-commercial species and additional species specific elevation zones to improve genetic diversity and the resilience of forested ecosystems.

2.2.62   Over the next 15 years, revegetate and reclaim 10 acres using native early-successional plant species developed from local plant sources to accelerate restoration success (5 acres on SJNF and 5 acres on TRFO lands).

2.2.63   Over the next 20 years, enhance the resiliency of alpine ecosystems and provide refugia for alpine dependent species on 100 acres of TRFO lands through implementing recreation management plans, completing mine land reclamation, or conducting other management activities.

2.2.64   Over the next 20 years, enhance the resiliency of alpine ecosystems and provide refugia for alpine-dependent species by removing non-climate stressors that result in adverse impacts to alpine ecosystems (e.g., unmanaged livestock grazing, unmanaged motorized recreation) from 100 acres on SJNF lands that are forb-dominated alpine habitat.

## Standards

2.2.65   The construction of new permanent roads and utilities must not occur in protected areas in order to protect the ecological integrity of the terrestrial ecosystems within them, prevent ecosystem fragmentation, prevent the disruption of wildlife travel corridors, and prevent the establishment and spread of invasive plants.

2.2.66   Projects or activities in habitat occupied by federally listed plant species, or in designated critical habitat, must be designed and conducted in a manner that preserves the primary constituent elements needed to sustain the life history processes of those federally listed plant species.

2.2.67   Projects or activities occurring in fens, wetlands, or hanging gardens that are occupied by special status plant species must be designed to maintain the hydrologic systems necessary to support and sustain those species.

2.2.68   Projects or activities that occur in shale and gypsum soils that are occupied by special status plant species must be designed to maintain the soil characteristics necessary to support and sustain those species.

## Guidelines

2.2.69   Agency actions should not adversely affect the long-term soil productivity or carbon storage of terrestrial ecosystems.

2.2.70   Ground-disturbing management activities should not occur on lands that have a high potential for mass movement, including lands associated with SJNF and TRFO soil survey map units 254, 386, 606, 720, 926, 20511D, 30506D, 34301D, 34306D, 34506D, 50803D, 50806D, 70806D, 70807D, 74803D, 80604D, 80803D, and 80804D, or lands that display evidence of slope instability, unless site-specific field analysis indicates that mass movement is not likely to occur on those lands.

2.2.71   Projects or activities occurring in suitable habitat for federally listed plant species should be managed to minimize long-term impacts to the suitable habitat.

BLM_0033781

2.2.72   Agency actions should avoid or otherwise mitigate long-term adverse impacts in terrestrial ecosystems that have plant communities with G1 or G2 NatureServe Plant Community conservation status ranks in order to maintain the ecological integrity of those rare plant communities.

2.2.73   Agency actions should be designed to avoid or minimize impacts in canyon escarpments, unless the activity is designed to maintain or restore the composition, structure, or function of the terrestrial ecosystems within those escarpments.

2.2.74   Prior to any proposed agency actions on forested lands or woodlands, the affected stands should be screened against the current SJNF old growth database in order to determine their old growth status. Within landscapes not meeting desired conditions for old growth, ponderosa pine forest stands and mixed conifer forest stands that currently are not in the old growth development stage, but that contain significant old growth attributes should be prioritized as old growth recruitment areas, largely based on tree age and distribution across the SJNF, and managed for their old growth values.

2.2.75   Ground-disturbing projects on shale soils of the Mancos Shale, Lewis, Fruitland, and Morrison geologic formations, and other highly erosive soils, should be designed to include efforts that avoid or mitigate soil erosion or compaction (see Volume III, Appendix I).

2.2.76   Ground-disturbing activities in watersheds that are highly sensitive to anthropogenic disturbances, as identified in Volume III, Appendix I, should be designed to avoid or mitigate soil erosion or compaction.

2.2.77   Adequate slash (including tree tops and limbs), if deemed necessary for soil protection or nutrient cycling, should be left on-site following timber harvest and mechanical fuels treatments, and distributed as needed.

2.2.78   Wood chips produced by mastication treatments should be dispersed on the ground at a maximum depth of 3 inches over at least 80% of the covered area, and no chip piles should exceed 6 inches in depth.

2.2.79   Management activities in areas with biological soil crusts should be designed to minimize adverse impacts to the soil crusts.

2.2.80   Ground disturbance should be limited or otherwise mitigated on gypsum soils and organic soils (histosols) in order to protect the ecological integrity of these rare and unique soils and the rare plants associated with these soils.

2.2.81   Management activities should not decrease the abundance or distribution of southwestern white, limber, or bristlecone pine trees in order to maintain white pine species in SJNF forested environments.

2.2.82   Clearcuts in aspen forest stands that are 20 acres or greater should include wildlife leave tree groups of 0.5 to 5 acres in size on 10% to 15% of the clearcut. Where possible groups should have the following characteristics: live and/or dead large-diameter wood on the forest floor (greater than 15 inches diameter at breast height [dbh]), trees with evidence of cavities, broken or dead tops, or lightning strikes. Basal areas should exceed 100 square feet per acre.

2.2.83   Following timber harvest and mechanical fuels treatments, snags and large wood on the forest floor should meet the minimum standards described in Table 2.2.3 unless the stand did not contain these attributes before the activity, in which case treatments should be designed to help meet those standards in the future.

BLM_0033782

2.2.84   Certified, weed-free native seed mixes of local ecotypes should be used to revegetate terrestrial ecosystems where commercially available. Non-native, non-invasive plant material may be used in limited situations where considered necessary in order to protect resources and/or stabilize soils in a timely fashion. Persistent non-natives or invasive exotic plant species should be avoided.

2.2.85   If the desired conditions for the development stage of a terrestrial ecosystem type (see Tables 2.2.1 and 2.2.2) are underrepresented, management activities should be designed to move that development stage closer to the desired conditions, particularly in watersheds lacking the development stage.

2.2.86   Revegetation and reforestation plans or activities should consider the following strategies to maintain or improve resilience of forested and non-forested ecosystems:

- use a variety of species and phenotypes;
- emphasize use of native species, collected locally;
- use both commercial and non-commercial species for reforestation (non-commercial species include southwestern white, limber or bristlecone pine); and
- use seed collected from across the range of climate zones.

**Table 2.2.3: Desired Conditions for Snags and Large Wood on San Juan National Forest and Tres Rios Field Office Lands**

| Forest Type | Snags | | | Large Downed Wood | |
|---|---|---|---|---|---|
| | Minimum Diameter (dbh) | Number (per acre) | Minimum Height (feet) | Minimum Diameter (dbh) | Number (linear feet per acre) |
| Spruce-fir forests | 15 | 3–5 | 25 | 15 | 200 |
| | 9[*] | 5–10 | | | |
| Cool-moist mixed conifer forests | 15 | 2–3 | 25 | 15 | 150 |
| | 9[*] | 5–10 | | | |
| Aspen | 9 | 5–10 | 25 | 9 | 150 |
| Warm-dry mixed conifer forests | 15 | 1–2 | 25 | 15 | 80 |
| | 9[*] | 3–5 | | | |
| Ponderosa pine forests | 15 (12) | 1 | 25 (15)[**] | 15 (12)[**] | 30 |
| | 9[*] | 2–3 | | | |

Note: Quantities are based on an average per acre basis across treatment units. dbh = diameter at breast height.
[*]If larger trees are not available, then the smaller minimum will apply and requires the greater number per acre range.
[**]Numbers in parentheses apply to Dolores Ranger District and adjacent TRFO lands. Due to past harvest activity on the Dolores Ranger District and adjacent TRFO there is a lower abundance of larger snags available for habitat.

## Additional Guidance

- Executive Order (EO) 13112
- Plant Protection Act of 2000
- Cooperative Forestry Assistance Act of 1978
- Resource Conservation and Recovery Act of 1976
- Comprehensive Environmental Response, Compensation, and Liability Act of 1980, as amended (CERCLA)
- Forest Service Handbook (FSH) 2509.13, Burned Area Rehabilitation Handbook
- FSH 2509.25, Watershed Conservation Practices Handbook

BLM_0033783

- FSH 2409.19, Renewable Resource Uses for Knutson-Vandenberg (K-V) Fund Handbook
- 1992 letter from USFS Region 2 Regional Forester to Forest Supervisors regarding regional old growth descriptions (USFS 1992b)
- FSH 2509.13, Burned Area Emergency Rehabilitation
- FSH 2509.25, Watershed Conservation Practices Handbook (Region 2 Supplement)
- FSM 2600, Wildlife, Fish, and Sensitive Plant Habitat Management
- BLM Manual 6840, Sensitive Species Management (2008)
- FSM 2550, Soil Management
- IM 2006-073: Weed-Free Seed Use on Lands Administered by the BLM (BLM 2006a)

## 2.3    Terrestrial Wildlife

### Introduction

Lands administered by the SJNF and TRFO have long served an important role in supporting a wide variety of wildlife species that are critical to the needs and values of the human population. Currently, the wildlife resource remains a cherished and important aspect to the people who live within and/or visit the planning area.

A wide variety of ecosystem types represent broad-scale habitat types on SJNF and TRFO lands. These ecosystems are described in detail in sections 2.2 and 2.4 of this LRMP and in corresponding sections in the FEIS. The soils, landforms, climate regimes, and major vegetation types associated with these ecosystems provide a diverse array of habitat conditions ranging from alpine tundra at the highest elevations to semi-desert shrublands and grasslands at the lowest elevations. Cliffs, caves, streams, waterfalls, and open water bodies also provide important wildlife habitat on the SJNF and TRFO. Based on species distribution maps for Colorado, over 300 wildlife species use the ecosystem diversity of SJNF and TRFO lands to meet their habitat needs (Fitzgerald et al. 1994; Hammerson 1999; Kingery 1998). Additional species may also pass through during migration and utilize habitats on or near the planning area for feeding or resting purposes.

Wildlife is a primary component of ecosystem function and an important part of the sustainable ecosystem strategy for SJNF and TRFO lands. They also provide substantial renewable economic values on which local communities depend. The categories and types of wildlife species on the SJNF and TRFO reflect the diversity of habitats available to them. Some species, such as mule deer (*Odocoileus hemionus*) and Rocky Mountain elk (*Cervus canadensis*), are steeped in the local culture and tradition and have long been important to the local people and communities. However, many non-game species are recognized for the economic, aesthetic, and ecological values they provide. Some of the wildlife species that occur on the SJNF and TRFO are migratory and/or wide-ranging and utilize several different habitat types while others are more sedentary and utilize only a single vegetation type or individual component within a vegetation type. All species contribute to or influence the ecological processes that maintain biodiversity on the SJNF and TRFO.

The LRMP provides guidance for project-level implementation to maintain or move the planning landscape toward desired conditions for wildlife habitat. Human population increases and better resource information are creating additional demands on wildlife resources that include increasing trends in recreation uses, extractive uses, and travel demands. The mix of multiple use management on the landscape can affect habitat effectiveness and wildlife populations in different ways. The LRMP guidance provides for multiple uses on the planning area that fall within the limits for maintaining the ecological integrity of ecosystems and protection of wildlife habitat.

Objectives for terrestrial wildlife and other resource programs will contribute to the maintenance of and/or improved wildlife habitat conditions (as described in Section 2.2). LRMP components described in other resource programs will also help the SJNF achieve terrestrial wildlife desired conditions (see Volume III, Appendix M). For example, the ponderosa pine restoration direction under the fuels section of the LRMP (see Section 2.11) is restoration of conditions to meet fuels objectives, but this direction will also be

BLM_0033784

designed to provide habitat characteristics (within the pine type) that benefit terrestrial wildlife. Benefits of these fuels objectives extend to a variety of wildlife species utilizing this habitat type. All objectives are subject to future funding and available resources.

Management of effective habitat provides, in part, for the maintenance of viable populations of existing native and desired non-native wildlife distributed throughout their current geographic range on SJNF lands, as well as sustainable populations across the TRFO. Other elements also support the ecological framework on which wildlife species depend. As discussed in Section 2.2, these ecosystems provide basic components, including soils, vegetation, climate, air, water, and physical character of the land, that support and provide for a diversity of terrestrial wildlife within this ecosystem matrix that are well distributed across the planning area.

Habitat assessments that include condition and trends on the SJNF have identified several major factors that have influenced change in forested and non-forested habitat conditions during the reference period. Factors include fire exclusion, timber harvesting, road and urban development, livestock grazing, and recreational uses associated with a rapidly growing human population. These conditions and trends have implications for wildlife species and populations that include:

- changes in forest structure and composition that may contribute to uncharacteristic wildfire behavior in lower-elevation forest types;
- disturbance from motorized use on roads and motorized trails;
- introduction and expansion of invasive plant species that reduces native plant diversity, wildlife habitat quality, connectivity, and reduces wildlife habitat effectiveness;
- reduction or degradation of habitats for some wildlife species where human impacts have occurred and/or where natural disturbance regimes have been altered;
- urban development and associated human disturbance in key seasonal wildlife use areas such as winter range and production areas; and
- rapidly increasing human populations and influences on the landscape that alter habitat security and contribute disturbance impacts to wildlife.

These impacts can alter habitat effectiveness and influence wildlife across the planning area. Habitats and their structural stages on SJNF lands have been monitored since the first SJNF Plan was signed in 1983, and trends have been established and recorded in habitat assessments for SJNF lands. In general, management has resulted in only relatively small changes to the vegetation condition across the SJNF since the inception of the 1983 SJNF Plan. Habitat types are well distributed across the landscape providing continuity and connectivity within and among important wildlife habitats. Trend analysis of major wildlife habitat types across the SJNF indicate that the maximum change for habitat type and structural stage has not varied by more than 5% on the landscape since the inception of the initial 1983 SJNF Plan. Most individual structural stages within each habitat type have not varied by more than 0% to 2% across the SJNF. These changes are attributed to both management actions and natural events such as wildfire. Habitat condition and plan components of the 1983 SJNF Plan have maintained sustainable wildlife populations across the planning area. Management of habitat in conjunction with the components in this LRMP is expected to continue to provide for population viability on NFS lands and maintain or move habitat conditions toward meeting desired conditions across the SJNF and TRFO.

The emphasis of the SJNF wildlife program is to provide ecological conditions to support all native and desired non-native terrestrial wildlife species over the life of the LRMP and contribute to the stability and recovery of special status species. To achieve these conditions a sustainable ecosystems strategy is used in this LRMP to provide a range of habitat conditions and provide the ecological framework for the conservation and management of ecosystems, habitats, and species occurring on SJNF and TRFO lands. The sustainable ecosystems strategy includes a four-pronged approach: 1) the designation and management of protected areas, 2) the application of ecosystem management using sustainable ecosystem concepts, 3) the development and application of the LRMP components (desired conditions, objectives, standards, and guidelines) that provide a framework for the management and preservation of ecosystems, and 4) the monitoring of effects of management activities on SJNF and TRFO lands with

BLM_0033785

application of adaptive management principles in response to monitoring results. This approach is expected to provide for viable populations on NFS lands and the diversity, sustainability, and maintenance of wildlife populations across the planning area. Each of these four applications is described in more detail below:

- **Designation and management of protected areas:** Protected areas are inclusive of large tracts of wildlife habitat types well distributed across the planning area. They will serve as conservation reserves and refuges to protect the native biodiversity within them and will provide wildlife movement corridors and linkage areas that connect landscapes and habitats, which facilitates the interaction of animals. Establishing and preserving protected areas within and between TRFO and SJNF lands is a means to maintain ecosystem diversity, which presumably will protect the diversity and sustainability of native plant and animal species and communities, and the ecological processes occurring within those ecosystems across the planning area, along with the viability of wildlife species on NFS lands. They cover approximately 11% of lands administered by the TRFO and include a variety of lower-elevation ecosystems. These tracts are capable of supporting sustaining populations of many wildlife species associated with these types. Approximately 54% of the SJNF lies within protected areas and includes much of the alpine and mid to upper montane wildlife habitat types. These tracts are capable of supporting sustaining populations of wildlife associated with these types.

  Outside protected areas the land is subject to greater management emphasis in order to supply a wider diversity of goods and services under multiple use management. LRMP components are developed to assure management use of the land occurs in a sustainable manner that is not limiting to the ecosystem, including terrestrial wildlife species.

- **Application of ecosystem management using sustainable ecosystem concepts:** Ecosystem management is the integrating component of the sustainable ecosystems strategy. Ecosystem management on TRFO and SJNF lands, which uses the HRV for reference, will be implemented by maintaining or restoring the composition (plant species, animal species, and vegetation types), structure (size, density, and arrangement of live and dead vegetation, stream channel attributes), function (ecological processes and disturbances), and physical environment (soils, water, and geomorphology) of ecosystems. The approach is intended to protect and maintain these ecosystems and ensure the diversity, contribute to population viability on SJNF lands, and provide for sustainable wildlife populations across the planning area of the majority of species within them. Desired conditions, objectives, standards, and guidelines for management of terrestrial ecosystems are presented in Section 2.2.

  When managing for viability on SJNF lands, and sustainability or diversity and maintenance of wildlife populations across SJNF and TRFO lands, it must be recognized that many population-level stressors are largely outside the control of the BLM and the USFS and many wildlife populations are landscape-level species that use a variety of habitats outside the planning area. The overall goal is to provide management of habitat on federal lands within the planning area that have all components needed for a species within various life stages. As most management activities occur on habitats outside protected areas, LRMP components are necessary to provide for and maintain ecosystem characteristics supporting populations on the matrix of actively managed lands. LRMP components have been developed to mitigate and/or minimize these influences on wildlife populations across the planning area.

- **Development and application of the LRMP components:** Wildlife species that may not be adequately recognized or protected by the above ecosystems management approach, or whose specific habitat needs or other life requirements may not be fully met under the sustainable ecosystems strategy, are given special management considerations below, including the development of LRMP components that contribute to

the conservation of those species. This approach may also be needed for special status species whose key habitat components are directly affected by agency management activities. Special status species on the SJNF and TRFO include federally listed species, species proposed for federal listing and proposed critical habitat, candidate species for federal listing, Region 2 Regional Forester's sensitive species, and Colorado BLM State Director's sensitive species. Some of these species have immediate needs that may not be adequately recognized and addressed by the overall sustainable ecosystems strategy. As such, they have been given special consideration and additional LRMP components below, developed to address those special needs. In addition, current species-specific conservation plans and strategies will be relied upon to address the needs of special status species. These plans and strategies are analogous to TNC's fine-filter approach, which is intended to protect species with known conservation concerns (Hunter et al. 1988; Noss 1987; TNC 1982). LRMP components specific to special status species augment those components developed through the ecosystem management approach. Species lists for the TRFO and SJNF are found in Volume III, Appendix P. Guidance for amphibians is included in Section 2.5, and guidance for migratory birds is found under the specific agency agreements with the U.S. Fish and Wildlife Service (USFWS) and listed within "Additional Guidance" at the end of this section.

Highlight species were also used as a planning tool in the development of the ecosystem management approach in this LRMP. Certain species representing a broad spectrum of conditions and needs across the planning area were selected in order to develop a strategy around those conditions and needs. Highlight species have no legal status, and no specific BLM or USFS policy or direction associated with them; they serve no further functionality past development of the ecosystem management approach and various LRMP components. LRMP components that provide direction for selected highlight species are summarized in Volume III, Appendix M.

- **Monitoring and adaptive management:** Effective monitoring and evaluation of how management activities on SJNF and TRFO lands are affecting ecosystems and wildlife, and the application of adaptive management principles, will be critical to maintaining functional, sustainable ecosystems and addressing the needs of dependent species. Refer to Chapter 4 below for a description of the wildlife monitoring requirements and the data sources and methodology that apply to wildlife population and habitat monitoring.

MIS are species monitored in order to assess the effects of management activities, related to specific management issues, on their populations and on the habitats with which they are associated. MIS is a USFS requirement and are not applicable to BLM lands. Monitored changes in MIS populations could indicate that current management is adversely affecting the composition structure, or function of associated habitats, affecting the management issue for which they were selected. This could result in indications that LRMP direction and desired conditions are not being met and indicate the need for adaptive management. Table 2.3.1 shows terrestrial wildlife MIS selected from the represented categories (see the ecosystem framework, Section 2.1), habitats of concern, and management issues addressed for the SJNF.

BLM_0033787

**Table 2.3.1: Terrestrial Wildlife Management Indicator Species on the San Juan National Forest**

| Management Indicator Species | Habitat of Concern | Management Issue Addressed |
|---|---|---|
| Abert's squirrel (*Sciurus aberti*) | Ponderosa pine forests | Effects to species and habitat associated with timber harvest and fuels treatments |
| American marten (*Martes americana*) | Spruce-fir and cool-moist mixed conifer forests | Effects to species and habitat associated with recreation and timber harvest |
| Hairy woodpecker (*Picoides villosus*) | Ponderosa pine, aspen, and mixed conifer forests | Effects to species and habitat associated with timber harvest and fuels treatments |
| Elk (*Cervus elaphus*) | Severe winter range and winter concentration areas (pinyon-juniper woodlands, sagebrush shrublands, mountain shrublands, and ponderosa pine forests) | Effects to species and habitat associated with recreation, fuels treatments, oil and gas development, and timber harvest |

LRMP components are also directly linked to providing for management of habitat to address population viability on NFS lands. Identified ecosystem elements that contribute to viability, such as physical habitat, biological factors, human factors, and species-specific factors are listed in Volume III, Appendix Q. As described in Section 2.1, management direction has been developed that is intended to address the legal, regulatory, and policy requirements for species diversity and population viability (USFS lands) for terrestrial wildlife species, including associated special status wildlife species. The desired future conditions, management objectives, and standards and guidelines listed below for wildlife and special status species, as well as the other identified LRMP components, support those elements found to be most critical to the maintenance of species diversity and population viability on SJNF lands.

LRMP implementation will involve close coordination with the CPW and the USFWS. In particular, the SJNF and TRFO consider these agencies to be the best source of population data for distribution and range maps and will coordinate closely with them to keep habitat data current during plan implementation. Partnerships with other state and federal agencies, as well as with tribal governments and other interested organizations and individuals, will help the SJNF and TRFO better manage for wildlife habitats and populations. These cooperative efforts will serve as an important way to achieve desired conditions and to accomplish multiple-use plan objectives.

## Desired Conditions

2.3.1   Wildlife populations are viable on SJNF lands. Wildlife populations are self-sustaining, connected, and genetically diverse across SJNF and TRFO lands.

2.3.2   Big game severe winter range, winter concentration areas, and production areas are capable of supporting populations that meet state population objectives. These areas provide sustainable forage and habitat in areas with acceptable levels of human disturbance which do not reduce habitat effectiveness.

2.3.3   Invasive exotic wildlife species and diseases do not become established within the planning area. Existing invasive exotic wildlife species and diseases do not spread.

2.3.4   Habitat components (e.g., snags and downed logs) are maintained. Unique habitat types (e.g., springs, seeps, willow carrs, caves, and cliffs) support associated flora and fauna (with abundance and distribution commensurate with the capability of the land).

2.3.5   Large predator species contribute to ecological diversity and ecosystem functioning.

2.3.6   Projects and activities occurring on USFS and BLM lands near state and federal highways are designed to provide for long-term connectivity and integrity of habitats to facilitate effective wildlife movement.

BLM_0033788

2.3.7    Snag and downed wood features occur in quantities that support self-sustaining populations of associated species.

2.3.8    Effective raptor nesting habitat occurs throughout the planning area with abundance and distribution commensurate with the capability of the land to sustain populations.

2.3.9    Ecosystems and habitat conditions for terrestrial wildlife species sensitive to human disturbance are maintained.

2.3.10   Vegetation openings created through management actions preserve the natural patchiness inherent in Southern Rocky Mountain ecosystems.

2.3.11   Habitat continuity and travel corridors exist and persist to facilitate species movement and establishment into newly suitable areas as a result of changing habitats.

2.3.12   Populations are conserved by maintaining or improving habitat availability and quality through the incorporation of conservation strategies and species' habitat needs during project development and implementation.

2.3.13   Riparian and aquatic habitat, including springs and fens, support well-distributed populations of invertebrate and vertebrate riparian and aquatic dependent wildlife special status species.

2.3.14   Disturbances from management activities occur at levels that support critical life functions and sustain key habitat characteristics for wildlife special status species.

2.3.15   Areas identified as critical habitat or proposed critical habitat for special status wildlife species have the characteristics to support sustainable populations, promoting recovery of the species.

2.3.16   The alpine and subalpine willow (*Salix* sp.) dominated riparian areas, providing crucial winter habitat for white-tailed ptarmigan (*Lagopus leucura*) and snowshoe hare (*Lepus americanus*), do not bioaccumulate heavy metals above historically occurring background levels which enter the food chain. Areas of contamination do not become limiting factors for wildlife population sustainability.

2.3.17   Management actions maintain or improve habitat conditions for special status species, contributing to the stability and/or recovery of these species.

2.3.18   Special status species are able to disperse within the planning area and into adjacent lands. This will allow for the interchange between populations and the maintenance of genetic diversity.

2.3.19   MIS are able to disperse freely across the planning area allowing for the interchange between populations and the maintenance of genetic diversity (SJNF only).

2.3.20   **MIS:** Abert's squirrel (*Sciurus aberti*) - Ponderosa pine habitats provide interconnected structure in mature conifer stands that produce abundant foraging (cone crops and above- and belowground fungi) and reproductive habitat (SJNF only).

2.3.21   **MIS:** American marten (*Martes americana*) - Habitat connectivity for spruce-fir and cool-moist mixed conifer forests is maintained at broad spatial scales. These forests contain a diverse array of structural stages (including mature and old growth) and habitat attributes (snags and downed logs) to provide effective foraging, breeding and dispersal habitat for marten (SJNF only).

2.3.22   **MIS: Elk -** Management activities and human disturbance levels (especially in severe winter range, winter concentration areas, and calving grounds) provide effective habitat capable of meeting state population objectives (SJNF only).

BLM_0033789

2.3.23   **MIS: Hairy Woodpecker (*Picoides villosus*)** - Snags occur in numbers, size, and quality in and adjacent to aspen, ponderosa pine, and mixed conifer forests to provide effective habitat for foraging and reproduction (SJNF only).

## Objectives

2.3.24   Treat 2,000 or more acres of vegetation on TRFO lands and 2,000 or more acres of vegetation on SJNF lands over the life of the LRMP to improve habitat that supports sustainable populations of terrestrial wildlife across the planning area.

2.3.25   Conduct a minimum of six wildlife interpretive and environmental education programs to inform the public on natural resource management, wildlife species, and their habitats, and encourage youth participation and interest in wildlife and natural resources (SJNF only).

2.3.26   **Gunnison Sage-grouse (*Centrocercus minimus*):** improve habitat for Gunnison sage-grouse when conducting resource management actions within occupied habitat.

2.3.27   **Nokomis Fritillary Butterfly (*Speyeria nokomis*):** Over the life of the LRMP, restore the hydrologic conditions and plant communities during project implementation at springs or seeps capable of supporting Nokomis fritillary while, at the same time, retaining the water development for livestock or other uses.

2.3.28   **Bats:** Over the life of the LRMP, all mine closures for human safety at sites supporting bat populations include structures (such as bat gates) designed to provide for continued use as bat habitat.

2.3.29   **Inventory and Monitoring:** Improve knowledge on the distribution of wildlife special status species and their habitats by inventorying habitat and species as identified in the LRMP monitoring section over the life of the LRMP. Work with conservation partners in the study, management, and monitoring of these species.

2.3.30   **Invasives and Disease:** Over the life of the LRMP, coordinate with CPW to prevent introductions or spread of fish or terrestrial wildlife species, as needed, where there is potential for negative impacts on wildlife special status species.

2.3.31   **MIS (SJNF only):** Abert's squirrel - Over the life of the LRMP, restore approximately 3,000 acres of ponderosa pine forest to improve habitat quality as defined in the *Abert's Squirrel Species Assessment San Juan National Forest* (USFS 2004a, 2003).

2.3.32   **MIS (SJNF only):** American marten - Over the life of the LRMP, treat approximately 2,000 acres of spruce-fir and cool-moist mixed conifer forests to increase age class diversity and provide future foraging, breeding and dispersal habitat as defined in the *American Marten Species Assessment San Juan National Forest* (USFS 2004b).

2.3.33   **MIS (SJNF only): Elk -** Over the life of the LRMP, improve approximately 5,000 acres of winter range through mechanical and prescribed burn treatments as defined in the *American Elk Species Assessment San Juan National Forest* (USFS 2004c).

2.3.34   **MIS (SJNF only): Hairy Woodpecker -** Over the life of the LRMP, harvest and regenerate approximately 3,000 acres of aspen forest to increase age class diversity and provide future mature aspen nesting habitat as defined in the *Hairy Woodpecker Species Assessment San Juan National Forest* (USFS 2004d).

## Standards

2.3.35   Standards for the golden eagle (*Aquila chrysaetos*), bald eagle (*Haliaeetus leucocephalus*), and peregrine falcon (*Falco peregrinus*) are listed in Table 2.3.2.

BLM_0033790

2.3.36 **Predator Control:** On SJNF lands within the planning area, predator control must be managed in cooperation with the state wildlife agencies, the USFWS, Animal Plant Health Inspection Services (APHIS) and other appropriate agencies and cooperators in order to reduce damage to other resources (and to direct control toward removing only the offending animal). Preventive methods of denning, aerial gunning, and poisons of any kind towards predators must not be allowed on SJNF lands within the planning area under any circumstances.

2.3.37 **Bats:** If abandoned mines are closed, surveys will be conducted to determine occupancy. If surveys cannot be completed, occupancy will be assumed and mine closures must allow for bat access. Abandon mines that are determined to be hazardous to bats will be closed to bats.

2.3.38 **Bats:** Human access at occupied caves or abandoned mines will be restricted as necessary during the following periods to maintain essential life cycle processes:

- Maternity sites - April 15 through September 1
- Swarming sites - August 15 through October 15 (30 minutes before sunset to 30 minutes after sunrise)
- Winter hibernacula - October 15 through May 15

2.3.39 **Bighorn Sheep (*Ovis canadensis*):** During project-level planning on domestic sheep (*O. aries*) allotments, management options must be developed to prevent physical contact between domestic sheep and bighorn sheep. Actions may include but are not limited to boundary modification, livestock-type conversion, or allotment closures.

2.3.40 **Bighorn Sheep:** Grazing permit administration in occupied bighorn sheep habitat must utilize measures to prevent physical contact between domestic sheep and bighorn sheep. Permit administration actions may include but are not limited to use of guard dogs, grazing rotation adjustments, or relocation of salting and bed grounds.

2.3.41 **Bighorn Sheep:** Management of recreational pack goats and other domestic goats (*Capra aegagrus hircus*) must utilize measures to prevent physical contact with bighorn sheep.

2.3.42 **Bighorn Sheep:** Domestic goats used for invasive plant control must be veterinarian certified as free of pathogens transmissible to bighorn sheep, except in areas where there is no risk of contact with bighorn sheep.

2.3.43 **Butterflies:** Management actions that could adversely impact occupied habitat used by special status butterfly species for reproduction must be designed to sustain host plant species.

2.3.44 **Columbian Sharp-tailed Grouse (*Tympanuchus phasianellus columbianus*):** New noise sources resulting from management activities must not contribute to noise levels that negatively impact sharp-tailed grouse leks during the active lek season (March 1 to June 30) based on best available science

2.3.45 **Gunnison Sage-grouse:** Management activities must not occur from March 1 to June 30 within occupied habitat suitable for nesting to allow for breeding and December 1 to March 15 for known winter habitat.

2.3.46 **Gunnison Sage-grouse:** New structural improvements or surface disturbance must not occur within known winter concentration area or within a 0.6-mile radius of known Gunnison sage-grouse leks.

2.3.47 **Gunnison Sage-grouse:** In occupied habitat fuels treatments must be designed and implemented with an emphasis on protecting and enhancing existing sagebrush ecosystems

2.3.48 **Gunnison Sage-grouse:** Invasive vegetation must be monitored and controlled post-treatment.

BLM_0033791

## Guidelines

2.3.49  Guidelines for the golden eagle, bald eagle, osprey (*Pandion haliaetus*), peregrine falcon, northern goshawk (*Accipiter gentilis*), burrowing owl (*Athene cunicularia*), and all other accipiter, buteo, falcon, harrier, and owl species are listed in Table 2.3.2.

2.3.50  In order to determine site occupation, pre-implementation surveys may be required for projects occurring in habitats that may support populations of sensitive species and species listed or proposed under the ESA, as determined by an agency biologist.

2.3.51  **Bats:** Human access should be managed at caves and abandoned mines where known bat populations exist to protect bat habitat from disturbance and/or the introduction of pathogens. Management examples include, but are not limited to, seasonal or permanent closures and excluding humans by installing bat gates.

2.3.52  **Bats:** Where known bat concentrations of significant conservation concern are located outside caves or abandoned mines (such as in bridges structures, rock crevasse, or tree snags), human disturbance should be managed in order to protect those populations and the concentration site's physical features.

2.3.53  **Bats:** On the SJNF, formal mineral withdrawal of abandoned mines for conservation of special status bat species should be pursued when demonstrated necessary to prevent loss of effective or crucial habitat due to mining activity.

2.3.54  **Bats:** At swarming sites, hibernacula, and maternity sites, activities that may alter the suitability of the cave or abandoned mine for bat occupation should not occur within 500 feet of the entrance, unless to rehabilitate the suitability of the site or install mine safety closures.

2.3.55  **Migratory Birds:** Projects or activities should consider and undertake proactive bird conservation actions as practicable particularly during breeding season to maintain or improve habitat needs over the long-term for species identified by each agency as priority for conservation action.

2.3.56  The drainage of acid-mine runoff through alpine and subalpine willow-dominated riparian areas that provide crucial winter habitat for white-tailed ptarmigan and snowshoe hare should be avoided in order to prevent physiological impacts from the effects of bioaccumulation of heavy metals.

2.3.57  **Pollinators:** Pollinators should be considered during the application of pesticides to prevent population-level impacts and maintain pollinator function in the ecosystem.

2.3.58  New structural improvements, reconstruction, and operations should be designed to provide for wildlife movement to sustain populations.

2.3.59  Projects or activities that adversely impact pronghorn (*Antilocapra americana*) and elk production areas should be limited or avoided. This will keep reproductive success from being negatively impacted from management activities by using access restrictions during the following periods:
- Pronghorn: May 1–July 1
- Elk: May 15–June 30

2.3.60  Management activities and access should be limited or avoided in critical winter range, severe winter range, and winter concentration areas for pronghorn, elk, and mule deer during the following times to keep survival and reproduction from being negatively impacted (see Figures 2.3.1, 2.3.2, and 2.3.5):
- Pronghorn: December 1–April 30
- Elk: December 1–April 30
- Mule deer: December 1–April 30

BLM_0033792

2.3.61   Severe and critical big game winter range and winter concentration areas: In Animas City Mountain and Grandview Ridge, conditions-based winter wildlife closures should be implemented in order to protect critical and severe winter range and winter concentrations areas for elk and mule deer. This includes Animas and Grandview recreation areas. These closures may be implemented at any time between December 1 and April 30. The closures should be based on existing snow conditions and/or the level of wildlife use for the given area. The specific conditions that will trigger a closure or that will allow the BLM to open the Cortez or Durango Special Recreation Management Areas (SRMA) will be based on snow conditions of 16 inches. Parameters for re-opening will be based on 1) general assessment of the north facing slope, such as absence of snow; 2) weather/snow condition in the general surrounding area; 3) presence of big game at higher elevations; and 4) coordination with CPW.

2.3.62   **Ungulates:** Projects or activities in big game critical winter range, winter concentration areas, severe winter range, production areas, and important migration corridors should be designed and conducted in a manner that preserves and does not reduce habitat effectiveness within those mapped areas.

2.3.63   **Ungulates:** In order to provide for healthy ungulate populations capable of meeting state population objectives, anthropomorphic activity and improvements across the planning area should be designed to maintain and continue to provide effective habitat components that support critical life functions. This includes components of size and quality on the landscape providing connectivity to seasonal habitats (wildlife travel corridors), production areas, critical winter range, severe winter range, and winter concentration areas, along with other habitat components necessary to support herd viability.

2.3.64   **Bighorn Sheep:** Projects or activities that adversely impact bighorn sheep production areas by reducing habitat effectiveness should be limited or avoided, using access restrictions during the following periods (see Figure 2.3.3):
- Rocky Mountain bighorn sheep (*Ovis canadensis canadensis*): April 15–June 30
- Desert bighorn sheep (*O.c. nelsoni*): February 1–May 1

2.3.65   **Bighorn Sheep:** Projects or activities that adversely impact bighorn sheep severe winter range and winter concentration areas by reducing habitat effectiveness should be limited or avoided using access restrictions during the following periods:
- Rocky Mountain bighorn sheep: November 1–April 15
- Desert bighorn sheep: December 1–April 15

2.3.66   **Wildlife Corridors:** Public ownership of important wildlife movement corridors should be maintained. Priority areas are those adjacent to public highways or where public lands are identified as a key component in maintaining the integrity of seasonal movements by wildlife in an otherwise restricted landscape.

2.3.67   **Columbian Sharp-tailed Grouse:** Surveys for new/unknown Columbian sharp-tailed grouse leks within occupied Columbian sharp-tailed grouse habitat should be completed prior to project approval in order to determine if additional management actions to provide for habitat effectiveness are necessary.

2.3.68   **Columbian Sharp-tailed Grouse:** Management activities that adversely impact critical life functions should not occur from March 15 to July 30 within a 1.25-mile radius of mapped occupied Columbian sharp-tailed grouse leks to allow for breeding and December 1 to March 15 for known winter habitat to provide for effective winter habitat to support populations on the landscape.

2.3.69   **Columbian Sharp-tailed Grouse:** No new structural improvements or surface disturbance should occur within known winter habitat or within a 0.4-mile radius of known Columbian sharp-tailed grouse leks to maintain effective habitat for critical life functions.

BLM_0033793

## Gunnison Sage-grouse

2.3.70   Structures in sage-grouse habitat should be constructed to limit risk of collision and predation

2.3.71   New noise sources resulting from management activities should not contribute to noise levels that negatively impact sage-grouse leks during the active lek season (March 1 to June 30) based on best available science.

2.3.72   Projects in occupied Gunnison sage-grouse habitat should be designed to mitigate or avoid the direct or indirect loss of habitat necessary for maintenance of the local population or reduce to acceptable levels the direct or indirect loss of important habitat necessary for sustainable local populations. Projects will incorporate special reclamation measures or design features that accelerate recovery and/or re-establishment of affected sage-grouse habitat as much as possible.

2.3.73   Applicable BMPs should be applied to all mineral proposals as Conditions of Approval within occupied sage-grouse habitat to provide for adequate effective habitat and breeding, nesting, and wintering habitat.

2.3.74   Remote methodologies for monitoring, transporting fluids to centralized collection tanks, etc., should be utilized to minimize human disturbance in Gunnison sage-grouse habitat.

2.3.75   Fuels treatments should be designed to meet strategic protection of identified occupied sage-grouse habitat.

2.3.76   Use of native seeds should be used for revegetation following fuels management treatment based on availability, adaptation (site potential), and probability of success (Richards et al. 1998). Where probability of success or native seed availability is low, non-native seeds may be used as long as they meet sage-grouse habitat objectives

2.3.77   Within occupied Gunnison sage-grouse critical habitat the RCP grazing guidelines should be incorporated when appropriate.

2.3.78   Within occupied habitat, grazing in treatment areas should be deferred for 2 growing season after treatment, unless needed for seedbed preparation or desired understory and overstory are established.

2.3.79   When developing or modifying water developments, BMPs (see Volume III, Appendix N) should be used to mitigate potential impacts from West Nile virus on sage-grouse within occupied habitat.

**Table 2.3.2: Raptor Timing and Buffer Zone Distance Standards and Guidelines**

| Species | Impact/Risk | Time Frame | Buffer Distance[****] | Source |
|---|---|---|---|---|
| Golden eagle | Structural improvements[*] | Year-round | New structures must not occur within a 0.5-mile radius of an active nest. (S)[***] | CPW 2008 |
| | Disturbance[**] | December 15–July 15 | Human encroachment should not occur within 0.5 mile of an active nest during the nesting season. (G)[***] | CPW 2008 |
| Bald eagle | Structural improvements[*] | Year round | New structures must not occur within a 0.5-mile radius of an active nest. (S)[***] | SJNF and TRFO |
| | Disturbance[**] | November 15–July 15 | Human encroachment should not occur within 0.5 mile of an active nest during the nesting season. (G)[***] | SJNF and TRFO |

BLM_0033794

| Species | Impact/Risk | Time Frame | Buffer Distance[****] | Source |
|---------|-------------|------------|-----------------------|--------|
| Bald eagle winter roost | Structural improvements[*] | Year round | New structures must not occur within 0.5 mile of a communal roost site. (S) | SJNF and TRFO |
| | Disturbance[**] | November 15–March 15 | Human encroachment should not occur within a 0.25-mile radius (indirect line of sight) or a 0.5-mile radius (direct line of sight) of a communal winter roost site (as identified by CPW and the managing agency biologist). (G)<br><br>Limit activity between 10 a.m. and 2 p.m. if encroachment will occur within buffer zones. (G) | CPW 2008 |
| Osprey | Disturbance[**] | April 1–August 31 | Human encroachment should not occur within 0.25 mile of a nest during the nesting season. (G) | SJNF and TRFO |
| | Structural Improvements[*] | Year-round | New structures should not occur within a 0.25-mile radius of an active nest. (G) | CPW 2008 |
| Peregrine falcon | Structural Improvements[*] | Year-round | New structures must not occur within a 0.5-mile radius of an active cliff nest complex. (S) | CPW 2008 |
| | Disturbance[**] | March 15–July 31 | Human encroachment should not occur within 0.5 mile of a nest during the nesting season. (G) | CPW 2008 |
| Northern goshawk | Disturbance[**] | March 1–August 31 | Human encroachment should not occur within 0.5 mile of a nest during the nesting season. (G) | SJNF and TRFO |
| | Structural Improvements[*] | Year-round | New structures should not occur within a 0.5-mile radius of an active nest. (G) | CPW 2008 |
| Burrowing owl | Disturbance[**] | March 15–August 15 | Human encroachment should not occur within 0.25 mile of nest burrows when owls may be present during the nesting season. (G) | Romin and Muck 2002 |
| | Structural Improvements[*] | Year-round | New structures should not occur within a 0.25-mile radius of active nests or within occupied habitat. (G) | Romin and Muck 2002 |
| All other raptors | Disturbance[**] | Varies by species | Determination of the application of these specific seasonal restrictions, timing limitations, and/or buffer distances should be made by the project biologist, guided by agency requirements, along with professional knowledge and experience. They will be considered on a case-by-case basis, taking into consideration site-specific factors such as topography, vegetation, species of raptor, historic patterns of human activity and infrastructure, and observed behaviors of individual birds. (G) | Romin and Muck 2002 |

BLM_0033795

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Species | Impact/Risk | Time Frame | Buffer Distance [****] | Source |
|---|---|---|---|---|
| | Structural Improvements[*] | Varies by species | Determination of the application of these specific seasonal restrictions, timing limitations, and/or buffer distances should be made by the project biologist, guided by agency requirements, along with professional knowledge and experience. They will be considered on a case-by-case basis, taking into consideration site-specific factors such as topography, vegetation, species of raptor, historic patterns of human activity and infrastructure, and observed behaviors of individual birds. (G) | Romin and Muck 2002 |

[*]Structures include improvements such as roads, trails, radio towers, power lines, aboveground transmission corridors, and wells as proposed following nest establishment. This is not intended to include structures that historically occurred in the area prior to nest establishment.

[**]This does not apply to historic levels and patterns of disturbance under which the nest was established and is intended to apply to additional levels and change in disturbance patterns.

[***]Golden and bald eagle nest as defined under the Bald and Golden Eagle Protection Act.

[****]Buffer distances for some species may vary based on site-specific information, current science, and agency wildlife biologists' professional judgment. Area closures may be considered where appropriate.

Note: (S) = Standard; (G) = Guideline.

Table information is based on a variety of sources, including 2008 Colorado Parks and Wildlife raptor guidelines, Romin and Muck (2002), professional knowledge of local area conditions, Reynolds et al.'s (1992) recommendations specific to the SJNF, and Bald and Golden Eagle Protection Act conformance

Where literature and other evidence shows, exceptions may occur when individuals are adapted to human activity. Management is designed to reduce impacts during sensitive periods.

## Additional Guidance

Terrestrial Wildlife

- ESA
- FSM 2600, Wildlife, Fish and Sensitive Plant Habitat Management
- FSH 2609-13, Wildlife and Fisheries Program Management
- FSM 2550, Soil Management
- FSM 5150, Fuel Management
- FSH 2509-18, Soil Management
- FSH 2509-25, Watershed Conservation Practices Handbook (Region 2 Supplement)
- Colorado's Comprehensive Wildlife Conservation Strategy (Colorado Division of Wildlife 2006) (see Volume III, Appendix H for details on wildlife guidance in relation to leasable minerals)
- Managing Forested Lands for Wildlife (Hoover and Wills 1984)

Special Status Species

- FSM 2600, Wildlife, Fish, and Sensitive Plant Habitat Management
- Colorado's Comprehensive Wildlife Conservation Strategy (2005)
- A Process for Finding Management Solutions to the Incompatibility Between Domestic and Bighorn Sheep (Schommer and Woolever 2001)
- Colorado Desert Bighorn Sheep Management Plan (CPW and BLM 1989)
- Colorado Bighorn Sheep Management Plan 2009-2019 (George et al. 2009)
- Recommendations for Domestic Sheep and Goat Management in Wild Sheep Habitat (Wild Sheep Working Group, Western Association of Fish and Wildlife Agencies 2012)

BLM_0003796

- BLM Manual 6840, Special Status Species Management (as revised, December 2008)
- San Juan National Forest Plan Amendment #15 and associated Decision Notice for animal damage control (USFS 1992c)

## Bats

- Federal Cave Resources Protection Act of 1988
- Colorado Bat Conservation Plan (Ellison et al. 2003)
- Townsend's Big-eared Bat (*Corynorhinus townsendii*): A Technical Conservation Assessment (Gruver et al. 2006)
- The Fringed Myotis: A Technical Conservation Assessment (Keinath 2004)

## Migratory Birds

- The Migratory Bird Treaty Act of 1918
- The Migratory Bird Conservation Act of 1929
- the Neotropical Migratory Bird Conservation Act of 2000
- EO 13186, 2001
- USFWS Birds of Conservation Concern (2002a)
- Colorado Partners in Flight Land Bird Conservation Plan (2000)
- Partners In Flight North American Landbird Conservation Plan (Rich et al. 2004)
- U.S. Shorebird Conservation Plan (2nd ed.) (USFWS 2001a)
- Waterbird Conservation Plan for the Americas: The North American Waterbird Conservation Plan (Version 1) (Kushlan et al. 2002)
- Flammulated, Boreal, and Great Gray Owls in the United States: A Technical Conservation Assessment (Hayward and Verner 1994)
- USFS and USFWS MOU to Promote the Conservation of Migratory Birds, Agreement # 08-MU-1113-2400-246 (USFS and USFWS 2008)
- BLM Instruction Memorandum (IM) No. CO-2011-07 Migratory Bird Treaty Act – Interim Management Guidance (expires September 30, 2012) (BLM 2011a)

## Threatened and Endangered Species

- Final Southwestern Willow Flycatcher Recovery Plan (USFWS 2002b)
- Mexican Spotted Owl Recovery Plan (USFWS 2012a)
- Uncompahgre Fritillary Butterfly Recovery Plan (USFWS 1994)
- Annual Uncompahgre fritillary butterfly monitoring and inventory field report and status updates (USFWS 2013a)
- Final Designation of Critical Habitat for the Mexican Spotted Owl: Final Rule (USFWS 2004)
- Canada lynx conservation agreement (USFS and USFWS (2000)
- Lynx Conservation Assessment and Strategy (Ruediger et al. 2000)
- Southern Rockies Lynx Amendment (USFS 2008)
- October 23, 2012, letter regarding guidance on Section 7 consultation procedures for the southwestern willow flycatcher, USFWS concurrence to the SJNF, December 12, 2012 (USFWS 2012b)
- Southwestern willow flycatcher guidance letter from USFWS to TRFO (USFWS 2012c)

## Butterflies and Pollinators

- USFS and North American Butterfly Association MOU, USFS Agreement # 08-SU-1113-241-298 (2008)
- BLM and the Coevolution Institute MOU WO-230-2007-005 (2007)
- USFS and the Xerces Society, USFS Agreement No 09-SU-11130121-091 (2009)

BLM_0033797

Predator Control

- BLM IM No. CO-2000, Animal Damage Control Activities (BLM 2000)
- Master MOU between the BLM and APHIS Wildlife Service (1995)
- Colorado State level MOU between the Colorado Department of Natural Resources, the CPW, the BLM, the USFS, the Contractors State License Board (CSLB), and the APHIS Wildlife Service (1999)
- San Juan National Forest Plan Amendment #15, and associated Decision Notice for Animal Damage Control (USFS 1992c)
- Master MOU between the USFS and the APHIS Wildlife Service (1998)

Raptors

- Bald and Golden Eagle Protection Act of 1940
- Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors (CPW 2008)
- Reducing Avian Collisions with Power Lines: State of the Art in 2012 (Edison Electric Institute and Avian Power Line Interaction Committee)

Gunnison Sage-grouse

- Conservation Plan Agreement to participate in the LRMP, signed by the Region 2 Regional Forester (April 28, 2005) and the BLM State Director (April 29, 2005), IM No. CO-2010-28 provides direction for sage-grouse (USFS and BLM 2005)
- Gunnison Sage-grouse Rangewide Conservation Plan (Gunnison Sage-grouse Rangewide Steering Committee 2005)
- A Report on National Greater Sage-Grouse, Conservation Measures, produced by the Sage-grouse National Technical Team (December 21, 2011) (BLM 2011b)

Ungulates

- FSM 2600, Wildlife, Fish, and Sensitive Plant Habitat Management
- FSH 2609.13, Wildlife and Fisheries Program Management Handbook
- Managing Forested Lands for Wildlife (Hoover and Wills 1984)
- Hermosa Deer Management Plan: Data Analysis Unit D-52 (CPW 2001a)
- San Juan Deer Management Plan: Data Analysis Unit D-30 (CPW 2001b)

Wildlife Corridors

- Linking Colorado's Landscapes, Phase II Reports (Southern Rockies Ecosystem Project 2006)
- Lynx Linkages Areas discussed in the USFS 2001 Programmatic Consultation Agreement for Canada Lynx in Colorado (USFS 2001a)

BLM_0033798

# Elk Severe Winter Range, Winter Concentration Areas and Production Areas

## San Juan National Forest and Tres Rios Field Office
### Figure 2.3.1



Legend

- Elk Winter Concentration Area
- Elk Production Area
- Elk Severe Winter Range
- San Juan National Forest
- Tres Rios Field Office
- Chimney Rock National Monument
- State & Federal Highways
- Bureau of Land Management
- National Forest

JER
NAD 83, Polyconic Projection
May 28, 2013

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data/accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

0    10    20    40    Miles

San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan

BLM_0033799

# Mule Deer Severe Winter Range, Winter Concentration Areas and Production Areas
## San Juan National Forest and Tres Rios Field Office
## Figure 2.3.2



**Legend**
- Mule Deer Winter Concentration Area
- Mule Deer Severe Winter Range
- Mule Deer Critical Winter Range
- San Juan National Forest
- Tres Rios Field Office
- Chimney Rock National Monument
- State & Federal Highways
- Bureau of Land Management
- National Forest

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data/accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JER
NAD 83, Polyconic Projection
May 28, 2013

Miles
0    10    20    40

San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan

BLM_0033800

# Bighorn Sheep Severe Winter Range, Winter Concentration Areas and Production Areas
## San Juan National Forest and Tres Rios Field Office
### Figure 2.3.3



San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan

BLM_0033801



# Gunnison Sage Grouse
# Proposed Occupied and Unoccupied Critical Habitat
## San Juan National Forest and Tres Rios Field Office
## Figure 2.3.4

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JER
NAD 83, Polyconic Projection
May 28, 2013

San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan



# Pronghorn Overall Range
## San Juan National Forest and Tres Rios Field Office
## Figure 2.3.5

NOTE:  Overall range for this herd is also considered the winter range and production area

**Legend**
- Pronghorn Overall Range
- San Juan National Forest
- Tres Rios Field Office
- Chimney Rock National Monument
- State & Federal Highways
- Bureau of Land Management
- National Forest

The USFS and BLM attempt to use the most current and complete geospatial data available.  Geospatial data accuracy varies by theme on the map.  Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JER
NAD 83, Polyconic Projection
May 28, 2013

Miles
0    10    20    40

San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan

BLM_0033803

## 2.4   Riparian Area and Wetland Ecosystems

### Introduction

Riparian area and wetland ecosystems on SJNF and TRFO lands occur on valley floors and other low-lying landscape positions where the water table is usually at or near the land surface. They are frequently flooded or at least seasonally saturated by a fluctuating water table, and they depend on water derived from direct precipitation and upland sources. Riparian area and wetland ecosystems have soils that are somewhat poorly to very poorly drained and hydrophytic plants that are obligate-wetland or facultative-wet species (Reed 1988). These ecosystems, which are primarily associated with perennial streams on SJNF lands and perennial and intermittent streams on TRFO lands, store water, enhance water quality, provide habitat for wildlife and plants, and provide recreation and aesthetic values. Natural ecological processes and disturbances including fire, drought, wind, floods, flow regimes, and succession play a fundamental role in shaping the composition, structure, and function of riparian area and wetland ecosystems on the SJNF and TRFO.

Although they are small in extent, riparian area and wetland ecosystems represent a very important ecological component of the SJNF and TRFO. Riparian zones of the Southwest contain the greatest diversity of native vegetation communities, birds, fish, and terrestrial vertebrates (Durkin et al. 1995; Hink and Ohmart 1984; Howe and Knopf 1991; Siegel and Brock 1990). Riparian area and wetland ecosystems on SJNF and TRFO lands include a general type and four physiognomic types. The general riparian area and wetland ecosystem type is defined by its soils, topographic position, and the riparian area and wetland major vegetation type (Redders 2012). Ecosystem physiognomic types, which are defined by their soils and the dominant life form in the uppermost canopy layer, include evergreen riparian forests, deciduous riparian forests, deciduous riparian shrublands, and riparian area and wetland herbaceous lands (which include fens and hanging gardens).

These ecosystems are an important part of the LRMP's sustainable ecosystems strategy. This strategy includes maintaining or restoring the diversity and ecological integrity of ecosystems on SJNF and TRFO lands, which in turn will protect the diversity and population viability of the majority of plant and animal species within the ecosystems. See Section 2.1 in the LRMP for more information on ecosystems and the sustainable ecosystems strategy.

Riparian area and wetland ecosystems types are used in the LRMP and FEIS to describe ecosystem diversity; analyze past, current, and future ecological conditions; describe environmental impacts from management activities; and develop of LRMP components (desired conditions, objectives, standards, and guidelines). The general riparian area and wetland ecosystem type also serves as a broad-scale habitat type for terrestrial wildlife species, special status wildlife species, MIS, and plant species, and as such, provides habitat conditions that maintain species diversity and population viability for most terrestrial wildlife and plant species. Riparian area and wetland ecosystems will be monitored to determine if management activities are adversely affecting those ecosystems and the composition, abundance, distribution, and population viability of the plant and animal species that rely on those ecosystems for their habitat needs.

Certain high-elevation riparian and wetland ecosystems such as evergreen riparian forests, deciduous riparian shrublands, and herbaceous riparian areas and wetlands (including fens) are well represented in protected areas on the SJNF. Mid-elevation riparian area and wetland ecosystems such as deciduous riparian forests and shrublands, and herbaceous riparian areas and wetlands are also well represented in protected areas. The ecosystems in these areas are primarily impacted by recreation use and livestock grazing, which have caused changes in species abundance and composition in localized areas such as popular camping areas and stock watering locations. Water diversions have also impacted certain riparian areas and wetlands in protected areas.

Outside protected areas, management activities such as road construction, livestock grazing, water diversions, the construction of dams and reservoirs, timber harvest, mechanical fuels treatments, oil and gas development, recreation, utility corridor construction, and solid minerals development have caused

BLM_0033804

impacts to the soils and vegetation of riparian area and wetland ecosystems on the SJNF and TRFO. In the ecosystems impacted by these activities, there have been both direct and indirect changes in species abundance and composition, including a reduction of willows and cottonwood (*Populus* sp.) trees in deciduous riparian forests, a reduction of willows in deciduous riparian shrublands, and a reduction of sedges (*Carex* sp.) and rushes (*Juncus* sp.) in riparian herbaceous lands. Kentucky bluegrass (*Poa pratensis*; an exotic invasive grass) has replaced native sedges and rushes in many riparian area and wetland ecosystems impacted by historic unmanaged livestock grazing. Tamarisk (*Tamarix* sp.; an exotic invasive shrub that was originally planted to help stabilize stream banks) is also found in many riparian area and wetland ecosystems at the lower elevations of TRFO lands where it competes with native cottonwoods and willows.

Riparian area and wetland ecosystem management on SJNF and TRFO lands includes maintaining or restoring the composition, structure, and function of these ecosystems; maintaining adequate vegetation cover; maintaining soil productivity; protecting water quality and aquatic habitats; and preventing or minimizing adverse impacts from management actions. Management also includes developing ecosystem classification systems, conducting riparian area and wetland inventories, monitoring, identifying plants and plant communities, using the best available science, and determining the condition of riparian area and wetland ecosystems.

## Desired Conditions

2.4.1   Riparian area and wetland ecosystems have a diverse composition of desirable native hydrophytic plants that are vigorous and self-perpetuating. Invasive plant species are absent or rare.

2.4.2   Riparian area and wetland ecosystems have vegetation cover sufficient to catch sediment, dissipate energy, prevent erosion, stabilize stream banks, enhance aquatic and terrestrial wildlife habitat, and promote floodplain development.

2.4.3   Forest and shrubland types display hydrophytic trees and shrubs in a variety of size classes; they provide terrestrial and aquatic habitats, stream shading, woody channel debris, aesthetic values, and other ecosystem functions.

2.4.4   Woody debris in a variety of sizes is present in forest and shrubland riparian area and wetland ecosystem types.

2.4.5   Riparian area and wetland ecosystems are resilient to change from disturbances (including from floods, fire, and drought) and offer resistance and resilience to changes in climate.

2.4.6   Riparian area and wetland ecosystems have flow regimes and flooding processes that contribute to stream-channel and floodplain development, maintenance, and function, and facilitate the regeneration of native hydrophytic plants (including narrowleaf cottonwood [*Populus angustifolia*] and Rio Grande cottonwood [*P. deltoides* ssp. *wislizeni*]) that depend on flooding for regeneration.

2.4.7   The composition, structure, and function of fens and hanging gardens are intact (including their native plant species, organic soils, and hydrology).

2.4.8   Riparian area and wetland ecosystems that contain plant communities with G1, G2, S1, or S2 NatureServe Plant Community conservation status ranks are protected, have habitat to expand into, and have the water quantity and hydrologic systems necessary in order to support and sustain these communities.

2.4.9   Soil productivity is intact on all riparian area and wetland ecosystems on the SJNF and TRFO.

2.4.10   Long-term levels of soil organic matter and soil nutrients are maintained at acceptable levels on all riparian area and wetland ecosystems of the SJNF and TRFO.

BLM_0033805

2.4.11   Ground cover (vegetation and litter) is adequate to protect soils and prevent erosion on all riparian area and wetland ecosystems of the SJNF and TRFO.

2.4.12   Long term impacts to soils (e.g., soil erosion, soil compaction, soil displacement, puddling, and/or severely burned soils) from management actions are rare on all riparian area and wetland ecosystems of the SJNF and TRFO.

## Objectives

2.4.13   Within 10 years, restore the ecological integrity of four deciduous riparian shrubland sites (two on SJNF and two on TRFO lands) that currently classify as riparian herbaceous lands by increasing the canopy cover of native hydrophytic shrubs by at least 10%.

2.4.14   Within 10 years, determine the functional condition of 40 miles (25 miles on TRFO and 15 miles on SJNF lands) of riparian area and wetland ecosystems using the Proper Functioning Condition assessment method (Prichard 1998).

2.4.15   Within 15 years, treat three fens on TRFO lands and two fens on SJNF lands with impaired functions.

2.4.16   Within 5 years, eradicate tamarisk and Russian olive (*Elaeagnus angustifolia*) on two stream reaches or two seeps/springs on TRFO lands, and if needed conduct follow-up treatment to prevent the establishment or spread of other invasive species.

2.4.17   Maintain native riparian and upland ecosystems that have been treated to control non-native species on a minimum of 50 miles of TRFO stream reaches over the next 20 years.

2.4.18   Maintain or restore native riparian ecosystems and connected uplands that have been treated to control non-native species on a minimum of 50 miles on the Dolores River and its tributaries on TRFO lands over the next 20 years.

## Standards

2.4.19   Long term adverse effects to the hydrology, soils, and vegetation of fens and hanging gardens from management activities in or adjacent to them (including motorized travel, road construction, water pumping, and peat removal) must not occur.

2.4.20   Agency actions in protected areas must not adversely affect the long-term ecological integrity of the riparian area and wetland ecosystems within them.

2.4.21   Management actions must not cause long-term change away from desired conditions in riparian or wetland vegetation communities.

## Guidelines

2.4.22   Agency actions should avoid or otherwise mitigate long-term adverse impacts to riparian areas and wetlands.

2.4.23   Agency actions should avoid or otherwise mitigate long-term adverse impacts in riparian area and wetland ecosystems that have plant communities with G1, G2, S1, or S2 NatureServe Plant Community conservation status ranks, including wild privet (*Forestiera pubescens*) shrublands and boxelder/river birch (*Acer negundo/Betula fontinalis*) woodlands, in order to maintain the ecological integrity of those rare plant communities.

2.4.24   Agency actions should avoid or otherwise mitigate damage to the long-term soil productivity of riparian area and wetland ecosystems.

BLM_0033806

2.4.25   Livestock browsing should not remove more than 25% of the annual leader growth of hydrophytic shrubs and trees.

2.4.26   Agency actions should avoid or otherwise mitigate adverse impacts to the abundance and distribution of willows to maintain or improve the ecological integrity of riparian area and wetland ecosystems.

2.4.27   Certified, weed-free native seed mixes of local ecotypes should be used to revegetate riparian area and wetland ecosystems where commercially available. Non-native, non-invasive plant material may be used in limited situations where considered necessary in order to protect resources and/or stabilize soils in a timely fashion. Persistent non-natives or invasive exotic plant species should be avoided.

2.4.28   Woody riparian vegetation along low-gradient ephemeral and permanent stream channels should be maintained or restored to ensure terrestrial food sources for invertebrates, fish, birds, and mammals, and to minimize water temperature changes.

## Additional Guidance

The principal guidelines used to protect all riparian areas and wetlands on SJNF lands are found in the Region 2 Watershed Conservation Practices Handbook (Region 2 FSH 2509.25-2006-1). This handbook contains guidelines that prevent adverse impacts, maintain or improve stream health, preserve ecosystem function, prevent stream sedimentation, and reclaim disturbed sites. Additional guidance includes:

- Colorado River Basin Salinity Control Act of 1974
- Clean Water Act of 1977
- EOs 11288, 1966; 11752, 1973; 11988, 1977;11990, 1977
- FSM 2500
- FSH 2500
- MOU between the Colorado Department of Natural Resources and the USFS, 2004
- MOU between the Colorado Department of Natural Resources, the Colorado Water Conservation Board, and the BLM, 2005
- FSM 2070
- FSH 2509.13 Burned Area Emergency Rehabilitation.
- Additional standards and guidelines associated with riparian area and wetland ecosystems are found in Sections 2.2 and 2.7.

## 2.5   Aquatic Ecosystems and Fisheries

### Introduction

Aquatic ecosystems of the SJNF and TRFO support a variety of water-dependent species, populations, and communities of plants and animals. These ecosystems include various types of flowing and standing waters that provide aquatic habitats sufficient to support the many biotic communities that depend on abundant, clean waters. The major biological components of these ecosystems include fish, amphibians, macroinvertebrates, zooplankton, macrophytes, and periphyton communities. The physical components are composed of features such as stream gradient, sinuosity, substrate material, stream bank material, large woody debris, and most importantly, water (refer also to Section 2.6, Water Resources).

These aquatic ecosystems play a critical role in the social, economic, and ecological well-being of the region. In addition to supporting some of the richest and most productive habitats for a variety of wildlife and plant species, they provide municipal and industrial water to communities, and serve as one of the primary recreational resources of the area. According to the USFWS National Survey of Fishing, Hunting, and Wildlife-Associated Recreation, fishing related expenditures contributed over $41.8 billion to the U.S. economy in 2011 (USFWS 2013b). Over 33 million anglers, 27 million of which were freshwater anglers, contributed an average of $1,261 each to local economies, and the demand for fishing-related recreation

BLM_0033807

continues to increase annually. The national statistics for 2011 represent an 11% increase over those observed for 2010. Waters of the SJNF and TRFO provide some of the best fishing opportunities the western United States has to offer, including pristine wilderness lakes and streams that support outstanding trout fisheries and lower elevation lakes that provide exceptional fishing for warm-water species such as bass (Perciformes), pike (*Esox* sp.), and sunfishes (Centrarchidae).

Although many of the waters in the planning area are in excellent condition, just as many have been altered over time. Starting with the early settlement periods, a variety of land management activities occurring throughout the area have altered the physical integrity of SJNF and TRFO aquatic ecosystems. Recreation activities, mining, oil and gas development, livestock grazing, timber harvesting, road construction, and numerous water-development projects have individually and collectively reduced the quantity and quality of aquatic habitats. As a result, the ability to support healthy, self-sustaining populations of fish and other aquatic biota has been reduced in a number of the streams and rivers located within the planning area. This is most evident in areas impacted by consumptive uses of water. The cumulative impacts of hundreds of existing water developments have resulted in adverse and ongoing impacts to the composition, structure, and function of aquatic ecosystems. Where fish population monitoring has been conducted downstream of major water developments, significant decreases in population densities have been observed.

In addition to the physical alterations described above, biological components have also been altered. The introduction of non-native fish species, as well as the occurrence of potentially lethal pathogens, has contributed to the decline of some species. For example, the stocking of non-native trout species occurring over several decades has come at a significant cost to native cutthroat trout populations. Native sucker species have also declined due to the loss of aquatic habitat, and as a result of hybridization with the introduced white sucker (*Catostomus commersonii*). The parasite Myxoboluscerebralis, which causes whirling disease in trout, is becoming more widespread throughout the planning area and is known to have increased mortality rates for infected trout populations.

More recently, fish population levels have been affected by prolonged drought. The reduction in annual precipitation has reduced natural stream flows, increased water temperatures, and at the same time resulted in increased demand for water for human consumptive uses. Without proactive management efforts that address the ongoing and future demand for consumptive water uses, aquatic habitats, and fish populations are likely to experience additional adverse impacts.

The SJNF and TRFO aquatics programs strive to provide the ecological conditions within their streams, rivers, and lakes, sufficient to support a diversity of native and desired non-native fish species and other aquatic biota over the long term. Proactive management of aquatic habitats and populations is critical to reversing downward population trends. Special emphasis is given to recovery efforts for native cutthroat trout (*Oncorhynchus clarkii*) subspecies. Management of the Colorado River cutthroat trout (*O.c. pleuriticus*) is guided by the Conservation Agreement and Strategy for Colorado River Cutthroat Trout in the States of Colorado, Utah, and Wyoming (Colorado River Cutthroat Trout Task Force 2001). Management of the "greenback lineage" subspecies (*O.c. stomias*) applies the same principles as those for Colorado River cutthroat, but also is also guided by the Greenback Cutthroat Trout Recovery Plan (USFWS 1998a).

Land management activities that incorporate the LRMP objectives for aquatic habitats, implement BMPs, maintain stream flows, and implement site-specific mitigation measures will reduce the risks to SJNF and TRFO aquatic ecosystems. LRMP implementation and consistent monitoring of outcomes for fisheries and aquatic habitats will provide baseline data and allow for assessments of overall trends for aquatic habitats and fish populations. Periodic inventories and surveys of streams and lakes are needed in order to determine the natural range of aquatic habitat conditions, habitat quality, population levels, and overall aquatic ecosystem health. Habitat improvement projects should be designed and implemented where limiting factor assessments have specifically identified habitat-related constraints to aquatic populations. Inventory and monitoring will also provide the information necessary to help identify needs for possible LRMP amendments or other changes in management practices. Scientific efforts to track changing conditions in key habitats, and for specific species, are an important step in accomplishing objectives and achieving desired conditions for the aquatics program.

BLM_0033808

LRMP implementation involves close coordination with CPW and the USFWS. In addition, partnerships with other state and federal agencies, as well as with interested individuals and organizations, are also an important means to achieve desired conditions and accomplish multiple objectives. Partnerships will yield much needed funding for aquatic habitat management activities.

Most importantly, water developments and other authorized special uses that impact aquatic ecosystems should contain terms and conditions necessary to minimize the severity of impacts and ultimately achieve LRMP objectives and desired conditions. The FLPMA specifies that special uses granted by the Secretary of Agriculture or the Secretary of the Interior are subject to terms and conditions that "minimize damage to fish and wildlife habitat and otherwise protect the environment." In addition, the Aquatic Resource Management Manual requires the BLM to establish aquatic resource management objectives in land use plans (Section 6720.13B) and to identify the flow needs and water quality requirements for aquatic habitats (Section 6720.15 and 6720/16).

Ensuring adequate stream flow and lake levels are prerequisites to maintaining healthy aquatic ecosystems and providing for the long-term viability of fish populations. Cooperative and collaborative efforts are the preferred approach to sustaining aquatic ecosystems and ensuring that viable populations of aquatic species are maintained or improved. While the land management agencies see water development as a legitimate use of public lands, those consumptive uses must be balanced with the many other legitimate uses for water on the SJNF and TRFO. Toward that end, a variety of options will be considered for the continued authorization of existing water facilities and for the development of new consumptive water uses, while ensuring that minimum levels of instream flow will be maintained adequate to meet the applicable regulatory requirements and the goals and objectives of the SJNF and TRFO.

As described in Section 2.1, the LRMP applies three approaches to ensure the maintenance of species diversity and long-term population viability, as applicable to each agency: the designation of protected areas, the ecosystem management strategy, and a species-specific management strategy that addresses the special needs of certain species. Management direction has been developed that is intended to address the legal, regulatory, and policy requirements for species diversity and population viability. A range of key ecosystem elements were identified and the relative importance of those elements to maintaining species diversity and population viability was determined. The desired future conditions, management objectives, and standards and guidelines listed below were developed for those elements found to be most critical to the maintenance of species diversity and population viability for aquatic species (Volume III, Appendix Q).

## Aquatic Special Status Species

Aquatic special status species for the SJNF and TRFO are listed in Table 2.5.1. These species receive special management emphasis due to their historic declines and present concern about their viability. In addition to the LRMP components that specifically address some of the needs of these species, the SJNF and TRFO use additional guidance in the form of recovery plans and conservation strategies, examples of which are listed within Table 2.5.1. The common objective among the LRMP components, recovery plans, and conservation strategies are to 1) stabilize and maintain existing populations, and 2) expand the distribution and overall abundance of these species to a point where long-term viability is no longer of concern. The LRMP components were developed with these two fundamental objectives in mind.

Unless a formal change in the status of greenback lineage cutthroat trout is recognized by the USFWS, populations of greenback lineage cutthroat trout on the SJNF and TRFO will be treated as a federally listed species and afforded full protection under the ESA. The Greenback Cutthroat Trout Recovery Plan (USFWS 1998a) will be used as management guidance for greenback lineage populations on the SJNF and TRFO.

In addition, agency actions that result in consumptive water uses must be in compliance with the Section 7 Agreement and Recovery Implementation Program Action Plan (USFWS 1993) and San Juan River Basin Recovery Implementation Program (USFWS 2003) for four endangered fish species found in the Upper Colorado and San Juan River systems (Colorado pikeminnow [*Ptychocheilus lucius*], razorback sucker [*Xyrauchen texanus*], humpback chub [*Gila cypha*], and bonytail [*G. elegans*]).

BLM_0033809

**Table 2.5.1: Special Status Aquatic Species for the San Juan National Forest and Tres Rios Field Office**

| Aquatic Special Status Species | Current Status | Species Management Plan |
|---|---|---|
| Colorado River cutthroat trout (*Oncorhynchus clarki pleuriticus*) | Region 2 Sensitive Species BLM Sensitive | Conservation Agreement and Strategy for Colorado River Cutthroat Trout in the States of Colorado, Utah, and Wyoming (Colorado River Cutthroat Trout Task Force 2001) |
| Greenback lineage cutthroat trout (*Oncorhynchus clarki stomias*) | USFWS Threatened | Greenback Cutthroat Trout Recovery Plan (USFWS 1998a) |
| Bluehead sucker (*Catostomus discobolus*) | Region 2 Sensitive BLM Sensitive | Bluehead Sucker: A Technical Conservation Assessment (USFS 2005b) |
| Flannelmouth sucker (*Catostomus latipinnis*) | Region 2 Sensitive BLM Sensitive | Flannelmouth Sucker: A Technical Conservation Assessment (USFS 2005c) |
| Roundtail chub (*Gila robusta robusta*) | Region 2 Sensitive BLM Sensitive | Roundtail Chub: A Technical Conservation Assessment (USFS 2005d) |
| Boreal toad (*Bufo boreas boreas*) | Region 2 Sensitive BLM Sensitive | Boreal Toad Conservation Plan and Agreement (USFWS 2001b) |
| Colorado pikeminnow (*Ptychocheilus lucius*) | USFWS Endangered BLM Sensitive (present on BLM lands only) | Recovery Implementation Program for Endangered Fish Species In The Upper Colorado River Basin (USFWS 1995), Colorado Squawfish Recovery Plan (USFWS 1991) |
| Downstream big river fishes Note: Three species (razorback sucker, humpback chub, bonytail) are not present on the SJNF or TRFO, but are affected by management actions on the SJNF and TRFO that result in water depletions to the lower basins. | USFWS Endangered BLM Sensitive | Recovery Implementation Program for Endangered Fish Species In The Upper Colorado River Basin (USFWS 1995), San Juan River Basin Recovery Implementation Program (USFWS 2003), Razorback Sucker Recovery Plan (USFWS 1998b), Bonytail Chub Revised Recovery Plan (USFWS 1990a), Humpback Chub Recovery Plan (USFWS 1990b) |

## Aquatic Management Indicator Species

Aquatic MIS for the SJNF are identified in Table 2.5.2. The table also lists factors of concern and management issues addressed for the SJNF. These species are selected to primarily assess the effects of management activities on populations of aquatic species and their associated habitats. Significant changes in MIS populations, or their habitats, would necessitate a review of current management direction to ensure that SJNF management is not adversely affecting the composition, structure, or function of aquatic ecosystems and their dependent species. Monitoring and evaluation of population trends of these species and their habitats are specifically addressed within the LRMP Monitoring Plan. (see Chapter 4, Monitoring Plans).

BLM_0033810

**Table 2.5.2: Management Indicator Species for the San Juan National Forest**

| Management Indicator Species | Factors of Concern | Primary Management Issues |
|---|---|---|
| Cutthroat trout (*Oncorhynchus clarki*)<br><br>Brook trout (*Salvelinus fontinalis*)<br><br>Brown trout (*Salmo trutta*)<br><br>Rainbow trout (*Oncorhynchus mykiss*) | Lentic and lotic habitats: water quantity, water quality, physical habitat features, invasive species, disease | Effects to water quantity due to water depletions associated with reservoirs, diversions, and oil and gas development.<br><br>Effects to water quality and water temperature due to soil erosion and sedimentation associated with ground-disturbing activities (fuels treatments, oil and gas development, timber harvest, livestock grazing, road construction, and recreation).<br><br>Inadvertent exotic and invasive species introductions. |

## Desired Conditions

2.5.1   Long-term sustainability of aquatic ecosystems is maintained.

2.5.2   Streams, lakes, riparian vegetation, and adjacent uplands provide habitats adequate to maintain healthy aquatic ecosystems capable of supporting a variety of native and desired non-native aquatic communities.

2.5.3   The quantity and quality of aquatic habitats are maintained or enhanced to provide for the long-term sustainability of biological diversity and population viability of all native and/or desired non-native vertebrate species.

2.5.4   Channel characteristics, water quality, flow regimens, and physical habitat features are diverse and appropriately reflect the climate, geology, and natural biota of the area.

2.5.5   An adequate range of stream flow provides for the long-term maintenance of physical habitat features. Channel features, including bank stability, width-to-depth ratio, pool/riffle ratio, pool depth, slope, sinuosity, cover, and substrate composition, are commensurate with those expected to occur under natural ranges of stream flow.

2.5.6   Water flow conditions in streams, lakes, springs, seeps, wetlands, fens, and aquifers support functioning habitats for a variety of aquatic and semi-aquatic species and communities.

2.5.7   Macroinvertebrate diversity and abundance reflect high water quality.

2.5.8   Populations of aquatic species are adequately mobile, genetically diverse, and functionally diverse throughout the planning area.

2.5.9   Aquatic systems are connected in a manner that avoids fragmentation of aquatic habitats and isolation of aquatic species. Connectivity between water bodies provides for all life history functions of aquatic species except where barriers are beneficial and necessary to achieve conservation goals for certain aquatic species.

2.5.10  All native and desired non-native fish species are disease free and thrive in the vast majority of systems historically capable of supporting such species.

BLM_0033811

2.5.11   Abundant Colorado River cutthroat trout populations are maintained and other areas are managed for increased abundance.

2.5.12   Threats to Colorado River cutthroat trout and its habitat are eliminated or reduced to the greatest extent possible.

2.5.13   The distribution of Colorado River cutthroat trout is increased where ecologically, sociologically, and economically feasible.

## Objectives

2.5.14   Annually evaluate seven streams (five streams on NFS lands and two on BLM lands) for adequacy of instream flows sufficient to maintain population viability and otherwise achieve LRMP direction.

2.5.15   Annually enhance or restore at least 4 miles of stream habitat (3 miles on NFS lands and 1 mile on BLM lands) to maintain or restore the structure, composition, and function of physical habitat for USFS and BLM sensitive species or USFS MIS species.

2.5.16   Over the life of the LRMP, connect at least 10 miles of fragmented stream habitat (8 miles on NFS lands and 2 miles on BLM lands) to provide for aquatic species movement.

2.5.17   Over the life of the LRMP, establish two self-sustaining meta-populations on NFS lands, each consisting of five separate but interconnected sub-populations. In addition, establish one new population in each Geographic Management Unit within the historic range (Colorado River Cutthroat Trout Task Force 2001).

## Standards

2.5.18   Where native or desired non-native fish species occur, or should occur, a minimum level of aquatic habitat shall be maintained by identifying the minimum flow rates required to support that habitat using at least one of the following four options (2.5.19a–2.5.19d):

2.5.18a.   From April 1 through September 30, an instantaneous minimum flow equal to 40% of the average annual flow; from October 1 through March 31, an instantaneous minimum flow equal to 20% of the average annual flow (Tennant 1972).

2.5.18b.   Stream flow in riffle habitats shall be maintained at levels that maintain the minimum values for mean water depth, wetted perimeter, and mean velocity, as defined in Table 2.5.3, for each stream size category (e.g., bankfull width).

2.5.18c.   Stream flow in each reach shall be sufficient to maintain a minimum of 50% of the weighted usable area, for each life stage of each target species (USFWS 1984). The weighted usable area baseline (100%) will be the amount of habitat that would occur under natural, unaltered flow conditions.

2.5.18d.   Stream flow in each reach shall be maintained at levels that have been determined using alternate methods and where it can be clearly demonstrated, to the satisfaction of the USFS and/or BLM, that said flows will be adequate to achieve the LRMP's goals and objectives for population viability and sustainable aquatic ecosystems.

**Table 2.5.3: Metrics Applicable to Standard 2.5.18b**

| Bankfull Width (feet) | Mean Depth (feet) | Wetted Perimeter (%) | Mean Velocity (feet/second) |
|---|---|---|---|
| 1–2 | $\geq 0.2$ | 50 | 1.0 |
| 21–40 | 0.2–0.4 | 50 | 1.0 |
| 41–60 | 0.4–0.6 | 50–60 | 1.0 |
| > 60 | > 0.6 | > 60 | 1.0 |

BLM_0033812

2.5.19   Prior to use in other waters, all agency, partnering agency, and contractor field equipment having had contact with whirling disease waters must be decontaminated using current decontamination procedures.

2.5.20   To prevent the spread of chitrid disease, established decontamination protocols must be used when working in waters and water influence zones for current and historic breeding sites for all sensitive and listed aquatic and amphibious species.

## Guidelines

2.5.21   Agency actions should maintain or improve all existing habitat for designated conservation populations of Colorado River cutthroat trout (Colorado River Cutthroat Trout Task Force 2001).

2.5.22   Minimum pool levels should be established for water storage facilities where aquatic USFS MIS and/or BLM or USFS sensitive species occur.

2.5.23   Except where barriers are beneficial and necessary to achieve conservation goals for certain aquatic species, fragmentation of aquatic habitats and isolation of aquatic species should be avoided.

2.5.24   Sediment delivery to streams occupied by MIS or threatened, endangered, or sensitive species should be avoided.

2.5.25   Activities that may cause sedimentation to amphibian habitats should be minimized.

2.5.26   Drainage of acid-mine runoff into riparian areas and wetland amphibian habitats should be avoided.

2.5.27   Agency actions should avoid or mitigate impacts within 100 feet of boreal toad (*Bufo boreas boreas*) breeding sites between May 15 and September 30 (breeding season).

2.5.28   Agency actions should maintain or improve hydrologic function and water quality of known and historic breeding sites for all sensitive and listed aquatic and amphibious species to provide for effective habitat.

## Additional Guidance

- FSH 2509.19, Watershed Conservation Practices Handbook
- FSH 2509.25, Watershed Conservation Practices Handbook (Region 2 Supplement)
- FSM 2600, Wildlife, Fish, and Sensitive Plant Habitat Management
- FSH 2609.13, Wildlife and Fisheries Program Management Handbook
- Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development (2007)
- Greenback Cutthroat Trout Recovery Plan (USFWS 1998a)
- Recovery Implementation Program for Endangered Fish Species in the Upper Colorado River Basin (USFWS 1995)
- San Juan River Basin Recovery Implementation Program (USFWS 2003)
- Razorback Sucker Recovery Plan (USFWS 1998b)
- Colorado Squawfish Recovery Plan (USFWS 1991)
- Bonytail Chub Revised Recovery Plan (USFWS 1990a)
- Humpback Chub Recovery Plan (USFWS 1990b)
- Range-wide Conservation and Strategy for Roundtail Chub, Bluehead Sucker, and Flannelmouth Sucker (Utah Department of Natural Resources 2006)
- Conservation Agreement and Strategy for Colorado River Cutthroat Trout in the States of Colorado, Utah, and Wyoming (Colorado Cutthroat Trout Task Force 2001)
- BLM Manual 6720, Aquatic Resource Management, Fish and Wildlife Management
- BLM Manual 6840, Sensitive Species Management (2008)

BLM_0033813

- Inventory and Monitoring: Recommended Techniques for Reptiles and Amphibians (Graeter et al. 2013)
- Boreal Toad Conservation Plan and Agreement (USFWS 2001b)
- Fungus Contamination Prevention Guidelines found in CPW Procedures for Monitoring and Surveying Boreal Toad Populations, 2004

Standards and guidelines for aquatic invasive species are also found in Section 2.8, Invasive Species.

## 2.6   Water Resources

### Introduction

The planning area encompasses the headwaters of several large river systems including the San Juan, Piedra, Los Pinos, Florida, Animas, and Dolores Rivers. These river systems are vital resources to several western states. The upper-elevation mountainous areas of the SJNF and TRFO receive relatively abundant precipitation, and perennial streams, lakes, and other water features are common on the landscape. Lower-elevation lands receive much less precipitation and they generally tend to have fewer (although larger) perennial rivers and more intermittent or ephemeral water bodies.

### Water Quality

Water quality within the planning area is typically good. In the few surface water bodies exhibiting water quality problems, mercury, heavy metals, salinity, and sediment are the common pollutants. The protection of groundwater from pollution sources is a challenging issue in the planning area. Oil and gas development proposals often have potential to impact groundwater.

Water quality within the planning area is protected primarily through project design, BMPs, and other mitigation measures. BMPs are applied in an adaptive management fashion that includes implementing BMPs, monitoring the implementation and effectiveness of the BMPs, and adjusting management actions if the BMPs are found to not adequately protect water quality. Many water quality mitigation measures and additional guidance for the USFS are contained in the Rocky Mountain Region Soil and Water Conservation Practices Handbook, FSH 2509.25.

The highest priorities for improving water quality will be water bodies included on Colorado's Section 303(d) List of Impaired Waters, saline soil watersheds, priority watersheds identified through the Watershed Condition Framework (USFS 2012a), and/or watersheds identified as having the highest level of anthropogenic disturbance (see Volume III, Appendix I).  Monitoring the implementation and effectiveness of water quality improvement projects and water quality protection measures will continue to be a required component to meeting the intent of the Clean Water Act throughout the planning area. In compliance with the Colorado River Basin Salinity Control Act, the SJNF and TRFO will use watershed restoration, stream enhancement, erosion control, and other measures to reduce or prevent salt from entering tributaries of the Colorado River.

### Maintain or Improve Watershed Condition and the Function of Streams and Floodplains

Streams of the SJNF and TRFO should effectively transport sediment and a natural range of flows, including periodic floods. Streams should also provide aquatic and riparian habitat, and support a broad spectrum of recreational opportunities.

Many watersheds throughout the planning area exhibit poor watershed conditions as a result of the cumulative impacts of management activities. For example, high road densities, as well as poor road placement, design, and maintenance, have caused water quality, floodplain, and channel morphology changes in some watersheds. Poor condition watersheds have been identified through the Watershed Condition Framework (USFS 2012a) and the San Juan National Forest Aquatic Ecosystem Assessment (USFS 2006). Similar landscape-scale watershed condition assessments have not yet been completed

BLM_0033814

for BLM lands. BLM and USFS watersheds of concern are listed in Volume III, Appendix I. Priority watersheds as designated through the Watershed Condition Framework are displayed on the online USFS Watershed Condition Classification map viewer (USFS 2013). Watersheds where integrated restoration efforts have the best chance of successfully improving impaired watershed conditions or can maintain properly functioning watershed conditions will be given priority for restoration.

## Manage Water Uses

Existing water development projects range in size from small ponds and irrigation ditches to large-scale diversion and storage projects (such as the Dolores Project/McPhee Reservoir). Many of these projects have long-term impacts to aquatic resources within the planning area. Due to increasing public demand, proposals for new water development projects continue to increase. Addressing increasing water demands while, at the same time, maintaining the integrity of aquatic ecosystems may be one of the biggest challenges to public lands management over the next few decades.

Existing non-federal water uses and proposed new uses on SJNF and TRFO lands are authorized pursuant to applicable federal authorities, current agency policies and directives, and additional consideration given to applicable interagency MOUs and agreements. Surface water and groundwater development authorizations (both new and re-issuances) must contain the necessary terms and conditions to meet terrestrial, aquatic, and/or other resource management desired conditions and objectives as required by the FLPMA.

Where water is necessary for federal uses within the planning area, water rights for consumptive uses will be obtained by the USFS and BLM. Federal purposes typically include water for livestock, recreation, aesthetics, facilities, evaporation, irrigation, augmentation and exchange, administrative sites, firefighting purposes, and terrestrial and aquatic wildlife. The successful management of water uses will require extra attention to administrative process and details. One important task will be a monthly review of water rights resumes. The SJNF and TRFO may engage in proceedings for new water rights applications, change applications, or reassertion of conditional water rights if necessary to protect USFS and BLM water rights or natural resources.

When evaluating priorities for flow and habitat protection, streams supporting federally listed species and/or sensitive species, streams that have a high level of recreational use(s), and perennial streams that are currently undeveloped (no existing water developments) will be emphasized.

## Desired Conditions

### Water Quality

2.6.1   State water quality standards and anti-degradation rules are met and state-classified water uses are supported for all water bodies.

2.6.2   Water quality for impaired water bodies on the State of Colorado's 303(d) list move toward fully supporting state-classified uses.

2.6.3   State "Outstanding Waters" within the planning area maintain the high levels of water quality necessary for this status.

2.6.4   Watersheds within the planning area containing saline soils exhibit stable upland, riparian, and channel conditions that produce water quality as close as possible to reference conditions (as defined in FSH 2509.25 for the USFS); they produce the lowest possible saline contributions to the upper Colorado River (per the Colorado River Basin Salinity Control Act for the BLM) (see Volume III, Appendix I for saline watersheds).

2.6.5   Water from SJNF and TRFO lands will meet applicable drinking water standards when given adequate and appropriate treatment. Management activities throughout the planning area protect and/or enhance the water quality of municipal supply watersheds (as defined in FSM 2542 for the USFS). Enhancement may be achieved by watershed restoration or other activities.

BLM_0033815

### Stream Channels and Floodplains

2.6.6   Stream channel types that naturally build floodplains are connected to their floodplains and riparian areas, maintain the ability to transport overbank flows (which occur on the average every 1.5 years), and are capable of transporting moderate or high flow events.

2.6.7   Physical channel characteristics are in dynamic equilibrium and commensurate with the natural ranges of discharge and sediment load provided to a stream. Streams have the most probable form and the expected native riparian vegetation composition within the valley landforms that they occupy; they function correctly without management intervention.

2.6.8   Historically disturbed and degraded stream channels recover through floodplain development; establishment of riparian vegetation with correct structure, composition, and function; and stable channel geomorphic characteristics.

### Groundwater Resources

2.6.9   Aquifers maintain natural conditions of recharge and discharge, especially where they are important to surface features dependent on groundwater for their existence (including caves, karst, springs, seeps, lakes, riparian areas, hanging gardens, wetland ecosystems, fens, and intermittent and perennial streams).

2.6.10  Potentially usable aquifers and water-bearing intervals possessing groundwater of quality and/or quantity that could provide multiple-use benefits and maintain water quality at natural conditions.

2.6.11  Administrative and permitted activities on the SJNF and TRFO do not contribute to the reduction of surface water or groundwater that supplies seasonal springs, seeps, small ponds, and small wetlands considered most vulnerable to a changing climate.

### Watershed Conditions, Watershed Scale, and Water Uses

2.6.12  Upland areas function properly and do not contribute to stream-channel degradation.

2.6.13  The majority of undeveloped and unregulated or free-flowing streams within the planning area are retained in their current undeveloped condition; they provide potential reference conditions and offer unique opportunities for aquatic habitat, recreation, species conservation, and pleasing aesthetics.

2.6.14  The overall function and integrity of streams impacted by water developments are adequately protected for their baseline ecological and recreational values. This is accomplished by providing for adequate stream flows as part of water development planning for existing or new water development projects. This includes sustaining ecological processes dependent on flow within the impacted watersheds.

2.6.15  In unique cases where water is transferred from one catchment to another, water lost (i.e., there is no return flow) from watersheds as a result of water transfer does not adversely alter or impact the aquatic ecology of the watershed or the stream. Conversely, aquatic ecology and stability of the streams and watersheds receiving imported water are not adversely impacted.

2.6.16  All water developments for federal purposes have state water rights, if applicable. The beneficial use of water continues over the implementation life of the LRMP, when the water is available.

2.6.17  All approved water developments that involve the use of SJNF and TRFO lands are permitted pursuant to applicable federal authorizations.

BLM_0033816

## Objectives

### *Water Quality*

2.6.18   Work with the selenium task force annually to reduce salt delivery to the upper Colorado River Basin.

2.6.19   Every 5 years rehabilitate 10 or more acres to reduce erosion and sedimentation delivery to water bodies on both TRFO and SJNF lands. For SJNF lands, conduct the work in priority watersheds, including those with water bodies listed for sediment impairment or that have total maximum daily loads (TMDLs) established for sediment.

2.6.20   Over the implementation life of the LRMP, actively participate in the development of all of the TMDL determinations and/or other appropriate options for the restoration of State of Colorado 303(d) listed impaired water bodies within the planning area (both TRFO and SJNF lands).

2.6.21   Over the life of the LRMP, implement BMPs to minimize management impacts to water quality on TRFO and SJNF lands. The effectiveness of BMPs will be improved if necessary through adaptive management.

### *Maintain or Improve Watershed Condition and Stream/Floodplain Function*

2.6.22   Annually, treat approximately 20 acres or more in SJNF priority watersheds in order to improve poor watershed conditions or maintain good watershed conditions. The goal is to move a watershed from an impacted condition class to a better condition class or to maintain a good condition class.

2.6.23   Annually decommission 6 linear miles or more of unneeded routes that may consist of roads and/or trails on SJNF lands. Routes will be decommissioned on TRFO lands as identified through the travel management planning process. Watersheds listed in Volume III, Appendix I could be considered priority for decommissioning efforts. Watersheds designated as priority through the USFS Watershed Condition Framework should also be focus areas for route decommissioning.

### *Managing Water Uses*

2.6.24   Annually acquire new appropriated water rights for 30 USFS water uses (including water rights for livestock, recreation, administrative, or other uses) within the planning area. For TRFO lands, pursue appropriated water rights for new or outstanding BLM water uses.

2.6.25   Over the implementation life of the LRMP, put all consumptive use water rights owned by the BLM and USFS to beneficial use and that use documented.

2.6.26   Based on review of monthly water court resumes, enter into any water court case necessary to protect BLM or USFS water rights and water-dependent resources.

2.6.27   Over the life of the LRMP, enforce compliance where the USFS or BLM place conditions and other requirements on special use authorizations related to water diversion or storage that are outside the jurisdiction of the Colorado Division of Water Resources.

2.6.28   Over the next 10 years, improve the efficiency of water and energy use at all administrative facilities on the SJNF by using the minimum consumption practicable.

## Standards

2.6.29   Land use activities (new projects, or replacement/retrofitted/reconstructed/reauthorized projects) must not impact potentially useable groundwater quality or quantity to the extent that groundwater-dependent features are adversely affected. Examples of some groundwater-dependent features are springs, seeps, fens, and intermittent or perennial streams.

BLM_0033817

2.6.30   Activities must not be allowed within aquatic management zones that will cause a long-term change from desired conditions. The protection or improvement of riparian values, water quality, aquatic community, and for long-term stream health in these areas must be emphasized. Aquatic management zones have a minimum horizontal width from the top of each bank of 100 feet or the mean height of the mature late-seral vegetation, whichever is greater.

2.6.31   In all places where technically feasible, pitless, self-contained drilling systems (e.g., closed loop drilling systems) must be used for all leasable fluid minerals wells.

## Guidelines

2.6.32   Roads and trails that are removed from the SJNF transportation network, as well as maintenance level 1 roads (i.e., roads that have been closed to the public but may be used in the future principally for administrative purposes), should be treated sufficiently where no further management intervention would be necessary in order to sustain long-term natural processes. This will avoid future risks to watershed functions, water quality, and/or aquatic habitat. Sufficient treatments may include removal of unstable fills, effective and permanent breaching of drainage ditches, elimination of persistent in-sloped road surfaces; complete removal of stream-crossing structures and associated fills with restoration of floodplains, and the maintenance or restoration of fish passages.

2.6.33   Ditches authorized on the SJNF or TRFO should maintain a sufficient freeboard above the water line of the ditch to avoid or minimize damage to the ditch or from overtopping. Headgates and conveyance structures should be maintained in good functioning condition and should be clear of sediment and other debris in order to ensure proper operation. The operator should close the headgate at the end of the diversion (e.g., irrigation) season.

2.6.34   Water conveyance structures authorized on the SJNF or TRFO should be maintained to prevent and control soil erosion and gullying on adjacent lands resulting from operations and maintenance of the structure. Design criteria may include maintaining the ditch channel to prevent downcutting and ditch failure, removal of all obstructions from the channel, and prompt remediation of pipeline breaks and ditch failures, and rehabilitation of any erosion resulting from failure of a water conveyance structure.

   2.6.34a   Water conveyance structures authorized on the SJNF or TRFO should allow for the passage of aquatic organisms if there is the potential to obstruct such passage to potential or occupied habitat.

   2.6.34b   Headgates should contain measurement devices that can be used to determine compliance with land use authorization permits.

2.6.35   As a general practice non-toxic fluid, additives, and other materials should be used for well drilling to protect surface water and groundwater quality.

2.6.36   Exploration and production waste should be disposed of using BMPs that meet state regulations and specific BLM or USFS requirements. Exploration and production waste should be disposed of in such a manner as to not to inhibit reclamation success of the site.

2.6.37   Operators should use proven technologies for the recycling of fresh water, drilling fluids, and produced water for reuse in drilling and completion operations or other beneficial purposes whenever possible.

2.6.38   As individual fields are developed, centralized liquid gathering systems should be used for the delivery and gathering of drilling, completion, and produced fluids such as fresh water, waste/produced water, and condensate.

2.6.39   Water Use and Disposal Management Plans should be included in Plans of Development for fluid minerals projects and solid minerals projects.

BLM_0033818

2.6.40   Ground disturbance, facilities construction, and incompatible land management activities (those activities that may pose a risk of impacting water quality) on SJNF lands should be prohibited on lands within 1,000 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high water mark of a water body) for a distance of 5 miles upstream of public water supply intakes for towns, cities, and municipalities. These activities should also be prohibited within a minimum distance of 1,000 horizontal feet for source water protection areas for towns, cities, and municipalities using a groundwater well or spring.

## Additional Guidance

- The Colorado River Basin Salinity Control Act of 1974
- the Clean Water Act of 1977
- EO 11288, 1966
- EO 11752, 1973
- EO 11988, 1977
- EO 11990, 1977
- FSM 2500
- FSH 2500
- MOU between the Colorado Department of Natural Resources and the USFS, 2004
- MOU between the Colorado Department of Natural Resources, the Colorado Water Conservation Board, and the BLM, 2005
- Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development (2007)
- FSH 2509.13, Burned Area Emergency Rehabilitation
- National Best Management Practices for Water Quality Management on National Forest System Lands, Volume 1: National Core BMP Technical Guide (USFS 2012b)
- MOU between the Colorado Department of Public Health and Environment (CDPHE) and the USFS (USFS 2009a)
- USFS BMPs in FSM 2532 and FS 2509.19
- Region 2 Watershed Conservation Practices Handbook (Region 2 FSH 2509.25-2006-1)

## 2.7   Livestock and Rangeland Management

## Introduction

Livestock grazing initially began in the 1880s to support local mining operations and take advantage of the natural grasslands. As the rate of homesteading increased, and other laws designed to increase the rate of western settlement were passed, livestock numbers on public lands increased. With the creation of the SJNF in 1906, federal livestock management was directed toward allocating forage to local dependent users. With the passage of the Taylor Grazing Act in 1934, the same approach was continued on BLM public lands (and the days of the open range came to an end).

Generally, rangeland management activities from the 1940s through the late1980s were directed toward improving watershed conditions in the West through the use of large amounts of capital and new technology. Rangeland management practices designed to accomplish these goals included increased water development, fencing, brush control practices, reseeding, and the use of intensive grazing systems. It was generally believed that this prescriptive approach would meet management objectives.

From the late 1980s to the present, rangeland management activities have been directed toward improving rangelands through adaptive management. Factors including the increase in big game numbers, the listing of threatened and endangered species, the implementation of hazardous fuels reduction projects, ongoing drought, and persistent water quality issues have all added to management challenges.

Cattle numbers peaked in the 1920s; sheep numbers peaked in the 1930s. Currently, livestock numbers are at 50% and 5%, respectively, of their historic highs. Market factors, administrative actions, and an ongoing drought have all contributed to the USFS and the BLM not meeting planned levels for permitted use in the past few decades.

BLM_0033819

## Rangeland Planning

Management decisions and their associated NEPA analyses identify grazing actions, the need for rangeland improvements required to implement a proposed action, appropriate mitigation measures, and necessary monitoring activities so that outcomes trend towards the desired conditions listed below. Adaptive management tools should be used to improve on-the-ground management and respond to changing conditions so that desired conditions are met. Per current policy, NEPA compliance should be completed on all active BLM and USFS allotments (as guided by BLM permit renewal schedules and the USFS Rescissions Act of 1995). In addition, periodic reviews of analyses and decisions should be conducted in order to ensure that NEPA-based decisions stay current and sustainable for all permitted livestock grazing.

Management decisions, based on NEPA analyses, may result in the modification and/or development of new AMPs. New AMPs should be completed within 1 year of a grazing decision. Vacant allotments not initially analyzed under Rescissions Act planning or as part of a decision to issue a grazing permit will be evaluated over the implementation life of the LRMP in order to determine their value for restocking, use as forage reserves, altering management, or closure and dedication to other uses or values.

## Rangeland Monitoring

Implementation monitoring, or annual short-term monitoring, determines whether guidelines and management practices are implemented. This will include, but is not limited to, annual allotment monitoring in order to determine if utilization guidelines have been achieved, range improvements have been constructed and/or maintained to standards, actual use has been reported by grazing permittees, and pasture rotations have been followed. Effectiveness monitoring will help managers evaluate whether desired conditions are being achieved. Validation monitoring will help managers evaluate whether the information upon which guidelines and objectives are based is valid and correct. On-the-ground indicators identified in the Colorado State Public Land Health Standards (BLM 1997) are a frame of reference for determining whether management changes are necessary on public lands. Grazing allotments undergoing NEPA analysis, and effectiveness monitoring on grazing allotments with a current grazing decision, will be monitoring priorities. Annually, effectiveness monitoring will be conducted on at least 10% of active SJNF allotments. All allotments will be monitored on a rotating basis. Monitoring information will be used to make management changes using adaptive management principles. The TRFO will use the BLM Assessment, Inventory and Monitoring Strategy (BLM 2012a) to plan and implement rangeland monitoring. The objectives of the Assessment, Inventory and Monitoring Strategy are to establish a scientifically based quantitative process for describing and reporting on the trend and condition of public lands and to report on the effectiveness of the BLM's management decisions and actions. The strategy outlines a process for developing new inventory or monitoring activities and provides a standard to evaluate ongoing monitoring activities.

## Range Improvements

Range improvement projects (including fences, water developments, vegetation improvement projects, etc.) will be implemented, as necessary, in order to move the program toward desired conditions and/or address other resource concerns. These projects will be described and authorized in site-specific NEPA analyses. Range improvements will be prioritized in AMPs based on resource objectives. Per agency policy, prior to implementing projects that require temporary changes to current livestock management (e.g., seeding, prescribed fire, fuel reduction projects), range permittees on the SJNF will receive at least 1 year's notice, and 2 years notice for permittees on TRFO lands. Range betterment funds on SJNF lands are used for projects within range allotments. Grazing allotments with current NEPA decisions should be given the highest priority when considering the use of range betterment funds. Where range improvement projects benefit multiple resources, other funding sources should be considered to complete the project in addition to range betterment funds.

BLM_0033820

## Suitability and Availability of Lands for Livestock Grazing

The NFMA and the 1982 USFS planning regulations require that NFS lands be identified as suitable or unsuitable for livestock grazing. The BLM Land Use Planning Handbook requires that BLM lands be identified as available or unavailable for livestock grazing. Using the processes described in the BLM's Land Use Planning Handbook and the USFS Region 2 Desk Guide, a suitability analysis was conducted for all TRFO and SJNF lands. It provides a determination of areas generally suitable and capable for livestock grazing. Availability of allotments on TRFO lands was determined based on the suitability analysis.

For TRFO lands, 388,202 acres are available for cattle grazing, and 31,973 acres are available for sheep. For SJNF lands, 689,628 acres are suitable for cattle, and 183,733 acres are suitable for sheep. There are also a total of 21,152 available animal unit months (AUM) for cattle on TRFO lands, and 2,073 AUMs for sheep (a determination of available AUMs is not required on USFS lands because AUMs under term-grazing permits are determined on an allotment-by-allotment basis; therefore, they can vary according to management, rangeland condition, and trend).

Figures 2.7.1 and 2.7.2 depict lands suitable for livestock grazing across the planning area, and Figure 2.7.3 depicts availability, status and stocking rates on SJNF and TRFO grazing allotments. Volume III, Appendix L lists TRFO grazing allotments available for livestock grazing as well as permitted AUMs by allotment.

## Desired Conditions

2.7.1   Rangeland provides forage for qualified local livestock operations and helps ranches remain sustainable and intact.

2.7.2   Rangelands and permitted livestock grazing use contribute to the maintenance of large open spaces on private lands.

2.7.3   Permitted livestock grazing fee collections contribute to the local county fund base for roads, schools, and range improvements.

2.7.4   Rangelands provide healthy and sustainable habitat for wildlife populations that, in turn, support recreational hunting, fishing, and/or viewing (thereby contributing to the local and regional economy).

2.7.5   Rangelands provide diverse, healthy, and sustainable plant communities and conserve soil quality.

2.7.6   Suitable rangelands on SJNF lands are meeting desired conditions of affected resources.

2.7.7   The abundance and distribution of native grasses in semi-desert grasslands, sagebrush shrublands, pinyon-juniper woodlands, and semi-desert shrublands do not decrease due to livestock grazing management.

2.7.8   Rangeland management maintains or increases the abundance and distribution of Arizona fescue in ponderosa pine forests.

## Objectives

2.7.9   Annually administer at least 25% of active SJNF and TRFO (improve and maintain category) grazing allotments to standard on a priority basis ensuring that all active grazing allotments during the life of the LRMP receive appropriate administration. Work with grazing permittees and peers to resolve livestock grazing management issues. Take appropriate administrative action as needed to improve livestock grazing management.

2.7.10  Within 15 years, working with partners and cooperators, reconstruct 25% of priority structural range improvements on SJNF lands in order to maintain infrastructure integrity.

BLM_0033821

## Standards

### Livestock Management

2.7.11  Grazing permit administration in occupied bighorn sheep habitat must utilize measures to prevent physical contact between domestic sheep and bighorn sheep. Permit administration actions may include but are not limited to use of guard dogs, grazing rotation adjustments, or relocation of salting and bed grounds.

2.7.12  Management of domestic sheep must utilize measures to prevent physical contact with bighorn sheep.

### Rangeland Vegetation

2.7.13  Project-level NEPA analysis and decisions, and the resultant AMPs, must identify key herbaceous and woody plant species and their respective utilization guidelines.

2.7.14  Project-level design must incorporate habitat needs to satisfy MIS desired conditions and objectives within USFS grazing allotments.

## Guidelines

### Livestock Management

2.7.15  Land managers should phase out grazing systems that allow for livestock use in an individual unit during the entire vegetative growth period (season-long), except where such management has been determined to be able to achieve or maintain desired conditions.

2.7.16  If grazing privileges are relinquished or cancelled on SJNF or TRFO lands where fragile soils, low forage production, low livestock water availability, and/or conflicts with other resources make livestock grazing undesirable, the privileges should not be re-allocated.

2.7.17  Prior to allocating grazing privileges for a new grazing permittee on unallocated grazing allotments, the needs of existing rangeland management, as well as ecological diversity and species viability, should be considered.

2.7.18  Grazing systems should be designed in a manner to provide periodic rest to forage species during the critical growing season in order to promote species diversity, reproduction, and productivity.

2.7.19  Livestock grazing should be avoided during the same time, and in the same place, in consecutive years on NFS lands.

2.7.20  When designing a grazing plan, ongoing and potential forage and browse competition among livestock, big game, and wild horses should be considered.

2.7.21  The designation of grazing allotments to be used as forage reserves should be considered when grazing privileges terminate, if such designations would improve land management as well as livestock management opportunities.

2.7.22  Grazing management activities should be modified in, or livestock excluded from, riparian areas that are "nonfunctional" or "functional-at-risk" with a downward trend (as rated by the Proper Functioning Condition protocol), where livestock have been determined to be a key causative agent.

2.7.23  Trailing of livestock should be avoided along riparian areas to the extent practicable.

2.7.24  Rangeland management should incorporate measures to conserve soil quality.

BLM_0033822

2.7.25   The BLM should consider closing custodial allotments when term grazing permits expire where public lands cannot be properly managed due to the subdividing of surrounding base property, or due to insufficient or livestock water availability, access, management flexibility, and/or lack of capable rangeland.

### Rangeland Vegetation

2.7.26   Vegetation management planning should emphasize restoration needs in the sagebrush ecosystem type.

2.7.27   Livestock should be moved from the grazing unit or allotment when utilization guidelines on key areas are met or exceeded, as identified in Table 2.7.1, or as specified in a NEPA decision for the particular allotment's AMP or annual operating instructions.

**Table 2.7.1: Allowable Use Guidelines by Livestock Grazing Management System**

| Management System | Allowable Forage Utilization Guideline[*] |
|---|---|
| Season-long | 30% |
| Rotation | 45% |
| Deferred rotation | 50% |
| Rest rotation | 50% |
| [*] Utilization percentages are expressed in terms of annual forage production present at the time the livestock leave the area and are generally a measurement of designated key species on key areas. | |

2.7.28   The residual riparian vegetation guidelines, as shown in Table 2.7.2, should be met or exceeded at the time the livestock leave the pasture/allotment.

**Table 2.7.2: Post-grazing Vegetation Heights under Different Seasons of Use in Riparian Areas and Wetlands**

| Season of Use | Residual Riparian Vegetation Height[*] |
|---|---|
| Season-long (i.e., no regrowth potential) | 6 inches |
| Early growing season (i.e., significant regrowth potential) | 3 inches |
| Mid-season (i.e., limited regrowth potential) | 4 inches |
| Late season (i.e., little to no regrowth potential) | 4–6 inches |
| Late fall and winter (i.e., dormant season use) | 6 inches |
| [*] Maximum riparian and wetland allowable use (residue) guidelines to be applied on key sedge or rush species. For riparian areas lacking sedge and/or rush species, use existing herbaceous vegetation utilization guidelines. Consider the duration livestock has access to key areas when setting allowable use guidelines—the shorter the duration, the less the opportunity for repeat grazing of individual plants. | |

2.7.29   Allowable use, residual vegetation, and other grazing guidelines apply to wildlife, livestock, and wild horses. If allowable use guidelines are exceeded, reductions to livestock forage utilization levels, wild horse numbers, or recommendations for reductions in wildlife numbers should be made.

2.7.30   Based on vegetation type, sheep grazing should be planned to reflect moderate use after grazing. Where appropriate, such as areas outside the aspen-forb type, forage should show that it has

BLM_0033823

been topped and selectively grazed; trampling should be minimal and trailing may be evident, but not common. Within the aspen-forb type trampling and trailing may be evident, but day bedding close to water, as well as well as trailing to and from water, should not be evident.

### Range Improvements

2.7.31   Project planning should consider the need to retreat non-structural range improvements.

2.7.32   Livestock grazing use should be deferred following vegetation treatments, such as prescribed fire or wildfire, until recovery objectives are met or it is demonstrated that such use would not be detrimental.

2.7.33   Where appropriate, and where the appropriate kind and class of livestock are available, livestock grazing should be considered as an invasive species management tool.

2.7.34   Wildlife needs should be considered in the design of structural and non-structural range improvements.

2.7.35   Livestock grazing on lands proposed for disposal should not be re-authorized after current term grazing permits expire, unless disposal will not occur within the term of the new permit.

## Additional Guidance

- Taylor Grazing Act of 1934, as amended
- Public Rangelands Improvement Act of 1978
- Multiple-Use/Sustained- Yield Act of 1960
- Wilderness Act of 1964, Section 4(4)
- Section 504 of the Rescissions Act of 1995
- Consolidated Appropriations Resolutions, 1999–2003
- Colorado Public Land Health Standards EA and Finding of No Significant Impact (FONSI), 1997
- 43 CFR 4100 and 36 CFR 222 Subpart A
- FSM 2200
- FSM 1950
- FSH 1905.15, Environmental Policy and Procedures Handbook
- FSH 1909.17, Economic and Social Analysis Handbook
- FSH 2509.13, Burned Area Rehabilitation Handbook
- FSH 2509.25, Watershed Conservation Practices Handbook
- FSH 2409.19, Renewable Resource Uses for Knutson-Vandenberg (K-V) Fund Handbook
- FSH 2109.13, Grazing Permit Administration Handbook
- USFS Rocky Mountain Region Rangeland Analysis and Management Training Guide (USFS 1996a)
- Interagency Technical References
- BLM Handbook 4180-1, Rangeland Health Standards
- BLM Handbook 4120-1, Grazing Management
- BLM Handbooks 4010 and 4010-1, Range Management Program Records
- BLM Handbook 4110-1, Qualifications and Preference
- BLM Handbook 4160-1, Administrative Remedies
- BLM Handbook 4400, Rangeland Inventory, Monitoring, and Evaluation
- BLM Handbook 4150-1, Unauthorized Grazing Use
- BLM Handbook H-1790-1, NEPA Handbook
- Various BLM IMs and Informational Bulletins relating to rangeland administration and management

BLM_0033824

# Lands Suitable and Capable for Cattle Grazing
## San Juan National Forest and Tres Rios Field Office
## Figure 2.7.1

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JER
NAD 83, Polyconic Projection
April 24, 2013

San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan

# Lands Suitable and Capable for Sheep Grazing
## San Juan National Forest and Tres Rios Field Office
## Figure 2.7.2

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JER
NAD 83, Polyconic Projection
April 25, 2013

San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan

# Available Grazing Allotments and Comparative Stocking Rates
## San Juan National Forest and Tres Rios Field Office
## Figure 2.7.3



**Legend**

**Lands Available for Grazing**
- High (0-6 Acres Per AUM)
- Moderate (7-15 Acres Per AUM)
- Low (> 15 Acres Per AUM)

**Not Available for Grazing**
- Vacant Allotment
- Forage Reserve
- San Juan National Forest
- Tres Rios Field Office
- Chimney Rock National Monument
- State & Federal Highways
- Bureau of Land Management
- National Forest

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JER
NAD 83, Polyconic Projection
April 25, 2013

Miles
0   10   20   40

San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan

BLM_0033827

## 2.8   Invasive Species

### Introduction

Within the planning area, invasive plants are currently managed in accordance with an Invasive Species Action Plan (USFS and BLM 2012). This plan, which covers a 3- to 5-year time frame, lists prevention practices, early detection and rapid response strategies, and priority inventory and treatment areas. All resource areas participate in invasive species management within the planning area. Invasive terrestrial wildlife species, as well as aquatic invasive species, have the potential to out-compete native species using similar niches within the ecosystem. These changes may result from influences to the biotic (relating to, produced by, or caused by living organisms, such as plant or animal) and abiotic (non-living chemical and physical factors in the environment, such as soils, hydrology, etc.) components of the ecosystem. The resulting changes may allow invasive species to directly or indirectly impact the native species and their related ecosystems.

Invasive species move across jurisdictional boundaries and property lines; therefore, LRMP implementation will involve close coordination and partnerships with local, state, other federal agencies, and tribal governments; as well as with interested organizations and individuals. Partners and contractors will be considered when implementing invasive treatment activities.

Coordination with CPW when addressing aquatic invasive species is particularly important. The USFS and BLM will cooperate with CPW to regularly determine the extent of aquatic invasives populations, develop prevention and early detection efforts, and develop appropriate management plans to eradicate or manage invasive aquatic species.

It is equally important that special use permittees and other permittees be made aware of prevention and mitigation measure regarding aquatic invasive species. In addition, Resource Advisors should also be able to provide Incident Management Teams with local, site-specific information addressing aquatic invasive species locations and appropriate mitigation measures.

### Desired Conditions

2.8.1    Invasive species management is coordinated with adjacent landowners.

2.8.2    Federal lands have a transportation system composed of specific roads and trails that do not contribute to the spread of invasive species along travel corridors.

2.8.3    Invasive species, both terrestrial and aquatic, are absent or rare within the planning area, and are not influencing native populations or ecosystem function.

2.8.4    Invasive species are not introduced or spread within protected areas.

2.8.5    Management activities do not contribute to the spread of invasive annual plants or other invasive species.

### Objectives

2.8.6    Within 15 years, contain priority Class B invasive species on TRFO and SJNF lands identified in the Invasive Species Action Plan.

2.8.7    Within 15 years, increase annual treated acres of noxious weeds to 10% of known acres infested on TRFO and SJNF lands.

2.8.8    Within 15 years, annual backcountry treatment (including wilderness areas and WSAs) is 10% to 15% of the total annual noxious weed treatment target on SJNF and TRFO lands.

BLM_0033828

2.8.9    Over the life of the LRMP eradicate newly established invasive species especially Colorado Class A noxious species on both SJNF and TRFO lands.

## Standards

2.8.10   Projects or activities that would authorize the use of forage products must use certified noxious weed seed-free forage products.

2.8.11   Invasive species must be managed using integrated weed management principles.

2.8.12   The SJNF and TRFO must include provisions that are necessary to prevent the spread of and to control the introduction of invasive species in contracts and permits for use of SJNF and TRFO lands and resources.

## Guidelines

2.8.13   Cleaning facilities and associated educational materials should be developed for boating areas in cooperation with CPW or other state and local regulatory agencies.

2.8.14   Wildland fire operations should follow direction provided in Interagency Standards for Fire and Fire Aviation Operations (NFES 2724; USFS et al. 2013) under the Operational Guidelines for Aquatic Invasive Species section to prevent the introduction and spread of aquatic invasive species.

2.8.15   Project planning and implementation should consider the need to prevent the introduction and spread of aquatic invasive species. The SJNF and TRFO Invasive Species Action Plan (USFS et al. 2012) provides a useful reference for appropriate management and mitigation measures.

2.8.16   High risk aquatic invasive species areas should be a priority for inventory and monitoring activities.

2.8.17   Proper equipment (e.g., vehicles, waders), cleaning techniques, and chemicals should be used as necessary to prevent the spread and establishment of aquatic invasive species.

2.8.18   For all proposed projects or activities, the risk of invasive aquatic and plant species introduction or spread should be determined and appropriate prevention and mitigation measures implemented.

## Additional Guidance

- EO 13112
- Carson-Foley Act of 1968
- Federal Noxious Weed Act of 1974
- Public Rangelands Improvement Act of 1978
- Plant Protection Act of 2000
- Healthy Forests Restoration Act of 2003
- Wilderness Act of 964, Section 2 (c)
- Federal Insecticide, Fungicide, and Rodenticide Act of 1972
- Cooperative Forestry Assistance Act of 1978
- Resource Conservation and Recovery Act of 1976
- CERCLA
- Management and Control of Noxious Plants on the San Juan/Rio Grande National Forests, Decision Notice and FONSI (USFS 1996b)
- BLM Vegetation Treatments Using Herbicides Final Programmatic EIS Record of Decision (BLM 2007a)
- Integrated Weed Management Plan (CO-800-2008-075 EA) (BLM 2011c)
- FSM 2200

BLM_0033829

- FSM 2080
- BLM Manual 9015
- FSH 2109.14, Pesticide Use-Management and Coordination Handbook
- FSH 2509.13, Burned Area Rehabilitation Handbook
- FSH 2509.25 Watershed Conservation Practices Handbook
- FSH 2409.19, Renewable Resource Uses for Knutson-Vandenberg (K-V) Fund Handbook
- Rules Pertaining to the Administration and Enforcement of the Colorado Noxious Weed Act (8 CCR 1203-10)
- USFS National Strategy and Implementation Plan for Invasive Species Management (FS-805-2004) (USFS 2004f)
- USFS Guide to Noxious Weed Prevention Practices (Version 1.0) (USFS 2001b)
- BLM Partners Against Weeds (BLM 1996)
- Various BLM IMs and Information Bulletins relating to noxious weed management and pesticide use

## 2.9   Timber and Other Forest Products

### Introduction

This section is focused primarily on timber management on NFS lands and ties to USFS regulations. Information applicable to BLM lands is specifically noted.

The timber management program on the SJNF has followed the trend of many other national forests with regard to harvest levels. The SJNF was a source for timber products to meet demand early in the twentieth century in support of mining and settlement, with another spike in harvesting following World War II. The highest harvest levels occurred in the early 1970s when 50 to 75 million of board feet (MMBF) of timber were sold annually. Since that time, harvesting levels have continued to decline, and many larger local mills have closed. Annual timber sales recently have averaged about 10 MMBF. The planning area includes aspen, which has been actively managed since the 1940s. There is currently not an active commercial timber program on the BLM lands within the planning area; however, non-commercial products (including post and poles, Christmas trees, and other non-forest products) are available.

The forest products industry continues to be very important to communities near the planning area. Currently, several wood processing facilities are located in Montezuma County, including Western Excelsior Corporation, Aspen Wall Wood, and the Stoner Top Sawmill. A new facility is under design, expected to be constructed in the Pagosa Springs area in 2013–2014, to process wood chips and mill cants. These facilities use/will use a variety of products (sawtimber, poles, miscellaneous biomass) and species (various conifer and aspen). Although the level of timber harvesting has declined in the past decade, ecologically based desired conditions in forested areas are, in large part, dependent on the timber program and the capacity of the timber industry to change vegetation conditions. Without the timber industry, the ability to manage vegetation would be significantly reduced. Commercial timber harvesting is an important tool for managing vegetation on the SJNF, and forest product firms provide economic balance to their respective communities.

There are many opportunities for vegetation management and for meeting the demand for products by wood-processing industries. However, the feasibility of these opportunities depends on future program levels and on forest products industry capacity and market demand. The timber program across both SJNF and TRFO lands will focus treatment in:

- landscapes in the WUI that have altered fire regimes and/or have areas with high fuel loadings;
- landscapes at high risk for developing epidemic levels of insect and/or disease infestation;
- landscapes where disturbance (such as fire, or insects/disease) has resulted in dead or dying trees;

BLM_0033830

- areas where vegetation management could most effectively move age classes, size classes, density, and species closer to desired conditions;
- areas treated previously in order to maintain sustainable conditions and improve scenic integrity; and
- areas where wood processing facilities can effectively and economically utilize products resulting from vegetation management.

Strategies to meet forest vegetation management objectives across the SJNF and TRFO include:

- utilization of forest resources from vegetation management activities, including providing small-diameter and biomass products from treatments in order to support emerging biomass markets;
- trees killed by fire, insects, disease, or weather events (such as wind-thrown trees);
- a balance of forest product quantity, size, species and quality in order to maintain forest products industry capacity at current or higher levels;
- integration of the timber and fuels programs to meet overlapping or common goals; and
- a combination of legal authorities and partnerships to broaden opportunities for meeting forest vegetation objectives, in priority landscapes or areas, with cost-effective treatments.

## Timber Product Outputs

The Timber Sale Program Quantity (TSPQ) is an estimate of annual average output of timber from the SJNF during the first decade under this LRMP based on expected budget levels, industry capacity, and other public and resource objectives. The intent is to provide a stable, predictable, and sustainable supply of wood that will contribute to a stable, sustainable, and diverse forest products industry, while concurrently meeting public demand for fuelwood and other objectives for vegetation management. The TSPQ is a combined program of timber management treatments from USFS lands designated as "Suitable for Timber Production" and other lands. Table 2.9.1 presents the volumes to be offered for sale, summarized by conifer and aspen..

The SJNF has a program of vegetation management in which timber sales are offered based on capability determined by the LTSYC, which is defined as the highest uniform wood yield that may be sustained under specified management intensities consistent with multiple-use objectives after stands have reached desired conditions. The LTSYC for both "Lands Suitable for Timber Production" and other lands are displayed in Table 2.9.2.

**Table 2.9.1: Estimated Volume Produced by the Timber Sale Program Quantity on San Juan National Forest Lands, Annual Average in the First Decade**

| TSPQ | Lands Suitable for Timber Production | | | | Other Lands | | | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Sawtimber | | Products other than Logs | | Sawtimber | | Products other than Logs | | | |
| | MMCF | MMBF | MMCF | MMBF | MMCF | MMBF | MMCF | MMBF | MMCF | MMBF |
| Aspen | | | 1.12 | 5.61 | | | 0.12 | 0.59 | 1.24 | 6.20 |
| Conifer | 1.05 | 5.26 | | | 0.07 | 0.36 | | | 1.13 | 5.63 |
| Total | | | | | | | | | 2.37 | 11.83 |
| MMCF = million cubic feet. | | | | | | | | | | |

BLM_0033831

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Table 2.9.2: Estimated Annual Long-Term-Sustained-Yield Capacity on San Juan National Forest Lands, Annual Average**

| | Lands Suitable for Timber Production | | Other Lands | |
|---|---|---|---|---|
| | MMCF/Year | MMBF/Year | MMCF/Year | MMBF/Year |
| LTSYC | 8.54 | 35.55 | 1.82 | 7.03 |
| Allowable Sale Quantity | 4.0 | 19.9 | | |
| MMCF = million cubic feet. | | | | |

## Timber Suitability

Timber suitability is determined through a process established through the NFMA and planning regulations. This process first identifies lands not suitable for harvest by excluding areas where 1) site conditions preclude tree cover, 2) harvest is prohibited by statute or regulation (e.g., wilderness), 3) irreversible resource damage could occur from timber harvest (e.g., steep or unstable slopes), and 4) adequate restocking, with trees, following harvest is not assured. The SJNF contains 1,157,816 acres not suitable for timber production, and the TRFO contains 476,323 acres not suitable. Lands remaining after this exclusionary process are deemed "tentatively suitable." These remaining lands are broken into two classes: 1) lands suitable for timber production ("suitable timberlands") and 2) "other tentatively suitable lands where timber harvest may occur" for multiple-use objectives other than timber production.  The SJNF contains 311,949 acres of suitable timberlands, and 395,067 acres of other tentatively suitable lands where timber harvest may occur.  The TRFO contains no suitable timberlands, but does contain 27,309 acres of other tentatively suitable lands where timber harvest may occur.   Figure 2.9 displays these areas.

## Desired Conditions

2.9.1    Forest vegetation management on SJNF and TRFO lands that results in, among other objectives, meeting needs or demands for forest product offerings (commercial, personal, or other use) is done in a manner that:

- maintains or improves ecosystem function, resilience, and sustainability;
- supports, at least, the current level of economic activity in the local timber industry;
- provides economic or social support to local communities;
- ensures current and future needs for Native American tribal use, including that associated with special forest products (e.g., teepee poles);
- utilizes, to the fullest extent practicable, potential products including sawtimber, poles, topwood, or slash (e.g., limbs, foliage);
- supports innovation in utilization, including conversion of cut-tree mass into biofuels, pellets, biochar, or other useful products;
- efficiently balances or reduces costs of implementation of treatment activities; and
- anticipates climate-related plant succession changes (such as favoring heat- or drought-resistant tree species as leave trees, or in reforestation).

2.9.2    SJNF lands classified as "suitable" for timber production have a regularly scheduled timber harvesting program (see Figure 2.9).

2.9.3    SJNF lands classified as "not suitable" for regularly scheduled timber production (but where timber harvesting could occur for other multiple-use purposes) have an irregular, unscheduled timber harvesting program (see Figure 2.9).

2.9.4    Reforestation activities on SJNF and TRFO lands use native tree species germinated from locally collected seed stock to improve the resiliency of forest ecosystems.

BLM_0033832

## Objectives

2.9.5    The most common applications of timber harvest, to meet desired conditions, will include:

    2.9.5a    Within 10 years, conduct thinning—with an emphasis on restoration and fuels reduction of altered forest types—in the ponderosa pine and warm-dry mixed conifer vegetation types on approximately 15,000 to 20,000 acres of SJNF lands.

    2.9.5b    Within 10 years, emphasize selection harvests in cool-moist mixed conifer and spruce-fir vegetation types on approximately 2,500 to 5,000 acres of SJNF lands and 200 to 300 acres of TRFO lands.

    2.9.5c    Within 10 years, utilize coppice harvest (clearcuts with regeneration by sprouting) in aspen and cool-moist mixed conifer forest types on approximately 4,000 to 5,000 acres of SJNF lands.

2.9.6    Meet or exceed average annual timber product offerings from SJNF lands to local timber industries, publics, and other users (including Native Americans), as displayed in Tables 2.9.1 and 2.9.2 above, over the life of the LRMP.

2.9.7    Every 3 years evaluate utilization of forest products from SJNF or TRFO contracts and permits that result in product sales or usage, including biomass.

2.9.8    Every 3 years compare, contrast, and evaluate costs of implementation of timber management projects.

2.9.9    Every 3 years review silvicultural prescriptions for incorporation of strategies that anticipate potential plant succession changes relative to warmer and/or drier forested conditions.

2.9.10    Every 10 years assess timber suitability for forested lands on the SJNF.

2.9.11    Annually review seed inventories to ensure adequate seed from locally collected native tree species is available for planned reforestation activities on SJNF and TRFO lands.

## Standards

2.9.12    Regulated timber harvest activities will occur on only those SJNF lands classified as "suitable" and "scheduled" for timber production. On unsuitable or suitable but not scheduled lands, limited timber cutting may occur for such purposes as salvage, protection or enhancement of biodiversity or wildlife habitat, scenic-resource management, or research or administrative studies consistent with Management Area (MA) direction.

2.9.13    Timber will be harvested from suitable for production SJNF lands only where there is assurance lands can be adequately restocked within 5 years after harvest. No minimum seedling height requirements are specified. Seedlings must have survived a minimum of 1 year and be expected (on the basis of research and experience) to be able to produce the desired future stand condition specified for this area in the forest plan. The number of seedlings in Table 2.9.3 represents the minimum number of seedlings required, considering natural mortality, to produce a merchantable timber stand at rotation age without intermediate treatments for even-aged management on lands scheduled for timber production. Silvicultural prescriptions must specify the minimum stocking requirements for uneven-aged management, or regeneration harvests on lands not scheduled for timber production, to achieve appropriate forest cover.

**Table 2.9.3: Minimum Number of Seedlings (or aspen suckers) for Adequately Restocking of a Regeneration Site**

| Vegetation Type | Minimum Numbers of Seedlings (per acre) |
|---|---|
| Spruce-fir | 150 |
| Aspen | 300 |

BLM_0033833

| Vegetation Type | Minimum Numbers of Seedlings (per acre) |
|---|---|
| Mixed conifer | 150 |
| Ponderosa pine | 150 |

2.9.14   The silvicultural systems shown, by forest vegetation type in Table 2.9.4, that meet the management objectives for the landscape or individual stands of trees within a landscape setting are acceptable. Both even- and uneven-aged management systems can be used and applied at scales ranging from a few acres to many hundreds of acres. These silvicultural systems are to be applied in a manner that will ensure natural regeneration where artificial regeneration is not necessary for other resource objectives. Tree-stand vegetation management treatments must be approved by certified silviculturists.

**Table 2.9.4: Appropriate Silvicultural Systems by Forest Vegetation Type**

| Forest Vegetation Type | Even-aged | Two-aged | Uneven-aged |
|---|---|---|---|
| Ponderosa pine | Shelterwood; seed tree | Irregular shelterwood | Group selection; single-tree selection |
| Warm-dry mixed conifer | Shelterwood; seed tree | Irregular shelterwood | Group selection; single-tree selection |
| Cool-moist mixed conifer | Shelterwood; clearcut seed tree | Irregular shelterwood | Group selection; single-tree selection |
| Aspen with conifer | Shelterwood; clearcut; coppice[*] | Irregular shelterwood; coppice with standards[**] | Group selection; single-tree selection |
| Aspen | Coppice | Coppice with standards | Group Selection |
| Engelmann spruce – subalpine fir | Shelterwood | Irregular shelterwood | Group selection; single-tree selection |

[*] Clearcut, if intent is to regenerate with conifer; coppice (vegetative reproduction with "clear felling" to stimulate aspen sprouting from residual roots) if the intent is to regenerate aspen.
[**] Standards are selected overstory trees reserved for a longer rotation at the time each crop of coppice material is cut.

2.9.15   The maximum size of openings created by even-age management on SJNF lands will be 40 acres, regardless of forest type, with the following exceptions:

- proposals for larger openings may be approved by the Regional Forester, subject to a 60-day public review;
- where larger openings are the result of natural catastrophic conditions (including those resulting from fire, insect or disease attack, or windstorm); or
- where the area that is cut does not meet the definition of created openings.

2.9.16   Artificially created openings on SJNF lands will no longer be considered openings when the trees reach a height and density that meets management objectives. The default criteria are when the minimum stocking standards for the forest vegetation type are met and the average height is 6 feet or greater with at least a 70% distribution for conifer species and 10 feet or greater with at least a 70% distribution for aspen. The criteria will be validated and may be modified based upon local conditions encountered during implementation.  Criteria to consider in determining when an opening is no longer an opening include:

- visual sensitivity of the area;
- the character of the landscape;
- the abundance, quality, and need for cover for big game animals;
- other vegetation that may be present (such as tall shrubs);
- forest health;
- the need for seed sources;
- the need for interior forest area;
- the production of wood fiber; and

BLM_0033834

- watershed and riparian area protection.

## Guidelines

2.9.17   Table 2.9.5 shows the acceptable types of stand improvements and regeneration methods that should be used in a given forest vegetation type in order to meet the management objectives for the landscape and/or for individual stands of trees within a landscape setting.

2.9.18   Regeneration harvests of even-aged timber stands (sites) on SJNF lands should not be undertaken until the stands have generally reached or surpassed 95% of the culmination of the mean annual increment measured in cubic feet. Exceptions may be made where resource management objectives or special resource considerations require earlier harvest, such as:

- stands in imminent danger from insect or disease attack;
- wildlife habitat improvement;
- scenery resource enhancement or rehabilitation;
- ecosystem restoration; and
- areas managed for Christmas tree production.

**Table 2.9.5: Guidelines for Allowable Stand Improvements and Regeneration Methods by Forest Vegetation Type**

| Forest Vegetation Type | Stand Improvements | Regeneration Methods |
|---|---|---|
| Ponderosa pine | Pre-commercial thin<br>Commercial thin<br>Sanitation<br>Release and weed<br>Improvement cuts | Natural<br>Artificial |
| Warm-Dry mixed conifer | Pre-commercial thin<br>Commercial thin<br>Sanitation<br>Release and weed<br>Improvement cuts | Natural<br>Artificial |
| Cool-Moist mixed conifer | Pre-commercial thin<br>Commercial thin<br>Sanitation<br>Release and weed<br>Improvement cuts | Natural<br>Artificial |
| Aspen with conifer | Commercial thin<br>Sanitation<br>Release and weed<br>Improvement cuts | Natural<br>Artificial |
| Aspen | Sanitation<br>Improvement cuts | Natural |
| Engelmann spruce – subalpine fir | Commercial thin<br>Sanitation<br>Release and weed<br>Improvement cuts | Natural<br>Artificial |

2.9.19   USFS Utilization Standards for live and dead trees are shown in Table 2.9.6 and should be followed.

**Table 2.9.6: U.S. Forest Service Utilization Standards[1]**

| Type of Product | Minimum Diameter at Breast Height | Top Diameter | Minimum Length (feet) | Merchantability Factor |
|---|---|---|---|---|
| Live Trees | | | | |

BLM_0033835

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Type of Product | Minimum Diameter at Breast Height | Top Diameter | Minimum Length (feet) | Merchantability Factor |
|---|---|---|---|---|
| Coniferous sawtimber | 7–9 | 6 | 8 | 10.67 |
| Products other than sawtimber | 5 | 4 | 6.5 | Variable |
| **Dead Trees** | | | | |
| Sawtimber | 8–12 | 6–10 | 8-16 | 10.67 |
| Products other than sawtimber | 5 | 4 | 6.5 | Variable |
| †FSH 2409.12 - Timber Cruising Handbook | | | | |

BLM_0033836



# Timber Suitability
## San Juan National Forest and Tres Rios Field Office
### Figure 2.9

**Legend**

- Lands Suitable for Timber Production
- Other Tentatively Suitable Lands Where Timber Harvest May Occur
- Lands Generally Not Suitable for Timber Production or Harvest
- San Juan National Forest
- Tres Rios Field Office
- Chimney Rock National Monument
- State & Federal Highways

The USFS and BLM attempt to use the
most current and complete geospatial
data available.  Geospatial data/accuracy
varies by theme on the map.  Using this
map for other than their intended purpose
may yield inaccurate or misleading results.
The USFS and BLM reserve the right to
correct, update or modify geospatial
inputs without notification.

MDR
NAD 83, Polyconic Projection
May 31, 2013

San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan

BLM_0033837

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

## Additional Guidance

- 36 CFR 221, Timber Management Planning
- 36 CFR 223, Sale and Disposal of National Forest System Timber
- FSM 1920, Land Management Planning
- FSM 2400, Timber Management
- FSM 3400, Forest Pest Management
- FSH 1900 Planning
- Timber sale contract provisions and procurement contracts

## 2.10  Insects and Disease

### Introduction

Natural disturbances on SJNF and TRFO lands (including fire, insects, diseases, and weather events) play a fundamental role in shaping ecosystems at the stand scale and in creating the heterogeneous pattern of vegetation communities at the landscape scale. Fire is generally viewed as having the greatest potential to impact SJNF and TRFO lands, but, in actuality, many more trees are killed—and a larger area is influenced—by insects and disease, as recently evidenced by the pinyon Ips beetle (*Ips confusus*) epidemic of 2001–2004, which killed up to 90% of pinyon pine trees in the pinyon-juniper woodlands of southwest Colorado (Colorado Department of Natural Resources 2005), the ongoing spruce beetle (*Dendroctonus rufipennis*) epidemic that has killed many to most mature Engelmann spruce across an estimated 130,000 acres of the SJNF from 1996 to 2012 (Rocky Mountain Region 2012), or the other observed multi-year spikes in mortality in Douglas-fir, white fir, or aspen from bark beetles, or beetles combined with disease, since 2004.

Insects and diseases (which tend to be species-specific and often attack plants that have been weakened by other disturbances such as drought) affect tree growth, fire potential, nutrient cycling, and the composition and structure of the vegetation (Schmid and Mata 1996). At endemic levels, native insects have little impact on forest structure. At epidemic levels, insects can cause tree mortality across whole landscapes. Diseases generally increase gradually or remain at similar levels over time (Rocky Mountain Region 2010). Diseases often weaken trees, making them more susceptible to bark beetle attack. Defoliators, such as western spruce budworm (*Choristoneura occidentalis*), can cause substantial damage outside periods of drought when and where favorable moisture and stand conditions result in abundant host habitat.

Insects that can have a significant impact on forest stands on SJNF lands include spruce beetle, Douglas-fir beetle (*Dendroctonus pseudotsugae*), western pine beetle (*D. brevicomis*), mountain pine beetle (*D. ponderosae*), fir engraver beetle (*Scolytus ventralis*), and western spruce budworm (*Choristoneura occidentalis*). Other insects that impact the planning area include Douglas-fir pole beetle (*Pseudohylesinus nebulosus*), western balsam bark beetle *(Dryocoetes confusus)*, engraver beetle (*Ips* sp.), roundheaded pine beetle (*D. adjunctus*), pinyon twig beetle (*Pityophthorus* sp.), aspen bark beetles (*Tryphloeus populi and Procryphalus mucronatus*), bronze poplar borer (*Agrilus liragus*), poplar borer (*Saperda calcarata*), western tent caterpillar (*Malacosoma californicum*), large aspen tortrix (*Choristoneura conflictana*), and aspen leaf miner (*Phyllocnistis populiella*). Grasshoppers (various species) and Mormon crickets (*Anabrus simplex*) can also become pests through periodic population increases.

Diseases that have a significant impact on forest stands on SJNF and TRFO lands include shoestring root rot (*Armillaria ostoyae*), Indian paint fungus (*Echinodontium tinctorium*), red ring decay (*Phellinus pini*), white trunk rot (*P. tremulae*), fir broom rust (*Melampsorella caryophyllacearum*), annosus root rot (*Heterobasidium annosum*), Douglas-fir dwarf mistletoe (*Arceuthobium douglasii*)**,** Southwestern dwarf mistletoe (*A. vaginatum* ssp. *cryptopodum*), pinyon pine dwarf mistletoe (*A. divaricatum*), sooty bark canker (*Encoelia pruinosa*), hypoxylon canker (*Hypoxylon mammatum*), black canker (*Ceratocystis fimbriata*), cytospora canker (*Valsa sordida*), and black stain root fungus (*Leptographium wageneri*).

BLM_0033838

## Desired Conditions

2.10.1   Terrestrial ecosystems have age- or size-class diversity and compositional diversity that make them resistant to insect and disease outbreaks.

2.10.2   Insect and disease processes and cycles are similar to those that occurred during the reference period (HRV conditions) in MA 1.

2.10.3   Epidemic outbreaks are rare after management actions have been completed.

2.10.4   Mortality of aspen trees in high value aspen forests due to sudden aspen decline is significantly reduced.

## Objectives

2.10.5   Within 5 years, use coppice timber treatments or prescribed fire to regenerate 500 to 1,000 acres of low-elevation aspen forests that are experiencing sudden aspen decline on SJNF lands.

2.10.6   Within the next 10 years, reduce the risk of mortality due to bark beetles by increasing the mature-open development stage of ponderosa pine forests by 20,000 to 40,000 acres by using timber harvest and prescribed fire in the mature-closed development stage of ponderosa pine forests on SJNF lands.

2.10.7   Within 10 years, continue with treatment of developed recreation facilities, ski areas, and administrative sites to reduce susceptibility and hazards from insect and disease incidence, and increase long-term forest health, vigor, and resiliency on SJNF and TRFO lands.

## Additional Guidance

- FSH 2509.13, Burned Area Emergency Rehabilitation
- FSH 2509.25, Watershed Conservation Practices Handbook (Region 2 Supplement)

## 2.11   Fire and Fuels Management

### Introduction

The 1995 Federal Wildland Fire Management Policy (USDA and USDI 1995, updated 2001) contains policies that set the overall direction for federal fire agencies with regards to fire management. The policy requires fire management plans (FMPs) that are integrated with the resource management plans for the USFS and BLM.

The National Fire Plan, a joint planning effort by the USDA and the USDI aimed at reducing immediate hazards to communities in the WUI and ensuring agency preparedness for extreme fire conditions, was completed in 2001 (USDI and USFS 2001). In 2004, the San Juan Public Lands Center developed a strategy to accelerate its efforts to implement watershed and vegetation restoration components of the National Fire Plan in its Accelerated Watershed/Vegetation Restoration Plan.

The San Juan National Forest/Tres Rios Field Office Fire Management Plan (FMP) is a strategic plan defining the fire management program based on the SJNF's and TRFO's desired conditions and objectives. The FMP addresses strategies for all aspects of fire management activities, including implementation tiered from the National Fire Plan (USDA and USDI 2001a) and Accelerated Watershed/Vegetation Restoration Plan. The response to wildland fire, regardless of ignition source or location, is set forth in the FMP and addresses a full range of fire management activities that support ecosystem sustainability, values to be protected, firefighter and public safety, and environmental issues.

BLM_0033839

The LRMP defines the role of wildland fire and fire management activities covered by the FMP. This LRMP will result in an update or revision of the FMP. Within the FMP are goals, strategies, and guidelines relating to fire based on the overall direction of, and compatibility with, the LRMP. The FMP relies on a cooperative and collaborative process with other federal, state, and local agencies, fire managers, and other stakeholders to develop and implement consistent fire planning. Such planning will include defining Fire Management Units and providing the appropriate management response for all wildland fire starts that are consistent with desired conditions and resource objectives on the SJNF and TRFO.

Ecological and social trends posing management challenges include the following:

- Many of the ponderosa pine and warm-dry mixed conifer vegetation types are out of their HRV for fire frequency since they have missed many cycles of fire, which makes them more susceptible to large scale destructive wildfires.
- The SJNF and TRFO, like the rest of the West, is facing an expansion of rural development in or near forested areas, making fire and fuels management a critical program for federal agencies to manage.
- Requirements and/or constraints associated with prescribed fire are common, collectively making proactive use of fire for ecological benefit more challenging.

The use of wildland fire, along with mechanical and other fuels management strategies, should create forest conditions that meet desired conditions for the vegetation types within the planning area. Providing appropriate response to all wildfires and allowing fire to perform its natural role in the ecosystem, as much as possible, will be an integral part of the program emphasis. Recognizing that effective fire management spans jurisdictional boundaries, the fire and fuels program will also continue to partner with, and assist, local jurisdictions and communities in order to develop community wildfire protection plans designed to reduce the risk of wildfires.

## Desired Conditions

2.11.1   Firefighter and public safety concerns are met for all fire management and fuel treatment projects.

2.11.2   Wildfire behavior in the WUI (in and around developed areas and communities) does not result in damage to property and protects public safety.

2.11.3   Wildland fire management maintains a balance between fire suppression and use of wildland fire (including both prescribed fire and natural ignitions) to regulate fuels and maintain forest ecosystems in desired conditions.

2.11.4   Use of wildland fire and fuels reduction treatments creates vegetation conditions that reduce the threat to real property and infrastructure from wildfire.

2.11.5   The WUI will have defensible space and dispersed patterns of fuel conditions that favorably modify wildfire behavior and reduce the rate of wildfire spread in and around communities at risk.

2.11.6   Major vegetation types reflect little or no departure from historic range of variation of fire frequency and intensity (e.g., reflect Fire Regime Condition Class 1).

2.11.7   Planned and unplanned fire ignitions are used to increase resiliency and diversity across all forest and rangeland vegetation types.

2.11.8   Fire is reintroduced to increase the resistance and resiliency of the warm-dry mixed conifer and ponderosa pine forest types in landscape such as the Hermosa and Piedra areas.

2.11.9   The occurrence of low elevation fires burning upward into spruce-fir forest will increase over time to promote the heterogeneity of spruce-fir forests.

BLM_0033840

## Objectives

2.11.10 Annually, for the next 10 years, complete an average of 7,000 acres of SJNF hazardous fuels reduction in the WUI and an average of 1,000 acres of TRFO hazardous fuels reduction in the WUI.

2.11.11 Annually, for the next 10 years, complete an average of 4,000 acres of fuels reduction and resource enhancement using fire managed for resource benefit on SJNF lands, and an average of 1,000 acres of fuels reduction and resource enhancement using fire managed for resource benefit on TRFO lands.

2.11.12 Include evaluations for immediate suppression, management for resource benefit, or a combination of both actions for wildland fire response on both SJNF and TRFO lands.

## Standards

2.11.13 Natural fire ignitions will be used, when feasible, to reintroduce fire into fire-adapted and dependent ecosystems. Fire for ecological benefit will be used as a resource management tool where and when allowed.

2.11.14 Restoration and recovery in areas, when possible, must be provided where critical resource concerns merit rehabilitation for controlling the spread of invasive species, protecting areas of cultural concern, or protecting critical or endangered species habitat.

## Guidelines

2.11.15 The response to wildland fire, including the role of natural fire, should be evaluated as described in Table 2.11.1 on SJNF lands. Unplanned ignitions, wildland fire tactical options, and planned ignitions on TRFO lands will be determined on a case-by-case basis. Implementation direction for areas with special designations (e.g., ACECs, RNAs) is found in Chapter 3 of this LRMP.

**Table 2.11.1: Fire Management Direction for San Juan National Forest Lands**

| Management Area | Unplanned Ignitions | Wildland Fire Tactical Options | Planned Ignitions[c] |
|---|---|---|---|
| 1 | x[a] | x | x[b] |
| 2 | x[b] | x | x[b] |
| 3–8 | x | x | x |

[a] Within designated wilderness areas and the Piedra Area, dozers are prohibited (except with Regional Forester approval). Use of helicopters, motorized equipment, and/or mechanical transport is prohibited (except with Forest Supervisor/ District approval). Within other MA 1 areas, dozers are prohibited except with Forest Supervisor/Field Office Manager approval. Chainsaws, engines, ATVs, and pumps are allowed without Forest Supervisor approval.

[b] Mechanical equipment and prescribed fires in RNAs and cultural significant areas would have to be compatible with the overall purposes and objectives for those areas.

[c] Planned ignitions may be implemented by management action authorized by approved plans.

2.11.16 Seeding and other site rehabilitation practices should be provided, as necessary, on wildland fire and managed wildland fire areas. Fire suppression support activities and facilities (including constructed fire lines, fuel breaks and safety areas, fire camps, staging areas, heli-bases, and heli-spots), as well as mechanical and prescribed fire treatment areas, should follow the same site rehabilitation practices.

2.11.17 Aerial application of retardant in live water, wetlands, and riparian areas should be avoided unless necessitated by human safety or property loss considerations.

BLM_0033841

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

## Additional Guidance

- FSM 5100, Fire Management
- BLM Manual 9210, Fire Management
- FSM 5110, Wildfire Prevention
- FSM 5120, Presuppression Management
- FSM 5130, Fire Suppression
- FSM 5140, Prescribed Fire
- FSM 5150, Fuel Management
- FSM 5160, Fire Management Equipment and Supplies
- FSM 5170, Fire Management Cooperation
- BLM 9200 Series Handbooks for Fire Management Plans, Fire Effects, etc.
- FSM 5180, Fire Reports
- FSM 5190, Management
- FSH 5109.14, Individual Fire Report Handbook
- FSH 5109.17, Wildland Fire Qualifications Handbook
- FSH 5109.18, Wildland and Prescribed Fire Qualifications System Guide
- PMS 310-1, Wildfire Prevention Handbook
- FSH 5109.19, Fire Management Analysis and Planning Handbook
- FSH 5109.31, Wildfire Cause Determination Handbook (NWCG Handbook 1)
- FSH 5109.32a, Fireline Handbook (NWCG Handbook 3)
- FSH 5109.34, Interagency Fire Business Management Handbook (NWCG Handbook 2)
- Nationwide Aerial Application of Fire Retardant on National Forest System Land ROD (USFS 2011)
- Departmental Manual Part 620 for Wildland Fire Management
- Guidance for Implementation of Federal Wildland Fire Management Policy (USDA and USDI 2009)
- Interagency Prescribed Fire Planning and Implementation Procedures Reference Guide (USDA and USDI 2008)
- BLM Handbook H-1740-2 - Integrated Vegetation Management Handbook
- BLM Handbook H-1742-1 - Burned Area Emergency Stabilization and Rehabilitation Handbook
- President's Healthy Forests Initiative (2002)
- Healthy Forests Restoration Act (2003)
- National Cohesive Wildland Fire Management Strategy (Wildland Fire Leadership Council. 2011)
- 2001 Review and Update of the 1995 Federal Wildland Fire Management Policy (USDA and USDI 1995)
- A Collaborative Approach for Reducing Wildland Fire Risks to Communities and the Environment 10-Year Comprehensive Strategy (USDA and USDI 2001b)
- A Collaborative Approach for Reducing Wildland Fire Risks to Communities and the Environment 10-Year Comprehensive Strategy Implementation Plan (USDA and USDI 2002)
- Wildland Fire Use Implementation Procedures Reference Guide (USDA and USDI 2005)
- Interagency Standards for Fire and Fire Aviation Operations (Red Book), updated annually, 2005 (USFS et al. 2013)
- San Juan BLM Wildland-Urban Interface Hazardous Fuels Reduction Programmatic Environmental Assessment (BLM 2004)
- Fire and community wildfire protection plans for Montezuma, La Plata, Archuleta, Dolores, San Juan, Mineral, Conejos, Montrose, San Miguel, Hinsdale, and Rio Grande Counties

Other standards and guidelines that pertain to fire management are found in Sections 2.3 and 2.8.

BLM_0033842

## 2.12 Air Quality

### Introduction

Visitors to public land in southwest Colorado generally expect clear, clean air and the ability to view unobstructed vistas as part of their overall experience. Air quality is also an integral part of the natural environment and affects water quality, aquatic ecosystems, soil chemistry, snow chemistry, snowmelt processes, and vegetation.

The Weminuche Wilderness Class I Area has been designated by Congress as an "outstanding special area"—deserving the highest air quality protection in the nation. The goal is to protect natural air quality conditions (conditions substantially unaltered by humans or human activities) in the Weminuche Wilderness Class I Area. Natural conditions are measured directly through air quality monitoring and indirectly using air quality related values (AQRVs). AQRVs for the Weminuche Wilderness Class I Area are lake chemistry, soil chemistry, flora and fauna assemblages, atmospheric deposition and chemistry, snow chemistry, and visibility. Air quality monitoring commitments will continue long term, as stated in the Weminuche Wilderness Monitoring Plan (USFS 1991) and through agreements made with air quality regulatory agencies.

Several air pollutants have become major concerns on the SJNF and TRFO over the last 10 years. These include mercury, nitrogen, sulfur, methane, carbon dioxide, ozone, and ozone precursors. Many of these pollutants originate from outside the planning area. Oil and gas projects and prescribed burns and wildfire are activities that occur on the SJNF and TRFO with the potential to impact air quality. SJNF and TRFO managers will work with agencies, organizations, tribes, and other entities to actively pursue actions designed to reduce the impacts of pollutants from sources both within and outside the SJNF and TRFO. These measures will include active membership in local and regional air quality protection stakeholder groups, Prevention of Significant Deterioration (PSD) permit review, a continued commitment to air quality monitoring, and the implementation of air pollution mitigation where appropriate. Atmospheric deposition of nitrogen from anthropogenic sources is increasing and has the potential to affect water quality and aquatic and terrestrial ecosystems. Water bodies throughout the planning area are showing increasing levels of mercury pollution. Recently, McPhee and Vallecito Reservoirs were designated as impaired water bodies because of mercury contamination, and both reservoirs have consumption advisories for mercury contamination of fish (CDPHE 2012). The numerous regional coal-fired power plants are large sources of atmospheric mercury that can pollute water on the SJNF and TRFO (Wright 2011).

Fire has the potential to produce smoke that may affect the public and temporarily degrade visibility. Receptors that are sensitive to temporary air pollution (including nursing homes, hospitals, and schools) will continue to be an important consideration for smoke management. In addition, the impact of smoke on the highly valued scenic vistas within the planning area will continue to be a concern. Smoke will be managed in conjunction with the State of Colorado through burning permits and to address local concerns. Tradeoffs between short-term air quality impacts and long-term forest health are recognized and will continue to be a management challenge.

The Colorado BLM has developed a statewide Colorado Air Resource Protection Plan. The plan identifies the many components necessary for statewide air quality protection from BLM-authorized activities throughout Colorado. It includes the goals, objectives, and management actions for air quality protection. Examples of management actions include monitoring, regional air quality modeling and modeling studies, refined project analysis, emissions inventories, air pollution reduction measures, and adaptive management. It is anticipated that the Colorado Air Resource Protection Plan could provide more detailed incremental analysis that will better inform future project-level decisions (such as leasing) made as a result of this LRMP. It is also anticipated that the direction in the Colorado Air Resource Protection Plan will be modified based on implementation effectiveness. The SJNF and TRFO will utilize the direction identified in the Colorado Air Resource Protection Plan to mitigate air quality impacts and supplement the air quality management direction identified in the LRMP. The current direction identified in the Colorado Air Resource Protection Plan is part of the LRMP project record.

BLM_0033843

Additional air quality control technology and emission reductions could be necessary to achieve air quality desired conditions, as identified through future air quality modeling and monitoring.  Such measures would be implemented through subsequent analysis and in consultation with affected agencies, including federal land management agencies, CDPHE and EPA.

## Desired Conditions

2.12.1   Air quality in the Weminuche Wilderness Class I Area maintains natural conditions. Indicators of natural conditions include AQRVs of visibility, water and snow chemistry, precipitation/atmospheric chemistry, soils chemistry, and aquatic/terrestrial biota.

2.12.2   Air quality for the Class II areas within the planning area are maintained or improved with respect to pollutant concentrations so that human health and the integrity of associated aquatic and terrestrial ecosystem components are protected.

2.12.3   Activities conducted on the SJNF and TRFO support natural air quality conditions at nearby Class I areas outside the planning area (such as Mesa Verde National Park). Determination of what constitutes "natural conditions" will be based on information provided by managers of potentially affected Class I areas.

2.12.4   Visibility at designated scenic vistas in Class II areas is maintained or improved within the planning area (see desired conditions in Section 2.15).

2.12.5   Visibility in the Weminuche Wilderness continues to improve so that natural conditions are achieved. Activities conducted on the SJNF and TRFO do not hinder progress towards achieving natural visibility conditions in Class I areas managed by other agencies, such as Mesa Verde National Park.

2.12.6   Management activities on the SJNF and TRFO control dust in order to minimize impacts of dust-on-snow events.

2.12.7   Administrative and permitted activities on SJNF and TRFO lands emit the lowest practicable greenhouse gas emissions and have the smallest ecological footprint possible to promote sustainable natural resource management.

## Objectives

2.12.8   For the Weminuche Wilderness Class 1 Area, improve air quality so that flora and fauna AQRVs that are at risk (including lichens, amphibians, and aquatic organisms) recover to a level that is within the limits of acceptable change (compared to natural conditions) by the next planning period so that there is no humanly perceptible change in visibility (visual range, contrast, coloration) from that which would have existed under natural conditions (conditions substantially unaltered by humans or human activities).

2.12.9   Over the implementation life of the LRMP on both TRFO and SJNF lands, prevent or reduce the atmospheric deposition of nitrogen and sulfur and allow no more than a 10% change from established baseline for lakes with an acid neutralizing capacity (ANC) $\geq 25$ $\mu_{eq}$/L, and for lakes with an ANC$<25$ $\mu_{eq}$/L allow no more than 1 $\mu_{eq}$/L decrease in ANC within agency control.

2.12.10  Over the implementation life of the LRMP, prevent or reduce airborne nutrient and mercury deposition impacts to sensitive high-elevation lakes in the Weminuche Wilderness Class I Area; allow no detectable mercury, no more than 2 $\mu_{eq}$/L of ammonium, and no late summer nitrate.

BLM_0033844

## Standards

2.12.11 All new facilities and installations must use engines that meet the following standards within a stationary facility for fluid minerals (does not apply to non-stationary drill rigs or other temporary/mobile engines). Engines less than 300 horsepower de-rated for elevation (excluding very small engines less than 40 horsepower) must not exceed a nitrogen oxide ($NO_x$) limit of 2.0 grams per horsepower-hour or the minimum acceptable limit as determined by air quality regulatory agencies, using whichever is the most restrictive emission limit.

2.12.12 All replacement or reconditioned reciprocating internal combustion engines less than 300 horsepower de-rated for elevation (excluding very small engines less than 40 horsepower) must not exceed a $NO_x$ limit of 2.0 grams per horsepower-hour or the minimum acceptable limit as determined by air quality regulatory agencies, using whichever is the lower emission limit.

2.12.13 All new facilities and installations will use engines that meet the following standards within a stationary facility for fluid minerals (does not apply to non-stationary drill rigs or other temporary/mobile engines). Engines 300 horsepower or greater de-rated for elevation must not exceed a $NO_x$ limit of 1.0 gram per horsepower-hour or the minimum acceptable limit as determined by air quality regulatory agencies, using whichever is the lower emission limit.

2.12.14 All replacement or reconditioned reciprocating internal combustion engines 300 horsepower or greater de-rated for elevation must not exceed a $NO_x$ limit of 1.0 gram per horsepower-hour or the minimum acceptable limit as determined by air quality regulatory agencies, using whichever is the lower emission limit.

2.12.15 Green completion technology for oil and natural gas well completions and for restimulation or refracture activities during workovers is required to prevent venting and most flaring of methane gas and other air pollutants into the atmosphere. Green completion practices include, but are not limited to, 1) maximal capturing of fluids, well effluent, and flammable gases as soon as practicable during flowback and cleanout operations; 2) separation of sand, hydrocarbon and other liquids, and gas from saleable products of saleable quantity; 3) storage and delivery of saleable products to sales line; and 4) environmentally safe disposal of non-saleable waste products. Venting of flammable gas during the well completion process must not be allowed except for gas testing or for safety and emergency situations. This standard is required for all non-wildcat oil and natural gas wells and will be implemented in all places where technically feasible. (Technically feasible will be determined by the BLM and USFS, with input from air quality regulatory agencies as needed).

2.12.16 For exploration, production, transport, and processing of oil and natural gas, storage vessels must not leak and tank thief hatches must be closed when not being serviced during liquid transport, repair, or measuring activities. Valves must be maintained in a leak-free condition (<10,000 parts per million [ppm] leakage). The venting of volatile organic compounds and hazardous air pollutants emissions will achieve at least 95% emission reduction from uncontrolled emissions through the use of vapor recovery units, combustion, or other practices allowed by air quality regulatory agencies.

2.12.17 Valves and pipes in liquid hydrocarbon service must periodically (at minimum on an annual basis) be inspected visually, audibly, or by other means for evidence of leaks. If leaks are detected, equipment must either be repaired or replaced as applicable.

2.12.18 No-bleed, low-bleed, or air-driven pneumatic devices are required for all new and retrofitted oil and natural gas production sites to reduce methane emissions. Exceptions may be made for safety and operational requirements.

2.12.19 All new separators and dehydrators used for natural gas production must use 95% control efficiency or better volatile organic compound emission control technology compared to uncontrolled emissions.

BLM_0033845

2.12.20 At any one point in time, no more than four fluid mineral well pads and associated access roads will be constructed and drilled (or re-completed) with combustion engines concurrently in any given square mile. This standard does not limit the number of well pads per square mile, only the simultaneous construction and drilling of wells. This standard is necessary to minimize near-field air pollutant concentrations and ensure compliance with National Ambient Air Quality Standards (EPA 2013).

## Guidelines

2.12.21 Construction activities that disturb a surface area greater than 1 acre and are of a duration greater than 5 days should use effective dust-suppression materials and techniques to prevent dust from visibly transporting from the area of disturbance (e.g., well pad, landing, parking area, mine) or drift more than 50 feet from the road prism. In addition, all activities should handle, transport, and store material in such a way to prevent particulate matter (dust) from visibly transporting from the storage area or area of disturbance. There will be no oil, solvents, or other unacceptable contaminates in fluids used for dust abatement.

2.12.22 Volatile organic compounds, hazardous air pollutants, and greenhouse gases should not be vented from existing wells and should achieve at least 95% emission reduction from uncontrolled emissions through capture and delivery to sales pipeline, vapor recovery units, combustion, or other practices allowed by air quality regulatory agencies. This would eliminate most venting from well blow-downs, during the well completion process, from oil wells freely venting casing gas, and from defective gas well-bores. Exceptions may be allowed for Bradenhead testing or other well tests where venting occurs for time periods of less than 10 minutes.

2.12.23 For new lease or new development areas, new mineral development facilities should be collocated and/or centralized. Facilities include roads, well pads, utilities, pipelines, compressors, power sources, fluid storage tanks, and other associated equipment. Collocation of wells (more than one well per pad) should be required where feasible.

2.12.24 Optimization (use of fewer, larger, and more efficient engines with lower emission rates, rather than using many small engines with higher cumulative emissions, less efficiency, and higher cumulative horsepower) should be required for fluid mineral development. For example, if new activities add an additional small engine(s) so that multiple combustion engines less than 40 horsepower each exist on the same location, the SJNF or TRFO will review the site to determine if optimization should be used to reduce total location emissions.

2.12.25 Centralized and efficient liquid gathering systems should be used to carry condensate and produced water from wells to centralized gathering facilities to reduce mobile source emissions and other traffic impacts.

2.12.26 Drill rig engines used for new or recompleted wells on the SJNF and TRFO should meet the most current non-road diesel engine rules for Tier 2, Tier 4 transitional, or Tier 4 emission standards as these standards phase in over time.

## Additional Guidance

- BLM 7300, Air Resource Management, Climate and Air Quality
- FSM 2580, Air Resource Management
- FSM 5100, Fire Management
- U.S. Environmental Protection Agency (EPA) Interim Air Quality Policy on Wildlands and Prescribed Fires (1998)
- Weminuche Wilderness Monitoring Plan for Air Quality Related Values (USFS 1991)
- Federal Land Managers AQRV Workgroup Phase I Report (FLAG 2010)

BLM_0033846

## 2.13  Access and Travel Management

### Introduction

The transportation system within the planning area consists of roads and trails that provide people with access to public lands and to private in-holdings. Virtually every activity that takes place within the planning area uses the transportation system (including outdoor recreation, wildfire management, livestock and wildlife management, natural resource development, private in-holdings access, and electronic communication site and utility corridor maintenance, as well as the management and monitoring of public lands).

There are over 3,000 miles of NFS and BLM roads and primitive roads, and more than 1,300 miles of NFS and BLM trails in the planning area that are actively managed as components of the agencies' transportation systems. Many of these roads and trails were originally constructed in order to support management activities (including for fire suppression, timber harvesting, mining, livestock grazing, and recreation). Currently, the NFS road system where motorized use is authorized for public or administrative purposes is inventoried and mapped, but inventory and mapping of unmanaged routes is incomplete. Currently, most of the roads, primitive roads and trails located on BLM lands within the TRFO have not yet been fully inventoried or mapped.

The majority of system roads are open to public use. Public use of individual roads may be allowed seasonally, or it may be permitted all year if there is a demonstrated need to provide year-round access. Some roads are reserved for administrative use by the USFS or BLM for management purposes or by permittees to access special use permit areas.

Trails generally fall into one of two general classes: non-motorized or motorized. Non-motorized trails may be further classified as non-mechanized (foot traffic, pack and saddle, etc.) and mechanized (mountain bikes). Motorized trails are generally intended for vehicles that are less than a certain specified width (usually 50 inches), which excludes most highway-legal vehicles, except motorcycles. In some cases, motorized trails may be designated for vehicles greater than 50 inches in width when there is a demonstrated need, such as providing challenging recreational opportunities for off-highway vehicles (OHVs).

In the last few decades, funding has not been sufficient to maintain all public land roads and trails to the standards associated with the maintenance classification assigned to each. Generally, the limited funding received has been focused on maintenance of higher standard roads that serve multiple-access needs and have the highest traffic volumes. Limited funding for trails has resulted in fewer miles of trails being maintained. It has also resulted in a focus on roads and trails that are deemed unsafe, those that receive the highest use, or those that present the greatest threat to ecological integrity.

Road management activities have included the decommissioning of roads, the construction of new roads, and the closure of roads. Decommissioning roads that are not needed for access (currently or in the foreseeable future) is generally performed when there is a need to reduce resource impacts through reducing runoff, re-establishing vegetation, and preventing future motorized use. Generally, new construction may occur when access to a particular resource or private in-holding is needed. These roads may be permanent, if intended for long-term use, or they may be temporary (such as many timber sale and exploratory roads). Closing roads or limiting motorized use to administrative purposes are management strategies that may be employed for a variety of reasons (including wildlife protection, resource protection, and/or public safety), and these closures may be long-term (multiple year) or seasonal. Population growth and the increased development of private in-holdings have increased the demand for use of roads within the planning area as primary access routes to residential developments. This has created a demand to establish, monitor, and administer special use authorizations and commercial road use permits. Many of these roads require upgrades in order to accommodate all-weather, year-round traffic. This demand for private land access across public lands, or by using NFS or BLM roads, has resulted in a need for the agencies to evaluate the jurisdictional status of roads that are used predominantly for residential access.

BLM_0033847

The demand for recreational motorized and non-motorized access has increased dramatically in recent years. Advances in the performance and the technology of OHVs/ATVs, utility vehicles, motorcycles, snowmobiles, mountain bikes, and wheelchairs have increased the demand for additional motorized and non-motorized recreational access and routes. New technology and increased motorized use within the planning area has resulted in some users creating new routes (also known as user-created routes or social routes). Resource problems related to these user-created routes are developing across the planning area, especially in areas that have been historically open to cross-country motorized travel.

## Motorized Travel Suitability and OHV Area Designations

A key component of access and travel management is the identification of areas where motorized travel is prohibited, where it is allowed, and any use limitations in areas where it is allowed. While the BLM and USFS use very similar criteria in determining suitable locations for motorized travel, the agencies do have different processes for identifying areas where motorized travel is allowed and prohibited.

The USFS and the BLM have agency-specific direction for the management of motorized travel and OHV use. The USFS Travel Management Rule (36 CFR 212, Subparts A, B, and C) requires that each national forest designate a system of roads, trails, and areas for motor vehicle use by vehicle class and, if appropriate, by time of year. The rule addresses any future proliferation of user-created routes by prohibiting cross-country motorized travel (except in small designated areas). The BLM has similar requirements for motorized off-road use set forth in 43 CFR 8340 and 8342. While travel management plans developed under the USFS and BLM direction cited above will result in site-specific, route by route designations, this LRMP does not. Rather, the area classifications made in this LRMP provide a framework for future route-by-route designation. Some of the criteria used for the eventual designation of specific routes would include the need for access, impacts to private property, desired recreation opportunities, erosion potential and slope, resource protection, route density, and wildlife habitat considerations.

A travel management plan is not intended to provide evidence bearing on or addressing the validity of any assertion associated with Revised Statute 2477 (R.S. 2477). R.S. 2477 refers to a law passed by Congress in 1866 that provided that "the right-of-way for the construction of highways over public lands, not reserved for public uses, is hereby granted" (43 USC 932). Although the 1866 act was repealed by the FLPMA in 1976, rights associated with R.S. 2477 were preserved. R.S. 2477 rights are determined through a process that is entirely independent of the BLM's or USFS's LRMP planning process. Consequently, travel management planning should not take into consideration R.S. 2477 assertions or evidence. Travel management planning should be founded on an independently determined purpose and need that is based on resource uses and associated access to public lands and waters. At such time as a decision is made on R.S. 2477 assertions, the USFS or BLM will adjust its travel routes accordingly.

Travel management decisions for motorized route designations on NFS lands are illustrated on a Motor Vehicle Use Map, which is updated annually to reflect any new travel management updates. BLM route designations are illustrated on a travel map that is published in conjunction with any new travel management decision. Motorized travel off the designated roads, motorized trails or areas, or otherwise inconsistent with the designations displayed on a Motor Vehicle Use Map or BLM travel map is prohibited, unless the motorized use has been specifically exempted under USFS or BLM direction or by written authorization.

### BLM Motorized Use Classifications

In accordance with definitions and criteria in 43 CFR 8340, the BLM designates OHV management areas by classifying areas as closed, limited, or open to motorized travel. Motorized travel within closed areas is prohibited; within open areas, motorized travel is allowed cross-country, and is not limited to specific roads and trails. Within areas classified as limited, motorized travel is limited to *designated* roads, primitive roads, and trails where site-specific travel management planning has occurred or, where site-specific travel management planning has not occurred, interim management limits motorized use to *existing* roads and trails.

BLM_0033848

The majority of TRFO land is currently unclassified and has not undergone site-specific travel management planning with a few exceptions. The 1985 San Juan/San Miguel RMP limited motorized travel to existing roads in the Silverton SRMA (51,180 acres), Bull Canyon (5 acres), Indian Henry's Cabin (160 acres), and Disappointment Valley (46,000 acres). The RMP also closed the Dolores SRMA (22,464 acres), Weber Mountain (4,680 acres), Menefee Mountain (4,040 acres), Perins Peak/Animas Mountain (3,200 acres), and the Dolores WSA (28,539 acres). Additionally, the Mancos-Cortez Travel Management Plan (USFS and BLM 2008) analyzed limiting motorized use to a designated system of roads and trails in the Phil's World and Mud Springs area (see Figures 2.13.3 and 2.13.4). This system of routes is carried forward under this LRMP and would further limit mechanized travel to designated routes upon completion and publication of supplemental rules in the Federal Register (see Volume III, Appendix E, Cortez SRMA, for additional guidance).

For the remainder of the TRFO (and outside of 'open' or 'closed' areas), a travel management planning process will transition management from a "limited to existing roads and trails" system to a "limited to designated roads and trails" system within 5 years of the approval of this LRMP. This process will include public involvement and will be guided by the designation criteria found in 43 CFR 8342.1. Additional limitations to travel that could be proposed may include time of day restrictions, method of travel restrictions, vehicle size restrictions, seasonal restrictions, administrative use restrictions, or other types of limitations.  A number of future data needs have been identified, which include, but are not limited to:

- establishment of rights-of-way (ROWs) and easements for transportation linear features;
- inventory of existing routes and constructed feature characteristics;
- needed route improvements to facilitate access to and across public lands;
- methods and volume of use on existing routes;
- modes of travel appropriate to specific routes; and,
- resource issues.

In accordance with 43 CFR 8341.2, where OHVs are causing or will cause considerable adverse effects on soils, vegetation, wildlife, wildlife habitat, cultural resources, historical resources, threatened or endangered species, wilderness suitability, other authorized uses, or other resources, the affected areas will be immediately closed to the type(s) of vehicle causing the adverse effects until they are eliminated and measures are implemented to prevent recurrence.

Under the interim system of limiting motorized use to existing roads and trails as proposed in this LRMP, motorized use is limited to those roads and trails depicted on Figure 2.13.1, which represents the current known network of transportation linear features within the TRFO. If necessary, during the course of comprehensive travel planning, the existing route map may be updated and posted on the TRFO website (BLM 2013). Printed copies of updated existing route data will be made available at the Dolores Public Lands Office upon request. During interim management of limited areas, and in areas identified as limited to designated, the following four exceptions allow motorized vehicle travel away from existing roads, primitive roads, and trails under the circumstances specified in each. In closed areas, motorized use would be allowed under exceptions 1 and 2 only.

Exceptions:
1. Any vehicle whose use is expressly authorized in writing by the Authorized Officer (administrative access, permitted access);
2. Any fire, military, or law enforcement vehicle while it is being used for emergency purposes;
3. For purposes such as parking, turning around, or passing another vehicle;
4. Oversnow use by vehicles designed for that purpose when snow cover is adequate to protect the underlying vegetation and soils from the impacts of that use, except in:
   a. Designated (by CPW) big game severe winter relief and winter concentration areas, and
   b. Designated (by CPW) occupied Gunnison sage-grouse habitat.

In areas where route designations are completed, such as areas covered by the 1985 San Juan/San Miguel RMP and the Mancos-Cortez Travel Management Plan and following completion of route designations throughout the remainder of TRFO lands, any routes subsequently approved by the BLM will be incorporated into the designated route system.

BLM_0033849

### USFS Motorized Use Classifications

For NFS lands, overground motorized suitability is divided into three classes: 1) unsuitable, 2) suitable, and 3) suitable opportunity areas. Unsuitable areas include wilderness areas and other areas that are generally not conducive to road or motorized trail system development for resource, habitat, and/or constructability reasons. Suitable areas are those that have an existing developed road and/or motorized trail system that, for the most part, serves the recreation and resource access needs of the particular area. Suitable areas would not generally be considered for net overall expansion of the transportation system.  Suitable opportunity areas are those that have an existing road and/or motorized trail system, and where there is potential to improve the system by adding to the existing system of routes. Changes to the existing system (such as to address resource concerns or enhance recreation experiences) are allowed within unsuitable, suitable, and suitable opportunity areas, including the elimination or decommissioning of roads and trails. Areas with specific management (as identified in Section 3.0 of the LRMP) may have additional travel management restrictions.

A number of travel landscapes on the SJNF have not undergone site-specific overground travel management planning prior to publication of this LRMP. For these landscapes, travel suitability as depicted on Figure 2.13.1 primarily reflects current management and is subject to change through a plan amendment based on site-specific analysis that will be completed through the travel management planning process. Travel management planning will be initiated in these areas after this LRMP is finalized, and in some cases is already underway.

Oversnow motorized suitability on NFS lands is divided into two classes: 1) unsuitable and 2) suitable (see Figure 2.13.2). Suitable areas allow for oversnow travel by snowmobiles, while motorized travel is prohibited in unsuitable areas. Providing a quality outdoor recreation experience for both motorized and non-motorized recreation was a primary goal in determining suitable and unsuitable areas for motorized travel. Additionally, areas that have snow cover most years (i.e., snow availability) and areas that are accessible in the winter were considered, as well as resource considerations (such as, but not limited to, critical and severe winter wildlife habitat). Subsequent oversnow travel planning following approval of this LRMP will be necessary to implement oversnow suitable and unsuitable area boundaries as delineated in the LRMP.

## Program Emphasis

Access and opportunity to experience areas through both motorized and non-motorized travel is a key component of recreation, as well as a primary management emphasis for the SJNF and TRFO. Efforts will focus on the designation of effective motorized and non-motorized travel routes over the long-term, consistent with desired conditions. Signing, enforcement, public information, and route maintenance and restoration will take place, as appropriate.

The transportation system program will emphasize a minimum transportation system that provides safe and efficient public and agency access to the public lands. Agency-specific travel management planning processes will be used to identify management opportunities for ensuring that the systems are efficiently maintained, environmentally compatible, and responsive to agency and public needs. Agency managers will work towards aligning the total miles of roads and trails within SJNF and TRFO lands with fiscal constraints. Opportunities will be sought to shift road management to the appropriate public road authority when it is determined that a specific road is primarily used for purposes other than SJNF (FRTA) access, is used for mail delivery, school bus routes, or some other local governmental purpose, or is used for year-round residential access to private property within or adjacent to SJNF.

Reconstruction and maintenance activities will focus on diminishing impacts to resources, particularly water resources and aquatic ecosystems, and improving roadway safety while reducing the backlog of deferred maintenance.

Road construction and reconstruction requirements needed to support resource development activities will be determined and evaluated at the project level. These roads will be designed and constructed to minimize surface disturbance by collocating new facilities, when feasible, and using the existing road

BLM_0033850

networks to the maximum extent possible. Roads will be constructed or reconstructed to a standard commensurate with the planned use. Design and construction BMPs will be used to minimize impacts to wildlife, water resources, aquatic ecosystems, and other resource concerns identified at the project level. Unless designated as part of the SJNF or TRFO transportation system, roads constructed for resource development will

- be temporary;
- be maintained to standard by the permittee or responsible party through written authorization;
- be decommissioned and revegetated with SJNF - or TRFO-approved native species; and
- be monitored for success for 3 years following project completion.

Travel management planning during LRMP implementation will result in the designation of a system of roads, trails, and areas for motorized use by vehicle class and season of use. The principal goal of travel management planning is to reduce the development of unmanaged roads and trails and the associated impacts to water resources and aquatic ecosystems, wildlife conflict impacts, and user conflicts. The travel management planning process aims to provide a variety of road and trail access for recreation, special uses, other forest resource management, and fire protection activities. Planning, design, and operation will seek to maximize user experience while addressing safety and resource protection needs.

## Desired Conditions

2.13.1   The transportation system within the SJNF and TRFO planning area consists of roads, high-clearance or primitive roads, trails, and bridges that are fiscally sustainable and safe as appropriate for the designated use or desired user experience; they allow for the use of, and enjoyment by, the public, and they meet resource management objectives. Sufficient condition surveys and inspections are conducted to promote road safety and prioritize road maintenance expenditures.

2.13.2   The SJNF and TRFO transportation system provides reasonable and legal access for resource management and recreation; it is dynamic and adaptable to resource and user needs.

2.13.3   SJNF and TRFO destination and loop trails exist for motorized and non-motorized recreation users. New trail development within the planning area focuses on the creation of loop opportunities and when feasible, using existing routes to do so, when such use does not compromise the intent and sustainability of the route. New routes within the planning area are designed with the goals of preserving settings, complementing the landscape, and providing the desired user outcomes/benefits.

2.13.4   Public access to SJNF or TRFO lands that cross private lands and/or cross other jurisdictions is acquired, retained or improved through proper authorization and coordination with adjacent landowners.

2.13.5   The road and trail systems on the SJNF and TRFO have adequate destination signage, mapping, and route markers to assist transportation system users in navigating throughout the planning area.

2.13.6   The public has access to information about the SJNF and TRFO transportation system (including specific travel route designations, available recreational opportunities, environmental stewardship guidelines, and safe travel information).

2.13.7   Motorized use on SJNF and TRFO lands occurs only on designated roads and trails, as well as in small designated open areas (except as exempted by 36 CFR 212.51 and 43 CFR 8340). No new unauthorized or user-created routes develop within SJNF or TRFO lands. Any addition of new designated routes to the transportation system will be analyzed using the appropriate planning process and level of environmental analysis.

BLM_0033851

2.13.8  Roads and trails within the SJNF and TRFO that are identified for closure are decommissioned and re-established with native vegetation cover.

2.13.9  Roads on SJNF lands are managed by the appropriate public road authority when any one of the following conditions exists:

- the road serves predominantly non-SJNF traffic;
- the road is necessary for mail, school, and/or other local governmental purposes; or
- the road provides year-long residential access to private property within, or adjacent to, the planning area.

2.13.10 Travel management plans are complete for all SJNF and TRFO lands within 5 years of adopting this LRMP.  Travel management planning remains a continuous process designed to improve the transportation system on SJNF and TRFO lands.

2.13.11 Motorized and non-motorized users, as well as local, state, tribal, and other federal agencies, are actively engaged in travel management planning, route designation and implementation, and route monitoring on SJNF and TRFO lands.

2.13.12 Transportation system components on SJNF and TRFO lands are designed, constructed, and maintained to avoid encroaching onto streams and/or onto riparian areas and wetland ecosystems in ways that impact channel fluctuation or channel geometry (the relationships between channel discharge and channel cross-sectional factors, such as area, width, and depth). Sediment delivery from the transportation system does not measurably impact pool frequency, pool habitat, and/or spawning habitats.

2.13.13 The character of roadless areas on the SJNF is maintained in order to preserve large expanses of undeveloped lands that can be managed for wildlife habitat, scenic quality, and recreation.

2.13.14 On SJNF and TRFO lands, ensure that all year-round accesses to private in-holdings are authorized by the applicable agency. Roads are upgraded by the proponent, when deemed necessary to meet SJNF or TRFO road standards for traffic type, volume, and season of use.

2.13.15 All commercial users, including timber purchasers, land stewardship contractors, and fuels management contractors, perform road maintenance commensurate with their use of SJNF NFS roads in accordance with 16 USC 537 and FSM 7732.22.

## Objectives

2.13.16 On the SJNF, transfer jurisdiction of roads identified through travel management planning as having predominant use that is inconsistent with the mission of the jurisdictional managing authority to a managing authority whose mission is consistent with the road use and is willing to accept the road transfer. The SJNF will identify in each travel management planning decision those roads, if any, that are priority for jurisdictional transfer. The SJNF will seek transfer of ownership, to the appropriate managing authority, of 50% of the roads identified as priority for jurisdictional transfer through travel management decisions that are made within the first 5 years following the date of the LRMP's implementation. These jurisdictional transfers will be completed within 15 years of LRMP implementation.

2.13.17 Perform maintenance activities annually on 75% of SJNF roads maintained for passenger vehicles (NFS maintenance level 3, 4, and 5 roads).

2.13.18 Develop maintenance, monitoring, signing, and implementation plans during the comprehensive travel management planning process, using guidance provided in BLM *H-8342 – Travel and Transportation Handbook* for BLM routes (BLM 2012b). Designated routes will be assigned maintenance intensities at that time. Maintenance objectives by maintenance intensity level are described in Appendix A of BLM Manual 9113, Roads Manual (BLM 2011d).

BLM_0033852

2.13.19 Develop travel management plans in accordance with the designation criteria in 36 CFR 212, Subpart B, for NFS lands and 43 CFR 8342.1 for BLM lands. Routes that are not included in the designated motorized transportation system will be evaluated for their resource impact potential. Those with high potential for resource impacts will be prioritized for decommissioning as part of the implementation plan for each individual travel management plan decision. Each implementation plan will identify those routes prioritized for decommissioning, the method(s) that may be used, and a schedule for completion.

2.13.20 Perform the required USFS schedule of condition surveys on SJNF lands for use in prioritizing road maintenance expenditures.

## Standards

### Roads

2.13.21 SJNF and TRFO road construction and reconstruction must be designed and constructed in accordance with the most recent applicable agency design and construction direction, as well as applicable Federal Highway Administration adopted design standards for the corresponding transportation facility.

### Temporary Roads

2.13.22 No temporary road shall be constructed on SJNF or TRFO lands prior to the development of a project-specific plan that defines how the road shall be managed and constructed. The plan must define the road design, who are the responsible parties and their roles in construction, maintenance and decommissioning, the funding source, a schedule for construction, maintenance and decommissioning, the methods(s) for decommissioning, and post-decommissioning monitoring requirements for determining decommissioning success.

## Guidelines

### Roads

2.13.23 On SJNF and TRFO lands, the use of motor vehicles on roads constructed for specific non-public purposes should be limited to administrative use only.

### Temporary Roads

2.13.24 In order to minimize disturbance on SJNF and TRFO lands, temporary roads should be constructed to the minimum standard needed for the specific project (the minimum standard that would provide for the protection of resource values identified during the environmental analysis).

### Road and Trail Maintenance

2.13.25 Road and trail maintenance investment on SJNF lands should be prioritized by a travel analysis that categorizes investment priority based on route value to public lands and loss of agency investment, as well as risk to the environment and the traveling public. The following risk categories and strategies should be used to categorize management and investments:

- **High-Value/Low-Risk Routes:** The route condition should be preserved through annual maintenance. Roads in this category that have high value for private access should be considered for transfer to the appropriate jurisdictional managing entity.

- **High-Value/High-Risk Routes:** These routes should receive first priority for investment and maintenance funding (in order for them to be restored to appropriate standard[s] and to reduce resource risks). Roads in this category that have a high

BLM_0033853

value for private access should be considered for transfer to the appropriate jurisdictional managing entity.

- **Low-Value/High-Risk Routes:** These routes should receive the highest priority in order to reduce maintenance level or maintenance intensity. Roads in this category may be considered for conversion to trails or otherwise be considered for decommissioning.

- **Low-Value/Low-Risk Routes:** These routes should receive the lowest priority for maintenance funding. Consideration should be given to converting the roads to trails. These routes should be considered for decommissioning or reduction in maintenance level or intensity.

2.13.26 On TRFO lands, maintenance intensities derived from the Roads and Trails Terminology report (BLM 1996b) should be used to guide maintenance activities.

## *Route Density*

2.13.27 **Road Density Guideline for Water Quality and Watershed Health on SJNF Lands:** In order to protect water quality and watershed function, road densities on SJNF lands should not exceed 2 miles/square mile within any U.S. Geological Survey (USGS) 6th level Hydrologic Unit Code (HUC) watershed. In order to protect major surface source water protection areas for municipalities within USGS 6th level HUC watersheds, road densities on NFS lands should not exceed 1.5 miles/square mile. If new road construction is necessary on NFS lands within an area exceeding this density guideline, management actions should be considered that would result in post-construction road densities that are equal to or less than the pre-construction density.

The following parameters and constraints will be used to calculate road density for water quality and watershed health:

2.13.27a  Roads used to develop road density calculations include those roads on NFS lands only, regardless of road ownership, that are a) open year-long or seasonally to public use and b) closed to public use, but are used for administrative access or are authorized by contract, permit, or other written authorization. Included in these calculations are NFS maintenance level 2–5 roads. Non-motorized and motorized trails and those roads that are closed to all motorized use and/or are in storage are not used for road density calculations. Temporary roads to be used for 5 years or less are not included in these calculations.

2.13.27b  Road densities will be calculated within USGS 6th level HUC watersheds on NFS lands only.

2.13.27c  Municipal watersheds are USGS 6th level HUC watersheds where the surface source water intake exists for an incorporated town, city, or other municipality with a public water supply. The MOU between the USFS Region 2 and the CDPHE states, "Revised Forest Plans will provide direction and desired conditions for municipal supply watersheds/source water areas to protect water quality while allowing for multiple use outputs (per 36 CFR 251.9 and FSM 2542)."

2.13.27d  Data used for density calculations will be based on the best available information at the time of analysis.

2.13.28 **Road Density Guideline for Water Quality and Watershed Health on TRFO Lands:** In order to protect water quality, watershed function, major surface source water protection areas for municipalities, and to ensure compliance with the Colorado River Basin Salinity Control Act, use the best available information for determining the appropriate level of road density when analyzing and approving management actions that affect motorized routes.

BLM_0033854

2.13.29 **Road and Motorized Trail Density Guideline for Ungulate Production Areas, Winter Concentration Areas, Severe Winter Range, and Critical Winter Range on SJNF Lands:** The intent of this guideline is to ensure no net loss of existing habitat effectiveness within the areas listed below. In order to maintain wildlife habitat effectiveness of SJNF lands, road and motorized trail densities should be addressed when analyzing and approving management actions that affect motorized routes. Where management actions would result in road and motorized trail densities exceeding 1 mile/square mile on SJNF lands in the areas listed below, actions should be designed to maintain habitat effectiveness on SJNF lands throughout each mapped polygon. Habitat effectiveness for this guideline is considered maintained when road densities within the CPW mapped areas on SJNF lands listed below are less than or equal to 1 mile/square mile. When road densities exceed 1 mile/square mile within the CPW mapped areas on SJNF lands listed below, densities should not be increased without mitigation designed to maintain habitat effectiveness.

- Big game production areas (calving or lambing areas)
- Elk and deer severe winter range
- Elk and deer winter concentration areas
- Deer critical winter range

The following parameters and constraints will be used to calculate road and motorized trail density for wildlife:

2.13.29a   Roads used to develop route density calculations include roads on NFS lands only, regardless of road ownership, that are a) open year-long or seasonally to public use and b) closed to public use, but are used for administrative access or are authorized by contract, permit, or other written authorization. Included in these calculations are maintenance level 2–5 NFS roads. Also included for this calculation are NFS trails that are designated for motorized use. Roads and motorized trails with design features sufficient to maintain habitat effectiveness (such as seasonal closures that are determined to be sufficient mitigation), as determined by the USFS biologist, should not be used for final density calculations. Non-motorized trails and those roads that are closed to all motorized use and/or are in storage are not used for route density calculations. Temporary roads to be used for 5 years or less are not included in these calculations.

2.13.29b   Data used for density calculations will be based on the best available information at the time of analysis.

2.13.30 **Road and Motorized Trail Density Guideline for Wildlife on TRFO Lands:** In order to maintain wildlife habitat effectiveness of TRFO lands, road and motorized trail densities should be considered in the following areas when analyzing and approving management actions that affect motorized routes:

- Big game production areas (calving or lambing areas)
- Elk and deer severe winter range
- Elk and deer winter concentration areas
- Deer critical winter range

2.13.31 **Road and Motorized Trail Density Guideline for Deer and Elk General Winter Range on SJNF Lands:** Where management actions would result in road and motorized trail densities exceeding 1 mile/square mile and where CPW analysis determines that road and motorized trail densities inhibit the state's ability to meet population objectives, SJNF management actions should be designed to reduce the impacts of road density on habitat effectiveness throughout each mapped general winter range polygon. This guideline applies to the portions of each mapped general winter range polygon not covered under Guideline 2.13.29.

The following parameters and constraints will be used to calculate road and motorized trail density for wildlife:

BLM_0033855

2.13.31a   Roads used to develop route density calculations include roads on NFS lands only, regardless of road ownership, that are a) open year-long or seasonally to public use and b) closed to public use, but are used for administrative access or are authorized by contract, permit, or other written authorization. Included in these calculations are maintenance level 2–5 NFS roads. Also included for this calculation are NFS trails that are designated for motorized use. Roads and motorized trails with design features sufficient to maintain habitat effectiveness (such as seasonal closures that are determined to be sufficient mitigation), as determined by the USFS biologist, should not be used for final density calculations. Non-motorized trails and those roads that are closed to all motorized use and/or are in storage are not used for route density calculations. Temporary roads to be used for 5 years or less are not included in these calculations.

2.13.31b   Data used for density calculations will be based on the best available information at the time of analysis.

## Additional Guidance

### Guidance and Standards Applicable to NFS Roads

- FSH 2509.25, Watershed Conservation Practices Handbook
- FSH 2709.12, Road Rights-of-Way Grants Handbook
- FSM 5460, Right-of-Way Acquisition Manual
- FSH 5409.17, Rights-of-Way Acquisition Handbook
- FSM 7100, Engineering Operations Manual
- FSM 7700, Travel Management
- FSH 7709.55, Transportation Planning Handbook
- FSH 7709.56, Road Preconstruction Handbook
- FSH 7709.56b, Transportation Structures Handbook
- FSH 7709.57, Road Construction Handbook
- FSH 7709.58, Transportation System Maintenance Handbook
- FSH 7709.59, Transportation System Operations Handbook
- FSH 7100, Engineering Operations, Region 2 Supplement 7100-2006-1
- Guidelines for Bridge Design, USFS – Pacific Northwest Region (R6) Transportation Structures Group, January 2005
- USFS EM-7700-30, Guidelines for Engineering Analysis of Motorized Mixed Use on National Forest System Roads
- USFS EM 7100–15: Sign and Poster Guidelines for the Forest Service

### Guidance and Standards Applicable to NFS Trails

- FSM 2300, Recreation, Wilderness, and Related Resource Management; Chapter 2350, Trail, River, and Similar Recreation Opportunities
- FSH 2309.18, Trails Management Handbook
- Motor Vehicle Route and Area Designation Guide, USFS (v.111705)

### Guidance and Standards Applicable to BLM Roads and Trails

- BLM Handbook H-8342 Travel and Transportation Handbook (Public) (BLM 2012b)
- BLM Manual 9113 Roads Manual (2011d)
- BLM Handbook H-9113-1 Road Design Handbook (2011e)
- BLM Handbook H-9113-2 Roads National Inventory and Condition Assessment Guidance and Instructions Handbook (2011f)
- BLM Roads and Trails Terminology, Technical Note 422, November 2006 (BLM 2006b)
- BLM Handbook H-9115-1 Primitive Roads Design Handbook

BLM_0033856

- BLM Handbook H-9113 Primitive Roads National Inventory and Condition Assessment Guidance and Instructions Handbook
- BLM Manual MS-1626 Travel and Transportation Manual (Public) (2011g)
- BLM Manual MS -9130 Sign Manual

### Standards Applicable to Both Agencies

- Manual on Uniform Traffic Control Devices, Part 5. Traffic Control Devices for Low-Volume Roads
- American Association of State Highway and Transportation Officials  Guidelines for Geometric Design of Very Low-Volume Local Roads (Average Daily Traffic ≤ 400), current edition
- Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development (USDI and USDA 2007)
- American Association of State Highway and Transportation Officials HB-17 Standard Specifications for Highway Bridges, current edition

BLM_0033857

# Over-Ground Travel Suitability and OHV Area Designations

## San Juan National Forest and Tres Rios Field Office

## Figure 2.13.1

MDR
NAD 83, Polyconic Projection
June 11, 2013

San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan

# Over-Snow Travel Suitability and OHV Area Designations

## San Juan National Forest and Tres Rios Field Office

## Figure 2.13.2

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

MDR
NAD 83, Polyconic Projection
June 11, 2013

San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan



# Mud Springs
# Designated Routes
### Tres Rios Field Office
### Figure 2.13.3



**Legend**
— Rock Crawler and ATV
— Mechanized
▪ Open Area
▪ Bureau of Land Management
▪ National Forest



Miles
0    0.25    0.5         1



Area of Detail

N

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan

JMS
Polyconic projection, NAD 83
June 11, 2013

BLM_0033860



# Phil's World
# Designated Routes
### Tres Rios Field Office
### Figure 2.13.4



**Legend**

─── Full-Size Vehicle
─── OHV 50 in. or less
─── Mechanized
─── State & Federal Highways
▓ Open Area
▓ Bureau of Land Management
▓ National Forest



Miles
0    0.25    0.5         1



Area of Detail



N

The USFS and BLM attempt to use the
most current and complete geospatial
data available. Geospatial data accuracy
varies by theme on the map. Using this
map for other than their intended purpose
may yield inaccurate or misleading results.
The USFS and BLM reserve the right to
correct, update or modify geospatial
inputs without notification.

San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan

JMS
Polyconic projection, NAD 83
June 11, 2013

BLM_0033861

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

## 2.14  Recreation

### Introduction

The SJNF and TRFO offer visitors and local area residents extraordinary opportunities to experience the benefits of their public lands. Local and regional economies depend on the recreation market, which is heavily influenced by the opportunities available on the public lands. Visitors value the unique and outstanding recreational assets offered by the SJNF and TRFO. The "backyard" or rural recreation setting provided by many of these lands is an amenity to the active lifestyles and quality of life for local residents.

Visitors to the SJNF and TRFO have an impressive range of options for experiencing the area. Past mining, logging, and grazing uses have created an extensive transportation network across the planning area that provides for various forms of access to the public lands. In contrast, the large extent of rugged mountains and canyons with limited roads and access offer vast undeveloped areas offering their own unique recreation opportunities. The planning area offers a wide range of settings that provide opportunities for solitude and personal challenge, as well as developed front-country settings. Local communities, partners, volunteers, and permit holders are involved in (and benefit from) providing recreation opportunities, and recreation benefits contribute significantly to the economy and culture of local communities.

SJNF and TRFO lands have remarkable values related to cultural traditions, history, scenery, and environmental resources and ecosystems. These values help to define a sense of place and provide a unique recreation market and identity for the SJNF and TRFO. Public lands within the planning area offer people resource-dependent recreation opportunities and settings in which to meaningfully experience nature, history, and culture.

The recreation management focus of the SJNF and TRFO is to ensure the continued availability of resource-dependent outdoor recreation experiences that are suitable for the landscape and that are not readily available from other public or private entities. The SJNF and TRFO recreation programs will emphasize the extraordinary natural, cultural and scenic resource values of the planning area and effectively manage the high public demand. The program will consider the proximity of the planning area to growing communities and recognize the need for public understanding of their stewardship role upon the SJNF and TRFO.

The SJNF and TRFO will provide place-based recreation management by focusing on activities and unique settings for which an area is best suited. Recreation suitability (derived through the Recreation Opportunity Spectrum [ROS]) will guide the direction of recreation management within the planning area. In combination with SRMAs, the ROS will guide recreation management with regard to access, intensity of visitor management, social encounters, naturalness, built environment, and carrying capacity.

### Remote Areas and Wilderness

This program area primarily focuses on monitoring and addressing activities that have the potential to degrade values related to wilderness areas, WSAs, and other primitive or remote areas within the planning area. Protection and restoration of natural conditions will continue to be important within these areas (see Chapter 3 for additional wilderness area information). Wilderness management direction contained in the San Juan-Rio Grande National Forests Wilderness Management Direction (USFS 1998a) is incorporated by reference into this LRMP and will continue to be in effect.

### Marketing

A cornerstone of successful management will be developing and providing effective public information about recreation opportunities and settings on the SJNF and TRFO. Targeted marketing efforts can boost the likelihood that people could more easily find and participate in their desired recreation activities within the planning area. Marketing will also help to increase appropriate uses in underused areas while, at the same time, relieving conflicts and impacts on overused places. Marketing venues will be varied and

BLM_0033862

include the use of maps, guidebooks, the internet, information signs, brochures, and other marketing tools. Interpretive signing (existing and future) will also contribute to visitors' understanding and enjoyment of their surroundings while visiting the SJNF and TRFO.

## Recreation Facilities

SJNF and TRFO managers will continue to assess the future of SJNF and TRFO recreation facilities in order to establish a program that is balanced, sustainable, realistic, and responsive to public needs. Services will be provided with allocated funds, revenues, and partnerships. Managers will also seek other creative methods in order to maximize public benefits. Facilities will be redesigned, as necessary, in order to benefit a larger and more diverse audience and address demographic changes. New large-scale facilities are not anticipated during this planning cycle. Emphasis will be placed on the maintenance and improvement of existing developed facilities and on protection of resource issues in dispersed recreation areas.

## Communities and Partners

Local communities and partners have strong ties with SJNF and TRFO lands. These communities and partners have become ever more critical in helping SJNF and TRFO managers address complex resource management situations, declining recreation budgets, and meeting the demands of growing communities that seek to benefit economically from recreation and tourism on SJNF and TRFO lands. Efforts in this area will focus on building partnerships with communities interested in protecting and enhancing public land recreation access while sustainably using the SJNF and TRFO for their economic, scenic, and recreation benefits. This includes use of scenic byways and the abundant heritage resources readily accessible from the San Juan Skyway.

## Travel Corridors

Three scenic and historic byways (San Juan Skyway, Alpine Loop, and Trail of the Ancients) and numerous lesser known routes provide for adventure and exploration of national and regional interest. In particular, historic mining, ranching, and views of rugged wilderness are easily enjoyed by thousands each year. These routes provide an important and effective interface between visitors and the public lands.

Recreation management will protect and enhance opportunities for viewing scenery and cultural resources along these travel corridors. Most visitor service developments will occur along these corridors. These travel corridors will serve as "information gateways" and facilitate access to more remote areas of the SJNF and TRFO. Partnerships and grants will be a primary method for achieving objectives related to these travel corridors. See Chapter 3 of the LRMP for additional information on byways and scenic corridors.

## Dispersed Recreation Experiences

Dispersed recreation will continue to be an important benefit offered within the planning area. Dispersed recreation includes both day and overnight use and provides important recreational benefits, which include the opportunity to enjoy natural landscapes, escape from crowds, engage in physical exercise, and/or recreate with family and friends. The management of these benefits will seek to balance the strong desire people have for freedom of choice regarding recreation activities, while providing for adequate protection of cultural and natural resources and the need to manage conflicting recreation uses. In spite of the large expanse of undeveloped areas available for dispersed recreation use, not every acre is suitable for every use. Management planning must balance the competing recreational uses with resource protection.

BLM_0033863

## Recreation Opportunity Spectrum

The ROS offers a framework that establishes recreational settings (based on access, remoteness, naturalness, built environment, social encounters, visitor impacts, and management) within the planning area. The resulting recreation zones are shown on the "ROS Settings Maps," with separate maps for summer and winter activities (see Figures 2.14.2 and 2.14.3). The ROS zones for the various alternatives are presented in Volume III, Appendix E.  These maps show broad desired setting conditions for the entire planning area; therefore, site-specific analysis is generally necessary in order to further refine desired setting conditions that may apply to site-specific projects. Additional management direction related to recreation setting prescriptions is found under Guidelines, below. See the Glossary for ROS term definitions.

The BLM uses the Recreation Setting Characteristics Matrix, which parallels the concept of the USFS ROS settings. The BLM system allows for customization (splitting, adding, deleting, and renaming of classes), but requires the spectrum concept to remain intact. The Recreation Setting Characteristics Matrix classifies the settings as primitive, back country, middle country, front country, rural, and urban, broken out into physical, social, and operational components. Setting prescriptions for a unit can mix and match between the setting components. For instance, an area can have a backcountry physical setting prescription and a front country social prescription. For purposes of consistency, USFS ROS setting descriptions will generally be used in this document, though prescriptions set forth for SRMAs in Volume III, Appendix E and Recreation Area Management Plans (RAMPs) tiering to this document will use the BLM terminology.

Future recreation management and development decisions on lands managed by the USFS will be guided by the ROS settings map and by both the ROS settings map and the Recreation Setting Characteristics Matrix on BLM lands.

BLM_0033864

**Table 2.14.1: Bureau of Land Management Recreation Setting Characteristics Matrix**

| | Primitive Classification | Back Country Classification | Middle Country Classification | Front Country Classification | Rural Classification | Urban Classification |
|---|---|---|---|---|---|---|
| **PHYSICAL COMPONENT – Qualities of the Landscape** | | | | | | |
| Remoteness (approx. distance from routes) | More than 0.5 mile from either mechanized or motorized routes. | Within 0.5 mile of mechanized routes. | Within 0.5 mile of four-wheel drive vehicle, ATV and motorcycles routes. | Within 0.5 mile of low-clearance or passenger vehicle routes (includes unpaved county roads and private land routes). | Within 0.5 mile of paved/primary roads and highways. | Within 0.5 mile of streets and roads within municipalities and along highways. |
| Naturalness (landscape texture form, line, color) | Undisturbed natural landscape. | Natural landscape with any modifications in harmony with surroundings and not visually obvious or evident (e.g., stock ponds, trails). | Character of the natural landscape retained. A few modifications contrast with character of the landscape (e.g., fences, primitive roads). | Character of the natural landscape partially modified but none overpower natural landscape (e.g., roads, structures, utilities). | Character of the natural landscape considerably modified (agriculture, residential or industrial). | Urbanized developments dominate the landscape. |
| Facilities | No structures. Foot/horse and water trails only. | Developed trails made mostly of native materials such as log bridges. Structures are rare and isolated. | Maintained and marked trails, simple trailhead developments and basic toilets. | Rustic facilities such as campsites, restrooms, trailheads, and interpretive displays. | Modern facilities such as campgrounds, group shelters, boat launches, and occasional exhibits. | Elaborate full-service facilities such as laundries, restaurants, and groceries. |
| **SOCIAL COMPONENT – Qualities Associated with Use** | | | | | | |
| Contacts (avg. with any other group) | Fewer than 3 encounters/day at camp sites and fewer than 6 encounters/day on travel routes. | 3–6 encounters/day off travel routes (e.g., campsites) and 7–15 encounters/day on travel routes. | 7–14 encounters/day off travel routes (e.g., staging areas) and 15–29 encounters/ day on travel routes. | 15–29 encounters/day off travel routes (e.g., campgrounds) and 30 or more encounters/day on travel routes. | People seem to be generally everywhere. | Busy place with other people constantly in view. |
| Group Size (average - other than your own) | Fewer than or equal to 3 people per group. | 4–6 people per group. | 7–12 people per group. | 13–25 people per group. | 26–50 people per group. | Greater than 50 people per group. |
| Evidence of Use | No alteration of the natural terrain. Footprints only observed. Sounds of people rare. | Areas of alteration uncommon. Little surface vegetation wear observed. Sounds of people infrequent. | Small areas of alteration. Surface vegetation showing wear with some bare soils. Sounds of people occasionally heard. | Small areas of alteration prevalent. Surface vegetation gone with compacted soils observed. Sounds of people regularly heard. | A few large areas of alteration. Surface vegetation absent with hardened soils. Sounds of people frequently heard. | Large areas of alteration prevalent. Some erosion. Constantly hear people. |

BLM_0033865

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| | Primitive Classification | Back Country Classification | Middle Country Classification | Front Country Classification | Rural Classification | Urban Classification |
|---|---|---|---|---|---|---|
| **OPERATIONAL COMPONENT – Conditions Created by Management and Controls over Recreation Use** | | | | | | |
| Access (types of travel allowed) | Foot, horse, and non-motorized float boat travel. | Mountain bikes and perhaps other mechanized use, but all is non-motorized. | Four-wheel drives, all-terrain vehicles, dirt bikes, or snowmobiles in addition to non-motorized, mechanized use. | Two-wheel drive vehicles predominant, but also four wheel drives and non-motorized, mechanized use. | Ordinary highway auto and truck traffic is characteristic. | Wide variety of street vehicles and highway traffic is ever-present. |
| Visitor Services (and information) | No maps or brochures available on-site. Staff rarely present to provide on-site assistance. | Basic maps, staff infrequently present (e.g., seasonally, high use periods) to provide on-site assistance. | Area brochures and maps, staff occasionally (e.g., most weekends) present to provide on-site assistance. | Information materials describe recreation areas & activities, staff periodically present (e.g., weekdays and weekends). | Information described to the left, plus experience and benefit descriptions, staff regularly present (e.g. almost daily). | Information described to the left, plus regularly scheduled on-site outdoor demonstrations and clinics. |
| Management Controls | No on-site posting/signing of visitor regulations, interpretive information or ethics. Few use restrictions. | Basic user regulations at key access points. Minimum use restrictions. | Some regulatory and ethics signing. Moderate use restrictions. (e.g., camping, human waste). | Rules, regulations and ethics clearly posted. Use restrictions, limitations, and/or closures. | Regulations strict and ethics prominent. Use may be limited by permit, reservation, etc. | Enforcement in addition to rules to reduce conflicts, hazards, and resource damage. |
| NOTE: This matrix can be customized to meet particular planning needs: 1) classes can be added, split, or merged; 2) characteristics can be added or deleted; 3) class names can be changed; and 4) the text can be modified. However, the concept of a spectrum must remain intact. | | | | | | |

BLM_0033866

**Primitive ROS Settings:** Primitive ROS settings include Congressionally designated wilderness areas, BLM WSAs, and areas recommended to Congress for designation as wilderness. In general, these areas are 5,000 acres or larger and are affected primarily by the forces of nature. They offer opportunities for solitude, natural quiet, and unconfined recreation for non-motorized and non-mechanized travel year-round. Decisions made under the 1998 Wilderness Management Direction amendment to the 1983 LRMP continue to be valid and are incorporated into this LRMP by reference. Wilderness lands are categorized into three settings that describe the relative naturalness and level of remoteness of the area: 1) unspoiled pristine lands, 2) unmodified primitive lands, and 3) concentrated use, semi-primitive lands. WSAs will be managed by the BLM Interim Management Guidelines until Congress acts to create wilderness or releases those lands from consideration.

**Semi-Primitive ROS Settings:** Semi-primitive ROS settings are non-wilderness lands characterized by a predominantly naturally appearing landscape with significant opportunities for non-motorized, primitive forms of recreation. Concentrations of users are low. Opportunities are provided that allow visitors to have a high degree of interaction with the natural environment, as well as a sense of remoteness, quiet, and solitude. Trail systems are designed in order to provide challenge and opportunities for self-reliance. Semi-primitive ROS settings can be motorized, mechanized, or non-motorized. Administrative actions and commercial uses (including recreation) occur; however, they are not common.

**Roaded Natural ROS Settings:** These settings are characterized by a higher degree of development and human "footprint" than those of primitive and semi-primitive. Sights and sounds of human activity are common, as are encounters with other recreational users. Users should also expect the presence of active management activities, areas of adjacent and/or interspersed private lands and development, an extensive trail network, intensively developed recreation sites, and abundant access points for recreational activities. Commercial uses can be common in these areas.

**Rural ROS Settings:** These settings are uncommon within the SJNF and TRFO and are almost entirely adjacent to existing urban development. Sights and sounds of human activities dominate the setting, and visitors can expect numerous encounters with other users and types of users when in these areas. Examples of things expected to be encountered in these areas include utility lines/corridors, paved roads, nearby residential/commercial development, developed ski areas, recreation residences, and a variety of motorized and non-motorized users, among others.

## Special Recreation Management Areas

There are four SRMAs within the planning area on BLM lands (Silverton, Dolores River Canyon, Cortez, and Durango) (Figure 2.14.1). SRMAs have been identified by the public as important places for various types of recreation within distinct landscape settings and have distinct recreation markets and recreation niches. The types of users, their activities, and specific recreation benefits are identified for each of the SRMAs, and these factors influence the management of the individual areas. BLM policy requires that each SRMA have a distinct boundary and map, that a RAMP be developed and approved for each SRMA, and furthermore that recreation management is to be the predominant focus of land management in that area. See Volume III, Appendix E for a more comprehensive description of these four areas.

On BLM lands, areas not identified as SRMAs are generally managed for other resource values, although recreational uses are generally allowed when they are compatible with a given area's other resource uses.

## Desired Conditions

### Recreation

2.14.1 Activities are regulated primarily in order to protect the quality of the recreation settings and benefits, as well as to protect natural and cultural resources. Managers monitor conditions and implement management strategies in order to maintain desired setting characteristics.

Recreation users have opportunities to benefit from the diversity of varied terrain, scenery, and nature in the canyons, mountains, and mesas, as well as on the rivers of the SJNF and TRFO.

BLM_0033867

2.14.2   Established road and trail travel corridors offer high-quality scenery. Developed recreation facilities (including trailheads) provide relatively easy access for visitors, enabling them to enjoy a wide range of recreation experiences.

2.14.3   The recreation market emphasizes resource-dependent recreation settings, services, and conditions that offer the benefit of interaction between people and their natural and cultural public land heritage. With the exception of ski areas, highly developed facilities (including guest lodges, waterslides, golf courses, etc.) are not located on public lands within the planning area.

2.14.4   Recreation management is guided by recreation setting prescriptions established by the ROS maps, as well as by other resource goals and objectives. Although recreation opportunities are extensive throughout the planning area, there may be some areas where no recreation is appropriate.

2.14.5   Recreation tourism provides economic and social benefits to local communities and to the region; this is consistent with sustainable land practices, the protection of sense of place, and the market demand for SJNF and TRFO-related values. The USFS and BLM collaborate with local communities, educational institutions, businesses, non-profit organizations, volunteers, and others interested in the planning area in order to market recreation opportunities effectively and appropriately, consistent with USFS and BLM goals.

2.14.6   Public access to SJNF and TRFO lands near communities provide a day-to-day lifestyle connection with the foothills, canyons, and mountains. Neighborhood trailheads and convenient access points provide quick entry to a natural setting. These lands are a community asset and help contribute to a healthy lifestyle for people of all ages.

2.14.7   The SJNF and TRFO offer motorized and non-motorized recreation experiences in large, predominantly naturally appearing landscapes, where active management may occur. Primitive dispersed camping sites, developed campgrounds, and trailheads are present in order to support dispersed recreation use.

2.14.8   Overground and oversnow motorized travel maps serve as guidelines for determining recreation travel within the planning area.

2.14.9   A wide variety of information, education, and interpretive venues about recreational opportunities are available through various media and resources. Interpretive and volunteer efforts are focused on attaining agency goals and objectives.

2.14.10  Adequate maintenance and services at some sites are sustained through the collection of fees and donations, as well as through the work of concessionaires, volunteers, and partnerships.

2.14.11  Trailheads only provide the minimal level of amenities, as appropriate for the setting and sufficient to protect the resources.

2.14.12  On SJNF lands, trails within MA 7 (public and private lands intermix) are constructed and maintained primarily through community partnerships.

### Recreation Opportunity Spectrum

2.14.13  Projects and activities are consistent with the established ROS settings.

2.14.14  Much of the planning area has an ROS setting of semi-primitive and roaded natural.

2.14.15  A network of roads maintained for low-clearance passenger vehicles provides access through roaded natural ROS settings and provide access to extensive semi-primitive ROS settings. Beyond these well-traveled road corridors, contact frequency between visitors is less, secondary roads are more rugged and challenging with numerous 4 × 4 routes, visitor facilities are rare, and the sights and sounds of nature predominate.

BLM_0033868

2.14.16 Primitive ROS settings are maintained at their current level of naturalness or restored, as needed.

2.14.17 Primitive ROS and semi-primitive ROS areas provide a variety of recreational opportunities, including:

- High-quality, resource-dependent recreation accessible from major travel corridors;
- Single- and multi-day challenging recreation activities and adventures;
- Non-motorized and motorized scenic backcountry experiences; and
- Self-discovery and challenge in areas with pristine natural conditions and solitude.

2.14.18 Roaded natural ROS areas provide a variety of recreational settings and activities, including:

- Motorized activities such as driving for pleasure and OHV use on designated trails and areas;
- A moderate to high degree of interaction and encounters with other users; and
- Sights and sounds of human development are evident but do not dominate users' experiences.

2.14.19 New trail construction in primitive and semi-primitive ROS settings protect resources, enhance recreation experience/challenge, mitigate user conflicts, and/or provide loops and/or links to other trail networks.

## Dispersed Recreation

2.14.20 Dispersed recreation is an important opportunity offered throughout the planning area and occurs extensively. Facilities for dispersed recreation are minimal and are provided in order to protect resources and enhance recreation experiences (and are compatible with established ROS settings, opportunities, and benefits). Access and parking, regulations, orientation, and safety information are provided only to the degree needed to protect resources and appropriately manage existing or anticipated uses.

2.14.21 Commercial outfitting/guiding is often provided within dispersed recreation areas in order to provide the expertise and equipment necessary for visitor safety, resource protection, and quality recreation experiences.

2.14.22 Dispersed camping opportunities are available for a wide variety of users. Motorized access to dispersed camping opportunities is addressed through travel management planning. Any new dispersed campsites are to be located outside riparian zones and other sensitive resource areas. Campsites may be closed, repaired, rehabilitated, and/or hardened when unacceptable environmental or social impacts occur. Dispersed recreation resulting in resource impacts or user conflicts is effectively addressed.

2.14.23 Dispersed camping does not interfere or conflict with the operation of developed campgrounds.

2.14.24 Effective parking and directional/information signing is in place in order to support sustainable dispersed recreation use.

2.14.25 Recreation is managed within the limits of ecosystem and species capacity for long term health and sustainability.

## Developed Recreation

2.14.26 Developed recreation sites meet accessibility standards and are consistent with the established recreation niche of the area. The scale of development and amenities at facilities and at sites is consistent with established ROS and identified markets. The ROS setting for most developed facilities is roaded natural or rural. Trailheads are available in a range of ROS settings.

BLM_0033869

2.14.27 Developed recreation facilities are maintained to required standards. In particular, facilities that do not meet public health and safety standards are reconstructed, closed, or decommissioned in a timely manner.

2.14.28 In developed recreation sites, the USFS and BLM provide a wide range of visitor information, education, and interpretation consistent with their interpretive and conservation education strategy.

2.14.29 Vegetation and fuels management actions within, and adjacent to, developed recreation sites maintain or enhance scenery and meet specific-site plan objectives (including privacy screening, fall color enhancement, and disease resistance).

2.14.30 Recreation sites and facilities are designed with an architectural theme intended to blend facilities with the natural environment. For new construction or site improvements, methods of construction use locally available resources and Leadership in Energy and Environmental Design (LEED) guidelines to the extent possible.

2.14.31 Developed recreation sites are withdrawn from locatable mineral entry.

### Winter Recreation

Winter recreation opportunities within the planning area provide important benefits to local residents and visitors. A variety of local and state partners (including both for-profit and not-for-profit) assist the USFS and BLM in managing both motorized and non-motorized winter recreation areas. Commercial outfitters/guides also offer an important service related to safe winter recreation.

2.14.32 Winter recreation access is provided via plowed roads managed as roaded natural ROS settings. Trailhead parking areas are developed at key concentration points in order to accommodate the loading and unloading of equipment and people. Safety, regulatory, and orientation information is provided at these locations.

2.14.33 Away from primary road access points, winter activities fall primarily within the ROS categories of semi-primitive non-motorized or semi-primitive motorized.

2.14.34 Winter non-motorized areas provide a variety of non-motorized recreation opportunities in a quiet, natural setting (including groomed and un-groomed snow). Noise from motorized use is less common in areas away from the main road corridors.

2.14.35 Winter motorized areas are managed in order to provide a variety of motorized recreation opportunities with a variety of challenge. In addition to areas open to cross-county, oversnow motorized use, these areas may contain groomed trails, marked trails that are not groomed, and/or unmarked/unmaintained open trails.

2.14.36 Timing restrictions for motorized oversnow recreational use may be employed in wildlife habitat areas or due to ground conditions.

2.14.37 Motorized oversnow travel should only occur when snow levels are adequate to protect the ground surface from disturbance due to snow machine use. For SJNF lands, 12-inch snow depth will be used as the standard, and BLM will use criteria found in Section 2.13, Access and Travel Management, of the LRMP.

2.14.38 Winter motorized use is not allowed within protected areas (see Section 2.13).

BLM_0033870

### Ski Areas

2.14.39 Ski areas are developed, maintained, and operated by the permitted private enterprises.

2.14.40 Ski areas on SJNF lands are characterized by a vegetation mosaic that includes natural and human-made grassy openings intermixed with forested and/or partially forested areas and rocky outcroppings. Forested areas provide sustainable cover with a variety of species and age classes in patterns typical of the area's natural landscape character. These areas are not part of the scheduled timber production base. Vegetation management (which may include herbicides, commercial harvesting, and/or grazing) is used in order to achieve and maintain desired conditions for the ski area in a sustainable manner. Vegetation conditions are manipulated to reduce the potential hazards and risks of undesirable changes from wind throw, insects, disease, and/or fire.

Ski areas on TRFO lands (Silverton Mountain) are characterized by primarily unmodified vegetation and terrain, appear natural in appearance, and are valued for their resource-dependent recreational opportunities.

2.14.41 Recreation is intensively managed year-round at ski areas. Facilities directly support recreational activities and management. Winter terrain parks within ski areas are concentrated in specific locations, rather than dispersed throughout the mountain. New trail developments are generally for non-motorized recreation uses. Permittees are responsible for the design, construction, safety, maintenance, and management of agency-approved facilities/trails within their permit area.

2.14.42 Motorized travel within permitted ski areas, in both winter and summer, is generally limited to administrative or emergency purposes. Summer uses in ski areas within the planning area favor non-motorized, low-impact activities (including sight-seeing, hiking, wildlife viewing, and mountain biking) that require few permanent structures.

2.14.43 Scenery provides a range of scenic integrity objectives from low to moderate. Protection of scenic values is emphasized through basic landscape design principles.

2.14.44 Where feasible and desirable, backcountry skiing, snowshoeing, and/or snowboarding activities may be facilitated or enhanced by visitor services at established ski areas.

2.14.45 Visitors are aware, through signs and interpretive venues, that the ski area is public land.

### Recreation Special Uses

Recreation special use permits/special recreation permits are issued in order to provide a variety of safe high-quality recreation opportunities to visitors and provide fair return to the United States for commercial recreation use of federal lands. Local outfitters/guides and other recreation professionals provide services to visitors who want additional knowledge, guidance, equipment, and/or support for a safe and rewarding recreational experience within the planning area.

2.14.46 Allowable uses and capacity for specific activities within certain geographic areas are consistent with a capacity and needs analysis. Permitted activities are compatible with the desired ROS setting, SRMA direction, and MA designations. One time/event permits (competitive, organized group) generally occur outside high use seasons to minimize impacts to casual use visitors and their recreational experience.

2.14.47 Recreation special use facilities are rare and temporary, and they are consistent with established ROS guidelines.

2.14.48 The recreation residence program is managed within existing authorized tracts on USFS lands.

2.14.49 On BLM lands, one time/event permits (competitive/organized groups) generally occur outside high use seasons to minimize impacts to casual use visitors and their recreational experience.

BLM_0033871

## *Bureau of Land Management Special Recreation Management Areas*

2.14.50 Management of SRMAs is derived first and foremost by the recreation management objectives and prescribed Recreation Settings Characteristics Matrix, and all implementation actions are guided by those prescriptions.

2.14.51 **Cortez SRMA:** The Cortez/Mancos/Dolores area offers a unique combination of terrain, scenery, and climate that allows for nearly year-round recreation close to towns and surrounded by panoramic backdrops. The relatively small blocks of public land are conducive to non-motorized trail use with opportunities for short motorized trails and clearly defined open play/training areas. The Cortez SRMA is comprised of two Recreation Management Zones (RMZs): 1) the Montezuma Triangle (including Phil's World, Chutes and Ladders, Summit, and Aqueduct) and 2) Mud Springs. The Montezuma Triangle RMZ is managed to primarily target local hikers, runners, and mountain bikers wanting to participate in human-powered recreation activities within a short commuting distance of town. The Mud Springs RMZ is also managed for non-motorized trails, but includes greater emphasis on motorized recreation while protecting cultural resources. Other recreation activities are allowable in the Cortez SRMA to the extent they are compatible with the primary targeted activities (see Volume III, Appendix E, for a more extensive description of the Cortez SRMA).

2.14.52 **Dolores River SRMA:** The lower Dolores River winds through southwest Colorado mesa country, leaving a canyon reminiscent of the Grand Canyon, which provides a complete spectrum of recreational opportunities and settings. Between Bradfield Bridge and Bedrock are opportunities for primitive recreation and rugged OHV use, in settings ranging from WSAs to developed campgrounds. The Dolores River SRMA is managed to provide for a broad range of recreational benefits, primarily to river users, from the southwestern United States and local residents who participate in rafting. Within various RMZs, focus is also placed on the outcomes and benefits associated with fishing, challenging mountain biking, and OHV use. Other recreation activities are allowed when compatible with the primary targeted activities. The area has designated routes for recreational motorized use. Motorized watercraft is prohibited from Bradfield Bridge to Bedrock. The Dolores River Corridor Management Plan (BLM 1990) and Dolores River OHV designation (CO-030-8601, BLM 1986a) guide management of recreation in the area until an updated RAMP and Comprehensive Travel Management Plan are completed. The area is composed of four RMZs: 1) Bradfield Ranch to Dove Creek Pump Station, 2) Dove Creek Pump Station to Disappointment Creek, 3) Disappointment Creek to Gypsum Valley Bridge, and 4) Gypsum Valley Bridge to Bedrock (see Volume III, Appendix E, for a more extensive description of the area and the RMZs that comprise the Dolores SRMA).

2.14.53 **Durango SRMA:** Durango is a mountain community with an active population and tourist base drawn to the area due to proximity of quality recreational opportunities. The Durango SRMA is managed to provide benefits associated with quality non-motorized recreation activities within a short travel distance of the increasingly developed Durango interface area. While setting is important, it is easy access to rock climbing areas and a variety of well designed, single track trails that make this SRMA an important asset to the community and surrounding region. Specifically, this SRMA would benefit non-motorized trail users and climbers, Durango area recreational service providers (outfitters, retail stores, etc.), and open space advocates. The area comprises two RMZs: 1) Animas City Mountain, Skyline, and Grandview and 2) East Animas and Turtle Lake climbing areas (see Volume III, Appendix E, for a more extensive description of the area and the RMZs that comprise the Durango SRMA).

2.14.54 **Silverton SRMA:** The Silverton area is a unique alpine landscape dominated by 13,000-foot peaks and rich in mining history. The combination of rugged, seemingly impenetrable mountain peaks with the infrastructure left by industrious miners has resulted in a recreational destination for both winter and summer enthusiasts. The Silverton SRMA provides the perfect complement of summer and winter recreation opportunities across 44,488 acres of high-elevation public lands. Management allows for a spectrum of recreational opportunities from primitive hiking, camping,

BLM_0033872

and hunting in WSAs (West Needles Contiguous, Whitehead Gulch, Weminuche Contiguous, and Handies Peak) to mountain biking and extensive OHV exploration along the Alpine Loop National Backcountry Byway. During the winter months, there are similar opportunities ranging from extreme downhill skiing to snowmobiling, ice climbing, and cross-country skiing. Tying the seasons and activities together are exceptional opportunities for cultural tourism at sites such as the Animas Forks townsite and the Sound Democrat Mill. The SRMA is composed of two RMZs: 1) Summer and 2) Winter (see Volume III, Appendix E for a more extensive description of the area and the RMZs that comprise the Silverton SRMA).

## Objectives

2.14.55 Meet or exceed maintenance standards annually for 75% of SJNF developed recreation sites with a "total rank score" of 50 or above within the most recent recreation facility analysis.

2.14.56 Evaluate all TRFO developed recreation sites via a FAMS condition assessment process once every 5 years (or current BLM standardized schedule for assessment). Any TRFO recreation sites scoring a Facilities Condition Index of greater than .70 (Poor Condition) will be brought up to standard before the next condition assessment or be prioritized for closure or deferred maintenance.

2.14.57 Decommission, close, or retrofit at least half of SJNF sites with a "total rank score" of <50 per the most recent recreation facility analysis to remove them from inventory or improve their ranking to >50 over the life of the LRMP.

2.14.58 For TRFO SRMAs, by the year 2015, achieve a mean (average) response of at least a "moderate" (i.e., 3.0 on a probability scale where 1 = not at all, 2 = somewhat, 3 = moderate, 4 = complete/total realization) attainment of the experiences and benefits identified for each SRMA in Volume III, Appendix E.

2.14.59 Within 5 years, limit all motorized recreation travel to designated routes and/or in designated areas, with the potential exception on TRFO lands of small "open" areas managed in accordance with BLM Handbook 8342.

2.14.60 On SJNF lands, implement plan actions from the San Juan-Rio Grande National Forests Wilderness Management Direction (USFS 1998a) to meet the wilderness standards established within that plan for all wilderness areas.

2.14.61 Over the life of the LRMP, complete and implement the RAMPs for all TRFO SRMAs.

## Guidelines

2.14.62 The BLM must manage SRMAs to meet their management objectives through prescribed settings activities, experiences, and benefits (outcomes) identified in Volume III, Appendix E. For the TRFO, on lands not identified as SRMAs, recreation will be managed to meet ROS prescriptions as identified on the ROS maps and described in the Recreation Setting Characteristics Matrix (see Table 2.14.1).

2.14.63 During implementation of projects, every effort should be made to keep recreation sites in the project vicinity open in order to provide for visitor safety and experiences.

2.14.64 Summer and winter ROS maps should guide project-specific decisions and implementation activity. These maps define broad physical, social, and administrative settings for the entire SJNF and TRFO. Site-specific analysis is necessary ensure desired setting conditions are applied at the project level.

BLM_0033873

2.14.65 Dispersed sites should be closed, rehabilitated, or otherwise mitigated if there are social-use conflicts and/or resource impacts, or where dispersed sites conflict with the management of developed recreation sites (public or private).

2.14.66 The visual impacts of structures, ski lifts, roads, utilities, buildings, signs, and other built facilities should be minimized. Facilities, as seen from key viewpoints, should be architecturally designed to blend and harmonize with the surrounding land setting. Guidelines should be developed for each ski area that define the built environment (including architectural style, scale, colors, materials, and landscaping).

2.14.67 Revegetation in developed sites should use native plant material and be designed in a manner that maintains a natural appearance.

## Additional Guidance

- The San Juan/Rio Grande National Forest Wilderness Management Direction decision, 1998
- 36 CFR 212, Travel Management
- 36 CFR 219, Planning
- 36 CFR 251, Land Uses
- 36 CFR 261, Prohibitions
- 36 CFR 290, Cave Resources Management
- 36 CFR 291, Occupancy and Use of Developed Sites and Areas of Concentrated Public Use
- 36 CFR 293, Wilderness/Primitive Areas
- 36 CFR 294, Special Areas
- 36 CFR 297, Wild and Scenic Rivers
- 43 CFR 8342
- 43 CFR 8340
- FSM 1950, Environmental Policy and Procedures
- FSM 2300, Recreation, Wilderness, and Related Resource Management
- FSM 2710, Special-Use Authorizations
- FSM 2720, Special Uses Administration
- FSM 7300, Buildings and Other Structures
- FSM 7400, Public Health and Pollution Control Facilities
- FSH 1909.15, Environmental Policy and Procedures Handbook
- FSH 2309.18, Trails Management Handbook
- FSH 2709.11, Special Uses Handbook
- FSH 7309.11, Buildings and Related Facilities Handbook
- FSH 7409.11, Sanitary Engineering and Public Health Handbook
- BLM Handbook H-1601_01
- BLM Manual 8300
- BLM Handbook 8550, Architectural Barriers Act of 1968
- USFS ROS Manual
- Dolores River Corridor Management Plan (BLM 1990)
- Applicable RAMPs

BLM_0033874

# Special Recreation Management Areas
## Tres Rios Field Office
## Figure 2.14.1

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JER
NAD 83, Polyconic Projection
April 25, 2013

San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan

# Summer Recreation Opportunity Spectrum
## San Juan National Forest and Tres Rios Field Office
## Figure 2.14.2



BLM_0033876



# Winter Recreation Opportunity Spectrum
## San Juan National Forest and Tres Rios Field Office
## Figure 2.14.3

Legend

Recreation Opportunity Spectrum Class
- Primitive Wilderness
- Primitive
- Semi-Primitive Non-Motorized
- Semi-Primitive Motorized
- Roaded Natural
- Rural
- San Juan National Forest
- Tres Rios Field Office
- Chimney Rock National Monument
- State & Federal Highways

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

MDR
NAD 83, Polyconic Projection
May 31, 2013

Miles
0   10   20   40

San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan

BLM_0033877

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

## 2.15 Scenery and Visual Resource Management

### Introduction

The SJNF and TRFO possess outstanding and diverse scenery, capable of enhancing a wide variety of experiences. Many people choose to live in southwest Colorado, in large part, so that they can benefit from the high-quality scenery (with such views even serving as an important selling point for commercial and residential real estate). Scenery is a major draw for tourism and highway travel on the San Juan Skyway, which traverses through the planning area.

Planning for scenic resources on USFS lands involves inventorying for scenic values and then prescribing strategies to manage the resources that protect scenic resources, increasing opportunities for viewing those scenic resources, and careful development and design guidelines so that high scenic integrity may be conserved and sustained in order to meet public expectations. On USFS lands, the highest priority for protection (retention) of scenic quality will be given to the areas of heavy public use, including scenic byways and scenic travel corridors, nationally designated trails, developed recreation sites, administrative sites, and backdrops for cities and towns. The highest standards for visual resources (Scenic Integrity Objectives [SIO] rated as very high/high) are reserved for designated wilderness, roadless areas, or other specially designated areas.

The BLM uses a Visual Resource Management (VRM) system to manage the visual resources on public lands. This system addresses three key scenic values: public visual sensitivities, visibility, and scenic quality. It is geared to provide appropriate levels of protection for scenic values that:

1. Range from preservation (Class I) to retention (Class II), partial retention (Class III) and major modification (Class IV) of the characteristic landscape; and
2. Are based on visual resource inventories and other resource management considerations and are determined through the land use planning process at the manager's discretion.

This program also focuses on identifying and conserving the elements that make up the SJNF and TRFO "niche" and appropriately integrating them into resource management activities, as well as into facility and site development. This includes maintaining the integrity of the expansive, unencumbered landscapes and traditional cultural features distinctive to the planning area. As residential development and populations grow, large tracts of undeveloped lands are becoming scarce and more valued in southwest Colorado. Valued natural and cultural viewsheds are being lost incrementally as lands are developed and special features are removed or destroyed. The SJNF and TRFO will continue to participate with partners in feasible efforts to secure scenic easements and to acquire lands in order to protect outstanding cultural and natural viewsheds along scenic and backcountry byways and along national scenic and recreation trails.

On USFS lands, as opportunities arise, scenic integrity ratings will be conducted (or updated) for valued landscapes. In addition, a schedule of vegetation treatment locations and activities will be developed in order to address scenic quality related rehabilitation, enhancement, and maintenance. The Scenery Management System inventory for the USFS will be validated and updated as a part of ongoing site-specific project and programmatic analysis.

In order to continue to make scenery available for residents and visitors, efforts will also be made to ensure that scenic pullouts, vista points, waysides and access, and interpretive venues adequately support scenic viewing as a primary visitor activity.

On BLM-administered lands, visual resource inventories establish a baseline for evaluating and contrasting LRMP alternatives and impacts of VRM classes which are assigned during the land management planning process. During project planning, visual design considerations are required to be evaluated and incorporated for all surface-disturbing projects through the visual contrast rating process. The contrast rating process is used as a visual design tool in project design and as a project assessment tool during environmental review. Contrast ratings are required for proposed projects in highly sensitive areas or high impact projects, but may also be used for other projects where it would appear to be the most effective design or assessment tool. A brief narrative visual assessment is completed for all other projects that require an environmental assessment or EIS.

BLM_0033878

## Desired Conditions

2.15.1   Public demand is met for high-quality scenery that benefits regional tourism, the local and regional economy, the local and regional community image, and overall recreation opportunities. Existing natural appearing scenic landscapes are maintained to the extent possible through project-specific mitigation measures.

2.15.2   Valued viewsheds, vistas, and cultural and natural landscape elements are protected, restored, and enhanced. Activities that protect, restore, enhance, and/or perpetuate long-term valued scenic elements may be visible to visitors in the short term. These activities may include, but are not limited to, fuel reduction, vista creation, wildland fire uses, and insect and disease prevention and suppression.

2.15.3   Views from developed sites, roads, trails, and viewpoints of concern are predominantly within natural-appearing landscapes. Views within developed recreation sites may appear heavily altered (due to recreation support facilities, recreation developments, hazard tree management, etc.).

2.15.4   Scenic and historic byways are recognized as needing to support scenic viewing and interpretation as a primary visitor activity.

2.15.5   Vegetation composition and structure valued for scenic character (including landscapes with a predominance of aspen and ponderosa pine) are showcased along scenic routes and at key viewpoints.

2.15.6   Conservation of significant cultural and natural viewsheds is established through strong partnerships between the USFS and BLM, state and local agencies, tribal governments, land trusts, and other interested individuals and organizations.

2.15.7   The built environment (including recreation facilities, utilities, and resource management structures, such as those constructed and/or maintained by permittees) reflects and complements the architectural character of the landscape, as appropriate, and reflects local vernacular architecture and natural landscape context. The quality of the built environment benefits from sound site planning and environmental design principles using efficient energy sources.

2.15.8   Vegetation valued for its scenic character is sustainable and consistent with the inherent landscape character.

2.15.9   Public lands scenery is maintained in a condition that meets the minimum established scenic objectives as established in Figure 2.15.

## Objectives

2.15.10 On USFS lands, annually, ensure compatibility with scenic, visual resources and built environment LRMP standards and guidelines and agency direction within a project area by assessing at least one project with potentially high visual impacts.

2.15.11 On USFS lands, over the life of the LRMP, undertake at least five projects that improve or restore the scenic integrity of areas that currently do not meet SIO/VRM standards.

2.15.12 On BLM lands, the following objectives will be met for all VRM Class allocations:

    2.15.12a   Class I Objective. The objective of this class is to preserve the existing character of the landscape. This class provides for natural ecological changes; however, it does not preclude very limited management activity. The level of change to the characteristic landscape should be very low and must not attract attention.

BLM_0033879

2.15.12b    Class II Objective. The objective of this class is to retain the existing character of the landscape. The level of change to the characteristic landscape should be low. Management activities may be seen, but should not attract the attention of the casual observer. Any changes must repeat the basic elements of form, line, color, and texture found in the predominant natural features of the characteristic landscape.

2.15.12c    Class III Objective. The objective of this class is to partially retain the existing character of the landscape. The level of change to the characteristic landscape should be moderate. Management activities may attract attention but should not dominate the view of the casual observer. Changes should repeat the basic elements found in the predominant natural features of the characteristic landscape.

2.15.12d    Class IV Objectives. The objective of this class is to provide for management activities which require major modifications of the existing character of the landscape. The level of change to the characteristic landscape can be high. These management activities may dominate the view and be the major focus of viewer attention. However, every attempt should be made to minimize the impact of these activities through careful location, minimal disturbance, and repeating the basic elements.

## Standards

2.15.13 On USFS lands, all resource management activities must be consistent with the established scenery objectives shown on Figure 2.15 unless a decision (with supporting rationale) is made to deviate from the management guidance in a site-specific NEPA decision.

2.15.14 On BLM lands, all resource management activities must be consistent with the prescribed VRM Class map (see Figure 2.15). A project that does not meet the objectives for the VRM Class in which the project is located must either be redesigned to meet those objectives, denied, or a plan amendment must be completed to alter the VRM Class.

## Guidelines

2.15.15 On USFS lands, scenic integrity levels, as viewed from sensitive viewer locations (including National Scenic Byways, National Scenic and Recreation Trails, and developed recreation sites) should generally be managed as high SIO for foreground and moderate SIO for middle ground and background.

2.15.16 For all SJNF and TRFO lands, the built environment (structures), including non-recreational structures, should conform to the Built Environment Guide (USFS 2001c) and Guidelines for a Quality Built Environment (BLM 2010a) that apply to that location.

2.15.17 The quality of the built environment should benefit from sound site planning, as well as from LEED principles.

2.15.18 Straight line-of-sight road construction should be avoided. Roads through wooded areas should be designed in order to follow a curvilinear path using natural topography. Road construction across ridge tops should be avoided where it may cause a visual contrast in the landscape or where it may add skyline alterations that are visually obvious.

2.15.19 Interim reclamation should be maximized so that supplemental/natural revegetation is facilitated to stabilize soils and reduce visual impacts.

2.15.20 All permanent structures (on-site for more than 6 months) should be painted in a flat, non-reflective, earth-tone color.

2.15.21 The number and size of long-term traffic, regulatory, and site identification signs should be minimized. All such sign backs and posts should be painted a flat, non-reflective color.

BLM_0033880

2.15.22 Landscaping should blend site developments into the surrounding landscape. Native tree, shrub, and grass species should be employed in landscaping in order to lessen the contrast between a clearing and the adjacent natural environment.

2.15.23 Linear utility corridors and pipeline installations should employ vegetative edge feathering in sloped areas that may be visible from sensitive areas (including roads, use areas, and residences). Vegetation should be cleared, where necessary and appropriate, in a non-linear fashion in order to avoid a visually dominant straight line.

2.15.24 The minimum amount of permanent lighting needed should be installed. Light-sensitive, motion-activated lighting systems that are illuminated only when needed for security and/or for maintenance should be used. Light fixtures should be hooded in order to prevent horizontal and upward light pollution.

2.15.25 For timber harvest activities on SJNF lands, and fuels treatment activities on both SJNF and TRFO lands:

> 2.15.25a   Treatment units should be designed to minimize visual contrasts. Design features could include leaving large clumps of residual trees or shrubs located within a treatment unit, eliminating straight lines along treatment boundaries and facilitating the re-establishment of native species, as well as other similar actions.

> 2.15.25b   On SJNF lands, with regard to clearcutting, sanitation salvage, thinning, shelterwood harvests, and overstory removal, foreground views from system trails and roads, and from recreation areas, should be designed in a manner that avoids dominating views of large, continuous openings and is mitigated by the presence of sufficient groups of residual trees. Uncut islands should be reserved within unit(s) in order to reduce apparent size of unit, provide visual diversity, and achieve a more natural-appearing treatment area.

> 2.15.25c   Within immediate foreground of recreation sites such as campgrounds, picnic areas, and trailheads:
>
> - Slash, if chipped, should be substantially disposed of unless used as mulch, mud control, or path/pad surfacing;
> - stumps should be low cut or flush-ground;
> - slash should be substantially reduced; and
> - treatment units should be designed to enhance scenic qualities within the viewshed.

> 2.15.25d   Fire control lines should be restored to a natural appearance in areas within view of roads, trails, or recreation sites. Work should be accomplished within 3 years of completion of burn. When opportunity allows, and when it meets the recreation objectives prescribed for an area, fire control lines may be designed for long-term use as recreational trails and left in place.

> 2.15.25e   Design of thinning units should avoid visual uniformity as viewed from roads, trails, and recreation sites.

> 2.15.25f   Temporary slash or chip piles, log decks, or landings in VRM Classes I–III should:
>
> - be located to facilitate future removal without the development of new ground disturbance (placed adjacent to pre-existing roads or primitive roads); and
> - be disposed of within 3 years.

> 2.15.25g   In sensitive foreground areas (as viewed from system roads, trails and/or developed recreation sites), unit boundaries and tree marking should be accomplished with temporary flagging and removed once need is fulfilled.

BLM_0033881

2.15.26 For developed ski areas:

2.15.26a    Structures (including lift towers, cross-arms, lift terminals, sign backs, posts, utility boxes and transformers) should be painted, or in some way colored, in order to blend into the surrounding landscape, as approved by a BLM/USFS representative.

2.15.26b    Glass windows of buildings at or above the tree line, or in highly visible areas, should be non-reflective.

2.15.26c    Ski trail design should replicate patterns of natural landscape vegetation mosaic. Pattern, size, shape, and topographic location should be considered in mosaic.

2.15.26d    Ski trail design should mimic natural landscape patterns, including size, shape, and topographic location. Size and shape of islands should avoid straight edges and geometric forms that contrast with natural openings and landforms.

2.15.26e    Chair lift lines should be incorporated into trail clearings in order to reduce linear openings in forest stands.

2.15.26f    Natural clearings should be incorporated into trail design.

2.15.26g    Trail edges should be softened through feathering, scalloping, and/or other means.

2.15.26h    Soil/plant/ground disturbances should be minimized to the smallest footprint feasible. Where disturbance is unavoidable, topsoil and organic matter should be salvaged and used for rehabilitation (so that color and textural contrast of the disturbed area is gone, and the disturbed area blends visually with the surrounding undisturbed area) within three growing seasons.

2.15.26i    Topsoil should be stockpiled and used for rehabilitation of facility construction sites (so that color and textural contrast of the disturbed area is gone, and the disturbed area blends visually with the surrounding undisturbed area) within 3 growing seasons.

2.15.26j    Disturbance of valued landscape elements important to foreground views (including tree groves and boulders) should be limited. Construction fencing should be used to mark limits of disturbance at all construction sites.

2.15.26k    The size and disturbance associated with material staging and equipment access and parking should be limited. These areas should be located, where feasible, outside sensitive viewsheds.

2.15.26l    Vegetation treatments within the immediate foreground of popular summer travel routes should achieve a moderate SIO.

## Additional Guidance

- Visual Resource Management Manual 8400
- Visual Resource Inventory BLM Manual Handbook 410-1
- Visual Resource Contrast Rating; BLM Manual 8431
- Visual Resource Contrast Rating
- BLM Manual Handbook 8431-1
- BLM Guidelines for a Quality Built Environment (BLM 2010a)
- Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development (USDI and USDA 2007)

BLM_0033882



# Scenic Integrity Objective and Visual Resource Management
## San Juan National Forest and Tres Rios Field Office
### Figure 2.15

**Legend**

*Scenic Integrity Objective and Visual Resource Management Class*
- Very Low
- Low, VRM IV
- Moderate, VRM III
- High, VRM II
- Very High, VRM I
- San Juan National Forest
- Tres Rios Field Office
- Chimney Rock National Monument
- State & Federal Highways

MDR
NAD 83, Polyconic Projection
May 31, 2013

San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan

BLM_0033883

## 2.16  Heritage and Cultural Resources

### Introduction

The SJNF and TRFO have a long and rich prehistoric and historic record, with human settlement of the area spanning approximately 12,000 years. The archeological record within the planning area contains some of the earliest agricultural societies in the region. The historic period brought Spanish and Euro-American explorers, trappers, miners, and settlers into the area. This long record of human occupation has left one of the highest densities of prehistoric and historic heritage and cultural resources found in the United States. These sites have national, international, and Native American tribal significance.

Heritage and cultural resources are non-renewable resources that include historic and prehistoric artifacts, structures, sites, districts, and archival materials important for their scientific, educational, economic, traditional, and social values. Visitation to heritage and cultural resource sites within the planning area is an important contributor in the region's economy, and draws great interest from people from all over the world.

The USFS and BLM are responsible for identifying, evaluating, and protecting heritage and cultural resources on the public lands they manage. Significant heritage and cultural resources within the planning area include resources that are eligible for listing, or are already listed, on the National Register of Historic Places (NRHP) and Priority Heritage Assets.

Significant heritage and cultural resources within the SJNF and TRFO include the Chimney Rock National Monument, the Falls Creek Archaeological Area, the Anasazi National Register District, the Mesa Verde Escarpment area, the Anasazi Culture Area ACEC, the Spring Creek National Register District, the Lost Canyon National Register District, and the historic mining sites along the Alpine Loop Back Country Byway.

The Old Spanish National Historic Trail crosses through the planning area. Authorized by Congress in December 2002, the Old Spanish National Historic Trail commemorates the first overland link from Santa Fe to California. While the Old Spanish Trail is currently mapped as crossing the planning area, very few localities associated with the trail have actually been identified and ground-truthed.

The heritage and cultural resources found within the planning area face numerous impacts from natural and human disturbances. Population and visitation growth and development impact non-renewable heritage and cultural resources both directly and indirectly. Direct impacts include disturbance from construction, vandalism, and excessive or inappropriate visitor use. Indirect impacts include accelerated erosion and visual impacts to cultural landscapes.

Under the direction of the LRMP, the SJNF and TRFO heritage and cultural resources programs will be focused on three main areas of cultural resource management:

- Protecting archeological, historical, cultural, and traditional resources: this includes both proactive and reactive efforts, as well as offering support to other resource programs. Efforts and support activities include Section 106 of the National Historic Preservation Act (NHPA) support for federal undertakings and NHPA Section 110 efforts that implement proactive cultural resource management. Implementation of both Sections 106 and 110 of the NHPA can involve inventories, identification, documentation, evaluation, monitoring, consultation, nomination, preservation, site protection, mitigation, stabilization, and/or restoration of heritage and cultural resources.
- Providing research, education, and interpretive opportunities: Support research is provided by qualified permitted individuals, organizations, colleges and universities. On-and off-site educational and interpretive opportunities can be provided through a wide variety of materials and media (including signage, brochures, publications, presentations, DVDs, and websites).

BLM_0033884

- Working collaboratively with partners: This includes site stewards, volunteers, state and other federal agencies, local and tribal governments, schools and universities, and non-profit groups. It includes funding organizations in order to provide site protection, research, educational, and interpretive opportunities.

## Desired Conditions

2.16.1   Significant heritage and cultural resources, such as USFS Priority Heritage Assets and sites on the NRHP, are maintained in good to excellent physical condition. Significant cultural values are protected or preserved. Heritage and cultural sites are preserved and stabilized, and may be available for interpretation and research; they may have site-specific management plans. Sites are protected from physical damage and excessive wear and tear resulting from visitor use.

2.16.2   USFS Priority Heritage Assets have current (5 years old or less) condition assessments.

2.16.3   Significant heritage and cultural resources are listed on the NRHP.

2.16.4   The visual and aesthetic setting and physical associations of significant sites are protected so that the visitor experience of the historical/cultural landscape and setting is maintained.

2.16.5   USFS/BLM activities are compatible with management objectives for significant sites or are temporary in their impact to the site and its viewshed, as well as to the overall visitor experience.

2.16.6   A management presence at key heritage and cultural resource sites is provided to protect sensitive or heavily visited sites from inappropriate use or vandalism.

2.16.7   Interpretive displays, visitor contacts, and/or brochures are available in order to help visitors and employees understand, and appreciate, the heritage and cultural resources associated with the planning area. A wide range of heritage activities, experiences, and products (both on- and off-site) are available for visitor enjoyment and education. Off-site activities include museum displays, brochures, audio programs, classroom presentations, and field trips. Public access and interpretive efforts are compatible with the physical, cultural, and recreational settings and values of the resources.

2.16.8   Select historic cabins are restored and adaptively reused for appropriate recreation and/or for interpretive use.

2.16.9   Partnerships are encouraged and expanded in order to provide identification, documentation, monitoring, protection, preservation, education, research, and interpretation.

2.16.10 Looting of sites is reduced through increased public awareness and education related to cultural resources. Vandalism at sites is promptly remedied to prevent recurrence.

2.16.11 Heritage and cultural resource databases are managed for efficient and accurate management and research, in cooperation with the Colorado Office of Archaeology and Historic Preservation.

2.16.12 Restrictions through the use of permits and/or visitation controls are implemented when necessary to protect sites from physical damage and excessive wear and tear from visitation.

## Objectives

2.16.13 Over the implementation life of the LRMP, protect/preserve/stabilize at least 15 significant heritage/cultural resources (seven on the SJNF and seven on the TRFO) that have identified deferred maintenance needs that if not addressed will result in loss of the resource.

2.16.14 Annually post protective signage and/or surveillance cameras on at least two heritage and cultural resources sites that are at-risk for vandalism (one on the SJNF and one on the TRFO).

BLM_0033885

2.16.15 Over the implementation life of the LRMP, list six sites and/or districts on the NRHP (three on the SJNF and three on the TRFO).

2.16.16 Over the implementation life of the LRMP, implement the Anasazi National Register District Monitoring Plan and new site monitoring plans for the Lost Canyon and Spring Creek National Register Districts.

2.16.17 Over the life of the LRMP, partner with the Old Spanish Trail Association to ground truth the location of at least two segments of the Old Spanish National Historic Trail.

2.16.18 Over the life of the LRMP, develop at least one interpretive product in partnership with the Old Spanish Trail Association that interprets the Old Spanish National Historic Trail within the planning area.

2.16.19 Over the life of the LRMP, inventory high potential historic sites and trail routes of the Old Spanish Trail, develop a national trail management corridor, and establish goals and objectives for national trails in accordance with BLM Manuals 6250 (BLM 2012c) and 6280 (BLM 2012d).

## Standards

2.16.20 The portions of the Animas City to Silverton Wagon Road (5LP1258) that are within the SJNF must be retained under federal ownership and management. All portions of this historic wagon road on federal lands are not available for future disposals or exchanges. This eligible site will be preserved and managed as a Priority Heritage Asset.

2.16.21 No camping must be allowed within 300 feet of the Animas Forks and Gold Prince Mill National Register Districts.

## Guidelines

2.16.22 Activities that could adversely affect sites eligible or potentially eligible for the NRHP should avoid these sites by a minimum of 300 feet, unless otherwise specified by the Authorized Officer, and/or unless other mitigating measures are developed. If a project is specified by the Authorized Officer to be within 100 feet of an eligible or unevaluated site, all ground-disturbing activity should be monitored by a qualified archaeologist.

2.16.23 **Old Spanish National Historic Trail:** A literature search and/or Class III cultural resources survey should be conducted within 0.5 mile of either side of the centerline of the Congressionally designated Old Spanish National Historic Trail in high potential segments, prior to authorization of ground-disturbing activities, or activities that could substantially interfere with the nature and purposes of the trail.

## Additional Guidance

### Policy and Handbooks

- BLM policy and program guidance for the management of cultural resources is outlined in Manual Sections 8100, 8110, 8120, H-8120-1, 8130, 8140, 8150, and 8170
- BLM Colorado Handbook of Guidelines and Procedures for Identification, Evaluation, and Mitigation of Cultural Resources (BLM 1998)
- FSM 2360, Special Interest Areas
- Departmental Manual Part 411, Museum Property Management (USDI 1997)
- BLM IMs
- BLM Manuals 6250 and 6280 (BLM 2012c, 2012d)

BLM_0033886

### Executive Orders

- EO 11593, Protection and Enhancement of the Cultural Environment
- EO 13007, Providing for American Indian and Alaska Native Religious Freedom and Sacred Land Protections
- EO 13084, Consultation and Coordination with Indian Tribal Governments
- EO 13195, Trails for America in the 21st Century
- EO 13287, Preserve America

### Management Plans

- USFS Draft Old Spanish Trail Corridor Management Plan, 1981

### Agreements

- National Programmatic Agreement between the BLM, the Advisory Council on Historic Preservation, and the National Conference of State Historic Preservation Officers, regarding the manner in which BLM would meet its responsibilities under the NHPA (1997)
- State Protocol Agreement between the Colorado State Director of the BLM and the Colorado State Historic Preservation Officer, regarding the manner in which BLM would meet its responsibilities under the NHPA (1998)
- Programmatic Agreement between the BLM, the State of Colorado, the National Forests in the State of Colorado, the Forest Service, the Colorado State Historic Preservation Office, and the Advisory Council on Historic Preservation Regarding the Management of Wildland Fire for Resource Benefits (Agreement No. 1102-002-98-038) (1998)

## 2.17  Paleontological Resources

## Introduction

Paleontological resources (fossils) constitute a scientific record of the history of life on earth. Management requirements related to ground-disturbing activities are applied in order to protect paleontological resources and the scientific values they contain. Avoidance and collection are the preferred mitigations for the preservation of paleontological resources.

On March 30, 2009, the Paleontological Resources Preservation Act (PRPA) became law when President Obama signed the Omnibus Public Land Management Act of 2009, Public Law 111-011, Title VI, Subtitle D on Paleontological Resources Preservation (known by its popular name, the PRPA) (123 Stat. 1172; 16 USC 470aaa). The PRPA requires the Secretaries of the Interior and Agriculture to manage and protect paleontological resources on federal land using scientific principles and expertise. The PRPA includes specific provisions addressing management of these resources by the USFS, BLM, the National Park Service, the Bureau of Reclamation, and the USFWS.

In 1996 the USFS Paleontology Center of Excellence and the Region 2 Paleo Initiative developed a classification system called the Probable Fossil Yield Classification (PFYC) in order to promote consistency throughout and between agencies (USFS 1996c). The PFYC system provides baseline guidance for assessing the relative occurrence of important paleontological resources and the need for mitigation. Geologic units are classified at the formation, or member, level according to the probability of yielding paleontological resources of concem to land managers. Classifications range from Class 1 to 5 and are based on the relative potential to yield vertebrate, uncommon invertebrate, or plant fossils of scientific interest. A higher classification number indicates a higher fossil yield potential and greater sensitivity to adverse impacts (see Volume III, Appendix B, for a description of the five PFYC classes and the suggested management direction indicated for each class; geological formations that are known to contain significant vertebrate, invertebrate, and plant fossils include those listed in Appendix B). The BLM manages paleontological resources, including mitigation and sensitivity rankings, per BLM Handbook H-

BLM_0033887

8270-1, General Procedural Guidance for Paleontological Resources Management (BLM 2012e), BLM WO IM 2008-09 on the PFYC, BLM WO IM 2009-11 on Assessment and Mitigation, and the PRPA. In accordance with the PRPA and NEPA, paleontological resources are to be considered during the planning process using scientific principles and expertise. Known and newly discovered paleontological localities are to be monitored and managed using scientific principles and expertise in accordance with the PRPA.

Within the planning area, the BLM identified the Morrison Formation as having the potential for vertebrate fossil occurrences. Most of the planning area has not been surveyed for paleontological resources, and the extent of occurrences of most paleontological resources is not known.

## Desired Conditions

2.17.1   Acquiring better knowledge of paleontological resources on SJNF and TRFO lands is emphasized.

2.17.2   Paleontological resources are available for appropriate scientific, educational, and, where appropriate, recreational uses by present and future generations.

2.17.3   Known dinosaur localities are actively managed for the relevance and importance of Jurassic fossils.

2.17.4   The McPhee Reservoir sauropod locality is actively managed through a long-term stewardship agreement to preserve dinosaur partial skeletons actively eroding along the margin of the reservoir.

## Objectives

2.17.5   Over the life of the LRMP, identify and document up to five paleontological sites on SJNF and TRFO lands.

2.17.6   At a minimum, monitor two paleontological localities per year.

2.17.7   Where feasible, conduct fossil resource inventories in areas where they are needed on a project basis over the life of the LRMP.

2.17.8   Increase opportunities for outdoor recreational experiences and volunteer projects focused on fossil resource management, and increase the number of partnerships with educational and research institutions.

## Standards

There are no standards for paleontological resources.

## Guidelines

2.17.9   Known paleontological localities should be managed to:

   a.   Allow collection of paleontological resources with authorization for educational and scientific purposes;
   b.   Monitor casual collection of common invertebrate and plant paleontological resources localities, and institute local area closure if necessary;
   c.   Evaluate known localities for potential interpretive use by the public; and
   d.   Input known locality information into a protected database for further paleontological resources management needs.

## Additional Guidance

   •   PFYC, as developed by the Paleontology Center of Excellence and the Region 2 Paleo-Initiative (USFS 1996c)

BLM_0033888

- Fossil Yield Potential Classification for San Juan National Forest (Schumacher 2011)
- Public Law 111-011, Subtitle D - PRPA, 2009
- BLM Handbook H-8270-1, General Procedural Guidance for Paleontological Resources Management (BLM 2012e)
- BLM WO IM 2008-09 on the PFYC, 2007

## 2.18  Lands and Special Uses

### Introduction

Occupancy of public lands by private individuals or interests, or by local, state, tribal, and other federal agencies, for a variety of activities (including roads, utility lines, communication sites, dams, and other private or commercial uses that cannot be accommodated on private land) is authorized by special use permits, ROW grants, easements, and leases. The lands and special uses programs include activities such as land ownership adjustments, land use and access, and land withdrawals. Program emphasis includes:

- facilitating the efficient and effective acquisition, disposal, and management of the public lands;
- ensuring that the wide and growing variety of demands by the public, commercial interests, state and other federal agencies, and tribal and local governments are compatible with environmental protection;
- managing the legitimate needs for access to public and private lands; and
- meeting legal requirements for specific resource protection.

### Land Ownership

Public lands are generally retained in federal ownership in order to provide long-term values. The vision for the planning area is to retain in public ownership all lands that meet the long-term needs of maintaining the integrity of contiguous natural ecosystems, river frontage, riparian areas and wetland ecosystems, recreation and open space, scenery, and clean air and water. Under the direction of the LRMP, on a case-by-case basis and through the methods available to each agency, the SJNF and TRFO would acquire lands and/or mineral estates that enhance this vision. The agencies would dispose of lands that do not meet these needs or are interspersed with expanding communities where the agency mission can no longer be met. In all such cases, the primary guiding principle would be the greater public benefit.

### Land Use and Access Authorizations

The USFS and BLM issue authorizations for occupancy and use for a variety of private and commercial entities; as well as for local, state, tribal, and other federal agencies. This is accomplished through easements, ROWs, special use permits, leases, and other instruments. Trespasses and encroachment issues are resolved through removal, remediation, or authorization. The BLM and USFS maintain and enhance public access to the lands identified for retention, as well as to other public lands where improved access meets resource and/or management needs. The BLM and USFS engage in cooperative management of private and commercial access needs (with private individuals, federal, state, and local agencies, and tribal governments) and encourage the formation of "road-user associations" where multiple users require access. All authorized uses on public lands are required, by law, to meet all applicable environmental protection measures. For all proposed activities that have the potential for disturbance to lands and resources, a project design, prepared by the applicant, is required and is subject to full public environmental analysis, review, and, when necessary, appropriate monitoring.

### Land Withdrawals

Formal withdrawal of land from specific land uses is a tool designed to ensure the reservation of the land or resource for a dominant use. Withdrawals require a full public environmental analysis and decision process. The vision for the planning area is to pursue formal withdrawal of lands where this process has identified lands with high values and resources needing protection that cannot be provided by routine management, or where withdrawal is required by law.

BLM_0033889

## Acquisition and Disposal of Lands

The planning area contains numerous parcels of enclosed private land (in-holdings) that are undeveloped. Land acquisition policies of both the BLM and USFS recognize the value of acquiring such parcels, especially where the affected private lands contain unique or special values or benefits. Acquisition of these parcels would protect such values for the future and contribute to the mission of the BLM and USFS. See Guidelines below for a list of criteria that would be used to identify and prioritize parcels for possible acquisition.

USFS-administered lands within the planning area are generally suitable for long-term retention under federal ownership. The USFS does not carry out comprehensive inventories of lands designed to identify potential for disposal or retention. However, USFS-administered lands are generally available for consideration for transfer of ownership where there is determined to be a public or resource benefit. Such actions may occur through land exchange, disposal of small tracts by direct sale under specific authorities, jurisdictional transfer between agencies, and/or through disposal for community purposes. Specific proposals may be considered on a case-by-case basis.

The vast majority of BLM-administered lands within the planning area will be retained in federal ownership for a wide variety of resource uses that are best served by long-term federal ownership and management. Retention would support effective administration and resource protection. This LRMP identifies other BLM-administered lands that would be available for disposal through sales, exchanges, or other authorized transfer of ownership (Figure 2.18.1, see Volume III Appendix A). These lands are not suitable for long-term retention under federal ownership due to a lack of substantial public or resource values, the high cost or the inability of the BLM to manage the land, or the potential for greater public value under non-federal ownership. Disposal can provide trading stock and/or contribute funds toward acquisition of land with greater public values and benefits. Under the Recreation and Public Purposes Act or other legislative actions, some lands may be suitable for transfer of ownership to local communities in order to meet community expansion needs (including expansion of facilities, infrastructure, open space and parks, etc.). See Guidelines below for a list of criteria that would be used to identify and prioritize additional lands for disposal.

## Designated Energy Corridors and Linear Energy Transmission Authorizations

Designated energy corridors are intended to support different types of compatible energy-transport systems. Energy corridors on federal lands provide pathways for future pipelines and long-distance electrical transmission lines that are expected to help relieve congestion, improve reliability, and enhance the national electric grid. Future use of the corridors should reduce the proliferation of ROWs across the landscape and minimize the environmental footprint from development. These corridors are defined by a centerline and a stated width that can be used for energy transmission projects. Within these areas, energy transmission projects would be an appropriate (suitable) use of land allocated to energy corridors. Project applicants would not be constrained to use an approved energy corridor, but would be encouraged to do so in order to streamline the regulatory process and/or reduce the time frames that would be required in order to develop alternative alignment site proposals. Designation of corridors does not authorize any projects, mandate that future projects be confined to the corridors, or preclude agencies from denying a project in a designated corridor. Energy projects to be located within designated corridors will require a formal, agency-approved project ROW that will contain site-specific requirements. A ROW would occupy a smaller portion of any designated energy corridor, and the granting of a ROW would require site-specific environmental and engineering information and analysis. Energy corridors, as designated, should be suitable for interstate and intrastate ROW distribution and energy-producing facilities, as required, in order to meet current and 10- to 15-year demand forecasts. Designated energy corridors differ from separate energy transmission ROWs/special use authorizations in that these types of authorizations are project-specific assignments of a relatively narrow strip of land permitted and limited to a single energy transmission project.

BLM_0033890

Section 368 of the Energy Policy Act of 2005 directs the Secretaries of Agriculture, Commerce, Defense, Energy, and the Interior to designate energy transmission corridors on federal land in 11 western states (Arizona, California, Colorado, Idaho, Montana, Nevada, New Mexico, Oregon, Utah, Washington, and Wyoming) for oil, gas, and hydrogen pipelines, and for electricity transmission and distribution facilities. Based on consideration of the effects of corridor designation described in the Final Programmatic Environmental Impact Statement (PEIS), Designation of Energy Corridors on Federal Land in the 11 Western States (DOE/EIS-0386) (U.S. Department of Energy [DOE] and BLM 2008), the USDA issued the Record of Decision, Designation of Section 368 Energy Corridors on National Forest System Land in 10 Western States (USFS 2009b) designating one new Section 368 corridor (No. 130-274) across lands administered by the SJNF. This corridor was designated with a default width of 3,500 feet and for compatible multimodal uses with the centerline of the existing Trans-Colorado Natural Gas Pipeline. Based on the same EIS, the BLM issued the Record of Decision for Designation of Energy Corridors on Bureau of Land Management-Administered Lands in the 11 Western States (BLM 2009) designating one new Section 368 corridor (No. 130-131) that is partially located on lands administered by the TRFO (this corridor will be jointly managed by the BLM Uncompahgre Field Office). This corridor was designated with a default width of 3,500 feet and for electric transmission only with the centerline following the Montrose/San Miguel County Line from the Tri-State Generation and Transmission Association, Inc., Gas and Electric Nucla-Cahone 245 115-kV Electric Transmission Line to the Trans-Colorado Natural Gas Pipeline Corridor. Interagency operating procedures (IOPs) developed and evaluated in the Energy Corridors EIS and adopted in the BLM and USFS RODs amending land use plans are expected to foster long-term, systematic planning for energy transport development in the West, provide industry with a coordinated and consistent interagency permitting process, and provide practicable measures to avoid or minimize environmental harm from future development within the corridors. IOPs are incorporated here by reference and are mandatory, as appropriate, for projects proposed within the Section 368 corridors. These IOPs are also suggested guidance for all energy pipelines and electric transmission lines within designated energy corridors that were not designated through the Section 368 process.

Table 2.18.1 shows a listing of designated corridors and existing linear energy transmission authorizations in which future facilities would be encouraged to locate. Figure 2.18.2 illustrates the approximate location of corridors and existing transmission facilities across the planning area. Transmission facilities include 69-kV and greater transmission lines and ancillary facilities (USDA et al. 2005). Oil and gas interstate pipelines identified as locally designated corridors are those that do not require Congressional notification (as required by the Mineral Leasing Act of 1920, as amended, in accordance with 30 USC 185(w)) and are between 16 and 24 inches in diameter. The Trans-Colorado Natural Gas Pipeline route is an existing designated corridor in the current San Juan National Forest Land Management Plan and is designated a Section 368 Energy Corridor under the Energy Policy Act of 2005.

**Table 2.18.1: Designated Energy Corridors and Energy Transmission Facilities on the San Juan National Forest and Tres Rios Field Office**

| Corridors and Transmission Lines | Agency | Size | Potential Uses |
|---|---|---|---|
| Western Area Power Administration – Currecanti to Lost Canyon | USFS | 230 kV | Upgrade existing facilities; additional facilities considered on a case-by-case basis |
| Western Area Power Administration – Lost Canyon to Shiprock | BLM | 230 kV | Upgrade existing facilities; additional facilities considered on a case-by-case basis |
| Western Area Power Administration – Montrose to Hesperus | BLM/ USFS | 345 kV | Upgrade existing facilities; additional facilities considered on a case-by-case basis |
| Tri-State Generation and Transmission Association, Inc. – Burro Bridge to Cascade | BLM/ USFS | 115 kV | Upgrade existing facilities; additional facilities considered on a case-by-case basis |
| Tri-State Generation and Transmission Association, Inc. – Burro Bridge to Telluride | USFS | 115 kV | Upgrade existing facilities; additional facilities considered on a case-by-case basis |
| Tri-State Generation and Transmission Association, Inc. – Cahone to Empire | BLM | 115 kV | Upgrade existing facilities; additional facilities considered on a case-by-case basis |

BLM_0033891

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Corridors and Transmission Lines | Agency | Size | Potential Uses |
|---|---|---|---|
| Tri-State Generation and Transmission Association, Inc. – Nucla to Cahone | BLM/ USFS | 115 kV | Upgrade existing facilities; additional facilities considered on a case-by-case basis |
| Tri-State Generation and Transmission Association, Inc. – Durango to Bayfield | BLM | 115 kV | Upgrade existing facilities; additional facilities considered on a case-by-case basis |
| Tri-State Generation and Transmission Association, Inc. – Bayfield to Pagosa Springs | USFS | 115 kV | Upgrade existing facilities; additional facilities considered on a case-by-case basis |
| La Plata Electric Transmission | USFS | 115 kV | Upgrade existing facilities; additional facilities considered on a case-by-case basis |
| Northwest Pipeline Corridor – (includes MapCO and Kinder Morgan) | BLM/ USFS | Multiple pipelines | Upgrade existing facilities |
| **Corridors Designated under Section 368 of the Energy Policy Act of 2005** | | | |
| Designated Utility Corridor. Trans-Colorado Pipeline Corridor (368 corridor segment 130-274) | USFS | 22-inch gas | Multimodal facilities considered |
| Designated Utility Corridor. Tri-State Generation and Transmission Association, Inc. – Nucla – Trans Colorado Pipeline Corridor (368 corridor segment 130-131 [N]) | USFS | 115-kV electric transmission line | Electric transmission only; corridor jointly managed with BLM Uncompahgre Field Office |

## Communication Sites

Within the planning area, proposals for communication and electronic sites are encouraged to use existing sites, within capacity and compatibility limits. Generally, existing communication sites have a low SIO. Communication site development is generally suitable at designated communication sites when it is compatible with existing uses. Table 2.18.2 lists the location of current communication sites and suitable uses for each site. Figure 2.18.2 locates the sites geographically.

**Table 2.18.2: Communication Sites, Locations, and Suitable Uses**

| Communication Site | Agency | Geographic Location | | | Suitable Uses |
|---|---|---|---|---|---|
| | | Latitude* | Longitude | Elevation (feet) | |
| Bayfield Ranger Station | USFS | 37.2269 | -107.6009 | 6,900 | Government use; broadcast |
| Benchmark | USFS | 37.7677 | -108.5714 | 9,264 | Government use only |
| Caviness Mountain | USFS | 37.363 | -108.1508 | 10,050 | High-power; broadcast and non-broadcast |
| Coal Bank | USFS | 37.6973 | -107.7785 | 10,660 | Low-power; non-broadcast |
| Devil Mountain | USFS | 37.2844 | -107.2759 | 9,922 | Government use only |
| Dolores-Montezuma County | USFS | 37.4823 | -108.5113 | 7,420 | High-power; broadcast and non-broadcast, state and local government use only |
| Eagle Pass | USFS | 37.4131 | -108.013 | 11,880 | Low-power; non-broadcast |
| Eightmile Mesa | USFS | 37.1715 | -106.997 | 8,176 | Low-power; non-broadcast |
| Escalante | USFS | 37.4667 | -108.5244 | 7,080 | Low-power; broadcast |
| Expectation Mountain | USFS | 37.6924 | -108.0658 | 11,680 | Passive-reflector |
| Grassy | USFS | 37.3589 | -107.5534 | 9,525 | Government use; low-power; broadcast |
| Kendall | BLM | 37.7956 | -107.6434 | 13,400 | Low-power; non-broadcast |
| Kennebec | USFS | 37.451 | -108.0328 | 12,240 | Government use only |

BLM_0033892

| Communication Site | Agency | Geographic Location | | | Suitable Uses |
|---|---|---|---|---|---|
| | | Latitude[*] | Longitude | Elevation (feet) | |
| Menefee | BLM | 37.3262 | -108.2489 | 8,823 | Low-power; broadcast and non-broadcast |
| Missionary | USFS | 37.3636 | -107.783 | 9,860 | Low-power; broadcast and non-broadcast |
| Oak Brush Hill | USFS | 37.1925 | -107.0996 | 8,623 | Government use; low-power; broadcast and non-broadcast |
| Pargin | USFS | 37.1975 | -107.4625 | 8,910 | Government use only |
| Parrott Peak | USFS | 37.3721 | -108.1026 | 11,540 | Low-power; non-broadcast |
| Smelter | BLM | 37.2619 | -107.9065 | 7,725 | Government use; low-power; broadcast |
| Spring Creek | USFS | 37.1931 | -107.4726 | 8,870 | Low-power; non-broadcast |
| Storm Peak | BLM | 37.8675 | -107.6548 | 13,053 | Passive-reflector |
| Tuckerville | USFS | 37.4992 | -107.4648 | 11,640 | Government use only |
| Yellow Jacket | USFS | 37.2555 | -107.4656 | 8,397 | Low-power; non-broadcast |

[*] These latitude/longitude coordinates do not delineate the boundaries of the ROW use areas; rather, they give approximate locations. Boundaries of the use areas would be defined in individual site plans.

## Desired Conditions

2.18.1   Public land ownership boundaries are clearly marked on the ground, and land ownership information is easily accessible to the public.

2.18.2   Surface and mineral ownership within the planning area is consolidated in order to meet resource and community needs and to facilitate efficient land management.

2.18.3   The SJNF and TRFO retains and/or acquires river frontage, riparian areas and wetland ecosystems, and other lands that would enhance or protect recreation, open space, scenery, clean air and water, and key habitat for species.

2.18.4   The SJNF and TRFO acquire adequate access to isolated lands for resource or management needs.

2.18.5   Road access to private land is granted only where no other reasonable alternative exists and where it meets the appropriate road design and maintenance standards necessary for resource protection and public safety.

2.18.6   Road use authorizations for roads that serve predominantly non-SJNF purposes are provided to local road jurisdictions (reserving public access, where appropriate).

2.18.7   Energy corridors throughout the planning area improve the delivery of electricity, oil, and gas and enhance the western electric transmission grid by improving reliability, reducing congestion, and contributing to the national electrical grid.

2.18.8   Future linear transmission uses are encouraged to occur adjacent to existing authorized routes for transmission lines over 69 kV and for pipelines more than 10 inches in diameter. Local distribution lines and smaller pipelines are located in conjunction with the existing road system or other previously disturbed areas where possible.

BLM_0033893

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

## Objectives

2.18.9   Annually, survey and post 3 miles of property line adjacent to private land and boundaries where trespass or encroachment is most likely.

2.18.10 Annually, over the life of the LRMP, acquire an average of two new road and trail ROWs for high-priority access or to fill gaps in existing access to public lands.

2.18.11 Within 5 years, convey to appropriate county jurisdiction one high-priority road on NFS lands identified as dominantly non-USFS access or use.

2.18.12 Annually, ensure that all relevant desired conditions are being met or trending toward being met in special use permit areas by inspecting at least 5% of existing special use permit areas.

## Standards

2.18.13 No new Desert Land Entry or Carey Act applications will be accepted.

## Guidelines

2.18.14 Land boundary lines should be surveyed, posted, marked and maintained according to these priorities: 1) lines needed to meet planned activities, 2) lines needed to protect SJNF and TRFO lands and special areas from encroachment, 3) lines where trespass or encroachment are most likely or are suspected, and 4) all other land boundary lines.

2.18.15 BLM land ownership adjustments should meet the recommendations and priorities of the specific BLM land classification category (see Figure 2.18.1).

2.18.16 The SJNF and TRFO should acquire or retain lands, interest in lands, or ROWs or easements:

- within designated wilderness areas, other Congressionally classified areas, such as the Piedra Area and wild and scenic rivers (WSR), and WSAs;
- that provide habitat for animal and plant species designated as threatened or endangered, and/or for other species identified for special protection;
- that contain wetlands and/or floodplains and associated riparian ecosystems, or enhance watershed protection;
- with historical or important heritage resources;
- where resource management or values are threatened by change of use or may be enhanced by public ownership;
- that enhance resource management and values, improve production of goods and services, or are needed to meet resource management goals and objectives;
- that contain resources or values of local importance such as water frontage, outstanding scenery, and outdoor recreation, or that maintain or stabilize local economies;
- that consolidate federal lands or reduce the miles of interior boundaries and number of interior corners;
- where the entire mineral estate is acquired with the surface estate or where acquisition will not include lands likely to go to patent under the 1872 Mining Law; and
- where needed to enhance public and administrative access to federal lands or to enhance recreation opportunities.

2.18.17 The SJNF and TRFO should convey title in lands or interest in lands:

- to states, counties, cities, or other federal agencies when a greater public interest exists;
- where small parcels intermingle with mineral or agricultural patents or are isolated physically and/or legally from other federal lands;
- where development by the private sector is in the greater public interest and does not adversely affect management of adjoining public lands;

BLM_0033894

- where exchange of lands brings into federal ownership higher critical resources or values;
- where reservation of interest mitigates (e.g., ROW for access road) the effects of disposal;
- in developed areas that have lost or are losing their public lands character;
- to expanding local communities where requested or where a greater public interest exists, such as lands surrounding the municipalities of Durango, Cortez, Silverton, Bayfield, Pagosa Springs, Mancos, Dolores, and other communities; and
- that are encumbered by special use permits, authorized substantial structural improvements, or occupancy trespass where a greater public need for the land no longer exists.

2.18.18 For BLM roads, where private use substantially dominates public use, maintenance should be authorized to the appropriate local government jurisdiction.

2.18.19 NFS roads, where private use substantially dominates public use, should be conveyed to the appropriate local government jurisdiction.

2.18.20 Cost effectiveness of invasive species management and hazardous material remediation must be evaluated when contemplating exchange or acquisition of lands or easements.

2.18.21 Jurisdictional transfers between agencies should be prioritized as follows: 1) to reduce duplication of effort, time, cost, or coordination by users and agencies; 2) to maintain or improve user access; 3) to decrease travel and enhance management; 4) to improve public understanding of management policy; and 5) to develop more effective and efficient work units.

2.18.22 Land use authorizations should avoid developed sites, unless the proposed use or occupancy is compatible with the purpose and use of the developed site.

2.18.23 Special use applications that can be reasonably met on private lands should not be approved on SJNF and TRFO lands unless it is clearly in the public interest.

2.18.24 Access to public lands should be acquired through:

- reciprocal grants, where available, from grantees receiving federal easements and ROWs;
- reservations (e.g., roads, trails, easements) in land disposals; or
- purchase or donation from willing landowners.

2.18.25 Existing trespass and encroachments should be resolved according to the following priorities: 1) where public safety is threatened, 2) where damage to resources and/or resource values is occurring, 3) where public access is interfered with, 4) where the encroachment is unintentional, and 5) where no substantial damage or management concern exists.

2.18.26 New or replacement telephone lines and electrical utility lines of 33 kV or less should be buried unless:

- visual quality objectives of the area can be met using an overhead line;
- burial is not feasible due to geologic hazard or unfavorable geologic conditions; or
- greater long-term site disturbance would result.

2.18.27 Overhead electric lines should use non-specular or "dulled" wire. All utility poles and hardware should be designed to blend in with the surrounding environment, as needed, in order to meet scenic quality objectives.

2.18.28 Vegetation treatments within corridors and along linear transmission facilities should meet facility safety requirements, provide for control of invasive species, and provide for revegetation in order to reduce visual impacts.

BLM_0033895

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

2.18.29 The following areas are identified as avoidance areas for ROW, communications sites, and other land use authorizations: all areas having VRM Class I or II, or moderate through very high SIO, lands managed for wilderness characteristics, Dolores River Canyon, Mesa Verde Escarpment, Perins Peak Wildlife Management Area, Chimney Rock National Monument, Falls Creek Archeological Area, Anasazi Archeological Area, and special botanical areas.

2.18.30 The following areas are identified as exclusion areas for ROWs, communications sites, and other land use authorizations: wilderness areas, WSAs, RNAs, wild segments of eligible WSR, and MA1.

2.18.31 Energy transmission facilities should be consolidated within existing corridors and along existing linear energy transmission facilities in order to reduce habitat loss, degradation, and fragmentation resulting from new construction.

2.18.32 Communication sites should be designed to minimize the visual appearance of structures. Communication antennas should use non-reflective surfaces or be painted, where possible, to minimize visual impacts.

## Additional Guidance

- FSM 1920, 2700, 2760, 5400, 5500, 5590
- FSH 2509.25, 2709, 5409
- BLM Manuals and Handbooks 2100, 2200, 2740, 2800, 2880, and 2900
- 43 CFR 2000

BLM_0033896



# Lands Available for Disposal
## Tres Rios Field Office
## Figure 2.18.1

**Legend**
- Lands Available for Disposal
- San Juan National Forest
- Tres Rios Field Office
- Chimney Rock National Monument
- State & Federal Highways
- Bureau of Land Management
- National Forest

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data/accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

MDR
NAD 83, Polyconic Projection
May 30, 2013

Miles
0   10   20   40

San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan

BLM_0033897

# Designated Utility Corridors, Communication Sites, and Transmission Lines

## San Juan National Forest and Tres Rios Field Office
## Figure 2.18.2



MDR
NAD 83, Polyconic Projection
May 31, 2013

San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan

BLM_0033898

## 2.19  Minerals and Energy

### Introduction

The Minerals Policy Act of 1970 states that it is the nation's policy to "foster and encourage private enterprise in the development of economically sound and stable industries, and in the orderly and economic development of domestic resources to help assure satisfaction of industrial, security, and environmental needs." The minerals and energy programs of both the USFS and BLM emphasize the orderly and timely development of mineral and energy resources of the public lands in order to benefit the nation while, at the same time, managing all resources for multiple uses. The planning area contains both known (historic and current) and potential (geologically favorable) areas for the occurrence of valuable mineral deposits and energy resources. An assessment of the SJNF portion of the planning area was completed by the U.S. Bureau of Mines (Neubert 1992) and updated by the USFS (Van Loenen and Gibbons 1994). The 1994 update included the results of field studies, literature review, sample collection and analysis, mine site visits, and review of USFS data. A similar report was not prepared for BLM lands. A Reasonable Foreseeable Development Scenario for oil and gas potential and development was completed for the planning area (BLM and USFS 2010). SJNF and TRFO managers will respond to proposals from industry, and from the public, for exploration and development of mineral and energy resources in a timely manner and will foster the development of mineral and energy resources on the public lands in compliance with all applicable laws and policies, including applicable environmental protection measures.

Federal mineral resources are managed under three categories with differing sets of laws and regulations. The three categories are locatable, saleable, and leasable minerals. In all cases, any activities related to the exploration or development of any kind of mineral on public lands must comply with other federal and state laws where applicable. These include laws such as the Clean Water Act, the Clean Air Act, and the ESA. The rights to access, explore, and develop locatable minerals, where open to the public, are guaranteed by the Mining Law of 1872. Rights to leasable and saleable minerals are granted through a process of leases, permits, and contracts.

Ownership of surface estate does not always coincide with the ownership of mineral estate. There may be cases where the surface was patented into private ownership, but all or part of the mineral estate remains in federal ownership (e.g., the Stock-Raising/Homesteading Act), or there may be cases where minerals are privately owned but the surface is federal. These instances are known as "split estate". In general, federal mineral estate is open to mineral entry unless it is withdrawn for specific reasons (e.g., wilderness areas, specified developed recreation sites). In some instances, minerals on federal lands acquired under certain authorities are only available for lease and are not subject to location under the Mining Law of 1872.  Disposal of federal minerals by lease or sale is considered to be a discretionary federal action, whereas location of minerals by claimants under the Mining Law of 1872 is not discretionary. This means that in some cases, lands may be open to mining claims but administratively unavailable for leasing or mineral sale.

Federally owned mineral resources are managed under three categories with differing sets of laws and regulations:

- **Locatable Minerals:** These are subject to claim under the Mining Law of 1872, as amended.
- **Salable Minerals:** These are defined as "common varieties" of mineral. They are disposed of under a sale contract or free use permit under the Mineral Materials Act of 1947.
- **Leasable Minerals:** These minerals are subject to lease under the Mineral Leasing Act of 1920, as amended.

For the purposes of this document, locatable minerals (including precious and base metals, as well as uranium and vanadium), saleable mineral materials (including sand, gravel, and construction stone), and some leasable minerals (including coal, potash, and sodium) are discussed as "solid minerals." Oil and natural gas (including carbon dioxide [$CO_2$]) are discussed together as "fluid leasable minerals."

BLM_0033899

## Locatable Minerals

Locatable minerals include precious metals such as gold and silver, base metals such as lead, zinc, and copper, as well as uranium and vanadium, and certain uncommon varieties of mineral materials and industrial minerals.

There is a high potential for the occurrence of uranium and vanadium along the Colorado-Utah border in an area known as the Uravan mineral belt (see Figure 2.19.1). This area has been home to extensive conventional underground room and pillar type mining dating back to before World War II. There is also some potential for copper in this area, and there is a large open pit copper mine in Lisbon Valley, Utah. Most of this mining occurs on BLM lands or private lands in desert landscapes. Other areas of interest for locatable minerals include the Rico-Dunton area (molybdenum, gold, silver, lead, zinc, copper), the La Plata Mountains (the California Mining District; silver, gold, lead, copper), the Silverton area (silver, gold, lead, zinc, copper), and the Needle Mountains (silver, gold, copper, uranium). Most locatable mineral sites are historic and not currently actively being mined. There are active placer mining claims along Mineral Creek and the Animas River downstream from Silverton, La Plata River drainage, the Dolores River downstream from Rico, and in the Slick Rock area.

Limestone valuable for chemical and industrial use is characterized as locatable. No development is currently active on SJNF or TRFO lands, but deposits of suitable limestone occur across the planning area. The Animas River valley may contain the most significant and accessible resources.

## Solid Leasable Minerals

The planning area holds potential for a variety of solid leasable minerals (see Figure 2.19.2). These are subject to lease under the Mineral Leasing Act of 1920, as amended. They include most chlorides, sulfates, carbonates, borates, silicates, or nitrates of sodium or potassium and related products, phosphate and related minerals, and vein-type solid hydrocarbons (gilsonite, etc.). Hard rock minerals (i.e., minerals that would otherwise be locatable: gold, silver, copper, uranium, etc.) on acquired lands (lands acquired by the federal government, rather than typical public domain lands) may also be subject to leasing. Solid leasable minerals are extracted by a broad array of extraction methods, including surface and underground mining methods. The same or similar surface use restrictions may be applied to solid leasable minerals as those applied to fluid leasable minerals.

### Coal

Coalbeds outcrop along the margins of the Paradox and San Juan Basins in the planning area. These outcrops are of late Cretaceous and early Tertiary age and have historically produced small quantities of coal.

Historically, small underground and surface mines to support local markets followed the northern edge of the San Juan Basin between Durango east to Pagosa Springs as well as around Dove Creek, Cortez, and Mancos (more or less along the U.S. Highway 160 and 491 corridors). These mines and related prospects are largely abandoned. Coal in the planning area is found in the Upper Cretaceous formations. From oldest to youngest, they are the Dakota Sandstone Formation, the Mesaverde Formation and Mesaverde Group, and the Fruitland Formation. Economical coal in the area is currently limited to the Chimney rock area and the west side (Cherry Creek, Hay Gulch, and La Plata Canyon areas) of the planning area. Deposits are generally low sulfur and high British thermal unit rated. Historically there have been many small operations that provided coal for heating and low volume industrial use.

### Coal Unsuitability Assessments

Under the terms of the Surface Mining Control and Reclamation Act of 1977, the SJNF and BLM conducted coal unsuitability assessments to determine the suitability of lands for TRFO surface coal mining, leasing and development operations. Twenty unsuitability criteria and appropriate exceptions and exemptions were applied to the Durango, East Cortez and Menefee Known Recoverable Coal Resource Areas (KRCRAs) as identified by the USGS. In summary, 13,400 acres (9%) of the Durango KRCRA, 720

BLM_0033900

acres (25%) of the East Cortez KRCRA, and 80 acres (100%) of the Menefee KRCRA were identified as unsuitable for surface coal mining operations. Based on the unsuitability assessments (BLM 1985; SJNF 1983), 46,000 acres (31%) of the Durango KRCRA are identified as acceptable for further consideration for coal leasing, with an estimated reserve of 1.5 billion tons. One existing surface coal mine in the Durango KRCRA (Chimney Rock Coal Mine) with operations on both NFS and BLM lands was already in the lease extension application process during the unsuitability assessments. This application was denied for environmental reasons in 1985. Operations at the mine were terminated and the mine site has been reclaimed. The existing BLM and USFS coal unsuitability assessments for this LRMP revision found that the need does not exist to revise the assessments (Van Loenen and Gibbons 1997).

### Oil Shale

The planning area has no known oil shale potential.

### U.S. Department of Energy Uranium Lease Tracts

After World War II, the Atomic Energy commission was given the authority to withdraw federal lands for uranium leasing and development, through a variety of Congressional Acts and secretarial orders. Ultimately this became what today is known as the DOE Uranium Lease Program. Segments of land have been withdrawn from locatable mineral entry, but may be leased by the DOE for uranium and vanadium development. The surface resources continue to be managed by the BLM, and the lands remain open to mineral leasing and mineral material sales, so long as they do not interfere substantially with uranium leases and/or development. The DOE is the authorized agency responsible for uranium leasing, with the BLM acting as a cooperating agency. These are not leasable minerals as defined in the Mineral Leasing Act of 1920, and the BLM does not have final authority over how they are leased and developed.

## Common Varieties of Mineral Materials

Disposal of common varieties of mineral materials is discretionary and may occur under a sale contract or free use permit. Common varieties of mineral materials are often called "saleable minerals." They generally have a low unit value, but can still be quite valuable in bulk. In general saleable minerals include deposits of sand, clay, and stone used for building materials, aggregate, bulk fill, riprap, road surfacing, decoration, and landscaping. Having a secure source of sand, gravel, and crushed stone for things like road base, concrete aggregate, and other construction needs is essential to local economies, since distant haul costs can exceed the value of the materials themselves.

Areas with known resources or are favorable for resources of sand and gravel may contain material ready for use or suitable for screening, washing, or crushing to meet size or fine-material requirements. Areas of Quaternary age alluvium, colluvium and glacial drift, and river terrace deposits contain sand and gravel suitable for use with minimal treatment. Talus slopes of Late Cretaceous and Tertiary age igneous rock produce material suitable for crushing, lightweight aggregate, and dimension stone. Late Cretaceous and Tertiary age igneous intrusives produce dimension stone and large aggregate. Late Cretaceous sedimentary rock produces dimension stone and aggregates.

Current mineral material collecting areas are along roads and in areas of natural accumulation of rock (glacial deposits, talus slopes, and weathered outcrops). Quarries on SJNF and TRFO lands may be developed by private or commercial parties or local, state, or federal agencies. Presently there are approximately 20 permitted mineral materials sales sites across the planning area, with several additional small, one-time sales taking place annually. The largest scale site includes the Grandview deposit area, which may contain several decades of resources remaining at current consumption levels. Likewise, the deposits that host the permits for Montezuma and San Miguel Counties have at least two decades of resources remaining, and perhaps a decade for the Dolores County permit. Additional resources may be identified in new areas to meet the public's needs, including new competitive and non-competitive commercial sales, free use permits to non-profit and governmental agencies such as counties and BLM/USFS use, and community pits/common use areas for the public to extract small amounts of mineral materials for personal use (gardening, patios, etc.).

BLM_0033901

## Fluid Leasable Minerals

### Oil and Gas

This program emphasizes the orderly and environmentally responsible development of oil and gas (natural gas and $CO_2$) deposits. These minerals are subject to disposal by lease under the Mineral Leasing Act of 1920, as amended. On USFS lands, mineral leases for federally owned minerals are issued by the BLM, after consent to lease by the USFS. This LRMP implements direction (under the Energy Policy Act of 2005 and the Federal Onshore Oil and Gas Leasing Reform Act of 1987) for leasing of public lands.

The FEIS that accompanies this LRMP includes analysis necessary for offering specific lands for lease. The analysis discusses the availability of the SJNF and TRFO for oil and gas leases. In addition, it describes necessary protective stipulations to be attached to leases on SJNF surface lands, TRFO surface lands, and non-federal surface where the oil and gas estate is owned by the BLM. The LRMP does not authorize surface disturbance for oil and gas exploration or development. Surface-disturbing activities on leases will require additional environmental analysis and decisions. The oil and gas leasing decision in this LRMP will not apply to existing oil and gas leases. When those existing leases expire or terminate, the leasing decision in this LRMP will apply to any new leases issued.

Oil and gas deposits occur in sedimentary basins throughout the SJNF and TRFO. Areas of significant potential or known reserves and production are the Paradox Basin area (roughly the lands west of the Dolores River, which are high, moderate, and low for oil, shale gas, and conventional gas, respectively), the Northern San Juan Basin (approximately the area south of U.S. Highway 160 between Durango and Chimney Rock, which is high for coalbed methane, moderate for conventional gas), and the San Juan Sag (the area east of Pagosa Springs, high for oil). The central area of the planning area from the north rim of the San Juan Basin north to Silverton has no known oil and gas potential.

Development and production is underway in the Paradox Basin area north of Cortez, with exploration occurring northeast and south of Cortez. Significant development and production is underway and planned in the San Juan Basin. Exploration is intermittent in the San Juan Sag, with no production to date or planned.

In May 2010, the BLM Washington Office introduced the Master Leasing Plan concept (IM 2010-117) to promote a proactive approach to planning for oil and gas development (BLM 2010b). In November 2011, a group of environmental organizations submitted a proposal for a Master Leasing Plan to be developed for federal mineral estate within the Paradox Basin. Volume III, Appendix R details the BLM criteria, as established in IM 2010-117, for when a Master Leasing Plan is required, the criteria that the TRFO does and does not meet, and how the TRFO has addressed mitigations for natural and cultural resources, sensitive landscapes, and multiple uses while developing fluid mineral resources.

### Oil and Gas Stipulations

All SJNF and TRFO oil and gas leases are subject to standard lease terms. These are the least restrictive terms under which an oil and gas lessee may operate. They meet Energy Policy Act direction to encourage development of federal energy resources. They require operators of oil and gas leases to minimize adverse impacts to air, water, land, visual, cultural, and biological resources and to other land uses and users, and to comply with all applicable laws, regulations, and formal orders of the agency managing the leased lands. With the exceptions noted below, leases with standard lease terms allow year-round occupancy and use of leased lands. These leases provide full access and the highest potential for discovery and development of oil and gas resources. Lease notices may be included to warn a potential lessee of the likelihood of such conditions, but the extent and restrictive nature of the conditions is still not known at the lease issuance stage. Operations may be prohibited on the affected parts of the lease, or costs may substantially increase due to protective measures required to protect the resource.

BLM_0033902

### Special Lease Stipulations

Special lease stipulations are applied to an oil and gas lease if additional restrictions on the rights of lessees are required to protect environmental resources. Stipulations that would be applied to new oil and gas leases under this LRMP are described in Volume III, Appendix H. Areas included within the various stipulations are shown on Figures 2.19.3 through 2.19.5.

It is important to note that the special lease stipulations apply only to new leases (issued after adoption of this LRMP). Pre-existing leases are subject to the stipulations attached to them under the previous San Juan/San Miguel Resource Management Plan (BLM 1985), the Colorado Oil and Gas Leasing EIS (BLM 1991a) or SJNF Land Management Plan (USFS 1983). However, new development on existing leases must also comply with the current LRMP management direction. This direction is consistent with Interior Board of Land Appeals decisions (Yates Petroleum Corp., IBLA 2006-213, 2006-226 and William P. Maycock, IBLA 2008-197, 2008-200) which give the BLM discretion to modify surface operations to add specific mitigation measures supported by site-specific NEPA analysis undertaken during the development phase on existing leases (CO-2010-028). Any additional mitigation measures would need to be justifiable, still provide reasonable access for the lease holder and would be incorporated in a site-specific document.

Special lease stipulations for oil and gas operations are imposed at the time of lease issuance. Three general restrictive surface occupancy categories may also be used for oil and gas leases within the planning area, where justified for resource protection:

- **No Surface Occupancy (NSO):** Use or occupancy of the land surface for fluid mineral (oil and gas) exploration or development is prohibited to protect identified resource values. However, oil and gas under lands affected by NSO stipulation are legally available for extraction if extraction can be accomplished without occupying the surface (such as through directional drilling or otherwise accessing the reservoir from adjacent lands). Technological limitations and higher cost will affect the recovery of these resources, but they are available.

  The NSO stipulation is intended for application only where the TRFO or SJNF determines that the standard lease terms are insufficient to provide the level of resource protection necessary to protect the public interest. An NSO stipulation is not needed if the desired level of protection can be accomplished by relocating a proposed facility or activity within the lease area or by avoiding that activity for a specified period.

- **Controlled Surface Use (CSU):** Use or occupancy of the land surface for fluid mineral (oil and gas) exploration or development is allowed but identified resource values require special operational constraints that may modify lease rights. A CSU stipulation allows the SJNF or TRFO to require that a proposed facility or activity be relocated from the proposed location, or otherwise modified if necessary to achieve the desired level of protection. CSU provides operating guidance, but does not substitute for NSO or TL stipulations. CSU allows year-round occupancy and accessibility to leased lands while providing mitigation of effects on other resources.

- **Timing Limitation (TL):** Use or occupancy of the land surface for fluid mineral (oil and gas) exploration or development is prohibited during a specified period of the year. The scope of the TL stipulation goes beyond ground-disturbing activities to encompass any source of protracted or high-intensity disturbance that could interfere with normal wildlife behavior and adversely affect habitat use. The limitation is applied annually for a specified period. The TL stipulation does not apply to the operation and maintenance of production facilities unless the analysis demonstrates the continued need for such mitigation and that less stringent project-specific mitigation measures (such as Conditions of Approval) would not be sufficient. The TL stipulation provides for partial accessibility for a portion of the year and maintains the potential for extraction of oil and gas, but may increase costs due to timing constraints (such as a short operating season).

BLM_0033903

- **Not Available for Lease:** The following resources and areas are not available for lease on SJNF and TRFO lands—lands recommended for wilderness designation, WSAs; wild segments of suitable WSR, Chimney Rock National Monument, and the Anasazi and Falls Creek National Registered District.

Table 2.19.1 displays the availability of the SJNF and TRFO by acres of land for leasing and application of stipulations to leases. BLM acres are listed separately for BLM surface ownership and non-federal surface ownership.

**Table 2.19.1: Acres Available for Leasing and Lease Stipulations**

| Federal Mineral Status | Acres |
|---|---|
| **SJNF Lands (surface and mineral estate)** | |
| **Total National Forest Mineral Estate** | **1,863,402** |
| Withdrawn from leasing (designated wilderness, Piedra Area) | 509,954 |
| Administratively Not Available for Lease | 73,636 |
| **Total National Forest Available for Leasing** | **1,279,811** |
| Available for leasing with NSO stipulation | 876,266 |
| Available for leasing with CSU stipulation | 882,532 |
| Available for leasing with TL stipulation | 527,489 |
| Available for leasing with standard lease terms | 143,722 |
| **TRFO Lands (BLM surface and mineral estate)** | |
| **Total BLM Mineral Estate** | **503,466** |
| Administratively Not Available for Lease | 62,516 |
| **Total BLM Surface and Mineral Public Lands Available for Leasing** | **440,896** |
| Available for leasing with No Surface Occupancy Stipulation | 194,290 |
| Available for leasing with CSU stipulation | 401,232 |
| Available for leasing with TL stipulation | 321,435 |
| Available for leasing with standard lease terms | 22,734 |
| **TRFO Lands (BLM mineral estate only; non-federal surface)** | |
| **Total BLM Mineral Estate/Non-federal Surface** | **319,957** |
| Administratively Not Available for Lease | 0 |
| **Total BLM Mineral Estate/Non-federal Surface Available for Leasing** | **319,957** |
| Available for leasing with NSO stipulation | 88,548 |
| Available for leasing with CSU stipulation | 214,839 |
| Available for leasing with TL stipulation | 161,301 |
| Available for leasing with standard lease terms | 82,233 |

## Orderly Leasing and Development of Oil and Gas Resources (SJNF)

Because the vast majority of the SJNF (approximately 93%) is currently not leased, the SJNF may employ a strategic approach for orderly leasing and development of oil and gas resources to be applied to SJNF lands only. This strategy would guide the pace and place of development by focusing leasing in areas within or adjacent to existing oil and gas development and would allow the surface managing agency to temporally guide the location of leasing activity to minimize impacts and conflicts with other multiple uses while still allowing full extraction of oil and gas resources. The intended outcomes and benefits of implementing an orderly leasing and development approach include but are not limited to:

- orderly and concentrated development, by encouraging industry to progressively develop along geologic mineral plays and trends;
- minimizing impacts to other resources from oil and gas leasing, by monitoring impacts and adjusting development conditions as necessary (resources that are primarily affected by pace or intensity of development include wildlife, air quality, water consumption, travel management and recreation); and
- economic efficiency by concentrating infrastructure.

BLM_0033904

An orderly leasing and development approach would likely apply to the portion of the Paradox Basin that falls within the SJNF, and would offer leases in phases based on an established set of criteria. For example, the first phase of lease offerings might include lands with the highest potential for oil and gas development; lands that are adjacent to leased lands; lands that contain existing oil and gas-related infrastructure; or lands that have been modified by other management and development activities where additional development would not cause significant new impacts. Criteria for offering leases for subsequent phases might require that monitoring data indicates that impacts within the previous phase are within or below the acceptable range; that development has occurred on a certain percentage of the spacing units of lands within the previous phase; or demonstration that a majority of geologically favorable lands within the previous phase have been developed.

There are many unknowns related to oil and gas exploration and future development. An orderly leasing and development approach would provide increased structure for industry and safeguard for unintended consequences while remaining adaptive to respond to new information for resource potential and development needs.

## Desired Conditions

2.19.1   The planning area supports the exploration, production, and development of energy and mineral resources in a multiple use context, as is consistent with all applicable laws.

2.19.2   Mineral materials (including gravel and decorative stone) are available to support resource management needs, personal and hobby use, and commercial pursuits. Aggregate materials in the Ewing Mesa and Grandview area will continue to be developed as needed.

2.19.3   Ground disturbance from development of oil and gas fields is minimized by centralizing facilities, requiring multiple wells per pad, and minimizing the road system required to access facilities.

2.19.4   Reclamation of mineral exploration, development, and production activities is stable, long term, and implemented as soon as is reasonably possible in order to minimize impacts to other resources.

2.19.5   All oil and gas well fields starting at the field development stage and all other established well fields where practicable maximize the collocation of facilities to minimize construction footprints and reduce tailpipe emissions.

2.19.6   Oil and gas leasing and development activity on the SJNF occurs in an orderly manner to minimize impacts to lands and resources and increase efficiency of operations.

## Objectives

2.19.7   Over the next 20 years, centralize facilities and engines to minimize the number of well head engines and optimize well engines so they use the minimum cumulative horsepower to obtain the maximum efficiency for all well fields beginning at the field development stage and all other established well fields where practicable.

2.19.8   Process requests for mineral materials in a timely manner consistent with LRMP direction and applicable laws. Identify areas suitable for and establish common use area(s) and/or community pits to provide sources of mineral materials to the public.

## Additional Guidance

- Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development (USDI and USDA 2007)
- BLM Handbook H-8410-1, Visual Resource Inventory
- BLM Handbook H-8431-1, Visual Resource Contrast Rating
- BLM 3809 Surface Management Handbook,
- Volume III, Appendix H, Resource Management Stipulations for New Oil and Gas Leases

BLM_0033905



# Areas of Locatable Mineral Potential
## San Juan National Forest and Tres Rios Field Office
## Figure 2.19.1

**Legend**
- Areas of Locatable Mineral Potential
- San Juan National Forest
- Tres Rios Field Office
- Chimney Rock National Monument
- State & Federal Highways
- Bureau of Land Management
- National Forest

Uravan

Glade

Silverton

SILVERTON

Rico

Graysill

RICO

Needles

Piedra Peak

DOVE CREEK

SOUTH FORK

Canyons of the Ancients National Monument

Durango

La Plata

Crater Creek / Quartz Creek

DOLORES

CORTEZ

MANCOS

Mesa Verde National Park

Durango

DURANGO

BAYFIELD

PAGOSA SPRINGS

TOWAOC

IGNACIO

Chimney Rock National Monument

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JER
NAD 83, Polyconic Projection
May 28, 2013

Miles
0    10    20    40

San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan

N

BLM_0033906



# Solid Leasable Minerals
## San Juan National Forest and Tres Rios Field Office
### Figure 2.19.2

**Legend**

- Potash Prospecting Permit Application
- DOE Uranium Lease Tract Withdrawal
- Coal Lease Cases
- No Potential For Coal
- Low Potential For Coal
- Medium Potential For Coal
- High Potential For Coal
- No Potential For Sodium
- Potential For Sodium Only
- Potential For Sodium and Potassium
- San Juan National Forest
- Tres Rios Field Office
- Chimney Rock National Monument
- State & Federal Highways
- Bureau of Land Management
- National Forest

JER
NAD 83, Polyconic Projection
June 11, 2013

San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan

Miles
0    10    20    40

BLM_0033907



# Oil and Gas Leasing Availability and No Surface Occupancy Stipulations
## San Juan National Forest and Tres Rios Field Office
### Figure 2.19.3

**Legend**

- Withdrawn From Leasing
- Not Available For Lease
- No Surface Occupancy
- San Juan National Forest
- Tres Rios Field Office
- Bureau of Land Management
- National Forest
- Chimney Rock National Monument
- State & Federal Highways

MDR
NAD 83, Polyconic Projection
July 10, 2013

San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan

BLM_0033908

# Oil and Gas Leasing Availability and Controlled Surface Use Stipulations

## San Juan National Forest and Tres Rios Field Office

## Figure 2.19.4

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

MDR
NAD 83, Polyconic Projection
July 10, 2013

San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan

