# Oil and Gas Leasing Availability and Timing Limitation Stipulations
## San Juan National Forest and Tres Rios Field Office
## Figure 2.19.5



BLM_0033910

## 2.20  Alternative Energy: Geothermal, Wind, Solar, Biomass

### Introduction

Alternative energy sources on public lands play an important role in meeting national goals of reducing America's dependence on foreign oil by promoting the development of geothermal, wind, solar, and biomass energy on public lands. Studies conducted by the National Renewable Energy Lab and the Western Governors Association have identified areas that have potential for utility scale development of these resources. For the planning area the highest potential is in providing biomass from forest and fuels management projects in support of local generation facilities. Potential also exists for direct use of geothermal and solar resources with minimal potential for utility scale production. The LRMP incorporates this information and guidance developed nationally to govern these uses.

### Geothermal

Geothermal resources within the planning area are of low or medium temperature at shallow depths. Geothermal fluid resources that occur within the planning area (as well as in the surrounding areas) include warm water emanating from geysers, springs, and wells. Most warm springs are located near faults that serve as conduits for upward flow of groundwater that is heated by deep circulation from mainly volcanic sources. Except for the town of Pagosa Springs (where hot water from hot springs is currently used in order to heat buildings and public sidewalks), the thermal springs are at present either undeveloped or developed for recreational and therapeutic uses in private and public pools. Only three springs are on public lands: Geyser, Piedra, and Rainbow.

The BLM and USFS, in cooperation with the DOE, jointly prepared a PEIS for Geothermal Resource Leasing (BLM and USFS 2008) pursuant to Section 225 of Public Law 109-58 (Energy Policy Act of 2005). Decisions included in the Record of Decision for this PEIS:

- Allocated BLM lands as open to be considered for geothermal leasing or closed for geothermal leasing, and identified those National Forest System lands that are legally open or closed to leasing;
- Developed a reasonably foreseeable development scenario that indicated a potential for 12,210 megawatts (MW) of electrical generating capacity from 244 power plants by 2025, plus additional direct uses of geothermal resources in the western states; and
- Adopted stipulations, BMPs, and procedures for geothermal leasing and development.

These actions were implemented as BLM resource management plan amendments for 114 land use plans; the decision did not amend any USFS land use plans. The ROD amended the San Juan/San Miguel Resource Management Plan (BLM 1985) to show 496,439 acres open and 146,597 acres closed to geothermal leasing within the TRFO's jurisdiction. The amendments adopted the stipulations and leasing procedures provided in Chapter 2 and the BMPs provided in Appendix B of the PEIS. Specific areas of BLM-administered lands have not been identified for utility-scale electrical production from geothermal sources in Colorado. The USGS (2008) estimated a mean probability of electrical power generation for identified geothermal resources on all lands in Colorado during the next 30 years at 30 MW, with a total low to high range of 8 to 67 MW (USGS 2008). Current plans for development within Colorado continue to focus on direct use, particularly for recreation, therapeutic properties, and aquaculture, which would typically occur on private land within the planning area.

### Wind

In October 2003, the BLM initiated the preparation of a Wind Energy Development PEIS (BLM 2007b) to address the impacts of the future development of wind energy resources on public lands. The DOE's National Renewable Energy Laboratory (NREL) assisted the BLM in the preparation of the PEIS and provided an inventory assessment of wind energy resources on public lands in the western United States. Appendix B of the PEIS includes wind resource potential maps for each BLM field office. The PEIS ROD addressed the amendment of individual BLM land use plans and established both policies and BMPs regarding the development of wind energy resources on BLM-administered public lands. The PEIS

BLM_0033911

used models run by the NREL that showed only a small portion of BLM-administered lands within each Colorado county are likely to be involved in wind energy development during the next 20 years. The PEIS did not amend the San Juan/San Miguel Resource Management Plan.

The DOE's Wind Program and the NREL published a Colorado 50-Meter Wind Map that shows wind speed estimates at 50 meters above the ground and depicts the resource that could be used for utility-scale wind development (DOE and NREL 2013). The map indicates that Colorado has wind resources consistent with utility-scale production. Significant contiguous areas of good resource with embedded regions of excellent resource are found in the eastern quarter of the state. For the planning area, the identification high potential wind resources at the tops to the ridges in the San Juan Mountains with the rest of the BLM lands having low potential for utility-scale development does not warrant consideration of the high ridges for commercial development of wind resources. Significant visual and other resource concerns exist for development at those higher elevations. The Western Renewable Energy Zones – Phase 1 Report (Western Governors Association and U.S. Department of Energy 2009) reiterated these findings and did not identify potential for wind or solar development within the planning area.

## Solar

BLM land use plans analyze and consider the potential for solar energy development and the local environmental or community issues related to making lands available (or not available) for commercial solar energy development.

The BLM, in cooperation with the DOE, signed a Solar Energy Development PEIS and ROD on October 12, 2012 (BLM and DOE 2012).  The ROD excluded all lands within the planning area for solar development for projects 20 MW or greater, except for 12,105 acres of variance areas within the TRFO's jurisdiction. Solar applications for projects 20 MW or greater filed within the variance areas are subject to the requirements in the ROD, including required design features. SJNF lands within the planning area lack characteristics necessary for solar energy development.

## Biomass

The Healthy Forests Initiative, the National Fire Plan (USFS and USDI 2001), and the joint federal-state 10-year Comprehensive Strategy Implementation Plan all call for biomass and wood-fiber utilization as an integral component of restoring our nation's precious forests, woodlands, and rangelands. Biomass utilization can also meet a key objective of the National Energy Policy by contributing to diversification of the nation's energy supply.

An agreement between the USDI, DOE, and USDA was enacted to jointly promote the utilization of biomass to meet management objectives on public lands. Under this agreement, when ecologically, economically, and legally appropriate, and consistent with locally developed land management plans, agencies were directed to:

- foster communication as to how harvest and utilization of woody by-products can be an effective restoration and hazardous fuel reduction tool that delivers economic and environmental benefits and efficiencies;
- promote consideration of woody biomass utilization from restoration and fuels treatment instead of burning or other on-site disposal methods; and
- encourage development of new mechanisms that increase the benefits and efficiencies of woody biomass utilization (USDA et al. 2003).

BLM_0033912

## Desired Conditions

### Geothermal

2.20.1   Stipulations included in the Geothermal Resource Leasing PEIS and ROD (BLM and USFS 2008) serve as the minimal level of protection and are adopted as applicable to this LRMP. The Authorized Officer retains the discretion to issue stipulations in order to mitigate the impacts on other land uses or resource objectives. In general, oil and gas lease stipulations identified in Appendix H of this LRMP would be applied as appropriate.

2.20.2   The Final Geothermal Resource Leasing PEIS and ROD (BLM and USFS 2008) may be used to provide suitable information to facilitate subsequent consent decisions for leasing on NFS lands in the planning area and to provide environmental analysis to assist future NFS land use decisions by providing possible land use allocations and stipulations for geothermal leasing.

2.20.3   **Suggested BMPs:** Mitigation measures included in Appendix B of the Geothermal Resource Leasing ROD (BLM and USFS 2008) would be applied to the development of geothermal resources on federal lands.

### Solar

2.20.4   Project planning and design incorporate an appropriate analysis to determine the feasibility, cost and benefits of using photovoltaic systems on administrative facilities, range improvements, resource monitoring, public safety, and recreation projects.

2.20.5   ROW applications for solar energy development incorporate BMPs and provisions contained in the Solar Energy Development PEIS. Solar energy development is authorized by ROW grants.

### Biomass

2.20.6   Forest vegetation management includes evaluation opportunities for harvesting and removal of biomass to meet treatment objectives.

2.20.7   Potential partners are involved and collaborate in exploring economically efficient means for biomass utilization.

## Additional Guidance

### Geothermal Regulations

- 43 CFR Part 3200: The BLM issued final geothermal leasing regulations on May 2, 2007; the regulations were prepared pursuant to the provisions of the Energy Policy Act of 2005
- Geothermal Resource Leasing PEIS/ROD (BLM and USFS 2008)
- Geothermal BMPs from the BLM and USFS; Record of Decision for Geothermal Resource Leasing in the Western US; December 2008, Appendix B

### Wind

- The BLM's Wind Energy ROD - Implementation of a Wind Energy Development Program and Associated Land Use Plan Amendments, December 2005
- Wind ROD BMPs: BLM Wind Energy Program Policies and Best Management Practices
- BLM IM 2009-043, Wind Energy Development Policy (BLM 2009)

BLM_0033913

## *Solar*

- BLM IM 2007-097, Solar Energy Development Policy (BLM 2007c)
- The Solar Energy Development PEIS is being prepared by the DOE, Energy Efficiency and Renewable Energy Program, and the BLM; the PEIS will document solar guidance and BMPs

## *Biomass*

- The USFS Woody Biomass Utilization Desk Guide, National Technology and Development Program 2400—Forest Management, September 2007 (USFS 2007)

# 2.21  Abandoned Mine Lands and Hazardous Materials

## Introduction

The Abandoned Mine Lands (AML) program is concerned with mitigating the effects of abandoned mines on both the environment (notably mine drainage affecting water quality) and the physical safety of visitors and workers. Hard rock mining for gold, silver, and other metals began in the late 1800s and was prevalent throughout the mountainous areas of the planning area, with concentrations around Silverton and Rico. Uranium was mined in the western portion of the planning area in the Uravan Mineral Belt. There are also a few scattered abandoned coal mines.

Work on the AML program began in 1994 with an inventory of abandoned mines on BLM and NFS lands. The physical safety closure work has been ongoing since then. On uranium tracts leased to the DOE, much of the closure work has been done by the DOE. In remaining areas, the BLM/USFS has partnered with Colorado Division of Reclamation Mining and Safety to close dangerous hard rock, uranium, and coal mines.

Water quality work also began in the mid-1990s when the Colorado Water Quality Control Division proposed a watershed risk-based approach to abandoned mine remediation. This consists of four major stages:

1. statewide analysis and watershed prioritization;
2. watershed characterization and mine prioritization;
3. mine-site characterization and remediation; and
4. post-remediation monitoring.

This approach was used by state agencies and federal land management agencies to identify the upper Animas River watershed as ranking at the top of the high-priority watersheds. Funding for AML water quality projects began in 1997 with two pilot projects: the upper Animas River watershed in Colorado and the Boulder Creek watershed in Montana.

The Animas River Stakeholders Group (ARSG) was formed in 1996 to take the lead in the Animas watershed characterization and remediation. The group's members come from the public and private sectors. Their mission is to improve water quality and habitat along the Animas River. Over the last decade, the ARSG has received grants and professional support from state and federal agencies, as well as from private interests for the characterization and remediation of the watershed. A major accomplishment of the ARSG was production of the Use-Attainability Analysis of the Upper Animas Watershed (ARSG 2001). This report includes watershed characterization, mine clean-up prioritization, and remediation plans. Watershed characterization provided baseline scientific information and enabled the reduction of necessary mine clean-ups from 1,500 to 100 (or less). Water quality objectives were also developed. Since the development of the Use-Attainability Analysis of the Upper Animas Watershed, hydrologic conditions have changed, and additional characterization and prioritization continues.

BLM_0033914

Reclamation undertaken so far has resulted in three repositories on or partially on BLM lands, where mine waste has been located and contained. These repositories are at the Henrietta, Lark, and Mayday mines (Figure 2.21). These locations will be protected from future disturbance or other accommodations made so that wastes are effectively contained.

Another area with a high concentration of hard rock mining and water quality impacts is the area around Rico, which is in the Dolores River watershed. The State of Colorado and the EPA have overseen voluntary clean-ups or conducted enforcement actions on some mine areas on private land, as well as on mixed-ownership sites.

Most of the hazardous materials incidents within the planning area are the result of transportation accidents on state and/or federal highways. Trucking accidents can result in spills of fuel (or of any hazardous products that the truck was carrying). These incidents are the responsibility of the transportation company to clean up. Clean-ups within the highway ROWs are under the jurisdiction of the Colorado State Patrol for state and federal highways, and under the jurisdiction of the local sheriff's departments for county roads. When spills go beyond the ROW, or impact USFS or BLM resources, the land management agency becomes involved. Illegal dumping on the SJNF and TRFO is also a potential hazardous materials issue. In addition, hazardous materials can also be related to operations conducted or authorized by the USFS and BLM (including the use of pesticides, fuels, and/or lubricants).

The SJNF and TRFO will continue to update the inventory of abandoned mine sites within the planning area in order to identify, prioritize, and track reclamation needs and progress. Reclamation of abandoned mine lands will continue and will be prioritized based on the degree of threat to human health, the environment (especially to water quality), and public safety. Known hazards at AML sites will be remediated, with the highest priority given to sites near high visitor use areas (including developed campgrounds and recreation areas), sites located near residences on adjacent private property, sites impacting water quality, and sites close to frequently traveled roads in the planning area.

All mine reclamation and emergency response actions for releases of hazardous substances will be conducted in accordance with CERCLA. Closure actions related to physical hazards will be conducted under NEPA. Precautionary measures will be taken in order to guard against releases and/or spills into the environment for all USFS- and BLM-authorized management activities that involve hazardous materials. Hazardous materials and waste management policies and controls will be integrated into all SJNF and TRFO programs.

## Desired Conditions

2.21.1   Abandoned mine reclamation within the planning area does not negatively impact water quality and historic resource protection.

2.21.2   Abandoned mines do not endanger the environment, wildlife, the public, or employees.

2.21.3   Mine waste repositories are protected and physical safety closures are protected or replaced during any BLM- or USFS-authorized actions.

2.21.4   USFS- and BLM-authorized actions occur without causing hazardous material spills or waste contamination.

2.21.5   Over the life of the LRMP, AML closures for human safety at sites supporting bat populations include structures (such as bat gates) designed to provide for continued use as bat habitat.

2.21.6   The AML program coordinates with affected parties, partners, and stakeholder groups on AML projects.

BLM_0033915

## Objectives

2.21.7   Stabilize, rehabilitate, or restore AML on priority sites on an annual basis in order to improve water quality and watershed condition.

2.21.8   Annually close or mitigate 10 abandoned mine features on BLM that pose a high safety hazard to the visiting public and/or to employees, until all high-priority sites have been addressed.

2.21.9   On all TRFO and SJNF lands, close or mitigate high-priority sites over the life of the LRMP. On SJNF lands, newly discovered sites will be prioritized for closure or mitigation based on hazard.

## Additional Guidance

- FSM 2160 (USFS 1994)
- BLM Handbook 3720-1
- USFS/BLM AML policy
- BLM CERCLA Response Actions Handbook 1703-1
- USDI Solid Waste and Hazardous Materials Management Compliance Handbook (1995)

BLM_0033916



# Abandoned Mine Lands Repositories
## San Juan National Forest and Tres Rios Field Office
### Figure 2.21

Repositories

**Legend**
- ● AML Repositories
- ☐ San Juan National Forest
- ☐ Tres Rios Field Office
- ⌗ Chimney Rock National Monument
- — State & Federal Highways
- ▨ Bureau of Land Management
- ▨ National Forest

DOVE CREEK

SILVERTON

RICO

Canyons of the Ancients National Monument

DOLORES

CORTEZ

MANCOS

Mesa Verde National Park

DURANGO

BAYFIELD

PAGOSA SPRINGS

TOWAOC

IGNACIO

Chimney Rock National Monument

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data/accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JER
NAD 83, Polyconic Projection
April 25, 2013

0   10   20   40   Miles

San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan

BLM_0033917

## 2.22  Interpretation and Conservation Education

### Introduction

An important goal of the USFS and BLM is to help people understand, appreciate, and use their public lands. Due to the remote location, varied geography, and multiple-use patterns, the planning area requires a vibrant and focused interpretive program in order to support this goal. In order to protect invaluable cultural and natural resources, interpretive services and conservation education must be an integral part of implementing and maintaining the identity of the area, and implementing an effective resource management strategy that educates and informs visitors. The interpretive and conservation education program plays a critical role in effective resource management and public appreciation of natural and cultural resources. A very dynamic interpretive and conservation/education program will offer a venue designed to create emotional and intellectual connections between people and the nature and culture of the planning area.

Currently there are many facilities and services in place that deliver interpretive and conservation education services to the public. The USFS and BLM will sharpen their focus in order to more meaningfully deliver what the public wants to know, and needs to know, about the land management agencies, their mission and programs, and stakeholder responsibilities.

Strategies under this program should be designed to ensure consistent, coherent, and effective communication between the public and program managers through a variety of venues. Communication topics and themes will be identified that are of interest to the public, as well as those that will effectively convey important agency information and portray a quality image. Communication venues will target a diverse public. Important program outcomes will include increased public understanding of natural and cultural resources and their management, agency understanding of public viewpoints, cooperation in public land management, public understanding and compliance with public land regulations, and stewardship of public lands. The integration of interpretive services with public affairs and other staff areas will be fostered. Local, regional, and national partnerships with tourism and outdoor recreation providers and educators are critical in helping meet stewardship and visitor experience goals and expectations.

### Desired Conditions

2.22.1  The public benefits from a public lands interpretive and education strategy that reflects USFS and BLM priorities and key public information needs. The public understands the mission of the BLM and USFS and their diverse cultural and natural resource management priorities and exhibits effective stewardship behavior on TRFO and SJNF lands.

2.22.2  Messages are consistent and effectively delivered to the public, reaching a wide variety of age, gender, class, ethnic, and cultural groups.

2.22.3  Resource management messages are articulated in all education and interpretive products, programs, and public contacts.

2.22.4  A wide variety of information, education, and interpretive venues are available through various media so that people can easily access information about recreational opportunities and resources.

2.22.5  All visitor information services, public affairs, interpretation, and conservation education functions of the USFS and BLM have a unified and clear communication strategy.

2.22.6  All TRFO and SJNF personnel play a role in public communications, in terms of offering conservation education, interpretation, public affairs, and visitor information services.

BLM_0033918

2.22.7   The TRFO and SJNF foster research, education, and interpretation of the area's rich natural and cultural heritage.

2.22.8   Effective interpretation and conservation education, as well as proactive land stewardship, are accomplished with a wide range of partners (including commercial outfitters/guides; permittees; volunteer groups; local, state, tribal, and other federal agencies; interested individuals and organizations, etc.).

2.22.9   Public education opportunities, through interpretation and conservation education programs, promote ethical and non-limiting use of wildlife resources within the planning area.

BLM_0033919

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

# CHAPTER 3 – AREA DIRECTION

This chapter contains management direction for geographic areas, management areas (MAs), special areas and designations on TRFO and SJNF lands that have unique resources or management conditions. Four geographic areas are identified that describe the social, economic, and environmental settings of the TRFO and the three administrative ranger districts of the SJNF. MAs, which apply only to SJNF lands, describe the intensity of management, overall appearance and activities that can be expected within each MA. Specially designated lands are formal designations within each agency, including suitable WSR, RNAs, ACECs, and several other special designations. Also included in this chapter is direction for other areas with unique resources and management conditions such as lands managed for wilderness characteristics, the Dolores River Canyon, and the HD Mountains. All areas described in this chapter are identified on associated maps.

In addition to desired conditions and objectives, many of the areas in this chapter include "allowable use" tables. These tables portray the suitability determinations made under the grazing, timber, and travel programs in Chapter 2 as they apply to specific areas, and also identify additional uses that are listed as allowable, restricted, or prohibited. Restricted activities are those that are allowed, but may only be allowed during certain times of the year, within specific areas, or under specific conditions. The activities in the tables are described below.

- **Fire Managed for Resource Benefit:** This activity includes managing natural fires in order to achieve a management objective and/or a desired condition. Wildfire is only part of an overall appropriate response. The application of fire managed for resource benefit will always depend on site-specific conditions, current and predicted future weather, and fuel conditions.

- **Prescribed Burning:** This activity includes igniting fires in order to achieve a management objective and/or a desired condition. Managed active burning will be prescribed and monitored to burn at specified intensities over a defined area.

- **Mechanical Fuels Treatments:** This activity includes any method to alter live or dead vegetation with hand tools or by machine (including thinning with chainsaws or any commercial machine, shredder, chipper, or similar equipment) to break up fuel connectivity, including removal of fuels from treatment sites.

- **Timber Production:** This activity involves the removal of wood fiber for commercial-utilization purposes. Harvesting for timber production purposes is scheduled and regulated.

- **Timber Harvesting as a Tool:** This involves the removal of wood fiber to achieve management objectives and/or desired conditions. If an area is suitable for timber harvesting as a tool but not suitable for timber production, timber harvesting would only occur in order to achieve a management objective and/or a desired condition (including, but not limited to fuels reduction and/or wildlife habitat improvements).

- **Commercial Use of Special Forest Products and Firewood:** This includes firewood, Christmas trees, tree transplants, mushrooms, medicinal herbs, boughs, and cones. Commercial use would occur through a permitting process. Personal use (use not involving the sale of forest products) may require a permit.

- **Land Use ROWs, Special Use Permits, and Utility Corridors:** This includes energy corridors, linear transmission, communication sites, and other land use authorizations.

- **Livestock Grazing:** This includes permitted livestock grazing as authorized by an agency grazing permit on designated grazing allotments or areas outside grazing allotments where livestock grazing could be used as a vegetation management tool. Allotments contain lands that are both suitable and unsuitable for livestock grazing. Stocking rates would be based only on lands suitable for livestock grazing as determined at the project level.

BLM_0033920

- **Facilities:** This includes infrastructure and structures placed on public lands for resource protection, administrative use, and/or public enjoyment.

- **Motorized (summer):** This includes the use of any motorized wheeled vehicle (including four-wheel drives, dirt bikes, and ATVs/OHVs) during the year when the ground is not covered by snow.

- **Motorized (winter):** This includes the use of snowmobiles and other motorized winter vehicles during the snow-covered months.

- **Non-Motorized (summer and winter):** This includes hiking, horseback riding, cross-country skiing, and/or other means of non-motorized recreation. Non-motorized use does not include mountain biking because it is addressed as a separate activity below.

- **Mechanical Transport:** This includes any contrivance that moves people or material in or over land, water, or air that has moving parts, that provides a mechanical advantage to the user, and that is powered by a living or non-living power source. This includes, but is not limited to, bicycles, game carriers, carts, and wagons. It does not include wheelchairs when used as necessary medical appliances. It also does not include skis, snowshoes, rafts, canoes, sleds, travois, or similar primitive devices without moving parts.

- **Road Construction (permanent or temporary):** This includes the building of roads for a specified use or uses, either permanent or temporary.

- **Minerals - Leasable:** This includes oil and gas, coal, and other leasable minerals, including solid leasable minerals such as sodium, potassium, and others. All SJNF and TRFO lands made available for lease are subject to standard lease terms, which require operators of leases, as well as leasable mineral permits and licenses, to minimize adverse impacts to air, water, land, visual, cultural, and biological resources. Special lease stipulations are applied to a lease if additional restrictions on the rights of lessees are required to protect environmental resources. Special lease stipulations include NSO, CSU, and TL. Stipulations applied to new leases are described in Appendix H, Resource Management Stipulations for New Leases, of this LRMP.

- **Minerals - Locatable:** This includes minerals that are subject to claim under the Mining Law of 1872 that are open to entry for exploration and development (unless withdrawn by law). Unless lands have been withdrawn by law, development of locatable minerals is generally allowable on SJNF and TRFO lands; however, additional measures may be applied to plans and notices to prevent undue and unnecessary degradation in areas with concerns for specific resources or management designations.

- **Mineral - Salable:** This includes sand, gravel, and decorative rock for commercial or personal use, which may be disposed of through sales contract to individuals or for-profit enterprises, or through free use permits to government and non-profit entities.

BLM_0033921



# Geographic Areas
## San Juan National Forest and Tres Rios Field Office
### Figure 3.1

**Area of Detail**

Colorado

**Legend**

- Columbine Ranger District (FS)
- Dolores Ranger District (FS)
- Pagosa Ranger District (FS)
- Tres Rios Field Office (BLM)
- San Juan National Forest
- Tres Rios Field Office
- Chimney Rock National Monument
- State & Federal Highways

Tres Rios

DOVE CREEK

SILVERTON

RICO

Dolores

Canyons of the Ancients National Monument

DOLORES

Columbine

Pagosa

CORTEZ

MANCOS

Mesa Verde National Park

DURANGO

BAYFIELD

PAGOSA SPRINGS

TOWAOC

IGNACIO

Chimney Rock National Monument

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

MDR
NAD 83, Polyconic Projection
August 7, 2013

Miles
0   10   20   40

San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan

BLM_0033922

## 3.1    Tres Rios Field Office Geographic Area

The TRFO geographic area consists of 503,589 acres of BLM public land in southwest Colorado and is scattered across eight counties: Archuleta, Dolores, Hinsdale, La Plata, Montezuma, Montrose, San Juan, and San Miguel. Public lands in this geographic area are incredibly diverse and rich in natural and cultural resources, from the spectacular Rocky Mountain scenery of the Alpine Loop to the wealth of Ancestral Puebloan sites in the Four Corners area. There is also more than 300,000 acres of federal mineral estate underlying private lands (known as split estate) and mineral management on 800,000 acres of trust responsibility for tribal lands. Some of the BLM lands in the southern portion are adjacent to Mesa Verde National Park and to the Ute Mountain Ute Reservation and Southern Ute Reservation. Some of the BLM lands in the northwest portion border the Uncompahgre (Colorado), Moab (Utah), and Monticello (Utah) Field Offices of the BLM.

Recreation opportunities within the TRFO geographic area include whitewater rafting, canoeing, kayaking, hiking, mountain biking, horseback riding, fishing, hunting, motorcycle riding, photography, wildlife viewing, picnicking, skiing, snowmobiling, OHV use, or driving along one the many scenic routes. There are seven WSAs located in the TRFO geographic area. The Dolores River Canyon WSA is located approximately 17 miles west of Naturita, Colorado, and 28 miles north of Dove Creek. Elevations range from 5,000 to 5,300 feet. The dominant topographic feature of the WSA is the 30-mile-long, deeply cut, meandering canyon of the Dolores River. The canyon rim and adjacent mesas support pinyon-juniper woodlands with mixed desert shrubs on the slopes. The canyon bottoms support thick desert riparian vegetation, and scattered enclaves of cottonwood, ponderosa pine, aspen, and spruce-fir occur with the WSA. Desert bighorn sheep and river otter (*Lontra canadensis*) have been re-introduced to the WSA.

The McKenna Peak WSA (19,398 acres) is located in San Miguel and Dolores Counties approximately 45 miles northeast of Dove Creek. Elevations range from 6,300 to 8,600 feet. The major topographic feature of the WSA is McKenna Peak, which rises 1,000 vertical feet from Disappointment Valley. The WSA contains a wide variety of topographic features, including Mancos Shale badlands, Mesa Verde sandstone cliffs, canyons, mesas, and rolling hills. This wide variety of topography provides for a diverse vegetation complex within the WSA; barren areas, salt desert shrubs, pinyon-juniper woodlands, and Douglas-fir, oak brush and mountain mahogany can all be found within the WSA. The western third of the WSA is located within the Spring Creek Wild Horse Herd Management Area (HMA).

The Menefee Mountain WSA (7,089 acres) is located approximately 2 miles south of Mancos and 3 miles east of Mesa Verde National Park. Elevations range from 6,500 to 8,600 feet on Menefee Peak, with steep canyons radiating out from the 6-mile-long ridge of Menefee Mountain. Pinyon-juniper woodland is the dominant vegetation type at the lower elevations, with oak brush and pockets of ponderosa pine and spruce-fir at the higher elevations.

The Weber Mountain WSA (6,303 acres) is located just east of Mesa Verde National Park and is separated from the Menefee Mountain WSA by Weber Canyon. Elevations range from 6,600 to 8,200 feet with short, steep canyons radiating out from the 5-mile-long ridge of Weber Mountain. The WSA is characterized by pinyon-juniper woodland at the lower elevations, with oak brush and pockets of ponderosa pine and spruce-fir at the higher elevations.

The West Needles Contiguous (1,240 acres), Whitehead Gulch (1,669 acres), and Weminuche Contiguous (1,533 acres) WSAs are remnants of study areas, which were exchanged with the USFS in a boundary adjustment completed in 1983. The scenic landscapes provide hikers and horseback riders opportunity to explore scenic landscapes in solitude.

Located just north of Disappointment Creek, the 22,000-acre Spring Creek Basin HMA is open to a variety of multiple uses. The area is maintained to provide for a range of 35 to 65 adult horses, and excess horses are generally gathered when numbers exceed 65. According to local lore, the horses are descendants of those brought to the Disappointment Creek area in the late 1800s by a horse rancher from Montana. DNA and blood testing have indicated that Thoroughbred and Morgan are the primary breed influences in this herd. Travel in the area is restricted to designated roads. This is a remote area and none of the roads in the herd area are graveled.

BLM_0033923

Rangelands comprise about 85% of the public land in the TRFO geographic area. Currently, the TRFO manages 100 active allotments serving 81 grazing permits and providing around 24,000 animal unit months (AUMs) of forage for domestic cattle and sheep.

The historic mining town of Silverton is surrounded by BLM public lands. Silverton is situated high in the San Juan Mountains at an elevation of 9,305 feet. It is one of the main portals to the Alpine Loop Backcountry Byway (others being Ouray and Lake City).

Popular drives in the geographic area include the Alpine Loop Backcountry Byway and the San Juan Skyway, which swivel through the San Juan Mountains. The 65-mile Alpine Loop Backcountry Byway winds through wild, roughed, land scattered with old mining ruins, ghost towns, scenic alpine meadows, mountain streams, and forested mountains.

The area includes high densities of significant Puebloan archeological sites, as well as more modern mining, railroad, logging, and grazing historical sites. The Dolores River flows for more than 200 miles through southwest Colorado, starting high in the San Juan Mountains and descending to the Colorado River at the Colorado-Utah border. The Dolores flows through five major western life zones, from the alpine life zone, at its headwaters to the Upper Sonoran life zone along much of its lower reaches (6,400 to 5,000 feet in elevation). The Dolores River Canyon is one of the primary scenic attractions in the geographic area.

The northwest corner of the TRFO geographic area is mostly BLM public lands, including Dry Creek Basin and Big Gypsum Valley in the North Canyonlands Section. Continued cattle grazing and oil and gas development is expected in the Paradox Basin. Geology in portions of the area consists of sedimentary shale and sandstone formations, and is largely responsible for the area's water quality. Surface water quality is considered poor. It is high in salinity and sediment from surface runoff over highly erosive soils with high salinity content.

The Grandview Area, which is near Durango, is being annexed to the City of Durango (with substantial real estate and commercial development expected for this area during the life of this LRMP). Durango is interested in acquiring BLM lands in this area in order to provide better access to the new hospital and adjacent developments. Acquisition of some of the adjacent BLM lands under the Recreation and Public Purposes Act is under consideration. BLM-administered lands in the Grandview Area are currently managed under a Coordinated Resource Management Plan (BLM and City of Durango 2000), offering a co-emphasis on recreation (non-motorized trails), wildlife winter habitat, and sand and gravel production. A review and possible modification of the Grandview Coordinated Resource Management Plan is expected in the near future (which would address new management challenges anticipated from ongoing development adjacent to the BLM lands). BLM-administered lands in the Grandview Area currently provide an extensive trail network that is immediately adjacent to Durango (popular for hiking, horseback riding, and mountain biking). Substantial partnership-based wildlife habitat improvement projects have been carried out on the property. Recreation and mineral development are to be designed in a manner that maintains winter wildlife habitat effectiveness (including closure to public and recreation access during some winters). The land also contains a very significant prehistoric cultural landscape and is the last representative of Pueblo I occupation on public lands in the Durango area.

## Desired Conditions

3.1.1   Public lands continue to function as "working lands." Collaborative forest health and rangeland management practices reduce wildfire hazards, contribute to the viability of private ranch lands, and sustain ecosystem services (including watershed health and wildlife habitat). Mining and mineral extraction would continue to occur, subject to market demand, and associated plans, permits, and licenses would be processed in a timely and efficient manner. The local economy benefits from, and contributes to, sustainable resource management, as well as to the preservation of open space.

BLM_0033924

3.1.2   The Dolores River system remains a primary water source in order to meet domestic and agricultural needs while, at the same time, contributing a wide array of recreational, ecological, and aesthetic services. Collaborative efforts support watershed health, instream water quality, scenic assets, healthy native and sport fish populations, rafting and flat water boating opportunities, and flow and spill management below McPhee Dam in support of ecological, recreational, reservoir management, and water rights imperatives.

3.1.3   A variety of looped single- and two-track opportunities for motorized and mechanized recreation exist at a range of elevations, offering different levels of difficulty. Motorized and mechanized opportunities are balanced with opportunities for foot and horseback access to areas of relative quiet and solitude at a variety of elevations. Much of the primary access to these areas is shared, based on mutual courtesy and on a strong stewardship ethic that is primarily self enforced and maintained by individuals and user groups.

3.1.4   Cultural and historic resources are protected, interpreted, and promoted through an integrated network involving the Anasazi Heritage Center, Canyons of the Ancients National Monument, the Ute Mountain Tribal Park, Mesa Verde National Park, and community visitor centers (including the Cortez Cultural Center, the Galloping Goose Museum, and the Mancos Visitor Center). Residents and visitors are educated and oriented in a manner that enhances and encourages their participation in the enjoyment and stewardship of cultural resources (which are significant contributors to the local economy).

3.1.5   Scenic vistas, especially along byways, are protected and enhanced through collaborative efforts with partners (e.g., Colorado Byways Commission, CPW, the Montezuma Land Conservancy, Colorado Department of Transportation [CDOT], and local governments).

3.1.6   Abundance and viability of Gunnison sage-grouse, and its habitat, are achieved through a range-wide perspective on species management that provides a healthy sagebrush steppe ecosystem so that the sage-grouse, and other sagebrush obligate species in the system, benefit. An atmosphere exists of cooperation, participation, and commitment among wildlife managers, landowners, private and public land managers, other stakeholders, and the interested public in the development and implementation of conservation actions that recognize the importance of sustainable local economies as being essential to successful conservation. Gunnison gage-grouse protection and restoration is enhanced through these cooperative efforts while, at the same time, oil and gas development, mining, recreation, and grazing continue.

3.1.7   Salinity and sediment contributions of the Dolores River tributaries (including Disappointment, Big Gypsum, Little Gypsum, and Dry Creeks) are reduced through an integrated activity approach that achieves reduced erosion and improves land health.

3.1.8   The unique soils of the gypsum lands in the Dolores area (including portions of Big Gypsum Valley, Little Gypsum Valley, and the Spring Creek area) are intact and have the soil productivity necessary in order to protect the rare biota associated with them.

3.1.9   The hanging gardens that provide the habitat for kachina fleabane (*Erigeron kachinensis*), Eastwood's monkeyflower (*Mimulus eastwoodiae*), and common maidenhair (*Adiantum capillus-veneris*) have the water sources and hydrologic systems necessary in order to support and sustain these rare plant species.

3.1.10  Ponderosa pine forests on the mesa tops display structural diversity (including more old growth stands, stands with a clumped structure, stands with large old trees, snags, and large dead and downed wood on the forest floor).

3.1.11  Large patches of sagebrush shrublands provide suitable habitat for the Gunnison sage-grouse and display a variety of structural conditions (including sagebrush patches with low and high cover and sagebrush patches with short and tall stems).They also display native herbs that are abundant and well distributed.

BLM_0033925

3.1.12   Narrowleaf cottonwood riparian areas and wetland ecosystem communities throughout the low and middle elevations of the geographic area display moderate to high canopy cover (greater than 20%) of narrowleaf cottonwood trees, including young-, middle-, and old-age classes.

3.1.13   Willow riparian areas and wetland ecosystem communities throughout the low and mid elevations of the Dolores geographic area display moderate to high canopy cover (greater than 20%) of willows, including young-, middle-, and old-age classes.

3.1.14   Aspen management maintains age and class diversity and promotes healthy stand conditions while, at the same time, continuing to supply a sustainable supply of aspen products to the local and regional industries.

3.1.15   Timber and fire management is used in order to restore stands to an uneven-age condition where natural fire regimes and natural processes can occur, and where a multi-aged and multi-cohort forest structure resilient to disturbance is established. Timber management in the ponderosa pine incorporates restoration forestry into commercial timber sales at an appropriate scale that provide support, stabilization, and diversification of the local industry.

See relevant sections in Chapter 3 for specific management direction for the following areas within the TRFO geographic area:

- BLM WSAs (McKenna Peak, Dolores River, Weber, Menefee, Handies Peak, West Needles, Whitehead Gulch, and Weminuche Contiguous)
- Recommended WSR segments
- ACECs (Gypsum Valley, Anasazi Culture Area)
- BLM SRMAs (Dolores River Canyon, Durango, Silverton, and Cortez) (see Section 2.14, Recreation)
- Lands managed for wilderness characteristics
- Wild horse HMAs (Spring Creek)
- Scenic, historic, and backcountry byways (portions of the San Juan Skyway and the Trail of the Ancients Scenic Byway)
- BLM wildlife management areas (Perins Peak)
- National recreation and scenic trails (Continental Divide National Scenic Trail, Old Spanish Historic Trail)
- Other areas with specific management (Dolores River Canyon, Mesa Verde Escarpment, Silverton area)

## 3.2   Dolores Ranger District Geographic Area (San Juan National Forest)

The Dolores Ranger District geographic area lies predominantly in Montezuma, Dolores, and San Miguel Counties, and consists of approximately 597,126 acres of NFS lands. The social center of this geographic area is the town of Cortez (with a population of approximately 8,500 people). Cortez is the Montezuma County seat, as well as the commercial center for the smaller communities of Mancos, Dolores, Rico, and Dove Creek (which is the Dolores County seat), all with populations of 1,200 or less.

The main river systems of this geographic area are the Mancos River (which has headwaters in the La Plata Mountains) and the Dolores River (which has headwaters in the Lizard Head wilderness). Both rivers provide irrigation for pastures, hay meadows, and other crops on private lands in the area. McPhee Reservoir, on the Dolores River, is the second largest body of water in Colorado. It is an important recreation area, as well as a source of domestic and irrigation water. Use of water from these rivers has greatly affected both historical settlement patterns and current land uses.

Significant portions of the San Juan Skyway traverse the Dolores geographic area (including U.S. Highway 145, from Lizard Head Pass down through Rico to Dolores and Cortez, and from there U.S. Highway 160 to the Montezuma-La Plata County line, which is the boundary with the Columbine geographic area). Other major segments of the skyway are to the east, in the Columbine geographic

BLM_0033926

area, and on the Uncompahgre National Forest to the north (going through Ouray, Ridgway, and Telluride). Since its designation as a scenic byway, the San Juan Skyway has been one of the most popular recreation attractions in southwest Colorado. It is one of only 26 All-American Roads in the United States. The skyway's diverse natural and cultural resources, combined with its unique and spectacular scenery, give it a claim as one of the crown jewels of scenic byways in the entire nation. Portions of the Trail of the Ancients Scenic Byway are also located within the Dolores geographic area.

The area includes high densities of significant Puebloan archeological sites (including the Anasazi Archeological District around McPhee Reservoir), as well as more modern mining, railroad, logging, and grazing historical sites.

The San Juan Mountains, which are part of the southern Rocky Mountains, fall into the South-Central Highlands Section. The San Juan Mountains are unusual within the north-south orientation of the Rocky Mountains, in that they are a large mountain range with an east-west orientation. This part of the geographic area includes the Lizard Head wilderness and several CRAs (including Storm Peak, Ryman, Black Hawk Mountain, and portions of San Miguel and Hermosa). This area has much less human development than the rest of the Dolores geographic area, with most of the development occurring on private land in the Dolores River valley (including the town of Rico). The area also contains some roads associated with historic, and current, timber harvesting and historic mining (especially near Rico). Big game hunting is popular in the fall. Aspen trees are an important component of the vegetation here, both for their scenic quality and to support the wood product plants in the area.

"The Pine Zone" is located on the west side of the geographic area and was heavily logged in the early 1900s. This area is still being logged; however, the emphasis is now on restoring more natural conditions. Cattle grazing occurs over most of the area. The area is also popular for big game hunting.

## Desired Conditions

3.2.1   Public lands continue to function as "working lands." Collaborative forest health and rangeland management practices reduce wildfire hazards, contribute to the viability of private ranch lands, and sustain ecosystem services (including watershed health and wildlife habitat). The local economy benefits from, and contributes to, sustainable resource management, as well as the preservation of open space.

3.2.2   The Dolores River system remains a primary water source in order to meet domestic and agricultural needs while, at the same time, contributing a wide array of recreational, ecological, and aesthetic services. Collaborative efforts support watershed health, instream water quality, scenic assets, healthy native and sport fish populations, rafting and flat water boating opportunities, and flow and spill management below McPhee Dam in support of ecological, recreational, reservoir management, and water rights imperatives.

3.2.3   A variety of looped single- and two-track opportunities for motorized and mechanized recreation exist at a range of elevations, offering different levels of difficulty. Motorized and mechanized opportunities are balanced with opportunities for foot and horseback access to areas of relative quiet and solitude at a variety of elevations. Much of the primary access to these areas is shared, based on mutual courtesy and on a strong stewardship ethic that is primarily self-enforced and maintained by individuals and user groups.

3.2.4   Cultural and historic resources are protected, interpreted, and promoted through an integrated, interagency network involving the BLM's Anasazi Heritage Center and Canyons of the Ancients National Monument, the Ute Mountain Tribal Park, Mesa Verde National Park, and community visitor centers (including the Cortez Cultural Center, the Galloping Goose Museum, and the Mancos Visitor Center). Residents and visitors are educated and oriented in a manner that enhances and encourages their participation in the enjoyment and stewardship of cultural resources (which are significant contributors to the local economy).

BLM_0033927

3.2.5   Scenic vistas are protected and enhanced through collaborative efforts with partners (including the Colorado Byways Commission, CPW, the Montezuma Land Conservancy, the Office of Community Services, CDOT, Montezuma and Dolores Counties, and the Town of Rico).

3.2.6   The McPhee Reservoir area is one of the Four Corners' "recreation gems." A viable marina facility is re-established that offers, at a minimum, basic services for those enjoying water sports and fishing. A strong connection exists between the reservoir and the town of Dolores.

3.2.7   Ponderosa pine forests on the mesa tops of the Dolores geographic area display structural diversity (including more old growth stands, stands with a clumped structure, stands with large old trees, snags, and large dead and downed wood on the forest floor).

3.2.8   Narrowleaf cottonwood riparian areas and wetland ecosystem communities throughout the low and middle elevations of the Dolores geographic area display moderate to high canopy cover (greater than 20%) of narrowleaf cottonwood trees, including young-, middle-, and old-age classes.

3.2.9   Willow riparian areas and wetland ecosystem communities throughout the low- and mid-elevations of the Dolores geographic area display moderate to high canopy cover (greater than 20%) of willows, including young-, middle-, and old-age classes.

3.2.10   Aspen management maintains age and class diversity and promotes healthy stand conditions while, at the same time, continuing to supply a sustainable supply of aspen products to the local and regional industries.

3.2.11   Timber and fire management is used in order to restore stands to an uneven-age condition where natural fire regimes and natural processes can occur, and where a multi-aged and multi-cohort forest structure resilient to disturbance is established. Timber management in the ponderosa pine incorporates restoration forestry into commercial timber sales at an appropriate scale that provide support, stabilization, and diversification of the local industry.

See relevant sections in Chapter 3 for specific management direction for the following areas within the Dolores geographic area:

- Wilderness (Lizard Head wilderness area)
- USFS recommended wilderness areas (portions of the Lizard Head and Hermosa CRAs)
- RNAs (Narraguinnep and Grizzly Peak)
- Scenic, historic, and backcountry byways (portions of the San Juan Skyway and the Trail of the Ancients Scenic Byway)
- National recreation and scenic trails (Calico and Highline trails)
- Special Areas (Rico and McPhee)

**Management Area Composition:** Table 3.2.1 shows the distribution of MAs within the Dolores geographic area.

**Table 3.2.1: Management Area Distribution in the Dolores Geographic Area**

| Management Area | Proposed Plan (Preferred Alternative) (acres) | Percentage of Geographic Area (USFS lands) |
|---|---|---|
| MA 1: natural processes dominate | 34,427 | 5.8% |
| MA 2: special areas and designations | 34,645 | 5.8% |
| MA 3: natural landscapes, with limited management | 209,620 | 35.1% |
| MA 4: high-use recreation emphasis | 28,053 | 4.7% |
| MA 5: active management (commodity production in order to meet multiple-use goals) | 289,779 | 48.5% |
| MA 7: public and private lands intermix | 0 | 0.0% |
| MA 8: highly developed areas | 602 | 0.1% |
| **Total** | **597,126** | **100%** |

BLM_0033928

## 3.3   Columbine Ranger District Geographic Area (San Juan National Forest)

The Columbine geographic area forms the central part of the planning area. It is situated primarily in La Plata and San Juan Counties, with some lands in Hinsdale and Archuleta Counties, and consists of approximately 691,150 acres of NFS lands. The Columbine geographic area shares a northern border with the Uncompahgre and Rio Grande National Forests, and with the BLM TRFO, Uncompahgre, and Gunnison Field Offices.

The social center of this geographic area is the city of Durango (with a population of approximately 16,000 people). It is the county seat for La Plata County (with a population of approximately 47,000 people). It is also the commercial center for the smaller communities of Bayfield (approximately 1,800 people), Ignacio (approximately 775 people), and Silverton (approximately 600 people; which is the San Juan County seat). Farmington, Aztec, and Bloomfield (New Mexico) have ties to the area as trade centers, support for the oil and gas industry, and recreation users (especially of La Plata Canyon).

Durango Mountain Resort (DMR) lies between Silverton and Durango, off of U.S. Highway 550. DMR has a base area on private land, with some additional base facilities and ski runs permitted on the SJNF. La Plata and San Juan Counties have approved a Planned Unit Development for the private lands adjacent to the DMR, with the potential for over 2,000 resort housing and lodging units supported by substantial commercial development. The likely increase in population adjacent to public lands will result in a need for close coordination on issues (including trail development, fuels reduction, and wildlife habitat).

Significant portions of San Juan Skyway traverse the Columbine geographic area (including as U.S. Highway 550 from Durango north to Silverton, and over Red Mountain Pass, which is the boundary with the Uncompahgre National Forest). A lower elevation portion of the skyway follows U.S. Highway 160 from Mancos Hill to Durango. The other towns in the Columbine geographic area are situated at lower elevations (and have milder climates). Durango is situated at the intersection of U.S. Highway 550 (which connects with Silverton to the north, and Aztec and Farmington, New Mexico, to the south) and U.S. Highway 160 (which connects with Cortez to the west and Pagosa Springs to the east). The city is a hub for the area. Durango is one of the more mature tourism towns in Colorado, with a historic downtown. It is supported by tourism related to the Durango-Silverton Narrow Gauge Railroad, the Animas River, DMR, Mesa Verde National Park, and the Weminuche wilderness area. Durango is one of a handful of towns that can make a good claim to the title "mountain bike capital of the world." Durango is also home to Fort Lewis College. It is the governmental, commercial, and entertainment center for southwest Colorado. Residents of Durango have easy access to public lands within the planning area. Bayfield has been a bedroom community to Durango, but is developing a significant business infrastructure of its own, which is expected to grow in the coming years.

The main river systems in the Columbine geographic area are the Animas (with headwaters above Silverton) and the Los Pinos, or Pine (with headwaters in the Weminuche wilderness). Both rivers drain into the San Juan River in northern New Mexico, which then joins the Colorado River. Water diversion for agriculture and municipal use is important on both rivers. Both river systems also contain relatively pristine stretches that are valued for their scenery and recreational opportunities.

Vallecito Reservoir is in this geographic area; it is the most developed lakeshore resort and recreation area in southwest Colorado. Above Vallecito Reservoir, and nearby Lemon Reservoir, are access points to the Weminuche wilderness. The Los Pinos River flows south from Bayfield through the town of Ignacio, which is a tri-ethnic community that serves as the headquarters of the Southern Ute Tribe. The Southern Ute Tribe has combined decades of revenues from energy production with excellent management in order to become one of the wealthiest tribes in the country.

The higher country, part of the San Juan Mountains, is characterized by steep, rugged terrain with predominantly spruce-fir, aspen, and mixed conifer forests. Much of the area to the east of U.S. Highway 550 and the Animas River is in either the Weminuche wilderness or in the Piedra Area (designated in the 1993 Colorado Wilderness Act to be managed to preserve its wilderness character). CRAs include Baldy, Florida River, Runlett Park, and smaller areas adjacent to the Weminuche wilderness area and the Piedra Area.

BLM_0033929

The Missionary Ridge Fire in 2002 burned approximately 73,000 acres in the area north of Durango (east of U.S. Highway 550), over to the western edge of the Piedra Area (east of Vallecito Reservoir). Early rehabilitation efforts have gone well; however, restoration would continue to be a concern during the life of the LRMP. Continued cooperation with local communities (including Vallecito) that were greatly affected by the fire and its aftermath will continue to be a management goal.

Much of the high country west of U.S. Highway 550 is unroaded, including the Hermosa area (which is the largest roadless area outside designated wilderness in Colorado, consisting of approximately 148,139 acres). The Hermosa Trail, which parallels the main stem of Hermosa Creek, is considered one of the top mountain bike rides in the country. The portion of the Hermosa Creek west of the trail is managed as a MA 1, with much it recommended for inclusion in the National Wilderness Preservation System. The eastern portion, including the trail, is managed as MA 3. Although this portion includes several popular motorcycle routes, non-motorized recreation is emphasized for most of the Hermosa area. The San Miguel area is another large roadless area (a significant portion of which is to be managed as a MA 1, including Engineer Mountain).

This area is characterized by low- to mid-elevation mountains, mesas, hills, and valleys with mild to moderate winters and predominantly mixed confer, ponderosa pine, pinyon-juniper, and mountain grassland vegetation. Coalbed methane reserves exist in large quantities in the northern San Juan Basin area. Most of this area was leased for oil and gas development prior to the development of this LRMP with additional development authorized by the Northern San Juan Basin Coalbed Methane EIS (BLM and USFS 2006) and ROD in 2007 (USFS and BLM 2007). Direction for the area, consistent with that ROD, is found in Section 3.25 of this LRMP.

The vast amount of undeveloped land that provides a setting for backcountry recreation is a primary reason people visit this area. Additionally, the area contains some unique access into high-elevation remote areas (including the Durango-Silverton Narrow Gauge Railroad's access to Weminuche wilderness trailheads, and historic mining roads into the high-elevation mountains around Silverton and in La Plata Canyon). Compared to the other geographic areas, the Columbine geographic area has the most trailheads providing access into the backcountry. Given local population, visitors, tourism amenities, access to the backcountry, and the proximity of other regional destinations, the Columbine geographic area experiences the greatest amount of recreation users and resulting recreation management challenges.

The economies of the communities in the Columbine geographic area have evolved towards an increasing emphasis on amenity migration (the movement of people for pleasure rather than for economic reasons), recreation tourism, and resort development, but still have ties to multiple-use management. The historic connections of La Plata County to ranching, hunting, and public land grazing are of continuing importance, as the area struggles to protect the scenic, wildlife, and cultural aspects that ranching and outfitting/guiding play in the overall appeal of the area. Although the historic ties to sawmilling have substantially diminished, the Missionary Ridge Fire was a reminder of the continued need for forest management and the economies that help support forest management on public and private lands. The fact that La Plata County is one of the top energy-producing counties in Colorado also presents multiple-use management challenges.

## Desired Conditions

3.3.1   The full spectrum of outdoor recreational opportunities, ranging from wilderness settings to in-town access, is provided. This is the result of a collaborative process for the allocation and sharing of uses and stewardship responsibilities designed to protect the quality of the human experience and health of the natural environment.

3.3.2   Extensive heritage resources remain central to the area's economy, culture, and recreational experience. Heritage resources, as well as the natural settings that make these resources so unique, are protected and sustainable.

BLM_0033930

3.3.3    Destination and resort development, especially along the river corridors, is planned, developed, and managed in order to minimize its impact on the health of surrounding landscapes, natural resources, and communities. This is the result of sustained cooperation from the land management agencies, interested citizens, state and local agencies, and developers.

3.3.4    Oil and gas development is planned, conducted, and reclaimed to a standard commensurate with the ecological, aesthetic, and human values attached to the land where the extraction is occurring.

3.3.5    Opportunities for research, particularly applied research, are fully developed with local partners (including Fort Lewis College, the Mountain Studies Institute, and the Center for Snow and Avalanche Research, as well as other interested groups and institutions).

3.3.6    Winter sports conflicts are reduced through cooperative efforts between motorized and non-motorized advocates. Some areas may emphasize one use over another, but many potential problems are resolved through agreements on locations of parking areas, grooming, and route locations. High-quality opportunities are available for both snowmobiling and backcountry skiing.

3.3.7    The wetlands and fens associated with the upper Pine River and Flint Creek watersheds in the Columbine geographic area (where a high density of fens occur) are protected and have the water sources and hydrologic systems necessary in order to support and sustain these ecosystems.

3.3.8    The wetlands and fens associated with the Lime Creek watershed and the Mountain View Crest and Molas Lake areas in the Columbine geographic area (where high concentrations of wetlands and potential fens occur) have the water sources and hydrologic systems necessary in order to support and sustain these ecosystems.

3.3.9    The Missionary Ridge wildfire area in the Columbine geographic area displays less bare soil and erosion, and a higher abundance and distribution of native herbaceous plant species.

3.3.10  The landscapes associated with the intensive gas development in the Columbine geographic area display minimal fragmentation. The major vegetation types associated with those lands, particularly the ponderosa pine forests, pinyon-juniper woodlands, and mountain shrublands, display compositions and structures similar to those that occurred before the development.

See relevant sections in Chapter 3 for specific management direction for the following areas within the Columbine geographic area:

- Wilderness (Weminuche wilderness)
- USFS recommended wilderness areas (a portion of the Hermosa CRA and the Elk Park portion of the Weminuche Adjacent CRA)
- Recommended WSR segments (Hermosa Creek and tributaries, Los Pinos and tributaries, above Vallecito Reservoir)
- RNAs (Electra and Hermosa)
- Botanical areas (Chattanooga Iron Fen)
- Archeological areas (Falls Creek)
- Scenic, historic, and backcountry byways (portions of the San Juan Skyway)
- National recreation and scenic trails (portions of the Continental Divide National Scenic Trail and the Colorado Trail)
- Special Areas (HD Mountains)

**Management Area Composition:** Table 3.3.1 shows the distribution of MAs within the Columbine geographic area.

BLM_0033931

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Table 3.3.1: Management Area Distribution in the Columbine Geographic Area**

| Management Area | Proposed Plan (Preferred Alternative) (acres) | Percentage of Geographic Area (USFS lands) |
|---|---|---|
| MA 1: natural processes dominate | 312,018 | 45.5% |
| MA 2: special areas and designations | 48,239 | 7.0% |
| MA 3: natural landscapes, with limited management | 216,800 | 31.6% |
| MA 4: high-use recreation emphasis | 33,196 | 4.8% |
| MA 5: active management (commodity production in order to meet multiple-use goals) | 61,512 | 9.0% |
| MA 7: public and private lands intermix | 8,650 | 1.3% |
| MA 8: highly developed areas | 5,632 | 0.8% |
| **Total** | **686,047** | **100%** |

## 3.4 Pagosa Ranger District Geographic Area (San Juan National Forest)

The Pagosa geographic area is the easternmost geographic area in the planning area. It is bounded by the Continental Divide (the boundary with the Rio Grande National Forest) on the north and the east. It is predominantly situated in Archuleta, Hinsdale, and Mineral Counties, with some lands in Rio Grande and Conejos Counties. The Pagosa Ranger District consists of approximately 585,770 acres of NFS lands.

The social center of the geographic area is the town of Pagosa Springs (with a population of approximately 1,620 people). Although Pagosa Springs is the only incorporated town in the geographic area, much of the population of Archuleta County (with a population of approximately 10,000 people) is in low-density residential and second-home enclaves, most notably in the Pagosa Lakes area. The geographic area includes significant acres of Hinsdale and Mineral Counties, but the towns, as well as almost all of the population of those counties, are situated north of the Continental Divide and the Weminuche wilderness area (with little social connection and limited road access to the residents and businesses in the Pagosa geographic area).

Pagosa Springs sits at the intersection of U.S. Highway 160 (before the road turns north to head over Wolf Creek Pass) and U.S. Highway 84 (which heads south into northern New Mexico). Pagosa Springs was historically a compact sawmill and ranching town, with a Hispanic and pioneer Anglo ranching and sawmilling culture supported by productive forest land and livestock grazing. The area has long-standing ties with people coming out of Texas and New Mexico in the summer (to where it is cool and green) and from around the county in the fall (many to hunt big game). Besides the pleasant climate, the area is known for outstanding scenery. Many winter visitors to Wolf Creek Ski Area, as well as backcountry skiers and snowmobilers, stay in Pagosa Springs (rather than in South Fork, which is on the other side of Wolf Creek Pass).

On a percentage basis, Archuleta County is the fastest growing county in southwest Colorado. Amenity migration and second-home development began in the 1970s (with the development in the Pagosa Lakes area west of Pagosa Springs) and now fills most of the triangle of developable land between U.S. Highway 160, the Piedra Road, and the forest boundary east of Martinez Creek. Similar development has pushed against the USFS boundary to the west of Pagosa Springs and north of U.S. Highway 160. Much of the NFS lands around Pagosa Springs are in MA 7 settings (public and private lands intermix), which reflects this development. In addition to fire risk reduction in these areas, development of trails and recreation opportunities and the protection of wildlife habitat (especially winter range) are important.

The main river systems in this geographic area are the Piedra River (which has headwaters in the Weminuche wilderness area) and the San Juan River (with the headwaters of the West Fork of the San Juan beginning north of Pagosa Springs in the Weminuche wilderness area, and the East Fork of the San

BLM_0033932

Juan beginning northeast of Pagosa Springs in the South San Juan wilderness area). These rivers, and their tributaries, are important for recreation and scenic quality, as well as for irrigation and domestic water supplies. They also support a diverse mix of aquatic habitats and riparian and wetland ecosystems that contribute to the ecologic and economic values of the area.

Approximately 85% of the public lands in the Pagosa geographic area are in the South-Central Highlands Section (including portions of the Weminuche wilderness area, the South San Juan wilderness area, and the Piedra Area). The Treasure Mountain and Turkey Creek CRAs (which lie between the Weminuche and the South San Juan wilderness areas) contain important linkages and corridors for wildlife movement. Other IRAs include Graham Peak and areas adjacent to the Weminuche and South San Juan wilderness areas and the Piedra Area. These areas are managed, for the most part, in order to preserve their undeveloped character.

At middle and lower elevations in this geographic area, there is an extensive network of roads, primarily left by historical logging. These roads support many forms of dispersed recreational use and camping, and are heavily used during hunting season. Restoration-oriented logging is expected in the ponderosa pine and mixed conifer forest found in this area. This area receives more precipitation than most of the Southwest and has good growing conditions for timber. Large trees, including aspen, are common.

Having moderate climates, the lower elevation mountains, mesas, and valleys are dominated by mountain grasslands, and mixed conifer, ponderosa pine, and pinyon-juniper woodlands, where human settlement has evolved. Much of the human development in the Pagosa geographic area is at the interface with forest lands, presenting wildfire hazard mitigation challenges that are being actively addressed through county policy, community wildfire protection planning, and mitigation.

A related challenge is the network of access roads connecting U.S. Highway 160 and U.S. Highway 84 to the SJNF. These roads provide access to residential subdivisions and other private in-holdings. They also provide recreation access to public lands for local visitors, as well as for visitors from out of the area. The pressure on these roads presents maintenance demands and costs that must be worked out collaboratively among local, state, and other federal agencies; property owners; and public land users. Growth in the Pagosa geographic area has reached a point where more domestic water and water storage are needed in order to meet increasing demand. This requires continued cooperation, in terms of exploring alternatives that involve storage and/or diversion facilities located on federal lands (where protecting the ecological integrity of affected stream channels is mandated).

The Pagosa geographic area's most striking heritage resource is the Chimney Rock National Monument. The user-supported interpretive tours, special events, and visitor center at this unique pre-Puebloan site are conducted and staffed by a very active group of volunteer citizens.

## Desired Conditions

3.4.1   Management activities maintain or enhance the ecological sustainability and integrity of the area. The demands of residents and users are balanced with the protection of watersheds, wildlife habitat, vegetation, soil productivity, and undisturbed natural areas.

3.4.2   The Pagosa geographic area is a destination for hunters, hikers, and motor vehicle enthusiasts. It promotes partnerships and responsible stewardship in all recreational uses of the public lands.

3.4.3   The local economy is supported and diversified by agency activities and programs (including maintaining roads, facilities, and campgrounds; supporting stewardship and partnerships; and providing a wide spectrum of recreation and tourism opportunities).

3.4.4   The USFS recognizes the needs of the area's growing population of residents and visitors. SJNF facilities (including roads, bridges, campgrounds, and trailheads) are designed and maintained to the proper standards for safe and efficient access to public lands.

BLM_0033933

3.4.5   The SJNF actively cooperates with local governments, residents, and land users in order to maintain and enhance the safety and enjoyment of the public lands. This is accomplished through the protection of scenery, the mitigation of WUI fire danger, and land ownership adjustments.

3.4.6   White fir is less abundant in the warm-dry and cool-moist mixed conifer forests of the Pagosa geographic area. The rare bristlecone pine forests that only occur in the Pagosa geographic area are protected and sustainable.

Please see relevant sections in Chapter 3 for specific management direction for the following areas within the Pagosa geographic area:

- Wilderness (Weminuche and South San Juan)
- Other Congressional designations (Piedra Area)
- USFS recommended wilderness areas (portions of the Turkey Creek, Monk Rock, and Weminuche Adjacent CRAs)
- Recommended WSR segments (the Piedra River, from U.S. Highway 160 to the Forks; East Fork of the Piedra, north of the wilderness boundary; Middle Fork of the Piedra; and West and East Fork of the San Juan River)
- Chimney Rock National Monument
- RNAs (Williams Creek, Martinez Creek, Hidden Mesas, Navajo River, Piedra, Porpyry Gulch)
- Botanical areas (O'Neal Hill, site of the globally rare Pagosa Springs bladderpod [*Lesquerella pruinosa*]).
- National recreation and scenic trails (portions of the Continental Divide National Scenic Trail).

**Management Area Composition:** Table 3.4.1 shows the distribution of MAs within the Pagosa geographic area.

**Table 3.4.1: Management Area Distribution in the Pagosa Geographic Area**

| Management Area | Proposed Plan (Preferred Alternative) (acres) | Percentage of Geographic Area (USFS lands) |
|---|---|---|
| MA 1: natural processes dominate | 252,073 | 43.3% |
| MA 2: special areas and designations | 9,104 | 1.6% |
| MA 3: natural landscapes, with limited management | 169,699 | 29.2% |
| MA 4: high-use recreation emphasis | 8,615 | 1.5% |
| MA 5: active management (commodity production in order to meet multiple-use goals) | 100,439 | 17.3% |
| MA 7: public and private lands intermix | 40,909 | 7.0% |
| MA 8: highly developed areas | 821 | 0.1% |
| **Total** | **581,660** | **100%** |

BLM_0033934

## 3.5   Management Areas (San Juan National Forest)

MA designations apply to all SJNF lands within the planning area, but not to TRFO lands. MAs describe the intensity of management that can be expected within each MA, ranging from areas where natural processes dominate and shape the landscape to areas that are intensely managed. In addition to the level of management, MAs also provide a general sense of how the landscape will appear and identify uses and activities that are allowed. To varying degrees, multiple uses occur within all the MAs. The allowable use tables for each MA portray the suitability determinations made under the grazing, timber, and travel programs in Chapter 2 as they apply to each MA, and also identify additional uses that are listed as allowable, restricted, or prohibited (if there are discrepancies between allowable use tables and grazing, timber, or travel suitability maps, the suitability map takes precedence). Table 3.5.1 identifies the distribution of MAs across the SJNF (see also Figure 3.5).

**Table 3.5.1 Management Area Allocations on San Juan National Forest Lands**

| Management Area | Acres | Percent of SJNF |
|---|---|---|
| MA 1 Natural Processes Dominate | 598,517 | 32.1% |
| MA 2 Special Areas and Designations | 91,985 | 4.9% |
| MA 3 Natural Landscapes, with Limited Management | 596,119 | 32.0% |
| MA 4 High-Use Recreation Emphasis | 69,864 | 3.7% |
| MA 5 Active Management (commodity production in order to meet multiple-use goals) | 451,730 | 24.2% |
| MA 7 Public and Private Lands Intermix | 49,560 | 2.7% |
| MA 8 Highly Developed Areas | 7,056 | 0.4% |
| **Total** | **1,864,831** | **100%** |

Some exceptions may apply to activities, particularly those activities that are pursuant to reserved or outstanding rights, or as provided by statute or treaty. Additionally, there are 566,100 acres of CRAs on the SJNF. CRAs are governed by the Colorado Roadless Rule and may have additional restrictions beyond the general suitability identified by MAs. When guidance in a forest plan is more restrictive than direction described in the Colorado Roadless Rule, actions must be consistent with the more restrictive direction.

BLM_0033935

# Management Areas
## San Juan National Forest
### Figure 3.5



## Management Area 1 (MA 1): Natural Processes Dominate

These relatively pristine lands are places where natural ecological processes operate free from human influences. Succession, fire, insects, disease, floods, and other natural processes and disturbance events shape the composition, structure, and landscape patterns of the vegetation. These areas contribute significantly to ecosystem and species diversity and sustainability, serve as habitat for fauna and flora, and offer wildlife corridors, reference areas, primitive recreation opportunities, and places for people seeking natural scenery and solitude. Roads and human structures are absent and management activities are limited on MA 1 lands. Motorized travel, and in most cases, motorized equipment are prohibited. MA 1 areas include designated wilderness areas, the Piedra Area, WSAs, and other lands where a primary desired condition is to maintain the undeveloped natural character of the landscape. See Table 3.5.2 for a list of allowable, restricted, and prohibited uses within MA 1.

**Table 3.5.2: Management Area 1 Allowable Uses**

| Activities and Uses | Allowable - Restricted - Prohibited |
|---|---|
| Fire managed for resource benefit | Allowable |
| Prescribed burning | Allowable |
| Mechanical fuels treatment | Restricted (allowable when meeting desired conditions of the area) |
| Timber production (scheduled on a rotation basis) | Prohibited |
| Timber harvesting as a tool | Prohibited |
| Commercial use of special forest products and firewood | Prohibited |
| Land use ROWs, special use permits, and utility corridors | Prohibited |
| Livestock grazing | Allowable |
| Facilities | Prohibited |
| Motorized (summer) | Prohibited |
| Motorized (winter) | Prohibited |
| Non-motorized (summer and winter) | Allowable |
| Mechanical transport | Restricted (mountain bikes are allowable in MA 1 landscapes outside designated wilderness) |
| Road construction (permanent or temporary) | Prohibited |
| Minerals - leasable (oil and gas, and other) | Restricted (designated wilderness, WSAs, and the Piedra Area are withdrawn from mineral leasing; a NSO stipulation would be applied to CRAs outside designated wilderness) |
| Minerals - locatable | Prohibited (wilderness areas are withdrawn from locatable mineral entry, subject to valid and existing rights; other MA 1 areas are open to mineral entry, but impacts to natural resource must be minimized; the agency can petition for the area to be withdrawn from mineral entry) |
| Minerals - saleable (materials) | Prohibited |

## Management Area 2 (MA 2): Special Areas and Designations

These areas possess one or more special feature or characteristic that makes them, and their management, unique from other areas within the planning area. MA 2 areas include RNAs, archeological areas, habitat areas, botanical areas, and other unique areas that have a mix of special features and uses. In general, MA 2 areas are managed in order to protect or enhance their unique characteristics; therefore, management intensity and suitability varies by each area. See subsequent sections in Chapter 3 of this LRMP for specific management direction for these MA 2 areas.

BLM_0033937

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

## Management Area 3 (MA 3): Natural Landscapes with Limited Management

MA 3 lands are relatively unaltered places where natural ecological processes operate primarily free from human influences. Succession, fire, insects, disease, floods, and other natural processes and disturbance events predominantly shape the composition, structure, and landscape patterns of the vegetation. These areas contribute to ecosystem and species diversity and sustainability, serve as habitat for fauna and flora, and offer wildlife corridors, reference areas, primitive and semi-primitive recreation opportunities, and places for people seeking natural scenery and solitude.

On the SJNF, approximately 47% of the MA 3 lands are within CRAs. Management activities are allowed in MA 3 areas but are more limited in the CRAs. For MA 3 lands that are not CRAs, roads, infrastructure, and management activities are more common. Management activities include habitat and ecosystem restoration, livestock grazing, wildland fire and prescribed burning, hazardous fuels reduction, salvage logging following fire, insect epidemics and/or wind events, and invasive species treatments. Motorized equipment may be used, and temporary road construction is allowed; however, most roads would be closed upon project completion. Most MA 3 areas emphasize non-motorized recreation opportunities, but motorized travel occurs in some areas on existing roads and motorized trails. Most MA 3 lands are available for fluid mineral leasing with specific resource stipulations; however, surface occupancy and road construction is prohibited (i.e., NSO stipulation) in CRAs. See Table 3.5.3 for a list of allowable, restricted, and prohibited uses within MA 3.

**Table 3.5.3: Management Area 3 Allowable Uses**

| Activities and Uses | Allowable - Restricted - Prohibited |
|---|---|
| Fire managed for resource benefit | Allowable |
| Prescribed burning | Allowable |
| Mechanical fuels treatment | Allowable |
| Timber production (scheduled on a rotation basis) | Prohibited |
| Timber harvesting as a tool | Allowable |
| Commercial use of special forest products and firewood | Allowable |
| Land use ROWs, special use permits, and utility corridors | Restricted (development may be conditioned or prohibited in CRAs and lands managed for wilderness characteristics) |
| Livestock grazing | Allowable |
| Facilities | Restricted (development may be prohibited in CRAs and lands managed for wilderness characteristics) |
| Motorized (summer) | Restricted (motorized travel may occur in some MA 3 locations on designated routes) |
| Motorized (winter) | Restricted (oversnow motorized travel may occur in some MA 3 locations) |
| Non-motorized (summer and winter) | Allowable |
| Mechanical transport | Allowable |
| Road construction (permanent or temporary) | Restricted (temporary road construction may occur in some MA 3 locations in order to achieve resource desired conditions; exceptions may apply for valid existing rights; additional road construction would also be allowed subject to valid existing rights and terms of development authorization) |
| Minerals - leasable (oil and gas, and other) | Restricted (special lease stipulations [i.e., NSO, CSU, TL] may apply to specific resources within MA 3 areas) |
| Minerals - locatable | Allowable (open to mineral entry per the 1872 Mining Law; however, the exploration and development of mining claims may be subject to restrictions to protect resources) |
| Minerals - saleable (materials) | Restricted (limited road access and other constraints in MA 3 landscapes may limit or preclude mineral collection.) |

BLM_0033938

## Management Area 4 (MA 4): High-Use Recreation Emphasis

These areas are places with relatively high levels of recreation use that is managed in order to provide a wide variety of opportunities and experiences to a broad spectrum of visitors. They are associated with, and often provide, access to popular destinations, transportation corridors, scenic byways, scenic vistas, lakes, and streams. Developed recreation facilities that provide user comfort and resource protection are present.

These areas tend to be altered by human activities, but also include some more undeveloped places (including backcountry travel corridors). Visitors can expect to see a wide range of human activities and development (including roads, trails, interpretive sites, campgrounds, trailheads, fences, and day-use facilities). Both motorized and non-motorized activity is common. Natural ecological processes and disturbance agents (including succession and fire) are often influenced by humans on most of these lands. Resource uses (including livestock grazing, timber management, and wildlife management) may occur in conjunction with surrounding recreation and scenic objectives. Mineral development, mining, and alternative energy infrastructure is generally not compatible within MA 4 areas, e.g., in developed recreation sites or along scenic corridors. See Table 3.5.4 for a list of allowable, restricted, and prohibited uses within MA 4.

**Table 3.5.4: Management Area 4 Allowable Uses**

| Activities and Uses | Allowable - Restricted - Prohibited |
|---|---|
| Fire managed for resource benefit | Restricted (may be used in order to meet desired conditions on adjacent lands) |
| Prescribed burning | Allowable |
| Mechanical fuels treatment | Allowable |
| Timber production (scheduled on a rotation basis) | Prohibited |
| Timber harvesting as a tool | Allowable |
| Commercial use of special forest products and firewood | Restricted (restrictions may apply within developed recreation areas) |
| Land use ROWs, special use permits, and utility corridors | Allowable |
| Livestock grazing | Restricted (restrictions may apply within developed recreation areas) |
| Facilities | Allowable |
| Motorized (summer) | Allowable |
| Motorized (winter) | Allowable |
| Non-motorized (summer and winter) | Allowable |
| Mechanical transport | Allowable |
| Road construction (permanent or temporary) | Allowable |
| Minerals - leasable (oil and gas, and other) | Restricted (special lease stipulations [i.e., NSO, CSU, TL] may apply to specific resources within MA 4 areas) |
| Minerals - locatable | Allowable (open to mineral entry per the 1872 Mining Law; however, the exploration and development of mining claims may be subject to restrictions to protect resources) |
| Minerals - saleable (materials) | Restricted (generally not compatible within developed recreation areas or scenic corridors) |

## Management Area 5 (MA 5): Active Management

These multiple-use areas are places where active management occurs in order to meet a variety of social, economic, and ecological objectives. They are easily accessible, occurring mostly on roaded landscapes and relatively gentle terrain. These are lands where timber harvesting, oil and gas activities, and intensive livestock grazing occur and influence the composition, structure, and landscape patterns of the vegetation. Natural ecological processes and disturbance agents (including succession and fire) are often influenced by humans on many of these lands. A mosaic of vegetation conditions is often present, some showing the effects (impacts) of past management activities, others appearing predominantly natural. These areas contribute to ecosystem and species diversity and serve as habitat for fauna and flora.

BLM_0033939

In MA 5 areas, visitors can expect to see a wide range of human activities, development, and management investments (including roads, trails, fences, corrals, stock ponds, timber harvesting equipment, oil and gas wells, and livestock). Maintenance of past and current investments is anticipated to be continued for future management opportunities. Motorized and non-motorized recreation opportunities are easily accessed by the relatively dense network of roads found on these lands. Hiking trails provide access for visitors (who can expect contact with others). Developed recreation facilities that provide user comfort and resource protection are present. See Table 3.5.5 for a list of allowable, restricted, and prohibited uses within MA 5.

**Table 3.5.5: Management Area 5 Allowable Uses**

| Activities and Uses | Allowable - Restricted - Prohibited |
|---|---|
| Fire managed for resource benefit | Allowable |
| Prescribed burning | Allowable |
| Mechanical fuels treatment | Allowable |
| Timber production (scheduled on a rotation basis) | Allowable |
| Timber harvesting as a tool | Allowable |
| Commercial use of special forest products and firewood | Allowable |
| Land use ROWs, special use permits, and utility corridors | Allowable |
| Livestock grazing | Allowable |
| Facilities | Allowable |
| Motorized (summer) | Allowable |
| Motorized (winter) | Allowable |
| Non-motorized (summer and winter) | Allowable |
| Mechanical transport | Allowable |
| Road construction (permanent or temporary) | Allowable |
| Minerals - leasable (oil and gas, and other) | Allowable (special lease stipulations [i.e., NSO, CSU, TL)] may apply to specific resources within MA 5 areas) |
| Minerals - locatable | Allowable (open to mineral entry per the 1872 Mining Law; however, the exploration and development of mining claims may be subject to restrictions to protect resources) |
| Minerals - saleable (materials) | Allowable |

## Management Area 7 (MA 7): Public and Private Lands Intermix

These areas are places where the public lands within the planning area are in close proximity to private lands; therefore, coordination with communities and local governments is essential in order to balance the needs of both parties. MA 7 areas are often associated with towns and cities, as well as with the houses, structures, people, and values associated with them. Visitors can expect to see a wide range of human activities and development (including roads, trails, fences, signs). In some MA 7 areas, oil and gas development is evident.

The proximity of these areas to private lands makes them a priority for fuels and vegetation treatments in order to reduce wildfire hazards. The backyard or rural recreation setting provided by many of these lands is an amenity to the active lifestyles and quality of life for local residents. Hiking, biking, and dog-walking are common activities. These areas contribute to ecosystem and species diversity, and serve as habitat for fauna and flora. Winter range for deer and elk is a common component of MA 7 areas, as are seasonal closures in order to reduce animal disturbance. Natural ecological processes and disturbance agents (including succession and fire) are influenced by humans on most of these lands.

BLM_0033940

Land exchanges, acquisitions, and disposals can be undertaken in order to improve the intermingled land ownership patterns that are common in MA 7 areas. Cooperation with adjacent landowners and local governments is common in order to improve access and convey roads to county jurisdictions, where appropriate. Cooperation is also be important in order to improve the transportation network, enhance protect resources, and allow authorized legitimate access to public lands. Utility and communication distribution lines tend to be more common in these areas. See Table 3.5.6 for a list of allowable, restricted, and prohibited uses within MA 7.

**Table 3.5.6: Management Area 7 Allowable Uses**

| Activities and Uses | Allowable - Restricted - Prohibited |
|---|---|
| Fire managed for resource benefit | Prohibited |
| Prescribed burning | Allowable |
| Mechanical fuels treatment | Allowable |
| Timber production (scheduled on a rotation basis) | Prohibited |
| Timber harvesting as a tool | Allowable |
| Commercial use of special forest products and firewood | Allowable |
| Land use ROWs, special use permits, and utility corridors | Allowable |
| Livestock grazing | Allowable |
| Facilities | Allowable |
| Motorized (summer) | Allowable |
| Motorized (winter) | Allowable |
| Non-motorized (summer and winter) | Allowable |
| Mechanical transport | Allowable |
| Road construction (permanent or temporary) | Allowable |
| Minerals - leasable (oil and gas, and other) | Allowable (special lease stipulations [i.e., NSO, CSU, TL] may apply to specific resources within MA 7 areas) |
| Minerals - locatable | Allowable (open to mineral entry per the 1872 Mining Law; however, the exploration and development of mining claims may be subject to restrictions to protect resources) |
| Minerals - saleable (materials) | Allowable (depending on location and resources present, resource restrictions may apply as identified in the LRMP standards and guidelines) |

## Management Area 8 (MA 8): Highly Developed Areas

These lands are places that have been altered with long-term development (including downhill ski areas and large dams). In these areas, human activities have created lasting changes in the composition, structure, and function (ecological processes and disturbance agents) of the associated ecosystems. These areas, which often provide large socioeconomic benefits, include DMR and the McPhee Dam. Mineral development, mining, and alternative energy infrastructure is generally not compatible within MA 8 areas, e.g., within downhill ski areas and dams. See Table 3.5.7 for a list of allowable, restricted, and prohibited uses within MA 8.

BLM_0033941

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Table 3.5.7: Management Area 8 Allowable Uses**

| Activities and Uses | Allowable - Restricted - Prohibited |
|---|---|
| Fire managed for resource benefit | Prohibited |
| Prescribed burning | Allowable |
| Mechanical fuels treatment | Allowable |
| Timber production (scheduled on a rotation basis) | Prohibited |
| Timber harvesting as a tool | Allowable |
| Commercial use of special forest products and firewood | Restricted |
| Land use ROWs, special use permits, and utility corridors | Allowable |
| Livestock grazing | Restricted |
| Facilities | Allowable |
| Motorized (summer) | Allowable |
| Motorized (winter) | Allowable |
| Non-motorized (summer and winter) | Allowable |
| Mechanical transport | Allowable |
| Road construction (permanent or temporary) | Allowable |
| Minerals - leasable (oil and gas, and other) | Restricted (stipulated with NSO to protect facilities) |
| Minerals - locatable | Allowable (open to mineral entry per the 1872 Mining Law; however, MA 8 areas contain a provision for assessing the affected area for future mineral withdrawal and/or segregation) |
| Minerals - saleable (materials) | Restricted (depending on location and resources present, restrictions may apply as identified in the LRMP standards and guidelines) |

BLM_0033942

## 3.6   Wilderness Areas and Wilderness Study Areas

Wilderness is a unique and vital resource. In addition to offering primitive recreation opportunities, it is valuable for its scientific and educational uses, as a benchmark for ecological studies, and for the preservation of historical and natural features.

The Wilderness Act of 1964 defines wilderness as:

> A wilderness, in contrast with those areas where man and his own works dominate the landscape, is hereby recognized as an area where the earth and its community of life are untrammeled by man, where man himself is a visitor who does not remain. An area of wilderness is further defined to mean in this chapter an area of undeveloped Federal land retaining its primeval character and influence, without permanent improvements or human habitation, which is protected and managed so as to preserve its natural conditions and which (1) generally appears to have been affected primarily by the forces of nature, with the imprint of man's work substantially unnoticeable; (2) has outstanding opportunities for solitude or a primitive and unconfined type of recreation; (3) has at least five thousand acres of land or is of sufficient size as to make practicable its preservation and use in an unimpaired condition; and (4) may also contain ecological, geological, or other features of scientific, educational, scenic, or historical value.

Federal agencies manage wilderness resources in a manner that ensures that their character and values are dominant and enduring. Wilderness management must be adapted over time in order to ensure their present and future availability and enjoyment as wilderness. Wilderness is managed in order to ensure that human influence does not impede the free play of natural forces or interfere with natural succession in the ecosystems, and to ensure that wilderness areas offer outstanding opportunities for solitude and/or for a primitive and unconfined type of recreation. Wilderness is also managed as one resource rather than a series of separate resources (FSM 2320.6).

There are three wilderness areas on USFS-administered lands, as well as the Piedra Area (USFS), which is a Congressionally designated area managed to preserve its wilderness characteristics (see Figure 3.6). Wilderness areas are managed by USFS policy outlined in FSM 2320. Specifically, the wilderness areas and the Piedra Area are managed under the San Juan-Rio Grande National Forests Wilderness Management Direction (USFS 1998a) that is incorporated by reference as part of this LRMP.

There are eight WSAs on BLM-administered lands within the planning area (see Figure 3.6). These WSAs are areas that were found to have wilderness characteristics during the original wilderness inventory that was conducted from 1978 to 1980 as directed by Section 603 of the FLPMA. This inventory focused on roadless areas of public lands of 5,000 acres or more, areas of less than 5,000 acres that had wilderness characteristics in association with contiguous roadless lands managed by another agency, and areas of less than 5,000 acres that had wilderness characteristics and could practicably be managed to keep those characteristics in an unimpaired condition. Other sections within the FLPMA provide additional authority to designate WSAs; however, all WSAs within the TRFO's jurisdiction were designated through the authority found in Section 603.

Section 603 also provides direction to the BLM on the management of WSAs and states, "During the period of review of such areas and until Congress has determined otherwise, the Secretary shall continue to manage such lands according to his authority under this Act and other applicable law in a manner so as not to impair the suitability of such areas for preservation as wilderness." This language is referred to as the "non-impairment" mandate.

BLM WSAs were designated in the 1980s, and a final agency recommendation was forwarded to the President in 1991. Unless released by Congress from wilderness review, WSAs would continue to be managed in accordance with BLM Manual 6330 (July 13, 2012). If the WSAs are released, they would be managed in accordance with the direction provided in the desired conditions below. See Table 3.6.1 for a listing of the existing wilderness areas, the Piedra Area, and WSAs.

BLM_0033943

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Table 3.6.1: Wilderness Areas and Wilderness Study Areas**

| Area Name and Type | Acres |
|---|---|
| **Wilderness Areas** | |
| Weminuche | 328,270 |
| South San Juan | 71,593 |
| Lizard Head | 20,658 |
| **Total** | **420,521** |
| **Piedra Area** | **60,400** |
| **Wilderness Study Areas** | |
| Weber Mountain | 6,300 |
| Dolores River Canyon | 16,781 |
| Handies Peak | 1,041 |
| Menefee Mountain | 7,303 |
| McKenna Peak | 20,902 |
| West Needles Contiguous | 960 |
| Whitehead Gulch | 1,870 |
| Weminuche Contiguous | 1,419 |
| **Total** | **56,576** |

## Desired Conditions

3.6.1   WSAs released by Congress from wilderness review would be managed for existing values and uses, such as primitive and unconfined recreation, opportunities for solitude, naturalness, roadlessness, livestock grazing, forest resources, and biodiversity. The visual quality of WSAs released from wilderness review would be managed under the VRM class of adjacent BLM public lands. Where more than one VRM class lies adjacent to a WSA, an interdisciplinary team would decide the VRM class of the released WSA.

BLM_0033944

# Recommended Wilderness
## San Juan National Forest and Tres Rios Field Office
### Figure 3.6



BLM_0033945

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

## 3.7    Recommended Wilderness Areas (San Juan National Forest)

Using criteria from USFS directives, the SJNF used its inventory of roadless lands as part of the process for revising the LRMP to identify lands exhibiting "roadless character." These areas were further examined to determine whether they possess wilderness characteristics using criteria from the Wilderness Act and FSH 1909.12. With regard to size, these areas must contain 5,000 or more acres, or they can contain less than 5,000 acres, but must be contiguous to existing wilderness areas or areas that are recommended for wilderness under other federal ownerships.

Twenty-one areas (totaling approximately 555,815 acres) are included in the SJNF inventory as having "roadless character." These areas were analyzed for their potential inclusion in the National Wilderness Preservation System (see Appendix C). The SJNF recommends the following areas for inclusion in the National Wilderness Preservation System (see Figure 3.6):

- portions of the Hermosa CRA (50,850 acres);
- portions of the Lizard Head CRA (2,632 acres);
- portions of the Weminuche Adjacent CRA (specifically, Elk Park and Monk Rock, totaling 740 acres); and
- portions of the Turkey Creek CRA (664 acres).

These areas will be managed to maintain their wilderness characteristics until Congress designates them as wilderness or releases them for other multiple-use management (in which case, they would be managed under MA 1).

## 3.8    Lands Managed for Wilderness Characteristics (Tres Rios Field Office)

In addition to the initial wilderness review required by Section 603 of the FLMPA that led to the creation of WSAs, the Secretary of the Interior is also required to "maintain on a continuing basis an inventory of all public lands and their resource and other values," which encompasses wilderness characteristics as a resource (FLPMA, Section 201).

In July 2011 the BLM Director reaffirmed this responsibility via BLM IM No. 2011-154 (BLM 2011h), which directed field units to review and update their inventory of lands for their wilderness characteristics and established a uniform protocol for doing so. The same IM emphasized that such an inventory "shall not, of itself, change or prevent change of the management or use of the lands." Rather, the findings of the wilderness characteristics inventory are to be considered among all other resource values and potential resource uses during the land use planning process.

Per the guidance found in IM 2011-154 (which became policy as BLM Manual 6310 in July 2012), an inventory was conducted to determine the presence or absence of wilderness characteristics throughout the TRFO.  Where these characteristics were found, discrete units were identified as "lands with wilderness characteristics." Lands with wilderness characteristics can generally be defined as unroaded BLM public land areas greater than 5,000 acres in size that have maintained their primitive character and are primarily undeveloped. The wilderness characteristics inventory process further includes unroaded areas of any size adjacent to lands currently managed to protect wilderness characteristics, including those lands managed by other agencies. IM No. 2011-154 (BLM 2011h) also establishes a protocol for defining "roads" for the purposes of this inventory.

The FEIS alternatives analyze various strategies for managing these areas, and the BLM is not required to manage them in a particular manner as long as inventories are current and impacts to wilderness characteristics are analyzed and considered among the various other resources present in each unit. A detailed discussion of the wilderness characteristics inventory and evaluation process, and its results, is found in Appendix O.  The EIS analysis, which takes into consideration the management of multiple resources, also guides the decision process for which lands with wilderness characteristics will be

BLM_0033946

managed for protection. Figure 3.8 identifies the lands that will be managed for wilderness characteristics, and Table 3.8.1 provides the acreage and a description of the location of the units that will be managed for wilderness characteristics.

**Table 3.8.1: BLM Lands Managed for Wilderness Characteristics**

| Unit Number | General Location | Acres |
|---|---|---|
| CO-030-301b | Snaggletooth area of Dolores River | 10,723 |
| CO-030-290h | Coyote Wash | 1,144 |
| **Total acres** | | **11,867** |

## Desired Conditions

3.8.1   Wilderness characteristics are present and preserved within the lands described in Table 3.8.1 and identified on Figure 3.8.

## Standards

3.8.2   Lands described in Table 3.8.1 and identified on Figure 3.8 must be managed in accordance with the following management actions and allowable uses:

3.8.2a   Lands managed for wilderness characteristics are not available for location of new rights-of-way under any conditions (they are identified as exclusion areas). Modification of existing authorizations that would add new disturbance outside the boundary of the existing right-of-way is prohibited; adjustments to existing rights-of ways or other authorizations may be allowed if impacts to wilderness characteristics are reduced or eliminated.

3.8.2b   Lands managed for wilderness characteristics are closed to new road construction.

3.8.2c   Lands managed for wilderness characteristics are closed to motorized and mechanized travel (summer and winter), with the exception of access related to valid existing rights.

3.8.2d   Lands managed for wilderness characteristics are closed to mineral materials sales.

3.8.2e   Extractive commercial uses are prohibited.

3.8.2f   Personal product removal permits are restricted to uses that that preserve or enhance wilderness characteristics.

3.8.2g   Lands managed for wilderness characteristics are managed under VRM Class II.

3.8.2h   Construction of new structures and facilities is restricted to activities that preserve or enhance wilderness characteristics or those necessary for the management of other uses allowed under this LRMP.

3.8.2i   Lands managed for wilderness characteristics must be retained in federal ownership.

BLM_0033947



# Lands Managed for Wilderness Characteristics
## Tres Rios Field Office
## Figure 3.8

**Legend**

- ⬛ Lands Managed for Wilderness Characteristics
- ☐ San Juan National Forest
- ☐ Tres Rios Field Office
- ⬚ Chimney Rock National Monument
- — State & Federal Highways
- ⬛ Bureau of Land Management
- ⬛ National Forest

0  3.5  7  14  Miles



Area of Detail

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

N

JER
NAD 83, Polyconic Projection
July 2, 2013

San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan

BLM_0033948

## 3.9   Wild and Scenic Rivers

### Introduction

Congress enacted the Wild and Scenic Rivers Act (WSRA) in 1968 in order to preserve the free-flowing condition, water quality, and outstandingly remarkable values (ORVs) of select rivers. The WSRA directs that each river in the National Wild and Scenic Rivers System be administered in a manner that protects and enhances its outstanding natural and cultural values. The WSRA allows existing uses of a river to continue and future uses to be considered (as long as the use does not conflict with the protection of river values).

WSRA Section 5(d)(1) directs federal agencies to consider the potential of all rivers and streams for inclusion in the National Wild and Scenic Rivers System during their planning processes. All streams and rivers within the planning area were assessed as to their WSR eligibility and suitability. The FEIS describes the process used for the planning area (also see Appendix D for additional details).

In order to be found suitable for WSR status, rivers must meet the following criteria:

- they must be free-flowing (not in a reservoir and having mostly natural banks);
- they must have at least one ORV (ORVs can be in relation to fish, wildlife, recreation, scenery, ecology, cultural, historic, and/or other resource);
- their free-flowing character, water quality, and ORVs should be protected, even if there are other competing uses; and
- their WSR status would be the best method for protecting their ORVs.

During the planning process, the SJNF and TRFO determined the appropriate development level of rivers within the planning area. This was based on water resources development, shoreline development, and accessibility. These constitute a river's classification as "wild," "scenic," or "recreation." Table 3.9.1 lists the rivers that have been found to be suitable for WSR status (see also Figure 3.9).

These rivers may eventually be designated as part of the National Wild and Scenic River System by the Secretary of the Interior or as the result of an Act of Congress (Secretarial designation requires that the state governor make application to the Secretary of the Interior). The identification of rivers as suitable through this land management planning process does not trigger any water rights or other protections under the WSRA. In order to manage the rivers for their potential inclusion into the National Wild and Scenic River System, existing authorities will be used to protect the identified river's free-flowing character, water quality, ORVs, and recommended classification (details of the interim protective management are listed in FSM 1990.12_80 and BLM Manual 6400). Previous land management plans had similar direction and have provided protection for the ORVs of the Los Pinos River, the Piedra River, and the Dolores and West Dolores Rivers over the past several decades.

**Table 3.9.1: Miles of River Segments Suitable for Wild and Scenic River Status by Class**

| River Segment | Agency | Wild | Scenic | Recreation | Total |
|---|---|---|---|---|---|
| Dolores River - McPhee To Bedrock | BLM | 48.33 | 23.10 | 36.89 | 108.32 |
| Coyote Wash | BLM | 7.60 | | | 7.60 |
| **Dolores Totals** | | **55.93** | **23.10** | **36.89** | **115.92** |
| Animas River - Bakers Bridge to Sultan Creek | FS | | | 27.19 | 27.19 |
| Mineral Creek | FS | | | 8.65 | 8.65 |
| South Fork Mineral Creek | FS | | | 7.41 | 7.41 |
| **Animas River Totals** | | | | **43.25** | **43.25** |

BLM_0033949

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| River Segment | Agency | Wild | Scenic | Recreation | Total |
|---|---|---|---|---|---|
| Big Bend Creek | FS | 4.43 | | | 4.43 |
| Big Lick Creek | FS | 0.76 | | | 0.76 |
| Clear Creek | FS | | 5.36 | | 5.36 |
| Corral Creek | FS | 1.65 | | | 1.65 |
| Deer Creek | FS | 2.72 | | | 2.72 |
| East Fork Hermosa Creek | FS | | | 6.70 | 6.70 |
| Elk Creek | FS | 4.25 | | | 4.25 |
| Hermosa Creek | FS | | 28.08 | | 28.08 |
| South Fork Hermosa Creek | FS | 5.89 | | | 5.89 |
| West Cross Creek | FS | 2.44 | | | 2.44 |
| **Hermosa Creek Totals** | | **22.14** | **33.44** | **6.70** | **62.28** |
| Los Pinos, above Vallecito Reservoir | FS | 21.77 | | | 21.77 |
| Lake Creek | FS | 8.05 | | | 8.05 |
| Flint Creek | FS | 7.03 | | | 7.03 |
| Sierra Vandera Creek | FS | 3.67 | | | 3.67 |
| Snowslide Gulch | FS | 3.51 | | | 3.51 |
| Rincon la Osa | FS | 5.69 | | | 5.69 |
| Rincon la Vaca | FS | 4.33 | | | 4.33 |
| **Los Pinos Totals** | | **54.05** | **0.00** | **0.00** | **54.05** |
| Piedra River N of Hwy 160 | FS | 14.09 | 0 | 7.98 | 22.06 |
| East Fork Piedra River in Wilderness | FS | 9.26 | 0 | 0 | 9.26 |
| Middle Fork Piedra River | FS | 11.64 | 0 | 7.66 | 19.30 |
| **Piedra River Totals** | | **34.99** | **0** | **15.64** | **50.63** |
| West Fork San Juan River | FS | 8.50 | | 2.70 | 10.7 |
| East Fork San Juan River | FS | | | 12.66 | 12.66 |
| **San Juan River Totals** | | **8.48** | | **15.44** | **23.88** |

BLM_0033950

# Suitable Wild and Scenic Rivers
## San Juan National Forest and Tres Rios Field Office
### Figure 3.9



Legend
- Suitable Wild and Scenic River
- San Juan National Forest
- Tres Rios Field Office
- Chimney Rock National Monument
- State & Federal Highways
- Bureau of Land Management
- National Forest

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

MDR
NAD 83, Polyconic Projection
August 20, 2013

Miles
0   10   20   40

San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan

BLM_0033951

## 3.10  Scenic, Historic, and Backcountry Byways

### Introduction

Currently, driving for pleasure is one of the most popular forms of recreation within the planning area, with scenic byways and backcountry byways serving as some of the most popular routes. As the population increases, and as "Baby Boomers" grow older and become less able to engage in more physically active forms of recreation, larger numbers of visitors are anticipated to take up driving for pleasure. Heritage tourism, which is among the fastest growing segments of the tourism industry, is often combined with a scenic drive.

Consistent with the primary goals of the National Scenic Byway Program, SJNF and TRFO managers will guide the appropriate physical development of these travel corridors and their associated facilities, direct the conservation of unique and valued attributes surrounding the planning area, and provide leadership for byway management that supports efforts to benefit these routes.

The planning area is home to the 232-mile-long San Juan Skyway, which was designated by the USFS as a National Scenic Byway in 1988 (also designated as a State Scenic and Historic Byway and as an All-American Road in 1997). The San Juan Skyway traverses some of the most spectacular, rugged, and pristine landscapes in America. The area is rich in culture—from prehistoric habitations to the colorful mining era that marked the San Juan Mountains in the 1800s (including the development of the narrow-gauge railways throughout the area).

The 65-mile-long Alpine Loop National Backcountry Byway passes through the southern San Juan Mountains (often along routes that follow ancient paths of Native Americans as they returned to their traditional summer hunting camps). This rugged route connects the towns of Lake City, Silverton, and Ouray. Spectacular high-elevation scenery and numerous historical markers explain the mining history of the area as the route travels through the towering San Juan Mountains.

The Trail of the Ancients Scenic Byway highlights the long and intriguing inhabitation of the Four Corners region by Native Americans. It takes visitors to remote archeologically, culturally, and historically significant sites in Colorado, Utah, and Arizona. The section of the byway within the planning area travels mainly within the Canyons of the Ancients National Monument (BLM), Hovenweep National Monument (National Park Service), Ute Mountain Ute tribal lands, and communities (including Cortez and Dolores). In total, 114 miles of this scenic byway are within Colorado.

The byway program provides some safety, information, and sanitary services; protects, conserves, and interprets valued resources; and promotes a quality image of the SJNF and TRFO. Planning and infrastructure for these popular driving routes is not keeping up with the increasing demand for recreation. Inventorying scenic conditions along the three byways, as well as developing or updating corridor management plans and interpretive strategies, will help identify management priorities and actions designed to enhance the visitor experience. Travel management planning will integrate effectively with the management of these byways.

SJNF and TRFO managers will participate in partnerships with local communities, businesses, governmental agencies, nonprofit organizations and other interested groups and individuals to manage, develop, preserve and interpret these nationally significant routes, which have become destinations unto themselves. Potential projects should promote stewardship and ultimately provide benefits to local economies.

### Desired Conditions

3.10.1   The byways are the main access routes, or gateways, to a wide array of recreation opportunities within the planning area; they have appropriate public information and services.

3.10.2   Important cultural, historic and agricultural heritage sites along these three byways (including early historic mining, ranching, and Native American sites) are interpreted.

BLM_0033952

3.10.3   Scenic byways and adjacent landscapes provide high-quality scenery. Viewsheds along scenic byways are protected, and scenic integrity is maintained in order to meet the public's desire for attractive natural landscapes. The byways contribute to recreation tourism and the regional economy. The byways are managed in order to protect the intrinsic qualities for which they were designated, consistent with current corridor management plans.

3.10.4   Each byway corridor management plan (the community-based strategy to balance the conservation of the byway corridors' intrinsic qualities with the use and enjoyment of those same resources) is up-to-date, having been developed with participation from a variety of stakeholders interested in preserving and enhancing the scenic, natural, historic, cultural, archeological and recreational resource qualities of the byway.

3.10.5   Byway goals and objectives for the effectively integrated with the applicable agency recreation facility master plan.

3.10.6   Byway goals and objectives are considered when actions are taken that could impact the byway.

3.10.7   Significant historic structures along these three byways are preserved and stabilized.

## Additional Guidance

- San Juan Skyway Corridor Management Plan (Friends of the San Juan Skyway Association 1995)
- Trail of the Ancients Corridor Management Plan (Mesa Verde County 2001)
- Alpine Triangle Recreation Management Plan (BLM 2010c)

## 3.11  National Recreation and Scenic Trails and National Historic Trails

### Introduction

National recreation and scenic trails are federally recognized trails that connect people to local resources and improve their quality of life. More than 900 trails have been designated throughout the nation. There are two designated national recreation and scenic trails within the planning area: the Calico National Recreation Trail and the Continental Divide National Scenic Trail. A master plan for the Colorado Trail was signed in 1998 and all three trails are recognized through establishment reports and management plans for their scenic, historic, interpretive, and recreation values.

The Old Spanish National Historic Trail also crosses through the planning area. Authorized by Congress in December 2002, the Old Spanish National Historic Trail commemorates the first overland link from Santa Fe to California. While the Old Spanish Trail is currently mapped as crossing the planning area, very few localities associated with that trail have actually been identified and ground-truthed.

Trail stewardship is emphasized through partnerships, marketing and interpretation, monitoring efforts, and maintaining and enhancing desired conditions.

The key to sustaining a successful network of national recreation and scenic trails, and national historic trails, is to continue to engage partners (including the Continental Divide National Scenic Trail Alliance and the Colorado Trail Foundation) and effective trail stewardship (including reconstruction, relocation, monitoring, volunteer recruitment and training, signage, and production of educational materials). Regular reviews of the partnership agreements between the SJNF or TRFO and partners will help ensure clear role definition for the management and operation of these trails. Coordination with adjoining USFS- and BLM-administered lands that also contain the Continental National Divide Scenic Trail and the Colorado Trail is also an important element of successful trail management and interpretation.

BLM_0033953

Marketing emphasis includes ensuring that all trailheads and trails have essential safety, orientation, and regulatory signs that are consistent with the natural setting of the trail. Marketing efforts also include the dissemination of accurate information regarding these trails to the public in an effective manner through a variety of media and venues (including the SJNF and TRFO websites, guidebooks, brochures, and visitor centers).

## Desired Conditions

3.11.1   Consistent with their designation, the significant scenic, historic, recreation and natural resources for each trail are identified, interpreted, and protected. The values for which these trails were established are retained.

3.11.2   The Continental Divide National Scenic Trail and the Colorado Trail provide opportunities for remote backcountry recreation, challenge, and solitude, except where they come near area communities (where more people and development may be encountered).

3.11.3   The Continental Divide National Scenic Trail and the Colorado Trail are non-motorized trails and have high scenic integrity.

3.11.4   Interpretive venues are used to inform and educate visitors about the national recreation and scenic trails, as well as about resource stewardship.

3.11.5   Trail segments near area communities and/or major access points are planned and designed in order to be barrier-free.

3.11.6   Partnerships are encouraged and expanded in order to provide identification, documentation, monitoring, protection, preservation, education, research, and interpretation.

3.11.7   Interpretive displays, visitor contacts, and brochures are available to help visitors and employees understand and appreciate the heritage and cultural resources associated with the SJNF and TRFO. A wide range of heritage activities, experiences, and products (both on-site and off-site) are available for visitor enjoyment and education. Off-site activities include museum displays, brochures, audio programs, classroom presentations, and field trips. Public access and interpretive efforts are compatible with the physical, cultural, and recreational settings and values of the resources.

## Objectives

3.11.8   Over the life of the LRMP, partner with the Old Spanish Trail Association to ground truth the location of at least two segments of the Old Spanish National Historic Trail.

3.11.9   Over the life of the LRMP, develop at least one interpretive product in partnership with the Old Spanish Trail Association that interprets the Old Spanish National Historic Trail within the planning area.

3.11.10  Over the life of the LRMP, inventory high potential historic sites and trail routes of the Old Spanish Trail, develop a national trail management corridor, and establish goals and objectives for national trails in accordance with BLM Manuals 6250 and 6280 (BLM 2012c, 2012d).

## Guidelines

3.11.11  Other resource activities should be designed in order to meet scenic quality objectives for these special designation trails (generally, a foreground and middle-ground of very high to high scenic integrity or VRM Class II).

BLM_0033954

3.11.12 **Old Spanish National Historic Trail:** A literature search and/or Class III cultural resources survey should be conducted within 0.5 mile of either side of the centerline of the congressionally designated Old Spanish National Historic Trail in high potential segments, prior to authorization of ground-disturbing activities or activities that could substantially interfere with the nature and purposes of the trail.

## Additional Guidance

- Continental Divide National Scenic Trail Comprehensive Plan (USFS 2009c)
- USFS Decision Notice, Colorado Trail Management Direction and Route Selection EA, Region 2 (USFS 1998b)
- USFS Master Plan for the Colorado Trail (USFS 1998c)
- FSM 2300, Chapter 2353, National Scenic and Historic Trails (USFS 2009d)
- BLM Manual 6250, National Scenic and Historic Trail Administration (BLM 2012c)
- BLM Manual 6280, Management of National Scenic and Historic Trails, and Trails and Trails under Study or Recommended as Suitable for Congressional Designation (BLM 2012d)
- Public Law 90-543, National Trails System Act of 1968, as amended 2002, (this amendment created the Old Spanish National Historic Trail
- Old Spanish Trail National Historic Trail Feasibility Study and Environmental Assessment (National Park Service 2001)
- Calico Trail Establishment Report (USFS 1979)

## 3.12  Research Natural Areas (San Juan National Forest)

RNAs are national forest lands designated in perpetuity for non-manipulative research and education, and for the preservation of biodiversity. They are part of a long-term national network of ecological reserves managed to allow natural ecological processes to proceed with minimum human intervention. RNAs represent relatively natural, unaltered ecosystems that serve as reference areas to assess the consequences of management actions on similar lands.

Desired conditions and objectives in the LRMP apply to RNAs in general. Specific desired conditions and objectives for individual RNAs established through the revised LRMP will be developed when the management plans for individual RNAs are developed.  Table 3.12.1 lists existing RNAs and those that are established through this LRMP, as well as key features of each area.  Figure 3.12 displays the location of the RNAs.

**Table 3.12.1: Existing and New Research Natural Areas on San Juan National Forest Lands**

| NA | Key Features |
|---|---|
| Narraguinnep[*] | Old growth ponderosa pine forests, canyon topography |
| Williams Creek[*] | White fir-dominated cool-moist mixed conifer forests |
| Electra | Glacial topography, old growth ponderosa pine forests |
| Grizzly Peak | Alpine, fens, willow carrs |
| Hermosa | Ponderosa pine forests, mixed conifer forests, aspen forests, spruce-fir forests, wetlands, Thurber fescue grasslands |
| Hidden Mesas | Old growth ponderosa pine forests, mesa topography |
| Martinez Creek | Old growth spruce-fir forests unburned for centuries |
| Navajo River | Thurber fescue grasslands, volcanic geology, Colorado cutthroat trout, riparian areas |
| Needle Mountains | Alpine, riparian, wetlands, aspen forests, granite and quartzite geology |
| Piedra | Old-growth mixed conifer forests |
| Porphyry Gulch | Alpine, spruce-fir forests, wetlands |

[*] Existing RNA.

BLM_0033955

## Desired Conditions

3.12.1   Natural ecological processes (including succession, fire, insects, diseases, and flooding) are mostly unaltered by humans and shape the composition, structure, function, and landscape pattern of the vegetation.

3.12.2   Non-native species are absent or rare.

3.12.3   Human influence and structures are absent or rare.

## Objectives

3.12.4   Within 4 years, complete the management plans and establishment records for all the newly designated RNAs on SJNF lands.

3.12.5   Within 4 years, revise the management plans for the Narraguinnep and Williams Creek RNAs.

**Table 3.12.2: Research Natural Area Allowable Uses**

| Management Activities and Uses | Allowable - Prohibited - Restricted |
|---|---|
| Fire managed for resource benefit | Allowable |
| Prescribed burning | Restricted (may be used to meet desired conditions) |
| Mechanical fuels treatment | Prohibited |
| Timber production (scheduled on a rotation basis) | Prohibited |
| Timber harvesting as a tool | Prohibited |
| Commercial use of special forest products and firewood | Prohibited |
| Land use ROWs, special use permits, and utility corridors | Prohibited |
| Livestock grazing | Restricted (may be used to meet desired conditions) |
| Facilities | Prohibited |
| Motorized (summer) | Prohibited |
| Motorized (winter) | Prohibited |
| Non-motorized (summer and winter) | Allowable |
| Mechanical transport | Prohibited |
| Road construction (permanent or temporary) | Prohibited |
| Minerals - leasable (oil and gas, and other) | Restricted, NSO |
| Minerals - locatable | Allowable (open to mineral entry, but impacts to natural resource must be minimized; the agency can petition for the area to be withdrawn from mineral entry) |
| Minerals - saleable (materials) | Prohibited |

BLM_0033956



# Research Natural Areas
## San Juan National Forest
### Figure 3.12

BLM_0033957

## 3.13 Gypsum Valley Area of Critical Environmental Concern (Tres Rios Field Office)

The Gypsum Valley ACEC contains 13,333 acres of BLM lands within the Big and Little Gypsum Valleys, and ranges in elevation from 6,100 to 6,500 feet. It is located in San Miguel County about 14 miles southwest of Naturita.

The Gypsum Valley ACEC is one of several northwest-southeast-trending valleys formed by the collapse of ancient salt domes. It contains gypsum outcrops and gypsum soils of the Paradox member of the Hermosa Formation that are unique and rare on TRFO lands. The ACEC contains known occurrences and abundant habitat for two BLM sensitive species: Gypsum Valley cat-eye (*Cryptantha gypsophila*) and Naturita milkvetch (*Astragalus naturitensis*). The ACEC also contains five species with G1, G2, S1, or S2 NatureServe Plant Community status rankings: *Lecanora gypsicola*, nodule cracked lichen (*Acarospora nodulosa* var. *nodulosa*), largeleaf gypsoplaca lichen (*Gypsoplaca microphylla*), winding mariposa lily (*Calochortus flexuosus*), gyp dropseed (*Sporobolus nealleyi*), and shortstem beardtongue (*Penstemon breviculus*). These plants are imperiled or critically imperiled globally or within Colorado and are at a high or very high risk of extinction due to extreme rarity, very restricted ranges, or extremely low populations (see Appendix U).

Several important animal species are found within the proposed ACEC. The rims of Big Gypsum Valley have historically provided nesting habitat for migratory raptors, including peregrine falcons and golden eagles, which are both Colorado BLM State Director's sensitive species. In addition, desert bighorn sheep, another Colorado BLM State Director's sensitive species, use the canyon rims as travel corridors between the benches above the canyon and the Dolores River below. Desert bighorn sheep and other big game species use the Dolores River corridor and the flats of Big Gypsum Valley as important winter range and for other seasonal use.

### Desired Conditions

3.13.1   Biological soil crusts have high cover and are maintained or increased on the soils of this ACEC.

3.13.2   The relevance and importance values of this ACEC, as described in Appendix U, are maintained.

3.13.3   The gypsum soils maintain the soil productivity necessary to support and sustain the special status plant species that occur on them.

3.13.4   The special status plant species have self-sustaining populations and suitable habitat into which they can expand.

3.13.5   Special status plant species and their habitat are managed so that the viability of these species is not adversely affected.

### Objectives

3.13.6   Limit motorized travel within the ACEC to designated routes to be determined during travel management planning.

### Guidelines

3.13.7   Ground-disturbing activities should not occur or otherwise be mitigated on gypsum soils within the Gypsum Valley ACEC in order to protect the special status plant species for which they provide habitat.

BLM_0033958

3.13.8   Management activities should minimize, and attempt to avoid where possible, soil displacement, compaction, and trampling in the Gypsum Valley ACEC in order to protect special status plant species and their habitat. Any activities should occur when the plants and soils are least vulnerable to disturbance, such as when soils are frozen or snow covered.

3.13.9   Management activities should minimize impacts to nesting raptors and desert big horn sheep. Potential impacts to raptors include excessive noise and human disturbance during critical nesting periods. Potential impacts to desert big horn sheep include conflicts during critical lambing times and concentrated winter use.

Table 3.13.1 shows the allowable, prohibited, and restricted management activities and uses for the Gypsum Valley ACEC.

**Table 3.13.1: Gypsum Valley Area of Critical Environmental Concern Allowable Uses**

| Management Activities and Uses | Allowable - Prohibited - Restricted |
|---|---|
| Fire managed for resource benefit | Restricted (may be used to meet desired conditions) |
| Prescribed burning | Restricted (may be used to meet desired conditions) |
| Mechanical fuels treatment | Restricted |
| Timber production (scheduled on a rotation basis) | Not Applicable |
| Timber harvesting as a tool | Not Applicable |
| Commercial use of special forest products and firewood | Restricted (commercial seed collection may be allowed in some circumstances) |
| Land use ROWs, special use permits, and utility corridors | Restricted (avoid gypsum soils) |
| Livestock grazing | Allowable |
| Facilities | Restricted (avoid gypsum soils) |
| Motorized (summer) | Restricted (to designated routes to protect gypsum soils and sensitive special status species) |
| Motorized (winter) | Restricted (to designated routes to protect gypsum soils and special status species) |
| Non-motorized (summer and winter) | Restricted (Possible seasonal closures for recreational rock climbing may be enforced due to seasonal raptor use. See raptor timing limitations table in section 2.3 of this LRMP.) |
| Mechanical transport | Restricted (to designated routes to protect gypsum soils and sensitive special status plant species) |
| Road construction (permanent or temporary) | Restricted (to avoid gypsum soils) |
| Minerals - leasable (oil and gas, and other) | Restricted (NSO, CSU, and TL stipulations may apply to protect special status species, wildlife, soils, and water resources) |
| Minerals - locatable | Allowable (open to mineral entry, but impacts to gypsum soils, special status plant species, wildlife, and water must be minimized) |
| Minerals - saleable (materials) | Restricted (to avoid gypsum soils, special status species, wildlife, water, resources) |

## Additional Guidance

- 43 CFR 3809

BLM_0033959

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

## 3.14 Anasazi Culture Area of Critical Environmental Concern (Tres Rios Field Office)

The Anasazi Culture ACEC retains one of the highest densities of Ancestral Puebloan architectural sites within the planning area. These highly significant sites are critical to understanding Ancestral Puebloan lifeways across the landscape. The geographical uniqueness and the area's setting are important not only for providing much needed context for the interpretation of Northern San Juan Anasazi settlement patterns but also for preserving the future integrity of their material remains. The ACEC also contains the rare plants shortstem beardtongue and Naturita milkvetch.

The Anasazi Culture ACEC was originally designated in the San Juan/San Miguel Resource Management Plan, and encompassed the Mud Springs area, as well as the entirety of the area now known as Canyons of the Ancients National Monument. The majority of Canyons of the Ancients National Monument was released from ACEC designation in the Canyons of the Ancients National Monument Resource Management Plan (BLM 2010d). As a result of this management and jurisdictional change, the boundary of the Anasazi Culture Area ACEC is now amended to include only the Mud Springs area. The boundary of the ACEC has also been modified to remove the gravel pit.

The management emphasis for the Anasazi Culture Area ACEC is to protect and preserve this area's outstanding archeological sites and setting, and to develop appropriate recreational opportunities that do not result in damage to archaeological or ecological sites. A proactive management approach will take full advantage of the educational, interpretive, recreational, preservation, and scientific opportunities available.

### Desired Conditions

3.14.1   The Anasazi Culture Area ACEC offers appropriate recreation and interpretive opportunities while archeological resources are preserved.

3.14.2   The existing character of the cultural and physical landscape is preserved.

3.14.3   Traditional cultural heritage values associated with cultural resources and landscapes within the ACEC are considered and protected.

3.14.4   Vegetation is managed to protect and enhance cultural resources.

3.14.5   The relevance and importance values of this ACEC, as described in Appendix U, are maintained.

3.14.6   Designated roads and trails are rerouted to mitigate impacts to cultural areas.

3.14.7   Recreational activities are actively managed in the designated areas, while protecting and mitigating impacts to cultural resources.

### Objectives

3.14.8   Over the life of the LRMP, implement site steward and "adopt-a-site" programs.

3.14.9   Within 7 years, reroute or eliminate unauthorized and designated trails to avoid impacts to archeological sites.

### Guidelines

3.14.10 Fencing should be used to keep OHV use on designated trails.

Table 3.14.1 shows the allowable, prohibited, and restricted management activities and uses for the Anasazi Culture Area ACEC.

BLM_0033960

**Table 3.14.1: Anasazi Culture Area of Critical Environmental Concern Allowable Uses**

| Management Activities and Uses | Allowable - Restricted - Prohibited |
|---|---|
| Fire managed for resource benefit | Restricted to protect significant archaeological resources |
| Prescribed burning | Restricted to protect significant archaeological resources |
| Mechanical fuels treatment | Restricted to protect significant archaeological resources |
| Timber production (scheduled on a rotation basis) | Prohibited |
| Timber harvesting as a tool | Restricted to protect significant archaeological resources |
| Commercial use of special forest products and firewood | Prohibited |
| Land use ROWs, special use permits, and utility corridors | Restricted (minimize or avoid impacts to archeological resources) |
| Livestock grazing | Allowable |
| Facilities | Restricted to protect significant archaeological resources |
| Motorized (summer) | Restricted to designated roads and trails to protect significant archaeological resources |
| Motorized (winter) | Restricted to designated roads and trails to protect significant archaeological resources |
| Non-motorized (summer and winter) | Restricted to designated roads and trails to protect significant archaeological resources |
| Mechanical transport | Restricted to designated roads and trails to protect significant archaeological resources |
| Road construction (permanent or temporary) | Restricted to protect significant archaeological resources |
| Minerals - leasable (oil and gas, and other) | Restricted (NSO, CSU, and TL stipulations may apply to protect recreation and cultural values, water, plants, or other resources) |
| Minerals - locatable | Allowable (open to mineral entry, but impacts to archaeological resource must be minimized; the agency can petition for the area to be withdrawn from mineral entry) |
| Minerals - saleable (materials) | Prohibited |

# 3.15  Mesa Verde Escarpment (Tres Rios Field Office)

## Introduction

The Mesa Verde Escarpment area includes BLM lands adjacent to Mesa Verde National Park (Figure 3.27.1). Originally slated for inclusion in the designation of Canyons of the Ancients National Monument, this area has the highest density of Ancestral Puebloan architectural sites on BLM lands within the planning area. These highly significant sites are critical to understanding Ancestral Puebloan lifeways across the landscape. The temporal span and distribution of sites indicate that this area was consistently inhabited throughout the Ancestral Puebloan occupation of the Montezuma Valley, from the Basketmaker III period through the Pueblo III (A.D. 600–1300). Additionally, these sites are considered to be in pristine condition because access to this area has been highly restricted. The sites are surrounded by the designated wilderness area within Mesa Verde National Park and privately owned, undeveloped lands. The geophysical uniqueness and the relative isolation of the area's setting is important not only for providing much needed context for the interpretation of Northern San Juan Anasazi settlement patterns, but also for preserving the future integrity of their material remains.

The management emphasis for the Mesa Verde Escarpment is to focus opportunities to provide a scientific research and an outdoor learning laboratory, while ensuring protection and preservation of the area's outstanding archeological sites. A proactive management approach will take full advantage of the educational, preservation, and scientific opportunities available. This area is surrounded by private lands that have not yet been developed; however, focused management of this area is needed to address the impacts related to potential future development. Collaboration with the developers and landowners will be

BLM_0033961

emphasized in order to develop an understanding and appreciation of the archeological resources, as well as an understanding of the importance of protecting them. Acquisition and/or acquiring easements of adjacent lands to improve access and protection of cultural resources are encouraged.

## Desired Conditions

3.15.1   Access to the Mesa Verde Escarpment is limited in order to protect and preserve archaeological resources.

3.15.2   User-made trails and other routes are rerouted or eliminated in order to avoid impacts to archeological sites.

3.15.3   Hazardous fuels are managed in order to protect and preserve archeological resources, and to reduce the risk of wildfire to adjacent private lands.

3.15.4   Cultural viewsheds are preserved; incompatible uses or developments are not authorized.

3.15.5   The existing character of the cultural and physical landscape is preserved.

3.15.6   Traditional cultural heritage values associated with cultural resources and landscapes within the ACEC are considered and protected.

3.15.7   Designated routes are limited to maintain the integrity of cultural resource values and for scientific research access.

3.15.8   Opportunities are sought to acquire adjacent lands and/or easements to improve access and protection of cultural resources.

## Objectives

3.15.9   Over the life of the LRMP, conduct phased cultural resource inventory of the area.

3.15.10  Over the next 3 years, develop procedures to encourage, foster, and conduct high-quality scientific and scholarly research.

Table 3.15.1 shows the allowable, prohibited, and restricted management activities and uses for the Mesa Verde Escarpment.

**Table 3.15.1: Mesa Verde Escarpment Allowable Uses**

| Management Activities and Uses | Allowable - Restricted - Prohibited |
|---|---|
| Fire managed for resource benefit | Restricted in order to protect significant archaeological resources |
| Prescribed burning | Restricted in order to protect significant archaeological resources |
| Mechanical fuels treatment | Restricted in order to protect significant archaeological resources |
| Timber production (scheduled on a rotation basis) | Not Applicable |
| Timber harvesting as a tool | Restricted in order to protect significant archaeological resources |
| Commercial use of special forest products and firewood | Prohibited |
| Land use ROWs, special use permits, and utility corridors | Restricted to protect significant archaeological resources. |
| Livestock grazing | Allowable |
| Facilities | Restricted in order to protect significant archaeological resources |

BLM_0033962

| Management Activities and Uses | Allowable - Restricted - Prohibited |
|---|---|
| Motorized (summer) | Restricted to designated roads and trails |
| Motorized (winter) | Restricted to protect significant archaeological resources |
| Non-motorized (summer and winter) | Restricted in order to protect significant archaeological resources |
| Mechanical transport | Restricted in order to protect significant archaeological resources |
| Road construction (permanent or temporary) | Restricted in order to protect significant archaeological resources |
| Minerals - leasable (oil and gas, and other) | Restricted (NSO) |
| Minerals - locatable | Allowable (open to mineral entry, but impacts to archaeological resource must be minimized; the agency can petition for the area to be withdrawn from mineral entry) |
| Minerals - saleable (materials) | Prohibited |

## 3.16  Falls Creek Archeological Area (San Juan National Forest)

Falls Creek Valley may contain archeological resources that could aid in efforts to study the earliest agricultural and sedentary societies in the southwestern United States. The area is an important and highly valued place for Native Americans, who view it as part of their heritage. The Falls Creek Archeological Area contains one of the earliest and best dated Basketmaker II sites ever documented. In 1988 the SJNF designated the area as the Falls Creek Archaeological Special Interest Area. These sites are preserved and protected for their scientific, educational, social, and cultural values.

The west side of the Falls Creek Archaeological Area is currently closed to the public; however, the area east of the road is frequented on a year-round, daily basis by residents and visitors taking advantage of the close proximity to Durango in order to enjoy the scenic beauty, open space, and recreational opportunities (Figure 3.27.2). The historic landscape, including the irrigated hayfields of the Hidden Valley Ranch, is managed by the SJNF. The Hidden Valley Ranch provides a window into the area's ranching heritage (offering one of the only hayfields open to public recreation anywhere in the region). These fields are managed in order to provide nutritious forage for big game dependent on this mild, southern exposure lowland for winter habitat. This area has been managed by the USFS as critical big game winter range since the land was acquired by the SJNF in 1985.

The Falls Creek Archaeological Area will continue to emphasize protection and preservation of significant archaeological deposits, wildlife diversity and maintenance of critical big game winter habitat, and compatible non-motorized recreational opportunities.

### Desired Conditions

3.16.1  Archeological sites are protected and preserved for their scientific, educational, social, and cultural values.

3.16.2  Native American values are respected and preserved, and tribal members are provided special access to the area.

3.16.3  Access to the Falls Creek Rock Shelter is allowed to educational institutions through a special use permit.

3.16.4  Historic viewsheds (including the historic hayfields) are protected, enhanced, and preserved.

3.16.5  Native American tribes and Pueblos are consulted with regard to the development of appropriate off-site educational materials.

BLM_0033963

3.16.6  NAGPRA repatriation of items removed during the 1930s excavation is completed (including analysis of these items necessary in order to complete the cultural affiliation study).

3.16.7  The area continues to provide critical big game winter range habitat.

3.16.8  Wetlands are managed in order to retain the floral and faunal diversity that currently exists.

## Objectives

3.16.9  Within 5 years, create a dispersed recreation plan that is congruent with desired conditions and that would be incorporated into the LRMP for the Falls Creek Archeological Area.

3.16.10 Within 1 year, implement a site-steward program.

3.16.11 Within 5 years, develop and implement a rock art preservation plan in order to mitigate deterioration.

3.16.12 Within 5 years, develop appropriate and sensitive off-site interpretive and educational materials. Make the information from the collection analyses available to researchers.

Table 3.16.1 shows the allowable, prohibited, and restricted management activities and uses for the Falls Creek Archeological Area.

**Table 3.16.1: Falls Creek Archeological Area Allowable Uses**

| Management Activities and Uses | Allowable - Prohibited - Restricted |
|---|---|
| Fire managed for resource benefit | Restricted in order to protect significant archaeological resources |
| Prescribed burning | Restricted (archaeological and historic resources must be protected from impacts from fire) |
| Mechanical fuels treatment | Restricted (archeological and historic resources must be protected) |
| Timber production (scheduled on a rotation basis) | Prohibited |
| Timber harvesting as a tool | Restricted (archeological and historic resources must be protected) |
| Commercial use of special forest products and firewood | Prohibited |
| Land use ROWs, special use permits, and utility corridors | Restricted to minimize impacts to archeological resources and protect viewshed |
| Livestock grazing | Prohibited |
| Facilities | Restricted to interpretive/informational signs, trailheads, and trails |
| Motorized (summer) | Restricted to designated roads and trails |
| Motorized (winter) | Restricted |
| Non-motorized (summer and winter) | Restricted |
| Mechanical transport | Restricted to designated roads and trails |
| Road construction (permanent or temporary) | Prohibited |
| Minerals - leasable (oil and gas, and other) | Administratively not available |
| Minerals - locatable | Allowable (open to mineral entry, but impacts to archaeological resource must be minimized; the agency can petition for the area to be withdrawn from mineral entry) |
| Minerals - saleable (materials) | Prohibited |

BLM_0033964

## 3.17  Chimney Rock National Monument (San Juan National Forest)

The Chimney Rock National Monument is a treasure without parallel in the public lands system. The site has been recognized as being "the ultimate outlier" of the Chaco culture (which flourished from A.D. 900 through A.D. 1130). In recognition of its national significance, Congress has designated Chimney Rock as part of the Chacoan Outliers Protection Act of 1995 system. The Chimney Rock area exhibits many of the same hallmarks associated with Chacoan culture that earned Chaco Cultural National Historical Park a World Heritage listing. In addition, the Chimney Rock area also exhibits unique features associated with its location and setting within the landscape. It is the north-easternmost Chacoan site and is hypothesized to be an astronomical observatory. It is valued by Native Americans as part of their ancestral heritage (see Figure 3.27.2). In 2012 it was declared a national monument by Presidential Proclamation.

The Chimney Rock Interpretive Association currently manages this national monument with volunteers under a USFS special use permit. Under the direction of the Presidential Proclamation and this LRMP, Chimney Rock sites will be preserved and protected for their scientific, educational, and cultural values. The national monument will be managed in a manner designed to contribute to tourism (which is one the most powerful regional economic drivers in southwest Colorado). Visitor services and interpretation of the sites would be greatly improved by upgrading the existing visitor center. Archeological resources on Peterson Ridge and adjacent USFS lands should be researched in order to understand their potential relationship to the Chimney Rock National Monument.

Maintaining and developing additional partnerships will be critical for preserving, interpreting, and better understanding Chimney Rock National Monument. Partnerships with Native Americans, Fort Lewis College, the National Trust for Historic Preservation, the Chaco Interagency Management Group, the University of Colorado, History Colorado, and other research and preservation organizations have been, and will continue to be, essential in achieving these goals.

### Desired Conditions

3.17.1  Chimney Rock National Monument is managed in an exemplary manner in accordance with the National Monument Proclamation.

3.17.2  Native Americans tribes and Pueblos are consulted with regard to the development of appropriate management and interpretation, and are allowed to use the monument for traditional and ceremonial uses, and their values are respected and preserved.

3.17.3  Compatible recreational opportunities for the public are provided, in accordance with the National Monument Proclamation.

### Objectives

3.17.4  Within 3 years, develop a comprehensive management plan for the Chimney Rock National Monument.

Table 3.17.1 shows the allowable, prohibited, and restricted management activities and uses for the Chimney Rock National Monument.

BLM_0033965

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Table 3.17.1: Chimney Rock National Monument Allowable Uses**

| Management Activities and Uses | Allowable - Prohibited - Restricted |
|---|---|
| Fire managed for resource benefit | Restricted to preserve and protect the objects identified in the National Monument Proclamation |
| Prescribed burning | Restricted to preserve and protect the objects identified in the National Monument Proclamation |
| Mechanical fuels treatment | Restricted to preserve and protect the objects identified in the National Monument Proclamation |
| Timber production (scheduled on a rotation basis) | Prohibited |
| Timber harvesting as a tool | Restricted to preserve and protect the objects identified in the National Monument Proclamation |
| Commercial use of special forest products and firewood | Restricted to preserve and protect the objects identified in the National Monument Proclamation |
| Land use ROWs, special use permits, and utility corridors | Restricted to preserve and protect the objects identified in the National Monument Proclamation |
| Livestock grazing | Restricted to preserve and protect the objects identified in the National Monument Proclamation |
| Facilities | Restricted to existing facilities and facilities identified in the Chimney Rock Management Plan |
| Motorized (summer) | Restricted to entrance road |
| Motorized (winter) | Prohibited |
| Non-motorized (summer and winter) | Restricted: Horseback travel is prohibited on interpretive trails |
| Mechanical transport | Restricted; bicycle travel is limited to NFS Road 617 and associated pullouts |
| Road construction (permanent or temporary) | Restricted to roads determined to be necessary for administration and protection of the objects identified in the National Monument Proclamation |
| Minerals - leasable (oil and gas, and other) | Administratively not available, except for parcels already leased in the Peterson Mesa area; If these leases expire they would then be not available; viewshed is NSO |
| Minerals - locatable | Allowable (open to mineral entry, but impacts to archaeological resource must be minimized; the agency can petition for the area to be withdrawn from mineral entry) |
| Minerals - saleable (materials) | Prohibited |

BLM_0033966

## 3.18  Spring Creek Wild Horse Herd Management Area (Tres Rios Field Office)

### Introduction

The Spring Creek HMA is located approximately 40 miles northeast of Dove Creek, Colorado (in Dolores and San Miguel Counties). The HMA comprises approximately 21,000 acres of BLM-administered public land.

Wild horses and burros are managed under the Wild Free-Roaming Horse and Burro Act of 1971, as amended (Public Law 92-195). The 1985 San Juan/San Miguel Resource Management Plan (BLM 1985) designated a wild horse emphasis area for the Spring Creek Basin. Portions of the Spring Creek HMA also emphasize watershed management (in order to reduce salinity into the Colorado River and for the watershed health of the McKenna Peak WSA). Scattered occurrences of the BLM Sensitive plant Gypsum Valley cat-eye (*Cryptantha gypsophila*) are present within the HMA. There is an also occurrence of pygmy sagebrush (*Artemisia pygmaea*) within the HMA. There is only one other occurrence of this G4, S1 ranked species in Colorado.

A Wild Horse Herd Management Area Plan (HMAP) was approved in October 1986 (BLM 1986b) and revised in 1994 (BLM 1994a). The HMAP objective is to maintain appropriate management level between 35 and 65 adult horses or an average of 50 adult horses. In 2005, additional analysis was completed in order to determine whether the existing management level was appropriate (based on an opportunity to provide additional AUMs for the herd area). The analysis showed that current management level was appropriate, considering that rangeland health standards (43 CFR 4180) were not being met, and that the few available AUMs would not improve herd genetics (#EA-800-2005-027; BLM 2005). In 2011, an environmental analysis was completed that approved instituting a fertility control program (DOI-BLM-CO-SO10-2011-0062) (BLM 2011i).

### Desired Conditions

3.18.1   The Spring Creek Basin wild horse herd population is within an acceptable range.

3.18.2   Adequate genetic viability and variability exists in order to maintain a healthy wild horse herd.

3.18.3   Vegetation is diverse and provides sufficient cover in order to reduce salinity and to prevent sediment from reaching Disappointment Creek and the Dolores River.

3.18.4   The herd is managed via traditional helicopter gathers, bait trapping, fertility control programs, or other methods accepted by the National Wild Horse and Burro program.

3.18.5   Vegetation within the HMA is in a stable or upward trend, including diverse species composition and reduced erosion to provide a resilient ecosystem.

3.18.6   The Gypsum Valley cat-eye and pygmy sagebrush populations are maintained.

### Objectives

3.18.7   Within 5 years, revise the Spring Creek Basin HMAP (BLM 1994a) to incorporate specific goals, objectives, and techniques to guide management of the Spring Creek HMA.

3.18.8   Within 5 years, revise the Spring Creek Basin HMAP (BLM 1994a) to incorporate specific goals, objectives, and techniques to guide management of the Spring Creek HMA, including management of Gypsum Valley cat-eye and pygmy sagebrush.

BLM_0033967

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

Table 3.18.1 shows the allowable, prohibited, and restricted management activities and uses for the Spring Creek Wild Horse HMA.

**Table 3.18.1: Spring Creek Wild Horse Herd Management Area Allowable Uses**

| Management Activities and Uses | Allowable - Prohibited - Restricted |
|---|---|
| Fire managed for resource benefit | Allowable |
| Prescribed burning | Allowable |
| Mechanical fuels treatment | Allowable |
| Timber production (scheduled on a rotation basis) | Not Applicable |
| Timber harvesting as a tool | Not Applicable |
| Commercial use of special forest products and firewood | Restricted opportunities for firewood; however, gathering other forest products may be acceptable as long as gathering is not detrimental to wild horse management |
| Land use ROWs, special use permits, and utility corridors | Restricted to minimize disruption to the herd |
| Livestock grazing | Allowable; retire or redistribute available AMUs to watershed and soil protection as opportunity becomes available or permits return to BLM. |
| Facilities | Restricted |
| Motorized (summer) | Restricted to on roads only |
| Motorized (winter) | Restricted to on roads only |
| Non-motorized (summer and winter) | Allowable |
| Mechanical transport | Restricted to on roads only. |
| Road construction (permanent or temporary) | Allowable |
| Minerals - leasable (oil and gas, and other) | Allowable |
| Minerals - locatable | Allowable (open to mineral entry per the 1872 Mining Law; however, the exploration and development of mining claims may be subject to restrictions to protect resources) |
| Minerals - saleable (materials) | Allowable |

## Additional Guidance

- Wild Free-Roaming Horse and Burro Act of 1971
- Public Rangeland Improvement Act of 1978 Taylor Grazing Act of 1934, as amended
- 43 CFR 4700, Protection, Management, and Control of Wild and Free-Roaming Horses and Burros
- 43 CFR 4100
- Colorado Public Land Health Standards EA and FONSI, 1997
- Vegetation Treatment on BLM Lands in the 13 Western States (BLM 1991b)
- Integrated Weed Management Plan (CO-800-2008-075 EA) (BLM 2011c)
- BLM Manual 9015
- BLM Partners Against Weeds (BLM 1996)
- Various BLM IMs and Information Bulletins relating to wild horse and burro management
- Rules Pertaining to the Administration and Enforcement of the Colorado Noxious Weed Act (8 CCR 1203-10)
- Spring Creek Basin Wild Horse Management Plan (BLM 1994a)
- Wild Horse Appropriate Management Level in the Spring Creek Basin HMA (EA #CO-800-2005-027) (BLM 2005)

BLM_0033968

# 3.19  Perins Peak Wildlife Management Area (Tres Rios Field Office)

Wildlife management areas provide for habitat features that are special, or limiting, to certain wildlife species. They provide the opportunity for maintaining diverse components for species sustainability found within each area's habitat management plan (including the restoration, maintenance, and/or improvement of these features for the target species, as well as for other species with habitats within the area). Timing stipulations and use restrictions may be applied in these areas in order to preserve diversity components.

The Perins Peak Wildlife Management Area consists of approximately 1,512 acres of BLM-administered public lands and approximately 3,400 acres of state lands administered by CPW. The area is located northwest of, and immediately adjacent to, Durango. Historically, the area has served as winter range for large herds of elk, mule deer, and a remnant population of bighorn sheep. Breeding populations of golden eagle, prairie falcon, and peregrine falcon add to the significance of the area. The area also supports populations of Merriam's wild turkey (*Meleagris gallopavo*). More than half of the elk herd of CPW Game Management Unit 74 is dependent on this area in severe winters. Rapid development in the Durango area has increased impacts to wildlife resources in the area due to land conversions, migration corridor disruption, and increased recreational pressures to disturbance-sensitive wildlife species. The TRFO works closely with CPW to manage the habitat and will seek future opportunities to consolidate ownership where practicable to improve wildlife management emphasis of the area.

## Desired Conditions

3.19.1   Habitat diversity components are secure, undisturbed, and sufficient to sustain the wildlife populations that depend on the Perins Peak Wildlife Management Area in an urbanizing environment.

## Program Emphasis

Under the direction of this LRMP, management emphasis would focus on habitat features and effectiveness for raptor reproduction, big game winter range, and other improvements for non-game birds and small mammals, in coordination and conjunction with adjacent CPW lands. The Perins Peak Wildlife Habitat Management Plan (BLM et al. 2003), which was prepared by the BLM in cooperation with the USFWS and CPW, outlines the emphasis and management objectives for the area. Within this Habitat Management Plan, a comprehensive list of management objectives is provided for raptors, big game winter range, habitat improvements, and public access.

Table 3.19.1 shows the allowable, prohibited, and restricted management activities and uses for the Perins Peak Wildlife Management Area.

**Table 3.19.1: Perins Peak Wildlife Management Area Allowable Uses**

| Management Activities and Uses | Allowable - Prohibited - Restricted |
|---|---|
| Fire managed for resource benefit | Restricted (project design would maintain or improve effectiveness and be of primary benefit to habitat and species objectives outlined in the Habitat Management Plan) |
| Prescribed burning | Restricted (project design would maintain or improve effectiveness and be of primary benefit to habitat and species objectives outlined in the Habitat Management Plan) |
| Mechanical fuels treatment | Restricted (project design would maintain or improve effectiveness and be of primary benefit to habitat and species objectives outlined in the Habitat Management Plan) |
| Timber production (scheduled on a rotation basis) | Not Applicable |

BLM_0033969

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Management Activities and Uses | Allowable - Prohibited - Restricted |
|---|---|
| Timber harvesting as a tool | Restricted (project design would maintain or improve effectiveness and be of primary benefit to habitat and species objectives outlined in the Habitat Management Plan) |
| Commercial use of special forest products and firewood | Prohibited |
| Land use ROWs, special use permits, and utility corridors | Restricted (project design should maintain habitat effectiveness and species objectives as outlined in the Habitat Management Plan) |
| Livestock grazing | Restricted (project design would maintain or improve effectiveness and be of primary benefit to habitat and species objectives outlined in the Habitat Management Plan) |
| Facilities | Prohibited |
| Motorized (summer) | Restricted (timing of use and route restrictions maintain habitat effectiveness for species objectives outlined in the Habitat Management Plan) |
| Motorized (winter) | Prohibited |
| Non-motorized (summer and winter) | Restricted (timing of use and route restrictions maintain habitat effectiveness for species objectives outlined in the Habitat Management Plan; winter use is not allowed) |
| Mechanical transport | Prohibited |
| Road construction (permanent or temporary) | Restricted (construction timing, construction type, route, and use and timing of use conforms to habitat and species needs described in the Habitat Management Plan) |
| Minerals - leasable (oil and gas, and other) | Restricted - (CSU and TL, as defined for leasable minerals; maintains habitat effectiveness for species objectives outlined in the Habitat Management Plan) |
| Minerals - locatable | Allowable |
| Minerals - saleable (materials) | Prohibited |

## Additional Guidance

Other guidance includes the Perins Peak Wildlife Habitat Management Plan (CO-03 WHA-T1) (BLM et al. 2003).

## 3.20  O'Neal Hill Special Botanical Area (San Juan National Forest)

The O'Neal Hill Special Botanical Area is designated as a special area on the SJNF to protect and preserve its rare plant species. It contains the largest known population of Pagosa Springs bladderpod (*Lesquerella pruinosa*), which is a yellow-flowered member of the mustard family that occurs only near Pagosa Springs and in a small area in northern New Mexico. Pagosa Springs bladderpod has a G1 NatureServe conservation status rank, which means it is critically imperiled globally due to extreme rarity. The species is also on the Region 2 Regional Forester's Sensitive Species list. This botanical area, which is located about 14 miles north of Pagosa Springs, is about 130 acres in size and occurs at an elevation of about 8,100 feet. The area occurs on relatively flat plains and hills, and is primarily associated with the Mancos shale geologic formation.

BLM_0033970

## Desired Conditions

3.20.1   Pagosa Springs bladderpod has self-sustaining populations.

3.20.2   Favorable habitat conditions exist for Pagosa Springs bladderpod.

3.20.3   Invasive plant species in the botanical area are absent or rare.

3.20.4   Pagosa Springs bladderpod is not trending toward federal listing under the ESA.

## Objectives

3.20.5   Within 4 years, develop a management plan.

## Standards

3.20.6   Management activities (including road construction) and motorized travel must not occur in the O'Neal Hill Special Botanical Area unless they are needed to achieve desired conditions or objectives, or for research or restoration.

Table 3.20.1 shows the allowable, prohibited, and restricted management activities and uses for the O'Neal Hill Special Botanical Area.

**Table 3.20.1: O'Neal Hill Special Botanical Area Allowable Uses**

| Management Activities and Uses | Allowable - Prohibited - Restricted |
|---|---|
| Fire managed for resource benefit | Restricted (may be used to meet desired conditions) |
| Prescribed burning | Restricted (may be used to meet desired conditions) |
| Mechanical fuels treatment | Restricted (may be used to meet desired conditions) |
| Timber production (scheduled on a rotation basis) | Prohibited |
| Timber harvesting as a tool | Prohibited |
| Commercial use of special forest products and firewood | Prohibited |
| Land use ROWs, special use permits, and utility corridors | Restricted (impacts to sensitive plant species should be minimized) |
| Livestock grazing | Restricted (impacts to sensitive plant species should be minimized) |
| Facilities | Prohibited |
| Motorized (summer) | Prohibited |
| Motorized (winter) | Prohibited |
| Non-motorized (summer and winter) | Allowable |
| Mechanical transport | Restricted (impacts to sensitive plant species should be minimized) |
| Road construction (permanent or temporary) | Prohibited |
| Minerals - leasable (oil and gas, and other) | Restricted (NSO stipulation may apply) |
| Minerals - locatable | Allowable (open to mineral entry; impacts to the botanical area must be avoided or minimized to the extent practicable) |
| Minerals - saleable (materials) | Restricted (impacts to sensitive plant species should be minimized) |

BLM_0033971

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

## 3.21 Chattanooga Special Botanical Area (San Juan National Forest)

The Chattanooga Special Botanical Area is designated as a special area on SJNF lands to protect and preserve its rare plant species, rare plant communities, rare organic soils, and rare riparian area/wetland ecosystems. It contains iron fens, willow carrs, rich fens, ponds, and mineral springs. The iron fens are fed by highly acidic, mineralized springs from the west. Limonite terraces within the iron fens perch the water table and form an extensive network of pools and ponds. Colorado's iron fens, including the ones in this botanical area, are particularly unique because their water pH is similar to acid poor fens, whereas the ionic strength of their water is similar to rich fens (Cooper et al. 2002). The rich fens and willow carrs are fed by groundwater from the east and directly from Mineral Creek. This botanical area, which is located about 5 miles northwest of Silverton, is about 75 acres in size and occurs at 10,000 to 10,400 feet in elevation.

The iron fens of the Chattanooga Special Botanical Area are associated with the Engelmann spruce/bog birch/water sedge/sphagnum plant community, which has a G2 NatureServe conservation status rank, meaning it is imperiled globally due to its rarity. That community is characterized by an overstory of Engelmann spruce and bog birch (*Betula nana*), and a thick understory of whortleberry (*Vaccinium caespitosum*) and sphagnum (including *Sphagnum angustifolium*, *S. balticum*, and *S. girgensohnii*). *Sphagnum angustifolium* and *S. balticum* are on the Region 2 Regional Forester's Sensitive Species list. Until its discovery in this botanical area, the range of *Sphagnum balticum* in North America was thought to extend south only to southern British Columbia. Other notable species in these iron fens include bluejoint reedgrass (*Calamagrostis canadensis*), water sedge (*Carex aquatilis*), beaked sedge (*C. utriculata*), and wintergreen (*Gaultheria humifusa*). The rich fens and willow carrs are dominated by diamondleaf willow (*Salix planifolia*) and water sedge, and the mineral springs contain a rare liverwort (*Jungermannia rubra*).

### Desired Conditions

3.21.1   The rare plants are vigorous and have self-sustaining populations.

3.21.2   The ecosystems and habitats on which the rare plants and plant community depend are sustained.

3.21.3   The ecological integrity of the fens and other wetlands are intact (including their native biota, mineral and organic soils, and hydrology).

3.21.4   The fens and wetlands have sustainable hydrologic conditions.

3.21.5   Invasive plant species are absent or rare.

### Objectives

3.21.6   Determine the amount of snowmobile use that is occurring in and adjacent to the Chattanooga Special Botanical Area.

3.21.7   If snowmobile use in and adjacent to the Chattanooga Special Botanical Area increases significantly, put up interpretive signs that describe the purpose and values of the area and that notify the public that snowmobile use in the area is prohibited.

3.21.8   Within 4 years, develop a management plan.

### Standards

3.21.9   Management activities (including road construction) and motorized travel must not occur in the Chattanooga Special Botanical Area unless they are needed to achieve desired conditions or objectives, or for research or restoration.

Table 3.21.1 shows the allowable, prohibited, and restricted management activities and uses for the Chattanooga Special Botanical Area.

BLM_0033972

Table 3.21.1: Chattanooga Special Botanical Area Allowable Uses

| Management Activities and Uses | Allowable - Prohibited - Restricted |
|---|---|
| Fire managed for resource benefit | Prohibited |
| Prescribed burning | Prohibited |
| Mechanical fuels treatment | Prohibited |
| Timber production (scheduled on a rotation basis) | Prohibited |
| Timber harvesting as a tool | Prohibited |
| Commercial use of special forest products and firewood | Prohibited |
| Land use ROWs, special use permits, and utility corridors | Restricted (maintenance of existing utility line may be allowed) |
| Livestock grazing | Prohibited |
| Facilities | Prohibited |
| Motorized (summer) | Prohibited |
| Motorized (winter) | Prohibited |
| Non-motorized (summer and winter) | Allowable |
| Mechanical transport | Prohibited |
| Road construction (permanent or temporary) | Prohibited |
| Minerals - leasable (oil and gas, and other) | Restricted (NSO stipulation may be applied) |
| Minerals - locatable | Allowable (open to mineral entry; impacts to the botanical area must be avoided or minimized to the extent practicable) |
| Minerals - saleable (materials) | Prohibited |

## 3.22 Smoothing Iron and Boggy Draw Old Growth Recruitment Areas (San Juan National Forest)

Old growth recruitment areas on SJNF lands are special areas where existing or potential old growth stands are managed for their old growth values through both active and passive management. They are also places that can be used for research, education, and interpretation.

The Smoothing Iron Old Growth Recruitment Area, which is located on Haycamp Mesa about 6 air miles northeast of the town of Dolores near Spruce Water Canyon, occurs on about 2,500 acres at an elevation of approximately 8,200 feet. The Boggy Draw Old Growth Recruitment Area, which is located about 6 air miles northeast of Dolores near House Creek, occurs on about 2,500 acres at an elevation of approximately 8,100 feet. These areas, which display old growth ponderosa pine stands on mesa tops with gentle slopes, are rare in the tableland landscapes on the west side of the SJNF.

### Desired Conditions

3.22.1   Existing old growth ponderosa pine stands and their old growth attributes are protected.

3.22.2   Existing old growth ponderosa pine stands become larger as more of the lands adjacent to them develop old growth attributes.

3.22.3   Low-intensity ground fire occurs with a frequency that is similar to that which occurred during the reference period in ponderosa pine forests (12–30 years).

3.22.4   Desirable native plant species, including Arizona fescue, are abundant and well distributed.

3.22.5   Invasive plant species are absent or minor.

3.22.6   Evidence of active management, such as stumps and roads, are absent or minor.

3.22.7   Federal agencies and the public use these areas for research, education, and interpretation.

BLM_0033973

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

## Objectives

3.22.8   Within the next 15 years, use low-intensity prescribed fire or low-intensity wildfire for ecological benefit to maintain, improve, or restore the composition, structure, or function of the ponderosa pine stands.

3.22.9   Within the next 15 years, use timber harvest treatments (if necessary) to maintain, improve, or restore the composition, structure, or function of the ponderosa pine stands.

3.22.10  Within the next 15 years, decommission roads that are not needed to achieve desired conditions.

3.22.11  Within the next 10 years, develop and implement interpretive plans for both areas.

**Table 3.22.1: Smoothing Iron and Boggy Draw Old Growth Recruitment Areas Allowable Uses**

| Management Activities and Uses | Allowable - Prohibited - Restricted |
|---|---|
| Fire managed for resource benefit | Restricted (to low-intensity) |
| Prescribed burning | Restricted (to low-intensity) |
| Mechanical fuels treatment | Restricted (to meet desired conditions) |
| Timber production (scheduled on a rotation basis) | Prohibited |
| Timber harvesting as a tool | Restricted (to meet desired conditions) |
| Commercial use of special forest products and firewood | Allowable |
| Land use ROWs, special use permits, and utility corridors | Prohibited |
| Livestock grazing | Allowable |
| Facilities | Prohibited |
| Motorized (summer) | Restricted (only designated routes) |
| Motorized (winter) | Allowable |
| Non-motorized (summer and winter) | Allowable |
| Mechanical transport | Restricted (only designated routes) |
| Road construction (permanent or temporary) | Restricted (to meet desired conditions) |
| Minerals - leasable (oil and gas, and other) | NSO |
| Minerals - locatable | Allowable (open to mineral entry; impacts to old growth areas must be avoided or minimized to the extent practicable) |
| Minerals - saleable (materials) | Prohibited |

# 3.23  Dolores River Canyon

## Introduction

The Dolores River, a tributary of the Colorado River, flows approximately 250 miles from its origins in the San Juan Mountains into Grand County, Utah, where it joins the Colorado River. A few miles below McPhee Reservoir, at the Bradfield Bridge Recreation Site, the Dolores River enters lands managed by the TRFO and begins an 85-mile journey through some of the most scenic canyon country in the southwestern United States. This stretch of river, known as the Dolores River Canyon, represents an astounding array of cultural and natural resources, which are reflected in the myriad of special management prescriptions layered across its landscape. Key resources in the area include recreation, suitable WSR segments, wilderness characteristics, cultural resources, geology, rare and unique plants and plant communities, riparian ecosystems, and wildlife. Overlying it all is a scenic backdrop of sheer cliffs, benches, and mesas that rival any of the more nationally recognized landscapes in the region.

## Recreation

The Dolores River Canyon provides opportunities for a broad spectrum of recreational experiences. The river canyon is probably best known for whitewater rafting and kayaking (up to Class IV) beginning at the Bradfield Bridge boat access near Dove Creek. Since the construction of the McPhee Dam and Reservoir, boating has been dependent on flow releases and generally requires between 200 (canoes and kayaks) and 1,000 cubic feet per second (large rafts). These releases require a good snow year and generally occur between late May and early June.

BLM_0033974

While whitewater boating might be the most popular activity enjoyed in the canyon, there are outstanding opportunities for hiking, camping, OHV touring, mountain biking, and wildlife viewing as well. Developed camping is provided in the upper reaches of the canyon (Bradfield Bridge and Box Elder campgrounds), while more primitive, dispersed camping is required for overnight stays further downriver.

The river canyon from Bradfield to Bedrock was identified as an SRMA in the 1985 San Juan/San Miguel Resource Management Plan (BLM 1985) and a River Corridor Management Plan was completed in 1990 (BLM 1990). This portion of the Dolores River Canyon will continue to be managed as an SRMA, divided into several RMZs to provide for specific recreational outcomes and benefits (see Appendix E).

## Wild and Scenic River Eligibility

This entire stretch of the Dolores River is suitable for inclusion into the National Wild and Scenic River System. ORVs have been identified for the reach as a whole and include recreation and scenery (whitewater boating and sandstone cliffs), fish and wildlife (roundtail chub [*Gila robusta robusta*], flannelmouth sucker, and bluehead sucker), geology (sandstone cliffs), ecology (privet [*Forestiera neomexicana*] and Eastwood's monkeyflower [*Mimulus eastwoodiae*]), and cultural resources (historic and prehistoric sites).

This stretch of river has been divided into each of the three eligibility classifications (recreational, wild, and scenic). The segment from Bradfield Bridge to the Dove Creek Pump Station (Mt. Sheep Point) is suitable as a wild classification due to the lack of roads, motorized use, and developed trails. Dove Creek Pump Station to Disappointment Creek is suitable as a scenic classification despite Snaggletooth Road, which is generally unobtrusive to the surrounding landscape. The segment from Disappointment Creek the Little Gypsum Bridge is suitable as a recreational designation due to the presence of the community of Slickrock and the access provided via multiple county roads. Finally, from the Little Gypsum Bridge down through the Dolores River Canyon WSA to Bedrock is suitable as a wild classification.

## Lands with Wilderness Characteristics

The upper portion of the canyon (from Bradfield Bridge to nearly Disappointment Creek) was inventoried in 2011 and found to have wilderness characteristics. A portion of this unit, known as the Snaggletooth unit, from Bradfield Bridge to Mt. Sheep Point, will be managed for its wilderness characteristics.

## Wilderness Study Areas

The northernmost portion of the Dolores River Canyon within the TRFO is within part of the Dolores River WSA, and is managed by the TRFO so as not to impair the ability of Congress to make wilderness determination at some point in the future.

## Cultural Resources

The Dolores River Canyon has been a focal point of human interest, use, and occupancy dating back at least 11,000 years. Evidence of this use can be seen and experienced along the length of the river. Cultural resources include rock shelters, petroglyph panels, resource procurement and processing areas, and historic camps, homesteads, and trails. These sites contribute to our understanding of the area and its importance to the human experience over time.

## Geology

The Dolores River is up to 1,100 feet deep in places and cuts through multiple geologic formations spanning nearly 300 million years of earth's history from the Pennsylvanian through Cretaceous periods. Rock formations in the canyon record the passing of ancient seas and vast deserts. The prominent formation is the cliffs of Wingate sandstone.  Major tributaries such as Coyote Wash, Bull Canyon, and Wild Steer Canyon display slickrock sculpted by wind and water and provide additional habitat for unique plant and animal populations.

BLM_0033975

## Rare/Unique Plants and Plant Communities and Riparian Ecosystems

Another natural resource that makes the Dolores River Canyon special is the variety of plant life found within its confines. Tucked along the canyon floor, along the cliff faces, or hidden within hanging gardens are rare, unique, and even globally impaired species. Old growth ponderosa groves, box elder, and Fremont cottonwood (*Populus fremontii*) galleries provide shade along the river's edge for boaters and animals alike. The New Mexico privet is a riparian shrub that is relatively common in the area, but extremely rare on a global scale. Also found in the canyon, usually in hanging gardens around seeps and overhangs, is the bright red Eastwood's monkeyflower, which is also considered extremely rare or imperiled within the state, and rare globally. In addition to rare plants and plant communities, the Dolores River Canyon includes excellent examples of more common plant communities useful as biodiversity reserves and reference areas. Many of these species and communities are threatened by human activities and invasive, non-native species. The BLM is an active member and supporter of the Dolores River Restoration Partnership, which was founded to reduce or eliminate the threats to native vegetation and riparian functionality from tamarisk and other invasive species.

## Wildlife

The Dolores River Canyon provides important habitat for a variety of species ranging from big game animals to tree frogs. The canyon is home to a population of desert bighorn, one of only three herds in the state. To aid in the viability of this herd, a seasonal motorized closure is placed on a BLM-administered portion of Snaggletooth Road during the spring lambing period (February 1–April 30, inclusive) from near Slickrock to Snaggletooth Rapid. The canyon also provides habitat for peregrine falcons, golden eagles, and other sensitive or listed avian species.

The river itself provides crucial habitat for many aquatic species including roundtail chub, flannelmouth sucker (*Catostomus latipinnis*), bluenose sucker (*Notropis welaka*), red-spotted toad (*Bufo punctatus*), tiger salamander (*Ambystoma tigrinum*), and canyon tree frog. Water levels in the river are controlled by the dam below McPhee Reservoir, which was constructed by the US Bureau of Reclamation as part of the Dolores Project and is operated by the Dolores Water Conservancy District.

## Desired Conditions

3.23.1   Key resources in the canyon (including recreation, WSR suitability, wilderness characteristics, archeology, geology, rare and unique plants and plant communities, riparian ecosystems, and wildlife) are protected and preserved.

3.23.2   Invasive species (including tamarisk, Russian knapweed [*Acroptilon repens*], and Canada thistle [*Cirsium arvense*]) are minor components of the riparian systems of the Dolores River and its tributaries.

3.23.3   The scenic integrity of the canyon is unaltered and or otherwise mitigated to keep structures and new construction out of view from the river bottom.

3.23.4   Recreational opportunities within the canyon corridor are maintained and enhanced.

3.23.5   Access to the river is maintained or improved outside areas classified as wild.

## Objectives

3.23.6   Use integrated pest management on the Dolores River Canyon to treat invasive species.

3.23.7   Over the life of the LRMP, restore riparian and aquatic ecosystems in the Dolores River Canyon and its tributaries.

BLM_0033976

3.23.8   Over the next 20 years, enhance the resiliency of Dolores River Canyon corridor and provide refugia for species on 100 acres of TRFO lands in the Dolores River watershed through implementation of travel management decisions, recreation management plans in the watershed ecosystems, invasive species management projects, or other management activities.

## Guidelines

3.23.9   Management activities and recreational use should avoid or minimizes impacts to rare or unique plant communities.

Table 3.23.1 shows the allowable, prohibited, and restricted management activities and uses for the Dolores River Canyon.

**Table 3.23.1: Dolores River Canyon Allowable Uses**

| Management Activities and Uses | Allowable - Restricted - Prohibited |
|---|---|
| Fire managed for resource benefit | Restricted within the canyon to protect other resource values; naturally ignited and human-made fire will be suppressed |
| Prescribed burning | Restricted to management actions that enhance resource characteristics |
| Mechanical fuels treatment | Restricted to management actions that enhance resource characteristics |
| Timber production (scheduled on a rotation basis) | Restricted to areas above Canyon Rim within ponderosa and oak Brush treatment area |
| Timber harvesting as a tool | Restricted to areas above Canyon Rim within ponderosa and oak brush treatment area. |
| Commercial use of special forest products and firewood | Restricted to areas above the canyon rim |
| Land use ROWs, special use permits, and utility corridors | Restricted (to minimize impacts to canyon resources and protect the viewshed) |
| Livestock grazing | Allowable |
| Facilities | Restricted (development of recreation facilities may be allowed) |
| Motorized (summer) | Restricted (see section 2.14; additionally, there is a motorized timing limitation within desert bighorn lambing areas between February 1 and June 30) |
| Motorized (winter) | Restricted (see section 2.14; additionally, there is a motorized timing limitation within desert bighorn lambing areas between February 1 and June 30) |
| Non-motorized (summer and winter) | Restricted (see section 2.14; timing restrictions may apply to protect wildlife habitat) |
| Mechanical transport | Allowable outside the lands managed for wilderness characteristics |
| Road construction (permanent or temporary) | Restricted to existing county roads within the canyon |
| Minerals - leasable (oil and gas, and other) | Restricted (NSO and TL leasing stipulations may apply for the canyon corridor, viewshed protection, and to protect desert bighorn lambing areas |
| Minerals - locatable | Allowable (open to mineral entry; impacts to canyon resources and viewshed should be minimized to the extent practicable) |
| Minerals - saleable (materials) | Prohibited |

## Additional Guidance

- Dolores River Corridor Management Plan (BLM 1990)

BLM_0033977

## 3.24  Silverton

The Silverton area includes the Alpine Loop Backcountry Byway, portions of the San Juan Skyway, the Silverton SRMA, and the town of Silverton (see Figure 3.27.1). The Silverton Ski Area and the Durango-Silverton Narrow-Gauge Railroad also operate within this area. A portion of the Continental Divide National Scenic Trail and the Colorado Trail pass through this area.

The Silverton area has outstanding outdoor opportunities, extraordinary scenery (accessed by two byways and an extensive network of rough roads and trails), sensitive plant and animal habitats, and diverse year-round nature-based recreation and adventure tourism. The town of Silverton's history, and vintage architecture, is recognized by residents and visitors as a precious cultural resource. Silverton, which has strong community values and a "sense of place," is a place where it is possible to "step back in time."

More than 300,000 people visit the area annually primarily due to heritage tourism, recreation, and wilderness access. These are the main economic contributors to local communities. Activities for visitors include camping, hiking, mountain biking, wildlife and wildflower viewing, winter sports, OHV use, and heritage tourism. The area is well suited to day trips, as well as to multi-day excursions.

Situated primarily above 9,000 feet, this is largely a sensitive and beautiful subalpine to alpine environment. This area has important biological value (including its essential function as a linkage area for wildlife across the San Juan Mountains and north to other parts of Colorado). The valleys and mountain passes provide key linkage corridors for migratory wildlife and wide-ranging carnivores (e.g., Canada lynx [*Lynx canadensis*]). The high country provides a large block of alpine and tundra habitat that is contiguous with adjacent public lands. This provides key habitat areas for a suite of unique species specially adapted to this fragile and harsh environment (including the endangered Uncompahgre fritillary butterfly [*Boloria acrocnema*], the white-tailed ptarmigan, and the brown-capped rosy-finch [Leucosticte *australis*], Rocky Mountain bighorn sheep, and Colorado cutthroat trout). The Silverton area contains peat-forming wetlands called fens. Fens require thousands of years to develop and cannot easily be restored once damaged. Rare and sensitive plants are found only in these fens. The Silverton area is also the only area where iron fens are found within the planning area. Iron fens are a unique type of fen found in areas with geology that produces acidic, metal-rich conditions. The San Juan Mountains are one of only a few places in the world that contain iron fens.

Many local residents are active stewards of this area and have strong concerns regarding the protection of the unique environment. Concerns expressed by residents and visitors include issues related to recreation and travel management, cultural resource protection, sheep grazing, protection of scenic views and fragile tundra, adequate visitor information and services, mining impacts, economic benefits, conflicts between residents and tourists, and conflicts between motorized and other users.

The combination of road access, rewarding vistas, and outstanding remnants of the hard-rock mining heritage make the Silverton area one of the most spectacular high-elevation landscapes in the United States.

Protecting the heritage of the amazingly persistent hard-rock miners is vital to preserving the nation's history, as well as the allure of the Silverton area. Historic sites within the Silverton area include mills, dams, hydro-electric power houses, water flumes, shaft houses, tramways, miners' cabins, assayer offices, boarding houses, powder houses, toll roads, railroads, mining camps, and countless mine shafts and adits. These sites are deteriorating in the harsh environment and as a result of the impacts from the increasing numbers of visitors. Private land development also threatens the integrity of the cultural landscape.

Mineral exploration, mining, and ore processing was the focus of activity in the Silverton landscape since the late 1800s. The remnants of this activity provide the road network and historic focus for heritage tourism and also left a legacy of hazardous open mines and water quality issues necessitating the need for an AML program. The AML programs on both USFS and BLM lands have the dual focus of mitigating physical safety hazards of abandoned mines and improving water quality that has been degraded by mining. The physical safety closures are often done in conjunction with the Colorado Division of Reclamation, Mining and Safety, who can efficiently combine work on federal and private

BLM_0033978

lands. Water quality work can consist of removal and reclamation of mine waste rock piles and mill tailings piles, water control to keep water from getting to mining areas where it can be contaminated, or treatment of contaminated water. The BLM and USFS partner with numerous entities in this work, including the Colorado Division of Reclamation, Mining and Safety, USGS, EPA, USFWS, mining industry, environmental and educational groups, and community members.

As the result of the configuration of mineral patents and private lands, San Juan County has a somewhat fragmented land ownership pattern of public lands isolated by private lands sometimes called "splinters" or "slivers." These splinters or slivers can range in size from less than an acre up to 40 acres and oftentimes make accessibility to public lands difficult.

In recent years, the uses of mineral patents and private lands in San Juan County have shifted from mining to recreation and residential uses, either seasonal or permanent. The proliferation of cabins on parcels of 5 acres or more has increased ROW applications to the BLM for access and other infrastructure needs. Consolidation of ownership would result in more efficient and effective land management for federal, state, and local governments. This consolidation can take place through proposals for land acquisitions, sales (disposals), and/or exchanges. The BLM may retain rights such as conservation easements, trail easements, or ROWs in these transactions for the public's benefit.

In keeping with the BLM mission of "serving communities," lands in San Juan County near Silverton may be made available for recreation and public purposes or sold either competitively or directly for expansion of residential, commercial, recreation, or infrastructure uses.

Residents, visitors, and public land managers all see many opportunities for sustainable conservation of the Silverton area. Due to its complex resource values, and to the high levels of public interest, successful strategies for conservation will continue to depend on partnerships (including with local, state, tribal, and other federal agencies; historic preservation advocates and agencies; non-profit organizations; interpretive associations; commercial recreation providers; and local businesses). Management tools (including land acquisition, land exchange, and conservation easements) would be critical to the protection of high-priority lands within the larger cultural landscape, the mitigation of resource impacts, and the improvement in land conservation areas or national monuments, which may also be considered, in order to give the area appropriate recognition and protection.

The Alpine Triangle Cultural Resources Management Plan (CRMP) provides guidance for the management and interpretation of cultural resources in the Silverton SRMA (BLM 1994b) (see Appendix E). Under the direction of the LRMP, management will be intensive and include visitor facilities for interpretation and resource protection (including parking, trailhead facilities, signage, and trail maintenance). Regulations and visitor guidance will also play a role in protecting resources, as well as in enhancing visitor experience (including camping restrictions, travel management for motorized and non-motorized uses, resource protection, and visitor safety related to mines).

Successful implementation of the LRMP will depend on ownership patterns. Cooperation with state historic and heritage programs; San Juan, Ouray, and Hinsdale Counties; local communities and their residents; local, state, tribal, and other federal agencies; non-profit organizations; interpretive associations; businesses; and public land permittees will be emphasized. Expansion of on-the-ground signs and patrols to effective levels will also be key to successful heritage tourism and resource protection. Special emphasis will be given to the protection of cultural viewsheds that are in jeopardy due to the impacts of incompatible private development.

## Desired Conditions

3.24.1   Interpretation of the historic landscapes and features of the Silverton SRMA is made available through a range of effective and appropriate venues. Information is designed to enhance the touring experience and encourage the greatest extent of appreciation and protection of these precious assets.

BLM_0033979

3.24.2   Commercial summer and winter recreation opportunities are available through permitted outfitter/guides and the Silverton Ski Area.

3.24.3   Recreational uses (including motorized/non-motorized travel or camping) are at sustainable levels within ROS settings.

3.24.4   Recreation management compatible with the area's cultural and natural resource management goals is allowed and promoted.

3.24.5   High-priority historic resources are stabilized and preserved for future generations.

3.24.6   The built environment supports essential visitor services, heritage tourism and interpretation, and recreation opportunities. Design elements (including scale, materials, and colors) complement the natural environment and are consistent with the architectural vernacular of local historic structures.

3.24.7   Support services are located within, or close to, gateway communities.

3.24.8   Local communities serve as gateways to the Silverton area, take an active role in stewardship of surrounding public lands, and receive lifestyle, community, and economic benefit. The site-stewardship program and TRFO presence are fully effective for resource protection, visitor contact, education, and safety.

3.24.9   Plants and wildlife unique to the area (including Canada lynx/lynx habitat, fens, bighorn sheep, native Colorado Cutthroat trout, Uncompahgre fritillary butterfly, white-tailed ptarmigan, and brown-capped rosy-finch, and other alpine obligate species) are effectively protected and managed in conjunction with other actions.

3.24.10 Water quality meets or exceeds state standards, where possible.

3.24.11 Although private land access is provided, as required, opportunities for protection of key resources are sought through the county development process, easement options, and acquisition.

3.24.12 High-priority parcels of land are protected and preserved through methods that include acquisition, land exchange, or conservation easements.

3.24.13 Where public lands 1) are isolated by surrounding private parcels with limited or no public access, 2) have minimal cultural/natural resource or recreation values to protect, and 3) are not needed for any federal project or resource management activity, the BLM may consider exchanges, sales or other disposal in order to improve the overall management of the public lands. Each proposal will be evaluated on a case-by-case basis, including environmental analysis under NEPA.

3.24.14 The responsibility to provide appropriate marketing and adequate interpretation, conservation education, and recreation information is understood and shared by agencies, partners, commercial outfitter/guides, and businesses.

3.24.15 The transportation system throughout the Silverton area meets the desire of visitors for access, provides a range of interesting touring experiences, and is designed in order to limit access to sites in need of protection.

3.24.16 AML and mining clean-up activities address resource protection and public safety.

3.24.17 Lands would remain open to mineral entry except where limited and specific needs for withdrawal or segregation. When possible, new mining projects would consider reclamation and remediation of historic mining operations to the extent economically, technologically, and legally possible.

Table 3.24.1 shows the allowable, prohibited, and restricted management activities and uses for the Silverton area.

BLM_0033980

**Table 3.24.1: Silverton Area Allowable Uses**

| Management Activities and Uses | Allowable – Restricted – Prohibited |
|---|---|
| Fire managed for resource benefit | Restricted (wildfire for ecological benefit would be allowed in high-elevation spruce-fir, but emphasis will be put on protecting historic structures and private property) |
| Prescribed burning | Restricted (may be used in order to improve wildlife habitat, including bighorn sheep.) |
| Mechanical fuels treatment | Allowable |
| Timber production (scheduled on a rotation basis) | Restricted |
| Timber harvesting as a tool | Restricted |
| Commercial use of special forest products and firewood | Restricted to Christmas trees, firewood post and poles, mushrooms, and medicinal plants collected in the area |
| Land use ROWs, special use permits, and utility corridors | Restricted (surface disturbance should be minimized; utilize existing corridors and ROW where practicable) |
| Livestock grazing | Restricted to grazing allotments. |
| Facilities | Allowable |
| Motorized (summer) | Allowable |
| Motorized (winter) | Allowable |
| Non-motorized (summer and winter) | Allowable |
| Mechanical transport | Allowable |
| Road construction (permanent or temporary) | Restricted (allowable for access to valid existing rights and for effective public access.) |
| Minerals - leasable (oil and gas, and other) | Restricted (NSO, CSU, and TL stipulations may apply) |
| Minerals - locatable | Restricted (allowable where natural, cultural, and/or scenic values are not degraded) |
| Minerals - saleable (materials) | Allowable (open to mineral entry per the 1872 Mining Law; however, the exploration and development of mining claims may be subject to restrictions to protect resources) |

## 3.25  HD Mountains (San Juan National Forest)

The HD Mountains (MA 2) total approximately 49,000 acres (see Figure 3.27.2). The area's elevation ranges from just over 6,000 feet to just under 9,000 feet. Private and state lands (located primarily along the flanks of the USFS-administered lands) make up a small portion of the HD Mountains area (and are not subject to the direction of the LRMP). A 25,140-acre CRA within the HD Mountains forms the core of the MA.

The roadless area provides many social and ecological benefits. As urban areas grow in southwest Colorado, undeveloped private lands continue to be converted to urban areas and rural infrastructure. In the increasingly developed landscape in the vicinity of the HD Mountains, this large unfragmented tract of land serves a critical role (in that it provides functioning watersheds and biological strongholds that promote diversity for plant and animal populations). The area provides a large, relatively undisturbed landscape with opportunities for dispersed outdoor recreation (opportunities that diminish as open space and natural settings are developed elsewhere). The area also serves as a bulwark against the spread of non-native invasive plant species and provides a reference area for study and research related to development in the roadless area.

The HD Mountains area encompasses the northeastern portion of the San Juan Basin (which is a geologic structure containing one of the largest natural gas reservoirs in the world). The majority of the area has been leased for oil and gas development, and markets have prompted additional interest and investments in gas wells and associated facilities and infrastructure in the San Juan Basin. Natural gas development in the HD Mountains is controversial due to the potential impacts to roadless area values, surface water and groundwater, wildlife habitat, cultural resources, property values, tax revenues, employment, and air quality in the Weminuche wilderness area and the Mesa Verde National Park Class 1 air quality areas.

BLM_0033981

Companies or individuals holding existing valid leases have legal, non-discretionary development rights. Over the next few decades, as gas is produced and transported, the impacts of development will be evident; however, in the long-term, the SJNF would manage its lands so that facilities (including all surface and subsurface features related to management activities) would be reclaimed when no longer needed, so that altered lands would be restored to natural conditions. Planning for, and administering, management activities with the intent to ultimately reclaim development areas will make for a more rapid and successful recovery to natural conditions. An important element of this recovery effort is the approximately 22,400 acres of the roadless area that would remain unroaded under the gas field development plan authorized by the Northern San Juan Basin FEIS and ROD (BLM and USFS 2006; USFS and BLM 2007).

Although the primary values and important characteristics listed below are not all unique to the HD Mountains, the fact that they all occur in the same area makes the HD Mountains unique and deserving of special management approaches. The overall goal of management approaches in the HD Mountains is to maintain, improve, and/or return these values and characteristics to the landscape. These values and characteristics are described below.

The Northern San Jan Basin FEIS and ROD was signed on April 4, 2007, and provides guidance for gas-field development in the HD Mountains area. The development approach required by the FEIS/ROD balances valid existing gas development lease rights with legitimate social and environmental issues. It also sets the stage for the long-term goal of returning the area to a natural condition. Under the direction of the LRMP, the program approach would include comprehensive implementation, monitoring, mitigation, and reclamation plans for all phases of project development that address gas seepage, water quality/quantity, landslides, wildlife, vegetation, recreation, transportation, visual resources, noise, health and safety, air quality issues, and the minimization of impacts to the CRA.

In addition, a CRMP will be developed in consultation with the State Historic Preservation Office and other consulting parties. The CRMP will provide a framework in which to address cumulative impacts to cultural resources and will provide strategies for proactive management of cultural resources within the Northern San Juan Basin area of potential effects (which includes the HD Mountains area).

In addition, hazardous fuels reduction projects will continue to prioritize the WUI-related to SJNF/private land boundaries.

Noxious weeds are managed cooperatively with the State of Colorado (especially in relation to impacts to the Little Squaw Creek drainage).

## Primary Values and Important Characteristics

**Roadless Area:** The HD Mountains area includes the 25,140-acre HD Mountain CRA. This area is important for recreational opportunities, pristine and primitive conditions, wildlife habitat, and roadless values (including those described above). The roadless area may also take pressure off of the more heavily used wilderness areas and WSAs within the planning area by providing solitude and quiet, as well as dispersed recreation opportunities.

**Wildlife Habitat:** The HD Mountains area, and the associated CRA, represent important, unfragmented wildlife habitat. They also provide connectivity to other important wildlife habitats. The combination of elevation, exposures, and vegetation also means that much of the area is winter range. In addition, important migration corridors for big game and other migrating wildlife are present in the area. The relatively unique occurrence of oak brush on north-facing slopes in the HD Mountains adds to the importance of the area as bear habitat.

**Archeological Resources:** The HD Mountains area contains important archeological resources (including the Spring Creek, Sauls Creek, Armstrong-Ritter, Turkey Creek, and Peterson Gulch Proposed National Register Districts, and other archeological sites) resources offering unique information and values. These sites and districts may provide information related to Chimney Rock, neighboring populations in the lower San Juan Basin (including Gobernador Valley and Chaco Canyon), and settlements to the west (including Mesa Verde National Park and Canyons of the Ancients National

Monument). They may also provide important clues about chronology and settlement patterns, relationships with temporally parallel neighboring populations, and resource utilization across the HD Mountains area landscape.

**Geology and Geomorphology:** The HD Mountains area is noteworthy for its geology, topography, and landslides. It also contains many areas of steep, unstable, erosive soils and slopes, as well as the Fruitland Formation, which is one of the most productive formations for natural gas in the San Juan Basin. The Fruitland Formation is exposed at the surface in the HD Mountains area, in a feature known locally as the Outcrop. The Outcrop is an important hydrogeologic feature connected to the Fruitland Formation coalbed methane gas reservoir and freshwater aquifer.

**Surface Water and Groundwater Resources:** Due to the area's dry climate and the unique hydrogeology of the Fruitland Formation, surface water and groundwater are critical resources in the area. There are important water resources connected to the Fruitland Formation, and freshwater springs are present in the core area of the HD Mountains area.

**Vegetation:** The HD Mountains support a variable mix of vegetation types, ranging from sagebrush to cool-moist mixed conifer forests. Old growth ponderosa pine forests and aspen forests still stand in portions of the HD Mountains area. The stands of old growth ponderosa pine in the HD Mountains area are particularly important (because this is a rare resource in the planning area). In addition, *Townsendia globella* and the riparian natural plant communities of boxelder-narrowleaf cottonwood/red osier dogwood forest, strapleaf willow shrubland, and narrowleaf cottonwood-rocky mountain juniper forest are also important vegetation types of the HD Mountains.

**Social and Economic Values:** The existing and potential natural gas resources in the HD Mountains area have significant direct and indirect economic benefits for the local and regional area related to gas-field development. The area also provides important social and economic value to the local area (including motorized and non-motorized recreation, primitive solitude, hunting, enjoyment of scenic vistas, and benefits related to gas-field revenues and taxes). Examples of these values include low residential property taxes, as well as new or improved city and county facilities, services, and infrastructure.

**Recreation:** Recreational opportunities in the HD Mountains area include wide open vistas, as well as views of Chimney Rock, the Piedra River valley (to the east), and the Pine River valley (to the west). The core roadless area provides opportunities for hiking, hunting, and horseback riding in an environment of natural sights and sounds. There are motorized trails on the western and eastern flanks of the HD Mountains.

**Livestock Grazing:** Livestock grazing is an important use of the HD Mountains area (which has several active allotments that would continue to be used). This use is not expected to increase or decrease significantly in the future.

**Fire and Fuels Management:** Fire and fuels management are important activities in the HD Mountains area. These management activities would be aimed at reducing fire risk to private lands and residences along the flanks of the core area, as well as improving the overall health of the lands within the planning area and restoring a more natural condition.

## Desired Conditions

3.25.1   Specific actions for cultural resources are protected, preserved, and interpreted as directed in the Northern San Juan Basin CRMP.

3.25.2   High-priority historic and prehistoric resources are stabilized and preserved for future generations.

3.25.3   The Spring Creek, Sauls Creek, Armstrong-Ritter, Turkey Creek, and Peterson Gulch National Register Districts/Proposed National Register Districts are maintained in an undisturbed condition and protected from impacts (including from vandalism, visual intrusion, surface disturbances, and erosion).

BLM_0033983

3.25.4   Motorized travel occurs on designated motorized roads and trails within the boundaries of the Spring Creek, Sauls Creek, Armstrong-Ritter, Turkey Creek, and Peterson Gulch National Register Districts/Proposed National Register Districts.

3.25.5   Scenic integrity meets an overall moderate scenic integrity objective, and areas of high scenic integrity are maintained, wherever practicable.

3.25.6   Although private land and mineral access may be authorized, as appropriate, opportunities to protect private and other key resources is sought through cooperative efforts with local, state, tribal, and other federal agencies.

3.25.7   Coordination between local, state, tribal, and other federal agencies is effective and ongoing (especially regarding the integration of management for the San Juan Basin gas field).

3.25.8   Water quality is maintained at current, or improved, conditions. Water quantity is maintained at current levels, unless affected by natural factors (including drought).

3.25.9   In general, management activities maintain or improve roadless area values, wherever practicable, with a long-term goal of returning the landscape to an unroaded condition. Existing roads in areas such as Spring Creek, Sauls Creek, Turkey Creek, Goose Creek, Lange Canyon, Fosset Gulch, and the Relay Tower Road, as well as motorized trails proposed under the Northern San Juan Basin FEIS/ROD Travel Management Plan (USFS and BLM 2007) remain open to motorized travel indefinitely.

3.25.10 Development practices allow for efficient extraction of fluid mineral resources in order to maximize recovery and related economic benefits (including property tax base and other indirect social and economic benefits to the local and regional area).

3.25.11 Mineral resources are developed so that the area can be returned to a relatively natural setting as production phases out.

3.25.12 Existing mineral leases are reasonably developed using the minimum size and amount of facilities necessary. Future mineral leases are issued with NSO stipulations.

3.25.13 Facilities are designed and constructed with the goal of ultimately reclaiming them to closely resemble pre-construction conditions.

3.25.14 Facilities are located in order to minimize or avoid construction in steep, erosive, unstable, highly visible, and/or other critical resource areas (including water influence zones, areas with low potential for revegetation, and areas of known habitat for sensitive, threatened or endangered plant and animal species).

3.25.15 Where facilities are required, they are collocated, to the extent practicable, in order to reduce overall disturbance and indirect impacts (e.g., vehicle trips, air quality impacts, etc.).

3.25.16 Reclamation plans are an integral component of management activities.

3.25.17 Natural resources unique to the area (including old growth ponderosa pine forests, wildlife habitat, and water sources) are effectively protected and managed in conjunction with other actions.

3.25.18 Wildlife habitat effectiveness and connectivity is maintained.

3.25.19 Wildlife habitat and big game winter range are protected, enhanced, or replaced.

3.25.20 Management activities avoid disturbance to old growth vegetation. Prescribed fire may be used in old growth vegetation areas after site-specific field review and documentation of analysis and affirmative decision is completed.

BLM_0033984

3.25.21 Forest health, restoration, and fuels management are routine and recurring management activities (especially along the flanks of the HD Mountains). Forest ecosystem health is consistent with minimally disturbed natural systems. Fire-return intervals and risks of catastrophic fire are consistent with the range of natural variability for the various forest communities. Stand structures and vegetative compositions are representative of more natural conditions.

3.25.22 Forest health, restoration, and fuels projects are completed in order to reduce fire risk to private lands and residences along the flanks of the HD Mountains, with an overall goal of improving forest health while, at the same time, maintaining and/or returning the area to a more natural forested condition.

3.25.23 Invasive plant species (including noxious weeds) are absent or rare in the HD Mountains area.

3.25.24 Management activities complement primitive recreation and roadless values.

3.25.25 Livestock grazing management complements roadless values and natural forest conditions.

3.25.26 Motorized travel occurs on designated roads and trails during appropriate times. Mineral development roads authorized by the Northern San Juan Basin FEIS/ROD are closed year-round to public motorized use (see the Northern San Juan Basin FEIS/ROD for travel management direction.)

3.25.27 Air quality impacts from management activities are reduced or avoided using BMPs and the best available technology.

## Objectives

3.25.28 Every 5 years, unless otherwise determined by the Authorized Officer, complete elk and deer habitat enhancement project(s) (to be completed by operators conducting oil and gas activities in the HD Mountains area). The project(s) must enhance acreage in elk habitat or deer winter range in the HD Mountains area (preferably on state and/or SJNF-administered lands) in an amount that is equal to, or greater than, the acreage disturbed in elk habitat or deer winter range by oil and gas activities in the area.

3.25.29 Permanently close all roads that are not designated as open in the Travel Management Plan (roads not used by industry to access coalbed methane sites and not used for administrative purposes). Measures would be taken in order to effectively close such roads to all motorized use (including to full-size vehicles, ATVs, motorcycles, OHVs, and snowmobiles). Measures would include, but are not limited to, blocking roads at least one site distance up the roadbed by placing large boulders, livestock gates, and/or earthen barriers interspersed with tree trunks and branches or obliterating and recontouring areas back to the original slope.

3.25.30 Every 5 years, stabilize, rehabilitate, or restore 1 mile or more of gullied channels in order to reduce erosion and sediment delivery.

3.25.31 Annually, treat the full length of Crowbar Creek and Sauls Creek in order to control noxious weeds (primarily musk thistle [*Carduus nutans*]) with funds provided by the USFS and/or BLM and/or obtained through collection agreements/other funding instruments executed with oil and gas permittees.

3.25.32 Twice per year, treat Spring Creek, Salt Canyon and Fosset Gulch in order to control noxious weeds (primarily musk thistle) with funds provided by the USFS and/or BLM and/or obtained through collection agreements/other funding instruments executed with oil and gas permittees.

Table 3.25.1 shows the allowable, prohibited, and restricted management activities and uses for the HD Mountains MA 2.

BLM_0033985

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Table 3.25.1: HD Mountains Allowable Uses**

| Management Activities and Uses | Allowable - Restricted - Prohibited |
|---|---|
| Fire managed for resource benefit | Allowable |
| Prescribed burning | Allowable |
| Mechanical fuels treatment | Restricted (treatments generally would not be allowable in the core roadless area) |
| Timber production (scheduled on a rotation basis) | Prohibited |
| Timber harvesting as a tool | Restricted |
| Commercial use of special forest products and firewood | Allowable |
| Land use ROWs, special use permits, and utility corridors | Restricted (to minimize impacts; should utilize existing corridors and disturbed areas where practicable) |
| Livestock grazing | Allowable |
| Facilities | Restricted (facilities would not be allowed within the roadless area and would generally be limited throughout the entire area) |
| Motorized (summer) | Restricted (summer motorized travel is suitable and may occur on designated routes; seasonal motorized restrictions may apply in order to protect resources and wildlife habitat areas) |
| Motorized (winter) | Prohibited |
| Non-motorized (summer and winter) | Allowable |
| Mechanical transport | Allowable |
| Road construction (permanent or temporary) | Restricted (road development would be limited to lease contract obligations and for restoration management, as necessary) |
| Minerals - leasable (oil and gas, and other) | Restricted (NSO, CSU or TL stipulations may apply) |
| Minerals - locatable | Allowable (open to mineral entry per the 1872 Mining Law; however, the exploration and development of mining claims may be subject to restrictions to protect resources) |
| Minerals - saleable (materials) | Prohibited |

## 3.26  McPhee (San Juan National Forest)

The McPhee area includes the Anasazi National Register Archeological District and McPhee Dam (see Figure 3.27.2). With over 997 archeological sites, the Anasazi National Register Archeological District contains one of the densest concentrations of Ancestral Puebloan sites in the southwestern United States. These sites were identified and documented during the Dolores Archeological Project. In 1977, the district was established in recognition of this unique concentration of nationally significant cultural resources and landscapes. These sites are associated with Basketmaker III (A.D. 500–750), Pueblo I (A.D. 750–900), and Pueblo II (A.D. 900–1150) culture periods. Rising and falling water levels associated with management of McPhee Reservoir continue to impacts these sites causing erosion, loss of archaeological resources, and NAGPRA issues.

McPhee Dam was constructed on the Dolores River in order to provide storage for irrigation and municipal and industrial water in southwest Colorado. McPhee Reservoir also provides outstanding recreation opportunities for boating, fishing, hiking, and ATV use.

The McPhee area also includes the McPhee Reservoir Sauropod Locality. The sauropod is an important dinosaur fossil that will be protected and preserved as required by the PRPA. This significant fossil is currently being managed by the USFS in partnership with Colorado Mesa University. See Section 2.17 Paleontological Resources, for specific desired conditions for the McPhee Reservoir Sauropod Locality.

BLM_0033986

Under the direction of the LRMP, management of the McPhee area emphasizes protection and preservation of archeological and paleontological sites, while at the same time providing recreation opportunities and protecting big game winter range and sage-grouse habitat. Focused management will address the intensive recreational use of the area, as well as the ongoing impacts to significant archeological and paleontological resources. An integrated archeological, recreation, and interpretive plan should be developed. The existing archaeological monitoring plan will be implemented in order to improve management and to protect archeological resources in the area. A proactive management approach will take full advantage of the educational, interpretive, scientific, and research opportunities available within the area. These proactive approaches include interpretive trails, "Passport In Time" projects, campground programs, and "Archaeology Month" programs. In order to improve management, archeological testing will be conducted on sites that are 100% surface collected in order to determine if subsurface deposits exist. This information can be used to determine future management and uses of these sites. Archeological sites could also be assessed in the waterline in order to ascertain impacts associated with fluctuations in reservoir levels. Data recovery will be conducted, if necessary, in order to mitigate adverse impacts.

## Desired Conditions

3.26.1   McPhee offers diverse recreation for communities while, at the same time, preserving archeological and paleontological resources.

3.26.2   McPhee provides big game winter range and sharp-tailed (*Tympanuchus phasianellus*) and sage-grouse habitat.

3.26.3   Vegetation is managed in order to protect and enhance cultural and paleontological resources.

3.26.4   Interpretive and educational opportunities enhance visitor experience and increase stewardship of sites.

3.26.5   User-made trails are rerouted or eliminated in order to avoid impacts to archeological and paleontological sites.

3.26.6   Hazardous fuels are managed in order to protect and preserve archeological resources, and to reduce the risk of wildfire to recreational facilities.

3.26.7   Cultural viewsheds are preserved; incompatible uses or developments are prevented.

3.26.8   The SJNF partners with the Bureau of Reclamation to address impacts to archaeological resources and NAGPRA issues.

3.26.9   The SJNF partners with research organizations to test archaeological sites and conduct data recovery if sites are being impacted.

## Objectives

3.26.10 Within 5 years, implement site-steward and "adopt-a-site" programs.

3.26.11 Over the implementation life of the LRMP, develop two interpretive trails.

3.26.12 Within 10 years, test two sites for subsurface archeological deposits.

3.26.13 Within 5 years, implement archaeological monitoring plan.

3.26.14 Within 3 years, reroute or close user-made trails that are impacting archaeological resources

Table 3.26.1 shows the allowable, prohibited, and restricted management activities and uses for the McPhee.

BLM_0033987

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Table 3.26.1: McPhee Allowable Uses**

| Management Activities and Uses | Allowable - Prohibited - Restricted |
|---|---|
| Fire managed for resource benefit | Restricted in order to protect significant archaeological resources |
| Prescribed burning | Restricted |
| Mechanical fuels treatment | Allowable |
| Timber production (scheduled on a rotation basis) | Restricted |
| Timber harvesting as a tool | Restricted (significant archaeological resources must be protected) |
| Commercial use of special forest products and firewood | Prohibited |
| Land use ROWs, special use permits, and utility corridors | Restricted (to minimize impacts to archaeological resources; utilize existing corridors where practicable) |
| Livestock grazing | Allowable |
| Facilities | Restricted to existing facilities (significant archaeological resources must be protected prior to the development of any new facilities) |
| Motorized (summer) | Restricted to designated routes |
| Motorized (winter) | Restricted |
| Non-motorized (summer and winter) | Restricted |
| Mechanical transport | Restricted to designated roads and trails |
| Road construction (permanent or temporary) | Restricted |
| Minerals - leasable (oil and gas, and other) | Administratively not available |
| Minerals - locatable | Allowable (open to mineral entry per the 1872 Mining Law; however, the exploration and development of mining claims may be subject to restrictions to protect resources) |
| Minerals - saleable (materials) | Restricted |

## 3.27  Rico (San Juan National Forest)

The Rico "special area" includes the USFS-administered lands adjacent to the town of Rico. Approximate boundaries include Telescope Mountain to the northeast, Spruce Gulch to the southeast, Burnett Creek to the southwest, and Horse Creek to the northwest. The Rico area is located in a subalpine region of the San Juan Mountains, with elevations ranging from 8,800 feet in town to 12,681 feet on nearby Blackhawk Mountain. The area's climate is best described as having four distinct seasons with significant winter snows, as well as the associated springtime runoffs. The large volumes of water from the winter snowmelt support a vast conifer and aspen forest with interspersed meadows. The high altitude and southerly latitude of the Rico area offer diverse and sometimes extreme climatic conditions that can range from warm and pleasant sunny days in the middle of January to harsh snowstorms in the summer months. Due to the high altitude, significant temperature drops usually occur at night. Snowstorm events can be substantial, and it is not unusual for roads to be closed, power to be disrupted, and/or emergency services to be delayed.

The Rico area is located primarily on the east side of the Dolores River (which is fed by several tributaries). The headwaters of these tributaries begin in the cirques and basins formed by the numerous surrounding mountain peaks. The majority of these peaks (including Expectation, Dolores, and Telescope) have elevations of over 12,000 feet. The area supports an array of big game wildlife (including deer, elk, sheep, mountain lion [*Puma concolor*], and black bear [*Ursus americanus*]). Elk and deer are primary resources. Small game is also plentiful (including blue grouse [*Dendragapus obscurus*] and snowshoe hare). The Dolores River, Silver Creek, and many other local tributaries, support a diverse plant and wildlife ecosystem. Canada lynx have recently been reintroduced into the SJNF and are often seen in the area.

BLM_0033988

The historic mining industry in the Rico area has provided a rich cultural history and is the reason the town was founded; however, it has also left behind a legacy of environmental damage. Impacts are primarily from previous mining activities (including mill tailings, mine dumps, shafts and tunnels, water quality degradation, and lead contamination to some of the area's soils). Hundreds of active unpatented mining claims continue to surround the Rico area.

The town of Rico is relatively remote. The nearest towns to the north are Telluride and Mountain Village (which are approximately 28 miles away, over Lizard Head Pass). The nearest towns to the south are Dolores (approximately 40 miles away) and Cortez (approximately 50 miles away).

Rico is a community that aims to preserve its small mountain town historic character, even as the population grows. The community uses the natural resources of the surrounding public lands in order to assist in building a new post-mining economy. The relatively undeveloped, non-resort character of Rico is rapidly becoming rare in Colorado (as it is in other western states). Preserving the feel and appearance of the historic compact "mountain town" land pattern of the existing town is extremely important to the residents and property owners of Rico. New development areas beyond the historic town plat will complement the existing town site by focusing development adjacent to town on the north and south sides while, at the same time, preserving natural forest areas to the east and west of town. Management of population growth, new development, and overall rate of growth are essential to preserving the unique character and relationship between the USFS/BLM and the Rico community (USFS and Town of Rico, Colorado 2011).

Under the direction of the LRMP, focused management of this area will address the impacts that occur in tandem with private land development and the maintenance of the interconnected SJNF resources. A sustainable management approach that maintains the close relationship between the people of Rico and the landscape of public lands will allow these goals to be met.

The Rico special area would offer an opportunity for the SJNF to work collaboratively with the people of Rico in order to develop sustainable management practices for the planning area. SJNF managers will develop an MOU for projects in the Rico area in order to outline common goals and achieve sustainable management approaches throughout the implementation life of the LRMP.

## Desired Conditions

3.27.1   Management of SJNF-administered lands contributes to or enhances the historic "mountain town"' scale and appearance of the Rico.

3.27.2   Trailheads and informational signage direct locals and visitors to the appropriate desired recreational experience.

3.27.3   Land ownership patterns are improved and consolidated between the town, private landowners, and the SJNF in order to enhance community development objectives and to reduce resource impacts (including to the viewshed on the surrounding public lands).

3.27.4   Trails accessing SJNF-administered lands from within town boundaries emphasize non-motorized recreation modes in order to emphasize the community's quiet-use character.

3.27.5   Restoration and preservation of the natural space, beauty, and terrain of the area is recognized as the principal resource asset to the town.

3.27.6   Undeveloped areas and CRAs on SJNF-administered lands near and/or around Rico provide quality elk and other large game habitat and wildlife corridors. These areas also provide quality hunting and wildlife viewing, as well as pristine backcountry non-motorized recreational experiences.

BLM_0033989

3.27.7   Undeveloped and roadless areas on SJNF-administered lands near and/or around Rico continue to provide habitat for wildlife and contribute to the sustainable reintroduction of the Canada lynx.

3.27.8   Select historic structures associated with the area's past mining history are stabilized, protected, and interpreted.

3.27.9   Area residents, as well as the visiting public, are directed to appropriate areas for non-motorized and motorized recreation opportunities through a variety of informational, educational, and interpretational venues.

3.27.10 Instream flows on the upper Dolores River above McPhee Reservoir are maintained in order to enhance and preserve the scenic quality of the Dolores River (and the surrounding watershed) and protect fisheries, riparian, and aquatic habitat.

3.27.11 The watersheds surrounding Rico are maintained and enhanced, with a focus on water quality improvement for perennial streams entering the Dolores River.

3.27.12 Water quality entering the Dolores River is improved due to collaborative remediation efforts to clean up mining-impacted lands in the Rico area.

3.27.13 The Silver Creek watershed remains the municipal water source for the town of Rico until such time as additional and/or new water sources are developed. Rico's municipal water supply source is protected from development activities that would cause negative impacts, per the town's permitting process and in coordination with the SJNF.

## Objectives

3.27.14 Emphasize a proactive working relationship between the town of Rico and the SJNF that serves to preserve and protect the uniqueness of the Rico community. Annual meetings between the town and the SJNF will be encouraged in order to review community and public land management objectives specific to the public lands within the Rico MA 2 area.

3.27.15 Within 5 years, develop a parking lot outside the town limits for the Burnett Trailhead in order to provide an adequate staging area for motorized recreational experiences, along with preserving the quiet of the community while, at the same time, providing motorized opportunities.

3.27.16 Annually, sign a minimum of one trail within the Rico area in order to inform and direct appropriate recreation use.

## Suitability

Table 3.27.1 shows the allowable, prohibited, and restricted management activities and uses for the Rico area.

BLM_0033990

**Table 3.27.1: Rico Area Allowable Uses**

| Management Activities and Uses | Allowable - Restricted - Prohibited |
|---|---|
| Fire managed for resource benefit | Allowable |
| Prescribed burning | Restricted to mitigating natural disturbances (including insect or disease epidemics) and preventing adverse impacts to the surrounding viewshed, watershed, and overall land health |
| Mechanical fuels treatment | Restricted to mitigating natural disturbances (including insect or disease epidemics) and preventing adverse impacts to the surrounding viewshed, watershed, and overall land health |
| Timber production (scheduled on a rotation basis) | Prohibited |
| Timber harvesting as a tool | Allowable |
| Commercial use of special forest products and firewood | Allowable |
| Land use ROWs, special use permits, and utility corridors | Allowable |
| Livestock grazing | Allowable |
| Facilities | Restricted (facilities such as parking areas, staging areas, and adequate signage, are generally suitable to direct and inform recreation activities) |
| Motorized (summer) | Restricted to motorized routes and trails designated within the Rico area |
| Motorized (winter) | Restricted to motorized areas designated within the Rico area |
| Non-motorized (summer and winter) | Allowable |
| Mechanical transport | Allowable |
| Road construction (permanent or temporary) | Restricted (permitted in order to provide access to valid existing rights, including mining claims; temporary construction may occur in some areas in order to achieve resource restoration objectives) |
| Minerals - leasable (oil and gas, and other) | Restricted (an NSO stipulation would be applied to CRAs within the Rico area; CSU and TL stipulations may be applied to specific locations, as necessary, in order to mitigate resource impacts) |
| Minerals - locatable | Allowable (open to mineral entry per the 1872 Mining Law; however, the exploration and development of mining claims may be subject to restrictions to protect resources) |
| Minerals - saleable (materials) | Restricted (limited road access and other constraints in the Rico area may limit or preclude mineral development) |

# Special Areas and Designations
## Tres Rios Field Office
## Figure 3.27.1



BLM_0033992

# Special Areas and Designations
## San Juan National Forest
## Figure 3.27.2



**Legend**

*National Forest Area Type*
- Designated Wilderness or Piedra Area
- Recommended Wilderness
- National Monument
- Archeological Area
- Botanical Area
- Old Growth Area
- Special Area
- Recommended Research Natural Area
- Designated Research Natural Area

- San Juan National Forest
- Tres Rios Field Office
- Chimney Rock National Monument
- State & Federal Highways
- Bureau of Land Management
- National Forest

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

MDR
NAD 83, Polyconic Projection
August 19, 2013

Miles
0   10   20   40

San Juan National Forest and Tres Rios Field Office
Land and Resource Management Plan

BLM_0033993

# CHAPTER 4 – MONITORING PLANS

## 4.1   San Juan National Forest Monitoring Plan

### 4.1.1  Introduction

The National Forest Management Act requires "continuous monitoring and assessment in the field" to establish the basis for "evaluation of the effects of each management system to the end that it will not produce substantial and permanent impairment of the productivity of the land" (16 USC 1604(g)(3)(C)). The monitoring plan for this LRMP provides a framework for the adaptive management process alluded to in the NFMA by establishing priorities and timelines for the evaluation of ecological, social, and economic conditions and trends that contribute to sustainability and reflect progress towards the land management goals for the SJNF. Effective monitoring and evaluation fosters improved management and more informed planning decisions. It helps identify the need to adjust desired conditions, objectives, standards, and guidelines as conditions change. Monitoring and evaluation help the SJNF and the public determine how the LRMP is being implemented, whether LRMP implementation is achieving desired outcomes, and whether assumptions made in the planning process are valid.

Monitoring requires addressing key ecological, social, and economic measures. Selection of those measures is based upon relevancy to the following questions established within the NFMA:

1. Monitoring to determine whether LRMP implementation is achieving multiple use objectives;
2. Monitoring to determine the effects of the various resource management activities within the planning area on the productivity of the land;
3. Monitoring of the degree to which on-the-ground management is maintaining or making progress towards the desired conditions for the LRMP;
4. Adjustments of the monitoring program or LRMP content as appropriate to account for unanticipated changes in conditions, new information, or new policy.

These four questions are investigated using one or more of the following monitoring strategies:

- **Effectiveness Monitoring:** Determines whether or not implementing the direction and desired conditions in the LRMP is effective at achieving the related goals and objectives.
- **Implementation Monitoring:** Determines whether or not projects were implemented according to LRMP direction (standards and guidelines).
- **Validation Monitoring:** Verifies whether or not assumptions and models used in LRMP implementation are appropriate and determines whether or not implementing the direction and desired conditions in the LRMP is effective at achieving the goals and objectives.

### 4.1.2  Monitoring Process

LRMP monitoring follows the following process: establish monitoring priorities, identify sources of information and partners, collect and evaluate the data, and report results of the evaluation including needed changes to the LRMP.

**Step 1—Establish Monitoring Priorities:** With finite resources (budget and personnel) it is not possible to address all of the questions related to management issues or programs. This monitoring plan describes priorities related to collecting, managing, and evaluating data. Priorities for monitoring are established using the following criteria:

- monitoring item is required by law, regulation, or policy;
- ecological significance (a measure of the potential risk to natural resources if the monitoring is not completed; this includes the potential for long-term or irreversible damage and the geographic extent of the potential effects);
- level of scientific controversy surrounding the issue;
- level of public controversy or concern surrounding the issue;
- likelihood of achieving desired conditions;

BLM_0033994

- data needs identified from previous monitoring activities;
- assessment of benefits versus the cost of collecting data; and
- emerging issues and concerns that may be addressed through monitoring.

In addition to these criteria, the Nature Conservancy facilitated sessions with USFS and BLM personnel to develop a prioritized menu of indicators for monitoring the integrity of key ecological features on BLM and NFS lands in southwest Colorado (Oliver et al. These sessions resulted in a framework that has been used to prioritize portions of this monitoring plan.

**Step 2—Identify Sources of Information and Partners:** The USFS has a number of databases and geospatial depositories that are updated annually and used to report accomplishments, depict resource conditions at a single point in time, or to display trends in resource conditions. These databases must be identified comprehensively before monitoring begins and used as tools to facilitate monitoring and reduce redundancy.

It is also essential that partners and potential cooperators that have relevant information, or that should be involved with developing monitoring protocols and actions, are identified. These partners could include state, tribal, or local agencies (especially if they share responsibility for a resource such as non-native invasive weeds or water management); organizations with shared interests in the monitoring outcome; universities, colleges, or secondary schools; the research branch of the USFS; and many others.

The SJNF will hold monitoring and evaluation meetings at least once every 2 years with partners and other interested stakeholders from the general public, organizations, or local governments. The meetings will be open to the public and community members will be encouraged to help SJNF personnel in monitoring LRMP implementation, evaluating ecological, social, and economic impacts, and identifying amendment needs and proposed solutions.

**Step 3—Collect and Evaluate the Data:** Resource managers will evaluate the data collected, with the goal of answering the four monitoring questions listed above. Evaluation is the ongoing process of translating data into a continuing stream of useful information to assess the status of conditions relative to those specified in the LRMP and to recognize when modifications or course corrections are called for in desired conditions, other LMRP direction, or the monitoring program itself. The LRMP's desired conditions, indicators, and the evaluation process are all tightly linked into continuous loops to feed the adaptive planning model.

There are four components that contribute to effective evaluation:

- **Evaluation Context:** a sense of the history of the place or the circumstances (temporal and special context).
- **Evaluation Baseline and Reference Information:** describes the change from a baseline or reference condition, either toward or away from a desired condition. The desired condition may, or may not, be fully achieved; however, it is important to know if management activities are proceeding in the desired direction.
- **Evaluation Information Used to Infer Outcomes and Trends:** conclusions will be drawn from an interpretation of monitoring information.
- **Evaluation Results Documented in a Biennial Monitoring and Evaluation Report:** the SJNF will publish a biennial monitoring report to share information and initiate changes in management activities.

**Step 4—Publish the Biennial Monitoring Report:** The SJNF will publish and distribute a biennial monitoring report. The report will summarize the information collected, list potential future research needs, and will be used to inform adaptive management for the SJNF. The report will indicate whether or not a change to the LRMP, management activities, the monitoring program, or a new plan assessment may be warranted based on new information. The biennial report will be based on data and information gathered the previous two fiscal years. Contents may include some or all of the following:

BLM_0033995

- monitoring and evaluation accomplishments;
- select information used to describe ecological conditions;
- interpretations of data and conclusions which may include recommendations for changes to the LRMP, or management actions; and
- relevant information about the management of the public lands within the planning area including outputs, services, and accomplishments.

## 4.1.3  Management Indicator Species Monitoring

MIS are identified and monitored to assess the effects of selected management activities on their populations and on the habitats with which they are associated. Changes in MIS populations or their habitat could indicate that current management is adversely affecting the composition, structure, or function of those habitats, and could result in the need for a plan amendment or other types of adaptive management. The SJNF will monitor the status and trend of MIS populations and the condition and trend of their habitats at the scale most appropriate for the MIS population of concern.

## 4.1.4  Viability Monitoring

This LRMP is being developed under the provisions of the 1982 USFS Planning Regulations at 36 CFR 219.19 as allowed by the transition provision of the 2000 regulations (36 CFR 219.35, revised 2004; the 2012 forest planning regulations currently in effect allow use of the previous regulations for plan revisions initiated before the 2012 regulations took effect [36 CFR 219.17 (b) (3), 2012]). Pursuant to the provisions of the 1982 USFS Planning Regulations, the SJNF shall manage fish and wildlife habitat to maintain viable populations of existing native and desired non-native vertebrate species. Agency actions must not result in loss of population viability or create significant trends toward federal listing (FSM 2670.32). Based on these requirements, species viability is a fundamental underpinning of the ecological framework and sustainable ecosystems strategy employed in the LRMP to conserve habitats and species, and is therefore an important focus of this monitoring plan. The SJNF will use the best available information to determine long-term trends for habitats, populations, and identified species.  As appropriate, habitat and/or population data from a variety of sources would be used to determine population trends. Should downward trends be identified, further investigations would be conducted in an effort to determine the cause of such trends.  Causes that are tied to agency actions would be addressed through adaptive management actions.

## 4.1.5  Broad-scale Monitoring Strategy

This monitoring plan represents one component of a more comprehensive monitoring strategy that will apply to a larger geographic scale than just the SJNF. The broader strategy will ensure that each level of monitoring is complementary and efficient, and that information is gathered at scales appropriate to the monitoring questions. A fully integrated monitoring program will be designed to provide managers with an information stream essential to understanding the effects and effectiveness of management direction in achieving agency and LRMP goals and objectives, and to permit continuous evaluation of the LRMP itself to ensure that it remains responsive to changing conditions and new information.

## 4.1.6  Components of the Monitoring Plan

The monitoring plan presented in the tables below contains seven components that link monitoring efforts directly to the plan components presented in this LRMP, and guide monitoring activity for each element of the plan. These components are focused around selected desired conditions and are designed to test relevant assumptions, track relevant changes, and measure management effectiveness and progress towards achieving or maintaining the LRMP's desired conditions.

1. **Desired Condition:** The desired conditions are selected from Chapters 2 and 3 of the LRMP and serve as the basis for the monitoring plan. These are the "drivers" of the monitoring plan and provide the "questions" that this monitoring plan seeks to answer.

BLM_0033996

2.  **Objective:** The objectives are projections of measureable and time-specific outcomes or accomplishments that, if achieved, would contribute to maintaining or reaching desired conditions during the life of the LRMP. They relate directly to the desired conditions and are also selected from Chapters 2 and 3 of the LRMP.

3.  **Priority:** High priority (H) items have been identified by resource specialists as essential for assessing trends in ecosystem health. Monitoring elements required by law and/or by regulation are also ranked as high priority. It is expected that annual budgets would normally allow most of these high priority items to be funded. Medium priority (M) indicates that the monitoring element is directed by the LRMP (which may or may not be directly associated with required laws or regulations), as developed in Chapters 2 and 3, but would be contingent upon available funding after high priority monitoring has been funded. Low priority (L) indicates that the monitoring element involves questions of a more indirect nature, or that it does not fall under one of the above classifications. Typically these monitoring elements occur rarely unless funding and personnel are available. In general, high-priority items will have higher precision and reliability, and medium- and low-priority items will have low precision and reliability.

4.  **Performance Measures and Indicators:** This column identifies USFS performance measures or other indicators that will be used to gauge or track accomplishments that lead the SJNF toward meeting objectives and desired conditions. These indicators provide a measureable quantitative or qualitative parameter.

5.  **Scale:** Scale describes the level of analysis with respect to land size or level of application. This measure is important in describing impacts dealing with habitat heterogeneity and population viability issues, as well as describing cumulative impacts related to, or resulting from, management actions.

6.  **Frequency of Reporting:** Frequency of reporting describes the timing of monitoring and evaluation efforts. Much data are collected annually, while other data are collected at longer or shorter intervals based on the length of time needed to discern a measureable change.

7.  **Sources and Partners:** Potential data sources for information and partners that may be involved in providing input into the monitoring process or identifying areas where research may be needed.

BLM_0033997

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Table 4.1.1: Terrestrial Ecosystems**

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.2.35** Soil productivity is maintained at site potential, or is trending towards site potential.<br><br>**2.2.36** Long-term levels of soil organic matter and soil nutrients (including soil carbon) are maintained at sustainable levels.<br><br>**2.2.38** Management-induced soil erosion, soil compaction, soil displacement, puddling, and/or severely burned soils are rare on terrestrial ecosystems of the SJNF lands.<br><br>**2.2.39** Upland soils exhibit infiltration and permeability rates that minimize surface run-off and allow for the accumulation of the soil moisture necessary for plant growth and ecosystem function. | **2.2.45** Within 10 years, restore or improve soil productivity and soil carbon on at least 20 miles of routes that will be closed or decommissioned on the SJNF.<br><br>**2.2.59** Within 5 years, utilize locally produced biochar to sequester carbon, to reduce erosion, and to enhance soil productivity and water retention on a minimum of 0.5 acre per year on the SJNF. | H | Soil penetrometer readings (before and after treatment), soil chemistry, and soil carbon results and comparisons with baseline values<br><br>Acres treated | SJNF—forest wide<br><br>Soil chemistry and soil carbon on five sites every 5 years<br><br>Project | Every 10 years | Project monitoring |
| **2.2.13** The abundance and distribution of Arizona fescue in ponderosa pine forest and in Arizona fescue mountain grasslands are maintained or increased. | **2.2.46** Within 10 years, increase the canopy cover of Arizona fescue by at least 10% in two Arizona fescue mountain grassland sites on the SJNF that currently classify as Kentucky bluegrass mountain grasslands by using mechanical treatments, prescribed fire, and/or seeding.<br><br>**2.2.55** Within 10 years, increase the cover of Arizona fescue by at least 20% within two ponderosa pine stands on the SJNF by using mechanical treatments, prescribed fire, and/or seeding. | L | Acres treated | Project | Every 5 years | Forest Service Activity Tracking System (FACTS), grazing allotment monitoring |

246

BLM_0033998

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.2.1** The composition, structure, and function of terrestrial ecosystems are influenced by natural ecological processes, including disturbance events such as fire, infestations by insects or disease, winds, and flooding.<br><br>**2.2.6** All development stages of the forested terrestrial ecosystems are well represented at the landscape scale and occur within the ranges identified in Table 2.2.1. | **2.2.47** Within 10 years, inventory and map stand structure changes that have resulted from spruce beetle mortality and wildfire. | M | Pre– and post–spruce beetle outbreak acres, *and* wildfire areas, by development stage; changes in acres | SJNF -- forest wide | Every 5 years | Aerial photo series and field sampling, FSVeg database |
| **2.2.6** All development stages of the forested terrestrial ecosystems are well represented at the landscape scale and occur within the ranges identified in Table 2.2.1.<br><br>**2.9.2** SJNF lands classified as "suitable" for timber production have a regularly scheduled timber harvesting program. | **2.2.48** Within 15 years, on suitable timber lands of the SJNF, reforest 15% of spruce-fir forests that have extensive mortality of overstory spruce that do not have appropriate forest cover and will not reforest within 15 years. | H | Area reforested in comparison to acres not meeting forest cover standards; acres | SJNF -- forest wide | Every 5 years | Aerial photo series and field sampling, planting survival surveys, stocking surveys; FACTS |
| **2.2.6** All development stages of the forested terrestrial ecosystems are well represented at the landscape scale and occur within the ranges identified in Table 2.2.1. | **2.2.49** Within 15 years, increase the young development stage of cool-moist mixed conifer forests on the SJNF from 0.5% to 15% by using prescribed fire and mechanical treatments (e.g., timber harvest) in the mature cool-moist mixed conifer forests. | L | Changes in development stage; acres | SJNF -- forest wide | Every 5 years | FACTS; FSVeg database; stand exam |
| **2.2.6** All development stages of the forested terrestrial ecosystems are well represented at the landscape scale and occur within the ranges identified in Table 2.2.1. | **2.2.50** Within 15 years, increase the young development stage of aspen forests on the SJNF to 25% by clear cutting and/or conducting prescribed fire in mature aspen stands, and mixed conifer stands with an aspen component. | M | Changes in development stage; acres | SJNF -- forest wide | Every 5 years | FACTS; FSVeg database; stand exam |
| **2.2.6** All development stages of the forested terrestrial ecosystems are well represented at the landscape scale and occur within the ranges identified in Table 2.2.1. | **2.2.52** Within 15 years, increase the percent of ponderosa pine forests in the young development stage from zero to 3% on SJNF by using mechanical treatments (e.g., timber harvest) or fire (prescribed or natural ignitions). | M | Changes in development stage; acres | SJNF -- forest wide | Every 5 years | FACTS; FSVeg database; stand exam |

BLM_0033999

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.2.6** All development stages of the forested terrestrial ecosystems are well represented at the landscape scale and occur within the ranges identified in Table 2.2.1.<br><br>**2.2.10** Forested terrestrial ecosystems display a Fire Regime Condition Class of 1. | **2.2.53** Within 15 years, increase the percent of warm-dry mixed conifer forests in the young development stage from zero to 3% on SJNF lands by using mechanical treatments (e.g., timber harvest) or fire (prescribed or natural ignitions). | M | Changes in development stage; acres | SJNF -- forest wide | Every 5 years | FACTS; FSVeg database; stand exam |
| **2.2.6** All development stages of the forested terrestrial ecosystems are well represented at the landscape scale and occur within the ranges identified in Table 2.2.1.<br><br>**2.2.10** Forested terrestrial ecosystems display a Fire Regime Condition Class of 1. | **2.2.54** Within 15 years, improve the composition, structure, and function of 25,000 acres of ponderosa pine forests by using low-intensity fire. | M | Changes in development stage; acres | SJNF -- forest wide | Every 5 years | FACTS; FSVeg database; stand exam |
| **2.2.12** The abundance and distribution of native grasses in semi-desert grasslands, sagebrush shrublands, pinyon-juniper woodlands, and semi-desert shrublands are maintained or increased.<br><br>**2.2.17** Local seeds of desirable native plant species are available for revegetation and restoration efforts. | **2.2.57** Over the next 15 years, secure a reliable source of local seed stock for eight or more native grass, forb, and shrub species (including Arizona fescue), to be used for revegetation and restoration after disturbance.<br><br>**2.2.62** Over the next 15 years, revegetate and reclaim 5 acres on SJNF using native early-successional plant species developed from local plant sources to accelerate restoration success.<br><br>**2.8.61** Over the next 15 years, broaden tree seed collection activities on the SJNF to include non-commercial species and additional species-specific elevation zones to improve genetic diversity and the resilience of forested ecosystems. | L | Acres of local seed stock harvested by species, number of species successfully harvested | SJNF – forest wide | 5 years | Contractors Cooperators |

BLM_0034000

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.2.12** The abundance and distribution of native grasses in semi-desert grasslands, sagebrush shrublands, pinyon-juniper woodlands, and semi-desert shrublands are maintained or increased.<br><br>**2.2.18** Suitable habitats for species vulnerable to climate change exist and serve as seed sources for revegetation and restoration efforts. | **2.2.58** Over the life of the plan, collect seed from 10 local vulnerable grass, forb, and shrub species, including some alpine species, for long-term storage to protect genetic sources.<br><br>**2.8.61** Over the next 15 years, broaden tree seed collection activities on the SJNF to include non-commercial species and additional species-specific elevation zones to improve genetic diversity and the resilience of forested ecosystems.<br><br>**2.2.64** Over the next 20 years, enhance the resiliency of alpine ecosystems and provide refugia for alpine-dependent systems by removing non-climate stresses that result in adverse impacts to alpine ecosystems (e.g., unmanaged livestock grazing, unmanaged motorized recreation, etc.) from 100 acres on SJNF that are forb-dominated alpine habitat. | L | Numbers of species and pounds of viable seed collected<br><br>Acres treated | SJNF – forest wide | 10 years | Contractors Cooperators<br><br>Grazing allotment and other project-level monitoring |

BLM_0034001

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.2.9** Terrestrial ecosystems, including habitat for special status plant species, are productive, sustainable, and resilient, and provide goods and services over the long term.<br><br>**2.2.41** Fens, wetlands, and hanging gardens have the water sources and hydrologic systems necessary to support and sustain the special status species associated with them.<br><br>**2.2.42** Shale and gypsum soils have the characteristics necessary to support and sustain the special status species associated with them.<br><br>**2.2.43** Soils that provide habitat for all special status species maintain the soil conditions necessary to support and sustain those species. | Monitor 50 known special status species locations and their habitats over 10 years. | M | Condition of special status species habitat; continued presence of special status species in these habitats | Site (areas occupied by special status species); monitor 20% of known special status species locations annually | Annually | USFWS, BLM CO Natural Heritage Program |
| **2.2.44** Areas that are identified as critical habitat or proposed critical habitat for federally listed plant species have the characteristics necessary to provide for the growth and reproduction of the federally listed plant species for which they were designated. | **2.2.66** Projects or activities in habitat occupied by federally listed plant species, or in designated critical habitat, must be designed and conducted in a manner which preserves the primary constituent elements needed to sustain the life history processes of those federally listed plant species. | H | In occupied critical habitat for Pagosa skyrocket, the indicator is the continued presence of the species.<br><br>In unoccupied critical habitat for Pagosa skyrocket, the indicators are the presence of suitable plant communities, habitat for pollinators, and appropriate disturbance regimes. | Site (Critical Habitat Unit) | Annually in occupied critical habitat, and once every 5 years in unoccupied critical habitat | USFWS, BLM CO Natural Heritage Program |
| **2.2.7** Old growth ponderosa pine, old growth pinyon-juniper and old growth warm-dry mixed conifer forests are more abundant, occupy more acreage, and are well distributed on SJNF. | Over the next 15 years, continue to update the old-growth data base and expand the data collection to include old-growth pinyon-juniper stands. | M | Increase in the number of acres surveyed for old growth | SJNF – forest wide | 5 years | FSVeg database |

BLM_0034002

**Table 4.1.2: Terrestrial Wildlife**

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.3.1** Wildlife populations are viable on NFS lands. Wildlife populations are self-sustaining, connected, and genetically diverse across SJNF lands. | Monitor habitat condition trends for terrestrial wildlife. Monitor MIS population trends. | H | Trends in vegetation, habitat structure, and MIS population trends | Varying scales | Every 10 years | Data sources and partners may include, but are not limited to: CPW, TNC, Forest Inventory and Analysis program (FIA), National Resource Information System (NRIS), (including Wildlife, FSVeg, and Terra databases), Colorado Bird Observatory, informed judgment by USFS ecologists and wildlife/fisheries biologists, varied existing monitoring sources, habitat inventory assessments, resource information system databases, program reviews, activity reviews, annual program reporting, and species and habitat assessments. |
| **2.3.2** Big game severe winter range, winter concentration areas, and production areas are capable of supporting populations that meet State population objectives. These areas provide sustainable forage and habitat in areas with acceptable levels of human disturbance which do not reduce habitat effectiveness. | Maintaining habitats capable of supporting State population objectives. | H | Density of unmitigated roads and motorized trails within identified CPW winter range and production polygons | Winter range and production area polygons as mapped by CPW for SJNF. | 10 years | Planning area geographic information system (GIS) database. |

BLM_0034003

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Wildlife Species:<br><br>**2.3.12** Populations are conserved by maintaining or improving habitat availability and quality through the incorporation of conservation strategies and species' habitat needs during project development and implementation.<br><br>**2.3.17** Management actions maintain or improve habitat conditions for special status species, contributing to the stability and/or recovery of these species. | Maintain or improve habitat conditions for terrestrial wildlife species.<br><br>**2.3.24** Treat 2,000 or more acres of vegetation (TRFO lands) and 2,000 or more acres of vegetation (SJNF lands) over the life of the plan to improve habitat that supports sustainable populations of terrestrial wildlife across the planning area.<br><br>**2.3.27** Nokomis fritillary butterfly: Over the life of the Plan, restore the hydrologic conditions and plant communities during project implementation at springs or seeps capable of supporting Nokomis fritillary while, at the same time, retaining the water development for livestock or other uses.<br><br>**2.3.28** Bats: Over the life of the plan, all mine closures for human safety at sites supporting bat populations include structures (such as bat gates) designed to provide for continued use as bat habitat.<br><br>**2.3.31** MIS—Abert's squirrel: Over the life of the Plan, restore approximately 3,000 acres of ponderosa pine forest to improve habitat quality as defined in the SJNF Forest Service Abert's Squirrel Species Assessment (SJNF only). | H | Number of acres of habitat improvement completed | SJNF | 5 years | Unit reporting;  Wildlife, Fish, and Rare Plants information system (WFRP); FACTS; FSVeg database |

BLM_0034004

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| | **2.3.32** MIS—American marten: Over the life of the Plan, treat approximately 2,000 acres of spruce-fir and cool-moist mixed-conifer forests to increase age class diversity and provide future foraging, breeding, and dispersal habitat as defined in the SJNF Forest Service American Marten Species Assessment (SJNF only). | | | | | |
| | **2.3.33** MIS—Elk: Over the life of the Plan, improve approximately 5,000 acres of winter range through mechanical and prescribed burn treatments as defined in the SJNF Forest Service Elk Species Assessment (SJNF only). | | | | | |
| | **2.3.34** MIS—Hairy woodpecker: Over the life of the Plan, harvest and regenerate approximately 3,000 acres of aspen forest to increase age class diversity and provide future mature aspen nesting habitat as defined in the SJNF Forest Service Hairy Woodpecker Species Assessment (SJNF only). | | | | | |
| Members of the public, stakeholders, and other interested parties are informed on natural resource management practices and their role in maintaining habitat for wildlife. | **2.3.25** The USFS will annually conduct a minimum of six wildlife interpretive and environmental education programs to inform the public on natural resources management, wildlife species and their habitats, and encourage youth participation and interest in wildlife and natural resources. | M | Number of interpretive and environmental programs conducted | SJNF | Annually | SJNF staff and varied partners including, but not limited to, CPW, San Juan Mountains Association, and Mountain Studies Institute |

BLM_0034005

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Canada Lynx:<br><br>**2.3.17** Management actions maintain or improve habitat conditions for special status species, contributing to the stability and/or recovery of these species. | Planning and management actions for special status species. | H | Number of lynx screen uses for project analysis; reporting as required by Southern Rockies Lynx Amendment | SJNF | Annually | Unit reporting |
| Threatened, Endangered, and Protected Species:<br><br>**2.3.17** Management actions maintain or improve habitat conditions for special status species, contributing to the stability and/or recovery of these species. | Planning and management actions for special status species. | H | Number of requests to USFWS to initiate formal consultation or conferencing<br><br>Number of informal consultation or conferencing submitted for written concurrence from USFWS.<br><br>The number of conservation actions completed for listed species.<br><br>Critical habitat designated in fiscal year.<br><br>Number of threatened, endangered, and protected species occurring and trends (if known).<br><br>Number of biological assessments completed. | SJNF | Annually | Unit reporting and WFRP |
| Sensitive Species:<br><br>**2.3.17** Management actions maintain or improve habitat conditions for special status species, contributing to the stability and/or recovery of these species. | Planning and management actions for special status species. | H | Number of biological evaluations completed | SJNF | Annually | Unit reporting and WFRP |

BLM_0034006

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Special status Species:<br><br>**2.3.17** Management actions maintain or improve habitat conditions for special status species, contributing to the stability and/or recovery of these species. | Planning and management actions for special status species. | H | Number of Recovery Plans, Recovery Strategies, Conservation Assessments, Conservation Strategies, or Conservation Agreements completed | SJNF | Annually | Unit reporting and WFRP |
| MIS occur as self-sustaining populations and are well distributed across the planning area in suitable habitat.<br><br>**2.3.19** MIS are able to disperse freely across the planning area allowing for the interchange between populations and the maintenance of genetic diversity. | Monitor population trends as they relate to the management activity for the Plan scoping issue the MIS was selected for. | H | Population trends at the appropriate population scale | SJNF | 10 years | Data sources may include but are not limited to: population estimates by State wildlife agencies (CPW), varied monitoring sources, informed judgment of USFS ecologists and wildlife/fisheries biologists, habitat inventory assessments, resource information system databases, program reviews, activity reviews, annual program reporting, and species and habitat assessments. |

BLM_0034007

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Table 4.1.3: Riparian and Wetland Ecosystems**

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.4.1** Riparian and wetland ecosystems have a diverse composition of desirable native hydrophytic plants that are vigorous and self-perpetuating. Invasive plant species are absent or rare.<br><br>**2.4.2** Riparian and wetland ecosystems have vegetation cover sufficient to catch sediment, dissipate energy, prevent erosion, stabilize stream banks, enhance aquatic and terrestrial wildlife habitat, and promote floodplain development.<br><br>**2.4.3** Forest and shrubland riparian and wetland ecosystem types display hydrophytic trees and shrubs in a variety of size classes; they provide terrestrial and aquatic habitats, stream shading, woody channel debris, aesthetic values, and other ecosystem functions. | **2.4.13** Within 10 years, restore the ecological integrity of two deciduous riparian shrubland sites that currently classify as riparian herbaceous lands by increasing the canopy cover of native hydrophytic shrubs by at least 10%.<br><br>**2.4.14** Within 10 years, determine the functional condition of 15 miles on SJNF of riparian and wetland ecosystems using the Proper Functioning Condition assessment method.<br><br>**2.4.15** Within 15 years, treat two fens on SJNF lands with impaired functions. | M | Acres monitored; acres of proper functioning riparian and wetland ecosystems; acres monitored for invasive species | Site or reach | 5 years | |
| **2.4.4** Woody debris in a variety of sizes is present in forest and shrubland riparian and wetland ecosystem types.<br><br>**2.4.9** Soil productivity is intact on all riparian and wetland ecosystems on the SJNF. | **2.4.13** Within 10 years, restore the ecological integrity of two deciduous riparian shrubland sites on SJNF that currently classify as riparian herbaceous lands by increasing the canopy cover of native hydrophytic shrubs by at least 10%. | L | Acres treated and monitored for effectiveness; acres meeting woody debris and soil productivity objectives | Site or reach | 5 years | |

BLM_0034008

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| 2.4.12 Management-induced soil erosion, soil compaction, soil displacement, puddling, and/or severely burned soils are rare on all riparian and wetland ecosystems of the SJNF.  Long term impacts to soils (e.g. soil erosion, soil compaction, soil displacement, puddling and/or severely burned soils) from management actions are rare on all riparian area and wetland ecosystems of the SJNF. | 2.4.14 Within 10 years, determine the functional condition of 15 miles on SJNF of riparian and wetland ecosystems using the Proper Functioning Condition assessment method (Prichard 1998). | H | Acres monitored for soil erosion or damage; BMPs implemented and effective; acres of soil erosion, compaction, displacement, puddling, or high burn severity | Site or reach-- BMP monitoring is annual; burn monitoring only after a burn occurs | 5 years | |

**Table 4.1.4: Aquatic Ecosystems and Fisheries**

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| 2.5.3 The quantity and quality of aquatic habitats are maintained or enhanced to provide for the long-term sustainability of biological diversity and population viability of all native and/or desired non-native vertebrate species. | Population inventories and trend/viability assessments for aquatic MIS. | H | MIS per mile or MIS per acre. | Stream reaches forest wide | 5 years | CPW |
| 2.5.5 An adequate range of stream flow provides for the long-term maintenance of physical habitat features. Channel features, including bank stability, width-to-depth ratio, pool/riffle ratio, pool depth, slope, sinuosity, cover, and substrate composition, are commensurate with those expected to occur under natural ranges of stream flow.

2.5.6 Water flow conditions in streams, lakes, springs, seeps, wetlands, fens, and aquifers support functioning habitats for a variety of aquatic and semi-aquatic species and communities. | 2.5.14 Annually, evaluate five streams on NFS lands for adequacy of instream flows sufficient to maintain population viability and otherwise achieve LRMP direction. | H | Number of regulated or flow-impacted streams evaluated for consistency with standard 2.5.18. | Stream reaches forest wide | Annually | Colorado Department of Water Resources, CPW |

BLM_0034009

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.5.9** Aquatic systems are connected in a manner that avoids fragmentation of aquatic habitats and isolation of aquatic species. Connectivity between water bodies provides for all life history functions of aquatic species except where barriers are beneficial and necessary to achieve conservation goals for certain aquatic species. | **2.5.16** Over the life of the LRMP, connect at least 8 miles of fragmented stream habitat on SJNF lands to provide for aquatic species movement. | L | Number of road crossings or other features that may preclude fish passage. | Project | 5 years | |
| **2.5.4** Channel characteristics, water quality, flow regimes, and physical habitat features are diverse and appropriately reflect the climate, geology, and natural biota of the area. | **2.5.15** Annually, enhance or restore at least 3 miles of stream habitat on SJNF lands to maintain or restore the structure, composition, and function of physical habitat for USFS Sensitive Species, or USFS MIS species. | M | Number of structures and treatments. Effectiveness monitoring for existing habitat treatments to ensure proper function and identify maintenance needs. | Project | Every 5 years | |

BLM_0034010

**Table 4.1.5: Water Resources**

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.6.1** State water quality standards and anti-degradation rules are met and State-classified water uses are supported for all water bodies<br><br>**2.6.2** Water quality for impaired water bodies on the State's 303(d) list move toward fully supporting State-classified uses.<br><br>**2.6.3** State "Outstanding Waters" within the planning area maintain the high levels of water quality necessary for this status.<br><br>**2.6.5** Water from SJNF lands will meet applicable drinking water standards when given adequate and appropriate treatment. Management activities throughout the planning area protect and/or enhance the water quality of municipal supply watersheds (as defined in FSM 2542). Enhancement may be achieved by watershed restoration or by other activities. | **2.6.19** Every 5 years rehabilitate 10 or more acres to reduce erosion and sedimentation delivery to water bodies on both BLM and USFS lands. For USFS lands, do the work in priority watersheds, including those with water bodies listed for sediment impairment or that have TMDLs established for sediment.<br><br>**2.6.20** Over the implementation-life of the LRMP, actively participate in the development of all of the TMDL determinations and/or other appropriate options for the restoration of State 303(d)-listed impaired water bodies within the planning area (both BLM and USFS lands). | H | Acres restored. TMDLs completed. BMPs implemented and effective. | Project or watershed—BMP monitoring annually | 5 years | CDPHE, EPA |
| **2.6.4** Watersheds within the planning area containing saline soils exhibit stable upland, riparian, and channel conditions that produce water quality as close as possible to reference conditions (as defined in FSH 2509.25); they produce the lowest possible saline contributions to the upper Colorado River (see Appendix I for saline watersheds).<br><br>**2.6.17** All approved water developments that involve the use of the SJNF lands are permitted pursuant to applicable federal authorizations. | **2.6.20** Over the implementation-life of the LRMP, actively participate in the development of all of the TMDL determinations and/or other appropriate options for the restoration of State 303(d)-listed impaired water bodies within the planning area (both BLM and USFS lands). | M | Acres restored. BMPs implemented and effective. | Project | 5 years | EPA |

BLM_0034011

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.12.6** Management activities on the SJNF protect biological crust and control dust in order to minimize impacts of dust-on-snow events.<br><br>**2.6.17** All approved water developments that involve the use of the SJNF lands are permitted pursuant to applicable federal authorizations. | **2.6.20** Over the implementation-life of the LRMP, actively participate in the development of all of the TMDL determinations and/or other appropriate options for the restoration of State 303(d)-listed impaired water bodies within the planning area (both BLM and USFS lands). | L | Acres restored. BMPs implemented and effective. | Project | 5 years | |
| **2.6.8** Historically disturbed and degraded stream channels recover through floodplain development, establishment of riparian vegetation with correct structure, composition, and function, and stable channel geomorphic characteristics. | **2.6.21** Over the life of the Plan, BMPs will be implemented to minimize management impacts to water quality on BLM and USFS lands. The effectiveness of BMPs will be improved if necessary through adaptive management.<br><br>**2.6.22** Annually, treat approximately 20 acres or more in USFS Priority Watersheds in order to improve poor watershed conditions or maintain good watershed conditions. The goal is to move a watershed from an impacted condition class to a better condition class, or to maintain a good condition class. | M | Acres restored. Watersheds moved to better condition class. Miles of road decommissioned. | Watershed | Annual | EPA, CPW, BLM, National Park Service, private landowners |
| **2.6.10** Potentially usable aquifers and water-bearing intervals possessing groundwater of quality and/or quantity that could provide multiple-use benefits, maintain water quality at natural conditions. | Maintain water quality at natural conditions. | M | Natural conditions (chemistry, quantity) maintained. | Project | 5 years | Oil/Gas operators, water right holders |

BLM_0034012

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.6.12** Upland areas function properly and do not contribute to stream-channel degradation.<br><br>**2.6.13** The majority of undeveloped and unregulated or free-flowing streams within the planning area are retained in their current undeveloped condition; they provide potential reference conditions and offer unique opportunities for aquatic habitat, recreation, species conservation, and pleasing aesthetics.<br><br>**2.6.14** The overall function and integrity of streams impacted by water developments are adequately protected for their baseline ecological and recreational values. This is accomplished by providing for adequate in-stream flows as part of water-development planning for existing or new water-development projects. This includes sustaining the ecological processes dependent upon flow within the impacted watersheds.<br><br>**2.6.15** In unique cases where water is transferred from one catchment to another, water lost (i.e., there is no return flow) from watersheds as a result of water transfer does not adversely alter or impact the aquatic ecology of the watershed. Conversely, aquatic ecology and stability of the watersheds receiving imported water are not adversely impacted.<br><br>**2.6.17** All approved water developments that involve the use of the SJNF are permitted pursuant to applicable federal authorizations. | **2.6.25** Over the implementation-life of the LRMP, all consumptive use water rights owned by the BLM and USFS are put to beneficial use and that use can be documented.<br><br>**2.6.26** Based on review of monthly water court resumes, enter into any water court case necessary to protect BLM or USFS water rights and water-dependent resources. | M | Water quantity measurements. Area and percent of water bodies, or stream length, with significant change in physical, chemical, or biological properties from reference condition. | Watershed; project | 10 years | |

BLM_0034013

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Table 4.1.6: Rangeland Management and Livestock Grazing**

| Desired Condition: Livestock Grazing | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.7.1** Rangeland provides forage for qualified local livestock operations and helps ranches remain sustainable and intact. | Complete NEPA compliance on all active USFS allotments (as guided by the USFS Rescissions Act of 1995). Conduct periodic reviews of analyses and decisions in order to ensure that NEPA-based decisions stay current and sustainable for all permitted livestock grazing. | H | Numbers of grazing allotments with current NEPA decisions; total acres of public lands under term grazing permits | Planning area | Annually | Infrastructure database (INFRA) |
| | **2.7.10** Within 15 years, working with partners and cooperators, reconstruct 10%–15% of priority structural range improvements in order to maintain infrastructure integrity. | M | Numbers/miles of range improvements constructed/reconstructed | Planning area | 5 years | INFRA, grazing permittees |
| **2.7.5** Rangelands provide diverse, healthy, and sustainable plant communities and conserve soil quality. | Annually, conduct prescribed monitoring activities on at least 10% of active allotments by priority. Ensure all allotments are adequately monitored on a rotating basis. Use monitoring information to make management changes using adaptive management principles. | H | Acres of long-term monitoring accomplished | Project level and/or planning area | Annually | Performance Attainment System (PAS), grazing permittees |
| | **2.7.9** Annually administer at least 25% of active grazing allotments to standard on a priority basis ensuring that all active grazing allotments during the life of the plan receive appropriate administration. Work with grazing permittees and peers to resolve livestock grazing management issues. Take appropriate administrative action as needed to improve livestock grazing management. | H | Acres of rangeland administered to standard | Project level | Annually | INFRA, grazing permittees |

BLM_0034014

**Table 4.1.7: Invasive Species**

| Desired Condition: Invasive Species | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| 2.8.3 Invasive species, both terrestrial and aquatic, are absent or rare within the planning area, and are not influencing native populations or ecosystem function. | 2.8.6 Within 15 years, contain priority Class B invasive species identified in the Invasives Species Action Plan within the SJNF. | H | Acres of noxious weeds inventoried, treated, and monitored | Planning area | Annually | PAS, cooperators, contractors, FACTS |
| | 2.8.7 Within 15 years, increase annual treated acres of noxious weeds to 10% of known acres infested. | M | Acres of noxious weeds inventoried, treated, and monitored | | 5 years | PAS, cooperators, contractors, FACTS |
| | 2.8.8 Within 15 years, annual backcountry treatment (including Wilderness Areas and WSAs) is 10 to 15% of the total annual noxious weed treatment target. | M | Acres of noxious weeds inventoried, treated and monitored | Planning Area | 5 years | PAS, cooperators, FACTS |
| | 2.8.9 Over the life of the plan eradicate newly established invasive species especially Colorado Class A noxious species. | H | Acres/species of newly established Colorado Class A noxious weeds | Planning Area | Annually | PAS, cooperators, contractors, FACTS |

**Table 4.1.8: Timber and Other Forest Products**

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| 2.9.1 Forest vegetation management that results in meeting needs or demands for forest product offerings (commercial, personal, or other use) will be done in a manner that: maintains or improves ecosystem function, resilience, and sustainability; | 2.9.5a Within 10 years, conduct thinning – with an emphasis on restoration, and fuels reduction, of altered forest types – in the ponderosa pine and warm-dry mixed-conifer vegetation types on approximately 15,000 to 20,000 acres of SJNF lands. | M | Pre- and post-treatment inventory data; acres, forest products, and associated volumes (e.g., centum cubic feet (CCF), cords, green tons, teepee poles) | SJNF -- forest wide | Every 5 years | Databases of record (e.g., FACTS, Timber Information Manager (TIM); contractors, purchasers, permittees (commercial and personal-use) |
| | 2.9.5b Within 10 years, emphasize selection harvests in cool-moist mixed-conifer and spruce-fir vegetation types on approximately 2,500 to 5,000 acres of SJNF lands. | M | Pre- and post-treatment inventory data; acres, forest products, and associated volumes | SJNF -- forest wide | Every 5 years | databases of record (e.g., FACTS, TIM); contractors, purchasers |
| | 2.9.5c Within 10 years, utilize coppice harvest (clearcuts with regeneration by sprouting) in aspen and cool-moist mixed-conifer forest types on approximately 4,000 to 5,000 acres of SJNF lands. | M | pre- & post-treatment inventory data; acres, forest products & associated volumes | SJNF -- forest wide | Every 5 years | databases of record (e.g., FACTS, TIM); contractors, purchasers |

BLM_0034015

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| 2.9.1 Forest vegetation management supports, at least, the current level of economic activity in the local timber industry; provides economic or social support to local communities; ensures current and future needs for Native American tribal use, including that associated with special forest products (e.g., teepee poles) | 2.9.6 Meet or exceed average annual timber product offerings from SJNF lands, to local timber industries, publics, and other users (including Native Americans), as displayed in Tables 2.9.1 and 2.9.2 over the life of the LRMP. | H | Sales data for timber products; associated volumes (e.g., CCF), or numbers, for non-convertible products (e.g., Christmas trees) | SJNF – forest wide | Annually | TIM |
| 2.9.1 Forest vegetation management…(continued) utilizes, to the fullest extent practicable, potential products including sawtimber, poles, topwood, or slash (like limbs, foliage) | 2.9.7 Every 3 years evaluate utilization of forest products from SJNF or TRFO contracts and permits that result in product sales or usage. | L | Volume sold and volume removed (scaled contract volumes), on-site utilization; CCF or green tons, site or contract inspection reports | Planning area | Every 3 years | cruise and scaling data from contracts, Pagosa Area Long Term Stewardship Contract, Contractor records; TIM |
| 2.9.1 Forest vegetation management…(continued) efficiently balances or reduces costs of implementation of treatment activities | 2.9.8 Every 3 years compare, contrast, and evaluate costs of implementation of timber management projects. | M | Project costs and revenues; and other non-monetary measures | Planning area | Every 3 years | WorkPlan System; acquisition payments; Timber Sale Accounting |
| 2.9.1 Forest vegetation management…(continued) anticipates climate-related plant succession changes (such as favoring heat- or drought-resistant tree species as leave trees, or in reforestation) | 2.9.9 Every 3 years review silvicultural prescriptions for incorporation of strategies that anticipate potential plant succession changes relative to warmer and/or drier forested conditions | L | Compare pre- and post-treatment silvicultural prescriptions; appropriate (scientifically based) silvicultural methods | Planning area | Every 3 years | Silvicultural prescriptions; reconnaissance data; post-treatment data |
| 2.9.2 USFS lands classified as "suitable" for timber production have a regularly scheduled timber harvesting program<br><br>2.9.3 Forest Service lands classified as "not suitable" for regularly scheduled timber production (but where timber harvesting could occur for other multiple-use purposes) have an irregular, unscheduled timber harvesting program | 2.9.10 Every 10 years assess timber suitability for forested lands on the SJNF | H | Timber suitability categories and criteria; FSVeg polygons and associated acres, harvesting cost/revenue data | SJNF -- forest wide | Every 10 years | FSVeg database; Forest Vegetation Simulator and inventory data; timber management cost data |

BLM_0034016

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.9.4** Reforestation activities on Forest Service/BLM lands use native tree species germinated from locally collected seed stock to improve the resiliency of forest ecosystems. | **2.9.11** Annually review seed inventories to ensure adequate seed from locally collected native tree species is available for planned reforestation activities on Forest Service/BLM lands. | H | Reviews completed, reforestation plans implemented; seed inventories and source information | Planning area | Annually | SJNF Tree Improvement Plan; FS Bessey Nursery seed inventory; other seed inventories and cooperating nurseries |

**Table 4.1.9: Fire and Fuels Management**

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.11.1** Firefighter and public safety concerns are met for all fire management and fuel treatment projects. | **2.11.1** Firefighter and public safety concerns are met for all fire management and fuel treatment projects. | H | Measure of Lost Time Accidents | Planning area | Annually | Dispatch and partners including the BLM, Southern Ute Indian Tribe, Ute Mountain Ute Tribe, Mesa Verde National Park, and Colorado State Forest Service |
| **2.11.2** Wildfire behavior in the WUI (in and around developed areas and communities) does not result in damage to property, and protects public safety. | **2.11.10** Annually, for the next 10 years, complete an average of 7,000 acres of hazardous fuels reduction in the WUI. | M | Acres of fuel reduction by type | Planning area | Annually | Natural Resource Manager (NRM) database; FACTS database; National Fire Plan Operations and Reporting System (NFPORS), BLM |
| **2.11.3** Wildland fire management maintains a balance between fire suppression and use of wildland fire (including both prescribed fire and natural ignitions) to regulate fuels and maintain forest ecosystems in desired conditions. | **2.11.12** The wildland fire response on both SJNF and TRFO lands will include evaluations for immediate suppression, management for resource benefit, or a combination of both actions to be taken. | H | Area and percent of forest affected by abiotic agents (e.g., fire, storm, land clearance) beyond reference conditions.<br><br>Acres of wildland fire | Planning area | Annually | NRM database and partners including the BLM, Southern Ute Indian Tribe, Ute Mountain Ute Tribe, Mesa Verde National Park, and Colorado State Forest Service |

BLM_0034017

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.11.4** Use of wildland fire and fuels reduction treatments creates vegetative conditions that reduce the threat to real property and infrastructure from wildfire. | **2.11.11** Annually, for the next 10 years, complete an average of 4,000 acres of fuels reduction and resource enhancement, utilizing Fire Managed for Resource Benefit on SJNF lands | H | Fire Regime Condition Class (FRCC) in ponderosa pine; dry mixed-conifer forests – USFS; mixed montane shrublands - USFS and BLM; pinyon - juniper woodlands - USFS and BLM. | Planning area | Annually (Activities Layer); 10 years (FRCC) | GIS analysis using FRCC maps and USFS Activities Layer to assess acreage restored. Compare FRCC maps over time to determine change and rate of change.<br><br>Landscape, Fire and Resource Management Planning Tools (LANDFIRE) database. |
| **2.11.5** The WUI will have defensible space and dispersed patterns of fuel conditions that favorably modify wildfire behavior and reduce the rate of wildfire spread in and around communities-at-risk. | **2.11.10** Annually, for the next 10 years, complete an average of 7,000 acres of hazardous fuels reduction in the WUI. | M | Acres of fuel reduction by type | Planning area | Annually | FACTS, NFPORS, records from cooperators |
| **2.11.6** Major vegetation types reflect little or no departure from historic range of variation of fire frequency and intensity (e.g., reflect fire regime condition class 1). | **2.11.11** Annually, for the next 10 years, complete an average of 4,000 acres of fuels reduction and resource enhancement, utilizing fire managed for resource benefit. | M | FRCC in ponderosa pine; dry mixed conifer forests, mixed montane shrublands | Planning area | Annually, with 5- and -10-year analysis | FACTS, NFPORS, records from cooperators, Southern Ute Indian Tribe, Ute Mountain Ute Tribe, Mesa Verde National Park, and Colorado State Forest Service |

BLM_0034018

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.11.7** Use planned and unplanned fire ignitions to increase resiliency and diversity across all forest and rangeland vegetation types.<br><br>**2.11.8** Reintroduce fire to increase the resistance and resiliency of the warm dry mixed-conifer forest and ponderosa pine forest types in landscape such as Hermosa and Piedra areas.<br><br>**2.11.9** The occurrence of low-elevation fires burning upward into spruce-fir forest will increase over time to promote the heterogeneity of spruce-fir forests. | **2.11.12** The wildland fire response on both SJNF and TRFO lands will include evaluations for immediate suppression, management for resource benefit, or a combination of both actions to be taken. | H | Number of fires and response taken | Planning area | Annually | Durango Dispatch Annual Report; Mesa Verde National Park, Southern Ute Indian Tribe, Ute Mountain Ute Tribe, BLM |

BLM_0034019

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Table 4.1.10: Air Quality**

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.12.1** Air quality in the Weminuche Wilderness Class I Area maintains natural conditions. Indicators of natural conditions include air quality–related values of visibility, water and snow chemistry, precipitation/atmospheric chemistry, soils chemistry, and aquatic/terrestrial biota.<br><br>**2.12.2** Air quality for the Class II Areas within the planning area are maintained or improved with respect to pollutant concentrations so that human health and the integrity of associated aquatic and terrestrial ecosystem components are protected.<br><br>**2.12.5** Visibility in the Weminuche Wilderness continues to improve, so that best natural conditions are achieved. | **2.12.8** For the Weminuche Wilderness Class I Area, improve air quality so that flora and fauna AQRVs that are at risk (including lichens, amphibians, and aquatic organisms) recover to a level that is within the limits of acceptable change (compared to natural conditions) by the next planning period so that there is no humanly perceptible change in visibility (visual range, contrast, coloration) from that which would have existed under natural conditions (conditions substantially unaltered by humans or human activities).<br><br>**2.12.9** Over the implementation-life of the LRMP on both BLM and USFS lands, prevent or reduce the atmospheric deposition of nitrogen and sulfur and allow no more than a 10% change from established baseline for lakes with an ANC ≥25 μeq/L, and for lakes with an ANC<25 μeq/L allow no more than 1 μeq/L decrease in ANC.<br><br>**2.12.10** Over the implementation-life of the LRMP, prevent or reduce airborne nutrient and mercury deposition impacts to sensitive high-elevation lakes in the Weminuche Wilderness Class I Area; allow no detectable mercury, no more than 2 μeq/L of ammonium, and no late summer nitrate. | H | AQRVs; these include water quality, visibility, lichens, soils, aquatic organisms, flora, etc., within limits of acceptable change. Air quality maintained at better than State air quality standards. | SJNF and TRFO | 5 years | CDPHE, National Park Service, BLM, EPA |
| **2.12.6** Management activities on the SJNF control dust in order to minimize impacts of dust-on-snow events. | Prevent or reduce particulate pollution (see Guideline 2.12.20) | H | Meet air quality standards, reduce atmospheric deposition of pollutants, reduce particulate pollution (dust). Visibility AQRV within limits of acceptable change. | SJNF and TRFO | 5 years | CDPHE, National Park Service, BLM, EPA |

BLM_0034020

**Table 4.1.11: Access and Travel Management**

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.13.1** The transportation system within the SJNF planning area consists of roads, high-clearance or primitive roads, trails, and bridges that are fiscally sustainable and safe as appropriate for the designated use or desired user experience; they allow for the use of, and enjoyment by, the public, and they meet resource management objectives. Sufficient condition surveys and inspections are conducted to promote road safety and to prioritize road maintenance expenditures.<br><br>**2.13.2** The SJNF transportation system provides reasonable and legal access for resource management and recreation; it is dynamic and adaptable to resource and user needs.<br><br>**2.13.5** The road and trail system within the SJNF has adequate destination signage, mapping, and route markers to assist transportation system users in navigating throughout the planning area.<br><br>**2.13.12** Transportation system components on the SJNF are designed, constructed, and maintained to avoid encroaching onto streams and/or onto riparian areas and wetland ecosystems in ways that impact channel fluctuation or channel geometry (the relationships between channel discharge and channel cross-sectional factors, such as area, width, and depth). Sediment delivery from the transportation system does not measurably impact pool frequency, pool habitat, and/or spawning habitats. | **2.13.17** The SJNF will perform maintenance activities annually on 75% of roads maintained for passenger vehicles (NFS maintenance level 3, 4, and 5).<br><br>**2.13.20** The SJNF performs the required schedule of condition surveys for use in prioritizing road maintenance expenditures. | H | Miles of passenger car roads improved<br><br>Miles of passenger car roads maintained<br><br>Number of conditions surveys completed | SJNF planning area | 5 years | SJNF NFS Source: NRM database roads and trails<br><br>Annual condition surveys and road and trail inspections |

BLM_0034021

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.13.6** The public has access to information about the SJNF transportation systems (including specific travel route designations, available recreational opportunities, environmental stewardship guidelines, and safe travel information).<br><br>**2.13.7** Motorized use on the SJNF occurs only on designated roads and trails, as well as in small designated open areas (except as exempted by 36 CFR Part 212.51). No new unauthorized or user-created routes develop within the SJNF. Any addition of new designated routes to the transportation system will be analyzed using the appropriate planning process and level of environmental analysis.<br><br>**2.13.8** Roads and trails within the SJNF that are identified for closure are decommissioned and reestablished with native vegetation cover. | **2.13.19** Travel management plans are developed in accordance the designation criteria in 36 CFR 212, Subpart B, for NFS lands. Routes that are not included in the designated motorized transportation system will be evaluated for their resource impact potential. Those with high potential for resource impacts will be prioritized for decommissioning as part of the implementation plan for each individual travel management plan decision. Each implementation plan will identify those routes prioritized for decommissioning, the method(s) that may be used, and a schedule for completion. | H | Travel management plans completed<br><br>Miles of roads prioritized for decommissioning<br><br>Miles of roads decommissioned | SJNF | Annually | SJNF NFS Source: NRM database roads and trails |
| **2.13.9** Roads on SJNF are managed by the appropriate public road authority when any one of the following conditions exists: the road serves predominantly non-SJNF traffic; the road is necessary for mail, school, and/or other local governmental purposes; the road provides year-long residential access to private property within, or adjacent to, the planning area.<br><br>**2.13.10** Travel management plans are complete for all SJNF within 5 years of adopting this LRMP. Travel management planning remains a continuous process designed to improve the transportation system on the SJNF.<br><br>**2.13.11** Motorized and non-motorized users, as well as local, state, tribal, and other federal agencies, are actively engaged in travel management planning, route designation and implementation, and route monitoring on the SJNF. | **2.13.16** Transfer jurisdiction of roads identified through travel management planning as having predominant use that is inconsistent with the mission of the jurisdictional managing authority to a managing authority whose mission is consistent with the road use and is willing to accept the road transfer. The SJNF identify in each travel management planning decision those roads, if any, that are priority for jurisdictional transfer. The SJNF will transfer ownership to the appropriate managing authority of 50% of the roads identified as priority for jurisdictional transfer through travel management decisions made up to the initial 5-year anniversary of the LRMP implementation. These jurisdictional transfers will be completed within 15 years of the LRMP implementation. | M | Miles of roads transferred to the appropriate managing authority jurisdiction. | SJNF planning area | Annually | La Plata, Dolores, Montezuma, San Juan, and Archuleta Counties. |

BLM_0034022

**Table 4.1.12: Recreation, Scenery, and Wilderness**

| Desired Condition—Recreation and Scenery | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.14.1** Activities are regulated primarily in order to protect the quality of the recreation settings and benefits, as well as to protect natural and cultural resources. Managers monitor conditions and implement management strategies in order to maintain desired setting characteristics. | Ensure public is getting these experiences on the SJNF. | H | National Visitor Use Monitoring Program | Forestwide | 5 years | Contract survey |
| **2.14.14** Much of the planning area has an ROS setting of Semi-Primitive and Roaded Natural.

**2.14.28** In developed recreation sites, the USFS and BLM provide a wide range of visitor information, education, and interpretation consistent with their interpretive and conservation education strategy. | Provide for public health and safety and meet minimum standards for site operations and maintenance. | H | INFRA database; concessionaire annual review ratings; occupancy rates; visitor comment forms | Forestwide | Annual | Concessionaire, in-house data collection, public comments |
| **2.14.2** Established road and trail travel corridors offer high-quality scenery. Developed recreation facilities (including trailheads) provide relatively easy access for visitors, enabling them to enjoy a wide range of recreation experiences.

**2.15.3** Views from developed sites, roads, trails, and viewpoints of concern are predominantly within natural-appearing landscapes. Views within developed recreation sites may appear heavily altered (due to recreation support facilities, recreation developments, hazard tree management, etc.). | Ensure scenery is protected via plan guidance and future project NEPA screening. | M | Examine one or more NEPA actions with potential to impact scenic values; assess adherence to scenic and plan guidance | Project specific | 5 years | In-house, public comments |

BLM_0034023

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Table 4.1.13: Heritage**

| Desired Condition–Heritage | Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.16.1** Significant heritage and cultural resources, such as USFS Priority Heritage Assets and sites on the NRHP, are maintained in good to excellent physical condition. Significant cultural values are protected or preserved. Heritage and cultural sites are preserved and stabilized, and may be available for interpretation and research; they may have site-specific management plans. Sites are protected from physical damage and excessive wear and tear resulting from visitor use. **2.16.8** Select historic cabins are restored and adaptively reused for appropriate recreation and/or for interpretive use. | **2.16.13** Over the implementation-life of the LRMP, protect/preserve/stabilize at least seven significant heritage/cultural resources that have identified deferred maintenance needs that if not addressed will result in loss of the resource. **2.16.16** Over the implementation life of the LRMP, implement the Anasazi National Register District Monitoring Plan and new site monitoring plans for the Lost Canyon and Spring Creek National Register Districts. | H | Heritage program managed to standard and Secretary's report to Congress: Number of heritage/cultural sites stabilized | Planning area | 10 years | Colorado State Historic Preservation Office, Tribes, volunteers, schools, State Historical Fund, grants |
| **2.16.6** A management presence at key heritage and cultural resource sites is provided to protect sensitive or heavily visited sites from inappropriate use or vandalism. **2.16.10** Looting of sites is reduced through increased public awareness and education related to cultural resources. Vandalism at sites is promptly remedied to prevent recurrence. | **2.16.14** Annually, post protective signage and/or surveillance cameras on at least one heritage and cultural resource sites that is at-risk for vandalism. | H | Use of protective signage Tracked in INFRA Heritage modules | Planning area | Annually | San Juan Mountains Association |
| **3.16.1** Archaeological sites are protected and preserved for their scientific, educational, social, and cultural values. | **3.16.9** Within 5 years, create a dispersed recreation plan that is congruent with desired conditions and that would be incorporated into the management plan for the Falls Creek Archaeological Area. **3.16.10** Within 1 year, implement a site-steward program. **3.16.11** Within 5 years, develop and implement a rock art preservation plan in order to mitigate deterioration. | H | Heritage program managed to standard and Secretary's report to Congress: Development of CRMP Tracked in INFRA Heritage modules | Falls Creek | 5 years | SJNF |

BLM_0034024

| Desired Condition–Heritage | Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **3.16.5** Native American tribes and Pueblos are consulted with regard to the development of appropriate off-site educational materials. | **3.16.12** Within 5 years, develop appropriate and sensitive off-site interpretive and educational materials. Make the information from the collection analyses available to researchers. | H | Heritage program managed to standard and Secretary's report to Congress: Interpretive materials developed<br><br>Tracked in INFRA Heritage modules | Falls Creek | 5 years | SJNF, Native American Tribes and Pueblos, grants |
| **3.17.1** Chimney Rock National Monument is managed in an exemplary manner in accordance with the National Monument Proclamation.<br><br>**3.17.2** Native Americans tribes and Pueblos are consulted with regard to the development of appropriate management and interpretation; are allowed access to the Monument for traditional and ceremonial uses; and their values are respected and preserved.<br><br>**3.17.3** Compatible recreational opportunities for the public are provided, in accordance with the National Monument Proclamation. | **3.17.4** Within 3 years, develop a comprehensive management plan for the Chimney Rock National Monument. | H | Heritage program managed to standard and Secretary's report to Congress: Interpretive materials developed<br><br>Tracked in INFRA Heritage modules | Chimney Rock | 5 years | SJNF, Chimney Rock Interpretive Association, Native American Tribes and Pueblos |
| **3.26.1** McPhee offers diverse recreation for communities while, at the same time, preserving archaeological and paleontological resources.<br><br>**3.26.8** The SJNF partners with the Bureau of Reclamation to address impacts to archaeological resources and NAGPRA issues. | **3.26.13** Within 5 years implement archaeological monitoring plan. | H | Heritage Program Managed to Standard & Secretary's Report to Congress- sites monitored and protected<br><br>Tracked in INFRA Heritage modules | McPhee | 5 years | SJNF, Bureau of Reclamation |

BLM_0034025

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Desired Condition–Heritage | Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **3.26.4** Interpretive and educational opportunities enhance visitor experience and increase stewardship of sites. | **3.26.10** Within 5 years, implement site-steward and "adopt-a-site" programs.<br><br>**3.26.11** Over the implementation-life of the LRMP, develop two interpretive trails. | H | Heritage Program Managed to Standard & Secretary's Report to Congress- sites monitored and protected; interpretive materials developed<br><br>Tracked in INFRA Heritage modules | McPhee | 5 years—site stewards<br><br>10 years—interpretive trails | SJNF, San Juan Mountains Association |
| **3.26.5** User-made trails are rerouted or eliminated in order to avoid impacts to archaeological and paleontological sites. | **3.26.14** Within 3 years reroute or close user-made trails that are impacting archaeological resources. | H | Heritage program managed to standard and Secretary's report to Congress: Sites protected<br><br>Tracked in INFRA Heritage modules | McPhee | 3 years | SJNF, San Juan Mountains Association, Southwest Conservation Corps |
| **3.26.9** Partner with research organizations to test archaeological sites and conduct data recovery if sites are being impacted. | **3.26.12** Within 10 years, test two sites for subsurface archeological deposits. | H | Heritage program managed to standard and Secretary's report to Congress: Sites evaluated, research, public information<br><br>Tracked in INFRA Heritage modules | McPhee | 10 years | SJNF, Crow Canyon Archaeological Center, universities, colleges, interns, San Juan Mountains Association, grants |

BLM_0034026

**Table 4.1.14: Paleontology**

| Desired Condition | Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| **2.17.1** Acquiring better knowledge of paleontological resources on SJNF lands is emphasized. | **2.17.5** Over the life of the plan, identify and document two paleontological sites. | M | Number of sites documented | Planning area | 10 years | Colleges, universities |
| **2.17.4** The McPhee Reservoir sauropod locality is actively managed through a long-term stewardship agreement to preserve dinosaur partial skeletons actively eroding along margin of reservoir.<br><br>Known and newly discovered paleontological localities are monitored and managed using scientific principles and expertise in accordance with Paleontological Resources Preservation Act of 2009. | **2.17.6** At a minimum, monitor one paleontological locality per year. | M | Number of site visits | Planning area, McPhee Reservoir | Annually | Colleges, universities |
| Ensure that paleontological resources are considered during the planning process using scientific principles and expertise in accordance with Paleontological Resources Preservation Act of 2009. | **2.17.7** Where feasible conduct fossil resource inventories in areas where they are needed on a project basis over the life of the plan. | H | Acres of inventory | Planning area | Annually | Colleges, universities |
| **2.17.2** Paleontological resources are available for appropriate scientific, educational, and, where appropriate, recreational uses by present and future generations. | **2.17.8** Increase opportunities for outdoor recreational experiences and volunteer projects focused on fossil resource management, and increase the number of partnerships with educational and research institutions. | M | Number of partnerships | Planning area | Annually | Colleges, universities |

BLM_0034027

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Table 4.1.15: Minerals and Energy**

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| 2.19.2 Mineral materials (including gravel and decorative stone) are available to support resource management needs, personal and hobby use, and commercial pursuits.<br><br>2.19.4 Reclamation of mineral exploration, development, and production activities is stable, long-term, and implemented as soon as is reasonably possible in order to minimize impacts to other resources. | Inspect and verify production at mineral material sites<br><br>2.19.8 Process requests for mineral materials in a timely manner consistent with plan direction and applicable laws. Identify areas suitable for and establish common use area(s) and/or community pits to provide sources of mineral materials to the public. | M | Number of inspection reports;<br><br>days to process applications | Planning area | 5 years | |
| 2.19.4 Reclamation of mineral exploration, development, and production activities is stable, long-term, and implemented as soon as is reasonably possible in order to minimize impacts to other resources. | Inspect locatable mineral sites for surface management | M | Number of inspection reports | Planning area | 5 years | |
| Potential social and resource impacts from the development of the Paradox Basin play area are minimized by phasing oil and gas leasing to achieve orderly economic development of portions of the play zones at any given time.<br><br>2.19.5 All oil and gas well fields starting at the field development stage, and all other established well fields where practicable maximize the co-location of facilities to minimize construction footprint and reduce tailpipe emissions. | | L | Number of APDs processed annually<br><br>Acres of new ancillary facilities within the Paradox Basin Planning Area annually | Paradox Basin | 5 years | |

BLM_0034028

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| 2.19.3 Ground disturbance from development of oil and gas fields is minimized by centralizing facilities, requiring multiple wells per pad, and minimizing the road system required to access facilities.<br><br>2.19.5 All oil and gas well fields starting at the field development stage and all other established well fields where practicable maximize the collocation of facilities to minimize construction footprints and reduce tailpipe emissions.<br><br>2.19.6 Oil and gas leasing and development activity on the SJNF occurs in an orderly manner to minimize impacts to lands and resources and increase efficiency of operations. | 2.19.7 Over the next 20 years, centralize facilities and engines to minimize the number of well head engines and optimize well engines so they use the minimum cumulative horsepower to obtain the maximum efficiency for all well fields beginning at the field development stage and all other established well fields where practicable. | H | Determine whether impacts were understated or overstated, if mitigation measures are working as intended, if there are unforeseen impacts and whether the impacts can be adequately mitigated. | SJNF | 5 years | Industry, BLM |

**Table 4.1.16: Abandoned Mine Lands**

| Desired Condition | Plan or Monitoring Objective | Monitoring Priority | Performance Measures; Indicators | Scale | Frequency of Reporting | Sources and/or Partners |
|---|---|---|---|---|---|---|
| 2.21.3 Mine waste repositories are protected and physical safety closures are protected or replaced during any USFS-authorized actions. | 2.21.9 On all SJNF lands, close or mitigate high-priority sites over the life of the LRMP. On SJNF lands, newly discovered sites will be prioritized for closure or mitigation based on hazard. | H | Number of safety closures | Planning area | 5 years | Colorado Division of Reclamation Mining and Safety |
| 2.21.1 Abandoned mine reclamation within the planning area contributes to water quality improvement and to historic resource protection.<br><br>2.21.6 The AML program coordinates with affected parties, partners, and stakeholder groups on AML projects. | 2.21.7 Stabilize, rehabilitate, or restore AML on priority sites on an annual basis in order to improve water quality and watershed condition. | M | Acres physically and directly improved by AML program annually | Planning area | 5 years | EPA, Animas River Stakeholders Group and other watershed groups, Riverwatch |

BLM_0034029

## 4.2   Tres Rios Field Office Monitoring Plan

### 4.2.1  Implementation of the LRMP

Implementation of the LRMP begins once the Record of Decision for the Proposed LRMP is signed. Decisions made through the planning process are implemented over the life of the LRMP. Some of the decisions are immediate and go into effect with the Record of Decision, while other decisions would be implemented over time after site-specific environmental review is completed. In addition, specific programs have requirements that must be followed in order to make certain decisions effective. An example of a land use plan decision that requires an additional action for implementation would be a recommendation to withdraw lands from entry under the mining laws. Formal action requiring Secretarial-level review and decision making would follow if the BLM planning process results in a withdrawal recommendation and the applicable regulations in 43 CFR 2300 are followed.

Any future proposals or management actions will be reviewed against the LRMP to determine if the proposal is in conformance with the LRMP. While the FEIS for the TRFO LRMP provides the compliance with NEPA for the broad-scale decisions that are made in the Record of Decision, it does not replace the requirement to comply with NEPA for most site-specific implementation actions.

During the life of the LRMP, the BLM expects that new information gathered from field inventories and assessments, research, other agency studies, and other sources will update baseline data or support new management techniques, BMPs, and scientific principles. To the extent that such new information or actions address issues covered in the plan, the BLM will integrate the data through plan maintenance. In cases where new information would cause a more significant change in planning direction, a plan amendment may be required.

### 4.2.2  Land Use Plan Implementation Monitoring

Due to staffing and funding levels, monitoring is prioritized consistent with the goals and objectives of the RMP in cooperation with local, state, and other federal agencies.

The TRFO conducts monitoring and evaluation of RMP decisions to measure the effectiveness of the management action and allowable use decisions in achieving the RMP's goal and objectives. Monitoring and evaluation analyzes the current resource conditions as a result of implemented actions and identifies and recommends alternatives or modified actions, as necessary, to reach established objectives and goals. This process provides the optimum means to check the effectiveness of management actions. Because the capability to execute the process at the optimum level can vary from year to year, monitoring will be prioritized. BLM would use data collected by other agencies, local governments, and other sources when appropriate and available.

Plan implementation is a continuous process occurring over the life of the resource management plan that will consider changing circumstances and new information through monitoring. The goal is to maintain a dynamic resource management plan that is evaluated and amended if necessary on an issue-by-issue basis.

### 4.2.3  Data Collection

In cooperation with local, state, and other federal agencies, the BLM will collect, analyze, and report monitoring data that allow for the determination of cause and effect, conditions, trends, and predictive modeling of land use authorizations. Monitoring methods are implemented to collect data that establish current conditions and reveal any change in the indicators. Monitoring techniques consider when, where, and frequency. The data collected through monitoring provide a variety of information applicable to one or more resource uses. To increase effectiveness, efficiency, and eliminate duplication, monitoring methods should be designed to address as many uses as possible. The BLM will rely upon cooperating agencies for the funding, facilities, and labor to assist in or perform this data collection.

BLM_0034030

### 4.2.4  Monitoring

Monitoring is the repeated measurement of activities and conditions over time. Monitoring data gathered over time is examined and used to draw conclusions on whether management actions are meeting stated objectives, and if not, why. Conclusions are then used to make recommendations on whether to continue current management or what changes need to be made in management practices to meet objectives.

Monitoring determines whether planned activities have been implemented in the manner prescribed by the plan. This monitoring documents BLM's progress toward full implementation of the land use plan decision. There are no specific thresholds or indicators required for this type of monitoring.

Monitoring also is used to determine if the implementation of activities has achieved the desired goals and objectives. This requires knowledge of the objectives established in the RMP as well as indicators that can be measured. Indicators are established by technical specialists in order to address specific questions, and thus avoid collection of unnecessary data. Success is measured against the benchmark of achieving desired future conditions established by the plan.

Monitoring is also used to ascertain whether a cause-and-effect relationship exists among management activities or resources being managed. It confirms whether the predicted results occurred and if assumptions and models used to develop the plan are correct. This type of monitoring is often done by contract with another agency, academic institution, or other entity, and is usually expensive and time consuming since results are not known for many years.

### 4.2.5  Components of the Monitoring Plan

The monitoring plan presented in the tables below contains seven components that link monitoring efforts directly to the plan components presented in this LRMP, and guide monitoring activity for each element of the plan. These components are focused around selected desired conditions and are designed to test relevant assumptions, track relevant changes, and measure management effectiveness and progress towards achieving or maintaining the LRMP's desired conditions.

1. **Program Element:** BLM program elements are defined as specific activities or products for which the BLM captures cost data (i.e., determines cost "drivers," collects activity data, calculates the cost of delivering that activity or product).  The description of each program element is followed by its two-letter code.
2. **Frequency of Reporting:** Frequency of reporting describes the timing of monitoring and evaluation efforts. Much data are collected annually, while other data are collected at longer or shorter intervals based on the length of time needed to discern a measureable change.
3. **Desired Conditions:** The desired conditions are selected from Chapters 2 and 3 of the LRMP and serve as the basis for the monitoring plan. These are the "drivers" of the monitoring plan and provide the "questions" that this monitoring plan seeks to answer.
4. **Objectives:** The objectives are projections of measureable and time-specific outcomes or accomplishments that, if achieved, would contribute to maintaining or reaching desired conditions during the life of the LRMP. They relate directly to the desired conditions and are also selected from Chapters 2 and 3 of the LRMP.
5. **Scale:** Scale describes the level of analysis with respect to land size or level of application. This measure is important in describing impacts dealing with habitat heterogeneity and population viability issues, as well as describing cumulative impacts related to, or resulting from, management actions.
6. **Performance Measures and Indicators:** This column identifies indicators that will be used to gauge or track accomplishments that lead the TRFO toward meeting objectives and desired conditions. These indicators provide a measureable quantitative or qualitative parameter.
7. **Sources and Partners:** Potential data sources for information and partners that may be involved in providing input into the monitoring process or identifying areas where research may be needed.

BLM_0034031

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Table 4.2.1: Terrestrial Ecosystems**

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and Partners |
|---|---|---|---|---|---|---|
| Monitor Fuels Treatment (MT), Evaluate Rangeland Health (MJ), Monitor Terrestrial Habitat (MQ), Monitor Fuels Treatment in Wildland Urban Interface (LC) | 10 years<br><br>15 years | **2.2.1** The composition, structure, and function of terrestrial ecosystems are influenced by natural ecological processes, including disturbance events such as fire, infestations by insects or disease, winds, and flooding. | **2.2.47** Within 10 years, inventory and map stand structure changes that have resulted from spruce beetle mortality and wildfire on TRFO lands.<br><br>**2.2.60** After natural disturbance events or during restoration projects over the next 15 years, increase the variety of native non-commercial tree and shrub species on a minimum of 25 acres of TRFO lands. | Landscape | Acres | Rangeland Improvement Project System (RIPS), NFPORS |
| Monitor Terrestrial Habitat (MQ), Evaluate Weed Treatments (MK), Monitor Fuels Treatment (MT) | 15 years<br><br><br><br><br>30 years of review at 10-year increments<br><br>15 years | **2.2.4** Future biodiversity, especially for endangered, rare, or dwindling species, is protected in the face of a changing climate by safeguarding habitats, preserving genetic diversity, and cooperating with seed banking efforts that provide secure, long-term storage of plant genetic resources.<br><br>**2.2.17** Local seeds of desirable native plant species are available for revegetation and restoration efforts. | **2.2.57** Over the next 15 years, secure a reliable source of local seed stock for eight or more native grass, forb, and shrub species (including Arizona fescue *(Festuca arizonica)*) for use in revegetation and restoration projects on TRFO lands.<br><br>**2.2.58** Over the life of the LRMP, collect and provide for the long-term storage of local seed from ten vulnerable native grass, forb, and shrub species (including alpine) in order to protect genetic sources.<br><br>**2.2.60** After natural disturbance events or during restoration projects over the next 15 years, increase the variety of native non-commercial tree and shrub species on a minimum of 25 acres of TRFO lands.<br><br>**2.2.62** Over the next 15 years, revegetate and reclaim five acres of TRFO lands using native early-successional plant species developed from local plant sources in order to accelerate restoration success. | Landscape | Acres | |

BLM_0034032

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and Partners |
|---|---|---|---|---|---|---|
| Monitor Fuels Treatment in Wildland Urban Interface (LC), Monitor Fuels Treatment (MT), Monitor Terrestrial Habitat (MQ) | 5 years | **2.2.10** Forested terrestrial ecosystems display a FRCC of 1.<br><br>**2.2.15** Forested terrestrial ecosystems have stand structures and tree species composition that offer resistance and resilience to changes in climate (including extreme weather events) and epidemic insect or disease outbreaks.<br><br>**2.2.22** Ponderosa pine, warm-dry mixed conifer, and cool-moist mixed conifer forest stands in the old-growth development stage that have not been previously harvested are managed for their old-growth values through active or passive management.<br><br>**2.2.23** Ponderosa Pine Forest Desired Condition<br><br>**2.2.24** Warm Dry Mixed Conifer Forest Desired Condition<br><br>**2.2.25** Cool Moist Mixed Conifer Forest Desired Condition | **2.2.52** Within 15 years, increase the percentage of ponderosa pine forest in the young development stage from zero to 3% on TRFO lands through the use of mechanical treatments and prescribed fire.<br><br>**2.2.53** Within 15 years, increase the percentage of warm-dry mixed conifer forest in the young development stage from zero to 3% on TRFO lands through the use of\mechanical treatments and prescribed or natural fire.<br><br>**2.2.54** Within 15 years, improve the composition, structure, and function of 5,000 acres of ponderosa pine forest through the use of low-intensity fire. | Landscape | Acres of treatment and/or fire size | RIPS, project monitoring, NFPORS |

BLM_0034033

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and Partners |
|---|---|---|---|---|---|---|
| Monitor Fuels Treatment (MT), Evaluate Rangeland Health (MJ), Monitor Terrestrial Habitat (MQ), Evaluate Weed Treatments (MK), Monitor Fuels Treatment in Wildland Urban Interface (LC) | 5 years | **2.2.12** The abundance and distribution of native grasses in semi-desert grasslands, sagebrush shrublands, pinyon-juniper woodlands, and semi-desert shrublands are maintained or increased.<br><br>**2.2.28** Pinyon-Juniper Woodland Desired Condition<br><br>**2.2.30** Desired conditions for Sagebrush Shrublands<br><br>**2.2.31** Desired conditions for Semi-Desert Shrublands<br><br>**2.2.32** Desired conditions for Semi-Desert Grasslands | **2.2.56** Within 15 years, improve the abundance and distribution of perennial native bunchgrasses on 3,000 acres of semi-desert shrublands or grasslands within TRFO. | Landscape | Acres | RIPS, NFPORS |
| Evaluate Rangeland Health (MJ), Monitor Terrestrial Habitat (MQ), Evaluate Weed Treatments (MK) | 10 years | **2.2.34** Alpine terrestrial ecosystems sustain their ecosystem diversity. They display a diverse composition of desirable native plant species and vegetation communities (including fellfield and turf types). Invasive plant species are absent or rare. | **2.2.58** Over the life of the LRMP, collect seed from 10 local vulnerable grass, forb, and shrub species, including some alpine species, for long-term storage to protect genetic sources.<br><br>**2.2.63** Over the next 20 years, enhance the resiliency of alpine ecosystems and provide refugia for alpine- dependent species on 100 acres of TRFO lands through implementing recreation management plans, completing mine land reclamation, or conducting other management activities. | Landscape and project | Acres | |

BLM_0034034

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and Partners |
|---|---|---|---|---|---|---|
| Monitor Lake/Wetland Habitat (MN), Monitor Terrestrial Habitat (MQ) | Annually in occupied critical habitat, and once every 5 years in unoccupied critical habitat | **2.2.9** Terrestrial ecosystems, including habitat for special status plant species, are productive, sustainable, and resilient, and provide goods and services over the long term.<br><br>**2.2.11** Canyon escarpments, and the terrestrial ecosystems that occur on them, serve as refugia for native biota. These escarpments are associated with the following canyons: Lower Dolores River, Wild Steer, Coyote Wash Spring, and McIntyre. They also include the Mesa Verde Escarpment.<br><br>**2.2.41** Fens, wetlands, and hanging gardens have the water sources and hydrologic systems necessary to support and sustain the special status plant species associated with them.<br><br>**2.2.44** Areas identified as critical habitat or proposed critical habitat for federally listed plant species have the characteristics necessary to provide for the growth and reproduction of the federally listed plant species for which they were designated. | Over the next 10 years, monitor 20 known special status plant species locations and their habitats. | Project and landscape | Acres evaluated; condition of special status species habitat; continued presence of special status species in these habitats.<br><br>In occupied critical habitat for Pagosa skyrocket, the indicator is the continued presence of the species.<br><br>In unoccupied critical habitat for Pagosa skyrocket, the indicators are the presence of suitable plant communities, habitat for pollinators, and appropriate disturbance regimes. | Colorado Natural Heritage Program, USFWS |
| Evaluate Rangeland Health (MJ), Monitor Grazing Allotments (ML), Monitor Terrestrial Habitat (MQ) | 5 years | **2.2.35** Soil productivity is maintained at or trending towards site potential.<br><br>**2.2.37** Ground cover (vegetation and litter) is adequate to protect soils and prevent erosion.<br><br>**2.2.40** Biological soil crusts are maintained or increased in pinyon-juniper woodlands, sagebrush shrublands, and semi-desert shrublands and grasslands. | **2.2.45** Within 10 years, restore or improve soil productivity and soil carbon on at least 5 miles of routes that will be closed or decommissioned on TRFO lands.<br><br>**2.2.59** Use locally produced biochar to sequester carbon, reduce erosion, and enhance soil productivity and water retention on a minimum of 0.5 acre per year on TRFO lands for 5 years. | Project and landscape | Acres | |

BLM_0034035

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and Partners |
|---|---|---|---|---|---|---|
| Monitor Terrestrial Habitat (MQ) | Ongoing | **2.2.74** Old growth ponderosa pine, old growth pinyon-juniper, and old growth warm-dry mixed conifer forests are more abundant, occupy more acreage, and are well distributed on TRFO lands. | Develop an old-growth database and conduct old-growth inventories in potential old-growth stands of ponderosa pine, warm-dry mixed conifer, and pinyon-juniper. | Project and landscape | Development of an old-growth database | Old-growth database (to be developed) |

**Table 4.2.2: Terrestrial Wildlife**

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Inventory Terrestrial Habitat (CB) | Annual | **2.3.1** Wildlife populations are self-sustaining, connected, and genetically diverse across TRFO lands.<br><br>**2.3.3** Invasive exotic wildlife species and diseases do not become established within the planning area. Existing invasive exotic wildlife species and diseases do not spread.<br><br>**2.3.4** Habitat components (e.g., snags and downed logs) are maintained. Unique habitat types (e.g., springs, seeps, willow carrs, caves, and cliffs) support associated flora and fauna (with abundance and distribution commensurate with the capability of the land).<br><br>**2.3.7** Snag and downed wood features occur in quantities that support self-sustaining populations of associated species.<br><br>**2.3.8** Effective raptor nesting habitat occurs throughout the planning area with abundance and distribution commensurate with the capability of the land to sustain populations. | **2.3.29** Inventory and monitoring: Improve knowledge on the distribution of wildlife special status species and their habitats by inventorying habitat and species as identified in the LRMP monitoring section over the life of the LRMP.  Work with conservation partners in the study, management, and monitoring of these species. | Project to planning area (varies) | Acres inventoried | BLM, SJNF, CPW, Colorado Natural Heritage Program |

BLM_0034036

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Apply Shrub/Grass Vegetation Treatments (JA) | Annual | | **2.3.24** Treat 2,000 or more acres of vegetation on TRFO lands over the life of the plan to improve habitat that supports sustainable populations of terrestrial wildlife across the planning area.<br><br>**2.3.26** Gunnison sage-grouse: Improve habitat for Gunnison sage-grouse when conducting resource management actions within occupied habitat. | Project | Acres treated | BLM |
| Implement Threatened and Endangered Species Recovery Actions (JP) | Annual | **2.3.15** Areas identified as critical habitat or proposed critical habitat for special status wildlife species have the characteristics to support sustainable populations, promoting recovery of the species. | **2.3.26** Gunnison sage-grouse: Improve habitat for Gunnison sage-grouse when conducting resource management actions within occupied habitat. | Project | Recovery actions preformed | BLM, USFWS, San Miguel Gunnison Sage-grouse Working Group |
| Implement Conservation Actions for Non-ESA Species and Communities | Annual | **2.3.17** Management actions maintain or improve habitat conditions for special status species, contributing to the stability and/or recovery of these species. | **2.3.24** Treat 2,000 or more acres of vegetation on TRFO lands over the life of the plan to improve habitat that supports sustainable populations of terrestrial wildlife across the planning area.<br><br>**2.3.27** Nokomis fritillary butterfly: Over the life of the LRMP, restore the hydrologic conditions and plant communities during project implementation at springs or seeps capable of supporting Nokomis fritillary while, at the same time, retaining the water development for livestock or other uses. | Project | Actions performed | BLM |

BLM_0034037

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Monitor Terrestrial Habitat (MQ) | Annual | **2.3.2** Big game severe winter range, winter concentration areas, and production areas are capable of supporting populations that meet State population objectives. These areas provide sustainable forage and habitat in areas with acceptable levels of human disturbance that do not reduce habitat effectiveness.<br><br>**2.3.4** Habitat components (e.g., snags and downed logs) are maintained. Unique habitat types (e.g., springs, seeps, willow carrs, caves, and cliffs) support associated flora and fauna (with abundance and distribution commensurate with the capability of the land).<br><br>**2.3.7** Snag and downed wood features occur in quantities that support self-sustaining populations of associated species.<br><br>**2.3.8** Effective raptor nesting habitat occurs throughout the planning area with abundance and distribution commensurate with the capability of the land to sustain populations.<br><br>**2.3.9** Ecosystems and habitat conditions for terrestrial wildlife species sensitive to human disturbance are maintained.<br><br>**2.3.10** Vegetation openings created through management actions preserve the natural patchiness inherent in Southern Rocky Mountain ecosystems.<br><br>**2.3.11** Habitat continuity and travel corridors exist and persist to facilitate species movement and establishment into newly suitable areas as a result of changing habitats.<br><br>**2.3.12** Populations are conserved by maintaining or improving habitat availability and quality through the incorporation of conservation strategies and species' habitat needs during project development and implementation.<br><br>**2.3.14** Disturbances from management activities occur at levels that support critical life functions and sustain key habitat characteristics for wildlife special status species.<br><br>**2.3.17** Management actions maintain or improve habitat conditions for special status species, contributing to the stability and/or recovery of these species. | **2.3.29** Inventory and monitoring: Improve knowledge regarding the distribution of wildlife special status species and their habitats by inventorying habitat and species as identified in the LRMP monitoring section over the life of the LRMP.  Work with conservation partners in the study, management, and monitoring of these species.<br><br>**2.3.30** Invasives and disease: Over the life of the LRMP, coordinate with CPW to prevent introductions or spread of fish or terrestrial wildlife species, as needed, where there is potential for negative impacts on wildlife special status species. | Project to planning area (varies) | Acres monitored | BLM, USFS, CPW |

BLM_0034038

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Monitor Species Populations (MR) | Annual | **2.3.1** Wildlife populations are self-sustaining, connected, and genetically diverse across TRFO lands.<br><br>**2.3.2** Big game severe winter range, winter concentration areas, and production areas are capable of supporting populations that meet State population objectives. These areas provide sustainable forage and habitat in areas with acceptable levels of human disturbance that do not reduce habitat effectiveness.<br><br>**2.3.5** Large predator species contribute to ecological diversity and ecosystem functioning.<br><br>**2.3.8** Effective raptor nesting habitat occurs throughout the planning area with abundance and distribution commensurate with the capability of the land to sustain populations.<br><br>**2.3.12** Populations are conserved by maintaining or improving habitat availability and quality through the incorporation of conservation strategies and species' habitat needs during project development and implementation.<br><br>**2.3.14** Disturbances from management activities occur at levels that support critical life functions and sustain key habitat characteristics for wildlife special status species.<br><br>**2.3.17** Management actions maintain or improve habitat conditions for special status species, contributing to the stability and/or recovery of these species.<br><br>**2.3.18** Special status species are able to disperse within the planning area and onto adjacent lands, allowing for the interchange between populations and the maintenance of genetic diversity. | **2.3.29** Inventory and monitoring: Improve knowledge regarding the distribution of special status wildlife species and their habitats by inventorying habitat and species as identified in the monitoring section over the life of the LRMP. Work with conservation partners in the study, management, and monitoring of these species. | Project to planning area (varies) | Populations monitored | BLM, USFS, CPW, Colorado Natural Heritage Program |

BLM_0034039

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Monitor Shrub/Grass Vegetation Treatments (MX) | By project | **2.3.10** Vegetation openings created through management actions preserve the natural patchiness inherent in Southern Rocky Mountain ecosystems.<br><br>**2.3.12** Populations are conserved by maintaining or improving habitat availability and quality through the incorporation of conservation strategies and species' habitat needs during project development and implementation.<br><br>**2.3.14** Disturbances from management activities occur at levels that support critical life functions and sustain key habitat characteristics for special status wildlife species. | **2.3.24** Treat 2,000 or more acres of vegetation on TRFO lands over the life of the LRMP to improve habitat that supports sustainable populations of terrestrial wildlife across the planning area.<br><br>**2.3.26** Gunnison sage-grouse: Improve habitat for Gunnison sage-grouse when conducting resource management actions within occupied habitat. | Project | Acres monitored | |
| Monitor Steam/ Riparian Habitat (MO) | Annual | **2.5.1** Long-term sustainability of aquatic ecosystems is maintained.<br><br>**2.5.2** Streams, lakes, riparian vegetation, and adjacent uplands provide habitats adequate to maintain healthy aquatic ecosystems capable of supporting a variety of native and desired non-native aquatic communities.<br><br>**2.5.3** The quantity and quality of aquatic habitats are maintained or enhanced to provide for the long-term sustainability of biological diversity and population viability of all native and/or desired non-native vertebrate species.<br><br>**2.5.10** All native and desired non-native fish species are disease-free and thrive in the vast majority of systems historically capable of supporting such species.<br><br>**2.5.11** Abundant Colorado River cutthroat trout populations are maintained and other areas are managed for increased abundance. | | Planning area | Miles | BLM, USFS, CPW |
| Monitor Species Populations (MR) | Annual | **2.5.3** The quantity and quality of aquatic habitats are maintained or enhanced to provide for the long-term sustainability of biological diversity and population viability of all native and/or desired non-native vertebrate species.<br><br>**2.5.10** All native and desired non-native fish species are disease-free and thrive in the vast majority of systems historically capable of supporting such species.<br><br>**2.5.11** Abundant Colorado River cutthroat trout populations are maintained and other areas are managed for increased abundance. | | Planning area | Miles | BLM, USFS, CPW |

BLM_0034040

**Table 4.2.3: Riparian and Wetland Ecosystems**

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Monitor Weed Treatments (MK) | 5 years | **2.4.1** Riparian area and wetland ecosystems have a diverse composition of desirable native hydrophytic plants that are vigorous and self-perpetuating. Invasive plant species are absent or rare. | **2.4.13** Within 10 years, restore the ecological integrity of two deciduous riparian shrubland sites on TRFO lands currently classified as riparian herbaceous lands by increasing the canopy cover of native hydrophytic shrubs by at least 10%.<br><br>**2.4.14** Within 10 years, determine the functional condition of 25 miles on TRFO of riparian area and wetland ecosystems using the Proper Functioning Condition assessment method (Prichard 1998).<br><br>**2.4.16** Within 5 years, eradicate tamarisk and Russian olive on two stream reaches or two seeps/springs on TRFO lands, and if needed conduct follow-up treatment to prevent the establishment or spread of other invasive species.<br><br>**2.4.17** Maintain native riparian and upland ecosystems that have been treated to control non-native species on a minimum of 50 miles of TRFO stream reaches over the next 20 years. | Site, project | Acres evaluated, presence or absence of target weed species, success of weed treatment objectives | Southwest Youth Corps, Canyon Country Youth Corps, Western Youth Corps, The Nature Conservancy, Tamarisk Coalition, Walton Family Foundation |

BLM_0034041

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Monitor Lake/Wetland Habitat (MN) | 10 years | **2.4.1** Riparian area and wetland ecosystems have a diverse composition of desirable native hydrophytic plants that are vigorous and self-perpetuating. Invasive plant species are absent or rare.<br><br>**2.4.2** Riparian area and wetland ecosystems have vegetation cover sufficient to catch sediment, dissipate energy, prevent erosion, stabilize stream banks, enhance aquatic and terrestrial wildlife habitat, and promote floodplain development.<br><br>**2.4.7** The composition, structure, and function of fens and hanging gardens are intact (including their native plant species, organic soils, and hydrology).<br><br>**2.4.8** Riparian area and wetland ecosystems that contain plant communities with G1, G2, S1, or S2 NatureServe Plant Community conservation status ranks are protected, have habitat to expand into, and have the water quantity and hydrologic systems necessary in order to support and sustain these communities.<br><br>**2.4.9** Soil productivity is intact on all riparian area and wetland ecosystems in the TRFO.<br><br>**2.4.10** Long-term levels of soil organic matter and soil nutrients are maintained at acceptable levels on all riparian area and wetland ecosystems in the TRFO.<br><br>**2.4.11** Ground cover (vegetation and litter) is adequate to protect soils and prevent erosion on all riparian area and wetland ecosystems in the TRFO.<br><br>**2.4 12** Long term impacts to soils (e.g., erosion, compaction, displacement, puddling, and/or severe burning) from management actions are rare on all riparian area and wetland ecosystems in the TRFO. | **2.4.15** Within 15 years, treat three fens with impaired function on TRFO lands.<br><br>**2.4.16** Within 5 years, eradicate tamarisk and Russian olive on two stream reaches or two seeps/springs on TRFO lands, and conduct follow-up treatment if needed to prevent the establishment or spread of other invasive species. | Site | Acres monitored, proper function of ecosystems | |

BLM_0034042

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Monitor Stream Riparian Habitat (MO) | 5–10 years | **2.4.1** Riparian area and wetland ecosystems have a diverse composition of desirable native hydrophytic plants that are vigorous and self-perpetuating. Invasive plant species are absent or rare.<br><br>**2.4.2** Riparian area and wetland ecosystems have vegetation cover sufficient to catch sediment, dissipate energy, prevent erosion, stabilize stream banks, enhance aquatic and terrestrial wildlife habitat, and promote floodplain development.<br><br>**2.4.3** Forest and shrubland types display hydrophytic trees and shrubs in a variety of size classes; they provide terrestrial and aquatic habitats, stream shading, woody channel debris, aesthetic values, and other ecosystem functions.<br><br>**2.4.4** Woody debris in a variety of sizes is present in forest and shrubland riparian area and wetland ecosystem types.<br><br>**2.4.5** Riparian area and wetland ecosystems are resilient to change from disturbances (including floods, fire, and drought) and offer resistance and resilience to changes in climate.<br><br>**2.4.6** Riparian area and wetland ecosystems have flow regimes and flooding processes that contribute to stream-channel and floodplain development, maintenance, and function, and facilitate the regeneration of native hydrophytic plants (including narrowleaf cottonwood and Rio Grande cottonwood) that depend on flooding for regeneration.<br><br>**2.4.8** Riparian area and wetland ecosystems that contain plant communities with G1, G2, S1, or S2 NatureServe Plant Community conservation status ranks are protected, have habitat to expand into, and have the water quantity and hydrologic systems necessary in order to support and sustain these communities. | **2.4.13** Within 10 years, restore the ecological integrity of two deciduous riparian shrubland sites on TRFO lands currently classified as riparian herbaceous lands by increasing the canopy cover of native hydrophytic shrubs by at least 10%.<br><br>**2.4.14** Within 10 years, determine the functional condition of 25 miles on TRFO of riparian area and wetland ecosystems using the Proper Functioning Condition assessment method (Prichard 1998).<br><br>**2.4.16** Within 5 years, eradicate tamarisk and Russian olive on two stream reaches or two seeps/springs on TRFO lands, and conduct follow-up treatment if needed to prevent the establishment or spread of other invasive species.<br><br>**2.4.17** Maintain native riparian and upland ecosystems that have been treated to control non-native species on a minimum of 50 miles of TRFO stream reaches over the next 20 years. | Site, project | Miles monitored, proper function of ecosystems | |

BLM_0034043

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| | | **2.4.9** Soil productivity is intact on all riparian area and wetland ecosystems in the TRFO.<br><br>**2.4.10** Long-term levels of soil organic matter and soil nutrients are maintained at acceptable levels on all riparian area and wetland ecosystems in the TRFO.<br><br>**2.4.11** Ground cover (vegetation and litter) is adequate to protect soils and prevent erosion on all riparian area and wetland ecosystems in the TRFO.<br><br>**2.4.12** Long term impacts to soils (e.g., erosion, compaction, displacement, puddling, and/or severe burning) from management actions are rare on all riparian area and wetland ecosystems in the TRFO. | | | | |

**Table 4.2.4: Aquatic Ecosystems and Fisheries**

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures /Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Inventory Lakes/Wetland Areas (BU) | Annual | **2.5.2** Streams, lakes, riparian vegetation, and adjacent uplands provide habitats adequate to maintain healthy aquatic ecosystems capable of supporting a variety of native and desired non-native aquatic communities.<br><br>**2.5.3** The quantity and quality of aquatic habitats are maintained or enhanced to provide for the long-term sustainability of biological diversity and population viability of all native and/or desired non-native vertebrate species.<br><br>**2.5.7** Macroinvertebrate diversity and abundance reflect high water quality.<br><br>**2.5.10** All native and desired non-native fish species are disease-free and thrive in the vast majority of systems historically capable of supporting such species. | | Planning area | Acres inventoried | BLM, USFS, CPW |

BLM_0034044

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures /Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Inventory Streams/Riparian Areas (BV) | Annual | **2.5.2** Streams, lakes, riparian vegetation, and adjacent uplands provide habitats adequate to maintain healthy aquatic ecosystems capable of supporting a variety of native and desired non-native aquatic communities.<br><br>**2.5.3** The quantity and quality of aquatic habitats are maintained or enhanced to provide for the long-term sustainability of biological diversity and population viability of all native and/or desired non-native vertebrate species.<br><br>**2.5.4** Channel characteristics, water quality, flow regimens, and physical habitat features are diverse and appropriately reflect the climate, geology, and natural biota of the area.<br><br>**2.5.7** Macroinvertebrate diversity and abundance reflect high water quality.<br><br>**2.5.10** All native and desired non-native fish species are disease-free and thrive in the vast majority of systems historically capable of supporting such species. | | | | |
| Apply Stream/Riparian Treatments (JG) Construct Lake/Wetland/Stream/Riparian Projects | Annual | | **2.5.15** Annually enhance or restore at least 1 mile of stream habitat to maintain or restore the structure, composition, and function of physical habitat for BLM sensitive species. | Planning area | Miles restored | BLM, CPW |

BLM_0034045

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures /Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Implement Threatened and Endangered Species Recovery Actions (JP) | By project | 2.5.10 All native and desired non-native fish species are disease-free and thrive in the vast majority of systems historically capable of supporting such species.<br><br>2.5.11 Abundant Colorado River cutthroat trout populations are maintained and other areas are managed for increased abundance.<br><br>2.5.12 Threats to Colorado River cutthroat trout and its habitat are eliminated or reduced to the greatest extent possible.<br><br>2.5.13 The distribution of Colorado River cutthroat trout is increased where ecologically, sociologically, and economically feasible. | 2.5.17 Over the life of the LRMP, establish one new population of Colorado River cutthroat trout in each Geographic Management Unit within the historical range. (Colorado River Cutthroat Trout Task Force 2001, or as amended.) | Planning area | Miles restored | BLM, CPW |
| Implement Conservation Actions for Non-ESA Species and Communities (KE) | By project | 2.5.3 The quantity and quality of aquatic habitats are maintained or enhanced to provide for the long-term sustainability of biological diversity and population viability of all native and/or desired non-native vertebrate species. | 2.5.15 Annually, enhance or restore at least 1 mile of stream habitat on BLM lands to maintain or restore the structure, composition, and function of physical habitat for BLM Sensitive Species.<br><br>2.5.16 Over the life of the LRMP, connect at least 2 miles of fragmented stream habitat on BLM lands to provide for aquatic species movement. | Planning area | Miles restored | BLM, CPW |

BLM_0034046

**Table 4.2.5: Water Resources**

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Monitor Water Resources (MU) | Annual to every 5 years | **2.6.1** State water quality standards and anti-degradation rules are met and state-classified water uses are supported for all water bodies.<br><br>**2.6.2** Water quality for impaired water bodies on the State of Colorado's 303(d) list move toward fully supporting state-classified uses.<br><br>**2.6.3** State "Outstanding Waters" within the planning area maintain the high levels of water quality necessary for this status.<br><br>**2.6.5** Water from TRFO lands will meet applicable drinking water standards when given adequate and appropriate treatment. Management activities throughout the planning area protect and/or enhance the water quality of municipal supply watersheds. Enhancement may be achieved by watershed restoration or by other activities.<br><br>**2.6.10** Potentially usable aquifers and water-bearing intervals possessing groundwater of quality and/or quantity that could provide multiple-use benefits and maintain water quality at natural conditions. | **2.6.17** All approved water developments that involve the use of TRFO lands are permitted pursuant to applicable federal authorizations.<br><br>**2.6.18** Work with the selenium task force annually to reduce salt delivery to the Upper Colorado River Basin.<br><br>**2.6.19** Every 5 years, rehabilitate 10 or more acres to reduce erosion and sedimentation delivery to water bodies on BLM lands. | Site, project | Meet water quality standards. Reduce saline contributions to upper Colorado River. | CHPHE, EPA |
| Monitor BMP Water Resources through Implementation and Effectiveness (MU) | Annual | **2.6.2** Water quality for impaired water bodies on the State's 303(d) list move toward fully supporting state-classified uses.<br><br>**2.6.3** State "Outstanding Waters" within the planning area maintain the high levels of water quality necessary for this status.<br><br>**2.6.4** Watersheds within the planning area containing saline soils exhibit stable upland, riparian, and channel conditions that produce water quality as close as possible to reference conditions and the lowest possible saline contributions to the Upper Colorado River (per the Colorado River Basin Salinity Control Act for the BLM) (see Appendix I for saline watersheds).<br><br>**2.6.5** Water from TRFO lands will meet applicable drinking water standards when given adequate and appropriate treatment. Management activities throughout the planning area protect and/or enhance the water quality of municipal supply watersheds. Enhancement may be achieved by watershed restoration or by other activities. | **2.6.20** Over the implementation life of the LRMP, actively participate in the development of all Total Maximum Daily Load determinations and/or other appropriate options for the restoration of State 303(d)-listed impaired water bodies on BLM lands within the planning area. | Project | Meet water quality standards. BMPs implemented and effective. | Oil/gas/ mineral company or operator |

BLM_0034047

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Monitor Stream Riparian Habitat (MO)<br><br>Monitor Lake/Wetland Habitat (MN) | Annual to every 5 years | **2.6.5** Water from TRFO lands will meet applicable drinking water standards when given adequate and appropriate treatment. Management activities throughout the planning area protect and/or enhance the water quality of municipal supply watersheds. Enhancement may be achieved by watershed restoration or by other activities.<br><br>**2.6.6** Stream channel types that naturally build floodplains are connected to their floodplains and riparian areas, maintain the ability to transport overbank flows (which occur on an average of every 1.5 years), and are capable of transporting moderate or high flow events.<br><br>**2.6.7** Physical channel characteristics are in dynamic equilibrium and commensurate with the natural ranges of discharge and sediment load provided to a stream. Streams have the most probable form and expected native riparian vegetation composition within the valley landforms that they occupy and function correctly without management intervention.<br><br>**2.6.8** Historically disturbed and degraded stream channels recover through floodplain development, the establishment of riparian vegetation with correct structure, composition, and function, and exhibit stable channel geomorphic characteristics.<br><br>**2.6.12** Upland areas function properly and do not contribute to stream-channel degradation.<br><br>**2.6.13** The majority of undeveloped and unregulated or free-flowing streams within the planning area are retained in their current undeveloped condition and provide potential reference conditions and offer unique opportunities for aquatic habitat, recreation, species conservation, and pleasing aesthetics. | **2.6.17** All approved water developments that involve the use of SJNF and TRFO lands are permitted pursuant to applicable federal authorizations.<br><br>**2.6.18** Work with the selenium task force to reduce salt delivery to the Upper Colorado River Basin.<br><br>**2.6.23** Routes will be decommissioned on TRFO lands as identified through the travel management planning process. Watersheds listed in Appendix I could be considered a priority for decommissioning efforts. | Site, project | Reduce saline contributions to upper Colorado River. Acres rehabilitated or restored in saline watersheds. Acres treated for dust abatement. | CPW, Trout Unlimited |

BLM_0034048

**Table 4.2.5: Rangeland Management and Livestock Grazing**

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Issue Grazing Permits/Leases (EE) | Annually | 2.7.1 Rangeland provides forage for qualified local livestock operations and helps ranches remain sustainable and intact.<br><br>2.7.2 Rangelands and permitted livestock grazing use contribute to the maintenance of large open spaces on private lands. | | Planning area | Number of grazing permits renewed/acres public lands under term grazing permit | |
| Monitor Grazing Allotments (ML) | Annually | 2.7.4 Rangelands provide healthy and sustainable habitat for wildlife populations that, in turn, support recreational hunting, fishing, and/or viewing (thereby contributing to the local and regional economy).<br><br>2.7.5 Rangelands provide diverse, healthy and sustainable plant communities and conserve soil quality. | | Planning area/ project | Allotments monitored | Grazing permittees |
| Evaluate Land Health (MJ) | Annually | 2.7.5 Rangelands provide diverse, healthy, and sustainable plant communities and conserve soil quality. | | Project area | Number of land health assessments completed | Grazing permittees |
| Inspect Allotments for Grazing Authorization Compliance (NA) | Annually | 2.7.1 Rangeland provides forage for qualified local livestock operations and helps ranches remain sustainable and intact.<br><br>2.7.4 Rangelands provide healthy and sustainable habitat for wildlife populations that, in turn, support recreational hunting, fishing, and/or viewing (thereby contributing to the local and regional economy).<br><br>2.7.5 Rangelands provide diverse, healthy and sustainable plant communities and conserve soil quality. | 2.7.9 Annually administer at least 25% of active grazing allotments to standard on a priority basis, ensuring that all active grazing allotments during the life of the plan receive appropriate administration. Work with grazing permittees and peers to resolve livestock grazing management issues. Take appropriate administrative action as needed to improve livestock grazing management. | Project | Allotments inspected | Grazing permittees |

BLM_0034049

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Table 4.2.6:  Invasive Species**

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Inventory for Presence of Invasive and/or Noxious Weeds (BS) | 5 years | **2.8.3** Invasive species, both terrestrial and aquatic, are absent or rare within the planning area, and are not influencing native populations or ecosystem function.<br><br>**2.8.4** Invasive species are not introduced or spread within protected areas.<br><br>**2.8.9** Over the life of the LRMP, eradicate newly established invasive species, especially Colorado Class A noxious species, from BLM lands. | **2.8.6** Within 15 years, contain priority Class B invasive species on TRFO lands identified in the Invasive Species Action Plan. | Project to planning area (varies) | Acres inventoried | Cooperators and contractors |
| Apply Weed Treatments (JD) | 5 years | **2.8.2** Federal lands have a transportation system composed of specific roads and trails that do not contribute to the spread of invasive species along travel corridors.<br><br>**2.8.3** Invasive species, both terrestrial and aquatic, are absent or rare within the planning area and are not influencing native populations or ecosystem function.<br><br>**2.8.4** Invasive species are not introduced or spread within protected areas. | **2.8.6** Within 15 years, contain priority Class B invasive species on TRFO lands identified in the Invasive Species Action Plan.<br><br>**2.8.7** Within 15 years, increase annual treatment of noxious weeds on TRFO lands to 10% of known infested acres.<br><br>**2.8.8** Within 15 years, annual backcountry treatment (including wilderness areas and WSAs) is 10% to 15% of the total annual noxious weed treatment target for TRFO lands.<br><br>**2.8.9** Over the life of the LRMP, eradicate newly established invasive species, especially Colorado Class A noxious species, on TRFO lands. | Project to planning area (varies) | Acres treated | Cooperators and contractors |

BLM_0034050

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Evaluate Weed Treatments (MK) | 5 years | **2.8.3** Invasive species, both terrestrial and aquatic, are absent or rare within the planning area and are not influencing native populations or ecosystem function.<br><br>**2.8.5** Management activities do not contribute to the spread of invasive annual plants or other invasive species. | **2.8.6** Within 15 years, contain priority Class B invasive species on TRFO lands identified in the Invasive Species Action Plan.<br><br>**2.8.9** Over the life of the LRMP, eradicate newly established invasive species, especially Colorado Class A noxious species, on TRFO lands. | Project to planning area (varies) | Acres monitored | Cooperators and contractors |

**Table 4.2.7: Wildland Fire and Fuels**

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Implement Fuels Treatments by prescribed fire Within the WUI (JW), Reduce Fuels Mechanically within WUI (JT), Reduce Hazardous Fuels by other means within WUI (JU) | Annually | **2.11.2** Wildfire behavior in the WUI (in and around developed areas and communities) does not result in damage to property and protects public safety.<br><br>**2.11.4** Use of wildland fire and fuels reduction treatments creates vegetation conditions that reduce the threat to real property and infrastructure from wildfire.<br><br>**2.11.5** The WUI will have defensible space and dispersed patterns of fuel conditions that favorably modify wildfire behavior and reduce the rate of wildfire spread in and around at-risk communities. | **2.11.10** Annually for the next 10 years, reduce hazardous fuels on an average of 1,000 acres of TRFO lands in the WUI. | TRFO | Acres treated | NFPORS |

BLM_0034051

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Implement Fuels Treatments Outside WUI Using Prescribed fire (JM), Implement Fuels Treatment Mechanically outside of WUI (JQ), Implement Fuels Treatment by other means outside of WUI (JR), Implement Fuels Treatments by prescribed fire Within the WUI (JW), Reduce Fuels Mechanically within WUI (JT), Reduce Hazardous Fuels by other means within WUI (JU) | Annually | **2.11.6** Major vegetation types reflect little or no departure from historic range of variation of fire frequency and intensity (e.g., reflect FRCC 1). <br><br> **2.11.7** Planned and unplanned fire ignitions are used to increase resiliency and diversity across all forest and rangeland vegetation types. <br><br> **2.11.8** Fire is reintroduced in order to increase the resistance and resiliency of warm-dry mixed conifer and ponderosa pine forest types on the landscape. <br><br> **2.11.9** The occurrence of low elevation fires burning upward into spruce-fir forest will increase over time to promote the heterogeneity of spruce-fir forests. | **2.11.11** Annually for the next 10 years, complete an average of 1,000 acres of fuels reduction and resource enhancement on TRFO lands, utilizing fire managed for resource benefit. | TRFO | Acres treated | NFPORS |

BLM_0034052

**Table 4.2.8: Air Quality**

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Monitor Air Quality and Climatic Conditions (MI) | Annual | **2.12.2** Air quality for Class II Areas within the planning area are maintained or improved with respect to pollutant concentrations so that human health and the integrity of associated aquatic and terrestrial ecosystem components are protected.<br><br>**2.12.3** Activities conducted in the TRFO support natural air quality conditions at nearby Class I areas outside the planning area (such as Mesa Verde National Park).<br><br>**2.12.4** Visibility at designated scenic vistas in Class II areas is maintained or improved within the planning area (see desired conditions in Section 2.15).<br><br>**2.12.6** Management activities in the TRFO control dust in order to minimize impacts of dust-on-snow events. | **2.12.9** Over the implementation-life of the LRMP, prevent or reduce the atmospheric deposition of nitrogen and sulfur on TRFO lands and allow no more than a 10% change from the established baseline for lakes with an acid neutralizing capacity (ANC) $\geq 25$ microequivalents per liter ($\mu$eq/L) and no more than 1 $\mu$eq/L decrease in ANC for lakes with an ANC<25 $\mu$eq/L. | TRFO | Meet air quality standards, reduce atmospheric deposition of pollutants, reduce particulate pollution (dust) | CDPHE, EPA, USFS, National Park Service, oil and gas companies/ operators |

BLM_0034053

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

**Table 4.2.9: Access and Travel Management**

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Inventory Linear Recreation Resources (BY), Trail Annual Maintenance (ID), Trail Deferred Maintenance (IE), Monitor Linear Recreation Objectives (MV), Road Condition Assessment (GU), Trail Condition Assessment (GY), Bridge Condition Assessment (GX) | Annual | **2.13.1** The transportation system for TRFO lands within the planning area consists of roads, high-clearance and primitive roads, trails, and bridges that are fiscally sustainable and safe as appropriate for the designated use or desired user experience. The system allows for the use of and enjoyment by the public and meets resource management objectives. Sufficient condition surveys and inspections are conducted to promote road safety and prioritize road maintenance expenditures. <br><br>**2.13.2** The TRFO transportation system provides reasonable and legal access for resource management and recreation and is dynamic and adaptable to resource and user needs. <br><br>**2.13.5** The road and trail system in the planning area has adequate destination signage, mapping, and route markers to assist transportation system users in navigating throughout the TRFO. <br><br>**2.13.11** Motorized and non-motorized users, as well as local, state, tribal, and other federal agencies, are actively engaged in travel management planning, route designation and implementation, and route monitoring for TRFO lands. | **2.13.18** Develop maintenance, monitoring, signing, and implementation plans for TRFO routes during the comprehensive travel management planning process, utilizing guidance provided in BLM H-8342, Travel and Transportation Handbook (2012). Designated routes will be assigned maintenance intensities at that time. Objectives by maintenance intensity level are described in Appendix A of BLM Roads Manual 9113 (2011). <br><br>**2.13.26** Maintenance intensities derived from the Roads and Trails Terminology Report (2006) should be used to guide maintenance activities on TRFO lands. | TRFO planning area | Maintain a safe, fiscally sustainable transportation system | BLM road and trail inventory database, BLM staff report, partners inventory and report |

BLM_0034054

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Travel management plans completed (DA), Provide outreach through interpretation and environmental education (AL), Decommission and rehabilitate roads and trails (JX) | 10 years | **2.13.7** Motorized use on TRFO lands occurs only on designated roads and trails and in small designated open areas (except as exempted by 36 CFR 212.51 and 43 CFR 8340).  No new unauthorized or user-created routes are developed on TRFO lands. Any addition of new designated routes to the transportation system will be analyzed using the appropriate planning process and level of environmental analysis.<br><br>**2.13.8** Roads and trails identified for closure within the TRFO are decommissioned and reestablished with native vegetation cover.<br><br>**2.13.10** Travel management plans are complete for all TRFO lands within 5 years of adopting this LRMP. Travel management planning remains a continuous process designed to improve the transportation system on TRFO lands.<br><br>**2.13.12** Transportation system components on TRFO lands are designed, constructed, and maintained to avoid encroaching onto streams and/or riparian areas and wetland ecosystems in ways that impact channel fluctuation or channel geometry (the relationships between channel discharge and channel cross-sectional factors, such as area, width, and depth). Sediment delivery from the transportation system does not measurably impact pool frequency, pool habitat, and/or spawning habitats. | **2.13.19** Develop travel management plans for TRFO lands in accordance with the designation criteria in 43 CFR 8342.1. Routes not included in the designated motorized transportation system will be evaluated for their resource impact potential. Those with high potential for resource impacts will be prioritized for decommissioning as part of the implementation plan for each travel management plan decision.  Each implementation plan will identify those routes prioritized for decommissioning, the method(s) that may be used, and a schedule for completion. | TRFO planning area | The transportation system is managed to minimize impacts to resources by limiting motorized travel (excluding oversnow travel) to designated routes and decommissioning undesignated roads and trails | BLM road and trail inventory database, TRFO visitor map |

BLM_0034055

**Table 4.2.10: Heritage and Cultural Resources**

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures /Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Historic Structures Protected, Stabilized, or Restored (KO) | 5–10 years | **2.16.1** Significant heritage and cultural resources, such as sites on the NRHP, are maintained in good to excellent physical condition. Significant cultural values are protected or preserved. Sites are preserved and stabilized, may have site-specific management plans, and may be available for interpretation and research. Sites are protected from physical damage and excessive wear and tear resulting from visitor use.<br><br>**2.16.8** Select historic cabins are restored and adaptively reused for appropriate recreation and/or for interpretive use.<br><br>**3.24.5** In the Silverton area, high-priority historic resources are stabilized and preserved for future generations. | **2.16.13** Over the implementation life of the LRMP, protect/preserve/stabilize at least seven significant heritage/cultural resources with identified deferred maintenance needs that, if not addressed, would result in loss of the resource. | Specific sites-throughout TRFO and the Alpine Loop/ Silverton Area | Sites protected, stabilized, or restored | State Historic Preservation Office, Tribes, volunteers, schools, State Historical Fund, grants |
| Heritage Resources Education and Outreach (AE) | Annual | **2.16.6** Management presence at key heritage and cultural resource sites is provided to protect sensitive or heavily visited sites from inappropriate use or vandalism.<br><br>**2.16.10** Looting of sites is reduced through increased public awareness and education related to cultural resources. Vandalism at sites is promptly remedied to prevent recurrence. | **2.16.14** Annually, post protective signage and/or surveillance cameras on at least one heritage and cultural resource site at risk for vandalism. | Specific sites | Educational outreach programs; protective signs/fencing | BLM, San Juan Mountains Association |

BLM_0034056

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures /Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Heritage Resources Education and Outreach (AE) | 10–15 years | **2.16.7** Interpretive displays, visitor contacts, and/or brochures are available in order to help visitors and employees understand and appreciate the heritage and cultural resources associated with the planning area. A wide range of heritage activities, experiences, and products (both on- and off-site) are available for visitor enjoyment and education. Off-site activities include museum displays, brochures, audio programs, classroom presentations, and field trips. Public access and interpretive efforts are compatible with the physical, cultural, and recreational settings and values of the resources.<br><br>**3.24.1** Interpretation of the historic landscapes and features of the Silverton SRMA is made available through a range of effective and appropriate venues. Information is designed to enhance the touring experience and encourage the greatest extent of appreciation and protection of these precious assets. | **2.16.18** Over the life of the LRMP, develop at least one interpretive product in partnership with the Old Spanish Trail Association that interprets the Old Spanish National Historic Trail within the planning area. | Specific sites throughout TRFO and the Alpine Loop and Old Spanish Trail<br><br>Silverton Area | Educational outreach programs;<br><br>Interpretation developed | TRFO, Old Spanish Trail Association, grants; San Juan County Historical Society |
| Heritage Resources Intensively Recorded, Evaluated and Studied (FD)<br><br>Medium Priority | 10–15 years | **2.16.9** Partnerships are encouraged and expanded in order to provide identification, documentation, monitoring, protection, preservation, education, research, and interpretation. | **2.16.17** Over the life of the LRMP, partner with the Old Spanish Trail Association to ground-truth the location of at least two segments of the Old Spanish National Historic Trail. | Specific sites-Old Spanish Trail | Sites documented | TRFO, Old Spanish Trail Association, grants |
| Heritage Resources Education and Outreach (AE) | 3–5 years | **3.14.1** The Anasazi Culture Area ACEC offers appropriate recreation and interpretive opportunities while archeological resources are preserved. **3.14.5** The relevance and importance values of this ACEC, as described in Appendix U, are maintained.<br><br>**3.14.7** Recreational activities are actively managed in the designated areas, while protecting and mitigating impacts to cultural resources. | **3.14.10** Within 5 years, develop procedures to encourage, foster, and conduct high-quality scientific and scholarly research. | The Anasazi Culture Area ACEC | Educational outreach programs; Interpretation developed | TRFO, San Juan Mountains Association |

BLM_0034057

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures /Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Heritage Resources Stabilized, Managed and Protected (HF)<br><br>Heritage Resources Monitored (MY)<br><br>High Priority | Monitor annually,<br><br>5 years to avoid sites | **3.14.2** The existing character of the cultural and physical landscape is preserved.<br><br>**3.14.4** Vegetation is managed to protect and enhance cultural resources. | **3.14.8** Over the life of the LRMP, implement site steward and "adopt-a-site" programs.<br><br>**3.14.9** Within 7 years, reroute or eliminate unauthorized and designated trails to avoid impacts to archeological sites. | The Anasazi Culture Area ACEC | Sites protected and sites monitored | TRFO, San Juan Mountains Association, Southwest Conservation Corps |
| Heritage Resources Monitored (MY)<br><br>High Priority | 5 years | **3.15.5** The existing character of the cultural and physical landscape is preserved. | **3.15.9** Over the life of the LRMP, conduct phased cultural resources inventory of the area. | Mesa Verde Escarpment | Sites monitored | TRFO, colleges, universities |
| Acres of Heritage Resource Inventories (BC)<br><br>High Priority | 10 years | **3.15.2** User-made trails and other routes are rerouted or eliminated in order to avoid impacts to archeological sites. | **3.15.10** Over the next 3 years, develop procedures to encourage, foster, and conduct high-quality scientific and scholarly research. | Mesa Verde Escarpment | Acres inventoried | TRFO, colleges, universities, Crow Canyon Archaeological Center, State Historic Preservation Office, grants |
| Heritage Resources Intensively Recorded, Evaluated and Studied (FD)<br><br>High Priority | 10 years | **3.15.5** The existing character of the cultural and physical landscape is preserved.<br><br>**3.15.6** Traditional cultural heritage values associated with cultural resources and landscapes within the ACEC are considered and protected.<br><br>**3.15.7** Designated routes are limited to maintain the integrity of cultural resource values and for scientific research access.<br><br>**3.15.8** Opportunities are sought to acquire adjacent lands and/or easements to improve access and protection of cultural resources. | **3.15.3** Hazardous fuels are managed in order to protect and preserve archaeological resources, and to reduce the risk of wildfire to adjacent private lands. | Mesa Verde Escarpment | Sites documented | TRFO |

BLM_0034058

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures /Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Acres of Heritage Resource Inventories (BC), Heritage Resources Intensively Recorded, Evaluated and Studied (FD), Heritage Resources Education and Outreach (AE)<br><br>Medium Priority | 10–15 years | **3.11.6** Partnerships are encouraged and expanded in order to provide identification, documentation, monitoring, protection, preservation, education, research, and interpretation. | **2.16.19** Over the life of the LRMP, inventory high potential historic sites and trail routes along the Old Spanish Trail, develop a national trail management corridor, and establish goals and objectives for national trails in accordance with BLM Manuals 6250 (2012) and 6280 (2012). | Specific sites-Old Spanish Trail | Educational outreach programs;<br><br>Interpretation developed;<br><br>Acres inventoried;<br><br>Sites documented | TRFO, Old Spanish Trail Association, grants |

**Table 4.2.11: Paleontology**

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Acres of Heritage Resource Inventories (BC) | Annually | Ensure that paleontological resources are considered during the planning process using scientific principles and expertise in accordance with Paleontological Resources Preservation Act of 2009. | **2.17.10** Where feasible, conduct fossil resource inventories in areas where they are needed on a project basis over the life of the plan. | Planning area | Acres inventoried | TRFO, colleges, universities |
| Heritage Resources Intensively Recorded, Evaluated and Studied (FD)<br><br>Medium Priority | 10–15 years | **2.17.1** Acquiring better knowledge of paleontological resources on TRFO lands is emphasized. | **2.17.5** Over the life of the LRMP, identify and document up to five paleontological sites on TRFO lands. | Site-specific | Sites documented | TRFO, colleges, universities |
| Heritage Resources Monitored (MY)<br><br>Medium Priority | Annual | **2.17.3** Known dinosaur localities are actively managed for the relevance and importance of Jurassic fossils. | **2.17.6** At a minimum, monitor two paleontological localities per year. | Site-specific and Horse Range Mesa | Sites monitored | TRFO, colleges, universities |

BLM_0034059

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Heritage Resources Education and Outreach (AE) | 10–15 years | **2.17.2** Paleontological resources are available for appropriate scientific, educational, and recreational uses by present and future generations. | **2.17.8** Increase opportunities for outdoor recreational experiences and volunteer projects focused on fossil resource management, and increase the number of partnerships with educational and research institutions. | Planning area | Public outreach | TRFO, colleges, universities |

**Table 4.2.12: Minerals and Energy**

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Inspect and Verify Production at Mineral Material Sites (NF) | Monthly to Annual – size dependent | **2.19.2** Mineral materials (including gravel and decorative stone) are available to support resource management needs, personal and hobby use, and commercial pursuits. Aggregate materials in the Ewing Mesa and Grandview area will continue to be developed as needed.<br><br>**2.19.4** Reclamation of mineral exploration, development, and production activities is stable, long term, and implemented as soon as is reasonably possible in order to minimize impacts to other resources. | **2.19.8** Process requests for mineral materials in a timely manner consistent with LRMP direction and applicable laws. Identify areas suitable for, and establish common use area(s) and/or community pits to provide sources of mineral materials to the public. | Site | Production | |
| Inspect Locatable Mineral Sites for Surface Mgt (NI) | Monthly to Annual | **2.19.5** Reclamation of mineral exploration, development, and production activities is stable, long-term, and implemented as soon as is reasonably possible in order to minimize impacts to other resources. | None | Site | Sites | |

BLM_0034060

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Conduct Fluid Mineral Inspections, Including Production and Environmental | As required | Potential social and resource impacts from the development of the Paradox Basin play area are minimized by phasing oil and gas leasing to achieve orderly economic development of portions of the play zones at any given time.<br><br>**2.19.5** All oil and gas well fields starting at the field development stage and all other established well fields where practicable maximize the collocation of facilities to minimize construction footprints and reduce tailpipe emissions. | | Sites | Sites/wells ancillary facilities | |

**Table 4.2.13: Abandoned Mine Lands**

| Program Element | Frequency of Reporting | Desired Condition | Objectives | Scale | Performance Measures/ Indicators | Sources and/or Partners |
|---|---|---|---|---|---|---|
| Integrity and Effectiveness of Installed AML Facilities (JK,HP) | Annual | **2.21.3** Mine waste repositories are protected and physical safety closures are protected or replaced during any BLM-authorized action. | | Project | Sites | Colorado Division of Reclamation Mining and Safety, TRFO |
| Stream Water Quality in AML Impacted Watersheds (JK) | Annual | **2.21.1** Abandoned mine reclamation within the planning area does not negatively impact water quality or historic resource protection. | **2.21.6** The AML program coordinates with affected parties, partners, and stakeholder groups on AML projects. | Watershed | Samples | EPA, Animas River Stakeholders Group and other watershed groups, Riverwatch |

BLM_0034061

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

# CHAPTER 5 – LITERATURE CITED

Animas River Stakeholders Group (ARSG). 2001. Use-Attainability Analysis of the Upper Animas Watershed. Presented to Colorado Water Quality Control Commission for the adoption of stream standards. Durango, Colorado: Animas River Stakeholders Group.

Bureau of Land Management (BLM). 1985. *San Juan/San Miguel Resource Management Plan*. Durango, Colorado: U.S. Department of the Interior, Bureau of Land Management, San Juan Field Office.

———. 1986a. Dolores River OHV designation (CO-030-8601).

———. 1986b. *Wild Horse Herd Management Area Plan* (HMAP). Rev. 1994. Durango, Colorado: San Juan Public Lands Center.

———. 1990. *Dolores River Corridor Management Plan*. Dolores, Colorado: U.S. Department of the Interior, Bureau of Land Management.

———. 1991a. *Colorado Oil and Gas Leasing and Development Final Environmental Impact Statement and Amendment to the San Juan/San Miguel Resource Management Plan.* Durango, Colorado: U.S. Department of the Interior, Bureau of Land Management, Montrose District.

———.1991b. *Vegetation Treatment on BLM Lands in the 13 Western States*. Reno, Nevada: U.S. Department of the Interior, Bureau of Land Management.

———.1994a. *Spring Creek Basin Wild Horse Herd Management Area Plan*. San Juan Resource Area. Durango, Colorado: U.S. Department of the Interior, Bureau of Land Management, Montrose District.

———. 1994b. Alpine Triangle Cultural Resources Management Plan. Durango, Colorado.

———. 1996. BLM Partners Against Weeds: Final Action Plan for the Bureau of Land Management. Billings, Montana: U.S. Department of the Interior, Bureau of Land Management.

———. 1997. *Colorado Public Land Health Standards and Guidelines*. Lakewood, Colorado: Colorado State Office.

———. 1998. *BLM Colorado Handbook of Guidelines and Procedures for Identification, Evaluation, and Mitigation of Cultural Resources*. Rev. 2007. Lakewood, Colorado: U.S. Department of the Interior, Bureau of Land Management.

———. 2000. BLM IM No. CO-2000, Animal Damage Control Activities.

———. 2004. Wildland-Urban Interface Hazardous Fuels Reduction Programmatic Environmental Assessment (CO-SJPLC-03-044 EA). Durango, Colorado: U.S. Department of the Interior, Bureau of Land Management.

———. 2005. Wild Horse Appropriate Management Level in the Spring Creek Basin HMA (EA #CO-800-2005-027). Durango, Colorado: San Juan Public Lands Center.

BLM_0034062

———. 2006a. IM WO 2006-073: Weed-Free Seed Use on Lands Administered by the BLM.

———. 2006b. *Roads and Trails Terminology*. Technical Note 422. BLM/WO/ST-06/006+9113. Denver: U.S. Department of the Interior, Bureau of Land Management.

———. 2007a. *BLM Vegetation Treatments Using Herbicides Final Programmatic EIS Record of Decision.* Washington, D.C.: U.S. Department of the Interior, Bureau of Land Management.

———. 2007b. *Final Programmatic Environmental Impact Statement on Wind Energy Development on BLM-Administered Lands in the Western United States*. Available at: http://www.blm.gov/style/medialib/blm/wo/Information_Resources_Management/policy/im_attach ments/2009.Par.34083.File.dat/IM2009-043_att1.pdf. Accessed July 18, 2013.

———. 2007c. BLM IM 2007-097, Solar Energy Development Policy.

———. 2008. BLM Manual 6840, Special Status Species Management (as revised, December 2008).

———. 2009. BLM IM 2009-043, Wind Energy Development Policy.

———. 2009. *Approved Resource Management Plan Amendments/Record of Decision for Designation of Energy Corridors on Bureau of Land Management-Administered Lands in the 11 Western States*. Available at: http://corridoreis.anl.gov/documents/docs/Energy_Corridors_final_signed_ROD_1_14_2009.pdf. Accessed July 18, 2013.

———. 2010a. *BLM Guidelines for a Quality Built Environment*. Washington, D.C.: U.S. Department of the Interior, Bureau of Land Management.

———. 2010b. Instruction Memorandum No. 2010-117, Oil and Gas Leasing Reform – Land Use Planning and Lease Parcel Reviews. Washington, D.C.: U.S. Department of the Interior, Bureau of Land Management.

———. 2010c. *Alpine Triangle Recreation Area Management Plan*. Bayfield, Colorado: U.S. Department of the Interior, Bureau of Land Management.

———. 2010d. Canyons of the Ancients National Monument Record of Decision and Resource Management Plan. Dolores, Colorado: U.S. Department of the Interior, Bureau of Land Management, Canyon of the Ancients National Monument. Available at: http://www.blm.gov/pgdata/etc/medialib/blm/co/programs/land_use_planning/rmp/canm/document s/final_rmp_and_rod.Par.99533.File.dat/CANM_ROD_PLAN_with_signature_pages_scanned.pdf . Accessed July 18, 2013.

———. 2011a. BLM IM CO-2011-07 Migratory Bird Treaty Act – Interim Management Guidance (expires September 30, 2012).

———. 2011b. *Sage-grouse National Technical Team. A Report on National Greater Sage-Grouse, Conservation Measures*. December 21. Washington, D.C.: U.S. Department of the Interior, Bureau of Land Management.

———. 2011c. *Integrated Weed Management Plan* (CO-800-2008-075 EA). Durango, Colorado: San Juan Public Lands Center.

BLM_0034063



Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

———. 2011d. BLM Manual MS-9113 – *Roads Manual*. Rel. 9-390. Washington, D.C.: U.S. Department of the Interior, Bureau of Land Management.

———. 2011e. BLM Handbook H-9113-1 – *Road Design Handbook*. Washington, D.C.: U.S. Department of the Interior, Bureau of Land Management.

———. 2011f. BLM Handbook H-9113-2 – *Roads National Inventory and Condition Assessment Guidance & Instructions Handbook*. Rel. 9-389. Washington, D.C.: U.S. Department of the Interior, Bureau of Land Management.

———. 2011g. BLM Manual MS-1626 – *Travel and Transportation Manual*. Rel. 1-1731. Washington, D.C.: U.S. Department of the Interior, Bureau of Land Management.

———. 2011h. BLM IM 2011-154. *Requirement to Conduct and Maintain Inventory Information for Wilderness Characteristics and to Consider Lands with Wilderness Characteristics in Land Use Plans*. Washington, D.C.: U.S. Department of the Interior, Bureau of Land Management.

———. 2011i. *Environmental Analysis for Fertility Control Program* (DOI-BLM-CO-SO10-2011-0062).

———. 2012a. *Assessment, Inventory, and Monitoring (AIM) Strategy Fire and Fuels.* Washington, D.C.: U.S. Department of the Interior, Bureau of Land Management.

———. 2012b. BLM Handbook H-8342. *Travel and Transportation Handbook (Public).* Rel. 8-82. Washington, D.C.: U.S. Department of the Interior, Bureau of Land Management.

———. 2012c. BLM Manual 6250. *National Scenic and Historic Trail Administration*.

———. 2012d. BLM Manual 6280. *Management of National Scenic and Historic Trails and Trails Under Study or Recommended as Suitable for Congressional Designation*.

———. 2012e. BLM Handbook H-8270-1. *General Procedural Guidance for Paleontological Resources Management*.

———. 2012f. BLM Manual 6330. *Management of Wilderness Study Areas (Public)*.

———. 2013. BLM Colorado Tres Rios Field Office.  Available at: http://www.blm.gov/co/st/en/fo/sjplc.html.  Accessed July 18, 2013.

Bureau of Land Management (BLM) and Advisory Council on Historic Preservation. 1997. Programmatic Agreement among the BLM, the Advisory Council on Historic Preservation, and the National Conference of State Historic Preservation Officers regarding the manner in which BLM will meet its responsibilities under the National Historic Preservation Act.

Bureau of Land Management (BLM) and Animal Plant Health Inspection Services (APHIS) Wildlife Service. 1995. Master Memorandum of Understanding (MOU) between the BLM and APHIS Wildlife Service.

Bureau of Land Management (BLM) and City of Durango. 2000. *Coordinated Resource Management Plan.*

Bureau of Land Management (BLM) and Coevolution Institute. 2007. BLM and the Coevolution Institute Memorandum of Understanding (MOU) WO-230-2007-005.

BLM_0034064

Bureau of Land Management (BLM), State of Colorado, U.S. Forest Service (USFS), Colorado State Historic Preservation Office (SHPO) and Advisory Council on Historic Preservation (ACHP). 1998. Programmatic Agreement among the BLM, the State of Colorado, the USFS, the Colorado SHPO, and the ACHP regarding the Management of Wildland Fire for Resource Benefits (Agreement No. 1102-002-98-038).

Bureau of Land Management and U.S. Department of Energy (BLM and DOE). 2012. *Solar Energy Development Programmatic Environmental Impact Statement.*

Bureau of Land Management (BLM), U.S. Fish and Wildlife Service (USFWS), and Colorado Parks and Wildlife (CPW). 2003. *Perins Peak Wildlife Habitat Management Plan* (HMP, CO-03 WHA-T1). Durango, Colorado: U.S. Department of the Interior, Bureau of Land Management.

Bureau of Land Management and U.S. Forest Service (BLM and USFS). 2006. *Final Environmental Impact Statement – Northern San Juan Basin Coal Bed Methane Project*. Durango, Colorado: U.S. Department of the Interior, Bureau of Land Management, San Juan Field Office, and U.S. Department of Agriculture, Forest Service, San Juan National Forest.

———. 2008. *Programmatic Environmental Impact Statement and Record of Decision for Geothermal Resource Leasing in the Western U.S.* Washington, D.C.

———. 2010. *Oil and Gas Potential and Reasonable Foreseeable Development Scenarios in the San Juan National Forest and BLM Public Lands, Colorado*. Cortez, Colorado.

Colorado Department of Natural Resources. 2005. *Report on the Health of Colorado's Forests 2004 – Special Issue: Ponderosa Pine Forests*. Denver: Colorado Department of Natural Resources, Division of Forestry.

Colorado Department of Natural Resources, Colorado Water Conservation Board, and Bureau of Land Management (BLM). 2005. Memorandum of Understanding between the Colorado Department of Natural Resources, the Colorado Water Conservation Board, and the BLM regarding the management of water and water uses on BLM lands in Colorado. Available at: http://ocs.fortlewis.edu/forestplan/roundtable/DNR-BLM_MOU.pdf. Accessed July 18, 2013.

Colorado Department of Natural Resources and U.S. Forest Service (USFS). 2004. Memorandum of Understanding between the Colorado Department of Natural Resources and the U.S. Department of Agriculture, Forest Service. Available at: http://cwcb.state.co.us/legal/Documents/GovtAgreements/MOUUSFSApr2004.pdf. Accessed July 18, 2013.

Colorado Department of Public Health and Environment (CDPHE). 2012. Colorado's Section 303(D) List of Impaired Waters and Monitoring and Evaluation List. 5 CRR 1002-93 Regulation #93, Adopted March 30, 2012.

Colorado Department of Natural Resources, Colorado Parks and Wildlife (CPW), Bureau of Land Management (BLM), U.S. Forest Service (USFS), Contractors State License Board (CSLB), and Animal Plant Health Inspection Services (APHIS) Wildlife Service. 1999. Colorado State-level Memorandum of Understanding between the Colorado Division of Natural Resources, the CPW, the BLM, the USFS, the CSLB, and the APHIS Wildlife Service.

Colorado Division of Wildlife. 2006. *Colorado's Comprehensive Wildlife Conservation Strategy and Wildlife Action Plans*. Denver, Colorado: Colorado Division of Wildlife.

BLM_0034065

Colorado Parks and Wildlife and Bureau of Land Management (CPW and BLM). 1989. *Desert Bighorn Sheep Management Plan*. Denver, Colorado.

Colorado Parks and Wildlife. 2001a. Hermosa Deer Management Plan: Data Analysis Unit D-52.

———. 2001b. San Juan Deer Management Plan: Data Analysis Unit D-30.

———. 2008. Recommended buffer zones and seasonal restrictions for Colorado raptors. Unpublished report. Available at: http://wildlife.state.co.us/SiteCollectionDocuments/DOW/WildlifeSpecies/LivingWithWildlife/RaptorBufferGuidelines2008.pdf. Accessed July 18, 2013.

Colorado Partners in Flight. 2000. *Colorado Land Bird Conservation Plan*. Estes Park, Colorado: Colorado Partners in Flight.

Colorado River Cutthroat Trout Task Force. 2001. *Conservation Agreement and Strategy for Colorado River Cutthroat Trout (*Oncorhynchus clarki pleuriticus*) in the States of Colorado, Utah, and Wyoming*. Fort Collins, Colorado: Colorado Division of Wildlife.

Cooper, D.J., R.A. Andrus, and C.D. Arp. 2002. *Sphagnum balticum* in a Southern Rocky Mountains iron fen. *Madrono* 49:186–188.

Duffy, D.C., K. Boggs, R.H. Hagenstein, R.Y. Lipkin, and J.A. Michaelson. 1999. Landscape assessment of the degree of protection of Alaska's terrestrial biodiversity. *Conservation Biology* 13:1332–1343.

Durkin, P., M. Bradley, S.E. Carr, E. Muldavin, and P. Mehlhop. 1995. *Riparian/Wetland Vegetation Communities of the Rio Grande: A Classification and Site Evaluation*. Report submitted to the New Mexico Environment Department, Surface Water Quality Bureau. Albuquerque: New Mexico Natural Heritage Program, University of New Mexico.

Edison Electric Institute and Avian Power Line Interaction Committee (APLIC). 2012. *Reducing Avian Collisions with Power Lines: The State of the Art in 2012*. Washington, D.C.: Edison Electric Institute and APLIC.

Ellison, L.E., M.B. Wunder, C.A. Jones, C. Mosch, K.W. Navo, K. Peckham, J.E. Burghardt, J. Annear, R. West, J. Siemers, R.A. Adams, and E. Brekke. 2003. *Colorado Bat Conservation Plan*. Colorado Committee of the Western Bat Working Group. Available at: http://www.cnhp.colostate.edu/teams/zoology/cbwg/pdfs/ColoradoBatConservationPlanFebruary2004.pdf. Accessed July 18, 2013.

Federal Land Managers' Air Quality Related Values Work Group (FLAG). 2010. *Federal Land Managers' Air Quality Related Values Work Group (FLAG) Phase I Report – Revised* (2010). Natural Resources Report NPS/NRPC/NRR – 2010/232. Denver: National Park Service

Fitzgerald, J.P., C.A. Meaney and D.M. Armstrong. 1994. *Mammals of Colorado*. Denver: Denver Museum of Natural History; Niwot, Colorado: University of Colorado Press.

Friends of the San Juan Skyway Association. 1995. *San Juan Skyway Corridor Management Plan*. Durango, Colorado: Friends of the San Juan Skyway Association.

BLM_0034066

George, J.L., R. Kahn, M.W. Miller, and B. Watkins. 2009. *Colorado Bighorn Sheep Management Plan 2009-2019*. Special Report No. 81. Colorado Division of Wildlife, Terrestrial Resources. Available at: http://wildlife.state.co.us/SiteCollectionDocuments/DOW/WildlifeSpecies/Mammals/ColoradoBighornSheepManagementPlan2009-2019.pdf. Accessed July 18, 2013.

Graeter, G.J., K. Buhlmann, I. Wilkinson, and J. Gibbons. 2013. *Inventory and Monitoring: Recommended Techniques for Reptiles and Amphibians*. Partners in Amphibian and Reptile Conservation Technical Publication IM-1. Birmingham, Alabama: Partners in Amphibian and Reptile Conservation.

Grissino-Mayer, H.D., W.H. Romme, M.L. Floyd, and D.D. Hanna. 2004. Climatic and human influences on fire regimes of the southern San Juan Mountains, Colorado, USA. *Ecology* 85:1708–1724.

Gruver, J.C., and D.A. Keinath. 2006. Townsend's Big-eared Bat (*Corynorhinus townsendii*): A Technical Conservation Assessment. U.S. Department of Agriculture, Forest Service, Rocky Mountain Region. Available at: http://www.fs.fed.us/r2/projects/scp/assessments/townsendsbigearedbat.pdf. Accessed July 20, 2013.

Gunnison Sage-grouse Rangewide Steering Committee. 2005. *Gunnison Sage-Grouse Rangewide Conservation Plan*. Denver: Colorado Division of Wildlife.

Hammerson, G.A. 1999. *Amphibians and Reptiles in Colorado*. 2nd ed. Denver: Colorado Division of Wildlife; and Niwot, Colorado: University Press of Colorado.

Hayward, G.D., and J. Verner (eds.). 1994. *Flammulated, Boreal, and Great Gray Owls in the United States: A Technical Conservation Assessment*. General Technical Report RM-253. Fort Collins, Colorado: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station.

Hink, V.C., and R.D. Ohmart. 1984. *Middle Rio Grande Biological Survey. Final Report*. Army Corps of Engineers Contract No. DACW47-81-C-0015. Tempe, Arizona: Arizona State University Center for Environmental Studies.

Hoover, R.L., and D.L. Wills (eds.) 1984. *Managing Forested Lands for Wildlife*. Denver: Colorado Division of Wildlife and U.S. Department of Agriculture Forest Service.

Howe, W.H., and F.L. Knopf. 1991. On the imminent decline of the Rio Grande cottonwoods in central New Mexico. *Southwestern Naturalist* 36:218–224.

Hunter, M.L., G.L. Jacobson, and T. Webb. 1988. Paleoecology and the coarse-filter approach to maintaining biological diversity. *Conservation Biology* 2.4:375–385.

International Union for Conservation of Nature (IUCN). 1994. Guidelines for Protected Area Management Categories. Gland and Cambridge: International Union for Conservation of Nature.

Kaufmann, M.R., R.T. Graham, D.A. Boyce, W.H. Moir, L. Perry, R.T. Reynolds, R.L. Bassett, P. Mehlhop, C.B. Edminster, W.M. Block, and P.S. Corn. 1994. *An Ecological Basis for Ecosystem Management*. General Technical Report RM-246. U.S. Fort Collins, Colorado: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station.

BLM_0034067

Keinath, D.A. 2004. *Fringed Myotis (*Myotis thysanodes*): A Technical Conservation Assessment*. U.S. Department of Agriculture, Forest Service, Rocky Mountain Region. Available at: http://www.fs.fed.us/r2/projects/scp/assessments/fringedmyotis.pdf. Accessed July 18, 2013.

Keith, J.O. 2003. *Abert's Squirrel (*Sciurus aberti*): A Technical Conservation Assessment*. U.S. Department of Agriculture, Forest Service, Rocky Mountain Region. Available at: http://www.fs.fed.us/r2/projects/scp/assessments/abertsquirrel.pdf. Accessed July 18, 2013.

Kingery, H.E. (ed.). 1998. *Colorado Breeding Bird Atlas*. Denver: Colorado Bird Atlas Partnership and Colorado Division of Wildlife.

Kulakowski, D., and T.T. Veblen. 2006. The effect of fires on susceptibility of subalpine forests to a 19th century spruce beetle outbreak in western Colorado. *Canadian Journal of Forest Research* 36(11):2974–2982.

Landres, P.B., P. Morgan, and F.J. Swanson. 1999. Overview of the natural variability concepts in managing ecological systems. *Ecological Applications* 9:1179–1188.

Liyo, L.J. 2004. Fungus Contamination Prevention Guidelines. In *Procedures for Monitoring and Surveying Boreal Toad Populations.* Presentation from Colorado Division of Wildlife.  Available at: http://wildlife.state.co.us/Research/Aquatic/BorealToad/Pages/BorealSurveying.aspx. Accessed July 20, 2013.

Mesa Verde County. 2001. Trail of the Ancients Corridor Management Plan. Cortez, Colorado: Mesa Verde County.

Moir, W.H., B. Geils, M.A. Benoit, and D. Scurlock. 1997. Ecology of Southwestern ponderosa pine forests. In *Songbird Ecology in Southwestern Ponderosa Pine Forests: A Literature Review*, edited by W.M. Block and D.M. Finch. USFS General Technical Report RM-GTR-92. Fort Collins, Colorado: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station.

*Kushlan, J.A., M.J. Steinkamp, K.C. Parsons, J. Capp, M.A. Cruz, M. Coulter, I. Davidson, L. Dickson, N. Edelson, R. Elliot, R.M. Erwin, S. Hatch, S. Kress, R. Milko, S. Miller, K. Mills, R. Paul, R. Phillips, J.E. Saliva, B. Sydeman, J. Trapp, J. Wheeler, and K. Wohl. 2002. Waterbird Conservation for the Americas: The North American Waterbird Conservation Plan, Version 1. Washington, D.C.: Waterbird Conservation for the Americas.*

Moore, M.M., W.W. Covington, and P.Z. Fule. 1999. Reference conditions and ecological restoration: A southwestern ponderosa pine perspective. *Ecological Applications* 9:1266–1277.

National Park Service. 2001. *Old Spanish trail National Historic Trail Feasibility Study and Environmental Assessment*. Washington, D.C: National Park Service.

Nature Conservancy (TNC). 1982. Natural Heritage Program Operations Manual. Unpublished. Arlington, Virginia: The Nature Conservancy.

NatureServe. 2013. NatureServe Conservation Status. Arlington, Virginia: NatureServe. Available at: http://www.natureserve.org/explorer/ranking.htm.  Accessed July 17, 2013.

Neubert, J.T. 1992. Mineral Appraisal of San Juan National Forest, Colorado:  U.S. Bureau of Mines Mineral Land Assessment. Dolores, Colorado: U.S. Bureau of Mines.

BLM_0034068

Norton, D.A. 1999. Forest Reserves. In *Managing Biodiversity in Forest Ecosystems*, edited by M. Hunter, III, pp. 525–555. Cambridge, England: Cambridge University Press.

Noss, R.F. 1987. Protecting natural areas in fragmented landscapes. *Natural Areas Journal* 7:2–13.

———. 1991. Landscape connectivity: Different functions and different scales. In *Landscape Linkages and Biodiversity*, edited by W.E. Hudson, pp.27–39. Washington, D.C.: Island Press.

Noss, R.F., and A.Y. Cooperrider. 1994. *Saving Nature's Legacy: Protecting and Restoring Biodiversity.* Washington, D.C.: Island Press.

Noss, R.F., and R.L. Peters. 1995. *Endangered Ecosystems: A Status Report on America's Vanishing Habitat and Wildlife.* Washington, D.C.: Defenders of Wildlife.

Oliver, A., M. Kram, P. Lyons, S. Neid, R. Rondeau, T. Schulz, C. Pague, and K. Sochi. 2008. San Juan Forest Biodiversity Monitoring Framework Project. Prepared by The Nature Conservancy of Colorado.

Prichard, D. 1998. *A User Guide to Assessing Proper Functioning Condition and Supporting Science for Lotic Areas.* BLM Technical Reference 1737-15. Denver: Bureau of Land Management, National Applied Resource Sciences Center.

Redders, J.S. 2012. Vegetation of the San Juan Public Lands. Working White Paper, August 15, 2001, updated December 7, 2012.

Reed, P.B., Jr. 1988. *National List of Plant Species that Occur In Wetlands: 1988 National Summary.* U.S. Fish and Wildlife Service Biological Report 88(24). Washington, D.C.: U.S. Fish and Wildlife Service, Region 8.

Reynolds, R.T, M. Graham, H. Rieser, R.L. Bassett, P.L. Kennedy, D.A. Boyce, Jr., G. Goodwin, R. Smith, and E.L. Fisher. 1992. *Management Recommendations for the Northern Goshawk in the Southwestern United States.* General Technical Report RM-217. Fort Collins, Colorado: U.S. Department of Agriculture, Forest Service.

Rich, T.D., C.J. Beardmore, H. Berlanga, P.J. Blancher, M.S.W. Bradstreet, G.S. Butcher, D.W. Demarest, E.H. Dunn, W.C. Hunter, E.E. Iñigo-Elias, J.A. Kennedy, A.M. Martell, A.O. Panjabi, D.N. Pashley, K.V. Rosenberg, C.M. Rustay, J.S. Wendt, and T.C. Will. 2004. *Partners in Flight North American Landbird Conservation Plan.* Ithaca, New York: Cornell Lab of Ornithology.

Richards, R.T., J.C. Chambers, and C. Ross. 1998. Use of native plants on federal lands: policy and practice. *Journal of Range Management* 51:625–632.

Rocky Mountain Region. 2010. *Field Guide to Diseases and Insects of the Rocky Mountain Region.* General Technical Report RMRS-GTR-241. Lakewood, Colorado: U.S. Department of Agriculture, Forest Service, Rocky Mountain Region.

———. 2012. The 2012 Aerial Detection Survey Summary for the Rocky Mountain Region (R2) of the US Forest Service [updated 12/20/2012]. Lakewood, Colorado: U.S. Department of Agriculture, Forest Service.

Romin, L.A., and J.A. Muck. 2002. *Utah Field Office Guidelines for Raptor Protection from Human and Land-use Disturbances.* Salt Lake City: U.S. Fish and Wildlife Service, Utah Field Office.

BLM_0034069

Romme, W.H., M.L. Floyd, and D. Hanna. 2009. *Historical Range of Variability and Current Landscape Condition Analysis: South Central Highlands Section, Southwestern Colorado and Northwestern New Mexico.* Fort Collins, Colorado: Colorado Forest Restoration Institute.

Ruediger, B., J. Claar, S. Gniadek, B. Holt, L. Lewis, S. Mighton, B. Naney, G. Patton, T. Rinaldi, J. Trick, A. Vandehey, F. Wahl, N. Warren, D. Wenger, and A. Williamson. 2000. *Canada Lynx Conservation Assessment and Strategy.* Forest Service Publication R1-00-53. Missoula, Montana: U.S. Forest Service, U.S. Fish and Wildlife Service, Bureau of Land Management, and National Park Service.

San Juan Public Lands Center. 2004. *Accelerated Watershed/Vegetation Restoration Plan.* Durango, Colorado: San Juan Public Lands Center.

Schmid, J.M., and S.A. Mata. 1996. *Natural Variability of Specific Forest Insect Populations and their Associated Effects in Colorado.* General Technical Report RM-GTR-275. Washington, D.C.: U.S. Department of Agriculture, Forest Service.

Schommer, T., and M. Woolever. 2001. *A Process for Finding Management Solutions to the Incompatibility Between Domestic and Bighorn Sheep.* U.S. Department of Agriculture, Forest Service. Available at: http://www.fs.fed.us/biology/resources/pubs/wildlife/bighorn_domestic_sheep_final_080601.pdf. Accessed January 5, 2012.

Schumacher, B. 2011. *Fossil Yield Potential Classification for San Juan National Forest.* Document on file at the San Juan Public Lands Center, Durango, Colorado.

Scott, J.M., F. Davis, B. Csuti, R. Noss, B. Butterfield, C. Groves, H. Anderson, S. Caicco, F. Derchia, T.C. Edwards, J. Ulliman, and R.G. Wright. 1993. Gap analysis – a geographic approach to protection of biological diversity. *Wildlife Monographs* 1–41.

Seymore, R.S., and M.L.J. Hunter. 1999. *Maintaining Biodiversity in Forested Ecosystems: Part 1 - Principles of Ecological Forestry,* pp. 22–61. Cambridge, England: Cambridge University Press.

Siegel, R.S., and J.H. Brock. 1990. Germination requirements of key southwestern woody riparian species. *Desert Plants* 10(1):3–8, 34.

Southern Rockies Ecosystem Project. 2006. *Linking Colorado's Landscapes Phase II Reports: U.S. Highway 160, Wolf Creek Pass; U.S. Highway 160, Durango to Pagosa; U.S. Highway 160, Mancos to Durango; U.S. Highway 550, Animas Valley.* Denver: Southern Rockies Ecosystem Project.

State of Colorado, Bureau of Land Management (BLM), and Colorado State Historic Preservation Office (SHPO). 1998. State Protocol Agreement between the Colorado State Director of the BLM and the Colorado State Historic Preservation Officer regarding the manner in which BLM will meet its responsibilities under the National Historic Preservation Act and the National Programmatic Agreement among BLM, the Advisory Council on Historic Preservation, and the National Conference of State Historic Preservation Officers.

Swetnam, T.W., C.D. Allen, and J. Betancourt. 1999. Applied historical ecology: using the past to manage for the future. *Ecological Applications* 9(4):1189–1206.

BLM_0034070

Tennant, D.L. 1972. A method for determining instream flow requirements for fish, wildlife and aquatic environment. In *Proceedings of the Instream Flow Requirement Workshop*. Portland, Oregon: Pacific Northwest River Basins Commission.

U.S. Department of Agriculture and U.S. Department of the Interior (USDA and USDI). 1995. *Federal Wildland Fire Management Policy*. December 12, 1995, updated 2001.

———. 2001a. National Fire Plan. A report to the President in response to the wildfires of 2000. Washington, D.C: U.S. Department of Agriculture and U.S. Department of the Interior.

———. 2001b. A Collaborative Approach for Reducing Wildland Fire Risks to Communities and the Environment 10-Year Comprehensive Strategy. Washington, D.C: U.S. Department of Agriculture and U.S. Department of the Interior.

———. 2002. A Collaborative Approach for Reducing Wildland Fire Risks to Communities and the Environment 10-Year Comprehensive Strategy Implementation Plan. Washington, D.C: U.S. Department of Agriculture and U.S. Department of the Interior.

———. 2005. Wildland Fire Use Implementation Procedures Reference Guide.  Washington, D.C: U.S. Department of Agriculture and U.S. Department of the Interior.

U.S. Department of Agriculture (USDA), U.S. Department of Interior (USDI), U.S. Department of Energy (DOE), and Council on Environmental Quality (CEQ). 2005. *Report to Congress: Corridors and Rights-of-Way on Federal Lands*. Washington, D.C..

U.S. Department of the Interior and U.S. Department of Agriculture (USDI and USDA). 2007. Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development. Denver, Colorado: U.S. Department of the Interior and U.S. Department of Agriculture.

———. 2008. *Interagency Prescribed Fire Planning and Implementation Procedures Reference Guide*. Washington, D.C: U.S. Department of the Interior and U.S. Department of Agriculture. Available at: http://www.nwcg.gov/pms/RxFire/rxfireguide.pdf. Accessed July 18, 2013.

———. 2009. *Guidance for Implementation of Federal Wildland Fire Management Policy*. Washington, D.C: U.S. Department of the Interior and U.S. Department of Agriculture. Available at: http://www.nifc.gov/policies/policies_documents/GIFWFMP.pdf. Accessed July 18, 2013.

U.S. Department of Energy and Bureau of Land Management (DOE and BLM). 2008. *Final Programmatic Environmental Impact Statement (PEIS), Designation of Energy Corridors on Federal Land in the 11 Western States* (DOE/EIS-0386). Washington, D.C: U.S. Department of Energy and Bureau of Land Management.

U.S. Department of Energy and National Renewable Energy Laboratory (DOE and NREL). 2013. Colorado 50-Meter Wind Map. Available at: http://www.windpoweringamerica.gov/maps_template.asp?stateab=co.  Accessed July 18, 2013.

U.S. Department of the Interior (USDI). 1995. *U.S. Department of the Interior Solid Waste and Hazardous Materials Management Compliance Handbook*. Washington, D.C: U.S. Department of the Interior.

———. 1997. Departmental Manual Part 411, Museum Property Management.

BLM_0034071

U.S. Environmental Protection Agency (EPA). 1998. Interim Air Quality Policy on Wildlands and Prescribed Fires. Available at: http://www.epa.gov/ttn/oarpg/t1/memoranda/firefnl.pdf. Accessed July 18, 2013.

———. 2013. National Ambient Air Quality Standards. Available at: http://epa.gov/air/criteria.html. Accessed June 12, 2013.

U.S. Fish and Wildlife Service (USFWS). 1984. *User's Guide to the Physical Habitat Simulation System*. Instream Flow Information Paper 11.

———. 1990a. *Bonytail Chub Revised Recovery Plan*.

———. 1990b. *Humpback Chub Recovery Plan*.

———. 1991. *Colorado Squawfish Recovery Plan*.

———. 1993. *Section 7 Agreement and Recovery Implementation Program Action Plan*.

———. 1994. *Uncompahgre Fritillary Butterfly Recovery Plan*. Denver: U.S. Fish and Wildlife Service.

———. 1995. *Recovery Implementation Program for Endangered Fish Species in the Upper Colorado River Basin*.

———. 1998a. *Greenback Cutthroat Trout Recovery Plan*. Denver: U.S. Fish and Wildlife Service.

———. 1998b. *Razorback Sucker Recovery Plan*.

———. 2001a. *U.S. Shorebird Conservation Plan* (2nd ed.).

———. 2001b. *Boreal Toad Conservation Plan and Agreement*.

———. 2002a. *Southwestern Willow Flycatcher Recovery Plan*. Albuquerque: U.S. Fish and Wildlife Service.

———. 2002b. USFWS *Birds of Conservation Concern*.

———. 2003. *San Juan Basin Recovery Implementation Program*.

———. 2004. *Final Designation of Critical Habitat for the Mexican Spotted Owl: Final Rule*.

———. 2012a. *Mexican Spotted Owl Recovery Plan*.

———. 2012b. October 23, 2012, letter regarding guidance on Section 7 consultation procedures for the southwestern willow flycatcher, USFWS concurrence to the SJNF, December 12, 2012.

———. 2012c. Southwestern willow flycatcher guidance letter from USFWS to Tres Rios Field Office. Available at the Dolores Public Lands Office, Dolores, Colorado.

———. 2013a (updated annually). Annual Uncompahgre fritillary butterfly monitoring and inventory field report and status updates. Unpublished reports, available at USFWS Western Colorado Field Office,  Grand Junction, Colorado.

———. 2013b. *USFWS National Survey of Fishing, Hunting, and Wildlife-Associated Recreation*.

BLM_0034072

U.S. Forest Service (USFS). 1979. Calico Trail Establishment Report. Available at Dolores Public Lands Office, Dolores, Colorado.

———. 1981. *Draft Old Spanish Trail Corridor Management Plan.*

———. 1983. *San Juan National Forest Land and Resource Management Plan.* as amended. Durango, Colorado: U.S. Department of Agriculture, Forest Service.

———. 1990. FSM 2760. Withdrawals Manual.

———. 1991. *Weminuche Wilderness Monitoring Plan for Air Quality Related Values.*

———. 1992a. *Land and Resource Management Plan for the San Juan National Forest.* Durango: U.S. Department of Agriculture, Forest Service, San Juan National Forest.

———. 1992b. Letter of August 27 from USFS Region 2 Regional Forester to Forest Supervisors, Subject: Regional Old Growth Descriptions.

———. 1992c. San Juan National Forest Plan Amendment #15, and associated Decision Notice for Animal Damage Control.

———. 1994. FSM 2160. *Hazardous Materials Management Manual.*

———. 1996a. *Rangeland Analysis and Management Training Guide* (Rocky Mountain Region).

———. 1996b. Management and Control of Noxious Plants on the San Juan/Rio Grande National Forests, Decision Notice and Finding of No Significant Impact.

———. 1996c. Probable Fossil Yield Classification (PFYC). U.S. Forest Service Paleontology Center of Excellence and the Region 2 Paleo Initiative.

———. 1997. FSM 2700. Special Use Management Manual

———. 1998a. *The San Juan-Rio Grande National Forests Wilderness Management Direction.* Amendment to San Juan and Rio Grande National Forest Land Management Plans.

———. 1998b. Decision Notice, Colorado Trail Management Direction and Route Selection Environmental Assessment, Region 2.

———. 1998c. *Master Plan for the Colorado Trail.*

———. 2000. FSM 7700 – Travel Management, Chapter 7740-Federal Lands Highway Programs. Amendment No.: 7700-2000-1. Washington, D.C.: U.S. Department of Agriculture, Forest Service.

———. 2001a. Programmatic Consultation Agreement for Canada Lynx in Colorado. Agreement between USFS and USFWS. Denver, Colorado: U.S. Department of Agriculture, Forest Service and U.S. Fish and Wildlife Service.

———. 2001b. *USFS Guide to Noxious Weed Prevention Practices (Version 1.0).*

———. 2001c. *Built Environment Image Guide for National Forests and Grasslands.* Publication FS-710.

BLM_0034073

———. 2004a. *American Marten Species Assessment for the San Juan National Forest*. Durango, Colorado: San Juan National Forest.

———. 2004b. *American Elk Species Assessment for the San Juan National Forest*. Durango, Colorado: San Juan National Forest.

———. 2004c. *Hairy Woodpecker Species Assessment for the San Juan National Forest*. Durango, Colorado: U.S. Department of Agriculture, Forest Service, San Juan National Forest.

———. 2004f. *USFS National Strategy and Implementation Plan for Invasive Species Management* (FS-805 2004).

———. 2005. FSM 7700 – Travel Management, Chapter 7720-Development. Amendment No.: 7700-2005-1. Washington, D.C: U.S. Department of Agriculture, Forest Service.

———. 2005. Guidelines for Engineering Analysis of Motorized Mixed Use on National Forest System Roads. Publication EM-7700-30. Washington, D.C: U.S. Department of Agriculture, Forest Service.

———. 2005a. *Aquatic, Riparian, and Wetland Ecosystem Assessment San Juan National Forest*. U.S. Forest Service, Rocky Mountain Region.

———. 2005b. *Bluehead Sucker: A Technical Conservation Assessment*.

———. 2005c. *Flannelmouth Sucker: A Technical Conservation Assessment*.

———. 2005d. *Roundtail Chub: A Technical Conservation Assessment*.

———. 2006. *San Juan National Forest Aquatic Ecosystem Assessment*. Durango: U.S. Department of Agriculture, Forest Service, San Juan National Forest, Rocky Mountain Region.

———. 2006. FSM 1920. Land and Resource Management Planning Manual.

———. 2006. FSH 2509.25. Region 2 Watershed Conservation Practices Handbook (Region 2 Supplement).

———. 2007. *The Woody Biomass Utilization Desk Guide, National Technology and Development Program 2400—Forest Management, September 2007*. Available at: http://www.forestsandrangelands.gov/Woody_Biomass/documents/biomass_deskguide.pdf. Accessed July 18, 2013.

———. 2008. FSM 7700 – Travel Management, Chapter 7730-Road Operation and Maintenance. Amendment No.: 7700-2008-3. Washington, D.C.: U.S. Department of Agriculture, U.S. Forest Service. Washington, D.C.

———. 2008. Southern Rockies Lynx Management Direction, Record of Decision.

———. 2009a. Memorandum of Understanding between the Colorado Department of Public Health and Environment and the USFS.

———. 2009b. *Continental Divide National Scenic Trail Comprehensive Plan*. Washington, D.C.

BLM_0034074

———. 2009c. U.S. Forest Service Manual (FSM) 2300 – Recreation, Wilderness, and Related Resource Management, Chapter 2353, National Scenic and Historic Trails. Washington, D.C.: U.S. Department of Agriculture, U.S. Forest Service.

———. 2009d. Record of Decision, Designation of Section 368 Energy Corridors on National Forest System Land in 10 Western States. Available at: http://corridoreis.anl.gov/documents/docs/WWEC_FS_ROD.pdf. Accessed July 18, 2013.

———. 2011. Nationwide Aerial Application of Fire Retardant on National Forest System Land Record of Decision. Washington, D.C: U.S. Department of Agriculture, Forest Service.

———. 2012a. Watershed Condition Framework. Available at: http://www.fs.fed.us/publications/watershed/. Accessed July 18, 2013.

———. 2012b. *National Best Management Practices for Water Quality Management on National Forest System Lands, Volume 1: National Core BMP Technical Guide.*

———. 2013. USFS Watershed Condition Class and Prioritization Information. Available at: http://apps.fs.usda.gov/WCFmapviewer. Accessed July 18, 2013.

U.S. Forest Service (USFS) and Animal Plant Health Inspection Services (APHIS) Wildlife Service. 1998. Master Memorandum of Understanding (MOU) between the USFS and the APHIS Wildlife Service.

———. 2005. IM No. CO-2010-28. Conservation Plan Agreement to participate in the LRMP, signed by the Region 2 Regional Forester (April 28, 2005) and the BLM State Director (April 29, 2005).

———. 2007. *Northern San Juan Basin Coal Bed Methane (NSJB-CBM) project Final Environmental Impact Statement and Record of Decision.* Durango, Colorado: San Juan Public Lands Center.

———. 2012. *Invasive Species Action Plan (Draft).* San Juan National Forest and Tres Rios Field Office.

U.S. Forest Service and Bureau of Land Management (USFS and BLM). 2008. Decision Notice and Finding of No Significant Impact for the Mancos-Cortez Travel Management Plan. Dolores, Colorado: U.S. Department of Agriculture, Forest Service and Bureau of Land Management.

U.S. Forest Service (USFS), Bureau of Land Management (BLM), National Park Service, and U.S. Fish and Wildlife Service (USFWS). 2013. *Interagency Standards for Fire and Fire Aviation Operations* (NFES 2724).

U.S. Forest Service (USFS) and the North American Butterfly Association. 2008. USFS and North American Butterfly Association Memorandum of Understanding (MOU). USFS Agreement # 08-SU-1113-241-298.

U.S. Forest Service (USFS) and Town of Rico, Colorado. 2011. San Juan National Forest and Town of Rico, Colorado Memorandum of Understanding (MOU) 11-MU-11021300-001. Available at: http://www.ricocolorado.org/gov/documents/2011_San_Juan_National_Forest_Town_of_Rico_MOU.pdf. Access 7/18/2013.

BLM_0034075

U.S. Forest Service and U.S. Fish and Wildlife Service (USFS and USFWS). 2000. Canada Lynx
    Conservation Agreement. USFS Agreement #00-MU-11015600-013. Missoula, Montana.
    Unpublished. Updated in 2006.

———. 2008. MOU to Promote the Conservation of Migratory Birds between the USFWS and USFS,
    Agreement # 08-MU-1113-2400-246.

U.S. Forest Service (USFS) and the Xerxes Society. 2009. USFS Agreement No. 09-SU-11130121-091.

U.S. Geological Survey (USGS). 2008. Assessment of moderate- and high-temperature geothermal
    resources of the United States. U.S. Geological Survey Fact Sheet 2008-3082. C.F. Williams,
    M.J. Reed, R.H. Mariner, J. DeAngelo, and S.P. Galanis, Jr.

Utah Department of Natural Resources. 2006. *Range-Wide Conservation Agreement and Strategy for
    Roundtail Chub (*Gila robusta*), Bluehead Sucker (*Catostomus discobolus*), and Flannelmouth
    Sucker (*Catostomus latipinnis*).* Publication Number 06-18. Prepared for the Colorado River Fish
    and Wildlife Council. Salt Lake City: Utah Department of Natural Resources.

Van Loenen, R.E., and A.B. Gibbons (eds.). 1994. *Mineral Resource Potential and Geology of the San
    Juan National Forest.* U.S. Geological Survey Administrative Report.

———. 1997. *Mineral Resource Potential and Geology of the San Juan National Forest, Colorado.* U.S.
    Geological Survey Bulletin 2127. Washington, D.C: U.S. Geological Survey.

Veblen, T.T., and J.A. Donnegan. 2005. *Historical Range of Variability for Forest Vegetation of the
    National Forests of the Colorado Front Range.* Golden, Colorado: U.S. Department of Agriculture,
    Forest Service, Rocky Mountain Region.

Western Governors Association and U.S. Department of Energy (DOE). 2009. *Western Renewable
    Energy Zones – Phase 1 Report.* Washington, D.C: Western Governors Association and U.S.
    Department of Energy.

Wild Sheep Working Group, Western Association of Fish and Wildlife Agencies. 2012. *Recommendations
    for Domestic Sheep and Goat Management in Wild Sheep Habitat.* Cheyenne, Wyoming: Wild
    Sheep Working Group, Western Association of Fish and Wildlife Agencies.

Wildland Fire Leadership Council. 2011. Forests and Rangelands. *National Cohesive Wildland Fire
    Management Strategy.* Available at: http://www.forestsandrangelands.gov/strategy/. Accessed
    July 18, 2013.

Wright, W. 2011. *Sources of Atmospheric Mercury Concentrations and Wet Deposition at Molas Pass,
    Southwestern Colorado.* Mountain Studies Institute Report 2011-03. Silverton, Colorado:
    Mountain Studies Institute. Available at:
    http://www.mountainstudies.org/index.php?q=content/mercury-deposition-its-effects-san-juans.
    Accessed July 18, 2013.

Wu, R. 1999. Fire History and Forest Structure in the Mixed Conifer Forests of Southwest Colorado.
    Master's thesis, Department of Forest Sciences, Colorado State University, Fort Collins,
    Colorado.

BLM_0034076

**Additional Handbooks and Manuals Cited**

BLM Handbook 1703-1, CERCLA Response Actions

BLM Handbook 2100, Acquisition

BLM Manual 2200, Land Exchanges

BLM Handbook 2740, Recreation and Public Purposes

BLM Manual 2800, Rights-of-Way

BLM Manual 2880, Mineral Leasing Act Rights-of-Way

BLM Manual 2900, Use, Leases, and Permits

BLM Handbook 3720-1, Abandoned Mine Lands Program Policy

BLM Handbook 3809, Surface Management Handbook, Appendix H, Volume 3, Oil and Gas Leasing
     Stipulations

BLM Handbooks 4010 and 4010-1, Range Management Program Records

BLM Handbook 4110-1, Qualifications and Preference

BLM Handbook 4120-1, Grazing Management.

BLM Handbook 4150-1, Unauthorized Grazing Use

BLM Handbook 4160-1, Administrative Remedies

BLM Handbook 4180-1, Rangeland Health Standards

BLM Manual 4180, Land Health

BLM Handbook 4400, Rangeland Inventory, Monitoring, and Evaluation

BLM Manual 6400, Wild and Scenic River management

BLM Manual 6720, Aquatic Resource Management, Fish and Wildlife Management

BLM Manual 7300, Air Resource Management, Climate and Air Quality

BLM Manual 8100, The Foundations for Managing Cultural Resources

BLM Manual 8110, Identifying and Evaluating Cultural Resources

BLM Manual 8120, Tribal Consultation Under Cultural Resources

BLM Handbook 8120-1, Guidelines for Conducting Tribal Consultation

BLM Manual 8140, Protecting Cultural Resources

BLM Manual 8150, Permitting Uses of Cultural Resources, Policy and Program Guidance for the
     Management of Cultural Resources

BLM_0034077

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

BLM Manual 8300, Visual Resource Management

BLM Handbook 8550, Architectural Barriers Act of 1968

BLM Handbook H-1601-1, Land Use Planning Handbook

BLM Handbook H-1790-1, NEPA Handbook

BLM Handbook H-8410-1, Visual Resource Inventory

BLM Handbook H-8431-1, Visual Resource Contrast Rating

FSM 1900 Planning

FSH 1909.15, Environmental Policy and Procedures Handbook

FSH 1909.17, Economic and Social Analysis Handbook

FSM 1950, Environmental Policy and Procedures

FSM 1990.12_80 Wild and Scenic River Management.

FSM 2070, Vegetation Ecology

FSH 2109.13, Grazing Permit Administration Handbook

FSH 2109.14, Pesticide Use-Management and Coordination Handbook

FSM 2200, Range Management

FSH 2309.18, Trails Management Handbook

FSM 2360, Special Interest Areas- Heritage Program Management

FSM 2400, Timber Management

FSH 2409.19, Renewable Resource Uses for Knutson-Vandenberg (K-V) Fund Handbook

FSH 2500. Watershed and Air Management

FSH 2509.13, Burned Area Emergency Rehabilitation

FSH 2509.18, Soil Management

FSM 2542. Drinking Water Standards

FSM 2550, Soil Management

FSM 2580, Air Resource Management

FSM 2600, Wildlife, Fish, and Sensitive Plant Habitat Management

FSH 2609.13, Wildlife and Fisheries Program Management Handbook

FSH 2709.11, Special Uses Handbook

BLM_0034078

FSM 2710, Special-Use Authorizations

FSM 2720, Special Uses Administration

FSM 2900, Invasive Species Management

FSM 3400, Forest Health Protection

FSM 5100, Fire Management

FSM 5150, Fuel Management

FSM 5400, Landownership Manual

FSH 5409

FSM 5500, Landownership Title Management Manual

FSM 5509

FSM 5590, Landownership Status Manual.

FSM 7300, Buildings and Other Structures

FSH 7309.11, Buildings and Related Facilities Handbook

FSH 7409.11, Sanitary Engineering and Public Health Handbook

FSM 7400, Public Health and Pollution Control Facilities

FSH 7709, Travel Planning Handbook

BLM_0034079

Final San Juan National Forest and Proposed Tres Rios Field Office
Land and Resource Management Plan

*This page intentionally left blank.*

BLM_0034080



# Final Environmental Assessment
# South Canal Hydropower Project

**Western Colorado Area Office**
**Upper Colorado Region**



**U.S. Department of the Interior**
**Bureau of Reclamation**

**February 2012**

BLM_0034081

2

BLM_0034082

**CHAPTER 1-- INTRODUCTION** ...................................................................... **5**
PROPOSED ACTION ...................................................................... 5
NEED FOR AND PURPOSE OF ACTION..................................................... 5
BACKGROUND INFORMATION ............................................................. 6
DRAFT EA REVIEW AND SCOPING............................................................ 7
**CHAPTER 2 -- PROPOSED ACTION AND ALTERNATIVES** .................. **10**
NO ACTION ALTERNATIVE.................................................................... 10
PROPOSED ACTION ............................................................................. 10
   **PREFERRED ALTERNATIVE**............................................................ **10**
   **ALTERNATIVES TO PREFERRED ALTERNATIVE** ..................... **19**
SUMMARY ...................................................................................... 20
**CHAPTER 3 -- AFFECTED ENVIRONMENT AND ENVIRONMENTAL**
    **CONSEQUENCES** .................................................................. **21**
UNCOMPAHGRE PROJECT OPERATIONS AND WATER RESOURCES21
ENERGY AND SOCIOECONOMIC CONDITIONS................................... 25
FISHERIES....................................................................................... 27
WILDLIFE AND VEGETATION ................................................................ 30
RECREATION .................................................................................... 34
THREATENED AND ENDANGERED SPECIES ........................................ 34
INDIAN TRUST ASSETS & ENVIRONMENTAL JUSTICE.................... 36
CULTURAL RESOURCES ...................................................................... 36
AIR QUALITY AND NOISE ..................................................................... 41
VISUAL RESOURCES........................................................................... 42
CUMULATIVE IMPACTS and PUBLIC LAND HEALTH....................... 43
SUMMARY AND ENVIRONMENTAL COMMITMENTS........................ 45
**CHAPTER 4- CONSULTATION AND COORDINATION** ........................... **48**
GENERAL.......................................................................................... 48
COMMENTS ON THE DRAFT EA ............................................................ 48
DISTRIBUTION LIST ........................................................................... 58
**REFERENCES**........................................................................................ **43**
Attachment A:  Draft Lease of Power Privilege ............................................. 44
Attachment B:  Plant and Wildlife Species................................................... 57
Attachment C:  Drawings........................................................................ 61
Attachment D Revegetation Commitments ................................................... 65

BLM_0034083



**Figure 1 Project Area**

4

BLM_0034084

# CHAPTER 1-- INTRODUCTION

## PROPOSED ACTION

The proposed action is to permit hydropower development on a portion of the South Canal in Montrose County, Colorado.  The South Canal is a major feature of the Bureau of Reclamation's Uncompahgre Irrigation Project and the Federal action would be issuance of a "Lease of Power Privilege" (LOPP) allowing a non-Federal party to develop the hydropower resource. The LOPP would allow use of the South Canal to generate electricity.  The Uncompahgre Valley Water Users Association (UVWUA) and the Delta-Montrose Electric Association (DMEA) have applied for the LOPP at the South Canal.

This Environmental Assessment (EA) is prepared in accordance with the National Environmental Policy Act, the Council on Environmental Quality Regulations for Implementing the Procedural Provisions of NEPA (40 CFR 1500-1508), and the U.S. Department of the Interior's regulations (43 CFR Part 46).  The EA evaluates the environmental effects of issuing a LOPP.

## NEED FOR AND PURPOSE OF ACTION

A LOPP is needed to develop hydropower along the South Canal.  Current Federal policy encourages non-Federal development of environmentally sustainable hydropower potential on Federal water resource projects.  The LOPP would ensure that the development of hydropower would be implemented consistent with established authorities, purposes, and water operation plans of the Uncompahgre Project.

The purpose of the South Canal Hydropower Project (Project) is to provide a clean, renewable energy source that is locally controlled. The electricity generated by the Project would provide the UVWUA and DMEA a source of revenue that can be used to defray annual operating expenses.  It would assist in funding the maintenance and improvement of the Uncompahgre Project.  The Project also may provide DMEA an opportunity to help diversify its generating portfolio and to meet legislatively-mandated requirements for renewable energy sources.

BLM_0034085

# BACKGROUND INFORMATION

**Uncompahgre Project**—The Uncompahgre Project is an irrigation project in west-central Colorado developed by the Bureau of Reclamation (Reclamation) and operated by the UVWUA. Irrigated lands surround the town of Montrose and extend 34 miles along both sides of the Uncompahgre River to Delta, Colorado. Project features include Taylor Park Dam and Reservoir in Gunnison County, the Gunnison Tunnel, 7 diversion dams, 128 miles of main canals, 438 miles of laterals, and 216 miles of drains. The systems divert water from the Uncompahgre and Gunnison rivers to serve over 76,000 acres of irrigated land.

The Uncompahgre Project was authorized by the Secretary of the Interior on March 14, 1903, under the provisions of the Reclamation Act. Construction began in July 1904, and the first water for irrigation was available during the season of 1908 from the Uncompahgre River. The Gunnison Tunnel was completed in 1909 and the Gunnison Diversion Dam was completed in January 1912 allowing delivery of water to the Uncompahgre Valley. Taylor Park Dam, built from funds allotted under the National Industrial Recovery Act, was completed in 1937. The project was transferred to the UVWUA for operation and maintenance in 1932.

The Uncompahgre Project plan provides for water storage in Taylor Park Reservoir on the Taylor River, which is a part of the Gunnison River Basin. The Gunnison Diversion Dam on the Gunnison River, about 12 miles east of Montrose, diverts Gunnison River direct flows, as well as releases from the Taylor Park Dam into the Gunnison Tunnel and then into the South Canal. The tunnel is 5.8 miles long and has a capacity of approximately 1,150 cubic feet per second (cfs). The South Canal extends from the end of the Gunnison Tunnel generally southwest 11.4 miles to the Uncompahgre River. Part of the canal is concrete lined; the remainder is unlined.

**Delta Montrose Electric Association**-- DMEA is a Rural Electric Cooperative owned by the customers it serves. DMEA purchases power from Tri-State Generation and Transmission and distributes it to users. DMEA would distribute and sell power produced under the South Canal Hydropower Project.

**Lease of Power Privilege**--On August 26, 2009, a "Notice of Intent To Contract for Hydroelectric Power Development on the South Canal, Uncompahgre Project, and to accept proposals, select lessee, and contract for hydroelectric power development on the South Canal" was published in the Federal Register. Proposals were accepted until February 2010. Based on the recommendation from a review team, Reclamation determined that the proposal submitted by the UVWUA and DMEA should be accepted and that negotiations should proceed for the LOPP on the South Canal.

A LOPP is an alternative to Federal hydroelectric power development. The LOPP is a contractual right given to a non-Federal entity to use a Reclamation facility for electric power generation consistent with the Reclamation project authorized purposes. A LOPP has terms of 40 years and the general authority includes, among others, the Town Sites and Power Development

6

BLM_0034086

Act of 1906 (43 U.S.C. 522), and the Reclamation Project Act of 1939 (43 U.S.C. 485h(c)) (1939 Act).

A LOPP on the South Canal must accommodate existing contractual, water delivery, and environmental commitments related to operation and maintenance of the South Canal and the Uncompahgre Project. All costs incurred by the United States related to development and operation and maintenance under the LOPP, including NEPA compliance, engineering reviews, and development of the LOPP, are the expense of the lessee. In addition, the lessee would be required to make annual payments to the United States for the use of the Government facility. Depending on the economic capability of the proposed hydropower development, this amount will be not less than 3 mills per kilowatt-hour of generation. If conditions provide opportunity for substantial benefits to accrue to the lessee, then the United States will benefit proportionally. Also, under the LOPP, provisions will be included for inflation of the annual payment with time. Such annual payments to the United States would be deposited as a credit to the Upper Colorado River Basin Fund.

A draft of the LOPP contract is included in Attachment A.

Pursuant to a Memorandum of Agreement[1] between Reclamation and the Bureau of Land Management (BLM), Reclamation has been delegated full jurisdictional responsibility to issue and administer a LOPP, including authorization for all hydroelectric power facilities and associated rights-of-way, on all public lands including those lands under BLM's jurisdiction.

A map showing Reclamation and BLM land jurisdiction is found in Attachment C. The project features along the South Canal are located in portions of Sections 26, 27, 28, and 33 of Township 49 N, Range 8 W, New Mexico PM. In the project impact area, approximately 1,400 feet of the South Canal is located on BLM administered land in the SW1/4SW1/4 Section 27, Township 49 N, Range 8 W New Mexico PM. As discussed later in this EA, a powerline would be buried in the South Canal maintenance road in this 1,400 feet of BLM administered land.

## DRAFT EA REVIEW AND SCOPING

The draft EA was distributed for review on December 20, 2011 with a review period extending to January 30, 2012 as shown in Chapter 4 of this final EA, and availability of the EA was announced through news releases in local papers. In addition to agencies, organizations, and interested individuals, availability of the EA was announced to landowners along the South Canal.

---

[1] Contract No. 10-LM-4A-00020 between Bureau of Land Management Uncompahgre Field Office and Bureau of Reclamation, January 12, 2010.

BLM_0034087

Chapter 4 of the final EA contains a summary of comments received on the draft EA and responses to the comments. Where appropriate, changes have been made in the EA and in the environmental commitments in response to comments received.

Scoping is an early and open process to determine the issues and alternatives to be addressed in the EA. A public scoping process was conducted including a meeting held March 9, 2011 in Montrose. Letter and email notification and information on the meeting and on scoping was provided to over 50 local, state, and federal agencies and interested organizations. A news release concerning the meeting was provided to local media and an article was published in the Montrose Daily Press and in the Delta County Independent prior to the meeting. In addition, there was a paid public notice advertisement for LOPP negotiations in the Daily Press and the Delta paper, and there were updates on the Project in DMEA and UVWUA mailings.

The scoping meeting was attended by an estimated 40-50 people. The Project was described along with the EA process, and questions and concerns were discussed and answered at the meeting. Public input was provided at the meeting or later by email and letter.

Input was requested concerning:

- Questions or concerns with the proposal
- Significant issues that should be addressed in the EA
- Information or data available that could help in review of the proposal

The following is a summary listing of issues brought up during scoping by individuals, organizations, and agencies:

- Visual impacts of new powerlines are a concern.
- Existing water deliveries of the South Canal need to be priority over hydropower.
- Rainbow and brown trout are diverted from the Gunnison River through the Gunnison Tunnel into the South Canal. People fish in the canal and the fish ultimately are caught, enter the Uncompahgre River, or perish when the canal is shut down for the winter. How will all of this be affected? Will fish be lost through turbines? Will fishing continue in the canal? Does project offer opportunity to correct this wasteful situation?
- Consider screening fish from entering Gunnison Tunnel; provide stocking of Uncompahgre River to offset losses from South Canal activities.
- Will there be increased diversions from the Gunnison River? Existing diversions need to be quantified. What are impacts on Gunnison Gorge and Black Canyon if increased diversions were to occur? How can increased diversions be prevented, need explicit sideboards. Need assurance that irrigation season won't be "extended".
- Now is opportune time to develop renewable energy from irrigation water; it is long overdue. General support for renewable energy.

8

BLM_0034088

- Feasibility of project needs to be addressed.  What are costs and benefits?  Risky venture could harm Uncompahgre Project.  Socio-economic aspects of the project need to be analyzed—employment, tax revenues, effects on community, etc.
- How are DMEA and UVWUA members affected financially?
- LOPP should call for trained operators to manage hydropower plants to assure safe operations.
- Need to protect against interruptions in South Canal flows during power outages, penstock filling, etc.
- Effect on endangered plants in the area need to be addressed.
- Cultural resources need to be protected.
- What are terms of the LOPP?

9

BLM_0034089

# CHAPTER 2 -- PROPOSED ACTION AND ALTERNATIVES

Alternatives evaluated in this EA include the No Action and variations of Proposed Action Alternatives.

## NO ACTION ALTERNATIVE

Under this alternative, Reclamation would not issue a LOPP and the proposed hydropower development on the South Canal would not be constructed at this time.

## PROPOSED ACTION

Under the Proposed Action, Reclamation would execute a LOPP to permit construction, operation, and maintenance of powerplant facilities along the South Canal. Various alternatives were considered during planning for the proposed action, including development of one, two, or three powerplants along the reach of the South Canal being studied. Each alternative would divert water from the canal at the top of a drop structure[2], run the water downhill through a buried penstock to a powerplant, and return the water to the canal. Alternative powerline locations and designs and alternatives to address fishery issues were also considered.

**Preferred Alternative** The preferred alternative includes two powerplants; one would be located near the bottom of Drop No. 1 on the South Canal and one near the bottom of Drop No. 3 (see figures 2-5 and frontispiece map).

---

[2] There are several locations along the South Canal where the canal "drops" down a short, steep hill. The elevation change in the canal can be used to produce hydropower.

BLM_0034090



**Figure 2.  Drop No. 1 power development location on South Canal.**

11

BLM_0034091



**Figure 3. Drop No. 1 on South Canal. The penstock would be located near the road on the left side of picture. Water would return to the canal near the bottom of the picture.**

## Design

A diversion structure and forebay would be constructed in the South Canal near the top of Drop No. 1. The concrete structure would include a roller gate with electrical hoist which would be used to direct water to the powerplant when closed or back into the canal when opened in case of powerplant shutdown or maintenance. The forebay would have an intake structure leading to a buried steel penstock (pipe), approximately 11 feet in diameter and 1,130 feet in length. The center line of the penstock would be located 70 feet north of the canal and buried with approximately 3 feet of cover.

The penstock would carry water to a powerhouse which would be approximately 40 feet square and would be located at the bottom of Drop No. 1 (Figure 3). The powerhouse would hold an adjustable blade Kaplan Turbine coupled to a synchronous generator. From the powerhouse, water would return to the canal via a riprap-lined tailrace approximately 150 feet in length. The powerplant and substation would be fenced.

The second powerplant would be constructed 1.5 miles downstream at Drop No. 3 on the South Canal. The design would be similar to that described for Drop No. 1; however, the penstock would be much shorter at approximately 290 feet in length. This penstock would be located

12



**Figure 4. Drop No. 3 hydropower facilities.**

BLM_0034093



**Figure 5. Drop No. 3 along South Canal.  Penstock would be buried to the left of the road.**

40 feet from the canal.  The centerline would fall on approximately the western edge of the existing canal maintenance road.   The diversion structure would be constructed on the South Canal near the top of Drop No. 3.  This would divert water into a concrete lined forebay leading to the penstock and powerplant. Water would then return to the canal via a tailrace at the bottom of Drop No. 3.

A picture of a typical powerhouse building that would be located at both sites is included in Attachment C.  A small substation would be constructed adjacent to each powerplant and these would step-up the generation voltage of 4,160V to the transmission voltage of 34.5/19.9 kV. The powerplant and substation areas would be fenced.

Table 1 summarizes information on the two powerplant sites.

14

Table 1.  South Canal powerplant sites

|  | Drop No. 1 Site | Drop No. 3 Site |
|---|---|---|
| Rated head | 53 feet | 49 feet |
| Penstock | 1,130 feet steel, 11-feet diameter | 290 feet steel, 11-feet diameter |
| Max. generator output | 4.0 MW | 3.5 MW |
| Turbine Type | Vertical Shaft Double Regulated Kaplan Turbine | Vertical Shaft Double Regulated Kaplan Turbine |
| Average efficiency | 92% + | 92% + |
| Rated discharge | 900 cubic feet per second | 900 cubic feet per second |
| Minimum operational flow | 300 cubic feet per second | 300 cubic feet per second |
| Maximum operational flow | 1,000 cubic feet per second | 1,000 cubic feet per second |
| Substation | At site, steps generation voltage to transmission voltage | At site, steps generation voltage to transmission voltage |
| Land ownership | Reclamation | Reclamation |

Power would be transmitted to the DMEA East Montrose substation being built on the west end of Miguel Road (Figures 1 and 6).  Power from the powerplants would be carried via a buried line in the South Canal maintenance road between Drop No. 1 powerplant and Drop No. 3 powerplant.

An overhead powerline starting near Drop No. 1 would be used to carry the power from Drop No. 1 and Drop No. 3 to the East Montrose substation.  This overhead powerline route would run from the Drop No. 1 substation to the east end of Miguel Road, then north on Miguel Road to U.S. Highway 50, west on Highway 50 to the western end of Miguel Road, and then south to the East Montrose substation.   In the construction of the overhead portion of the powerline, the section of powerline that parallels along Highway 50 to the eastern extent of Miguel Road would be an upgrade of an existing powerline and would use an existing powerline right of way.

The existing line along U.S. Highway 50 would be upgraded to accommodate two powerline circuits – the existing 12,470 V distribution lines and the 34.5 kV distribution feeder from the hydroelectric facilities to the substation.  The upgrade would consist of new, slightly taller poles

15

BLM_0034095

and appropriate insulators for the double circuit construction.  In addition, an existing 12,470 V powerline which runs from Highway 50 along the eastern extent of Miguel Road would either be upgraded to a double circuit configuration or left in place and a separate 34.5 kV distribution feeder would be added.  From the southern extent of the existing 12,470 V powerline to slightly beyond the Drop No. 1 powerhouse, a 34.5kV overhead powerline would be constructed.  This new line would be located on Reclamation land or within the existing Miguel Road easement.  This portion of the 34.5 kV powerline would be tied to the underground portion of the 34.5 kV powerline.  This connection would be located in the vicinity of the Drop No. 1 powerhouse.

An alternative for transmission was also considered.  The alternative line would be buried for the most part in existing roadways, for example the South Canal maintenance road, lateral maintenance roads or Miguel Road.  A short segment of approximately 0.6 mile would be buried outside of roadways in the vicinity of Fairview Reservoir.

Figure 6 shows proposed and alternative powerline locations.

The preferred alternative would include installation of an electronic fish barrier at the entrance to the Gunnison Tunnel to reduce the number of fish lost from the Gunnison River to the Gunnison Tunnel and South Canal.  The barrier would be located at the point where water is diverted from the river into the tunnel inside the existing floating debris boom. Vertical steel electrodes would be hung from catenary cables to deter fish from entering the Gunnison Tunnel.  The system would include the use of DC pulse generators and computer control equipment which would be housed in an existing building at the site.  The system would be operated during the irrigation season and would be funded and maintained by DMEA and UVWUA.  DMEA would provide funding to reduce impacts to the local fishery through access or habitat improvement. Additional information is included in chapter 3 of this report.

Facility construction is expected to take 18 months at a cost of approximately $22 million.  This estimated cost includes feasibility and other studies, design and construction of the generation facilities, and construction of the powerlines and electrical substation interconnections.  Mountain States Hydro, LLC has been selected by DMEA and UVWUA to construct the Project.  The contract would result in a firm fixed price for construction and provide for a bonded, guaranteed electricity generation performance standard.

16

BLM_0034096

Figure 6. Alternative powerline locations.



BLM_0034097

17

Funding for the Project is expected to involve issuing "Clean Renewable Energy Bonds". DMEA is approved to issue the bonds and has IRS approval to issue up to $28 million in these bonds. These bonds are a low cost financing option made available to qualified non-income tax paying entities to encourage the development of renewable energy projects.

Construction activities would be staged so as to minimize interference with on-going canal operations. Normal canal flows would be maintained throughout construction and the ability to fill Fairview Reservoir would not be interfered with.  Penstock construction could occur during the irrigation season; however, construction directly involving the South Canal would be limited to the non-irrigation season.

Storage areas and staging areas during construction would be along the South Canal.  The existing maintenance road along the South Canal would be used for construction access. Construction of the buried penstock would require an area approximately 170 feet in width for excavation, access, and temporary pipe and material storage.

Powerlines along the South Canal would be buried in the maintenance road and "plowed in" using the ripper on a bulldozer. This method uses a bulldozer with a ripper attachment to create a narrow path that is simultaneously filled with the powerline conduit.  The depth of the ripper and conduit is about 4 feet.  The greatest disturbance to the land occurs from the two tracks on the bulldozer (approximately 2 paths at 2 feet in width, each).  The "plowed in wire" leaves the ground heaved; therefore, the bulldozer drives over the heaved ground to smooth the land to original contours.

DMEA would be responsible for obtaining any required Federal, state, or local permits to construct and operate the Project, including permits under the Clean Water Act (Section 402 and 404 permits) which may be needed for dewatering or other activities.  Montrose County permits will be acquired for portions of the powerline.

Disturbed land would be contoured, topsoil replaced, and treated to prevent erosion prior to reseeding.  A seeding mix specifically designed for the impact area would be used and long-term weed control would be implemented.  The BLM has furnished revegetation and weed control guidelines for the type of lands impacted by the Project.  Additional information is found in Chapter 3 under Environmental Commitments and in Attachment D. At the end of construction, DMEA would conduct start-up testing to ensure that all systems are operating properly and within the specified ranges and tolerances.  This testing would be conducted to test the installation to ensure that all systems are working according to specifications.

**Operation**

DMEA anticipates that the units would be operated remotely, with power dispatched to the local grid from its operating center.  Project operations would be coordinated with the UVWUA to prevent interference with irrigation operations.

BLM_0034098

At the beginning of each irrigation season, water would be discharged through the existing canal to exercise the gates and make certain all normal systems are in working order.

The facilities would be designed and equipped with structures to protect canal and irrigation flows.  When the hydropower facility went off-line, flows would be immediately diverted back into the canal to prevent any disruption to the irrigation supplies.

The powerplants would only use normal irrigation flows in the South Canal[3].  The Uncompahgre Project was constructed as an irrigation project and irrigation remains its primary purpose with all other uses playing secondary roles.  The hydropower project would have no control over operation of the canals and would be operated as a run-of-canal plant. During the irrigation season, the Project would divert irrigation flows from the canal, pass them through the powerplants, and return the water to the canal immediately below the powerplants.  There would be no increases in diversions from the Gunnison River through the Gunnison Tunnel to the South Canal permitted under the LOPP for the hydropower project.  No hydropower production would occur in the November through February period.  Water available for hydropower is discussed further in Chapter 3 and under Environmental Commitments.

The electricity generated by the Project would provide UVWUA a source of revenue that can  be used to defray annual operating and maintenance expenses and would provide DMEA electricity to market as well as an  opportunity to help diversify its generating portfolio and to meet legislatively-mandated requirements for renewable energy sources.

**Alternatives to Preferred Alternative**- An alternative was studied that called for a single powerplant.  Water would be diverted at the top of Drop No. 1 and carried to a powerplant at the bottom of Drop No.  3.  The penstock would be located north and east of the canal.  This alternative would begin with construction of 680 feet of concrete lined open-channel headrace extending downstream from the top of Drop No. 1, and concluding with a powerplant and tailrace at the bottom of Drop No. 3.  The headrace and powerplant would be connected by approximately 8,100 feet of 13-foot diameter steel penstock.  This alternative is no longer being considered.  An alternative for an additional powerplant at Drop No. 2 was also considered.

As indicated previously and shown in Figure 6, an alternative powerline route was considered that involved a buried line around Fairview Reservoir and along Miguel Road.

Concerning fishery planning, an alternative would be to not install and operate the electronic fish barrier at the entrance to the Gunnison Tunnel. Under this alternative, the fish losses from the Gunnison River to the tunnel and South Canal would continue. This is further discussed in Chapter 3.

---

[3] Municipal water delivered to Fairview Reservoir during the irrigation season would also be used.  The Drop One powerplant could possibly produce winter hydropower from municipal water delivered intermittently to Fairview Reservoir through the Gunnison Tunnel although this is unlikely.

BLM_0034099

# SUMMARY

Table 2. Summary of alternatives

| Resource | No Action Alternative | Two Unit Hydropower Development |
|---|---|---|
| Energy production-average annual | None | 26,900 megawatt-hours (MWh) of energy per year. |
| Wetlands and riparian resources | No effect | Wetlands avoided. |
| Recreation use | No effect | Reduced fishing use of South Canal; benefits to the Gunnison River |
| Fisheries | No effect | Benefits to Gunnison River as fish entrainment in South Canal reduced; reduced number of fish in South Canal and reduced numbers of fish entering Uncompahgre River via South Canal. Management changes and mitigation planned for Uncompahgre River. |
| Water rights/streamflows | No effect | No effect; increased diversion from the Gunnison River for hydropower generation not permitted. |
| Endangered species | No effect | No effect |
| Wildlife and vegetation | No effect | No significant effect |
| Water supply for irrigation and municipal uses | No effect | No effect |
| Cultural resources | No effect | Effects mitigated |
| Air quality | No change | Offset emissions of carbon dioxide (estimated 47,000,000 pounds per year) and other green house gases |
| Noise | No change | Temporary increase of noise levels during construction; no significant long-term effect |
| Socio-economics | No effect | Assist in meeting power needs; temporary benefit of increased construction jobs. Increased employment/tax revenues. Long-term benefit to DMEA/UVWUA members resulting from sale of power. |

20

BLM_0034100

# CHAPTER 3 -- AFFECTED ENVIRONMENT AND ENVIRONMENTAL CONSEQUENCES

This chapter discusses resources that may be affected by actions taken to construct and operate hydropower plants on the South Canal. For each resource, existing conditions and impacts are described.  This chapter is concluded with a list of environmental commitments.

## UNCOMPAHGRE PROJECT OPERATIONS AND WATER RESOURCES

*Existing Conditions*: The Uncompahgre Project is authorized and operated to provide water supplies for irrigation in the Uncompahgre Valley.  Irrigation supplies are developed from four sources:  direct flow diversions from the Uncompahgre River; storage water from Ridgway Reservoir; direct flow diversions from the Gunnison River; and storage water from Taylor Park Reservoir.

Taylor Park and Gunnison River water is diverted through the Gunnison Tunnel to the South Canal.  Diversions generally begin in March and end in October.  During peak irrigation months, approximately 1,050 cfs is diverted through the tunnel.  Laterals carry water from the South Canal to portions of the eastern Uncompahgre Valley, but the majority of the South Canal water is carried to the Uncompahgre River or the West Canal south of Montrose.  A series of diversions downstream from the South Canal-Uncompahgre River confluence then direct water from the Uncompahgre River to serve much of the Uncompahgre Valley.

Diversions are also made from the South Canal to periodically fill Fairview Reservoir which supplies municipal and industrial water to Ouray, Montrose, and Delta Counties. When these diversions are made in the non-irrigation season, the Gunnison Tunnel is opened for approximately 50 to 100 cfs for one to two days.

Figure 7 shows the range of Gunnison Tunnel diversions based on daily diversion data from 1991 through 2010. The average daily diversion rate during this 20 year period is portrayed by the green line. The average annual diversion volume between 1991 and 2010 was 360,600 acre-feet. The maximum daily diversion during this 20 year period is shown by the blue line and the minimum daily diversion during this same period is shown by the red line. The maximum and minimum daily diversion lines do not portray any historical diversion patterns but simply show the maximum and minimum daily diversion rate that occurred on that particular day during the period between 1991 and 2010.

21

BLM_0034101



Figure 7.  Gunnison Tunnel diversions, 1991-2010

As can be seen, irrigation diversions generally begin increasing in mid-March, peak in the May through August period, and gradually decrease until the end of October or early November. Diversions in non-irrigation months are for filling Fairview Reservoir as discussed previously. Total diversions by year are shown in Table 3.  It can be seen that there is variability between years based on crop and weather patterns, reservoir storage, and basin water conditions.

*Impacts:*  In general, there are no changes to water operations predicted under the No Action alternative for the Uncompahgre Project.  Irrigation diversions from the Gunnison River vary from year to year due to water availability, weather patterns, crop and land use patterns, and other factors; and this variability would continue with or without the hydropower project.  In the long-term, changes in climate or major changes in cropping or land use patterns may affect irrigation diversions and water use patterns.

22

BLM_0034102

Table 3.  Annual diversions from the Gunnison River to the Gunnison Tunnel (acre-feet)

| Year | Gunnison Tunnel Diversion (af) | Year | Gunnison Tunnel Diversion (af) |
|------|-------------------------------|------|-------------------------------|
| 1991 | 315,077 | 2001 | 393,227 |
| 1992 | 343,567 | 2002 | 357,643 |
| 1993 | 324,774 | 2003 | 350,644 |
| 1994 | 364,291 | 2004 | 351,961 |
| 1995 | 288,192 | 2005 | 364,778 |
| 1996 | 383,994 | 2006 | 396,624 |
| 1997 | 266,965 | 2007 | 355,401 |
| 1998 | 364,829 | 2008 | 358,592 |
| 1999 | 369,467 | 2009 | 408,867 |
| 2000 | 391,541 | 2010 | 399,553 |

Under the hydropower project alternative, water in the South Canal diverted for irrigation would also be used for hydropower production.  There would be no increase in diversions from the Gunnison River solely for hydropower use permitted under the LOPP, and hydropower production would not be permitted from November through February. In addition, a new environmental commitment has been developed and included in the project plan:  During the early and late irrigation seasons, in order to prevent an increase in diversion volumes exclusively for hydropower production, guidelines have been developed to limit the volume of water diverted through the Gunnison Tunnel during the early and late season months but still allow flexibility for irrigation needs. These guidelines were developed by determining the one-half month volumes that would not be greater than the 10 percent level of exceedence for the 1991-2010 period of diversions through the Gunnison Tunnel.  The volume guidelines were developed for one-half month periods between March 1 and April 15 and between October 1 and October 31. In other words for each of these half month periods, the guidelines state the volume diverted by the Gunnison Tunnel would not be greater than what has historically occurred in the highest 10 percent of the time between 1991 and 2010. A graphical representation of these volume guidelines is shown in Figure 8.

For example as shown in Figure 8, diversions in the second half of March would be limited to a volume of 12,000 acre-feet which is approximately equal to the volume produced by a constant diversion rate of 370 cfs. For the first half of April the diversion volume would be limited to 23,000 acre-feet which corresponds to a constant diversion rate of 780 cfs.

23

BLM_0034103



Figure 8.  Half-Month Gunnison Tunnel diversion volume guidelines (based on the 10 percent exceedence volumes for times during the 1991-2010 period of record).

It is not the intent of these environmental commitments to limit diversions for irrigation purposes, as there may be a need to increase irrigation diversions in the future if cropping patterns change or if climate conditions become warmer or drier.  However, diversions during the time periods mentioned above will be evaluated by Reclamation after each irrigation season to determine whether the one-half month volumes were exceeded.  If diversions during these time periods cannot be justified as for irrigation purposes only, the lessee will be considered in default of the LOPP as described in Section 20 (a) (1) of the LOPP.

Additional information is found in the "Summary and Environmental Commitments" section of this report.  Included are commitments to assure that diversions would not increase from the Gunnison River for hydropower purposes.

There would be no effect on irrigation supplies to the Uncompahgre Project or on water supplies for Fairview Reservoir during construction and operation of the hydropower project.

24

BLM_0034104

# ENERGY AND SOCIOECONOMIC CONDITIONS

*Existing Conditions:* Hydropower potential on the Uncompahgre Project has not been developed. The Project area is located in the Northwest Power Pool Area of the Western Electric Coordinating Council region of the North American Electric Reliability Council. The peak demand and annual energy requirements for the area are projected to increase at an average annual compound rate of 1.9 to 2.0 percent over the 10-year planning period of 2007 through 2017 (Tri-County 2010).

The Project would be used to help fulfill a portion of the future electricity demand in DMEA's service territory. Demand for electricity in DMEA's service territory has been on an ever increasing trend for decades. Two major factors have contributed to this trend – increased per capita demand and an increase in population. The economic recession has impacted this trend the past couple of years; nevertheless, after a single year of reduced electricity sales, DMEA has again experienced increasing annual electricity sales. Additionally, the Project would meet a portion of the State Renewable Energy Standard mandate which requires that rural electric cooperatives provide 10 percent of electricity sales from qualified energy sources by 2020.

Water supplies from the Gunnison River and the South Canal are critical to the economies of Delta and Montrose Counties as well as westcentral Colorado. Irrigation water supports over 76,000 acres of irrigated agriculture through a series of over 500 miles of canals and laterals. Up to 23,000 acre-feet (af) of water is also diverted from the South Canal to Project 7 Water Authority's Fairview Reservoir for municipal and industrial water in Ouray, Montrose and Delta Counties. Project 7 Water Authority provides treatment of the water supplied by a water exchange from Ridgway Reservoir. Because of the physical location of the Project 7 Water Authority's water treatment plant east of Montrose and because the quality of water in the Gunnison River is superior to that of the Uncompahgre River, an exchange of Ridgway Reservoir storage water with direct flow water from the Gunnison River via the Gunnison Tunnel and South Canal has been established with the UVWUA. Gunnison Tunnel water is thus treated for drinking in exchange for municipal and industrial water from Ridgway to be used for irrigation.

*Impacts:* The hydropower project would produce an estimated 26,900 megawatt-hours (MWh) of energy per year and would help meet regional power demands in the future. Power from the proposed Project would be distributed through DMEA facilities to over 27,000 members in Montrose, Delta, and Gunnison Counties.

Positive cash flows would be equally shared between DMEA and UVWUA.

Based on a projected generation range of 25,000 – 27,000 megawatt-hours during the Project's irrigation season operation, there would be an avoided cost of an estimated $1.7 million (2011 dollars) annually in DMEA's purchased power expenses.

BLM_0034105

The Project would provide several benefits:

1. The electricity generated by the Project would provide DMEA power to distribute and sell and would provide UVWUA a source of revenue that can eventually be used to defray annual operating expenses or costs of improvements to the irrigation system. It would provide DMEA an opportunity to help diversify its power sources and to meet legislatively-mandated requirements for renewable energy sources.
2. Estimated annual cash flows in excess of $1 million (2011 dollars) after debt is paid.
3. Stabilized cost of wholesale electricity for approximately 4 to 5 percent of DMEA's power needs (based on 2010 DMEA electricity needs) for the Project life (well in excess of 50 years). The electricity produced from the facilities would offset power that DMEA would otherwise have purchased from Tri-State Generation and Transmission. Additionally, the cost of Project electricity is projected to be substantially less than projected electricity costs of DMEA's purchased power from Tri-State Generation and Transmission (after debt is paid).

The life of the Project is expected to extend well beyond 50 years and could thus provide UVWUA and DMEA a long-term reliable revenue stream. According to initial estimates, revenues could be relatively small at first dependent on financial terms of interest and amortization schedule but the Project should produce positive cash flow once operations start. The projections are highly dependent on interest rates and actual operation and maintenance costs. However, after the Project debt is paid (15 – 20 years), the long term life for which the Project will be designed results in revenues to the UVWUA to help pay for Uncompahgre Project operation and maintenance costs and enable DMEA to avoid purchased power expenses.

There would be construction employment (Table 4) and spending on goods, services, and materials during the construction period with an overall increase in the level of income in the county during the construction phase. This would benefit local communities and businesses, as well as increase tax revenues from taxes collected on these purchases.

UVWUA and DMEA predict one full-time additional permanent staff to operate or maintain the new hydropower facilities and possibly 3 part time workers.

Water supplies and related economic benefits for irrigation or for filling Fairview Reservoir for municipal and industrial demands would not be affected by hydropower development during construction or operation.

Colorado Parks and Wildlife estimate that the reduction in fishing in the South Canal discussed below could have an "…economic impact of $87,435 and an overall economic benefit (consumer surplus) to the community of $208, 800" based on statewide expenditure information (Kowalski

BLM_0034106

2011).  Economic benefits should result from improved fisheries and fishery management in the Gunnison River.

Table 4.  Estimate of construction employment.

| Job Category | Number of full time employees during construction | Number of Intermittent employees |
| --- | --- | --- |
| Engineering | 1 | 7 |
| Geotechnical | 3 | |
| Electrical Interconnection | 2 | 6 |
| Penstock Construction | 8 | |
| Turbine Installation | 4 | |
| Earthwork & Civil Construction | 20 | 8 |
| Ironwork | 4 | |
| Total | 42 | 21 |

# FISHERIES

*Existing Conditions:* The Gunnison River, the water source for the South Canal, is an important fishery. Water is diverted from the river by the Gunnison Diversion Dam through the Gunnison Tunnel to the canal to provide irrigation water to Montrose and Delta Counties.  The Gunnison River has been designated a  Gold Medal fishery, and the river upstream from the Gunnison Diversion Dam supports the highest biomass of wild rainbow trout of any reach of the river. This section of the river serves as an important broodstock source for managing rainbow trout throughout Colorado (CDOW 2011).  Downstream from the Gunnison Diversion Dam, the river flows through the Black Canyon of the Gunnison National Park and the Gunnison Gorge National Conservation Area and is managed as a Gold Medal and wild trout fishery.

There is a loss of fish from the Gunnison River through the Gunnison Tunnel and into the South Canal during each irrigation season.  For example, in October of 2011, Colorado Parks and Wildlife inventoried one 0.72 mile long section of the canal between Drop Nos. 1 and 2 that is earth-lined with relatively low velocity flows.  This reach held an estimated 3,061 trout over 5 inches in length per mile and the population consisted of approximately 80 percent brown trout and 20 percent rainbow.  There were an estimated 17 browns and 18 rainbows over 14 inches per acre in the sampled reach.  Numerous young-of-the-year rainbow fry were sampled but not included in the population estimate.  It is not known if the fry result from spawning in the canal or in the Gunnison River (Kowalski 2011).

There are about 7.7 miles of similar reaches of the South Canal, and if similar densities of trout occurred in downstream suitable portions of the canal, there could be about 23,570 trout over 5 inches in length in the South Canal (Kowalski 2011).

27

BLM_0034107

Fish lost from the Gunnison River to the South Canal are diverted to laterals or the West Canal, move through the canal to the Uncompahgre River, are caught or snagged in the canal, or perish when the canal is dewatered.

A local annual fishery has developed over the years in the South Canal and some of the major laterals fed by the canal. Based on a 2011 survey, use occurs throughout the irrigation season and then peaks as the canal is dewatered in the fall. Approximately one half of the canal is on private land and permission is required to fish legally, although some sections of the canal cross public lands. Public land reaches include tunnel segments and high velocity areas that do not provide fishing opportunities. CDOW (2011) reported that fish losses in the canal are significant enough that "emergency public salvage regulations" are issued to allow anglers to harvest stranded fish in the fall by snagging and fishing without a limit.

Angler use of the South Canal has not been quantified in the past; however, in 2011 Colorado Parks and Wildlife conducted a creel survey in July, August, and November and estimated total irrigation season angler hours, number of anglers, and number of fish caught. The survey showed low angler use in the summer with high use in the late fall as the canal was dewatered. An estimated 1,305 anglers spent 2,459 hours fishing in the canal in 2011. Catch rates varied from 0.48 fish per hour in the summer to 1.42 fish per hour as the canal was dewatered. The month of November had 35 percent of all fishing use, including snagging, due to the canal dewatering and emergency fish salvage regulations (Kowalski 2011).

Fish that enter the Uncompahgre River from the South Canal add to a recreation resource in that river. Habitat in the Uncompahgre River has improved in recent years due to water quality improvements resulting from the upstream construction of Ridgway Reservoir and mine drainage improvements in the headwaters. In addition habitat structures have been developed on private and public reaches, winter diversions reduced, and trout stocking increased.

Downstream from the point the South Canal discharges to the Uncompahgre, there are 2.6 miles of private water before the river is diverted into the 550 cfs M&D Canal. Between the M&D Canal Diversion and the city of Montrose, the Loutzenhizer Canal (120 cfs) also diverts from the river. There are several reaches of public access for fishing between the Loutzenhizer Canal and into Montrose. There is stocking of catchable trout and fingerlings near Montrose as well as upstream at Ridgway State Park and Billy Creek State Wildlife Area.

*Impacts:* The Project is designed to operate using only the irrigation flows of the Uncompahgre Project. Diversions from the Gunnison River would not change due to the hydropower project and, in addition, hydropower production would not be permitted in the November through February period. Additional information on avoiding increased diversions due to hydropower development is found in the Environmental Commitment section of this EA. Based on these plans and commitments, habitat conditions in the Gunnison River should not change.

28

BLM_0034108

With the installation of the electronic fish barrier at the entrance to the Gunnison Tunnel, positive impacts would occur to the Gunnison River as loss of brown and rainbow trout from the river would be reduced although probably not eliminated. This type of barrier would deter rather than stun fish. When fish swim into the electrical field, they would become increasingly uncomfortable and would return toward the river in the direction they came. This reduction of fish diverted into the tunnel and South Canal would benefit both the recreational fishery in the Gunnison River upstream and downstream from the Gunnison Tunnel and the fishery management programs supported by the reach of the river above the Gunnison Diversion Dam because fewer fish, estimated to be numbering in the thousands, would be lost to the tunnel. Rainbow trout are collected annually upstream from the tunnel for broodstock to support rainbow trout fisheries statewide.

These benefits are part of a tradeoff as can be seen below because there will be an accompanying loss of fishing success in the South Canal and there will also be effects on the Uncompahgre River.

Recreational fishing and snagging in the South Canal would be correspondingly reduced or lost as the number of fish diverted into the canal would be reduced. It is predicted that some fish would continue to be diverted into the canal; however, there would be a percentage of mortality to fish that might enter the canal and go through the turbines at Drop No. 1 and Drop No. 3. There is fish survival through turbines (Odeh 1999) and this would allow some fish to survive in the canal during the irrigation season.

The number of fish that eventually travel through the canal to the Uncompahgre River or West Canal would also be reduced and this would affect fish numbers in the Uncompahgre River, particularly between the South Canal and the M&D Canal. Colorado Parks and Wildlife plans to increase stocking of whirling disease resistant subcatchable rainbow trout in the Uncompahgre River in response to the hydropower project.

Colorado Parks and Wildlife estimate that the reduction in fishing in the South Canal could have an "…economic impact of $87,435 and an overall economic benefit (consumer surplus) to the community of $208, 800" based on statewide expenditure information (Kowalski 2011). Economic benefits of reduced losses of fish from the Gunnison River would occur but have not been estimated. In addition to the recreation value of the fishery, the resource values can be estimated by calculation the cost of replacement of the fish in the cans. Using 2008 fish production information, it would cost an estimated $34,500 annually to replace the fish in the canal (Kowalski 2011). Economic benefits to the Gunnison River fishery and rainbow trout fishery management have not been estimated.

DMEA is working with Colorado Parks and Wildlife to mitigate the angling losses by improving access or fisheries at other local locations. DMEA will fund up to $300,000 towards the purchase of a perpetual fishing access lease of local river frontage that is deemed by Colorado Parks and Wildlife as suitable for fishing and recreation or towards habitat improvement

29

BLM_0034109

recommended by Parks and Wildlife. Additional information is found in the Environmental Commitment section of this final EA.

In summary, the Gold Medal fishery in the Gunnison River will be enhanced with more fish available for recreation and fish management. A corresponding reduction of fish in the South Canal will reduce fishing in the canal itself and also will reduce the number of fish moving to the Uncompahgre River. New access combined with new management by Colorado Parks and Wildlife should help reduce angling losses in the Uncompahgre.

# WILDLIFE AND VEGETATION

*Existing Conditions*:  In the general Project area, non-irrigated lands include areas of adobe hills of eroded Mancos shale. Soils are often highly alkaline with little organic material. Low precipitation, high rates of erosion, and adobe soils create a harsh environment with sparse and limited, although in some cases rare or unique, vegetation.

The BLM has designated or proposed several Areas of Critical Environmental Concern (Fairview, South Fairview) on public lands to the north and south of the Project area. These designations are based primarily on the presence of rare endemic vegetation on the adobe hill areas.

Native vegetation in the study area consists of salt desert shrub communities dominated by species of saltbush, with generally sparse vegetation. Mancos shale hills have mat saltbush, shadscale, Gardner saltbush, and black sagebrush. Grasses include bottlebrush squirreltail, galleta, Salina wildrye, Indian rice grass, annual wheatgrass, and cheatgrass. Other species include winterfat, pricklypear cactus, yellow milkvetch, woody aster and Canada thistle. Greasewood occurs in areas with elevated groundwater along the canal and areas with salt grass and sea-blight occur in swales.

The South Canal introduced a water supply to the area approximately 100 years ago. Seepage from the canal supports patches of greasewood and tamarisk and, in wetter areas, willows and cattails. Road sides and other disturbed areas support rabbitbrush, Russian knapweed, halogeton, cheatgrass, and annual mustards. Where not concrete-lined, banks of the South Canal support a narrow strip of canary reedgrass, willows, and cattails.

The locations of hydropower project features have all been disturbed in the past with significant earth moving due to the original construction of the South Canal, canal rehabilitation projects over the years, access roads and storage areas, disposal of spoil material and development of borrow areas. In addition at Drop No. 3, outdoor engineering laboratory facilities in the 1930's were constructed. Figures 9 through 12 show construction areas.

30

BLM_0034110



**Figure 9. Vegetation along penstock route at Drop No. 1.  Area is spoil pile from previous construction.**



**Figure 10.  Drop No. 1 penstock route.**

31



**Figure 11. Vegetation along penstock route at Drop No. 3.**



**Figure 12. Drop No. 3 penstock location; powerplant at bottom of hill adjacent to canal.**

32

BLM_0034112

There are topographic depressions that periodically retain water and support alkaline-tolerant species such as saltgrass.  There is one large wetland complex between the South Canal and Fairview Reservoir that is probably supported by canal and lateral seepage in addition to groundwater fed from Fairview.  Plant species include cattail, tamarisk, coyote willow, and cottonwoods.  Adjacent lands have concentrations of greasewood, Russian knapweed and other weedy species (HDR 2009).

The Drop No. 1 impact area consists of several roads and parking areas as well as spoil piles from previous construction projects.  Vegetation, where developed, is dominated by shrubs including greasewood, big sagebrush, saltbush, and rabbitbrush.

At the upper end of the Drop No. 3, the impact area is cleared for access roads, borrow sites, work staging, and other uses.  Vegetation along the penstock route is dominated by greasewood, probably supported by seepage from the South Canal, and scattered desert shrubs.

The Project area provides limited winter range for mule deer and occasionally elk.  There are no prairie dog towns or known raptor nests in the hydropower impact area.  Waterfowl make occasional use of the low velocity sections of the South Canal outside of the "Drop Areas" during the fall and for nesting and brood habitat.

Appendix B includes a listing of plant and animal species of special concern developed by the BLM for the general region and includes species potentially occurring in the Project area.

*Impacts*:  Vegetation and wildlife impacts would occur due to construction of the hydropower facilities and portions of the buried powerline.

Approximately 4-5 acres of land as shown in Figures 9 and 10 would be disturbed during construction of the hydropower facilities at Drop No. 1.  Much of this area is spoil from previous construction but supports species such as rabbitbrush, greasewood and sagebrush.  Approximately 0.20 acres of an open drain adjacent to the spoil pile presently supports cattails and tamarisk and will be avoided by construction.  Following construction, disturbed areas would be recontoured and covered with stockpiled topsoil, treated to prevent erosion, and reseeded with desert shrubs and grasses. At Drop No. 3 approximately 1 to 2 acres of desert shrubland, often dominated by greasewood, would be disturbed during construction.  This area had been excavated and filled years earlier but now supports native and introduced vegetation.  This area would be reclaimed in a similar manner to the Drop No. 1 area.  Attachment D includes additional information on revegetation and seed mixtures.

The large wetland complex above Fairview Reservoir would not be affected.

An erosion control plan and reclamation/reseeding/weed control plan would be prepared and implemented on disturbed areas.

33

BLM_0034113

The powerline would have little or no effect on vegetation and would be designed raptor-proof.

Wildlife impacts should be minor and due primarily to temporary and permanent losses of vegetation due to penstock and powerplant construction. In the long-term, with revegetation and erosion control, impacts would be minor. Appendix B includes potential impacts on species of concern in the area.

# RECREATION

*Existing Conditions:* In addition to fishery related recreation discussed previously, other recreation occurs on lands around the South Canal. For example, waterfowl hunting occurs along the South Canal. The canal road is used for hiking and walking and off-highway vehicle use occurs on adjacent public and private lands. Much of the South Canal is on private land and permission is needed from private landowners before using.

Areas adjacent to any canal are dangerous, but portions of the South Canal are exceptionally dangerous due to concrete drops and chutes, tunnels, and high velocity flows. The maintenance road along the canal is steep and narrow in places and dangerous, especially when wet. For these reasons, recreation is not encouraged.

*Impacts:* Fishery related recreation impacts were discussed previously. There should be no effect on other recreation uses other than short-term closures of construction areas for public safety reasons.

# THREATENED AND ENDANGERED SPECIES

*Existing Conditions:* Table 5 includes species potentially occurring in Montrose County or in downstream rivers that are listed under the Endangered Species Act as endangered, threatened, or are a candidate for listing.

The clay-loving wild buckwheat is found in specific microhabitats in the adobe hill areas along the eastern side of the Uncompahgre Valley near the project area and is endemic to Delta and Montrose Counties, Colorado. The species occurs on both private and public lands; and in the past its habitat was fragmented and lost due to agricultural, road, and housing development. Currently habitat is threatened by off-road vehicle use and expansion of housing areas (Lyon et al, 1999). Vegetation surveys of the Project direct and indirect impact area did not record this species (HDR 2009 and Graff 2011). Graff (2011) concluded: "No occurrences of clay-loving wild buckwheat were found inside the survey area. The vegetation communities in the survey area are only marginally suitable for this species." The survey area included a buffer zone beyond the potential construction impact area.

34

BLM_0034114

**Table 5.   Special status species in Montrose County**

| Common Name | Scientific Name | Status | General habitat |
|---|---|---|---|
| Bonytail | Gila elegans | Endangered | Colorado River and major tributaries |
| Canada lynx | Lynx canadensis | Threatened | High elevation forest |
| Colorado hookless cactus | Sclerocactus glaucus | Threatened | River benches, xeric slopes with cobbles, pebbles |
| Clay-loving wild buckwheat | Eriogonum pelinophilum | Endangered | Adobe hills |
| Colorado pikeminnow | Ptychocheilus lucius | Endangered | Colorado River and major tributaries |
| Greenback cutthroat trout | Oncorhynchus clarki stomias | Threatened | Small, high elevation streams |
| Humpback chub | Gila cypha | Endangered | Colorado River and major tributaries |
| Razorback sucker | Xyrauchen texanus | Endangered | Colorado River and major tributaries |
| Black-footed ferret | Mustela nigripes | Endangered | Prairie dog towns |
| Mexican spotted owl | Strix occidentalis lucida | Threatened | Closed-canopy forests or rocky canyons |
| Yellow-billed cuckoo | Coccyzus americanus | Candidate | Riparian, cottonwood woodland |
| Skiff milkvetch | Astragalus microcymbu | Candidate | Sagebrush parks |
| North American wolverine | Gulo gulo luscus | Candidate | Mountainous wilderness areas |
| Gunnison prairie dog | Cynomys gunnisoni | Candidate | Western Montrose County |

Generated by the Information, Planning, and Conservation (IPaC) System of Fish and Wildlife Service on 10/06/2011

The endangered bonytail, Colorado pikeminnow, humpback chub, and razorback sucker are found in the Gunnison and/or Colorado rivers downstream from the Project area and are influenced by water use activities in the basin that affect both the quantity of flows and quality of water.

In accordance with section 7 of the Endangered Species Act (ESA) of 1973, as amended (16 U.S.C. 1531 et seq.), and the Interagency Cooperation Regulations (50 CFR 402); the Fish and Wildlife Service (2009) issued a Programmatic Biological Opinion (PBO) for the Gunnison River and effects on the endangered Colorado pikeminnow, humpback chub, bonytail, and razorback sucker and their critical habitats. Consultation for the Gunnison River basin includes operation and depletions associated with existing Reclamation projects including the Uncompahgre Project, other Federal projects and existing non-federal water depletions.

Potential habitat for other listed species does not occur in areas affected by the hydropower project.

*Impacts:*  There should be no effect on endangered or threatened species or their habitat due to the development of any of the features of the hydropower project. There are no species present in

35

BLM_0034115

areas that would be affected by construction and there would be no changes in river flows or water quality that could affect the downstream endangered fish.

## INDIAN TRUST ASSETS & ENVIRONMENTAL JUSTICE

Indian trust assets (ITAs) are legal interests in property held by the United States for Indian Tribes or individuals.  Reclamation and other Federal agencies share the responsibility to protect these assets.  There are no potentially affected ITA's in the Project area and therefore no impacts are projected.

Executive Order 12898 on Environmental Justice provides that Federal agencies analyze programs to assure that they do not disproportionately adversely affect minority or low income populations or Indian Tribes.  There are no potentially affected minorities or low income populations or Indian Tribes affected by the Project; therefore no impacts are predicted under alternatives.

## CULTURAL RESOURCES

*Existing Conditions*: The Project impact area has been inventoried for cultural resources (Horn 2011).  There were no prehistoric sites located; however, several historic sites are within the Project area as shown in Table 6.  The State Historic Preservation Officer has reviewed the eligibility of historic sites to the National Register of Historic Places (NRHP) (State Historic Preservation Officer 2011).

Several segments of the Denver & Rio Grande railroad grade are visible along Miguel Road near Drop No. 1 on the South Canal.  The segments are on private land or county road right-of-way.  This section of railroad between Montrose and Gunnison operated between 1882 and 1949.  Features of the railroad are outside of the hydropower project impact area.  The railroad has previously been recommended as eligible to the National Register of Historic Places (NRHP).

The South Canal is a key feature of the Uncompahgre Irrigation Project, one of the first large-scale federal irrigation projects carried out by the Reclamation Service early in the 20th century.  The canal has been previously determined as eligible to the NRHP.  While many of the engineering features of the canal have been replaced over the years, the canal still functions as originally designed and is key to water supplies in Delta and Montrose Counties.

36

BLM_0034116

Table 6.   Cultural resources recorded during inventory of project area (Horn 2011).

| Site & Site Number | Description | Eligible to National Register of Historic Places |
|---|---|---|
| Denver & Rio Grande Railroad Grade 5MN1608.11-14 | Four segments of the abandoned grade of this narrow gauge line are in vicinity of Drop 1 hydropower facilities. | Yes |
| South Canal 5MN1851.5 | South Canal constructed early in 20th century. Important in settlement of the Uncompahgre Valley. | Yes |
| UVWUA Garage 5MN2347 | Adobe/wood frame building constructed in 1940 for maintenance work on Gunnison Tunnel and South Canal | No |
| AB Lateral 5MN8058.8 | Lateral constructed in late 19th century and incorporated into Uncompahgre Project | Yes |
| Settlement attempt 5MN9727 | Short-term farm settlement attempt near South Canal | No |
| Montrose Hydraulic Laboratory 5MN9728 | Reclamation outdoor hydraulic laboratory operated in the 1930's along the South Canal | Yes |

The UVWUA garage was constructed around 1940 for maintenance of the Gunnison Tunnel and the South Canal.  The garage is still used for maintenance.  The location is near the Drop No. 1 penstock location.

The AB Lateral predates the South Canal and in the late 1800's diverted water from Cedar Creek and was designated the Cedar Valley High Line Ditch.  The AB Lateral now diverts out of the South Canal upstream from the Drop No. 1 hydropower facility location.  As with the South Canal, the AB Lateral has previously been recommended as eligible to the NRHP.

The "settlement attempt" site appears to be an abandoned home site near the South Canal that was estimated to have been used between the 1890's and 1910's.  No structures have survived although fragments of cans, glass, metal, wire and other elements can be found.

Site MN9728 is the location of Reclamation's "Montrose Hydraulic Laboratory" that was operated along the South Canal between 1931 and 1936.  Large scale outdoor engineering models were built at the site to test the design of features of projects such as Hoover Dam, Grand Coulee Dam, and Imperial Dam.  For example, a 1:20 scale model for the spillway at Hoover Dam was constructed using the elevation change at Drop No. 3 as shown in Figure 13.  The use of spillway tunnels to carry spill water around Hoover Dam was studied in detail in the early 1930's and was an innovation in design at the time.  The site is eligible to the NRHP.

37

BLM_0034117

Very little evidence of the laboratory exists on the west or south side of the South Canal where facilities have been removed, fill material brought in, and canal maintenance roads constructed. On the east or north side of the canal there are remnants of the models, an example is shown in Figure 14.

*Impacts:*   Of the six historic sites recorded during cultural resource inventories, two would be affected by the hydropower project:  the South Canal and the Montrose Hydraulic Laboratory.

At Drop No. 1 and Drop No. 3 hydropower sites on the South Canal, gates would be constructed to divert flows from the canal to a penstock and powerplant and finally a tailrace that returned the water to the canal.  For example, at Drop No. 3 (Figure 15) flows would be diverted from the canal at the top of the hill and returned to the canal at a location near the bottom of the photograph.

Reclamation is coordinating with the State Historic Preservation Officer on evaluating cultural sites and mitigating impacts to the South Canal; current plans are for recording information through photographs and other documentation.  The Preservation Officer (Colorado State Historic Preservation Officer 2011) concluded:  "We concur that the proposed project will result in an adverse effect on the South Canal (5MN1851.5).  As such, we find the proposed actions to mitigate the adverse effect to the South Canal using Level II documentation satisfactory and anticipate further consultation regarding the development of a Memorandum of Agreement (MOA) to mitigate this adverse effect, as stipulated in 36 CFR 800.6."  The MOA has been drafted and is being finalized with the State Historic Preservation Officer.

The Drop No. 3 hydropower facilities would impact the portion of the Montrose hydraulic laboratory site on the west and south sides of the South Canal but not on the east side where most remnants of the laboratory remain.  According to Horn (2011):

> "However, extensive previous ground disturbance has obliterated nearly all evidence of the models and other buildings that were present at one time within the site on the west side of the South Canal.  It is possible that the patched diversion from the west side of the South Canal, the two concrete structures that probably anchored portions of the wooding flume that delivered water to the Hoover dam model, and tow bolts on the edge of the canal will be impacted by the Project.  A late 1940's artifact scatter that is not associated with the laboratory and a displaced concrete ice box are the only other elements of the site that may be impacted.  None of these is considered to contribute to the significance of the site.  No Project impacts are anticipated to take place on the east side of the South Canal, which is the contributing portion of the site."

38

BLM_0034118



**Figure 13.  Montrose hydraulic laboratory along South Canal in 1930's.  Hoover Dam spillway testing.**

BLM_0034119



**Figure 14. Remnants of 1930's hydraulic laboratory north and east of the South Canal. Structure supported a pipeline or flume.**



**Figure 15. Water would be diverted from the South Canal, carried through a powerplant, and returned to the canal.**

40

BLM_0034120

Figure 16 shows a photograph taken from the top of Drop No. 3. The Hoover Dam spillway model was located to the west (right looking downstream) of the canal drop; however, structures were removed and excavations filled in sometime after the 1930's.



**Figure 16. Traces of Hoover Dam Spillway model located to right side of canal have been obliterated over the years**

## AIR QUALITY AND NOISE

*Existing Conditions:* Air quality is generally excellent in the Project area and there are no air quality non-attainment areas in the vicinity. Agricultural operations, construction activities, and off-road vehicle use can be sources of dust pollution during wind events in the general region.

41

There are no significant noise sources or problems in the Project area. The primary sources of noise in the Project area are traffic along U.S. Highway 50 and the noise of flowing water in the South Canal.

*Impacts:*  There would be short-term dust impacts during excavation work although this would be limited because dust control would be followed during construction.  Construction specifications would require watering to minimize/control dust from cleared areas.  There would be no long-term adverse impacts on air quality due to operation and maintenance of the hydropower facilities.  As with other hydropower projects, there would be a beneficial offset of emissions of carbon dioxide and other green house gases.  Carbon dioxide emissions would be reduced by an estimated 47,000,000 pounds per year (Table 7).

Table 7.  $CO_2$ offset from South Canal electricity generation.

| South Canal Hydropower – Annual $CO_2$ Offset | | | | |
|---|---|---|---|---|
| Fuel Type | Tri-State Generation percentage | CO2/kwh | CO2 Offset (lbs) | CO2 Offset (metric tons) |
| Coal | 72 | 2.1 | 40,824,000 | |
| Nat Gas, Fuel Oil, Diesel | 1 | 1.3 | 351,000 | |
| Renewable | 14 | 0 | 0 | |
| Purchased[*] | 13 | 1.9 | 6,669,000 | |
| Total | | | 47,844,000 | 21,747 |

[*]Assumptions: 27,000,000 kwh/year generated by South Canal Hydro.  Assumes purchased electricity consists of 75% coal and 25% natural gas generation

There would be minor noise impacts during excavation for the powerplant and from construction traffic.  During operation, the turbines and generators would produce machinery noise; however, such equipment would be fully enclosed and located a considerable distance from any dwellings and should have no discernible impact. The turbine/generator represents a new potential noise source. Turbine/generator noise analysis from similar projects indicates that turbine/generator noise would become indistinguishable above background sound levels at a distance of about 100 to 200 ft from the powerplants. The nearest residence to a powerplant is a UVWUA ditch rider residence 1,600 feet from the Drop One powerplant.  Because of this, turbine/generator noise is expected to be inaudible from any nearby dwellings. Therefore, with the elimination of cascading water, the overall project effect would be to reduce noise levels compared to existing conditions.

# VISUAL RESOURCES

*Existing Conditions:* The BLM uses a Visual Resource Management (VRM) system to assess visual resources.  BLM lands in the vicinity of Drops Nos. 1 and 3 are VRM Class IV, a category

42

that accepts major modifications in the landscape. The visual appearance of the landscape along the South Canal is dominated by Mancos Shale adobe hills with irrigated land developed along flats below the canal. Lands west or downhill from the canal show considerable modification from ditches, roads, maintenance activities, and agricultural development. Lands east or uphill from the canal show less evidence of development and have a more natural appearance.

The powerline right-of-way along U.S. Highway 50 is used for an existing utility corridor and presently contains a powerline on single wooden poles.

*Impacts:* Power features would be constructed adjacent to the existing canal and concrete forebay and tailrace structures would have similar appearance to existing concrete structures at the canal drops. Powerhouses would be constructed at the bottoms of Drop Nos. 1 and 3. Near Drop No. 1 there are several buildings associated with the canal, and the powerhouse building would not be a significant new addition to the landscape. At Drop No. 3, there are no existing buildings and the new powerhouse building would be a noticeable new addition to the landscape. Both powerhouses would be painted with colors to blend with the existing landscape and to be non-reflective. Penstock routes and other disturbed areas would be contoured and revegetated. Construction material and existing debris from previous construction would be disposed of at designated landfills.

## CUMULATIVE IMPACTS and PUBLIC LAND HEALTH

Cumulative impacts are impacts on the environment, which result from the incremental impact of the action, when added to other past, present, and reasonably foreseeable future actions. Cumulative impacts can result from individually minor but collectively significant actions taking place over a period of time. Overall, the construction of the hydropower plant should not have significant cumulative impacts.

The Colorado BLM has approved the "Standards for Public Land Health" which describe conditions needed to sustain public land health and relate to all uses of the public lands. The only BLM lands affected by the hydropower project are an approximately 1,400-foot long segment of the South Canal maintenance road. A powerline will be buried within the road at this location. Thus there should be no potential positive or negative effect on public land health.

Land health for the entire project can still be considered, however. Table 8 provides information.

BLM_0034123

Table 8.  Standards for Public Land Health

| Standard | Definition/Statement | Project Effects |
|---|---|---|
| Upland Soils | Upland soils exhibit infiltration and permeability rates that are appropriate to soil type, climate, land form, and geologic processes.  Adequate soil infiltration and permeability allows for the accumulation of soil moisture necessary for optimal plant growth and vigor, and minimizes surface runoff. | Disturbed areas will be recontoured and revegetated to reduce runoff and erosion.   Compaction avoided. Approximately 7 acres affected. Overall effects neutral. |
| Riparian Systems | Riparian systems associated with both running and standing water, function properly and have the ability to recover from major surface disturbances such as fire, severe grazing, or 100-year flows.  Riparian vegetation captures sediment, and provides forage, habitat and biodiversity.  Water quality is improved or maintained. Stable soils store and release water slowly. | No natural riparian systems present. South Canal edges vegetated in some places with narrow strip of willows or other riparian species. Segment of canal on BLM lands is example.  No effects on this resource. |
| Plant and Animal Communities | Healthy, productive plant and animal communities of native and other desirable species are maintained at viable population levels commensurate with the species and habitat's potential.  Plants and animals at both the community and population level are productive, resilient, diverse, vigorous, and able to reproduce and sustain natural fluctuations, and ecological processes. | Gunnison River (source of South Canal water) flows are protected at present levels.  Small (< 7 acres) of desert shrub vegetation lost permanently due to project facilities.  Other disturbed areas revegetated to minimize effects on plant and animal communities. |
| Threatened and Endangered Species | Special status, threatened and endangered species (federal and state), and other plants and animals officially designated by the BLM, and their habitats are maintained or enhance by sustaining healthy, native plant and animal communities. | Adverse effects on species avoided. No benefit or adverse effect on habitat predicted. |
| Water Quality | The water quality of all water bodies, including ground water where applicable, located on or influenced by BLM lands will achieve or exceed the Water Quality Standards established by the State of Colorado.  Water Quality Standards for surface and ground waters include the designated beneficial uses, numeric criteria, narrative criteria, and anti-degradation requirements set forth under State law as found in (5 CCR 1002-8), as required by Section 303© of the Clean Water Act. | Erosion control and revegetation work should result in neutral effect on water quality resources. |

44

BLM_0034124

# SUMMARY AND ENVIRONMENTAL COMMITMENTS

In summary, the primary effect of the proposed action would be to develop a renewable energy resource. There would be short term economic benefits due to construction expenditures and employment. In the long-term, DMEA and UVWUA and their members would benefit from income generated from the Project. Fish losses to the South Canal would be reduced with beneficial effects to Gunnison River fishery management and angling and negative effects to fishing in the South Canal. Fish entering the Uncompahgre River from the South Canal would also be reduced.

*Mitigation Measures and Environmental Commitments*

The following measures will be implemented and followed by DMEA and UVWUA and their contractors as required under the LOPP:

- The construction and operation of the hydropower project will not interfere with the irrigation supplies or maintenance of the Uncompahgre Project nor with water supplies for Fairview Reservoir.
- Existing access roads will be used. No new access roads constructed.
- Erosion-control Best Management Practices for drainage and sediment control will be implemented to prevent or reduce nonpoint source pollution during and following construction.
- All construction equipment shall be power washed and free of soil and debris prior to entering the construction sites to reduce the spread of noxious and unwanted weeds.
- Topsoil, where available, will be stockpiled during construction for later use in revegetation. Disturbed areas will be recontoured to reduce erosion and facilitate establishment of vegetation. Disturbed areas will be reseeded. The plan for revegetation and related erosion control/recontouring and implementation will require approval by Reclamation. Attachment D contains seeding recommendations.
- Dust control will be undertaken in all areas disturbed during construction.
- Fuel storage, equipment maintenance, and fueling procedures will be developed to minimize the risk of spills and the impacts from these incidents. A Spill prevention control, and countermeasure plan (SPCC) will be prepared prior to construction.
- DMEA will be responsible for obtaining any required Federal, state, or local permits to construct and operate the Project, including permits under the Clean Water Act (Section 402 and 404 permits) which may be needed for dewatering or other activities. Montrose County permits will be acquired for portions of the powerline.
- In the event of discovery of evidence of possible cultural or paleontological resources, the contractor shall immediately cease all ground-disturbing activities in the vicinity and notify Reclamation and work shall not be resumed until approved by Reclamation.
- Remnants of the Montrose Hydraulic Laboratory features on the north/east side of the canal will not be disturbed by the Project.

45

- Cultural mitigation measures agreed to in a Memorandum of Agreement with the Colorado State Historic Preservation Officer will be completed by DMEA and UVWUA.
- If any additional areas of impact (for example, access roads, borrow pits, or waste areas) are identified during the course of the undertaking, they will be inventoried for cultural resources. The results of such inventory will be forwarded to the SHPO according to standards of the Colorado SHPO and the Secretary of the Interior Standards and Guidelines. If no cultural resources are found during the inventory, the project may proceed within the area inventoried. If eligible historic properties are discovered, Reclamation will consult with the SHPO according to 36 CFR Part 800 on eligibility, effect, and resolution of effect. No construction work will occur at or near the historic property until this consultation is completed.
- Powerhouses and substations will be non-reflective and painted to blend with background.
- DMEA will fund and operate an electronic fish barrier to be constructed and operated at the entrance to the Gunnison Tunnel to deter fish from entering the tunnel from the Gunnison River. The barrier will be operational before the spring of 2014.
- DMEA will work with Colorado Parks and Wildlife to fund access or habitat improvement to mitigate lost fishing opportunities along the South Canal and Uncompahgre River. DMEA will fund up to $300,000 towards the fee purchase or perpetual fishing access leases of a local property that is deemed by Colorado Parks and Wildlife to be suitable for fishing and recreation or toward aquatic habitat improvement on the Uncompahgre River. If other funds become available to assist in the purchase or lease of a local property, the $300,000 commitment can be reduced by the amount of other party funds and the commitment will be considered fulfilled. If a mitigation plan cannot be initiated within 30 months from the date of the final EA, DMEA will make a $300,000 contribution to a mitigation fund as agreed to between Colorado Parks and Wildlife and DMEA.
- Any new or upgraded powerlines will be designed and constructed "raptor proof". Powerlines will be constructed in accordance to standards outlined in "Suggested Practices for Avian Protection on Powerlines: The State of the Art in 2006" (Avian Power Line Interaction Committee. 2006). See http://www.aplic.org/SuggestedPractices2006(LR-2watermark).pdf.
- Under the hydropower project alternative, water in the South Canal diverted for irrigation will also be used for hydropower production. There will be no increase in diversions from the Gunnison River solely for hydropower use permitted under the LOPP, and hydropower production will not be permitted from November through February.

During the early and late irrigation seasons, in order to prevent an increase in diversion volumes exclusively for hydropower production, guidelines have been developed to limit the volume of water diverted through the Gunnison Tunnel during the early and late season months but still allow flexibility for irrigation needs. These guidelines were developed by determining the one-half month volumes that will not be greater than the 10 percent level of exceedence for the 1991-2010 period of diversions through the Gunnison

46

BLM_0034126

Tunnel. The volume guidelines were developed for one-half month periods between March 1 and April 15 and between October 1 and October 31. In other words for each of these half month periods, the guidelines state the volume diverted by the Gunnison Tunnel will not be greater than what has historically occurred in the highest 10 percent of the time between 1991 and 2010. A graphical representation of these volume guidelines is shown in Figure 8 of this chapter.

As an example, diversions in the second half of March will be limited to a volume of 12,000 acre-feet which is approximately equal to the volume produced by a constant diversion rate of 370 cfs. For the first half of April the diversion volume will be limited to 23,000 acre-feet which corresponds to a constant diversion rate of 780 cfs. It is not the intent of this environmental commitment to limit diversions for irrigation purposes, as there may be a need to increase irrigation diversions in the future if cropping patterns change or if climate conditions become warmer or drier. However, diversions during the time periods mentioned above will be evaluated by Reclamation after each irrigation season to determine whether the one-half month volumes were exceeded. If diversions during these time periods cannot be justified as for irrigation purposes only, the lessee will be considered in default of the LOPP as described in Section 20 (a) (1) of the LOPP.

- The UVWUA will be responsible for noxious weed control within the limits of the facility for the life of the project. UVWUA is responsible for consultation with Reclamation for acceptable weed control methods, including pesticides/herbicides approved for use on public land. Use of pesticides/herbicides will comply with the applicable Federal and state laws. Pesticides/herbicides will be used only in accordance with their registered uses and within limitations imposed by the Secretary of the Interior.

47

BLM_0034127

# CHAPTER 4- CONSULTATION AND COORDINATION

## GENERAL

Scoping was initiated in March, 2011 through news releases, mailings, and email contacts.  A public scoping meeting was held in Montrose.  Written and verbal comments were received from the public and interested agencies and local governments as discussed in Chapter 1.  Information was also available through meetings and publications of UVWUA and DMEA.

Consultation is being conducted with the Colorado State Historic Preservation Officer under Section 106 of the National Historic Preservation Act and informal consultation has been conducted with the Fish and Wildlife Service under the Endangered Species Act.  Colorado Parks and Wildlife has provided input concerning recommendations and potential effects of the proposal on fish and wildlife and recreation resources.

The draft EA was distributed for review on December 20, 2011 with a review period extending to January 30, 2012.  Availability of the EA was announced through news releases in local papers.  In addition to agencies, organizations, and interested individuals, availability of the EA was announced to landowners along the South Canal.

## COMMENTS ON THE DRAFT EA

Approximately 30 comment letters or emails were received on the draft EA.  Comments were received from:

- National Park Service
- Fish and Wildlife Service
- Bureau of Land Management
- Colorado Parks and Wildlife
- Colorado River District
- High Country Citizens' Alliance
- Trout Unlimited
- RIGS Fly Shop
- Interested Individuals

Most comments were supportive of development of hydropower on the South Canal for economic and clean energy related reasons. Some of the comment letters were concerned, however, with the loss or reduction of the fishery and associated recreation in the South Canal

48

BLM_0034128

and with the effects on the fishery of the Uncompahgre River.  Some commentors believed fishing in the canal was not appropriate or not a concern.

Other comments were supportive of plans to reduce the movement of fish from the Gunnison River through the Gunnison Tunnel to the South Canal.  Comment letters also supported commitments to not increase diversions from the Gunnison River for hydropower although the commitment should be better defined to avoid significant impacts.

Comments and Responses are summarized below:

**National Park Service:**

Comment:  Supportive of the hydropower project but concerned on "what effects the proposed project might have on the delivery of the Black Canyon water right and the pattern of Gunnison River streamflow."  Asks Reclamation to better determine if the Black Canyon water right and Gunnison River flows could be affected and to explore mitigation strategies.  The Service also encourages Reclamation "to include language in the final version of the LOPP stipulating that ten years prior to its renewal, Reclamation will complete an audit of operations and impacts to water rights and streamflows and to begin mitigation of adverse impacts that may have arisen.

Response:  The concern is recognized that diversions from the Gunnison River should not increase as a result of the hydropower project.  No increase in diversions from the Gunnison River through the Gunnison Tunnel to the South Canal will be permitted for the purpose of hydropower production.  Historic hydrologic and climatic conditions are such that irrigation diversions normally take place in the March through October timeframe. As the Environmental Commitment section of the EA states, no hydropower production will occur outside of this period. Changes in climatic conditions may require changes in the timing of irrigation diversions. If this occurs, it would be reasonable to allow the use of the resource in the generation of hydropower if the purposes of diversions are strictly for irrigation. The term for the LOPP is 40 years and a renewal would require NEPA compliance (in whatever form that may be in at that time). Consequently, all environmental impacts would be reevaluated prior to issuance of a new Lease. Reclamation and other affected interests will monitor irrigation diversions; and if they appear unreasonable, the LOPP will be reviewed with the lessee to remind them of their environmental commitment.

The following environmental commitment is retained in the final EA:  The hydropower facility will be operated based on irrigation diversion patterns.  There will be no increases in diversions from the Gunnison River through the Gunnison Tunnel to the South Canal for the hydropower project.  Nor will there be any extension of the diversion period due to the hydropower project. No hydropower production will occur in the November through February period.

In addition, a new environmental commitment has been developed and included in the project plan:  During the early and late irrigation seasons, in order to prevent an increase in diversion

BLM_0034129

volumes exclusively for hydropower production, guidelines have been developed to limit the volume of water diverted through the Gunnison Tunnel during the early and late season months but still allow flexibility for irrigation needs. These guidelines were developed by determining the one-half month volumes that will not be greater than the 10 percent level of exceedence for the 1991-2010 period of diversions through the Gunnison Tunnel. The volume guidelines were developed for one-half month periods between March 1 and April 15 and between October 1 and October 31. In other words for each of these half month periods, the guidelines state the volume diverted by the Gunnison Tunnel will not be greater than what has historically occurred in the highest 10 percent of the time between 1991 and 2010. A graphical representation of these volume guidelines is shown in Figure 8 of this chapter.

**Fish and Wildlife Service:**

Comment:  Because Reclamation determined that the proposed action would not affect endangered species, consultation and concurrence are not necessary for the proposed project.

Response:  Concur.  Endangered species are discussed in the EA.

**Bureau of Land Management:**

Comment:  EA should include map and description of public lands affected and should describe the Memorandum of Agreement (MOA) between BLM and Reclamation concerning authorization of facilities.

Additional information should be included concerning:  dust control, noise impacts, and wetland impacts.  Suggestions are provided concerning weed control, revegetation, and raptor proofing powerlines. BLM "standards for land health" should be addressed. It was suggested that a visual simulation of the powerplant building be provided.  Recreation, in addition to fishing, should be addressed as should be hazardous material/waste.

Response:  A map and legal description of public lands affected by the hydropower project has been included in the final EA.  The MOA is now described in Chapter 1 of the EA. Additional information has been included on dust control and noise impacts.  The effects on wetlands have been updated in the final EA.

Standards for public land health are now discussed in Chapter 3 of the EA.  An example drawing of a powerplant building has been included in attachments to the EA.  Suggestions concerning weed control, revegetation, and raptor proofing have been accepted and included in the project plan and environmental commitments.

50

BLM_0034130

**Colorado Parks and Wildlife:**

Comment:  Supports plans to reduce or eliminate the loss of fish from the Gunnison River to the South Canal by use of the electronic barrier.  However, concerned with impacts to recreational fisheries on the South Canal and the Uncompahgre River.

Commitments to mitigate for the loss of the canal fishery and impacts to the Uncompahgre River fishery are not firm.  First preference is "for new local fishing access to be provided for anglers either on local rivers (i.e. Uncompahgre or Cimarron) or currently private lakes such as Fairview Reservoir, Montrose Reservoir, or other private waters.  This could be in the form of access agreements, direct purchase of property, or the lease of fishing access from private landowners.  Our second preference for mitigation would be to improve existing local fisheries through significant habitat improvements.  We would like to partner with the project proponents to assist this process and facilitate matching money from other sources like the City of Montrose and grant programs like GOCO and Fishing is Fun.  At a minimum, we request that the final EA identify a maximum dollar amount of mitigation money that the project partners will commit to.  That mitigation should be able to provide a new fishing access to a commensurate amount of stream fishing being lost, 7.7 miles or 65.5 acres or a smaller amount that could provide similar levels of angling recreation.  If a suitable mitigation site cannot be found or recommended, then a monetary amount should be identified for a mitigation fund to provide new fishing access or habitat improvement in the future, based on approximately 2 to 4 years worth of the estimated annual value of that fishery or $486,598 to $973,196.  Given local land values, this is approximately the amount of money needed to purchase properties with fishing access in the Uncompahgre Valley.

Response:  The project proponents, DMEA and UVWUA, have accepted Colorado Parks and Wildlife's recommendation to fund, install, and operate an electronic fish barrier to prevent the loss of fish from the Gunnison River to the Gunnison Tunnel and South Canal.  This represents a tradeoff:  improvement of fisheries and fish management in the Gunnison River and reduction or elimination of fish in the South Canal and the movement of fish from the South Canal to the Uncompahgre River.

Project proponents have also agreed to a set level of mitigation to reduce the impacts of fewer fish in the canal and Uncompahgre River as a result of accepting Colorado Parks and Wildlife's recommendation to fund, install, and operate an electronic fish barrier. The commitment is included in the Environmental Commitment section of Chapter 3.  In addition, the Colorado Parks and Wildlife plans to modify their management plans for the Uncompahgre River by increasing stocking of trout to help offset reductions in fish entering from the South Canal.

51

BLM_0034131

**Colorado River District:**

Comment:  The River District supports the hydropower project and the project will help the long-term sustainability of the UVWUA.   Will help DMEA defray operating expensed and assist in the maintenance and improvement of the Uncompahgre irrigation project.

The economic benefits should be stated more clearly and concisely and project revenue could be better defined.  Unclear how and when the revenue accrues and how UVWUA benefits.

Sudden interruptions or shutdowns of the hydropower plant need to be addressed—how is canal and irrigation supply protected?

Response:  The following table summarizes cost/generation information. Terms (years/interest rate) are not finalized yet.  Performance guarantee from the contractor is for 24,633,000 kwh annually; however, expected generation is 27,403,000 kwh.

| Project Cost ($) | Annual Generation(kwh) | Annual Expenses ($) | Avoided Cost of Wholesale Power ($) | Projected Cost per kwh ($) |
|---|---|---|---|---|
| 22,000,000 | 26,033,000 | 1,600,000 | 1,800,000 | 0.062 |

Concerning canal equilibrium levels that should be maintained in the event of sudden shutdowns of the powerplant and effects of sudden surges of water in restarting the plant that may damage the canal prism, these concerns are certainly legitimate and are being addressed in the design process. An automatic bypass gate will be required as part of the design to maintain even canal flows.  Riprap and prism armoring in the tailrace areas to protect the canal prism structure will also be required.

**High Country Citizens' Alliance:**

Comment:  Supports the hydropower project under the assumption of no increases in diversions from the Gunnison River.  Supports preventing loss of fish from the Gunnison River to the South Canal.  Effectiveness of the deterrent should be monitored.   Recreational fishing losses in South Canal should be mitigated by improved public fishing access at other nearby locations.

EA should address sensitive vegetation species, such as Colorado desert parsley and the Montrose bladderpod, in addition to endangered species.

Response:  The final EA includes additional commitments not to increase diversions from the Gunnison River for the purposes of hydropower production.  Agreed that monitoring of the fish barrier should be conducted to determine the effectiveness of the fish barrier. Plant species mentioned were not recorded in surveys of the immediate area.  Revegetation and restoration plans would provide potential habitat for native plant species to return.

52

**Colorado Trout Unlimited:**

Comment:  Primary concern is how to guarantee that hydropower development would not increase diversions from the Gunnison River to the Gunnison Tunnel and South Canal.  Supports the intent of commitments in the draft EA but feels they can be improved to protect the Gunnison River.  The final EA should define average historical diversions on a weekly basis, and the LOPP should limit hydropower diversion to these weekly averages.  Hydropower diversions should be limited to historical averages on a weekly time-step.   A LOPP should only be issued for this project if the environmental conditions limit annual diversions for hydropower use to no more than 360,000 acre-feet.

Supports the electronic fish barrier to prevent fish from being diverted from the Gunnison River.  Plan will benefit the rainbow trout brood stock programs by increasing the yield of whirling disease resistant fish.  Effectiveness should be monitored.

Loss of fishery in South Canal should be mitigated through public access and stocking to expand amount of and quality of local trout fisheries.  Mitigation should be defined prior to issuance of the LOPP.

Response:  While Reclamation agrees with the general intent of the comment, we do not believe the specific suggestion would be practical in the long term.  Although water rights for the Uncompahgre Project are decreed for year round diversions with the use for hydropower included, the project proponents have committed to using only diversions for irrigation in the South Canal for the purpose of generating hydropower. It would be inefficient to limit maximum future diversions which could be used for hydropower generation to the average diversion of 360,000 ac-ft over the past 20 years as the average, by definition, includes higher diversions and lower diversions. As stated in the EA, the hydropower project would have no control over operation of the canal or diversions from the Gunnison River.  Diversions will not be made for hydropower and hydropower production will not be permitted from November through February.  Diversions will be strictly for irrigation or for Fairview Reservoir.

Reclamation has met with representatives of Trout Unlimited and had additional discussions with other parties on this question and as a result, additional environmental commitments have been developed and included in the project plan.  Concerning the early and late irrigation season, volume diversions from the Gunnison River, calculated bi-monthly, from March 1 through April 15 and from October 1 through October 31, will not exceed the 10 percent exceedence level of 1990-2010 diversions.  In other words, during those time periods, volumes diverted in each half of March and October and in the first half of April, will not be greater than what could have been expected to be exceeded 10 percent of the time.  A graphical representation of this has been included in Figure 8 of Chapter 3 of the final EA.

53

**RIGS Fly Shop:**

Comment:  Concerned with effects on the Uncompahgre River fishery.  Will affect fishing related businesses and private anglers.  Mitigation efforts and their appropriated revenues should be clearly defined before the project is approved.  Access acquisition and alternative mitigation measures should be considered.  Should be cooperative effort; Curecanti/Aspinall Unit mitigation funds should be used.  Leasing access between Ridgway Dam and Montrose should be considered.  Habitat improvement on existing public stream reaches could be part of the mitigation.

Effects on the Uncompahgre River fishery are not sufficiently evaluated.  Monitoring should be funded.  There are economic benefits to the project but there are also economic problems related to effects on fisheries.  Pre-determined percentage of hydropower net revenues should be dedicated to mitigation fund for life of the project.

Response:  See response to Colorado Parks and Wildlife letter.  As indicated, the proponents have accepted Colorado Parks and Wildlife's recommendation to construct and operate a fish barrier on the Gunnison Tunnel to benefit the fisheries and fish management in the Gunnison River.  This is a tradeoff with impacts to the South Canal and Uncompahgre River.  DMEA has also agreed to mitigation work outside the Gunnison River as shown in Environmental Commitments in Chapter 3.

The comment letter mentions the "Curecanti/Aspinall Unit mitigation funds".  This was a Reclamation program to mitigate fish and wildlife losses associated with Blue Mesa, Morrow Point, and Crystal Reservoirs.  The program acquired and developed wildlife areas such as the Gunnison State Wildlife Area, the Cimarron State Wildlife Area, and portions of the Billy Creek State Wildlife Area. In addition fishing access was acquired upstream from Blue Mesa, on the Lake Fork of the Gunnison, on Cimarron and Beaver Creeks, and at and above the Gunnison River-North Fork confluence.  Most recent acquisitions were on Tomichi Creek however adequate funding has not been available for large acquisitions in recent years.

**Individuals:**

Twenty individuals provided comments on the draft EA, with most comments related to the South Canal and Uncompahgre River fishery.  Thirteen were concerned with adverse effects on the fishery in the South Canal and/or Uncompahgre River, and 7 were not concerned or thought concerns with the canal fishery were inappropriate for a variety of reasons.  Also several concerns expressed about the potential for increased diversions from the Gunnison River due to hydropower development.

There were also comments/questions on the project design, economic effects, and public safety.

BLM_0034134

*Design and Economics*

Comments:  Concerned that if reach of canal between Drop No. 1 and No. 2 is excavated to increase hydropower production, disposal of the sediment will lead to dust or other problems.

One commentor believed that DMEA is exempt from legislatively mandated regulations for renewable energy sources.  Also use of a 34.5 kV distribution feeder from the hydropower plants to the substation is unique and should be explained.  Costs of additional transformers and substation need to be included, and the total cost of the project and cost/unit of electricity should be provided.

One commentor believed that a cheaper alternative would be to purchase the power from Tri-State.

One estimated that hydropower benefits would outweigh any fishery losses while another thought that fishery losses outweighed any hydropower benefits.  Another believed that the economy is in bad shape and the hydropower project would be a large economic benefit to the area.

Responses:  Excavation of the canal prism, originally being considered, between Drop No. 1 and No.2 is no longer included in the plan.

According to DMEA, Colorado's renewable energy standard mandates distribution cooperatives (not Tri-State Generation and Transmission) provide an increasing percentage of their electricity sales from eligible energy sources.  Article 4 Title 24 of CRS and/or CO HB 07-1281 states "…the electric resource standards shall require each cooperative electric association and municipally owned utilities that are qualifying retail utilities to generate, or cause to be generated, electricity from eligible energy resources in the following minimum amounts:

    (A) One percent of its electricity sales in Colorado for the years 2008 through 2010;
    (B) Three percent of its electricity sales in Colorado for the years 2011 through 2014;
    (C) Six percent of its electricity sales in Colorado for the years 2015 through 2019;
    (D) Ten percent of its electricity sales in Colorado for the years 2020 and thereafter."

Further, the same revised statutes clearly state that DMEA is required to meet the above provision as a qualified retail utility.  This requirement is not voluntary.

Referring again to HB 07-1281 and the CRS, the South Canal Hydropower Project does meet the definition of eligible energy resources "…Eligible Energy Resources means recycled and renewable energy resources."  "Renewable Energy Resources" means solar, wind, geothermal, biomass, and new hydroelectricity with a nameplate rating of ten megawatts or less…"

55

BLM_0034135

The selection of 34.5 kV as the voltage for the distribution powerline that will carry power from the hydroelectric facilities to the East Montrose substation was based on a number of factors. Most predominant in the economics of the 34.5 kV selection is the resistive losses that occur with carrying power at a lower voltage. A net present value analysis of capital costs and line losses associated with various distribution voltages revealed the appropriateness of a 34.5 kV distribution powerline.

All necessary and appropriate components of the Project, including transformers, were included in DMEA's construction cost estimates.

The East Montrose substation facility was planned, has been approved, and is necessary to provide reliable service to DMEA's members independent of the South Canal Hydropower Project.

The total, estimated final cost of the Project is $22 million. The estimated cost per kilowatt-hour (kwh) of electricity generated by the facilities is influenced by several factors including the following factors that will not be known with certainty until a future date – finance rate, volumetric water flow rate, duration of water flow, and operation and maintenance costs. The best current estimates of cost per kwh indicate the cost will be approximately equal to the current rates DMEA pays to Tri-State Generation and Transmission (TSGT). However, TSGT charges DMEA for the electricity it delivers based on two components – monthly demand and energy. This requires a computation to determine the cost per kwh DMEA pays to TSGT. The resultant variability possible in making estimates of costs for future purchased power from TSGT renders a direct comparison fraught with variation.

The projected cost of power generated from the South Canal Hydropower Project is cheaper than the projected cost of power purchased from TSGT (using TSGT's estimates of escalation of cost of power). The seasonal nature of water flows in the South Canal has been factored into the cost estimates. TSGT has a greater demand for electricity during much of the time the Project will generate electricity than the portion of the year in which irrigation water flows are absent in the South Canal. TSGT is aware of this fact and has entered into an agreement with DMEA that acknowledges the welcomed "load offset" the Project will provide to TSGT's demand.

*South Canal Fishery*

<u>Comments:</u>  Concerned with loss of fishing in the South Canal. Need to design project to maintain fish in canal; need to continue to divert fish from Gunnison River to the canal and screen powerplant penstocks and provide bypass flows around powerplants. Landowners along canal benefit from the fish in the canal; property values would be affected by loss of fishing. The canal fishery is important:  local, close to people, has fewer restrictions, and is good fishery. Year-round flows should be provided in the canal for the fish.

BLM_0034136

Other comments indicated that the fish barrier is needed to keep fish out of canal. Fish in the canal perish every winter or are snagged. Present loss of fish from the Gunnison River to the canal is appalling.

Even with electronic fish barrier, fish will continue to be diverted into the canal when diversions begin in the spring.

Fishing in canal is a safety concern; canal should be fenced.

Responses: More comments were received concerning the loss of fishing in the South Canal than any other concern. During planning, two alternatives were considered: 1) continue to divert fish into the Gunnison Tunnel and South Canal or 2) provide some type of barrier to prevent or reduce losses of fish from the river to the tunnel and canal.

DMEA worked with Colorado Parks and Wildlife and accepted the recommendation to construct and operate the electronic fish barrier to keep fish in the Gunnison River. This is included in the present plan and will reduce the number of fish diverted from the Gunnison River through the tunnel to the South Canal.

Some fish would still be expected to be diverted. For example, in March when irrigation diversions first begin, there would be fish between the fish barrier and the tunnel gate (the electronic barrier would not function during the non-irrigation season). Also, no fish barrier is fully efficient, and some fish would continue to enter the tunnel and canal although at significantly reduced numbers.

Fish that did enter the canal would go through the turbines (or around the turbines when the canal was first filled, when canal flows were exceeding the turbine capacity as would occur sometimes in the summer, or when powerplant was offline). As indicated in the EA there is survival of fish through Kaplan type turbines, with smaller fish having higher survival rates.

In summary, there would continue to be fish in the South Canal although numbers are expected to be greatly reduced and fishing success would be correspondingly reduced. Fish populations in the Gunnison River would benefit from the electronic barrier in turn benefitting angling in the Gunnison and also benefitting other Colorado fisheries because of the Gunnison role in providing brood stock for whirling disease resistant rainbow trout.

There are no plans to fence the South Canal although the new powerplant buildings will be fenced. The canal is located on either Reclamation lands, public (BLM) lands, or private lands. To avoid trespass, permission is needed by people using private lands along the canal. Safety concerns due to deep, swift water; concrete drops, tunnels, and other hazards are very real. In addition, the canal road is very dangerous when wet or icy. Recreation along the canal is not encouraged.

57

BLM_0034137

*Uncompahgre River*

Comments:  Concerns expressed that with the electronic barrier in place, fewer fish would enter the Uncompahgre River via the South Canal.  These fish are an important source of fish and related fishing recreation in the Uncompahgre River between the end of the South Canal and the city of Montrose.  Property values along the river enhanced by fishing opportunities.  The Uncompahgre River has improved as a fishery and recreation asset in recent years due to construction of upstream Ridgway Reservoir, mine drainage remediation in the headwaters, and habitat improvements on public and private segments of the river.

Responses:  The Uncompahgre River has benefitted in recent years from upstream water quality and habitat improvements, increased stocking of trout, and reduced winter diversions. Public fishing is available in several locations including parks developed in the city of Montrose.

The South Canal is one source of fish for the Uncompahgre.   Fish that presently enter the South Canal from the Gunnison River either are lost to other ditches and the West Canal that flow out of the South Canal, are caught or snagged, perish when the canal is dewatered, or enter the Uncompahgre River (majority of the water in the South Canal is discharged into the Uncompahgre River).  The Uncompahgre River flows 2.6 miles downstream from the South Canal to the M&D Diversion, a large 550 cfs irrigation diversion.  With a reduction in the fish in the South Canal, there will also be a reduction in fish entering the Uncompahgre River.   As with fish in the canal itself, this is a tradeoff of reducing losses of fish from the Gunnison River. The habitat of the river itself would not be affected.

Colorado Parks and Wildlife has indicated that they will adjust management plans for the Uncompahgre River, including increasing stocking of whirling disease resistant subcatchable rainbow trout between the South Canal and the city of Montrose.


# DISTRIBUTION LIST


News Releases announced the availability of the draft and final EA, and the EAs were placed on Reclamation's website at:  www.usbr.gov/uc/ under environmental documents.   The final EA was distributed by mail and the EA was also distributed electronically to email addresses collected during the scoping process and during the review of the draft EA.

The final EA has been distributed to an updated mailing and email list as shown below:

Colorado State Representatives
Colorado State Senator
Delta County Commission, Delta CO

Montrose County Commission, Montrose CO
Colorado Division of Water Resources, Montrose CO
Colorado Parks and Wildlife, Montrose CO
Colorado State Historic Preservation Officer, Denver CO
Tri County Water Conservancy District, Montrose CO
DMEA, Montrose CO
Uncompahgre Valley Water Users, Montrose CO
Project 7 Water Authority, Montrose CO
Montrose Daily Press, Montrose CO
Telluride Watch, Telluride CO
Ouray Plain Dealer, Ouray CO
Daily Sentinel, Grand Junction CO
Trout Unlimited, Delta, Boulder, Grand Junction, and Montrose CO
Western Resource Advocates, Boulder CO
High Country Citizens Alliance
Southern Ute Indian Tribe, Ignacio CO
Ute Mountain Ute Indian Tribe, Towaoc CO
Fish and Wildlife Service, Grand Junction CO
Corps of Engineers, Grand Junction CO
U.S. Environmental Protection Agency, Denver CO
Bureau of Land Management, Montrose CO
U.S. Geological Survey, Grand Junction CO
Individuals and Landowners

59

BLM_0034139

# REFERENCES

Colorado Division of Wildlife.  2011.  Letter to Bureau of Reclamation, Grand Junction CO, March 21, 2011.

Colorado State Historic Preservation Officer.  2011.  Letter to Bureau of Reclamation, Grand Junction CO, November 17, 2011.

Fish and Wildlife Service.  2009.  Final Gunnison River Basin Programmatic Biological Opinion.  Memorandum from Field Supervisor to Reclamation Area Manager, Grand Junction CO.

Graff, Allison.  2011.  Survey for the Federally Endangered Clay-loving Wild Buckwheat *(Eriogonum pelinophilum)*. BIO-Logic, Inc., Montrose, CO.

HDR. 2009. Clay loving buckwheat (Eriogonum pelinophilum) Technical Report.  Prepared for DMEA and UVWUA.  Omaha, NE.

Horn, Jonathon C.  2011.  Cultural resource inventory of the Delta-Montrose Electric Association's South Canal Hydropower Project, Montrose County, Colorado.  Alpine Archaeological Consultants, Montrose CO.

Kowalski, Dan.  2011.  Fish Sampling Report, South Canal, Water Code 43214.  Southwest Region, Colorado Division of Parks and Wildlife, Montrose CO.

Lyon, Peggy, T. Stephens, J. Siemers, D. Culver, P. Pineda and J. Zoerner.  The Uncompahgre River Basin, A Natural Heritage Assessment.  Volume I.  Colorado Natural Heritage Program, Ft. Collins, CO.

Odeh, Mufeed.  1999.  A summary of environmentally friendly turbine design concepts.  U.S. Department of Energy, Idaho Operations Office.  DOE.ID.13741.

Tri-County Water Conservancy District.  2010.  Application for Lease of Power Privilege, Ridgway Dam Hydropower Project.  Montrose CO.

# Attachment A:  Draft Lease of Power Privilege

UNITED STATES

DEPARTMENT OF THE INTERIOR

BUREAU OF RECLAMATION

SOUTH CANAL HYDROPOWER PROJECT

LEASE OF POWER PRIVILEGE

BETWEEN

THE UNITED STATES OF AMERICA,

AND

UNCOMPAHGRE VALLEY WATER USERS AND DELTA MONTROSE ELECTRIC ASSOCIATION

1. PREAMBLE ........................................................................................................ 45
2. DEFINITIONS ................................................................................................... 45
3. LEASE OF POWER PRIVILEGE ..................................................................... 46
4. TERM OF CONTRACT ..................................................................................... 46
5. USE OF POWER ................................................................................................ 46
6. LEASE PAYMENTS TO THE UNITED STATES ............................................ 46
7. RECLAMATION EXPENSES ........................................................................... 47
8. DISTRIBUTION OF REVENUES .................................................................... 48
9. ENVIRONMENTAL COMPLIANCE ............................................................... 48
10. WATER AND LAND USE .................................................................................. 49
11. PRECONSTRUCTION REQUIREMENTS ...................................................... 49
12. CONSTRUCTION .............................................................................................. 50
13. OPERATION AND MAINTENANCE OF THE FACILITY ............................. 51
14. RECLAMATION REVIEWS AND APPROVALS ............................................ 52
15. FUTURE WORK ................................................................................................ 52
16. OWNERSHIP ..................................................................................................... 52
17. LIABILITY ......................................................................................................... 52
18. INSURANCE ...................................................................................................... 52
19. FAILURE TO MAKE PAYMENTS ................................................................... 53
20. DEFAULT ........................................................................................................... 53
21. CANCELLATION ............................................................................................... 54
22. EXPIRATION OF LEASE .................................................................................. 54
23. RESERVE FUND ............................................................................................... 54
24. DISPUTE RESOLUTION .................................................................................. 55
25. AUDIT ................................................................................................................ 55
26. NOTICES ............................................................................................................ 55
27. ASSIGNMENT LIMITED – SUCCESSORS IN INTEREST OBLIGATED ..... 56
28. RULES, REGULATIONS AND DETERMINATIONS ..................................... 56
29. OFFICIALS NOT TO BENEFIT ....................................................................... 56
30. LIAISON OFFICER ........................................................................................... 56
31. COVENANT AGAINST CONTINGENT FEES ............................................... 56
32. AMENDMENT ................................................................................................... 56

THIS Lease of Power Privilege is made this _____ day of _____, 2012 (the "Effective Date"), pursuant to the Act of June 17, 1902 (32 Stat. 388) and acts amendatory thereof or supplementary thereto, and particularly the Act of August 4, 1939 (53 Stat. 1189) as amended, and the Act of June 22, 1938 (52 Stat. 941) among the UNITED STATES OF AMERICA ("United States"), acting by and through the Bureau of Reclamation; the UNCOMPAHGRE VALLEY WATER USERS ASSOCIATION ("Association"), a corporation organized and existing under laws of the State of Colorado, having its principal place of business at Montrose, Colorado; and

DELTA-MONTROSE ELECTRIC ASSOCIATION ("DMEA"), a rural electric cooperative organized and existing under the laws of the State of Colorado, having its principal place of business at Montrose, Colorado.

1.      PREAMBLE

a.      WHEREAS, the United States has constructed the Uncompahgre Project, a Federal Reclamation Project, residing in two Counties (Delta and Montrose), Colorado, hereinafter called the "Project", which was authorized by the Secretary of the Interior on March 14, 1903, under the provisions of the Reclamation Act of June 17, 1902; and

b.      WHEREAS, construction of the Project, which include, but is not limited to, the Gunnison Diversion Dam and Tunnel, the East and West Canals, the South Canal, and various laterals, were completed in 1925; and

c.      WHEREAS, the Project provides for storage in Taylor Park Reservoir located on the Taylor River, which is a part of the Gunnison River Basin, and diversion of water from the Gunnison River by the Gunnison Diversion Dam through the Gunnison Tunnel and the South Canal to the Uncompahgre River; and

d.      WHEREAS, the initial contract between the United States and the Association was dated December 3, 1904. The Project was transferred to the Association for operation and maintenance in 1932 and is operated and maintained pursuant to Amendatory Contract No. Ilr-1530, dated December 13, 1948; and

e.      WHEREAS, in accordance with the Memorandum of Understanding, dated November 6, 1992, between the Federal Energy Regulatory Commission and the Department of the Interior, it has been determined that authority for licensing hydroelectric power on the Uncompahgre Project rests with the Bureau of Reclamation; and

f.      WHEREAS, the request for proposals for hydroelectric power development on the Project was published in the Federal Register on August 26, 2009 (Volume 74, No. 164. Page 43153); and

g.      WHEREAS, based on the recommendation from the proposal review team, the Bureau of Reclamation has determined the proposal jointly submitted by the Association and the DMEA be accepted and that negotiations should proceed for this Lease of Power Privilege on the South Canal.

NOW, THEREFORE, in consideration of the mutual and dependent stipulations and covenants herein contained, the parties to this Lease of Power Privilege agree as follows:

2.      DEFINITIONS

For the purpose of this Lease, the following definitions shall apply:

(a)     "Reclamation" means the Bureau of Reclamation, Department of the Interior.

(b)     "Facility" means a hydroelectric power facility or facilities, to be constructed on the leased premises, consisting of the complete unit for a hydroelectric power generation feature associated with the South Canal and including, but not limited to, structures, turbines, generators, and corresponding water conduits, valves, transformers, circuit breakers, fences, poles, wires, and control and protection devices to the DMEA interconnection point (DMEA substation) for transportation, distribution and marketing of the Facility's output.

(c)     "Leased Premises" means any interest in lands, roads, dam, and structures which the United States may hold, the use or occupancy of which are concurred by the Department of the Interior as reasonably necessary or appropriate for the construction, operation, or maintenance of the Facility, as depicted in the site plan, and attached hereto and incorporated by reference as Exhibit A. The Leased Premises also includes United States land under the jurisdiction of the Bureau of Land Management (BLM) who has delegated to Reclamation the responsibility of issuing and administering a lease of power privilege on public domain lands pursuant to a Memorandum of Agreement (Contract No. 10-LM-4A-00020) attached hereto as Exhibit B.

(d)     "Lease of Power Privilege" or "Lease" means the total agreement embodied in the combined terms and conditions of this Lease.

(e)     "Lessee" means the Association and the DMEA.

(f)     "Project Water Rights" means:

(1)     The rights of the Association adjudicated under Decree No. 110, Priority No. 111 ¼, on June 1, 1901, in the amount of 1,300 cubic feet per second (cfs). The South Canal hydroelectric power project will rely upon these existing water rights held by the United States for the sole use and benefit of the

BLM_0034142

Association, as defined below: In Case No. CA1945 in Water Division 4, 1,300 cfs absolute was decreed "for the sole use, diversion, and benefit of the [Uncompahgre] project." The water right has an appropriation date of June 1, 1901, and an adjudication date of May 8, 1913. The priority number for the water right is 111 ¼.

    a. In 1984, the Division Engineer placed 250 cfs of the 1,300 cfs on the abandonment list. In Case No. 84CW142, the Association protested the abandonment of the 250 cfs, and in a stipulation, agreed to have 239 cfs designated as conditional in return for the Division Engineer's withdrawal of the 250 cfs from the abandonment list.

    b. In Case No. 86CW01, 61 cfs of the 239 cfs was made absolute. In Case No. 87CW231, 13 cfs was made absolute. In Case No. 94CW33, 40 cfs was made absolute. As of January 2010, 1,175 cfs absolute and 125 cfs conditional comprise the Association's 1,300 cfs right.

(2) No new rights will be appropriated for the operation of this Facility.

(3) Any water from other sources that may from time to time be available for power generation.

(g) "South Canal" means the canal location beginning at the end of the Gunnison Tunnel generally south-southwest to the Uncompahgre River.

(h) "Uncompahgre Project" or "Project" means those features and operation of the Project authorized for construction by the Secretary of the Interior on March 14, 1903, under the provisions of the Reclamation Act of June 17, 1902.

3.    LEASE OF POWER PRIVILEGE

(a) Subject to the conditions and terms herein set forth, the United States leases to the Lessee:

    (1) The opportunity or privilege to utilize the Leased Premises for the purpose of developing the Facility for generation and use and/or sale of hydroelectric power, and

    (2) The right to use the Project Water Rights appropriated for hydropower purposes as defined in Article 2.(f)(1) herein.

(b) No Federal funds will be provided by Reclamation to develop, construct, operate, or maintain the Facility pursuant to this Lease.

4.    TERM OF CONTRACT

This Lease shall be effective for forty (40) years from the date the Lease is executed unless terminated by mutual consent among the parties hereto or by default or cancellation under provisions of this Lease.

5.    USE OF POWER

The Lessee will use or market the power generated at the Facility.

6.    LEASE PAYMENTS TO THE UNITED STATES

(a) The Lessee shall make annual lease payments in the amount of 3 mills per kilowatt-hour of gross energy produced by the Facility, measured at the generator, to the United States for the use of the Leased Premises. Calculation of said payments will begin after the initial successful startup and testing of the generating equipment, or within twenty (20) days from the commencement of initial startup and testing of the generating equipment, whichever comes first. . In addition, during initial startup and testing, the Lessee shall make said annual lease payments for that portion of gross energy produced by the Facility that is sold and which results in a payment made for the energy produced. Lease payments shall be adjusted on an annual basis as provided in Article 6.(e) herein.

(b) Each payment shall be made on or before April 1 in each year for the total generation during the prior calendar year as reported in Article 13.(d) herein. Reclamation will send an invoice for lease payments to the DMEA at least thirty (30) days prior to their due date.

(c) Lease payments to the United States shall reference this Lease by title and number. Reclamation will provide a billing document to the Lessee. Payment will be made payable to the "Bureau of Reclamation," and payment instructions will be followed as stated in the billing document, unless directed otherwise by the United States.

(d)  Lease payments will be credited to the Reclamation Fund.

(e)  Lease payment mill rate shall be increased annually by 1.5 percent simple as shown in the following table:

| Generation Year | Increase - 1.5 Percent Simple (Mills) | Lease Payment (Mills) |
|---|---|---|
| 1 | 0 | 3.000 |
| 2 | 0.045 | 3.045 |
| 3 | 0.045 | 3.090 |
| 4 | 0.045 | 3.135 |
| 5 | 0.045 | 3.180 |
| 6 | 0.045 | 3.225 |
| 7 | 0.045 | 3.270 |
| 8 | 0.045 | 3.315 |
| 9 | 0.045 | 3.360 |
| 10 | 0.045 | 3.405 |
| 11 | 0.045 | 3.450 |
| 12 | 0.045 | 3.495 |
| 13 | 0.045 | 3.540 |
| 14 | 0.045 | 3.585 |
| 15 | 0.045 | 3.630 |
| 16 | 0.045 | 3.675 |
| 17 | 0.045 | 3.720 |
| 18 | 0.045 | 3.765 |
| 19 | 0.045 | 3.810 |
| 20 | 0.045 | 3.855 |
| 21 | 0.045 | 3.900 |
| 22 | 0.045 | 3.945 |
| 23 | 0.045 | 3.990 |
| 24 | 0.045 | 4.035 |
| 25 | 0.045 | 4.080 |
| 26 | 0.045 | 4.125 |
| 27 | 0.045 | 4.170 |
| 28 | 0.045 | 4.215 |
| 29 | 0.045 | 4.260 |
| 30 | 0.045 | 4.305 |
| 31 | 0.045 | 4.350 |
| 32 | 0.045 | 4.395 |
| 33 | 0.045 | 4.440 |
| 34 | 0.045 | 4.485 |
| 35 | 0.045 | 4.530 |
| 36 | 0.045 | 4.575 |
| 37 | 0.045 | 4.620 |
| 38 | 0.045 | 4.665 |
| 39 | 0.045 | 4.710 |
| 40 | 0.045 | 4.755 |

(f)  The obligation for lease payments to the United States is independent of the obligation of the Lessee for Reclamation expenses under Article 7 herein and is not a general obligation guaranteed by other Lessee's revenues.

7.  RECLAMATION EXPENSES

(a)  The Lessee shall advance funds in minimum increments of $10,000 (Incremental Advance) to Reclamation to pay for future expenses which may be incurred by Reclamation under this Lease.  Expenses shall include an hourly rate, travel, materials, mailing, copying costs, and administration overhead costs at the then current rate, as incurred by Reclamation's personnel, contractors or consultants; provided, however, that no charge shall be assessed for information, services, or relationships that would normally be provided by Reclamation to the public at no charge.  Reclamation expenses under this Lease may include, but are not limited to, the following:

(1)  Environmental compliance.

(2)     Inspections of the Facility called for by the United States, either routine or based upon a unique problem, major rehabilitation, or a reasonable concern for the integrity of a Federal structure or operation of other Facility features.

(3)     Preparation or review of technical studies.

(4)     Review of designs, specifications, legal and other documents.

(5)     Site visits and participation in meetings.

(6)     Copies of reports, drawings, and similar data.

(7)     Consultation, observation, review, and comment on tests of piping, valving, automated equipment, supervisory control systems, and any and all other aspects of construction, operation, maintenance and replacement that might impact the integrity of a Federal structure or environmental commitments.

(8)     Work necessitated by non-performance of the Lessee.

(9)     The expenses incurred in the event of failure of Federal structures resulting from operations and/or maintenance of the Facility.

(10) All administrative costs incurred in the execution of the above-listed activities.

(b)  Reclamation will establish a non-interest bearing account for the funds advanced by the Lessee; an initial advance of $10,000 will be required upon execution of this Lease.  At such time when funds in the account are anticipated to be reduced to or below $5,000, Reclamation will request an Incremental Advance of funds as provided in Article 7.(a) herein.  Reclamation will not pay or credit the Lessee for any interest.  When performing work identified in Article 7.(a) herein, Reclamation will furnish the Lessee, not less than on a quarterly basis prior to completion of the activity, an accounting of activity, an itemization of all expenses incurred under this Article, and a reconciliation of such expenses billed with the amounts requested under this Article.  After completion of the activity an accounting of expenses will be furnished to the Lessee on an annual basis or upon request of further Incremental Advances.

(c)  Each request for an Incremental Advance of funds under this Article shall be in writing and shall include a statement describing the anticipated use of the requested funds.  Reclamation will discuss with the Lessee in advance of requesting funds to identify anticipated activities related to the Facility.  The Lessee shall advance the requested funds within 30 days after receiving the request.

(d)  Following the expiration, cancellation or termination of this Lease, Reclamation will determine its expenses associated with the Facility and submit a final accounting report to the Lessee within sixty (60) days after the date of expiration, cancellation or termination.  Reclamation will refund to the Lessee any surplus in the account within 60 days after submitting the final accounting report.  The Lessee shall pay any deficit in the account within 60 days after receipt of the final accounting report.

8.     DISTRIBUTION OF REVENUES

All power revenues received by the Lessee from the Facility shall be applied in the following priority:

(1)     To lease payments to the United States.

(2)     To Reclamation expenses as outlined in Article 7.

(3)     To the annual operation and maintenance cost of the Facility.

(4)     To the recovery of costs and/or the payment of debts associated with construction of the Facility.

(5)     To the reserve fund (Article 23 herein).

(6)     All additional power revenues received by the Association and/or DMEA shall be available to the Lessee for their use.

9.     ENVIRONMENTAL COMPLIANCE

(a)  Reclamation will be the lead federal agency for compliance with the National Environmental Policy Act (NEPA), as amended.

(b)  The Lessee agrees to comply with the applicable terms and conditions, including environmental commitments and mitigation measures, resulting from the completion of NEPA and Endangered Species Act compliance.

(c)   Reclamation will complete an Environmental Commitment Plan prior to approving final designs for the Facility; this plan will provide specific details on environmental commitments and other environmental documents required under law.  The Lessee shall implement and comply with the Environmental Commitment Plan during design, construction and operation phases of the Facility.

10.   WATER AND LAND USE

(a)   The Water Rights described herein for power development shall be non-consumptive, and the Facility shall be developed, operated, and maintained consistent with applicable Federal and State law.
(b)   Reclamation does not guarantee either the quality or quantity of water for the Facility and has no obligation to alter operations of the South Canal or other Federal projects for the benefit of power generation at the Facility.  The Lessee shall not be entitled to compensation for loss of generation due to changes in operations at the Uncompahgre Project so long as such changes are consistent with all applicable laws.
(c)   The operation of the Facility shall not interfere or conflict with the purpose and operations of the Uncompahgre Project, including, but not limited to, the South Canal.
(d)   The Lessee shall be responsible to be sure that land rights, as necessary, are available for the construction and operation of the Facility.  The Leased Premises and all rights hereunder shall be held by the Lessee at all times subject to the rights of the United States.  Jurisdiction and supervision of the United States over the Leased Premises are not surrendered or subordinated by issuance of this Lease.  The United States reserves the right to issue licenses, rights-of-way, or permits for compatible uses of the Leased Premises.  Said issuance will be made consistent with existing laws and in consultation with the parties to this Lease.
(e)   There is also reserved the right of the United States, its officers, agents, and employees, at all times to reasonable unrestricted ingress to, passage over, and egress from all of said Leased Premises for the purpose of exercising, enforcing, and protecting the rights reserved herein provided the United States notifies Lessee in advance and does not interfere with operations of the Facilities.  In addition, the United States reserves the right of its officers, agents, and employees at all times to have reasonable unrestricted access and ingress to, passage over, and egress from all of said Leased Premises, to make investigations of all kinds, dig test pits and drill test holes, to survey for and construct reclamation and irrigation works and other structures incident to Federal Reclamation Projects, or for any purpose whatsoever.  Ingress and egress to the hydroelectric facilities by the United States, its officers, agents, and employees, will be granted when supervised by qualified DMEA–UVWUA personnel or when adequate safety training to access the facility is verified.  There is a reserved right to ingress and egress, without the requisite prior notice, in an emergency situation.
(f) The Lessee shall reimburse the United States for all costs and expenses incurred in the defense of any action which challenges the Lessee's use of the Leased Premises under this Lease.
(g)   Any existing survey markers shall not be changed or destroyed.  In the event that any survey markers are moved or destroyed, inadvertently or otherwise, by construction or any other activity of the Lessee, they shall be replaced by a licensed land surveyor in consultation with the Bureau of Reclamation and Bureau of Land Management.

11.   PRECONSTRUCTION REQUIREMENTS

(a)   The following Plans for the Facility are subject to approval by Reclamation, not to be unreasonably withheld, before construction of the Facility begins:
        (1)   Plans, specifications, and schedules(s) for construction and operation, including site restoration plans.  Upon approval, such plans, specifications, and schedules, shall be deemed the "Plans and Specifications" as used in this Lease.
        (2)   Construction agreement between the Lessee and the contractor selected for construction of the Facility.
        (3)   Operations plans in harmony with the Association's contracts and agreements for the operation and maintenance of the Project.
        (4)   Environmental Commitment Plan and Environmental Commitment Checklist (Checklist).  The Checklist will include, but not be limited to, environmental commitments contained in the documentation completed under NEPA for execution of this Lease.
        (5)   Test plan describing tests to be performed prior to acceptance of construction as complete.

BLM_0034146

(6)   Emergency Action Plan, developed in harmony with the current Emergency Action Plan for the Project, setting forth the procedures to be followed in case of accident to, or failure of, the Facility.

(7)   Security Plan.  The Lessee shall meet with representatives from Reclamation to develop a security plan that will be consistent with and integrated into Reclamation's security program for the Project.  Security measures from the security plan will be included in construction of the Facility.  The Lessee shall be responsible for any additional security costs incurred by Reclamation related to construction, operation and maintenance of the Facility subject to Article 7 herein.

The Lessee shall submit four (4) copies of the above documents to Reclamation.

(b)   The Lessee shall require its contractor to submit to the Lessee and Reclamation, prior to construction, evidence of the existence of a payment bond and a performance bond, as required by Article 12.(b) herein, and certificates of insurance as required by the construction agreement.  Any such insurance certificate shall name the Lessee and United States as additional insured parties.

(c)   The Lessee must receive written approval from Reclamation prior to beginning construction.  Such approval shall be based upon approval of the documents identified in Article 11.(a) and in compliance with Article 12.(b) herein, and shall not be unreasonably withheld.

12.   CONSTRUCTION

(a)   The Lessee shall construct the Facility in accordance with the approved Plans and Specifications, construction agreement, and the approved Environmental Commitment Plan and the Checklist, as identified in Article 11.(a)(4) herein.

(b)   The Lessee shall provide evidence of a payment bond and a performance bond, held by the contractor constructing the Facility, for the benefit of the United States and the Lessee in the full amount of the construction contract, securing the faithful performance of its contractual obligations under its construction agreement.  The performance bond shall remain in effect a minimum of one (1) year after completion of construction of the Facility, or such additional warranty period as provided in the construction agreement.  The date of completion of construction shall be as defined in Article 12.(l) herein.  The bonds shall be issued by a Surety Company satisfactory to Reclamation.

(c)   In the event of an emergency at the Facility or Project, Reclamation, the Lessee, or the Lessee's agent(s) may take appropriate action pursuant to the Emergency Action Plan, or may take such further action as necessary to prevent or minimize damage to Project structures or Facility.

(d)   The Lessee shall obtain and comply with any and all necessary Federal, State, and local permits and licenses.  The Lessee agrees to comply with all applicable codes, ordinances, and regulations.

(e)   The Lessee agrees to notify Reclamation of the Lessee's intent to begin construction at least ten (10) days before commencement of such work or delivery of materials.  Reclamation shall have the right to post and maintain on the Leased Premises notices authorized under applicable law.

(f)   Reclamation shall have reasonable access to the Facility for the purpose of assuring compliance with the terms and conditions of this Lease and to monitor the effects of the Facility on the South Canal.  The Lessee shall cooperate with Reclamation in such reviews and inspections.  If during construction of the Facility Reclamation determines that such construction poses a threat to the structural and operational integrity of the South Canal, Reclamation may order corrective action be taken by the Lessee at the Lessee's sole cost and expense.  If such action is not promptly undertaken by the Lessee, and if Reclamation determines the threat is real and imminent, Reclamation may order the Lessee to stop work on or operation of the Facility and may perform the necessary work at the Lessee's expense notwithstanding the dispute resolution provisions of Article 24 herein.

(g)   Construction of the Facility includes site restoration to reasonably approximate the conditions of the site prior to construction.  If, for any reason, site restoration is not completed by the Lessee in accordance with the Plans and Specifications, the work may be done by Reclamation at the Lessee's expense upon thirty (30) days prior notice to Lessee.

(h)   The Lessee shall exercise reasonable care to preserve the natural landscape and shall conduct its construction operations to prevent any unnecessary destruction or scarring or defacing of the natural surroundings in the vicinity of the work.  Movement of crews and equipment shall be within the areas defined in the Plans and Specifications.

(i)   The Facility shall not interfere with reasonable and safe access to Project structures on the South Canal, including, but not limited to, the operation and maintenance road.

(j)   The Lessee shall require all contractors to accomplish onsite construction in accordance with all applicable Occupational Safety and Health Administration (OSHA) rules and regulations.

(k)   The Lessee shall commence construction within three (3) years from the date of this Lease.  Once any work affecting the Project is begun, the Lessee shall, with diligence, pursue construction to completion of the Facility.  The Facility shall be constructed as shown in the approved Plans and Specifications or as shown in written change orders approved by Reclamation in writing.  The Lessee's failure to complete construction within five (5) years from the date of this Lease, in accordance with the terms and conditions of this Lease, shall be considered a default under Article 20 herein.

(l)   Unless otherwise agreed to, the Lessee shall give Reclamation no less than two (2) weeks notice prior to commencement of testing of the Facility.  Testing will be harmonious with the approved test plan and operations plan.  Reclamation shall have the opportunity to review and observe the testing.  If, because of the addition of the Facility, Reclamation believes additional tests are reasonably required to ensure that the structural and operational integrity of the South Canal is preserved, it shall outline such tests for the review and reasonable approval of the Lessee.  If the Lessee approves of the additional testing, the Lessee shall provide such additional test as Reclamation may prescribe.  If the Lessee objects to the requested additional testing, the question over whether to conduct additional testing shall be resolved pursuant to Article 24 herein.  The Lessee shall provide written official test reports within 30 days after completion of the tests.  Reclamation will accept or reject the test results, in writing, within 30 days after receipt of the test reports.  Testing shall be considered complete upon acceptance of the test report by Reclamation.  The Lessee may use or sell power generated during the test period.

(m) At such time as the Lessee determines that construction, testing, and site restoration of the Facility are complete, the Lessee shall arrange a joint inspection with Reclamation.  Any remaining work, testing, or modification needed on the Facility, identified in writing by the parties during the inspection, will be completed as soon as practical by the Lessee.  For the purpose of this Lease, construction of the Facility shall be complete as of the later date of either the date of the final inspection or the date the Lessee complete the tasks, if any, identified in the final inspection to the satisfaction of Reclamation.  Within 60 days of completion of the Facility, the Lessee shall provide Reclamation with electronic copies of the drawings in a format reasonably acceptable to Reclamation; and electronic copies of operation and maintenance manuals for Facility equipment that could have an impact on the operational and structural integrity of the South Canal.

(n)   Revisions required to the Standing Operating Procedures (SOP) for the Project as a result of construction and operation of the Facility shall be recommended by the Lessee and submitted to Reclamation for its review and approval.  Such revisions will be completed at the Lessee's expense.  Final copies and revisions of the Project's SOP will be distributed by Reclamation to the Association.

13.   OPERATION AND MAINTENANCE OF THE FACILITY

(a)   Throughout the term of the Lease, the Lessee shall, at the Lessee's sole cost and expense, operate, and maintain the Facility in good condition and repair and in accordance with all applicable laws, rules, ordinances, orders, and regulations.  The Facility shall be operated and maintained in accordance with the operations plans, the Emergency Action Plan, and the Checklist as each may be amended.  No material alterations in the Facility or its operation, as depicted in the record drawing and operations plan, shall be undertaken by the Lessee without the written approval of Reclamation, which shall not be unreasonably withheld.  Reclamation will withhold such approval only to (i) ensure the structural and operational integrity of the South Canal or (ii) ensure that the operations of the Project are not otherwise interfered with.  After modification to the Facility, the Lessee shall perform testing, related to such modification, as may be required by Reclamation to ensure the structural and operational integrity of the South Canal.  The Lessee assumes full responsibility for any pollution caused by its operations of the Facility and agrees to indemnify the United States for damages caused by any such pollution.

(b)   If the Facility or operation thereof interferes with or threatens to interfere with the Project, the Lessee shall correct the interference immediately and, if necessary, as determined by Reclamation, shut down the

BLM_0034148

Facility notwithstanding the dispute resolution provision of Article 24 herein.  Upon notice, the Lessee shall modify the Facility or its operation of the Facility to correct any problem and shall repair any damage in a manner acceptable to Reclamation, or the Lessee shall bear the complete cost for Reclamation to repair any damage to the Project caused by the Facility notwithstanding the dispute resolution provisions of Article 24 herein.

(c)  Reclamation shall have reasonable access to the Facility for the purpose of assuring compliance with the terms and conditions of this Lease and to monitor the effects of the Facility on the South Canal.  The Lessee shall cooperate with Reclamation in such reviews and inspections.

(d)  Daily water flows and energy generation data shall be made available to Reclamation on a monthly basis or as otherwise reasonably specified by Reclamation to calculate annual payments.

14.   RECLAMATION REVIEWS AND APPROVALS

Reclamation reserves the right to review and reasonably approve schedules, designs, specifications, inspections, inspection reports, tests and reports, and construction and construction reports of the Facility, but only for the express purpose of determining any impacts to the structural and operational integrity of the Project.

15.   FUTURE WORK

(a)  The implementation of this Lease does not in any way restrict Reclamation, in discussion with the Association, from making any future changes to the Project consistent with all applicable laws.  For any proposed changes that may affect the Facility or its operation, Reclamation will first confer with the Lessee.

(b)  The costs of any future changes to the Project shall be in accordance with the then existing contracts and agreements between Reclamation and the Association.  The costs of any future structural or operational changes to the Facility, necessitated as the result of changes to the Project or otherwise, will be assumed by the Lessee.

16.   OWNERSHIP

Title to the Facility will remain in the name of the Lessee except as provided under Article 21 or Article 22.

17.   LIABILITY

(a)  The Lessee hereby acknowledges that Reclamation will not be responsible for making sure the Facility is technically or economically feasible.  Inspections, reviews, and approvals by Reclamation do not relieve the Lessee of its responsibilities under the terms of this Lease or otherwise.

(b)  The Lessee agrees to indemnify the United States for any injury, loss or damage incurred by any person or entity, resulting from any action performed hereunder, and any negligent act or omission of the Lessee in connection with its performance under this Lease.

(c)  The Lessee shall have no claim against the United States for loss of generation caused by the normal or extraordinary operation and maintenance of the Project including, but not limited to, the quantity or quality of water delivered through the South Canal.

18.   INSURANCE

(a)  The Lessee shall maintain workmen's compensation insurance on their own employees as may be necessary to comply with current applicable law.

(b)  The Lessee shall, at their sole cost and expense, keep or cause the Facility to be kept insured for the mutual benefit of the United States, the Lessee, against loss or damage by fire, flood, and such other risks as are now or hereafter included in an extended coverage endorsement in common use for hydroelectric powerplants.  Insurance proceeds shall be used by the Lessee to replace or repair the compensated loss, subject to review and concurrence by Reclamation.

(c) Throughout the term of this Lease, the Lessee shall, at their sole cost and expense, keep or cause to be kept in force, for the benefit of the United States, the Lessee, comprehensive broad form general public liability insurance in the amount of at least $2,000,000 against claims and liability for personal injury, death,

BLM_0034149

or property damage arising from the use, occupancy, disuse, or conditions of the Facility and, adjoining areas or ways, providing coverage for bodily injury or death to any person or persons for each accident or occurrence; and for property damage for each accident or occurrence.

(d)   The amount of insurance coverage shall be adjusted annually by the insurance company based upon accepted standard adjustment practices.

(e)   For each policy or certificate evidencing insurance, the Lessee shall instruct the insurance company to notify Reclamation not less than 30 days prior to the effective date of any cancellation, termination, or assignment of the policy or certificate or any modification of the policy or certificate.  The notice shall be sent to Reclamation and shall identify this Lease, the policy and the insured.

(f)   The Lessee agrees to maintain insurance coverage as stated in this Article herein throughout the term of this Lease in substantially the same form and amounts as are provided for in the attached certificates of insurance identified in Exhibit C and made a part thereof.

(g)   Any insurance proceeds remaining after complying with the provisions of this Lease shall be the Lessee's sole property.


19.   FAILURE TO MAKE PAYMENTS

Upon failure of the Lessee to pay any sum of money when due as provided in this Lease, that amount past due will be assessed the following:

   (1)   Interest per annum on the unpaid balance from the due date of the bill through the date of the payment.  The interest charged will be based on the "Treasury Current Value of Funds Rate" in effect at the time the debt becomes overdue.

   (2)   An administrative charge of $5.00 per month.

   (3)   Penalty charge of 6% per annum on the unpaid balance computed after 90 days of delinquency, from the due date to the date of payment.

Further collection efforts will be consistent with the Debt Collection Improvement Act of 1996.


20.   DEFAULT

(a)   Each or any of the following events shall constitute default under this Lease:

   (1)   Failure of the Lessee to comply with each and every material condition of this Lease.

   (2)   Abandonment of the Facility by the Lessee for twelve (12) consecutive months.

(b)   In the event of default by the Lessee, Reclamation will give written notice to the Lessee and the Lessee shall then have 60 days to correct the default condition specified in the notice.  However, in the event action to correct a default requires more than 60 days, the Lessee shall have a reasonable time to correct the default if the Lessee commences the action within 30 days after written notice and diligently pursues it to full correction in a manner satisfactory to Reclamation.

(c)   Failure of the Lessee, without just cause, to initiate construction of the Facility within three (3) years of the date of this Lease or to complete construction within five (5) years of the date of this Lease shall be considered to be abandonment of the Facility.  Failure to operate the Facility, without just cause, for a period of twelve (12) consecutive months or to maintain the Facility in good condition and repair shall be considered to be abandonment of the Facility.  Failure of the Lessee to generate electricity with the Facility, in and of itself, shall not constitute a failure to operate the Facility, provided that the Lessee maintains the Facility in good condition and repair and provides justification to Reclamation as their failure to generate electricity.

(d)   Any prevention, delay, nonperformance, or stoppage due to an act of nature or inability to obtain labor or materials or reasonable substitutes or any court or regulatory order enjoining, or restricting performance under this Lease shall excuse nonperformance, or stoppage, except obligations imposed by this Lease for the payment of monies due under this Lease.

(e)   Each party hereto may use any remedy available either at law or in equity against a party in default hereof.  The waiver of a default or a provision of this Lease shall not be deemed to be a waiver of any other provision, or of a subsequent default of the same provision.

(f)   Any excessive delay resulting from compliance with the provisions of Federal environmental laws or administrative review by a Federal agency, pertaining to the Facility, may extend the time periods provided in

BLM_0034150

this Article and Article 4 herein for a period equal to that of the delay. In the event of judicial review of environmental studies prepared in compliance with NEPA, or litigation arising out of this Lease, time periods provided in this Article and Article 4 herein will be extended for a period equal to that of the delay, provided such review or litigation was initiated by parties other than the Lessee.

21. CANCELLATION

(a) In the event of any default by the Lessee that is not corrected as provided in Article 20 herein, Reclamation shall have the right to cancel this Lease and pursue either of the following actions:

(1) Assume possession of the Facility for its own use, or lease the Facility to someone other than the Lessee. In either event, all right to use the Leased Premises and hydropower water rights for hydroelectric power purposes shall automatically revert to the United States and the Lessee shall be compensated for any un-depreciated value remaining in the Facility, based upon a 20-year straight line depreciation method of the construction cost of the Facility Any new lessee assuming possession of the Facility will be required to enter into a contract with the Association to coordinate operation and maintenance of the Facility with the Project.

(2) Reclamation may require the Lessee to remove all or part of the Facility and restore the Leased Premises to their original condition at the Lessee's expense. In this event, the Lessee shall be entitled to salvage, for its own benefit, any features or equipment so removed. Any features or equipment left in place under this Article shall automatically become the property of the United States.

(b) The Lessee shall make payments due Reclamation under this Lease as of the date of cancellation within 60 days after cancellation. The Lessee shall be responsible for any other debts associated with the Facility unless otherwise provided in this Lease.

22. EXPIRATION OF LEASE

(a) Upon expiration of the lease term pursuant to Article 4 herein, Reclamation shall have the right to:

(1) Enter into a new lease with the Lessee;

(2) Assume title and possession of the Facility for its own use;

(3) Assume title possession and thereafter transfer ownership of the Facility and use the water rights for the hydroelectric power generation to any other party subject to terms and conditions of a new lease of power privilege; or

(4) Discontinue operation of the Facility. In the event Reclamation determines the Facility should no longer be operated, Reclamation may require the Lessee, at its expense, to remove the Facility and restore the Leased Premises to their original condition, as far as practical. Such features and equipment, or parts thereof, including piping and control devices installed on the South Canal that are necessary for the unimpaired operation of the Project, shall be left in place and shall become the property of the United States.

(b) If Reclamation elects to assume title and possession of the Facility or assume possession and transfer its ownership to another party, the United States shall either compensate the Lessee, or obligate a new lessee to compensate the Lessee, in an amount equal to the value of the Facility on the date of expiration as determined by an independent appraiser and appraisal methods to be jointly selected and determined by the Lessee and Reclamation. Reclamation shall not transfer ownership of the Facility to any third party until such compensation has been paid pursuant to a new contract. Any new lessee assuming possession of the Facility will be required to enter into a contract with the Association to coordinate operation and maintenance of the Facility with the Project.

23. RESERVE FUND {USBR to determine if letters of credit will suffice for (a) & (b)}{DMEA to supply a sample letter of credit. The letter should state specifically the amount of funds}

(a) Commencing one year after operation of the Facility and continuing during the life of this Lease, the Lessee shall maintain a reserve fund equal to one year's anticipated operation and maintenance expenses and one year' annual lease expense to Reclamation, for use in the manner, for the purposes and the circumstances agreed upon by Reclamation and the Lessee. The reserve fund will be established and maintained through

annual deposits in the amounts stated to a segregated account created by the Lessee.  Deposits shall be derived from funds obtained from revenues received pursuant to Article 8 herein or from other revenues of the Lessee.  The annual deposit shall be made in the month of May in each year.  The reserve fund shall be used for the following purposes:

(1)    To cure any financial default under this Lease to Reclamation.

(2)    For extraordinary repair or replacement of the Facility, subject to agreement by Reclamation.

(3)    To reimburse the Association for annual operation and maintenance costs for the Facility to the extent that power revenues are not sufficient therefore and to reimburse the costs encountered or created by emergency conditions.

(b)  The Lessee shall deposit its reserve fund in an account in accordance with the Lessee's investment policy and practices, provided, any interest paid on the reserve funds shall be and become a part of the fund from which interest was accrued.  Interest that caused the fund to exceed the reserve fund maximum may be withdrawn by the Lessee to bring the fund balance back down to the maximum or disbursed in accordance with Article 8 herein, at the sole discretion of the Lessee

(c)  Upon expiration of the term of this Lease, any amounts then remaining in a reserve fund shall be disbursed and applied in accordance with Article 8 herein.

(d)  The maximum annual deposits and reserve fund amounts may be adjusted from time to time as mutually agreed to by both Reclamation and the Lessee.

24.  DISPUTE RESOLUTION

(a)  In the event of a dispute between the parties, the decision of Reclamation must be appealed to the Assistant Secretary – Water and Science for his/her determination prior to review by the federal court.  The decision of the Assistant Secretary will be final for Reclamation and will be binding upon all parties hereto unless determined otherwise by a federal court.  In the event that any action is filed in federal court, following a determination of the Assistant Secretary, in relation to this Lease, the unsuccessful party in the action shall pay to the successful party, in addition to all sums that either party may be ordered to pay, a reasonable sum, as determined by the court, for the successful party's attorney's fees and court costs.  This provision shall not waive any right of the lessee or Reclamation under Federal Law.

(b)  This article shall not apply to any action or inaction by the Lessee during construction, operation and maintenance of the Facility that may impair the structural integrity of the South Canal.

25.   AUDIT

(a)  The Lessee and Reclamation shall maintain accurate records and books of account in accordance with generally accepted accounting principles and consistent with this Lease.  Said books and records shall present fairly all costs and expenses utilized either directly or indirectly in computing any charges or payments to the other parties to this Lease.

(b)  Upon 30 days written notice each party to this Lease shall afford the other party or its independent auditor's reasonable access to the relevant records and books of account during the term of the Lease, and for a period of twenty-four months thereafter.

(c)  The party to this Lease that requests the audit under this Article will be solely responsible for its own costs incurred to perform the audit.

26.   NOTICES

(a)  Any notice authorized or required to be given to the Association shall be delivered to or mailed postage prepaid to the Manager, Uncompahgre Valley Water Users Association, P.O. Box 69, Montrose, Colorado 81402-0069.  Any notice authorized or required to be given to the DMEA shall be delivered to or mailed postage prepaid to the President General Manager, Delta-Montrose Electric Association, P.O. Box 910, Montrose, Colorado 81402.  Any notice authorized or required to be given to the United States shall be delivered to or mailed postage prepaid to the Area Manager, Bureau of Reclamation, 2764 Compass Drive Suite 106, Grand Junction, Colorado 81506.  Notice shall be effective on the date of delivery or mailing.

BLM_0034152

(b)  The designation of the addresses or the addresses given above may be changed by notice given in the same manner as provided in this Article for other notices.

27.    ASSIGNMENT LIMITED – SUCCESSORS IN INTEREST OBLIGATED

The provisions of this Lease shall apply to and bind the successors and assigns of the parties to this Lease, but no assignment or transfer of this Lease or any right or interest therein shall be valid until approved in writing by Reclamation.  Said approval shall not be unreasonably withheld. {If the LoPP is required as collateral for the CREB's bonds, does this impact USBR's intent in this section?}{DMEA to verify that our bankers are okay with this article}

28.    RULES, REGULATIONS AND DETERMINATIONS

(a)   The parties to this Lease agree that the delivery of water or the use of Federal facilities pursuant to this Lease is subject to Reclamation law, as presently amended and supplemented, and the rules and regulations promulgated by the Secretary of the Interior under Reclamation law

(b)   Reclamation shall have the right to make determinations necessary to administer this Lease that are consistent with the laws of the United States of America and the State of Colorado, and the express and implied provisions of this Lease, and the rules and regulations promulgated by the Secretary of the Interior. Such determinations shall be made in discussion with the parties to this Lease.

29.    OFFICIALS NOT TO BENEFIT

No member of or delegate to Congress or Resident Commissioner or officer of the Lessee shall be admitted to any share or part of this Lease or to any benefit that may arise herefrom, other than as a water user or landowner in the same manner as other water users or landowners or as a shareholder in the company.

30.    LIAISON OFFICER

Each party shall provide the name of a Liaison Officer and the address and telephone number through which contacts are to be made during the term of this Lease.  Changes in the appointment of the Liaison Officers shall be made by written notice to the other parties.  At all times, the Lessee shall provide qualified personnel to inspect the work, to ensure compliance with the Plans and Specifications, and to represent the Lessee in the ongoing construction, operation and maintenance work.

31.    COVENANT AGAINST CONTINGENT FEES

The Lessee warrants that no person selling agency has been employed or retained to solicit or secure this Lease upon an agreement or understanding for a commission, percentage, brokerage, or contingent fee, excepting bona fide employees or bona fide established commercial or selling agencies maintained by the Lessee for the purpose of securing business.  For breach or violation of the warranty, Reclamation shall have the right to cancel this Lease without liability.

32.    AMENDMENT

This Lease may be amended, altered, or modified only in writing and signed by all of the parties.

BLM_0034153

# Attachment B:  Plant and Wildlife Species

Species of concern in the general region as identified by the Bureau of Land Management.

| Species | Habitat | Range and Status | Potential Effects of Hydropower Project |
|---------|---------|------------------|----------------------------------------|
| Gunnison sage grouse | Sagebrush communities; meadows; sagebrush grass mix | Year round | Habitat not affected |
| American bittern | Marshes and wetlands | May occur in spring summer; breeding not confirmed in basin | Habitat not affected |
| Bald eagle | Nests in riparian forest areas; winters along rivers and in upland areas | Winter resident with potential for breeding | Insignificant effect on potential hunting habitat |
| Ferruginous hawk | Nests on cliffs/outcrops; utilizes grassland/cropland type areas | Fall and winter resident | Insignificant effect on potential hunting habitat |
| Golden eagle | Nests on cliffs/large trees; utilizes open country | Year round | Insignificant effect on potential hunting habitat |
| Peregrine falcon | Nests on ledges/cliffs; utilizes open country often  near water | Spring-summer | Insignificant effect on potential hunting habitat |
| Prairie falcon | Nests in holes/cliffs/embankments | Year round | Insignificant effect on potential hunting habitat |
| Long-billed curlew | Lakes and wetland and adjacent grass and shrub communities | Spring-fall migrant | Habitat not affected |
| Snowy plover | Sparsely vegetated sand flats associated with pickleweed, greasewood, and saltgrass | Sping-fall migrant | Habitat not affected |
| Mountain plover | High plain, cultivated fields, desert shrub and sagebrush often in association with heavy grazing and short vegetation | Spring-fall migrant | Habitat not affected |

BLM_0034154

| Yellow-billed cuckoo | Riparian woodlands | Summer resident | Habitat not affected |
|---|---|---|---|
| Long-billed curlew | Lakes/wetlands and adjacent grass-shrublands | Migrant | Habitat not affected |
| White-faced ibis | Marshes, swamps, ponds and rivers | Migrant, potential nesting | Habitat not affected |
| American white pelican | Large reservoirs | Migrant | Habitat not affected |
| Brewers sparrow | Sagebrush areas or other shrublands; utilizes wooded, brushy, riparian, agricultural and urban areas | Summer resident | Habitat affected would be poor to not suitable |
| Black swift | Nests on cliffs; forages montane/lowland areas | Summer resident | Habitat not affected |
| Burrowing owl | Level, slightly sloping grassland/semidesert areas; prairie dog towns | Summer resident | Habitat not affected |
| Columbian sharp-tailed grouse | Grasslands/shrublands above desert areas | Resident | Habitat not affected |
| Mexican spotted owl | Mixed coniferous forest; canyon areas | Potential resident | Habitat not affected |
| Flammulated owl | Montane forest | Summer resident | Habitat not affected |
| Lewis woodpecker | Riparian forest, other forested areas | Year round | Habitat not affected |
| Gray vireo | Pinon juniper; open juniper grassland | Summer resident | Habitat not affected |
| Pinon jay | Pinon juniper areas | Year round | Habitat not affected |
| Juniper titmouse | Pinon juniper areas | Year round | Habitat not affected |
| Veery | Deciduous forests, riparian, shrubs | Possible summer resident | Habitat not affected |
| Bendires thrasher | Desert area; outside of region | ---- | Habitat not affected |
| Graces warbler | Coniferous forest | Summer resident | Habitat not affected |
| Grasshopper sparrow | Open grasslands; fields outside of region | ----- | Habitat not affected |
| Chestnut-collared longspur | Open grasslands and cultivated fields | Migrant | Habitat not affected |
| Black rosy-finch | Mountain meadows; high desert areas; alpine areas | Winter resident | Habitat not affected |
| Brown-capped rosy-finch | Alpine meadows, cliffs; high elevation parks | Summer resident | Habitat not affected |

| Cassin's finch | Open montane coniferous forests | Year round | Habitat not affected |
|---|---|---|---|
| Desert bighorn sheep | Steep, rugged terrain in canyon country | | Habitat not affected |
| Gunnison prairie dog | Grasslands, semi-desert shrublands, montane shrublands | | Habitat not affected |
| White-tailed prairie dog | Level to gently sloping grasslands and semi-desert grasslands | | None observed in impact area |
| Kit fox | Semi-desert shrubland including saltbush and greasewood | | Insignificant loss of potential habitat |
| Allens big-eared bat | Ponderosa/pinon-juniper-oak brush-riparian areas near rocky areas; often near streams/ponds | | Habitat not affected |
| Big free-tailed bat | Rocky areas and rugged terrain in desert and woodland habitats; utilizes crevices in cliffs, caves | | Insignificant loss of potential feeding habitat |
| Spotted bat | Desert shrub, ponderosa/pinon-juniper areas, canyons, fields/crevices in cliffs near water | | Insignificant loss of potential feeding habitat |
| Townsends big-eared bat | Mesic areas; coniferous/deciduous forest | | Habitat not affected |
| Fringed myotis | Desert, grassland and woodland areas; caves/mines/rock crevices | | Insignificant loss of potential feeding habitat |
| Black footed ferret | Prairie dog colonies | | Habitat not affected |
| Canada lynx | Coniferous forest; aspen-mountain shrub | | Habitat not affected |
| Longnose leopard lizard | Desert and semidesert areas; prefer abundant rodent burrows; typically below 5000 feet | | Not recorded in impact area. |
| Midget faded rattlesnake | Rocky outcrops; often near riparian | | Habitat not affected |
| Milk snake | Shrublands, ponderosa pine-pinon juniper; river valleys | | Habitat not affected |
| Northern leopard frog | Springs, slow moving waters, ponds, canals | | Habitat not affected |
| Canyon tree frog | Rocky canyon bottoms along streams | | Habitat not affected |
| Boreal toad | Mountain lakes/ponds/wetlands | | Habitat not affected |
| Roundtail chub | Warm water rivers; large streams | | Habitat not affected |
| Bonytail, pikeminnow, razorback, humpback chub | Large river endangered fishes | | Habitat not affected |
| Native cutthroat trout | Cold water streams | | Habitat not affected |
| Paradox breadroot | Open pinon juniper woodlands | | Habitat not affected |
| Grand Junction milkvetch | Sparsely vegetated habitats in pinon-juniper and sagebrush communities; often within Chinle and | | Habitat not affected |

BLM_0034156

| | Morrison formations and selenium soils, 4800-6200 feet | |
|---|---|---|
| Naturita milkvetch | Cracks and ledges of sandstone cliffs and flat bedrock area typically with shallow soils within pinon-juniper areas | Habitat not affected |
| San Rafael milkvetch | Banks of sandy clay gulches and gills; at the foot of sandstone outcrops or among boulders along dry creeks in selenium soils; 4500-5300 feet | Habitat not affected |
| Sandstone milkvetch | Sandstone rock ledges; talus areas; slickrock fissures | Habitat not affected |
| Gypsum Valley cateye | Gypsum outcrop and grayish-white soils of the Paradox Member of the Hermosa formation | Habitat not affected |
| Fragile rockbrake | Cool, moist, sheltered cliff crevices and ledges | Habitat not affected |
| Kachina daisy | Saline soils in alcoves and seeps in canyon walls | Habitat not affected |
| Montrose bladderpod | Sandy-gravel soil mostly of sandstone fragments over Mancos Shale mainly in pinon-juniper woodlands or in ecotone between it and salt desert scrub; also in sandy soils derived from Jurassic sandstones and in sagebrush steppe communities | Potential habitat affected |
| Colorado desert parsley | Adobe hills and plains on rocky soils derived from Mancos Formation; shrub communities dominated by sagebrush, shadscale, greasewood, or oak. | Potential habitat affected |
| Paradox Valley lupine | Pinon-juniper woodlands or clay barrens from Chinle or Mancos formations; often in draws and washes with sparse vegetation | Habitat not affected |
| Dolores skeleton plant | Sandy alluvium and colluviums of the Cutler Formation between canyon walls and the river in juniper, shadscale, and sagebrush communities | Habitat not affected |
| Eastwoods monkey-flower | Shallow caves and seeps on steep canyon walls | Habitat not affected |
| Clay-loving wild buckwheat | Mancos shale badlands in salt desert shrub communities; often with shadscale, black sagebrush and mat saltbush-endangered | No effect |
| Colorado hookless cactus | Salt desert shrub communities in clay soils on alluvial benches and breaks; toe slopes and deposits often with cobbled rocky or graveled surfaces-threatened | Habitat not affected |
| Uncompahgre fritillary butterfly | Alpine areas | Habitat not affected |

# Attachment C:  Drawings



Canal diversion.

BLM_0034158



**Electronic fish barrier example.**



Map showing Public (BLM) lands, Reclamation lands (BOR) and private lands in project area.

BLM_0034160



Example of Powerplant Building.  Coloration will be selected to blend with background.

BLM_0034161

# Attachment D Revegetation Commitments

- Disturbed areas will be reseeded as approved by Reclamation. Only State Certified weed free mulch, erosion blankets, and/or waddles shall be used.  The holder shall seed all disturbed areas with the following seed mix. There shall be no primary or secondary noxious weed seed in the seed mixture. In addition, there should be no more than 0.5% total weed seed, less than 2% other seed, and no trash larger than ¼ inch in length. Seed shall not be stored in burlap bags.
- Seed going on projects less than 20 acres or less than 200 lbs. shall be tested, and the viability testing of seed shall be done in accordance with State law(s). Seed tests shall be less than one year old and can be from the company's seed test. Seed test documents can be from: a) certified "blue" tag(s); b) an independent seed lab test; or c) a seed lab analysis either by seed lot or by seed mix. Copies of the seed test documents shall be forwarded to the authorized officer. Commercial seed shall be either certified or registered pure live seed (PLS). The seed container shall be tagged in accordance with State law(s) and available for inspection by the authorized officer.
- The seed shall be evenly and uniformly planted over any disturbed areas. Seed shall be broadcast and the area shall be raked or chained to cover the seed. The seeding will be repeated until a satisfactory stand is established as determined by the authorized officer. Evaluation of growth will not be made before completion of the second growing season after seeding. The authorized officer is to be notified a minimum of two days prior to seeding of the project. Seeding shall be completed at a time of optimum soil moisture content, i.e., early spring or the fall.

Seed Mix

| Species | PLS lbs per acre needed for mix |
| --- | --- |
| Bottlebrush squirreltail (Elymus elemoides) | 2 |
| Western wheatgrass-variety Arriba (Pascopyrum smithii) | 3 |
| Galleta Grass (Hilaria or Pleuraphis jameseii) | 1 |
| Indian ricegrass-variety rimrock (Acnatherum hymenoides) | 3 |
| Salina Wildrye (Leymus salinus) | 1 |
| Annual sunflower (Helianthus annuus) | 0.3 |
| Winterfat (Eurotia or Krascheninnikovia lanata) | 0.25 |
| Shadscale (Atriplex confertifolia) | 0.25 |
|  |  |

BLM_0034162

| | |
|---|---|
| Four-Wing Saltbush (Atriplex canescens) from western Colorado or eastern Utah | 0.3 |
| Basin Big Sagebrush (Aremisia tridentata tridentata | 0.05 |
| Totals | 13.85 |

BLM_0034163

BLM_0034164