statistics are faced with ever-shifting heterogeneity (faster cars, bigger houses, etc.). Each of these problems has posed challenges for the best way to define conventional marketed goods and services.[6] Though in the task of defining ecosystem services we cannot turn to the activities of actual markets, we can benefit from these models.

If the nation's environmental status is to be characterized and tracked over time, units must be clearly defined, defensible ecologically and economically, and consistently measured. At present, the government and the public are presented with an over-abundance of poorly defined units of measurement that are unclear in their purpose and underlying rationale and that exacerbate the divide between economic and ecological analysis.[7] Often within a single agency there are multiple, competing paradigms for what should be measured. The balkanization of performance measurement confuses decision-makers and the public and thus hampers the public's ability to judge whether governments are effectively procuring environmental benefits. While we risk adding to this confusion, the way out of it is to debate and defend definitions that are rooted in ecological and economic science.

While environmental economics has grappled for decades with the challenge of missing prices for environmental amenities, it largely has neglected the other central issue: the consistent definition of the environmental units to which value can be attached. Why is this? There are two main reasons. First, environmental economics historically is more concerned with the valuation of discrete actions, damages, or policies than with the comparison of benefits across time. Second, ecological valuation often relies on marketed outputs of nature, such as harvests, to derive a (partial) value of nature. Economists do this for a reason: because there are prices and units available! But this dodges the issue of interest here: units related to nature's public goods and services.

## 3.    The architecture of welfare accounts

We seek to clarify the meaning of ecosystem services within the context of both an economic accounting system and ecological models.[8] From the standpoint of economic accounting, we seek a framework that is analogous to GDP, in particular to GDP as interpreted as a welfare indicator (Boyd, 2006).[9] This provides the discipline of an existing, logical system. It also provides an opportunity to create a broader green GDP that can provide an aggregate measure of well-being encompassing human and natural production (Mäler, 1991; Peskin and Delos Angeles, 2001; Grambsch et al., 1993; Banzhaf and Boyd, 2005). Within such a framework, final ecosystem services are weighted by their virtual prices (or marginal willingness to pay) and aggregated in

the same way as market goods and services in GDP. This allows for direct comparison of ecosystem-related inputs to well-being and other inputs such as labor and capital.

Throughout this paper, our focus is on the measurement of the flow of final current services (e.g. Mäler, 1991), unlike those that focus only on capital depreciation (e.g. Weitzman, 2003). At the outset, we acknowledge that an important component of welfare accounting involves the depreciation of ecosystem stocks, to account for the effect of environmental degradation on the flow of future services. We have addressed this issue in previous work (Banzhaf and Boyd, 2005) and discuss it briefly in Section 6. However, the measurement of current services is sufficient to motivate our proposed definitions. Moreover, as we argue, environmental asset values are best "built up" from an initial assessment of current flows. In any event, a focus on current service flows simplifies the exposition.

Welfare accounting requires consistent separation of quantity and price measurements. To consistently track changes in welfare over time, the weights (prices) assigned to particular outputs are held fixed over time. The welfare change is thus driven purely by changes in quantities of goods and services.[10] The implication is that accounting economics demands a precise definitional distinction between ecological quantities and prices (values) (Banzhaf and Boyd, 2005). This challenge is unique to index theory and measurement. It does not arise in environmental valuation, for instance, where the focus has been on cost-benefit applications. There, total benefits–the product of quantities and values–are all that is important.

An example will illustrate this. Consider a cost-benefit analysis of an air quality improvement in Los Angeles. Many things matter to this valuation, including the population benefiting from the improvement. Is LA's population a measure of the quantity of the improvement or the value of the improvement." In a cost-benefit analysis, the answer is, "it doesn't matter." If the environmental improvement (the quantity) is defined as health benefits per capita, then LA's population affects the total willingness to pay (the value). If, on the other hand, the environmental improvement (the quantity) is defined as health benefits to the citizens of LA, population appears in the quantity measure, not the willingness to pay measure. Either way, population is included in the total, and the total is all that matters. Cost-benefit analysis does not lead to a consistent distinction between $q$ and $p$ because there is no reason for a consistent distinction.

This distinction between prices and quantities also has been obscured in several existing applications of green GDP that calculate GDP for a single time period or separately for separate time periods (Peskin and Delos Angeles, 2001; Grambsch et al., 1993).[11] Such static analyses do not require the price/quantity distinction either, since the marginal value weights are not changing at a single point in time. However, this kind of accounting is analogous to the measurement of

---

[6] See Banzhaf (2001) for the treatment of quality changes in the history of price indices.

[7] For a broad overview, see U.S. General Accounting Office (2004) and U.S. General Accounting Office (2005a).

[8] Ecologists too are calling for more consistent measurement that accounts for the scale over which biophysical phenomena occur (Kremen, 2005).

[9] Many national accountants resist this interpretation of GDP. But historically, welfare accounting has in fact been the most important driver of GDP construction and application.

[10] If prices and quantities are both allowed to change, a variety of problems arise. Collectively, these are known as the "index number problem."

[11] Again, we are referring to frameworks that account for environmental service flows. Green applications of the net GDP concept, which deflate environmental capital, are dynamic in a different sense.

ECOLOGICAL ECONOMICS 63 (2007) 616-626 **619**



**Fig. 1 – Green GDP vs. an ecosystem services index.**

nominal, rather than real, GDP. To track real service flows over time, quantities and prices must be measured separately, as nominal GDP must be adjusted with an appropriate deflator (Banzhaf, 2005; Flores, 1999).

To this basic architecture, we must add one further distinction regarding what is to be measured: do we measure all sources of ecological value or measure only those sources not already captured in GDP? This choice is one between two alternative (but complementary) accounting strategies: green GDP and what we call an ecosystem services index (ESI). As we use the term, green GDP aggregates all final goods and services, including final non-market goods and services, into a single index. In effect, green GDP adds those missing ecological elements that are directly enjoyed to GDP. An ESI (Banzhaf and Boyd, 2005) captures all ecosystem end-products, those counted in green GDP *plus* ecosystem components that are combined with non-ecological inputs to produce market goods.[12] Put differently, green GDP "trues up" conventional GDP to account for non-marketed ecological contributions to welfare. An ESI includes those new elements plus the ecological elements already embodied (as intermediate inputs) in GDP to arrive at a comprehensive measure of all nature's contributions to well-being, marketed and non-marketed. Or, to put it one more way, green GDP captures all final goods and services, where "final" refers to the point of enjoyment; an ESI captures all final ecosystem services, where "final" refers to the last contribution of the ecosystem. These distinctions are illustrated in Fig. 1.

When all ecosystem services are measured and aggregated according to our definition, the aggregation represents a measure of nature's total contributions to welfare. It is not the same thing as green GDP, but can easily be adjusted – to avoid double counting of ecosystem services already captured in GDP – to arrive at green GDP.

## 4.    A definition of ecosystem services

We advance the following definition of a final ecosystem service:

*Final ecosystem services are components of nature, directly enjoyed, consumed, or used to yield human well-being.*

This deceptively innocuous verbal definition is in fact quite constraining and has important properties from the standpoint of welfare measurement. In the remainder of this section we discuss three features of our definition: that final ecosystem services are directly enjoyed or used, that they are components, and that they are a quantity to be paired with a price (value). We conclude the section with a discussion of the contrast between "services" and "capital" or "assets."

The first important aspect of this definition relates to the language "directly enjoyed, consumed, or used." This signifies that final services are end-products of nature. The distinction between end-products and intermediate products is fundamental to welfare accounting. If intermediate and final goods are not distinguished, the value of intermediate goods is double-counted because the intermediate goods are embodied in the value of final goods. Consider a conventional market good like a car. GDP only counts the car's value, not the value of the steel used to make the car. The value of steel used in the car is already part of the car's total value. The same principle holds with ecosystem services. Clean drinking water, which is consumed directly by a household, is dependent on a range of intermediate ecological goods, but these intermediate goods should not be counted in an ecosystem service account. Many, if not most, components and functions of an ecosystem are intermediate products in that they are necessary to the production of services but are not services themselves. We emphasize that this does not mean these intermediate products are not valuable, rather that their value is embodied in the measurement of final ecosystem services. Thus, final services should be the top priority in developing accounting units.

Note that, as end-products of nature, final ecosystem services are not benefits nor are they necessarily the final product consumed. For example, recreation often is called an ecosystem service. It is more appropriately considered a benefit produced using both ecological services and conventional goods and services. Recreational benefits arise from the joint use of final ecosystem services and conventional goods and services. Consider, for example, the benefits of recreational angling. Angling requires ecosystem services, including surface waters and fish populations, and other goods and services including tackle, boats, time allocation, and access. For this reason, angling itself–or "fish landed"–is not a valid measure of ecosystem services. More fish may be landed simply because better tackle are used — surely an undesirable feature of a measure intended to capture changes in *nature's* provision of beneficial services. The fish population, surroundings, and water body are the "ecosystem end products" directly used by anglers to produce recreational benefits. Thus, they are the ecosystem services that should be counted. The case of commercial fishing is similar, but here aesthetics are unimportant, so only the target fish populations need to be counted as ecosystem services.

The recreational and commercial examples also highlight the difference between final ecosystem services and final economic goods — final economic goods being things directly

---

[12] For example, the value of ecosystem services that contribute to commercial crop production. These are indirectly captured in GDP via food and feed. Consequently, they would not be added to green GDP. But they are a final contribution of the ecosystem and hence belong in the ESI. This latter point is in the same spirit as those green reforms to the system of national accounts which seek to highlight the role of ecosystems as inputs (see e.g. Hecht, 2005).

BLM_0034348

enjoyed or consumed by households. In the recreational case, the fish population is both the final ecological service and the final economic good. In the commercial case, fish purchased by households are the final economic good. Here, the value of the fish population (relating to commercial harvest) is embodied in the value of fish purchased. Because the distinction between intermediate and final goods and services is so important to welfare accounting, we reiterate that while ecosystem services are nature's end–products, they are not necessarily "end products" for the purposes of GDP.

In addition to being directly used, another important aspect of our definition of ecosystem services is that they are "components." This means that services are ecological things or characteristics, not functions or processes. Ecosystem components include resources such as surface water, oceans, vegetation types, and species populations. Ecosystem processes and functions are the biological, chemical, and physical interactions between ecosystem components. Functions and processes are not end-products; they are intermediate to the production of final ecosystem services. A manufacturing process can be thought of as an intermediate service in the conventional economy. The value of a manufacturing process is not included in GDP, again because its value is embodied in the value of its end-products. Often, ecological processes and functions are called services–nutrient cycling, for example. But nutrient cycling is an ecological function, not a final service. To be sure, it is a valuable function, but it is an intermediate aspect of the ecosystem and not an end-product.

A third feature of our definition is that it facilitates a distinction between the *quantity* (or physical measure) of ecosystem services and the value of those services. This distinction is always present in conventional economic accounts, but is often lost in discussions of ecosystem services. To motivate this point, consider the following model. A marketed input $M$ and a nonmarket ecological input $N$ are inputs into the commodity $A$, as described by the production function $A = A(M,N)$. This commodity can be one of many things, including a product, an amenity, or an avoided damage or cost. The respective values of $M$, $N$, and $A$ are $P_M$, $P_N$, and $P_A$, where $P_M$ has an available market price, $P_N$ does not, and $P_A$ may or may not.

To illustrate the issue associated with defining the nonmarket service, consider first the input's value. Production theory provides two perspectives. First,

$$P_N = (\partial A/\partial N)P_A. \tag{1}$$

The value can be derived from the input's productivity, times the value of the final commodity (see e.g., Freeman, 2003, Ch. 9).

Repeating this tangency condition for the market good and suitably arranging terms, we also have

$$P_N = \frac{\partial A/\partial N}{\partial A/\partial M}P_M. \tag{2}$$

In other words, the nonmarket input's value can be derived from the value of the market input and the substitutability of the market and nonmarket inputs. This type of relationship is often used in nonmarket valuation studies of home production of health and other commodities (see e.g., Freeman, 2003, Ch. 10).

Now consider the effect of a change in the nonmarket input on the total value of the commodity produced. For a change $dN$, the change in total value is

$$(\partial A/\partial N)P_A dN = P_N dN = \frac{\partial A/\partial N}{\partial A/\partial M}P_M dN. \tag{3}$$

Which part of this expression should be considered the measure of the nonmarket service and which part should be considered the value of that service? The environmental economics literature is surprisingly ambiguous. A classic text on nonmarket valuation, for example (Kopp and Smith, 1993, Chs. 2, 7, and 14), variously equates the "service" with: 1) the change in the nonmarket input, $dN$; 2) the change in the final commodity, $(\partial A/\partial N)dN$; and 3) the shadow value of the change, $p_N dN$.

Of these three definitions, we argue that the appropriate measure of services is the first, $dN$ (Banzhaf and Boyd, 2005). In our view, only this definition focuses on the ecological input as the quantity unit, while maintaining an appropriate price unit as its mate. Moreover, there are strong objections to the other candidates. The third ($p_N dN$) is inappropriate as it merges value and quantity information. The second, $(\partial A/\partial N)dN$, is harder to rule out at first. Under this definition, the ecosystem service is the contribution of the ecosystem to production of the final good or service, which may seem appealing. But in this case, the units of the ecosystem service are the same as the final output. This problem is exacerbated when we realize that an accounting system requires a total quantity of services, not just a marginal change. In that case, definition (3) would yield a measure of "ecosystem services" equal to $A$, the final output into which they are an input! The corollary too is that, with this as a quantity unit, we are left with $P_A$ as the price. In other words, the per-unit value of the ecosystem service is identical to the per-unit value of the final output. This seems strange indeed.

We prefer our definition of services, $dN$ for a change, or $N$ for a total, because it puts the ecosystem inputs on an equal footing with market inputs and outputs by identifying the point at which they come together in production. This is desirable because it means our definition allows for the eventual integration of an accounting system based on our definition into a more comprehensive set of national accounts. In other words, our definition of services is consistent with that used in conventional income accounting, so that our ESI could be combined with conventional GDP for a measure of green GDP (see e.g., Peskin 1989 and Hecht, 2005).

We conclude this section by addressing a point of confusion that we have encountered when discussing our definition with others. Our definition of "services" leads to measurement of components. But aren't components "things"–goods or capital inputs into production–rather than "services," which would seem to suggest the performance of some activity? For instance, in our angling example, isn't the stock of fish or water quality a capital asset, rather than a service?

Our answer is that, frequently, stocks are a measurement proxy for services. This proxy arises in two settings, both of which have analogues in conventional economic accounts. First, in many cases, the final ecological contribution to well

ECOLOGICAL ECONOMICS 63 (2007) 616–626   **621**



| BENEFIT | Final Services | Intermediate Components |
|---|---|---|
| **Recreational angling** | The water body<br>The bass population<br>The riparian forest | The water body's<br>quality |
| **Drinking water** | The water body's<br>quality | Wetlands, natural riparian<br>land cover |

Fig. 2 – Ecosystem services for recreational angling vs. drinking water.

being is in the form of an asset which is a capital input into some production. The stock of fish in the lake or sea for angling or commercial fishing is an excellent example. In such cases, the subtle distinction between a flow of services and the stock of ecological capital is that the "service" is actually the use of the ecological asset over some time period for purposes of fishing. This flow is unobserved, but so long as the service flow is proportionate to the stock, the stock is a valid proxy for the service. In fact, this is precisely the classical treatment of capital services in economic models (e.g. Hall and Jorgenson, 1967) and in national income accounts (see e.g. OECD, 2001).

In other cases, of course, the contribution of the ecosystem is a flow. In the case of pollination (an ecosystem function), the final ecosystem service provided by the function is the delivery of sexually viable pollen to the crop each season. Even here, however, the end product is a component—pollen delivered–and not a process. If some would prefer to substitute the word "good" for "service" in such cases, we do not object. However, we note that the same objection could be made to most so-called "services" in the market economy. Restaurants, a quintessential service industry, deliver a meal. Maids deliver a clean house.

As a final note on this point, we point out that even in the case of these flow outputs a stock input might have to serve as a proxy. Although it would not be our theoretically ideal measure, the stock of bees in a particular location may be a reasonable and desirable proxy for pollen delivered. Again, such proxies have their analogues in conventional accounting. The U.S. Bureau of Economic Analysis and other national statistical agencies frequently rely on proxies for difficult-to-measure service outputs (see Griliches, 1992 for discussion). For example, the real quantity of banking services is difficult to define and observe. Accordingly, banking services are proxied by inputs like labor hours in banking and the number of ATM machines. Similarly, legal services are proxied by hours billed, rather than a more meaningful measure of output. These kinds of measurement shortcuts will have to be employed in the measurement of even harder-to-define ecological services. Nevertheless, proxies should be used with full understanding that they are in fact proxies for the true service.

## 5.    A services inventory

With verbal and mathematical definitions behind us, we now turn to concrete illustrations of services and their measurement. As noted already, final ecosystem services are components of nature — things or qualities. The procedure for identifying ecosystem services is to first inventory sources of

well-being related to nature. By sources of well-being, we mean things like aesthetic enjoyment, various forms of recreation, maintenance of human health, physical damage avoidance, and subsistence or foraged consumption of food and fiber. Once these are identified, final ecosystem services are the ecological end-products that can be, but that aren't necessarily, used to produce the well-being.

For example, return once more to the case of recreational angling, as illustrated in Fig. 2. Final ecosystem services associated with angling include the water body, visually available natural resources abutting it, and the target fish population. The water body is a service because it is necessary for angling. Visually available natural resources in proximity are a service because they contribute to the aesthetic enjoyment of the angling experience. The target fish population in the water body is a service—assuming that the possibility of a catch is important to the experience. Now consider things that are not final ecosystem services associated with angling. The food web and water-purifying land uses on which the target population depends are not final services, because they are intermediate ecological components. The angler's catch also is not a service. Why not? The catch is an inappropriate definition because it includes more than the contribution of the ecosystem; it includes the skill of the angler, the quality of equipment, and the time invested.

### 5.1.    Services are benefit-specific

An important characteristic of an ESI is that the ecosystem services are contingent on particular human activities or wants.[13] In the angling example, the water body's quality was not a final service because water quality is an intermediate good in the provision of the target fish population (see Fig. 2).[14] In other words, its value for angling is embodied in its effect on the fish population.

However, a services inventory also will include the provision of drinking water as a source of well-being. For drinking water, access to water of a particular quality is a service directly relevant to a consumption decision. Should a household boil their water, rely on municipal treatment, or choose to drill a well? These decisions depend directly on the chemical composition of the water. This is illustrative of a general implication associated with our definition of services:

---

[13] Or, to risk confusion by proliferation of service concepts, particular "final services" that are enjoyed and that the ecosystem produces.

[14] Water conditions such as odor and clarity are ecosystem services because they contribute to the aesthetic experience.

BLM_0034350



**Fig. 3 – Ecosystem services for wetlands.**

a given ecosystem component may be a final service in one context and not a final service in another.

Wetlands are another example of how services are defined by the benefit in question (see Fig. 3). For example, wetlands can absorb and slow flood pulses. Accordingly, wetlands are a natural capital substitute for conventional damage-avoidance investments such as dykes, dams, and levees. Thus, wetlands are an ecosystem service associated with flood damage avoidance. However, they are not an ecosystem service associated with drinking water provision—not because they are not important to water quality, but because the water quality itself embodies the wetland's value.

If the benefit-contingent nature of final services seems odd, note that the same property is present in conventional welfare accounts. Consider harvested apples. GDP counts apples if they are sold as apples in stores. If, instead, the apples are used to make applesauce, they are not counted (the apples are embodied in what is counted, units of applesauce).

### 5.2.    *Services are spatially explicit*

Ecology is accustomed to the idea that the spatial layout of resources is important to its productivity and quality. Plant and animal species reproduce, hunt, forage, and migrate across the landscape. At the process level, ground, surface, and precipitated water link distant areas. Likewise, food webs can span both the horizontal and vertical dimensions. Ecology depicts a rich set of interrelationships that are spatially explicit.

For different reasons, the social value of ecosystem services also is spatially explicit. Return again to our economic definition of services, where individuals, households, firms, and governments consume ecological components. Typically, ecological components are not spatially fungible—that is, a

lake, a fish population, or an attractive forest buffer cannot be transported to another location. Many ecological services are best thought of as differentiated goods with important place-based quality differences. Ecosystem services' scarcity, substitutes, and complements likewise are spatially differentiated. This property is important to measurement. The chain of reasoning is as follows: Unlike cars, which can be transported by buyers and sellers, ecosystem services do not allow for spatial arbitrage. In turn, this means that the benefit of the service is spatially explicit. If the benefit is to be measured and is spatially explicit, the service's units must be spatially explicit.[15] Our service units can be expressed both numerically and visually via geospatial information systems.

### 5.3.    *Our definition of services compared to others'*

We have already noted that economists are not consistent in their definition of services (Kopp and Smith, 1993, Chs. 2, 7, and 14), equating services with each of the three definitions described in Section 4.[16] But alternatives, and the confusion they cause, also arise outside of economics. We start with a particularly influential list of services: one from Gretchen Daily's book *Nature's Services*. Part of Daily's list of representative ecosystem services is reproduced in the box below (Box 1). To be clear, Daily's intent was to illustrate the connection between ecology and human well-being, not to generate an accounting system. The point we wish to convey is that our definition advances the ability to use ecosystem services as a practical measurement tool.

Many of Daily's "services" are what we would call processes or functions. For example, is water purification a final ecosystem service? Not according to our definition. Rather, purification is a function of certain land cover types that help produce clean water. In our terminology, purification is embodied in the production function of the service but is not the service itself. Rather, clean water – at particular times and places – is the service and is valued for its connections to health, recreation, and so forth. Our insistence on the distinction between intermediate ecological processes and

### Box 1

**Daily's List of Ecosystem Services (Partial)**

- purification of air and water
- mitigation of droughts and floods
- generation and preservation of soils and renewal of their fertility
- detoxification and decomposition of wastes
- pollination of crops and natural vegetation
- dispersal of seeds
- cycling and movement of nutrients
- control of the vast majority of potential agricultural pests

---

[15] This has important implications for data collection. Even if the quantity of services is the same for everybody in a given area (the same air quality, for example), peoples' values will differ. For prices of market goods, the law of one price may approximately hold true within an area. Because no arbitrage exists to enforce this law for public goods, a wider sampling of prices across households is required.

[16] It should be noted that the authors have in the past themselves fallen victim to similar inconsistency (Boyd and Wainger, 2003).

BLM_0034351

ECOLOGICAL ECONOMICS 63 (2007) 616–626   **623**

final services may seem like a quibble. From the standpoint of practical measurement, however, it is not. Measuring processes is much more difficult than measuring the outcomes of processes. One reason ecology may have failed to produce accounting units is that ecology is drenched in the analysis of these underlying processes.

Returning to the list, the preservation and renewal of soils and the cycling of nutrients are processes. These processes yield, via a production function, soil characteristics that are services (e.g., a soil's nitrogen content). Nutrient cycling is a valuable function because it helps prevent over-nutrification, low aquatic oxygen, and subsequent stress on aquatic species populations. It is the aquatic populations themselves that are the final ecosystem services. The nutrient cycling process and dissolved oxygen levels are intermediate functions and processes that affect the final ecosystem service: the populations. Seed dispersal is a function. Measurable delivery of seeds to particular locations is the service arising from this process. Pollination, too, is a function. The service yielded by that function is delivery of pollen to specific crops. Since plant-specific pollen deliveries cannot be practically measured, a measurable proxy is necessary (as discussed in Section 5.2).

Or consider the detoxification of wastes.[17] Detoxification is a process embodied in a set of production functions. These functions yield particular air, soil, and water characteristics — these characteristics are the ecosystem services. Moreover, several of Daly's items are benefits, not services. Consider flood control. Flood control is a benefit to which natural assets can contribute, not a service. Rather, components of the natural landscape that prevent flooding (e.g., wetlands) are the ecosystem services. Wetlands, after all, are an input, along with dikes and other man-made inputs, into the production of property protection. Similarly, "aesthetic beauty and intellectual stimulation that lift the human spirit" are benefits of certain kinds of natural landscape. The services used to create this benefit are more specific components of the landscape, such as undeveloped mountain terrain, unbroken vistas, or a large conifer forest.

Having drawn this distinction, we reiterate that just because something is not a final service does not mean it is not valuable. But our corollary is that being valuable is not the same thing as being something we should necessarily worry about counting. Recall our earlier examples. In the angling example, the lake's chemical and biological water quality is a valuable input to the production of bass. It is not, however, an angling-related service that we would measure because the bass population as an end-product will embody the value of all the processes and components necessary to create the population. These qualities of the lake are important and valuable but are not final services in an economic accounting sense.

Another taxonomic example is the Millennium Ecosystem Assessment (MEA, 2005), an ongoing, multinational effort to track ecosystem conditions. The MEA is a good example of an accountability assessment that has adopted the ecosystem services paradigm to motivate measurement. We agree with this paradigm and with many of the tracking measurements suggested. However, the MEA also is a good example of an

---

| Table 1 – Inventory of services associated with particular benefits | | |
|---|---|---|
| Illustrative benefit | | Illustrative ecosystem services |
| Harvests | | |
| | Managed commercial[a] | Pollinator populations, soil quality, shade and shelter, water availability |
| | Subsistence | Target fish, crop populations |
| | Unmanaged marine | Target marine populations |
| | Pharmaceutical | Biodiversity |
| Amenities and fulfillment | | |
| | Aesthetic | Natural land cover in viewsheds[b] |
| | Bequest, spiritual, emotional | Wilderness, biodiversity, varied natural land cover |
| | Existence benefits | Relevant species populations |
| Damage avoidance | | |
| | Health | Air quality, drinking water quality, land uses or predator populations hostile to disease transmission[c] |
| | Property | Wetlands, forests, natural land cover |
| Waste assimilation | | |
| | Avoided disposal cost | Surface and groundwater, open land |
| Drinking water provision | | |
| | Avoided treatment cost | Aquifer, surface water quality |
| | Avoided pumping, transport cost | Aquifer availability |
| Recreation | | |
| | Birding | Relevant species population |
| | Hiking | Natural land cover, vistas, surface waters |
| | Angling | Surface water, target population, natural land cover |
| | Swimming | Surface waters, beaches |

[a] Managed commercial crops include the range of row crops, marine, and terrestrial species, for food, fiber, and energy.
[b] Viewsheds are a topographic concept, delineating the area from which a particular site can be seen.
[c] Biodiversity is thought by some ecologists to promote pest resistance.

---

overly generic definition of services that can confound practical measurement. Here we refer to Table 1, "Global Status of Provisioning, Regulating, and Cultural Ecosystem Services" (MEA, p. 41). Certain delineated services found in this list, such as timber, cotton, wood fuel, livestock, and crops, are consistent with our definition. But when it comes to public goods, the MEA does not deliver particularly constructive definitions. For example, it labels a set of "regulating services" that roughly correspond to the kinds of functions and processes listed by Daly (e.g., pest regulation, disease

---

[17] Waste assimilation, as an alternative to other forms of waste disposal, is an ecosystem service in our definition.

BLM_0034352

regulation, hazard reduction, pollination, and climate regula-
tion). Some within this category are what we would call
functions, some are benefits. The MEA's "cultural services,"
including "spiritual and religious values, aesthetic values, and
recreation and ecotourism," are particularly unsatisfying.
These things are benefits and very generic categories at that.
None of the "services" listed in these two categories are what
we would define as final services and there is little guidance
given on how to measure them. Again, we do not take issue
with the MEA's general goal, rather we strive for a more
operational definition of units of account. Numerous, similar
taxonomic examples are available (National Research Council,
2004).[18]

### 5.4.    *An illustrative inventory*

Table 1 above expands on our examples to provide a larger
inventory of services associated with particular kinds of
benefit. Several things should be noted about this list. First,
the examples are not exhaustive of either the benefits arising
from nature or the ecological services associated with a
particular benefit. Second, these are the services associated
with an ESI (our measure of the ecosystem's value as a
subcomponent of green GDP). Thus, it includes final ecological
contributions to both market and nonmarket goods and
services. Third, each of the illustrated service measures is a
generic depiction of a spatially explicit measurement. In other
words, wetlands in the table below in practice means "wet-
lands in a particular location."[19] We envision mapping each
service at a relatively fine resolution.

As this inventory of services is compared to others, several
things should be kept in mind. First, as we have stressed, an
economic accounting perspective does not require the mea-
surement of "all that is ecologically important." Rather, we can
economize on measurement by monitoring only the end-
products of complex ecological processes. By definition, these
end-products are ecological components that are consumed
directly or combined with other kinds of inputs (labor, capital)
to produce benefits. It is for this reason that our inventory
does not include ecological processes or functions. Second, all
of the services listed should be measured in the most spatially
explicit manner that is practicable. This is because the social
value of a particular service depends on its location in the
physical and social landscape. Finally, several aspects of the
inventory deserve more detailed explanation to illustrate our
accounting definition of services.

#### 5.4.1.    *Harvests*
Note that the final ecosystem services are different for
managed and unmanaged harvests. Managed, row-crop
agriculture involves the combination of various capital and

labor inputs. For this reason, we do not want to use managed
harvests as a measure of ecosystem services. Too many non-
ecological inputs affect such harvests. However, subsistence
crops and many hunted marine populations are not actively
managed in this way. Here, we would use the available
population or crop as the ecosystem measure, because the
ecosystem itself is delivering the harvest opportunities.

#### 5.4.2.    *Amenities and fulfillment*
While these categories can sound intangible, there is ample
economic evidence that non-consumptive benefits are
important.[20] Recreational benefits and property values, for
example, are influenced strongly by visual amenities. Any
environmentalist can describe the emotional benefits of
contact with nature, as hard as these may be to measure.
Bequest and existence benefits are somewhat more contro-
versial in that some believe that their value derives from a
moral imperative, rather than from an economic calculus. As
such, the argument goes, their value cannot and should not be
expressed in economic terms (Sagoff, 1997). As economists,
however, we take the view that if it is expressed in human
action and choice, it is in principle measurable.

#### 5.4.3.    *Damage avoidance*
Are forests that sequester carbon and thus contribute to the
reduction of climate-related damages a final ecosystem
service? Our answer is no. To be sure, forests may be a service
for other reasons (recreation) but not for climate-related
reasons. In our framework, climate-related damages to
natural resources are accounted for already. Consider the
effect of climate-related sea-level rise on beach recreation. If
sea-level rise damages beaches, and thus recreational bene-
fits, that will be captured in our beach-related ecosystem
service measures (e.g., beaches themselves). The fact that
forests sequester carbon is certainly important but in an
intermediate sense. The social cost of not sequestering carbon
already will be captured in our other service measures.

As for health damages, we seek measures of the ecological
conditions that directly affect health, such as air, soil, and water
quality. Similarly for property damages, we seek ecological
characteristics that are most directly capable of limiting property
damage. These include wetlands (which prevent flood damage
to property) and biodiverse natural land cover (which prevents
crop damage due to drought, erosion, and pests).

## 6.    From units of account to green GDP

This article has focused on the measurement of final ecosystem
services and the construction of a useful definition of such
services. Our ultimate endeavor, however, is the integration of
service measures into an accounting framework, such as GDP or

---

[18]  The NRC report provides a verbal definition of services similar to
ours, but then illustrates the measurement of services by reprodu-
cing a set of taxonomies (including Daily's) with no logical relation-
ship to the definition (Tables 3-2 and 3-3 in the NRC report). See
Binning et al. (2001) for excellent ecological and economic illustra-
tions of services using a far more expansive definition than ours.
[19]  Exceptions are services associated with existence or bequest
values.

[20]  The term "fulfillment services" is described in more detail in
Binning et al. (2001). ("A factory is an adequate analogy for the
systems that deliver commodities and the physical services of
ecosystems, but cathedrals, theatres, museums, universities or
great art galleries are more appropriate analogies for the life-
fulfilling services.")

BLM_0034353

ECOLOGICAL ECONOMICS 63 (2007) 616-626 **625**

some other broad-based assessment of governmental performance.

Broadly, accounting frameworks require at least three things. First is the definition and measurement of quantities—the focus of this paper. Second, accounting requires aggregation or the adding up of the quantities. Aggregation is the province of index theory, a subject we have applied to ecosystem service analysis in previous work (Banzhaf and Boyd, 2005; Banzhaf, 2005).[21] Aggregation leads to a third requirement: weights for the individual elements in the index. The simplest indexes weight elements equally. Indexes aimed at welfare measurement need weights that correspond to the relative value of the elements (the services in this case). Conventional economic accounts have the luxury of using market prices, which act as a proxy for relative value. In general, we do not have that luxury, since we are counting services not sold in markets.

This paper has devoted relatively little attention to the measurement of prices or other weights attached to services.[22] However, we can outline a rough strategy for collecting and verifying nonmarket weights across services and the landscape.

The aspiration of economic analysis is willingness-to-pay (WTP)-based weights. Where are these weights to come from? The simple answer is: from nonmarket valuation studies. However, nonmarket valuations tend to focus on single services at discrete locations or, at best, at a regional scale. Even if all the existing dollar-based, nonmarket studies were put together, their coverage of WTP weights would be very spotty.

In conventional accounting, arbitrage allows us to assume a single market price. For many ecosystem services, there is no arbitrage. Also, many ecological services are best thought of as differentiated goods with important place-based quality differences. Accordingly, the WTP-based weights assigned to services should be spatially explicit. Methodologically, an ecological welfare index demands the continued development and application of benefit transfer techniques. Meta-analysis of existing value estimates can be used to calibrate benefit transfers.

Such meta-analyses might be facilitated by what we call WTP indicators. WTP indicators are countable measures of things that raise or lower willingness to pay for ecosystem services. This method is detailed elsewhere (Boyd and Wainger, 2002, 2003; Boyd, 2004), but involves geographic information system measurement of site-specific measures of ecosystem service scarcity, substitutes, and complements.[23] WTP, while not directly observable, is a function of various characteristics that are observable. WTP weights $p_i$ can be thought of as a function of landscape indicators $I$. In principle,

this function, on a service-by-service basis, can be calibrated by relating observable indicators $I$ to existing WTP estimates of service value. Unfortunately, most published nonmarket valuations do not include such information—a major barrier to their use in meta-analysis and benefit transfer.

Other approaches include the use of stated preference techniques to place weights on units of account using place-specific scenarios. In other words, the scenarios presented in stated preference surveys could rely on standardized service units and ways of measuring place-based quality, substitution, and complementary asset landscape factors akin to what we call WTP indicators.

Depending on the context, a fourth factor in a complete "green GDP" would be the depreciation of ecosystem assets, including intermediate assets and processes that are not ecosystem end-products. Such depreciation, analogous to Net GDP, has played a central role in work on green GDP to date (see Mäler, 1991 and Weitzman, 1976, 2003 for intellectual frameworks, Nordhaus and Kokkelenberg, 1999 for discussion, and Repetto et al., 1989 and U.S. BEA, 1994 for examples). We have de-emphasized this issue here because our purpose has been to contribute to a useful definition of ecosystem services, but in so-doing we do not mean to minimize its importance.

As we have stated previously, intermediate ecosystem components and process have value, but their value is in the provision of final ecosystem services. Proper depreciation of damages to intermediate components and processes thus requires biophysical models to predict the resulting change in the stream of future final services, together with discounted values for those services, a point we have made elsewhere (Banzhaf and Boyd, 2005). While at present this may be possible in some cases, in our pragmatic view the most progress can be made by first improving measurement of current services.

## 7.    Conclusion

Accounting for final environmental services is important to public policy because those services contribute significantly to human welfare and are not captured in existing welfare accounts. We come at ecosystem services accounting from an economic perspective. Economic accounting requires an economically derived definition of ecosystem services. We have articulated and defended such a definition in this article.

Our economic definition of services employs two fundamental insights. First, that ecosystem services should be isolated from nonecological contributions to final goods and services. Once ecosystem services are combined with other inputs, such as labor and capital, they cease to be identifiably "ecological." For example, recreational benefits and commercial harvests are not ecosystem services because they arise from the combination of ecosystem services with other inputs. Second, that economic accounting is concerned with ecological end-products, not the far larger set of intermediate processes and elements that make up nature.

Relative to more eclectic definitions of services—which have an "everything but the kitchen sink" quality—our definition yields a more concrete and parsimonious set of ecological elements to be counted. Moreover, our definition is motivated

---

[21] See Fisher (1923) for a seminal review of issues associated with indexing.

[22] We do not wish to minimize the challenge and its importance to an accounting system such as the one we advocate. After all, units of ecosystem services that cannot be appropriately and practically weighted will inhibit the development of welfare-based performance measures such as green GDP.

[23] Consider flood control benefits. Wetland acres are a service measure. The density of wetlands is a measure of their scarcity (the greater the density, the lower the value of a particular wetland acre). In a recreational context, recreational species populations are a service measure. Complementary goods such as roads, trails, docks, and boat ramps are observable complements that in principle increase the value of the service.

BLM_0034354

**626**                    ECOLOGICAL ECONOMICS 63 (2007) 616–626

by the economics of national welfare accounting and thus has practical implications for green GDP. Efforts to promote green GDP have stumbled because the definition of ecological factors to be measured have been unarticulated or flawed.

As a parting thought, we reiterate the fact that our definition of ecosystem is derived from a desire for consistency between conventional market accounting units and ecosystem accounting units. Interestingly, this leads to measurement of units that are in fact biophysical, rather than social or economic in nature. An economic definition of service units therefore leads naturally and necessarily to a bridge between economic and biophysical analysis. No ecologist should think that the economic definition of services leads away from biophysical analysis. In fact, the opposite is true.

## REFERENCES

Ando, Amy, Khanna, Madhu, 2004. Natural resource damage assessment methods: lessons in simplicity from state trustees. Contemporary Economic Policy 22 (4), 504–519.

Banzhaf, H. Spencer, 2001. Quantifying the qualitative: quality-adjusted price indexes, 1915–1961. In: Klein, J.L., Morgan, M.S. (Eds.), The Age of Economic Measurement. History of Political Economy, vol. 33. Duke University Press, Durham, NC. supplement.

Banzhaf, H. Spencer, 2005. Green price indices. Journal of Environmental Economics and Management 49, 262–280.

Banzhaf, Spencer, Boyd, James, 2005. The architecture and measurement of an ecosystem services index. Discussion Paper 05-22. Resources for the Future, Washington DC.

Binning, C., Cork, S., Parry, R., Shelton, D., 2001. Natural Assets: an Inventory of Ecosystem Goods and Services in the Goulburn Broken Catchment. Ecosystem Services Project, Canberra, Australia.

Boyd, James, 2004. What's nature worth? Using indicators to open the black box of ecological valuation. Resources 154, 18–22.

Boyd, James, in press. Nonmarket benefits of nature: what should be counted in green GDP? Ecological Economics.

Boyd, James, Wainger, Lisa, 2002. Landscape indicators of ecosystem service benefits. American Journal of Agricultural Economics 84, 1371–1378.

Boyd, James, Wainger, Lisa, 2003. Measuring ecosystem service benefits: the use of landscape analysis to evaluate environmental trades and compensation. Discussion Paper 02-63. Resources for the Future, Washington, DC.

Daily, Gretchen, 1997. Nature's Services: Societal Dependence on Natural Ecosystems. Island Press, Washington, DC.

Fisher, Irving, 1923. The Making of Index Numbers: a Study of their Varieties, Tests, and Reliability, 2nd ed. Houghton Mifflin, Boston.

Flores, Nicholas, 1999. Environmental values and national economic accounts: a theoretical inquiry. Mimeo. Boulder, CO: University of Colorado.

Freeman III, A. Myrick, 2003. The Measurement of Environmental and Resources Values. Resources for the Future, Washington, DC.

Grambsch, Anne E., Michaels, R. Gregory, Peskin, Henry M., 1993. Taking stock of nature: environmental accounting for Chesapeake Bay. In: Lutz, E. (Ed.), Toward Improved Accounting for the Environment, An UNSTAT-World Bank Symposium. The World Bank, Washington, DC, pp. 184–197.

Griliches, Zvi (Ed.), 1992. Output Measurement in the Service Sectors. The University of Chicago Press, Chicago.

Hall, Robert E., Jorgenson, Dale W., 1967. Tax policy and investment behavior. American Economic Review 57, 391–414.

Hecht, Joy E., 2005. National Environmental Accounting: Bridging the Gap between Ecology and Economy. Resources for the Future, Washington, DC.

Houck, Oliver, 2002. The Clean Water Act TMDL Program V: aftershock and prelude. Environmental Law Reporter 32, 10385–10419.

Kopp, Raymond, Smith, V. Kerry, 1993. Valuing Natural Assets. Resources for the Future, Washington, DC.

Kremen, Claire, 2005. Managing ecosystem services: what do we need to know about their ecology? Ecology Letters 8, 468–479.

Lange, Glenn-Marie, 2003. Policy Applications of Environmental Accounting. Paper no. 88. The World Bank Environment Department, Washington, DC.

Mäler, Karl-Göran, 1991. National accounts and environmental resources. Environmental and Resource Economics 1 (1), 1–15.

Millennium Ecosystem Assessment, 2005. Ecosystems and Human Well-Being: Synthesis. Island Press, Washington, DC.

National Research Council, 2004. Valuing Ecosystem Services: Toward Better Environmental Decision-Making. National Academy of Sciences, Washington DC.

Nordhaus, William D., 2005. Principles of national accounting for non-market accounts. Working Paper Prepared for CRIW Conference on the Architecture for the National Accounts, January.

Nordhaus, William D., Kokkelenberg, Edward C., 1999. Nature's Numbers: Expanding the National Economic Accounts to Include the Environment. National Academy Press, Washington, DC.

Organization of Economic Cooperation and Development, 2001. Measuring Productivity: OECD Manual. Paris, Accessed at http://www.oecd.org/dataoecd/59/29/2352458.pdf.

Peskin, Henry M., 1989. Accounting for Natural Resource Depletion and Degradation in Developing Countries. Environmental Department Working Paper No. 13. The World Bank, Washington, DC. (January).

Peskin, Henry M., Delos Angeles, Marian S., 2001. Accounting for environmental services: contrasting the SESA and the ENRAP approaches. Review of Income and Wealth 47 (2), 203–219.

Repetto, R., Magrath, W., Wells, M., Beer, C., Rossini, F., 1989. Wasting Assets: Natural Resources in the National Income Accounts. World Resources Institute, New York.

Sagoff, Mark, 1997. Can we put a price on nature's services? Philosophy and Public Policy 17 (3), 7–12.

Smith, Robert, 2004. A capital-Based Sustainability Accounting Framework for Canada in Measuring Sustainable Development: Integrated Economic, Environmental, and Social Frameworks. OECD, Paris, pp. 111–128.

United Nations Environment Programme, 1993. Environmental Accounting: a Review of the Current Debate.

U.S. Bureau of Economic Analysis (BEA), 1994. Integrated economic and environmental satellite accounts. Survey of Current Business 74, 33–49.

U.S. General Accounting Office (U.S. GAO), 2000. Land Exchanges Need to Reflect Appropriate Value and Serve the Public Interest, GAO-RCED-00-73. U.S. GAO, Washington, DC.

U.S. GAO, 2004. Better Coordination is Needed to Develop Environmental Indicator Sets that Inform Decisions, GAO-05-52. U.S. GAO, Washington, DC.

U.S. GAO, 2005a. Status of Federal Data Programs that Support Ecological Indicators, GAO-05-376. U.S. GAO, Washington, DC.

U.S. GAO, 2005b. Corps of Engineers Does Not Have an Effective Approach to Ensure that Compensatory Mitigation Is Occurring, GAO-05-898. U.S. GAO, Washington, DC.

Weitzman, Martin L., 1976. On the Welfare Significance of National Product in a Dynamic Economy. Quarterly Journal of Economics 90, 156–162.

Weitzman, Martin L., 2003. Income, Capital, and the Maximum Principle. Harvard University Press, Cambridge, MA.

World Bank, 2005. Where is the wealth of nations? Measuring Capital for the 21st Century. The World Bank, Washington, DC.

BLM_0034355

# *Colorado Sagebrush:*
# *A Conservation Assessment and Strategy*



BIO-Logic Environmental

under Contract # PSC-1184-2004

with Colorado Division of Wildlife

## September 2005

BLM_0034356

*i*

# DOCUMENT INFORMATION AND ACKNOWLEDGEMENTS

**Sponsor Contact**

Pamela M. Schnurr, Forest and Shrublands Species Coordinator
Colorado Division of Wildlife
711 Independent Avenue
Grand Junction, Colorado 81505
(970) 255-6180
Pam.Schnurr@state.co.us

**Authors**

Stephen A. Boyle, Senior Biologist, BIO-Logic Environmental, Montrose, Colorado - sboyle@bio-geo.com

Dawn R. Reeder, Principal Biologist, Rare Earth Science, LLC, Grand Junction and Paonia, Colorado - dawn@rareearthscience.com

**GIS Analytical Design & Execution**

Lynn M. Connaughton, Geologist and GIS Specialist, BIO-Logic Environmental, Montrose, Colorado - lynnc@bio-geo.com

**Suggested Citation**

Boyle, S. A. and D. R. Reeder. 2005. Colorado sagebrush: a conservation assessment and strategy. Grand Junction: Colorado Division of Wildlife.

**Cover Photograph**

Big sagebrush shrubland during autumn in the Gunnison Basin, Colorado (Reeder)

**Acknowledgements**

We thank Pam Schnurr of the Colorado Division of Wildlife for administering the project and contract, reviewing methodology and drafts, and providing technical advice based on her considerable professional experience. Rangeland Ecologist Stephen B. Monsen of Mapleton, Utah, Allan R. Stevens of Snow College, Ephraim, Utah, and William Baker of the University of Wyoming, Laramie provided technical advice on threats models.

We thank the following experts for reviewing species profiles and commenting on other aspects of the document: David M. Armstrong, Professor, Department of Ecology & Evolutionary Biology and Museum Associate Curator, University of Colorado-Boulder; John T. Rotenberry, Professor, Department of Biology, University of California, Riverside; Catherine P. Ortega, Professor, Department of Biology, Fort Lewis College, Durango, Colorado; Ron Lambeth, Wildlife Biologist, BLM Colorado - Grand Junction Field Office; Thomas D. I. Beck, Wildlife Researcher, Colorado Division of Wildlife (retired); James Fitzgerald, Professor Emeritus, University of Northern Colorado, Greeley, Colorado; and Ronald D. Beane, Senior Wildlife Biologist, ERO Resources, Denver, Colorado.

Other technical assistance and advisement was generously provided by Jim Hicks, Mike Crosby, John Toolen, Brad Petch, Mike Grode, Tony Apa, and Don Schrupp of Colorado

BLM_0034357

*ii*

Division of Wildlife; Ed Hallowed of the U.S. Bureau of Land Management; Steven T. Knick of the USGS Biological Resources Division, Boise, Idaho; Tony Leukering, Rocky Mountain Bird Observatory Special Projects Coordinator for the Monitoring Colorado's Birds program; Tim R. Mullican, Professor, Department of Biology, Dakota Wesleyan University, South Dakota; and Sara J. Oyler-McCance, Assistant Research Professor, Department of Biological Sciences, University of Denver.

Research support was graciously rendered by Jackie Boss, Librarian at the Colorado Division of Wildlife Research Center Library, and the Interlibrary Loan staff at the Montrose Public Library. We thank Peter Williams, Joshua Zaffos, and Julia Brown for research assistance and their work on early drafts of the species profiles. Rita Clagett and Jim LeFevre helped edit copy.

We thank the following publishers and organizations for kindly permitting us to reprint their copyrighted materials: Birds of North America for overall range maps from Birds of North America Species Accounts; Cooper Ornithological Society for a map of sagebrush overall range; NatureServe for Natural Heritage conservation status maps; and the University of Colorado Press for overall range maps of mammals.

We extend a special note of thanks to Lynn Connaughton of Bio-Logic Environmental for designing and executing the GIS analyses for this project. Her imagination, technical skill, and determination were inspiring.

Finally, we are indebted to M.J. Wisdom, M.M. Rowland, L.H. Suring, L. Schueck, C.W. Meinke, B.C. Wales, and S.T. Knick, co-authors of "Procedures for Regional Assessment of Habitats for Species of Conservation Concern in the Sagebrush Ecosystem." Their exceptional document provided the groundwork for Colorado Sagebrush: A Conservation Assessment and Strategy.

BLM_0034358

*iii*

# ABSTRACT

Boyle, S. A.[1] and D. R. Reeder.[2] 2005. Colorado sagebrush: a conservation assessment and strategy. Grand Junction: Colorado Division of Wildlife.[3]

The Colorado Division of Wildlife (CDOW) is concerned with habitat needs and management of declining sagebrush-dependent wildlife. To address these concerns, we developed an assessment of sagebrush-dominated areas in central and western Colorado covering 2.2 million hectares, and a management strategy for declining (or potentially declining) sagebrush-dependent wildlife species not addressed by existing conservation plans. We used geographic information system (GIS) analysis of Southwest Regional GAP Analysis land cover data to estimate current and historic sagebrush distribution, analyze sagebrush patch size, and model the distribution and severity of threats to sagebrush from pinyon-juniper encroachment, weed encroachment, energy development, and residential development. We identified 11 wildlife species of concern (black-throated sparrow, Brewer's sparrow, green-tailed towhee, kit fox, lark sparrow, Merriam's shrew, northern harrier, sage sparrow, sage thrasher, sagebrush vole, and vesper sparrow) and used GIS to map their habitat and range and to assess threats to their sagebrush habitat. To provide a management framework we designated 3 species groups based on similarities in habitat requirements (in order of conservation priority: sagebrush obligates, arid shrubland/grassland species, and species of montane shrublands, woodlands, or edges). We mapped priority sagebrush areas for management based on sagebrush patch size, species of concern richness, level of modeled threats, and species group conservation priority. To guide CDOW management efforts for the species of concern, we provide goals, objectives, and strategies for protecting and enhancing sagebrush habitat, monitoring wildlife species, and conducting research.

---

[1] Senior Biologist, BIO-Logic Environmental, Montrose, Colorado.

[2] Principal Biologist, Rare Earth Science, LLC, Paonia, Colorado.

[3] Funded by the Colorado Division of Wildlife under Contract Number PSC-1184-2004.

BLM_0034359

*iv*

# EXECUTIVE SUMMARY

The Colorado Division of Wildlife (CDOW) is concerned with habitat needs and management of declining sagebrush-dependent wildlife. CDOW funded the preparation of this document to provide 1) a regional assessment of current and historic Colorado sagebrush habitat, and 2) a multi-species regional conservation planning approach for wildlife species of concern.

## Overview and Methodology

Chapters 1 through 4 constitute the regional sagebrush assessment. The assessment area encompasses the range of tall woody sagebrush (*Artemisia* spp.) in Colorado, consisting of the state's 39 contiguous western counties. In this assessment, we describe sagebrush ecosystems and use geographic information system (GIS) analyses of publicly available spatial datasets to map, and quantify current and historic sagebrush coverage in the assessment area, analyze patch size distribution, and model risks to sagebrush from four widespread threats: pinyon-juniper encroachment, invasive herbaceous plant encroachment, residential development, and energy development.

In Chapters 5 and 6 and the Appendix, we identify and describe the species of concern, map their ranges and habitat distributions, and estimate risks to their sagebrush habitats in the assessment area. Species of concern are declining or potentially declining sagebrush-dependent vertebrates without existing conservation, recovery, or management plans in the region. Species of concern are also limited to vertebrates whose large ranges and macro-habitat requirements are suited to regional-scale assessment, planning, and management efforts. Our species of concern selection process was to 1) identify species associated with sagebrush in the assessment area, 2) eliminate those species for which conservation planning or management exists or is underway, 3) determine which remaining species are experiencing population decline or potential decline, and 4) select from the remaining species those whose sagebrush habitat can be evaluated meaningfully on a regional scale. The 11 species of concern addressed in this document are black-throated sparrow, Brewer's sparrow, green-tailed towhee, kit fox, lark sparrow, Merriam's shrew, northern harrier, sage sparrow, sage thrasher, sagebrush vole, and vesper sparrow.

Chapter 7 provides a management framework for species of concern by designating 3 species groups based on similarities in habitat requirements. In order of conservation priority, the species groups are: Group 1 - sagebrush obligates (Brewer's sparrow, sage sparrow, sage thrasher, and sagebrush vole); Group 2 - arid shrubland/grassland species (black-throated sparrow, kit fox, northern harrier, and vesper sparrow); and Group 3 - montane shrubland, woodland, or edge species (green-tailed towhee, lark sparrow, and Merriam's shrew).

Chapter 8 identifies and uses GIS analyses to map priority sagebrush areas for management based on sagebrush patch size, species of concern richness, level of modeled threats, and species group conservation priority. To guide CDOW management efforts for the species of concern, Chapter 8 provides goals, objectives, and strategies for protecting and enhancing sagebrush habitat, monitoring wildlife species, and conducting research. The conservation strategies presented in Chapter 8 have not been formally approved or adopted by CDOW, and timelines for completion have yet to be developed. Implementation of conservation strategies will be contingent upon adequate CDOW staffing and funding as well as agency priorities.

BLM_0034360

v

## Assessment Key Findings

- Sagebrush-dominated shrublands cover 2.2 million hectares (ha), or 14 percent of the assessment area, and are the assessment area's second most abundant habitat type, behind upland forests. Just over half of all sagebrush-dominated areas are concentrated in northwestern Colorado, North Park-Middle Park, and the Gunnison Basin. These three areas should be considered cornerstones of sagebrush conservation in Colorado. However, widely scattered smaller concentrations account for nearly half of the sagebrush habitat in the assessment area and provide important landscape linkages. These patches are important for their species-habitat functions as well as ecosystem-level functions.

- We make the provisional, conservative estimate that approximately 13 percent of sagebrush shrublands in the assessment area has been lost to land use conversions (primarily agriculture) since pre-Euro-American settlement times (the actual percentage lost is likely greater).

- About 44 percent of the sagebrush in the assessment area occurs on private lands, 41 percent on U.S. Bureau of Land Management (BLM) lands, and 7 percent on U.S. Forest Service (USFS) lands. Private lands and BLM lands account almost equally together for 85 percent of sagebrush-dominated lands in the assessment area. Sagebrush conservation efforts should emphasize and involve these entities.

- The risk to sagebrush of pinyon-juniper encroachment is predicted to be high on nearly 400,000 ha (18 percent of sagebrush in the assessment area), and moderate or low on nearly 580,000 ha (27 percent), with moderate to high risk concentrated in the western counties of the assessment area but also in the San Luis Valley and Gunnison Basin.

- The risk to sagebrush of encroachment by invasive herbaceous plants is predicted to be high on about 510,000 ha (23 percent of sagebrush in the assessment area) and moderate on about 401,000 ha (18 percent). Nearly 58 percent of sagebrush in the assessment area is predicted to be at low risk, and less than 1 percent is predicted at no risk. Sagebrush areas at moderate or high risk are most concentrated in the western counties and elsewhere at lower elevations near human development.

- The predicted risk to sagebrush of energy development is predominantly moderate (1.27 million ha, 58 percent of sagebrush in the assessment area), with 165,000 ha, (7 percent) predicted at high risk. Substantial areas of sagebrush at moderate or high risk occur in the northwest counties, Paradox Basin, San Juan Basin, and other localized areas.

- The predicted risk to sagebrush of residential development is none on 1.2 million ha (56 percent of the assessment area, all on public lands), and moderate or high on about 85,000 ha (4 percent of sagebrush in the assessment area). Sagebrush areas at moderate or high risk are concentrated around cities and towns with increasing human populations and development. An important limitation is that a separate model predicting residential growth in 2020, on which our sagebrush threat model was based, underestimates development threat associated with some Colorado resort communities.

- Almost 1.8 million ha (81 percent) of sagebrush is predicted at moderate or high risk of all threats combined in the assessment area, and an insignificant amount is predicted at no risk. Sagebrush concentrations at high combined risk occur in the northwest counties, the Colorado River watershed, and southwestern counties bordering Utah and New Mexico with other areas at high risk scattered in the assessment area. Part of the Gunnison Basin forms the largest sagebrush area predicted to have low or no combined risk. An important limitation is that estimates of habitat at risk were generated from threats models whose performance has not been evaluated in the field.

BLM_0034361

- At least 73 sagebrush-associated vertebrates occur in the assessment area, 30 of which are known or believed to have stable populations. Of the 43 declining or potentially declining vertebrates, 14 are addressed by other conservation planning efforts, 11 are only weakly associated with sagebrush in the assessment area, and 7 are better suited to local-scale evaluation and management efforts. The remaining 11 species are the focus of our assessment.

- Significant knowledge gaps exist concerning population trends, biology, and ecology of all 11 species of concern in the assessment area. The majority of knowledge for each species of concern is derived from studies made outside Colorado, and in some cases, non-sagebrush habitats. Our species of concern selections were based on limited knowledge of habitat preferences and requirements, ranges, and population trends for Colorado vertebrates, underscoring the need for research and use of adaptive management principles in the conservation of these species.

- Among the widespread threats we modeled, risk of encroachment by invasive herbaceous plants is probably the most extensive sagebrush habitat threat across all species of concern (for example, with sagebrush habitat at high risk ranging from about 70 percent for kit fox to about 23 percent for Brewer's sparrow and green-tailed towhee). Threat of residential development in sagebrush habitats for species of concern is probably the least extensive sagebrush habitat threat overall, with less than 5 percent of sagebrush habitat at high risk and over 90 percent at none or low risk for all species. Risk of energy development is broadly moderate for sagebrush habitats of all species of concern, ranging from 58 to 78 percent of sagebrush habitat at moderate risk. For species of concern except kit fox, northern harrier, sage sparrow, and black-throated sparrow, risk of pinyon-juniper encroachment in more than half of their sagebrush habitat is none to low.

- Modeling of combined threats predicted some degree of risk in virtually all sagebrush habitat for each species of concern, underscoring the need for conservation action. Sagebrush habitats for the species of concern constitute an average of over half their total available habitats in the assessment area. The most serious long-term consequence of the modeled threats to all species of concern in the assessment area, especially to the sagebrush obligates, is habitat loss. Habitat fragmentation and habitat degradation have mixed effects on the species of concern. Limitations: Our threats models estimate risks to species' sagebrush habitats but do not account for species' responses to threats. Our threats models provide a generalized and fairly coarse estimate of the predicted risk, and each would benefit from refinement as funding and better datasets become available. Other widespread threats exist, but were not modeled; grazing and range treatments may cause widespread direct and indirect threats to sagebrush habitats for species of concern, but region-wide GIS coverages of range condition and range treatments are not yet available for modeling these threats across the assessment area. Finally, to gain a more complete understanding of threats and conservation needs of the species of concern in the assessment area, models for assessing risk of widespread threats to non-sagebrush habitat components are needed.

- Areas of maximum and near-maximum species richness in sagebrush habitat vary substantially among species groups. High species richness is concentrated for Group 1 (sagebrush obligates) in the northern counties, for Group 2 (arid shrubland/grassland species) in the southwestern counties, and for Group 3 (montane shrubland, woodland, or edge species) broadly throughout the assessment area.

**Conservation Plan Summary**

- This Conservation Plan (Chapter 8) is intended to provide resource managers with a conceptual and spatial framework for regional sagebrush conservation planning and

BLM_0034362

management for the 11 species of concern. The overarching goal of the plan is to avert further decline of the species of concern within the assessment area. In the Conservation Plan, we 1) review the species groups, 2) identify and prioritize management emphasis areas for each species group, and 3) develop goals, objectives, and strategies for conservation of the species of concern with an integrated adaptive management approach. At the time of the publication of this document, the strategies presented in the Conservation Plan were not yet approved by the CDOW.  In a separate process outside of this plan, the CDOW will analyze and prioritize recommended strategies, identify those to be considered during planning and budgeting processes, and develop timelines for their completion.

- For each species group we identified geographic areas of sagebrush habitat to receive low, moderate, or high management emphasis (Figures 8-2, 8-3, and 8-4). To identify these sagebrush habitat areas and assign management emphases, we used GIS to analyze data sets developed in previous chapters (species richness, patch size analysis, and risks to sagebrush habitat from combined threats) against criteria presented in Figure 8-1. Generally, large patches of sagebrush habitat (>10,000 ha) with high species richness and high or moderate risk of combined threats were assigned high management emphasis, and smaller patches of sagebrush (<100 ha) with low species richness and low or no risk of combined threats were assigned low management emphasis. Moderate management emphasis was assigned to large patches with high species richness and low or no risk of combined threats, and to a range of patches (100 to 10,000 ha) with high or moderate risk of combined threats.

- We propose further prioritization of management emphasis areas by species group, with first priority given to Group 1, second priority given to Group 2, and third priority given to Group 3 (Figure 8-5). First priority for Group 1 species is due to their nearly complete reliance on sagebrush habitats. The protection of sagebrush habitat of suitable amounts and quality is the single biggest conservation issue for these species. Second priority for Group 2 is due to their partial dependence on sagebrush, and additional requirements for arid low shrublands that are susceptible to various land use threats including invasive herbaceous plants and residential development. Third priority for Group 3 species reflects their relatively low dependence on sagebrush or use of edge habitats, and common use of either more mesic mountain shrublands or pinyon-juniper shrublands/open woodlands. These other habitat types tend to be less ecologically brittle than the majority of Group 1 and Group 2 species habitats, and are generally less at risk from the combined modeled threats.

- The Conservation Plan is organized around three goals: 1) Maintain sagebrush habitat of adequate quantity, landscape arrangement, and quality for species of concern in the assessment area; 2) Maintain viable populations and avert further decline of species of concern in the assessment area; and 3) Conduct research to address knowledge gaps in sagebrush-dependent species of concern biology, ecology, and responses to habitat change.

- Under each goal, we establish a series of objectives, or specific benchmarks that would indicate progress toward or facilitate measurement of progress toward completion of a goal. Under each objective, we offer strategies (specific tasks, actions, or projects) to accomplish the objectives. Goal 1 objectives focus on minimizing sagebrush habitat loss and fragmentation, and reducing risks to sagebrush habitat from widespread threats identified in the assessment. Goal 2 objectives focus on further assessment and monitoring of individual species populations. Goal 3 objectives concern research needs for the conservation of sagebrush-dependent species of concern, including research that should be conducted prior to or during population monitoring, and research that may be suggested by the results of monitoring.

BLM_0034363

## TABLE OF CONTENTS

Document Information and Acknowledgements (*i*)

Abstract (*iii*)

Executive Summary (*iv*)

TABLE OF CONTENTS

      List of Tables (*viii*)

      List of Figures (*ix*)

Acronyms and Abbreviations (*xii*)

Unit Conversion Tables (*xiv*)

Glossary (*xv*)

Common and Scientific Names of Species (*xx*)

CHAPTER 1   Introduction

CHAPTER 2   Overview of Sagebrush Ecosystems

CHAPTER 3   Status of Sagebrush in the Assessment Area

CHAPTER 4   Modeling Risks to Sagebrush

CHAPTER 5   Species of Concern

CHAPTER 6   Habitat and Range for Species of Concern

CHAPTER 7   Species Groups and Species Richness

CHAPTER 8   Conservation Plan

APPENDIX   Species of Concern Profiles

**List of Tables**

2-1   Sagebrush taxa in Colorado with common and scientific name synonymy.

2-2   Key ecological characteristics of sagebrush taxa in Colorado.

3-1   Descriptions of the SW ReGAP sagebrush cover types mapped in the assessment area and used in this assessment.

3-2   Area of current sagebrush in the assessment area, unmodified and filtered to remove small and isolated patches.

3-3   Areas and percentages of land cover types mapped by SW ReGAP in the assessment area.

3-4   Ownership of sagebrush-dominated lands in the assessment area.

3-5   Patch size frequency and area of sagebrush in the assessment area.

4-1   Rules for estimating risk to sagebrush of pinyon-juniper encroachment.

4-2   Rules for estimating risk to sagebrush of encroachment by invasive herbaceous plants.

BLM_0034364

4-3     Sagebrush habitat by landowner at risk of pinyon-juniper encroachment, encroachment by invasive herbaceous plants, energy development, residential development, and combined threats.

5-1     Master list of Colorado's sagebrush-associated vertebrates and summarized results of species of concern selection filter application.

5-2     Colorado's sagebrush-associated declining or potentially declining vertebrates with existing (or in preparation) conservation or recovery plans.

5-3     Colorado's sagebrush-associated declining or potentially declining vertebrates better suited for local assessment and conservation planning efforts.

5-4     Selected characteristics and habitat descriptions of eleven species of concern (categorized by principal habitat associations).

5-5     Conservation status summary of eleven species of concern.

6-1     Cover types mapped by SW ReGAP in species of concern ranges and designated as suitable or non-suitable habitat.

6-2     Rules for modeling habitat for the species of concern in the assessment area.

6-3     Estimated amounts and percentages of sagebrush and non-sagebrush habitat available for each species of concern within its range in the assessment area.

6-4     Estimated amounts and percentages of sagebrush habitat by land owner for each species of concern.

6-5     Estimated amounts and percentages of sagebrush habitat in each species range at risk from pinyon-juniper encroachment, invasive herbaceous vegetation encroachment, residential development, and energy development.

7-1     Species groups based on a spectrum of sagebrush habitat characteristics and preferences in the assessment area.

8-1     Summary of issues and research needs for species of concern.

**List of Figures**

1-1     Colorado sagebrush assessment area and county boundaries.

2-1     Overview of sagebrush ecosystem distribution in North America.

3-1     Current and historic sagebrush distribution in the assessment area.

3-2     Ownership of sagebrush-dominated lands in the assessment area.

3-3     Current sagebrush patch size distribution.

3-4     Current distribution of montane and basins sagebrush in the assessment area.

4-1     Sagebrush at risk from pinyon-juniper encroachment.

4-2     Sagebrush at risk from invasive herbaceous plants.

4-3     Sagebrush at risk from energy development.

4-4     Sagebrush at risk from residential development.

BLM_0034365

*x*

4-5     Sagebrush at risk from combined threats.

4-6     Ecological provinces, modified from Bailey (1994).

4-7     Annual precipitation in the assessment area (BLM no date).

4-8     Drill permits and producing wells (COGCC 2005) located outside of existing oil of gas fields (Wray et al. 2002).

4-9     Oil and gas potential in the assessment area, modified from BLM (no date).

4-10    Areas favorable for uranium and vanadium in the assessment area, modified from USGS and CGS (1977) and BLM (1999).

4-11    1,500 meter buffer of historic coal mines in the assessment area, modified from Carroll and Bauer (2002).

5-1     Filter for selecting Colorado sagebrush vertebrate species of concern.

6-1     Black-throated sparrow range and breeding habitat.

6-2     Brewer's sparrow range and breeding habitat.

6-3     Green-tailed towhee range and breeding habitat.

6-4     Kit fox current and historic range, and breeding habitat.

6-5     Lark sparrow range and breeding habitat.

6-6     Merriam's shrew range and habitat.

6-7     Northern harrier range and breeding habitat.

6-8     Sage sparrow range and breeding habitat.

6-9     Sage thrasher range and breeding habitat.

6-10    Sagebrush vole range and habitat.

6-11    Vesper sparrow range and breeding habitat.

6-12    Estimated amount of sagebrush and non-sagebrush habitat in each species range and land ownership of sagebrush habitat in each species range.

6-13    Percentage of sagebrush habitat at risk for each species of concern of pinyon-juniper encroachment and encroachment by invasive herbaceous plants.

6-14    Percentage of sagebrush habitat at risk for each species of concern of residential development and energy development.

6-15    Percentage of sagebrush habitat at risk of combined threats for each species of concern.

7-1     Group 1 species richness in sagebrush habitat in the assessment area.

7-2     Group 2 species richness in sagebrush habitat in the assessment area.

7-3     Group 3 species richness in sagebrush habitat in the assessment area.

8-1     Criteria for determining management emphasis areas for species groups.

8-2     Sagebrush habitat management emphasis areas for Group 1 species in the assessment area.

BLM_0034366

*xi*

8-3     Sagebrush habitat management emphasis areas for Group 2 species in the assessment area.

8-4     Sagebrush habitat management emphasis areas for Group 3 species in the assessment area.

8-5     Sagebrush priority areas for habitat protection and management in the assessment area.

BLM_0034367

## ACRONYMS AND ABBREVIATIONS

| | |
|---|---|
| % | percent |
| < | less than |
| > | greater than |
| ≤ | less than or equal to |
| ≥ | greater than or equal to |
| ± | plus or minus |
| AZ | Arizona |
| BBA | Colorado Breeding Bird Atlas |
| BBS | North American Breeding Bird Survey |
| BIA | U.S. Bureau of Indian Affairs |
| BLM | U.S. Department of the Interior Bureau of Land Management |
| BLSP | black-throated sparrow |
| BRSP | Brewer's sparrow |
| ºC | degrees Celsius |
| CA | California |
| CDOW | Colorado Department of Natural Resources Division of Wildlife |
| CGS | Colorado Geological Survey |
| cm | centimeter |
| CNHP | Colorado Natural Heritage Program |
| CO | Colorado |
| COGCC | Colorado Oil and Gas Conservation Commission |
| CT | Connecticut |
| DDT | dichlorodiphenyltrichloroethane |
| DEM | Digital Elevation Model |
| DOD | U.S. Department of Defense |
| DOI | U.S. Department of the Interior |
| E | listed as endangered under the Endangered Species Act |
| ESA | Endangered Species Act |
| et al. | abbreviation for the Latin phrase meaning "and others" |
| ºF | degrees Fahrenheit |
| ft | foot |
| ft2 | square feet |
| g | gram |
| G1, G2, G3, G4, G5 | range of Natural Heritage rankings, where G1 indicates "globally critically imperiled" and G5 indicates "globally secure" |
| GIS | geographic information system |
| GTTO | green-tailed towhee |
| GSRSC | Gunnison Sage-grouse Regional Steering Committee |
| ha | hectare |
| IA | Iowa |
| ID | Idaho |
| IL | Illinois |
| in | inch |
| IN | Indiana |
| KIFO | kit fox |
| km | kilometer |
| km$^2$ | square kilometer |
| LASP | lark sparrow |

BLM_0034368

| | |
|---|---|
| m | meter |
| MA | Massachusetts |
| MESH | Merriam's shrew |
| mi | mile |
| MO | Missouri |
| n | size of (or number of items in) a sample |
| NH | New Hampshire |
| NJ | New Jersey |
| NOHA | northern harrier |
| NRCS | Natural Resources Conservation Service (formerly SCS) |
| NY | New York |
| OR | Oregon |
| P | statistical probability (see Glossary for more information) |
| PIF | Partners in Flight |
| RA | relative abundance |
| RI | Rhode Island |
| S1, S2, S3, S4, S5 | range of Natural Heritage rankings, where S1 indicates populations are "critically imperiled in the state" and S5 indicates populations are "secure in the state" |
| SASP | sage sparrow |
| SATH | sage thrasher |
| SAVO | sagebrush vole |
| SC | species of concern |
| SCS | U.S. Department of Agriculture Soil Conservation Service |
| SERGoM | Spatially Explicit Regional Growth Model |
| sp. | species (singular) |
| spp. | species (plural) |
| ssp. | subspecies |
| subsp. | subspecies |
| SW ReGAP | Southwest Regional GAP Project |
| T | listed as threatened under the Endangered Species Act |
| TN | Tennessee |
| TNC | The Nature Conservancy |
| USFS | U.S. Department of Agriculture Forest Service or U.S. Forest Service |
| USGS | U.S. Department of the Interior Geological Survey |
| USFWS | U.S. Department of the Interior Fish & Wildlife Service |
| UT | Utah |
| var. | variety |
| VESP | vesper sparrow |
| VT | Vermont |
| WA | Washington |
| WY | Wyoming |

BLM_0034369

*xiv*

# UNIT CONVERSION TABLES

| Metric to U.S. Standard | | | U.S. Standard to Metric | | |
|---|---|---|---|---|---|
| 1 hectare (ha) | = | 2.47 acres | 1 acre | = | 0.405 ha |
| 1 kilometer (km) | = | 0.621 mile (mi) | 1 mi | = | 1.61 km |
| 1 meter (m) | = | 3.28 feet (ft) | 1 ft | = | 0.305 m |
| 1 centimeter (cm) | = | 0.394 inch (in) | 1 in | = | 2.54 cm |
| 1 gram (g) | = | 0.04 ounce (oz) | 1 oz | = | 28.3 g |
| Celsius (ºC) | = | (Fahrenheit [ºF] – 32) * 5/9 | ºF | = | (ºC * 9/5) + 32 |
| **Metric Conversions** | | | **U.S. Standard Conversions** | | |
| 1 km$^2$ | = | 100 ha | 1 acre | = | 43,560 ft$^2$ |
| 1 km | = | 1,000 m | 1 mi | = | 5,280 ft |
| 1 m | = | 100 cm | 1 ft | = | 12 in |
| 1 kg | = | 1,000 g | 1 pound (lb) | = | 16 oz |

BLM_0034370

# GLOSSARY

Abundance. The number of organisms in a population, combining "intensity" (density within inhabited areas) and "prevalence" (number and size of inhabited areas).[2]

Adaptive management. A management approach that periodically evaluates techniques in relation to goals, and responds with appropriate changes in management methods.

Argillic. A compact clay or claylike soil layer.

Biodiversity. The variety of life forms, especially number of species, but including number of ecosystem types and genetic variation within species.[1]

Carr. A wetland meadow, especially with willows.

Connectivity. A measure of how connected or spatially continuous a corridor, network, or matrix is. The fewer gaps, the higher the connectivity. Related to the structural connectivity concept; functional or behavioral connectivity refers to how connected an area is for a process, such as an animal moving through different types of landscape elements.[1]

Conspecific. Of or belonging to the same species.

Corridor. A strip of land differing from adjacent land on both sides—functioning as a conduit, barrier, or habitat.[1]

Distribution. The spatial range of a species, usually on a geographic but sometimes on a smaller scale; also the arrangement or spatial pattern of a species over its habitat.[2] An expression of presence or absence.

Disturbance.  An event that removes organisms and opens up space which can be colonized by individuals of the same or different species.[2] An event that significantly alters the pattern of variation in the structure or function of a system (usually refers to a natural phenomenon).[1]

Diversity. See "Species Diversity"

Demography. The statistical science dealing with the distribution, density, and vital statistics of a population.

Endemic. Restricted to a particular locality; native to a particular region.

Forb. A non-grasslike herbaceous plant.

Fragmentation. The breaking up of a habitat, ecosystem, or land-use type into smaller pieces— one of several spatial processes in land transformation.[1] Reduction in average size of patches of a given natural habitat, increase in the distance between patches, decrease in the ratio or

---

[1] (Forman 1995)
[2] (Begon et al. 1990)

BLM_0034371

interior to edge area within patches, and increase (at least initially) in the landscape diversity of an area through the creation of new patches of disturbances that may undergo succession.[4]
In fragmented habitats, suitable area remains only as a remnant surrounded by unusable environment. Populations of obligate species decline because areas of suitable habitat decrease or because of lower reproduction or higher mortality in remaining habitats.[3]
Species differ in their responses and sensitivity to habitat fragmentation. Habitat specialists generally occupy only a small portion of patch types in an area, and their range of patch occupancy will be further restricted to patches above a certain size if they specialize in patch interiors rather than edges. Larger organisms requiring bigger home ranges and having lower individual fecundity, and those in higher trophic positions, will be less abundant per unit area in suitable habitat patches. For species with short dispersal distances or low recruitment rates, colonization of patches created by local extinctions or habitat changes will be low. "Habitat specialization and low population densities further reduce patch colonization rates. All of these consequences—low abundance in occupied patches, low frequency of patch occupancy, and low rates of patch colonization—increase the probability that a population residing in a patch will suffer local extinction. With increasing fragmentation of a landscape, stochastic effects become more important and may enhance the likelihood of local extinctions further; with a reduction in the number of suitable patches in a region, regional extinction thus also becomes more probable."[4]

GIS (geographic information system). A computer application used to store, view, and analyze spatial or geographic data sets.

Habitat. The ecosystem where a species occurs, or the conditions within that ecosystem.[1]

Hemiparasite. A plant such as mistletoe, which obtains some nourishment from its host but contains chlorophyll and photosynthesis nutrients.

Herbaceous. With the characteristics of herbs; not woody. Includes grass-like plants and forbs.

Herptiles. Collective term for reptiles and amphibians.

Heterogeneity. The uneven, non-random distribution of characteristics or objects.

Homogeneity. The even, non-random distribution of characteristics or objects.

Insolation. The radiation from the sun received by a surface, especially the earth's surface.

Landscape.  A mosaic where a cluster of local ecosystems is repeated in similar form over a kilometers-wide area, generally with recognizable boundaries.[1]

Matrix. The background ecosystem or land-cover type in a mosaic.[1]

Mosaic.  A pattern of patches, corridors, and matrix, each composed of smaller, similar aggregated objects.[1]

Multivariate analysis. A technique of statistical analysis that considers multiple variables simultaneously.

---

[3] (Knick and Rotenberry 1995)

BLM_0034372

Neotropical migratory bird. Neotropical migratory birds are Western Hemisphere species in that breed north of the Tropic of Cancer and winter south of the Tropic of Cancer.

*P.*   A statistical term meaning "probability." P is <0.05 is an indication of statistical significance of a test result (e.g., there is less than a 5 percent probability that a measured change was due to chance alone).

Passerine. A bird belonging to the order Passeriformes, the largest order of birds. Sometimes known as perching birds or, less accurately, as songbirds.

Patch.  A relatively homogenous nonlinear area that differs from its surroundings (the internal micro-heterogeneity present is repeated in similar form throughout the area of a patch).[1] Corridors are linear patches.[2] The existence of patchiness offers organisms the opportunity to use patch structure in a non-random way. Non-random patterns of patch use are likely related to patch microclimate, predation pressures, and food availability or foraging efficiency.[4] There are 5 main causes or origins of vegetative patches:[1]

1. A disturbance patch (a disturbed area with different characteristics than its surroundings—for instance, patches of disturbed soil from burrowing rodents ),
2. A remnant patch (appears when an area escapes disturbance),
3. An environmental patch (caused by patchiness of the environment, such as rock or soil type),
4. A regenerated patch (resembles the remnant, but has re-grown on a disturbed area), and
5. An introduced patch (caused by human activity—a parking lot or a wheat field, for example).

Patch dynamics. The concept of a mosaic of patches within which abiotic disturbances and biotic interactions proceed.[2] The event or agent causing a patch, and the species changes within a patch, over time. A large area containing many patches in various successional stages has been called a shifting mosaic—where patches appear and disappear over time. The balance between the rate of initiation of patches by disturbance and the rate of succession within them, determines both the rate and direction of change of the whole mosaic. Hence, the mosaic may be degrading or aggrading, slowly or rapidly, or may be in a steady state.[1]

Perforation. Openings created within continuous habitat (e.g., the transformed habitat is the patch and the natural habitat is the matrix)

Perturbation.  The disruption of natural disturbance regimes.

Philopatry.  The tendency of offspring to return to their natal home range to reproduce. Of or relating to species or groups that remain in or habitually return to their native regions or territories.

Polygyny.  A breeding relationship in which one male is mated to two or more females.

Population.  A group of individuals of one species in an area, though the size and nature of the area is defined, often arbitrarily, for the purposes of a study being undertaken.[2]

---

[4] (Wiens 1985)

BLM_0034373

Population dynamics. The variations in time and space in the sizes and densities of populations.[2]

Prevalence.  The proportion or percentage of habitable sites or areas in which a particular species is present.[2]

Principal components analysis. A statistical analysis with the objective of reducing the number of variables, and detecting structure in the relationships between variables. The purpose of principal components analysis is to reduce the complexity of multivariate analysis data into the principal components that explain most of the variation in the original variables.

Range.  The geographic spatial range of a species. An expression of presence or absence. Sometimes used synonymously with "species distribution."

Region.  An area composed of landscapes with the same macroclimate and tied together by human activities.

Road corridor.  A linear surface used by vehicles plus any associated, usually vegetated, parallel strips.[1]

Semi-fossorial. Adapted for digging or burrowing.

Seral.  Relating to the entire sequence of ecological communities successively occupying an area from the initial stage to the climax.

Shrubsteppe. In undisturbed sagebrush shrubsteppe, tall sagebrush species are typically co-dominant with native perennial bunchgrasses.

Sink. An area where input exceeds output.

Source. An area or reservoir where output exceeds input.

Species richness. The number of species.

Species diversity. An index of community diversity that takes in to account both species richness and the relative abundance of species.[2]

Stochastic effects. Random processes that affect community structure.

Trophic position. Describes an organisms feeding position in the food chain or web.

**Literature Cited**

Begon, M., J. L. Harper, and C. R. Townsend. 1990. *Ecology: individuals, populations, communities*. 2nd ed. Cambridge, MA: Blackwell Scientific Publications.

Forman, Richard T. T. 1995. *Land mosaics: the ecology of landscapes and regions*: Cambridge University Press.

BLM_0034374

Knick, S. T. and J. T. Rotenberry. 1995. Landscape characteristics of fragmented shrubsteppe habitats and breeding passerine birds. *Conservation Biology* 9 (5):1059-1071.

Wiens, J. A. 1985. Vertebrate responses to environmental patchiness in arid and semiarid ecosystems. In *The ecology of natural disturbance and patch dynamics*, edited by S. T. A. Pickett and P. S. White. San Diego: Academic Press, Inc.

BLM_0034375

*xx*

# COMMON AND SCIENTIFIC NAMES OF SPECIES

| Common Name | Scientific Name |
|---|---|
| **Birds** | |
| American crow | *Corvus brachyrhynchos* |
| American kestrel | *Falco sparverius* |
| American robin | *Turdus migratorius* |
| Black-billed magpie | *Pica hudsonia* |
| Black-throated sparrow | *Amphispiza bilineata* |
| Brewer's sparrow | *Spizella breweri* |
| Brown-headed cowbird | *Molothrus ater* |
| Burrowing owl | *Athene cunicularia* |
| Cinnereous harrier | *Circus cyaneus cinereus* |
| Columbian sharp-tailed grouse | *Tympanuchus phasianellus columbiannus* |
| Common raven | *Corvus corax* |
| Cooper's hawk | *Accipiter cooperii* |
| Ferruginous hawk | *Buteo regalis* |
| Golden eagle | *Aquila chrysaetos* |
| Gray flycatcher | *Empidonax wrightii* |
| Great horned owl | *Bubo virginianus* |
| Greater sage-grouse | *Centrocercus urophasianus* |
| Green-tailed towhee | *Pipilo chlorurus* |
| Gunnison sage-grouse | *Centrocercus minimus* |
| Hen harrier | *Circus cyaneus cyaneus* |
| Horned lark | *Eremophila alpestris* |
| Lark sparrow | *Chondestes grammacus* |
| Loggerhead shrike | *Lanius ludovicianus* |
| Long-billed curlew | *Numenius americanus* |
| Long-eared owl | *Asio otus* |
| Northern goshawk | *Accipiter gentilis* |
| Northern harrier | *Circus cyaneus* |
| Peregrine falcon | *Falco peregrinus* |
| Prairie falcon | *Falco mexicanus* |
| Red-tailed hawk | *Buteo jamaicensis* |
| Greater roadrunner | *Geococcyx californianus* |
| Sage sparrow | *Amphispiza belli* |
| Sage thrasher | *Oreoscoptes montanus* |
| Sharp-shinned hawk | *Accipiter striatus* |
| Short-eared owl | *Asio flammeus* |
| Spotted towhee | *Pipilo maculatus* |
| Stellar's jay | *Cyanocitta stelleri* |
| Swainson's hawk | *Buteo swainsoni* |
| Timberline sparrow | *Spizella taverneri* |
| Vesper sparrow | *Pooecetes gramineus* |
| Western meadowlark | *Sturnella neglecta* |
| | |
| **Herptiles** | |
| Collared lizard | *Crotaphytus collaris* |
| Gopher snake | *Pituophis catenifer* |
| Great Basin spadefoot | *Spea intermontana* |
| Longnose leopard lizard | *Gambelia wislizenii* |
| Midget faded rattlesnake | *Crotalus viridis concolor* |
| Plateau striped whiptail | *Aspidoscelis [Cnemidophorus] velox* |

BLM_0034376

| Sagebrush lizard | *Sceloporus graciosus* |
| Short-horned lizard | *Phrynosoma hernandesi* |
| Southwestern black-headed snake | *Tantilla hobartsmithi* |
| Striped whipsnake | *Masticophis taeniatus* |
| Western terrestrial garter snake | *Thamnophis elegans* |
| Western whiptail | *Aspidoscelis [Cnemidophorus] tigris* |

**Mammals**

| American badger | *Taxidea taxus* |
| American elk | *Cervus elaphus* |
| Big free-tailed bat | *Nyctinomops macrotis* |
| Black-footed ferret | *Mustela nigripes* |
| Black-tailed jackrabbit | *Lepus californicus* |
| Bobcat | *Lynx rufus* |
| Botta's pocket gopher | *Thomomys bottae rubidus* |
| Brazilian free-tailed bat | *Tadarida brasiliensis* |
| Canyon mouse | *Peromyscus crinitus* |
| Common porcupine | *Erethizon dorsatum* |
| Coyote | *Canis latrans* |
| Desert cottontail | *Sylvilagus audubonii* |
| Desert shrew | *Notiosorex crawfordi* |
| Golden mantled ground squirrel | *Spermophilus lateralis* |
| Gray fox | *Urocyon cinereoargenteus* |
| Great Basin pocket mouse | *Perognathus parvus* |
| Gunnison's prairie dog | *Cynomys gunnisoni* |
| Kit fox | *Vulpes macrotis* |
| Least chipmunk | *Tamias minimus* |
| Long-eared myotis | *Myotis evotis* |
| Long-tailed weasel | *Mustela frenata* |
| Merriam's shrew | *Sorex merriami* |
| Mountain lion | *Felis concolor* |
| Mule deer | *Odocoileus hemionus* |
| Nuttall's cottontail | *Sylvilagus nuttallii* |
| Olive-backed pocket mouse | *Perognathus fasciatus* |
| Ord's kangaroo rat | *Dipodomys ordii* |
| Pallid bat | *Antrozous pallidus* |
| Preble's shrew | *Sorex preblei* |
| Pronghorn | *Antilocapra americana* |
| Red fox | *Vulpes vulpes* |
| Rock squirrel | *Spermophilus variegatus* |
| Sagebrush vole | *Lemmiscus curtatus* |
| Spotted bat | *Euderma maculatum* |
| Spotted ground squirrel | *Spermophilus spilosoma* |
| Striped skunk | *Mephitis mephitis* |
| Thirteen-lined ground squirrel | *Spermophilus tridecemlineatus* |
| Townsend's big-eared bat | *Corynorhinus townsendii* |
| Western pipistrelle | *Pipistrellus hesperus* |
| Western small-footed myotis | *Myotis ciliolabrum* |
| Western spotted skunk | *Spilogale gracilis* |
| White-tailed antelope squirrel | *Ammospermophilus leucurus* |
| White-tailed jackrabbit | *Lepus townsendii* |
| White-tailed prairie dog | *Cynomys leucurus* |
| Wyoming ground squirrel | *Spermophilus elegans* |

**Plants**

| Acacia | *Acacia constricta* |

BLM_0034377

| | |
|---|---|
| Aspen | *Populus tremuloides* |
| Big sagebrush | *Artemesia tridentata* |
| Bitterbrush | *Purshia tridentata* |
| Black sagebrush | *Artemesia nova* |
| Bluebunch wheatgrass | *Agropyron spicatum* |
| Bluegrass | *Poa* spp. |
| Bottlebrush squirreltail | *Elymus elymoides* |
| Cedar | *Thuja* sp. |
| Cheatgrass | *Anisantha* spp. or *Bromus tectorum* |
| Common chokecherry | *Prunus virginiana* |
| Creosote bush | *Larrea tridentata* |
| Crested wheatgrass | *Agropyron desertorum* |
| Douglas fir | *Pseudotsuga menziesii* |
| Dwarf sagebrush | *Artemesia cana* |
| Fringed sagebrush, fringed sage | *Artemisia frigida* |
| Gambel oak | *Quercus gambelii* |
| Greasewood | *Sarcobatus* spp. |
| Great Basin wild rye | *Elymus cinereus* |
| Hemlock | *Tsuga heterophylla* |
| Mesquite | *Prosopis* spp. |
| Horsebrush | *Tetradymia* |
| Idaho fescue | *Festuca idahoensis* |
| Indian ricegrass | *Achnatherum hymenoides* |
| Milkvetch | *Astragalus* spp. |
| Mountain mahogany | *Cercocarpus* spp. |
| Mustard species | Family Brassicaceae |
| Owl-clovers | *Orthocarpus* spp. |
| Paintbrushes | *Castilleja* spp. |
| Pinyon pine | *Pinus edulis* |
| Ponderosa pine | *Pinus ponderosa* |
| Rabbitbrush | *Chrysothamnus* spp. |
| Russian thistle | *Salsola* spp. |
| Sand sage | *Artemisia filifolia* |
| Sedge | *Carex* spp. |
| Serviceberry | *Amelanchier* spp. |
| Shadscale | *Atriplex confertifolia* |
| Snowberry | *Symphoricarpos* spp. |
| Spiny hackberry | *Celtis pallida* |
| Spiny hopsage | *Grayia spinosa* |
| Spruce | *Picea* spp. |
| Stiff sagebrush | *Artemisia rigida* |
| Tobosa | *Hilaria mutica* |
| Utah juniper | *Juniperus osteosperma* |
| Western needlegrass | *Achnatherum occidentale* |
| White fir | *Abies concolor* |
| Wild rose | *Rosa* spp. |
| Winterfat | *Krascheninnakovia lanata* |

Note: see Chapter 5 Tables for additional species names.

# CHAPTER 1

## INTRODUCTION

**Purpose & Need**

Sagebrush ecosystems are declining rapidly in the western United States through direct loss, fragmentation, and degradation—and with them, important habitat for many sagebrush-dependent wildlife species (Braun et al. 1976; Dobkin and Sauder 2004; Knick 1999; Knick et al. 2003; Noss et al. 1995; Paige and Ritter 1999).

This is a relatively recent realization in the conservation and regulatory communities. Petitions to the federal government to list the sage-grouse under the U. S. Endangered Species Act have sparked conservation planning efforts for this important game species and its remaining habitat, and for a suite of other less well-known wildlife species that depend on sagebrush. These less well-known species and their sagebrush habitat in Colorado are the concern of this document.

Recognizing that habitat for wide-ranging sagebrush-dependent species cannot be managed effectively or efficiently at the regional scale if local entities are acting independently within their administrative boundaries, the Colorado Division of Wildlife (CDOW) funded the preparation of this document to provide a regional-scale assessment and guidance for regional conservation planning efforts for Colorado sagebrush habitat and sagebrush-dependent species of concern. We anticipate that local plans will incorporate, or evolve under the umbrella of, the assessment and spatially-explicit strategies identified in this document.

**Scope & Limitations**

This document is intended primarily to offer regional perspective and context to resource managers and to help guide coordinated regional conservation efforts. The principal tasks of this document are to:

1. Estimate the extent of historic sagebrush habitat lost in Colorado,

2. Assess the current status of sagebrush habitat in Colorado and quantify widespread threats to its continued existence,

3. Identify declining or potentially-declining sagebrush-dependent wildlife species of concern not addressed by other regional conservation planning efforts,

4. Establish conservation goals, objectives, and strategies to avert further decline of species of concern, and outline monitoring steps to assess conservation accomplishments.

This document does not attempt to address conservation needs of local endemic species or species with habitat requirements not readily mapped at the regional scale. Habitat assessment and conservation strategies are limited to declining or potentially declining vertebrates with large (>100,000 ha) ranges, and for which conservation or recovery plans do not exist in the assessment area.

Conservation planning and management recommendations presented in this document do not supersede federal recovery plans or other conservation planning efforts for other sagebrush-associated species, such as greater sage-grouse and Gunnison sage-grouse. Potential conflicts with other conservation or recovery plans have not been assessed, but are expected to be minimal.

BLM_0034379

## Assessment Area

Our area of assessment represents the range of tall woody sagebrush (*Artemisia* spp.) in the state of Colorado, encompassing approximately 15.68 million ha (38.74 million acres) in Colorado's 39 contiguous western counties (Figure 1-1). The assessment area is bounded on the north, west, and south by the Colorado state line and on the east by the eastern boundaries of Larimer, Boulder, Jefferson, Teller, Fremont, Custer, Huerfano, and Costilla counties.

The assessment area transects five ecological provinces: the Southern Rocky Mountains, the Colorado Plateau, the Wyoming Basins, the Utah High Plateaus, and the Utah-Wyoming Rocky Mountains (TNC 2001). It ranges in elevation from 1,318 meters (4,324 feet) where the Colorado River crosses the state's western boundary into Utah to 4,399 meters (14,433 feet) at the summit of Mt. Elbert in Lake County.

## Document Organization

This document is arranged in chapters based on the analytical steps recommended in "Procedures for Regional Assessment of Habitats for Species of Concern in the Sagebrush Ecosystem" (Wisdom et al. 2003a) and illustrated in "A Prototype Regional Assessment of Habitats for Species of Conservation Concern in the Great Basin Ecoregion and Nevada" (Wisdom et al. 2003b). Our chapters are self-contained to the greatest extent possible to facilitate the utility of this document for a variety of users. Tables and figures cited in each chapter follow the main text and literature citations of each chapter.

Following the Table of Contents, we provide a list of Acronyms and Abbreviations, a Metric-U.S. Standard Unit Conversion Table, a Glossary, and a list of Common and Scientific Species Names mentioned in the text. Profiles of the individual species of concern are provided in an Appendix to this document.

## Literature Cited

Braun, C. E., M. F. Baker, R. L. Eng, J. S. Gashwiler, and M. H. Schroeder. 1976. Conservation committee report on effects of alteration of sagebrush communities on the associated avifauna. *The Wilson Bulletin* 88:165-171.

Dobkin, D. S., and J. D. Sauder. 2004. Shrubsteppe landscapes in jeopardy: distributions, abundances, and the uncertain future of birds and small mammals in the intermountain west. Bend, Oregon: High Desert Ecological Research Institute.

Knick, S. T. 1999. Requiem for a sagebrush ecosystem? *Northwest Science Forum* 73 (1):53-57.

Knick, S. T., D. S. Dobkin, J. T. Rotenberry, M. A. Schroeder, W. M. Vander Haegen, and C. Van Riper III. 2003. Teetering on the edge or too late? Conservation and research issues for avifauna of sagebrush habitats. *Condor* 105:611-634.

Noss, R. F., E. T. LaRoe III, and J. M. Scott. 1995. Endangered ecosystems of the United States: a preliminary assessment of loss and degradation: USDI National Biological Service Biological Report 28.

Paige, C., and S. A. Ritter. 1999. *Birds in a sagebrush sea: managing sagebrush habitats for bird communities*. Boise, Idaho: Partners in Flight Western Working Group.

BLM_0034380

TNC. 2001. Ecoregions of North America. Boulder, Colorado: The Nature Conservancy, Western Conservation Science Center.

Wisdom, M. J., M. M. Rowland, L. H. Suring, L. Schueck, C. W. Meinke, B. C. Wales, and S. T. Knick. 2003a. *Procedures for regional assessment of habitats for species of conservation concern in the sagebrush ecosystem. Version 1, March.* La Grande, Oregon: U. S. Forest Service, Pacific Northwest Research Station.

Wisdom, M. J., L. H. Suring, M. M. Rowland, R. J. Tausch, R. F. Miller, L. Schueck, C. W. Meinke, S. T. Knick, and B. C. Wales. 2003b. *A prototype regional assessment of habitats for species of conservation concern in the Great Basin ecoregion and Nevada. Version 1.1, September. Unpublished report on file.* La Grande, Oregon: U. S. Forest Service, Pacific Northwest Research Station.

BLM_0034381

# CHAPTER 2

## OVERVIEW OF SAGEBRUSH ECOSYSTEMS

This chapter provides a brief, qualitative overview of sagebrush ecosystems in North America and the Colorado sagebrush assessment area (Chapter 1). This document is concerned with tall, woody species of sagebrush (*Artemisia*) that dominate the widespread sagebrush shrubsteppe and shrubland communities of North America. "Tall sagebrush" consists principally of various subspecies of big sagebrush (*A. tridentata*), black sagebrush (*A. nova*), and silver sagebrush (*A. cana*), along with hybrids.

Several other *Artemisia* taxa exist in the assessment area, including low sagebrush (*A. arbuscula*), fringed sage (*A. frigida*), and sand sage (*A. filifolia*); we touch on these species briefly in this chapter. The remainder of this document applies only to tall sagebrush species, which we refer to in subsequent chapters as simply "sagebrush" or "big sagebrush." In Chapter 3, we quantify the amount of sagebrush-dominated lands in the assessment area and estimate the amount of sagebrush that has been lost since Euro-American settlement in the assessment area. In Chapter 4, we model the risk of four widespread threats to sagebrush ecosystems in the assessment area. These models are then applied in Chapters 6 and 7 to sagebrush habitat for species of concern identified in Chapter 5.

**Terminology and Taxonomy**

Ecologists distinguish between two broad sagebrush community types: "sagebrush shrubsteppe" and "sagebrush shrublands." In undisturbed sagebrush shrubsteppe, tall sagebrush species are typically co-dominant with native perennial bunchgrasses. In undisturbed sagebrush shrublands, tall sagebrush species are typically dominant, native forbs and bunchgrasses are relatively sparse, and patches of bare ground or biological soil crusts are common throughout. Usually, only one species of tall sagebrush is present or dominant in any given sagebrush stand in either community type, but stands can differ extensively in their composition of understory plants.

Tall sagebrush, as described above, is big sagebrush, black sagebrush, and silver sagebrush, and the subspecies, variants, or hybrids thereof. Taxonomic revisions of sagebrush species have occurred relatively frequently during the last century, and are likely to occur in the future. Of the several state and regional treatments currently available, we chose to follow Winward's (2004) taxonomy and nomenclature, the most recent treatment specific to Colorado (see Table 2-1).

Although both sagebrush community types occur in Colorado, we mostly generalize across community types in this document by using the term "sagebrush habitats" or "sagebrush shrublands." Nevertheless, the distinction between shrubsteppe and shrublands is important to managers at the local level who want to manage toward the native plant composition and physiognomic conditions of these communities.

**Range and Distribution of Sagebrush in the Western U.S.**

Native sagebrush ecosystems encompass an estimated 43 million ha (106 million acres) in the western U. S. Figure 2-1 shows the current estimated range and distribution pattern of sagebrush across the western U.S., depicted in ecoregions with at least 1 percent of their land surface dominated by sagebrush. Sagebrush shrubsteppe is characteristic of the Columbia Plateau, the Middle Rockies, and the Wyoming Basins ecoregions into northwest Colorado, where average precipitation is higher and temperatures are lower than elsewhere in overall

BLM_0034382

sagebrush range. Sagebrush shrublands predominantly occur in the Great Basin, Utah High Plateaus, Southern Rocky Mountains, and on the Colorado Plateau ecoregions into west-central and southwestern Colorado, where conditions are more arid. About 5 percent of sagebrush shrublands in the western U. S. occur in Colorado.

While Figure 2-1 may give the impression that sagebrush is a dominant feature on the landscape, experts are alerting the conservation community that these systems are becoming increasingly degraded and fragmented (Bock et al. 1993; Welch 2005; Braun et al. 1976; Dobkin and Sauder 2004; Knick 1999; Knick et al. 2003; Knick and Rotenberry 2000; Noss et al. 1995; Paige and Ritter 1999; Saab et al. 1995).

Historically, as many as 63 million ha (156 million acres) supported sagebrush ecosystems in pre-European settlement times (Knick et al. 2003) in western North America. The reduction by nearly 32 percent of one of the west's largest and most distinct ecosystems has been caused largely by the transformative influences of human-caused impacts. Colorado's sagebrush habitats have undergone loss and degradation at a lower rate (see Chapter 3 for distribution maps and discussion).

### Unique Functions & Values of Sagebrush Ecosystems

The long-standing attitude in the west toward sagebrush has been to consider it little more than a hindrance to agricultural uses of the land, or a nuisance to be removed so that livestock range could be manipulated to produce more forage (Frisina and Wambolt 2004; Welch 2005; Welch and Criddle 2003).

Petitions to the federal government to list the sage-grouse under the U. S. Endangered Species Act have sparked conservation planning efforts for this important game species, and for a suite of other less well-known wildlife species that depend on sagebrush. Consequently, conservation of sagebrush habitats is now a priority of many federal and state resource management agencies, and recognition of the intrinsic value of sagebrush habitats is growing.

Sagebrush habitats support a unique biodiversity. Several bird and mammal species are almost entirely dependent on sagebrush for survival: greater sage-grouse, Gunnison sage-grouse, sage sparrow, Brewer's sparrow, sage thrasher, pygmy rabbit, and sagebrush vole. An additional 100 species of birds, 90 mammals, and 60 herptiles have a facultative association with sagebrush. At least one bird, 18 small mammals and 3 native ungulates consume sagebrush in their diets. Over 240 insects and 70 spiders and other arachnid species are associated with sagebrush (Welch 2005).

At least 133 plants and 24 species of lichens are associated with sagebrush (Welch 2005; Wisdom et al. 2003a), varying with geographic location, topography, soil, elevation, and climate. Sagebrush hosts 16 species of paintbrushes and 7 species of owl-clovers—all facultative root hemiparasites (Welch 2005). Biological soil crusts are an important component of healthy semi-arid sagebrush ecosystems. Made up of lichens, fungi, bacteria, cyanobacteria, algae, and moss, these fragile micro-communities bind and stabilize surface soil, recycle nutrients and make them available to plants, and provide micro-topography and moisture retention to aid seed germination (Belnap 1994).

Not only does sagebrush provide forage directly to many vertebrates and invertebrates, it functions as a nurse plant for other plant species (including important livestock forage plants) in its understory. The following information was synthesized from literature reviewed by Welch (2005): 1) the number of plant species found directly under or near the canopy of sagebrush plants exceeds that found in the canopy interspaces; 2) the sagebrush canopy reduces solar radiation to the ground, positively influencing soil moisture retention, and extending conditions

BLM_0034383

for forb and grass seedling establishment for up to 28 days longer than conditions in the canopy interspaces; 3) and soil nutrient content is higher directly under the canopies of sagebrush shrubs than in the canopy interspaces.

Colorado has 21 sagebrush taxa (Winward 2004). Table 2-2 lists the Colorado sagebrush taxa, and describes their wildlife use and value, their distribution, and management considerations. Sagebrush communities have not been mapped reliably to the species level at the regional spatial scale in Colorado. The percent cover of the sagebrush canopy and composition and cover of understory vegetation in either sagebrush shrubsteppe or sagebrush shrublands varies locally depending on the seral stage of the stand, the effects of management actions, the effects of drought or grazing, or the cumulative impacts of a combination of factors.

**Threats to Sagebrush Ecosystems**

Threats to sagebrush ecosystems are myriad and widespread, including urban and suburban development, energy development, agricultural conversions, livestock grazing and range treatments to improve range conditions for livestock, invasion of non-native vegetation and altered fire regimes, and encroachment by successional vegetation types.

The loss and degradation of sagebrush ecosystems is significant and well-documented in western North America (Bock et al 1993, Saab et al. 1995, Knick and Rotenberry 2002). At least 10 percent of sagebrush shrubsteppe has been lost to agriculture in the overall region, and in some subregions, much more has been lost to agriculture and other types of development. Eastern Washington has lost an estimated 60 percent of its sagebrush shrubsteppe (Paige and Ritter 1999), and southern Idaho has lost up to 99 percent (Knick and Rotenberry 2002). Much remaining sagebrush shrubsteppe is highly fragmented, leading to deleterious edge effects on area-sensitive species, including increased predation and songbird brood parasitism by brown-headed cowbirds (Knick and Rotenberry 2002; Misenhelter and Rotenberry 2000).

Only an estimated 1 percent of sagebrush ecosystems across western North America has been untouched by grazing, and 30 percent of all sagebrush ecosystems have been grazed heavily (West 1996, cited in Paige and Ritter 1999). Overgrazing is a major source of non-native plant incursions into sagebrush habitat, especially cheatgrass (Saab et al. 1995). Grazing is also associated with increased abundances of brood parasitic brown-headed cowbirds, which negatively affect the nesting success of sagebrush-obligate passerine birds (Rich 1978).

Invasions of exotic herbaceous vegetation such as cheatgrass have led to significant shrubland loss by dramatically altering natural fire regimes. Cheatgrass, whose carpet-like cover spreads fire much more easily than native bunchgrasses, was associated with fires that influenced the almost 50 percent loss of shrublands in the 200,000 ha Snake River Birds of Prey National Conservation Area from 1979 to 1996 (Knick and Rotenberry 2002). Ominously, cheatgrass has become the dominant ground cover in possibly 50 percent of sagebrush shrubsteppe (Paige and Ritter 1999). Fire-induced replacement of sagebrush stands with cheatgrass is not advancing in Colorado on the same scale as on the Columbia Plateau or other parts of the sagebrush region (S. Monsen, pers. comm.). Nevertheless, understory encroachment by non-native invasive herbaceous plants is a serious concern (see Chapter 4).

Drought and sagebrush disease are major concerns in some areas of the sagebrush region, especially where sagebrush habitats are under the pressure of heavy domestic grazing or wild ungulate use and where sagebrush recruitment has been inadequate (Wenger et al. 2003; Winward 2004).

BLM_0034384

## Management Issues

Eradication and treatments of sagebrush on public lands to benefit livestock grazing have decelerated due to concern over the decline of sage-grouse and other sagebrush dependent species, and an increasing awareness of the intrinsic value of sagebrush ecosystems. Questions remain about how to best balance management of sagebrush habitats for livestock grazing and wildlife benefit. Conservation entities have suggested that sagebrush habitats be managed for structure and composition similar to native or undisturbed conditions. Yet, much controversy has surrounded the question of what sagebrush ecosystems under pristine conditions or pre-European settlement times looked like.

For many decades, range managers assumed that the intermountain west had been dominated by grasses in pre-European settlement times, and that sagebrush had increased or invaded as a result of heavy grazing. This assumption drove much of the range treatments aimed at eradicating sagebrush on both public and private rangelands across the west (Knick et al. 2003; Welch 2005; Welch and Criddle 2003). Rangeland scientists now theorize that much of the sagebrush shrublands of western North America evolved without significant grazing pressure from native ungulates, implying that sagebrush canopy cover in situations undisturbed by heavy grazing was significantly higher than the low percentages (e.g., 10 to 15 percent) suggested by early literature (Knick et al. 2003; Paige and Ritter 1999). Welch (2005) and Welch and Criddle (2003) reviewed early and recent literature and concluded that sagebrush-dependent species occupy sagebrush with a range of canopy cover significantly higher than 10 to 15 percent commonly accepted in the literature (e.g. 20 to 50 percent). This conclusion is difficult to test given that so little of the sagebrush habitat in the intermountain west has gone untouched by the influences of livestock grazing, but it carries important implications for the management of sagebrush habitats for the benefit of sagebrush-dependent species.

About 44 percent of sagebrush habitats are under private land ownership (Chapter 3). The public perception that sagebrush is a junk plant is still pervasive. One of the biggest challenges to conservation and management of this important ecosystem in Colorado will be to change this mindset.

## Literature Cited

Belnap, J. 1994. Potential role of cryptobiotic crusts in semiarid rangelands. In *Ecology and management of annual rangelands*, edited by S. B. Monsen and S. G. Kitchen: USDA Forest Service Technical Report INT-GTR-313. Intermountain Research Station, Ogden, UT.

Bock, C. E., V. A. Saab, T. D. Rich, and D. S. Dobkin. 1993. Effects of livestock grazing on neotropical migratory landbirds in western North America. In *Status and management of neotropical migratory birds*, edited by D. M. Finch and P. W. Stangel: USDA Forest Service, General Technical Report RM-229.

Braun, C. E., M. F. Baker, R. L. Eng, J. S. Gashwiler, and M. H. Schroeder. 1976. Conservation committee report on effects of alteration of sagebrush communities on the associated avifauna. *The Wilson Bulletin* 88:165-171.

Dobkin, D. S. and J. D. Sauder. 2004. Shrubsteppe landscapes in jeopardy: distributions, abundances, and the uncertain future of birds and small mammals in the intermountain west. Bend, Oregon: High Desert Ecological Research Institute.

BLM_0034385

Frisina, M. R. and C. L. Wambolt. 2004. Keying in on big sagebrush: a guide for identifying the four subspecies of big sagebrush. *Rangelands* 26:12-16.

Knick, S. T. 1999. Requiem for a sagebrush ecosystem? *Northwest Science Forum* 73:53-57.

Knick, S. T., D. S.  Dobkin, J. T. Rotenberry, M. A.  Schroeder, W. M. Vander Haegen, and C. Van Riper III. 2003. Teetering on the edge or too late? Conservation and research issues for avifauna of sagebrush habitats. *Condor* 105:611-634.

Knick, S. T. and J. T. Rotenberry. 2000. Ghosts of habitats past: contribution of landscape change to current habitats used by shrubland birds. *Ecology* 81:220-227.

———. 2002. Effects of habitat fragmentation on passerine birds breeding in intermountain shrubsteppe. *Studies in Avian Biology* 25:130-140.

Misenhelter, M. D. and J. T. Rotenberry. 2000. Choices and consequences of habitat occupancy and nest site selection in sage sparrows. *Ecology* 81:2892-2901.

Noss, R. F., E. T. LaRoe III, and J. M. Scott. 1995. Endangered ecosystems of the United States: a preliminary assessment of loss and degradation: USDI National Biological Service Biological Report 28.

Paige, C. and S. A. Ritter. 1999. *Birds in a sagebrush sea: managing sagebrush habitats for bird communities*. Boise, Idaho: Partners in Flight Western Working Group.

Rich, T. D. 1978. Cowbird parasitism of sage and Brewer's sparrows. *Condor* 80:343.

Saab, V. A., C. E. Bock, T. D. Rich, and D. S. Dobkin. 1995. Livestock grazing effects in western North America. In *Ecology and management of neotropical migratory birds*, edited by T. E. Martin and D. M. Finch. New York: Oxford University Press.

Welch, B. L. 2005. *Big sagebrush: a sea fragmented into lakes, ponds, and puddles*. Vol. General Technical Report RMRS-GTR-144: U. S. Department of Agriculture Forest Service, Rocky Mountain Research Station.

Welch, B. L. and C. Criddle. 2003. *Countering misinformation concerning big sagebrush. Research Paper RMRS-RP-40*: USFS Rocky Mountain Research Station.

Wenger, S. R., M. R. Grode, and A. D. Apa. 2003. Inventory of sagebrush defoliation and mortality in Gunnison and Dry Creek Basins 2003, Final Report: Colorado Division of Wildlife.

Winward, A. H. 2004. *Sagebrush of Colorado: taxonomy, distribution, ecology, and management*. Denver: Colorado Division of Wildlife.

Wisdom, M. J., M. M. Rowland, L. H. Suring, L. Schueck, C. W. Meinke, B. C. Wales, and S. T. Knick. 2003a *Procedures for regional assessment of habitats for species of conservation concern in the sagebrush ecosystem. Version 1, March*. La Grande, Oregon: U. S. Forest Service, Pacific Northwest Research Station.

BLM_0034386

Table 2-1. Sagebrush taxa in Colorado with common and scientific name synonymy. [a]

| Species | | Synonymy | |
|---|---|---|---|
| Common Name | Scientific Name | Common Name | Scientific Name |
| Low sagebrush | *Artemisia arbuscula* subsp. *arbuscula* | Dwarf sagebrush Little sagebrush | *A. tridentata* subsp. *arbuscula* *A. tridentata.* var. *arbuscula* |
| Coaltown sagebrush | *A. argilosa* | None | None |
| Bigelow sagebrush | *A. bigelovii* | Bigelow sage | None |
| Plains silver sagebrush | *A. cana* subsp. *cana* | Silver wormwood | *A. columbiensis* |
| Mountain silver sagebrush | *A. cana* subsp. *Viscidula* | None | *A. cana* var. *viscidula* *A. viscidula* |
| Sand sagebrush | *A. filifolia* | Sand sage | *A. plattensis* |
| Fringed sagebrush | *A. frigida* | Fringed sage Prairie sagewort | None |
| Early sagebrush | *A. longiloba* | Alkali sagebrush | *A. tridentata* subsp. *arbuscula* var. *longiloba* *A. spiciformis* var. *longiloba* |
| Black sagebrush | *A. nova* | Black sage | *A. tridentata* subsp. *nova* *A. arbuscula* subsp. *nova* *A. arbuscula* var. *nova* |
| Tall black sagebrush (tentative) | *A. nova* (hybrid) Hybrid potentially between black sagebrush and Wyoming big sagebrush | None | None |
| Birdfoot sagebrush | *A. pedatifida* | Matted sagewort | *Oligosporus pedatifidus* |
| Pygmy sagebrush | *A. pygmae* | Pygmy sage | *Seriphidium pygmaeum* |
| Spiked sagebrush | *A. spiciformis* | Snowfield sagebrush | *A. tridentata.* subsp. *vaseyana* form *spiciformis* *A. tridentata.* subsp. *spiciformis* |
| Mountain big sagebrush | *A. tridentata* var. *pauciflora* | None | *A. tridentata* subsp. *vaseyana* *A. vaseyana* |

BLM_0034387

Table 2-1. Sagebrush taxa in Colorado with common and scientific name synonymy. [a]

| Species | | Synonymy | |
|---|---|---|---|
| Common Name | Scientific Name | Common Name | Scientific Name |
| Basin big sagebrush | *A. tridentata* subsp. *tridentata* | None | *A. angustifolia* *A. tridentata.* var. *tridentata* |
| Subalpine big sagebrush | *A. tridentata* var. *vaseyana* | Vasey's sagebrush | *A. vaseyana* *A. tridentata.* subsp. *vaseyana* |
| Wyoming big sagebrush | *A. tridentata.* subsp. *wyomingensis* | None | *A. tridentata.* var. *wyomingensis* |
| Bonneville big sagebrush (tentative) | *A. tridentata* (hybrid "B") Hybrid potentially between mountian and Wyoming big sagebrush | None | None |
| Three-tip sagebrush | *A. tripartita* subsp. *tripartita* | None | *A. trifida* *A. tridentata* subsp. *trifida* |
| Wyoming three-tip sagebrush | *A. tripartita* subsp. *rupicola* | None | None |
| Bud sagebrush | *Picrothamnus desertorum* | Bud sage Spring sage | *A. spinescens* |

[a] Nomenclature from Winward (2004).

BLM_0034388

Table 2-2. Key ecological characteristics of sagebrush taxa in Colorado. [a]

| Species[b] | Distribution | Habitat Characteristics | Wildlife Use/Value | Management Considerations |
|---|---|---|---|---|
| Basin big sagebrush | Common in western counties touching Utah, but only scattered patches occur in counties touching the western side of the Continental Divide. Not found in North Park, and found only sporadically between North Park and Salida. | Very deep, well-drained, often alluvial soils, where soil moisture is retained through August (occurs in roughly 10 to 14-inch annual precipitation zone). Requires more moisture than Wyoming big sagebrush. Associated grasses and forbs more diverse than on Wyoming big sagebrush sites. | May be less palatable than other *Artemisia* species, but its tall stature provides valuable hiding and thermal cover for native ungulates and perching and nesting sites for passerine birds. Critical game forage source during severe winters when other foliage is buried under snow. | Low fire tolerance; regenerates from seed only. Generally the tallest shrub in the *Artemisia* genus. |
| Bigelow sagebrush | Known from western Delta, Montrose, and San Miguel counties; likely in all counties touching Utah and northwest New Mexico. From 3,280 to 7,800 feet. | In or near rimrock areas, in pinyon-juniper or mixed desert shrub communities; relatively xeric soils. | Moderately palatable and occurs in winter-range situations. | Monitor to measure age-class ratios to provide information on the long-term health of the species. Winward (2004) observed significant die-offs in vast stands west of Delta attributable to drought and heavy browsing. |
| Birdfoot sagebrush | North-central Colorado. 5,200 to 5,900 feet. | Gentle hills in clay soils. | No information. | No information. |
| Black sagebrush | Widespread; found in all counties touching Wyoming and Utah, and Delta County. Also in North Park and counties along west side of Continental Divide. 4,000 to 8,500 feet. | Shallow argillic soils or clay pan soils. Tolerates saturated springtime soils and droughty summer-fall periods. | Heavily browsed by ungulates; cover for small mammals and birds. | Restore associated forb and grass species decimated by overgrazing; monitor stands to assure young plants are establishing so that stands affected by drought and heavy browsing will stabilize. |

BLM_0034389

Table 2-2. Key ecological characteristics of sagebrush taxa in Colorado. [a]

| Species[b] | Distribution | Habitat Characteristics | Wildlife Use/Value | Management Considerations |
|---|---|---|---|---|
| Bonneville big sagebrush (tentative) | A few-hundred acre patch of this hybrid is known from near the head of Long Gulch near Gunnison—between Wyoming big sagebrush at its lower limits and mountain big sagebrush at its upper limits. Probably occurs in similar situations in general area. Approximate elevation: 8,000 feet. | Shorelines and bottomlands sediments of ancient lakebeds (e.g., Lake Bonneville). | Considered highly selected by native ungulates and sage-grouse in Nevada. | A weak seed producer. Reseeding could be required in management of some stands. |
| Bud sagebrush | Remnant small patches in far western counties. | Ecotonal situations between salt desert shrub communities and lower elevation sagebrush species. | Early growth of fresh stems and leaves results in considerable spring browsing by native ungulates and livestock. | Absence of seedlings from many stands suggests extirpation is a risk. Winward (2004) recommends special protection be designated for this species. |
| Coaltown sagebrush | Known only from North Park in Jackson County. 7,900 to 8,500+ feet. | Intermixed with mountain silver sagebrush, early sagebrush, and greasewood, on poorly drained alkaline soils. | Presumed less palatable than other sagebrush species, but valuable as ground cover and low hiding cover for sage-grouse. | No information. |
| Early sagebrush | North Park to southern Colorado. | Clayey, often alkaline soils with argillic layer in the first 30 cm. Tolerates saturated springtime soils and droughty summer-fall periods. | Heavy winter browsing is apparent in areas where snow cover is light. | Maintain multi-aged stands; where overgrazing has eliminated young plants, seeding may be a viable option. |
| Fringed sagebrush | Widespread, up to 11,000 feet. | Variable soil types; poor competitor where associated vegetation can overtop it. | Winter browse and ground cover. | Extensive stands indicate range deterioration. |

BLM_0034390

Table 2-2. Key ecological characteristics of sagebrush taxa in Colorado. [a]

| Species[b] | Distribution | Habitat Characteristics | Wildlife Use/Value | Management Considerations |
|---|---|---|---|---|
| Low sagebrush | Considered rare in Colorado; known from Moffat County (between Craig and Meeker on private lands) and Saguache County (3 to 4 miles south of Poncha Pass). | Occurs on argillic soils on windswept ridge lines within patches of basin big sagebrush or mountain big sagebrush. | Selected as food plant by greater sage-grouse in Oregon and elsewhere. | Gear grazing and browsing management toward maintaining semi-open canopies with diversity of interspersed grasses and forbs. |
| Mountain big sagebrush | In appropriate settings from 6,800 to 8,500 feet. | Well-drained, mid- to upper elevation side slopes and ridges. Soils range from sandy through silty and clayey and may often be cobbly. Occurs where annual precipitation >14 inches. | Moderately palatable to domestic and native ungulates; canopy structure and productive and diverse understory provide seasonal habitat and spring and summer forage for mammals and birds. | Die-offs in older stands appear to be tied to natural stem and root pathogens. Postpone treatments until die-off has run its course. Thinning project design must consider needs of sagebrush-dependent species. |
| Mountain silver sagebrush | Primarily west of the Continental Divide, but also in North Park. Found in most Colorado counties, but seldom found in large acreages. Elevations range between 6,000 and 10,000 feet, mostly above 7,500 feet. | Stream edges, meadow edges, snow bank areas; areas with poorly drained soils and suitable summer moisture. | Hiding and forage for birds and small mammals; moderately browsed in winter by ungulates. | Mechanical treatments are precluded generally due to moist soils and ability to rapidly resprout; manage grazing and browsing to maintain species diversity and appropriate understory vegetation. |
| Plains silver sagebrush | Found primarily east of the Continental Divide with outlier populations in Moffat and Mesa Counties. Usually below 7,000 feet. | Well-drained sandy soils. | Cover and forage for small mammals and birds; although majority of leaves fall from plants before winter season. Not heavily browsed by ungulates. | Rapidly resprouts after fire or mowing. |

BLM_0034391

Table 2-2. Key ecological characteristics of sagebrush taxa in Colorado. [a]

| Species[b] | Distribution | Habitat Characteristics | Wildlife Use/Value | Management Considerations |
|---|---|---|---|---|
| Pygmy sagebrush | Uncommon. Known from west-central Colorado, 5,200 to 7,500 feet. | Shale or gravel soils with high levels of calcium or dolomite. Occurs with salt desert shrubs, black sagebrush, pinyon-juniper, and Ponderosa pine communities. | Rarely browsed. | No information. |
| Sand sagebrush | Southern counties and prairie counties. 3,300 to 6,500 feet. | Sandy, often wind-drifted soils. | Palatability unknown. | No information. |
| Spiked sagebrush | In appropriate settings statewide. 9,500 to 11,000+ feet. | High-elevation park-like openings in spruce-fir forests. | Stands are valuable for storing and slowly releasing water for late summer/fall flow; ungulates forage on its tall flower stalks, potentially as a means for acclimatizing rumen flora to winter sagebrush diet at lower elevations. | Maintain high live plant cover and high plant litter cover to ensure water storage function. |
| Subalpine big sagebrush | From Routt County to North Pass in Saguache County, probably mostly west of the Continental Divide. 8,500 to 10,000 feet. | In conifer and aspen forest openings on slightly moister sites than mountain big sagebrush and slightly drier sites than spiked sagebrush. Occurs where annual precipitation exceeds 14 inches. | Receives very little browsing, probably due to high elevation of habitat where large ungulates are absent during winter. Limited browsing of flower stalks in August and September may be a means for ungulates to acclimatize rumen flora to winter sagebrush diet. | Prolific seed producer and can regenerate by root sprouting (vegetative reproduction). Sound grazing and browsing practices will help keep this community healthy. Where high percentage of bare ground is exposed (due to overgrazing) soil erosion can occur. |

BLM_0034392

Table 2-2. Key ecological characteristics of sagebrush taxa in Colorado. [a]

| Species[b] | Distribution | Habitat Characteristics | Wildlife Use/Value | Management Considerations |
|---|---|---|---|---|
| Tall black sagebrush (tentative) | A hybrid known from near Cowdrey in North Park to at least Saguache County. 7,500 to 9,000 feet. | Where a blending of black sagebrush-preferred soils (with at least a weak argillic horizon) and Wyoming big sagebrush-preferred soils (well-drained) occur. | Heavily browsed by native ungulates. | Monitor to measure age-class ratios to provide information on the long-term health of the species; Winward (2004) is concerned about significant browsing pressure and drought stress. |
| Three-tip sagebrush | Reported from northwest Colorado, but not common. | Deep, well-drained soils where climate is intermediate between basin and mountain big sagebrush preferences. | Rarely receives significant browsing, but can provide nesting and hiding cover for birds, including sage-grouse. | Strong resprouting ability makes it resistant to mechanical, chemical, or fire treatments. Increases where heavy grazing has removed herbaceous undergrowth. |
| Wyoming big sagebrush | Most common in far west Colorado counties where precipitation levels and soil types fit its ecological requirements. Found at elevations as high as 8,000 feet, but more typically below 6,000 feet. | Xeric, often coarse textured, very well-drained soils, where precipitation ranges from 7 to 11 inches annually. Can occur on shallow clay, sometimes silt. | Utilization by native wintering ungulates is high where wintering game populations occur. This sagebrush provides a considerable percentage of winter game habitat in Colorado. | Due to high winter game use and drought, thousands of acres of this sagebrush are in poor condition. Monitoring general health and age-class ratios of this species should be a major emphasis in Colorado. |
| Wyoming three-tip sagebrush | Known only from east of the Continental Divide; expected in northern Colorado but not yet documented. | Shallow, rocky ridges. | Thought to have low palatability to native ungulates and livestock; could provide severe winter forage. | Readily layers and resprouts and is therefore relatively resistant to range treatments. |

[a] Compiled from Winward (2004) and Frison & Wambolt (2004). Nomenclature from Winward (2004).

[b] See Table 3-1 for scientific names.

BLM_0034393

Figure 2-1. Overview of sagebrush ecosystem distribution in North America.



Notes: Ecoregions listed in the legend have >1% of their land surface dominated by sagebrush (TNC 2001).

Map reprinted with permission from the Cooper Ornithological Society from Knick, S. T., D. S. Dobkin, J. T. Rotenberry, M. A. Schroeder, W. M. Vander Haegen, and C. Van Riper, III. 2003. Teetering on the edge or too late? Conservation and research issues for avifauna of sagebrush habitats. *Condor* 105:611-634.

BLM_0034394

# CHAPTER 3

## STATUS OF SAGEBRUSH IN THE ASSESSMENT AREA

In this chapter we 1) describe the spatial datasets and our modifications used to map current and historic sagebrush, 2) estimate the amount and distribution of current sagebrush and other land cover types, 3) provide a provisional estimate of the amount and distribution of historic sagebrush, and 4) describe the patterns and landscape context of current sagebrush distribution in the assessment area.

Sagebrush (woody species of *Artemisia*) occurs in many vegetation communities in the assessment area. However, the subject of this assessment is areas where vegetation cover is strongly dominated by sagebrush. Hereafter, "sagebrush" refers to relatively pure sagebrush stands, with no more than about 10 percent tree or shrub cover contributed by other woody species.

Historically, sagebrush covered a greater extent of the assessment area than it does today. Early accounts (Cary 1911; Rydberg 1906) described some general locations of sagebrush in Colorado. Beetle (1960) investigated sagebrush taxa in Colorado and reported sagebrush occurring on over 2.5 million ha, although he included areas where sagebrush occurs but is not dominant. Rogers (1964) reported that while some sagebrush remained in virtually all areas where it was previously reported, many areas "could not now be considered the sagebrush type" because of alterations by overgrazing, conversion to dryland and irrigated farming, sagebrush eradication and reseeding, and other factors.

Overgrazing of most Colorado rangelands was apparent by 1875 (Hayden 1878) and probably peaked in the early 1900s (Rogers 1964). Conversion of sagebrush to farmlands began with the influx of settlers in the late 1800s. Sagebrush tended to indicate the deepest soils and was often the first vegetation community to be destroyed for conversion to agricultural uses when new areas were settled (Rogers 1964). Agricultural conversion was particularly extensive near Hayden in Routt County and Dove Creek in Dolores County. Beginning in about the 1950s the USFS, BLM, and SCS began to eradicate sagebrush on public and private lands to increase livestock forage. These efforts damaged or eradicated sagebrush on tens of thousands of hectares (Rogers 1964).

In 1954 SCS mapped sagebrush-dominated areas of Colorado totaling 1.9 million ha in 27 counties (Rogers 1964). This estimate was similar to a slightly earlier USFS estimate of 1.6 million ha of sagebrush shrublands in western Colorado (Hull et al. 1952). Rogers (1964) studied available mapping and concluded that between 2.1 and 2.6 million ha of Colorado were dominated by big sagebrush in 1960. The amount of sagebrush lost to land-use change prior to 1960 is unknown; since that time conversion to agriculture has slowed but losses to reservoirs, energy development, and residential development have accelerated (GSRSC 2005). Oyler-McCance et al. (2001) analyzed aerial photos and reported that 20 percent of the sagebrush-dominated areas of southwestern Colorado had been lost between the 1950s and the 1990s.

## Methods

### Mapping and Analysis of Current Sagebrush Distribution

We evaluated several regional land cover datasets as potential sources of data for current sagebrush distribution, and selected the Southwest Regional GAP (SW ReGAP; U.S. Geological Survey, http://fws-nmcfwru.nmsu.edu/SWREGAP/default.htm) provisional land cover map, November 2004 release. This dataset was the most recent, provided the highest

BLM_0034395

resolution, and most accurately depicted areas of sagebrush distribution based on our experience.

To map current sagebrush, we included the four SW ReGAP land cover types in the assessment area dominated by woody species of *Artemisia* (see Table 3-1 for detailed descriptions of the four sagebrush cover types). It is sometimes useful for the conservation assessment to distinguish between the SW ReGAP sagebrush land cover types. Because Wyoming basins low sagebrush shrubland and Colorado Plateau mixed low sagebrush shrubland land cover types comprised just 0.2 and 0.3 percent of current sagebrush, these types were combined for analysis with Intermountain Basins big sagebrush shrubland to form a "basins" category representing xeric-adapted sagebrush taxa on more arid sites with generally less than 25 percent herbaceous cover. Intermountain Basins montane sagebrush steppe comprises a "montane" category representing mesic-adapted sagebrush taxa on wetter, cooler sites with typically more than 25 percent herbaceous cover.

For most of the assessment we used the current sagebrush data described above, a raster data set consisting of 30 x 30 m cells. However, for patch size analysis and historic sagebrush prediction we converted the grids (raster data) to polygons (vector data). The resulting 313,938 sagebrush polygons formed a dataset too bulky to analyze with available hardware and software, so we modified the current sagebrush dataset by removing small and isolated patches (Table 3-2). To remove outliers we devised a nearest-neighbor cell sum analysis that assigned a score to each sagebrush 30 x 30 m cell equal to the number of cells within a surrounding area (24 x 24 cells, equal to 720 x 720 m) that were also sagebrush. Possible scores ranged from 0 to 576. We tested various nearest-neighbor score thresholds and determined that filtering out sagebrush cells with score ≤80 was optimal to eliminate small outlying patches while retaining long thin patches and small patches close to larger patches. In the final step, we filtered out all sagebrush patches of fewer than 20 contiguous cells (<1.8 ha). The modified current sagebrush dataset removed 89 percent of the original sagebrush polygons but just 2.9 percent of sagebrush area.

To quantify sagebrush area under various land ownerships, we used GIS to compare current sagebrush with a land ownership dataset (colnst23, downloaded from CDOW Natural Diversity Information System website [http://www.ndis.nrel.colostate.edu/] in November 2004, no vintage or data source identified).

*Quantifying and Mapping Historic Sagebrush Distribution*

To estimate the historic distribution of sagebrush, we reviewed data from Rogers (1964) and sources he cited. We defined "historic sagebrush" as areas where sagebrush occurred prior to modern Euro-American settlement (1700s in the San Luis Valley, and from about 1860 through 1880 elsewhere in the assessment area). We modeled historic sagebrush in GIS using SW ReGAP land cover types. We selected "potential cover types" that could have been sagebrush historically (open water, agriculture, developed, and disturbed land cover types, Table 3-3). Any of these cover types that occur within 200 meters of the modified current sagebrush dataset (vector data described above) were identified as potential historic sagebrush. We chose 200 m after a series of exploratory analyses showed that using larger numbers tended to include an unacceptably high proportion of areas that probably were not historic sagebrush, based on analysis of topographic maps and SW ReGAP land cover data. The 200 m distance is rather arbitrary, but represents a conservative balance between including too much or too little land as potential historic sagebrush adjacent to existing sagebrush.

We eliminated natural lakes, and some reservoirs that were unlikely to have been in sagebrush. We then created polygons to encompass areas of formerly expansive sagebrush including the Craig area in Moffat County, the Yampa Valley in Routt County, the Meeker area in Rio Blanco

BLM_0034396

County, North Park in Jackson County, areas around Kremmling and Granby in Grand and Summit counties, the Gunnison Basin in Gunnison County, parts of western Montrose and San Miguel counties, near Dove Creek in Dolores and Montezuma counties, and near San Luis in Costilla County. Within these "inclusion areas," any "potential cover types" were included in historic sagebrush regardless of their distance from current sagebrush. Finally, within these "inclusion areas" we excluded any "potential cover types" on low floodplains (interpreted on digital 1:24,000 topographic maps) that were likely to have historically been riparian woodlands or meadows.

## Results

Sagebrush comprises the second most abundant habitat type in the assessment area, behind upland forests (Table 3-3). Estimated current sagebrush covers 2,199,877 ha, 14 percent of the assessment area (Figure 3-1). The estimated extent of historic sagebrush covers 2,541,776 ha (Figure 3-1). Because of the coarse assumptions on which the historic model is based, this estimate is provisional and should be regarded as qualitative. The model estimates that 341,899 ha of sagebrush (13 percent of the historic area) have been lost to land conversions, primarily agriculture. Principal areas of sagebrush loss include eastern Moffat County, Routt County, Middle Park, Eagle County, the Gunnison Basin, the San Miguel Basin, near Dove Creek in Dolores County, and the San Luis Valley. Probably more than 90 percent of the lost sagebrush area has been permanently converted to agriculture and urban/residential development, and is not readily recoverable.

About 56 percent of current sagebrush occurs on public lands and 44 percent on private lands (Table 3-4, Figure 3-2). BLM (41 percent) controls nearly as much sagebrush as private landowners. USFS and Colorado State Land Board lands comprise most of the rest.

Current sagebrush in the assessment area occurs in a wide range of patch sizes (Table 3-5, Figure 3-3). Over much of its broad range in the assessment area, sagebrush is patchy and fragmented by highly variable terrain, soils, and microclimates, resulting in a mix of sagebrush patches of various sizes within a matrix of other vegetation types as well as human-disturbed areas. About 43 percent of SW ReGAP-mapped sagebrush patches were less than 0.4 ha in size, but these accounted for just 1.1 percent of total sagebrush area.

Most sagebrush in the assessment area occurs in three areas of concentration. The largest sagebrush patch is in northeastern Moffat County. Here over 365,000 ha of sagebrush are contiguous with extensive sagebrush in southern Wyoming and nearly contiguous with at least 300,000 additional ha of sagebrush in northwestern Colorado. North Park (Jackson County) contains the next largest patch in the assessment area, over 125,000 ha that nearly joins other sagebrush in Wyoming and a roughly equal area of sagebrush in North Park and Middle Park (Grand County). The third major concentration of sagebrush occurs in the Gunnison Basin (Gunnison County), where several very large patches nearly adjoin to form a sagebrush area of roughly 250,000 ha. In all of these areas, sagebrush is partially fragmented by natural features, primarily intersecting riparian areas and terrain such as ridges that support other vegetation types. Human disturbance has also partially fragmented or perforated these areas, primarily conversion for agriculture but also urban and residential development, reservoirs, and energy development.

Other concentrations of sagebrush containing patches exceeding 10,000 ha occur in the Yampa headwaters of southern Routt County, the area surrounding Castle Peak in Eagle County, Piñon Mesa in Mesa County, Dry Creek Basin in San Miguel County, and the southeastern edge of the San Luis Valley in Costilla County.

BLM_0034397

Outside of these concentrations, sagebrush-dominated areas occur at least minimally in every county of the assessment area. Sagebrush patches exceeding 100 ha are absent from the Front Range except the Laramie River drainage in Larimer County, the San Luis Valley except the southeast and northern fringes, and most of the San Juan Mountains. Elsewhere, sagebrush occurs as scattered or clumped patches up to 10,000 ha in size. Throughout the entire assessment area, sagebrush patches of at least 100 ha comprise 1.67 million ha (82 percent of total sagebrush), and patches of at least 1,000 ha comprise 1.40 million ha (69 percent of total sagebrush coverage).

"Montane sagebrush" (typically dominated by mountain big sagebrush and with a more robust herbaceous understory) covers about 960,000 ha, and "basins sagebrush" (typically dominated by Wyoming big sagebrush and other lower species of *Artemisia*, with a less robust herbaceous understory) covers about 1,290,000 ha (Table 3-2, Figure 3-4) in the assessment area.

## Discussion

The total area of sagebrush estimated from SW ReGAP land cover data reasonably agrees with earlier estimates of Rogers (1964) and others. Non-systematic ground-truthing of the SW ReGAP sagebrush mapping (described in Assumptions and Limitations below) suggests that SW ReGAP may slightly overestimate the extent of sagebrush, so the current sagebrush estimate in this assessment may similarly over-estimate sagebrush area by perhaps 1 to 5 percent.

The provisional estimate of historic sagebrush is conservative, and may substantially underestimate the historic extent of sagebrush. The estimated loss of 13 percent is less than the 20 percent loss of sagebrush in southwestern Colorado estimated by Oyler-McCance et al. (2001), who also noted that extensive sagebrush loss occurred prior to the earliest aerial photographs (dating from the 1950s), and thus did not account for it in their estimate. Substantial sagebrush losses prior to 1960 noted by Rogers (1964) also suggest that the loss estimated by this assessment is very conservative.

Land ownership patterns of sagebrush in the assessment area indicate that conservation of private land sagebrush is nearly as important as sagebrush on public lands. BLM manages 73 percent of the public land sagebrush in the assessment area, and clearly has the greatest opportunity of any agency for sagebrush conservation.

The wide distribution of sagebrush in the assessment area indicates that opportunities exist in most watersheds for sagebrush conservation. Sagebrush in the assessment area is often extremely patchy, however, which limits habitat suitability for some species requiring large areas of sagebrush. Patch size and arrangement have considerable implications for sagebrush conservation, since sagebrush-dependent species presumably have various thresholds for minimum patch size and patch arrangement affects habitat connectivity and animal dispersal. The largest and best-connected sagebrush areas in the assessment area occur in northwestern Colorado and North Park, and clearly represent the most important sagebrush lands from a regional perspective. However, other concentrations of sagebrush in the assessment area also provide substantial habitat and habitat connectivity for sagebrush-dependent species, and provide the basis for the wide distributions of many sagebrush-dependent species in the assessment area. As a consequence, conservation efforts should consider sagebrush distribution at various scales to effectively conserve sagebrush-dependent species.

## Assumptions and Limitations

- The SW ReGAP land cover dataset was created by interpretation of satellite imagery. The dataset was issued by SW ReGAP provisionally for review, and has not been field checked

by SW ReGAP. We conducted non-systematic field checks of sagebrush distribution mapped by SW ReGAP in parts of Mesa, San Miguel, Ouray, Montrose, Delta, Gunnison, Rio Grande, and Conejos counties. Spot checks suggested that sagebrush-dominated areas were usually correctly mapped. However, some other areas that mostly or entirely lack sagebrush including burned pinyon-juniper/oak stands and annual grasslands are sometimes incorrectly mapped as sagebrush. Other areas where sagebrush is subdominant to Gambel oak, pinyon-juniper, or mountain shrub species are also sometimes mapped by SW ReGAP as sagebrush. In addition, some sagebrush has undoubtedly been lost to human land use conversion and fire since the satellite imagery was created (about 1999). Considering interpretation error and time lag bias combined, SW ReGAP probably overestimates the extent of sagebrush-dominated lands in the assessment area, perhaps by 1 to 5 percent.

- Our estimation and mapping of historic sagebrush distribution must be considered strictly provisional based on the following assumptions and limitations. Soil characteristics, along with landform and land cover data, provide the best means to predict the former extent of sagebrush. Because soil data are not available at the precision and scale necessary, we modeled historic sagebrush based mostly on the proximity of disturbed land cover types to current sagebrush, with additional judgments based on personal experience with some areas. Aerial photograph interpretation would have been impractical over the large extent of the assessment area, and would have overlooked sagebrush losses prior to the first available photographs (mid-20[th] century). The techniques we used provide at best a first approximation of historic sagebrush extent and distribution.

## Key Findings

- Current sagebrush covers 2.2 million ha, 14 percent of the assessment area.

- Approximately 13 percent of sagebrush shrublands in the assessment area of has been lost since pre-Euro-American settlement times (a conservative provisional estimate).

- About 44 percent of the sagebrush in the assessment area occurs on private lands, 41 percent on BLM lands, and 7 percent on USFS lands.

- Sagebrush-dominated areas occur throughout the assessment area, with just over half concentrated in northwestern Colorado, North Park-Middle Park, and the Gunnison Basin. Within these areas sagebrush is partially fragmented by natural features and human disturbance.

- Other parts of the assessment area have varying amounts of sagebrush, often highly patchy and fragmented by natural features and human disturbance.

- Effective conservation of sagebrush and sagebrush-dependent species requires consideration of sagebrush patch size and arrangement at various scales.

## Recommendations

- If a refined estimate of historic sagebrush distribution is needed, we recommend waiting until statewide 1:24,000-scale digital soils mapping becomes available for Colorado from the NRCS. At small scales, NRCS soil map units could be reclassified with soil depth, texture, and salinity information, and used in concert with key land cover types and precipitation coverages to model historic sagebrush occurrence. Finally, a provisional model of historic sagebrush distribution should be thoroughly field checked and corrected by field observations.

- The current sagebrush distribution presented in this assessment could be improved by field check and correction by ground observation. Burned areas seem particularly subject to

BLM_0034399

3-6

misclassification, and managers with large burned areas should carefully check the sagebrush distribution predicted in this assessment against field observations.

- Private lands and BLM lands account almost equally together for 85 percent of sagebrush-dominated lands in the assessment area. Sagebrush conservation efforts clearly need to emphasize and involve these entities.

- The three largest sagebrush concentrations in the assessment area should be considered the cornerstones of sagebrush conservation. However, smaller concentrations scattered widely account for nearly half of the sagebrush habitat in the assessment area and provide important landscape linkages. These patches also need to be considered for their species-habitat functions as well as ecosystem-level functions.

## Literature Cited

Beetle, A. A. 1960. *A study of sagebrush: the section of Tridentatae of Artemisia*: Agricultural Experiment Station, University of Wyoming, Bulletin 368.

Cary, M. 1911. *North American fauna no. 33: a biological survey of Colorado*. Washington: U. S. Department of Agriculture, Bureau of Biological Survey.

GSRSC. 2005. *Gunnison sage-grouse rangewide conservation plan*. Denver, CO: Gunnison Sage-grouse Rangewide Steering Committee, Colorado Division of Wildlife.

Hull, A. C., Jr., C. W. Doran, C. H. Wasser, and D. F. Hervey. 1952. *Reseeding sagebrush lands of western Colorado*. Fort Collins: Colorado Agricultural and Mechanical College Extension Service, Bulletin 413-A.

Oyler-McCance, S. J., K. P. Burnham, and C. E. Braun. 2001. Influence of changes in sagebrush on Gunnison sage grouse in southwestern Colorado. *The Southwestern Naturalist* 46 (3):323-331.

Rogers, B. E. 1964. *Sage grouse investigations in Colorado. Technical Publication 16*. Denver: Colorado Game, Fish, and Parks Dept.

Rydberg, P. A. 1906. Flora of Colorado: Colorado agricultural bulletin 100.

BLM_0034400

Table 3-1. Descriptions of the SW ReGAP sagebrush cover types mapped in the assessment area and used in this assessment.

| Land Cover Tyoe | Description |
|---|---|
| INTER-MOUNTAIN BASINS BIG SAGEBRUSH STEPPE | This widespread matrix ecological system occurs throughout much of the Columbia Plateau and northern Great Basin and Wyoming, and is found at slightly higher elevations further south. Soils are typically deep and nonsaline often with a microphytic crust. This shrubsteppe is dominated by perennial grasses and forbs (>25% cover) with *Artemisia tridentata* ssp. *tridentata, A. tridentata* ssp. *xericensis, A. tridentata* ssp. *wyomingensis, A. tripartita* ssp. *tripartita,* and/or *Purshia tridentata* dominating or codominating the open to moderately dense (10-40% cover) shrub layer. *Atriplex confertifolia, Chrysothamnus viscidiflorus, Ericameria nauseosa, Tetradymia* spp., or *Artemisia frigida* may be common especially in disturbed stands. Associated graminoids include *Achnatherum hymenoides, Calamagrostis montanensis, Elymus lanceolatus* ssp. *lanceolatus, Festuca idahoensis, Festuca campestris, Koeleria macrantha, Poa secunda,* and *Pseudoroegneria spicata.* Common forbs are *Phlox hoodii, Arenaria* spp., and *Astragalus* spp. Areas with deeper soils more commonly support *A. tridentata* ssp. *tridentata* but have largely been converted for other land uses.<br><br>Microphytic crust is very important in this ecological system. The natural fire regime of this ecological system likely maintains patchy distribution of shrubs so the general aspect of the vegetation is a grassland. Shrubs may increase following heavy grazing and/or with fire suppression, particularly in moist portions in the northern Columbia Plateau where it forms a landscape mosaic pattern with shallow-soil scabland shrublands. |
| WYOMING BASINS LOW SAGEBRUSH SHRUBLAND | This ecological system is composed of sagebrush dwarf-shrublands that occur in a variety of dry habitats throughout the basins of central and southern Wyoming. *Artemisia tripartita* ssp. *rupicola*-dominated dwarf shrublands typically occur on wind-swept ridges and south and west aspect slopes above 2135 m in central and southeastern Wyoming. Substrates are shallow, fine-textured soils. *A. nova*-dominated dwarf-shrublands occur on shallow, coarsetextured, calcareous substrates at lower elevations. Other shrubs and dwarf-shrubs present may include *Purshia tridentata* and other species of *Artemisia.* Common graminoids include *Festuca idahoensis, Koeleria macrantha, Pseudoroegneria spicata,* and *Poa secunda.* Many forbs also occur and may dominate the herbaceous vegetation. |
| COLORADO PLATEAU MIXED LOW SAGEBRUSH SHRUBLAND | This ecological system occurs in the Colorado Plateau, Tavaputs Plateau and Uinta Basin in canyons, gravelly draws, hilltops, and dry flats at elevations generally below 1800 m. Soils are often rocky, shallow, and alkaline. This type extends across northern New Mexico into the southern Great Plains on limestone hills. It includes open shrublands and steppe dominated by *Artemisia nova* or *A. bigelovii* sometimes with *A. tridentata* ssp. *wyomingensis* codominant. Semi-arid grasses such as *Achnatherum hymenoides, Aristida purpurea, Bouteloua gracilis, Hesperostipa comata, Pleuraphis jamesii,* or *Poa fendleriana* are often present and may form a graminoid layer with over 25% cover. |
| INTER-MOUNTAIN BASINS MONTANE SAGEBRUSH STEPPE | Sagebrush communities occurring at higher elevations (>2000 m) and composed primarily of mountain sagebrush (*Artemisia tridentata* ssp. *vaseyana*) and related taxa such as *A. spiciformis*, non-riparian *A. cana* ssp. *viscidula* and *A. arbuscula* ssp. *arbuscula*. Most stands have an abundant perennial herbaceous layer (over 25% cover), but this system also include *Artemisia tridentata* ssp. *vaseyana* Shrubland Alliance. |

BLM_0034401

Table 3-2. Area of current sagebrush in the assessment area, unmodified and filtered to remove small and isolated patches.

| Sagebrush cover types used in this assessment | SW ReGAP land cover type | Unmodified | | Filtered | |
|---|---|---|---|---|---|
| | | area (ha) | % of total sagebrush | area (ha) | % of total sagebrush |
| "montane sagebrush" | Intermountain Basins Montane Sagebrush Steppe | 850,760 | 38.2% | 760,654 | 37.6% |
| "basins sagebrush" | Intermountain Basins Big Sagebrush Shrubland | 1,338,219 | 61.3% | 1,254,635 | 62.0% |
| | Wyoming Basins Low Sagebrush Steppe | 4,329 | 0.2% | 4,205 | 0.2% |
| | CO Plateau Mixed Low Sagebrush Shrubland | 6,568 | 0.3% | 5,741 | 0.3% |
| | Total "basins sagebrush" | 1,349,116 | 61.3% | 1,264,581 | 62.4% |
| | Total ALL SAGEBRUSH | 2,199,877 | | 2,025,235 | |

BLM_0034402

Table 3-3. Areas and percentages of land cover types mapped by SW ReGAP in the assessment area.

| Code | Land Cover Type | | Area (ha) | % of Assessment Area |
|------|-----------------|---|-----------|-----------------------|
| | SAGEBRUSH SHRUBLANDS | | | |
| S054 | Inter-Mountain Basins Big Sagebrush Shrubland | | 1,338,219 | 8.5 |
| S071 | Inter-Mountain Basins Montane Sagebrush Steppe | | 850,760 | 5.4 |
| S056 | Colorado Plateau Mixed Low Sagebrush Shrubland | | 6,568 | <0.1 |
| S128 | Wyoming Basins Low Sagebrush Shrubland | | 4,329 | <0.1 |
| | | Subtotal | 2,199,877 | 14.0 |
| | SEMI-DESERT SHRUBLANDS | | | |
| S079 | Inter-Mountain Basins Semi-Desert Shrub Steppe | | 328,159 | 2.1 |
| S096 | Inter-Mountain Basins Greasewood Flat | | 213,827 | 1.4 |
| S065 | Inter-Mountain Basins Mixed Salt Desert Scrub | | 195,338 | 1.2 |
| S045 | Inter-Mountain Basins Mat Saltbush Shrubland | | 101,961 | 0.7 |
| | | Subtotal | 839,285 | 5.4 |
| | OTHER UPLAND SHRUBLANDS | | | |
| S046 | Rocky Mountain Gambel Oak-Mixed Montane Shrubland | | 910,082 | 5.8 |
| S047 | Rocky Mountain Lower Montane-Foothill Shrubland | | 218,144 | 1.4 |
| S059 | Colorado Plateau Blackbrush-Mormon-tea Shrubland | | 9,768 | <0.1 |
| S136 | Southern Colorado Plateau Sand Shrubland | | 1,289 | <0.1 |
| S048 | Western Great Plains Sandhill Shrubland | | 760 | <0.1 |
| S050 | Inter-Mountain Basins Mountain Mahogany Woodland and Shrubland | | 76 | <0.1 |
| | | Subtotal | 1,140,118 | 7.2 |
| | PINYON-JUNIPER | | | |
| S039 | Colorado Plateau Pinyon-Juniper Woodland | | 1,513,953 | 9.7 |
| S038 | Southern Rocky Mountain Pinyon-Juniper Woodland | | 358,218 | 2.3 |
| S052 | Colorado Plateau Pinyon-Juniper Shrubland | | 176,427 | 1.1 |
| S075 | Inter-Mountain Basins Juniper Savanna | | 28,132 | 0.2 |
| S074 | Southern Rocky Mountain Juniper Woodland and Savanna | | 1,700 | <0.1 |
| | | Subtotal | 2,078,430 | 13.2 |
| | UPLAND FOREST | | | |
| S023 | Rocky Mountain Aspen Forest and Woodland | | 1,137,102 | 7.3 |
| S028 | Rocky Mountain Subalpine Dry-Mesic Spruce-Fir Forest and Woodland | | 1,007,824 | 6.4 |
| S036 | Rocky Mountain Ponderosa Pine Woodland | | 847,795 | 5.4 |
| S030 | Rocky Mountain Subalpine Mesic Spruce-Fir Forest and Woodland | | 806,862 | 5.1 |
| S031 | Rocky Mountain Lodgepole Pine Forest | | 694,959 | 4.4 |
| S034 | Rocky Mountain Montane Mesic Mixed Conifer Forest and Woodland | | 320,395 | 2.0 |
| S032 | Rocky Mountain Montane Dry-Mesic Mixed Conifer Forest and Woodland | | 278,057 | 1.8 |
| S042 | Inter-Mountain West Aspen-Mixed Conifer Forest and Woodland Complex | | 190,845 | 1.2 |
| S025 | Rocky Mountain Subalpine-Montane Limber-Bristlecone Pine Woodland | | 36,205 | 0.2 |
| | | Subtotal | 5,320,044 | 33.9 |

BLM_0034403

Table 3-3. Areas and percentages of land cover types mapped by SW ReGAP in the assessment area.

| Code | Land Cover Type | Area (ha) | % of Assessment Area |
|------|-----------------|-----------|----------------------|
| | **GRASSLAND / HERBACEOUS TYPES** | | |
| S085 | Southern Rocky Mountain Montane-Subalpine Grassland | 715,399 | 4.6 |
| S081 | Rocky Mountain Dry Tundra | 243,789 | 1.6 |
| S088 | Western Great Plains Shortgrass Prairie | 191,546 | 1.2 |
| S083 | Rocky Mountain Subalpine Mesic Meadow | 150,054 | 1.0 |
| S102 | Rocky Mountain Alpine-Montane Wet Meadow | 131,004 | 0.8 |
| S086 | Western Great Plains Foothill and Piedmont Grassland | 105,630 | 0.7 |
| S090 | Inter-Mountain Basins Semi-Desert Grassland | 86,002 | 0.5 |
| | **Subtotal** | **1,623,424** | **10.4** |
| | **OTHER NATURAL LAND COVER** | | |
| S002 | Rocky Mountain Alpine Bedrock and Scree | 286,234 | 1.8 |
| S006 | Rocky Mountain Cliff and Canyon | 98,433 | 0.6 |
| S010 | Colorado Plateau Mixed Bedrock Canyon and Tableland | 66,813 | 0.4 |
| S004 | Rocky Mountain Alpine Fell-Field | 58,240 | 0.4 |
| S011 | Inter-Mountain Basins Shale Badland | 25,801 | 0.2 |
| S012 | Inter-Mountain Basins Active and Stabilized Dune | 12,958 | <0.1 |
| S015 | Inter-Mountain Basins Playa | 4,646 | <0.1 |
| N31 | Barren Lands, Non-specific | 1,112 | <0.1 |
| S008 | Western Great Plains Cliff and Outcrop | 546 | <0.1 |
| S009 | Inter-Mountain Basins Cliff and Canyon | 434 | <0.1 |
| S001 | North American Alpine Ice Field | 205 | <0.1 |
| S014 | Inter-Mountain Basins Wash | 151 | <0.1 |
| | **Subtotal** | **555,573** | **3.4** |
| | **OPEN WATER** | | |
| N11 | Open Water | 76,868 | 0.5 |
| | **Subtotal** | **76,868** | **0.5** |
| | **RIPARIAN OR WETLAND** | | |
| S091 | Rocky Mountain Subalpine-Montane Riparian Shrubland | 282,353 | 1.8 |
| S093 | Rocky Mountain Lower Montane Riparian Woodland and Shrubland | 53,629 | 0.3 |
| S092 | Rocky Mountain Subalpine-Montane Riparian Woodland | 19,417 | 0.1 |
| S095 | Western Great Plains Riparian Woodland and Shrubland | 17,465 | 0.1 |
| D04 | Invasive Southwest Riparian Woodland and Shrubland | 8,695 | <0.1 |
| S120 | Western Great Plains Floodplain Herbaceous Wetland | 4,941 | <0.1 |
| S100 | North American Arid West Emergent Marsh | 3,820 | <0.1 |
| | **Subtotal** | **390,321** | **2.5** |
| | **AGRICULTURE OR DEVELOPED** | | |
| N80 | Agriculture | 1,126,663 | 7.2 |
| N22 | Developed, Medium - High Intensity | 47,083 | 0.3 |
| N21 | Developed, Open Space - Low Intensity | 71,501 | 0.5 |
| | **Subtotal** | **1,245,247** | **7.9** |

BLM_0034404

Table 3-3. Areas and percentages of land cover types mapped by SW ReGAP in the assessment area.

| Code | Land Cover Type | | Area (ha) | % of Assessment Area |
|------|-----------------|---|-----------|----------------------|
| | DISTURBED | | | |
| D10 | Recently Logged Areas | | 54,205 | 0.3 |
| D06 | Invasive Perennial Grassland | | 48,907 | 0.3 |
| D09 | Invasive Annual and Biennial Forbland | | 28,518 | 0.2 |
| D02 | Recently Burned | | 24,357 | 0.2 |
| D11 | Recently Chained Pinyon-Juniper Areas | | 23,125 | 0.1 |
| D08 | Invasive Annual Grassland | | 21,796 | 0.1 |
| D03 | Recently Mined or Quarried | | 7,486 | <0.1 |
| D01 | Disturbed, Non-specific | | 233 | <0.1 |
| D07 | Invasive Perennial Forbland | | 72 | <0.1 |
| D14 | Disturbed, Oil well | | 36 | <0.1 |
| | | **Subtotal** | **208,735** | **1.3** |

Size of Assessment Area    15,677,926

BLM_0034405

Table 3-4. Ownership of sagebrush-dominated lands in the assessment area.

| | Hectares | % Total |
|---|---|---|
| Private Lands | 975,880 | **44.4** |
| Federal Lands | | |
|     U.S. Bureau of Land Management | 891,033 | 40.5 |
|     U.S. Forest Service | 156,769 | 7.1 |
|     Other Federal Lands | | |
|         National Park Service | 17,025 | 0.8 |
|         U.S. Fish & Wildlife Service | 6,216 | 0.3 |
|         Bureau of Indian Affairs | 23,705 | 1.1 |
|         Department of Defense | 5,801 | 0.3 |
|     Other Federal Lands Subtotal | 52,746 | 2.4 |
| State Lands | | |
|     State Land Board | 99,233 | 4.5 |
|     Other State Lands | 23,912 | 1.1 |
| TOTAL | 2,199,573 | |

Land ownership data source:

colnst23 (no vintage or date specified), accessed November 2004 at Colorado Division of Wildlife Natural Diversity Information System website [http://www.ndis.nrel.colostate.edu/]

Note:

The minor discrepancy between total area of sagebrush shown on this table and other tables in this chapter is due to small spatial errors introduced in GIS by comparing raster (sagebrush) data with vector (land ownership) data.

BLM_0034406

Table 3-5. Patch size frequency and area of sagebrush in the assessment area.

| Size Category (ha) | Total Sagebrush in Assessment Area (ha) | % of Sagebrush in Assessment Area | Number of Patches |
|---|---|---|---|
| 1.8-10 | 114,604 | 5.7% | 27,386 |
| 10-100 | 239,965 | 11.8% | 9,147 |
| 100-1,000 | 274,212 | 13.5% | 1,020 |
| 1,000-10,000 | 342,710 | 16.9% | 129 |
| 10,000-100,000 | 562,692 | 27.8% | 22 |
| 100,000-1,000,000 | 491,054 | 24.2% | 2 |
| Totals | 2,025,237 | | 37,706 |

Note: These calculations were performed on the "filtered" dataset (see Table 3-2).

BLM_0034407

# CHAPTER 4

## MODELING RISKS TO SAGEBRUSH

In this chapter we 1) describe the basis for selecting threats to model, 2) describe models we constructed to predict the relative risk to sagebrush from four threats, and 3) provide and discuss maps of risk to sagebrush from each threat, and combined risk from all threats.

**Selection of Threats to Model in the Assessment Area**

General threats to sagebrush in the assessment area are described in Chapter 2. We selected threats to model based on three criteria: 1) the threat is likely to affect sagebrush-dependent wildlife species, 2) the threat is widespread in the assessment area, and 3) the threat can reasonably be modeled based on existing spatial data available to us at a regional scale. The third criterion precluded modeling of threats such as sagebrush understory impacts by grazing or drought, soil erosion or compaction, etc., because no suitable spatial data exist to predict the extent of such impacts.

We chose to model risks to sagebrush of pinyon-juniper encroachment and herbaceous invasive plant encroachment following procedures similar to models for Great Basin sagebrush by Wisdom et al. (Wisdom et al. 2003a). Spatial data similar to data used by Wisdom et al. (2003b) were available for Colorado. However, less information is available for Colorado on ecosystem processes of pinyon-juniper encroachment into sagebrush compared to the Great Basin, where the threat is perhaps more pervasive and more research has been done. Great Basin sagebrush also bears a considerably greater risk from invasive herbaceous plants (particularly cheatgrass), which interacts with altered fire regimes to cause widespread stand replacement. In Colorado, the risk of sagebrush stand replacement by annual weed encroachment exists in some arid sagebrush stands, particularly in southwestern Colorado (S. Monsen, pers. comm.), but more typically the risk to sagebrush habitat from herbaceous weed invasions is less from stand replacement and more from degradation of habitat characteristics due to changes in herbaceous understory density, height, species composition, or persistence through the growing season or winter period.

We also chose to model risks to sagebrush from energy development and residential development. Energy development on sagebrush-dominated lands has increased substantially in recent years, and spatial data are available from various sources on potential and actual developments. Residential development is a rapidly increasing threat to some sagebrush-dominated areas, and an existing spatial model predicting future residential growth in Colorado was available.

**Methods**

For each threat model, we used GIS to classify the unfiltered current sagebrush dataset described in Chapter 3.

*Encroachment by Pinyon-Juniper*

Similar to the process used by Wisdom et al. (2003b) for the Great Basin, we reviewed the literature and sought expert knowledge to identify the environmental factors believed to be most important for predicting the risk that sagebrush will be displaced by pinyon pine or juniper. We selected the following environmental variables for the model, each described in the following sections: ecological province, proximity to current pinyon-juniper, sagebrush taxa present, precipitation, and elevation. Using the variables and parameters described below, we

BLM_0034408

constructed a model (Table 4-1) and used GIS to classify sagebrush in the assessment area at none, low, moderate, or high risk of encroachment by pinyon-juniper.

Proximity to Current Pinyon-Juniper—the proximity of sagebrush to pinyon-juniper is the most important element of our model. Fruits of pinyon pine and juniper are large, and seeds dispersed more than 100 m from parent trees are most often transported by birds and mammals (see review of pinyon-juniper seed dispersal by Wisdom et al. [2003b]). The likelihood of seed dispersal attenuates rapidly with distance from the parent tree, and most seeds are transported ≤1.6 km, rarely beyond 5 km (Schupp et al. 1999). For our model, we used SW ReGAP land cover types dominated by pinyon-juniper or juniper species (collectively, "pinyon-juniper," see Table 6-1). We chose conservative values of higher risk levels for sagebrush within 800 m of pinyon-juniper, lower risk values between 800 and 2,000 m, and no risk beyond 2,000 m.

Ecological Province—we used Bailey's ecological provinces (Bailey et al. 1994). Because small parts of several provinces occur in the assessment area, we combined the Southern Rocky Mountains, Intermountain Semidesert, and Nevada-Utah Mountains Semidesert provinces to create a Northwest Desert-Mountains province, covering the high mountains and northwest quarter of Colorado. We combined the remaining Bailey's provinces into a Southwest Deserts province, covering lower and more arid regions of southwestern Colorado and the San Luis Valley. In the risk model, different environmental variables were sometimes applied in the two ecological provinces.

Sagebrush Taxa—West et al. (1978) summarized the relationships of various sagebrush taxa to environmental conditions associated with pinyon-juniper woodlands in the Great Basin, and Wisdom et al. (2003b) regarded the distribution of sagebrush taxa as useful in predicting relative risk of pinyon-juniper encroachment. Similar ecological relationships have been reported for sagebrush taxa in Colorado (Monsen 2004a, 2004b); Wyoming big sagebrush occurs in warmer and drier sites, in soils of medium depth; and mountain big sagebrush favors the cooler and moister sites with moderately deep soils. Pinyon-juniper establishment is more likely on wetter, cooler sites with fair to moderate soil depth (Burkhardt and Tisdale 1969; Wisdom et al. 2003b). Wetter, cooler sites are also more likely to support mountain big sagebrush. Therefore, we constructed a model rule for "montane big sagebrush" (typically dominated by mountain big sagebrush) to be more susceptible to pinyon-juniper encroachment than "basins sagebrush" (typically dominated by Wyoming big sagebrush, basin big sagebrush, and other arid site sagebrush taxa including low sagebrush and black sagebrush). The distribution of sagebrush taxa used is shown in Figure 3-4.

Precipitation—Literature reviewed by Wisdom et al. (2003b) indicates that precipitation is a main factor in determining the risk of pinyon-juniper encroachment into sagebrush. Average annual precipitation is positively correlated with juniper growth and reproduction (Dealy et al. 1978), pinyon pine seedling establishment (Harrington 1987), and tree densities in pinyon-juniper woodlands (Koniak 1986). We compared SW ReGAP pinyon-juniper land cover types to a statewide average annual precipitation dataset in GIS, and found that pinyon-juniper woodlands in the assessment area occurred in areas with annual precipitation from 20 cm to over 90 cm; pinyon-juniper woodlands in areas with more than about 50 cm of annual precipitation were mainly on south-facing slopes where frost conditions are presumably moderated. In the intermountain west, pinyon-juniper woodlands generally occur where annual precipitation is at least 25 cm, and greatest tree densities usually occur where annual precipitation exceeds 35 cm (Woodbury 1947; Tueller and Clark 1975). For our model, we used different precipitation values for different ecological provinces. We regarded sagebrush in the annual precipitation range of 30 to 41 cm in the southwest deserts province and 26 to 41 cm in the northwest deserts and mountains province as higher risk, and sagebrush with less or more precipitation as lower risk. We used a higher minimum precipitation for higher risk of encroachment in the southwest

BLM_0034409

deserts province because mean temperatures are typically higher, making less soil moisture available during the growing season from a given amount of annual precipitation.

Elevation—Pinyon-juniper woodlands throughout their range occur within fairly limited and predictable elevation limits (Evans 1988). Pinyon-juniper is limited at upper elevations by temperature and at lower elevations by precipitation (Wright et al. 1979). Based on literature reviewed by Wisdom et al. (2003b) and analysis of SW ReGAP-mapped pinyon-juniper land cover types in GIS with a Digital Elevation Model (DEM), we concluded that pinyon-juniper in the assessment area generally occurs between elevations of 1,800 and 2,500 m. In the Great Basin, downslope expansion of pinyon-juniper woodlands is more extensive than upslope (Tausch et al. 1981), and our observations in Colorado suggest the same is likely in the assessment area.

*Encroachment by Invasive Herbaceous Plants*

Invasive herbaceous plants are a growing problem in western rangelands, particularly in more arid regions and where natural vegetation communities are disturbed by human or natural causes (Sheley and Clark 1999). Cheatgrass, the most common invasive plant in sagebrush stands in the assessment area, is an annual grass of serious concern to sagebrush communities (BLM 2002). Cheatgrass, along with other annual forb species, invades the understory of sagebrush stands and may subsequently reduce establishment of perennial grasses, shifting the plant composition to a sagebrush/annual grass community (Whisenant 1990). In fire-prone areas, invasive annuals provide extensive fine fuel in summer and can increase fire frequency and intensity in sagebrush (Miller and Edlleman 2000). Sagebrush is killed by fire, and increased fire frequencies induced by invasive weeds are leading to large-scale conversion of sagebrush to annual grasslands in the Great Basin and on the Columbia Plateau. Weed-induced conversion of sagebrush by fire is not a widespread problem in Colorado, although it has occurred locally in the more arid counties from Mesa County southward and is expected to accelerate (S. Monsen, pers. comm.; A. Stevens, pers. comm.). More typically in the assessment area, invasive annual weeds alter understory vegetation and may impact sagebrush-dependent species habitat by increasing herbaceous cover, decreasing perennial grasses, and affecting soil moisture or nutrient balances.

We reviewed the literature and sought expert knowledge to identify the environmental factors believed to be most important for predicting the risk that sagebrush will be invaded by invasive herbaceous plants. We then constructed a GIS-based model similar to Wisdom et al. (2003b) using the following environmental variables: ecological province, proximity to areas dominated by herbaceous weeds, proximity to disturbance, precipitation, and slope. Table 4-2 shows the model variables and parameters.

Ecological Province—we divided the assessment area into two ecological provinces, as described above for the pinyon-juniper encroachment model, and in some cases used different model parameters in the two ecological provinces because of environmental differences in the assessment area.

Proximity to Areas Dominated by Herbaceous Weeds—invasive herbaceous plants in a rangeland setting typically spread from adjacent occurrences (Sheley and Clark 1999), and this is the most important variable in our model. We used SW ReGAP land cover types that are dominated by upland herbaceous weeds (invasive perennial grassland, invasive perennial forbland, invasive annual grassland, and invasive annual and biennial forbland, see Table 6-1) as source data for areas dominated by herbaceous weeds. In the GIS model, sagebrush within 1,200 meters of these areas was considered to be at high risk of encroachment by invasive herbaceous vegetation, and areas at a greater distance at variable risk depending on other factors.

BLM_0034410

Proximity to Disturbance—invasion of herbaceous weeds is often associated with activities that disturb natural vegetation and soils (Sheley and Clark 1999; Getz and Baker in review). Some disturbances in the assessment area that could contribute to herbaceous weed invasion—such as livestock grazing, small roads and reservoirs, and recreational use—could not be modeled because no suitable spatial data exist. However, we used SW ReGAP land cover types that reflect recent disturbance, including developed low intensity, developed medium-high intensity, agriculture, disturbed-non-specific, recently burned, recently mined or quarried, recently logged areas, recently chained pinyon-juniper areas, and disturbed-oil well. In the GIS model, sagebrush within 800 meters of these disturbed areas was considered at greater risk of invasion by herbaceous weeds, and sagebrush at greater than 800 meters was considered at less risk. The distance of 800 meters was chosen to encompass the area of presumed greater probability that invasive weeds could spread into sagebrush from adjacent disturbed areas.

Precipitation—little information is available on environmental factors favoring invasive annual weeds other than cheatgrass. For this reason and because cheatgrass is the most common herbaceous weed of concern in sagebrush habitats, we used information for cheatgrass to develop model parameters for precipitation and slope. In the cooler parts of the Intermountain West, cheatgrass is most common in more arid, lower elevation areas (see review by Wisdom et al. [2003b]). Lack of continuous snow cover and winter precipitation in the form of rain rather than snow strongly enhance winter emergence of cheatgrass, which contributes to its competitive advantage over many native perennials (Mack and Pyke 1983). Cheatgrass germinates best at temperatures above 10 degrees C, and germination is reduced if seeds when wet. As a consequence, cheatgrass performs best at lower and somewhat drier elevations in the assessment area. Because precipitation correlates strongly with elevation in the assessment area, we only modeled precipitation, although some of the effect may be due to temperature varying with elevation. In our model, we used a statewide mean annual precipitation dataset, and classified sagebrush at greatest risk of invasion by herbaceous weeds when it receives less than 41 cm annual precipitation in the southwest deserts ecological province, and less than 30 cm annual precipitation in the northwest deserts and mountains province. In both provinces, sagebrush receiving between 41 and 76 cm annual precipitation were classified at intermediate risk, and sagebrush receiving more than 76 cm was classified at the least risk.

Slope—the slope of the ground influences sun angle and, on steeper slopes, soil stability. Cheatgrass responds positively to increased insolation on gentle to moderate slopes tipped toward the sun (Hedrick 1965); slopes tipped away from the sun receive less insolation and are less favorable sites for cheatgrass. The effect increases with the steepness of the slope. Soil instability and rockiness become important factors on very steep slopes. For these reasons, in our model we classified sagebrush on slopes 30 percent or less as having a greater risk of herbaceous weed invasion than steeper slopes. Slope was determined in GIS using a DEM.

*Energy Development*

Energy development in the assessment area is accelerating in some sagebrush-dominated areas, and is regarded as an increasing threat to sagebrush-dependent wildlife (GSRSC 2005). We constructed a GIS model to predict the risk to sagebrush in the assessment area of oil and gas, coal, and uranium-vanadium development. The most extensive energy industry in the assessment area is oil and gas (including coal-bed methane), and site-disturbing actions include exploratory drilling and seismic operations, waste water disposal, well drilling and operations, and construction and operation of pipelines, roads, and other infrastructure. Coal mining is less extensive but occurs in several sagebrush-dominated areas. Site-disturbing actions include exploration drilling, surface mining (mostly in northwestern Colorado) or underground mining, waste rock and water disposal, mine reclamation, and construction and operation of roads, ore

BLM_0034411

conveyors, transmission lines, and other infrastructure. Uranium-vanadium mining occurs in limited areas, and site-disturbing actions are similar to coal mining except that no surface mining for uranium-vanadium currently occurs in Colorado. Other energy development including geothermal energy is of limited extent in the assessment area and was not modeled.

Some potential impacts of energy development to sagebrush habitats for species of concern include removal of sagebrush and other natural vegetation, disturbance by human presence and noise, increased roadkill or poaching, increased predation by human-associated predators, increased avian predation by providing raptor hunting perches, changes in water availability or quality, and increased risk of introduced weeds (BLM 1991; GSRSC 2005).

To construct the threat model, we used a combination of several existing spatial datasets in GIS to rank the risk to sagebrush in the assessment area as none, low, moderate, or high. The datasets and classification process are described below.

Oil and Gas—we classified as high risk from oil and gas development all sagebrush within oil and gas fields depicted in the Colorado Geological Survey (CGS) *Oil and Gas Fields Map of Colorado* (Wray et al. 2002). We also classified as high risk all sagebrush within 1,000 meters of Colorado Oil and Gas Conservation Commission (COGCC) Drill Permits and producing wells (COGCC 2005) not within an existing oil or gas field depicted by Wray et al. (2002). We used 1,000 meters to encompass the area of reasonable probability of impacts to species of concern or their habitats from oil and gas development, including disturbance. We classified as moderate risk from oil and gas development all sagebrush within areas classified as "high oil and gas potential" by the BLM *State of Colorado Oil and Gas Potential* map (BLM no date). This map depicts geologic structural basins considered to have high potential by the BLM, but is less specific than the datasets we used to indicate high risk from oil and gas development. We classified as low risk from energy development all sagebrush within BLM "moderate or low oil and gas potential," and as no risk all areas within BLM "no oil and gas potential."

Uranium/Vanadium Potential—we used the U.S. Geological Survey (USGS) *Energy Resources Map of Colorado* (USGS and CGS 1977), to model risk to sagebrush from uranium/vanadium development. The map was scanned, the resulting image geo-referenced in GIS, and selected map features digitized into shapefiles. We classified as high risk from uranium/vanadium development all sagebrush within the mapped uranium/vanadium fields. As a check, we noted that uranium/vanadium mines shown in a USGS mine database for the Gunnison-Uncompahgre-Grand Mesa National Forests  (Wilson et al. 2000) correlated well with the 1977 fields depicted by USGS and CGS (1977). We classified as moderate risk from uranium/vanadium development all sagebrush within 2,500 meters of an existing uranium/vanadium mine or resource area shown on the USGS map (USGS and CGS 1977). The 2,500 m distance was used to capture the area of reasonable probability of impacts to species of concern from uranium/vanadium development, including disturbance. These locations were fairly general, yet indicate areas of past or current activity that may undergo development in the future. We also classified as moderate risk all sagebrush within areas shown by BLM data (BLM 1999), as having uranium/vanadium potential, defined by BLM to include known deposits, productive areas, or favorable areas. We did not classify any sagebrush at low risk of uranium/vanadium development; all sagebrush not classified as high or moderate was classified as no risk.

Coal Potential—we evaluated BLM data on coal potential in Colorado (BLM 1998), but determined that the map was too general to be useful. We used the CGS *Historic Coal Mines of Colorado* map (Carroll and Bauer 2002), which depicts the location and date of coal mines as well as geologic basins with known coal reserves. We classified as high risk from coal development all sagebrush within 1,500 meters of coal mines active since 1941. We excluded

BLM_0034412

earlier coal mines because most of those were small operations that often supplied coal to single households, and are no longer economically feasible. We classified as low risk all sagebrush within coal basins depicted by Carroll and Baker (2002). Since about 1941, coal mining has been concentrated at basin edges where coal occurs near the ground surface. In most of the unexploited basin areas, coal is too far below the surface for economical mining. However, as technology and demand change, some of these areas are likely to be developed. We were not able to classify any sagebrush as moderate risk, and all sagebrush not classified as high or low risk was classified as no risk from coal development.

We combined the oil and gas, uranium/vanadium, and coal risks into one combined energy development risk model. Each 30 x 30 m sagebrush pixel was classified as the highest risk score it received from any of the individual energy threat models; in other words, if a sagebrush pixel was classified as high risk from any individual energy threat, it was classified as high risk of energy development.

*Residential Development*

Residential development and other features of urban growth are accelerating in some sagebrush habitat in the assessment area. Residential development removes sagebrush habitat where buildings, landscaping and pastures, and roads are constructed. Development also fragments the remaining sagebrush habitat. Finally, residential development also causes indirect impacts to sagebrush-dependent species in surrounding sagebrush habitats. Indirect impacts may include roadkill or poaching, predation by pets, predation by human-associated predators or avian predators utilizing enhanced hunting perches, disturbance by human presence, and increased invasion of herbaceous weeds.

We were not able to model all aspects of urban growth, but we focused on residential growth because of the existence of spatial data. We used version 1 of the *Spatially Explicit Regional Growth Model* (SERGoM v. 1) by Theobald (in review). The model and its limitations are discussed in detail in the *Gunnison Sage-grouse Rangewide Conservation Plan* (GSRSC 2005). In summary, the model is useful for predicting the general trend and location of future residential growth, but has several limitations. The SERGoM model tends to underestimate development risk in outlier areas surrounding Colorado resort communities such as Telluride, where very high land prices tend to spread growth as much as 70 miles away. Also, the SERGoM model may not adequately account for the significant second-home development occurring in Colorado, also often associated with resort communities.

The model was designed to depict the location and density of current and projected future private land housing units across the coterminous U.S., and provides spatial data for the years 2000 and projections for the year 2020. We used GIS to compare sagebrush with the SERGoM 2020 projection, and classified the risk to sagebrush from residential development according to the following reclassification of the SERGoM classes:

| | | |
|---|---|---|
| No risk: | Public lands (not included in SERGoM model) | |
| Low risk: | 0 | private, no housing units |
| | 1 | ≥ 80 acres per housing unit (rural) |
| Moderate risk: | 2 | 50 to 80 acres per housing unit |
| | 3 | 40 to 50 acres per housing unit |
| High risk: | 4 through 9 | ≤ 40 acres per housing unit |

In developing these risk categories, we were constrained by the existing classification of the SERGoM data output; the data did not discriminate among areas at less than 1 house per 80 acres (SERGoM category 1, above). The categories we chose are based on the assumptions

BLM_0034413

that residential development of any density poses at least some risk to species, that densities between 40 and 80 acres per house represent an increased risk over lower densities, and that the greatest risk to species occurs at densities greater than 1 house per 40 acres. These categories represent a balance between species, which probably differ substantially in their vulnerability to residential development.

*Combined Risks*

We combined risks from each of the four threats models (pinyon-juniper encroachment, invasive herbaceous plant encroachment, energy development, and residential development) to calculate and depict the extent of sagebrush at risk from any of these threats. To create the combined risk model, we classified each 30 x 30 m cell of sagebrush equal to the highest risk level (none, low, moderate, or high) assigned from any of the individual threats models. In other words, if a sagebrush cell was classified as no higher than moderate risk for any individual threat, it was classified as moderate for combined risk.

**Results**

Table 4-3 shows the area and percent of sagebrush in the assessment area predicted by the models to be at risk from the individual threats and combined threat. Figures 4-1 through 4-5 show the locations of sagebrush in the assessment area at risk from each of the threats and combined threats. It is important to note that the base data sets (Figures 4-6 through 4-11) used for these analyses are generalized in nature (for example, mean annual precipitation was classed in 2 to 4-inch increments), and in vector (polygon) rather than raster (grid) format. One outcome of these characteristics is relatively abrupt changes in risk categories depicted in Figures 4-1 through 4-5, but risks are likely to blend across the landscape.

*Encroachment by Pinyon-Juniper*

The model predicts that over 1.2 million ha (56 percent) of sagebrush in the assessment area is at no risk of pinyon-juniper encroachment (Table 4-3). Nearly 400,000 ha (18 percent) is predicted at high risk, and nearly 650,000 ha (30 percent) is predicted at high or moderate risk. Most of the sagebrush predicted at high risk occurs in the western tier of counties south of the Yampa River, and in Eagle and southern La Plata counties (Figure 4-1). Principal sagebrush areas at moderate risk are in the same areas, but also occur in the San Luis Valley and in Gunnison County both in the Gunnison Basin and farther north in the North Fork Gunnison River watershed.

Risk of sagebrush to pinyon-juniper encroachment varies among landowners (Table 4-3). Among the two principal landowners, sagebrush on BLM land is more at risk (36 percent at moderate or high risk) than sagebrush on private land (25 percent). Sagebrush on USFS lands is at comparatively little risk (14 percent in moderate or high risk), although the relatively minor amount of sagebrush on federal lands other than BLM or USFS is at considerable risk (75 percent moderate or high risk). Sagebrush on Colorado State Land Board lands is at the least risk compared to other landowners (12 percent moderate or high risk).

*Encroachment by Invasive Herbaceous Plants*

The model predicts that just over 510,000 ha (23 percent) of sagebrush in the assessment area is at high risk of encroachment by invasive herbaceous plants, and just over 910,000 ha (41 percent) of sagebrush is at high or moderate risk (Table 4-3). Most of the remaining is predicted at low risk, and only a small amount (less than 1 percent) is predicted at no risk. Geographically, the areas of sagebrush at high or moderate risk are most concentrated in the western tier of counties, the southern San Luis Valley, and elsewhere at lower elevations near centers of human development (Figure 4-2).

BLM_0034414

Herbaceous weed risk patterns associated with land ownership (Table 4-3) are similar to the predicted results for pinyon-juniper encroachment risk. Sagebrush on BLM lands is at greater predicted risk of herbaceous weed encroachment (49 percent at moderate or high risk) than sagebrush on private lands (39 percent at moderate or high risk). Sagebrush on USFS lands are at comparatively lower risk (14 percent at moderate or high risk), but the relatively minor areas of sagebrush on federal lands other than BLM and USFS have comparatively the greatest risk (70 percent at moderate or high risk).

*Energy Development*

The model predicts that the majority of sagebrush in the assessment area is at moderate risk of energy development (1.27 million ha, 58 percent of the sagebrush in the assessment area; see Table 4-3). A much smaller amount of sagebrush (165,000 ha, 7 percent) is predicted at high risk, and nearly 365,000 ha (17 percent) is predicted at no risk of energy development. Areas of sagebrush at high risk are concentrated energy development areas in the northwest counties (Roan Plateau, Piceance Basin, and Moffat-Routt county areas), western Montrose and San Miguel counties (Paradox Basin), Montezuma and La Plata counties (the San Juan Basin), and relatively small areas of North Park (Jackson County). Broad areas of sagebrush at moderate risk of energy development occur in these areas, as well as in much of Delta and eastern Montrose counties, and the San Luis Valley (Figure 4-3).

The risk of energy development in sagebrush on private and BLM lands is similar to the overall risk throughout the assessment area (65 percent at moderate or high risk, Table 4-3). Sagebrush on USFS lands is at substantially lower risk from energy development (25 percent at moderate or high risk). Sagebrush on Colorado State Land Board lands is at comparatively higher risk (81 percent at moderate or high risk).

*Residential Development*

The predicted risk to sagebrush of residential development is mainly none or low across the assessment area as a whole, with about 50,000 ha (2 percent) at high risk and 35,000 ha (2 percent) at moderate risk (Table 4-3). Just over 1.2 million ha (56 percent) is predicted at no risk from residential development. Small fractions of sagebrush in all public land categories are predicted at some level of risk from residential development. These fractions constitute 2 percent or less for all public lands except federal lands other than BLM and Forest Service (43 percent of sagebrush at low risk, 2 percent at moderate or high risk). Some of these fractions probably reflect minor differences between the land ownership dataset used by the SERGoM model and the dataset we used to map land ownership. However, some residential development occurs on public lands (recreational facilities, employee housing, administrative facilities, etc.), and the model results suggest that sagebrush on "other federal lands" is at a similar risk from residential development as private lands, although the overall amount of sagebrush at risk is far greater on private lands.

Sagebrush areas predicted to be at risk of residential development are concentrated in areas around cities and towns experiencing substantial population growth and suburban/exurban development (Figure 4-4). Principal areas of sagebrush at moderate or high risk occur in areas surrounding Craig (Moffat County), Steamboat Springs and surrounding valleys (Routt County), Granby (Grand County), the Eagle River Valley (Eagle County), Glenwood Springs (Garfield County), Roaring Fork Valley (Pitkin and adjacent counties), Glade Park (Mesa County), rural Delta County, the northern Gunnison Basin (Gunnison County), Cortez (Montezuma County), and southern La Plata and Archuleta counties. In addition, much of the relatively small and scattered sagebrush occurring in the Front Range counties is predicted at moderate to high risk form residential development. The limitations of the SERGoM-derived model (discussed in

BLM_0034415

Methods, above, and in Assumptions and Limitations, below) should be kept in mind when interpreting these results.

*Combined Threats*

Most of the sagebrush in the assessment area is at moderate or high risk of all threats combined (Table 4-3). Almost 1.8 million ha (81 percent) of sagebrush is predicted at moderate or high combined risk, and an insignificant amount is predicted at no risk from any of the modeled threats. The greatest concentration of sagebrush at high combined risk occurs in Rio Blanco and western Moffat counties (Figure 4-5). Other extensive areas at high combined risk include much of the Colorado River watersheds below Middle park, the western parts of Montrose, San Miguel, and Dolores counties, and Montezuma and Archuleta counties. Pockets of high combined risk are also predicted near and north of Craig, surrounding Steamboat Springs, parts of North Park and Middle Park, Delta and eastern Montrose counties, parts of the Gunnison Basin, and southern San Luis Valley. The Gunnison Basin, particularly south and east of Gunnison, represents the largest contiguous area of sagebrush predicted to have low or no risk from combined threats.

The risk of combined threats to sagebrush on lands held privately or by BLM (the principal landowners in the assessment area) is similar to the overall risk throughout the assessment area, although BLM has a somewhat greater percentage of sagebrush at high combined risk (43 percent) than sagebrush on private lands (38 percent). Sagebrush on USFS lands, however, is predicted at comparatively less combined risk, with 15 percent at high combined risk and 39 percent at moderate or high combined risk. Sagebrush on federal lands other than BLM or USFS is predicted at a relatively elevated combined risk, with over 31,000 ha (59 percent) at high combined risk.

**Discussion**

The results of the threat models should be interpreted with caution (see Assumptions and Limitations, below). Nevertheless, we believe the model results provide insights into the spatial extent and severity of the various threats at the broad scale of the assessment area.

Overall, the most extensive threat is encroachment by invasive herbaceous plants, with 41 percent of sagebrush in the assessment area at moderate or high risk and almost none predicted at no risk. Energy development, however, has the most extensive area of risk exceeding low, with 65 percent of sagebrush in the assessment area at moderate or high risk (although the area of sagebrush at moderate risk greatly exceeds sagebrush at high risk). Residential development is the least extensive threat we modeled, confined primarily (though not exclusively) to private lands and with 4 percent of sagebrush in the assessment area at moderate or high risk.

Risks of sagebrush to pinyon-juniper and invasive herbaceous plant encroachment are both strongly associated with lower elevations and more arid sagebrush, and invasive weed risk is additionally associated with proximity to centers of agriculture and other human development. Energy development risk is primarily influenced by oil and gas development, by far the most extensive energy-related industry in the assessment area. Oil and gas activities are centered on major geological basins that provide economically viable reserves, and these tend to occur in the larger low-elevation basins that often support sagebrush as well. Much of the sagebrush area predicted by our model at moderate risk from energy development is not currently being developed for energy resources, and some of this may never be. However, technologies for profitably extracting coal, oil, and gas are rapidly changing and it likely that some new energy fields will be developed in the foreseeable future.

BLM_0034416

4-10

Risk to sagebrush of residential development is based on the SERGoM model, which makes various assumptions that are not always met. Field verification of the SERGoM model for Gunnison sage-grouse habitat by CDOW revealed that some sagebrush areas receiving substantial residential development were underestimated by the model (P. Schnurr, pers. comm.), especially around resort towns where distorted economic factors often drive residential development at great distances from the resorts. The residential model should be interpreted with caution in these areas. In particular, the model's performance within about 70 miles of resort communities is of concern, and the model underestimates the risk of development in these areas. Also, the risk categories we used may not be adequate to reflect impacts of residential development at lower densities (less than 1 house per 40 acres). The impacts of residential development to species of concern and their habitats are likely to extend outward from a homesite, affecting a much larger area than the immediate vicinity of a house (e.g., increased recreation and disturbance, presence of domestic animals and pets, clearing of sagebrush for landscaping and farming).

The models predict that the risk of sagebrush from all threats combined is very extensive, and extends into all areas of sagebrush in the assessment area. The general trend is for increased predicted combined risk in basins and valleys with lower elevation, lower annual precipitation, higher average temperatures, and proximity to human disturbance. These factors are interrelated; for example, landscape and environmental factors that favor agriculture and residential development also tend to favor invasive herbaceous plants and pinyon-juniper encroachment, and energy development is favored by broad geologic structural basins that also tend to possess the warmer, drier conditions that favor invasive herbaceous plants.

Land ownership patterns help to indicate which landowner categories have sagebrush with the most serious risks. Sagebrush on BLM land has elevated risk of encroachment by pinyon-juniper and invasive herbaceous plants compared to private land or USFS. Risk to sagebrush of energy development is similar on BLM and private lands, much lower for sagebrush on USFS lands, and somewhat elevated for sagebrush on Colorado State Land Board lands. The residential development risk is mostly confined to private lands, although the small fraction of sagebrush on federal lands other than BLM and USFS has similar risk to private land sagebrush. For all threats combined, risk to sagebrush on BLM lands and private lands are roughly similar, USFS sagebrush has substantially lower levels of risk than other landowner categories, and other federal lands have a high proportion of sagebrush at high combined risk.

## Assumptions and Limitations

- Our models are based on generalized land cover types and other broadly general datasets. Besides inherent errors in the various datasets, some of the information used in our models is dated and has undoubtedly changed since the datasets were created. At a more fundamental level, the models represent our attempts to predict the effects of several environmental variables and mapped land cover conditions influencing the risk of sagebrush to various threats. Cause-effect relationships are not fully understood, and our models are oversimplified representations of the actual factors and processes that predispose sagebrush to each type of threat.

- Some of the datasets used in the models are generalized in nature (for example, mean annual precipitation was classed in 2 to 4-inch increments), and thus are quite coarse in scale. One outcome of this fact is relatively abrupt changes in risk categories depicted on the map figures, when the risks are actually likely to blend across the landscape.

- The models were not field-tested because of budget limitations, and would benefit greatly from doing so.

BLM_0034417

- Some needed data were not available. Soil characteristics are perhaps the most important environmental factor for predicting pinyon-juniper encroachment, and may also be applicable to predicting invasive herbaceous plant encroachment. However, soil data are not available for the assessment area at an appropriate scale and with the necessary soil characteristics delineated. When such data become available, our predictive models could be greatly improved by incorporating data on soil characteristics.

- The pinyon-juniper encroachment model was identified during expert review as over-estimating the risk to sagebrush in western Moffat County and Rio Blanco County north of the White River (B. Petch, pers. comm.). We attempted to account for this limitation in the conclusions drawn later in this assessment. Further refinement of the model is needed in the northwest deserts ecological province.

- The residential development model on which our risk model was based does not adequately predict the effect of development at some distance from resort communities (P. Schnurr, pers. comm.). As a result, the risk to sagebrush from residential development is underestimated in some sagebrush stands up to perhaps 70 miles from some resort communities. In addition, the categories of risk based on housing unit density may be too low for some species of concern. The *Gunnison Sage-grouse Rangewide Conservation Plan* (GSRSC 2005), for instance, identified 1 housing unit per 320 acres as a significant impact to sage-grouse. However, the data from the SERGoM model used for the Gunnison sage-grouse plan had been classified differently than the data from the same model that we obtained, and we utilized the housing density categories we were provided as best we could for this project.

## Key Findings

- The threats models provide a generalized and fairly coarse estimate of the predicted risk to sagebrush of four widespread threats. Although subject to various limitations, the risk predictions provide useful comparative information on the extent and severity of sagebrush at risk in the assessment area.

- The risk to sagebrush of pinyon-juniper encroachment is predicted high on nearly 400,000 ha (18 percent of sagebrush in the assessment area), and predicted moderate or high on nearly 650,000 ha (30 percent), concentrated in the western counties of the assessment area but also in the San Luis Valley and Gunnison Basin. Sagebrush on BLM lands has elevated risk compared to sagebrush on private lands, and sagebrush on USFS and Colorado State Land Board lands has relatively little risk from pinyon-juniper encroachment.

- The risk to sagebrush of encroachment by invasive herbaceous plants is predicted high on about 510,000 ha (23 percent of sagebrush in the assessment area) and moderate or high on about 910,000 ha (41 percent). Less than 1 percent of sagebrush in the assessment area is predicted at no risk. Sagebrush areas at moderate or high risk are most concentrated in the western counties and elsewhere at lower elevations near human development. Sagebrush on BLM lands has relatively greater risk than sagebrush on private lands, and sagebrush on USFS lands has substantially lower risk than sagebrush in other land ownership categories.

- The risk to sagebrush of energy development is predominantly moderate (1.27 million ha, 58 percent of sagebrush in the assessment area), with 165,000 ha, (7 percent) predicted at high risk. Substantial areas of sagebrush at moderate or high risk occur in the northwest counties, Paradox Basin, San Juan Basin, and other localized areas. The risk to sagebrush of energy development on private and BLM lands is similar, but substantially lower on USFS lands and higher on Colorado State Land Board lands.

BLM_0034418

- The predicted risk to sagebrush of residential development is none on 1.2 million ha (56 percent of the assessment area, all on public lands), and moderate or high risk on about 85,000 ha (4 percent of sagebrush in the assessment area). Sagebrush areas at moderate or high risk are concentrated around cities and towns with increasing human populations and development. However, the SERGoM model does not adequately predict the effects of development over large areas surrounding some resort communities (P. Schnurr, pers. comm.), and the distance units selected for high, moderate, and low risk may not be suitable for all species of concern (see Assumptions and Limitations, above). The model predicts small areas of sagebrush on public lands at risk, partly due to model errors but also reflecting some development on public lands, particularly on federal lands other than BLM or USFS.

- When the risk to sagebrush from all threats is combined, almost 1.8 million ha (81 percent) of sagebrush is predicted at moderate or high risk in the assessment area, and an insignificant amount is predicted at no risk. Sagebrush concentrations at high combined risk occur in the northwest counties, the Colorado River watersheds, and southwestern counties bordering Utah and New Mexico with other areas at high risk scattered in the assessment area. Part of the Gunnison Basin forms the largest sagebrush area predicted to have low or no combined risk. Sagebrush on BLM lands has slightly greater combined risk than sagebrush on private lands, and sagebrush on USFS lands has comparatively less combined risk.

- Overall, most sagebrush in the assessment area is predicted by our models to be at some level of risk of one or more of the threats we modeled. Among the principal landowners with sagebrush in the assessment area, sagebrush on BLM land is generally predicted at more elevated risk, sagebrush on private land is intermediate, and sagebrush on USFS land is predicted at lower risk. Differences between the landowners in elevation, annual precipitation, and proximity to human development are the most likely factors in the differences in level of risk.

## Recommendations

- The pinyon-juniper and invasive weed encroachment models should be refined by ground-truthing, and revised as needed.

- The energy development model should be refined by ground-truthing, and by reviewing new spatial data on development areas as they become available.

- The residential development model should be revised by ground-truthing. Also, the SERGoM model on which our model is based could be evaluated for improvements in predicting residential development in areas surrounding resort communities, and to better account for second home development. Finally, the SERGoM model should be updated periodically as new census data become available, and development projected beyond 2020 as needed.

## Literature Cited

Bailey, R.G, P. E. Avers, T. King, and W. H. McNab. 1994. *Ecoregions and subregions of the United States (map, 1:7,500,000)*. Washington, D. C.: USDA Forest Service.

BLM. 1991. Colorado oil and gas leasing and development: Final Environmental Impact Statement. Lakewood, CO: USDI Bureau of Land Management, Colorado State Office.

———. 1998. State of Colorado, coal mineral potential, 1:500,000 (polygon): USDI Bureau of Land Management, Colorado State Office. Accessed April 8, 2005 at www.co.blm.gov/metadata/cothemes.htm.

BLM_0034419

————. 1999. Areas favorable for uranium and vanadium in Colorado, 1:500,000 (polygon): USDI Bureau of Land Management, Colorado State Office. Accessed April 8, 2005 at www.co.blm.gov/metadata/cothemes.htm.

————. 2002. *Management considerations for sagebrush (Artemisia) in the western United States: a selective summary of current information about the ecology and biology of woody North American sagebrush taxa. February.* Washington, D. C.: U. S. Department of the Interior Bureau of Land Management.

————. no date. State of Colorado oil and gas potential, 1:500,000 (polygon): USDI Bureau of Land Management, Colorado State Office. Accessed April 8, 2005 at www.co.blm.gov/metadata/cothemes.htm.

Burkhardt, J. W. and E. W. Tisdale. 1969. Nature and successional status of western juniper vegetation in Idaho. *Journal of Range Management* 22:264-270.

Carroll, C. J. and M. A. Bauer. 2002. Historic coal mines of Colorado. In *Information Series 64.* Denver, CO: Colorado Geological Survey.

COGCC. 2005. Oil and gas wells and oil and gas permits (shapefiles): Colorado Oil and Gas Conservation Commission, Denver, CO. Accessed on April 11, 2005 at http://oil-gas.state.co.us/.

Dealy, J. E., J. M. Geist, and R. S. Driscoll. 1978. Western juniper communities on rangelands of the Pacific Northwest. In *Proceedings of the 1st International Rangeland Congress,* edited by D. E. Hyder. Denver, CO: Society for Range Management.

Evans, R. A. 1988. *Management of pinyon-juniper woodlands, General Technical Report INT-249.* Ogden, UT: USDA Forest Service.

Getz, H. L. and W. L. Baker. in review. Invasion of cheatgrass (*Bromus tectorum*) into burned piñon-juniper woodlands. *Rangeland Ecology and Management.*

GSRSC. 2005. *Gunnison sage-grouse rangewide conservation plan.* Denver, CO: Gunnison Sage-grouse Rangewide Steering Committee, Colorado Division of Wildlife.

Harrington, M. G. 1987. *Characteristics of 1-year-old natural pinyon seedlings, Research Note RM-477.* Fort Collins, CO: USDA Forest Service.

Hedrick, D. W. 1965. History of cheatgrass--present geographical range and importance of cheatgrass in management of rangelands. In *Cheatgrass symposium.* Portland, oregon, USA: USDI Bureau of Land Management.

Koniak, S. 1986. Tree densities on pinyon-juniper woodland sites in Nevada and California. *Great Basin Naturalist* 46:179-184.

Mack, R. N. and D. A. Pyke. 1983. The demography of *Bromus tectorum*: variation in time and space. *Journal of Ecology* 71:69-93.

BLM_0034420

Miller, R. F. and L. L. Edlleman. 2000. *Spatial and temporal changes of sage grouse habitat in the sagebrush biome, Technical Bulletin 151*. Corvallis, OR: Oregon State University Agricultural Experiment Station.

Monsen, S. B. 2004a. *Restoration manual for Colorado sagebrush and associated shrubland communities: attributes and features of select grasses, broadleaf forbs, and selected shrubs*. 2 vols. Vol. 1: Colorado Division of Wildlife.

———. 2004b. *Restoration manual for Colorado sagebrush and associated shrubland communities: developing objectives to manage and improve plant communities and wildlife habitats*. 2 vols. Vol. 2: Colorado Division of Wildlife.

Schupp, E. W., J. C. Chambers, S. B. Vander Wall, J. M. Gomez, and M. Fuentes. 1999. Pinyon and juniper seed dispersal and seedling recruitment at woodland ecotones. In *Proceedings: shrubland ecotones*, edited by E. D. McArthur, W. K. Ostler and C. L. Wambolt. Fort Collins, CO: USDA Forest Service, Rocky Mountain Research Station, Proceedings RMRS-P-11.

Sheley, R. L. and J. Clark. 1999. *Biology and management of noxious rangeland weeds*. Corvallis: Oregon State University Press.

Tausch, R. J., N. E. West, and A. A. Nabi. 1981. Tree age and dominance patterns in Great Basin pinyon-juniper woodlands. *Journal of Range Management* 34:259-264.

Theobald, D. M. in review. Sprawling in the USA? Landscape effects of urban and exurban development. *Ecology and Society*.

Tueller, P. T. and J. T. Clark. 1975. Autecology of pinyon-juniper species of the Great Basin and Colorado Plateau. In *The pinyon-juniper ecosystem: a symposium*, edited by G. F. Gifford and F. E. Busby. Logan, UT: Utah Agricultural Experiment Station, Utah State University.

USGS and CGS. 1977. Energy resources map of Colorado. In *Map I-1029, 1:500,000*. Washington, D. C., USA: USDI Geological Survey and Colorado Geological Survey.

West, N. E., R. J. Tausch, K. H. Rea, and P. T. Tueller. 1978. Taxonomic determination, distribution, and ecological indicator values of sagebrush within the pinyon-juniper woodlands of the Great Basin. *Journal of Range Management* 31:87-92.

Whisenant, S. G. 1990. Changing fire frequencies on Idaho's Snake River Plains: ecological and management implications. In *Proceedings--symposium on cheatgrass invasion, shrub die-off, and other aspects of shrub biology and management*, edited by E. D. McArthur, E. M. Rommey, S. D. Smith and P. T. Tueller. Ogden, UT: USDA Forest Service.

Wilson, A. B., G. T. Spanski, M. J. Crane, and M. D. Woodard. 2000. Databases and spatial data model for mineralized areas, mines, and prospects in the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests, Colorado. In *Open-File Report 00-298*. Denver, Colorado, USA: USDI Geological Survey.

BLM_0034421

4-15

Wisdom, M. J., M. M. Rowland, L. H. Suring, L. Schueck, C. W. Meinke, B. C. Wales, and S. T. Knick. 2003a. *Procedures for regional assessment of habitats for species of conservation concern in the sagebrush ecosystem. Version 1, March.* La Grande, Oregon: U. S. Forest Service, Pacific Northwest Research Station.

Wisdom, M. J., L. H. Suring, M. M. Rowland, R. J. Tausch, R. F. Miller, L. Schueck, C. W. Meinke, S. T. Knick, and B. C. Wales. 2003b. *A prototype regional assessment of habitats for species of conservation concern in the Great Basin ecoregion and Nevada. Version 1.1, September. Unpublished report on file.* La Grande, Oregon: U. S. Forest Service, Pacific Northwest Research Station.

Woodbury, A. M. 1947. Distribution of pigmy conifers in Utah and northeastern Arizona. *Ecology* 28:113-126.

Wray, L. L., A. D. Apeland, H. T. Hemborg, and C. A. Brchan. 2002. Oil and gas fields map of Colorado. In *Map Series 33, 1:500,000.* Denver, Colorado, USA: Colorado Geological Survey, Division of Minerals and Geology, Department of Natural Resources.

Wright, H. A., L. F. Neuenschwander, and C. M. Britton. 1979. *The role and use of fire in sagebrush-grass and pinyon-juniper plant communities, General Technical Report INT-58.* Ogden, UT: USDA Forest Service.

BLM_0034422

Table 4-1. Rules for estimating risk to sagebrush of pinyon-juniper encroachment.

| Ecological Province | Proximity to Current Pinyon-Juniper | Sagebrush Taxa | Mean Annual Precipitation | Elevation | Risk |
|---|---|---|---|---|---|
| SW Desert | < 800 m | Mountain | 12 to 16 in | any | High |
| | | | <12 or >16 in | any | Moderate |
| | | Basin | 12-16 in | ≤ 2,200 m | High |
| | | | | > 2,200 m | Moderate |
| | | | <12 or >16 in | any | Low |
| | 800 to 2,000 m | Mountain | 12 to 16 in | any | Moderate |
| | | | <12 or >16 in | any | Low |
| | | Basin | any | any | Low |
| | >2,000 m | any | any | any | None |
| NW Desert and Mountains | < 800 m | Mountain | 10 to 16 | any | High |
| | | | <10 or >16 in | any | Moderate |
| | | Basin | 10 to 16 in | ≤ 2,350 m | High |
| | | | | > 2,350 m | Moderate |
| | | | <10 or >16 in | any | Low |
| | 800 to 2,000 m | Mountain | 10 to 16 in | any | Moderate |
| | | | <10 or >16 in | any | Low |
| | | Basin | any | any | Low |
| | >2,000 m | any | any | any | None |

Note: For descriptions of ecological provinces and sagebrush taxa categories, see Chapter 4 text.

BLM_0034423

Table 4-2. Rules for estimating risk to sagebrush of encroachment by invasive herbaceous plants.

| Ecological Province | Proximity to Invasive Land Cover Types | Proximity to Disturbance | Mean Annual Precipitation (inches) | Slope (%) | Risk |
|---|---|---|---|---|---|
| SW Desert | ≤1,200 m | All | All | All | High |
| | >1,200 m | ≤800 m | <16 | ≤30 | Moderate |
| | | | | >30 | Low |
| | | | >16 | ≤30 | Low |
| | | | | >30 | Low |
| | | >800 m | <16 | ≤30 | Moderate |
| | | | | >30 | Low |
| | | | 16 to 30 | All | Low |
| | | | >30 | All | None |
| NW Desert and Mountains | ≤1,200 m | All | All | All | High |
| | >1,200 m | ≤800 m | <12 | ≤30 | Moderate |
| | | | | >30 | Low |
| | | | >12 | ≤30 | Low |
| | | | | >30 | Low |
| | | >800 m | <12 | ≤30 | Moderate |
| | | | | >30 | Low |
| | | | 12 to 30 | All | Low |
| | | | >30 | All | None |

Note: For descriptions of ecological provinces and sagebrush taxa categories, see Chapter 4 text.

BLM_0034424

Table 4-3. Sagebrush habitat by landowner at risk of pinyon-juniper encroachment, encroachment by invasive herbaceous plants, energy development, residential development, and combined threats.

| Land Ownership | Total Sagebrush Area (ha) | Risk | Pinyon-juniper Encroachment | | Encroachment by Invasive Herbaceous Plants | | Energy Development | | Residential Development | | Combined Threats | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sagebrush Area at Risk (ha) | Percent of Land Ownership | Sagebrush Area at Risk (ha) | Percent of Land Ownership | Sagebrush Area at Risk (ha) | Percent of Land Ownership | Sagebrush Area at Risk (ha) | Percent of Land Ownership | Sagebrush Area at Risk (ha) | Percent of Land Ownership |
| Private | 975,880 | None | 573,130 | 59 | 1,582 | 0.2 | 121,564 | 12 | 31,132 | 3 | 10 | <0.1 |
| | | Low | 160,803 | 16 | 599,579 | 61 | 199,628 | 20 | 863,137 | 88 | 139,684 | 14 |
| | | Mod | 108,650 | 11 | 143,231 | 15 | 585,895 | 60 | 33,665 | 3 | 463,539 | 47 |
| | | High | 133,297 | 14 | 231,487 | 24 | 68,793 | 7 | 47,946 | 5 | 372,647 | 38 |
| U.S. Bureau of Land Mgmt (BLM) | 891,033 | None | 442,226 | 50 | 1,261 | 0.1 | 161,207 | 18 | 889,346 | 100 | 154 | <0.1 |
| | | Low | 126,436 | 14 | 452,302 | 51 | 119,967 | 13 | 475 | <0.1 | 155,608 | 17 |
| | | Mod | 98,027 | 11 | 212,429 | 24 | 528,244 | 59 | 692 | <0.1 | 349,261 | 39 |
| | | High | 224,345 | 25 | 225,041 | 25 | 81,615 | 9 | 521 | <0.1 | 386,010 | 43 |
| U.S. Forest Service (USFS) | 156,769 | None | 113,385 | 72 | 4,156 | 3 | 65,462 | 42 | 154,950 | 99 | 1,134 | 1 |
| | | Low | 20,477 | 13 | 131,786 | 84 | 52,743 | 34 | 1,373 | 1 | 94,701 | 60 |
| | | Mod | 19,379 | 12 | 2,636 | 2 | 37,196 | 24 | 120 | <0.1 | 37,892 | 24 |
| | | High | 3,528 | 2 | 18,191 | 12 | 1,368 | 1 | 326 | 0.2 | 23,026 | 15 |
| Other Federal Lands | 52,746 | None | 7,423 | 14 | 87 | 0.2 | 5,733 | 11 | 28,827 | 54.7 | 0 | <0.1 |
| | | Low | 5,954 | 11 | 15,565 | 30 | 12,723 | 24 | 22,627 | 43 | 2,302 | 4 |
| | | Mod | 17,965 | 34 | 21,326 | 40 | 27,578 | 52 | 657 | 1 | 19,262 | 37 |
| | | High | 21,403 | 41 | 15,768 | 30 | 6,713 | 13 | 635 | 1 | 31,182 | 59 |
| Colorado State Land Board | 99,233 | None | 79,344 | 80 | 129 | 0.1 | 5,431 | 5 | 97,193 | 98 | 1 | <0.1 |
| | | Low | 7,769 | 8 | 63,670 | 64 | 13,727 | 14 | 1,979 | 2 | 11,606 | 12 |
| | | Mod | 4,817 | 5 | 18,832 | 19 | 74,256 | 75 | 34 | <0.1 | 62,902 | 63 |
| | | High | 7,304 | 7 | 16,601 | 17 | 5,819 | 6 | 27 | <0.1 | 24,725 | 25 |
| Other Colorado State Lands | 23,912 | None | 10,301 | 43 | 9 | <0.1 | 5,070 | 21 | 23,542 | 98 | 0 | <0.1 |
| | | Low | 4,370 | 18 | 16,096 | 67 | 5,602 | 23 | 329 | 1 | 6,985 | 29 |
| | | Mod | 4,894 | 20 | 2,581 | 11 | 12,596 | 53 | 10 | <0.1 | 8,273 | 35 |
| | | High | 4,346 | 18 | 5,226 | 22 | 644 | 3 | 30 | 0.1 | 8,654 | 36 |
| Assessment Area Total | 2,199,573 | None | 1,225,809 | 56 | 7,224 | 0.3 | 364,467 | 17 | 1,224,990 | 56 | 1,298 | <0.1 |
| | | Low | 325,809 | 15 | 1,278,999 | 58 | 404,390 | 18 | 889,920 | 40 | 410,886 | 19 |
| | | Mod | 253,732 | 12 | 401,035 | 18 | 1,265,765 | 58 | 35,178 | 2 | 941,129 | 43 |
| | | High | 394,223 | 18 | 512,315 | 23 | 164,952 | 7 | 49,485 | 2 | 846,244 | 38 |

BLM_0034425

# CHAPTER 5

## SPECIES OF CONCERN

In this chapter, we identify and describe the population status and habitat requirements of 11 species of concern to be addressed in the habitat assessment and conservation plan components of this document. For these purposes, we define species of concern as declining or potentially declining sagebrush-dependent vertebrates without existing conservation, recovery, or management plans.

Our species of concern selection process was to 1) identify species associated with sagebrush in the assessment area, 2) eliminate those species for which conservation planning or management exists or is underway, 3) determine which remaining species are experiencing population decline or potential decline, and 4) select from the remaining species those whose habitat can be evaluated meaningfully on a regional scale.

Descriptions of species of concern, their population status, and habitat requirements were derived from literature review and expert knowledge. We provide summary descriptions in this chapter's text and tables, and detailed species profiles in the Appendix. In Chapter 6, we delineate species ranges within the assessment area and estimate current sagebrush habitat within each species' range. In Chapter 7, we group the species of concern for planning purposes. We propose conservation strategies for those groups in Chapter 8.

## Selection of Species of Concern

### Methods

We began the selection process by compiling a master list of vertebrate species occurring in the assessment area and to some degree associated with or dependent upon sagebrush (Figure 5-1, Step 1). We relied primarily on species range and habitat descriptions published in *Mammals of Colorado* (Fitzgerald et al. 1994), *Amphibians and Reptiles in Colorado* (Hammerson 1999), *Birds of Western Colorado Plateau and Mesa Country* (Righter et al. 2004), *Colorado Birds: A Reference to their Habitat and Distribution* (Andrews and Righter 1992)  and Birds of North America species accounts (Poole and Gill). We also relied heavily on habitat occurrence records in the *Colorado Breeding Bird Atlas* (Kingery 1998), on density data provided by Rocky Mountain Bird Observatory's Monitoring Colorado's Birds (MCB) program (T. Leukering, pers. comm.), and on CDOW staff knowledge.

We reviewed the master list and identified species whose populations are known or generally perceived to be stable (Figure 5-1, Step 2). For the population status of mammals and herptiles, we relied on the expert opinions in *Mammals of Colorado* (Fitzgerald et al. 1994), *Amphibians and Reptiles in Colorado* (Hammerson 1999), and to a lesser extent, natural heritage rankings for states and provinces in western North America (NatureServe 2004). For the population status of birds, we examined North American Breeding Bird Survey (BBS) data (Sauer et al. 2004) and species accounts published by Birds of North America, Inc. (Poole and Gill). Where BBS data proved statistically unreliable for Colorado, we relied on statistically reliable trend results for larger BBS regions encompassing Colorado, and upon a recent spatial analysis of BBS data by Dobkin and Sauder (2004). Current Colorado trends tracked by MCB are as yet uncertain (T. Leukering, pers. comm.). Large mammals were eliminated from consideration during this step based on CDOW direction.

From the remaining species (those we determined to be in decline or potentially in decline), we eliminated those for which conservation planning exists or is underway in the assessment area

BLM_0034426

(Figure 5-1, Step 3). We then identified remaining species known only from a few historic occurrences or localized populations in the assessment area, as well as species with distributions closely tied to fine-scale habitat requirements, such as cliff faces for nesting (Figure 5-1, Steps 4 and 5). Species with strong ties to fine-scale habitat features and those with localized populations or ranges less than 100,000 ha are more appropriately addressed at the local planning level (Wisdom et al. 2003a; Wisdom et al. 2003b). Finally, in the interest of prioritizing sagebrush habitat assessment and planning efforts, we eliminated species determined to have only weak ties to sagebrush (<10 percent estimated breeding occurrences in sagebrush) in the assessment area (Figure 5-1, Step 6). Each of the species identified during Steps 2 through 6 was excluded from further assessment. CDOW staff provided input during the selection process and approved the final list of species of concern (Figure 5-1, Step 7).

## Results

With the concurrence of CDOW staff we identified 73 sagebrush-associated vertebrates in the assessment area (Table 5-1), including 21 birds, 11 herptiles, and 41 mammals. Table 5-1 summarizes the results of the species selection filter process (Figure 5-1). Thirty of the master list species are known or believed to have stable populations in the assessment area and were eliminated from further consideration, including large mammals ("commodity species") that are relatively intensively managed by CDOW. Of the 43 species known to be in decline or potentially in decline, 14 were eliminated from our assessment because they are addressed in existing conservation or recovery plans (Tables 5-1 and 5-2). Of the 29 remaining species, 5 rare or local species were eliminated, along with 2 others with strong ties to fine-scale habitat features (Tables 5-1 and 5-3). An additional 11 species determined to be only weakly associated with sagebrush were also eliminated, leaving 11 vertebrates (8 birds and 3 mammals) suitable for coarse-scale habitat assessment and regional conservation planning in the assessment area: sage sparrow, Brewer's sparrow, sage thrasher, sagebrush vole, vesper sparrow, green-tailed towhee, Merriam's shrew, kit fox, black-throated sparrow, lark sparrow, and northern harrier. These 11 vertebrates are hereafter referred to as "species of concern" in this assessment.

## Discussion

Of the 62 sagebrush-associated species eliminated from our assessment, only greater sage-grouse and Gunnison sage-grouse are sagebrush obligates. Conservation plans are in place for both grouse species at the regional level (Table 5-2).

Kit fox are rare in the assessment area and may be extirpated from Colorado (T. Beck, pers. comm.). Although our species of concern selection criteria specifically excludes rare species from regional analysis, we include kit fox in our assessment and conservation strategy 1) because of its legal status of endangered in the state of Colorado and 2) because sagebrush habitat in kit fox estimated historic range can be mapped at the regional level.

The ranges of vesper sparrow, lark sparrow, and northern harrier extend well east of the Rocky Mountains. Populations occurring west of the Rockies in shrubsteppe habitats are of great importance for these species, because they are experiencing significant population declines in the eastern United States (Sauer et al. 2004) where farmlands are transitioning to forests and residential or urban development.

## Species of Concern Descriptions

We provide detailed profiles of each of the 11 species of concern in the Appendix. Tables 5-4 and 5-5 summarize key biology / habitat characteristics, and the population / conservation status of each species in the assessment area, respectively.

BLM_0034427

The 11 species of concern fall into the following general categories: 1) sagebrush obligate species, 2) sagebrush/montane shrubland species, 3) sagebrush/semi-desert shrubland species, and 4) habitat generalists. These categories are based on the literature (Colorado occurrence data, published species habitat descriptions, and research in sagebrush regions elsewhere in western North America) and help illustrate the degree to which each species is dependent upon sagebrush habitat in the assessment area. We delineate species ranges and estimate the availability of sagebrush and non-sagebrush habitats in the assessment area for each species in Chapter 6.

Significant gaps exist in our knowledge of the biology, ecology, population status, and responses to threats of each species of concern (see individual species profiles in the Appendix The majority of information for each species is derived from studies made outside of Colorado. The best known species are the sagebrush-obligate passerine birds: sage sparrow, Brewer's sparrow, and sage thrasher. Lark sparrow, vesper sparrow, black-throated sparrow, and northern harrier are relatively poorly studied in sagebrush habitats, but well studied in other habitat types. Green-tailed towhee is the least-known passerine bird of the species of concern. Colorado's kit fox population was studied intensively in western Colorado from 1992 to 1996, with follow-up work in 1998 and 2000. Census work has lapsed since that time. Almost nothing is known about the population status, biology, or ecology of sagebrush vole or Merriam's shrew in Colorado, and very little is known about them in other parts of their range.

**Threats to Species of Concern**

We outline threats to each species in the individual species profiles in the Appendix and briefly discuss threats and the interactions among threats common to species of concern here. In Chapter 6, we estimate selected risks to sagebrush habitat within each species' range in the assessment area.

The most serious long-term threat to all species of concern in the assessment area, especially to the sagebrush obligates, is habitat loss (Dobkin and Sauder 2004; Knick and Rotenberry 1995). The mechanisms of sagebrush loss are various, and include residential and urban development; energy development; agricultural conversion; range improvement programs that prescribe reduction or eradication of sagebrush; and encroachment by pinyon-juniper woodlands due to climate change or changes to natural disturbance regimes (see Chapter 2). Loss of sagebrush habitat leaves remaining sagebrush fragmented or perforated, rendering it less suitable for sage sparrow, Brewer's sparrow, and sage thrasher—area-sensitive species whose probability of habitat occupancy generally increases with sagebrush patch size (Knick and Rotenberry 1995). Sagebrush habitat fragmentation can potentially result in isolated populations of sagebrush vole, Merriam's shrew, or kit fox if they become separated by unsuitable or dangerous habitats across which they cannot successfully disperse. For the other species of concern, which are less area-sensitive, less dependent on undisturbed sagebrush habitats, or more tolerant of ecotones or edges, sagebrush fragmentation may cause less impact if other suitable habitats are available.

With residential, agricultural, and energy development come a host of related threats. Species of concern occupying habitat near such developments are potentially at increased risk of 1) predation or disturbance by domestic dogs or cats; 2) predation by generalist species often associated with human activity such as American crows, common ravens, black-billed magpies, and red foxes; 3) predation by raptors using man-made structures such as fences or power transmission lines for hunting perches; 4) mortality from vehicle collisions or shooting; 5) competition with and disease transmission from other canids (in the case of kit fox); 6) brood parasitism by cowbirds (in the case of passerine birds); 7) disturbance by recreationists; and 8) increased spread of invasive plants.

BLM_0034428

Livestock grazing and management of sagebrush shrublands to maximize livestock forage are potentially major threats to sagebrush-dependent wildlife (Bock et al. 1993; Saab et al. 1995; Welch and Criddle 2003). The degree of threat depends on a complex array of variables such as timing, intensity, duration, and season of grazing; grazing rotation schedules; plant community composition; and drought and other climatic factors. Livestock can trample nests of breeding passerines, northern harriers, sagebrush voles, or Merriam's shrews, directly affecting reproductive success. Livestock may attract cowbirds that parasitize passerine nests. Livestock trample biological soil crusts in sagebrush habitats, which are slow to recover and play an important role in the germination of native grass and forb seeds. Livestock selectively graze grasses and forbs that may be necessary cover or forage for species of concern. In the long-term, selective removal of plant components by livestock may result in floristic and physiognomic shifts in sagebrush shrublands that benefit some species of concern but not others.

Management of sagebrush rangelands for livestock has historically involved burning, mechanical, or herbicide treatments to eradicate or thin sagebrush. Such treatments, when they involve total removal or excessive reduction of sagebrush cover, are detrimental in the long-term, especially for sagebrush obligates. Treatments leaving at least some sagebrush canopy may favor some of the species of concern, such as vesper sparrow, lark sparrow, and black-throated sparrow. Subsequent seeding of treated areas with non-native grasses to provide livestock forage can result in plant species composition and ground cover density unsuited to foraging needs of several of the species of concern.

Sagebrush habitat degradation is a significant threat to the species of concern (Best 1972; Braun et al. 1976; Dobkin and Sauder 2004; Knick et al. 2003; Knick and Rotenberry 2000; Petersen and Best 1987). Invasion of the shrubland understory by non-native annual grasses and forbs can be facilitated by residential or energy development, agricultural conversions, grazing, and improper range management practices. Several of the species of concern are found in lower abundances in sagebrush habitats with annual weed understories, and ground cover densities of annual weed understories may be unsuited to foraging activities of several of the species of concern. Annual weed understories, especially cheatgrass, can provide dry fuel that accelerates fire-return intervals in sagebrush, eventually resulting in conversion of sagebrush shrublands to cheatgrass monocultures.

Other threats to the species of concern are disease (West Nile virus in birds, bubonic plague in the sagebrush vole, and rabies or distemper in kit fox). Unknown threats to migratory birds on winter ranges and migration routes likely influence breeding populations.

**Assumptions and Limitations**

- Species of concern addressed in this assessment are limited to vertebrates whose large ranges and macro-habitat requirements are suited to regional-scale assessment, planning, and management efforts. This does not imply that local endemic or rare vertebrates and many species of native plants and invertebrates associated with sagebrush ecosystems do not deserve conservation attention. The conservation needs of such species are more appropriately addressed by local-level evaluation and management (Wisdom et al. 2003a).

- Our species selections were based on limited knowledge of habitat preferences and requirements, ranges, and population trends for Colorado vertebrates. For mammals and herptiles, our decisions about sagebrush association (Step 1 in the species selection process) and population trends (Step 2) were derived mostly from published qualitative descriptions of habitat use and expert knowledge; almost no published quantitative occurrence data are

BLM_0034429

available for the assessment area that are useful for deriving degree of sagebrush association or population trends.

- Bird occurrence data for Colorado must be used cautiously as indicators of species association with sagebrush. The bird or habitat identification skills of field workers participating in Colorado BBA varied greatly, and remote or difficult-to-access patches of sagebrush were more likely to be undersampled than patches near roads or trails, affecting the estimated species distribution over the full range of habitat types and conditions. With regard to habitat association, we considered Colorado BBA occurrence data together with published species accounts, our own expertise, and the knowledge of CDOW staff, to make subjective determinations about habitat associations and the strengths of those associations.

- BBS trend estimates for sagebrush passerines are problematic. For instance, although approximately 14 percent of the land cover in the assessment area is sagebrush, only 7 percent of BBS routes in the assessment area occurred in sagebrush habitats between 1995 and 2001 (Knick et al. 2003). Nor can BBS quantify its biases in the detectability of birds. Basing counts of breeding passerine birds on presence of singing males is problematic because the relationship between singing birds and population parameters has not been established. Males who do not pair successfully may be incorrectly considered mated, and singing frequency may vary during the breeding period, further confounding population trend estimates or conclusions about habitat associations (Knick et al. 2003).

**Key Findings**

- A total of 73 sagebrush-associated vertebrates occur in the assessment area, 30 of which are known or believed to have stable populations. Of the 43 declining or potentially declining vertebrates, 14 are addressed by other conservation planning efforts, 11 are only weakly associated with sagebrush in the assessment area, and 7 are better suited to local-scale evaluation and management efforts. The remaining 11 species are the focus of our assessment.

- We selected 11 declining or potentially declining sagebrush-associated vertebrates (species of concern) appropriate for regional assessment in western and central Colorado, consisting of 3 mammals and 8 birds: sagebrush vole, Merriam's shrew, kit fox, sage sparrow, Brewer's sparrow, sage thrasher, vesper sparrow, green-tailed towhee, lark sparrow, black-throated sparrow, and northern harrier. Four of these vertebrates (sage sparrow, Brewer's sparrow, sage thrasher, sagebrush vole) are considered sagebrush obligates.

- Significant knowledge gaps exist concerning population trends, biology, and ecology of all 11 species of concern in the assessment area. The majority of knowledge for each species of concern is derived from studies made outside Colorado, and in some cases, non-sagebrush habitats.

- The most serious long-term threat to all species of concern in the assessment area, especially to the sagebrush obligates, is habitat loss. Habitat fragmentation, habitat degradation, and grazing have mixed effects on the species of concern.

**Recommendations**

- Assess the ability of MCB to adequately detect and monitor bird populations with statistical confidence. As necessary, augment MCB monitoring in sagebrush habitats to increase detection confidence to acceptable levels, or design and implement an appropriate alternative population monitoring methodology.

BLM_0034430

- Investigate appropriate census techniques and initiate periodic census of Merriam's shrew, sagebrush vole, and kit fox populations in the assessment area.

- Species of concern densities do not necessarily imply preferences for habitat conditions or correlation with reproductive success (Martin 1998). Population trend monitoring should be coupled with investigation of reproductive success (including brood parasitism and predation) over a spectrum of habitat conditions, rangeland management regimes, grazing programs, and geographic areas in Colorado.

- Initiate long-term investigation of the interaction of local-level and landscape-level variables in the population dynamics of the species of concern (information is needed regarding landscape-scale patterns of habitat use, effects of habitat fragmentation, and patch size and habitat connectivity requirements of each species of concern).

## Literature Cited

Andrews, R. and R. Righter. 1992. *Colorado birds: a reference to their distribution and habitat.* Denver: Denver Museum of Natural History.

Best, Louis. B. 1972. First-year effects of sagebrush control on two sparrows. *Journal of Wildlife Management* 36:534-544.

Bock, C. E., V. A. Saab, T. D. Rich, and D. S. Dobkin. 1993. Effects of livestock grazing on neotropical migratory landbirds in western North America. In *Status and management of neotropical migratory birds*, edited by D. M. Finch and P. W. Stangel: USDA Forest Service, General Technical Report RM-229.

Braun, C. E., M. F. Baker, R. L. Eng, J. S. Gashwiler, and M. H. Schroeder. 1976. Conservation committee report on effects of alteration of sagebrush communities on the associated avifauna. *The Wilson Bulletin* 88:165-171.

Dobkin, D. S. and J. D. Sauder. 2004. Shrubsteppe landscapes in jeopardy: distributions, abundances, and the uncertain future of birds and small mammals in the intermountain west. Bend, Oregon: High Desert Ecological Research Institute.

Fitzgerald, J. P., C. A. Meaney, and D. M. Armstrong. 1994. *Mammals of Colorado.* Boulder: Denver Museum of Natural History and University Press of Colorado.

Hammerson, G. A. 1999. *Amphibians and reptiles in Colorado.* Boulder: University Press of Colorado and Colorado Division of Wildlife.

Kingery, H. E., ed. 1998. *Colorado Breeding Bird Atlas.* Denver: Colorado Bird Atlas Partnership & Colorado Div. of Wildlife.

Knick, S. T., D. S. Dobkin, J. T. Rotenberry, M. A. Schroeder, W. M. Vander Haegen, and C. Van Riper III. 2003. Teetering on the edge or too late? Conservation and research issues for avifauna of sagebrush habitats. *Condor* 105:611-634.

Knick, S. T. and J. T. Rotenberry. 1995. Landscape characteristics of fragmented shrubsteppe habitats and breeding passerine birds. *Conservation Biology* 9:1059-1071.

———. 2000. Ghosts of habitats past: contribution of landscape change to current habitats used by shrubland birds. *Ecology* 81:220-227.

BLM_0034431

Martin, T. E. 1998. Are microhabitat preferences of coexisting species under selection and adaptive? *Ecology* 79:656-670.

NatureServe. 2004. NatureServe Explorer: An online encyclopedia of life [web application]. Arlington, Virginia: NatureServe.

Petersen, K. L. and L. B. Best. 1987. Effects of prescribed burning on nongame birds in a sagebrush community. *Wildlife Society Bulletin* 15:317-329.

Poole, A. and F. Gill, eds. *The Birds of North America*. Philadelphia: The Birds of North America, Inc.

Righter, R., R. Levad, C. Dexter, and K. Potter. 2004. *Birds of western Colorado plateau and mesa country*. Grand Junction: Grand Valley Audubon Society.

Saab, V. A., C. E. Bock, T. D. Rich, and D. S. Dobkin. 1995. Livestock grazing effects in western North America. In *Ecology and management of neotropical migratory birds*, edited by T. E. Martin and D. M. Finch. New York: Oxford University Press.

Sauer, J. R., J. E. Hines, and J. Fallon. 2004. The North American Breeding Bird Survey, Results and Analysis 1966 - 2003: USGS Patuxent Wildlife Research Center.

Welch, B. L. and C. Criddle. 2003. *Countering misinformation concerning big sagebrush. Research Paper RMRS-RP-40*: USFS Rocky Mountain Research Station.

Wisdom, M. J., M. M. Rowland, L. H. Suring, L. Schueck, C. W. Meinke, B. C. Wales, and S. T. Knick. 2003a. *Procedures for regional assessment of habitats for species of conservation concern in the sagebrush ecosystem. Version 1, March*. La Grande, Oregon: U. S. Forest Service, Pacific Northwest Research Station.

Wisdom, M. J., L. H. Suring, M. M. Rowland, R. J. Tausch, R. F. Miller, L. Schueck, C. W. Meinke, S. T. Knick, and B. C. Wales. 2003b. *A prototype regional assessment of habitats for species of conservation concern in the Great Basin ecoregion and Nevada. Version 1.1, September. Unpublished report on file*. La Grande, Oregon: U. S. Forest Service, Pacific Northwest Research Station.

BLM_0034432

Table 5-1. Master list of Colorado's sagebrush-associated vertebrates and summarized results of species of concern selection filter application.

| Common Name | Scientific Name | Stable or likely stable population or is a large mammal (Step 2) | Declining or potentially declining but conservation or recovery plan exists (Step 3) | CDOW interest, but small range, local, or rare (Step 4) | CDOW interest, but strong fine-scale habitat affinity (Step 5) | CDOW interest, but weak association with sagebrush (Step 6) | Final list approved by CDOW (Step 7) |
|---|---|---|---|---|---|---|---|
| **Birds** | | | | | | | |
| Black-throated sparrow | *Amphispiza bilineata* | | | | | | x |
| Brewer's sparrow | *Spizella breweri* | | | | | | x |
| Burrowing owl | *Athene cunicularia* | | | | x | | |
| Columbian sharp-tailed grouse | *Tympanuchus phasianellus* | | x | | | | |
| Ferruginous hawk | *Buteo regalis* | | | | | x | |
| Golden eagle | *Aquila chrysaetos* | x | | | | | |
| Gray flycatcher | *Empidonax wrightii* | x | | | | | |
| Greater sage-grouse | *Centrocercus urophasianus* | | x | | | | |
| Green-tailed towhee | *Pipilo chlorurus* | | | | | | x |
| Gunnison sage-grouse | *Centrocercus minimus* | | x | | | | |
| Lark sparrow | *Chondestes grammacus* | | | | | | x |
| Loggerhead shrike | *Lanius ludovicianus* | | | | | x | |
| Long-billed curlew | *Numenius americanus* | | | | | x | |
| Northern harrier | *Circus cyaneus* | | | | | | x |
| Prairie falcon | *Falco mexicanus* | | | | x | | |
| Sage sparrow | *Amphispiza belli* | | | | | | x |
| Sage thrasher | *Oreoscoptes montanus* | | | | | | x |
| Short-eared owl | *Asio flammeus* | | | | | x | |
| Spotted towhee | *Pipilo maculatus* | | | | | x | |
| Swainson's hawk | *Buteo swainsoni* | | | | | x | |
| Vesper sparrow | *Pooecetes gramineus* | | | | | | x |
| **Herptiles** | | | | | | | |
| Collared lizard | *Crotaphytus collaris* | x | | | | | |
| Gopher snake | *Pituophis catenifer* | x | | | | | |
| Great Basin spadefoot | *Spea intermontana* | x | | | | | |
| Longnose leopard lizard | *Gambelia wislizenii* | | | x | | | |

BLM_0034433

Table 5-1. Master list of Colorado's sagebrush-associated vertebrates and summarized results of species of concern selection filter application.

| Common Name | Scientific Name | Stable or likely stable population or is a large mammal (Step 2) | Declining or potentially declining but conservation or recovery plan exists (Step 3) | CDOW interest, but small range, local, or rare (Step 4) | CDOW interest, but strong fine-scale habitat affinity (Step 5) | CDOW interest, but weak association with sagebrush (Step 6) | Final list approved by CDOW (Step 7) |
|---|---|---|---|---|---|---|---|
| Midget faded rattlesnake | *Crotalus viridis concolor* | | | x | | | |
| Plateau striped whiptail | *Aspidoscelis [Cnemidophorus] velox* | x | | | | | |
| Sagebrush lizard | *Sceloporus graciosus* | x | | | | | |
| Short-horned lizard | *Phrynosoma hernandesi* | | | | | x | |
| Southwestern black-headed snake | *Tantilla hobartsmithi* | | | | | x | |
| Striped whipsnake | *Masticophis taeniatus* | x | | | | | |
| Western whiptail | *Aspidoscelis [Cnemidophorus] tigris* | x | | | | | |
| **Mammals** | | | | | | | |
| American badger | *Taxidea taxus* | x | | | | | |
| American elk | *Cervus elaphus* | x | | | | | |
| Big free-tailed bat | *Nyctinomops macrotis* | | x | | | | |
| Black-footed ferret | *Mustela nigripes* | | x | | | | |
| Black-tailed jackrabbit | *Lepus californicus* | x | | | | | |
| Bobcat | *Lynx rufus* | x | | | | | |
| Botta's pocket gopher | *Thomomys bottae rubidus* | | | x | | | |
| Brazilian free-tailed bat | *Tadarida brasiliensis* | | x | | | | |
| Canyon mouse | *Peromyscus crinitus* | x | | | | | |
| Common porcupine | *Erethizon dorsatum* | x | | | | | |
| Coyote | *Canis latrans* | x | | | | | |
| Desert cottontail | *Sylvilagus audubonii* | x | | | | | |
| Desert shrew | *Notiosorex crawfordi* | x | | | | | |
| Golden mantled ground squirrel | *Spermophilus lateralis* | x | | | | | |
| Gray fox | *Urocyon cinereoargenteus* | x | | | | | |
| Great Basin pocket mouse | *Perognathus parvus* | | | x | | | |
| Gunnison's prairie dog | *Cynomys gunnisoni* | | x | | | | |
| Kit fox | *Vulpes macrotis* | | | | | | x |
| Least chipmunk | *Tamias minimus* | x | | | | | |

BLM_0034434

Table 5-1. Master list of Colorado's sagebrush-associated vertebrates and summarized results of species of concern selection filter application.

| Common Name | Scientific Name | Stable or likely stable population or is a large mammal (Step 2) | Declining or potentially declining but conservation or recovery plan exists (Step 3) | CDOW interest, but small range, local, or rare (Step 4) | CDOW interest, but strong fine-scale habitat affinity (Step 5) | CDOW interest, but weak association with sagebrush (Step 6) | Final list approved by CDOW (Step 7) |
|---|---|---|---|---|---|---|---|
| Long-eared myotis | Myotis evotis | | x | | | | |
| Long-tailed weasel | Mustela frenata | x | | | | | |
| Merriam's shrew | Sorex merriami | | | | | | x |
| Mountain lion | Felis concolor | x | | | | | |
| Mule deer | Odocoileus hemionus | x | | | | | |
| Nuttall's cottontail | Sylvilagus nuttallii | x | | | | | |
| Olive-backed pocket mouse | Perognathus fasciatus | | | | | x | |
| Ord's kangaroo rat | Dipodomys ordii | x | | | | | |
| Pallid bat | Antrozous pallidus | | x | | | | |
| Preble's shrew | Sorex preblei | | | x | | | |
| Pronghorn | Antilocapra americana | x | | | | | |
| Sagebrush vole | Lemmiscus curtatus | | | | | | x |
| Spotted bat | Euderma maculatum | | x | | | | |
| Striped skunk | Mephitis mephitis | x | | | | | |
| Townsend's big-eared bat | Corynorhinus townsendii | | x | | | | |
| Western pipistrelle | Pipistrellus hesperus | | x | | | | |
| Western small-footed myotis | Myotis ciliolabrum | | x | | | | |
| Western spotted skunk | Spilogale gracilis | x | | | | | |
| White-tailed antelope squirrel | Ammospermophilus leucurus | | | | | x | |
| White-tailed jackrabbit | Lepus townsendii | | | | | x | |
| White-tailed prairie dog | Cynomys leucurus | | x | | | | |
| Wyoming ground squirrel | Spermophilus elegans | x | | | | | |
| | TOTALS | 30 | 14 | 5 | 2 | 11 | 11 |

BLM_0034435

Table 5-2. Colorado's sagebrush-associated declining or potentially declining vertebrates with existing (or in preparation) conservation or recovery plans.

| Common Name | Scientific Name | Conservation or Recovery Plan |
|---|---|---|
| Big free-tailed bat | *Nyctinomops macrotis* | Colorado Bat Conservation Plan (Ellison et al. 2004) |
| Black-footed ferret | *Mustela nigripes* | USFWS Black-footed Ferret Recovery Plan (USFWS 1988) |
| Brazilian free-tailed bat | *Tadarida brasiliensis* | Colorado Bat Conservation Plan (Ellison et al. 2004) |
| Columbian sharp-tailed grouse | *Tympanuchus phasianellus columbiannus* | Northwest Colorado Columbian Sharp-tailed Grouse Conservation Plan (Hoffman 2001) |
| Greater sage-grouse | *Centrocercus urophasianus* | Colorado Statewide Conservation Plan (2004) and BLM National Sage-grouse Habitat Conservation Strategy (BLM 2004) |
| Gunnison sage-grouse | *Centrocercus minimus* | Gunnison Sage-grouse Rangewide Conservation Plan (GSRSC 2005); Colorado statewide plan (in preparation) |
| Gunnison's prairie dog | *Cynomys gunnisonii* | Gunnison's Prairie Dog Rangewide Conservation Assessment (in preparation) |
| Long-eared myotis | *Myotis evotis* | Colorado Bat Conservation Plan (Ellison et al. 2004) |
| Pallid bat | *Antrozous pallidus* | Colorado Bat Conservation Plan (Ellison et al. 2004) |
| Spotted bat | *Euderma maculatum* | Colorado Bat Conservation Plan (Ellison et al. 2004) |
| Townsend's big-eared bat | *Corynorhinus townsendii* | Colorado Bat Conservation Plan (Ellison et al. 2004) |
| Western pipistrelle | *Pipistrellus hesperus* | Colorado Bat Conservation Plan (Ellison et al. 2004) |
| Western small-footed myotis | *Myotis ciliolabrum* | Colorado Bat Conservation Plan (Ellison et al. 2004) |
| White-tailed prairie dog | *Cynomys leucurus* | White-tailed Prairie Dog Conservation Assessment (2004) |

BLM. 2004. Bureau of Land Management national sage-grouse habitat conservation strategy. Washington, D.C.: USDI Bureau of Land Management. Accessed at http://www.blm.gov/nhp/spotlight/sage_grouse/docs/Sage-Grouse_Strategy.pdf.

Ellison, L. E., M. B. Wunder, C. A. Jones, C. Mosch, K. W. Navo, K. Peckham, J. E. Burghardt, J. Annear, R. West, J. Siemers, R. A. Adams, and Erik Brekke. 2004. Colorado bat conservation plan: Colorado Committee of the Western Bat Working Group.

GSRSC. 2005. *Gunnison sage-grouse rangewide conservation plan.* Denver, CO: Gunnison Sage-grouse Rangewide Steering Committee, Colorado Division of Wildlife.

Hoffman, R. W. (Technical editor). 2001. Northwest Colorado Columbian sharp-tailed grouse conservation plan. Fort Collins, CO: Northwest Colorado Columbian Sharp-tailed Grouse Work Group and Colorado Division of Wildlife.

USFWS. 1988. Black-footed ferret recovery plan. Denver: U. S. Fish & Wildlife Service.

BLM_0034436

Table 5-3. Colorado sagebrush-associated declining or potentially declining vertebrates better suited for local assessment and conservation planning efforts.

| Common Name | Scientific Name | Rationale for Elimination from Regional Sagebrush Assessment | References |
|---|---|---|---|
| Botta's pocket gopher | *Thomomys bottae rubidus* | Eliminated from regional assessment based on local endemism; known only from part of Fremont County. | Fitzgerald et al. 1994 |
| Burrowing owl | *Athene cunicularia* | Species of interest to CDOW. Eliminated from regional sagebrush assessment primarily due to fine-scale habitat requirements and secondarily due to relatively weak association with sagebrush in the assessment area. Habitat in western Colorado is primarily desert grasslands, pastures, and prairie dog colonies. Closely tied with burrowing rodent populations, namely prairie dog colonies, where it prefers to nest and perch. Will also nest in burrows of Wyoming ground squirrels, rock squirrels, and other ground squirrels with sparsely vegetated surroundings. | Righter et al. 2004 Jones 1998a |
| Great Basin pocket mouse | *Perognathus parvus* | Eliminated from regional sagebrush assessment based on rarity in the assessment area. Reaches the extreme eastern edge of its range in northwest Colorado. Known from only a few historic occurrences in Brown's Park, Moffat County (west of the Green River). | Fitzgerald et al. 1994 |
| Longnose leopard lizard | *Gambelia wislizenii* | Species of interest to CDOW. Eliminated from regional sagebrush assessment because only localized populations exist in extreme western Colorado, where populations have likely always been localized in the Grand Valley and parts of Montezuma County. Has probably declined in range and abundance in the Grand Valley during the last century. Inhabits flat or gently sloping xerophytic shrublands with a large percentage of bare ground; most abundant where rodent burrows riddle the ground at the base of shrubs. | Hammerson 1999 |
| Midget faded rattlesnake | *Crotalus viridis concolor* | Eliminated from regional sagebrush assessment due to localized nature of populations, and secondarily due to relatively weak association with sagebrush. Also requires fine-scale habitat features such as rocky outcrops and rodent burrows for cover, thermoregulation, and hibernation. CDOW species of concern. | Hammerson 1999 |
| Prairie falcon | *Falco mexicanus* | Species of interest to CDOW. Eliminated from regional sagebrush assessment due to fine-scale nesting habitat requirements. Typically requires cliff faces or rock outcrops for nest sites in open country with good foraging access. | Jones 1998b |
| Preble's shrew | *Sorex preblei* | Eliminated from regional sagebrush assessment based on rarity and relatively weak association with sagebrush. Only one record from Colorado—a single specimen in 1966 from oakbrush on the south rim of the Black Canyon of the Gunnison, which resulted in a range extension 500 km east. Elsewhere in its range, associated with semi-arid shrublands, sagebrush openings in alpine forests, grasslands, and alpine tundra. | Fitzgerald et al. 1994 |

BLM_0034437

Table 5-3. Colorado sagebrush-associated declining or potentially declining vertebrates better suited for local assessment and conservation planning efforts.

Fitzgerald, J. P., C. A. Meaney, and D. M. Armstrong. 1994. *Mammals of Colorado*. Boulder: Denver Museum of Natural History and University Press of Colorado.

Hammerson, G. A. 1999. *Amphibians and reptiles in Colorado*. Boulder: University Press of Colorado and Colorado Division of Wildlife.

Jones, S. R. 1998a. Burrowing owl (Athene cunicularis). In *Colorado Breeding Bird Atlas*, edited by H. E. Kingery. Denver: Colorado Bird Atlas Partnership & Colorado Div. of Wildlife.

———. 1998b. Prairie falcon (Falco mexicanus). In *Colorado Breeding Bird Atlas*, edited by H. E. Kingery. Denver: Colorado Bird Atlas Partnership & Colorado Div. of Wildlife.

Righter, R., R. Levad, C. Dexter, and K. Potter. 2004. *Birds of western Colorado plateau and mesa country*. Grand Junction: Grand Valley Audubon Society.

BLM_0034438

Table 5-4. Selected characteristics and habitat descriptions of eleven species of concern (categorized by principal habitat associations).

| Species | Feeding Guild | Other | Floristic and Structural Characteristics of Breeding Habitat |
|---|---|---|---|

**Sagebrush Obligate Species**

| Brewer's sparrow | Shrub canopy-foraging omnivore | Ground nester | Prefers open habitats with low shrub species richness and large shrubs on gentle slopes away from habitat edges (Sedgwick 1987). Rolling or flat shrublands with average canopy height < 1.5 m (Rotenberry et al. 1999). Breeds in extensive areas of sagebrush habitat, with shrubs occurring in tall, clumped, and vigorous stands. Prefers tall sagebrush shrubs for nesting and song perches; low percent grass cover to facilitate foraging on ground. Optimum patch sizes and many other aspects of landscape ecology are unknown. Results of a habitat suitability model indicating that a minimum of 0.46 acres (0.2 ha) of suitable habitat and slope not greater than 30 degrees are needed for successful reproduction (Short 1984) reflect estimated minimum territory size and do not reflect landscape-level characteristics needed for a sustainable population (J.T. Rotenberry, pers. comm.). |
| Sage sparrow | Ground-foraging omnivore | Shrub nester | Nests principally in large, unbroken stands of big sagebrush on hills and basins (Righter et al. 2004). Semi-open habitats with evenly spaced shrubs 1 to 2 m tall (Martin & Carlson 1998). Abundance positively correlated with % shrub cover, % bare ground, horizontal structual homogeneity, increasing patch size, decreasing disturbance, and decreasing fragmentation (Knick & Rotenberry 1995). Minimum patch size likely larger than 100 ha. |
| Sage thrasher | Ground-foraging omnivore | Shrub nester | Nests principally in big sagebrush (Righter et al. 2004). Abundances positively correlated with % shrub cover, shrub height, % bare ground, and horizontal heterogeneity (patchiness); negatively correlated with grass cover (Rotenberry & Wiens 1980, Wiens & Rotenberry 1981). More likely to occur in sites with higher sagebrush cover and greater spatial similarity within 1-kilometer radius (Knick & Rotenberry 1995). Thrives where sagebrush shrubs occur in tall, clumped, and vigorous stands. Prefers tall shrubs for nesting or song perches and low percent grass cover to facilitate foraging on ground. in idaho, Knick and Rotenberry (1995) found the probability of occupancy increased with increasing homogeneity of the surrounding habitat within a 1-kilometer radius, and with greater percent sagebrush cover. Also, positively correlated with shrub patch size, and negatively correlated with disturbance. |
| Sagebrush vole | Herbivore | Semi-fossorlal | Occasionally occurs in grasslands and other habitat types (such as reclaimed surface mine sites) but abundances are generally highest in shrubsteppe with native bunchgrass understories (Dobkin & Sauder 2004). Hall (1928) noted that most known specimens were taken in scattered sagebrush with uniform height of about 2.5 feet and where lower branches were near ground. |

BLM_0034439

Table 5-4. Selected characteristics and habitat descriptions of eleven species of concern (categorized by principal habitat associations).

| Species | Feeding Guild | Other | Floristic and Structural Characteristics of Breeding Habitat |
|---|---|---|---|
| **Sagebrush/Montane Shrubland Species** | | | |
| Green-tailed towhee | Ground-foraging omnivore | Shrub nester | Nests on dry, shrubby hillsides and sagebrush flats, pinyon-juniper with sagebrush-dominated openings, riparian scrub, forest openings (Righter 1998). Low brush cover (0.5 to 1.5 m tall) often interspersed with trees (Dobbs et al. 1998). Uses ecotones between sagebrush and other shrub habitats (Knopf et al. 1990). Nests in brushy areas with open spaces between shrubs. Postdisturbance shrubby second growth is commonly used (Andrews & Righter 1992, Hutto 1995). |
| Merriam's shrew | Insectivore | Semi-fossorial | Habitat characteristics that influence abundance are poorly understood. Thought to be characteristic of semi-arid situations and more tolerant of dry habitats than any other North American shrew except the desert shrew (Armstrong and Jones 1971). Uses runways of sagebrush vole and other rodents for foraging. |
| Vesper sparrow | Ground-foraging omnivore | Shrub or ground nester | Breeds in montane meadows, grasslands, and sagebrush shrubsteppe; favors grasslands with a shrub component, particularly big sagebrush (Rotenberry & Wiens 1980). Typically avoids mesic areas or plant communities with tall, dense herbaceous vegetation (Dobkin & Sauder 2004). Positively correlated with short, patchy, herbaceous vegetation and bare ground (Vickery et al. 1994). |
| **Sagebrush/Semi-Desert Shrubland Species** | | | |
| Black-throated sparrow | Ground-foraging omnivore | Shrub or ground nester | Nests in arid, open areas with widely scattered tall shrubs, including big sagebrush, Utah juniper, greasewood, and blackbrush (Righter et al. 2004). Semi-open arid habitat with evenly spaced shrubs 1 - 3 m in height; Common in desert alluvial fans, canyons, washes, flats, badlands, and desert scrub (Johnson et al. 2002). |
| Kit fox | Opportunistic carnivore | Semi-fossorial, dens year-round | Prefers open low, shrub stands, probably <20% canopy cover (T. Beck, pers. comm.). |
| **Generalist Species** | | | |
| Lark sparrow | Ground-foraging omnivore | Ground, shrub, or tree nester | Nests in open grasslands with shrub component, mostly juniper, greasewood, or sagebrush (Righter et al. 2004). Generally prefers structurally open habitats with scattered shrubs or trees; ecotones; sites disturbed by overgrazing, cultivated areas, fallow fields with brushy edges, woodlands with sparse canopy cover (Martin & Parrish 2000) and low to modest cover of grasses and herbaceous plants (Lambeth 1998). |

BLM_0034440

Table 5-4. Selected characteristics and habitat descriptions of eleven species of concern (categorized by principal habitat associations).

| Species | Feeding Guild | Other | Floristic and Structural Characteristics of Breeding Habitat |
|---------|---------------|-------|--------------------------------------------------------------|
| Northern harrier | Carnivore | Ground nester | Nests on ground in patches of tall, dense graminoid vegetation, shrublands, or pasture/croplands; forages in open, treeless country, including sagebrush shrublands (MacWhirter and Bildstein 1996). |

Andrews, R. and R. Righter. 1992. *Colorado birds: a reference to their distribution and habitat* . Denver: Denver Museum of Natural History.

Armstrong, D. M. and J. K. Jones, Jr. 1971. *Sorex merriami* . *Mammalian Species* 2:1-2.

Dobbs, R. C., P. R. Martin, and T. E. Martin. 1998. Green-tailed towhee (*Pipilo chlorurus*). In *The Birds of North America, No. 368* , edited by A. Poole and F. Gill. Philadelphia: The Birds of North America, Inc.

Dobkin, D. S. and J. D. Sauder. 2004. Shrubsteppe landscapes in jeopardy: distributions, abundances, and the uncertain future of birds and small mammals in the intermountain west. Bend, Oregon: High Desert Ecological Research Institute.

Hall, E. R. 1928. Notes on the life history of the sagebrush meadow mouse. *Journal of Mammalogy* 9:201-204.

Hutto, R. L., S. J. Hell, J. F. Kelly, and S. M. Pletschet. 1995. *A comparison of bird detection rates derived from on-road versus off-road point counts in northern Montana* : USDA Forest Service Technical Report PSW-GTR-149.

Johnson, M. J., C. Van Riper III, and K. M. Pearson. 2002. Black-throated sparrow (*Amphispiza bilineata*). In *The Birds of North America, No. 637* , edited by A. Poole and F. Gill. Philadelphia: The Birds of North America, Inc.

Knick, S. T. and J. T. Rotenberry. 1995. Landscape characteristics of fragmented shrubsteppe habitats and breeding passerine birds. *Conservation Biology* 9:1059-1071.

Knopf, F. L., J. A. Sedgwick, and D. B. Inkley. 1990. Regional correspondence among shrubsteppe bird habitats. *Condor* 92:45-53.

Lambeth, R. 1998. Lark sparrow (*Chondestes grammacus* ). In *Colorado Breeding Bird Atlas*, edited by H. E. Kingery. Denver: Colorado Bird Atlas Partnership & Colorado Div. of Wildlife.

MacWhirter, R. B. and K. L. Bildstein. 1996. Northern harrier (*Circus cyaneus*). In *The Birds of North America, No. 210* , edited by A. Poole and F. Gill. Philadelphia: The Birds of North America, Inc.

Martin, J. W. and B. A. Carlson. 1998. Sage sparrow (*Amphispiza belli*). In *The Birds of North America, No. 326* , edited by A. Poole and F. Gill. Philadelphia: The Birds of North America, Inc.

Martin, J. W. and J. R. Parrish. 2000. Lark sparrow (*Chondestes grammacus* ). In *The Birds of North America, No. 488* , edited by A. Poole and F. Gill. Philadelphia: The Birds of North America, Inc.

Righter, R. 1998. Green-tailed towhee (*Pipilo chlorurus*). In *Colorado Breeding Bird Atlas* , edited by H. E. Kingery. Denver: Colorado Bird Atlas Partnership & Colorado Div. of Wildlife.

Righter, R., R. Levad, C. Dexter, and K. Potter. 2004. *Birds of western Colorado plateau and mesa country* . Grand Junction: Grand Valley Audubon Society.

Rotenberry, J. T., M. A. Patten, and K. L. Preston. 1999. Brewer's sparrow (*Spizella breweri*). In *The Birds of North America, No. 390* , edited by A. Poole and F. Gill. Philadelphia: The Birds of North America, Inc.

Rotenberry, J. T. and J. A. Wiens. 1980. Habitat structure, patchiness, and avian communities in North American steppe vegetation: a multivariate analysis. *Ecology* 61:1228-1250.

Sauer, J. R., J. E. Hines, and J. Fallon. 2004. The North American Breeding Bird Survey, Results and Analysis 1966 - 2003: USGS Patuxent Wildlife Research Center.

Sedgwick, James A. 1987. Avian habitat relationships in pinyon-juniper woodland, northwest Colorado. *Wilson Bulletin* 99:413-431.

Short, H. L. 1984. *Habitat suitability index models: Brewer's sparrow.* U. S. Fish & Wildlife Service. FWS/OBS-82/10.83.

Vickery, P. D., M. L. Jr. Hunter, and S. M. Melvin. 1994. Effects of habitat area on the distribution of grassland birds of Maine. *Conservation Biology* 8:1087-1097.

Wiens, J. A. and J. T. Rotenberry. 1981. Habitat associations and community structure of birds in shrubsteppe environments. *Ecological Monographs* 51:21-41.

BLM_0034441

Table 5-5. Conservation status summary of eleven species of concern.

| Common Name | Colorado Population Status | Legal Status | CO Natural Heritage Rank | Other Status | Explanation of Colorado Population Status Assignment |
|---|---|---|---|---|---|
| Black-throated sparrow | Potentially declining | None | G5/S3 | BLM (ID) SC (OR) | Long-term (1966 to 2003) standard BBS trend for Colorado of -4.5% annual decline is statistically insignificant ($P$=0.72); significant survey-wide and western BBS region negative long-term trends are documented (Sauer et al. 2004). No positive long-term trends recorded by BBS in any BBS regions. Alternative (spatial) analysis of BBS data suggested stable trend in Colorado (Dobkin & Sauder 2004), but detection rates were low. |
| Brewer's sparrow | Declining | None | G5/S4 | USFS (Region 2) SC (WY, ID) Watchlist (PIF, Audubon) | Long-term (1966 to 2003) standard BBS trend for Colorado of -3.4% annual decline is statistically significant ($P$=<0.01); long-term survey-wide declining trends is also statistically significant (Sauer et al. 2004). Alternative (spatial) analysis of BBS data suggested declines across southern and western Colorado (Dobkin & Sauder 2004). Experts warn that habitat loss and fragmentation are resulting in population declines of this sagebrush obligate rangewide (Knick et al. 2003). |
| Green-tailed towhee | Potentially declining | None | G5/S5 | USFS (Pacific Region) | Long-term (1966 to 2003) standard BBS trend for Colorado of -1% annual decline is statistically insignificant ($P$=0.33); survey-wide, western, and Southern Rockies BBS regions long-term trends are negative but lacking statistical power (Sauer et al. 2004). Few positive long-term trends recorded by BBS in any BBS region. Alternative (spatial) analysis of BBS data suggested mixed trends in Colorado (Dobkin & Sauder 2004). |
| Kit fox | Declining; possibly extirpated | E - State (CO) E - Federal (CA) | G4/S1 | SC (ID) | After 4 consecutive years of study ending in 1996, Fitzgerald (1996) speculated that fewer than 100 kit fox inhabited Colorado, with no evidence that populations were self-sustaining. Follow-up work by Beck (1999, 2000) strongly suggested the already small kit fox population in Colorado had declined sharply and that the species was close to extirpation from the state. No kit fox census has been performed since 2000. |
| Lark sparrow | Potentially declining | None | G5/S4 | None | Long-term (1966 to 2003) standard BBS trend for Colorado of -2.8% annual decline is statistically insignificant ($P$=0.06); significant survey-wide and central BBS region negative long-term trends are documented (Sauer et al. 2004). No statistically powerful positive long-term trends recorded by BBS in any BBS regions. Alternative (spatial) analysis of BBS data suggested mixed trends in Colorado (Dobkin & Sauder 2004). |

BLM_0034442

Table 5-5. Conservation status summary of eleven species of concern.

| Common Name | Colorado Population Status | Legal Status | CO Natural Heritage Rank | Other Status | Explanation of Colorado Population Status Assignment |
|---|---|---|---|---|---|
| Merriam's shrew | Potentially declining | None | G5/S3 | SC (WA) | Long-term population trends of Merriam's shrew in Colorado and rangewide are unknown. A literature review and synthesis by Dobkin & Sauder (2004) suggests Merriam's shrews were present at only 8 of 39 (17 percent) of the locales they were expected occupy in the Great Basin and Columbia Plateau. Although the review did not cover Colorado, it raises concerns about the status, distribution, and habitat requirements of the species throughout its range. |
| Northern harrier | Potentially declining | E - State (CT, IA, IL, IN, RI, MO, NJ) T - State (MA, TN, NH, NY) | G5/S3 | USFS (Region 2) SC (WI, VT) | Long-term (1966 to 2003) standard BBS trend for Colorado of -1.7% annual decline is statistically insignificant ($P$=0.54); survey-wide and western BBS region long-term trends are negative and statistically significant (Sauer et al. 2004). |
| Sage sparrow | Potentially declining | None | G5/S3 | SC (WA, OR) Watchlist (PIF) | Long-term (1966 to 2003) standard BBS trend for Colorado of 1.3% annual gain is statistically insignificant ($P$=0.82); long-term survey-wide, Wyoming Basin, Great Basin, and western BBS region trends are mixed and lack statistical power (Sauer et al. 2004). Alternative (spatial) analysis of BBS data suggested declines in shrubsteppe ecoregions rangewide and mixed trends in Colorado (Dobkin & Sauder 2004). Experts warn that habitat loss and fragmentation are resulting in population declines of this sagebrush obligate rangewide (Knick et al. 2003). |
| Sage thrasher | Potentially declining | None | G5/S5 | BLM (WY) SC (WA) | Long-term (1966 to 2003) standard BBS trend for Colorado of 0.1% annual gain is statistically insignificant ($P$=0.96); long-term survey-wide, Wyoming Basin, and western BBS regions trends are mixed and lack statistical power. BBS Basin and Range region reported statistically significant negative trend (Sauer et al. 2004). Alternative (spatial) analysis of BBS data suggested declines in shrubsteppe ecoregions rangewide and mixed trends in Colorado (Dobkin & Sauder 2004). Experts warn that habitat loss and fragmentation are resulting in population declines of this sagebrush obligate rangewide (Knick et al. 2003). |

BLM_0034443

Table 5-5. Conservation status summary of eleven species of concern.

| Common Name | Colorado Population Status | Legal Status | CO Natural Heritage Rank | Other Status | Explanation of Colorado Population Status Assignment |
|---|---|---|---|---|---|
| Sagebrush vole | Potentially declining | None | G5/S1 | None | A comprehensive literature review by Dobkin & Sauder (2004) suggests sagebrush voles were absent from many locations they were expected occupy in the Great Basin and Columbia Plateau. Although the review did not cover Colorado, it raises concerns about the status, distribution, and habitat requirements of sagebrush voles throughout their range. |
| Vesper sparrow | Potentially declining | E - State (CT, KY, NJ, RI) T - State (MA) C - State (WA) | G5/S5 | SC (NY, OR) | Long-term (1966 to 2003) standard BBS trend for Colorado of 1% annual gain is statistically insignificant ($P$=0.59); statistically significant survey-wide and eastern BBS region negative long-term trends are documented (Sauer et al. 2004). Alternative (spatial) analysis of BBS data suggested mixed trends in Colorado (Dobkin & Sauder 2004). |

Note: Acronyms and Abbreviations are defined in this document's front matter.

Beck, T. D. I. 1999. Kit fox (*Vulpes macrotis*) status in Colorado. In *Wildlife Research Report, Project No. W-153-R-12, Work Package 0663, Task 1.* Colorado Division of Wildlife.

———. 2000. Kit fox augmentation study. In *Wildlife Research Report, Project No. W-153-R-13, Work Package 0663, Study No. 1.* Colorado Division of Wildlife.

Dobkin, D. S. and J. D. Sauder. 2004. Shrubsteppe landscapes in jeopardy: distributions, abundances, and the uncertain future of birds and small mammals in the intermountain west. Bend, Oregon: High Desert Ecological Research Institute.

Fitzgerald, J. P. 1996. *Status and distribution of the kit fox (Vulpes macrotis) in western Colorado. Final Report. Colorado Division of Wildlife Project No. W-153-R-7.*

Knick, S. T., D. S. Dobkin, J. T. Rotenberry, M. A. Schroeder, W. M. Vander Haegen, and C. Van Riper III. 2003. Teetering on the edge or too late? Conservation and research issues for avifauna of sagebrush habitats. *Condor* 105:611-634.

Sauer, J. R., J. E. Hines, and J. Fallon. 2004. The North American Breeding Bird Survey, Results and Analysis 1966 - 2003: USGS Patuxent Wildlife Research Center.

BLM_0034444

Figure 5-1. Filter for selecting Colorado sagebrush vertebrate species of concern.



BLM_0034445

# CHAPTER 6

## HABITAT AND RANGE FOR SPECIES OF CONCERN

In this chapter, we identify habitat associations for the 11 species of concern in the assessment area and quantify the amount of sagebrush and non-sagebrush habitat available to each species within its range. We estimate the amounts and percentages of sagebrush habitat available to each species by land owner. Finally, we estimate the amount of sagebrush habitat for each species of concern at risk from four widespread threats: 1) encroachment by pinyon-juniper, 2) understory encroachment by non-native herbaceous vegetation, 3) residential development, and 3) energy development. The nature and extent of these threats in the assessment area are described in Chapter 4. In Chapter 7, we designate three species groups and map sagebrush habitat at risk from the four threats for each group at the watershed level.

## Methods

### Determining Habitat Associations

We reviewed habitat descriptions in the literature to identify habitat associations for each species of concern. For birds, we relied heavily on habitat occurrence records in the *Colorado Breeding Bird Atlas* (Kingery 1998) and data provided by Rocky Mountain Bird Observatory's Monitoring Colorado's Birds (MCB) program (T. Leukering, pers. comm.). We also consulted *Birds of Western Colorado Plateau and Mesa Country* (Righter et al. 2004), *Colorado Birds: A Reference to their Habitat and Distribution* (Andrews and Righter 1992), *Birds of Colorado* (Bailey and Niedrach 1965), and Birds of North America species accounts (Poole and Gill). For mammals, we reviewed habitat descriptions in *Mammals of Colorado* (Fitzgerald et al. 1994), accounts published by *Mammalian Species*, and other peer-reviewed literature. For the purposes of our assessment, we included breeding habitat associations for passerine birds, but not migration or winter habitats. For northern harrier, we included nesting habitat as well as important year-round foraging habitat associations. For mammals, we included habitats types in the assessment area where specimens had been collected or observed. We made subjective selections of additional habitat associations for mammals based on literature review and expert knowledge. We did not select habitat types that were identified in the literature or by reviewers as environmental sinks for any species of concern. For instance, some agricultural lands provide nesting habitat for vesper sparrows but may perform as sinks if harvesting or flood irrigation occurs during nesting periods. Therefore we did not include agricultural lands in our non-sagebrush habitat mapping exercise for vesper sparrow.

### Determining Species Ranges

Species ranges depict the outer boundaries of where the species regularly occurs in the assessment area. For the purposes of this exercise, we defined the area of regular occurrence as where a species is present as a summer breeding resident or year-round resident. Dispersing or migrating individuals may commonly occur outside depicted range boundaries. Actual distribution is typically discontinuous within the range, constrained by habitat availability and elevation limits. We attempted to depict major gaps in the species' distributions in our range maps, but many smaller gaps are not depicted.

To determine species ranges in the assessment area, we relied primarily on range maps in the literature sources identified in "Determining Habitat Associations" above. We used scanned images of the published range maps, overlain on the assessment area, to draw range maps in GIS. We modified some published range maps in GIS based on additional data on breeding bird occurrences in the *Colorado Breeding Bird Atlas* (Kingery 1998). Finally, we compared draft

BLM_0034446

range maps to SWReGAP land cover types, and made additional adjustments to some species ranges based on habitat associations. Because kit fox has undergone a substantial range contraction in historic times in the assessment area, we mapped current range equal to the CDOW "kit fox overall range" coverage, and historic range based on the literature.

*Quantifying Habitat*

We mapped habitat for each species of concern based on land cover types and elevation. Using GIS, we generated a list of SW ReGAP land cover types within each species' range. Based on the SW ReGAP land cover type descriptions (NatureServe 2004) and known habitat requirements for each species, we categorized each land cover type as sagebrush habitat, non-sagebrush habitat, or non-suitable habitat for each species (Table 6-1). Next, we determined elevation limits for each species (Table 6-2) from published species accounts and other literature described in "Determining Habitat Associations." Finally, we mapped and calculated the area of sagebrush and non-sagebrush habitat for each species within its range and elevation limit. We also calculated the amount of sagebrush habitat for each species by land owner by intersecting species sagebrush habitat coverages with a land ownership dataset.

*Quantifying Sagebrush Habitat at Risk for Each Species of Concern*

We used the sagebrush threat models described in Chapter 4 to quantify and compare sagebrush habitat at risk for each species of concern. The four types of threats we modeled are 1) pinyon-juniper encroachment, 2) understory encroachment by non-native herbaceous vegetation, 3) residential development, and 4) energy development. These threat models classified each 30 x 30 meter pixel of sagebrush in the assessment area into risk categories of "none," "low," "moderate," or "high" for each type of threat. We also calculated the risk of combined threats for each sagebrush pixel, equal to the highest risk category for any single threat.

To determine the amount of sagebrush habitat at risk for each species of concern, we used GIS to intersect sagebrush habitat for each species with the sagebrush threat data. For each species, we calculated the area and percentage of sagebrush habitat that occurs in each risk level for each threat, and for all threats combined.

**Results**

Species of concern ranges and habitats are mapped on Figures 6-1 through 6-11 and areas quantified in Table 6-3. The size of species ranges varies from 0.83 million ha (black-throated sparrow; Figure 6-1) to 15.68 million ha (Merriam's shrew; Figure 6-6). Most of the species ranges are fairly extensive in the assessment area. Black-throated sparrow and kit fox (Figure 6-4) ranges are limited to low-elevation deserts of the western-most extents of the assessment area, and sagebrush vole range is limited to the northwest (Figure 6-10).

Our range map for Merriam's shrew in the assessment area significantly extends the range previously mapped by Fitzgerald et al (1994), based on occurrences recorded in Gunnison County (Armstrong and Jones 1971), occurrences in adjacent states, known habitat associations, and expert opinion (D. Armstrong, pers. comm.). Our estimation of kit fox historic range is based on reliable historic occurrence records in the assessment area, habitat associations and elevation limits established by literature review, and expert opinion (T. Beck, pers. comm.; see kit fox profile in the Appendix). We chose to extend historic range into Garfield County in the Colorado River Valley based on kit fox known presence in the Grand Valley and adjacent eastern Utah and historic habitat conditions in Garfield County, although the historic upstream extent of kit fox is unknown. Kit fox historic records north of Mesa County are unsubstantiated trapper's reports, and should be interpreted with caution (J. Fitzgerald, pers.

BLM_0034447

comm.). We estimate that kit fox historic range encompasses 1.71 million ha and kit fox current range encompasses 0.12 million ha. Our estimate of kit fox current range, based on CDOW range mapping, should also be viewed with caution. CDOW census work through 2000 suggested that kit fox were rare and declining, and they may be extirpated from Colorado (T. Beck, pers. comm.). Our habitat assessment and management recommendations (Chapter 8) focus on kit fox historic range.

Estimated amounts and percentages of sagebrush and non-sagebrush habitat available for each species of concern within its range in the assessment area are presented in Table 6-3 and Figure 6-12. Black-throated sparrow (Figure 6-1) has the least amount of total habitat (0.38 million ha) and Merriam's shrew (Figure 6-6) has the greatest amount of total habitat (6.21 million ha) in the assessment area. Sagebrush habitat constitutes the lowest percentage of the total habitat in kit fox historic range (20 percent; Figure 6-4), and the highest percentage for sagebrush vole (90 percent; Figure 6-10). Habitat within the ranges of other sagebrush obligates (Brewer's sparrow [Figure 6-2], sage sparrow [Figure 6-8], and sage thrasher [Figure 6-9]) is generally about 70 percent sagebrush.

In Table 6-4, we show by landowner the estimated amount of sagebrush habitat for each species in its range, and compare these estimates graphically in Figure 6-12. Overall, at least 85 percent of sagebrush habitat for each species is under private and BLM control combined, and generally less than 15 percent is administered by the USFS, other federal agencies, Colorado State Land Board, and other state entities. Merriam's shrew has more sagebrush habitat under private ownership (45 percent) than any of the other species of concern, while black-throated sparrow has by far the least (16 percent). BLM administers between 41 percent (Brewer's sparrow, green-tailed towhee, Merriam's shrew, vesper sparrow) and 73 percent (black-throated sparrow) of sagebrush habitats of the species of concern.

Table 6-5 presents the estimated amounts and percentages of sagebrush habitat for each species at risk from the four threats individually, and from the four threats combined. In Figures 6-13 through 6-15 we provide a graphic comparison of the estimates presented in Table 6-5, with species ranked in decreasing order of sagebrush habitat at high risk. Risk of understory encroachment by non-native herbaceous vegetation is probably the most extensive sagebrush habitat threat overall, with proportional sagebrush habitat at high risk ranging from about 70 percent for kit fox to about 23 percent for Brewer's sparrow and green-tailed towhee. Threat of residential development in sagebrush habitats for species of concern is probably the least extensive sagebrush habitat threat overall, with habitat at high risk ranging from about 4 percent for kit fox to less than 1 percent for black-throated sparrow and sagebrush vole. Our model predicts that over 90 percent of each species' sagebrush habitat is at no or low risk of residential development.

Proportionally more historic kit fox sagebrush habitat is at high risk of pinyon-juniper encroachment (48 percent), residential development (4 percent), and energy development (24 percent) than the sagebrush habitat of all other species of concern. Sage thrasher has proportionally the least amount of sagebrush habitat (16 percent) at high risk of pinyon-juniper encroachment. Vesper sparrow, Brewer's sparrow, and green-tailed towhee have proportionally the least amount of sagebrush habitat (23 percent) at high risk to understory encroachment by non-native herbaceous vegetation, and black-throated sparrow has the most (69 percent). Risk of energy development is broadly moderate for all species; the proportional amount of sagebrush habitat at moderate risk to energy development across species ranges from 58 to 78 percent.

Combined threats modeling estimated some degree of risk in virtually all sagebrush habitat for each species (Table 6-5 and Figure 6-15). The sagebrush habitats at highest risk of combined

BLM_0034448

threats are those of kit fox and black-throated sparrow, with over 80 percent estimated at high risk, about 20 percent at moderate risk, and little to none at low or no risk. For the remaining species, the high risk level for combined threats applies to between 37 and 49 percent of their sagebrush habitats, the moderate risk level applies to 42 to 51 percent, and the low risk level applies to 3 to 19 percent.

## Discussion

Ranges for species of concern are mostly extensive and tend to be strongly overlapping. One implication of this fact for species conservation is the need for a multi-species approach at the assessment area scale, since the species of concern are not strongly segregated geographically. Because species of concern have differing habitat requirements, another implication for species conservation is the need to identify groups of species with similar or at least non-conflicting habitat needs. We identify these species groups in Chapter 7, and develop multi-species management strategies in Chapter 8.

The percentage of total habitat in sagebrush varies widely between species (Table 6-3 and Figure 6-12), reflecting the variation between species in relative sagebrush dependence in the assessment area. Other habitat types important to the species of concern (Table 6-1) are mixed salt desert scrub, semi-desert shrub steppe, and greasewood flats (used by 9 of the species), pinyon-juniper shrubland (used by 8 of the species); and semi-desert grassland and juniper savanna (used by 7 of the species). A complete conservation strategy for the species of concern must take into account these non-sagebrush habitats. However, sagebrush habitats constitute an average of over half of the total habitats for species of concern in the assessment area, and the focus of this assessment on sagebrush will address a substantial part of the total habitat for the species of concern.

Land ownership patterns of sagebrush habitat for the species of concern (Table 6-4 and Figure 6-12) are similar to the patterns identified for all sagebrush in the assessment area (described in Chapter 3). Sagebrush habitat on private lands ranges from 16 to 45 percent across species, with a mean of 40 percent. Consequently, conservation of sagebrush habitats on private lands is an important aspect of species conservation. BLM manages 41 to 73 percent of sagebrush habitats for the species of concern, with a mean of 48 percent. About 73 to 87 percent of all public land sagebrush habitat for the species of concern is managed by BLM. BLM clearly has the greatest opportunity of any public agency for sagebrush habitat conservation for species of concern in the assessment area, followed by USFS and Colorado State Land Board (each managing a mean of about 5 percent of sagebrush habitats overall and up to 11 percent of publicly owned sagebrush habitats).

Species with the most sagebrush habitat at high and moderate risk tend to be species associated with more arid sagebrush at lower elevations. Kit fox, black-throated sparrow, and northern harrier are consistently among the species of concern with the highest percentages of sagebrush at risk of all threats. Sage sparrow, sagebrush vole, and lark sparrow generally rank next in percentages of sagebrush at risk.

## Assumptions and Limitations

- Among the species of concern, ranges of birds are much better known than mammals. Kit fox current and historic range is conjectural and the species may even be extirpated. For sagebrush vole, range is probably approximately correct but distribution within the range is mostly unknown. For Merriam's shrew, the range is conjectural and almost nothing is known of distribution.

BLM_0034449

- Knowledge of habitat associations is more complete for the avian species of concern and kit fox than for the less well-studied sagebrush vole and Merriam's shrew. Our selections of SW ReGAP land cover types are approximations of species habitat associations, and certainly oversimplify the habitat requirements of the species and the distribution of their actual habitats on the landscape.

- Our selection of SW ReGAP land cover types to map non-sagebrush habitat for species of concern provides only a coarse filter for habitats functioning as environmental sinks. While we attempted to eliminate land cover types with high likelihood to function as sinks, we acknowledge that even primary habitats function as sinks in certain contexts not adequately mapped at the regional scale. Conversely, some eliminated land cover types may not function as sinks in all situations.

- Our mapping of sagebrush habitat within each species' range did not filter patches of sagebrush too small to be useful to sage sparrow, Brewer's sparrow, and sage thrasher. We therefore potentially overestimate the amounts of sagebrush habitat for these area-sensitive species in the assessment area. The dynamics of small patch sizes are too complex, too poorly understood, and too dependent on landscape or matrix context factors to be meaningfully modeled at the scale of this assessment. Field checks of SW ReGAP sagebrush mapping (described in Chapter 3) also suggest that sagebrush habitat may be overestimated by the SW ReGAP model.

- Estimates of habitat at risk were generated from threats models whose performance has not been evaluated in the field.

- Our threats analysis did not consider non-sagebrush habitat types, which provide significant habitat for many of the species of concern. Ideally, conservation planning (particularly for those species that occupy substantial habitats other than sagebrush) should also consider threats to non-sagebrush habitats. Such an approach is beyond the scope of this assessment.

- Our threats analysis models risks to species' sagebrush habitats but does not account for species' responses to threats. For example, green-tailed towhee and lark sparrow are more tolerant of scattered small trees in their shrubland habitats than sage sparrow and sage thrasher. Green-tailed towhee and lark sparrow are therefore not expected to respond to pinyon-juniper encroachment in sagebrush to the same degree as sage sparrow or sage thrasher.

- Although grazing and range treatments may cause widespread direct and indirect threats to sagebrush habitats for species of concern, region-wide GIS coverages of grazing allotments and range treatments are not yet available to use for modeling these threats across the assessment area.

**Key Findings**

- Species ranges are mostly extensive across the assessment area and are not well segregated geographically, requiring a multi-species conservation approach at the assessment area scale.

- Percentages of sagebrush habitat relative to total habitat for species of concern vary from 20 percent for kit fox to 90 percent for sagebrush vole, and average about 70 percent for other sagebrush obligates (Brewer's sparrow, sage sparrow, and sage thrasher).

- BLM and private lands generally comprise at least 85 percent of sagebrush habitat for species of concern. USFS and Colorado State Land Board lands comprise much of the

BLM_0034450

remainder. Sagebrush habitat for species of concern is nearly as abundant on private lands as public lands.

- Among threats we modeled, risk of understory encroachment by non-native herbaceous vegetation is probably the most extensive sagebrush habitat threat, with sagebrush habitat at high risk ranging from about 70 percent for kit fox to about 23 percent for Brewer's sparrow and green-tailed towhee.

- Threat of residential development in sagebrush habitats for species of concern is probably the least extensive sagebrush habitat threat overall, with less than 5 percent of sagebrush habitat at high risk and over 90 percent at none or low risk for all species.

- Risk of energy development is broadly moderate for sagebrush habitats of all species of concern, ranging from 58 to 78 percent of sagebrush habitat at moderate risk.

- Combined threats modeling estimated some degree of risk in virtually all sagebrush habitat for each species of concern, underscoring the need for conservation action. Sagebrush habitats for the species of concern constitute an average of over half their total available habitats in the assessment area.

## Recommendations

- To gain a more complete understanding of threats and conservation needs of the species of concern in the assessment area, develop models for assessing risk of widespread threats to other important (non-sagebrush) habitat components.

## Literature Cited

Andrews, R. and R. Righter. 1992. *Colorado birds: a reference to their distribution and habitat.* Denver: Denver Museum of Natural History.

Armstrong, D. M. and J. K. Jones, Jr. 1971. *Sorex merriami. Mammalian Species* 2:1-2.

Bailey, A. M. and R. J. Niedrach. 1965. *Birds of Colorado, Volumes I & II.* Denver: Denver Museum of Natural History.

Fitzgerald, J. P., C. A. Meaney, and D. M. Armstrong. 1994. *Mammals of Colorado.* Boulder: Denver Museum of Natural History and University Press of Colorado.

Kingery, H. E., ed. 1998. *Colorado Breeding Bird Atlas.* Denver: Colorado Bird Atlas Partnership & Colorado Div. of Wildlife.

NatureServe. 2004. Landcover descriptions for the Southwest Regional GAP Analysis Project, accessed February 2005 at http://earth.gis.usu.edu/swgap/swgap_legend_desc.pdf.

Poole, A. and F. Gill, eds. *The Birds of North America.* Philadelphia: The Birds of North America, Inc.

Righter, R., R. Levad, C. Dexter, and K. Potter. 2004. *Birds of western Colorado plateau and mesa country.* Grand Junction: Grand Valley Audubon Society.

Table 6-1. Cover types mapped by SW ReGAP in species of concern ranges and designated as suitable or non-suitable habitat.

**Notes**

"x" = mapped in species range and considered suitable habitat

"·" = mapped in species range but unoccupied or not considered suitable habitat

blank = not mapped in

| Code | Southwest Regional GAP Cover Type | Vesper sparrow | Sagebrush vole | Sage thrasher | Sage sparrow | Northern harrier | Merriam's shrew | Lark sparrow | Kit fox (historic) | Green-tailed towhee | Brewer's sparrow | Black-throated sparrow |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S054 | Inter-Mountain Basins Big Sagebrush Shrubland | × | × | × | × | × | × | × | × | × | × | × |
| S056 | Colorado Plateau Mixed Low Sagebrush Shrubland | × | × | × | × | × | × | × | × | × | × | × |
| S071 | Inter-Mountain Basins Montane Sagebrush Steppe | × | × | × | × | · | × | × | × | × | × | · |
| S128 | Wyoming Basins Low Sagebrush Shrubland | × | × | × | × | × | × | × |  | × | × | × |
| S001 | North American Alpine Ice Field | · |  |  | · |  |  |  |  | · | · |  |
| S002 | Rocky Mountain Alpine Bedrock and Scree | · | · | · | · | · | · | · | · | · | · |  |
| S004 | Rocky Mountain Alpine Fell-Field | · | · | · | · | · | · | · | · | · | · |  |
| S006 | Rocky Mountain Cliff and Canyon | · | · | · | · | · | · | · | · | · | · | · |
| S008 | Western Great Plains Cliff and Outcrop | · | · | · | · | · | · | · | · | · | · |  |
| S009 | Inter-Mountain Basins Cliff and Canyon | · | · | · | · | · | · | · | · | · | · | · |
| S010 | Colorado Plateau Mixed Bedrock Canyon and Tableland | · | · | · | · | · | · | × | × | · | · | · |
| S011 | Inter-Mountain Basins Shale Badland | · | · | · | · | × | · | · | × | · | · | × |
| S012 | Inter-Mountain Basins Active and Stabilized Dune | · | × | · | · | × | · | × | × | · | · | × |
| S014 | Inter-Mountain Basins Wash | · | · | · | · | × | · | × | × | · | · | × |
| S015 | Inter-Mountain Basins Playa | · | · | · | · | × | · | × | × | · | · | · |
| S023 | Rocky Mountain Aspen Forest and Woodland | · | · | · | · | · | · | · | · | · | · |  |
| S025 | Rocky Mountain Subalpine-Montane Limber-Bristlecone Pine | · | · | · | · | · | · | · | · | · | · |  |
| S028 | Rocky Mountain Subalpine Dry-Mesic Spruce-Fir Forest and | · | · | · | · | · | · | · | · | · | · |  |
| S030 | Rocky Mountain Subalpine Mesic Spruce-Fir Forest and Wo | · | · | · | · | · | · | · | · | · | · |  |
| S031 | Rocky Mountain Lodgepole Pine Forest | · | · | · | · | · | · | · | · | · | · |  |
| S032 | Rocky Mountain Montane Dry-Mesic Mixed Conifer Forest a | · | · | · | · | · | · | · | · | · | · |  |
| S034 | Rocky Mountain Montane Mesic Mixed Conifer Forest and W | · | · | · | · | · | · | · | · | · | · |  |
| S036 | Rocky Mountain Ponderosa Pine Woodland | · | · | · | · | · | · | × | · | × | · |  |
| S038 | Southern Rocky Mountain Pinyon-Juniper Woodland | · | · | · | · | · | · | × | · | × | · |  |
| S039 | Colorado Plateau Pinyon-Juniper Woodland | · | · | · | · | · | · | × | · | × | · |  |
| S042 | Inter-Mountain West Aspen-Mixed Conifer Forest and Wood | · | · | · | · | · | · | · | · | · | · |  |
| S045 | Inter-Mountain Basins Mat Saltbush Shrubland | · | · | · | · | × | · | · | × | · | · | × |
| S046 | Rocky Mountain Gambel Oak-Mixed Montane Shrubland | × | · | · | · | · | · | × | · | × | · | × |
| S047 | Rocky Mountain Lower Montane-Foothill Shrubland | × | · | · | · | · | · | × | · | × | · | × |
| S048 | Western Great Plains Sandhill Shrubland | · | · | · | · | · | × | · | · | · | · |  |
| S050 | Inter-Mountain Basins Mountain Mahogany Woodland and S | · | · | · | · | · | · | × | · | × | · | · |
| S052 | Colorado Plateau Pinyon-Juniper Shrubland | × | × | · | · | · | × | × | × | × | × | × |
| S059 | Colorado Plateau Blackbrush-Mormon-tea Shrubland | · | · | × | · | × | · | × | × | × | · | × |
| S065 | Inter-Mountain Basins Mixed Salt Desert Scrub | × | × | × | × | × | · | × | × | · | × | × |

Note: Cover types are described in *Landcover Descriptions for the Southwest Regional GAP Analysis Project* available at http://earth.gis.usu.edu/swgap/swgap_legend_desc.pdf.

Colorado Sagebrush: A Conservation Assessment and Strategy

September 2005

BLM_0034452

Table 6-1. Cover types mapped by SW ReGAP in species of concern ranges and designated as suitable or non-suitable habitat.

**Notes**

"x" = mapped in species range and considered suitable habitat

"·" = mapped in species range but unoccupied or not considered suitable habitat

blank = not mapped in

| Vesper sparrow | Sagebrush vole | Sage thrasher | Sage sparrow | Northern harrier | Merriam's shrew | Lark sparrow | Kit fox (historic) | Green-tailed towhee | Brewer's sparrow | Black-throated sparrow | Code | Southwest Regional GAP Cover Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| × |  | · |  |  | × | × |  | × | × | S074 |  | Southern Rocky Mountain Juniper Woodland and Savanna |
| × | × |  | · | · | × | × | × | × | × |  | S075 | Inter-Mountain Basins Juniper Savanna |
| × | × | × | × | × | · | · | × | · | × | × | S079 | Inter-Mountain Basins Semi-Desert Shrub Steppe |
| · |  | · | · | · | · | · | × | · | · |  | S081 | Rocky Mountain Dry Tundra |
| × | · | · | · | · | · | · | · | · | · | · | S083 | Rocky Mountain Subalpine Mesic Meadow |
| × | · |  | · | · | · | · | · | · | · |  | S085 | Southern Rocky Mountain Montane-Subalpine Grassland |
| × | · | · | · | × | · | × | · | · | · | · | S086 | Western Great Plains Foothill and Piedmont Grassland |
| × | · | · |  | × | · | × |  | · | · |  | S088 | Western Great Plains Shortgrass Prairie |
| × | · | × | · | × | · | × | × | · | × | × | S090 | Inter-Mountain Basins Semi-Desert Grassland |
| · | · | · | · | · | · | · | · | · | · | · | S091 | Rocky Mountain Subalpine-Montane Riparian Shrubland |
| · | · | · | · | · | · | · | · | · | · | · | S092 | Rocky Mountain Subalpine-Montane Riparian Woodland |
| · | · | · | · | × | · | · | · | × | · | · | S093 | Rocky Mountain Lower Montane Riparian Woodland and Shrubland |
| · | · | · | · | · | · | · | · | · | · | · | S095 | Western Great Plains Riparian Woodland and Shrubland |
| × | × | × | × | × | · | × | × | · | × | × | S096 | Inter-Mountain Basins Greasewood Flat |
| · | · | · | · | × | · | · | · | · | · | · | S100 | North American Arid West Emergent Marsh |
| · | · | · | · | · | · | · | · | · | · | · | S102 | Rocky Mountain Alpine-Montane Wet Meadow |
| · | · | · | · | · | · | · | · | · | · | · | S120 | Western Great Plains Floodplain Herbaceous Wetland |
| · | · | · | · | × | · | × | × | · | · | · | S136 | Southern Colorado Plateau Sand Shrubland |
| · | · | · | · | · | · | · | · | · | · | · | N11 | Open Water |
| · | · | · | · | · | · | · | · | · | · | · | N21 | Developed, Open Space - Low Intensity |
| · | · | · | · | · | · | · | · | · | · | · | N22 | Developed, Medium - High Intensity |
| · | · | · | · | · | · | · | · | · | · | · | N31 | Barren Lands, Non-specific |
| · | · | · | · | × | · | · | · | · | · | · | N80 | Agriculture |
| · | · | · | · | · | · | · | · | · | · | · | D01 | Disturbed, Non-specific |
| · | · | · | · | · | · | · | · | · | · | · | D02 | Recently Burned |
| · | · | · | · | · | · | · | · | · | · | · | D03 | Recently Mined or Quarried |
| · | · | · | · | · | · | · | · | · | · | · | D04 | Invasive Southwest Riparian Woodland and Shrubland |
| · | · | · | · | · | · | · | · | · | · | · | D06 | Invasive Perennial Grassland |
| · | · | · | · | · | · | · | · | · | · | · | D07 | Invasive Perennial Forbland |
| · | · | · | · | · | · | · | · | · | · | · | D08 | Invasive Annual Grassland |
| · | · | · | · | · | · | · | · | · | · | · | D09 | Invasive Annual and Biennial Forbland |
| · | · | · | · | · | · | · | · | · | · | · | D10 | Recently Logged Areas |
| · | · | · | · | · | · | · | · | · | · | · | D11 | Recently Chained Pinyon-Juniper Areas |
| · | · | · | · | · | · | · | · | · | · | · | D14 | Disturbed, Oil well |

BLM_0034453

Table 6-2. Rules for modeling habitat for the species of concern in the assessment area.

| Species | Range clip | SW ReGAP sagebrush coverages | SW ReGAP non-sagebrush coverages | Upper elevation limit (meters) |
|---|---|---|---|---|
| Black-throated sparrow | current | all | see "Notes" | 2,000 |
| Brewer's sparrow | current | all | see "Notes" | None |
| Green-tailed towhee | current | all | see "Notes" | None |
| Kit fox | historic | all | see "Notes" | 1,981 |
| Lark sparrow | current | all | see "Notes" | 2,800 |
| Merriam's shrew | current | all | see "Notes" | 2,920 |
| Northern harrier | current | S054, S056, S128 | see "Notes" | 3,100 |
| Sage sparrow | current | all | see "Notes" | 2,500 |
| Sage thrasher | current | all | see "Notes" | 3,250 |
| Sagebrush vole | current | all | see "Notes" | 2,850 |
| Vesper sparrow | current | all | see "Notes" | None |

Notes:

1. SW ReGAP non-sagebrush coverages mapped for each species are shown in Table 6-1 as "suitable habitat."

2. SW ReGAP sagebrush type codes defined in Table 6-1.

3. Sources for elevations: Andrews & Righter (1994), Righter et al. (2004), Fitzgerald et al. (1994), and SW ReGAP Analysis Habitat Notes.

BLM_0034454

Table 6-3. Estimated amounts and percentages of sagebrush and non-sagebrush habitat available for each species of concern within its range in the assessment area.

| Species | Range Area (Million ha) | Habitat Area (Million ha) | Sagebrush Habitat (Million ha) | % of range | % of habitat | Non-Sagebrush Habitat (Million ha) | % of range | % of habitat | Non-Habitat Cover Types (Million ha) | % of range |
|---|---|---|---|---|---|---|---|---|---|---|
| Black-throated sparrow | 0.83 | 0.38 | 0.11 | 14 | 30 | 0.27 | 32 | 70 | 0.45 | 54 |
| Brewer's sparrow | 13.79 | 3.17 | 2.19 | 16 | 69 | 0.97 | 7 | 31 | 10.62 | 77 |
| Green-tailed towhee | 14.81 | 4.41 | 2.20 | 15 | 50 | 2.22 | 15 | 50 | 10.40 | 70 |
| Kit fox (historic) | 1.71 | 0.56 | 0.12 | 7 | 20 | 0.45 | 26 | 80 | 1.15 | 67 |
| Lark sparrow | 8.85 | 3.44 | 1.68 | 19 | 49 | 1.77 | 20 | 51 | 5.41 | 61 |
| Merriam's shrew | 15.68 | 6.21 | 2.17 | 14 | 35 | 4.04 | 26 | 65 | 9.47 | 60 |
| Northern harrier | 9.52 | 4.10 | 1.33 | 14 | 32 | 2.77 | 29 | 68 | 5.42 | 57 |
| Sage sparrow | 3.05 | 1.32 | 0.97 | 32 | 74 | 0.35 | 11 | 26 | 1.73 | 57 |
| Sage thrasher | 5.57 | 2.36 | 1.66 | 30 | 70 | 0.70 | 12 | 30 | 3.22 | 58 |
| Sagebrush vole | 2.67 | 1.36 | 1.23 | 46 | 90 | 0.13 | 5 | 10 | 1.31 | 49 |
| Vesper sparrow | 15.48 | 5.42 | 2.20 | 14 | 41 | 3.22 | 21 | 59 | 10.06 | 65 |

ha = hectares

BLM_0034455

Table 6-4. Estimated amounts and percentages of sagebrush habitat by land owner for each species of concern.

| | Private | | BLM | | USFS | | Other Federal | | State Land Board | | Other State | | Total Sagebrush |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ha | % | ha | % | ha | % | ha | % | ha | % | ha | % | ha (millions) |
| Black-throated sparrow | 17,751 | 16 | 82,752 | 73 | 42 | <1 | 10,432 | 9 | 1,636 | 1 | 1 | <1 | 0.11 |
| Brewer's sparrow | 974,831 | 44 | 889,855 | 41 | 155,944 | 7 | 49,791 | 2 | 99,189 | 5 | 23,888 | 1 | 2.19 |
| Green-tailed towhee | 974,855 | 44 | 890,411 | 41 | 156,753 | 7 | 52,496 | 2 | 98,998 | 5 | 23,910 | 1 | 2.20 |
| Kit fox (historic) | 40,379 | 35 | 60,703 | 53 | 103 | <1 | 12,108 | 11 | 330 | <1 | 1,582 | 1 | 0.12 |
| Lark sparrow | 700,793 | 42 | 784,577 | 47 | 37,286 | 2 | 48,304 | 3 | 87,470 | 5 | 16,506 | 1 | 1.67 |
| Merriam's shrew | 968,866 | 45 | 883,797 | 41 | 141,456 | 7 | 52,657 | 2 | 98,873 | 5 | 23,748 | 1 | 2.17 |
| Northern harrier | 543,867 | 41 | 671,330 | 50 | 6,452 | <1 | 41,680 | 3 | 58,866 | 4 | 10,332 | <1 | 1.33 |
| Sage sparrow | 379,476 | 39 | 510,511 | 52 | 2,603 | <1 | 20,126 | 2 | 53,358 | 5 | 6,472 | <1 | 0.97 |
| Sage thrasher | 697,542 | 42 | 766,042 | 46 | 52,201 | 3 | 40,986 | 2 | 89,154 | 5 | 15,688 | 1 | 1.66 |
| Sagebrush vole | 525,025 | 43 | 565,222 | 46 | 18,596 | 2 | 19,392 | 2 | 91,111 | 7 | 11,142 | 1 | 1.23 |
| Vesper sparrow | 975,788 | 44 | 890,455 | 41 | 156,769 | 7 | 51,567 | 2 | 99,233 | 5 | 23,912 | 1 | 2.20 |

Notes:

ha = hectares

BLM = U. S. Bureau of Land Management

USFS = U. S. Forest Service

"Other Federal" includes National Park Service, Bureau of Indian Affairs, U. S. Department of Energy, U. S. Department of Defense, and other federal lands.

"Other State" includes state wildlife areas, parks, and other State of Colorado lands.

County lands are included under "Private."

The discrepancy between total area of sagebrush for lark sparrow shown on this table and other tables in this chapter is due
    to small spatial errors introduced in GIS by comparing raster (sagebrush) data with vector (land ownership) data.

BLM_0034456

Table 6-5. Estimated amounts and percentages of sagebrush habitat in each species range at risk from pinyon-juniper encroachment, invasive herbaceous vegetation encroachment, residential development, and energy development.

| | Sagebrush habitat (million ha) | Level of risk | Pinyon-juniper encroachment | | Invasive herbaceous vegetation encroachment | | Residential development | | Energy development | | Combined threats | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sagebrush at risk (ha) | % | Sagebrush at risk (ha) | % | Sagebrush at risk (ha) | % | Sagebrush at risk (ha) | % | Sagebrush at risk (ha) | % |
| Black-throated sparrow | 0.11 | None | 6,358 | 6 | 126 | <1 | 104,798 | 93 | 4,851 | 4 | 32 | <1 |
| | | Low | 42,084 | 37 | 4,304 | 4 | 6,298 | 6 | 4,603 | 4 | 236 | <1 |
| | | Moderate | 36,524 | 32 | 30,648 | 27 | 700 | <1 | 85,793 | 76 | 20,362 | 18 |
| | | High | 27,680 | 25 | 77,568 | 69 | 849 | <1 | 17,398 | 15 | 92,016 | 82 |
| Brewer's sparrow | 2.19 | None | 1,224,527 | 56 | 7,228 | <1 | 1,792,340 | 82 | 363,445 | 17 | 1,324 | <1 |
| | | Low | 325,182 | 15 | 1,277,377 | 58 | 317,446 | 14 | 403,632 | 18 | 410,108 | 19 |
| | | Moderate | 250,195 | 11 | 398,698 | 18 | 49,986 | 2 | 1,262,505 | 58 | 938,894 | 43 |
| | | High | 393,794 | 18 | 510,395 | 23 | 33,926 | 2 | 164,116 | 7 | 843,372 | 38 |
| Green-tailed towhee | 2.20 | None | 1,225,004 | 56 | 7,244 | <1 | 1,796,068 | 82 | 364,500 | 17 | 1,302 | <1 |
| | | Low | 324,942 | 15 | 1,278,903 | 58 | 317,273 | 14 | 404,365 | 18 | 410,917 | 19 |
| | | Moderate | 253,555 | 12 | 400,766 | 18 | 50,216 | 2 | 1,263,852 | 58 | 940,803 | 43 |
| | | High | 394,119 | 18 | 510,707 | 23 | 34,065 | 2 | 164,904 | 8 | 844,599 | 38 |
| Kit fox (historic) | 0.12 | None | 1,405 | 1 | 83 | <1 | 90,988 | 79 | 4,050 | 4 | 2 | <1 |
| | | Low | 12,183 | 11 | 10,937 | 9 | 14,861 | 13 | 2,987 | 3 | 407 | <1 |
| | | Moderate | 46,407 | 40 | 32,461 | 28 | 5,294 | 5 | 80,062 | 69 | 15,642 | 14 |
| | | High | 55,229 | 48 | 71,742 | 62 | 4,079 | 4 | 28,124 | 24 | 99,172 | 86 |
| Lark sparrow | 1.68 | None | 867,275 | 52 | 1,038 | <1 | 1,388,111 | 83 | 264,823 | 16 | 139 | <1 |
| | | Low | 252,878 | 15 | 853,880 | 51 | 232,066 | 14 | 278,615 | 17 | 261,188 | 16 |
| | | Moderate | 190,866 | 11 | 389,205 | 23 | 34,507 | 2 | 998,368 | 60 | 711,651 | 42 |
| | | High | 364,031 | 22 | 430,926 | 26 | 20,364 | 1 | 133,243 | 8 | 702,072 | 42 |
| Merriam's shrew | 2.17 | None | 1,198,268 | 55 | 4,128 | <1 | 1,770,519 | 82 | 345,854 | 16 | 997 | <1 |
| | | Low | 323,825 | 15 | 1,253,998 | 58 | 315,715 | 15 | 396,361 | 18 | 387,334 | 18 |
| | | Moderate | 253,296 | 12 | 400,851 | 18 | 49,778 | 2 | 1,262,482 | 58 | 937,649 | 43 |
| | | High | 394,124 | 18 | 510,536 | 24 | 33,500 | 2 | 164,815 | 8 | 843,532 | 39 |
| Northern harrier | 1.33 | None | 628,691 | 47 | 601 | <1 | 1,112,165 | 83 | 124,955 | 9 | 44 | <1 |
| | | Low | 225,560 | 17 | 558,411 | 42 | 173,244 | 13 | 136,050 | 10 | 87,545 | 7 |
| | | Moderate | 119,724 | 9 | 373,748 | 28 | 30,516 | 2 | 935,573 | 70 | 585,678 | 44 |
| | | High | 358,619 | 27 | 399,834 | 30 | 16,670 | 1 | 136,016 | 10 | 659,329 | 49 |

BLM_0034457

Table 6-5. Estimated amounts and percentages of sagebrush habitat in each species range at risk from pinyon-juniper encroachment, invasive herbaceous vegetation encroachment, residential development, and energy development.

| | Sagebrush habitat (million ha) | Level of risk | Pinyon-juniper encroachment | | Invasive herbaceous vegetation encroachment | | Residential development | | Energy development | | Combined threats | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sagebrush at risk (ha) | % | Sagebrush at risk (ha) | % | Sagebrush at risk (ha) | % | Sagebrush at risk (ha) | % | Sagebrush at risk (ha) | % |
| Sage sparrow | 0.97 | None | 544,783 | 56 | 216 | <1 | 848,447 | 87 | 61,492 | 6 | 19 | <1 |
| | | Low | 118,755 | 12 | 376,179 | 39 | 100,737 | 10 | 70,354 | 7 | 30,667 | 3 |
| | | Moderate | 98,570 | 10 | 291,940 | 30 | 15,553 | 2 | 755,974 | 78 | 481,501 | 50 |
| | | High | 210,467 | 22 | 304,240 | 31 | 7,836 | <1 | 84,755 | 9 | 460,387 | 47 |
| Sage thrasher | 1.66 | None | 993,535 | 60 | 1,164 | <1 | 1,413,958 | 85 | 283,585 | 17 | 119 | <1 |
| | | Low | 227,442 | 14 | 901,686 | 54 | 204,773 | 12 | 304,148 | 18 | 304,068 | 18 |
| | | Moderate | 167,703 | 10 | 353,063 | 21 | 27,817 | 2 | 964,471 | 58 | 741,712 | 45 |
| | | High | 272,972 | 16 | 405,739 | 24 | 15,104 | 1 | 109,449 | 7 | 615,754 | 37 |
| Sagebrush vole | 1.23 | None | 807,205 | 66 | 269 | <1 | 1,071,179 | 87 | 84,225 | 7 | 65 | <1 |
| | | Low | 143,234 | 12 | 682,166 | 55 | 142,952 | 12 | 156,705 | 13 | 102,794 | 8 |
| | | Moderate | 43,670 | 4 | 223,041 | 18 | 11,685 | 1 | 896,065 | 73 | 622,932 | 51 |
| | | High | 236,386 | 19 | 325,020 | 26 | 4,679 | <1 | 93,500 | 8 | 504,705 | 41 |
| Vesper sparrow | 2.20 | None | 1,225,848 | 56 | 7,327 | <1 | 1,795,748 | 82 | 364,492 | 17 | 1,327 | <1 |
| | | Low | 325,532 | 15 | 1,279,012 | 58 | 317,770 | 14 | 403,928 | 18 | 410,926 | 19 |
| | | Moderate | 252,314 | 11 | 400,595 | 18 | 50,298 | 2 | 1,265,178 | 58 | 940,998 | 43 |
| | | High | 394,236 | 18 | 510,995 | 23 | 34,113 | 2 | 164,332 | 7 | 844,678 | 38 |

ha = hectares

BLM_0034458

# CHAPTER 7

## SPECIES GROUPS AND SPECIES RICHNESS

In this chapter, we place the 11 species of concern into three groups and map species of concern richness in sagebrush habitat in the assessment area for each group. This regional-level mapping of species richness, together with sagebrush patch size data from Chapter 3 and the risk analysis presented in Chapter 4, is incorporated into the regional multi-species conservation planning approach presented in Chapter 8.

The conservation vision statement set forth in CDOW's strategic plan emphasizes the development of management approaches encompassing multi-species communities across the landscape. The species group approach is a practical method of addressing the needs of individual species with overlapping ranges and similar habitat requirements.

**Methods**

*Designating Species Groups*

We reviewed the literature to identify habitat requirements for each species of concern (see Chapter 5 and species profiles in the Appendix). We explored grouping species by level of sagebrush dependence, principal habitat associations, range overlap, and physiognomic, floristic, and landscape-scale requirements in sagebrush habitat. Our species group designations were ultimately driven by a combination of these factors and by similarities in management requirements. Landscape-scale factors such as total amount of suitable habitat in sagebrush and patch-size requirements were the most influential in our group designations, while habitat features important at the local scale, such as shrub height and percent canopy cover preferences, were less important but helped us refine the groups. Table 7-1 presents the primary factors we considered when forming species groups, roughly in order of importance.

*Species Richness Analysis*

To identify geographic areas of focus for conservation planning, we initially performed a watershed-level (USGS hydrounit-level) analysis of habitat abundance vs. habitat risk (composite conditions mapping) for each species group across the assessment area, an approach used in similar habitat assessments and planning efforts in the western U.S. (Beever and Pyke 2002; Wisdom et al. 2003a; Wisdom et al. 2003b). However, we ultimately found the watershed-level analysis too coarse for describing and prioritizing the most important or most at-risk sagebrush habitats, primarily because of the discontinuous distribution of sagebrush in the assessment area. For instance, the Gunnison Basin, a significant sagebrush stronghold, is divided between several watersheds, with sagebrush constituting only a fraction of each watershed. As a result, the analysis ranked the Gunnison Basin watersheds at low or moderate sagebrush habitat abundance, which did not reflect on-the-ground conditions within the Basin, and created biased management priority rankings. We therefore ultimately abandoned this approach and used a species richness analysis to identify and prioritize areas for conservation planning.

The species richness analysis is similar to the procedure used by Knick et al. (2003) to assess conservation and research needs for sagebrush avifauna. For this approach, we used the sagebrush habitat maps for each species of concern developed in Chapter 6. For each species group, we used GIS to count the number of species in each group with sagebrush habitat in each 30 x 30 meter sagebrush cell. Richness values ranged from 0 to the total number of

BLM_0034459

species in the group (3 or 4). We then depicted sagebrush habitat for each group, classified by the species richness value.

**Results**

*Species Groups*

The members of the three species groups are listed on Table 7-1. We refer to Brewer's sparrow, sage sparrow, sage thrasher, and sagebrush vole as Group 1; black-throated sparrow, kit fox, northern harrier, and vesper sparrow as Group 2; and green-tailed towhee, lark sparrow, and Merriam's shrew as Group 3. Each of the three species groups falls within a distinct set of habitat requirements and preferences.

Group 1 species are widely considered sagebrush obligates; significantly more of the total habitat for each of these species in the assessment area is sagebrush than non-sagebrush land cover types. Group 1 birds are also believed to be area-sensitive, requiring relatively large patches of sagebrush for breeding habitat. Group 1 species generally prefer fairly monotypic shrub stands, taller shrubs, and more shrub canopy cover than many of the other species of concern.

Group 2 species are less strongly associated with sagebrush in the assessment area (about 20 to 60 percent of their suitable habitats were identified as sagebrush). They tolerate a spectrum of patch sizes, shrub heights, and types of shrub stands, while generally preferring less shrub canopy and possibly more herbaceous ground cover than other species of concern.

Group 3 is moderately associated with sagebrush in the assessment area (31 to 60 percent of their suitable habitats were identified as sagebrush), and its two avian members are associated with habitat edges, ecotones, relatively high shrub diversity, and habitat patchiness. All three members of Group 3 tolerate scattered trees in shrublands, whereas most of the other species of concern, with the possible exception of black-throated sparrow (Group 2), do not. We placed Merriam's shrew in Group 3 based on its modeled degree of association with sagebrush in the assessment area, and on published habitat descriptions, which seemed to fit well with, or at least did not conflict with, descriptions of green-tailed towhee habitat.

*Species Richness in Sagebrush Habitat for Groups*

Species richness in sagebrush habitat across the assessment area for each species group is shown in Figures 7-1, 7-2, and 7-3. For Group 1, maximum species richness (n=4) occurs in the northern part of the assessment area, in Moffat and western Rio Blanco counties and North Park. This reflects the somewhat limited distributions of sage sparrow and sagebrush vole. The next most species-rich areas (n=3) are concentrated in the same areas, as well as in the Laramie River drainage, Middle Park, Routt and Mesa counties, Dry Creek Basin in San Miguel County, the San Luis Valley in Costilla County, and lower elevations of the Gunnison Basin.

For Group 2, maximum species richness (n=4) occurs in only a few places in the southwestern part of the assessment area, due to the restricted distributions of kit fox and black-throated sparrow habitat. Maximum species richness occurs in relatively small areas of primarily Mesa, Montrose, San Miguel, and Montezuma counties. The next most species-rich areas (n=3) occur in mostly the same areas, with additional concentrations in central Garfield and western Rio Blanco and Moffat counties.

For Group 3, maximum species richness (n=3) is very extensive throughout the assessment area, reflecting the wide distribution of all Group 3 species and to some extent the smaller number of species in this group compared to the other groups. All of the principal sagebrush areas in the assessment area contain large areas of maximum species richness for Group 3.

BLM_0034460

## Discussion

Management of specific areas on behalf of a species group will not equally benefit all species in the group. Nevertheless, groups can be adaptively used to address the needs of both individual species and groups of species by first setting management for groups, then testing the benefits of that management for individual species, and then adjusting management direction (or groups) as necessary to best benefit all species of concern (Wisdom et al. 2004; Wisdom et al. 2003a).

The species richness maps (Figures 7-1, 7-2, and 7-3) indicate important differences between species groups in the location of maximum and near-maximum species richness. High species richness occurs for Group 1 in northern counties, for Group 2 in southwestern counties, and for Group 3 broadly throughout the assessment area. While managing all sagebrush areas is important, the species richness analysis indicates that management efforts in the northern counties will provide the most benefit to Group 1 species (sagebrush obligates) as a whole. Areas of low, medium, and high management emphasis are designated for each species group in Chapter 8.

### Assumptions and Limitations

- Species groups are imperfect proxies for individual species of concern. How these groups will perform as manageable units on behalf of individual species will need periodic evaluation.

- The species richness maps were derived from GIS analyses described in previous chapters, including the estimation of current sagebrush extent (Chapter 3) and species ranges and habitats (Chapter 6). As a consequence, the species richness maps are subject to the same assumptions and limitations as the source data used to create them. Habitat mapping for the species of concern is probably good at the coarse scale appropriate for this assessment, at least for the better-known species (see Chapter 6 for limitations).

### Key Findings

- We designated three species groups: Group 1 - Brewer's sparrow, sage sparrow, sage thrasher, and sagebrush vole; Group 2 - black-throated sparrow, kit fox, northern harrier, and vesper sparrow; and Group 3 - green-tailed towhee, lark sparrow, and Merriam's shrew.

- We used GIS to estimate species richness in the assessment area for each species group, using data developed in previous chapters on sagebrush extent and individual species' ranges and habitat.

- Areas of maximum and near-maximum species richness in sagebrush habitat vary substantially among species groups. High species richness is concentrated for Group 1 in the northern counties, for Group 2 in the southwestern counties, and for Group 3 broadly throughout the assessment area. These differences reflect the differing habitat distributions among the species in the groups, and to a lesser extent the smaller number of species (3) in Group 3 compared to the other groups (4 species).

### Literature Cited

Beever, E. A., and D. A. Pyke. 2002. *Research plan for lands administered by the U. S. Department of the Interior in the interior Columbia Basin and Snake River Plateau. Information and Technology Report USGS/BRD/ITR-2002-0003*. Corvallis, Oregon: U. S. Geological Survey, Forest and Rangeland Ecosystem Science Center.

BLM_0034461

Knick, S. T., D. S. Dobkin, J. T. Rotenberry, M. A. Schroeder, W. M. Vander Haegen, and Charles III Van Riper. 2003. Teetering on the edge or too late? Conservation and research issues for avifauna of sagebrush habitats. *Condor* 105:611-634.

Wisdom, M. J., G. Hayward, S. Shelly, C. D. Hargis, R. S. Holthausen, J. Epifiano, L. Parker, and J. Kershner. 2004. *Using species groups and focal species for assessment of species at risk in forest planning. Draft Report from Grouping Species Task Group 3b. January 5.* La Grande, Oregon: U. S. Forest Service, Pacific Northwest Research Station.

Wisdom, M. J., M. M. Rowland, L. H. Suring, L. Schueck, C. W. Meinke, B. C. Wales, and S. T. Knick. 2003a. *Procedures for regional assessment of habitats for species of conservation concern in the sagebrush ecosystem. Version 1, March.* La Grande, Oregon: U. S. Forest Service, Pacific Northwest Research Station.

Wisdom, M. J., L. H. Suring, M. M. Rowland, R. J. Tausch, R. F. Miller, L. Schueck, C. W. Meinke, S. T. Knick, and B. C. Wales. 2003b. *A prototype regional assessment of habitats for species of conservation concern in the Great Basin ecoregion and Nevada. Version 1.1, September. Unpublished report on file.* La Grande, Oregon: U. S. Forest Service, Pacific Northwest Research Station.

BLM_0034462

Table 7-1. Species groups based on a spectrum of sagebrush habitat characteristics and preferences in the assessment area.

| Group | Species Groups | <30% habitat in sagebrush | >31% and <60% in sagebrush | >61% habitat in sagebrush | smaller patches | spectrum of patch sizes ok | larger patches | edge or ecotone | either edge or interior ok | interior | patchy shrub distribution | range of shrub distribution patterns ok | uniform shrub distribution | monotypic shrub stands | either shrub stand type ok | mixed shrub stands | shorter shrubs | spectrum of shrub heights ok | taller shrubs | lower % shrub cover | range of shrub cover ok | higher % shrub cover | lower % herbaceous cover | range of herbaceous cover ok | higher % herbaceous cover | no trees | either no trees or scattered trees ok | requires scattered trees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Group 1 | Brewer's sparrow |  | x |  |  | x |  |  | x |  |  | x |  | x |  |  |  | x |  |  | x |  | x |  |  | x |  |  |
| Group 1 | Sage sparrow |  | x |  |  | x |  |  | x |  |  | x |  | x |  |  |  | x |  |  | x |  | x |  |  | x |  |  |
| Group 1 | Sage thrasher |  | x |  |  | x |  |  | x |  |  | x |  | x |  |  |  | x |  |  | x |  | x |  |  | x |  |  |
| Group 1 | Sagebrush vole |  | x |  | x |  |  | x |  |  | x |  |  |  | x |  | x |  |  | x |  |  |  | x |  |  | x |  |
| Group 2 | Black-throated sparrow | x |  |  |  | x |  | x |  |  |  | x |  | x |  |  | x |  |  | x |  |  | x |  |  |  | x |  |
| Group 2 | Kit fox | x |  |  |  |  | x | x |  |  |  |  | x | x |  |  | x |  |  | x |  |  | x |  |  | x |  |  |
| Group 2 | Northern harrier |  | x |  |  |  | x | x |  |  |  |  | x | x |  |  | x |  |  |  | x |  |  |  | x | x |  |  |
| Group 2 | Vesper sparrow |  | x |  |  | x |  | x |  |  |  |  | x | x |  |  |  |  | x | x |  |  |  |  | x | x |  |  |
| Group 3 | Green-tailed towhee |  | x |  | x |  |  | x |  |  | x |  |  |  |  | x |  | x |  |  |  | x | x |  |  |  | x |  |
| Group 3 | Lark sparrow |  | x |  | x |  |  | x |  |  | x |  |  | x |  |  |  | x |  |  |  | x | x |  |  |  | x |  |
| Group 3 | Merriam's shrew |  | x |  | x |  |  | x |  |  | x |  |  | x |  |  |  | x |  |  | x |  |  |  | x |  | x |  |

BLM_0034463

# CHAPTER 8

## CONSERVATION PLAN

The strategies presented in this Chapter have not been formally approved or adopted by the Colorado Division of Wildlife (CDOW). In a separate process outside of this plan, the CDOW will analyze and prioritize recommended strategies and identify those to be considered during planning and budgeting processes. Timelines for completion of strategies will then be developed. Implementation of strategies by the CDOW is contingent upon adequate staffing and funding as well as agency priorities.

This plan is intended to provide resource managers with a conceptual framework for regional sagebrush conservation planning and management with regard to 11 species of concern. The overarching goal of this plan is to avert further decline of the species of concern within the assessment area. In this chapter, we 1) review the species groups, 2) identify and prioritize management emphasis areas for each species group, and 3) develop goals, objectives, and strategies for conservation of the species of concern.

## Species Groups

The following three species groups were identified in Chapter 7:

*Group 1: Sagebrush obligate or near-obligate species*

> Brewer's sparrow
> Sage sparrow
> Sage thrasher
> Sagebrush vole

*Group 2: Species of sagebrush, other low or arid shrublands, and grasslands*

> Black-throated sparrow
> Kit fox
> Northern harrier
> Vesper sparrow

*Group 3: Species of sagebrush, montane shrublands, woodlands, and edges*

> Green-tailed towhee
> Merriam's shrew
> Lark sparrow

Although use of species groups facilitates multi-species conservation planning at the regional scale, groups are imperfect surrogates for the individual species they represent. We acknowledge this limitation and outline management issues between and among individual species to help users of this plan take these limitations into account. Chapters 4, 5, and 6 describe threats to individual species and their sagebrush habitat. Table 8-1 summarizes potential habitat requirement differences between species, data gaps, and management and monitoring issues (more detailed discussion is provided in species profiles in the Appendix).

## Identification of Management Emphasis Areas

For each species group, we identified geographic areas of sagebrush habitat to receive low, moderate, or high management emphasis. To identify these sagebrush habitat areas and assign management emphases, we used GIS to analyze the following data sets developed in previous chapters according to the criteria shown in Figure 8-1:

1. Sagebrush patch size (Chapter 3, Figure 3-3)

2. Species richness analysis (Chapter 7, Figures 7-1, 7-2, and 7-3)

3. Risk to sagebrush from combined threats (Chapter 4, Figure 4-5)

Figures 8-2, 8-3, and 8-4 show areas of sagebrush habitat with recommended levels of management emphasis for Group 1, Group 2, and Group 3, respectively. It should be noted that the emphasis areas consider only sagebrush habitat for the species of concern. Non-sagebrush habitats are also important for conservation of the species of concern to varying degrees, but assessment and conservation of non-sagebrush habitats is beyond the scope of this document. The datasets and the criteria thresholds used to determine emphasis areas are described in more detail below.

Sagebrush Patch Size—Patch size and pattern on the landscape are very important to most of the species of concern (see Chapter 5 and species profiles in the Appendix). Group 1 species in particular are known or suspected to require fairly large expanses of sagebrush, and Group 2 species generally require extensive shrublands though not exclusively sagebrush. Much of the sagebrush in the assessment area is quite patchy and fragmented, so that very large patches (at least several thousand hectares) are relatively uncommon. In the decision criteria (Figure 8-1), all sagebrush patches of at least 10,000 ha are characterized as moderate or high emphasis, if species richness and threat criteria are also met. All sagebrush patches of 100 to 10,000 ha are characterized as low or moderate emphasis, depending on other criteria.

Species Richness Analysis—Species richness is defined as the number of species in the species group identified with sagebrush habitat in a 30 x 30 meter sagebrush cell. The species richness datasets were developed for each group in Chapter 7 from species habitat and range maps presented in Chapter 6. Including species richness in the criteria helps to focus management on areas where sagebrush habitat exists for a majority of the species in the group. We used the following thresholds for species richness to determine moderate or high emphasis management areas (depending on other criteria, see Figure 8-1):

- Group 1: Habitat for at least 3 of the 4 species in the group,

- Group 2: Habitat for at least 2 of the 4 species in the group, and

- Group 3: Habitat for at least 2 of the 3 species in the group.

It was necessary to use a lower threshold for Group 2, because of less habitat overlap for species in that group.

Risk to Sagebrush from Combined Threats—Inclusion of this criterion helps to focus management on sagebrush areas most at risk from the four modeled threats to sagebrush (Chapters 4 and 6): encroachment by pinyon-juniper and invasive herbaceous plants, energy development, and residential development. Sagebrush in patches of at least 10,000 ha that also met the species richness criteria were characterized as high emphasis if combined threat was high or moderate, and low emphasis if combined threat was low or none. Sagebrush in patches of 100 to 10,000 ha that also met the species richness criteria were characterized as moderate emphasis if combined threat was high or moderate.

All sagebrush in the assessment area not characterized as high or moderate emphasis according to the above criteria and thresholds was characterized as low emphasis.

The locations of high and moderate emphasis areas are fairly similar for all groups. High emphasis areas are concentrated in much of Moffat County, the lower White River drainage, North Park, western Middle Park, Piñon Mesa in Mesa County, Dry Creek Basin in San Miguel County, and the lower elevations of the Gunnison Basin and the San Luis Valley in Costilla

BLM_0034465

County. High emphasis areas for Group 1 also occur in lower elevations of Eagle and southern Routt counties. Moderate emphasis areas generally occur in much of the rest of these areas, although for Group 1 moderate emphasis areas are not extensive in the Gunnison Basin. Moderate emphasis areas are most extensive for Group 3, reflecting the broad ranges and generally wide habitat tolerances of most of the Group 3 species. High and moderate emphasis areas for Group 3 encompass all of the respective emphasis areas for Group 1, but also extend into other geographic areas and in some cases to higher elevations.

**Prioritization of Management Emphasis Areas by Species Groups**

As explained above, we identified sagebrush management areas for each species group with low, moderate, or high management emphasis (Figures 8-2, 8-3, and 8-4). We recommend further prioritization of management emphasis areas by species groups, with first priority given to Group 1, second priority given to Group 2, and third priority given to Group 3. First priority for Group 1 species is due to their nearly complete reliance on sagebrush habitats. The protection of sagebrush habitat of suitable amounts and quality is the single biggest conservation issue for these species. Second priority for Group 2 is due to their partial dependence on sagebrush, and additional requirements for arid low shrublands that are susceptible to various land use threats including invasive herbaceous plants and residential development (see Chapter 4). Furthermore, two species in Group 2 (kit fox and northern harrier) have large home ranges and require large areas of contiguous habitat (see Appendix, species profiles), and kit fox populations in Colorado are critically depleted. Third priority for Group 3 species reflects their relatively low dependence on sagebrush, or use of edge habitats, and common use of either more mesic mountain shrublands or pinyon-juniper shrublands/open woodlands. These other habitat types tend to be less ecologically brittle than the majority of Group 1 and Group 2 species habitats, and are generally less at risk from the four modeled threats (see Chapter 4).

The relationship between management area emphases and species group priorities is shown in the following diagram.



After some exploratory analysis, we defined sagebrush priority areas, incorporating the management emphasis and species group information. The diagram above illustrates our rationale for the sagebrush priorities, and the sagebrush priorities are mapped in Figure 8-5. Some sagebrush 30 x 30 meter cells fall into different management emphasis areas for different species groups; that is, a sagebrush cell may have high management emphasis for Group 1 species (which we want to select as Priority 1 sagebrush) but moderate management emphasis

BLM_0034466