for Group 2 species (which we want to select as Priority 3). To resolve this, the sagebrush priority areas shown in Figure 8-5 assign the highest possible priority to each sagebrush cell.

In practice, biologists and managers may want to analyze priorities in different ways, depending on local project objectives. Furthermore, the value of sagebrush patch size varies among species of concern (see Chapters 3 and 5 and species profiles in the Appendix), and the landscape context. For example, small sagebrush patches (such as patches from 40 to 100 ha) may be of greater value to sagebrush-dependent species if they are well-distributed rather than sparsely distributed, and if they tend to form habitat bridges connecting much larger sagebrush patches. Finally, existing sagebrush habitat quality (shrub stand and understory characteristics, for example) is not identified in this assessment, but will be important for prioritization of projects at the local level. Therefore, we propose the sagebrush priorities shown in Figure 8-5 as a general outline for regional prioritization, and follow this framework in the objectives and strategies below. We recommend that biologists and managers conduct additional prioritization at the local (project) level, to include the following steps:

1. Use the spatial data developed for this assessment (provided separately) to guide identification and prioritization of sagebrush maintenance or enhancement projects at the local level, because different data sets can be compared or combined in many ways to meet different objectives. For example, sagebrush priority areas can be spatially related to a particular threat model such as risk of energy development to define areas where that type of risk should be evaluated and addressed for all species of concern. Alternatively, a species richness model for one species group can be evaluated against a risk model to identify areas where that risk can be addressed for a single species group. In the strategies below, we include recommendations for conducting these types of further GIS analyses.

2. Consider landscape context when prioritizing sagebrush patches for maintenance or enhancement. For small sagebrush patches, higher patch density on the landscape is more valuable than lower patch density (for most species of concern), and patches that enhance connections between larger sagebrush patches are more valuable than patches that do not provide connections.

3. Evaluate sagebrush habitat quality at the local level. Patches of high quality shrub and understory characteristics are more valuable for protection efforts, and patches with lower habitat quality are suited for enhancement projects.

## Defining Goals, Objectives, and Strategies

In this section, we define what we mean by goals, objectives, and strategies; define four conservation principles that guide the development of goals; and develop specific goals, objectives, and strategies for conservation of the species of concern.

We define *goals* as qualitative statements that describe long-term visions or standards; we define *objectives* as specific benchmarks that indicate progress toward or completion of goals; and we define *strategies* as tasks, actions, or projects that will lead to the accomplishment of the objectives. Timelines for completion of strategies will be developed by CDOW during a separate implementation process.

We begin by stating the following four *conservation principles* for the species of concern:

1. Identify and preserve high-quality sagebrush habitats and restore degraded sagebrush habitats for the species of concern.

2. Maintain self-sustaining populations of the species of concern in the assessment area.

BLM_0034467

3. Promote scientifically sound research to improve understanding of species of concern sagebrush habitat requirements and responses to habitat change.

4. Use new research-based knowledge to update and inform goals, objectives, and strategies in an adaptive management approach.

## Coordination with Other Conservation Programs

The habitat-related goals in this document should be coordinated with sage-grouse habitat protection, improvement, and research efforts where possible and relevant. These include goals and actions described in the Gunnison Sage-grouse Rangewide Conservation Plan (GSRSC 2005) and the BLM National Sage-Grouse Habitat Conservation Strategy (BLM 2004). The BLM is also developing a state-level sage-grouse habitat conservation strategy for Colorado, tiered to the national strategy. Actions carried out in the assessment area under these programs that relate to surveys of habitat condition and trend, and to restoration of sagebrush habitats, are of particular importance to the conservation of species of concern addressed in this assessment. Conservation plans and actions completed or in preparation for Colorado covering greater sage-grouse, white-tailed prairie dog, and black-footed ferret also may relate to the goals of this assessment and strategy, and should be integrated where possible to avoid duplicative or contradictory efforts.

Existing species monitoring in the assessment area, particularly the Monitoring Colorado's Birds (MCB) program supported by CDOW, are also of potentially high value to the goals of this assessment and strategy. Detailed discussion of integration of this plan's goals with other monitoring programs is provided under Objective 2 below.

## Adaptive Management

Adaptive management is a concept that has been applied to problems of natural resources conservation since the 1970s, and since the 1990s has gained widespread attention and use as a way to increase the efficiency and reliability of conservation programs (Salafsky et al. 2001). In its essence, adaptive management is both a set of steps for organizing effort and resources (the "process"), and a series of concepts and viewpoints for analytical thinking (the "principles"). Salasfsky et al. (2001) define the following steps in the process of adaptive management:

> START: Establish a clear and common purpose
>> Step A: Design an explicit model of your system
>> Step B: Develop a management plan that maximizes results and learning
>> Step C: Develop a monitoring plan to test your assumptions
>> Step D: Implement your management and monitoring plans
>> Step E: Analyze data and communicate results
> ITERATE: Use results to adapt and learn

Salasfsky et al. (2001) outline the following principles to consider for adaptive management:

> Principle 1: Do adaptive management yourself
> Principle 2: Promote institutional curiosity and innovation
> Principle 3: Value failures
> Principle 4: Expect surprise and capitalize on crisis
> Principle 5: Encourage personal growth
> Principle 6: Create learning organizations and partnerships
> Principle 7: Contribute to global learning
> Principle 8: Practice the art of adaptive management

Adaptive management is a concept that applies to all phases of the conservation strategy for species of concern. The objectives and strategies developed below incorporate adaptive management concepts to define specific issues and needs, monitor and evaluate results, communicate needs and results, and use the lessons learned to improve performance.

## Statement of Goals, Objectives, and Strategies

The remainder of this chapter presents three goals relating to maintenance and management of sagebrush habitat, monitoring of species of concern, and research needs. Under each goal one or more objectives is established, and for each objective a series of strategies is presented. The strategies represent "pick lists" of specific, measurable tasks that can be undertaken to meet the objectives. It is recognized that not all of the strategies may be undertaken because of limits on agency resources, so the strategies are presented in order of importance to meeting the objectives.

### GOAL 1: MAINTAIN SAGEBRUSH HABITAT OF ADEQUATE QUANTITY, LANDSCAPE ARRANGEMENT, AND QUALITY FOR SPECIES OF CONCERN IN THE ASSESSMENT AREA.

Discussion: Conservation of the species of concern depends on the existence of suitable sagebrush habitat. Many aspects of sagebrush habitat may comprise suitability, and these factors vary among the species of concern. However, three factors are most important at the landscape scale and are treated in this assessment and plan: total area of sagebrush (sagebrush quantity), size and arrangement of sagebrush patches on the landscape, and quality of sagebrush habitat in terms of vegetation composition.

### Objective 1.1: Minimize sagebrush habitat loss and fragmentation, emphasizing Priority 1 and 2 patches.

Discussion: Figure 8-5 shows the locations of Priority 1, 2, and 3 sagebrush patches. Several of the species of concern are sensitive to patch size, and either require or reach maximum densities in large areas of contiguous sagebrush (see Appendix, species profiles). Kit fox and northern harrier require open habitats on the order of thousands of hectares. Sage sparrow may require sagebrush of at least a few hundred hectares; Brewer's sparrow and sage thrasher may require sagebrush patches of at least 40 hectares. Because of their limited mobility compared to birds, sagebrush vole and Merriam's shrew are probably much less able to find and use small sagebrush patches; while little is known of the habitat needs of these species, the known range of the sagebrush vole suggests that this species requires very large expanses of sagebrush to persist over time.

| Objective 1.1: Minimize sagebrush habitat loss and fragmentation, emphasizing Priority 1 and 2 sagebrush patches. |
|---|
| **Strategies:** |
| 1.1.A   Formulate and publicize a CDOW position encouraging protection of Priority 1 and 2 sagebrush patches from substantial further loss, fragmentation, or degradation, while acknowledging all existing legal rights. |
| 1.1.B   Participate in land use planning processes for public lands containing Priority 1 and 2 sagebrush, and suggest land use alternatives that minimize substantial further loss, fragmentation, or degradation. |
| 1.1.C   Participate in county and local land use planning processes for private lands containing Priority 1 and 2 sagebrush, and encourage land use alternatives that minimize substantial further loss, fragmentation, or degradation. |

BLM_0034469

***Objective 1.2:*** *Reduce the impacts of understory encroachment by invasive herbaceous plants.*

*Discussion*: Risk of understory encroachment by non-native, invasive herbaceous vegetation is probably the most extensive sagebrush habitat threat to the species of concern (Chapter 6). Priority 1 and 2 sagebrush patches (Figure 8-5) at high or moderate risk from weed encroachment (Figure 4-2) are the best candidates for preventive measures, especially where other widespread threats, which act as vectors for weed dispersal, are low. Significant understory encroachment likely already exists to varying degrees in sagebrush habitat in high risk areas. Understory restoration and maintenance are costly and success rates vary. Understory treatments should be focused on areas where chances of success are highest (Monsen 2004a; 2004b).

| Objective 1.2: Reduce the impacts of understory encroachment by invasive herbaceous plants. |
| --- |
| **Strategies:** |
| 1.2.A   Based on availability of agency resources, select appropriate Priority level sagebrush patches and level of herbaceous weed threat for evaluation and management. Use GIS to identify the selected Priority patches that contain the selected level of herbaceous weed threat. Further prioritize sagebrush patches, if necessary, based on local knowledge of herbaceous weed threat. |
| 1.2.B   In sagebrush patches selected in strategy 1.2.A, inventory and map the degree of understory encroachment by invasive herbaceous plants. Use the data to evaluate the performance of current understory encroachment threat modeling. Revise map as necessary. |
| 1.2.C   Develop digital spatial data and criteria for identifying suitable sagebrush habitat patches for protection and treatment, using considerations in *Restoration Manual for Colorado Sagebrush and Associated Shrubland Communities* (Monsen 2004a, 2004b). |
| 1.2.D   Develop or adapt existing model to predict rates of understory encroachment under different habitat conditions and management scenarios to assist with planning efforts to meet this objective. |
| 1.2.E   Develop and initiate preventive measures by coordinating with private landowners and public agencies. |
| 1.2.F   Develop and initiate treatment measures in selected sagebrush patches where substantial invasive herbaceous vegetation exists. |
| 1.2.G   Monitor 1) spread of understory encroachment, 2) effectiveness of prevention and treatments; 3) how species of concern respond to treatments using controlled experiments designed directly into treatment regime and integrated with research in other goal areas, 4) overall effectiveness of different treatment methods. Integrate with research in other objectives under Goal 1. Biannually review results or progress. |
| 1.2.H   Refine and revise the herbaceous weed threat model (see Assumptions and Limitations and Recommendations in Chapter 4). Potential improvements include: <br> • Incorporate new published information as it becomes available on site characteristics favoring spread of cheatgrass, annual mustards, and other principal weed species. <br> • Use the results of field checks of model predictions to test the model parameters. <br> • Incorporate additional spatial data on existing weed infestations, such as county-level survey data. <br> • Incorporate additional spatial data on disturbance locations, such as fine-scale roads, areas of energy development, and transmission line corridors. <br> • Biannually review results or progress. |

***Objective 1.3:*** *Reduce adverse impacts of energy development to species of concern.*

*Discussion*: Risk of energy development is broadly moderate for sagebrush habitats of all species of concern (Chapter 6). Efforts should be focused in areas of Priority 1 and 2 sagebrush patches (Figure 8-5) that contain moderate or high risk from energy development (Figure 4-3). Strategies for this objective should be coordinated with sage-grouse habitat protection, improvement, and research efforts where possible and relevant.

---

*Objective 1.3: Reduce adverse impacts of energy development to species of concern.*

**Strategies:**

1.3.A   Based on availability of agency resources, select appropriate level of Priority sagebrush patches and level of energy development threat for evaluation and management. Use GIS to identify the selected level of Priority patches that contain the selected level of energy development threat.

1.3.B   In sagebrush patches identified in strategy 1.3.A, use field inventory and spatial data where available to map energy development. Use the data to identify sagebrush areas of greatest concern. Revise map as necessary.

1.3.C   Establish preferred mitigation measures for energy development. These may include :

- Timing restrictions during sensitive periods such as breeding or wintering,
- Speed limits on roads,
- Minimizing infrastructure construction, and minimizing the number of trips and general disturbance associated with construction and operation of energy facilities,
- Use of off-site mitigation where applicable to achieve the goals and objectives of this plan,
- Evaluation and implementation of mitigation trust/banking opportunities where appropriate.

1.3.D   During land use planning processes for energy development projects, provide and encourage the use of preferred mitigation measures on sagebrush patches identified in strategy 1.3.A. Opportunities exist during federal scoping and analysis, as well as at county and local levels.

1.3.E   For private lands with sagebrush patches identified in strategy 1.3.A, encourage energy development agreements that incorporate preferred mitigation measures.

1.3.F   Refine and revise the energy development threat model (see Assumptions and Limitations and Recommendations in Chapter 4). Potential improvements include:

- Incorporate new published information as it becomes available on potential impacts of energy development on the species of concern, and modify model parameters such as buffer distances as necessary.
- Use the results of field checks of model predictions to test the model parameters.
- Incorporate new spatial data on existing energy development as it becomes available.

---

**Objective 1.4:** *Reduce the impacts of pinyon-juniper encroachment.*

*Discussion*: Efforts should be focused in areas of Priority 1 and 2 sagebrush patches (Figure 8-5) that contain moderate or high risk from pinyon-juniper encroachment (Figure 4-1). Group 3 species are generally tolerant of scattered trees in sagebrush habitat, and are less likely to respond negatively to pinyon-juniper encroachment during early- to mid-successional stages. Overall risk of pinyon-juniper encroachment is higher for Group 2 sagebrush habitats than for Group 1, although much of the Group 2 risk is contributed by risk to historic kit fox habitat. To best benefit Groups 1 and 2, focus pinyon-juniper removal efforts where the largest patches of sagebrush would result. For example, a removal effort targeting 100 ha of relatively open woodland with a sagebrush-dominated understory of 20 percent canopy cover adjacent to a 100 ha sagebrush patch could effectively double the size of the sagebrush patch, potentially increasing its suitability for area-sensitive species in Group 1. Strategies for this objective should be integrated with sage-grouse habitat improvement efforts and the BLM's Pinyon-Juniper Treatment Inventory for the Colorado Plateau (http://www.mpcer.nau.edu/pj/pjwood/) or similar existing programs where possible.

---

Objective 1.4: Reduce the impacts of pinyon-juniper encroachment.

**Strategies:**

1.4.A   Based on availability of agency resources, select level of Priority sagebrush patches and level of pinyon-juniper threat for evaluation and management. Use GIS to identify the selected Priority patches

---

BLM_0034471

that contain the selected level of pinyon-juniper threat.

1.4.B   In selected sagebrush patches, use field inventory and spatial data where available to map pinyon-juniper encroachment. Use the data to identify sagebrush patches of greatest concern. Revise map as necessary.

1.4.C   Coordinate with BLM's Pinyon-Juniper Treatment Inventory for the Colorado Plateau, and with other entities as appropriate for other parts of the assessment area. Determine whether existing pinyon-juniper treatment programs in the selected Priority areas will meet the objective, and identify additional areas for treatment as necessary.

1.4.D   Initiate treatments to reduce pinyon-juniper in selected Priority areas.

1.4.E   Monitor 1) how species of concern respond to treatments using controlled experiments designed directly into treatment regime, and 2) overall effectiveness of different treatment methods. Biannually review results or progress.

1.4.F   Evaluate the completeness and effectiveness of this objective and the effort vs. the benefit of implementing each strategy. Review objective against population monitoring data (or models) and other relevant research to assess whether objective is sufficient to contribute to averting the decline of species of concern in the assessment area.

1.4.G   Refine and revise the pinyon-juniper encroachment threat model (see Assumptions and Limitations and Recommendations in Chapter 4). Potential improvements include:

- Incorporate new published information as it becomes available on site characteristics favoring pinyon-juniper encroachment, and modify model parameters as necessary.

- Incorporate digital soil data of sufficient scale and attributes, when it becomes available.

**Objective 1.5:** *Reduce the impacts of residential development.*

*Discussion*: The impacts of residential development are potentially greatest on Group 1 and Group 2 species, because of their requirements for sagebrush habitats (Group 1 species) or other low shrubland types and large habitat area (Group 2 species). Group 3 species may still be negatively affected, but some low-density developments may cause little impact or occasional benefit to these species because of increased woodland or edge habitat. Priority for managing residential development impacts could be focused in Priority 1 and 2 sagebrush habitats (Figure 8-5) that contain moderate or high risk from residential development (Figure 4-4).

Implementing strategies to achieve this objective will also benefit other goals by building general public recognition of the importance of sagebrush habitat and support for its conservation on both private and public lands. Many of the strategies for achieving this objective should be integrated with sage-grouse pubic information efforts when applicable.

Objective 1.5: Reduce the impacts of residential development.

**Strategies:**

1.5.A   Create and implement public education efforts to publicize the importance of sagebrush conservation, and this assessment and conservation plan. Efforts may include:

- Make this assessment and conservation plan available to the public on appropriate websites, including SageMap, and publicize this assessment and conservation plan in press releases and/or public service announcements.

- Develop, promote, and distribute educational materials of appropriate content to primary and secondary school teachers and non-profit environmental organizations. Suggested formats: graphics-rich Microsoft PowerPoint lesson, web-based learning module, video, interactive games, or similar, suitable for posting on CDOW website Education Hotlinks page. Promote through *Colorado Connections* and/or similar outlet..

- Develop, promote, and distribute a graphics-rich pamphlet and poster for placement in land management information kiosks, in disclosures to future landowners, etc. Materials could include a

BLM_0034472

summary of the Colorado sagebrush assessment results, explain functions and values of sagebrush habitat, introduce species of concern, and suggest voluntary conservation and mitigation measures for private landowners.

- Sponsor a symposium or conference, or panels and posters in relevant symposia or conferences, targeting developers and county / local planning departments operating in Priority sagebrush habitat for residential development risk. Panels and posters should address habitat loss and fragmentation issues and promote best management practices for developers interested in maximizing preservation of native sagebrush habitats in their project areas.

- Provide county governments with information (created for public awareness objective) on species of concern status, habitat distribution, and possible effects of subdivisions and different land uses. Provide example policy language.

1.5.B   Add 10 species of concern identified in this document (excluding kit fox, which is already state-listed as endangered) to Colorado's list of species of special concern.

1.5.C   Promote conservation easements on private lands in selected Priority areas. Efforts may include:

- Communicate to land trusts the summary information of this assessment, and recommend that land trusts seek conservation easements to protect sagebrush areas of at least 80 ha (200 acres). Deadline: December 2006.

- Enroll properties with sagebrush habitats in selected Priority areas in appropriate Farm Bill conservation programs with incentive payments to landowners. Deadline: ongoing.

- Obtain new conservation easements with suitable attributes and implement management plans through the Colorado Species Conservation Partnership (CSCP) program.

1.5.D   During county and local government planning processes in selected Priority sagebrush areas (see Objective 1.5.A), encourage the inclusion and implementation of mitigation strategies in county and local land use plans to minimize adverse impacts to sagebrush habitats from residential development.

1.5.E   Refine and revise the residential development threat model (see Assumptions and Limitations and Recommendations in Chapter 4). Potential improvements include:

- Modify to incorporate the areas surrounding resort communities that are subject to increased development pressure but are not adequately modeled.

- Obtain SERGoM data classified to a finer resolution, predicting development at one residence per 160 and 320 acres. Using the reclassified SERGoM data,  redefine sagebrush risk categories to capture risk associated with lighter density development; for example, low risk = less than one residence per 320 acres, moderate risk = one house per 80 to 320 acres, and high risk = greater than one house per  80 acres.

- Obtain additional SERGoM model predictions beyond 2020; for example to 2040.

**Objective 1.6:** *Manage the impacts of domestic and wild ungulate grazing.*

Grazing by domestic and wild ungulates (hooved mammals) in sagebrush habitats may alter shrub and herbaceous species composition, shrub vigor and stand characteristics, soil properties, and nutrient cycling. Actions to manage livestock grazing such as brush removal and fencing may also affect sagebrush habitats. Excessive browsing by wild ungulates in winter can cause severe hedging of sagebrush and reduce shrub height and vigor. The risk of grazing by domestic and wild ungulates to sagebrush habitat was not modeled in this assessment. However, ungulate grazing may impact habitat for all of the species of concern. The influence of ungulate grazing on sagebrush habitats should be addressed in selected sagebrush areas.

Objective 1.6: Manage the impacts of domestic and wild ungulate grazing.

**Strategies:**

1.6.A   Based on availability of agency resources, select level of Priority sagebrush patches for evaluation and management of ungulate grazing influences. Use GIS to identify the selected Priority patches.

1.6.B   In selected sagebrush patches, use field inventory and spatial data where available to map sagebrush areas with ungulate grazing concerns. Revise map as necessary.

BLM_0034473

| 1.6.C | Participate in federal land planning processes that involve ungulate grazing and livestock management in selected priority sagebrush. Address potential influences of ungulate grazing on sagebrush habitat, and advocate management practices for domestic and wild ungulates that minimize undesirable influences on sagebrush habitat. |
|---|---|
| 1.6.D | Develop, in coordination with other agencies and affected stakeholders, grazing Best Management Practices in sagebrush systems for wild and domestic ungulate grazing. |
| 1.6.E | Coordinate with agency programs for big game habitat management. Where appropriate, incorporate in big game management plans the habitat objectives of this plan for conservation of sagebrush habitat for species of concern. |
| 1.6.F | Collaborate with public agency biologists to develop methods for using livestock grazing to improve sagebrush habitat for species of concern. |
| 1.6. G | Review new findings on the influence of ungulate grazing on sagebrush habitats. Use new information to improve recommendations for domestic and wild ungulate grazing management to conserve habitat for species of concern. |

## GOAL 2: MAINTAIN VIABLE POPULATIONS AND AVERT FURTHER DECLINE OF SPECIES OF CONCERN IN THE ASSESSMENT AREA.

This goal relates to further assessment and monitoring of individual species. A detailed management plan for each species is beyond the scope of this document. Instead, we address monitoring needs and key management issues for each species of concern (Table 8-1).

***Objective 2.1:*** *Determine the need for population monitoring for species of concern, and implement monitoring where appropriate.*

Discussion: The sagebrush-dependent species of concern identified in this assessment are believed to be declining in numbers within the assessment area, or their population trend is unknown so we regard them as potentially declining. As a result, monitoring populations of the species of concern in the assessment area is important to identify which species are actually declining, which are continuing to decline, and to assess the efficacy of conservation efforts (Possingham et al. 2001). We define "population monitoring" as the repeated assessment of a population for the purpose of detecting change within a defined area over time (Thompson et al. 1998). Effective population monitoring must entail robust sampling over spatial and temporal scales, using methods that permit detectability estimates and identify sources of variation (Knick et al. 2003).

For birds, existing bird monitoring programs that cover the assessment area including the North American Breeding Bird Survey (BBS) (Robbins et al. 1986; Peterjohn and Sauer 1999) and the Audubon Society's Christmas Bird Count (Root 1988) probably do not adequately sample many sagebrush habitats (Saab and Rich 1997). Furthermore, these programs are unable to estimate detectability of birds, and thus cannot incorporate detectability bias into trend estimates (Anderson 2001). The Rocky Mountain Bird Observatory's MCB program (Leukering et al. 2000), supported in part by CDOW, began a more robust program in 2000 that is designed to incorporate detectability biases into trend estimates and provide statistically defensible estimates of bird population changes over time, but insufficient data has been collected to date to provide statistically significant trend estimates (T. Leukering, pers. comm.). Existing monitoring of sagebrush-dependent birds in the assessment area by the BBS and the MCB rely on counts of singing males along transects, yet the relationship between number of singing males and population size has not been established (Knick et al. 2003). Counting nonbreeding territorial males in these surveys may overestimate the breeding segment of the population, confounding estimates of population trends. Another source of bias is timing of counts in relation to the breeding season (Best and Petersen 1985), which may vary from year to year due to

fluctuations in climate. Road-based surveys (used by the BBS but not by the MCB) introduce another source of bias if proximity to roads affects bird density (Knick et al. 2003), although Rotenberry and Knick (1995) found that unpaved or little-used roads in sagebrush habitats had insignificant effects on bird counts.

A single monitoring technique may not adequately sample all bird species, and among the species of concern addressed in this assessment northern harrier must be monitored with different techniques than the passerine bird species.

For small mammals, no regional-scale monitoring program covering the assessment area has been undertaken. A statewide Mammal Atlas project led by CDOW is underway to estimate the distribution of mammals in Colorado; distribution data are not yet available for mammalian species of concern addressed in this assessment. Studies of kit fox in the assessment area by CDOW between 1994 and 2000 included minimum population estimates (Fitzgerald 1996; Beck 2000), but no work has been done since that time. Of the three mammal species of concern addressed in this assessment (sagebrush vole, Merriam's shrew, and kit fox), each will require different population monitoring techniques (see Table 8-1 and species profiles in the Appendix).

Population monitoring for all species needs to be reliable—that is, managers and decision-makers must have confidence in the monitoring program's ability to detect population changes of a specified magnitude, with a specified level of statistical power (Possingham et al. 2001). Monitoring also needs to address gradients in habitats and population dynamics by employing methods that take into account habitat variations at multiple scales, since populations of sagebrush-dependent species appear to respond to habitat factors beyond the local scale (J. Rotenberry, pers. comm.). Ultimately, population counts need to be related to habitat characteristics to understand source-sink dynamics and the mechanisms that affect population trends (Morrison 2001; Noon and Franklin 2002). Thomas (1996) and Thompson et al. (1998) provide extensive guidance and theory on the design of effective population monitoring.

Most species of concern in the assessment area are fairly to very widespread. Exceptions are kit fox, which are rare and possibly extirpated, and Merriam's shrew, which may be widespread but little is known of their distribution and abundance (see Appendix, species profiles). Sagebrush vole is possibly widespread within its limited range in the assessment area, but substantial gaps in knowledge also exist for this species' distribution and abundance. For the remaining species of concern, all birds, breeding distribution is well documented in the assessment area. Population numbers are unknown but believed to be relatively high. Population trends are less clear. Regional monitoring programs suggest declining trends over various regional scales, all substantially larger than the assessment area. These trend estimates are subject to various biases of unknown magnitude, reducing confidence in the direction and estimated magnitude of the trend. Furthermore, no trend data specific to the assessment area are available, and it is possible that a species could be declining regionally but stable in the assessment area, or vice versa. Based on the above, we recommend that the species of concern addressed in this document be prioritized for population studies and monitoring as follows (the species listed under each priority are listed in order of secondary priority):

First priority:      1. Merriam's shrew
                     2. sagebrush vole

Second priority:     1. Brewer's sparrow
                     2. sage sparrow
                     3. sage thrasher
                     4. northern harrier

|  |  |
|---|---|
|  | 5. kit fox |
| Third priority: | 1. green-tailed towhee |
|  | 2. lark sparrow |
|  | 3. black-throated sparrow |
|  | 4. vesper sparrow |

For sagebrush vole and Merriam's shrew, the most immediate need is to verify the range and determine distribution within the range. For Merriam's shrew, the most basic habitat association information is lacking, and also needs to be determined. For these reasons, these species are ranked highest priority, although they are also the mot expensive to study and monitor. For kit fox, the greatest threats to the species are probably not related to sagebrush habitat (T. Beck, pers. comm.); that species' decline in the assessment area is probably more related to large-scale loss and fragmentation of desert shrubland habitat, human-caused mortality, and competition or predation by other canid species. However, population monitoring is still worthwhile to verify the presence and population trend of this species and better understand the causes of its decline. Other second priority species are sagebrush obligates placed in this priority category because of their strong reliance on sagebrush habitats. The third priority species have a large North American range and relatively low reliance on sagebrush habitats.

---

Objective 2.1: Determine the need for population monitoring for species of concern, and implement monitoring where appropriate.

**Strategies:**

2.1.A   Select species of concern that will be evaluated for monitoring, using the species priorities presented above. This could be done annually, or repeated over intervals of 2 to 5 years..

2.1.B   For each species, define an acceptable detection level (the minimum percent change detected over time) for population abundance and determine the spatial scale(s) at which monitoring will be conducted..

2.1.C   Evaluate existing monitoring programs for adequacy in meeting the detection level and geographic goals defined in the above strategy. In the evaluation, consider the different monitoring needs of species of concern, and the field techniques, geographic extent, and statistical analysis methods of existing programs.

2.1.D   Prioritize the species of concern, and choose species to be monitored based on available agency resources.

2.1.E   Where existing programs are inadequate or cannot be modified to meet the monitoring goals, design additional monitoring to meet monitoring goals. Important considerations for developing monitoring procedures include:

- Devise specific strategies for field techniques, geographic extent, and statistical analysis, addressing the differing monitoring requirements of target species.
- Use monitoring techniques that minimize bias, and have the ability to measure and account for detection bias in population performance estimates.
- When possible, integrate monitoring with planned research on population performance-habitat relationships (see Goal 3, below) and habitat manipulation or restoration projects (see Goal 1, above), to improve understanding of the causes and mechanisms of population changes.
- Budget for and implement analysis of monitoring data sufficient to draw valid statistical conclusions on population change.

2.1.F   Create, publicize, and make available in electronic and print media annual reports describing the goals, methods, and results of monitoring.

2.1.G   Evaluate the performance of monitoring efforts in achieving monitoring goals, and adjust monitoring techniques to correct deficiencies or take advantage of new methods or technologies.

---

BLM_0034476

***Objective 2.2:*** *Periodically reevaluate the sagebrush-dependent species of concern and their management priorities in the assessment area.*

Discussion: The priority ranking of species of concern presented in this plan is based on incomplete knowledge. Furthermore, the conservation status and population trends of sagebrush-associated species will change over time. It will be important to periodically reevaluate the species of concern, and add or remove species from the list selected for this assessment and conservation plan. It will also be important to periodically reevaluate the priorities among the species of concern, to ensure that the species of greatest conservation concern are given higher priority.

| Objective 2.2: Periodically reevaluate the sagebrush-dependent species of concern and their management priorities in the assessment area. |
|---|
| **Strategies:** |
| 2.2.A  Every three years, reevaluate the following based on new knowledge of species' conservation status or habitat relationships from monitoring or other sources:<br>    ● The list of sagebrush-dependent species of concern.<br>    ● Species groups and geographic areas that are of greatest conservation concern and uncertainty.<br>    ● Conservation priorities among the species of concern. |
| 2.2.B  Communicate the results of above evaluations to agency personnel, the scientific community, and the public. |

## GOAL 3: CONDUCT RESEARCH TO ADDRESS KNOWLEDGE GAPS IN BIOLOGY, ECOLOGY, AND HABITAT RESPONSES OF SAGEBRUSH-DEPENDENT SPECIES OF CONCERN.

Research needs for the conservation of sagebrush-dependent species of concern include research that should be conducted prior to or during population monitoring, and research that may be suggested later by the results of monitoring.

***Objective 3.1:*** *Prioritize and conduct research to answer management-related questions about species biology, distribution, abundance, habitat requirements, and responses to habitat conditions.*

Discussion: Rotenberry (1998) reviewed research needs for avian conservation in western North American shrublands and reported that the highest priorities were 1) removal of invasive annual plants; 2) ways to speed recovery of damaged native shrublands, particularly the reestablishment of native plant species; 3) grazing impacts; and 4) mechanisms of impacts due to increased habitat fragmentation. These research priorities are valid for all of the species of concern addressed in this document. However, additional research on basic biology and habitat use of some of the species of concern, particularly mammals, is also necessary. The most fundamental research needs for the species of concern in the assessment area are:

- Understand the basic biology of the species of concern, particularly small mammals.
- Understand the habitat requirements of species of concern, particularly small mammals.
- Understand population trends and demography.
- Understand species responses to environmental change.

BLM_0034477

Table 8-1 summarizes research needs and management issues for the 11 species of concern. Based on these species-specific needs, and the general research needs noted above, the following research priorities are proposed for the next 15 years:

1. Determine the basic biology and habitat requirements of sagebrush vole and Merriam's shrew in the assessment area: distribution, habitat use at macro- and micro-scales including seasonal variation, relationship to sagebrush in the landscape including assessment of minimum patch size requirements, and reproduction.

2. Determine population trends and demography of sagebrush vole and Merriam's shrew in sagebrush habitats in the assessment area. This will require population monitoring (described in Goal 2 above) and interpretation of monitoring data, and may require development of monitoring techniques.

3. Determine population trends and demography of other Group 1 species (sage sparrow, Brewer's sparrow, and sage thrasher), including assessment of relationship to sagebrush in the landscape and minimum patch size requirements.

4. Determine demographic responses of sagebrush vole and Merriam's shrew to environmental change. Environmental changes to be evaluated could include mechanical treatment and burning of sagebrush that removes or drastically reduces sagebrush cover, and increasing abundance of invasive herbaceous plants.

5. Determine demographic responses of other Group 1 species (sage sparrow, Brewer's sparrow, and sage thrasher) to environmental change. Environmental changes to be evaluated could include increasing habitat fragmentation, increasing abundance of invasive herbaceous plants, and increasing invasion by pinyon-juniper. Note that confounding effects to population change, such as population responses to climate change or conditions on wintering grounds, may need to be accounted for.

---

Objective 3.1: Prioritize and conduct research to answer management-related questions about species biology, distribution, abundance, habitat requirements, and responses to habitat conditions.

**Strategies:**

3.1.A   Refine the research priorities presented in this assessment after discussion with biologists within CDOW and with species experts in other agencies and academic institutions, and considering available agency resources.

3.1.B   Initiate and conduct research for as many of the top 5 priority research needs as possible. Suggested timeframes are:

- Research Priorities 1 and 2: 2007-2011.
- Research Priorities 3 and 4: 2012-2016.
- Research Priority 5: 2017-2021.

---

**Objective 3.2:** *Use research results to improve monitoring and conservation actions through adaptive management.*

Discussion: Research plays a key role in adaptive management for conservation of the species of concern, because research can answer fundamental questions about species persistence and responses to environmental change. To be effective for species conservation, research should be designed to test hypotheses about species persistence and responses to the environmental changes most likely to affect species persistence, and research results should be carefully evaluated and integrated into habitat management and conservation planning at all scales.

BLM_0034478

| Objective 3: Use research results to improve monitoring and conservation actions through adaptive management. |
| --- |
| **Strategies:** |
| 3.2.A Report and publicize research results within CDOW and to other agencies, the scientific community, and the public. |
| 3.2.B Engage communication with habitat and species management personnel regarding research results, to enable improvements in management practices and obtain feedback on research goals and priorities. |
| 3.2.C Evaluate research goals and techniques in light of changing species priorities and conservation status, and advances in scientific methods. Refine research goals and methods as necessary. |

## Literature Cited

Anderson, D. R. 2001. The need to get the basis right in wildlife field studies. *Wildlife Society Bulletin* 29:1294-1297.

Beck, T. D. I. 2000. Kit fox augmentation study. In *Wildlife Research Report, Project No. W-153-R-13, Work Package 0663, Study No. 1*: Colorado Division of Wildlife.

Best, L. B. and K. L. Petersen. 1985. Seasonal changes in detectability of sage and Brewer's sparrows. *Condor* 87:556-558.

BLM. 2004. Bureau of Land Management national sage-grouse habitat conservation strategy. Washington, D.C.: USDI Bureau of Land Management. Accessed at http://www.blm.gov/nhp/spotlight/sage_grouse/docs/Sage-Grouse_Strategy.pdf.

Fitzgerald, J. P. 1996. *Status and distribution of the kit fox (Vulpes macrotis) in western Colorado. Final Report. Colorado Division of Wildlife Project No. W-153-R-7.*

GSRSC. 2005. *Gunnison sage-grouse rangewide conservation plan.* Denver, CO: Gunnison Sage-grouse Rangewide Steering Committee, Colorado Division of Wildlife.

Knick, S. T., D. S. Dobkin, J. T. Rotenberry, M. A. Schroeder, W. M. Vander Haegen, and C. Van Riper III. 2003. Teetering on the edge or too late? Conservation and research issues for avifauna of sagebrush habitats. *Condor* 105:611-634.

Leukering, T., M. F. Carter, A. Panjabi, D. Faulkner, and R. Levad. 2000. *Monitoring Colorado's birds: the plan for count-based monitoring.* Brighton, Colorado: Colorado Bird Observatory in cooperation with U. S. Forest Service, Colorado Division of Wildlife, and Bureau of Land Management.

Monsen, S. B. 2004a. *Restoration manual for Colorado sagebrush and associated shrubland communities: attributes and features of select grasses, broadleaf forbs, and selected shrubs.* 2 vols. Vol. 1: Colorado Division of Wildlife.

———. 2004b. *Restoration manual for Colorado sagebrush and associated shrubland communities: developing objectives to manage and improve plant communities and wildlife habitats.* 2 vols. Vol. 2: Colorado Division of Wildlife.

Morrison, M. L. 2001. A proposed research emphasis to overcome the limits of wildlife-habitat relationship studies. *Journal of Wildlife Management* 65:613-623.

BLM_0034479

Noon, B. R. and A. B. Franklin. 2002. Scientific research and the spotted owl (Strix occidentalis): opportunities for major contributions to avian population ecology. *Auk* 119:311-320.

Peterjohn, B. G. and J. R. Sauer. 1999. Population status of North American grassland birds from the North American Breeding Bird Survey, 1966-1996. *Studies in Avian Biology* 19:27-44.

Possingham, H. P., S. J. Andelman, B. R. Noon, S. Trombulak, and H. R. Pulliam. 2001. Making smart conservation decisions. In *Conservation biology: research priorities for the next decade*, edited by M. E. Soule and G. H. Orians. Washington, D.C.: Island Press.

Robbins, C. S., D. Bystrak, and Pl H. Geissler. 1986. *The Breeding Bird Survey: its first fifteen years 1965-1979*. Washington, D.C.: USDI Fish and Wildlife Service, Research Publication 157.

Root, T. 1988. *Atlas of wintering North American birds: an analysis of Christmas Bird Count data*. Chicago, IL: University of Chicago Press.

Rotenberry, J. T. 1998. Avian conservation research needs in western shrublands: exotic invaders and the alteration of ecosystem processes. In *Avian conservation: research and management*, edited by J. M. Marzluff and R. Sallabanks. Washington, D.C.: Island Press.

Rotenberry, J. T. and S. T. Knick. 1995. Evaluation of bias in roadside point count surveys of passerines in shrubsteppe and grassland habitats in southwestern Idaho. In *Monitoring bird populations by point counts*, edited by C. J. Ralph, J. R. Sauer and S. Droege: USDA Forest Service, General Technical Report PSW-GTR-149.

Saab, V. A. and T. D. Rich. 1997. *Large-scale conservation assessment for Neotropical migratory land birds in the interior Columbia River Basin*: USDA Forest Service, General Technical Report PNW-GTR-399.

Salafsky, N., R. Margoluis, and K. Redford. 2001. *Adaptive management: a tool for conservation practitioners*. Washington, D.C.: Biodiversity Support Program. Accessed at http://www.bsponline.org/bsp/publications/aam/112/titlepage.htm.

Thomas, L. 1996. Monitoring long-term population change: why are there so many analysis methods? *Ecology* 77:49-58.

Thompson, W. L., G. C. White, and C. Gowan. 1998. *Monitoring vertebrate populations*. New York, NY: Academic Press.

BLM_0034480

Figure 1-1. Colorado sagebrush assessment area and county boundaries.



**Legend**

Assessment Area Boundary
County Boundary

COLORADO

Colorado Sagebrush: A Conservation Assessment and Strategy

September 2005

BLM_0034481

Figure 3-1. Current and historic sagebrush distribution in the assessment area.



**Legend**

☐ Assessment Area Boundary
☐ County Boundary
■ Estimated Current Extent of Sagebrush
■ Former Historic Extent of Sagebrush (Provisional Estimate)

Colorado Sagebrush: A Conservation Assessment and Strategy                    September 2005

BLM_0034482

Figure 3-2. Ownership of sagebrush-dominated lands in the assessment area.



Legend:
- Private Lands
- BLM
- USFS
- Other Federal
- State Land Board
- Other State

40.5%
44.4%
1.1%
4.5%
2.4%
7.1%

Land ownership data source: colnst23 (no vintage or date specified), accessed November 20
at Colorado Division of Wildlife Natural Diversity Information System website
[http://www.ndis.nrel.colostate.edu/]

Colorado Sagebrush: A Conservation Assessment and Strategy                    September 2005

BLM_0034483

Figure 3-3. Current sagebrush patch size distribution.



Legend

Assessment Area Boundary

County Boundary

**Patch Size (Hectares)**

- 1.8 - 10
- 10 - 100
- 100 - 1,000
- 1,000 - 10,000
- 10,000 - 100,000
- 100,000 - 1,000,000

1:2,250,000

BLM_0034484

Figure 3-4. Current distribution of montane and basins sagebrush in the assessment area.



Legend

- Assessment Area Boundary
- County Boundary
- Basins sagebrush
- Montaine sagebrush

1:2,250,000

0  10  20    40    60    80    100
Miles

Colorado Sagebrush: A Conservation Assessment and Strategy                    September 2005

BLM_0034485

Figure 4-1. Sagebrush at risk from pinyon-juniper encroachment.



1:2,250,000

**Legend**

☐ Assessment Area Boundary
☐ County Boundary

**Level of Risk**
■ Negligible
■ Low
■ Moderate
■ High

BLM_0034486

Figure 4-2. Sagebrush at risk from invasive herbaceous plants.



Legend

◻ Assessment Area Boundary
◻ County Boundary

**Level of Risk**

▪ Negligible
▪ Low
▪ Moderate
▪ High

Scale 1:2,250,000

0  10  20  40  60  80  100 Miles

BLM_0034487

Figure 4-3. Sagebrush at risk from energy development.



1:2,250,000

**Legend**

▢ Assessment Area Boundary
▢ County Boundary

**Level of Risk**
■ Negligible
■ Low
■ Moderate
■ High

Colorado Sagebrush: A Conservation Assessment and Strategy                                        September 2005

BLM_0034488

Figure 4-4. Sagebrush at risk from residential development.



Legend

☐ Assessment Area Boundary
☐ County Boundary

**Level of Risk**

■ Negligible
■ Low
■ Moderate
■ High

1:2,250,000

0  10  20    40    60    80    100
Miles

BLM_0034489

Figure 4-5. Sagebrush at risk from combined threats.



0  10  20      40      60      80     100
Miles

1:2,250,000

**Legend**

☐ Assessment Area Boundary
☐ County Boundary

**Level of Risk**

▨ Negligible
▧ Low
▧ Moderate
▧ High

Colorado Sagebrush: A Conservation Assessment and Strategy                September 2005

BLM_0034490

Figure 4-6. Ecological provinces, modified from Bailey (1994).



Legend

☐ Assessment Area Boundary
☐ County Boundary
▓ Sagebrush
🟦 Northwest desert and mountains ecological province
🟨 Southwest desert ecological province

0  10  20    40    60    80    100
━━━━━━━━━━━━━━━━━━━━━━━ Miles

1:2,250,000

Colorado Sagebrush: A Conservation Assessment and Strategy                    September 2005

BLM_0034491

Figure 4-7. Annual precipitation in the assessment area (BLM no date).



Legend

| | |
|---|---|
| ☐ Assessment Area Boundary | |
| ☐ County Boundary | |

**Annual precipitation (in)**

| | |
|---|---|
| 8-10 | 25-30 |
| 10-12 | 30-40 |
| 12-16 | 40-50 |
| 0-7 | 16-20 | 50-60 |
| 7-8 | 20-25 | 60-70 |

1:2,250,000

BLM_0034492

Figure 4-8. Drill permits and producing wells (COGCC 2005) located outside of existing oil or gas fields (Wray et al. 2002).



0   10   20      40      60      80     100
                                        Miles

1:2,250,000

**Legend**

☐ Assessment Area Boundary

☐ County Boundary

▓ Gas and/or oil field (Wray et al. 2002)

● Permit to drill outside of existing field (COGCC 2005)

● Producing well outside of existing field (COGCC 2005)

Colorado Sagebrush: A Conservation Assessment and Strategy                                    September 2005

BLM_0034493

Figure 4-9. Oil and gas potential in the assessment area, modified from BLM (no date).



Legend

◻ Assessment Area Boundary
◻ County Boundary
◼ No oil and/or gas potential
◼ Low oil and/or gas potential
◼ Moderate oil and/or gas potential

1:2,250,000

0  10  20    40    60    80   100
Miles

Figure 4-10. Areas favorable for uranium and vanadium in the assessement area, modified from USGS and CGS (1977) and BLM (1999).



Colorado Sagebrush: A Conservation Assessment and Strategy          September 2005

Figure 4-11. 1,500 meter buffer of historic coal mines in the assessment area, modified from Carroll and Bauer (2002).



1:2,250,000

**Legend**

□ Assessment Area Boundary

□ County Boundary

■ 1500m buffer of historic coal mines, modified from Carroll and Bauer (2002)

BLM_0034496

Figure 6-1. Black-throated sparrow range and breeding habitat.



Black-throated Sparrow (BTSP)
Estimated Hectares--
Range: 830,949
Sagebrush Habitat: 112,645
Non-sagebrush Habitat: 269,182

**Legend**

☐ Assessment Area Boundary
☐ County Boundary
■ BTSP Sagebrush Habitat
■ BTSP Non-sagebrush Habitat
☐ BTSP Range

BLM_0034497

Figure 6-2. Brewer's sparrow range and breeding habitat



0  10  20    40    60    80    100
Miles

1:2,250,000

**Legend**

- Assessment Area Boundary
- County Boundary
- BRSP Sagebrush Habitat
- BRSP Non-sagebrush Habitat
- BRSP Range

Brewer's Sparrow (BRSP)
Estimated Hectares--
Range:  13,785,174
Sagebrush Habitat: 2,193,698
Non-sagebrush Habitat: 974,051

Colorado Sagebrush: A Conservation Assessment and Strategy                    September 2005

BLM_0034498

Figure 6-3. Green-tailed towhee range and breeding habitat.



Green-tailed Towhee (GTTO)
Estimated Hectares--
Range: 14,808,791
Sagebrush Habitat: 2,197,620
Non-sagebrush Habitat: 2,215,055

**Legend**

| | |
|---|---|
| ☐ | Assessment Area Boundary |
| ☐ | County Boundary |
| ■ | GTTO Sagebrush Habitat |
| ■ | GTTO Non-sagebrush Habitat |
| ■ | GTTO Range |

1:2,250,000

Colorado Sagebrush: A Conservation Assessment and Strategy                September 2005

BLM_0034499

Figure 6-4. Kit fox current and historic range, and breeding habitat.



0  10  20    40    60    80    100
Miles

1:2,250,000

N

Kit Fox (KIFO)
Estimated Hectares--
Current Range: 121,007
Historic Range:  1,711,469
Historic Sagebrush Habitat: 115,223
Historic Non-sagebrush Habitat: 448,031

Legend

☐ Assessment Area Boundary
☐ County Boundary
☐ KIFO Current Range
■ KIFO Historic Sagebrush Habitat
■ KIFO Historic Non-sagebrush Habitat
☐ KIFO Historic Range

BLM_0034500

Figure 6-5. Lark sparrow range and breeding habitat.



0  10  20    40    60    80    100
Miles

1:2,250,000

Lark Sparrow (LASP)
Estimated Hectares--
Range:  8,851,234
Sagebrush Habitat: 1,675,049
Non-sagebrush Habitat: 1,766,263

**Legend**

☐ Assessment Area Boundary
☐ County Boundary
🟩 LASP Sagebrush Habitat
🟦 LASP Non-sagebrush Habitat
⬜ LASP Range

BLM_0034501

Figure 6-6. Merriam's shrew range and habitat.



1:2,250,000

Merriam's Shrew (MESH)
Estimated Hectares--
Range:  15,677,926
Sagebrush Habitat: 2,169,513
Non-sagebrush Habitat: 4,039,358

**Legend**

☐ Assessment Area Boundary
☐ County Boundary
■ MESH Sagebrush Habitat
■ MESH Non-sagebrush Habitat
▨ MESH Range

Colorado Sagebrush: A Conservation Assessment and Strategy                    September 2005

BLM_0034502

Figure 6-7. Northern harrier range and breeding habitat.



Scale 1:2,250,000

0 10 20 40 60 80 100 Miles

**Legend**

- Assessment Area Boundary
- County Boundary
- NOHA Sagebrush Habitat
- NOHA Non-sagebrush Habitat
- NOHA Range

Northern Harrier (NOHA)
Estimated Hectares--
Range:  9,519,996
Sagebrush Habitat: 1,332,595
Non-sagebrush Habitat: 2,769,685

Colorado Sagebrush: A Conservation Assessment and Strategy                                    September 2005

BLM_0034503

Figure 6-8. Sage sparrow range and breeding habitat.



Sage Sparrow (SASP)
Estimated Hectares--
Range: 3,050,465
Sagebrush Habitat: 972,574
Non-sagebrush Habitat: 350,337

**Legend**

☐ Assessment Area Boundary
☐ County Boundary
🟩 SASP Sagebrush Habitat
🟦 SASP Non-sagebrush Habitat
⬜ SASP Range

1:2,250,000

Colorado Sagebrush: A Conservation Assessment and Strategy

September 2005

BLM_0034504

Figure 6-9. Sage thrasher range and breeding habitat.



Sage Thrasher (SATH)
Estimated Hectares--
Range: 5,574,853
Sagebrush Habitat: 1,611,652
Non-sagebrush Habitat: 695,319

**Legend**

☐ Assessment Area Boundary
☐ County Boundary
■ SATH Sagebrush Habitat
■ SATH Non-sagebrush Habitat
■ SATH Range

1:2,250,000

BLM_0034505

Figure 6-10. Sagebrush vole range and habitat.



0  10  20    40    60    80    100
Miles

1:2,250,000

Sagebrush Vole (SAVO)
Estimated Hectares--
Range:  2,672,947
Sagebrush Habitat: 1,230,496
Non-sagebrush Habitat: 133,066

Legend

☐ Assessment Area Boundary
☐ County Boundary
🟩 SAVO Sagebrush Habitat
🟦 SAVO Non-sagebrush Habitat
⬜ SAVO Range

BLM_0034506

Figure 6-11. Vesper sparrow range and breeding habitat.



Vesper Sparrow (VESP)
Estimated Hectares--
Range: 15,482,161
Sagebrush Habitat: 2,197,929
Non-sagebrush Habitat: 3,223,987

**Legend**

Assessment Area Boundary
County Boundary
VESP Sagebrush Habitat
VESP Non-sagebrush Habitat
VESP Range

BLM_0034507

Figure 6-12. Estimated amount of sagebrush and non-sagebrush habitat in each species range and land ownership of sagebrush habitat in each species range.





BLM_0034508

Figure 6-13. Percentage of sagebrush habitat at risk for each species of concern of pinyon-juniper encroachment and encroachment by invasive herbaceous plants.





BLM_0034509

Figure 6-14. Percentage of sagebrush habitat at risk for each species of concern of residential development and energy development.





Colorado Sagebrush: A Conservation Assessment and Strategy

September 2005

BLM_0034510

Figure 6-15. Percentage of sagebrush habitat at risk of combined threats for each species of concern.



BLM_0034511

Figure 7-1. Group 1 species richness in sagebrush habitat in the assessment area.



Group 1 species:
Brewer's sparrow
sage sparrow
sage thrasher
sagebrush vole

**Legend**

- ☐ Assessment Area Boundary
- ☐ County Boundary
- ☐ No sagebrush habitat for any species in the group
- ■ Sagebrush habitat for 1 species
- ■ Sagebrush habitat for 2 species
- ■ Sagebrush habitat for 3 species
- ■ Sagebrush habitat for 4 species

1:2,250,000

BLM_0034512

Figure 7-2. Group 2 species richness in sagebrush habitat in the assessment area.



1:2,250,000

Group 2 species:
black-throated sparrow
kit fox
northern harrier
vesper sparrow

**Legend**

☐ Assessment Area Boundary
☐ County Boundary
☐ No sagebrush habitat for any species in the group
☐ Sagebrush habitat for 1 species
☐ Sagebrush habitat for 2 species
☐ Sagebrush habitat for 3 species
☐ Sagebrush habitat for 4 species

Colorado Sagebrush: A Conservation Assessment and Strategy                    September 2005

BLM_0034513

Figure 7-3. Group 3 species richness in sagebrush habitat in the assessment area.



0    10    20    40    60    80    100
Miles

1:2,250,000

**Legend**

☐ Assessment Area Boundary
☐ County Boundary
☐ No sagebrush habitat for any species in the group
■ Sagebrush habitat for 1 species
■ Sagebrush habitat for 2 species
■ Sagebrush habitat for 3 species

Group 3 species:
green-tailed towhee
Merriam's shrew
lark sparrow

Colorado Sagebrush: A Conservation Assessment and Strategy                    September 2005

BLM_0034514

Figure 8-1. Criteria for determining management emphasis areas for species groups.



BLM_0034515

Figure 8-2. Sagebrush habitat management emphasis areas for Group 1 species in the assessment area.



Group 1 species:
Brewer's sparrow
sage sparrow
sage thrasher
sagebrush vole

**Legend**

- Assessment Area Boundary
- County Boundary
- Low emphasis
- Moderate emphasis
- High emphasis

Sagebrush distribution determined from Southwest Regional GAP Analysis land cover data set, provisional, November 2004

Colorado Sagebrush: A Conservation Assessment and Strategy                                      September 2005

BLM_0034516

Figure 8-3. Sagebrush habitat management emphasis areas for Group 2 species in the assessment area.



0   10   20      40      60      80      100
Miles

1:2,250,000

**Legend**

☐ Assessment Area Boundary
☐ County Boundary
🟦 Low emphasis
🟧 Moderate emphasis
🟥 High emphasis

Group 2 species:
black-throated sparrow
kit fox
northern harrier
vesper sparrow

Sagebrush distribution determined from Southwest Regional GAP Analysis land cover data set, provisional, November 2004

BLM_0034517

Figure 8-4. Sagebrush habitat management emphasis areas for Group 3 species in the assessment area.



0  10  20    40    60    80    100
Miles

1:2,250,000

**Legend**

Assessment Area Boundary
County Boundary
Low emphasis
Moderate emphasis
High emphasis

Group 3 species:
green-tailed towhee
Merriam's shrew
lark sparrow

Sagebrush distribution determined from Southwest Regional GAP Analysis land cover data set, provisional, November 2004

Colorado Sagebrush: A Conservation Assessment and Strategy                                    September 2005

Figure 8-5. Sagebrush priority areas for habitat protection and management in the assessment area.



Legend

☐ Assessment Area Boundary
☐ County Boundary
■ Priority 1
■ Priority 2
■ Priority 3

1:2,250,000

0  10  20    40    60    80    100
Miles

Sagebrush distribution determined from Southwest Regional GAP Analysis land cover data set, provisional, November 2004

Colorado Sagebrush: A Conservation Assessment and Strategy                                    September 2005

BLM_0034519

# BLACK-THROATED SPARROW
## *Amphispiza bilineata*

### Description

*Amphispiza bilineata deserticola* breeds in western Colorado (Johnson et al. 2002).

The black-throated sparrow is a medium-sized sparrow, with a black throat and breast, white malar stripe, and prominent white supercilium. The wings, back, and rump are sandy-brownish, and the tail is brownish black with white-tipped outermost feathers. The belly grades from whitish buff up around the black "bib" to brownish gray below. The legs are dark gray and the bill is dark gray with a paler bluish-gray lower mandible. The iris is dark brown. The sexes are similar in coloration (Rising 1996). Nine subspecies are recognized (Johnson et al. 2002).

### Life history & behavior

An obligate shrub nester and ground-foraging opportunistic omnivore.

Limited data demonstrate the black-throated sparrow shows some degree of fidelity to breeding territories and wintering grounds (Johnson et al. 2002).

During winter, black-throated sparrows associate in loose flocks with sage sparrows, white-crowned sparrows, vesper sparrows, and Brewer's sparrows (Johnson et al. 2002).

Black-throated sparrows arrive on their breeding grounds during April and depart by early September (Righter et al. 2004). Nesting birds were recorded by Colorado BBA between May 12th and July 16th (Lambeth 1998). Well-concealed nests are placed in or under shrubs. Clutch size is typically 3 to 4 eggs, with hatching about 12 days after incubation commences by the female. The young fledge before they can fly, about 10 days after hatching, and are fed by both parents for up to two weeks after departure from the nest. Black-throated sparrows are known to double brood (Johnson et al. 2002), but double-brooding remains undocumented in Colorado populations.

The black-throated sparrow forages on the ground and gleans opportunistically from low foliage, near or under shrubs. It feeds primarily on invertebrates during breeding season and seeds or new sprouts of grasses and forbs during non-breeding periods (Johnson et al. 2002; Parker 1986). The species is physiologically adapted to low water intake and can exploit food sources to maintain its water balance (Ryser 1985; Smyth and Bartholomew 1966).

Unlike many other sparrows, male black-throated sparrows do not necessarily sing from prominent perches, but often deliver their songs from the middle of a shrub or on the ground (Heckenlively 1967). When frightened, they often dart away on the ground instead of flying (Bailey and Niedrach 1965; Johnson et al. 2002).

Black-throated sparrows use rodent burrows to escape midday heat (Austin and Smyth 1974). Rodents and ants may help facilitate visual foraging opportunities for black-throated sparrows by creating bare areas and runways on the ground; black-throated sparrow abundance declined over the long-term at a study site in the Chihuahuan Desert with the experimental removal of rodents and ants (Thompson et al. 1991).

BLM_0034520

## Population trends

Potentially in decline rangewide.

Colorado trends tracked by MCB are as yet uncertain (T. Leukering, pers. comm.).

Interpret BBS data with caution; the species is not sampled with statistical confidence in Colorado.

Standard BBS trend estimates (Sauer et al. 2004) show long-term declines of black-throated sparrows in every BBS region sampled. The following are selected annual average BBS trend estimates for the period of 1966 through 2003:

- 4.2% survey-wide ($P<0.01$, n=311, RA=11.5)
- 2.3% in western region ($P=<0.01$, n=267, RA=14.04)
- 4.5% in Colorado ($P=0.72$, n=3, RA=0.01)

A recent spatial analysis by Dobkin and Sauder (2004) comparing BBS data between two periods (1963 through 1983 and 1984 through 2001) suggests that black-throated sparrows may have increased in abundance in the western U.S.; areas predicted to have >5 birds per route expanded by 6 percent in the western U.S. and by 18 percent in the shrubsteppe provinces. This expansion did not include Colorado, where comparison of detection frequencies on BBS routes during the same periods suggests stable numbers, but detection rates were low.

## Range

The black-throated sparrow remains extant in all states where it historically occurred.



Overall range map reproduced from Johnson et al. 2002 with permission.

**Breeding**

**Year-round**

The black-throated sparrow breeds in southern California, the Great Basin, on portions of the Columbia and Colorado Plateaus, and across Arizona, New Mexico, and west Texas (Johnson et al. 2002). BBS data suggest centers of abundance are southern Nevada, southeastern Arizona, and southwestern New Mexico (Sauer et al. 2004).

In winter, the subspecies *deserticola* typically retreats to the southern extent of its breeding range (Johnson et al. 2002).

BLM_0034521

## Colorado distribution patterns & abundance

In western Colorado, black-throated sparrows nest most commonly at elevations below 5,500 feet (Righter et al. 2004).

The range of the black-throated sparrow in the assessment area encompasses approximately 831,000 ha with about 380,000 ha of suitable habitat.

Black-throated sparrow distribution was negatively correlated with sage sparrow in one regional-scale northwestern Great Basin study (Wiens and Rotenberry 1981).

The black-throated sparrow (subspecies *deserticola*) is at the northeast edge of its breeding range in Colorado. Breeding black-throated sparrows were detected by the Colorado BBA project in nine western Colorado counties, and confirmed in four. Populations centered around the Rangely, Grand Junction, Gateway, Naturita, and Cortez areas. Centers of abundance were south and west of Cortez (Lambeth 1998). Andrews and Righter  (1992)and the Colorado BBA (Lambeth 1998) show similar breeding distribution of this species; however, Andrews and Righter indicate records in low elevation areas of Delta County where the Colorado BBA project detected none.

Numbers of this species recorded by MCB in Colorado between 1999 and 2003 were too low to calculate reliable density estimates (T. Leukering, pers. comm.). Breeding bird densities summarized by Johnson et al. (2002) are 11 to 24 birds per $km^2$ in desert scrub and 19 to 24 birds per $km^2$ in "heavily grazed" early winter shadscale in Utah; 19 to 56 birds per $km^2$ across a variety of shrubland types in Arizona; and 10.5 birds per $km^2$ in southern New Mexico. Wiens and Rotenberry (1981) estimated densities of black-throated sparrows (where birds were present) in northwest Great Basin sagebrush shrubsteppe at 2 to 74 birds per $km^2$.



BLM_0034522

## Conservation status

Ranked G5/S3, "demonstrably secure" rangewide and "vulnerable" in Colorado (NatureServe 2004).

BLM species of concern in Idaho; State species of concern in Oregon; no legal status in any state.



S2: Imperiled
S3: Vulnerable
S4: Apparently secure
S5: Secure
Not ranked / Under review

Map courtesy of NatureServe (2004).

## Habitat

The black-throated sparrow breeds in semi-open, arid tall desert and semi-desert shrublands.

In the Colorado sagebrush assessment area, about 0.38 million ha of suitable habitat exists for black-throated sparrow, 0.11 million ha of which is sagebrush shrublands (see figure in Colorado Distribution Patterns and Abundance).

Minimum patch size and habitat connectivity requirements for black-throated sparrow are unknown. Lambeth (1998) suggested that this species "can utilize small patches of habitat" based on occurrences of

The black-throated sparrow breeds in a variety of desert, semi-desert, and chaparral shrublands across its range. In western Colorado, black-throated sparrows favor open arid country with scattered shrubs such as Utah juniper, sagebrush, spiny hopsage, blackbrush, or greasewood (Lambeth 1998; Righter et al. 2004).

In the northwestern Great Basin sagebrush shrubsteppe, black-throated sparrow abundance was positively correlated with shrub species richness; bird densities varied with coverage of spiny hopsage and shadscale (Wiens and Rotenberry 1981).

The Colorado BBA project recorded the species in 8 vegetation classes, with about 18 percent in lowland sagebrush habitat, 26 percent in tall desert shrublands, and about 33 percent in pinyon-juniper woodlands, typified by widely spaced junipers (Lambeth 1998). The breakdown of Colorado BBA occurrences is as follows:

    33% - pinyon-juniper woodlands
    26% - tall desert shrublands
    18% - lowland sagebrush
     9% - mat saltbush
     5% - shortgrass prairie
    3.5% - montane grassland
    3.5% - lowland riparian
     2% - oak scrub

According to information synthesized by Johnson et al. (2002), black-throated sparrows prefer evenly spaced shrubs, 1 to 3 m in height, and less than 25 percent total vegetative cover. Nest shrubs average 87 to 189 cm in height, and nest placement averages from 29 to 47 cm above the ground. In southern Arizona, three nests were reported in mistletoe, with an average nest height of 233 cm in host trees. No data are available regarding this species' requirements for shrubland understory floristic composition or physiognomy.

In southern Arizona and New Mexico, breeding territory size ranged from

BLM_0034523

isolated pairs
observed by the
Colorado BBA
project.

0.012 to 2.36 ha (Heckenlively 1967; Johnson et al. 2002). Breeding territories
may vary in size with vegetation characteristics or bird densities, but there are
no data to support these hypotheses.

During spring and fall migrations, black-throated sparrows use shrubland
habitats structurally similar to their breeding habitats (Johnson et al. 2002). On
their winter range, black-throated sparrows occur in lower desert valleys and
desert washes in creosote bush, mesquite, cactus shrub, sagebrush, arid
grasslands, and pinyon-juniper woodlands (Johnson et al. 2002).

## Threats & Sensitivities

In western Colorado,
where sagebrush
makes up about 30
percent of black-
throated sparrow
suitable habitat,
threats to sagebrush
are a significant
concern.

See Chapter 6 for
more detail about
black-throated
sparrow habitat
estimates and
predictive threats
modeling for its
sagebrush habitat in
the Colorado
assessment area.
Chapter 4 presents
rule sets for threats
modeling in
sagebrush habitat.

The greatest threat facing the black-throated sparrow in its breeding range is
probably habitat loss due to burgeoning human populations and development
in the desert southwest. Numbers of breeding birds are thought to be reduced
near human populations even if appropriate nesting vegetation is present
(Johnson et al. 2002).

In western Colorado, where sagebrush makes up about 30 percent of black-
throated sparrow suitable habitat, loss and degradation of sagebrush are
major concerns. Black-throated sparrow sagebrush habitat in Colorado is at
risk of four widespread threats modeled in the Colorado sagebrush
conservation assessment and strategy: pinyon-juniper encroachment,
encroachment by invasive herbaceous plants, residential development, and
energy development. Residential development probably poses the lowest
threat of the four, with less than 1 percent of black-throated sparrow
sagebrush habitat at high or moderate risk, 6 percent at low risk, and 93
percent at no risk.

Pinyon-juniper encroachment is not anticipated to be a serious threat to the
black-throated sparrow in the short-term because the species tolerates
scattered trees in its habitat. Our predictive model estimated 69 percent of
black-throated sparrow sagebrush habitat is at high risk of pinyon-juniper
encroachment, while 31 percent is at moderate or low risk, and less than 1
percent is at no risk. Complete conversion of sagebrush habitats to mature
pinyon-juniper woodlands could result in a loss of black-throated sparrow
habitat.

Risk of energy development is broadly moderate throughout the Colorado
sagebrush assessment area. About 15 percent of black-throated sparrow
sagebrush habitat is at high risk of energy development, 76 percent is at
moderate risk, and 8 percent is at low or no risk. Energy development can
result in destruction, degradation, and fragmentation of habitat via
mechanisms described in Chapter 2. Black-throated sparrow sagebrush
habitat at highest risk of energy development lies in northwest Rio Blanco
County.

Over 99 percent of black-throated sparrow sagebrush habitat is at some
degree of risk of encroachment by invasive herbaceous plants. Our model
predicts 69 percent at high risk, 27 percent at moderate risk, and 4 percent at
low risk. The effects of invasive herbaceous encroachment on black-throated
sparrow sagebrush habitat quality have not been studied. High percent ground
cover and nearly monotypic stands that often characterize non-native
herbaceous understories could physically interfere with foraging habits or

BLM_0034524

Case No. 1:20-cv-02484-MSK   Document 36-11   filed 04/27/21   USDC Colorado   pg 59 of 94

The black-throated sparrow's response to sagebrush range treatments are likely positive where the shrub component is not completely removed.

impact plant or invertebrate food sources of this ground-foraging omnivore that prefers less than 25 percent total vegetative cover. Fire-accelerated conversions of shrublands to non-native annual grasslands or forblands could result in permanent habitat loss (Knick 1999).

Black-throated sparrows probably respond positively to sagebrush range treatments where complete removal of shrubs is not the treatment objective and resulting herbaceous cover is not excessively dense. The toxicity to black-throated sparrows of herbicides applied to sagebrush and their effects on nesting success are unknown. Woody fuel build-up could result in intense fires that destroy woody plants and ground cover, making habitat unsuitable in the short- and mid-term for nesting black-throated sparrows (Johnson et al. 2002).

The effects of habitat fragmentation on black-throated sparrows are unknown.

The effects of livestock grazing on black-throated sparrows depend on habitat type and grazing density. No data exist regarding the species' response to grazing in sagebrush habitat.

No long-term, comprehensive studies comparing avifaunas of ungrazed and grazed sagebrush shrubsteppe habitats exist for Colorado or elsewhere. A literature review by Bock et al. (1993) concluded that black-throated sparrows are either unresponsive or show mixed responses to grazing in shrubsteppe. Black-throated sparrows may benefit where grazing reduces total vegetative cover below 25 percent, but there are no data supporting this hypothesis. In semi-desert grasslands in Arizona, black-throated sparrows were more abundant in grazed plots than within ungrazed exclosures (Bock et al. 1984). Exclosures supported grasses at 80 percent cover, grazed areas supported about 56 percent grass cover, and shrub cover was similar between grazed and ungrazed plots. In Colorado, black-throated sparrow distribution is probably mostly restricted to habitats without potential for high grass cover (Lambeth, pers. comm.). Livestock grazing is potentially associated with the introduction of exotic plants (effects on black-throated sparrows are unknown) and higher densities of parasitic cowbirds in shrubsteppe habitats. Livestock may trample or disturb nests (Paige and Ritter 1999).

Cowbird parasitism appears to affect nest success of black-throated sparrows (Johnson et al. 2002).

Black-throated sparrows may abandon nests parasitized by cowbirds. In an Arizona study, removal or damage of black-throated sparrow eggs by cowbirds significantly reduced black-throated sparrow clutch size, and only 15 percent of parasitized nests were successful compared with 48 percent of unparasitized nests. In a New Mexico study, no parasitized nests produced young. However, brood parasitism by cowbirds on black-throated sparrows in general is expected to be relatively low, since black-throated sparrows tend to nest away from urban, agricultural, and riparian areas (Johnson et al. 2002).

Snakes, spotted ground squirrels, road runners, loggerhead shrikes, prairie falcons, coyote, and ravens are documented predators on black-throated sparrow eggs or young. Predation appears to account for many nest failures in Arizona and New Mexico (Johnson et al. 2002). Nestlings are sensitive to human intrusion near the end of the nestling period and may fledge early if disturbed by researchers (Johnson et al. 2002).

BLM_0034525

| | |
|---|---|
| **Research needs** | Black-throated sparrow population trend monitoring should be coupled with investigation of nest success (including brood parasitism and predation) under alternate rangeland management regimes, over a spectrum of habitat conditions and geographic areas in Colorado. Further study is needed to better understand the effects of grazing on habitat, abundance, and productivity of black-throated sparrows in Colorado's sagebrush shrublands. |
| | Information is needed regarding landscape-scale patterns of habitat use, effects of habitat fragmentation, and patch size and habitat connectivity requirements of the black-throated sparrow. |
| | The degree of breeding territory fidelity of black-throated sparrows is not well documented. Study is needed to better understand wintering ecology and whether winter mortalities are affecting Colorado's breeding populations. |
| **Management issues** | About 73 percent of black-throated sparrow sagebrush habitat in the Colorado sagebrush assessment area is managed by the BLM, making it the public entity best-positioned to have a positive impact on the species. The limited range of black-throated sparrow in Colorado may make it better suited for management at the local, rather than regional, scale. |
| | Our threats analysis did not consider non-sagebrush vegetation types, which provide a significant amount (about 70 percent) of the black-throated sparrow's habitat. Ideally, conservation planning and management of species of concern should consider all primary habitat types. Such an approach is beyond the scope of this assessment. |

## Literature Cited

Andrews, R. and R. Righter. 1992. *Colorado birds: a reference to their distribution and habitat.* Denver: Denver Museum of Natural History.

Austin, G. T. and E. L. Smyth. 1974. Use of burrows by brown towhees and black-throated sparrows. *Auk* 91:167.

Bailey, A. M. and R. J. Niedrach. 1965. *Birds of Colorado, Volumes I & II.* Denver: Denver Museum of Natural History.

Bock, C. E., J. H. Bock, W. R. Kenney, and V. M. Hawthorne. 1984. Responses of birds, rodents, and vegetation to livestock exclosure in a semidesert grasslands site. *Journal of Range Management* 37:239-242.

Bock, C. E., V. A. Saab, T. D. Rich, and D. S. Dobkin. 1993. Effects of livestock grazing on neotropical migratory landbirds in western North America. In *Status and management of neotropical migratory birds,* edited by D.

M. Finch and P. W. Stangel: USDA Forest Service, General Technical Report RM-229.

Dobkin, D. S. and J. D. Sauder. 2004. Shrubsteppe landscapes in jeopardy: distributions, abundances, and the uncertain future of birds and small mammals in the intermountain west. Bend, Oregon: High Desert Ecological Research Institute.

Heckenlively, D. B. 1967. Role of song in territoriality of black-throated sparrows. *Condor* 69:429-430.

Johnson, M. J., C. Van Riper III, and K. M. Pearson. 2002. Black-throated sparrow (*Amphispiza bilineata*). In *The Birds of North America, No. 637,* edited by A. Poole and F. Gill. Philadelphia: The Birds of North America, Inc.

Knick, S. T. 1999. Requiem for a sagebrush ecosystem? *Northwest Science Forum* 73:53-57.

BLM_0034526

Lambeth, R. 1998. Black-throated sparrow (*Amphispiza bilineata*). In *Colorado Breeding Bird Atlas*, edited by H. E. Kingery. Denver: Colorado Bird Atlas Partnership & Colorado Div. of Wildlife.

NatureServe. 2004. NatureServe Explorer: An online encyclopedia of life [web application]. Arlington, Virginia: NatureServe.

Paige, C. and S. A. Ritter. 1999. *Birds in a sagebrush sea: managing sagebrush habitats for bird communities*. Boise, Idaho: Partners in Flight Western Working Group.

Parker, K. C. 1986. Partitioning of foraging space and nest sites in a desert shrubland bird community. *American Midland Naturalist* 115:255-267.

Righter, R., R. Levad, C. Dexter, and K. Potter. 2004. *Birds of western Colorado plateau and mesa country*. Grand Junction: Grand Valley Audubon Society.

Rising, J. D. 1996. *A guide to the identification and natural history of the sparrows of the United States and Canada*. San Diego: Academic Press.

Ryser, F. A. 1985. *Birds of the Great Basin: a natural history*. Reno: University of Nevada Press.

Sauer, J. R., J. E. Hines, and J. Fallon. 2004. The North American Breeding Bird Survey, Results and Analysis 1966 - 2003: USGS Patuxent Wildlife Research Center.

Smyth, M. and G. A. Bartholomew. 1966. The water economy of the black-throated sparrow and the rock wren. *Condor* 68:447-458.

Thompson, D. B., J. H. Brown, and W. D. Spencer. 1991. Indirect facilitation of granivorous birds by desert rodents: experimental evidence from foraging patterns. *Ecology* 72:852-683.

Wiens, J. A. and J. T. Rotenberry. 1981. Habitat associations and community structure of birds in shrubsteppe environments. *Ecological Monographs* 51:21-41.

BLM_0034527

# BREWER'S SPARROW
## *Spizella breweri*

---

### Description

Two subspecies are recognized. *S. b. breweri* breeds in the sagebrush shrublands of the intermountain west (1999).

Brewer's sparrow is the smallest North American sparrow, with a long, notched tail and short bill, a finely streaked brown crown and rump, a complete white eye ring, and a uniformly drab color with no other distinct markings (Sibley 2000). The iris is dark hazel or blackish, feet and legs are a pale pinkish or pale horn color; the bill is dull blackish or gray to pale brown or dull pink with a dusky tip. Males and females are similar in appearance (Rising 1996).

It is unclear whether nesters recorded by the Colorado BBA project in high country willows belong to a separate species proposed by some experts as timberline sparrow, *Spizella taverneri*, or to the subspecies, *S. b. taverneri* (Lambeth 1998).

---

### Life history & behavior

An obligate shrubland nester and shrub canopy-foraging opportunistic omnivore.

Breeding males sing frequently and conspicuously from the tops of shrubs.

Brewer's sparrows begin arriving on their breeding grounds in mid-April and depart by mid-October (Andrews and Righter 1992). They nest primarily in shrubs. They begin nesting relatively late, and typically produce only one brood (Lambeth 1998), but they may occasionally raise two broods in a season with 3 to 4 eggs per clutch (Rotenberry et al. 1999). Clutch size is significantly larger following wetter winters (Rotenberry and Wiens 1991).

Breeding males sing frequently and conspicuously from the tops of shrubs, and are thought to typically return to breeding territories. Whether 25 percent return rates of breeding males in southeastern Idaho and central Oregon reflect dispursal or mortality during the non-breeding period is undetermined (Rotenberry et al. 1999).

Natal site fidelity appears to be low; none of 400 banded nestlings were observed breeding near natal sites (Rotenberry et al. 1999).

Brewer's sparrows forage mostly in shrub canopies, gleaning insects from stems, leaves, and bark. They will also glean seeds from plants or take them from the ground; Rotenberry et al. (1999) noted that they will fly up and capture insects on the wing.

---

### Population trends

In decline rangewide; BBS trend estimates are significant.

Colorado trends tracked by MCB are as yet uncertain (T. Leukering, pers. comm.).

Standard BBS estimates (Sauer et al. 2004) show a pattern of significant long-term Brewer's sparrow declines throughout the BBS survey area. The following are selected annual average BBS trend estimates for the period of 1966 through 2003:

- 2.8% survey-wide ($P$<0.01, n=481, RA=7.91)
- 0.5% in the Wyoming Basin ($P$=0.56, n=51, RA=27.4)
- 3.4% in Colorado ($P$<0.01, n=71, RA=6.1)

A recent spatial analysis by (Dobkin and Sauder 2004) comparing BBS data between two periods (1963 through 1983 and 1984 through 2001) suggests

---

BLM_0034528

that Brewer's sparrows population trends are mixed; areas predicted to have more than 15 birds per route expanded by 12 percent in the western U.S. shrubsteppe ecoregions (in the core of Brewer's sparrow range), and routes with reduced abundances were located at the periphery of Brewer's sparrow range. When the authors compared shifts in detection frequencies on BBS routes during the same periods, the results suggested a decline in Brewer's sparrow abundances across southern and western Colorado, the northern extents of the Colorado Plateau, the southern Wyoming Basins, and the eastern extents of the Columbia Plateau.

BBS data should be interpreted with caution; the species may be poorly sampled in sagebrush ecosystems by BBS methods (Knick et al. 2003).

## Range

Brewer's sparrow remains extant in all states where it historically occurred. No data document historic continental-scale shifts in range.

Brewer's sparrow overall breeding range overlaps extensively with that of the sage sparrow (Rotenberry et al. 1999).

Overall range map reproduced from (Rotenberry et al. 1999) by permission.



Breeding
Wintering

Brewer's sparrow breeds in suitable habitat of the Intermountain West; the Great Plains east of the Rocky Mountains in Alberta, Saskatchewan, Montana, Wyoming and Colorado; portions of the Canadian Rockies in Alberta and British Columbia; and a mountainous region straddling the border of the Yukon and southeast Alaska (Rotenberry et al. 1999). Across its breeding range, centers of abundance are northern Nevada and southeastern Oregon, south-central Idaho, northeastern Utah, and northwestern Colorado (Sauer et al. 2004).

Winter range spans from southern and Baja California to west Texas, and south through northern Mexico (Rotenberry et al. 1999).

## Colorado distribution patterns & abundance

In Colorado, Brewer's sparrows nest most commonly between 5,000 & 7,500 feet (Righter et al. 2004).

Colorado BBA ranked Brewer's sparrow as the twenty-sixth most numerous bird species in Colorado (Kingery 1998), with the majority of breeding bird confirmations in the state's northwestern corner (Lambeth 1998).

Breeding Brewer's sparrows are common on mesas and foothills throughout western Colorado, and locally common at lower montane elevations in suitable habitat. They are mostly absent from the San Juan Basin. Breeding pairs are generally uncommon or rare on Colorado's eastern plains and foothills, diminishing in abundance with decreasing latitude. Andrews and Righter (1992) and the Colorado BBA (Lambeth 1998) show similar summer distribution of this species.

BLM_0034529

The range of Brewer's sparrow in the assessment area encompasses approximately 13.79 million ha, with an estimated 3.16 million ha of suitable habitat.

Brewer's sparrows are often the most abundant bird on sagebrush shrubland breeding grounds (Rotenberry et al. 1999). In multiple studies reviewed by Rotenberry et al. (1999; none within Colorado), densities were 0.29 to 5.33 birds per ha. Between 1999 and 2003, MCB estimated Brewer's sparrow densities ranging from 0.428 to 0.900 birds per ha in sagebrush and 0.240 to 0.500 birds per ha in semi-desert shrublands (T. Leukering, pers. comm.).

Brewer's sparrows are widely distributed at lower elevations throughout the state during migrations. One "accidental" winter record exists from Delta County (Andrews and Righter 1992).

Distribution of the species in the state likely reflects changing patterns of sagebrush habitat quality and distribution.



BLM_0034530

## Conservation status

Ranked G5/S4, "demonstrably secure" rangewide and "apparently secure" in Colorado.

BLM species of concern in Wyoming and Idaho. A Forest Service Region 2 sensitive species.

Partners in Flight and Audubon watch-listed.

No legal status in any state.



S1: Critically imperiled
S2: Imperiled
S3: Vulnerable
S4: Apparently secure
S5: Secure
Not ranked / Under review

Map courtesy of NatureServe (2004).

## Habitat

Experts consider Brewer's sparrow a sagebrush shrubland obligate (Braun et al. 1976; Knick and Rotenberry 2000; Rotenberry et al. 1999).

In the Colorado sagebrush assessment area, about 3.16 million ha of suitable habitat exists for Brewer's sparrow, 2.19 million ha of which is sagebrush shrublands (see figure in Colorado Distribution Patterns and Abundance).

Wiens and Rotenberry (1981) found a positive

Across their breeding range, Brewer's sparrows are shrubland specialists with a preference for sagebrush shrubsteppe (Rotenberry et al. 1999). In Colorado, Brewer's sparrows were recorded by the BBA project in 8 shrubland vegetation classes, with almost 60 percent of occurrences in sagebrush habitat (Lambeth 1998). The breakdown of Colorado BBA occurrences is as follows:

35% - mountain big sagebrush
25% - lowland sagebrush
12% - tall desert shrub
10% - shortgrass or tallgrass/sandsage
 6% - montane grassland
 7% - mountain shrub
 2% - pinyon-juniper woodlands

From 1999 to 2003, MCB found the highest densities of Brewer's sparrow in sagebrush-dominated shrublands, the second-highest densities in semi-desert shrublands, followed by low densities in pinyon-juniper woodlands, grasslands, or mountain shrublands (T. Leukering, pers. comm.). Records of Brewer's sparrows in habitats other than shrublands may be artifacts of sampling procedures (R. Lambeth, pers. comm.).

Shrubs used by nesting Brewer's sparrows are principally subspecies of big sagebrush (*Artemisia tridentata*). Other shrubs are utilized if they meet physiognomic requirements of Brewer's sparrow, including spiny hopsage, bitterbrush, green rabbitbrush (Rotenberry et al. 1999), and mountain mahogany (Bailey and Niedrach 1965). However, Knick and Rotenberry (1995) found that probability of Brewer's sparrow occupancy increased in

BLM_0034531

distributional correlation between sage thrasher and Brewer's sparrow in the shrubsteppe of the northwestern United States, suggesting the two species have similar habitat affinities.

Studies in the Great Basin and Columbia Plateau indicate that the relationship between patch size and sagebrush cover is a strong predictor of breeding Brewer's sparrow presence, and that breeding birds respond to landscape characteristics on scales much larger than individual territories (Knick and Rotenberry 1995).

sagebrush habitat vs. habitats dominated by other shrubs (i.e., shadscale or winterfat). Brewer's sparrows are not known to nest in forest habitats.

Breeding Brewer's sparrows choose shrublands on rolling or flat topography with average shrub canopy height less than 1.5 m (Rotenberry et al. 1999). Multivariate analyses in the northwestern Great Basin showed Brewer's sparrow abundance is positively correlated with percent shrub cover, percent bare ground, and percent forb cover, and negatively correlated with percent litter cover, percent grass cover, rocky outcrops, and shrub species diversity (Rotenberry and Wiens 1980; Wiens and Rotenberry 1981). A habitat selection model for southwestern Idaho predicted local shrub cover and patch size were important determinants of site occupancy, and found that bird abundance was positively correlated with increasing sagebrush and spatial similarity of habitat, and decreasing disturbance, with disturbance characterized as Russian thistle coverage (Knick and Rotenberry 1995). In northwestern Colorado (Piceance Basin), Brewer's sparrows selected open habitats with low shrub species richness and large shrubs on gentle slopes far from habitat edges (Sedgwick 1987). Brewer's sparrows may occur in large openings (greater than 20 ha) in 4 to 17-year old chainings in pinyon-juniper (Sedgwick 1987) or large parks within coniferous or deciduous forests (Rotenberry et al. 1999).

Brewer's sparrows select taller, denser shrubs compared with surrounding shrubs (Petersen and Best 1987). They prefer nest shrubs that are entirely alive or mostly alive (Petersen and Best 1987; Rotenberry et al. 1999). Mean nest shrub heights range from 67 to 71 cm +/- 15 cm (information synthesized by Rotenberry et al. 1999). In Montana, Brewer's sparrows used sagebrush with an average of 13 percent canopy cover (Bock and Bock 1987).

Brewer's sparrows are area sensitive. Knick and Rotenberry (1995) found that probability of habitat occupancy for Brewer's sparrow in southwestern Idaho sagebrush shrublands increased with increasing values of both shrub cover and patch size. Patch size was not as important in predicting occupancy as it was for sage sparrow, however. Knick and Rotenberry (1999) also showed that Brewer's sparrow habitats included large shrub patches and relatively lower amounts of edge between shrubland and grasslands than habitats associated with horned larked and western meadowlarks. Recent work in northern Utah by Wilson et al. (In prep) showed that small patches of sagebrush may be suitable for Brewer's sparrow if sufficient resources are available in nearby patches. No Brewer's sparrows were detected in sagebrush meadows smaller than 40 ha when no other sagebrush patches were within 200 m. The authors caution that the occupancy of small sagebrush patches by Brewer's sparrow may be the result of source-sink and/or meta-population phenomena, however.

Brewer's sparrow mean territory size is highly variable among sites and years, ranging from 0.1 to 2.36 ha in studies reviewed by Rotenberry et al. (1999). Territories can be tightly packed. Wiens et al. (1985) showed that territory sizes did not vary systematically in relation to any measured physiognomic or floristic habitat characteristics, and that territory size may be, at least partially, density dependent.

During spring and fall migrations, Brewer's sparrows use shrubland habitats

BLM_0034532

similar to their breeding habitats throughout Colorado's western valleys, foothills, and mountain parks, and riparian shrub corridors on the eastern plains near foothills (Andrews and Righter 1992). On their winter range, Brewer's sparrows occur in dry, shrubby, lowland habitats dominated by sagebrush or desert shrubs (Rotenberry et al. 1999).

## Threats & sensitivities

In western Colorado, where sagebrush makes up about 69 percent of Brewer's sparrow suitable habitat, threats to sagebrush are a major concern.

For Brewer's sparrows in the shrublands of the Intermountain West, loss, fragmentation, and degradation of sagebrush habitat are primary concerns (Knick and Rotenberry 2002; Paige et al. 1999; Paige and Ritter 1999).

In the Colorado sagebrush assessment area, where sagebrush makes up about 69 percent of Brewer's sparrow suitable habitat, threats to sagebrush are major concerns also. Brewer's sparrow sagebrush habitat in the assessment area is at risk of four widespread threats modeled in the Colorado sagebrush conservation assessment and strategy: pinyon-juniper encroachment, encroachment by invasive herbaceous plants, residential development, and energy development.

See Chapter 6 for more detail about habitat estimates and predictive threats modeling for Brewer's sparrow sagebrush habitat in the Colorado assessment area. Chapter 4 presents rule sets for threats modeling in sagebrush habitat.

Residential development probably poses the lowest threat of the four, with an estimated 2 percent of Brewer's sparrow sagebrush habitat at high risk, 2 percent at moderate risk, and 14 percent at low risk. About 82 percent of Brewer's sparrow sagebrush habitat is at no risk of residential development based on our predictive model. Residential development threats to sagebrush are fairly scattered, with hot spots around Craig, Steamboat Springs, Granby, the Eagle River Valley, Aspen Valley and the Roaring Fork Valley, Hotchkiss and Cedaredge in Delta County, Cortez, Mancos, and Durango.

Pinyon-juniper encroachment risk is also relatively low. Our predictive model estimated 18 percent of Brewer's sparrow sagebrush habitat is at high risk of pinyon-juniper encroachment, while 27 percent is at moderate or low risk, and 56 percent is at no risk. Removal of pinyon-juniper canopy where an understory of sagebrush or mixed shrub communities exists may benefit Brewer's sparrow in the long term (Sedgwick 1987).

The effects of habitat fragmentation on Brewer's sparrow are significant, complex, and not yet well understood.

Risk of energy development is broadly moderate. About 58 percent of Brewer's sparrow sagebrush habitat is at moderate risk of energy development in the Colorado sagebrush assessment area, 35 percent is at low or no risk, and 8 percent is at high risk. Energy development can result in destruction, degradation, and fragmentation of habitat via mechanisms described in Chapter 2. Sagebrush habitat at highest risk of energy development is scattered throughout the western-most counties in the assessment area, with larger hot spots clustered in Rio Blanco, Garfield, and southern La Plata Counties. Brewer's sparrows are likely to be sensitive to habitat fragmentation, given that their rate of habitat occupancy increases with less edge and larger patch size.

The effects of livestock grazing on Brewer's sparrow are likely mixed.

Over 99 percent of Brewer's sparrow sagebrush habitat is at some degree of risk of encroachment by invasive herbaceous plants. Our model predicts 23 percent at high risk, 18 percent at moderate risk, and 58 percent at low risk. The effects of invasive herbaceous plant encroachment on Brewer's sparrow sagebrush habitat are probably significant. Knick and Rotenberry (1995) showed that Brewer's sparrow habitat occupancy decreased with increasing

BLM_0034533

Brewer's sparrow responses to sagebrush range treatments are likely negative overall.

percent cover of Russian thistle. Sagebrush habitat at moderate or high risk of invasive herbaceous plant encroachment in Brewer's sparrow range is mostly broadly scattered across the western-most counties at lower elevations. Moffat and Rio Blanco counties contain the largest contiguous patches of sagebrush habitat at high risk.

There are no long-term, comprehensive studies comparing avifaunas of ungrazed and grazed sagebrush shrubsteppe habitats in Colorado or elsewhere, but two recent literature reviews (Bock et al. 1993; Saab et al. 1995) tentatively concluded that the effects on Brewer's sparrow are mixed or negative. Saab et al. (1995) standardized relative mean abundances of Brewer's sparrows across studies (n=6) between grazed and ungrazed shrubsteppe habitats and determined Brewer's sparrows were about half as abundant on grazed sites, although the difference was not significant ($P$=0.45). Bock et al. (1993) concluded that grazing by cattle (intensity unspecified) in shrubsteppe during the growing season negatively affected Brewer's sparrow. The mechanisms of grazing impacts are uncertain. Impacts can be direct and short-term, such as nest disturbance or selective removal of understory cover; or indirect and long-term, influencing structural or floristic shifts in the plant community that make nesting conditions ultimately unfavorable. Livestock grazing is potentially associated with the introduction of exotic plants and higher densities of parasitic cowbirds in shrubland habitats.

The effects of cowbird parasitism on Brewer's sparrow nesting success have not been studied in Colorado.

Brewer's sparrow is probably sensitive in both short- and long-term to range treatments. In southern Oregon, Brewer's sparrow abundance dropped sharply the year following chemical treatment (19 to 26 percent sagebrush cover was reduced to 4 percent cover), doubled the second year to near pre-treatment levels, then dropped off again in the third year when sagebrush cover had stabilized at 10 percent for an overall decline in abundance (Wiens and Rotenberry 1985). In Wyoming, nesting bird abundances were reduced by 67 percent the first year and 99 percent the second year after spraying defoliated and killed sagebrush (Schroeder and Sturges 1975). Birds were significantly less abundant on study sites in Wyoming where sagebrush cover was significantly reduced by herbicides (from 36 percent pre-treatment to 15 percent post-treatment) 22 years previously (Kerley and Anderson 1995). In Idaho, densities declined for two years following a prescribed burn that left 50 percent of the sagebrush in a mosaic pattern of burned and unburned sagebrush, but recovered thereafter (sagebrush cover was reduced from an overall average of 21 percent to an average of 12 percent). Nest success rates were apparently unaffected during the study period (Petersen and Best 1987).

The effects of predation on Brewer's sparrow nest success and have not been studied in Colorado. Documented predators are Townsend's ground squirrel, gopher snake, loggerhead shrike, common raven, black-billed magpie, long-tailed weasel, least chipmunk, American kestrel, prairie falcon. Nest predation may play a major role in local reproductive success (Rotenberry et al. 1999).

Brewer's sparrows are relatively sensitive to brown-headed cowbird nest parasitism. However, no records of brood parasitism in Brewer's sparrow nests in Colorado exist (Chace and Cruz 1996). Parasitized nests are usually abandoned (Rotenberry et al. 1999). Visits to Brewer's sparrow nests by human observers do not appear to cue predators to nest locations. The

BLM_0034534

species seems to tolerate daily nest visits by researchers, but may desert nests if disturbed during construction process (Rotenberry et al. 1999).

**Research needs**

Brewer's sparrow densities do not necessarily imply preference for habitat conditions or correlation with nest success. Population monitoring should be coupled with investigation of nest success (including brood parasitism and predation) under alternate rangeland management and grazing regimes, over a spectrum of habitat conditions and geographic areas in Colorado. Further study of direct and indirect impacts of herbicides and pesticides typically used in sagebrush rangelands is needed.

Information is needed regarding landscape-scale patterns of habitat use, effects of habitat fragmentation, patch size dynamics, and habitat connectivity requirements of Brewer's sparrow. Since management of sage-grouse is such a rising issue, an understanding of the differences between the habitat requirements of sage-grouse and Brewer's sparrow would be helpful.

Study is needed to gain better understanding of wintering ecology and the effects of winter habitat degradation on Colorado's breeding populations.

**Management issues**

The history of sagebrush perceived as a weed is long. Acceptance of sagebrush as a desirable component of the range is coming in stages. Negotiating the acceptable acreage, height, and percent canopy cover of sagebrush is an ongoing issue in range management. Research and resolution of this issue is significant to the conservation of Brewer's sparrows and other sagebrush obligates.

Preservation, restoration, and beneficial management of sagebrush habitat may improve breeding conditions for Brewer's sparrows. Because patch size requirements for Brewer's sparrow are important but not completely understood, maintaining the largest patches possible (e.g., "bigger is better") should be a priority for fragmentation and area-sensitive species such as Brewer's sparrow. See Chapter 3 for a discussion of patch size distribution of sagebrush in the Colorado sagebrush assessment area.

About 44 percent of Brewer's sparrow sagebrush habitat in the Colorado sagebrush assessment area is controlled by private landowners, posing a challenge for effective, integrated habitat management for the species. Nevertheless, about 73 percent of the sagebrush habitat managed by non-private entities is managed by the BLM, making it the public entity best-positioned to have a positive impact on the species.

Our threats analysis did not consider non-sagebrush vegetation types, which provide a significant amount (about 31 percent) of Brewer's sparrow habitat. Ideally, conservation planning and management of species of concern should consider all significant habitat types. Such an approach is beyond the scope of this assessment.

Several Brewer's sparrow characteristics present challenges for managers: 1) Suitable habitat may be unoccupied in one year, and occupied at high densities the next; assumptions derived from small-scale or short-term studies, especially where habitat correlations are to be used in conservation considerations, must be handled with extreme caution (Rotenberry et al. 1999). 2) Breeding adults have high site tenacity and return to previous breeding locations even after the habitat has been manipulated, potentially leading to biased conclusions about habitat preferences and effects of management activities (Wiens and Rotenberry 1985). 3) Males become

BLM_0034535

quieter after pairing; increased singing after failed nesting or delayed pairing due to weather fluctuations might falsely indicate relatively high populations (Lambeth 1998).

Removal of pinyon-juniper canopy where an understory of sagebrush or mixed shrub communities exists may benefit Brewer's sparrow in the long term (Sedgwick 1987).

## Literature Cited

Andrews, R. and R. Righter. 1992. *Colorado birds: a reference to their distribution and habitat.* Denver: Denver Museum of Natural History.

Bailey, A. M. and R. J. Niedrach. 1965. *Birds of Colorado, Volumes I & II.* Denver: Denver Museum of Natural History.

Bock, C. E. and J. H. Bock. 1987. Avian habitat occupancy following fire in a Montana shrubsteppe. *Prairie Naturalist* 19:153-158.

Bock, C. E., V. A. Saab, T. D. Rich, and D. S. Dobkin. 1993. Effects of livestock grazing on neotropical migratory landbirds in western North America. In *Status and management of neotropical migratory birds,* edited by D. M. Finch and P. W. Stangel: USDA Forest Service, General Technical Report RM-229.

Braun, C. E., M. F. Baker, R. L. Eng, J. S. Gashwiler, and M. H. Schroeder. 1976. Conservation committee report on effects of alteration of sagebrush communities on the associated avifauna. *The Wilson Bulletin* 88:165-171.

Chace, J. F. and A. Cruz. 1996. Knowledge of the Colorado host relations of the parasitic brown-headed cowbird (*Molothorus ater*). *Journal of Colorado Field Ornithology* 30:67-81.

Dobkin, D. S. and J. D. Sauder. 2004. Shrubsteppe landscapes in jeopardy: distributions, abundances, and the uncertain future of birds and small mammals in the intermountain west. Bend, Oregon: High Desert Ecological Research Institute.

Kerley, L. L and S. H. Anderson. 1995. Songbird responses to sagebrush removal in a high elevation sagebrush steppe ecosystem. *Prairie Naturalist* 27:129-146.

Kingery, H. E., ed. 1998. *Colorado Breeding Bird Atlas.* Denver: Colorado Bird Atlas Partnership & Colorado Div. of Wildlife.

Knick, S. T., D. S. Dobkin, J. T. Rotenberry, M. A. Schroeder, W. M. Vander Haegen, and C. Van Riper III. 2003. Teetering on the edge or too late? Conservation and research issues for avifauna of sagebrush habitats. *Condor* 105:611-634.

Knick, S. T. and J. T. Rotenberry. 1995. Landscape characteristics of fragmented shrubsteppe habitats and breeding passerine birds. *Conservation Biology* 9:1059-1071.

———. 2000. Ghosts of habitats past: contribution of landscape change to current habitats used by shrubland birds. *Ecology* 81:220-227.

———. 2002. Effects of habitat fragmentation on passerine birds breeding in intermountain shrubsteppe. *Studies in Avian Biology* 25:130-140.

Lambeth, R. 1998. Brewer's sparrow (*Spizella breweri*). In *Colorado Breeding Bird Atlas,* edited by H. E. Kingery. Denver: Colorado Bird Atlas Partnership & Colorado Div. of Wildlife.

NatureServe. 2004. NatureServe Explorer: An online encyclopedia of life [web application]. Arlington, Virginia: NatureServe.

Paige, C., M. Koenen, D. Kwan, and D. W. Mehlman. 1999. Species management abstract: Brewer's sparrow (*Spizella breweri*). Arlington: The Nature Conservancy.

Paige, C. and S. A. Ritter. 1999. *Birds in a sagebrush sea: managing sagebrush habitats for bird communities.* Boise, Idaho: Partners in Flight Western Working Group.

Petersen, K. L. and L. B. Best. 1987. Effects of prescribed burning on nongame birds in a sagebrush community. *Wildlife Society Bulletin* 15:317-329.

Righter, R., R. Levad, C. Dexter, and K. Potter. 2004. *Birds of western Colorado plateau and mesa*

BLM_0034536

*country.* Grand Junction: Grand Valley Audubon Society.

Rising, J. D. 1996. *A guide to the identification and natural history of the sparrows of the United States and Canada.* San Diego: Academic Press.

Rotenberry, J. T., M. A. Patten, and K. L. Preston. 1999. Brewer's sparrow (*Spizella breweri*). In *The Birds of North America, No. 390,* edited by A. Poole and F. Gill. Philadelphia: The Birds of North America, Inc.

Rotenberry, J. T. and J. A. Wiens. 1980. Habitat structure, patchiness, and avian communities in North American steppe vegetation: a multivariate analysis. *Ecology* 61:1228-1250.

———. 1991. Weather and reproductive variation in shrubsteppe sparrows: a hierarchical analysis. *Ecology* 72:1325-1335.

Saab, V. A., C. E. Bock, T. D. Rich, and D. S. Dobkin. 1995. Livestock grazing effects in western North America. In *Ecology and management of neotropical migratory birds,* edited by T. E. Martin and D. M. Finch. New York: Oxford University Press.

Sauer, J. R., J. E. Hines, and J. Fallon. 2004. The North American Breeding Bird Survey, Results and Analysis 1966 - 2003: USGS Patuxent Wildlife Research Center.

Schroeder, M. A. and D. L. Sturges. 1975. The effect on the Brewer's sparrow of spraying big sagebrush. *Journal of Range Management* 28:294-297.

Sedgwick, James A. 1987. Avian habitat relationships in pinyon-juniper woodland, northwest Colorado. *The Wilson Bulletin* 99:413-431.

Sibley, D. A. 2000. *The Sibley guide to birds.* New York: Alfred A. Knopf.

Wiens, J. A. and J. T. Rotenberry. 1981. Habitat associations and community structure of birds in shrubsteppe environments. *Ecological Monographs* 51:21-41.

———. 1985. Response of breeding passerine birds to rangeland alteration in a North American shrubsteppe locality. *Journal of Applied Ecology* 22:655-668.

Wiens, J. A., J. T. Rotenberry, and B. Van Horne. 1985. Territory size variation in shrubsteppe birds. *Auk* 102:500-505.

Wilson, T. L., E. J. Johnson, and J. A. Bissonette. In prep. Landscape supplementation and shrub-steppe associated bird species in a patchy, mountainous landscape.

BLM_0034537

# GREEN-TAILED TOWHEE
## *Pipilo chlorurus*

**Description**

No subspecies are recognized.

Occasionally hybridizes with the spotted towhee (Rising 1996).

The green-tailed towhee is a relatively large sparrow, with a rust or rufous crest; dull olive back, rump, wings and tail; blackish forehead, lores, and malar stripe; white chin, throat, and supraloral and submustachial stripes; and gray breast. The wings have a yellowish lining and yellow carpal edge. The legs are brownish and the bill is black with a gray to bluish-white lower mandible. The iris is cinnamon colored after the second year (Rising 1996).

The sexes are similar in coloration, but the female's back may be grayish and her crown duller than the male's. The crest is often held erect (Rising 1996).

**Life history & behavior**

An obligate shrubland nester and ground-foraging opportunistic omnivore.

The call notes of green-tailed towhees have been described as a cat-like *mee a-yew*. The male's song is characteristically buzzy (Ryser 1985).

Little data is available regarding fidelity of breeding birds to breeding territories.

Green-tailed towhees arrive on their breeding grounds during April and depart by the last week of September. The earliest nest building recorded by Colorado BBA was May 3rd and the last fledgling was August 22nd (Righter 1998). Nests are placed on or close to the ground in shrubby habitat in locations well-concealed by foliage. Clutch size is typically 3 to 5 eggs, with hatching about 12 days after incubation by the female. The young are cared for by both parents, and fledge 11 to 14 days after hatching. Green-tailed towhees potentially double brood (Gibbons et al. Unpublished), but data is limited in this regard. Breeding pairs may attempt to re-nest up to 4 times after nest failure. Most reproductive data comes from studies on Arizona's Mogollon Rim (Dobbs et al. 1998).

The green-tailed towhee forages on the ground and gleans from low foliage, primarily under dense shrub canopies and around the edges of thickets. It forages less often on bare, open ground among scattered brush and herbaceous vegetation. It eats an omnivorous diet of seeds, invertebrates, and fruits, including serviceberries and elderberries (Dobbs et al. 1998).

When disturbed, green-tailed towhees drop to the ground without opening their wings and scurry for cover with their tails held up in a way that resembles a small rodent. They hop from branch to branch through vegetation with closed wings, and often make low, short flights along breeding territory boundaries or between perches or foraging areas. Males chase and quarrel with conspecific males after breeding territories are established (Dobbs et al. 1998).

Migration is nocturnal. During winter, green-tailed towhees often associate with other species in flocks and frequent bird feeders (Dobbs et al. 1998). Fidelity to wintering sites is unknown.

**Population trends**

Potentially in decline rangewide.

Standard BBS estimates (Sauer et al. 2004) show a pattern of long-term decline in eastern and western portions of the range and through the Rocky Mountain and Cascade/Sierra Nevada corridors, and positive trends in the Great Basin, the geographical core of green-tailed towhee range. The following are selected annual average BBS trend estimates for the period of 1966 through 2003:

BLM_0034538

| | |
|---|---|
| BBS trend estimates are mixed. | - 0.4% survey-wide ($P$=0.43, n=312, RA=3.19)<br>- 0.3% in western region ($P$=0.47, n=304, RA=3.58)<br>- 1.0% in Colorado ($P$=0.33, n=80, RA=9.71) |
| Colorado trends tracked by MCB are as yet uncertain (T. Leukering, pers. comm.). | A recent spatial analysis by Dobkin and Sauder (2004) comparing BBS data between two periods (1963 through 1983 and 1984 through 2001) suggests that green-tailed towhees may have increased in abundance in the western U.S.; areas predicted to have >1 bird per route expanded by 6 percent in the western U.S. and by 16 percent in the shrubsteppe provinces overall. |
| BBS data should be interpreted with caution; the species may be poorly sampled by BBS methods (Knick et al. 2003). | However, comparison of detection frequencies on BBS routes during the same periods suggests mixed trends; for example, green-tailed towhee detection frequencies declined in south-central Colorado and increased in western and northwestern Colorado. |

## Range

The green-tailed towhee remains extant in all states where it historically occurred.



Breeding
Year-round
Wintering

The green-tailed towhee breeds on the Columbia Plateau, in the Great Basin, the Wyoming Basins, central and southern California, and the Colorado Plateau. Across its breeding range, centers of abundance are northeastern Utah, the central Sierra Nevada, montane southern California, and northwestern Colorado (Sauer et al. 2004).

In winter, green-tailed towhees typically retreat to the southern U.S., coastal California, Mexico, and Baja California (Dobbs et al. 1998).

Overall range map reproduced from Dobbs et al. (1998) with permission.

## Colorado distribution patterns & abundance

In Colorado, green-tailed towhees nest in suitable habitat most commonly between 5,500 and 9,000 feet (Righter et al. 2004).

Colorado BBA ranked the green-tailed towhee as the twelfth most numerous species in Colorado (Kingery 1998), with over half the state's population in the shrublands of the state's northwest corner (Righter 1998). BBS data suggest green-tailed towhees reach their highest breeding abundance in North America in northwestern Colorado (Dobbs et al. 1998).

Breeding green-tailed towhees are generally absent from the eastern plains of Colorado, from the low western desert valleys, and from the forested peaks of mountains or mesa tops (Righter 1998; Righter et al. 2004). Andrews and Righter (1992) and the Colorado BBA (Righter 1998) showed similar summer distribution of this species; however, Andrews and Righter indicated absence from the Williams Fork Mountains in eastern Rio Blanco and Garfield Counties, and the Colorado BBA indicated absence in the interior of the San Luis Valley.

BLM_0034539

The range of the green-tailed towhee in the assessment area encompasses approximately 14.81 million ha, with about 4.41 million ha of suitable habitat.

Green-tailed towhee distribution was positively correlated with vesper sparrow distribution in one regional-scale northwestern Great Basin study (Wiens and Rotenberry 1981).

Breeding densities in occupied habitat are highly variable.

In Colorado between 1999 and 2003, estimates varied from 0.10 to 0.40 birds per ha in sagebrush, 0.65 to 2.6 birds per ha in mountain shrublands (T. Leukering, pers. comm.). In the shrubsteppe of the northwestern Great Basin, Wiens and Rotenberry (1981) calculated green-tailed towhee abundance (where the birds were present) ranging from 0.02 to 0.17 individuals per ha.



Prior to migration, juveniles may disperse upslope to subalpine meadows, presumably to fatten up for migration (Morton 1991). Green-tailed towhees are widely distributed at lower elevations throughout the state during migrations. Occasionally, individuals winter in Colorado's low foothills, desert lowlands or eastern plains (Andrews and Righter 1992).

**Conservation status**

Ranked G5/S5, "demonstrably secure" rangewide and in Colorado.

U.S. Forest Service species of concern (Pacific Region); no legal status in any state.



Map courtesy of NatureServe (2004).

BLM_0034540

## Habitat

Some experts consider the green-tailed towhee a near-obligate of sagebrush (Braun et al. 1976).

In the Colorado sagebrush assessment area, about 4.41 million ha of suitable habitat exists, 2.2 million ha of which is sagebrush shrublands (see figure in Colorado Distribution and Abundance Patterns).

Breeding territories possibly vary in size with vegetation characteristics. Breeding territory size has been estimated (but not measured) in west-central Colorado sagebrush as less than 1 ha (Gibbons et al. unpublished). Mean territory size in a Utah shrubsteppe population was estimated as 0.9 ha (n = 7; Dobbs et al. 1998 citing Dotson 1971).

Minimum patch size and habitat connectivity requirements for green-tailed towhees are unknown.

Across their breeding range, green-tailed towhees are shrubland specialists, nesting on dry, brushy hillsides and mesas. Early successional or post-disturbance shrubby second growth make suitable habitat (Andrews and Righter 1992; Sedgwick 1987), as do shrubby montane forest openings. Green-tailed towhees tolerate shrublands interspersed with sparse trees or saplings, but they typically avoid forests. Common vegetation associations are mountain shrub communities; sagebrush shrubsteppe; Gambel oak; pinyon-juniper with big sagebrush-dominated openings; shrubby openings in montane conifer, deciduous, or mixed conifer-deciduous forests; and riparian willow scrub (Andrews and Righter 1992; Dobbs et al. 1998; Righter et al. 2004; Sedgwick 1987).

The Colorado BBA project recorded green-tailed towhees in 13 vegetation classes (Righter 1998). Almost 28 percent of breeding green-tailed towhees were found in mid- to high-elevation mountain shrub habitat. About 23 percent of occurrences were in lowland and mountain sagebrush, combined. The breakdowns of Colorado BBA occurrences are as follows (note that some non-shrubland occurrences recorded by the Colorado BBA project were potentially artifacts of BBA vegetation classes, which were not designed to capture landscape context information such as shrubby ecotones or shrubby openings associated with a forest type):

28% - mountain shrublands
18% - mountain big sagebrush shrublands
16% - oak brush
12% - deciduous or evergreen forests, combined
 7% - ponderosa pine & other montane woodlands, combined
 7% - montane carr & montane grasslands, combined
 6% - pinyon-juniper woodlands
 5% - lowland big sagebrush shrublands
 2% - tall semi-desert shrublands

Between 1999 and 2003, MCB found the highest densities of green-tailed towhees in mountain shrublands, and the second or third-highest densities consistently in sagebrush (T. Leukering, pers. comm.). Mountain shrub species used by green-tailed towhees may include, but are not limited to, mahogany species, snowberry, serviceberry, bitterbrush, common chokecherry, and wild rose. Big sagebrush species used by green-tailed towhees include mountain big sagebrush, basin big sagebrush, Wyoming big sagebrush, and black sagebrush (Medin et al. 2000).

At a limited number of study sites in Nevada, Utah, and Colorado, Knopf et al. (1990) noted that green-tailed towhees were "only found in appreciable numbers in sagebrush shrubsteppe habitats that included a component of mountain mahogany," suggesting green-tailed towhees prefer inclusions of other shrubs in their habitat. Green-tailed towhee abundances in northwestern Great Basin big sagebrush-dominated shrubsteppe were positively correlated with presence of green rabbitbrush and bitterbrush (Wiens and Rotenberry 1981). In northwestern Colorado, green-tailed towhee abundance was positively correlated with shrub species richness in areas where pinyon-juniper woodlands were chained (Sedgwick 1987). In Grand County, Colorado, three study areas with nesting green-tailed towhees were dominated by big sagebrush, but also included bitterbrush, serviceberry, snowberry, and

BLM_0034541

During spring and fall migrations, green-tailed towhees use shrubland habitats similar to their breeding habitats throughout Colorado's western valleys, foothills, and mountain parks, and riparian shrub corridors on the eastern plains near foothills (Andrews and Righter 1992).

On their winter range, green-tailed towhees occur in dry, shrubby, lowland habitats dominated by acacia, honey mesquite, spiny hackberry, and creosote bush (Dobbs et al. 1998).

rabbitbrush (Gibbons et al. Unpublished). In 15 years of collecting data on the Douglas Pass BBS transect in Garfield County, Lambeth noted that green-tailed towhees were typically associated with sagebrush-dominated shrublands with a mountain shrub component and spotted towhees were typically associated with mountain shrublands with a component of sagebrush (R. Lambeth, pers. comm.).

Breeding green-tailed towhees occur in shrublands with a range of structural characteristics. In a northwestern Colorado study comparing green-tailed towhee abundances in mature pinyon-juniper woodland with chained and natural pinyon-juniper openings, green-tailed towhees were more strongly associated with open areas than with mature woodlands. Their abundance was positively correlated with percent shrub canopy cover, and negatively correlated with increasing shrub canopy height and ground slope (Sedgwick 1987). In a discriminant analysis of habitat variables in central Wyoming sagebrush steppe, green-tailed towhees were strongly associated with shrub height (greater than 30 cm) and canopy cover (greater than 35 percent) and moderately associated with cover of understory grasses (Kerley and Anderson 1995). In a locust shrub community in central Arizona, green-tailed towhees preferred nest sites with more ground cover and significantly more woody stems within a 5-meter radius than randomly-sampled sites (Martin 1998). In the northwestern Great Basin area, green-tailed towhee abundance was positively correlated with vertical structural density and "shrubbiness" in sagebrush shrublands (Wiens and Rotenberry 1981).

Green-tailed towhees typically nest in brushy areas with openings, and shrub heights ranging from 50 to 150 cm (Dobbs et al. 1998). In a Grand County, Colorado study, 62 percent of 79 green-tailed towhee nests were in or under big sagebrush, 29 percent were in bitterbrush, 6 percent were in snowberry, and less than 3 percent were in rabbitbrush or serviceberry (Gibbons et al. Unpublished). Nest heights averaged 18 cm (ranging from 0 to 50 cm) in shrubs averaging 61 cm (ranging from 25 to 100 cm) in height, with relatively high vigor (average of 4 on a scale of 1 to 5). Knopf et al. (1990) found that shrub patch vigor (percentage of live shrub branches, standing herbaceous biomass) was the best vegetative descriptor of green-tailed towhee nesting habitat. Nest sites must offer heavy concealment (Oberholser 1974), and nests are seldom visible from any angle outside of the plant itself (Dobbs et al. 1998).

**Threats & Sensitivities**

In Colorado, where sagebrush makes up about 50 percent of green-tailed towhee suitable habitat, threats to sagebrush are a major concern.

For green-tailed towhees in the shrublands of the Intermountain West, loss and degradation of sagebrush habitat are primary concerns (Knick et al. 2003; Paige et al. 2001; Paige and Ritter 1999). Broad-scale fire suppression in montane forests is also thought to be a major factor in the decline of the green-tailed towhee in some parts of its overall range, where succession by forests is eliminating suitable shrubland habitat (Bock et al. 1978; Paige et al. 2001).

In Colorado, where sagebrush makes up about 50 percent of green-tailed towhee suitable habitat, loss and degradation of sagebrush are major concerns. Green-tailed towhee sagebrush habitat in Colorado is at risk of four widespread threats modeled in the Colorado sagebrush conservation assessment and strategy: pinyon-juniper encroachment, understory

BLM_0034542

encroachment by non-native herbaceous vegetation, residential development, and energy development.

See Chapter 6 for more detail about green-tailed towhee habitat estimates and predictive threat modeling for its sagebrush habitat in the Colorado assessment area. Chapter 4 presents rule sets for threats modeling in sagebrush habitat.

Residential development probably poses the lowest threat of the four, with an estimated 2 percent of green-tailed towhee sagebrush habitat at high risk, 2 percent at moderate risk, and 14 percent at low risk. About 82 percent of green-tailed towhee sagebrush habitat is at no risk of residential development based on our predictive model. Residential development threats to sagebrush are fairly scattered, with hot spots around Craig, Steamboat Springs, Granby, the Eagle River Valley, Aspen Valley and the Roaring Fork Valley, Hotchkiss and Cedaredge in Delta County, and Cortez, Mancos, and Durango.

Pinyon-juniper encroachment risk is also relatively low. Our predictive model estimated 18 percent of green-tailed towhee sagebrush habitat is at high risk of pinyon-juniper encroachment, while 27 percent is at moderate or low risk, and 56 percent is at no risk. Pinyon-juniper encroachment is not anticipated to be a serious threat to the green-tailed towhee in the short-term because the species tolerates scattered trees in its habitat. However, complete conversion of sagebrush habitats to mature pinyon-juniper woodlands would result in a loss of green-tailed towhee habitat. Removal or thinning of pinyon-juniper canopy where an understory of sagebrush or mixed shrub communities exists may benefit green-tailed towhee (Sedgwick 1987).

Risk of energy development is broadly moderate. About 58 percent of green-tailed towhee sagebrush habitat is at moderate risk of energy development in the Colorado sagebrush assessment area, 35 percent is at low or no risk, and 8 percent is at high risk. Energy development can result in destruction, degradation, and fragmentation of habitat via mechanisms described in Chapter 2. Sagebrush habitat at highest risk of energy development is scattered throughout the western-most counties in the assessment area, with larger hot spots clustered in Rio Blanco, Garfield, and southern La Plata Counties. The effects of habitat fragmentation on the green-tailed towhee are unknown.

The green-tailed towhee's response to sagebrush range treatments is likely negative overall.

Over 99 percent of green-tailed towhee sagebrush habitat is at some degree of risk of understory encroachment by non-native herbaceous vegetation. Our model predicts 23 percent at high risk, 18 percent at moderate risk, and 58 percent at low risk. The effects of non-native herbaceous understory encroachment on green-tailed towhee sagebrush habitat quality have not been studied. High percent ground cover and nearly monotypic stands that often characterize non-native herbaceous understories could physically interfere with foraging habits or impact plant or invertebrate food sources of this ground-foraging omnivore. Sagebrush habitat at moderate or high risk of understory encroachment in green-tailed towhee range is mostly broadly scattered across the western-most counties at lower elevations. Moffat and Rio Blanco Counties contain the largest contiguous patches of sagebrush habitat at high risk of understory encroachment.

The green-tailed towhee probably responds negatively in the short- and long-term to sagebrush range treatments. Destruction of large areas of sagebrush range followed by reseeding with grasses has probably had a substantial negative impact on green-tailed towhees (Braun et al. 1976). In a Wyoming study, green-tailed towhees were present on untreated control sites, but not

BLM_0034543

The effects of livestock grazing on green-tailed towhees are unknown.

present on big sagebrush sites burned 9 years previously or herbicide-treated 22 years previously (Kerley and Anderson 1995). Sagebrush canopy cover was 15 percent in the herbicide-treated areas, less than 8 percent in the burned areas, and about 36 percent in untreated areas. Mean shrub height and density was significantly higher on untreated sites than treated sites, while mean percent cover of grasses was lower on untreated sites than on treated sites. Grazing intensity was also lower on untreated sites. Forb cover and height of herbaceous vegetation did not vary significantly between treated and untreated sites. The toxicity of herbicides applied to sagebrush and its effects on nestling growth or nest success are unknown.

The effects of avian diseases and cowbird parasitism on green-tailed towhee nesting success have not been studied.

No long-term, comprehensive studies comparing avifaunas of ungrazed and grazed sagebrush shrubsteppe habitats exist for Colorado or elsewhere, and two recent literature reviews (Bock et al. 1993; Saab et al. 1995) found no studies documenting the effects of grazing on green-tailed towhees. The effects of grazing on green-tailed towhees probably vary depending on habitat and grazing practices. Green-tailed towhees are not likely affected where livestock grazing regime maintains native vegetation composition and densities. Green-tailed towhees may benefit where grazing has influenced increases in shrub height and canopy cover, but there are no data supporting this hypothesis. Livestock grazing is potentially associated with the introduction of exotic plants (effects on green-tailed towhees are unknown) and higher densities of parasitic cowbirds in shrubland habitats.

Green-tailed towhees appear to tolerate brief activity of researchers at their nests, although nest visitation may cue predators to nest locations (Dobbs et al. 1998).

Green-tailed towhees apparently do not readily reject cowbirds eggs and are known to raise brown-headed cowbird young. Colorado BBA observers reported green-tailed towhee nests with cowbird eggs in Larimer County, and with dependent cowbird young in Routt, Montrose, and Chaffee counties (Chace and Cruz 1996; Righter 1998). Others observed cowbird parasitism of green-tailed towhee nests in Mesa County (Chace and Cruz 1996). During a two-year study of 79 green-tailed towhee nests in Grand County, Colorado, brown-headed cowbirds were present but no nest parasitism occurred (Gibbons et al. Unpublished).

Potential predators of green-tailed towhee eggs or young are black-billed magpie, common raven, Steller's jay, scrub jay, snakes, and small mammals, including red fox, badgers, skunks, weasels, and ground squirrels. Raptors, such as sharp-shinned hawk, Cooper's hawk, northern goshawk, peregrine falcon, red-tailed hawk, American kestrel, and long-eared owl have taken adults. During a study on the Mogollon Rim in Arizona, 75 percent of nests failed due to depredation (Dobbs et al. 1998; Martin 1998). In northwestern Colorado, Gibbons et al. (unpublished) observed a western terrestrial garter snake preying on a green-tailed towhee nestling. The authors estimated the probability of green-tailed towhee nest success as 46.5 percent over a two-year study period, and attributed most nest failures to depredation.

**Data gaps**

The green-tailed towhee is one of the least-known shrubland sparrows

Because green-tailed towhee densities do not necessarily imply preference for habitat conditions or correlation with nest success (Martin 1998), green-tailed towhee population trend monitoring should be coupled with investigation of nest success (including brood parasitism and predation) under alternate rangeland management and grazing regimes, over a spectrum of habitat conditions and geographic areas in Colorado.

BLM_0034544

in Colorado.

Information is needed regarding landscape-scale patterns of habitat use, effects of habitat fragmentation, and patch size and habitat connectivity requirements of the green-tailed towhee.

The degree of breeding territory fidelity of green-tailed towhees is not well documented, and must be understood in terms of how it potentially masks the species' response to habitat changes. Study is also needed to gain better understanding of wintering ecology and the effects of winter habitat degradation on Colorado's breeding populations.

**Management issues**

Preservation, restoration, and beneficial management of sagebrush habitat and species-rich shrubland mosaics may increase breeding habitat for green-tailed towhees (Braun et al. 1976, Knopf et al. 1990). However, about 44 percent of green-tailed towhee sagebrush habitat in the Colorado sagebrush assessment area is controlled by private landowners, posing a challenge for effective, integrated habitat management for the species. About 73 percent of the sagebrush habitat managed by public entities is managed by the BLM, making it the public entity best-positioned to have a positive impact on the green-tailed towhee in this regard.

Our threats analysis did not consider non-sagebrush vegetation types, which provide a significant amount (about 50 percent) of the green-tailed towhee's habitat. Ideally, conservation planning and management of species of concern should consider all primary habitat types. Such an approach is beyond the scope of this assessment.

## Literature Cited

Andrews, R. and R. Righter. 1992. *Colorado birds: a reference to their distribution and habitat.* Denver: Denver Museum of Natural History.

Bock, C. E., M. Raphael, and J. H. Bock. 1978. Changing avian community structure during early post-fire succession in the Sierra Nevada. *The Wilson Bulletin* 90:119-123.

Bock, C. E., V. A. Saab, T. D. Rich, and D. S. Dobkin. 1993. Effects of livestock grazing on neotropical migratory landbirds in western North America. In *Status and management of neotropical migratory birds*, edited by D. M. Finch and P. W. Stangel: USDA Forest Service, General Technical Report RM-229.

Braun, C. E., M. F. Baker, R. L. Eng, J. S. Gashwiler, and M. H. Schroeder. 1976. Conservation committee report on effects of alteration of sagebrush communities on the associated avifauna. *The Wilson Bulletin* 88:165-171.

Chace, J. F. and A. Cruz. 1996. Knowledge of the Colorado host relations of the parasitic brown-headed cowbird (*Molothorus ater*). *Journal of Colorado Field Ornithology* 30:67-81.

Dobbs, R. C., P. R. Martin, and T. E. Martin. 1998. Green-tailed towhee (*Pipilo chlorurus*). In *The Birds of North America, No. 368*, edited by A. Poole and F. Gill. Philadelphia: The Birds of North America, Inc.

Dobkin, D. S. and J. D. Sauder. 2004. Shrubsteppe landscapes in jeopardy: distributions, abundances, and the uncertain future of birds and small mammals in the intermountain west. Bend, Oregon: High Desert Ecological Research Institute.

Gibbons, B. P., T. Leukering, and S. W. Hutchings. Unpublished. Reproductive ecology of green-tailed towhee in north-central Colorado.

BLM_0034545

Kerley, L. L and S. H. Anderson. 1995. Songbird responses to sagebrush removal in a high elevation sagebrush steppe ecosystem. *Prairie Naturalist* 27:129-146.

Kingery, H. E., ed. 1998. *Colorado Breeding Bird Atlas*. Denver: Colorado Bird Atlas Partnership & Colorado Div. of Wildlife.

Knick, S. T., D. S. Dobkin, J. T. Rotenberry, M. A. Schroeder, W. M. Vander Haegen, and C. Van Riper III. 2003. Teetering on the edge or too late? Conservation and research issues for avifauna of sagebrush habitats. *Condor* 105:611-634.

Knopf, F. L., J. A. Sedgwick, and D. B. Inkley. 1990. Regional correspondence among shrubsteppe bird habitats. *Condor* 92:45-53.

Martin, T. E. 1998. Are microhabitat preferences of coexisting species under selection and adaptive? *Ecology* 79:656-670.

Medin, D. E., B. L. Welch, and W. P. Clary. 2000. Bird habitat relationships along a Great Basin elevational gradient. Research Paper RMRS-RP-23. Fort Collins: USFS Rocky Mountain Research Station.

Morton, M. L. 1991. Postfledging dispersal of green-tailed towhees to a subalpine meadow. *Condor* 93:466–468.

NatureServe. 2004. NatureServe Explorer: An online encyclopedia of life [web application]. Arlington, Virginia: NatureServe.

Paige, C., M. Koenen, D. Kwan, and D. W. Mehlman. 2001. Species management abstract: green-tailed towhee (*Pipilo chlorurus*). Arlington: The Nature Conservancy.

Paige, C. and S. A. Ritter. 1999. *Birds in a sagebrush sea: managing sagebrush habitats for bird communities*. Boise, Idaho: Partners in Flight Western Working Group.

Righter, R. 1998. Green-tailed towhee (*Pipilo chlorurus*). In *Colorado Breeding Bird Atlas*, edited by H. E. Kingery. Denver: Colorado Bird Atlas Partnership & Colorado Div. of Wildlife.

Righter, R., R. Levad, C. Dexter, and K. Potter. 2004. *Birds of western Colorado plateau and mesa country*. Grand Junction: Grand Valley Audubon Society.

Rising, J. D. 1996. *A guide to the identification and natural history of the sparrows of the United States and Canada*. San Diego: Academic Press.

Ryser, F. A. 1985. *Birds of the Great Basin: a natural history*. Reno: University of Nevada Press.

Saab, V. A., C. E. Bock, T. D. Rich, and D. S. Dobkin. 1995. Livestock grazing effects in western North America. In *Ecology and management of neotropical migratory birds*, edited by T. E. Martin and D. M. Finch. New York: Oxford University Press.

Sauer, J. R., J. E. Hines, and J. Fallon. 2004. The North American Breeding Bird Survey, Results and Analysis 1966 - 2003: USGS Patuxent Wildlife Research Center.

Sedgwick, James A. 1987. Avian habitat relationships in pinyon-juniper woodland, northwest Colorado. *The Wilson Bulletin* 99:413-431.

Wiens, J. A. and J. T. Rotenberry. 1981. Habitat associations and community structure of birds in shrubsteppe environments. *Ecological Monographs* 51:21-41.

BLM_0034546

A-28

# KIT FOX
## *Vulpes macrotis*

---

**Description**

The kit fox is the daintiest of three species of *Vulpes* in North America (Fitzgerald et al. 1994).

The small-bodied kit fox closely resembles the swift fox (*Vulpes velox*) but has larger ears and a more angular appearance. The skull is long and delicate, and broader at the eyes and more slender at the nose than other North American *Vulpes*. The ears are set close to the midline of the skull (McGrew 1979, Sheldon 1992). The kit fox measures 730 to 840 mm in total length; including a 260 to 323 mm tail, 78 to 94 mm ears, and 113 to 137 mm hindfeet. Adult weight ranges from 1.5 to 2.5 kg. Females are 15 percent lighter on average than males (Fitzgerald et al. 1994), but there is no other obvious sexual dimorphism. Tail length averages about 40 percent of total body length—a distinguishing trait, along with the large ears, from swift foxes (Sheldon 1992).

The kit fox has a light-colored pelage, variable between grizzled-gray, yellow-gray and buff-gray. The shoulders, flanks and chest range from buff to orange. Guard hairs are tipped black or banded. The underfur is lighter buff or white, and relatively heavy and coarse. The legs are slender and thickly furred. The sides of the muzzle are blackish or brownish, and the tip of the tail is black. The soles of the feet are protected by stiff tufts of hair. Because of its relative coarseness, a kit fox pelt has little market value (O'Farrell 1987).

Kit fox hybridize with swift foxes, and some authors have suggested that kit and swift foxes are conspecific. In Colorado, the southern Rocky Mountains serve as a geographic barrier between swift fox populations to the east and kit foxes to the west. Comparative measurements in Colorado support the distinction between kit fox and swift fox (Fitzgerald 1996).

---

**Life history & behavior**

Kit fox is a nocturnal, opportunistic meso-predator.

The life history and behavior of Colorado kit foxes appears to be similar to other studied populations (Fitzgerald 1996).

Kit fox survive up to 12 years in zoos. A 7-year old wild fox appeared old and feeble with broken and worn teeth (McGrew 1979 citing

The kit fox is nocturnal and remains in or near its den during the day. Kit foxes use dens year round (McGrew 1979). They dig their own, or sometimes adapt badger diggings or prairie dog burrows into dens (Cypher 2003). Pairs or individuals may use up to 10 dens clustered in a 0.8 to 1.2 ha area. Mating pairs form in the fall or early winter, when each female chooses a whelping den, usually visiting and cleaning out each den within her home range before settling in one (McGrew 1979).

In Delta and Montrose counties, Colorado, shelter dens studied by Fitzgerald's team had 2 entrances (Fitzgerald 1996 p25), and whelping dens had 2, 3, or 4 entrances. An average of 2 to 7 entrances is common for shelter dens in other parts of kit fox range (McGrew 1979). Egoscue (1962) reported 25 entrances for one whelping den in Utah. Den entrances are often small and key-hole shaped, which may prevent easy entry by badgers or coyotes (Egoscue 1962). Fewer entrances to dens may indicate the populations of Delta and Montrose Counties are relatively new colonizers (Fitzgerald 1996).

Breeding season is between December and February, and gestation lasts 49 to 55 days (Egoscue 1962). Litter sizes range from 2 to 6 but are typically 4 or 5 (Sheldon 1992, McGrew 1979). Litters are thought to be smaller in Colorado (Fitzgerald 1996). Pups emerge within 4 to 5 weeks and forage with the adults beginning at 3 to 4 months of age. In Colorado, pups emerged from dens in

---

BLM_0034547

others).

May (Fitzgerald 1996). Family groups remain together until fall, when pups typically disperse beyond their parents' home range, and adults move to smaller shelter dens. Dispersal distances are not well-studied, although individuals tagged as pups have been recaptured up to 32 kilometers away (McGrew 1979).

Kit foxes are monoestrous. Young of the year do not breed, and females may take an extra year to reach breeding age compared to males (McGrew 1979). Some pairs appear monogamous, others seem polygamous, and yet others remain solitary (Fitzgerald et al. 1994). Based on the occasional overlapping of home ranges, the species does not appear territorial (Sheldon 1992).

In Utah, over 94 percent of the diet of a kit fox family consisted of black-tailed jackrabbits during whelping season (Egoscue 1962). Some kit fox populations may be regulated in part by availability of lagomorph prey (Ecoscue 1975 cited in McGrew 1979). Kit fox will prey opportunistically on kangaroo rats, ground squirrels, ground-nesting birds, reptiles, and insects. They may cache food (Sheldon 1992; O'Farrell 1987).

**Population trends**

In decline in parts of its range, including Colorado.

A literature review and synthesis by Dobkin and Sauder (2004) suggests that kit fox are declining in the Great Basin, and relatively rare and of unknown population status on the Columbia Plateau. No published records of kit fox exist for the Wyoming Basins ecoregion. The San Joaquin kit fox (*V. m. mutica*), a California subspecies, is on the federal endangered species list. Population trends for the southwestern states and west Texas are undocumented but presumed stable.

Kit fox harvest numbers (unverified) reported by trappers returning questionnaires to the Colorado Division of Wildlife (CDOW) during the period of 1975 to 1991 were sporadic, and published reports of kit fox in western Colorado were few, prompting concern and inquiry regarding the species' status in the state. After 4 consecutive years of study ending in 1996, Fitzgerald (1996) speculated that fewer than 100 kit foxes inhabited Colorado, with no evidence that populations were self-sustaining. Follow-up work by Beck (1999, 2000) strongly suggested the already small kit fox population in Colorado had declined sharply and that the species was close to extirpation from the state. No kit fox census has been performed since 2000.

BLM_0034548

## Range

Kit fox remains extant in the states where it historically occurred.



Overall range map re-drafted from Fitzgerald et al. (1994) by permission.

The northern extent of kit fox range in North America is southeast Oregon and southwest Idaho. Its southern extent includes the Baja California peninsula and central mainland Mexico. Kit fox occupies suitable habitat in portions of California, Arizona, Nevada Utah, New Mexico, and west Texas. Western Colorado represents the northeastern extent of kit fox range (Fitzgerald et al. 1994; McGrew 1979).

No data documenting continental-scale shifts in historic kit fox range exist, although the range of *V. m. mutica* is much reduced from historical accounts in California's San Joaquin Valley, and other subspecies native to the Los Angeles Basin are extirpated or extinct (McGrew 1979). Range reductions are attributed to agricultural and industrial conversions and ex-urban development of habitat.

## Colorado distribution patterns & abundance

In Colorado, kit fox occupy the lower Gunnison and Colorado River drainages below about 6,000 feet. (Fitzgerald 1996).

Apparently suitable habitat remains unoccupied by kit fox.

Kit fox historic range in Colorado encompasses about 1.83 million ha. Current range is estimated at 120,000 ha.



Recent work funded by the CDOW to clarify the distribution and status of kit fox (Fitzgerald 1996) suggests that the species' range in Colorado has contracted significantly. Based on historic records, anecdotal reports, known occurrences in adjacent counties in Utah, and the availability of suitable habitat, kit fox are

BLM_0034549

expected in 8 western Colorado counties. However, Fitzgerald (1996) only observed or captured kit foxes in the lower Colorado and lower Gunnison River drainages in Delta, Montrose, Garfield and Mesa Counties. Centers of abundance were southeast of Delta and east of Montrose in the Uncompahgre Valley, although densities were low. Delta and Montrose counties were the only areas where kit fox were captured during all four years of study.

Fitzgerald (1996) did not capture kit fox in all locales where they were predicted. Kit fox were not captured in Montezuma County, where they were expected based on a documented 1964 occurrence (Egoscue 1964 cited in Fitzgerald 1996). Neither were kit fox captured in appropriate habitats in Moffat County, which was included in the study based on unverified kit fox sightings by workers surveying for black-footed ferret in the 1990s and others. Fitzgerald and others speculated that foxes sighted in Moffat County were swift fox or red fox, but no foxes were trapped for verification, and the distribution of these two species in Moffat County remains obscure (Fitzgerald 1996; Fitzgerald et al. 1982). Kit fox were predicted but not captured or observed in Rio Blanco or San Miguel Counties. Trapping efforts were relatively less intensive in these counties than in the counties where kit fox were captured. Our mapping of historic kit fox range in these counties is based on habitat analysis and must be considered provisional. Kit fox likely exist or existed on the Ute Reservation in Montezuma County, but no recent data are available.

Densities of kit fox in Colorado might have been historically low, given the paucity of records. An early biological survey reports the distribution of gray fox in pinyon-juniper woodlands both east and west of the Rocky Mountains (Cary 1911). Swift fox, then considered conspecific with kit fox, was only reported east of the Rockies.

BLM_0034550

Case No. 1:20-cv-02484-MSK   Document 36-11   filed 04/27/21   USDC Colorado   pg 85 of 94

## Conservation status

Ranked G4/S1: apparently secure rangewide; some cause for concern due to declines or other factors/ Colorado population critically imperiled (NatureServe 2004).

Map courtesy of NatureServe (2004)



- ■ **S1: Critically imperiled**
- ■ **S2: Imperiled**
- ■ **S3: Vulnerable**
- ■ **S4: Apparently secure**

State natural heritage rankings across its range reflect that kit fox is nowhere abundant, and many populations are vulnerable to extirpation or extinction (NatureServe 2004). Kit fox is fully tracked by the Colorado Natural Heritage Program and is a U.S. Forest Service species of concern (CNHP 2004).

Kit fox populations have been on Colorado's endangered species list since 1998. In Oregon, kit fox has been state-listed as threatened since 1975. California's San Joaquin kit fox (*V. m. mutica*) has been on the federal endangered species list since 1967. At least one subspecies of kit fox that once inhabited the Los Angeles basin is extinct.

Kit fox is a species of concern in Idaho, where hunting and trapping of them are prohibited. Arizona, Nevada, New Mexico, and Utah still have hunting and trapping seasons for kit fox. The CDOW closed hunting and trapping for kit fox in Colorado in 1994.

## Habitat

Kit fox occur in a variety of shrubland situations, including semi-desert shrublands, sagebrush shrublands, and shrubby margins of pinyon-juniper woodlands throughout the arid portions of their range in the U.S.

In the Colorado sagebrush assessment area, about 0.57 million ha of suitable habitat exists for kit fox, 0.12

Kit fox is associated with semi-desert shrub and shrubsteppe habitats throughout its range and in Colorado, of which sagebrush may be a component. In Colorado, researchers captured or observed kit fox in landscapes dominated by shadscaie, mat saltbush, greasewood-saltbush, big sagebrush, sagebrush-saltbush, mixed pinyon-juniper sagebrush communities, and fringes of pinyon-juniper woodlands (Fitzgerald 1996; Fitzgerald et al. 1994).

In southeast Oregon, kit fox were reported in stands of big sagebrush, mixed stands of big sagebrush and spiny hopsage, greasewood, rabbitbrush, or shadscaie shrublands (DeStefano 1992). Across Utah, McGrew (1977) reported kit fox among communities of mountain sagebrush, black sagebrush, pinyon-juniper, creosote bush, and shadscale (cited in Fitzgerald 1996). Egoscue (1962) reported them in rabbitbrush, greasewood, horsebrush, winterfat, shadscale, and shrubby buckwheat with kochia, seepweed, and Indian ricegrass. Others reviewed by Fitzgerald (1996) also found kit fox in budsage, and shrublands with cheatgrass or halogeton understories. In western Arizona, kit fox inhabit sparsely vegetated creosote shrub flats (Zoellick and Smith 1992). Kit fox may also survive in orchards and among hedgerows (O'Farrell 1987), and in or near industrial settings such as oil fields and landfills, although such habitats could function as population sinks.

The preferred physiognomy of the vegetation community of kit fox habitat appears to be scattered short shrubs and sparse herbaceous vegetation. In

BLM_0034551

million ha of which is sagebrush shrublands (see figure in Colorado Distribution Patterns and Abundance).

The preferred physiognomy of the vegetation community of kit fox habitat appears to be scattered short shrubs and sparse herbaceous cover.

Colorado, bare ground at dens typically exceeded 60 percent, herbaceous cover averaged 20 percent, litter cover was low, and average vegetation height near dens was 23 cm (Fitzgerald 1996). At two den sites in shadscale communities, no plants were intercepted by vegetation transects. Principal understory species at shadscale-dominated den sites included clasping peppergrass, skeleton mustard, cheatgrass, foxtail barley, and galletta (Fitzgerald 1996; Link 1995). In Utah, 75 percent of 92 kit fox reported in a 2-year study occurred in areas with less than 20 percent vegetation cover and light-colored loamy soils (McGrew 1979). Whether the physiognomy or floristics of vegetation around den sites is significantly different from the surroundings or foraging habitat has not been investigated. The low-stature vegetation and open ground around kit fox dens may reduce the frequency of ambush by kit fox predators (Fitzgerald 1996).

Topography and soils appear to play a role in den site selection. Kit fox dens in Colorado occurred in the bottoms of steep-walled or deep washes, and occasionally among rock outcrops and below rimrock (Fitzgerald 1996). Only two foxes trapped during Fitzgerald's (1996) study used den sites at rock outcrops. Most dens had a southerly aspect and were within 1 mile of irrigation canals; some were close to roads. The proximity to the canals may not be related to necessity for water, since kit fox can obtain adequate hydration from its prey (Sheldon 1992). Fitzgerald (1996) reports that placement of dens in western Colorado differs from those described in other regions, which are typically dug on flat or gently rolling terrain.

Home range sizes of radio-collared kit foxes in Colorado averaged 5.2 km$^2$ (Fitzgerald 1996). Home ranges were often clustered and overlapping. Individuals generally did not move more than 3 km from their dens during the course of the study, but one adult female and one adult male dispersed 40 km and 32 km from their home ranges, respectively (Fitzgerald 1996). The minimum area needed to sustain a viable kit fox population in Colorado is uncertain, and depends on a combination of landscape- and local-scale variables.

**Threats & sensitivities**

In western Colorado, threats to sagebrush are not chief conservation concerns for kit fox (T. Beck, pers. comm.).

See Chapter 6 for habitat estimates and predictive threats modeling for kit fox sagebrush habitat in the Colorado assessment area.

Primary threats to kit fox rangewide are habitat loss, coyote predation, and direct and indirect effects of off-road vehicle recreation (McGrew 1979). Threats in Colorado are similar. After habitat loss and fragmentation due to residential development, primary threats in Colorado are incidental take from coyote control actions; illegal trapping, poisoning, and shooting; road kills; and increased competition or predation from red fox, which appear to be moving into kit fox habitat in recent years (T. Beck, pers. comm.).

Of 47 kit fox tracked during a 4-year study in Colorado, only 4 were known to be alive by the end of the study, and 22 were reported dead (Fitzgerald 1996). One death was caused by a research trap injury. Two adults were taken by game trappers. Two deaths were attributed to drowning, 3 to motor vehicle incidents, and 7 to coyote predation. Cause of death was unknown for the remaining 7 kit fox. No marked pups survived beyond 3 years of age, and 89 percent of marked pups were dead or missing by the end of their yearling year. During follow-up work by Beck, no juveniles or pups were documented at the few remaining active dens in Colorado (Beck 1999).

Kit Fox                                                                                          A-34

The effects of habitat degradation, grazing, and range management practices on kit fox populations are uncertain.

Work on San Joaquin kit fox has suggested that population numbers, size of home ranges, densities, overlap of ranges, and reproductive success may be tied to prey availability and/or drought cycles (Cypher et al. 2000; White and Ralls 1993). Kit fox numbers varied up to 4-fold in response to environmental factors. The tendency of kit fox populations to fluctuate with environmental conditions, the relatively high mortality rate, and the seemingly low fecundity of kit fox in Colorado could be limiting their ability to sustain their populations or expand into suitable habitat (Fitzgerald 1996).

To its peril, the kit fox is relatively unwary of human activities (O'Farrell 1987).

The conversion of native shrublands to agricultural, urban, and industrial uses was the primary factor contributing to decline of San Joaquin kit fox and the extinction of an additional subspecies in California (Cypher 2003). Habitat conversions and the loss of safe dispersal corridors through the Grand, Uncompahgre, and Gunnison Valleys are a serious concern for kit fox in Colorado (T. Beck, pers. comm.; Fitzgerald 1996). Remaining suitable habitat may not be ecologically functional without effective immigration and emigration of kit fox between sub-populations.

Predators include coyotes, golden eagles and other large raptors, badgers, red fox, bobcats, and domestic or feral dogs (Cypher 2003; Sheldon 1992).

Whether grazing or range management has a beneficial, detrimental, or neutral influence on floristics and physiognomy of kit fox habitat is unknown. The effects of grazing and range management on kit fox population dynamics are likely mediated by effects on kit fox prey base and kit fox predators. In Colorado, areas inhabited by kit fox are or were historically grazed by sheep or cattle (Fitzgerald 1996). Kit fox response to coyote control on sheep range, particularly by poisoning, is probably mixed (McGrew 1979). Reduction in coyote numbers would reduce predation on kit fox, but kit fox may suffer poisoning mortalities themselves. In California and Utah studies, coyote predation was the cause of almost half of observed kit fox mortalities (Cypher et al. 2000; O'Farrell 1987). Long-term use of poisons to control lagomorphs and rodents may also affect kit fox populations, either by direct or indirect poisonings, but no definitive studies have examined this problem (O'Farrell 1987).

Kit fox seem to be fairly tolerant of human presence, although Link (1995) noted that Colorado kit foxes seemed to spend longer periods in their dens during weekend peaks of noise and disturbance by off-road vehicles or other forms of recreating. Vehicles passing on roads did not cause foxes to alter their behavior unless people stopped to watch them. Link (1995) located one occupied whelping den within 4 meters of a busy road. As the increase in human population in the Grand Valley and surroundings brings increased highway and off-highway travel, the likelihood of vehicle-related kit fox mortalities will rise (Fitzgerald 1996). Road and off-highway vehicle kills accounted for about 14 percent of kit fox deaths in a Utah study (Fitzgerald et al. 1994 citing others). Beck (pers. comm.) was aware of at least 3 kit fox highway mortalities around Delta, Colorado during the late 1990s. Human presence may also bring higher numbers of red fox and domestic dogs— additional sources of predation, competition, and canine disease (T. Beck, pers. comm.).

Although kit fox hunting and trapping seasons have been closed in Colorado since 1994, incidental takes in traps, hunters mistaking them for coyotes, and illegal shooting could result in significant takes of kit fox.

BLM_0034553

| | |
|---|---|
| **Research needs** | Our knowledge of the distribution and abundance of Colorado's kit fox population has lapsed since the year 2000. Whether kit fox occurs in appropriate habitat in northwest Colorado is still unresolved. Better methods of aging and census would improve our ability to reliably model kit fox demographics (Fitzgerald 1996). Interspecific interactions and their impacts on Colorado's kit fox population are poorly understood, as are the effects of grazing, range management, off-road motorized recreation, and the pioneering of red fox into kit fox habitat. |

| | |
|---|---|
| **Management issues**<br><br>Management of sagebrush habitat in western Colorado will likely be of little consequence to the recovery of kit fox in the state.<br><br>The direct and indirect affects of relatively rapid rural residential development in semi-desert shrublands, the kit fox's primary habitat, and the loss of safe dispersal corridors between sub-populations, greatly diminish the likelihood of an ecologically viable kit fox population in Colorado. | Fitzgerald (1996) set forth guidelines for conservation and management of the kit fox in Colorado, recommending a minimum population target for the Colorado-Gunnison drainages of 8 sub-populations of 15 to 25 individuals, each with a reasonable chance for interchange among groups, and each with protection from human and environmental perturbation. This target represents a 100 percent increase in the population size estimated in 1996 after 4 years of study (Fitzgerald 1996). Fitzgerald also recommended that approximately 52,000 ha (200 mi$^2$) in each of the Colorado and Gunnison drainages be recognized as critical habitat for kit fox and managed accordingly by agencies with jurisdiction. Whether Fitzgerald's recommended minimum population is self-sustaining should be periodically re-evaluated once the goal is attained. Beck (Beck 2000) investigated the potential for augmenting kit fox populations in western Colorado, but CDOW organizational priorities precluded preparation of a formal augmentation plan.<br><br>Fitzgerald's observation that "the species does not seem to disperse and colonize well," underscores the need to identify and protect dispersal corridors of kit fox through the Grand Valley from Utah and into Delta and Montrose counties. Fitzgerald also recommended releasing additional animals in Colorado to help improve reproductive success of the existing population.<br><br>O'Farrell (1987) notes the importance of protecting kit fox whelping dens from destruction or disturbance by human activities. Permanently or seasonally closing kit fox whelping den areas to off-road vehicles during the whelping season and until after pups are weaned would likely benefit Colorado's kit fox population. Reducing grazing and predator and rodent control in kit fox centers of abundance may also benefit the species.<br><br>Prior to its extirpation from Colorado, the gray wolf may have kept coyote abundance in check. The absence or perturbation of this and other important interspecific interactions may be contributing to limitations on kit fox abundance and distribution in Colorado, and posing challenges to effective management or long-term sustainability of an ecologically viable population (Cypher 2003; Soule et al. 2005).<br><br>In a study of the effects of radio-collaring on San Joaquin kit foxes, Cypher (1997) found higher body mass loss among newly collared foxes and higher survival rates among foxes surviving the first 30 days post-collaring, suggesting an acclimatization period should be factored into investigations of kit fox population dynamics. Collaring should be avoided during periods of increased stress or vulnerability. Fitzgerald (1996) suggested that continual monitoring of kit foxes near Montrose, Colorado, possibly contributed to individuals leaving the area, and recommended researchers monitor |

BLM_0034554

populations on an infrequent basis from as far away as possible to minimize disturbance. Beck's (1999) infra-red-activated camera system may prove indispensable in this regard.

## Literature Cited

Beck, T. D. I. 1999. Kit fox (*Vulpes macrotis*) status in Colorado. In *Wildlife Research Report, Project No. W-153-R-12, Work Package 0663, Task 1*: Colorado Division of Wildlife.

————. 2000. Kit fox augmentation study. In *Wildlife Research Report, Project No. W-153-R-13, Work Package 0663, Study No. 1*: Colorado Division of Wildlife.

Cary, M. 1911. *North American fauna no. 33: a biological survey of Colorado*. Washington: U. S. Department of Agriculture, Bureau of Biological Survey.

CNHP. 2004. State-wide list of tracked species and communities, August 9, 2004. Accessed at http://www.cnhp.colostate.edu/.

Cypher, B. L. 1997. Effects of radiocollars on San Joaquin kit foxes. *Journal of Wildlife Management* 61:1412-1423.

————. 2003. Foxes (*Vulpes* species, *Urocyon* species, and *Alopex lagopus*). In *Wild mammals of North America: biology, management, and conservation*, edited by G. A. Feldhamer, B. C. Thompson and J. A. Chapman. Baltimore: Johns Hopkins University Press.

Cypher, B. L., G. D. Warrick, M. R. Otten, T. P. O'Farrell, W. H. Berry, C. E. Harris, T. T. Kato, P. M. McCue, J. H. Scrivner, and B. W. Zoellick. 2000. Population dynamics of San Joaquin kit foxes at the Naval petroleum reserves in California. *Wildlife Monographs* 145:1-43.

DeStefano, S. 1992. Observations of kit foxes in southeastern Oregon. *Northwestern Naturalist* 73:54-56.

Dobkin, D. S. and J. D. Sauder. 2004. Shrubsteppe landscapes in jeopardy: distributions, abundances, and the uncertain future of birds and small mammals in the intermountain west. Bend, Oregon: High Desert Ecological Research Institute.

Egoscue, H. J. 1962. Ecology and life history of the kit fox in Tooele County, Utah. *Ecology* 43:482-497.

Fitzgerald, J. P. 1996. *Status and distribution of the kit fox (Vulpes macrotis) in western Colorado. Final Report. Colorado Division of Wildlife Project No. W-153-R-7.*

Fitzgerald, J. P., D. M. Armstrong, J. C. Halfpenny, J. Freeman, B. Bauerle, and C. Tourtillott. 1982. Small mammals, furbearers, and small game mammals of northwestern Colorado: a review and synopsis of information. In *Wildlife conservation and energy development in northwest Colorado (14 Volume Series)*, edited by D. W. Crumpacker. Denver: Northwest Colorado Wildlife Consortium and Ecological Services Section, Colorado Division of Wildlife.

Fitzgerald, J. P., C. A. Meaney, and D. M. Armstrong. 1994. *Mammals of Colorado*. Boulder: Denver Museum of Natural History and University Press of Colorado.

Link, M. A. 1995. Kit fox (*Vulpes macrotis*) distribution in western Colorado., College of Arts & Sciences, Department of Biological Sciences, University of Northern Colorado, Greeley.

McGrew, J. C. 1979. *Vulpes macrotis. Mammalian Species* 123:1-6.

NatureServe. 2004. NatureServe Explorer: An online encyclopedia of life [web application]. Arlington, Virginia: NatureServe.

O'Farrell, T. P. 1987. Kit fox. In *Wild furbearer management and conservation in North America*, edited by M. Novak, J. A. Baker, M. E. Obbard and B. Malloch. Ontario: Ontario Trappers Association.

Sheldon, J. W. 1992. *Vulpes macrotis*: kit fox. In *Wild dogs: the natural history of the nondomestic Canidae*. San Diego: Academic Press.

BLM_0034555

Kit Fox                                                                                                          A-37

Soule, M. E., J. A. Estes, B. Miller, and D. L. Honnold. 2005. Strongly interacting species: conservation policy, management, and ethics. *BioScience* 55:168-176.

White, P. J. and K. Ralls. 1993. Reproduction and spacing patterns of kit foxes relative to changing prey availabiity. *Journal of Wildlife Management* 57:861-867.

Zoellick, B. W. and N. S. Smith. 1992. Size and spatial organization of home ranges of kit foxes in Arizona. *Journal of Mammalogy* 73:83-88.

BLM_0034556

A-38

# LARK SPARROW
## *Chondestes grammacus*

---

| | |
|---|---|
| **Description** | The lark sparrow is a fairly large sparrow with a distinctively colored chestnut, black and white face, unstreaked breast with prominent breast spot, and conspicuous white in its long, rounded tail. The bill is yellowish or pinkish-gray, legs dull flesh colored, and iris sepia or brown (Rising 1996). The sexes have similar coloration. This is a very pugnacious bird during breeding season (Lambeth 1998).<br><br>Two subspecies are recognized: *C. g. grammacus* breeds in the eastern portion of the species' range west to Wisconsin and Minnesota, south through eastern Nebraska and eastern Kansas to northeast Texas.  Chestnut head markings and plumage are darker than *C. g. strigatus*, which breeds west of *grammacus* (Martin and Parrish 2000). |

---

**Life history & behavior**

Lark sparrows are ground or shrub-nesters, and ground-foraging omnivores.



Photo of lark sparrow nest with eggs courtesy of C. Ortega.

Migrants arrive on breeding grounds in Colorado in mid-April and depart by mid-September (Righter et al. 2004). The nesting period is lengthy, continuing into mid-August (Lambeth 1998). The lark sparrow is a short- to medium distance migrant, and travels in same-species or mixed-species flocks of up to 50 individuals (Martin and Parrish 2000).

Lark sparrows nest on the ground, often at the base of bunchgrass, cactus, or shrubs, or up to 3 meters high in a tree. They lay 3 to 6 eggs and may double-brood (Rising 1996). Lark sparrows will use abandoned nests of other species, accepting a variety of unusual nest settings to do so, such as tree cavities or rocks. (This behavior has not been documented in Colorado.) They are also known to re-use their own nests. (Martin and Parrish 2000).

Lark sparrows are primarily ground-foraging omnivores, but occasionally glean from low annuals or low shrub branches. They drink and bath often (Martin and Parrish 2000).

During courtship, the lark sparrow male struts turkey-like with tail upright and wings dropped to the ground. He passes a twig to the female during copulation (Martin and Parrish 2000). Based on limited data, lark sparrows exhibit relatively high breeding territory fidelity (Martin and Parrish 2000).

---

**Population trends**

In decline in the United States (Sauer et al. 2004).

Standard BBS trend estimates for the period 1966 to 2003 (Sauer et al. 2004) suggest the lark sparrow is in decline:

- 2.9% survey-wide ($P$<0.01, n=1,098, RA=3.97)
- 2.4% in eastern region ($P$=0.41, n=50, RA=0.08)
- 3.4% in central region ($P$<0.01, n=563, RA=6.28)
- 0.9% in western region ($P$=0.09, n=485, RA=2.82)
- 2.8% in Colorado ($P$=0.06, n=76, RA=6.93)

---

| | |
|---|---|
| Colorado trends tracked by MCB are uncertain (T. Leukering, pers. comm.). | A recent spatial analysis of BBS data by Dobkin and Sauder (2004) suggests that lark sparrows have increased in abundance in the western U.S.; areas predicted to have >5 birds per route expanded by 12% in the shrubsteppe ecoregions. |

### Range

Although the lark sparrow formerly bred as far east as the northern and central Atlantic states, its breeding range is now receding as eastern lands historically cleared for agriculture during the mid-1800s return to forest, or are progressively taken over by urbanization (Martin and Parrish 2000).



Breeding
Year-round
Wintering

Overall range map reproduced from Martin and Parrish (2000) by permission – dotted lines indicate areas where the species is "rare and irregular."

In their summer range, centers of lark sparrow abundance recorded by BBS lie in north and central Texas, western Oklahoma, southeastern Colorado, northeastern New Mexico, southwestern Kansas, west-central Nebraska, southeastern Montana, and southern and central California (Sauer et al. 2004).

### Colorado distribution patterns & abundance

In Colorado, lark sparrows generally nest in appropriate habitat below 8,500 feet (Righter et al. 2004), and less commonly over 9,000 feet (Bailey

Breeding lark sparrows are largely absent from Colorado's high country and intermountain parks from North Park to the San Luis Valley, and are most abundant in the southeast corner of state (Lambeth 1998). They are uncommon in northwestern Colorado. The largest summer populations occur in the Grand and Uncompahgre Valleys and the San Miguel and San Juan Basins. (Righter et al. 2004). A few birds may winter in Colorado; there are four winter records from Grand Junction, and one from Colorado Springs (Andrews and Righter 1992).

Breeding densities are highly variable. In Colorado between 1999 and 2003, estimates varied from 0.053 to 0.195 birds/ha in sagebrush, 0.161 to 0.345 in semi-desert shrubland, and 0.040 to 0.215 in grasslands (T. Leukering, pers.

BLM_0034558

and Niedrach 1965).

The total area of the range the lark sparrow in the assessment area (39 contiguous western Colorado counties) is 8.85 million ha, 3.45 million ha of which is suitable habitat.

comm.). In Oregon shrubsteppe, Wiens and Rotenberry (1981) estimated densities at 0.01 to 0.33 birds/ha. Near Missouri Breaks in Montana, lark sparrows reached their highest nesting density (1 bird/ha) in sagebrush-greasewood habitat (Walcheck 1970).



**Conservation status**

- SX: Presumed extirpated
- SH: Possibly extirpated
- S1: Critically imperiled
- S2: Imperiled
- S3: Vulnerable
- S4: Apparently secure
- S5: Secure
- Not ranked / Under review

The lark sparrow has no legal status in any state.



Map courtesy of NatureServe (2004).

BLM_0034559

## Habitat

In western Colorado, lark sparrows nest in open grasslands with a shrub component, mostly juniper, greasewood, or sagebrush (Righter et al. 2004).

Lark sparrows generally prefer structurally open habitats with scattered shrubs or trees; ecotones or edges; sites disturbed by overgrazing or recent fire; cultivated areas and fallow fields with brushy edges; and woodlands with sparse canopy cover (Martin and Parrish 2000). In western Colorado, lark sparrows nest in open grasslands with a shrub component, mostly juniper, greasewood, or sagebrush (Righter et al. 2004).

Colorado BBA (1998) reported about 13 percent of lark sparrow occurrences in big sagebrush. This percentage would be significantly greater if the BBA analysis were confined to our assessment area. The breakdown of Colorado BBA occurrences by habitat is as follows:

In the Colorado sagebrush assessment area, about 3.45 million ha of suitable habitat exists for lark sparrow, 1.68 million ha of which is sagebrush shrublands (see figure in Colorado Distribution Patterns and Abundance).

25% - shortgrass prairie
20% - other grasslands (6 types)
18% - rural and croplands
13% - big sagebrush
 9% - pinyon-juniper
 7% - riparian
 6% - tall desert shrub
 2% - mountain shrub

From 1999 through 2003, MCB found consistently higher densities of lark sparrows in semi-desert shrublands than any of three other habitat types; second and third-highest densities were consistently in sagebrush shrublands and grasslands (T. Leukering, pers. comm.).In southwestern Colorado, Gambel oak seems to be very important to lark sparrows (C. Ortega, pers. comm.). Ortega notes that where she finds oak she "expects to find" lark sparrows.

At the local scale, a "low to modest cover" of grasses appears to be important to lark sparrows, with some interspersion of herbaceous vegetation for cover and open areas for foraging.

Lark sparrow abundances in Oregon shrubsteppe were positively correlated with the presence of *Artemisia tridentata* at the regional spatial scale, and also with decreasing horizontal heterogeneity and increasing grass, litter, and shrub coverage relative to other sagebrush-associated passerines such as sage sparrow, Brewer's sparrow, sage thrasher, vesper sparrow, and black-throated sparrow (Wiens and Rotenberry 1981). In Nevada, lark sparrows preferred areas of crested wheatgrass with big sagebrush over areas dominated solely by either sagebrush or wheatgrass; bird abundance was negatively correlated with sagebrush density (McAdoo et al. 1989).

Minimum or optimum patch size for the lark sparrow is unknown.

At the local scale, a "low to modest cover" of grasses and herbaceous plants appears to be important, with some interspersion of herbaceous vegetation for cover and open areas for foraging (Renwald 1977). According to a synthesis by Martin and Parrish (2000), lark sparrows prefer shrub canopy or other overstory cover less than 24 percent; and ground cover ranging from 40 to 100 percent. In an Arizona mixed grass-shrubland, lark sparrows inhabited areas characterized by mean habitat values of 38 percent bare ground, 54 percent grass cover, 7 percent forb cover, less than 3 percent shrub canopy cover, 13 centimeter grass height, and 0.068 shrubs per square meter; and usually were flushed near mesquite shrubs (Bock and Webb 1984). In a Texas honey mesquite-tobosa grassland, Renwald (1977) found that nesting lark sparrows decreased with increasing litter build-up and presence of dense grass stands. Ground nest sites were selected within a limited grass cover range of 32.1 to 55.4 percent, representing slightly lower cover than the

BLM_0034560