surrounding community.

Lark sparrows will nest on the ground or in woody vegetation, including big sagebrush. Ground nests may be located in areas with sparser ground cover than general surroundings (Renwald 1977). Above-ground nests may be placed in various species of shrubs, saplings, and small trees (at heights up to 3 meters). In Montana, Walcheck (1970) found ground nests at bases of *A. tridentata* and *A. cana* shrubs in an area where sagebrush canopy cover was 9 percent. Soils under big sagebrush had higher litter content and were less compacted than the surrounding area.

Lark sparrows generally defend their immediate nest site but not large territories (Martin and Parrish 2000). In Kansas mixed prairie, 3 territories measured 66, 90, and 248 square meters where nests were defended and foraging was concentrated. Extended foraging occurred over a 6 ha area, however. No data are available on lark sparrow territory size in Colorado shrubland habitats.

Lark sparrows winter in agricultural areas, suburban gardens, oak woodlands, chaparral, and mesquite/acacia grassland (Rising 1996). Anecdotal accounts describe winter and migrating habitats as similar to breeding habitats (Martin and Parrish 2000).

## Threats & sensitivities

In western Colorado, where sagebrush makes up about 49 percent of lark sparrow suitable habitat, threats to sagebrush are a major concern.

See Chapter 6 for more detail about habitat estimates and predictive threats modeling for lark sparrow sagebrush habitat in the Colorado assessment area. Chapter 4 presents rule sets for threats modeling in sagebrush habitat.

Reversion of farmlands to forests or conversion to other land uses in the eastern U.S. is the main threat to the species (Martin and Parrish 2000).

In the Colorado sagebrush assessment area, where sagebrush makes up about 49 percent of the lark sparrow's suitable habitat, threats to sagebrush are major concerns also. Lark sparrow sagebrush habitat in the assessment area is at risk of four widespread threats modeled in the Colorado sagebrush conservation assessment and strategy: pinyon-juniper encroachment, encroachment by invasive herbaceous plants, residential development, and energy development.

Residential development probably poses the lowest threat of the four, with an estimated 3 percent of lark sparrow sagebrush habitat at high or moderate risk and 14 percent at low risk. About 83 percent of lark sparrow sagebrush habitat is at no risk of residential development based on our predictive model. Residential development in sagebrush shrublands could be detrimental to the lark sparrow in terms of habitat loss and indirect effects, but in certain cases it could benefit the lark sparrow where appropriate habitat edge conditions are created.

Pinyon-juniper encroachment risk is also relatively low in lark sparrow sagebrush habitat; pinyon-juniper encroachment is not anticipated to be a serious threat to the lark sparrow at short or moderate temporal scales because the species tolerates scattered trees in its habitat.

Risk of energy development is broadly moderate in lark sparrow sagebrush habitat. About 60 percent of lark sparrow sagebrush habitat is at moderate risk of energy development in the Colorado sagebrush assessment area, 34 percent is at low or no risk, and 8 percent is at high risk. Energy development

BLM_0034561

can result in destruction, degradation, and fragmentation of habitat via mechanisms described in Chapter 2. Sagebrush habitat at highest risk of energy development is scattered throughout the western-most counties in the assessment area, with larger hot spots clustered in Rio Blanco, Garfield, and southern La Plata Counties. Lark sparrows are not considered to be particularly sensitive to habitat fragmentation, given that their preference for ecotone or edge situations.

Over 99 percent of the lark sparrow's sagebrush habitat is at some degree of risk of encroachment by invasive herbaceous plants. Our model predicts 26 percent at high risk, 23 percent at moderate risk, and 51 percent at low risk. Sagebrush habitat at moderate or high risk of invasive herbaceous plant encroachment in lark sparrow range is mostly broadly scattered across the western-most counties at lower elevations. Moffat and Rio Blanco counties contain the largest contiguous patches of sagebrush habitat at high risk.

Whether or how invasions of exotic herbaceous vegetation affect lark sparrows is unknown. At the U.S. Army Dugway Proving Ground in Utah, Martin et al. (1999) found that breeding lark sparrows were abundant in mixed semi-desert shrub, juniper, and sagebrush communities with infestations of cheatgrass, Russian thistle, and annual mustards. When fire removed dense living and dead annual weeds, exposed bare soils, and left standing shrub and juniper snags, numbers of adult and hatch-year birds remained high for 2 years. The authors suggested that in the third year following the fire, annual weed ground cover had reestablished to the extent that lark sparrows abandoned nesting efforts except in areas that had burned again since the first fire (cited in Martin and Parrish 2000). Nesting densities in the Missouri River Breaks in Montana were significantly higher in greasewood-sagebrush than in sagebrush-cheatgrass (Walcheck 1970). Whether characteristic high densities of exotic herbaceous vegetation, floristics, or some other factor ultimately make certain weedy areas unsuitable for the lark sparrow is unknown. Although the lark sparrow's tolerance of non-native understory is probably relatively high, complete replacement of habitats with non-native ground cover is likely unfavorable.

Livestock grazing is potentially beneficial to lark sparrow in habitats dominated by grasses. The effects of grazing in shrubsteppe are undocumented but presumed to be unfavorable.

Common knowledge holds that lark sparrows are attracted to "overgrazed" and other disturbed sites (Martin and Parrish 2000). Although little published data are available to corroborate this notion, a literature review by Bock et al. (1993) tentatively concluded that the lark sparrow's response to grazing is positive or neutral. In grazed and ungrazed sites in Arizona mixed grass-shrublands, lark sparrows were more abundant in grazed habitats (Bock and Webb 1984). Other studies summarized by Martin and Parrish (2000) have shown similar preference for grazed versus ungrazed habitats, although differences in between-year densities in both grazed and ungrazed habitats could not be attributed to grazing impacts or other environmental parameters measured during the studies. None of these studies occurred in shrubsteppe habitats, however, in which grazing could produce unfavorable physiognomic conditions for the lark sparrow (such as increased shrub canopy and decreased grass and forb cover). Livestock grazing is also potentially associated with the introduction of exotic plants and higher densities of parasitic cowbirds in shrubsteppe habitats, both of which could affect habitat suitability or nesting success of the lark sparrow.

BLM_0034562

Lark sparrow responses to chemical or mechanical sagebrush range treatments are undocumented.

Lark sparrow responses to chemical or mechanical sagebrush range treatments are undocumented. Given their preference for grass habitats with a relatively sparse shrub component, sagebrush treatments that increase grass cover but do not completely remove the shrub component will probably benefit the lark sparrow. In Nevada, lark sparrows preferred areas of crested wheatgrass invaded by big sagebrush over areas dominated solely by either sagebrush or wheatgrass (McAdoo et al. 1989). The toxicity to lark sparrows of herbicides applied to sagebrush and their effects on nesting success are unknown. Local declines in suitable habitats are potentially related to intense grasshopper control measures with pesticides (Paige and Ritter 1999).

Low or moderate intensity fires in shrublands probably benefit lark sparrow, whereas long-term fire suppression may result in habitat reduction.

Low or moderate intensity fires in shrublands probably benefit lark sparrows, except where complete removal of the shrub component occurs or where burned off areas develop a heavy cover of weedy annuals (Martin and Parrish 2000). Lark sparrows avoided an area devoid of woody vegetation burned 2 years previously within Montana shrubsteppe, instead preferring areas dominated by big sagebrush within unburned sites (Bock and Bock 1999). In a Texas honey mesquite shrub-tobosa grassland, lark sparrows nested at higher densities in newer burns than older burns, avoiding increased litter build-up and decadent stands of grass (Renwald 1977). Nesting success was not measured. The author attributed increased densities to "adequate interspersion of grassy areas for nesting and open spaces for foraging," and noted that "hot" fires would affect nesting lark sparrows during the year of the burn, reducing the number of potential nest sites by removing all grass material. Similarly, complete burn-off of woody plants would remove perching and shrub nesting sites. It follows that long-term fire suppression in some cases would adversely affect the lark sparrow where shrublands develop into dense stands and edge habitat is reduced.

Whether or how invasions of exotic herbaceous vegetation affect lark sparrows is unknown. At the U.S. Army Dugway Proving Ground in Utah, Martin et al. (1999) found that breeding lark sparrows were abundant in mixed semi-desert shrub, juniper, and sagebrush communities with infestations of cheatgrass, Russian thistle, and annual mustards. When fire removed dense living and dead annual weeds, exposed bare soils, and left standing shrub and juniper snags, numbers of adult and hatch-year birds remained high for 2 years. The authors suggested that in the third year following the fire, annual weed ground cover had reestablished to the extent that lark sparrows abandoned nesting efforts except in areas that had burned again since the first fire (cited in Martin and Parrish 2000). Nesting densities in the Missouri River Breaks in Montana were significantly higher in greasewood-sagebrush than in sagebrush-cheatgrass (Walcheck 1970). Whether characteristic high densities of exotic herbaceous vegetation, floristics, or some other factor ultimately make certain weedy areas unsuitable for the lark sparrow is unknown. Although the lark sparrow's tolerance of non-native understory is probably relatively high, complete replacement of habitats with non-native ground cover is likely unfavorable.

Agricultural habitats could be environmental sinks due to farming practices.

Agriculture benefits lark sparrows where preferred edge or ecotone habitats are created in crop margins (Martin and Parrish 2000). Historically, agricultural development facilitated a range expansion of this species in the eastern U.S. However, many crop habitats could be environmental sinks due to farming practices (pesticide and harvest effects).

BLM_0034563

| Lark sparrows probably benefit from habitat fragmentation where suitable edge habitats are created. | Fragmentation of shrubland habitat leading to an increase of appropriate or preferred edge habitats probably benefits this species (Martin and Parrish 2000). At the U.S. Army Dugway Proving Ground in Utah, lark sparrows, horned larks, and brown-headed cowbirds increased where contiguous juniper, sagebrush, and greasewood habitat was fragmented by fires and road construction. The fragmentation occurred in artillery maneuver training areas, and resulted in canopy reduction and conversion of native shrub-grasslands to annual exotic weeds (Martin et al. 1999 cited in Martin and Parrish 2000). Bock et al. (1999) found that lark sparrows were more abundant on interior plots than on edge plots in City of Boulder Open Space grasslands, but the difference was not statistically significant due to high variation in numbers of lark sparrows among plots. |
|---|---|
| As an edge-dwelling species and common ground nester, lark sparrows are vulnerable to cowbird parasitism and predation. | Lark sparrows apparently do not readily reject cowbirds eggs and are known to raise brown-headed cowbird young (Chace and Cruz 1996). Colorado BBA observers reported lark sparrow fostering cowbird young in Las Animas, Yuma, and Phillips Counties (Lambeth 1998). In southwestern Colorado Ortega (pers. comm.) found parasitism by brown-headed cowbirds in 10 percent of lark sparrow nests observed. The effects of cowbird parasitism on lark sparrow nesting success rates are unknown, but nest abandonment has been reported (Dechant et al. 1999).

Eggs and nestlings are vulnerable to predation by snakes and small mammals, and loggerhead shrikes are known to take young. Nest failure rate can be quite high due to predation (Martin and Parrish 2000). Adults are likely taken by raptors. |

### Research needs

Much of the information regarding the lark sparrow's natural history and ecology remains anecdotal.

Due to its preference for edge habitats, the lark sparrow has not been the focus of any definitive avian study in western North America. Consequently, it is a poorly understood species relative to shrubland obligate or grassland obligate passerines.

Research on lark sparrows should focus on nest success (including brood parasitism and predation) under alternate sagebrush rangeland management regimes, over a range of habitat conditions and geographic areas. Inquiries into specific habitat needs and how management affects those needs may be in order.

More study is needed to gain better understanding of wintering ecology and degree of breeding territory fidelity of lark sparrows.

Alternative methods for estimating long-term population trends of lark sparrows with statistical confidence are needed for lark sparrow habitats in western North America.

### Management issues

Potential high fidelity to breeding and winter territory based on limited banding studies (Martin and Parrish 2000) may confound results of short-term studies regarding effects of habitat degradation on species abundance.

Management efforts involving shortgrass prairie-obligate and shrubsteppe-

BLM_0034564

obligate species that enhance edge effects between wooded and grassland or shrubsteppe habitats may favor the lark sparrow. Conversely, impacts on ecotones between wooded and grassland/shrub habitat types would adversely affect the lark sparrow (Knopf 1994).

The lark sparrow may be useful as an indicator of habitat disturbance or successional development during rehabilitation (Martin and Parrish 2000).

## Literature Cited

Andrews, R. and R. Righter. 1992. *Colorado birds: a reference to their distribution and habitat.* Denver: Denver Museum of Natural History.

Bailey, A. M. and R. J. Niedrach. 1965. *Birds of Colorado, Volumes I & II.* Denver: Denver Museum of Natural History.

Bock, C. E. and J. H. Bock. 1999. Response of winter birds to drought and short-duration grazing in southeastern Arizona. *Conservation Biology* 15:1117-1123.

Bock, C. E., J. H. Bock, and B. C. Bennett. 1999. Songbird abundance in grasslands at a suburban interface on the Colorado high plains. *Studies in Avian Biology* 19:131-136.

Bock, C. E., V. A. Saab, T. D. Rich, and D. S. Dobkin. 1993. Effects of livestock grazing on neotropical migratory landbirds in western North America. In *Status and management of neotropical migratory birds*, edited by D. M. Finch and P. W. Stangel: USDA Forest Service, General Technical Report RM-229.

Bock, C. E. and B. Webb. 1984. Birds as grazing indicator species in southeastern Arizona. *Journal of Wildlife Management* 48:1045-1049.

Chace, J. F. and A. Cruz. 1996. Knowledge of the Colorado host relations of the parasitic brown-headed cowbird (*Molothorus ater*). *Journal of Colorado Field Ornithology* 30:67-81.

Dechant, J. A., M. L. Sondreal, D. H. Johnson, L. D. Igl, C. M. Goldade, B. D. Parkin, and B. R. Euliss. 1999. *Effects of management practices on grassland birds: lark sparrow (revised 2002).* Jamestown, North Dakota: Northern Prairie Wildlife Research Center.

Dobkin, D. S. and J. D. Sauder. 2004. Shrubsteppe landscapes in jeopardy: distributions, abundances, and the uncertain future of birds and small mammals in the intermountain west. Bend, Oregon: High Desert Ecological Research Institute.

Knopf, F. L. 1994. Avian assemblages on altered grasslands. *Studies in Avian Biology* 15:247-257.

Lambeth, R. 1998. Lark sparrow (*Chondestes grammacus*). In *Colorado Breeding Bird Atlas*, edited by H. E. Kingery. Denver: Colorado Bird Atlas Partnership & Colorado Div. of Wildlife.

Martin, J. W. and J. R. Parrish. 2000. Lark sparrow (*Chondestes grammacus*). In *The Birds of North America, No. 488*, edited by A. Poole and F. Gill. Philadelphia: The Birds of North America, Inc.

Martin, J. W., T. L. Pearl, and M. C. Martin. 1999. Bird dynamics in the Bonneville Basin: influence of military training on Neotropical birds in disturbed versus undisturbed habitats. Paper read at West Bird Banding Association, September 24 and 25.

McAdoo, J. K., W. S. Longland, and R. A. Evans. 1989. Nongame bird community responses to sagebrush invasion of crested wheatgrass seedings. *Journal of Wildlife Management* 53:494-502.

NatureServe. 2004. NatureServe Explorer: An online encyclopedia of life [web application]. Arlington, Virginia: NatureServe.

Paige, C. and S. A. Ritter. 1999. *Birds in a sagebrush sea: managing sagebrush habitats for bird communities.* Boise, Idaho: Partners in Flight Western Working Group.

Renwald, J. D. 1977. Effect of fire on lark sparrow nesting densities. *Journal of Range Management* 30:283-285.

BLM_0034565

Righter, R., R. Levad, C. Dexter, and K. Potter. 2004. *Birds of western Colorado plateau and mesa country*. Grand Junction: Grand Valley Audubon Society.

Rising, J. D. 1996. *A guide to the identification and natural history of the sparrows of the United States and Canada*. San Diego: Academic Press.

Sauer, J. R., J. E. Hines, and J. Fallon. 2004. The North American Breeding Bird Survey, Results and Analysis 1966 - 2003: USGS Patuxent Wildlife Research Center.

Walcheck, K. C. 1970. Nesting bird ecology of four plant communities in the Missouri River breaks, Montana. *The Wilson Bulletin* 82:370-382.

Wiens, J. A. and J. T. Rotenberry. 1981. Habitat associations and community structure of birds in shrubsteppe environments. *Ecological Monographs* 51:21-41.

BLM_0034566

A-48

# MERRIAM'S SHREW
## *Sorex merriami*

---

### Description

Large compared to other shrews, Merriam's shrews are still tiny animals.

Merriam's shrew has pale gray pelage with whitish feet and white underparts. The tail is bicolored and sparsely haired. The shrew molts in spring and fall. Flank glands are prominent on males during the breeding season, and thought to be responsible for the shrew's strong odor (Armstrong and Jones 1971). Johnson and Clanton (1954) suggest this odor may be associated with attracting a mate.

Merriam's shrews are large and heavy-bodied relative to shrews that co-occur with them in Colorado (D. Armstrong, pers. comm.), yet they are still tiny animals: total length measures 88 to 107 mm, including tail length of 33 to 42 mm. Adults weigh between 4.4 to 6.5 g (Armstrong and Jones 1971). Distinguishing Merriam's shrew from other shrews is subtle work; familiarity with shrews in the museum collections is recommended before attempting field identifications (D. Armstrong, pers. com.).

---

### Natural history and behavior

Merriam's shrews are solitary insectivores. Their natural history is poorly known.

Merriam's shrews are active at all hours, and like other shrews, often need to consume more then their body weight in prey per day. The diet consists of spiders, beetles, caterpillars and other small invertebrates, and perhaps vertebrate carrion. Runways and burrows of small rodents are used extensively for foraging (Armstrong and Jones 1971). Runways and burrows of sagebrush voles are important to Merriam's shrews in localities where the two species occur together (Johnson and Clanton 1954).

Merriam's shrews do not hibernate. They breed during spring and early summer and produce perhaps one or two litters a year, with 5 to 7 young per litter (Fitzgerald et al. 1994). The gestation period is about 3 weeks. The female fashions a small nest under a log, rock, or similar shelter, lined with hair or plant material. The young are naked and blind at birth, mature rapidly, and may remain with the mother for a short while after emerging from the nest. There is little evidence of any social structure for these shrews and the details of their mating interactions are unknown (Findley 1987).

---

### Population trends

No long-term census effort has been performed in Colorado or rangewide.

Long-term population trends of Merriam's shrew in Colorado and rangewide are unknown.

A literature review and synthesis by Dobkin and Sauder (2004) suggested that Merriam's shrews were present at only 8 of 39 (17 percent) of the localities they were expected to occupy in the Great Basin and Columbia Plateau. Although Merriam's shrews have traditionally been considered rare, the review raises concerns about the status, distribution, and habitat requirements of the species throughout its range.

---

BLM_0034567

Merriam's Shrew                                                                          A-49

## Range

Merriam's shrew remains extant in the states where it historically occurred.

Overall range map reproduced from Fitzgerald et al. (1994) by permission.



The range of Merriam's shrew encompasses the Great Basin; the Columbia Plateau; the Colorado Plateau; the Great Plains steppe of Montana, the western Dakotas, and western Nebraska; the Wyoming Basins into northwestern Colorado; and from a few localities in the foothills of Colorado's Front Range. No data documenting historic continental-scale shifts in distribution of this species exist.

Given that Merriam's shrew is a facultative sagebrush shrubsteppe species across its range, and that this habitat has undergone significant decline in the last century (Knick 1999), it is possible that the range and distribution of this species has responded accordingly.

## Colorado distribution patterns & abundance

Merriam's shrews are thought to occur in Colorado in appropriate habitat between 4,500 and 9,600 feet (Fitzgerald et al. 1994).

The range of Merriam's shrew in the assessment area encompasses the entire assessment area (approximately 15.68 million ha), with an estimated 6.21 million ha of suitable habitat.
.

Merriam's shrews occur in appropriate habitat in northwest and southwest Colorado, and in central Colorado along the Front Range. Centers of abundance are unknown. Specimens have been taken in Moffat, Routt, Rio Blanco, Garfield, Gunnison, Larimer, El Paso, Teller, Boulder, Fremont, Custer, and Montezuma counties (Armstrong et al. 1973; Armstrong and Jones 1971; Fitzgerald et al. 1982; Fitzgerald et al. 1994). The distribution of Merriam's shrew has probably not changed significantly in Colorado since European settlement.



Merriam's shrew range (15.68 million ha)

Merriam's shrew sagebrush habitat (2.17 million ha)

Merriam's shrew non-sagebrush habitat (4.04 million ha)

Assessment area boundary

County boundary

BLM_0034568

No density estimates are available for Colorado populations. Fitzgerald et al. (1994) remarked that Merriam's shrews seem uncommon in any locality, but this perception may be an artifact of inadequate sampling. The authors suspected that the species is more common and widespread than previously thought.

Common associates are white-tailed prairie dog, sagebrush vole, pronghorn, Wyoming ground squirrel, Brewer's sparrow, and sage-grouse (Fitzgerald et al. 1982)

## Conservation status

Ranked G5/S3: secure rangewide, Colorado population vulnerable (NatureServe 2004).

Merriam's shrew has no legal status in any state.

Species of Concern in Washington.



Rankings across its range reflect that Merriam's shrew is nowhere abundant, and data regarding its population status are lacking.

This species is not tracked by the Colorado Natural heritage Program (CNHP 2004).

Map courtesy of NatureServe 2004.

S1: Critically Imperiled
S2: Imperiled
S3: Vulnerable

## Habitat

Habitat characteristics that influence the presence and abundance of the Merriam's shrew are poorly understood.

In the Colorado sagebrush assessment area, about 6.21 million ha of suitable habitat exists for Merriam's shrew, 2.17 million ha of which is

Merriam's shrews are associated with sagebrush throughout their range.  What little data exist suggest they may be moderately dependent on sagebrush. Merriam's shrew is the only shrew expected to occur in sagebrush in Colorado. They are typically found in situations more xeric than montane shrews and less xeric than sagebrush voles (Fitzgerald et al. 1994). Unlike herbivores such as the sagebrush vole, the insectivorous Merriam's shrew is a step removed from direct dependence on the plant community in its habitat, and therefore its distribution is probably not as strongly correlated with the distribution of sagebrush as that of the sagebrush vole. It is likely that a relatively wide range of habitat floristics and structure is suitable for Merriam's shrew, but not necessarily equally preferable. Nothing is known about the specific physiognomic characteristics of the sagebrush communities preferred by Merriam's shrew. Characteristics that influence the presence and abundance of Merriam's shrew in any habitat are poorly understood.

In Colorado, Merriam's shrews have been collected in sagebrush, pinyon-juniper woodlands, montane shrublands, ponderosa pine woodlands, and occasionally in riparian situations within these habitats (Fitzgerald et al. 1982).

BLM_0034569

sagebrush shrublands (see figure in Colorado Distribution Patterns and Abundance).

Home range, dispersal distances, and minimum patch size for the Merriam's shrew are unknown.

In northwestern Colorado, they are thought to occur most typically in "well-maintained sagebrush ecosystems" (Fitzgerald et al. 1982). The highest rate of capture of Merriam's shrews in Colorado was in montane shrublands in Custer and Fremont counties (Armstrong et al. 1973; Fitzgerald et al. 1994).

In the Columbia Plateau, Great Basin, and the Wyoming Basins Ecoregions, Merriam's shrews have been captured in sagebrush-dominated habitats, mountain shrub, and shortgrass prairie (Dobkin and Sauder 2004). Verified specimens from New Mexico were taken in white fir/Douglas-fir/ponderosa pine (Findley 1987) and in sagebrush steppe (BISON 2005). In Arizona, specimens have been taken in or near open ponderosa pine woodlands, spruce-fir stands, and grasslands with patches of aspen and spruce (BISON 2005). Mullican et al. (2004) captured two Merriam's shrews in South Dakota sagebrush shrubsteppe on two of 35 sites sampled, noting that "the percent grass cover was higher and the total number of shrubs was lower on those areas where the shrew was captured compared to those areas where it was absent." The easternmost record of Merriam's shrew is from a wet meadow adjacent to a xeric grassland in western Nebraska where *Artemisia* sp. was present (McDaniel 1967).

It is important to note that Merriam's shrews have not been captured in sufficient numbers to provide statistically significant correlations between shrew occurrence/abundance and community physiognomy or floristics. Merriam's shrews were consistently trapped in fewer numbers relative to rodents and other insectivores collected during the same studies, and typically hundreds, sometimes thousands of trap-nights are required to capture a single animal (Dobkin and Sauder 2004).

## Threats & sensitivities

Nothing is known about the response of Merriam's shrews to grazing, range management practices, or habitat degradation in sagebrush shrubsteppe, in Colorado or rangewide.

In western Colorado, where sagebrush makes up about 35 percent of Merriam's shrew suitable habitat, threats to sagebrush are a major concern.

In the Colorado sagebrush assessment area, where sagebrush makes up about 35 percent of Merriam's shrew suitable habitat, threats to sagebrush are major concerns. Merriam's shrew sagebrush habitat in the assessment area is at risk of four widespread threats modeled in the Colorado sagebrush conservation assessment and strategy: pinyon-juniper encroachment, encroachment by invasive herbaceous plants, residential development, and energy development.

Residential development probably poses the lowest threat of the four, with an estimated 2 percent of Merriam's shrew sagebrush habitat at high risk, 2 percent at moderate risk, and 15 percent at low risk. About 82 percent of Merriam's shrew sagebrush habitat is at no risk of residential development based on our predictive model. Residential development threats to sagebrush are fairly scattered, with hot spots around Craig, Steamboat Springs, Granby, the Eagle River Valley, Aspen Valley and the Roaring Fork Valley, Hotchkiss and Cedaredge in Delta County, Cortez, Mancos, and Durango.

Pinyon-juniper encroachment risk is also relatively low. Our predictive model estimated 18 percent of Merriam's sagebrush habitat is at high risk of pinyon-juniper encroachment. Pinyon-juniper encroachment is not anticipated to be a serious threat to Merriam's shrew because the species tolerates scattered trees in its habitat.

Risk of energy development is broadly moderate in Merriam's shrew sagebrush habitat. About 58 percent of Merriam's shrew sagebrush habitat is at moderate

BLM_0034570

See Chapter 6 for more detail about habitat estimates and predictive threats modeling for Merriam's shrew sagebrush habitat in the Colorado assessment area. Chapter 4 presents rule sets for threats modeling in sagebrush habitat.

risk of energy development in the Colorado sagebrush assessment area, 34 percent is at low or no risk, and 8 percent is at high risk. Energy development can result in destruction, degradation, and fragmentation of habitat via mechanisms described in Chapter 2. The effects of shrubland habitat fragmentation and perforation on Merriam's shrew populations have not been studied. Roads, especially divided highways, are likely major barriers to dispersal of small mammals. Sagebrush habitat at highest risk of energy development is scattered throughout the western-most counties in the assessment area, with larger hot spots clustered in Rio Blanco, Garfield, and southern La Plata Counties.

Over 99 percent of Merriam's shrew sagebrush habitat is at some degree of risk of encroachment by invasive herbaceous plants. Our model predicts 24 percent at high risk, 18 percent at moderate risk, and 58 percent at low risk. Sagebrush habitat at moderate or high risk of invasive herbaceous plant encroachment in Merriam's shrew range is mostly broadly scattered across the western-most counties at lower elevations. Moffat and Rio Blanco counties contain the largest contiguous patches of sagebrush habitat at high risk.

Dobkin and Sauder (2004) suggested that Merriam's shrew populations may be sensitive to grazing in sagebrush shrubsteppe, based on documented effects on other soricids in a variety of habitats through soil compaction, litter reduction, and microhabitat alteration. Cattle may compress soils and trample burrows and runways of sagebrush voles, which are thought to be important to the Merriam's shrew's foraging patterns. Livestock grazing is associated with the introduction of exotic plants and potentially influences structural or floristic shifts in the plant community. How such shifts might affect the Merriam's shrew is unknown, and whether or how invasions of exotic herbaceous plants affect the Merriam's shrew is unknown as well.

Responses of Merriam's shrews to chemical or mechanical treatments on sagebrush range are undocumented. The toxicity to Merriam's shrews of herbicides applied to sagebrush is unknown. Equipment used for mechanical treatments may destroy Merriam's shrew nests with young.

The effects of fire in shrubsteppe on the Merriam's shrew are uncertain. In burned sagebrush shrubsteppe in southwestern Wyoming, Kirkland et al. (1997) captured 3 Merriam's shrews in 73,000 trap-nights (0.004 percent success rate). In adjacent unburned sagebrush shrubsteppe, two Merriam's shrews were captured in 14,600 trap-nights (0.013 percent success rate). At a separate unburned sagebrush shrubsteppe site, the trapping success rate was 0.002 percent. Trapping was conducted over a seven-year period, with the burn occurring in year 5. Burned areas exhibited "considerable regrowth" of rabbitbrush, bitterbrush, and perennial grasses and forbs by the second year following the burn. In the same study, Merriam's shrews were trapped with a success rate of 0.018 percent on a reclaimed coal mine site dominated by forbs. This rate was higher than trap success rates on both burned and unburned sagebrush shrubsteppe sites.

No data are available regarding the effects of agricultural conversions of sagebrush shrubsteppe on Merriam's shrew. Such conversions are assumed to result in direct habitat loss.

BLM_0034571

The effects of predation on Merriam's shrew populations are unknown. Merriam's shrew remains have been reported in owl pellets (Armstrong and Jones 1971 citing others).

| | |
|---|---|
| **Research needs** | No comprehensive baseline population estimates or trend data exist across any part of the species' range. Detailed studies of habitat requirements and responses to habitat degradation are lacking. Virtually nothing is known of the natural history of the Merriam's shrew in Colorado. |

**Management issues**

The potential effort and expense of a statistically powerful population census, let alone a long-term trend estimate, explains why so little is known about Colorado's Merriam's shrew populations or natural history.

Merriam's shrew is a potential indicator of habitat integrity in sagebrush ecosystems (Fitzgerald et al. 1982). That potential will remain unfulfilled until a better understanding of the natural history and ecology of the species in Colorado is established.

About 45 percent of Merriam's shrew sagebrush habitat in the Colorado sagebrush assessment area is controlled by private landowners, posing a challenge for effective, integrated habitat management for the species. Nevertheless, about 73 percent of the sagebrush habitat managed by non-private entities is managed by the BLM, making it the public entity best-positioned to have a positive impact on the species.

Our threats analysis did not consider non-sagebrush vegetation types, which provide a significant amount (about 63 percent) of Merriam's shrew habitat. Ideally, conservation planning and management of species of concern should consider all significant habitat types. Such an approach is beyond the scope of this assessment.

The effects of research activities on local Merriam's shrew populations are undocumented, although high mortality rates are a concern. Snap-traps, which kill the sampled fraction of the population, have long been the method of choice for small mammal census, though this method has declined in popularity in recent years. Pitfall traps are more effective for capturing shrews, but survival rates can be quite low; animals confined in live traps without food die within 3 or 4 hours.

## Literature Cited

Armstrong, D. M., B. H. Banta, and E. J. Pokropus. 1973. Altitudinal distribution of small mammals along a cross-sectional transect through the Arkansas River watershed, Colorado. *The Southwestern Naturalist* 17:315-326.

Armstrong, D. M. and J. K. Jones, Jr. 1971. *Sorex merriami. Mammalian Species* 2:1-2.

BISON. 2005. The biota information system of New Mexico: The New Mexico Department of Game & Fish, and The Fish & Wildlife Information Exchange (Fisheries & Wildlife Dept., VA Tech, Blacksburg, VA). Accessed at http://www.fw.vt.edu/fishex/nmex_main/speci es/050715.htm.

BLM_0034572

CNHP. 2004. State-wide list of tracked species and communities, August 9, 2004. Accessed at http://www.cnhp.colostate.edu/.

Dobkin, D. S. and J. D. Sauder. 2004. Shrubsteppe landscapes in jeopardy: distributions, abundances, and the uncertain future of birds and small mammals in the intermountain west. Bend, Oregon: High Desert Ecological Research Institute.

Findley, J. S. 1987. *The natural history of New Mexico mammals.* Albuquerque: University of New Mexico Press.

Fitzgerald, J. P., D. M. Armstrong, J. C. Halfpenny, J. Freeman, B. Bauerle, and C. Tourtillott. 1982. Small mammals, furbearers, and small game mammals of northwestern Colorado: a review and synopsis of information. In *Wildlife conservation and energy development in northwest Colorado (14 Volume Series)*, edited by D. W. Crumpacker. Denver: Northwest Colorado Wildlife Consortium and Ecological Services Section, Colorado Division of Wildlife.

Fitzgerald, J. P., C. A. Meaney, and D. M. Armstrong. 1994. *Mammals of Colorado.* Boulder: Denver Museum of Natural History and University Press of Colorado.

Johnson, M. L. and C. W. Clanton. 1954. Natural history of *Sorex merriami* in Washington state. *Murrelet* 35:1-4.

Kirkland, G. L. Jr., R. R. Parmenter, and R. E. Skoog. 1997. A five-species assemblage of shrews from the sagebrush-steppe of Wyoming. *Journal of Mammalogy* 78:83-89.

Knick, S. T. 1999. Requiem for a sagebrush ecosystem? *Northwest Science Forum* 73:53-57.

McDaniel, L. L. 1967. Merriam's shrew in Nebraska. *Journal of Mammalogy* 48:493.

Mullican, T. R., A. R. Lewis, and K. F. Higgins. 2004. *Relative abundance of small mammals in South Dakota sagebrush steppe habitats in relation to vegetation characteristics. Final Report, Project No. W-107-R, Study No. 1012.*: Dept. of Biology, Dakota Wesleyan Univ., Wildlife and Fisheries Sciences, South Dakota State Univ., USGS - South Dakota Cooperative Fish and Wildlife Research Unit, South Dakota State University.

NatureServe. 2004. NatureServe Explorer: An online encyclopedia of life [web application]. Arlington, Virginia: NatureServe.

BLM_0034573

# NORTHERN HARRIER
## *Circus cyaneus*

### Description

Harriers in North America belong to the subspecies *Circus cyaneus hudsonius*, and are larger than the hen harriers of Eurasia (*C. c. cyaneus*) and the Cinnereous harriers of South America (*C. c. cinereus*) (MacWhirter and Bildstein 1996).

The northern harrier, also known as the marsh hawk, is a slim, medium-sized raptor, whose distinct facial ruff gives it an owl-like appearance and facilitates auditory detection of prey (MacWhirter and Bildstein 1996). Its prominent white rump and characteristic low, coursing flight make it easy to distinguish the northern harrier from other raptors in the field.

The degree of sexual dimorphism in northern harriers is unique among North American raptors. Adult female plumage is dark brown above and buff below, with some streaking on the underparts. The tail is barred. The male plumage is pale gray above and white below with reddish spots on the underparts. The wingtips are edged with black. Younger males have brown dorsal markings. Adult females are heavier and have a larger wingspan than males. The mean weight of the adult female is about 530 g and her wingspan ranges from 110 to 137 cm. The mean weight of the adult male is about 370 g, and his wingspan varies from 102 to 114 cm (data synthesis by MacWhirter and Bildstein 1996).

### Life history & behavior

A ground-nesting raptor that forages on the wing for its prey.

Based on limited data reviewed by MacWhirter and Bildstein (1996), fidelity to natal sites and breeding territories is moderate; some degree of fidelity to winter home range may occur.

During its low, coursing, hunting flight over grasslands, crops, marshes, and shrublands, the northern harrier uses auditory and visual cues to locate its prey, which includes small mammals (primarily rodents), reptiles, amphibians, birds, and occasionally, large insects (Ryser 1985).

Northern harriers are monogamous or polygynous, with some males pairing with several mates in a season. The frequency of polygyny may increase with prey abundance. Locally, nesting numbers and reproductive success are probably strongly affected by prey abundance, but predation, nest-site quality, rate of male food-provisioning, date of egg-laying, and weather may also be important factors. Northern harriers produce one brood per year, but may re-nest after unsuccessful attempts (MacWhirter and Bildstein 1996; MacWhirter and Bildstein 1996 citing others).

Northern harriers nest on the ground, typically in tall, dense ground cover. Mean clutch size is 4.4 eggs. Females incubate eggs and brood offspring, while males provision for their mates and nestlings. Number of offspring fledged per successful nest averaged 3.1 in studies reviewed by MacWhirter and Bildstein (1996). Adults arrive on the breeding grounds between late March and early April, and begin spectacular courtship flights. They depart for their winter range between August and November. In winter, northern harriers may roost communally on the ground.

BLM_0034574

## Population trends

Potentially in decline rangewide; BBS trend data are mixed.

Like many raptors, the northern harrier probably suffered historic declines due to widespread use of DDT.

Standard BBS trend estimates (Sauer et al. 2004) show a pattern of long-term northern harrier declines across its range, although the species may be poorly sampled by BBS methods due to low relative abundances. Selected annual average BBS trend estimates for the period of 1966 through 2003 are as follows:

- 1.0% survey-wide ($P$=0.02, n=1,024, RA=0.45)
+ 0.7% in eastern region ($P$=0.39, n=302, RA=0.12)
- 1.5% in western region ($P$<0.01, n=407, RA=0.54)
- 1.7% in Colorado ($P$=0.54, n=39, RA=0.34)

In Colorado, northern harrier population trends are not tracked by MCB (Leukering and Levad 2002).

## Range

The northern harrier remains extant in all states in which it historically occurred. Its local distribution throughout the eastern U.S. and Canada during European settlement likely expanded as forests were converted to croplands. Since the 1940s, northern harrier distribution has likely shifted in response net loss of wetlands, croplands, and undisturbed grasslands (MacWhirter and Bildstein 1996).



Northern harrier range in North America. Breeds locally south of dotted line. Map reprinted from MacWhirter and Bildstein (1998) by permission.

Legend:
- Breeding
- Year-round
- Wintering

The northern harrier is widely but locally distributed in North America. It is absent or a rare breeder in many northeastern states and in mountainous or desert regions of the west coast. Breeding birds are most abundant on the Northern Great Plains, the northern Great Basin, and the Columbia Plateau (Sauer et al. 2004). Centers of abundance for wintering northern harriers are the Great Basin and the southern Great Plains (MacWhirter and Bildstein 1996).

BLM_0034575

## Colorado distribution patterns & abundance

In Colorado, northern harriers typically nest up to 9,500 feet (Andrews and Righter 1992); they are most common from 6,000 to 8,000 feet (Righter et al. 2004).

Northern harrier range in the assessment area encompasses approximately 9.52 million ha, with about 4.10 million ha of suitable habitat.

Andrews and Righter (1992) noted that northern harriers in Colorado are least numerous in summer and most numerous during migrations.

MCB methodology cannot reliably estimate breeding densities of this species (Leukering and Levad 2002).

The Colorado BBA estimated that 2,179 breeding pairs of northern harriers occur in the state; just over half (57 percent) of these are on the eastern plains, with the remainder in central and western Colorado (Carter 1998). In the assessment area, centers of breeding bird abundance are the northwest counties, the San Luis Valley, and Montezuma County. Breeding northern harriers are mostly absent from the mountains, although they have been reported occasionally in mountain parks on Grand Mesa and the Flat Tops (Andrews and Righter 1992; Carter 1998; Righter et al. 2004).



Northern harrier range (9.52 million ha)

Northern harrier sagebrush habitat (1.33 million ha)

Northern harrier non-sagebrush habitat (2.77 million ha)

Assessment area boundary

County boundary

Migrating northern harriers are uncommon to fairly common in Colorado's western valleys, mountain parks, and eastern plains, and occasional in the mountains above timberline. During winter, resident northern harriers are uncommon to fairly common on the eastern plains, in the western valleys, and in the San Luis Valley (Andrews and Righter 1992).

Breeding densities in occupied habitat are highly variable. The Colorado BBA project recorded no more than 10 pairs of breeding birds in any survey block (Carter 1998). In southwest Idaho sagebrush shrubsteppe, densities were less than 0.02 individuals per 10 km$^2$ (Martin 1987). Literature reviewed by MacWhirter and Bildstein (1996) for northern harriers nesting in croplands, wetlands, and grasslands reported densities ranging from 0.8 to 19.5 birds per 10 km$^2$. Densities of wintering birds in Colorado are unknown.

BLM_0034576

## Conservation status

Ranked G5/S3, "demonstrably secure" rangewide and "vulnerable" in Colorado (NatureServe 2004). CNHP does not track the northern harrier (CNHP 2004).

A Forest Service Region 2 sensitive species.



Map courtesy of NatureServe (2004).






- ■ **S1: Critically imperiled**
- ■ **S2: Imperiled**
- ■ **S3: Vulnerable**
- ■ **S4: Apparently secure**
- ■ **S5: Secure**
- ■ **Not ranked / Under review**

The northern harrier is listed as endangered in Illinois, Iowa, Indiana, Missouri, New Jersey, Connecticut, and Rhode Island, and listed as threatened in Tennessee, New Hampshire, Massachusetts, and New York. Michigan, Wisconsin, and Vermont recognize the northern harrier as a species of concern.

## Habitat

In the Colorado sagebrush assessment area, about 4.40 million ha of suitable habitat exists, 1.33 million ha of which is sagebrush shrublands (see figure in Colorado Distribution Patterns and Abundance).

Northern harriers typically nest and hunt in relatively open, treeless country, including wet or dry grasslands, emergent graminoid wetlands, lightly grazed pastures, croplands, fallow fields, and shrublands (MacWhirter and Bildstein 1996).

About 72 percent of breeding northern harrier occurrences recorded by the Colorado BBA project were in croplands, grasslands, emergent wetlands, or lowland riparian areas (Carter 1998). About 13 percent of the occurrences were in sagebrush. The breakdown of Colorado BBA occurrences is as follows:

    28% - croplands
    26% - grassland types, combined
    18% - emergent wetlands & lowland riparian
    13% - sagebrush
     9% - mountain shrub, tall semi-desert shrubland,
           and montane willow carr, combined
     4% - montane woodland

Northern harrier nest sites are generally characterized by tall, dense live and residual grasses and forbs or low shrubs. In the northern Great Plains, 52 percent of 27 nests were in grasses and forbs taller than 60 cm. Litter cover

BLM_0034577

Minimum area requirements for the northern harrier are uncertain, and may be dependent on landscape context of suitable habitat and prey availability.

During winter and migrations, northern harriers generally use the same habitat types they use during summer, with a few exceptions. During fall in Colorado, northern harriers may occur above timberline on alpine tundra (Andrews and Righter 1992).

was greater than 12 percent, and areas with greater than 40 percent residual cover were more commonly used. In northwestern North Dakota, nests were in 0.05 to 0.5 ha stands of western snowberry or other shrub species with forb and grass understories. Harrier nests in southwestern Missouri were found almost exclusively in blackberry patches with a mean size of 98 square meters (synthesis by MacWhirter and Bildstein 1996). No data are available regarding physiognomic parameters of nest sites in sagebrush shrublands.

Northern harriers hunt over country similar to preferred nesting areas. In arid southwestern Idaho, northern harriers foraged heavily over sagebrush shrubsteppe after nearby alfalfa fields reached a height of 46 cm (Martin 1987).

Average territory size for breeding birds varies considerably among sites (170 to 15,000 ha, median 260 ha, n = 8 non-sagebrush shrubland habitat types), presumably owing to differences in food supply and habitat structure (synthesis by MacWhirter and Bildstein 1996). Typically, females forage closer to the nest than males, and their home ranges are usually smaller than those of males. In Idaho sagebrush shrubsteppe, home ranges averaged 1,570 ha for males and 113 ha for females (Martin 1987). Males will hunt up to 10 km from the nest, in ranges overlapping those of other males. Both genders increase their home ranges significantly as the nestling period progresses.

Minimum area requirements for the northern harrier are uncertain. Studies in Conservation Reserve Program fields in North Dakota found that northern harriers were uncommon in patches of grassland less than 100 ha (D. H. Johnson, unpublished data cited in Dechant et al. 1999a). In Illinois, northern harriers nested in grassland fragments ranging from 8 to 120 ha; and five of 29 nests were in grassland tracts less than 45 ha (Duebbert and Lokemoen 1977), suggesting that small habitat fragments may be used if larger patches of suitable habitat are nearby.

### Threats & sensitivities

In western Colorado, where sagebrush makes up about 32 percent of northern harrier suitable habitat, threats to sagebrush are a significant concern.

See Chapter 6 for more detail about estimates and predictive threats modeling for northern harrier sagebrush habitat

The greatest threats to northern harrier populations have probably been loss of appropriate wetland habitats rangewide, and loss of farmlands in the eastern U.S. to forest reversions or residential development (Carter 1998). Historically, DDT probably also affected nest success (Carter 1998).

In western Colorado, where sagebrush makes up about 32 percent of northern harrier suitable habitat, loss and degradation of sagebrush are significant concerns. Northern harrier sagebrush habitat in Colorado is at risk of four widespread threats modeled in the Colorado sagebrush conservation assessment and strategy: pinyon-juniper encroachment, encroachment by invasive herbaceous plants, residential development, and energy development.

Residential development probably poses the lowest threat of the four, with an estimated 1 percent of northern harrier sagebrush habitat at high risk, 2 percent at moderate risk, and 13 percent at low risk. About 83 percent of northern harrier sagebrush habitat is at no risk of residential development based on our predictive model. Residential development threats to sagebrush are fairly scattered, with hot spots for northern harrier sagebrush habitat around Craig, Cortez, and Mancos.

Risk of pinyon-juniper encroachment in northern harrier sagebrush habitat is

BLM_0034578

in the Colorado assessment area. Chapter 4 presents rule sets for threats modeling in sagebrush habitat.

moderate to high, and fairly widespread throughout northern harrier range. Our predictive model estimated 30 percent of northern harrier sagebrush habitat is at high risk of pinyon-juniper encroachment, while 28 percent is at moderate risk, and 42 percent is at low risk. Less than 1 percent of northern harrier sagebrush habitat is at no risk of pinyon-juniper encroachment.

Risk of energy development is broadly moderate. About 70 percent of northern harrier sagebrush habitat is at moderate risk of energy development in the Colorado sagebrush assessment area, 19 percent is at low or no risk, and 10 percent is at high risk. Energy development can result in destruction, degradation, and fragmentation of habitat via mechanisms described in Chapter 2. Sagebrush habitat at highest risk of energy development is scattered throughout the western-most counties in the assessment area, with larger hot spots clustered in Rio Blanco, Garfield, and southern La Plata Counties. The effects of habitat fragmentation on the northern harrier are unknown. Large tracts of undisturbed suitable habitats or mosaics of habitats typically support the highest densities of northern harriers (MacWhirter and Bildstein 1996).

Over 99 percent of northern harrier sagebrush habitat is at some degree of risk of encroachment by invasive herbaceous plants. Our model predicts 30 percent at high risk, 28 percent at moderate risk, and 42 percent at low risk. The effects of invasive herbaceous encroachment on northern harrier sagebrush habitat quality have not been studied, but are likely adverse where conditions for prey populations become unfavorable. Sagebrush habitat at moderate or high risk of encroachment in northern harrier range is mostly broadly scattered across the western-most counties at lower elevations. Moffat and Rio Blanco Counties contain the largest contiguous patches of sagebrush habitat at high risk of encroachment by invasive herbaceous plants.

There are no long-term, comprehensive studies comparing avifaunas of ungrazed and grazed sagebrush shrubsteppe habitats in Colorado or elsewhere, but two comprehensive literature reviews (Bock et al. 1993; Saab et al. 1995) tentatively concluded the overall effects of grazing on northern harriers in sagebrush shrublands are adverse, based on their preference, and the preference of their prey, for relatively dense forb and grass cover. Northern harriers do not use heavily grazed grassland habitats, but may use lightly to moderately grazed grasslands (Bock et al. 1993; Kantrud and Kologiski 1983). Livestock can also directly affect nest success by trampling nest sites. The effects of chemical and mechanical sagebrush treatment to improve range conditions for cattle are unknown, but are likely low, especially where ground cover and litter are increased. Range treatments could have adverse indirect effects where prey species densities are diminished or shrubsteppe vegetation cover and density is reduced.

Croplands with favorable height, density, frequency of harvest, and prey abundance are important forage sites rangewide, but could function on the local level as environmental sinks when selected as nesting habitat. Nest success may be lower in cropland and fallow fields than in undisturbed areas (Dechant et al. 1999).

Northern harrier eggs and nestlings are preyed upon by coyote, feral dogs, striped skunks, raccoons, and red fox. Crows and ravens destroy eggs, and great horned owls take nestlings and fledglings (MacWhirter and Bildstein

BLM_0034579

1996). Northern harriers avoid areas of heavy human use, but are somewhat tolerant of observation blinds near their nests. Shooting has been and remains a problem in some parts of their range (MacWhirter and Bildstein 1996).

| **Research needs** | Currently, the status of both breeding and wintering populations of northern harriers in western Colorado is unknown due to the lack of reliable estimates of their abundance. Standardized survey methods are needed to determine population trends on a regional level. Regional variations in nesting habitat and prey availability as factors limiting nesting densities have not been examined. |
|---|---|

Population trend monitoring should be coupled with investigation of nest success and prey availability under alternate rangeland management and grazing regimes, over a spectrum of habitat conditions and geographic areas in Colorado.

Information is needed regarding landscape-scale patterns of habitat use, effects of habitat fragmentation, and patch size and habitat connectivity requirements of the northern harrier, so that effective management can be implemented.

**Management issues**

About 59 percent of northern harrier sagebrush habitat in the Colorado sagebrush assessment area is on public lands, and almost 85 percent of those public lands are managed by BLM. BLM is the public entity best-positioned to have a positive impact on the northern harrier in its sagebrush shrubland habitat.

Management of a complex of several different habitat types, including shrublands, grasslands (upland and wetland), and marshes may benefit breeding harriers (Dechant et al. 1999; Serrentino et al. 1992).

Our threats analysis did not consider non-sagebrush vegetation types, which provide a significant amount (about 68 percent) of the northern harrier's habitat in the assessment area. Ideally, conservation planning and management of species of concern should consider all significant habitat types for a species of concern. Such an approach was beyond the scope of this assessment.

## Literature Cited

Andrews, R. and R. Righter. 1992. *Colorado birds: a reference to their distribution and habitat.* Denver: Denver Museum of Natural History.

Bock, C. E., V. A. Saab, T. D. Rich, and D. S. Dobkin. 1993. Effects of livestock grazing on neotropical migratory landbirds in western North America. In *Status and management of neotropical migratory birds*, edited by D. M. Finch and P. W. Stangel: USDA Forest Service, General Technical Report RM-229.

Carter, M. F. 1998. Northern harrier (*Circus cyaneus*). In *Colorado Breeding Bird Atlas*, edited by H.

E. Kingery. Denver: Colorado Bird Atlas Partnership & Colorado Div. of Wildlife.

CNHP. 2004. State-wide list of tracked species and communities, August 9, 2004. Accessed at http://www.cnhp.colostate.edu/.

Dechant, J. A., M. L. Sondreal, D. H. Johnson, L. D. Igl, C. M. Goldade, M. P. Nenneman, and B. R. Euliss. 1999. Effects of management practices on grassland birds: northern harrier (revised 2003).

BLM_0034580

Duebbert, H. F. and J. T. Lokemoen. 1977. Upland nesting of American bitterns, marsh hawks, and short-eared owls. *Prairie Naturalist* 9:33-40.

Kantrud, Harold A. and Russell L. Kologiski. 1983. Avian associations of the northern Great Plains grasslands. *Journal of Biogeography* 10:331-350.

Leukering, T. and R. Levad. 2002. *Monitoring Colorado's Birds, 1998-2001*. Brighton: Rocky Mountain Bird Observatory.

MacWhirter, R. B. and K. L. Bildstein. 1996. Northern harrier (*Circus cyaneus*). In *The Birds of North America, No. 210*, edited by A. Poole and F. Gill. Philadelphia: The Birds of North America, Inc.

Martin, J. W. 1987. Behavior and habitat use of breeding northern harriers in southwestern Idaho. *Journal of Raptor Research* 21:57-66.

NatureServe. 2004. NatureServe Explorer: An online encyclopedia of life [web application]. Arlington, Virginia: NatureServe.

Righter, R., R. Levad, C. Dexter, and K. Potter. 2004. *Birds of western Colorado plateau and mesa country*. Grand Junction: Grand Valley Audubon Society.

Ryser, F. A. 1985. *Birds of the Great Basin: a natural history*. Reno: University of Nevada Press.

Saab, V. A., C. E. Bock, T. D. Rich, and D. S. Dobkin. 1995. Livestock grazing effects in western North America. In *Ecology and management of neotropical migratory birds*, edited by T. E. Martin and D. M. Finch. New York: Oxford University Press.

Sauer, J. R., J. E. Hines, and J. Fallon. 2004. The North American Breeding Bird Survey, Results and Analysis 1966 - 2003: USGS Patuxent Wildlife Research Center.

Serrentino, P., K. Schneider, G. Hammerson, M. Koenen, and D. W. Mehlman. 1992. Species management abstract: northern harrier. Arlington, Virginia: The Nature Conservancy.

BLM_0034581

A-82

# SAGEBRUSH VOLE
## *Lemmiscus curtatus*

---

**Description**

Early biological survey accounts and research referred to the sagebrush vole as pygmy vole, pallid vole, sagebrush meadow mouse, pygmy field mouse, or variations on these names (Cary 1911; Hall 1928; Miller 1930).

The sagebrush vole is a small, short-tailed rodent with a dense, soft, relatively long pelage. Hairs are dark gray at their bases and a paler or ashy gray at their ends. The dorsal pelage is buff-gray to gray with paler sides; ears and nose are often tinged with buff; venter is silver gray to buff; and feet are light gray to pale buff. Posterior soles are well-haired as is the tail, which is indistinctly bicolor with a dusky line above and silvery white to buff below. The vole molts twice a year. Summer pelage is slightly darker than winter pelage (Carroll and Genoways 1980).

Total measurements range from 100 to 142 mm, including tail length of 16 to 30 mm. The hind foot measures 14 to 18 mm; the ear measures 9 to 16 mm. Adult voles weigh between 17 to 38 g. This vole is readily distinguished from other voles by its relatively pale coloration, the conspicuous lack of a dorsal stripe, and its short tail, which is roughly the same length as the hind foot (Carroll and Genoways 1980).

Six subspecies are recognized. One subspecies, *L. c. levidensis*, occurs in Colorado and the Wyoming Basins, and west into southern Idaho. Generic synonyms have included *Lagurus* and *Arvicola* (Carroll and Genoways 1980).

---

**Life history & behavior**

Sagebrush voles are most active in the hours around dusk and dawn, and do not hibernate. They are thought to breed year-round throughout their range, producing three to four litters per year. Reproduction may be suppressed during unfavorable conditions (James and Booth 1952). Gestation lasts about 25 days and results in 4 to 6 young per litter, born blind and without fur. By day 21, young are weaned, independent and building their own nests. Males and females are capable of breeding at about two months of age (Carroll and Genoways 1980).

Sagebrush voles are strictly herbivorous, consuming flowers, leaves and stems of grasses, sagebrush, rabbitbrush, winterfat, mustards, and legumes, but rarely mature seeds of grasses (Carroll and Genoways 1980). In Colorado, greasewood was eaten (Miller 1930). In Utah, three pinyon pine seeds were found in the mouth of a sagebrush vole (Presnall 1937, cited in Carroll and Genoways 1980). Sagebrush may be a more important food item in winter than in summer (Mullican and Keller 1986). Sagebrush bark is used extensively in lining nests (Mullican and Keller 1987), as are grasses.

James and Booth (1952), Miller (1930), Cary (1911) and others have described the sagebrush vole as a colonial species. A tagging and dispersal study in southeast Idaho by Mullican and Keller (1986) suggested that sagebrush voles are solitary or occur in pairs, at least during the summer months. The authors found no evidence on their study sites of colonial social structure, such as food caching or common burrow systems, (Mullican and Keller 1987). Sagebrush voles sometimes use abandoned burrows of other rodents, such as pocket gophers. Miller (1930) found sagebrush voles sharing a burrow "to a considerable extent" with red desert pocket mice in Moffat County, Colorado.

---

BLM_0034582

## Population trends

No comprehensive long-term census effort has been performed in Colorado or rangewide.

Dramatic short-term local population fluctuations may be common.

Long-term population trends of the sagebrush vole in Colorado and rangewide are undocumented. Local numbers may cycle dramatically, increasing in mild winters or with increased summer or fall precipitation, and decreasing in response to extremely hot periods, drought, or disease cycles. Unfortunately, only anecdotal reports or short-term studies exist for the sagebrush vole, and such assertions are largely unsupported by replicated studies and must be held with caution.

A comprehensive literature review by Dobkin and Sauder (2004) suggested that sagebrush voles were absent from many locations they were expected occupy in the Great Basin and Columbia Plateau. Although sagebrush voles are notoriously difficult to capture, the review raises concerns about the status, distribution, and habitat requirements of sagebrush voles throughout their range.

## Range

In spite of significant sagebrush habitat loss rangewide, the sagebrush vole remains extant in the states where it historically occurred.

Overall range map reproduced from Fitzgerald et al. (1994) by permission.



The range of the sagebrush vole encompasses the Great Basin, the Columbia Plateau, the northern Great Plains steppe of Montana, southern Alberta and Saskatchewan, and the western Dakotas, and the Wyoming Basins into northwestern and north-central Colorado. No data exist documenting historic continental-scale shifts in distribution of this species. Pleistocene occurrences are known from in New Mexico, well outside present range (D. Armstrong, pers. comm.).

Given that sagebrush voles are strongly tied to sagebrush shrubsteppe habitat across their range, and that this habitat has undergone significant decline in the last century (Knick and Rotenberry 2002), it is possible that the range and distribution of the sagebrush vole has declined accordingly.

BLM_0034583

## Colorado distribution patterns & abundance

Sagebrush voles are thought to occur in appropriate habitat below 12,400 feet (Carroll and Genoways 1980). In Colorado, most records are from below 9,000 feet (D. Armstrong, pers. comm.).

The total estimated area of sagebrush vole range in the Colorado sagebrush assessment area is 2.67 million ha, with an estimated 1.36 million ha of suitable habitat.

Common associates are white-tailed prairie dog, Merriam's shrew, pronghorn, least chipmunk, and greater sage-grouse (Fitzgerald et al. 1982).



Sagebrush voles occur in northwestern Colorado in appropriate habitat, with likely centers of abundance in Moffat County and North Park. Specimens have been taken in Routt, Moffat, Rio Blanco, Larimer, and Grand Counties (Cary 1911; Fitzgerald et al. 1982; Miller 1930). The distribution of the sagebrush vole has probably not changed significantly in Colorado since European settlement, but recent analysis of woodrat middens in Haystack Cave near Gunnison indicate sagebrush voles inhabited the shrubsteppe of the Gunnison Basin during the late Pleistocene (WSC 1998).

No density estimates are available for Colorado populations. Fitzgerald et al. (1994) remarked that sagebrush voles seem uncommon in any locality, but this perception may be due to lack of information. Densities of some species of voles are thought to fluctuate dramatically depending on environmental factors. One 13-month study in southeastern Idaho (Mullican and Keller 1986) found breeding densities of sagebrush voles ranged between 4 and 10 per ha, but it is unknown whether these densities or this range of densities are typical. Capture rates for this study were significantly higher than for other studies conducted in the Columbia Plateau or Great Basin regions.

BLM_0034584

## Conservation status

Ranked G5/S1: demonstrably secure rangewide, Colorado population critically imperiled (NatureServe 2004).

The sagebrush vole has no legal status in Colorado or any other state.



The S1 ranking in Colorado reflects that sagebrush vole is at the edge of its range in Colorado, where data regarding its population status are lacking. This species is fully tracked by the Colorado Natural heritage Program (CNHP 2004).

- S1: Critically imperiled
- S2: Imperiled
- S3: Vulnerable
- S4: Apparently secure
- S5: Secure

Map courtesy of NatureServe (2004).

## Habitat

Habitat characteristics that influence presence and abundance of sagebrush voles are poorly understood.

In the Colorado sagebrush assessment area, about 1.36 million ha of suitable habitat exists for sagebrush vole, 1.23 million ha of which is sagebrush shrublands (see figure in Colorado Distribution Patterns and Abundance).

Cover provided by *Artemisia* shrubs and native bunchgrasses appears to be important to sagebrush voles, both for habitat structure and forage.

Sagebrush voles were captured less often in non-sagebrush habitats

Sagebrush voles are closely tied to sagebrush habitats, especially where big sagebrush co-dominates with native bunchgrasses. Most experts consider the sagebrush vole a sagebrush obligate.

Habitat characteristics that influence presence and abundance of the sagebrush vole are poorly understood. Anecdotal reports hold that sagebrush voles prefer big sagebrush (*Artemisia tridentata*) shrubsteppe. The literature shows they use a variety of other woody *Artemisia* as well. In central and eastern Washington sagebrush voles were captured in big sagebrush and black sagebrush (Hall 1928), big sagebrush/bluebunch wheatgrass (Rickard 1960; O'Farrell 1972); and stiff sagebrush/bluegrass associations (Rickard 1960). In south-central Utah, they were taken in a black sagebrush/fringed sagebrush community (Zou et al. 1989). In southern Idaho, Mullican and Keller (1986) trapped sagebrush voles in big sagebrush/bluebunch wheatgrass with a rabbitbrush component, and Keller and Johnson (1983) and Reynolds and Trost (1980) trapped them in big sagebrush with various understories of bluebunch wheatgrass, crested wheatgrass, bottlebrush squirreltail, and Indian ricegrass. Hanley and Page (1981) captured sagebrush voles in dwarf sagebrush/Idaho fescue in northeast California. Sagebrush voles were taken in low numbers in Colorado's Dinosaur National Monument in the 1980s in "sagebrush-grasslands" (M. Bogan, pers. comm.).

Little is known about the specific physiognomic characteristics of the shrub community preferred by sagebrush voles. Review of the literature suggests that a wide range of habitat structure is suitable, but not necessarily equally preferable. Hall (1928) noted that in eastern Washington, most specimens were taken in scattered sagebrush with uniform height of about 2.5 feet and where lower branches were near the ground. In Idaho, canopy cover of big sagebrush, when reported, ranged from 17 to 29 percent, and cover of bunchgrasses was high (Mullican and Keller 1986; Reynolds and Trost 1980). The average sagebrush shrub height on Mullican and Keller's study plots was 60 cm. Harris (1984) captured sagebrush voles at a stabilized low sand dune site in eastern California with less than 10 percent total vascular vegetative cover, dominated by rabbitbrush with big sagebrush and horsebrush and a sparse understory of milkvetch and Indian ricegrass. Miller (1930) captured sagebrush voles in Colorado near Two Bar Spring in Moffat County on a sandy

BLM_0034585

than in sagebrush habitats, and some seemingly suitable sagebrush habitats were unoccupied (Dobkin and Sauder 2004).

Burrow entrances are typically located at the base of big sagebrush shrubs (Mullican and Keller 1987).

Minimum or optimum patch size for the sagebrush vole is unknown.

Topography of sagebrush vole habitat is typically flat or gently rolling.

Home ranges of sagebrush voles in southeastern Idaho were well under 100 square meters. Home ranges of males were generally larger than those of females, with very little overlap between home ranges of males (Mullican and Keller 1987).

flat "at the mouth of a dry gully issuing from the cedar hills" and "scantily covered with sagebrush and greasewood." Mullican et al. (2004) captured one sagebrush vole in South Dakota sagebrush shrubsteppe where percent grass cover and number of live shrubs was lower, and percentage of bare ground and dead shrubs was higher than on 34 other sites where the vole was not captured.

Sagebrush voles are captured on occasion in bunchgrass communities without a shrub component in Idaho, Washington, and Oregon (Dobkin and Sauder 2004, reviewing others), but these localities are likely not far from sagebrush (Mullican 2004, pers. comm.). Sagebrush voles have also been captured at very low rates in Nevada bluegrass/sedge in east-central California, curl-leaf mountain mahogany/western needlegrass in western Nevada (Dobkin and Sauder 2004, reviewing others), and in "upland riparian," chained pinyon-juniper, greasewood, and "cold desert shrubland" in Colorado's Piceance Basin (Fitzgerald et al. 1982, reviewing others). Cary (1911) observed them in the "sand hills east of Walden, North Park," their runways beneath the lowest branches of large clumps of rabbitbrush. He also noted a "large colony" occupying a grassy swale at Elk Springs (Moffat County), with runways extending out "a considerable distance into the surrounding sage plain."

In studies or reviews cited in the preceding paragraphs, sagebrush voles were not captured in fescue grasslands; aspen; ponderosa pine; Douglas-fir forest; spruce/fir; cedar/hemlock; shadscale/Indian ricegrass; black greasewood/Great Basin wildrye; unstable dunes with black greasewood, horsebrush, and rabbitbrush of about 5 percent cover; or rimrock.

It is important to note that none of these studies captured sagebrush voles in sufficient numbers to provide statistically significant correlations between vole occurrence/abundance and vegetation physiognomy or community types. Sagebrush voles were consistently the rarest species trapped relative to other rodents collected during the same studies. Sagebrush voles are notoriously difficult to trap, requiring hundreds, sometimes thousands of trap-nights to capture a single animal. Capture rates of sagebrush vole for studies reviewed by Dobkin and Sauder (2004) ranged from 5 animals per 100 trap-nights to one animal in 10,000 trap-nights. When Mullican and Keller (1987) made foam injection casts of a burrow in southeastern Idaho, they found a nest chamber lined with materials the voles had collected from nearby live traps, raising the question "are they really rare or merely adroit?"

## Threats & sensitivities

Sagebrush makes up an estimated 90 percent of sagebrush vole's suitable habitat in Colorado; threats to sagebrush vole habitat are a significant concern.

In the Colorado sagebrush assessment area, where sagebrush makes up about 90 percent of the sagebrush vole's suitable habitat, threats to sagebrush are major concerns. The sagebrush vole's sagebrush habitat in the assessment area is at risk of four widespread threats modeled in the Colorado sagebrush conservation assessment and strategy: pinyon-juniper encroachment, encroachment by invasive herbaceous plants, residential development, and energy development.

Residential development probably poses the lowest risk of the four threats, with less than 1 percent of the sagebrush vole's sagebrush habitat at high risk, 1 percent at moderate risk, and 12 percent at low risk. About 87 percent of the sagebrush vole's sagebrush habitat is at no risk of residential development

BLM_0034586

See Chapter 6 for more detail about habitat estimates and predictive threats modeling for sagebrush vole in the assessment area. Chapter 4 presents rule sets for threats modeling in sagebrush habitat.

Livestock grazing potentially has a negative influence on sagebrush vole populations.

Low intensity infrequent fires in shrublands probably have little direct effect on sagebrush vole populations.

Whether or how invasions of exotic herbaceous vegetation affect the sagebrush vole is unknown.

based on our predictive model. Residential development threats to sagebrush in sagebrush vole range are fairly scattered, with hot spots around Craig, Steamboat Springs, and Granby.

Pinyon-juniper encroachment risk is also relatively low. Our predictive model estimated 19 percent of the sagebrush vole's sagebrush habitat is at high risk of pinyon-juniper encroachment, 4 percent is at moderate risk, and 78 percent is at low or no risk.

Risk of energy development is broadly moderate in the sagebrush vole's sagebrush habitat. About 73 percent of the sagebrush vole's sagebrush habitat is at moderate risk of energy development in the Colorado sagebrush assessment area, 20 percent is at low or no risk, and 8 percent is at high risk. Energy development can result in destruction, degradation, and fragmentation of habitat via mechanisms described in Chapter 2. The effects of shrubland habitat fragmentation and perforation on sagebrush vole populations have not been studied. Roads, especially divided highways, are likely major barriers to dispersal of small mammals. Sagebrush habitat at highest risk of energy development is scattered throughout the western-most counties in the assessment area, with larger hot spots in sagebrush vole range clustered in Rio Blanco County.

Over 99 percent of sagebrush vole's sagebrush habitat is at some degree of risk of encroachment by invasive herbaceous plants. Our model predicts 26 percent at high risk, 18 percent at moderate risk, and 55 percent at low risk. Sagebrush habitat at moderate or high risk of invasive herbaceous plant encroachment in sagebrush vole range is mostly broadly scattered across the western-most counties at lower elevations. Moffat and Rio Blanco counties contain the largest contiguous patches of sagebrush habitat at high risk.

Little is known about the sagebrush vole's response to grazing, range management practices, or habitat degradation in sagebrush shrubsteppe, and virtually nothing is known for Colorado.

Dobkin and Sauder's (2004) comprehensive review of literature on the sagebrush vole for the Columbia Plateau and Great Basin suggested that livestock grazing has a negative influence on sagebrush vole populations, based on presence/absence and apparent abundance based on capture rates in grazed and ungrazed shrubsteppe. Sagebrush voles do occur (capture rates were relatively low) in shrubsteppe grazed by cattle (Dobkin and Sauder 2004) and by sheep (Mullican et al. 2004), and anecdotal accounts exist of sagebrush voles using cavities or runways dug or eaten into cow chips as escape or feeding stations where vegetative cover is lacking (Hammer and Maser 1969). Cattle may compress soils and trample burrows of sagebrush voles, and compete with them directly for herbaceous forage. Livestock grazing is associated with the introduction of exotic plants and potentially influences structural or floristic shifts in the plant community. How such shifts might affect sagebrush voles is unknown.

Sagebrush vole responses to chemical or mechanical sagebrush range treatments are largely undocumented. In south-central Utah, black sagebrush/fringed sage plots were treated with herbicide or mechanical shredding, and selected plots were reseeded with a grass-forb-shrub mix (Zou et al. 1989). Sagebrush voles were absent from all plots except control plots

BLM_0034587

and reseeded herbicide plots in the growing season following treatment. The estimated average density of voles was higher on control plots. The toxicity effects to sagebrush voles of herbicides applied to sagebrush are unknown. Equipment used for mechanical treatments may destroy sagebrush vole burrows.

The effect of fire in shrubsteppe on sagebrush voles is unknown. Low intensity, patchy, infrequent fires in shrublands probably have little effect on sagebrush vole populations, except where native grasses are replaced by exotic graminoids or forbs. Hot, frequent ground fires would affect sagebrush voles during the year of the burn by removing all grass material (forage and cover). Similarly, complete burn-off of woody shrubs would remove vertical habitat structure preferred by sagebrush voles.

Whether or how invasions of exotic herbaceous vegetation affect the sagebrush vole is unknown. Dobkin and Sauder (2004) noted that sagebrush voles were absent, or at least not captured, in areas completely converted to Russian thistle or crested wheatgrass. One individual was captured in 10,000 trap nights in sagebrush-cheatgrass in south-central Washington. In Oregon, tender stems and leaves of cheatgrass, bulbous bluegrass, and other non-native grasses were eaten by sagebrush voles before seedheads matured (Maser et al. 1974, cited in Carroll and Genoways 1980).

The effects of shrubland habitat fragmentation and perforation on sagebrush vole populations have not been studied. Roads, especially divided highways, are likely major barriers to dispersal of voles. No data are available regarding the effects on sagebrush voles of agricultural conversions of sagebrush shrubsteppe. Such conversions are assumed to result in direct habitat loss, especially where crops are irrigated. Dry, well-drained soils and fairly flat terrain seem to be a requisite for this species (James and Booth 1952).

According to pellet analyses reviewed by Carroll and Genoways (1980), owls are among the most important predators of sagebrush voles. Sagebrush vole remains were present in pellets of burrowing, short-eared, long-eared, pygmy, and great-horned owls. Others reported predation by bobcat, coyote, fox, long-tailed weasel, rattlesnake, and in one instance, loggerhead shrike. Sagebrush voles host a variety of fleas and were considered a primary reservoir of sylvatic (bubonic) plague in Washington state in the 1950s (James and Booth 1952); this association has not been reported in Colorado (Fitzgerald et al. 1982).

**Research needs**

No comprehensive baseline population estimates or trend data exist across any part of the species' range. Cycles of sagebrush vole populations are still poorly understood. Whether or not sagebrush voles undergo annual or multi-annual fluctuations in numbers has not been definitively established (Mullican and Keller 1986, 1987). Contradictions exist in the literature regarding the social structure of sagebrush voles. Detailed studies of habitat requirements and responses to habitat degradation are lacking.

BLM_0034588

## Management issues

The apparent spatial and temporal variability of sagebrush vole distribution across its range suggests the need for caution when interpreting the vole's responses to habitat conditions. The sagebrush vole is a potential indicator of habitat integrity in sagebrush ecosystems (Fitzgerald et al. 1982). That potential will remain unfulfilled until a better understanding of the natural history and ecology of the species in Colorado is established.

The apparent rarity of this species, and/or its ability to elude capture further confounds our ability to manage and monitor it with confidence. The potential effort and expense of a statistically powerful population census, let alone a long-term trend estimate, using standard trapping methods, explains why so little is known about sagebrush vole populations.

The effects of research activities on local sagebrush vole populations are undocumented, although mortality rates are likely high. Snap-traps, which kill the sampled fraction of the population, are often the method of choice for a rodent census.

## Literature Cited

Carroll, L. E. and H. H. Genoways. 1980. *Lagurus curtatus. Mammalian Species* 124:1-6.

Cary, M. 1911. *North American fauna no. 33: a biological survey of Colorado.* Washington: U. S. Department of Agriculture, Bureau of Biological Survey.

CNHP. 2004. State-wide list of tracked species and communities, August 9, 2004. Accessed at http://www.cnhp.colostate.edu/.

Dobkin, D. S. and J. D. Sauder. 2004. Shrubsteppe landscapes in jeopardy: distributions, abundances, and the uncertain future of birds and small mammals in the intermountain west. Bend, Oregon: High Desert Ecological Research Institute.

Fitzgerald, J. P., D. M. Armstrong, J. C. Halfpenny, J. Freeman, B. Bauerle, and C. Tourtillott. 1982. Small mammals, furbearers, and small game mammals of northwestern Colorado: a review and synopsis of information. In *Wildlife conservation and energy development in northwest Colorado (14 Volume Series)*, edited by D. W. Crumpacker. Denver: Northwest Colorado Wildlife Consortium and Ecological Services Section, Colorado Division of Wildlife.

Fitzgerald, J. P., C. A. Meaney, and D. M. Armstrong. 1994. *Mammals of Colorado.* Boulder: Denver Museum of Natural History and University Press of Colorado.

Hall, E. R. 1928. Notes on the life history of the sagebrush meadow mouse. *Journal of Mammalogy* 9:201-204.

Hammer, E. W. and C. Maser. 1969. The use of cow-chips by the sagebrush vole (*Lagurus*). *Murrelet* 50:35-36.

Hanley, T. A. and J. L. Page. 1981. Differential effects of livestock use on habitat structure and rodent populations in Great Basin communities. *California Fish & Game* 68:160-174.

Harris, J. H. 1984. An experimental analysis of desert rodent foraging ecology. *Ecology* 65:1579-1584.

James, W. B. and E. S. Booth. 1952. *Biology and life history of the sagebrush vole (revised January 15, 1954)*: Department of Biological Sciences of Walla Walla College and the Biological Station.

Keller, B. L. and W. Johnson. 1983. An examination of snap-trapping techniques for estimating rodent density in high desert. *Northwest Science* 57:194-204.

Knick, S. T. and J. T. Rotenberry. 2002. Effects of habitat fragmentation on passerine birds breeding in intermountain shrubsteppe. *Studies in Avian Biology* 25:130-140.

BLM_0034589

Miller, F. W. 1930. A note on the pygmy vole in
Colorado. *Journal of Mammalogy* 11:83-84.

Mullican, T. R. and B. L. Keller. 1986. Ecology of the
sagebrush vole (*Lemmiscus curtatus*) in
southeastern Idaho. *Canadian Journal of
Zoology* 64:1218-1223.

———. 1987. Burrows of the sagebrush vole
(*Lemmiscus curtatus*) in southeastern Idaho.
*Great Basin Naturalist* 47:276-279.

Mullican, T. R., A. R. Lewis, and K. F. Higgins. 2004.
*Relative abundance of small mammals in
South Dakota sagebrush steppe habitats in
relation to vegetation characteristics. Final
Report, Project No. W-107-R, Study No.
1012.*: Dept. of Biology, Dakota Wesleyan
Univ., Wildlife and Fisheries Sciences, South
Dakota State Univ., USGS - South Dakota
Cooperative Fish and Wildlife Research Unit,
South Dakota State University.

NatureServe. 2004. NatureServe Explorer: An online
encyclopedia of life [web application].
Arlington, Virginia: NatureServe.

O'Farrell, T. P. 1972. Ecological distribution of
sagebrush voles, *Lagurus curtatus*, in south-
central Washington. *Journal of Mammalogy*
53:632-636.

Reynolds, T. D. and C. H. Trost. 1980. The response
of native vertebrate populations to crested
wheatgrass planting and grazing by sheep.
*Journal of Range Management* 33:122-125.

Rickard, W. H. 1960. The distribution of small
mammals in relation to the climax vegetation
mosaic in eastern Washington and northern
Idaho. *Ecology* 41:99-106.

WSC. 1998. Webpage of ecology and paleoecology
of the upper Gunnison Basin. Western State
College, Gunnison, Colorado. Accessed at
http://people.uncw.edu/emslies/ugb/.

Zou, J., J. T. Flinders, H. L. Black, and S. G.
Whisenant. 1989. Influence of experimental
habitat manipulations on a desert rodent
population in southern Utah. *Great Basin
Naturalist* 49:435-448.

BLM_0034590

# SAGE SPARROW
## *Amphispiza belli*

---

**Description**

Five subspecies are recognized. *Amphispiza belli nevadensis* breeds throughout the intermountain west, including western Colorado (Martin and Carlson 1998).

The sage sparrow is a medium-sized sparrow that breeds in sagebrush shrubsteppe of the intermountain west and California. Males and females are similar in appearance, with a relatively long tail, a pale brownish-gray top of the head and nape, pale brownish mantle, dull white underparts, and brown rump. The breast often has a necklace of thin dark stripes, and a dark brownish central spot. The wing has a distinct whitish bar, and on the underside, a yellow patch at the wrist. Adults have a complete white eye ring, a hazel-brown iris, and two darkish lateral stripes on a white throat. The bill is grayish-brown, and legs and feet are dark grayish-brown (Rising 1996). The *nevadensis* subspecies, the subspecies found in Colorado, is about five percent larger than the other four subspecies (Martin and Carlson 1998).

---

**Life history & behavior**

Sage sparrows arrive in Colorado to breed from February to late April and depart around mid-October (Andrews and Righter 1992; Righter et al. 2004).

Sage sparrows nest primarily in shrubs, but will occasionally nest on the ground, usually early in the breeding season (Martin and Carlson 1998). They can produce up to 3 clutches in a breeding season (Rotenberry and Wiens 1991), with 3 to 5 eggs in a clutch (Martin and Carlson 1998). They forage on the ground or glean from low shrub branches, eating an omnivorous diet of seeds and arthropods (Rotenberry 1980). Diet varies seasonally and with availability of prey items.

---

**Population trends**

Trends in the United States and rangewide are uncertain; data are not reliable.

Colorado trends tracked by MCB are as yet uncertain (T. Leukering, pers. comm.).

Standard BBS estimates indicate positive trends in Colorado and survey-wide; however BBS data for sage sparrows generally lack statistical power due to low sample sizes and methodological challenges (Knick et al. 2003). A recent spatial analysis of BBS data by Dobkin and Sauder (2004) suggest that sage sparrow populations are experiencing moderate decline.

Habitat reduction and fragmentation in Colorado and across the sage sparrow's range are cause for alarm (Knick and Rotenberry 2002; Martin and Carlson 1998; PIF 2004). However, no state in the sage sparrow's range reports statistically significant long-term BBS trend data for the species. BBS annual average trend data are mixed (Sauer et al. 2004):

    + 0.1% survey-wide ($P$=0.1, n=227, RA=5.45)
    - 0.2% in the Wyoming Basin ($P$=0.95, n=29, RA=11.85)
    +1.3% in Colorado ($P$=0.82, n=11, RA=1.74)

---

BLM_0034591

## Range

In spite of significant habitat loss, the sage sparrow remains extant in all the states where it historically occurred.

In a regional-scale study, sage sparrow and black-throated sparrow abundances and percent changes in abundances were negatively correlated (Rotenberry and Wiens 1980; Wiens and Rotenberry 1981).



Breeding
Year-round
Wintering

No data documenting historic continental-scale shifts in the range and distribution of the sage sparrow exists. However, given that sage sparrows are strongly tied to sagebrush shrubsteppe habitat across their range, and that this habitat has undergone significant decline in the last century (Knick and Rotenberry 2002), it is possible that the range and distribution of this species have changed accordingly (Braun et al. 1976).

Migrants from Colorado winter in Arizona, New Mexico, southern Nevada and northern Mexico. An occasional straggler may winter in Colorado (Righter et al. 2004).

Overall range map reprinted from Martin and Carlson (1998) by permission

## Colorado distribution patterns & abundance

One might assume that distribution of this sagebrush obligate in Colorado should closely follow distribution of large, unbroken stands of sagebrush in the state. However, sage sparrows are absent from large blocks of apparently suitable habitat in Colorado (Lambeth 1998). One explanation is elevation limitation, but more subtle factors may be at work (see Habitat discussion below). The range of the sage sparrow in the assessment area

Rangewide centers of abundance of breeding birds are west-central Nevada, southern Idaho, and the Wyoming Basin (Sauer et al. 2004). Breeding bird abundances and distributions are highly variable, both spatially and temporally.



Sage sparrow range (3.05 million ha)

Sage sparrow sagebrush habitat (0.97 million ha)

Sage sparrow non-sagebrush habitat (0.35 million ha)

Assessment area boundary

County boundary

Sage sparrows breed in appropriate habitat in basins and on hillsides,

BLM_0034592

encompasses approximately 3.05 million ha, with an estimated 1.32 million ha of suitable habitat.

possibly up to 8,500 feet (Righter et al. 2004). Both Colorado BBA and BBS identify summertime sage sparrow centers of abundance in the northwestern counties of Moffat and Routt (Lambeth 1998; Sauer et al. 2004). MCB estimated sage sparrow densities in 2000, 2002, and 2003 as 0.070, 0.017, and 0.068 birds per hectare, respectively (T. Leukering, pers. comm.).

## Conservation status

Ranked G5/S3 - demonstrably secure rangewide, Colorado breeding population vulnerable.

Partial tracking by CNHP (CNHP 2004); Partners in Flight priority tier 1 for breeding birds; watch-listed with "medium priority" (PIF 2004).

Species of concern in Oregon and Washington



- SX: Presumed extirpated
- SH: Possibly extirpated
- S1: Critically imperiled
- S2: Imperiled
- S3: Vulnerable
- S4: Apparently secure
- S5: Secure
- Not ranked / Under review

Map courtesy of NatureServe (2004).

## Habitat

Local-scale structural habitat preferences have not been quantitatively studied in Colorado.

In the Colorado sagebrush assessment area, about 1.32 million ha of suitable habitat exists for the sage sparrow, 0.97 million ha of which is sagebrush shrublands (see figure in Colorado Distribution Patterns

Experts consider the sage sparrow a sagebrush shrubsteppe obligate (Braun et al. 1976; Knick and Rotenberry 2000; Lambeth 1998; Martin and Carlson 1998; Paige and Ritter 1999). Studies in the Great Basin show that the sage sparrow is more strongly tied to sagebrush shrubsteppe than other sagebrush obligate passerines such as Brewer's sparrow and sage thrasher (Knick and Rotenberry 1999).

Colorado BBA (Lambeth 1998) reported about 82 percent of sage sparrow occurrences in big sagebrush habitats and 18 percent in other shrubland types or pinyon-juniper woodlands. Breakdowns of occurrences are as follows:

     64% - lowland sagebrush shrubland
     18% - mountain sagebrush shrubland
     11% - tall desert shrubland
      4% - pinyon-juniper woodlands
      3% - mountain shrublands

MCB data for sage sparrows are available for the years 2000, 2002, and 2003. In 2000 and 2003, MCB found sage sparrows exclusively in sagebrush shrublands. In 2002, similar densities were reported for

BLM_0034593

and Abundance).

Elsewhere in its range, the species generally prefers a relatively high percentage of shrub cover, a high percentage of bare ground, and horizontal patchiness in the shrub community (Rotenberry and Wiens 1980). It prefers as nest sites taller shrubs with larger canopies (Petersen and Best 1985).

Studies in the Great Basin indicate that the relationship between patch size and sagebrush cover is a strong predictor of breeding sage sparrow presence, and that breeding birds respond to landscape characteristics on scales much larger than individual territories (Knick and Rotenberry 1995).

sagebrush shrublands and semi-desert shrublands (T. Leukering, pers. comm.).

In a southwestern Idaho big sagebrush community (*Artemisia tridentata—no subspecies identified*), Petersen and Best (1985) found that mean canopy coverage of sagebrush shrubs around nest sites was significantly lower, height of nest shrubs was significantly taller, and shrubs around sage sparrow nest sites were significantly more clumped than representative samples from the study area. Mean sagebrush canopy cover was 23 ± 9 percent, mean nest shrub height was 66 ± 12 cm, mean herbaceous plant cover was 9 ± 12 percent, mean litter cover was 6 ± 8 percent, and mean bare ground percentage was 51 ± 30. Ninety-six percent of nests were placed in shrubs that with 75 percent or more living branches, and nests were never placed in dead portions of shrubs. In southern Idaho, Rich (Rich 1980a) found sage sparrow nests in shrubs with a mean height of 67.1 ± 8.4 cm, and the sagebrush cover in the study area ranged from 11 to 44 percent. Rich (1980b) found that territory sizes of breeding males varied in size and shape daily and seasonally. In Idaho, mean territory sizes ranged from 0.81 ha ± 0.21 (Reynolds 1981) to 4.43 ha ± 1.86 (Rich 1980b). In Nevada, Washington, and Oregon, territory sizes ranged from 0.65 to 5.81 ha (Wiens et al. 1985).

Early work on sage sparrow population dynamics at the regional (coarse) scale, showed that distribution and abundance of breeding sage sparrows correlated with basic structural characteristics of shrub communities versus grassland communities (Rotenberry and Wiens 1980). At the local (fine) scale, however, direct relationships between structural habitat characteristics and breeding bird abundances were weak, and non-spatial factors such as floristic composition became more significant (sage sparrows showed strong preference for big sagebrush) (Wiens and Rotenberry 1981).

A combination of factors may be responsible for the apparent decoupling of the relationship between breeding bird abundance and local-scale habitat characteristics:

- Mortalities during migration and/or on wintering grounds may affect abundances on breeding grounds (Rotenberry and Wiens 1980; Wiens and Rotenberry 1981).

- Because of site fidelity, sage sparrows may return to territories that have been substantially altered, and may persist in returning for a number of years, even to seemingly unsuitable sites (Knick and Rotenberry 2000; Wiens and Rotenberry 1985).

- Sage sparrows respond to habitat characteristics at multiple spatial scales; projections of population dynamics based on simple organism-habitat correlations may overlook important details of the patch responses of sage sparrows (Wiens 1985).

Later work by Knick and Rotenberry (1995) showed that the probability of habitat occupancy by sage sparrows was strongly related to the interaction between local and landscape-scale habitat characteristics. When probability of site occupancy was plotted as a function of shrub patch size (a landscape-scale variable) and big sagebrush percent cover (a local-scale

BLM_0034594

variable), a nonlinear interaction of these components was apparent; The relationship between percent sagebrush cover and the probability of occupancy, although always positive, changed as a function of shrub patch size. In general, this model predicted that sage sparrows were more likely to return to sites that had "high shrub cover (particularly sagebrush) and low disturbance, combined with large patch sizes and high within-site spatial similarity" (Knick and Rotenberry 1995).

Colorado BBA (Lambeth 1998) reported about 18 percent of breeding bird occurrences in vegetation types other than sagebrush shrublands, including mountain shrublands, semi-desert shrublands, and pinyon-juniper woodlands. In other states, sage sparrow nests have been observed in or under rabbitbrush, spiny hopsage, bitterbrush, greasewood, saltbush, Russian thistle, or bunchgrasses.

In northern portions of winter range, big sagebrush provides the favored habitat. Farther south, sage sparrows have also been observed in desert washes, creosote bush, sparse cactus scrub, arid grasslands, and honey mesquite (Martin and Carlson 1998). During migration, sage sparrows often travel through greasewood stands in desert country (Righter et al. 2004).

## Threats & sensitivities

Threats are primarily habitat loss and fragmentation.

In western Colorado, where sagebrush makes up about 74 percent of sage sparrow suitable habitat, threats to sagebrush are a major concern.

Because of the sage sparrow's close association with sagebrush habitats, it is assumed that activities that directly reduce or fragment habitat—such as urbanization, sub-urbanization, agricultural conversion, mineral resource development, and

For sage sparrows in the shrublands of the Intermountain West, loss, fragmentation, and degradation of sagebrush habitat are primary concerns (Knick et al. 2003; Knick and Rotenberry 2002).

In the Colorado sagebrush assessment area, where sagebrush makes up about 74 percent of sage sparrow suitable habitat, threats to sagebrush are major concerns also. Sage sparrow sagebrush habitat in the assessment area is at risk of four widespread threats modeled in the Colorado sagebrush conservation assessment and strategy: pinyon-juniper encroachment, encroachment by invasive herbaceous plants, residential development, and energy development.

Residential development probably poses the lowest threat of the four, with an estimated 3 percent of sage sparrow sagebrush habitat at high or moderate risk and 10 percent at low risk. About 87 percent of sage sparrow sagebrush habitat is at no risk of residential development based on our predictive model. Residential development threats to sagebrush are fairly scattered overall, with hot spots in sage sparrow range around Craig and Steamboat Springs.

Pinyon-juniper encroachment risk is also relatively low. Our predictive model estimated 22 percent of sage sparrow sagebrush habitat is at high risk of pinyon-juniper encroachment, while 22 percent is at moderate or low risk, and 56 percent is at no risk.

Risk of energy development is broadly moderate. About 78 percent of sage sparrow sagebrush habitat is at moderate risk of energy development in the Colorado sagebrush assessment area, 13 percent is at low or no risk, and 9 percent is at high risk. Energy development can result in destruction, degradation, and fragmentation of habitat. Sage sparrow sagebrush habitat at highest risk of energy development is scattered throughout the western-

BLM_0034595

road and power rights-of-way—can significantly influence their populations.

See Chapter 6 for more detail about habitat estimates and predictive threats modeling for sage sparrow sagebrush habitat in the Colorado assessment area. Chapter 4 presents rule sets for threats modeling in sagebrush habitat.

most counties in the assessment area, with larger hot spots clustered in Rio Blanco, and Garfield counties. Sage sparrows are sensitive to habitat fragmentation, given that their probability of habitat occupancy increases with patch size (see Habitat and other paragraphs below).

Over 99 percent of sage sparrow sagebrush habitat is at some degree of risk of encroachment by invasive herbaceous plants. Our model predicts 47 percent at high risk, 50 percent at moderate risk, and 3 percent at low risk. The effects of invasive herbaceous plant encroachment on sage sparrow sagebrush habitat are significant. For instance, Knick and Rotenberry (1995) showed that sage sparrow habitat occupancy decreased with increasing percent cover of Russian thistle. Sagebrush habitat at moderate or high risk of invasive herbaceous plant encroachment in sage sparrow range is mostly broadly scattered across the western-most counties at lower elevations. Moffat and Rio Blanco counties contain the largest contiguous patches of sagebrush habitat at high risk.

At the landscape scale, sage sparrows appear to be sensitive to habitat fragmentation; studies show positive correlations between breeding bird distribution and abundance with patch size and homogeneity of habitat (Knick and Rotenberry 1995). Sage sparrows were almost entirely absent from sagebrush shrubsteppe areas in southern Idaho with moderate or high levels of fragmentation (Knick and Rotenberry 1999). The mechanisms by which fragmentation of sagebrush ecosystems influences the density of breeding birds or their productivity are not understood (Knick et al. 2003).

At a local scale, sage sparrows are sensitive to habitat degradation, such as invasion of weedy annuals or reduction in shrub coverage. Sage sparrows forage on the ground and dense ground cover characteristic of areas invaded by non-native grasses and forbs appears to disturb their feeding patterns (Paige and Ritter 1999). At least one expert has never known sage sparrows to breed in sagebrush with extensive cheatgrass in the understory (R. Lambeth, pers. comm.). Disturbances to sagebrush patches that encourage invasions of weedy annuals (fire, certain recreational uses, or heavy grazing, for example) are likely to lead to habitat degradation and lower occupancy by sage sparrows. Sagebrush treatments reducing sagebrush cover and increasing grass cover led to significant declines in sage sparrow abundance after an initial time lag attributed to site fidelity or tenacity of breeding birds (Wiens and Rotenberry 1985). Sage sparrows probably respond positively to light or moderate grazing (Bock et al. 1993), and negatively to heavy grazing (Saab et al. 1995).

Sage sparrows are known to abandon nests parasitized by brown-headed cowbirds (Reynolds 1981; Rich 1978), but may occasionally accept cowbird eggs. Colorado BBA observers found a pair of sage sparrows attending a cowbird fledgling in Moffat County (Lambeth 1998). Rates of sage sparrow nest parasitism ranged from 0 to 52 percent in various studies reviewed by Knick and Rotenberry (2002). Parasitism rates in these studies increased with increasing fragmentation, possibly because cowbirds found ready access to sagebrush shrubsteppe habitats from newly introduced agricultural areas. Quantitative effects of parasitism on sage sparrow nesting success are uncertain.

BLM_0034596

**Research needs**

Although the sage sparrow is the most well-studied of the avian species of concern, many of the data are anecdotal or derived from community-based studies. Even in studies in which the sage sparrow was the focal species, more questions were raised than resolved.

Little is known about how sage sparrow populations are regulated during migration or on wintering grounds. Experts suggest that low returns to breeding grounds during some years by this highly philopatric species indicate that overwintering habitat or conditions may not be adequate, but more investigation is needed (Martin and Carlson 1998; Rotenberry and Wiens 1980; Wiens and Rotenberry 1981). Degree of fidelity to winter ranges is unknown (Knick and Rotenberry 2002).

The acceptable range of habitat requirements (physiognomic and floristic) is not well defined at either the regional or spatial scale in the assessment area. Because bird abundances do not necessarily imply favorability of habitat conditions or correlation with bird productivity, studies should couple population trend and demographics monitoring with investigation of nest success (including brood parasitism and predation) under alternate rangeland management regimes, over a spectrum of habitat conditions and geographic areas in Colorado.

Research is needed to determine why sage sparrows are absent from large blocks of apparently suitable habitat in Colorado. The mechanisms by which fragmentation of sagebrush ecosystems influence the density of sage sparrows or their productivity are not understood. "We unavoidably approach the study of patch dynamics from an anthropocentric perspective, seeing the boundaries and discontinuities in nature that seem important to us. Unless we adopt an organism-centered view of the environment, we are unlikely to discern or measure the elements of patch structure or dynamics that are really important, and instead may well document apparent 'patterns' that are little more than artifacts, products of our misperception" (Wiens 1985).

**Management issues**

Sage sparrows respond to breeding habitat variables at multiple spatial scales. This carries important implications for how this species and its habitat are monitored in a management context (Knick and Rotenberry 2002; Wiens 1985).

Patch size is one measure of habitat integrity that could aid managers in conserving the sage sparrow. However, equal probabilities of breeding bird occupancy are possible with different combinations of sagebrush cover and patch size (Knick and Rotenberry 1995). Experts also caution that landscape context (e.g., degree of isolation of a patch, the degree of contrast between the patch and the surrounding matrix) greatly influences minimum patch size requirements (S. Knick, pers. comm.).

Nevertheless, there is a general, albeit cautious, consensus among experts that presence of breeding sage sparrows is unlikely in patches of sagebrush smaller than 100 to 200 acres (Paige and Ritter 1999; R. Lambeth, pers. comm.; J. Rotenberry, pers. comm.). In the face of the lack of quantitative data on patch size, "bigger is better" remains a conservation axiom for fragmentation and area-sensitive species such as the sage sparrow (S. Knick, pers. comm.), and patches of sagebrush 200 acres or larger are the best conservation targets. See Chapter 3 for a discussion of patch size distribution of sagebrush in the Colorado sagebrush assessment area.

About 39 percent of sage sparrow sagebrush habitat in the Colorado

BLM_0034597

sagebrush assessment area is controlled by private landowners, posing a challenge for effective, integrated habitat management for the species. Nevertheless, about 85 percent of the sagebrush habitat managed by non-private entities is managed by the BLM, making it the public entity best-positioned to have a positive impact on the species.

## Literature Cited

Andrews, R. and R. Righter. 1992. *Colorado birds: a reference to their distribution and habitat.* Denver: Denver Museum of Natural History.

Bock, C. E., V. A. Saab, T. D. Rich, and D. S. Dobkin. 1993. Effects of livestock grazing on neotropical migratory landbirds in western North America. In *Status and management of neotropical migratory birds*, edited by D. M. Finch and P. W. Stangel: USDA Forest Service, General Technical Report RM-229.

Braun, C. E., M. F. Baker, R. L. Eng, J. S. Gashwiler, and M. H. Schroeder. 1976. Conservation committee report on effects of alteration of sagebrush communities on the associated avifauna. *The Wilson Bulletin* 88:165-171.

CNHP. 2004. State-wide list of tracked species and communities, August 9, 2004. Accessed at http://www.cnhp.colostate.edu/.

Dobkin, D. S. and J. D. Sauder. 2004. Shrubsteppe landscapes in jeopardy: distributions, abundances, and the uncertain future of birds and small mammals in the intermountain west. Bend, Oregon: High Desert Ecological Research Institute.

Knick, S. T., D. S. Dobkin, J. T. Rotenberry, M. A. Schroeder, W. M. Vander Haegen, and C. Van Riper III. 2003. Teetering on the edge or too late? Conservation and research issues for avifauna of sagebrush habitats. *Condor* 105:611-634.

Knick, S. T. and J. T. Rotenberry. 1995. Landscape characteristics of fragmented shrubsteppe habitats and breeding passerine birds. *Conservation Biology* 9:1059-1071.

———. 1999. Spatial distribution of breeding passerine bird habitats in a shrubsteppe region of southwestern Idaho. *Studies in Avian Biology* 19:104-111.

———. 2000. Ghosts of habitats past: contribution of landscape change to current habitats used by shrubland birds. *Ecology* 81:220-227.

———. 2002. Effects of habitat fragmentation on passerine birds breeding in intermountain shrubsteppe. *Studies in Avian Biology* 25:130-140.

Lambeth, R. 1998. Sage sparrow (*Amphispiza belli*). In *Colorado Breeding Bird Atlas*, edited by H. E. Kingery. Denver: Colorado Bird Atlas Partnership & Colorado Div. of Wildlife.

Martin, J. W. and B. A. Carlson. 1998. Sage sparrow (*Amphispiza belli*). In *The Birds of North America, No. 326*, edited by A. Poole and F. Gill. Philadelphia: The Birds of North America, Inc.

NatureServe. 2004. NatureServe Explorer: An online encyclopedia of life [web application]. Arlington, Virginia: NatureServe.

Paige, C. and S. A. Ritter. 1999. *Birds in a sagebrush sea: managing sagebrush habitats for bird communities.* Boise, Idaho: Partners in Flight Western Working Group.

Petersen, K. L. and L. B. Best. 1985. Nest-site selection by sage sparrows. *Condor* 87:217-221.

PIF. 2004. Partners in Flight species assessment database: Rocky Mountain Bird Observatory.

Reynolds, T. D. 1981. Nesting of the sage thrasher, sage sparrow, and Brewer's sparrow in southeastern Idaho. *Condor* 83:61-64.

Rich, T. D. 1978. Cowbird parasitism of sage and Brewer's sparrows. *Condor* 80:343.

———. 1980a. Nest placement in sage thrashers, sage sparrows and Brewer's sparrows. *The Wilson Bulletin* 92:362-368.

———. 1980b. Terrestrial behavior of the sage sparrow: spatial and random aspects. *The Wilson Bulletin* 92:426-438.

BLM_0034598

Righter, R., R. Levad, C. Dexter, and K. Potter. 2004. *Birds of western Colorado plateau and mesa country*. Grand Junction: Grand Valley Audubon Society.

Rising, J. D. 1996. *A guide to the identification and natural history of the sparrows of the United States and Canada*. San Diego: Academic Press.

Rotenberry, J. T. 1980. Dietary relationships among shrubsteppe passerine birds: competition or opportunism in a variable environment? *Ecological Monographs* 50:93-110.

Rotenberry, J. T. and J. A. Wiens. 1980. Temporal variation in habitat structure and shrubsteppe bird dynamics. *Oecologia* 47:1-9.

Rotenberry, J. T. and J. A. Wiens. 1980. Habitat structure, patchiness, and avian communities in North American steppe vegetation: a multivariate analysis. *Ecology* 61:1228-1250.

———. 1991. Weather and reproductive variation in shrubsteppe sparrows: a hierarchical analysis. *Ecology* 72:1325-1335.

Saab, V. A., C. E. Bock, T. D. Rich, and D. S. Dobkin. 1995. Livestock grazing effects in western North America. In *Ecology and management of neotropical migratory birds*, edited by T. E. Martin and D. M. Finch. New York: Oxford University Press.

Sauer, J. R., J. E. Hines, and J. Fallon. 2004. The North American Breeding Bird Survey, Results and Analysis 1966 - 2003: USGS Patuxent Wildlife Research Center.

Wiens, J. A. 1985. Vertebrate responses to environmental patchiness in arid and semiarid ecosystems. In *The ecology of natural disturbance and patch dynamics*, edited by S. T. A. Pickett and P. S. White. San Diego: Academic Press, Inc.

Wiens, J. A. and J. T. Rotenberry. 1981. Habitat associations and community structure of birds in shrubsteppe environments. *Ecological Monographs* 51:21-41.

———. 1985. Response of breeding passerine birds to rangeland alteration in a North American shrubsteppe locality. *Journal of Applied Ecology* 22:655-668.

Wiens, J. A., J. T. Rotenberry, and B. Van Horne. 1985. Territory size variation in shrubsteppe birds. *Auk* 102:500-505.

BLM_0034599

# SAGE THRASHER
## *Oreoscoptes montanus*

---

**Description**

The sage thrasher is distinguished from other thrashers by its smaller size, short and straight bill, and relatively short tail. Plumage on the upper body is drab, brownish-gray with slightly darker feathers forming indistinct streaks, particularly on the crown. The bird has a pale line behind the ear-coverts, a face pattern formed by whitish supercilium, and a whitish malar region bordered by a black streak at the sides of the throat. The wings are slightly browner than the back and have two narrow white wing-bars. The tail is browner than the rest of the body and has white tipped outer rectrices. The under-parts of the body are off-white, streaked with dark brown blotches. The bill is black with a grayish lower mandible. The plumage remains similar throughout the year but flanks appear pale cinnamon when plumage is fresh in the fall (Reynolds et al. 1999).

---

**Life history & behavior**

An opportunistic ground forager and shrub nester.

Sage thrashers arrive on breeding grounds in March and April (Dillon 1998; Reynolds et al. 1999). Breeding in Colorado typically begins in late May and early June (Dillon 1998). The birds are conspicuous during breeding through activity and song, but are secretive around their nests (Reynolds et al. 1999). Adults will fly until they are within 10 meters of the nest and then typically travel on ground the remaining distance.

During summer the sage thrasher feeds primarily on ground insects such as ants and beetles, but also feeds on other arthropods, arachnids, plant material, berries and small fruit. It is apparently one of the few birds that will feed on Mormon crickets and their eggs (Ryser 1985). Sage thrasher winter feeding habits are unknown.

Nests are usually composed of coarse twigs, grasses and sometimes horsehair, sheep's wool or fur. Nest diameter averages 20 cm. Sage thrashers choose nest sites to minimize heat loss at night, gain heat in the early morning, and avoid direct exposure to the midday sun. They often create canopies of twigs, or sometimes use old nests to provide shade or concealment from aerial predators (Reynolds et al. 1999).

Sage thrashers breed as second-year birds and clutch size is 3 to 5 eggs. Incubation lasts 12 to 15 days. Eggs hatch over a period of 1 to 3 days. Young open their eyes on day 4. Brooding, performed by both parents, lasts 10 to 14 days. Double-brooding has been reported in southern Idaho (Reynolds et al. 1999).

Sage thrashers migrate in winter to arid and semiarid country south of their breeding range.

---

### Population trends

In decline in the United States (Sauer et al. 2004) and Canada (Gebauer 2004)

Colorado trends tracked by MCB are as yet uncertain (T. Leukering, pers. comm.).

BBS annual average trend data 1966 – 2003 (Sauer et al. 2004):
- 0.8% survey-wide (significant: $P$=0.07, $n$=319, RA=8.55)
+ 0.1% in Colorado (non-significant: $P$=0.96, $n$=31, RA=6.24)

BBS estimated positive population trends for the 1966 – 2003 period in Washington, California, and Wyoming, whereas declining trends were estimated for the remaining western states (Sauer et al. 2004). For the most part, BBS data gathered on sage thrasher lack the precision to detect statistically valid trend changes of less than 5%.

A recent spatial analysis by (Dobkin and Sauder 2004) comparing BBS data between two periods (1963 through 1983 and 1984 through 2001) suggests that sage thrasher population trends are mixed. Areas predicted to have more than 5 birds per route remained stable in the western U.S., and increased by 6 percent in the shrubsteppe ecoregions. Abundances of sage thrashers on BBS routes showed no obvious spatial pattern across their range.

### Range

Overall range has not changed significantly since European settlement (Reynolds et al. 1999), but loss of habitat has likely caused local extinctions of sage thrasher throughout its breeding range (Wiens and Rotenberry 1985).

Overall range map reproduced from Reynolds et al. 1999 with permission.



Breeding
Wintering

In their summer range, centers of sage thrasher abundance lie in the Great Basin (central Nevada and southeastern Oregon), eastern Idaho, and the Wyoming Basin (Sauer et al. 2004).

In winter, the sage thrasher retreats to southern Nevada, Arizona and New Mexico, west Texas and northern Mexico (Dillon 1998) with centers of abundance in west Texas and southeastern New Mexico (Sauer et al. 2004). Only rarely do individuals winter in Colorado (Andrews and Righter 1992).

### Distribution patterns & abundance

In Colorado, sage thrashers breed in appropriate habitat in valleys and on foothills, mesas, and plateaus—possibly up to 10,000 ft (Dillon 1998).

In Colorado, the sage thrasher is a common summer resident in appropriate habitat in North Park, the San Luis Valley, the Gunnison Basin and Moffat County. According to the Colorado BBA project, centers of abundance are northwestern Colorado, the Gunnison Basin, and the San Luis Valley (Dillon 1998).

The sage thrasher is rare to uncommon locally in Middle Park, the Wet Mountain Valley, the valleys and lowlands of west-central and southwestern Colorado, and portions of the state's eastern foothills and southeastern plains (Andrews and Righter 1992). Colorado BBA field observers also documented low-density spotty distribution of sage thrashers in the

BLM_0034601

Uncompahgre Valley and the Colorado River basin between Middle Park and the Utah border (Dillon 1998).

The sage thrasher is a very rare winter resident in western valleys, lower foothills, and on the eastern plains near foothills (Andrews and Righter 1992). During spring and fall migrations, they are found throughout their summer distribution areas, but also in mountain parks and on the eastern plains, especially near the foothills (Andrews and Righter 1992).

Between 1999 and 2003, MCB estimated sage thrasher densities ranging from 0.02 to 0.08 birds per ha in sagebrush and 0.15 to 0.07 birds per ha in semi-desert shrublands (T. Leukering, pers. comm.).

The range of the sage thrasher in the assessment area encompasses approximately 5.57 million ha, with an estimated 2.31 million ha of suitable habitat



Legend:
- Sage thrasher range (5.57 million ha)
- Sage thrasher sagebrush habitat (1.61 million ha)
- Sage thrasher non-sagebrush habitat (0.70 million ha)
- Assessment area boundary
- County boundary

BLM_0034602

## Conservation status

The species is at the edge of its range in S1 and S2-ranked states

Washington Species of Concern

BLM sensitive species, Wyoming

"Red listed" in British Columbia (under consideration for threatened or endangered listing)



SX: Presumed extirpated
SH: Possibly extirpated
S1: Critically imperiled
S2: Imperiled
S3: Vulnerable
S4: Apparently secure
S5: Secure
Not ranked / Under review

Map courtesy of NatureServe (2004).

## Habitat

Experts consider the sage thrasher a sagebrush shrubland obligate (Braun et al. 1976; Knick and Rotenberry 2000; Rotenberry et al. 1999).

In the Colorado sagebrush assessment area, about 2.31 million ha of suitable habitat exists for the sage thrasher, 1.61 million ha of which is sagebrush shrublands (see figure in Colorado Distribution Patterns and Abundance).

Wiens and Rotenberry (1981) found a positive distributional

The sage thrasher is a sagebrush obligate dependent on large patches of sagebrush, and to a lesser extent, other shrubsteppe habitat for breeding (Reynolds et al. 1999).

Colorado BBA reported approximately 41 percent of breeding bird occurrences in tall desert shrublands, shortgrass prairie, mountain shrub habitat, pinyon-juniper woodlands, mat saltbush, western grasslands, and lowland riparian woodlands (Dillon 1998):

    31% - mountain big sagebrush shrubland
    29% - lowland sagebrush
    21% - tall desert shrub
    11% - grasslands or woodlands
     8% - other shrublands (mountain shrub, mat saltbush)

MCB found sage thrashers in slightly higher densities in semi-desert shrublands than in sagebrush-dominated shrublands in 1999 and 2000, but this pattern was reversed in 2001, 2002, and 2003 (T. Leukering, pers. comm.).

Sage thrashers nest primarily in sagebrush branches or on the ground beneath sagebrush plants, specifically *A. t. tridentata* (basin big sagebrush), *A. t. wyomingensis* (Wyoming big sagebrush), *A. tripartita* (three-tip sagebrush), and occasionally *A. nova* (black sagebrush) (Reynolds et al. 1999). Researchers have also documented sage thrasher nests in cholla, greasewood, shadscale, saltbush, rabbitbrush, juniper, bitterbrush, horsebrush, and mountain shrublands (Reynolds et all. 1999; Andrews and Righter 1992).

Sage thrashers nest under or in wide-crowned sagebrush shrubs taller than 70 cm. Shrub height requirements for nesting appear to be quite particular:

BLM_0034603

correlation between sage thrasher and Brewer's sparrow in the shrubsteppe of the northwestern United States, suggesting the two species have similar habitat affinities.

sage thrashers choose tall shrubs and shrubs with wide crowns (Petersen and Best 1991). In fact, the presence of individual tall sagebrush shrubs on the landscape is probably the single most important local-scale breeding habitat component for the sage thrasher (Castrale 1982). In a south-central Idaho study, elevated nests occurred in shrubs averaging 90 cm in height and were placed at an average height of 24 cm off the ground. Ground nests occurred beneath sagebrush plants averaging 70 cm in height (Reynolds and Rich 1978). A southeastern Idaho study found that sage thrashers established 72 percent of 53 nests in sagebrush shrubs taller than 70 cm, and that shrubs of this height class represented only 7 percent of available shrubs. The placement of the nests tended to be just below the densest part of a shrub, regardless of whether the nest was on the ground or in the shrub (Petersen and Best 1991). A British Columbia study found that sites with medium-sized sagebrush (30 – 60 cm in height) with some larger clumps of sagebrush (>1 m in height) were preferred for nesting (Gebauer 2004).

Peterson and Best (1991) also found that nest sites in southeastern Idaho occurred in shrubs with 75 to100 percent live branches. A study in Colorado found the average live growth on nest shrubs ranged from 60 to 80 percent (unpublished data by S. W. Hutchings cited in Reynolds et al. 1999).

In a continental-scale analysis, Rotenberry and Wiens (1980) found that sage thrashers were positively correlated with sagebrush cover, shrub height, horizontal patchiness, and bare ground; and negatively correlated with annual grass cover (Rotenberry and Wiens 1980). On a regional scale, sage thrasher densities were significantly positively correlated with vertical heterogeneity and "shrubbiness" (overall robustness of shrubs) in sagebrush habitat in the northwestern United States (Wiens and Rotenberry 1981), whereas other sagebrush obligates showed no statistically significant correlation to habitat physiognomic factors. Wiens and Rotenberry (1981) also found a positive distributional correlation between sage thrasher and Brewer's sparrow in the shrubsteppe of the northwestern United States, suggesting the two species have similar habitat affinities. In eastern Washington, sage thrashers showed stronger correlation with sagebrush cover than other shrubsteppe breeding birds, and were recorded in greatest abundance where sagebrush cover was 11 percent (Dobler et al. 1996). In Idaho, canopy coverage of sagebrush measured at 175 nest sites ranged from 11 to 44 percent (Rich 1980). A southwestern Idaho study showed that sage thrasher nests were more successful with increasing shrub patch size. Additionally, probability of site occupancy increased with sagebrush cover, total shrub cover, decreasing disturbance, and similarity of habitat within a 1-km radius (Knick and Rotenberry 1995).

Few data are available regarding understory type or coverage preference. Wiens and Rotenberry (1981) found that abundance of sage thrashers was positively correlated with bare ground and negatively correlated with annual grasses in the northwestern Great Basin.

In a southeastern Idaho study during 1976 and 1977, male sage thrashers defended breeding territories with a mean size of 1.14 ha in the first year, and territories averaging 1.86 ha the following year. Density estimates during this study were 0.88 and 0.54 birds per ha, respectively (Reynolds 1981).

BLM_0034604

Breeding bird densities recorded by MCB in Colorado sagebrush (0.02 to 0.08 birds per ha) are lower than average densities elsewhere. Estimates from 55 shrubsteppe survey sites in seven Washington counties were 0.204 birds per hectare in 1988 and 0.212 in 1989 (Dobler et al. 1996). A study in eastern Nevada found 0.40 birds per hectare in 1981, 0.12 in 1982, and 0.28 in 1983 (Medin 1992). In another study, breeding bird density measured on 14 plots in Nevada and Oregon ranged from 0.01 to 0.31 individuals per ha (Wiens and Rotenberry 1981).

During spring and fall migrations the sage thrasher is found primarily in arid or semi-arid country—in sagebrush or other arid shrub types, in grasslands with scattered shrubs, and in open pinyon-juniper woodland. Sage thrashers may wander during migration, with birds occasionally ranging as far east as the Atlantic seaboard (Reynolds et al. 1999). In winter, sage thrashers use arid and semi-arid scrub, brush, and thickets (Andrews and Righter 1992).

## Threats & sensitivities

Threats to sage thrasher are primarily related to habitat loss, fragmentation, alteration, degradation (Reynolds et al. 1999)

In western Colorado, where sagebrush makes up about 70 percent of sage thrasher suitable habitat, threats to sagebrush are a major concern.

See Chapter 6 for more detail about habitat estimates and predictive threats modeling for sage thrasher sagebrush habitat in the Colorado assessment area. Chapter 4 presents rule sets for threats

For sage thrashers in the shrublands of the Intermountain West, loss, fragmentation, and degradation of sagebrush habitat are primary concerns (Knick and Rotenberry 2002; Paige et al. 1999; Paige and Ritter 1999).

In the Colorado sagebrush assessment area, where sagebrush makes up about 79 percent of sage thrasher suitable habitat, threats to sagebrush are major concerns also. Sage thrasher sagebrush habitat in the assessment area is at risk of four widespread threats modeled in the Colorado sagebrush conservation assessment and strategy: pinyon-juniper encroachment, encroachment by invasive herbaceous plants, residential development, and energy development.

Residential development probably poses the lowest threat of the four, with an estimated 1 percent of sage thrasher sagebrush habitat at high risk, 2 percent at moderate risk, and 12 percent at low risk. About 85 percent of sage thrasher sagebrush habitat is at no risk of residential development based on our predictive model. Residential development threats to sagebrush are fairly scattered, with hot spots around Craig, Steamboat Springs, Granby, the Eagle River Valley, Aspen Valley and the Roaring Fork Valley, Hotchkiss and Cedaredge in Delta County, Cortez, Mancos, and Durango.

Pinyon-juniper encroachment risk is also relatively low. Our predictive model estimated 16 percent of sage thrasher sagebrush habitat is at high risk of pinyon-juniper encroachment, while 24 percent is at moderate or low risk, and 60 percent is at no risk.

Risk of energy development is broadly moderate. About 58 percent of sage thrasher sagebrush habitat is at moderate risk of energy development in the Colorado sagebrush assessment area, 35 percent is at low or no risk, and 7 percent is at high risk. Energy development can result in destruction, degradation, and fragmentation of habitat via mechanisms described in Chapter 2. Sagebrush habitat at highest risk of energy development is scattered throughout the western-most counties in the assessment area,

BLM_0034605

modeling in sagebrush habitat.

with larger hot spots clustered in Rio Blanco, Garfield, and southern La Plata Counties.

Over 99 percent of sage thrasher sagebrush habitat is at some degree of risk of encroachment by invasive herbaceous plants. Our model predicts 24 percent at high risk, 21 percent at moderate risk, and 54 percent at low risk. Sagebrush habitat at moderate or high risk of invasive herbaceous plant encroachment in sage thrasher range is mostly broadly scattered across the western-most counties at lower elevations. Moffat and Rio Blanco counties contain the largest contiguous patches of sagebrush habitat at high risk.

Sage thrashers are sensitive to sagebrush control; abundance declines have been recorded with the loss of shrubs. In Wyoming, abundance was lower on a 22-year old herbicide-treated site (shrub cover approximately 15 percent) than on an untreated site (shrub cover > 35 percent), and was not present on a 9-year old burned site (shrub cover < 10 percent) (Kerley and Anderson 1995). Castrale (1982) found thrashers persisting in sagebrush islands with tall shrubs within a burned site (10.2 percent shrub cover in islands; max height = 59.0 centimeters), but found no territories within the burn itself (0.0 percent shrub cover), or within plowed (11.8 percent shrub cover; max height = 44.8 centimeters) or chained (5.8 percent shrub cover; max height = 41.4 centimeters) sites reseeded with grasses. In southern Oregon, densities declined following herbicidal spraying and removal of sagebrush and reseeding with crested wheatgrass, where sagebrush cover decreased from 19-24 percent to 4-12 percent (Wiens and Rotenberry 1985). In Idaho, crested wheatgrass seedings did not support sage thrashers (Reynolds and Trost 1980).

Range management can directly and indirectly affect sage thrashers by removing sagebrush through burning, mechanical, or herbicide treatment, or by seeding with non-native grasses to increase livestock forage. Reduction of sagebrush cover to less than 10% is thought to negatively affect sage thrashers (Braun et al. 1976). Even the selective removal of only the large sagebrush plants in sage thrasher breeding habitat results in a decreased habitat utilization (Castrale 1982). Sage thrashers were less abundant on study sites in Wyoming where sagebrush cover was significantly reduced by herbicide treatment 22 years previously (Kerley and Anderson 1995).

Heavy grazing may directly affect sage thrashers through trampling of nests and sagebrush plants. Overgrazing may benefit sage thrashers by leading to the increase of sagebrush density and height (Saab et al. 1995), but it can also encourage the invasion of non-native annual grasses, namely cheatgrass (Welch 2005).

Monotypic dense stands of cheatgrass in sagebrush understory may interfere with foraging activities (Paige et al. 1999), and the influence of cheatgrass on the fire regime of sagebrush shrublands can lead to permanent conversion of sage thrasher breeding habitat to annual grasslands (Knick and Rotenberry 2000). Sage thrasher densities remained stable after a prescribed burn in Idaho left 50 percent of the sagebrush in a mosaic of burned and unburned areas, and reduced the total average percentage of sagebrush cover from 21 to 12 percent (Petersen and Best 1987). In Wyoming, sage thrashers did not utilize sites completely burned 9

BLM_0034606

years earlier (Kerley and Anderson 1995).

Sage thrashers reject cowbirds eggs quickly and are not highly prone to parasitism (Rich and Rothstein 1985). Predation by snakes and loggerhead shrikes can be a negative factor in the breeding success of sage thrashers (Reynolds 1979).

| **Research needs** | The acceptable range of habitat requirements (physiognomic and floristic) is not well defined at either the regional or spatial scale in the assessment area. Because bird abundances do not necessarily imply favorability of habitat conditions or correlation with bird productivity, studies should couple population trend and demographics monitoring with investigation of nest success (including brood parasitism and predation) under alternate rangeland management regimes, over a spectrum of habitat conditions and geographic areas in Colorado. An understanding of patch size requirements and fragmentation effects is needed (synthesis by Reynolds et al. 1999). |

Many aspects of sage thrasher biology are still unknown. Study of migration and wintering ecology is needed. Further details are needed on site fidelity, territory size, interspecific interactions, juvenile dispersal, diet and metabolism, social behavior in relation to breeding or wintering, life span and survivorship, and response to climatic changes on breeding or wintering sites (synthesis by Reynolds et al. 1999).

**Management issues**

Maintaining native sagebrush habitat with vertical heterogeneity, horizontal patchiness, and open understory dominated by native grasses and forbs should benefit the sage thrasher. Because patch size dynamics for the sage thrasher are important but not completely understood, maintaining the largest patches possible (e.g., "bigger is better") should be a priority for fragmentation and area-sensitive species such as the sage thrasher. See Chapter 3 for a discussion of patch size distribution of sagebrush in the Colorado sagebrush assessment area.

Methods for estimating long-term population trends that produce statistically powerful results are needed. The winter ecology of the sage thrasher is not well known and winter-range factors that could be contributing to declines are unclear (Knick and Rotenberry 2002).

Sage thrashers exhibit strong site fidelity and will return to nesting sites even after habitat alteration could negatively affect productivity (Knick and Rotenberry 2002; Wiens and Rotenberry 1985). This characteristic poses environmental sink risks to the species. It also confounds managers' efforts to measure effects of habitat alterations in the short term.

About 42 percent of sage thrasher sagebrush habitat in the Colorado sagebrush assessment area is controlled by private landowners, posing a challenge for effective, integrated habitat management for the species. Nevertheless, almost 80 percent of the sagebrush habitat managed by non-private entities is managed by the BLM, making it the public entity best-positioned to have a positive impact on the species.

BLM_0034607

Our threats analysis did not consider non-sagebrush vegetation types, which provide a significant amount (about 30 percent) of the sage thrasher's habitat. Ideally, conservation planning and management of species of concern should consider all significant habitat types. Such an approach is beyond the scope of this assessment.

## Literature Cited

Andrews, R. and R. Righter. 1992. *Colorado birds: a reference to their distribution and habitat.* Denver: Denver Museum of Natural History.

Braun, C. E., M. F. Baker, R. L. Eng, J. S. Gashwiler, and M. H. Schroeder. 1976. Conservation committee report on effects of alteration of sagebrush communities on the associated avifauna. *The Wilson Bulletin* 88:165-171.

Castrale, J. S. 1982. Effects of two sagebrush control methods on nongame birds. *Journal of Wildlife Management* 46:945-952.

Dillon, M. B. 1998. Sage thrasher (Oreoscoptes montanus). In *Colorado Breeding Bird Atlas*, edited by H. E. Kingery. Denver: Colorado Bird Atlas Partnership & Colorado Div. of Wildlife.

Dobkin, D. S. and J. D. Sauder. 2004. Shrubsteppe landscapes in jeopardy: distributions, abundances, and the uncertain future of birds and small mammals in the intermountain west. Bend, Oregon: High Desert Ecological Research Institute.

Dobler, F. C., J. Elby, C. Perry, S. Richardson, and M. Vander Haegen. 1996. *Status of Washington's shrub-steppe ecosystem: extent, ownership and wildlife/vegetation relationships.* Olympia: Washington Dept. of Fish & Wildlife, Wildlife Management Program.

Gebauer, M. 2004. Sage thrasher (*Oreoscoptes montanus*): Accounts and Measures for Managing Identified Wildlife - Accounts V. 2004: Government of British Columbia, Ministry of Water, Land, and Air Protection.

Kerley, L. L and S. H. Anderson. 1995. Songbird responses to sagebrush removal in a high elevation sagebrush steppe ecosystem. *Prairie Naturalist* 27:129-146.

Knick, S. T. and J. T. Rotenberry. 1995. Landscape characteristics of fragmented shrubsteppe habitats and breeding passerine birds. *Conservation Biology* 9:1059-1071.

———. 2000. Ghosts of habitats past: contribution of landscape change to current habitats used by shrubland birds. *Ecology* 81:220-227.

———. 2002. Effects of habitat fragmentation on passerine birds breeding in intermountain shrubsteppe. *Studies in Avian Biology* 25:130-140.

Medin, D. E. 1992. Birds of a Great Basin sagebrush habitat in east-central Nevada. Ogden, Utah: U.S. Forest Service Research Paper INT-45.

NatureServe. 2004. NatureServe Explorer: An online encyclopedia of life [web application]. Arlington, Virginia: NatureServe.

Paige, C., M. Koenen, D. Kwan, and D. W. Mehlman. 1999. Species management abstract: sage thrasher (*Oreoscoptes montanus*). Arlington: The Nature Conservancy.

Paige, C. and S. A. Ritter. 1999. *Birds in a sagebrush sea: managing sagebrush habitats for bird communities.* Boise, Idaho: Partners in Flight Western Working Group.

Petersen, K. L. and L. B. Best. 1987. Effects of prescribed burning on nongame birds in a sagebrush community. *Wildlife Society Bulletin* 15:317-329.

———. 1991. Nest site selection by sage thrashers in southeastern Idaho. *Great Basin Naturalist* 51:261-266.

Reynolds, T. D. 1979. The impact of loggerhead shrikes on nesting birds in a sagebrush environment. *Auk* 96:798-800.

———. 1981. Nesting of the sage thrasher, sage sparrow, and Brewer's sparrow in southeastern Idaho. *Condor* 83:61-64.

BLM_0034608

Reynolds, T. D. and T. D. Rich. 1978. Reproductive ecology of the Sage Thrasher (*Oreoscoptes montanus*) on the Snake River Plain in south-central Idaho. *Auk* 95:580-582.

Reynolds, T. D., T. D. Rich, and D. A. Stephens. 1999. Sage Thrasher (Oreoscoptes montanus). In *The Birds of North America, No. 463*, edited by A. Poole and F. Gill. Philadelphia: The Birds of North America, Inc.

Reynolds, T. D. and C. H. Trost. 1980. The response of native vertebrate populations to crested wheatgrass planting and grazing by sheep. *Journal of Range Management* 33:122-125.

Rich, T. D. 1980. Nest placement in sage thrashers, sage sparrows and Brewer's sparrows. *The Wilson Bulletin* 92:362-368.

Rich, T. D. and S. I. Rothstein. 1985. Sage thrashers reject cowbird eggs. *Condor* 87:561-562.

Rotenberry, J. T., M. A. Patten, and K. L. Preston. 1999. Brewer's sparrow (*Spizella breweri*). In *The Birds of North America, No. 390*, edited by A. Poole and F. Gill. Philadelphia: The Birds of North America, Inc.

Rotenberry, J. T. and J. A. Wiens. 1980. Habitat structure, patchiness, and avian communities in North American steppe vegetation: a multivariate analysis. *Ecology* 61:1228-1250.

Ryser, F. A. 1985. *Birds of the Great Basin: a natural history*. Reno: University of Nevada Press.

Saab, V. A., C. E. Bock, T. D. Rich, and D. S. Dobkin. 1995. Livestock grazing effects in western North America. In *Ecology and management of neotropical migratory birds*, edited by T. E. Martin and D. M. Finch. New York: Oxford University Press.

Sauer, J. R., J. E. Hines, and J. Fallon. 2004. The North American Breeding Bird Survey, Results and Analysis 1966 - 2003: USGS Patuxent Wildlife Research Center.

Welch, B. L. 2005. *Big sagebrush: a sea fragmented into lakes, ponds, and puddles*. Vol. General Technical Report RMRS-GTR-144: U. S. Department of Agriculture Forest Service, Rocky Mountain Research Station.

Wiens, J. A. and J. T. Rotenberry. 1981. Habitat associations and community structure of birds in shrubsteppe environments. *Ecological Monographs* 51:21-41.

———. 1985. Response of breeding passerine birds to rangeland alteration in a North American shrubsteppe locality. *Journal of Applied Ecology* 22:655-668.

BLM_0034609

# VESPER SPARROW
## *Pooecetes gramineus*

---

**Description**

The male vesper sparrow's twilight singing—after most other birds have fallen silent—earned it its name (Ryser 1985).

*P. g. confinis*, the western vesper sparrow, occurs in Colorado

The vesper sparrow is a relatively large sparrow, with a narrowly streaked breast (rarely with a breast spot), white belly, a notched brown tail with distinct white edges to the outer tail feathers, a rusty or rufous shoulder (lesser coverts), a thin, distinct eye-ring and brown iris, and a conspicuously streaked back. The legs are pinkish and the bill is dusky brown with a pinkish lower mandible (Rising 1996). The sexes are similar in coloration (Beadle and Rising 2003).

Three subspecies are generally recognized: *gramineus, confinis,* and *affinis*. The subspecies *P. g. confinis* (western vesper sparrow) occurs in Colorado (Rising 1996), and is slightly larger than the other subspecies, with a narrower bill, paler back coloration, and fainter and thinner breast streaking. Vesper sparrows cannot be reliably identified to the subspecies in the field (Rising 1996).

---

**Life history & behavior**

*Pooecetes gramineus*: "grass dweller" or "fond of grass."

The vesper sparrow is primarily a ground forager and ground nester.

Vesper sparrows arrive on breeding grounds in Colorado in mid-April (Andrews and Righter 1992) and are generally seasonally monogamous (Jones and Cornely 2002).

During the breeding season vesper sparrows feed primarily on a wide range of available invertebrates such as beetles, grasshoppers, caterpillars, pseudoscorpions, and spiders, but also forage for seeds of forbs and grasses, and crop waste grains. Adults provide nestlings with invertebrates, rarely seeds. Adults also eat grit, and have low free-water requirements. The vesper sparrow is primarily a ground forager, but will hop and hover to capture invertebrate prey. Vesper sparrow winter feeding habits are unknown (Jones and Cornely 2002).

Vesper sparrows nest on the ground, often in a slight depression dug near a clump of bunchgrass, under a shrub, beside some type of woody debris, or even near a dirt clod. Nests are usually constructed by the female, and are a shallow cup of woven grasses and other plant material, lined with soft grasses or animal hair. Nest diameter averages about 7 cm (Jones and Cornely 2002).

Clutch size is 3 to 5 eggs (sometimes 6), apparently decreasing as the breeding season advances. Eggs hatch over a period of 1 to 3 days after 10 to 14 days of incubation. Young open their eyes by day 5 and fledge in 7 to 12 days (Rising 1996). Brooding is performed by the female, and occasionally by the male. The male may take primary responsibility for feeding the first brood while the female re-nests (Jones and Cornely 2002). Females may display broken wing behavior if flushed from their nests (Rising 1996), or may even attack intruders (Jones and Cornely 2002). Dust bathing is a common activity (Lambeth 1998) both among juveniles and adults (Ryser 1985). Dust bathing sites include dirt roads and bare spots under vegetation. The birds frequent regular sites with friable soil,

---

fashioning body-sized hollows in the ground (Ryser 1985).

Vesper sparrows migrate nocturnally in small flocks. After nesting season, the birds congregate along roadways and fencelines until mid-September, when the majority move south (Bailey and Niedrach 1965). Based on limited data, vesper sparrows exhibit relatively low natal site fidelity and relatively high breeding territory fidelity (Best and Rodenhouse 1984).

## Population trends

In decline in the eastern United States (Sauer et al. 2004)

Colorado trends tracked by MCB are as yet uncertain (T. Leukering, pers. comm.).

Vesper sparrows appear to be declining in the eastern and midwestern U.S. as farmlands revert to forests or other uses, but they remain relatively common in the western U.S. (Jones and Cornely 2002). The following are selected standard BBS trend estimates (Sauer et al. 2004) from 1966 – 2003:

- 1.1% survey-wide ($P$<0.01, n=1,658, RA=8.04)
- 3.2% in eastern region ($P$<0.01, n=735, RA=1.68)
- 1.0% in central region ($P$=0.12, n=310, RA=13.18)
- 0.4% in western region ($P$=0.13, n=613, RA=11.44)
+1.0% in Colorado ($P$=0.59, n=72, RA=6.90)

A recent spatial analysis of BBS data by Dobkin and Sauder (2004) suggests that vesper sparrows have increased in abundance in the western U.S.; areas predicted to have >5 birds per route expanded by 17% in the shrubsteppe ecoregions. However, comparison of detection frequencies on BBS routes during the same periods suggests mixed trends; for example, vesper sparrow detection frequencies declined in southwestern Colorado and increased elsewhere in the state.

## Range

The species likely expanded its range significantly in the eastern U.S. and Canada during European settlement as forests were converted to croplands. Since the 1940s, however, its range in the eastern U.S. has been contracting, presumably due to land use changes (Jones and Cornely 2002).



Overall range map reproduced from Jones and Cornely (2002) with permission.

- Breeding
- Breeding and winter
- Winter

BLM_0034611

## Colorado distribution patterns & abundance

In Colorado, vesper sparrows nest in appropriate habitat between 5,500 and 10,500 feet (Righter et al. 2004).

Breeding vesper sparrows are largely absent from the eastern plains of Colorado.

Distribution of vesper sparrow was positively correlated with the green-tailed towhee in one northwestern Great Basin study (Wiens and Rotenberry 1981).

The total area of the range of the vesper sparrow in the assessment area is 15.48 million ha.

In the eastern and midwestern U.S., the vesper sparrow is found in row crops and adjacent uncultivated lands, while in the west it is primarily associated with shrubsteppe and open rangelands (Jones and Cornely 2002). In their summer range, centers of vesper sparrow abundance recorded by BBS lie in eastern Idaho, central Montana and up into southeastern Alberta; in west-central Saskatchewan; across northern North Dakota; in the Wyoming Basin; and in extreme northwestern Colorado (Sauer et al. 2004).



According to Righter et al. (2004), Colorado's breeding vesper sparrows are most common in the large big sagebrush basins of northwestern Colorado and in the big sagebrush shrublands of west-central and southwestern Colorado. The Colorado BBA found a greater presence of vesper sparrows in central Colorado than expected—particularly South Park and the Gunnison Basin (Lambeth 1998). Breeding birds are also common in open meadows of Grand Mesa, the Flat Tops, Roan Plateau, and the mesas of the San Juan Basin. Andrews and Righter (1992) and the Colorado BBA (Lambeth 1998) show similar summer distribution of this species; however, Andrews and Righter identify extreme northwestern Colorado as "secondary" rather than "primary" range.

Vesper sparrows are notably absent from the eastern plains of Colorado, from the Grand Valley (Righter et al. 2004), and from the conifer-dominated forests of the San Juans, Elks, and the Sawatch, Gore, and Front Ranges (Lambeth 1998). The absence of breeding vesper sparrows in Colorado's eastern plains may be partly explained by a missing structural component in the predominantly grassland vegetation, but Lambeth (1998e) suggested

BLM_0034612

Case No. 1:20-cv-02484-MSK   Document 36-12   filed 04/27/21   USDC Colorado   pg 53 of 137

that vesper sparrows prefer cooler summer temperatures, noting that birds abandoned nests in North Dakota during the particularly hot summer of 1988.

Breeding densities are highly variable. In Colorado between 1999 and 2003, estimates varied from 0.155 to 0.260 birds/ha in sagebrush, 0.026 to 0.080 birds/ha in semi-desert shrubland, 0.010 to 0.160 birds/ha in pinyon-juniper, and 0.010 to 0.020 birds/ha in grasslands (Leukering 2004).

During migrations, vesper sparrows are found throughout Colorado, and migrant birds are quite abundant on the eastern plains, especially in fall (Andrews and Righter 1992). In winter, vesper sparrows retreat to the southern U.S. and Mexico (Dillon 1998). Only rarely do individuals winter in Colorado (Andrews and Righter 1992).

## Conservation status

- ■ SX: Presumed extirpated
- ▨ SH: Possibly extirpated
- ■ S1: Critically imperiled
- ■ S2: Imperiled
- ■ S3: Vulnerable
- ■ S4: Apparently secure
- ■ S5: Secure
- ■ Not ranked / Under review

S1, S2, and S3 rankings in eastern U.S. due to population declines and habitat loss; S2 ranking in Kansas attributable to edge-of-range effects.

Colorado's subspecies (*P. g. confinis*) is secure or apparently secure throughout its range, but *P. g. affinis* and *P. g. gramineus* have legal status in other states.



Map courtesy of NatureServe (2004)

- State-listed as endangered in New Jersey (breeding population), Rhode Island, Connecticut, and Kentucky
- State-listed as threatened in New Jersey (non-breeding population) and Massachusetts
- Species of special concern in New York
- Designated "sensitive" in Oregon
- Candidate for state listing in Washington
- Presumed extirpated in Rhode Island (last record was in 1984)

BLM_0034613

## Habitat

In the Colorado sagebrush assessment area, about 5.42 million ha of suitable habitat exists for vesper sparrow, 2.2 million ha of which is sagebrush shrublands (see figure in Colorado Distribution and Abundance Patterns).

In their overall range, the vesper sparrow is a "moderate habitat generalist." In breeding range, it requires dry, open habitat with short, sparse, patchy herbaceous vegetation, some bare ground, and low to moderate shrub cover (Jones and Cornely 2002). In the western North America, breeding habitat includes montane meadows, grasslands, and prairie—but the species favors grasslands with a shrub component, particularly big sagebrush (Rotenberry and Wiens 1980).

Colorado BBA (Lambeth 1998) reported about 41 percent of vesper sparrow occurrences in a range of grassland habitats and 37 percent in big sagebrush shrublands. Breakdowns of occurrences are as follows:

24% - mountain big sagebrush shrubland
21% - montane grasslands
20% - other grasslands (6 types, from disturbed to native)
13% - lowland sagebrush
14% - other shrublands (mountain shrub, tall desert shrub)
 8% - woodlands (pinyon-juniper, ponderosa pine, montane)

Despite their association with grasslands, vesper sparrows require specific habitat conditions for nesting (Lambeth 1998).

MCB found vesper sparrows most often in sagebrush shrublands (Leukering and Levad 2002). They occasionally breed in pinyon-juniper woodland openings with small shrubs (Sedgwick 1987), early seral stage shrublands or forests, or croplands (Jones and Comely 2002). MCB found consistently higher densities of vesper sparrows in sagebrush-dominated shrublands than semi-desert shrublands or pinyon-juniper woodlands (second highest densities), or grasslands (third highest densities) from 1999 through 2003 (Leukering 2004).

Vesper sparrows tolerate a wide range of shrub, grass, and forb cover in their habitat.

In general, vesper sparrows prefer short, patchy herbaceous vegetation and scattered shrub cover, and typically avoid mesic areas or plant communities with tall, dense herbaceous vegetation (Dobkin and Sauder 2004). In Maine "grassland-barrens," breeding bird densities were positively correlated with vegetation patchiness and bare ground (Vickery et al. 1994). Rotenberry and Wiens (1980a) found that vesper sparrow abundance was positively correlated with forb cover and extent of variation in height of the nearest forb or shrub. In sagebrush shrubsteppe, this ground-nester requires scattered shrubs for singing; bunchgrasses or sagebrush for nest cover (Best and Rodenhouse 1984; Castrale 1982); and patches of bare ground for dust bathing (Jones and Comely 2002).

Vesper sparrows have high tolerance for diverse shrub species in their habitat. Their abundances in Oregon shrubsteppe positively correlated with green rabbitbrush and bitterbrush (Wiens and Rotenberry 1981).

Breeding vesper sparrows tolerate a wide range in shrub canopy cover, but probably prefer less shrub canopy coverage than sage sparrow, sage thrasher or Brewer's sparrow. On sites where sagebrush canopy cover was reduced (but not eliminated) by herbicide or prescribed burns to approximately 5 to 15 percent, vesper sparrows remained abundant or began colonizing sites within a few years where they had previously been absent. They were also present in untreated control plots where sagebrush canopy cover was about 36 percent (see discussion under "Threats & Sensitivities.") Rotenberry and Wiens (1980) found no significant correlation

between bird abundance and shrub canopy cover in a multivariate analysis of physiognomic habitat characteristics at the regional scale.

Vesper sparrows seem to tolerate a broad range of herbaceous cover, but likely prefer more herbaceous cover than sage sparrow, sage thrasher, or Brewer's sparrow. Jones and Cornely (2002) summarize herbaceous cover across a variety of habitats, with grass cover ranging from 6.25 to 74 percent, and forb cover ranging from 1.5 to 52 percent. Vesper sparrows were present in big sagebrush habitat with bare ground ranging between 16 to 48 percent. Vesper sparrows forage in relatively short (about 5 cm) understory (Wiens 1969), and nest on the ground under native bunchgrass clumps (Jones and Comely 2002) or under sagebrush shrubs averaging 32 cm in height (Dechant et al. 2000).

Breeding territory size ranges from 0.29 to 8.19 ha, although no published data are available regarding territory sizes in Colorado sagebrush habitats (synthesis by Jones and Cornely 2002).

Minimum patch size for vesper sparrows is unknown. In Maine "grassland-barrens," incidence of vesper sparrows increased with area of site, reaching 50 percent when site size reached 20 ha (Vickery et al. 1994). These authors suggest area requirements are consistent across the species' range. A Colorado grassland study suggests vesper sparrows are more abundant in interior rather than edge habitats (Miller et al. 1998).

Recent work in northern Utah by Wilson et al. (In prep) showed that small patches of sagebrush may be suitable for vesper sparrows if sufficient resources are available in patches less than 200 m away. Increasing patch size was correlated with increasing likelihood of vesper sparrow occupancy. The authors caution that the occupancy of small sagebrush patches by vesper sparrow may be the result of source-sink and/or meta-population phenomena, however.

During spring and fall migrations the vesper sparrow is found primarily in pastures and the weedy margins of cultivated fields or roads, hedgerows, fencerows, and barren or overgrown fields (Jones and Cornely 2002). The Colorado BBA reported "legions" of migrating vesper sparrows on the eastern plains during spring (Lambeth 1998).

Vesper sparrows migrate south of their breeding range in winter to grasslands, weedy fields, brushy second growth and brushy borders next to grasslands, and arid and semi-arid scrublands with sparse vegetation (Jones and Comely 2002). Much of the desert grasslands in their winter range have been destroyed or overgrazed (Bock and Bock 1999).

| | |
|---|---|
| **Threats & sensitivities**<br><br>In Colorado, where sagebrush makes up about 41 percent of | Reversion of farmlands to forests or conversion to other land uses in the eastern U.S. is the most direct threat to the species (Jones and Cornely 2002). For vesper sparrows in western shrublands of North America, habitat loss, habitat fragmentation,and the effects of grazing and range management are principal concerns.<br><br>In Colorado, where sagebrush makes up about 41 percent of vesper |

BLM_0034615

vesper sparrow suitable habitat, threats to sagebrush are a major concern.

sparrow suitable habitat, loss and degradation of sagebrush are major concerns. Vesper sparrow sagebrush habitat in Colorado is at risk of four widespread threats modeled in the Colorado sagebrush conservation assessment and strategy: pinyon-juniper encroachment, understory encroachment by non-native herbaceous vegetation, residential development, and energy development.

See Chapter 6 for more detail about vesper sparrow habitat estimates and predictive threat modeling for its sagebrush habitat in the Colorado assessment area. Chapter 4 presents rule sets for threats modeling in sagebrush habitat.

Residential development probably poses the lowest risk of the four threats, with an estimated 2 percent of vesper sparrow sagebrush habitat at high risk, 2 percent at moderate risk, and 14 percent at low risk. About 82 percent of vesper sparrow sagebrush habitat is at no risk of residential development based on our predictive model. Residential development threats to sagebrush are fairly scattered, with hot spots around Craig, Steamboat Springs, Granby, the Eagle River Valley, Aspen Valley and the Roaring Fork Valley, Hotchkiss and Cedaredge in Delta County, and Cortez, Mancos, and Durango.

Pinyon-juniper encroachment risk is also relatively low. Our predictive model estimated 18 percent of vesper sparrow sagebrush habitat is at high risk of pinyon-juniper encroachment, while 26 percent is at moderate or low risk, and 56 percent is at no risk.

Heavy grazing by cattle in shrubsteppe habitats adversely affects vesper sparrows.

Risk of energy development is broadly moderate. About 58 percent of vesper sparrow sagebrush habitat is at moderate risk of energy development in the Colorado sagebrush assessment area, 35 percent is at low or no risk, and 7 percent is at high risk. Energy development can result in destruction, degradation, and fragmentation of habitat via mechanisms described in Chapter 2. Sagebrush habitat at highest risk of energy development is scattered throughout the western-most counties in the assessment area, with larger hot spots clustered in Rio Blanco, Garfield, and southern La Plata Counties. The effects of habitat fragmentation on the vesper sparrow are unknown.

The vesper sparrow's response to sagebrush treatments are mixed (positive or neutral).

Over 99 percent of vesper sparrow sagebrush habitat is at some degree of risk of understory encroachment by non-native herbaceous vegetation. Our model predicts 23 percent at high risk, 18 percent at moderate risk, and 58 percent at low risk. The effects of non-native herbaceous understory encroachment on vesper sparrow sagebrush habitat quality have not been studied. High percent ground cover and nearly monotypic stands that often characterize non-native herbaceous understories could physically interfere with foraging habits or impact plant or invertebrate food sources of this ground-foraging omnivore. Sagebrush habitat at moderate or high risk of understory encroachment in vesper sparrow range is mostly broadly scattered across the western-most counties at lower elevations. Moffat and Rio Blanco Counties contain the largest contiguous patches of sagebrush habitat at high risk of understory encroachment.

Fire appears to improve vesper sparrow habitat in shrubsteppe when it reduces (but does not eliminate) sagebrush canopy.

Agricultural lands provide attractive nesting habitat for vesper sparrows but may act as habitat

There are no long-term, comprehensive studies comparing avifaunas of ungrazed and grazed sagebrush shrubsteppe habitats in Colorado or elsewhere, but two recent literature reviews (Bock et al. 1993; Saab et al. 1995) tentatively concluded the effects of grazing on the vesper sparrow are adverse. Saab et al. (1995) standardized relative mean abundances of vesper sparrows across studies between grazed and ungrazed shrubsteppe

BLM_0034616

sinks in some cases.

Vesper sparrows may be sensitive to habitat edge effects.

habitats and determined vesper sparrows were less abundant on ungrazed sites, although not significantly so ($P$=0.7). However, vesper sparrows responded negatively to heavy grazing during the growing season in big sagebrush/bluebunch wheatgrass and low sagebrush/Idaho fescue habitats in Nevada, and negatively to grazing of unspecified intensity in big sagebrush in Idaho (Saab et al. 1995). Bock et al. (1993) concluded similarly that grazing by cattle (intensity unspecified) in shrubsteppe in the growing season negatively affects the vesper sparrow. In Montana, peak densities of breeders were present at moderate and light grazing levels on sagebrush shrubsteppe and shrubsteppe/grassland transition sites, but heavy grazing appeared to depress numbers (Kantrud and Kologiski 1982).

The mechanisms of grazing impacts are uncertain. Impacts can be direct and short-term, such as nest trampling or reduction of bunchgrass nesting cover, or indirect and long-term, influencing structural or floristic shifts in the plant community that make nesting conditions unfavorable for vesper sparrows. Livestock grazing is potentially associated with the introduction of exotic plants and higher densities of brood parasitic brown-headed cowbirds in shrubsteppe habitats. A study in southwestern Colorado showed 6.3 percent of observed nests (n=16) were trampled by cattle, and another 6.3 percent were parasitized by brown-headed cowbirds (C. Ortega, pers. comm.).

Vesper sparrows have shown mixed responses to sagebrush treatments. In Montana, chemically thinned or eradicated sagebrush did not significantly reduce numbers of vesper sparrow breeding pairs, who nested the following year under persistent bunchgrasses (Best 1972). Breeding pairs of Brewer's sparrows (primarily shrub nesters) decreased significantly at the same treated sites. This study did not measure nest success of vesper sparrows and did not take into consideration fidelity of birds to breeding territory. In southern Oregon, vesper sparrows appeared for the first time on a chemically treated site 3 years following chemical treatment when sagebrush canopy had recovered and stabilized at 10 percent and grass cover exceeded 35 percent, while sage sparrows, Brewer's sparrows, and sage thrashers decreased in abundance (Wiens et al. 1985). Vesper sparrows had not been present on the site for 3 years prior to treatment, when the sagebrush canopy cover approached 30 percent and grass and forb covers were less than 10 and 20 percent, respectively. Vesper sparrow abundance did not vary significantly between study sites in Wyoming where sagebrush cover was reduced to 15 percent by herbicide treatment 22 years previously and untreated sites with about 36 percent canopy cover (Kerley and Anderson 1995). In Utah, vesper sparrows avoided areas where sagebrush was removed by chaining followed by seeding to non-native grasses (Castrale 1982). The toxicity to vesper sparrows of herbicides applied to sagebrush and their effects on nesting success are unknown.

Fire potentially improves vesper sparrow habitat in sagebrush, except where it removes the shrub component or replaces the shrubsteppe community with exotic grasslands (Jones and Comely 2002 synthesized data). Typical dense ground cover associated with invasions of exotic herbs and forbs following fires may negatively affect vesper sparrow nesting and foraging conditions. Vesper sparrow abundances were not significantly different in Wyoming where sagebrush canopy was 5 percent in prescribed fire-treated

BLM_0034617

plots burned 9 years previously (Kerley and Anderson 1995), compared to untreated sites where sagebrush canopy cover was about 36 percent. In southeastern Idaho, vesper sparrows colonized a study site in the third year following a prescribed fire that burned in a mosaic pattern, leaving an overall sagebrush canopy cover of about 12 percent and significantly increased forb coverage (Petersen and Best 1987, 1999). Control plots supported no vesper sparrows during the 9-year period of the study.

On mine sites in South Dakota and Wyoming, vesper sparrow densities were significantly higher in unmined sagebrush steppe sites than in unreclaimed or reclaimed mine sites (with similar bird densities at both types of mine sites). Frequency of big sagebrush was positively correlated with nesting vesper sparrow densities. Vesper sparrows did not nest on reclaimed sites where sagebrush shrubs were absent (Schaid et al. 1983).

Historically, agriculture facilitated a range expansion of this species in the eastern U.S. When crops and associated physical features provide suitable habitat structure, this species benefits. However, many crop habitats could be environmental sinks due to farming practices (nesting success may be low due to pesticide and harvest effects). Populations in the eastern U.S. have shown vulnerability to pesticide applications to crops (Jones and Cornely 2002).

A study by Miller et al. (1998) on public lands in the urban/suburban matrix of Boulder, Colorado, suggested that recreational trails through grasslands affected distribution, abundance, and nesting success of vesper sparrows. Vesper sparrow nests were significantly more abundant on control transects than on transects placed near trails, whereas the inverse was true for generalists such as the American robin and certain corvids. Whether trail effects are caused by "intense" recreational disturbance, the actual physical presence of a trail, increased rates of nest predation associated with habitat edges, or several mechanisms acting in concert, is undetermined (Miller et al. 1998). Another study found that vesper sparrows were significantly more abundant on interior plots than on edge plots in City of Boulder Open Space grasslands (Bock et al. 1999). These abundances were independent of habitat type. Both male and female vesper sparrows responded to human observers with distraction displays, and in some cases attack (Kruger 1981).

Vesper sparrows apparently do not readily reject cowbirds eggs (Peer et al. 2000) and are known to raise brown-headed cowbird young (Chace and Cruz 1996; Friedmann 1963). Colorado BBA observers reported vesper sparrow nests with cowbird young in Gunnison County, and adult vesper sparrows feeding cowbird fledglings in Park and Rio Blanco Counties (Chace and Cruz 1996). Cowbirds likely have a minor early hatching advantage, but vesper sparrow nestlings may have a size advantage over cowbird nestlings and, therefore, may not significantly harmed by cowbird parasitism (Rothstein 1975). However, an Illinois study reported parasitized nests hatched fewer host young than unparasitized nests (unpublished data cited in Jones and Cornely 2000). Jones and Cornely (2002) reviewed cowbird parasitism rates in the midwestern U.S. and Canada, and found rates ranged from 0 percent to as high as 61 percent where cowbirds were present. A Saskatchewan study found that parasitized nests were significantly closer to field edges than unparasitized nests (McMaster et al.

BLM_0034618

2000). The frequency of abandonment of parasitized nests is not well understood.

Common predators of vesper sparrow eggs and young are crows, snakes, and small mammals, including red fox, skunk, and thirteen-lined ground squirrel. Ortega found rock squirrels to be a major predator on nests in southwestern Colorado (pers. comm.) Raptors may take adults (Jones and Cornely 2002).

## Research needs

Research on vesper sparrows should focus on nest success (including brood parasitism and predation) under alternate sagebrush rangeland management regimes, over a range of habitat conditions and geographic areas.

More study is needed to determine the effects of habitat fragmentation, estimate minimum patch size requirements, and gain better understanding of wintering ecology and degree of breeding territory fidelity of vesper sparrows.

Alternative methods for estimating long-term population trends of vesper sparrows with statistical confidence are needed for sagebrush shrubsteppe in western North America.

## Management issues

A significant amount (about 59 percent) of the vesper sparrow's habitat in the assessment area consists of non-sagebrush habitat types (see Chapter 6). Ideally, conservation planning and management of species of concern should consider all significant habitat types. Such an approach is beyond the scope of this document. About 44 percent of vesper sparrow sagebrush habitat in the Colorado sagebrush assessment area is controlled by private landowners, posing a challenge for effective, integrated habitat management for the species. Nevertheless, about 73 percent of the sagebrush habitat managed by non-private entities is managed by the BLM, making it the public entity best-positioned to have a positive impact on the species.

## Literature Cited

Andrews, R. and R. Righter. 1992. *Colorado birds: a reference to their distribution and habitat.* Denver: Denver Museum of Natural History.

Bailey, A. M. and R. J. Niedrach. 1965. *Birds of Colorado, Volumes I & II.* Denver: Denver Museum of Natural History.

Beadle, D. and J. D. Rising. 2003. *Sparrows of the United States and Canada: the photographic guide.* Princeton: Princeton University Press.

Best, Louis. B. 1972. First-year effects of sagebrush control on two sparrows. *Journal of Wildlife Management* 36:534-544.

Best, Louis. B. and Nicholas L. Rodenhouse. 1984. Territory preference of vesper sparrows in cropland. *The Wilson Bulletin* 96:72-82.

Bock, C. E. and J. H. Bock. 1999. Response of winter birds to drought and short-duration grazing in southeastern Arizona. *Conservation Biology* 15:1117-1123.

Bock, C. E., J. H. Bock, and B. C. Bennett. 1999. Songbird abundance in grasslands at a

BLM_0034619

suburban interface on the Colorado high plains. *Studies in Avian Biology* 19:131-136.

Bock, C. E., V. A. Saab, T. D. Rich, and D. S. Dobkin. 1993. Effects of livestock grazing on neotropical migratory landbirds in western North America. In *Status and management of neotropical migratory birds*, edited by D. M. Finch and P. W. Stangel: USDA Forest Service, General Technical Report RM-229.

Castrale, J. S. 1982. Effects of two sagebrush control methods on nongame birds. *Journal of Wildlife Management* 46:945-952.

Chace, J. F. and A. Cruz. 1996. Knowledge of the Colorado host relations of the parasitic brown-headed cowbird (*Molothorus ater*). *Journal of Colorado Field Ornithology* 30:67-81.

Dechant, J. A., M. F. Dinkins, D. H. Johnson, L. D. Igl, C. M. Goldade, and B. R. Euliss. 2000. *Effects of management practices on grassland birds: vesper sparrow (revised 2002)*. Jamestown, North Dakota: Northern Prairie Wildlife Research Center.

Dillon, M. B. 1998. Sage thrasher (Oreoscoptes montanus). In *Colorado Breeding Bird Atlas*, edited by H. E. Kingery. Denver: Colorado Bird Atlas Partnership & Colorado Div. of Wildlife.

Dobkin, D. S. and J. D. Sauder. 2004. Shrubsteppe landscapes in jeopardy: distributions, abundances, and the uncertain future of birds and small mammals in the intermountain west. Bend, Oregon: High Desert Ecological Research Institute.

Friedmann, H. 1963. *Host relations of the parasitic cowbirds*. Washington DC: Smithsonian Institute Press.

Jones, S. L. and J. E. Cornely. 2002. Vesper sparrow (*Pooecetes gramineus*). In *The Birds of North America, No. 624*, edited by A. Poole and F. Gill. Philadelphia: The Birds of North America, Inc.

Kerley, L. L and S. H. Anderson. 1995. Songbird responses to sagebrush removal in a high elevation sagebrush steppe ecosystem. *Prairie Naturalist* 27:129-146.

Kruger, H. O. 1981. Breeding adaptations of the vesper sparrow (*Poocetes gramineus*) in a fire-altered ecosystem, Central Michigan University, Mt. Pleasant.

Lambeth, R. 1998. Vesper sparrow (*Pooecetes gramineus*). In *Colorado Breeding Bird Atlas*, edited by H. E. Kingery. Denver: Colorado Bird Atlas Partnership & Colorado Div. of Wildlife.

Leukering, T. and R. Levad. 2002. *Monitoring Colorado's Birds, 1998-2001*. Brighton: Rocky Mountain Bird Observatory.

McMaster, D. G., J. H. Devries, M. Gendron, and S. K. Davis. 2000. An integrated evaluation of cropland conversion in the Missouri Coteau of Saskatchewan, unpublished annotated report. Regina: Saskatchewan Wetland Conserv. Corp.

Miller, S. G., R. L. Knight, and C. K. Miller. 1998. Influence of recreational trails on breeding bird communities. *Ecological Applications* 8:162-169.

NatureServe. 2004. NatureServe Explorer: An online encyclopedia of life [web application]. Arlington, Virginia: NatureServe.

Peer, B. D., S. K. Robinson, and J. R. Herkert. 2000. Egg rejection by cowbird hosts in grasslands. *Auk* 117:892-901.

Petersen, K. L. and L. B. Best. 1987. Effects of prescribed burning on nongame birds in a sagebrush community. *Wildlife Society Bulletin* 15:317-329.

———. 1999. Design and duration of perturbation experiments: implications for data interpretation. *Studies in Avian Biology* 19:230-236.

Righter, R., R. Levad, C. Dexter, and K. Potter. 2004. *Birds of western Colorado plateau and mesa country*. Grand Junction: Grand Valley Audubon Society.

Rising, J. D. 1996. *A guide to the identification and natural history of the sparrows of the United States and Canada*. San Diego: Academic Press.

Rotenberry, J. T. and J. A. Wiens. 1980. Habitat structure, patchiness, and avian communities in North American steppe vegetation: a multivariate analysis. *Ecoiogy* 61:1228-1250.

Rothstein, S. I. 1975. An experimental and teleonomic investigation of avian brood parasitism. *Condor* 77:250-271.

BLM_0034620

Ryser, F. A. 1985. *Birds of the Great Basin: a natural history*. Reno: University of Nevada Press.

Saab, V. A., C. E. Bock, T. D. Rich, and D. S. Dobkin. 1995. Livestock grazing effects in western North America. In *Ecology and management of neotropical migratory birds*, edited by T. E. Martin and D. M. Finch. New York: Oxford University Press.

Sauer, J. R., J. E. Hines, and J. Fallon. 2004. The North American Breeding Bird Survey, Results and Analysis 1966 - 2003: USGS Patuxent Wildlife Research Center.

Schaid, T. A., D. W. Uresk, W. L. Tucker, and R. L. Linder. 1983. Effects of surface mining on the vesper sparrow in the northern Great Plains. *Journal of Range Management* 36:500-503.

Sedgwick, James A. 1987. Avian habitat relationships in pinyon-juniper woodland, northwest Colorado. *The Wilson Bulletin* 99:413-431.

Vickery, P. D., M. L. Jr. Hunter, and S. M. Melvin. 1994. Effects of habitat area on the distribution of grassland birds of Maine. *Conservation Biology* 8:1087-1097.

Wiens, J. A. 1969. An approach to the study of ecological relationships among grassland birds. *Ornithological Monographs* 8.

Wiens, J. A. and J. T. Rotenberry. 1981. Habitat associations and community structure of birds in shrubsteppe environments. *Ecological Monographs* 51:21-41.

Wiens, J. A., J. T. Rotenberry, and B. Van Horne. 1985. Territory size variation in shrubsteppe birds. *Auk* 102:500-505.

Wilson, T. L., E. J. Johnson, and J. A. Bissonette. In prep. Landscape supplementation and shrub-steppe associated bird species in a patchy, mountainous landscape.

BLM_0034621

# Geology of Green River Formation and associated Eocene rocks in south-western Wyoming and adjacent parts of Colorado and Utah

*By* W. H. BRADLEY

THE GREEN RIVER AND ASSOCIATED TERTIARY FORMATIONS

GEOLOGICAL SURVEY PROFESSIONAL PAPER 496-A



UNITED STATES GOVERNMENT PRINTING OFFICE, WASHINGTON : 1964

BLM_0034622

UNITED STATES DEPARTMENT OF THE INTERIOR

STEWART L. UDALL, *Secretary*

GEOLOGICAL SURVEY

Thomas B. Nolan, *Director*

The U.S. Geological Survey Library has cataloged this publication as follows:

**Bradley, Wilmot Hyde,**          1899–
    Geology of Green River Formation and associated Eocene
rocks in southwestern Wyoming and adjacent parts of Colo-
rado and Utah.  Washington, U.S. Govt. Print. Off., 1964.

    iv, 86 p.      illus., maps (3 fold. col. in pocket) diagrs., tables.  30 cm.
(U.S. Geological Survey.  Professional Paper 496–A)
    Bibliography: p. 81–84.

    1. Geology—Wyoming—Green River Formation.  2. Geology, Strati-
graphic—Eocene.          (Series)

For sale by the Superintendent of Documents, U.S. Government Printing Office
Washington, D.C. 20402

# CONTENTS

| | Page |
|---|---|
| Abstract | A1 |
| Introduction | 2 |
| Orientation and purpose | 2 |
| Location and extent of the area | 3 |
| Earlier geologic surveys | 4 |
| Fieldwork | 5 |
| Acknowledgments | 5 |
| Topography and drainage | 6 |
| Geologic structure | 9 |
| Major structural units | 9 |
| Faults | 10 |
| Wind River thrust fault | 11 |
| Uinta fault and Uinta flexure | 11 |
| Henrys Fork fault | 12 |
| Continental fault | 13 |
| Faulted zone south of Washakie Basin | 13 |
| Miscellaneous faults | 14 |
| Interpretation of the structure | 14 |
| Pre-Tertiary deformation | 14 |
| Early Eocene deformation | 15 |
| Post-Eocene–pre-Miocene(?) deformation | 16 |
| Post-Miocene deformation | 16 |
| Structural effect of original dip and compaction | 16 |
| Depositional dip | 16 |
| Gravitational compaction | 17 |
| Regional effect | 17 |
| Local effects of gravitational compaction | 17 |
| Stratigraphy | 18 |
| General relations between the Eocene formations | 18 |
| Lithologic terms used | 19 |
| Wasatch Formation | 20 |
| Definition and age | 20 |
| Stratigraphic units | 20 |
| Niland Tongue | 23 |

| | Page |
|---|---|
| Stratigraphy—Continued | |
| Wasatch Formation—Continued | |
| Stratigraphic units—Continued | |
| Cathedral Bluffs Tongue | A26 |
| New Fork Tongue | 27 |
| Green River Formation | 28 |
| Definition and age | 28 |
| Stratigraphic units | 28 |
| Luman Tongue | 28 |
| Tipton Tongue and Tipton Shale Member | 31 |
| Fontenelle Tongue | 34 |
| Wilkins Peak Member | 35 |
| Laney Shale Member | 43 |
| Battle Spring Formation | 48 |
| Bridger Formation | 48 |
| Definition and age | 48 |
| Clastic sediment | 49 |
| Pyroclastic sediment | 49 |
| Stratigraphic units | 50 |
| White layers | 50 |
| Faunal zones | 54 |
| Washakie Basin | 54 |
| Uinta Formation | 54 |
| Undifferentiated Eocene formations | 54 |
| Bishop Conglomerate | 55 |
| Oligocene, Miocene, and Pliocene formations | 56 |
| Undifferentiated Oligocene and Miocene | 56 |
| Browns Park Formation | 56 |
| Split Rock Formation | 57 |
| Igneous rocks | 57 |
| Measured sections of the Green River, Wasatch, and Bridger Formations | 58 |
| References | 81 |
| Index | 83 |

# ILLUSTRATIONS

[Plates are in pocket]

PLATE 1. Geologic map of part of southwestern Wyoming and adjacent States.

2. Geologic map of the area around Green River, Wyo., showing distribution of the members of the Green River Formation and the underlying Wasatch Formation.

3. Reconnaissance geologic map and structure sections of the Phil Pico Mountain area in northern Utah and extreme southern Wyoming.

| | Page |
|---|---|
| FIGURE 1. Index map | A3 |
| 2. Map showing Great Divide Basin perched on Continental Divide | 8 |
| 3. Henrys Fork fault on east flank of Phil Pico Mountain | 12 |
| 4. Tertiary–pre-Tertiary relationships at south end of Phil Pico Mountain | 13 |
| 5. Shore features of Gosiute Lake on island of Jurassic rocks | 18 |
| 6. Diagram showing the relations of the Green River Formation to the enclosing Wasatch and Bridger Formations | 18 |

BLM_0034624

IV

# CONTENTS

| | | Page |
|---|---|---|
| FIGURE 7. | Banded gray and red mudstone near the top of the Wasatch Formation | A21 |
| 8. | White tuff in the Niland Tongue of the Wasatch Formation | 25 |
| 9. | Typical exposure of the Tipton Shale Member of the Green River Formation | 34 |
| 10. | Map showing Gosiute Lake's hydrographic basin and areal extent at several stages | 36 |
| 11. | Photograph showing White Mountain and the Wilkins Peak Member of the Green River Formation | 37 |
| 12. | Contact between the Wilkins Peak and Laney Shale Members of the Green River Formation | 38 |
| 13. | Crystal molds of an unknown salt from the Wilkins Peak Member of the Green River Formation | 39 |
| 14. | Characteristic exposure of the Laney Shale Member of the Green River Formation | 46 |
| 15. | Tuffaceous sandstone lens near the base of the Laney Shale Member of the Green River Formation | 47 |
| 16. | Sketch showing extreme differential compaction around thick tuffaceous sandstone lens | 48 |
| 17. | Characteristic exposure of the Bridger Formation in Twin Buttes | 49 |
| 18. | White bench-forming tuff layers in mudstone of the Bridger Formation | 51 |
| 19. | Map showing outcrops of white layers in the Bridger Formation | 52 |
| 20. | Petrified log with bark from the Bridger Formation | 53 |

# TABLES

| | | Page |
|---|---|---|
| TABLE 1. | Pollens, spores, and algae found in the Luman Tongue of the Green River Formation | A30 |
| 2. | Chemical analyses of carbonate-rich tuffs from the Tipton Shale Member of the Green River Formation | 33 |
| 3. | Boreholes in the Green River Basin drilled to explore for trona or for oil or gas | 41 |
| 4. | Chemical analyses of two tuffs from the Wilkins Peak Member of the Green River Formation | 43 |
| 5. | Chemical analysis of typical dolomitic organic marlstone from the lower part of the Laney Shale Member | 44 |
| 6. | Chemical analyses of a rhyolitic and an andesitic tuff from the upper and middle parts of the Laney Shale Member | 47 |

THE GREEN RIVER AND ASSOCIATED TERTIARY FORMATIONS

# GEOLOGY OF GREEN RIVER FORMATION AND ASSOCIATED EOCENE ROCKS IN SOUTHWESTERN WYOMING AND ADJACENT PARTS OF COLORADO AND UTAH

By W. H. Bradley

## ABSTRACT

Discussed in this report is the geology of the Eocene rocks in an area of about 17,000 square miles. The purpose of the report is to provide the geologic foundation necessary to understand and reconstruct the conditions under which the Green River, Wasatch, and Bridger Formations came into being and to provide a matrix in which geochemists and mineralogists studying parts of the area can set up their models. The report is based largely on the author's own fieldwork, which began in the early 1920's, but it also brings together the findings of many other geologists who have worked in the area.

Four large structural units dominate the area. The first two are the Green River and Washakie Basins, each of which is a large synclinal basin. These are separated by the third unit, an anticlinal uplift of comparable size known as the Rock Springs uplift. A fourth large unit, the Great Divide Basin, is perched on the Continental Divide; it is not only a structural unit but also a shallow topographic basin having centripetal drainage.

Large faults, flexures, and subsidiary faults bound the southern margins of the Green River and Washakie Basins and form part of the northern boundary of the Great Divide Basin. The Rock Springs uplift is cut by numerous faults that trend northeastward. The many faults and minor flexures in the Great Divide Basin show that its structure is complex and more diversified than that of the other three major features.

All the mountain ranges—Uinta, Wind River, Wyoming, and others—in the area studied were in existence at the beginning of the Eocene Epoch, as were also the Rock Springs uplift and several other anticlinal bulges now buried under Tertiary sediments.

Downwarping of the floors of these basins began early in the Tertiary, apparently continued more or less intermittently all through the Eocene and was primarily responsible for the continuous sedimentation of the Wasatch, Green River, Bridger, Uinta Formations. The low stream gradients between this region and the ocean apparently prevented the margins of these basins from being cut downward.

Uplift of the marginal mountains, or deformation in the form of faulting or gentle warping of the sedimentary rocks, occurred during the early Eocene, sometime between the end of the Eocene and the beginning of the Miocene, and sometime after the Miocene.

Fluviatile and lacustrine rocks of Eocene age crop out over most of the area and occupy large parts of the Green River, Washakie, and Great Divide Basins. Upper Cretaceous rocks are exposed in the Rock Springs uplift.

Most of the Eocene rocks belong to three formations—Wasatch, Green River, and Bridger. The Green River Formation is of lacustrine origin and has the form of a great lens, or pile of lenses, within an enormous volume of fluviatile sediments. The fluviatile sediments have been divided into the Wasatch and Bridger Formations. Though the Bridger Formation is predominantly fluviatile, it contains a considerable number of thin extensive layers of lacustrine sediments. Most of the Wasatch Formation underlies the Green River Formation, and most of the Bridger Formation overlies it; but locally around the margins, the Bridger rests directly on the Wasatch. The green River interfingers and intertongues with both fluviatile formations. Three tongues of the Wasatch, as well as the main body of the formation, have been defined and mapped. The Green River Formation has been subdivided into three members and three tongues, all of which have been mapped. The Bridger Formation has not been subdivided, but it contains several thin extensive zones called white layers, which have been mapped only in part.

Along the mountainward margins of basins are conglomeratic piedmont deposits, which are equivalent to part or all of several of these Eocene formations or their members and tongues. One of these conglomeratic deposits has been defined as a formation and mapped. The others are designated Eocene undifferentiated and have been mapped only locally.

Gosiute Lake, in which the Green River Formation was deposited, changed considerably and repeatedly in size and characteristics during the Green River epoch; but it had three major stages, each of which corresponds to a member of the Green River Formation. During the first stage, the lake was a large fresh-water lake that had an outlet. The Tipton Shale Member and the Luman, Tipton, and Fontenelle Tongues were formed during this stage. After their formation the climate became more arid, and the lake shrank, so that it occupied only part of the Green River Basin, at times only a small part of it, and had no outlet. During this second stage the middle, or Wilkins Peak Member, was deposited. Because Gosiute Lake had no outlet during this entire second stage, enormous quantities of salts accumulated also. At least 25 beds of trona [$Na_2CO_3 \cdot NaHCO_3 \cdot 2H_2O$] ranging in maximum thickness from about 3 feet to about 38 feet, and in area from a few hundred to more than 725 square miles, have been found in this member. These beds constitute a great economic resource and in 1963 were being mined by two different companies. Comparable volumes of shortite [$Na_2CO_3 \cdot 2CaCO_3$] also occur in the Wilkins Peak Member; but this mineral, which is unique to the Green River Formation, occurs mostly as single crystals or aggregates of crystals rather than

A1

as solid beds. Common salt (NaCl) is distributed unevenly through several of the trona beds and is abundant in the thick salt beds in the southern part of the Green River Basin. Along with these saline minerals are other saline minerals and a growing number of new or unusual authigenic minerals—silicates, borosilicates, fluorides, phosphates, oxides, and complex carbonates. Minerals containing the sulfate radical are extremely rare.

At the end of the second stage, the climate became humid again, and Gosiute Lake expanded to its maximum size (about 15,000 sq mi). In this large fresh-water lake, which had an outlet, the uppermost member of the Green River Formation, the Laney Shale Member, was deposited.

Gosiute Lake came into existence because the basin floor warped downward and continued, apparently at rather short intervals, to warp downward at a rate greater than the rate at which sediments accumulated. But at the end of the Laney stage, sedimentation evidently won out, for the lake became filled and so vanished. Smaller and much shorter lived lakes, however, repeatedly formed in the central parts of the Green River and Washakie Basins during the following Bridger epoch.

In the Washakie Basin deposition of the post-Bridger Uinta Formation apparently continued until about the end of the Eocene Epoch. This formation is not known to be present elsewhere in the area.

Volcanic activity began early in the Green River epoch and increased in frequency and intensity at least until the end of the Eocene. Most tuff beds in the lower parts of the Green River Formation are thin and rather widely spaced, but stratigraphically upward they increase in number and thickness; the upper part of the Bridger Formation is dominantly tuffaceous. The tuffs range from highly siliceous rhyolitic types to andesite. In general, the less siliceous tuffs are thicker. Crystal and lithic tuffs are common from the basal part of the Laney Shale Member on up through the section.

Volcanism was again active during the Oligocene and Miocene. Formations of these ages consist largely of volcanic ash.

A long interval of erosion followed the deposition of the Eocene rocks. Still later, the extensive erosion surfaces cut on the Eocene and earlier formations were covered with a sheet of gravel known as the Bishop Conglomerate, whose exact age is not known. During or after the deposition of the conglomerate and later rocks, the area was gently deformed and locally faulted. In some of the down-faulted areas and on some of the erosion surfaces, a few hundred to more than 1,000 feet of beds of Miocene, and probably also Oligocene, age are still preserved. The Miocene formations include the Browns Park and Split Rock Formations, but the beds of Oligocene age have not been adequately defined and in this area have been locally grouped into an unnamed unit of Oligocene and Miocene ages.

Most of these Oligocene and Miocene beds were deeply eroded for a long interval of time after their deposition.

Late in the Pliocene, a small amount of the highly distinctive lava, wyomingite, flowed out from several vents at the north end of the Rock Springs uplift and from one vent a few miles north of the town of Green River. A potassium-argon age determination on the phlogopite mica from this leucite-rich lava gives the age as about 1.25 million years.

## INTRODUCTION

### ORIENTATION AND PURPOSE

Successive discoveries of natural gas, petroleum, and enormous deposits of sodium carbonate (trona) have

focused an intensive commercial interest on a large part of southwestern Wyoming. Also, discoveries of new, or rare, and exotic authigenic minerals in the Green River Formation have attracted to that formation the attention of increasing numbers of mineralogists, geochemists, and geologists. My own interest was drawn to this area in the early 1920's when my imagination was sparked by the possibility of reconstructing a satisfying picture of the ancient great lake in which the Green River Formation accumulated. Such a reconstruction seemed within reach from what was even then known of the formation's extensive exposures, variety of rock types, and content of remarkable fossils. Perhaps most significant was the fact that the lake beds and their enclosing formations have been little disturbed by post-Eocene geologic events.

The purpose of this report is to provide the geologic foundation necessary to understand and reconstruct the conditions under which the Green River, Wasatch, and Bridger Formations came into being; to provide a matrix in which geochemists and mineralogists can set up their models; and, finally, to provide a framework that may be useful to those interested in exploring further for additional mineral or mineral-fuel resources.

This report, which covers about 17,000 square miles, is focused on the geology of the Eocene formations in southwestern Wyoming and small adjacent parts of Colorado and Utah; but it also touches on all the Tertiary history and formations, including the Pliocene flows of the leucite-rich rock, wyomingite. It does not deal with the Quaternary geology.

The report is based mainly on my own fieldwork, which began in the early twenties and has continued intermittently ever since. But the report also brings together the findings of many other geologists who have worked with the area in increasing numbers as the search for natural gas, petroleum, and sodium salts has increased in intensity.

This account of the geology is the first of a series of closely related papers. The second paper, on the paleoecology of the Wasatch and Bridger Formations of southwest Wyoming will be an effort to reconstruct the physical environment in which these two thick and extensive fluviatile formations came into being. The third paper, on the paleolimnology of the Green River Formation in Sweetwater and adjacent counties in Wyoming, Colorado, and Utah, will be an effort to reconstruct as fully as possible not only the various stages of Gosiute Lake in which the Green River Formation accumulated but also the Eocene climate and the composition of the streams and the lake water; the depth, circulation, and stratification of the lake; the aquatic environment and rates of accumulation of

BLM_0034627

the various kinds of sediments; and the trophic history of the lake. The third paper of the series also will include a discussion of the organic constituents of the sediments and a consideration of the energy regimen. This third chapter will draw much from the first two chapters and depends heavily on them.

A fourth paper dealing more comprehensively with the Wilkins Peak Member of the Green River Formation is being prepared jointly with Prof. Hans Eugster of the Johns Hopkins University and the U.S. Geological Survey. This paper will discuss the origin of the carbonates, sodium salts, and trona beds and will attempt to give, in part at least, an explanation of the remarkable suite of authigenic minerals.

## LOCATION AND EXTENT OF THE AREA

The area discussed in this report is mostly in southwestern Wyoming but extends a little way into northern Utah and northwestern Colorado. (See fig. 1.) In Wyoming it includes nearly all of Sweetwater County and part of five adjacent counties—Uinta, Lincoln, Sublette, Fremont, and Carbon. In Utah it includes a narrow strip along the north edge of Daggett and Summit counties. That part of the area in Colorado is in Moffat County. The total area is nearly 17,000 square miles, all of which lies within the Wyoming Basin physiographic province except a narrow strip in northern Utah and northwestern Colorado.

The two largest towns, Rock Springs and Green



FIGURE 1.—Location of the area discussed in this report.

River, are. near the geographic center of the area on the Union Pacific Railroad and U.S. Highway 30. At the west edge of the area is Kemmerer, which is on the Oregon Short Line of the Union Pacific.

### EARLIER GEOLOGIC SURVEYS

In this sketch of previous geologic surveys, no attempt has been made to summarize the results of all the geologic work that has been done in this area. Only those reports are cited here that are accompanied by geologic maps of parts of the area described in this report. Scientific papers and reports treating pertinent phases of the Tertiary geology are referred to at appropriate places in the text.

Many years ago, that part of the area south of lat 41°45′ N. was mapped by Powell (1876), Hague and Emmons (1877), and King (1878); that part north of this parallel was explored and mapped by Peale and Endlich (1879). In these early surveys the Tertiary rocks were divided into the Wasatch, Green River, and Bridger Formations, but the maps showing the areal distribution of these units are of little value today. Many years later, Veatch (1907) and Schultz (1914) mapped in considerable detail a strip a little more than 30 miles wide west of the Green River Basin. In 1907 and 1908 Schultz (1909, pl. 14; 1910, pl. 14) mapped the Cretaceous and Tertiary rocks of the Rock Springs uplift and some of the adjacent country. Later he (Schultz, 1920, pl. 1) made a reconnaissance survey of the area south and southeast of the Rock Springs uplift and combined in one map all the data obtained. Gale (1907) mapped a small area along the Wyoming-Utah boundary in the vicinity of Henrys Fork in 1907. Schultz (1918), in outlining the phosphate resources of northern Utah in 1914, made a reconnaissance map of the Uinta Mountains. In 1918 Winchester (1923, pl. 18) mapped the outcrop of the principal oil shale zone of the Green River Formation along the Green River southward from the mouth of Currant Creek nearly to the Utah State line. A few years later Sears (1924b, pl. 35) mapped in detail an area in northwestern Colorado and southern Wyoming, and in the following year, 1923, I (Bradley, 1926, pl. 58) mapped a small area in the vicinity of Steamboat Mountain. Two other reports (Bradley, 1935, fig. 1; 1936, pl. 34) dealing with special features of the area have been published by me since the fieldwork on this project was begun in 1928. The first of these reports contains a map of a folded and faulted zone along the southern margin of Washakie Basin, whereas the other contains a map showing the geomorphic features superposed on a generalized geologic map of the southern part of the Green River and Washakie Basins and part of the Uinta Mountains and adjoining areas to the east.

In 1945, I published a preliminary geologic map (Bradley, 1945) of the Washakie Basin that included a brief description of the stratigraphy and structure of the area.

W. T. Nightingale (1930) presented an argument for including a thick section of carbonaceous beds in the basin of Vermilion Creek in the Green River Formation instead of in the uppermost part of the Wasatch as Sears and Bradley (1924) had done. Reconnaissance maps showing the areal geology and structural features of the Uinta Mountains were published in 1937 by Forrester (pls. 3, 4). Nace, then of the Wyoming Geological Survey, published in 1939 a detailed map of a small but critical area around Oregon Buttes and from there northward to the outcrops of metamorphic rocks along Sweetwater River. The intertonguing relationships between the Green River and Wasatch Formations in the vicinity of La Barge, Wyo., were mapped and described by Donavan (1950). The area studied by Donavan and a larger area west of it were mapped in more detail in 1957 by Stephen S. Oriel of the U.S. Geological Survey. Oriel generously sent me (written communication, Aug. 16, 1957) a copy of his field map showing the various tongues of the Wasatch and Green River Formations in the La Barge and Fontenelle Creeks area. His information has been incorporated in the geologic map (pl. 1) of the present report.

In 1955 McGrew and Berman (1955; also McGrew and others 1959, p. 121–129) published a geologic map of a small but critical area between Big and Little Sandy Creeks (north of Farson, Wyo.). This mapping and the vertebrate fossils collected there demonstrated the age relationships of the faults in that part of the Green River Basin and established the Bridger age of the thick tuffs north of the faults. George Pipiringos (1962) of the U.S. Geological Survey made a significant contribution to our knowledge and understanding of the Green River and related formations in the Great Divide Basin and along the north side of the Washakie Basin. Among other things, he discovered another tongue of the Green River Formation below the Tipton Tongue and separated from it by a unnamed tongue of the Wasatch Formation. His map is included on plate 1 in somewhat generalized form, and his report is referred to many times later in this paper. A small part of Harold Masursky's (1962, pl. 1) map which adjoins Pipiringos' map on the east, is also included. Anderman (1955) published a geologic map of a rather large area around Manila, Utah, and gave a good account of the tectonic history, especially of the relations between the Uinta and Henrys Fork faults. Hansen and Bonilla (1954, 1956) and Hansen (1961 a, b) also added

appreciably to our knowledge of the orogenic history of the southern margin of the Green River Basin.

## FIELDWORK

The fieldwork upon which this report is based was begun in 1928. In that year, 4½ months was spent mapping and measuring sections in the Green River Basin. Mr. Joseph Jacoby was engaged for 1 week to serve as rodman. A few days was spent in the area in 1929 revising the mapping of the post-Eocene beds in the Valley of Sweetwater River. During 1930 about 4 months was spent in the field mapping the erosion surfaces and the bedrock geology along the north flank of the Uinta Mountains and in the southern part of the Green River Basin, and about 1 week was spent with C. W. Gilmore, of the U.S. National Museum, and his party, who were collecting vertebrate fossils from the Bridger Formation. Later that summer, planetable maps were made of two areas to show the location and stratigraphic position of the principal quarries from which vertebrate fossils had been taken. In 1933 Frank S. Parker, then of the U.S. Geological Survey, and I spent 2 months mapping the rock formations along the east and south sides of the Washakie Basin.

Nearly all the mapping was done by triangulation, using planetables and geologist's alidades, on a scale of 1:500,000 or approximately 8 miles to the inch in the Green River Basin and 1:250,000 in the Washakie Basin. In the Green River Basin the mapping was done almost wholly from the primary triangulation points established by topographic engineers of the Geological Survey. As nearly all these points are on prominent and easily recognized features that have a wide range of visibility, it was necessary to establish only a minor amount of secondary control. Primary triangulation established by topographic engineers of the Geological Survey and by the Coast and Geodetic Survey was available along the east side of the Washakie Basin, but secondary control had to be established along the southern margin of the basin. A narrow strip in northern Utah was mapped on topographic maps (Marsh Peak, Gilbert Peak, and Hayden Peak quadrangles) published by the Survey. The drainage, land net, and cultural features shown on plate 1 were taken from the Army Map Service (U.S. Army Corps of Engineers) 1:250,000 topographic maps (Rock Springs NK 12–9, and parts of Rawlins NK 13–7, Vernal NK 12–12, Salt Lake City NK 12–11, Ogden NK 12–8, Preston NK 12–5, and Lander NK 12–6).

The geologic map (pl. 1) is a composite of new and published information and was recompiled in 1956 and adjusted to the Army Map Service 1:250,000 topographic maps. The accuracy of the geologic mapping done specifically for this report is not uniform for all parts of the area.

In the years 1957–59 the geologic mapping was revised or remapped using the aid of high-altitude aerial photographs, new topographic maps of the Army Map Service, and photogeologic methods. R. J. Hackman, of the Geological Survey made a photogeologic map of the vicinity of Green River, Wyo., and Wilkins Peak (pl. 2) which was based on his own field sketching. He also made a photogeologic map of most of Hiawatha Basin (pl. 1) based on field sketching by Dwight Taylor, of the Survey, and me. Hackman remapped on aerial photographs all the Green River-Bridger boundary in Washakie Basin, on the basis of my field observations. J. D. Love, of the Survey, and I resketched on the Army Map Service 1:250,000 topographic base the Green River-Bridger boundary in the northeastern part of the Green River Basin and the upper and lower boundaries of the Tipton Shale Member of the Green River Formation south from Wilkins Peak to the north spurs of Little Mountain.

The Wilkins Peak–Laney Shale Members boundary from a few miles south of Wilkins Peak southward nearly to the Utah State line has recently been remapped on new topographic base maps by W. C. Culbertson, of the U.S. Geological Survey. His mapping is much superior to my own rapid reconnaissance mapping. My sketching of this boundary (pl. 1) places the contact too high; so the resulting pattern is more complex than it should be.

A large subjective element is involved in portraying the areal extent of the Bridger Formation because in most places its lithology grades gradually into the lithology of the underlying Green River Formation. No claim for accuracy, or even consistency, can be made for this boundary as mapped. On the other hand, the greater part of the data on other boundaries taken from published reports (see index map, fig. 1) was based on rather detailed surveys and is correspondingly more accurate than much of the new information. These maps required very little adjustment to fit the new topographic base maps. Nevertheless, some of the information taken from two published reports (Schultz, 1918; 1920, pl. 1) was based on rapid reconnaissance surveys that apparently were less well controlled than the mapping done specifically for this project during 1928 and in succeeding years.

## ACKNOWLEDGMENTS

I am grateful to many of my colleagues of the U.S. Geological Survey who, over the years, have been generous with ideas, suggestions, and criticisms. I am especially grateful to J. D. Love for assistance in the

field and for many discussions with him on problems relating to the geology of Wyoming. Few people are as conversant with so many aspects of the geology of a whole State as he is with the geology of Wyoming. I am grateful also to Steven S. Oriel for permission to use his hitherto unpublished geologic map of the northwestern part of the Green River Basin and for many helpful discussions. I wish to express my thanks to Dwight Taylor and George Pipiringos for assistance in the field and for helpful discussions about interpretations of the stratigraphy and paleoecology.

This report benefited materially in the manuscript stage from the thorough and constructive criticisms of J. D. Love and W. C. Culbertson, both of the Survey. For their generous help I am particularly grateful.

## TOPOGRAPHY AND DRAINAGE

The topography of the region can be considered in four major units, each of which is rather well defined. These are the Green River Basin,[1] the Rock Springs uplift, the Washakie Basin, and the Great Divide Basin. (See pl. 1.) All these owe their form to the structure of the rocks. The Great Divide Basin, as its name implies, is a topographic depression literally perched on the Continental Divide. (See fig. 2.)

Green River Basin, the largest of the four units, occupies nearly all the western half of the area. Outward-facing escarpments mark the margin of this basin everywhere except for about 40 miles along the south end of the basin between Phil Pico Mountain and Elizabeth Mountain. There the Tertiary rocks are obscured by broad remnants of gravel-covered erosion surfaces that slope gently away form the Uinta Mountains and extend far out into the basin. As thus defined, the Green River Basin is a roughly rectangular area a little more than 100 miles long from north to south and about 60 miles wide.

At the southeast corner of the basin, where Little Mountain rises to a maximum altitude of about 9,100 feet, the escarpment of the Green River and Wasatch Formations is about 1,000 feet high. From Little Mountain northward along the east side of the basin, the height of the escarpment diminishes, so that where it is crossed by the Union Pacific Railroad it is about 500 feet high. For about 30 miles north from the railroad, the escarpment is a conspicuous bluff 400–500 feet high which is known as White Mountain. Beyond that the escarpment becomes lower and loses its identify as a distinctive topographic feature in the northeastern part of the basin. Northwestward and westward across

[1] In this and subsequent reports I shall use the name Green River Basin rather than Bridger Basin on the basis of the persuasive arguments recently marshalled by J. D. Love (1961b).

the north end of the basin, the Green River Formation makes only a low, and in places poorly defined, escarpment that faces northeastward and northward.

Along the Green River from the northwest corner of the Green River Basin as far south as LaBarge Creek, the escarpment made by the Green River and Wasatch Formations is 100–300 feet high. From LaBarge Creek south, the greater part of the western margin of the basin consists of two rather low and irregular escarpments that are roughly parallel and several miles apart. These two escarpments are formed respectively by two units of the Green River Formation, separated by a soft unit of the Wasatch Formation. South of the main line of the Union Pacific Railroad the lower escarpment vanishes, but the upper one becomes higher and forms a conspicuous bluff that rises nearly 1,000 feet above the valley to the west in the vicinity of Piedmont. Near the southwest corner of the basin, just a few miles north of the Wyoming-Utah boundary, the upper escarpment merges with the high gravel-capped erosion surface that slopes northward from Elizabeth Mountain.

From the vicinity of Elizabeth Mountain eastward across the south end of the basin nearly as far as Phil Pico Mountain, broad remnants of several gravel-capped erosion surfaces slope gently northward from the Uinta Mountains. At the Wyoming-Utah boundary these highest terraces have an altitude of about 9,500 feet above sea level. East of the remnants of this high erosion surface, beds of undifferentiated Eocene deposits, equivalent in part to the Bridger, Green River, and Wasatch Formations, make a southward-facing escarpment whose height gradually increases from less than 100 feet to 700 or 800 feet on the southwest flank of Little Mountain.

Within the Green River Basin, and in a very broad way concentric with its rim, is another escarpment that faces outward. This escarpment is formed by the Bridger Formation. In most places it is several miles from the crest line of the marginal escarpment made by the Green River Formation, and in most places it is a low, irregular, and rather inconspicuous feature. A considerable part of the basin enclosed by this secondary escarpment is nearly level or gently rolling. At various altitudes along most of the streams, terraces have been formed. Some of the lowest terraces are very broad, notably those along Big Sandy and Little Sandy Creeks in the northern part of the basin and along Blacks Fork, Smiths Fork, and other streams in the southern part of the basin. Much of this nearly level land in both parts of the basin is irrigated and under cultivation. Elsewhere, the surface of Green River Basin is either barren of vegetation or bears the usual growth of shrubs and annuals characteristic of the semiarid high plateaus.

BLM_0034631

Case No. 1:20-cv-02484-MSK   Document 36-12   filed 04/27/21   USDC Colorado   pg 72 of 137

Despite the large area of nearly level land in the Green River Basin, a considerable part is characterized by badlands. In general, the relief in the badlands is low, though, locally, buttes with intricately sculptured sides rise 100–200 feet above the surrounding country. But in the southern part of the basin, along the northern margins of the high gravel-capped erosion surfaces and beneath outlying remnants of these surfaces, the badlands have a relief of 1,200–1,500 feet. In this locality the badlands have a most striking aspect. (See fig. 17.)

Just east of the Green River Basin is the Rock Springs uplift, a large elliptical anticlinal uplift that exposes Upper Cretaceous rocks at the surface. Erosion has removed the somewhat resistant sandstone beds from almost all the highest part of this uplift and has cut down into the soft shale in the central part to form a large depression, known as Baxter Basin. Large parts of the floor of this basin are nearly flat and almost featureless. A few of these flats have shallow closed depressions, which in wet weather contain playa lakes. Badlands characterize the remainder of Baxter Basin and contrast sharply with the smooth level parts. Above the general altitude of the basin floor (6,300–6,600 ft above sea level), the enclosing rim of rough sandstone hogbacks rises 600–800 feet or more. Southward from Aspen Mountain, broad remnants of a high gravel-covered erosion surface rise gradually toward the Uinta Mountains. An arm of this bench extends westward to the edge of the Green River Basin on the divide north of Sage Creek.

Washakie Basin lies southeast of the Rock Springs uplift. It is somewhat smaller than the Green River Basin but is more sharply defined. Like the Green River Basin, its form is determined by the structure of the rocks. On all sides the beds dip inward toward the center. As the rocks of the Green River Formation are considerably more resistant to erosion than those of the overlying or underlying formations, their uptilted edges nearly everywhere form the crest and upper part of a bold outward-facing escarpment which encircles the basin. Along the northern margin of the basin, this rim rises 600–700 feet above the country to the north and is known as the Laney Rim. Southward the escarpment increases in height, and locally on each side of the basin its crest stands about 1,000 feet above the surrounding terrain. Along the southwestern margin of the basin, the rim is known as the Kinney Rim. The southward-facing escarpment that makes the southern margin is broken in many places and is generally lower. Near the head of Powder Wash, just south of the Wyoming-Colorado boundary, where the escarpment is low, it turns southeastward and then southward,

rising in height as it does so. A few miles west of the head of Powder Wash the westward-facing escarpment that forms the western margin of Washakie Basin also is low, but from that locality it swings southwestward, and its crest rises until it reaches an altitude of 8,120 feet above sea level at Lookout Mountain.

Around most of Washakie Basin the back slopes of the outward-facing escarpments slope gently inward but are interrupted by low discontinuous escarpments and ridges made by the comparatively soft rocks in the upper part of the Green River Formation and the lower part of the Bridger Formation. The basin floor is a desolate waste of badlands and broad expanses of gravel-covered pediment that supports but a sparse growth of low vegetation. The relief in the badlands is prevailingly low, but, locally, long irregular escarpments of badlands rise several hundred feet above the general level of the basin floor. In the northern part of the basin, a large badland mountain known as Haystack Mountain rises to an altitude of more than 7,600 feet above sea level. Haystack Mountain is a conspicuous landmark visible from all parts of Washakie Basin.

The Great Divide Basin, the fourth of the major topographic units of the area, has much less clearly defined margins than the others. It lies north and northeast of Washakie Basin and is a very shallow depression nearly 100 miles long from east to west and a little more than 50 miles wide. This basin is remarkable in that it has interior drainage and is literally perched on the Continental Divide. (See fig. 2.) At Oregon Buttes, approximately 50 miles north by east from Rock Springs, the Continental Divide splits, one branch running south a little way, then irregularly southeast to the northern tip of Washakie Basin, thence generally eastward some 30 miles beyond the east edge of the geologic map (pl. 1). The other branch runs sinuously eastward from Oregon Buttes for about 70 miles and then swings southeast and south to complete the encirclement of the basin about 20 miles south by west of Rawlins.

Only the western half of the Great Divide Basin lies within the area described in this report. Its margins are defined by the divides at the heads of the streams draining into the basin. (See fig. 2.) In a rough way these divides coincide with the margins of the adjacent basins and mountain uplifts, though in some places the streams having exterior drainage have cut headward through the rims of upturned rocks that encircle the adjacent basins. Flat-lying or gently warped beds of gray and reddish-gray mudstone and sandstone belonging to the Wasatch Formation underlie much of the west end of the basin. Overlying or intertonguing with the Wasatch are buff tongues of the Green River Formation. From mudstone beds of

BLM_0034632



FIGURE 2.—The Great Divide Basin—a closed drainage basin perched on the Continental Divide.

the Wasatch, a thin soil cover has formed which retains the colors of the mudstone. As a consequence, large tracts of this basin are gray or drab, but a large area in the western part is dull red or reddish brown. From this prevailing red color of the soil, that area has long been known as the Red Desert. Emmons (1877) was one of the first to use this name, but he applied it also to a part of the Washakie Basin.

In general, the land surface in the Great Divide Basin, whose altitude above sea level ranges from 6,500 to 7,000 feet, is nearly flat and monotonous, though here and there isolated buttes or groups of buttes rise as conspicuous features. Shallow panlike depressions are also significant. These depressions, which are characteristic not only of this basin but of a large area in southern Wyoming, are elliptical or rounded in plan and range in size from about 100 yards to several miles across. Some of them contain playas

and are nearly barren of perennial plants; others, more particularly the smaller ones, support a dense growth of greasewood.

Another conspicuous feature is the strip of large active sand dunes that extends eastward about 45 miles from the north end of the Rock Springs uplift out into the northern part of the Red Desert. Most of the dunes in the western half of the strip are compound and irregular; but, in general, they are asymmetric, and their steep faces are directed eastward. These dunes differ from one another as much in size as in form. Some of the largest are as much as 100 feet high. The dunes in the eastern half of the strip have the crescentic form typical of barchans. This strip of active dunes is superimposed on a broader strip of low dunes that are fixed by a thick growth of sage brush and rabbit brush. Less active parts of the live dunes in places support a pure stand of Indian

turnip (*Psoralia* sp.). At one place—locally known as Flodden Field—near the north end of the Rock Springs uplift, numerous hollows between the sand hills contain small ponds.

North and south of the Rock Springs uplift are two small masses of high land that are somewhat isolated from the major topographic units just described. The highland north of the uplift slopes northward from Steamboat Mountain, whose highest point is a little more than 8,600 feet above sea level. A few miles north of Steamboat Mountain the high badland bluffs known as Oregon Buttes also rise to an altitude of about 8,600 feet above sea level. Between Steamboat Mountain and Oregon Buttes the northward-sloping surface is deeply dissected.

The highland south of the Rock Springs uplift is also deeply dissected. It slopes rather abruptly northeastward from three high points—Diamond Peak, Bishop Mountain, and Pine Mountain. Diamond Peak rises 9,710 feet above sea level, and Bishop and Pine Mountains are only a little lower.

The Green River and its tributaries drain all that part of the area described in this report except the Great Divide Basin and a narrow strip of country north of it which is drained by the Sweetwater River, an ultimate contributor to the Mississippi.

Most of the tributaries of the Green River that have their headwaters in the mountains bordering the Green River Basin are perennial streams. A few of these, such as New Fork River, Blacks Fork, Hams Fork, and Big Sandy River, are fairly large streams. Tributaries that do not rise in the bordering mountains are all intermittent except for a few of the longer streams such as Bitter Creek, which rises in Washakie Basin and flows across the Rock Springs uplift, and Salt Wells Creek in the Rock Springs uplift.

Nearly everywhere the courses of the rivers and large streams are unrelated to the structure of the rocks. The Green River enters Green River Basin through a canyon from the north, crosses the basin diagonally, and then leaves the basin on the south through a deep canyon cut normal to the strike of the hard rocks that make the north flank of the Uinta Mountains. Nevertheless, the westward tilt of the rocks along that reach of the river from the Union Pacific Railroad south nearly to the Wyoming-Utah boundary apparently caused the river to shift somewhat to the west as it cut downward; for, in general, the west side of the valley is precipitous, whereas the east side rises more gradually along dip slopes. Bitter Creek and some of its tributaries, notably Salt Wells Creek, cross the rim of the Rock Springs uplift nearly at right angles to the strike of the hogbacks. At each place where these streams cross the rim, they have cut deep and rather narrow

canyons. Similarly, the majority of the long streams in this area have entrenched themselves more or less deeply in courses that were determined in very few places by the attitude of the rocks. On the other hand, the smaller streams throughout the area are rather well adjusted to the structure of the rocks.

The courses of Blacks Fork and its tributaries in the Green River Basin and of Bitter Creek and most of its tributaries in the Rock Springs uplift are noteworthy because they flow northward for many miles and then swing around to more southerly courses before joining the master stream, the Green River. Other smaller streams in the Green River Basin have a similar habit. A discussion of the drainage pattern and drainage changes in this part of the area has been published elsewhere (Bradley, 1936, p. 187–190, 199).

The drainage of Great Divide Basin has no outlet to the sea. Nearly all the streams in the basin are intermittent, short, and irregular and are directed toward the large playas in the center of the basin. A few streams, however, end in smaller playas that are perched on the sides of the basin remote from the center. About midway in their courses, some of the larger streams have intrenched themselves as much as 15 feet. Many of the stream courses contain small "alkali slicks" and, in places, especially near such high parts of the rim as Steamboat Mountain and Oregon Buttes, springs of good water.

North of the Great Divide Basin on the Atlantic side of the Continental Divide is a narrow strip of country drained by the Sweetwater River, a tributary of the North Platte. The Sweetwater River gets virtually all its water from a few streams that rise in the Wind River Range. The drainage basin of the Sweetwater has been so narrowed by headward erosion of the streams on either side that its lateral tributaries are all short and intermittent. Some streams end in "alkali slicks" before ever reaching the river.

## GEOLOGIC STRUCTURE
### MAJOR STRUCTURAL UNITS

The part of Wyoming considered in this report contains four major structural units. The first two are Green River and Washakie Basins, each of which is a large shallow synclinal basin. These are separated by the third unit, an anticlinal uplift of comparable size known as the Rock Springs uplift. The fourth unit, Great Divide Basin, lies northeast of the Rock Springs uplift.

The Green River Basin is underlain by rocks of the Wasatch, Green River, and Bridger Formations. In the central part of the basin, the rocks are virtually flat or are inclined at angles that exceed $1\frac{1}{2}°$ at only a few places. In a rather narrow strip around the

margin of the basin, however, the beds are tilted more steeply: along the east rim they dip westward at angles ranging from 3° to 12°, along the northern margin they dip 1°–1½° southward, and on the west side they dip eastward toward the axis of the basin at angles of 2°–8°.

Along the southern margin of Green River Basin, the structure is more complex. At Little Mountain the rocks dip basinward a little more than 3°, but westward the inclination steepens, and where the basal beds of the Green River Formation cross the Green River they dip about 35° northward. A few miles farther west in the vicinity of Linwood, Utah, beds stratigraphically a little lower are overturned and dip steeply to the south. These steep dips, however, are due to drag along a large fault that trends roughly parallel to the basin rim. A few hundred yards north of this fault, which is known as the Henrys Fork fault, the structure of the Tertiary rocks is comparable with that along other parts of the basin rim, for the beds dip northward at angles ranging from 1° to 15°.

The structure of Washakie Basin is like that of the Green River Basin. Like the Green River Basin also, the Washakie Basin is underlain by rocks of the Wasatch, Green River, and Bridger Formations; beds of Uinta age overlie the Bridger, and the still younger Browns Park Formation makes up a part of the complex southern margin. In the large central area the rocks lie nearly flat, but around the edges they are tilted up. Along the north and east sides, the beds dip about 3°–5° toward the center of the basin. Along the west and southwest sides, the beds dip basinward at angles ranging from 8° to 15°. The southern margin of the Washakie Basin is defined by a zone of folds and faults that extends westward from the town of Baggs, Wyo., to the Kinney Rim, which forms the western boundary of the basin. Most of the folds are rather gentle, having dips that range from 3° to 7°; though locally, as in the vicinity of Baggs, the beds dip as much as 16°. Locally also along the faults, beds are flexed by drag. This faulted zone along the southern margin of the Washakie Basin has been described more fully in another paper. (Bradley, 1935.)

The Rock Springs anticlinal uplift is formed of Upper Cretaceous shale and sandstone units that belong to the Baxter Shale and the overlying Mesaverde Group. The axis of the uplift plunges northward and southward from a high central part; and, in consequence, the uplift has, in plan, a crudely elliptical outline. The arch is asymmetric toward the west, on which flank the beds dip about 12° westward. On the east flank the beds dip 5° or 6° eastward. The structure and stratigraphy of the Rock Springs uplift have been described rather fully in three other reports—Schultz (1909, 1910) and Sears (1926).

The major axes of these three major structural features—Green River Basin, Rock Springs uplift, and Washakie Basin—trend northward and are roughly parallel to the strike of the folded pre-Tertiary rocks both west and east of the area discussed in this report. West of the Green River Basin the pre-Tertiary rocks are sharply folded. Seismic surveys and drilling have shown that between these sharply folded pre-Tertiary rocks and the less steeply folded pre-Tertiary rocks in the Rock Springs uplift there are folds of intermediate form which are now concealed beneath the Tertiary beds of the Green River Basin. Presumably the axes of these folds in pre-Tertiary rocks are essentially parallel to the strike of the folded belt west of the Green River Basin and to the major axis of the Rock Springs uplift.

Pipiringos (1962, p. A41–A74, pl. 1) described in detail the structure of part of the Great Divide Basin. The structure of the remainder of the western half is well known from the development of a considerable number of oil and gas fields, notably the Patrick Draw field (Burton, 1961, p. 276–279), the Arch unit (Lawson and Crowson, 1961), the Table Rock field (Mees, Copen, and McGill, 1961), and the Desert Springs field (May, 1961). Other similar fields are the West Desert Springs and Sand Butte fields. Data from all these plus surface dips on the Wasatch Formation reveal a rather gentle eastward slope of the beds into the Great Divide Basin. The Wamsutter arch, first recognized by Schultz (1920, pl. 1) and now well known, extends westward and southwestward from the northern part of the Washakie Basin into the Rock Springs uplift and makes a structural southern boundary for the Great Divide Basin.

## FAULTS

Most of the faults that cut the Tertiary rocks in this part of Wyoming are localized along the margins of major uplifts of pre-Tertiary rocks. The one notable exception is the zone of faults along the southern margin of the Washakie Basin. The largest faults are along the north flank of the Uinta Mountains and the south flank of the Wind River Mountains, though near the southeast end of the Wind River Range another large fault displaces the Tertiary beds north of Continental Peak and Oregon Buttes. This fault and associated smaller faults extend northwestward from there to Big Sandy Creek (T. 29 N., R. 106 W.).

Numerous faults cut the pre-Tertiary rocks of the Rock Springs uplift. Some of these extend out into the Tertiary rocks. At the north end of the uplift is a small group of faults in a locality where only Tertiary

rocks are exposed. Along the west side of the Green River Basin, only one fault cutting the Tertiary rocks was found. It is just west of Piedmont in Uinta County.

### WIND RIVER THRUST FAULT

This very large thrust fault bounds the south flank of the Wind River Mountains. The fault extends far back under the front of the range and dips at moderate angles. Although the fault is almost everywhere concealed, much is known about it from exploratory drilling and from geophysical surveys. (See Berg, 1961.) I have nothing from my own experience to add to published interpretations of this major feature.

### UINTA FAULT AND UINTA FLEXURE

The Uinta fault coincides with a large and steep monoclinal flexure that defines the northern front of the Uinta range for more than 100 miles. The fault itself extends from Diamond Peak, in the extreme northwest corner of Colorado, westward along the north flank of the Uinta Mountains into Utah at least as far as Burnt Fork (south of T. 3 N., R. 16 E., S.L.M., Summit County, Utah). Westward beyond Burnt Fork the flexure apparently is not faulted, though the beds are steeply inclined and in places are nearly vertical. Lamentably little precise information is available on this structure despite its long familiarity to geologists through the stereograms and text of Powell's report (1876, p. 177–179, 205–207). In a reconnaissance survey of the Uinta Mountains, Schultz (1918, pl. 5) mapped the Uinta fault from its east end westward nearly to the west boundary of Daggett County, Utah. My own reconnaissance geologic mapping in northern Utah between the longitudes of Manila and Beaver Creek (T. 3 N., R. 15 E., S.L.M.) extended the trace of the Uinta fault and flexure and yielded the information from which the map shown on plate 1 was drawn. Westward from the vicinity of Phil Pico Mountain (T. 3 N., R. 18 E., S.L.M.), Forrester (1937, p. 645–646) evidently mapped as the westward extension of the Uinta fault a different fault from the one I mapped and refer to in this report as the Uinta fault. His mapping of the geology around Phil Pico Mountain and from there westward to Beaver Creek differs so much from mine that it is impossible to reconcile the two maps.

The trace of the Uinta fault is decidedly sinuous. In many places the plane of the fault is nearly or quite vertical, but in other places it dips either southward or northward. On the basis of the limited observations now in hand, it appears that the fault plane is nearly vertical where the fault trace is essentially straight, dips northward where the fault trace makes an arc convex toward the Uinta Mountains, and dips south-

ward where the fault trace makes an arc convex away from the mountains. Observations at additional places, however, may show that this suggested generalization is not valid.

Hansen and Bonilla (1954, p. 15–18), since my reconnaissance mapping, added substantially to our knowledge and understanding of this great fault. They discussed various aspects of the Uinta fault rather fully. One summary statement (p. 18) of theirs is quoted as particularly pertinent.

Where Tertiary rocks are involved in the faulting (just west and east of Clay Basin) they display very little deformation despite their low competence and despite strong overturning in the immediately underlying Cretaceous rocks. It appears, therefore, that at least two distinct periods of thrusting have occurred on the Uinta fault, that the first and greatest movement followed sharp overturning and rupture before Tertiary time, and that the second movement in Tertiary time and along the already established thrust plane, simply sheared the Tertiary rocks without first flexing them or subsequently dragging them.

These same geologists (p. 14–15, 25) presented a good case for lateral displacement along the Uinta and associated faults, saying that the displacement increases eastward as the throw on the Uinta fault increases. This lateral movement offsets fold axes that are roughly normal to the trend of the Uinta fault. According to Hansen and Bonilla's map, fold axes north of the fault have been moved as much as 7 miles west of their counterparts south of the fault.

Powell (1876, p. 205) estimated the maximum displacement on the Uinta fault as about 23,000 feet. This figure apparently includes displacement due to the Uinta flexure also. According to my scattered observations along the fault, the maximum displacement on the fault itself is approximately 13,700 feet in T. 3 N., R. 23 E., S.L.M. There the stratigraphic interval between the two sides of the fault is approximately 12,300 feet.

The Uinta fault evidently cuts the Uinta flexure at least as far west as sec. 4, T. 2 N., R. 16 E., S.L.M., Summit County, Utah, for there the fault cuts off the Weber Sandstone. (See pl. 3.) It was not clear to me whether or not the fault is present a mile farther west (secs. 31 and 32, T. 3 N., R. 16 E.) where conglomerate undifferentiated Tertiary beds (at this particular place evidently equivalent to the Bridger Formation) abut the nearly vertical wall of Carboniferous limestone. The relations are similarly obscure where the wall of Carboniferous limestone crosses the West Fork of Beaver Creek 3 miles farther west.

For reasons that are not wholly clear to me, Anderman (1955, p. 132) believed that the Uinta fault does not extend this far west. His interpretation was that the fault dies out just a few miles west of Sheep Creek

(in about sec. 8, T. 2 N., R. 19 E., S.L.M., Daggett County, Utah)—that is, almost 18 miles farther east.

### HENRYS FORK FAULT

The Henrys Fork fault extends from the Green River (T. 3 N., R. 21 E., S.L.M.) westward about 20 miles to Phil Pico Mountain (T. 3 N., R. 18 E., S.L.M.), where it dies out. Throughout the greater part of its length it is a steep reverse fault, and the beds on its north or downthrown side are steeply upturned or overturned in the drag zone. Near its west end, however, it becomes a normal fault.

The trace of this fault is gently curved except at two places in the valley of Henrys Fork just north of the Wyoming-Utah boundary where it makes two abrupt bends that are nearly at right angles to the general trend of the fault. At the southernmost of these bends, the strike of the fault changes within a remarkably short distance from N. 40° E. to N. 80° W. (See pl. 3.) The throw of the Henrys Fork fault can not be readily determined, but it is judged to be about 2,000 feet. Anderman (1955, p. 132), however, estimated the throw as about 12,000 feet on the east side of Phil Pico Mountain. He also said (p. 131) that on the east flank of Phil Pico Mountain there is "* * * an angular discordance of approximately 60° * * *" within the Green River Formation and in this same vicinity. He added:

* * * a portion of the lower part of the formation is overridden along the Henrys Fork fault by the Morrison Formation, and the remainder is overlapped unconformably by the relatively gently dipping upper part of the Green River Formation. The angular discordance is present only where the Green River Formation laps highest onto the flanks of the Uinta Mountains at Phil Pico Mountain and disappears rapidly northward.

My own interpretation of the geology of Phil Pico Mountain differs somewhat from Anderman's. Although I did not recognize an unconformity within the Green River Formation, I think its presence in that area is plausible. Moreover, I think he was probably right in thinking that all or most of the conglomeratic mass of Phil Pico Mountain is a correlative of the Green River Formation. Certainly many of the finer grained beds in the lower part have a distinctly Green River aspect. However, because in my mapping of the conglomeratic facies there and farther west I was generally unable to discriminate between the Wasatch, Green River, and Bridger Formations, I prefer to use the indefinite Tertiary undifferentiated. Contrary to Anderman's interpretation, I believe that the Henrys Fork fault dies out in the conglomerates that makeup Phil Pico Mountain, because I was not able to find any displacement or distortion of the conglomeratic beds on the west side of the mountain, whereas on the east flank the upturned beds along the trace of the fault are conspicuous. (See fig. 3.) Indeed, the dip on these upturned beds decreases westward toward the top of the mountain, and there it agrees approximately with the gentle northward dip that prevails throughout



FIGURE 3.—Part of the east flank of Phil Pico Mountain showing upturned conglomeratic beds of the Tertiary undifferentiated along the trace of the Henrys Fork fault.

the conglomeratic beds of the northern part of the mountain.

An unusual feature of the geology of Phil Pico Mountain is the nearly level bench or platform of Triassic and Jurassic rocks upon which rest the northward-dipping conglomeratic Tertiary rocks that make up the mountain. (See fig. 4 and structure sections, pl. 3.) This platform apparently extends westward beyond Phil Pico Mountain; for in the valley of Birch Creek, the Nugget Sandstone (Jurassic) crops out at nearly the same altitude as it does at the east base of the mountain. (See pl. 3.) The form of this platform suggests that it may be a pre-Tertiary erosional feature, perhaps a pediment. The northern edge of the platform may be an erosional scarp or, as it apparently coincides with the trace of the Henrys Fork fault, a fault scarp. If it is a fault scarp, as Anderman (1955, p. 131 and map) believed, it probably represents pre-Green River movement along the Henrys Fork fault, because the Tertiary beds there do not appear to me to have been disturbed by faulting.



FIGURE 4.—Field sketch of the west side of Phil Pico Mountain at its south end showing the upturned Tertiary conglomeratic beds (Tu) resting with angular discordance against the steeply dipping pre-Tertiary rocks. (Pre-T).

The two structure sections in figure 4 show my concept of the structure east and west of Phil Pico Mountain. The crude notebook sketch reproduced on plate 3 shows the unconformable overlap of the Tertiary beds on the more steeply dipping Paleozoic rocks.

Powell (1876, p. 177) referred to the Henrys Fork fault as the Flaming Gorge Branch of the Uinta fault and indicated that it was an abrupt flexure between the Green River and the rivers junction with the Uinta fault a few miles east of Flaming Gorge. I was unable to find this flexure or any trace of the fault east of the Green River, where the fault apparently goes into a thick body of soft Upper Cretaceous shale.

## CONTINENTAL FAULT

In the northern part of the area discussed in this report, a fault which Nace (1939, p. 45-46) called the Continental fault extends from sec. 26, T. 29 N., R. 106 W., Sublette County, southeastward nearly 55 miles. It is a normal fault whose plane is steeply inclined to the north. Along its eastern part it brings

the Miocene Split Rock Formation (Love, 1961a, p. 124; written communication, May 1962) down on the north against the Wasatch Formation, but along its western part it brings the Bridger Formation down against the Wasatch and Green River Formations. In most places along the trace of this fault the rocks on both sides are flexed rather abruptly, so that close to the fault plane they dip 20°–48° northward. Nace (1939, p. 46, pl. 1), who mapped the eastern part of the fault in considerable detail, found that it was cut by many smaller cross faults and subparallel slices, especially in the vicinity of Continental Peak. At a place about 7 miles northwest of Continental Buttes, Nace (p. 45–46) estimated that the Continental fault has a throw of 1,450–1,830 feet. Berman (McGrew and Berman, 1955) mapped the western part of the fault, between Little and Big Sandy Creeks, and found that it was offset there also by transverse faults.

In the area mapped by Berman, the Bridger contains a large amount of light-gray to white tuff and, at the top, clay that resembles altered tuff. This sequence is overlain disconformably by a coarse poorly sorted conglomerate which Berman correlated (p. 109) with Nace's Beaver Divide Conglomerate. I am not familiar with the Beaver Divide Conglomerate on Beaver Divide, but the conglomerate Berman mapped looks a good deal like a conglomerate that occurs in the upper parts of both Oregon Buttes and Continental Peak; indeed, it caps Continental Peak, which is about 200 feet lower than Oregon Buttes. In Oregon Buttes this conglomerate is about 55 feet thick and consists predominantly of schist from the east end of the Wind River Range in a matrix of coarse white sand. This conglomerate and the overlying tuffaceous beds presumably belong to the White River(?) Formation, which is of Oligocene age.

Nace (1939, p. 46) estimated the throw of the Continental fault a few miles northwest of Oregon Buttes as 1,450–1,830 feet.

South of this fault, in T. 27 N., R. 101 W., is a sharp flexure that extends northwestward from Oregon Buttes nearly to the Continental fault. It bends the beds of the Wasatch Formation down more than 250 feet on the south side. The displacement, which is opposite to that of the Continental fault, diminishes northwestward.

### FAULTED ZONE SOUTH OF WASHAKIE BASIN

The faults of this belt fall into two broad groups, according to their general direction of strike. The faults of the dominant group strike generally westward; those of the other group strike more nearly northward or northwestward. The faults of the first group are apparently older, as they are cut by faults of the second group. Moreover, the faults of the second group cut

beds of the Browns Park Formation, whereas the other faults in most places do not. However, some of the larger east-west faults were apparently active during the second stage of faulting, because locally they cut the Browns Park Formation. The mapping of the faults in this belt was materially improved by R. J. Hackman of the U.S. Geological Survey who remapped the whole Washakie Basin photogeologically. His photogeologic mapping is incorporated in the geologic map, plate 1.

### MISCELLANEOUS FAULTS

None of the numerous faults that cut the pre-Tertiary rocks were studied as a part of this project. A small group of faults that cut the Tertiary rocks at the north end of the Rock Springs uplift were described briefly in an earlier publication (Bradley, 1926, p. 123). They are evidently related to the structure of the Rock Springs uplift.

The short normal fault near Piedmont, in Uinta County, Wyo. (Tps. 14 and 15 N., R. 117 W.), trends a little east of north and passes just west of Piedmont. It drops parts of the Wasatch and Green River Formations down on the west. The displacement, which is moderate, was not measured. Apparently most of the faults in the Wyoming Range and its southward extension are of pre-Eocene age, though Tracey, Oriel, and Rubey (1961, p. B149) mentioned post-Wasatch normal faulting. One of these large overthrust faults, the Darby fault of Schultz (1914, p. 84–85), disappears beneath the Tertiary beds in the southwest part of T. 26 N., R. 113 W., a few miles south of LaBarge Mountain.

### INTERPRETATION OF THE STRUCTURE
#### PRE-TERTIARY DEFORMATION

The following interpretation of the structural features just described will be focused on the Tertiary history of deformation to gain a better understanding of events, particularly during the Eocene Epoch, that affected in any way the physical environment within which the Wasatch, Green River, and Bridger Formations were deposited. This is a necessary foundation to any consideration of the paleolimnology of the ancient Green River lake and to a consideration of the paleoecology of the enclosing Wasatch and Bridger Formations. Accordingly, very little attention will be given to pre-Tertiary structural features.

Essentially, what we shall be concerned with is a very large intermontane basin—one that extends roughly 150 miles eastward from the Wyoming Range and its southward extension to the flanks of the Elkhead Mountains in Colorado, the Sierra Madre, and the Rawlins uplift and its northward extension. The southern margin of this basin is defined by the Uinta Mountains and its southeastward extension. The northern margin is made up of the Gros Ventre Range, the Wind River Range, and the Granite Mountains. It is less simple to measure the north-south dimension, but it almost everywhere exceeds 100 miles. A roughly triangular extension of this basin runs far up between the Wind River and Wyoming ranges, and another rather irregular triangular extension runs equally far southeastward into northwestern Colorado. Neither of these extensions from the otherwise roughly rectangular basin are given much consideration in this report, partly because the Colorado area has been treated fully in a report by Sears (1924b, p. 292–295) and partly because my acquaintance with the area in the angle between the Wind River and Wyoming ranges is inadequate. Only the elliptical Rock Springs uplift near the center of this great intermontane basin destroys its simplicity.

All the surrounding mountain ranges and uplifts named above were in existence at the beginning of the Eocene Epoch, though the Uinta and Wind River ranges were not as high as they later became. Presumably, the floor of this great intermontane basin was not flat but had bulges and depressions. One of these was the pre-Tertiary anticline on which was later developed the Church Buttes gas field (Fidlar, 1950, p. 87). The Church Buttes anticline is in the southwestern part of the Green River Basin. According also to Fidlar (1950), seismic data indicate that one of the deep parts of the structural basin is in the southern part near the flank of the Uinta Range. The deepest part, however, now seems to be along the front of the Wind River Range not far from the great thrust fault along which the range rose. (See especially Berg, 1961.) There the celebrated Pacific Creek test well had to penetrate approximately 20,000 feet to reach either the Upper Cretaceous Frontier Sandstone (Fidlar, 1950, p. 86) or, as some think, the Lower Cretaceous Muddy Sandstone (Jenkins, 1955, p. 154).

The history and development of the basins in this large area are treated rather fully in a comprehensive paper by Love (1960) on the Cenozoic sedimentation and crustal movement in Wyoming. According to Love, the Green River, Great Divide, and Washakie Basins have been downwarp areas since long before the Cenozoic Era. In each of these basins the Precambrian surface is today more than 20,000 feet below sea level. The configuration of these deep basins is shown in a general way on the Tectonic Map of the United States (Cohee, 1962).

The Rock Springs uplift was arched up by the end of the Cretaceous into a low dome whose flanks dipped away from the axis at angles estimated to be about 1° or 2°. This dip on the flanks of the ancestral Rock Springs anticline is inferred from the fact that the lowest

Case No. 1:20-cv-02484-MSK   Document 36-12   filed 04/27/21   USDC Colorado   pg 80 of 137

beds of the Wasatch exposed around the flanks of the uplift now dip only 1° or 2° less steeply than the Upper Cretacous rocks; and as the Wasatch sediments were presumably deposited as virtually horizontal beds, the Upper Cretacous rocks must at that time have been inclined only 1° or 2°. According to these inferred dips, the dome has a structural relief of 1,000–2,500 feet, assuming its present outcrop width. It surely had a broader base than this and consequently must have stood higher. This dome persisted as a topographic feature long enough to allow all of the Lance (Laramie of Schultz, 1920), Lewis Shale, Almond coal group and Ericson Sandstone of the Mesaverde (Hale, 1950, p. 55; Hansen and Bonilla, 1954, p. 24; Roehler, 1961, p. 96) to be eroded from large areas of the steep west and southwest flanks of the dome. Much of this erosion must have occurred before the lowest part of the Wasatch Formation (of Schultz; includes the Paleocene Fort Union) was deposited, because the Wasatch overlaps the basset edges of these eroded formations and members. Probably only Fort Union is involved in this overlap, as Roehler (1961, p. 96) reported that the Wasatch and Fort Union are conformable on both flanks of the uplift and that there is an angular discordance between the Fort Union and Upper Cretaceous rocks that ranges from 3° to more than 8°.

On the other hand, Pipiringos (1962, p. A26) reported an unconformity between the Wasatch and Fort Union, at least on the southeast flank of the Rock Springs uplift near Bitter Creek station (T. 18 N., R. 99 W.). He did not say, however, whether this unconformity involves angular discordance or not. Hansen and Bonilla (1954, p. 10) reported that their Fort Union(?) Formation along the flank of the Uinta Mountains rests on the Ericson Sandstone of the Mesaverde with an unconformity that ranges "* * * from near concordance to great angularity." Nevertheless, the Rock Springs uplift persisted as a topographic feature while much of the Fort Union (though according to Roehler, 1961, p. 98, it was thinned over the arch) and much of the Wasatch Formation were deposited and while the greater part, and possibly all, of the Green River Formation was deposited. Evidence that the Rock Springs uplift existed as a topographic feature is found in the distribution of the saline facies of the Green River Formation in the eastern part of the Green River Basin. Within a few miles east of the town of Green River, this thick saline facies changes into the shoal-water nonsaline facies that makes up White Mountain, which is the escarpment facing the west flank of the Rock Springs uplift. The significance of this change in facies of the Green River Formation is discussed more fully on p. A40. The Rock Springs up-

lift, however, did not reach its present structural relief until somewhat later in the Tertiary, certainly not until after deposition of the Bridger Formation.

The mountain ranges and hills that resulted from these major pre-Tertiary structural changes favored sedimentation in the basins adjacent to the mountain ranges.

Apparently the downwarping of the floors of these basins, which began early in the Tertiary or before, continued more or less uniformly all through the Eocene and was primarily responsible for the continuous sedimentation of the Wasatch, Green River, Bridger, and Uinta Formations. Thus, the Tertiary deposits described in this report owe not only their beginning but their full thickness to these major structural events. The low stream gradients between this region and the ocean apparently prevented the margins of these basins from being cut downward.

### EARLY EOCENE DEFORMATION

About the middle, or perhaps early, early Eocene, the forces which by the end of the Cretaceous had folded the pre-Tertiary rocks sharply in the Wyoming Range and more moderately a little way eastward acted again in essentially the same direction. This activity raised the mountains considerably, as is indicated by great masses of coarse conglomerate in the middle and upper parts of the Wasatch Formation along the north flank of the Uinta Mountains.

Subsurface data from sec. 30, T. 27 N., R. 100 W., reveal several thousand feet of conglomeratic beds in the Wasatch Formation (J. D. Love, written communication, May 1962). A comparable, though smaller, conglomeratic mass occurs in the Wasatch Formation near the Wind River Mountains (T. 27 N., R. 102 W.) and suggests that the Wind River Range was also uplifted then. Hansen and Bonilla (1954, p. 25–26) summarized briefly these events in the orogeny of the Uintas:

Whatever the mechanics of the first uplift, it is clear that the uplift was strong and that deep erosion preceded deposition of the earliest Tertiary beds. Despite strong uplift and deep dissection, however, the height of the range at this time probably was not great; judging from the lithology of the Fort Union(?) formation and the lower part of the Wasatch formation, erosion kept pace with uplift. By Fort Union(?) time erosion had penetrated at least 8,500 feet, and possibly considerably deeper into the pre-Tertiary cover of the range. By Wasatch time the range was eroded to its pre-Cambrian core in the eastern part of the area where the Uinta Mountain group became exposed.

During Wasatch time the range again began to rise. Coarse orogenic deposits about midway in the Wasatch section suggest a nearby source higher than the present Uintas.

These movements are also recorded by an angular unconformity in the Wasatch which both Powell

(1876, p. 164) and Sears (1924b, p. 305–306) described in the vicinity of Vermilion Creek, Colo. The effects of this early Tertiary deformation may have been restricted to the flanks of the mountain ranges and the margins of the adjacent basins, but they may also have included a slight deepening of the basins. Surely the increased height of the mountains had a marked effect on the characteristics of the sediments and must also have had a perceptible effect on the climate of the basin.

Evidence that compressive forces acted probably a little later in the Eocene was presented by Anderman (1955, p. 131), who noted a local angular unconformity within the Green River Formation in the vicinity of Manila, Utah. My own evidence for renewed tectonic activity at that time is restricted to a single locality on the western margin of the Green River Basin. There a narrow down fold just west of a nubbin of Jurassic rocks (T. 22 N., Rs., 114 and 115 W.) sank considerably while beds belonging to a tongue of the Wasatch Formation were being deposited. This tongue of Wasatch lithology overlies a basal tongue of the Green River Formation and underlies the main body of the Green River Formation, and as the Green River Formation is of middle Eocene age, the deformation is closely dated. The geology of this small area is discussed more fully below.

#### POST-EOCENE-PRE-MIOCENE(?) DEFORMATION

At some indefinite time after the Bridger Formation was deposited in the Green River Basin and before the Bishop Conglomerate (Miocene(?)) was deposited, compressive forces accentuated the Rock Springs uplift and steepened the dips locally to as much as 13°. Without departing from its original depositional dip, the Bishop Conglomerate bevels the tilted Bridger and Green River Formations and the more steeply inclined Upper Cretaceous rocks of the Rock Springs uplift.

The extensive erosion surface on which the Bishop Conglomerate was deposited indicates qualitatively that the post-Eocene deformation must have occurred appreciably earlier than the cutting of this erosion surface. In the Green River Basin this extensive surface bevels beds high in the Bridger Formation, and farther east it cuts progressively lower in the Tertiary; at Pine Mountain and Diamond Peak (near the junction of Wyoming, Colorado, and Utah) it bevels rocks that belong to a tongue of the Wasatch Formation which overlies the basal unit of the Green River Formation. These formations, therefore, must have been deformed long enough prior to the deposition of the Bishop Conglomerate to permit the removal of several thousand feet of beds over a large area and to allow for the reduction of the terrain to a remarkably smooth surface.

(See Bradley, 1936, p. 170–179.) The data are inadequate, however, to evaluate this erosion interval in terms of geologic epochs; consequently, the post-Eocene deformation cannot be dated more closely than post-Eocene–pre-Miocene(?).

#### POST-MIOCENE DEFORMATION

Post-Browns Park (Miocene(?)) faulting and folding along the margins of Browns Park near the Utah-Colorado boundary, near Diamond Peak, and in the valley of Vermilion Creek in Moffat County, Colo., have been discussed by Sears (1924a, p. 284–304). Post-Browns Park deformation in the fault zone along the southern margin of the Washakie Basin and in other localities along the Uinta Mountain front was also discussed in my report (1936, p. 179–190) on the geomorphic history of a large part of the region considered in the present report.

The post-Miocene faulting north and northeast of the Rock Springs uplift has been mentioned by McGrew and Berman (1955, p. 109) and by Love (1961a, p. 133–134). Presumably the faulting there occurred during the same epoch as that in the southern part of the area.

#### STRUCTURAL EFFECT OF ORIGINAL DIP AND COMPACTION

Some part of the gentle basinward dip of the rocks that border the area considered in this report probably was caused not by the tectonic forces that deformed these older rocks but by the conbined effect of the compaction of the Tertiary deposits and their original basinward dip. This hypothesis can be tested by considering how these factors operate and then making rough quantitative estimates of their probable magnitudes. The compaction accentuates the original or depositional dip by lowering the beds in the deep parts of the basin below the level at which they were deposited The effect of the changes due to depositional dip will be considered first.

#### DEPOSITIONAL DIP

It is evident that the fluviatile beds had an original or depositional dip toward the center of each original structural basin which was about equal to the gradient of the streams that deposited them. But as these beds are predominantly fine grained, the original dip probably did not exceed 1 or 2 feet per mile except in a rather narrow belt adjacent to the mountains. Thus the depositional dip of the fluviatile rocks of the Green River, Great Divide, and Washakie Basins is a real but minor factor in accounting for the present basinward inclination of the beds. The depositional dip of the

lacustrine beds, which are generally even finer grained, was probably negligible.

## GRAVITATIONAL COMPACTION

### REGIONAL EFFECT

Compaction can increase the depositional dip of sediments regionally and locally. Discussion of the effect of local differential compaction will be deferred until the probable magnitude of the regional effect is examined. Consider a column of Tertiary rocks in the central part of the Green River Basin. They are predominantly fine grained and, therefore, capable of considerable compaction. As each successive bed is deposited, those below are increasingly compacted. Actually the rate of compaction decreases as fine-grained sediments are compacted, because the original water must be squeezed out through more and more constricted pore capillaries (Terzaghi, 1925a). As the rate of accumulation of such fine-grained material is very slow, however, it is likely that compaction about keeps pace with sedimentation. In such a column of sediments where compaction has virtually ceased, both the thickness of a unit layer and its porosity decrease downward, but not at a uniform rate.

Using data published by Athy (1930) and Hedberg (1936), I made a rough analysis of the probable maximum compactibility of the column of Eocene sediments in the Green River Basin, from which it appears that differential compaction between the marginal and central parts of the Green River Basin may account for about 1° of the observed basinward dip. Depositional dip plus dip due to differential compaction might account for the observed basinward dips of 1°–1½° along the northern margin of the Green River Basin, but it is very improbable that the basinward dips of 2°–8° along the western margin and 3°–12° observed along the eastern margin of the Green River Basin could be explained in this way. Dips steeper than about 1½°, therefore, must have been produced by downwarping of the basin floors.

### LOCAL EFFECTS OF GRAVITATIONAL COMPACTION

Where fine-grained sediments bury an irregular topography, the total amount of gravitational compaction is less above buried hills than above the adjacent flats or depressions where the thickness of compactible sediments is greater. Compaction is also greater in columns of fine-grained sediments containing no sand lenses than in those containing sand lenses, because the sand is much less compactible (Terzaghi, 1925b).

In places along the western margin of the Green River Basin, erosion has revealed nubbins of pre-Tertiary rocks over which the Tertiary sediments were deposited. The beds of the Green River and Wasatch Formations that now rest against the flanks of these hills dip away on all sides at angles ranging from 1° to 8° steeper than the general regional dip of that locality. Within about 1 mile east of these buried hills, the dips flatten to angles of 2° or 3°. These relations between locally steepened dips and buried hills were observed at several places along the west border of the Green River Basin, but they are particularly well shown in secs. 5, 6, 7, and 8, T. 22 N., R. 114 W., and in secs. 1, 2, 11 and 12, T. 22 N., R. 115 W.

In many places the dips of the Tertiary beds steepen markedly as they approach and overlap onto a surface of steeply dipping pre-Tertiary rock. This is especially well shown in secs. 2 and 11, T. 22 N., R. 115 W., where the Fontenelle Tongue of the Green River Formation laps up against the dip slopes of the Beckwith Formation. There the dips in the sandy beds of the Green River Formation steepen 5°–10° within a few tens of feet of the Beckwith Formation. In this little area and, indeed, in other similar overlap areas, the beds of the Green River and Wasatch Formations generally tend to blanket a steep pre-Tertiary surface and to assume its same direction of slope. Actually the angular discordance is commonly large; nevertheless, the marked steepening close to the contact is conspicuous. Whether this steepening is all due to differential compaction, I have some doubts. It seems more probable that both abnormally high initial dips and some subsequent deformation are involved.

Differential compaction and other related features are also well shown in secs. 19 and 30, T. 22 N., R. 114 W. Here, small islands in the ancient Green River lake provided local sources of sediments. As a result, the beds of the Green River Formation adjacent to the former islands are somewhat coarser grained and locally are even conglomeratic. Because these coarse-grained facies grade abruptly into fine-grained sediments and were less compactible than the fine-grained material, and as relief on some of these hills was roughly 1,000 feet in three-quarters of a mile, differential compaction seems to be an adequate explanation of some of the local basinward dips of 4°–6°.

On one of these nubbins of steeply dipping pre-Tertiary rocks that at one stage formed tiny islands in the ancient lake, shore features near the top provide us with one of the few marks made by the surface waters of the lake. (See fig. 5.)

Thick but rather short lenses of tuffaceous sandstone are locally numerous in the fine-grained marlstone and oil shale that make up the lower part of the Laney Shale Member of the Green River Formation in the

BLM_0034642



FIGURE 5.—Field sketch of shore features of Gosiute Lake on the crest of a hill of Jurassic limestone (Twin Creek Formation) in sec. 6, T. 22 N., R. 114 W., Lincoln County, Wyo.  The domelike forms at the left represent an algal reef, which rests on a coarse beach sand.  Right of center is a small patch of angular limestone gravel that laps up on a limestone nubbin.  These beach features formed when the limestone hill was a very small island near the western margin of Gosiute Lake.

vicinity of the town of Green River. Beneath and between some of these sandstone lenses, units of fine-grained sediments have been compressed to about one-fifth of their original thickness. (See fig. 16.) Such features result in part from differential compaction and in part from differences in depth of the original tuff-filled channels and from a conspicuous feature of the landscape for many miles along the cliffs in this locality. (See figs. 11, 15.)

## STRATIGRAPHY

### GENERAL RELATIONS BETWEEN THE EOCENE FORMATIONS

The greater part of this report deals with three Eocene formations (Green River, Bridger, and Wasatch) which are defined wholly by their lithology. In the broadest and simplest terms, the Green River Formation is a huge lens of fine-grained generally calcareous sedimentary rock embedded in a thick body of somewhat sandy mudstone that fills a large intermontane basin (fig. 6). The body of mudstone is divided into the Wasatch Formation below the Green River and the Bridger Formation above. In most of the basin the three formations are readily separable because each has a distinctive lithology, though the boundary between the Green River and Bridger is nearly everywhere gradational and is uncertain in detail. Locally at the margin of the basin the Bridger overlies the Wasatch without a stratigraphic break. At other places along the margin, all three formations become conglomeratic and are inseparable.

During the Green River epoch, fluviatile sediments continued to accumulate around the margins of the basin in a belt that narrowed when the lake expanded and widened when the lake contracted. The lake fluctuated repeatedly, and some of the changes were large. As a result of the continual shift of the shoreline, the body of lacustrine sediments that makes up the Green River Formation interfingers or, on a larger scale, intertongues with fluviatile sediments of the same age but, by reason of its different lithology, belongs to a different formation—either the Wasatch or the Bridger. Actually, this interfingering of the two kinds of deposits is common and is on a wide range of scales—some to be measured laterally in tens of feet, others to be measured in tens of miles. Only those tongues or wedges of sediments that can be measured in miles of lateral extent have been mapped and given stratigraphic names. The stratigraphic relations between these tongues and members of the Green River and Wasatch Formations are shown schematically in figure 6. The geographic distribution of these units is indicated by their outcrop pattern on the geologic map (pls. 1, 2).

Bridger and Wasatch time, on the other hand, are defined by distinctive vertebrate faunas, and Green River time is defined by a distinctive fossil flora. Students of both the vertebrate remains and the fossil



FIGURE 6.—Diagramatic section showing the relations of the members and tongues of the Green River Formation to the tongues and main bodies of the enclosing Wasatch and Bridger Formations.  Tb, Bridger Formation; Tgl, Laney Shale Member of Green River Formation; Twnf, New Fork Tongue of Wasatch Formation; Tgw, Wilkins Peak Member of Green River Formation; Twc, Cathedral Bluffs Tongue of Wasatch Formation; Tgf, Fontenelle Tongue of Green River Formation; Tgt, Tipton Tongue and Tipton Shale Member of Green River Formation; Twn, Niland Tongue of Wasatch Formation; Tglu, Luman Tongue of Green River Formation; Tw, Wasatch Formation.

flora have long recognized that Green River time is in part equivalent to Bridger time and in part equivalent to Wasatch time.

This thumbnail sketch of the relations between the Eocene formations is intended only to orient the problem. The details of the stratigraphy and correlations are considered more fully in the following pages.

## LITHOLOGIC TERMS USED

The descriptive terms applied to sedimentary rocks generally lack precision, and a few of them have a variety of meanings, of which differ widely. Because of this uncertainty, the terms used in an earlier report (Bradley, 1931, p. 6–8) were defined and discussed rather fully. For convenience, those definitions are summarized here and the terms are used again in this report.

Claystone and siltstone are both massive fine-grained rocks defined by the size of the predominant grains. According to Wentworth's classification (1922), which is followed for these rocks, the division between clay and silt is at 0.004 mm (millimeter) and that between silt and very fine sand, 0.0625 mm. Although the name "claystone" is not intended to imply any particular minerology, it is likely that most of the crystalline grains less than about 0.004 mm in diameter belong to the general group of clay minerals or the closely related hydromicas. But these clay minerals and hydromicas are not by any means restricted in size and may be of such dimensions as to be properly classified as silt or even as sand. The adjectives "clayey" and "silty" imply an appreciable content of either clay- or silt-sized particles.

Mudstone is also a fine-grained massive rock, but it consists of an indefinite mixture of clay-, silt-, and sand-sized grains, and therefore the term is more general than "claystone" or "siltstone." Consequently, the adjective "muddy" signifies a rock that has an admixture of enough particles smaller than fine sand to change its general aspect.

Marl and marlstone are used as defined by Rosenbusch (1923):

Marl and dolomitic marl are intimate mixtures of crystalline calcite, occasionally of dolomite, with clayey substances whose character is not well known. In such mechanical mixtures the individual constituents vary between the widest limits, and, indeed, they show transition forms between limestone and dolomite on the one hand and clays and sandstones on the other.

The harder varieties of marl he called marlstone. Soft marlstone that has a chalky texture is referred to as chalky marlstone.

Shale is regarded as a structural term coordinate with slate, as advocated by Lewis (1924), who wrote:

It implies no particular composition except so far as certain materials of fine texture lend themselves to the development of the characteristic structure. This structure, or fissility, may be defined as the capacity of clayey strata for splitting into somewhat uneven flakes, thin chips, and wedgelike fragments approximately parallel to the bedding. Fissility is typically developed in most of the clay rocks of finer texture and in various unsorted mixtures, such as silty clay, sandy clay, and mud, and is commonly most conspicuous on weathered surfaces.

Although the term "shale" defines the size of the constituent particles of the rock only within a general range, it must imply that a large proportion of the particles are thin and flakelike, otherwise the rock would not be fissile. These flaky particles may have been deposited in that form, or they may have grown within the sediments during compaction and solidification. The characteristic shape, therefore, may be original or secondary. Consequently, shaly is used here to modify such rock names as marlstone and mudstone to indicate that they have either a slight or apparent fissility yet lack sufficient fissility to be regarded as shale.

"Papery shale" is a term used here to designate certain shaly organic marlstones that have a marked tendency to split along organic-rich laminae.

In general, fissility becomes apparent only on weathered surfaces. Fissility may be, and commonly is, lacking or wholly obscure in the completely fresh rocks that one sees in drill cores or in mines. Judged by such fresh rocks, the Green River Formation would be regarded as predominantly massive marlstone and mudstone.

The term "tuff" is used in this report to mean any bed that consists largely of volcanic ash, whether the volcanic constituents have been much altered or not. Virtually all the tuffs in the Green River Formation were deposited in a lake. Those in the Bridger and post-Eocene formations were deposited in shallow lakes or were more or less extensively reworked by streams.

Oil shale is a fine-grained sedimentary rock containing organic matter which was derived chiefly from aquatic organisms, waxy spores, and pollen grains; which is only slightly soluble in ordinary petroleum solvents; and of which a large proportion is distillable into a liquid similar to petroleum. Despite the name, most rich beds of oil shale in the Green River Formation cannot be regarded strictly as shale. Instead, they are dolomitic marlstones rich in organic matter. Nevertheless, a few are shaly. On the other hand, many low-grade oil-shale beds are papery shale. By low grade is meant any oil shale that will yield less than 10 gallons of oil per ton of rock. This division between low- and high-grade oil shale is arbitrary and is adopted merely as a convenience in exposition. I have used it here in the same sense that I used it in earlier reports.

W. C. Culbertson of the U.S. Geological Survey, in

BLM_0034644

criticizing this manuscript, reminded me that color should be mentioned as a significant criterion in recognizing oil shale in the field. All oil-shale beds of the Green River Formation are some shade of brown, though some of the richest beds are almost black; generally those that are this dark have a light-gray or even bluish-gray bloom on weathered surfaces.

## WASATCH FORMATION
### DEFINITION AND AGE

The Wasatch Formation of early Eocene age is a thick body of fluviatile sediments that is widely exposed in the area. It was named by Hayden (1869, p. 90) for exposures in Echo and Weber Canyons, Utah. In a later report (1871) he noted that these beds, which are conglomeratic in Echo and Weber Canyons, grade eastward into variegated sandy clays and sandstones. In the area treated in this report, variegated sandy mudstone is the predominant rock type in the Wasatch; though local facies are characterized by sandstone, carbonaceous shale, coal, or conglomerate.

### STRATIGRAPHIC UNITS

The Wasatch is treated in this report as one formation, though it includes at its base the Fort Union Formation of Paleocene age. For the purposes of this report this will not make a great deal of difference, because we shall be concerned primarily with the upper half of what is here called Wasatch. Wasatch, as used here, is apparently equivalent to the main body of the Wasatch Formation as used by Oriel (1961), though his two members were not identified. Swain (1957) reported 1,530–1,750 feet of Fort Union about 10 miles north of Baggs, Wyo. The lower part of these beds contains an early Paleocene flora and a middle Paleocene fauna. Swain also reported that the Fort Union there rested conformably on the underlying Lance but was overlain along an angular discordance by the Wasatch Formation. The approximate boundary between the Wasatch and Fort Union is shown on the "Geologic Map of Wyoming" (Love, Weitz, and Hose, 1955), though the small indefinite area of Fort Union shown on the west flank of the Rock Springs uplift is probably much too short. Additional mapping of the Fort Union is much needed in that area.

According to Pipiringos (1962, p. A26),

"* * * the upper part of Schultz' 'Wasatch' is about 1,400 feet thick and is separated from the lower part by an unconformity. The beds below the unconformity (the lower part of Schultz' 'Wasatch') are about 1,100 feet thick, contain plants of Paleocene age, and rest unconformably on the Lance Formation of Late Cretaceous age."

The locality he described is along the southeast flank of the Rock Springs uplift near Bitter Creek station on the Union Pacific Railroad.

The late Roland W. Brown, of the U.S. Geological Survey, told me that he collected fossil plants and mammals of Paleocene age from a thick section of sandstone and mudstone beds just west of Rock Springs, on the south side of Bitter Creek, in the sequence of beds that Schultz included in his Wasatch.

In the upper part of the Wasatch, as here defined, are three tongues that interfinger with the lower part of the Green River Formation. These tongues have been mapped and named. Little study was given to the main body of the Wasatch Formation, but it contains at least one large sandstone unit, several conglomeratic facies, and several possible lacustrine lenses or facies that could be mapped. Separating the lower part of the Wasatch from the Fort Union is doubtless possible, but the boundary would require rather critical study.

Along the west side of the Green River Basin, I have distinguished only the main body of the Wasatch Formation and one tongue of the Wasatch, the New Fork Tongue. As in other parts of the area covered in this report, my investigation was restricted mostly to the upper parts of the main body of the Wasatch—approximately equivalent to what Veatch (1907, p. 87–96) called the Knight Formation. Steven S. Oriel, of the U.S. Geological Survey, redefined (unpub. data) and divided the Wasatch into two members and two tongues. The two members of what I have shown (pl. 1) simply as Wasatch are the Chappo Member at the base, which is of Paleocene age and perhaps in part also of Eocene age, and the unconformably overlying La Barge Member, which consists chiefly of red and variegated mudstone and muddy sandstone. The two tongues of the Wasatch are the New Fork Tongue (used in this report, pl. 1) and a higher tongue which Oriel (1961, p. B152) referred to simply as upper tongue. I think that this upper tongue probably is restricted to the northwestern part of the Green River Basin.

In the same paper Oriel (1961) listed seven genera of vertebrate fossils collected from his Chappo Member and referred by C. L. Gazin, of the U.S. National Museum, to the Paleocene. Oriel listed also a number of freshwater clams and snails and land snails collected from the Chappo Member. These were studied by D. W. Taylor, of the U.S. Geological Survey, who reported that the land snails, which in places were numerous, have Eocene affinities but that the freshwater forms have Paleocene affinities. Few new vertebrate fossils or mollusks were found in the overlying La Barge Member of the Wasatch. This member is considered as of middle(?) and late early Eocene age—that is, Lysite(?) and Lost Cabin.

EOCENE ROCKS, WYOMING-COLORADO-UTAH                    A21



FIGURE 7.—Banded gray and red mudstone close to the top of the Wasatch Formation in the valley of Red Creek in sec. 24, T. 13 N., R. 104 W., Sweetwater County, Wyo.  The flat top of Little Mountain shows on the skyline at the right and Richards Peak shows to the left of center in the distance.

Pipiringos (1962, p. A14) applied the name Red Desert Tongue to that part of the Wasatch lying between the Fort Union Formation and the base of the lowest tongue (Luman) of the Green River Formation. He reported that this part of the Wasatch is about 1,000 feet thick on the east flank of the Rock Springs uplift and there rests unconformably on the Fort Union.  Vertebrate fossils he collected in sec. 12, T. 23 N., R. 100 W., indicate an earliest Eocene (Graybull and Sand Coulee) age for the beds near the base of his Red Desert Tongue.  Pipiringos also listed (p. A15) other fossil vertebrates and invertebrates found near the top of the Wasatch in the Great Divide Basin which indicate an early Eocene age.  The fossil plants he found were determined as of Eocene age.

McGrew and Roehler (1960), reported vertebrate fossils from the Wasatch on the west flank of the Rock Springs uplift (secs. 7, 8, and 17, T. 18 N., R. 105 W.) that also indicate a early Eocene (Graybull) age.  From beds above those in which these fossils were found, they reported additional vertebrate fossils that suggest a Lysite age.

In this report I have not used the name Red Desert Tongue because over almost the whole large area covered by the map (pl. 1) the Wasatch, below the lowest Green River tongue, does not have an inter-

tonguing relationship with adjacent formations.  The Red Desert Tongue is equivalent to what I am calling the main body of the Wasatch in this report.  Future work may show that the Red Desert Tongue of Pipiringos and my main body of the Wasatch are actually equivalents of Veatch's Knight formation.  Gazin (1959, p. 134) indicated this correlation on the basis of his extensive studies of the Rocky Mountain Tertiary formations and their vertebrate faunas.  Schultz (1920, p. 29) referred to this part of the Wasatch simply as the Wasatch Formation, inasmuch as he regarded the Cathedral Bluffs as a member of the Green River Formation.  Sears and I (1924, p. 98–99) later expressed the concept that the Cathedral Bluffs should be thought of as a tongue of the Wasatch Formation.

Over the greater part of the area covered by this report, the main body of the Wasatch consists predominantly of sandy gray mudstone in which lenses and irregular beds of sandstone are fairly common and locally are plentiful.  The mudstone of most parts of the area is only streaked with red bands, but, locally, layers of red mudstone and claystone are so numerous that the formation appears to be predominantly red— for example in the area southwest of the Rock Springs uplift.  (See fig. 7.)  Southeast of the Rock Springs uplift in the basin of Vermilion Creek, however, the

Wasatch is prevailingly gray, even including the sandstones. The name "Red Desert" as used within the Great Divide Basin, north of Washakie Basin, takes its name from the reddish soil derived from the few red mudstone layers in the Wasatch.

Carbonaceous shale and lenticular beds of subbituminous coal are rather common in the upper 3,000 feet of the main body of the Wasatch. In the basin of Vermilion Creek, southeast of the Rock Springs uplift, and in the Great Divide Basin, coal beds and carbonaceous shale are locally common. In a few places these coal beds have been mined for domestic use.

The coals in the central part of the Great Divide Basin have been studied by Pipiringos (1962, p. A41–A59), who gave analyses as well as a great deal of information on the distribution and thickness of the individual beds. Nearly all these coal beds contain from 0.001 to 0.003 percent uranium. Locally, however, parts of these beds contain no uranium, whereas in other places parts of beds contain as much as 0.026 percent.

The sandstone lenses and beds scattered through the thick body of Wasatch mudstone range widely in texture, color, and structure. Fine- to medium-grained buff massive to crossbedded sandstone lenses are rather common around the Rock Springs uplift. Gray carbonaceous medium-grained sandstone beds and rusty brown crossbedded lenses are also common in the same locality. These three types of sandstone may have been derived from Upper Cretaceous rocks eroded from the Rock Springs uplift, for they resemble the Upper Cretaceous sandstones and many of the false beds in the crossbedded Wasatch sandstones dip away from the flanks of the uplift. Sandstone beds and lenses in the main body of the Wasatch in other parts of the area range in texture from that of fine sand to conglomerate and in color from buff to dark rusty brown, from dark red through pink to white, and from light gray to nearly black, depending upon the quantities of dark minerals and carbonaceous material.

The main body of the Wasatch Formation differs in thickness from place to place because it was laid down upon an uneven surface. Along the Wyoming-Utah boundary near Richards Peak (T. 12 N., Rs. 105 and 106 W.), the Wasatch is approximately 7,000 feet thick, but how much of this should be assigned to the Fort Union is unknown. About 35 miles southeast of Richards Peak, in the vicinity of Vermilion Creek, Nightingale (1930, p. 1021) measured the thickness of the main body (his Lower Wasatch or Hiawatha Member) of the Wasatch Formation as 4,500 feet. Sections of the part of the Wasatch exposed around the Rock Springs uplift were measured at the following localities: About 3 miles

north of Rock Springs (T. 19 N., R. 105 W.), where the thickness is 1,780 feet; along Salt Wells Creek (Tps. 13 and 14 N., Rs. 103 and 104 W.), where the thickness is 2,565 feet; and in the western part of T. 14 N., R. 101 W., where the thickness is 3,000 feet. All these sections, except perhaps Nightingale's, it should be understood, include an unknown amount of Paleocene rocks at the base.

Although the main body of the Wasatch is regarded as a single stratigraphic unit, significant departures from the usual lithology were observed in several parts of the area. These changes evidently reflect local environments at the time the formation was deposited, though some may reflect tectonic changes.

At several places along the north flank of the Uinta Mountains, the Wasatch contains thick units of coarse conglomerate. One of the most notable of these is the conglomerate that makes up Richards Peak, just north of the Wyoming-Utah boundary in the southern parts of T. 12 N., Rs. 105 and 106 W. This conglomerate is in the upper part of the Wasatch Formation, is approximately 2,700 feet thick, and makes a high ridge several miles long. Pebbles, cobbles, and boulders of limestone predominate, but those of red quartzite are almost equally abundant. The limestone evidently was derived from the Carboniferous limestone hogbacks along the north flank of the Uinta Range. Indeed, some of the boulders contain Pennsylvanian fossils (James S. Williams, oral communication, 1931). The red quartzite plainly came from the great mass of red quartzite that makes up the central part of the Uinta Range and that is known as the Uinta Mountain Group. Pebbles and cobbles of white quartzite and hornblende schist quite as plainly came from the Red Creek Quartzite, whose only outcrops are in that part of the Uinta Range just a few miles south and southeast of Richards Peak. All the kinds of rock found are fresh and range in shape from angular to fairly well rounded. They have an extreme range in diameter from about half an inch to more than 5 feet, but most of the conglomerate is rather well sorted and and consists of pebbles 1–2 inches in diameter. Locally, however, thick lenses consist chiefly of cobbles that are 4–8 inches across. A matrix of coarse buff sand fills the interstices of the conglomerate. The conglomerate here has been tilted, so that it dips 23° northward, and as a result of differential movement during the tilting, many of the cobbles and boulders have been sheared.

Below the conglomeratic facies, the Wasatch Formation consists of sandy mudstone that contains only a few widely spaced lenses of sandstone. Above the conglomeratic facies is a considerable thickness of red

and gray banded sandy mudstone that contains many short irregular lenses of conglomeratic sandstone. This banded unit is overlain by a thinner unit of flaky carbonaceous shale that contains thin layers of lignite, shell marl, sandy gray clay, and persistent, regular thin beds of sandstone. As mentioned above, the whole formation at this place is approximately 7,000 feet thick.

A few miles east of Richards Peak is Tepee Mountain, a large sprawling feature made up of a similar conglomeratic facies of the Wasatch. This conglomeratic mass extends about 10 miles along the strike. The rocks are not well exposed, but apparently the conglomerate merges southeastward into mudstone in T. 3 N., R. 25 E., S.L.M., Daggett County, Utah.

A thin zone of coarse-grained conglomerate was found in the Wasatch a few miles northwest of Oregon Buttes (T. 27 N., R. 102 W., Fremont County, Wyo.). This conglomeratic facies makes a rather large strike ridge that extends west from the base of Oregon Buttes. The beds consist of wholly unsorted material that ranges in size from coarse sand to boulders as much as 13 feet across. Most of the large boulders are of granite and are rounded or subangular; the smaller pieces, of schist, are angular. Southward and in both directions along strike, this conglomerate grades into mudstone that is typical of most of the Wasatch exposed in this area.

Along the eastern and northeastern margins of the Great Divide Basin, Pipiringos (1962, p. A34–A35) and Masursky (1962, p. B10–B14) described a great fan of coarse-grained to pebbly arkosic sandstone (the Battle Spring Formation) that interfingers westward and southwestward with all of the subdivisions of the Wasatch and Green River Formations except the Laney Shale Member of the Green River. This great bulk of arkose was derived from the Granite Mountains, which lie northeast of the area shown on the geologic map, plate 1. (See, however, fig. 10.)

The coarse conglomerates in the main body of the Wasatch were evidently deposited by vigorous streams that emerged from either the Uinta, Wind River, or Granite Mountains onto an aggrading alluvial plain. The abundance of rather well rounded cobbles and boulders of unweathered rock suggests that the streams were actively cutting in mountains of considerable height. Furthermore, in the thick conglomerate at Richards Peak the small quantity of muddy sediment, the moderately good sorting of thick units of the conglomerate, and the matrix of coarse sand suggest that the streams, in that locality at least, had a rather uniform flow and were not subject to recurrent torrential floods. Deposits produced by torrential floods

are characteristically ill-sorted mixtures of mud, sand, cobbles, and boulders.

The occurrence of these coarse conglomeratic facies along the north flank of the Uinta Mountains at approximately the same stratigraphic position in the main body of the Wasatch suggests that they were produced by tectonic changes in the regimen of the streams draining the adjacent parts of the Uinta Range. No other evidence, however, of uplift of the eastern part of the range was recognized in the Wasatch Formation of that locality.

In working out the tectonic history of the area, it is probably significant that the Wasatch along the western side of the Green River Basin does not contain these large conglomeratic facies except locally in the vicinity of La Barge and Fontenelle creeks (Steven S. Oriel, written communication, 1957). These western conglomerates, unlike those along the Uinta Mountains, are poorly sorted and have a muddy matrix.

A red sandstone facies makes up the middle part of the main body of the Wasatch Formation in the valley between the Rock Springs uplift and the escarpment of the Green River Formation that makes the eastern rim of the Green River Basin. This facies extends northwestward nearly to the Union Pacific Railroad. Where best exposed (T. 16 N., R. 105 W.), this sandstone unit is several hundred feet thick and forms a high rocky ridge whose cliffs and slopes resemble exposures of the red quartzite of the Uinta Mountain Group. The sandstone in the Wasatch, however, is softer and more friable and is more irregularly bedded. It is a coarse-grained crossbedded sandstone that ranges in color from brick red to a rather dull purplish red. Locally it is gravelly or even conglomeratic. H. W. Roehler of the Mountain States Fuel Supply Co. (oral communication, Aug. 1963) interpreted this red sandstone facies as a sand mass derived from the Upper Cretaceous sandstone formations of the Rock Springs Uplift, which were arched up along the Wamsutter Arch during middle Wasatch time. The axis of the Wamsutter Arch extends from the vicinity of Wamsutter, Wyo., southwestward diagonally across the central part of the Rock Springs Uplift, whose axis runs generally north-south. The fact that this great sandstone lens dies out into mudstone both southward and northward lends strong support to Roehler's interpretation.

### NILAND TONGUE

Pipiringos (1962, p. A24–A29) separated from the lower part of what I had mapped near Wamsutter (Bradley, 1945) in 1933 as Tipton Tongue of the Green River Formation an additional tongue of the Wasatch Formation, the Niland Tongue. He mapped this

tongue northward and northwestward from the north rim of the Washakie Basin out into the Great Divide Basin where it passes beneath the Tipton Tongue of the Green River Formation. (See pl. 1.) Northeastward the Niland Tongue grades laterally into the coarse-grained arkosic sandstone of the Battle Spring Formation.

At its type locality (T. 24 N., Rs. 95 and 96 W.) the Niland Tongue of the Wasatch Formation is about 400 feet thick and consists of characteristic Wasatch lithology—that is, predominantly gray mudstone and gray to nearly white lenticular sandstone beds. Interbedded with these are thinner beds of carbonaceous shale and coal beds.

Pipiringos reported fossil plants and mollusks from the middle part of the Niland which indicate an early Eocene age. McGrew and Roehler (1960, p. 158) reported finding a rather large vertebrate fauna in the Niland along the northwestern margin of Washakie Basin (sec. 8, T. 18 N., R. 98 W.). They characterized this fauna as a typical Lost Cabin fauna.

Eastward the Niland grades into the Battle Spring Formation and loses its identity. Northwestward it becomes the uppermost part of the main body of the Wasatch because the Luman Tongue of the Green River Formation disappears in that direction. In the vicinity of Steamboat Mountain, near the north end of the Rock Springs uplift, neither the Luman nor the Niland Tongue can be identified. Pipiringos and I traced the Niland and Luman Tongues 6–8 miles southward along the east side of the Washakie Basin and 10–15 miles southward along the west side of the Basin. The boundaries of these tongues are shown accurately around the north end of Washakie Basin where Pipiringos mapped them (secs. 6 and 7, T. 19 N., R. 94 W., and Tps. 19 N., Rs. 95 and 96 W.). Southwestward from there I had sketched these boundaries on aerial photographs. In 1958 J. D. Love of the Survey revised my boundaries in the field and adjusted them to the topography of the Army Map Service 1:250,000 map. Around the northeastern part of the Washakie Basin I have sketched, without control, the boundaries of the Niland and Luman Tongues southeastward until they die out. (See pl. 1.) The base of the Luman Tongue, however, was mapped by planetable and telescopic alidade in 1933, at which time I regarded it as the base of the Tipton Tongue of the Green River Formation.

In the fall of 1957, Dwight Taylor and I identified the Niland Tongue of the Wasatch and the Luman Tongue of the Green River on the west side of Washakie Basin (secs. 14, 15, 23, 24, T. 15 N., R. 101 W.) and

mapped them from there southward into Colorado. This work is discussed more fully on pages A29 and A30 under the subheading "Luman Tongue."

In the basin of Vermilion Creek, southwest of Washakie Basin, the Niland is nearly everywhere less than 100 feet thick and contains several units of brown flaky shale that resembles the shale in the underlying and overlying tongues of the Green River Formation. The remainder of the Niland Tongue in that area, however, is characteristic of the Niland farther north. The most distinctive aspect of the Niland in this part of the area is a nearly white very lenticular tuff. (See fig. 8.) This is a crystal tuff that consists almost wholly of small sharply angular crystals of quartz and feldspar.

Along the southeastern edge of the basin of Vermilion Creek the Niland thickens rather rapidly and assumes a wholly Wasatch aspect. Along the west side of this basin the Niland Tongue thins to about 65 feet in sec. 4, T. 12, N., R. 101 W., and pinches out entirely between there and Canyon Creek (sec. 18, T. 12 N., R. 101 W.), about 3 miles farther southwest.

Around the northeastern margin of the Washakie Basin, the Niland contains near its top a rather remarkable canneloid subbituminous coal bed. This coal bed, which is 6 feet thick, can be traced at least 4 miles along the outcrop. Microscopic examination of thin sections of the coal shows that it contains a considerable quantity of pollen and leaf-cuticle residues, which give it a canneloid aspect. The most unusual feature, however, is the occurrence in its joint cracks and along bedding planes of the rare minerals tschermigite, an ammonium alum $[(NH_4)Al(SO_4)_2+12H_2O]$, and ammoniojarosite $[NH_4Fe_3(SO_4)_2(OH)_6]$. Also present is the rare mineral melanterite $[Fe^{+2}SO_4 \cdot 7H_2O]$. The tschermigite is rather plentiful, and the ammoniojarosite is common but less abundant than the tschermigite. E. T. Erickson of the U.S. Geological Survey published (1922) an analysis of the tschermigite and a description of the tschermigite and ammoniojarosite. At that time it was the first recorded occurrence of tschermigite in the United States and the first record of ammonical jarosite. Since then both tschermigite and ammoniojarosite have been reported from southern Utah (Shannon, 1927).

The canneloid coal has been mined for local use, and one tunnel about 150 feet long in sec. 7, T. 19 N., R. 94 W., has been mined out to make a rather large room. A sample taken from the working face in this room has the following analysis, which was made by the U.S. Bureau of Mines.

BLM_0034649



FIGURE 8.—White crystal tuff about 22 feet thick in the upper part of the Niland Tongue of the Wasatch Formation close to the SW cor. sec. 4, T. 12 N., R. 101 W., Sweetwater County, Wyo.  The man is standing on the base of the tuff, which is lenticular along the strike.  At this place the Niland is about 65 feet thick.

*Analysis of canneloid coal from the Niland Tongue of the Wasatch Formation*

[Data in weight percent]

|  | As received | Moisture and ash free |
|---|---|---|
| Moisture | 9. 9 | ------ |
| Volatile matter | 45. 0 | 52. 5 |
| Fixed carbon | 40. 7 | 47. 5 |
| Ash | 4. 4 | ------ |
|  | 100. 0 | 100. 0 |
| Hydrogen | 4. 5 | 3. 9 |
| Carbon | 51. 8 | 60. 4 |
| Nitrogen | 1. 9 | 2. 3 |
| Oxygen | 33. 8 | 29. 2 |
| Sulphur | 3. 6 | 4. 2 |
| Ash | 4. 4 | ------ |
|  | 100. 0 | 100. 0 |

The analysis shows that this coal has a much lower ash and moisture content than do the other Wasatch coals, analyzed for Pipiringos (1962, p. A44–A45). This coal also contains somewhat more nitrogen and sulfur than is found in most subbituminous coals. Presumably the high contents of nitrogen and sulfur are accounted for by small amounts of ammoniojaro-site in the coal, as the tschermigite was rather carefully picked from the sample before analysis.

Pipiringos (1962, p. A59) mentioned that this canneloid coal bed thins rather abruptly westward along the north rim of the Washakie Basin. He discussed briefly other coals in the Niland farther north in the Great Divide Basin.

At three localities in Tps. 24 N., Rs. 95 and 96 W., Pipiringos (1962, p. A12) collected fossil plants from the Niland Tongue which Roland W. Brown of the U.S. Geological Survey identified as of Eocene age.

Pipiringos (1962, p. A12) also collected ostracodes from T. 24 N., R. 95 W., which were identified by R. E. Peck of the University of Missouri.  Peck expressed the opinion that they represented a Paleocene or early Eocene age.

W. C. Culbertson, of the U.S. Geological Survey, showed in the field (Aug. 1963) that either the Niland Tongue of the Wasatch Formation, or its homotaxial equivalent, extends for several tens of miles along the east side of the Green River Basin from the east flank of Little Mountain northward almost to the south flank of Wilkins Peak. Along this escarpment the Niland Tongue, or its equivalent, is about 200 feet

BLM_0034650

thick and has much the same lithology as the underlying main body of the Wasatch Formation. This tongue of the Wasatch is separated from the main body of the Wasatch by a thin tongue or, lens, of brownish-buff lacustrine beds, which is evidently the homotaxial equivalent, or perhaps was once the actual extension, of the Luman Tongue of the Green River Formation.

#### CATHEDRAL BLUFFS TONGUE

The Cathedral Bluffs Tongue of the Wasatch Formation encircles the greater part of Washakie Basin. Southeast (Tps. 12 and 13 N., R. 93 W., Carbon County, Wyo.) of Washakie Basin, where the Tipton Tongue of the Green River Formation dies out, the Cathedral Bluffs Tongue becomes part of the main body of the Wasatch Formation. The Cathedral Bluffs Tongue is also exposed north of the Rock Springs uplift. From that locality it has been traced eastward as far as T. 26 N., R. 95 W., where it loses its identity in the Battle Spring Formation of Pipiringos (1962, p. A32). Westward it thins and fingers out into its stratigraphic and time equivalent, the Wilkins Peak Member of the Green River Formation in T. 24 N., R. 104 W., Sweetwater County, Wyo. (Bradley, 1926, pl. 59). The relations between the Wasatch and Green River Formations and the history of the terminology have been discussed in two earlier reports (Sears and Bradley, 1924; Bradley, 1926, p. 122–125), but in those reports the Wilkins Peak Member of the Green River Formation was regarded as the Laney Shale Member.

The Cathedral Bluffs Tongue consists predominantly of gray mudstone that is banded with pink and red layers. In the steep badland slopes that characterize this unit, the red clay washes down over the gray, giving the impression that red mudstone and claystone make up the greater part of the unit. Bands of red are less numerous near the mountains in both the northern and southern parts of the area. Near the mountains also, lenses and beds of buff, brown, and greenish-gray sandstone are rather common; but farther out in the basin, sandstone layers are less numerous and, though lenticular, they are generally somewhat thinner. Locally thin beds of algal limestone are interbedded with the sandy mudstone. To the east (T. 26 N., R. 96 W.) in the area mapped by Pipiringos, the Cathedral Bluffs Tongue becomes sandy and conglomeratic; still farther east it merges with the Battle Spring Formation.

A maximum thickness of 1,750 feet was given by Nightingale (1930, p. 1021) for the Cathedral Bluffs near its southwestern limit along Kinney Rim in northwestern Colorado, and Pipiringos (1962, p. A32) estimated the thickness west of Lost Creek as 1,100–1,300 feet. At Pine Butte (T. 16 N., R. 100 W.), Schultz gave the thickness as 740 feet. But as Love illustrated (written communication, 1964), subsurface data from only about 9 miles farther southeast (sec. 35, T. 15 N., R. 99 W.) show that the Cathedral Bluff thickens to about 2,340 feet. Indeed, Love's figure shows that in several wells within the Washakie Basin the Cathedral Bluffs is about this thick but thins markedly, both east and west, toward the outcrops around the margins. On the northeast side of Washakie Basin, east of Barrel Spring (in T. 17 N., Rs. 93 and 94 W., Carbon County, Wyo.), the Cathedral Bluffs is only 115 feet thick.

Vertebrate fossils are rare in the Cathedral Bluffs Tongue, but Morris (1954, p. 195–199) collected a surprisingly large number of bones at four localities along the northeast side of the Washakie Basin (T. 15 N., R. 93 W. to T. 19 N., R. 95 W.). He regarded (p. 199) these as indicative of middle Eocene age ("* * * between Lost Cabin level and Bridger B, perhaps being represented by the rarely fossiliferous sediments of Bridger A * * *"). Gazin (1959) later reviewed Morris' collection and expressed the belief that it represents Lost Cabin level of the Wasatch. Morris observed that most of the fossils from the Cathedral Bluffs Tongue are smaller mammals, notably rodents and condylarths, and suggested that the biocoenose is representative of a forest environment. Gazin (1959, p. 135) revised Morris' faunal list to include the following rather diverse kinds of vertebrates:

Marsupalia:
    *Peratherium,* 2 sp.
Insectivora:
    *Notharctus,* sp.
Tillodontia:
    *Trogosus? latidens* Marsh
Primates:
    *Absarokius witteri* Morris
Rodentia:
    paramyid rodent
Carnivora:
    *Viverravus* cf. *V. lutosus* Gazin
    *Didymictus* cf. *D. altidens* Cope
Condylartha:
    *Hyopsodus* sp.
Perissodactyla:
    Cf. *Hyracotherium* sp.
    *Eotitanops* sp.
    *Hyrachyus* cf. *H. modestus* Leidy
Artiodactyla:
    Cf. *Hexacodus* sp.

North of the Rock Springs uplift (sec. 21, T. 24 N., R. 101 W.) I found numerous fragments of turtle bones near the base of the Cathedral Bluffs Tongue.

McGrew and Roehler (1960, p. 158) reported further on vertebrate fossils found in the Cathedral Bluffs Tongue.

To the west of Dad, Wyo., in the upper part of the Cathedral Bluffs, a single rodent tooth was found by McGrew which was identified by R. W. Wilson (personal communication) as *Sciuravus nitidus* Marsh, a probable Bridger form.  In sec. 30, T. 25 N., R. 101 W., a rodent fauna was found above the Tipton and below the Laney which H. E. Wood (personal communication) believed to be more or less intermediate between Lostcabinian and Bridgerian.  From the evidence available it appears that the Cathedral Bluffs is certainly in part typical Lost Cabin (if it can be assumed that New Fork and Cathedral Bluffs are time equivalents) but that it may transgress the time boundary between Lostcabinian and Bridgerian.

The time equivalence of Cathedral Bluffs and New Fork Tongues of the Wasatch is discussed below.

### NEW FORK TONGUE

Another tongue of the Wasatch Formation extends for about 100 miles along the west side of the Green River Basin. (See pl. 1.)  Like the Cathedral Bluffs Tongue, it is separated from the main body of the Wasatch Formation by a thin basal tongue of the Green River Formation.  Where this tongue of the Green River Formation thins and loses its identity to the north (T. 29 N., R. 110 W.) and to the south (T. 14 N., R. 118 W.), the tongue of the Wasatch Formation becomes a part of the main body of the Wasatch.  Donovan (1950, p. 64) mapped this tongue for a few miles along the east side of Green River (T. 30 N., R. 109 W., southwest to the northeastern part of T. 28 N., R. 111 W.) and named it the New Fork Tongue of the Wasatch Formation from its exposures in the buttes "* * * overlooking the Green River–New Fork River junction." Donovan mapped his New Fork Tongue of the Wasatch only to the northeastern part of T. 28 N., R. 111 W. (about 14 miles northeast of La Barge), whereas, according to my interpretation, this tongue extends some 80 miles farther southwest into T. 14 N., R. 118 W. (See pl. 1.)  Stephen S. Oriel, of the U.S. Geological Survey, told me (written communication, 1957) that Donovan apparently had regarded red mudstones as an essential element of the New Fork Tongue and had terminated the unit where the reds graded southeastward into greenish-gray to light-gray mudstone and gray, tan, and brown sandstone.

Through the generosity of Mr. Oriel, I am able to include on the geologic map (pl. 1) his hitherto unpublished detailed mapping of the margin of the Green River Basin (north from lat. 42° N. to La Barge Creek and thence northward along the east side of the Green River to the northern part of T. 28 N., R. 111 W.).

Throughout most of its length the New Fork Tongue consists largely of gray sandy mudstone that is banded with thin layers of pink to maroon mudstone or clay. Irregular beds and lenses of coarse-grained crossbedded gray to dark-greenish-gray sandstone, however, in places containing an abundance of well-rounded gray to black chert pebbles, make up a large percentage of the tongue.  A particularly sandy facies of this unit is exposed along Hams Fork on the main road between Kemmerer and Opal.  About 7 miles farther north, however, where the main road from Kemmerer north to Big Piney crosses the New Fork Tongue, the tongue contains little sandstone and is prevailingly red. Superficially the New Fork Tongue resembles the more somber phases of the Beckwith Formation of Late Jurassic and Cretaceous age, which it overlaps in many places and from which it probably was in large part derived.

The New Fork Tongue of the Wasatch Formation is 235 feet thick in sec. 31, T. 28 N., R. 112 W., and is approximately 380 feet thick along the main line of the Union Pacific Railroad just west of Carter (T. 17 N., Rs. 115 and 116 W.).  Southward from the vicinity of Carter it thickens at the expense of the underlying tongue of the Green River Formation.

Gazin (1952, p. 13) suggested that the fossil vertebrates in the New Fork Tongue of the Wasatch Formation represent the upper stage of the Lost Cabin (Wasatchian) age.  The fauna is characterized by *Meniscotherium chamense*, Cope, *Hyrachyus* spp., and *Bathyopsis*.  *Lambdotherium popoagicum* Cope, is the most abundant species found, but the fauna also includes such typical Wasatchian forms as *Heptodon*, *Meniscotherium*, *Esthonyx*, and *Ambloctonus* cf. *A. major* Denison.  Morris (1954, p. 199) observed that "* * * in spite of the relatively large number of isolated teeth found, none of the genera, with the exception of *Hyrachyus* and *Hyopsodus*, listed as occurring in the New Fork, have been identified in the Cathedral Bluffs Tongue."  He then went on to make the very interesting, though tentative, suggestion that the New Fork Tongue is equivalent to at least part of the Tipton Tongue of the Green River Formation—that is, that the New Fork Tongue of the Wasatch on the west side of Green River Basin may be, in part, older than the Cathedral Bluffs Tongue of the Wasatch east of the Rock Springs uplift.  Prof. Paul O. McGrew (oral communication, 1957) of the University of Wyoming, after studying the vertebrate faunas from these formations in various parts of the Green River and Washakie Basins, also believed that there is a fair basis for believing that the New Fork Tongue is somewhat older than the Cathedral Bluffs Tongue.  Indeed, McGrew and Roehler (1960, p. 158)

* * * found a small but diagnostic fauna in the Tipton Tongue of the Green River Formation in sec. 30, T. 25 N., R. 101 W. The fauna is of Lost Cabin age (late early Eocene) with *Cynodontomys*, *Hyracotherium*, and *Lambdotherium*. The Tipton Tongue at this locality was described by Bradley (1926) as representing a near-shore facies.

Apart from this evidence from the vertebrate fossils, I believe that there is good reason for thinking that the New Fork and Cathedral Bluffs Tongues of the Wasatch Formation are essentially contemporaneous. Each is a wedge of fluviatile sediment that grew basinward from the mountains contemporaneously as the lake in which the Green River Formation was deposited shrank to the small size it was during the Wilkins Peak stage. If these thick and extensive wedges of fluviatile sediment were not contemporaneous, we must suppose that the floor of the lake basin was so deeply depressed that the whole lake (during its low stage) was shifted to one side of the basin while a great wedge of fluviatile sediment formed on the opposite side. Then the first wedge of fluviatile sediment must have been warped downward to become the bed of the lake while a second wedge of fluviatile sediment grew in from the opposite side of the basin. And, finally, the axis of the lake basin must have returned to its original position near the geographic center of the Green River Basin. The vertical continuity of moderately shoal-water lacustrine sediment (Wilkins Peak Member of the Green River Formation) along the east side of the Green River Basin argues against this complex interpretation.

Gazin (1959), after collecting additional fossils and studying the fossils Morris collected from the Cathedral Bluffs Tongue, concluded that the Fontenelle Tongue of the Green River Formation and the New Fork Tongue of the Wasatch Formation on the west side of the Green River Basin are equivalent, respectively, to the Tipton Tongue of the Green River and the Cathedral Bluffs of the Wasatch Formation east of the Green River Basin.

Oriel (1961) found in the Fontenelle Creek–La Barge Creek area (Fort Hill quadrangle) still another tongue of Wasatch lithology roughly 100 feet above the base of the Laney Shale Member of the Green River Formation. This tongue of the Wasatch, which he calls the upper tongue, is about 90 feet thick along Fontenelle Creek and consists largely of gray to brown muddy sandstone and greenish-gray mudstone, but it includes also a little soft platy marlstone. It grades eastward within a few miles into typical Laney Shale Member lithology.

In my reconnaissance mapping (1928) across the north end of the Green River Basin, I sketched in, very roughly, a tongue of Wasatch lithology in the lower part of the Laney Shale Member of the Green River Formation. As mapped, this Wasatch tongue extends southward from the southern part of T. 29 N., R. 108 W., to the south-central part of T. 28 N., R. 110 W. The relationship of this tongue to the upper tongue of Wasatch mapped by Oriel farther

southwest can be resolved only by more detailed mapping along the northern margin of the Green River Basin.

The paleoecology of the Wasatch and Bridger Formations will be discussed in a subsequent report.

## GREEN RIVER FORMATION

### DEFINITION AND AGE

The Green River Formation of middle Eocene age was named by Hayden (1869, p. 90) for the exposures along Green River west of Rock Springs. In a report published 10 years earlier, Engelmann (1858, p. 70) referred to "the tertiary Green river formation" in the western part of the Green River Basin. But in an earlier part of that report (p. 46–47) it is clear from his good descriptions of the lithology that he meant to include in this term what we now think of as part of the Wasatch Formation, the Green River Formation, and the Bridger Formation. Light-gray, brown, or buff dolomitic marlstone and shale of lacustrine origin that may contain organic matter characterize the Green River Formation. Oil shale, beds of dolomitic marlstone and shale thickly studded with salt-crystal molds, oolitic limestone and bedded algal deposits, beds of volcanic ash, and limy sandstone or sandy marlstone characterize various facies of the formation. Locally, fossil fish, plants, gastropods, pelecypods, ostracodes, and fly larvae are common. Bird, mammal, and reptilian bones have been found locally in the shore facies of the formation.

### STRATIGRAPHIC UNITS

#### LUMAN TONGUE

The Luman Tongue of the Green River Formation was named by Pipiringos (1962, p. A14–A24) for a section consisting of low-grade oil shale, fossiliferous muscovitic calcareous sandstone, siltstone, mudstone, and a few thin coal beds that is excellently exposed on the south slope of Luman Butte (sec. 34, T. 24 N., R. 97 W.). The Luman Tongue overlies the main body of the Wasatch Formation and underlies the Niland Tongue of the Wasatch Formation.

The Luman Tongue crops out in two belts; one extends from the vicinity of Luman Butte southeastward to the center of T. 22 N., R. 94 W., and the other curves around the north end and down the west side of the Washakie Basin into northwestern Colorado. As noted on page A23 of this report, Pipiringos separated the Luman Tongue of the Green River Formation and the Niland Tongue of the Wasatch from the lower part of what I had mapped (Bradley, 1945) as the Tipton Tongue along the northeastern quadrant of the Washakie Basin. Consequently, the base of the Luman has been mapped along the east side of Washakie Basin into the southwestern part of T. 17 N., R. 92 W.,

BLM_0034653

where it grades into lithology indistinguishable from that of the Wasatch. Pipiringos (written communication, 1958) told me that Prof. Don Blackstone of the University of Wyoming had traced the remnants of the Luman Tongue a few miles farther southeastward than I had into sec. 6, T. 16 W., R. 92 W. Also according to Pipiringos, Blackstone reported that in tracing the Niland Tongue of the Wasatch southeastward from the vicinity of Wamsutter, it gradually acquired a Green River aspect and lost its identity in sec. 10, T. 17 N., R. 93 W. The upper boundary of the Luman and Niland Tongues have been roughed in without control on my map (pl. 1) to connect these two terminal localities with the boundaries mapped by Pipiringos in the NE¼ sec. 6, T. 19 N., R. 94 W. Pipiringos (1962, pl. 1) mapped the Luman and Niland Tongues from sec. 6, T. 19 N., R. 94 W., across the northern edge of Washakie Basin to sec. 19, T. 19 N., R. 96 W. I have projected these boundaries (pl. 1) southwestward with the help of aerial photographs until they connect (in the western part of T. 17 N., R. 99 W.) with the photogeologic mapping done for me in 1957 by Robert J. Hackman. This sketching was kindly checked and revised for me by J. D. Love of the Survey while we were in the field in October 1958. Love adjusted these boundaries to the 1:250,000 topographic base of the Army Map Service.

The Luman Tongue of the Green River Formation is 180 feet thick at Luman Butte but thickens eastward to 270 feet in the eastern part of T. 23 N., R. 95 W. It also thickens eastward along the Union Pacific Railroad from about 200 feet at Tipton Station (N½ sec. 18, T. 19 N., R. 96 W.) to about 390 feet at Frewen Station, about 11 miles farther east.

In the central part of the area mapped by Pipiringos (see area 6 on index map, pl. 1), he reported (1962, p. A20) "* * * several constituent tongues of low-grade oil shale separated by sandstone and siltstone beds. The three most conspicuous and persistent tongues were mapped separately * * *." At the base of the lowest oil-shale tongue is a highly distinctive bed of nearly black concretionary limestone that weathers to pastel shades of lavender, pink, yellow, buff, and brown. This unit rests, in most of the area, directly on the highest coal bed in the main body of the Wasatch Formation and is a very useful horizon marker. The two stratigraphically higher oil-shale zones each thicken eastward and coalesce into one body of oil shale in the eastern part of T. 23 N., R. 95 W. Along the Union Pacific Railroad all three oil-shale tongues thicken eastward from Tipton Station and coalesce in the vicinity of Frewen Station to form one body of low-grade oil shale about 390 feet thick.

In the fall of 1957 Dwight Taylor, of the U.S. Geological Survey, and I identified the Luman Tongue of the Green River Formation and the Niland Tongue of the Wasatch Formation at a site about halfway down the west side of Washakie Basin (secs. 14, 15, and 23, T. 15 N., R. 101 W.). At this locality, both these tongues and the overlying Tipton Tongue of the Green River Formation are strikingly similar in lithology and thickness to what they are along Bitter Creek (T. 17 N., R. 98 W.), about 18 miles northeast around the edge of Washakie Basin, where Pipiringos and I identified them in 1956.

Taylor and I sketched the boundaries of the Luman and Niland Tongues of the Green River and Wasatch Formations, respectively, on aerial photographs at many places in and around the basin of Vermilion Creek, known as Hiawatha Basin. Subsequently, R. J. Hackman, of the U.S. Geological Survey, had diapositives made from these photographs and made a photogeologic map showing the outcrop pattern of these tongues of the Green River and Wasatch Formations in all of Hiawatha Basin and northward along the west side of Washakie Basin to the western part of T. 17 N., R. 99 W. His map has been incorporated in the geologic map (pl. 1) of this report.

Not shown on plate 1 of this report is a thin tongue, or lens, of brownish-buff lacustrine beds, which is evidently the homotaxial equivalent or perhaps was once the actual extension, of the Luman Tongue; this tongue crops out along part of the east side of the Green River Basin from the east flank of Little Mountain northward nearly to the south flank of Wilkins Peak. This unit has been mapped by W. C. Culbertson, of the U.S. Geological Survey. Culbertson called my attention to this unit in August 1963 while we were in the field together.

Both the Luman and the Niland Tongues change southward from about the midpoint of the western rim of Washakie Basin (T. 15 N., R. 101 W.). The Luman thickens to about 470 feet in the western part of T. 13 N., R. 101 W., and becomes carbonaceous and sandy; the Niland Tongue thins to less than 50 feet and becomes somewhat shaly. Westward along the north slope of Pine Mountain, where the exposures are not adequate to identify the units, the Niland extends an unknown distance. Southward along the west side of Hiawatha Basin, the Niland thins from about 65 feet thick in sec. 6, T. 12 N., R. 101 W., to 0 just a little north of Canyon Creek (sec. 18, T. 12 N., R. 101 W.). In this area the Luman Tongue is overlain by the Tipton Tongue, which it there closely resembles. Along the east side of Hiawatha Basin, the Niland thickens southward and must be several hundred feet thick east of Vermilion Creek in the southern part of T. 11 N., R. 100 W., Moffat County, Colo. The

BLM_0034654

Luman Tongue of the Green River remains thick (400–500 ft) throughout Hiawatha Basin.

On the geologic map (pl. 1) the Luman Tongue is shown extending westward along the north flank of Pine Mountain as far as the western part of T. 13 N., R. 103 W.  J. D. Love, of the U.S. Geological Survey, mapped the westernmost 6 miles of this extension and generously gave me his map to incorporate in my map, plate 1.  This extension along the north flank of Pine Mountain is significant because it suggests that the Luman and Niland Tongues may once have connected with the apparent Luman and Niland Tongues that crop out of the east flank of Little Mountain and extend northward nearly to the south flank of Wilkins Peak. The gap between known Luman and Niland north of Pine Mountain and the inferred Luman and Niland on the east flank of Little Mountain is roughly 10 miles.

The Luman(?) on Little Mountain is about 40 feet thick and thins gradually northward until it disappears a little south of Wilkins Peak.

In Hiawatha Basin the Luman Tongue contains many layers of sandy shell marl, and along the east side of Vermilion Creek (T. 11 N., R. 100 W., Moffat County, Colo.) it consists predominantly of shell marl.  According to Dwight Taylor, the most numerous forms are the snails *Goniobasis* sp. and *Viviparus* sp. and the fresh-water clam *"Unio"* sp.  These beds also contain numerous ostracodes.  In most parts of Hiawatha Basin the Luman contains thin layers of subbituminous coal, and, locally, a few of these layers are thick enough to have been mined for domestic use.  Along the southern edge of Hiawatha Basin the Luman grades rather rapidly into either sandstone and then conglomerate, as at Sugar Loaf Butte (sec. 15, T. 11 N., R. 101 W., Moffat County, Colo.), or into gray sandy mudstone typical of the Wasatch Formation.  At irregular and rather widely spaced intervals the Luman in Hiawatha Basin and northward around the rim of Washakie Basin contains very persistent beds of sandstone that are thin bedded and ripple bedded.  These beds range in thickness from a few inches to a few feet. Channel sandstone lenses occur also, but they are rare.

About 75 feet above the base of the Luman in T. 12 N., R. 101 W., the late R. W. Brown of the Survey and I collected fossil plants which he identified as *Potomageton* sp. and *Nymphaea* sp.  In a zone of nearly black shale about 50 feet above the base of the Luman farther south (sec. 20, T. 11 N., R. 100 W.), Dwight Taylor and I collected shells of a minute snail, which he identified as *Valvata* sp., and a tiny clam, which he recognized as *Sphaerium* sp.  These two forms, according to Taylor (oral communication, 1957), are characteristic of, but not restricted to, the muddy bottoms of lakes beyond the depth where rooted aquatic plants grow.  Depths beyond rooted plants mean, according to Ruttner (1953, p. 157), depths probably greater than 25–30 feet.  In samples of sandy carbonaceous shale which I collected—one (D–1178B) from about the middle of the Luman Tongue (sec. 18, T. 12 N., R. 100 W., Moffat County, Colo.) and one (D–1178A) from a bed near the top (sec. 8, T. 13 N., R. 101 W., Sweetwater County, Wyo.)—Estella B. Leopold of the Survey identified the microscopic planktonic alga *Pediastrum* sp. and the pollen grains and spores listed in table 1.

In a sample of black shale collected from a bed about 50 feet above the base of the Luman Tongue (sec. 20,

TABLE 1.—*Pollens, spores, and algae found in the Luman Tongue of the Green River Formation*

[Identified by E. B. Leopold.  Numbers refer to the number of specimens found]

| Flora | USGS Loc. | |
|---|---|---|
| | D–1178 B | D–1178 A |
| Cf. *Pinus* | 1 | 1 |
| Cf. *Cycas* | 1 | 10 |
| *Ephedra* cf. *torreyana* S. Watson | 2 | 1 |
| *Cunninghamia* or *Sequoia* | 1 | 0 |
| Total | 5 | 12 |
| **Dicotyledons:** | | |
| Unidentified | 14 | 37 |
| Betulaceae | 3 | 11 |
| *Platycarya* | 3 | 15 |
| Cf. *Engelhardtia* | 0 | 3 |
| *Pterocarya* | 3 | 1 |
| Juglandaceae | 0 | 2 |
| *Velkova* | 0 | 5 |
| Cf. *Morus* | 0 | 1 |
| Ulmaceae | 0 | 1 |
| *Carya* | 0 | 1 |
| *Tilia* | 1 | 3 |
| Cf. *Galium* | 1 | 0 |
| Total | 25 | 80 |
| **Monocotyledons:** | | |
| Unidentified | 0 | 18 |
| Nymphaeceae | 2 | 3 |
| *Potomogeton* | 0 | 1 |
| Gramineae | 0 | 4 |
| Total | 2 | 26 |
| **Spores:** | | |
| Unidentified | 2 | 16 |
| Cf. Schizaceae | 0 | 1 |
| Total | 2 | 17 |
| **Algae:** | | |
| *Pediastrum* | 4 | 1 |
| *Chrysophyta* | 1 | 1 |
| Total | 5 | 2 |

T. 11 N., R. 100 W., Moffat County, Colo.), Miss Leopold also found well-preserved "* * * pollen of *Platycarya* and a few structurally good remains of a *Pediastrum* of the *P. duplex* type" (written communication, 1958).

The minute planktonic fresh-water alga *Pediastrum* apparently has a remarkably resistant cell wall, for it occurs as a fossil in great abundance in certain kinds of carbonaceous sediments (Wilson and Hoffmeister, 1953; Cookson, 1953). Wilson and Hoffmeister found four clearly distinct species of *Pediastrum* in a "Paleogene" formation of Sumatra, and the individuals were incredibly well-preserved. Miss Cookson (1953) found *Pediastrum* in "Cainozoic deposits" of Australia. Professor Wilson later told me (written communication, 1953) that he had subsequently found *Pediastrum* in the Oligocene of Texas and Venezuela.

#### TIPTON TONGUE AND TIPTON SHALE MEMBER

The Tipton Tongue of the Green River Formation encircles the greater part of the Washakie Basin as a great horse shoe, with the open end at the south. (See pl. 1.) In this area the Tipton Tongue is entirely detached from the main body of the Green River Formation; but farther northwest, around the north end of the Rock Springs uplift where the Cathedral Bluffs Tongue of the Wasatch dies out (T. 24 N., R. 104 W.), the Tipton Tongue joins the main body of the Green River Formation and from there southward along the east side of the Green River Basin becomes the Tipton Shale Member of the Green River Formation. This intertonguing relation between the Green River and Wasatch Formations and the history of the stratigraphic nomenclature have been discussed in two earlier reports by J. D. Sears and me (Sears and Bradley, 1924; Bradley, 1926, p. 122–125).

Around the Washakie Basin the Tipton Tongue consists chiefly of rather soft brown papery organic shale and low-grade oil shale, but interbedded with the papery shale are somewhat harder beds of gray flaky marlstone and thin regular beds of brown limy sandstone. Throughout the greater part of its extent—around the Washakie Basin and through the northern part of the Great Divide Basin—the Tipton Tongue as mapped by me (pl. 1) and as mapped by Pipiringos (1962, pl. 1) includes in its upper part 100–200 feet of beds now known to belong to the Wilkins Peak Member of the Green River Formation. The recognition of these beds as Wilkins Peak rests on much detailed geologic mapping by H. W. Roehler, (unpub. data). As a consequence of having first identified the Wilkins Peak Member along the north flank of Pine Mountain and then along the west side of the Washakie Basin, and having traced it northward to and beyond Tipton Sta-

tion on the Union Pacific Railroad, Roehler (unpub. data) has redefined the Tipton Tongue. As redefined, the upper body of light-colored marlstone and algal beds are excluded and are assigned to the Wilkins Peak Member. Pipiringos (1962, p. A29–A31) defined the upper part of the Tipton as that part extending upward from the base of the lowest very extensive algal-ball bed, which he mapped (1962, pl. 1). Consequently, from his map it is easy to tell the distribution of the Tipton Tongue and the Wilkins Peak Member of the Green River Formation.

That which is now defined as Tipton Tongue in the type locality, around much of Washakie Basin, and far up into the Great Divide Basin, is tan to grayish brown and is made up largely of soft papery low-grade oil shale, but it also contains a few thin brownish fine-grained limy sandstone beds and layers of concretionary sandy limestone that is either crowded with gastropod shells or is oolitic.

Southwest of Washakie Basin, where one end of the Tipton Tongue loses its identity by grading into Wasatch lithology, sandstone beds become thicker and much more plentiful in the Tipton, and beds of greenish-gray shale and gray mudstone replace much of the papery shale. Detailed sections measured along Shell Creek in secs. 27 and 28, T. 12 N., R. 99 W., Moffat County, Colo., where the Tipton is 388 feet thick, and in sec. 3, T. 10 N., R. 100 W., where it is 227 feet thick, are given in an earlier report (Sears and Bradley, 1924, p. 101–103). It should be pointed out that these two sections doubtless also contain an upper part that should be regarded as the Wilkins Peak Member. Additional fieldwork, however, will probably be needed to determine how much of each section should be regarded as belonging to the Tipton Tongue and how much to the Wilkins Peak Member.

About midway along the west side of Washakie Basin, at Pine Butte, in secs. 5 and 6, T. 15 N., R. 100 W., the Tipton is 350 feet thick (Schultz, A. R., unpub. data). Roughly the upper 200 feet of this belongs to the Wilkins Peak Member. The Tipton maintains a thickness of about 160 feet around the north end of Washakie Basin and well down the east side, but south of Dad (sec. 32, T. 16 N., R. 92 W., Carbon County, Wyo.) it thins gradually. East of Flat Top Mountain in sec. 3, T. 14 N., R. 92 W., the Tipton is between 110 and 120 feet thick. About 2½ miles northwest of Baggs the Tipton is 75 feet thick and consists almost wholly of papery shale which, near the base and top of the tongue, is somewhat carbonaceous. Much of the southward thinning of the Tipton between Dad and Baggs takes place by gradual lateral transition of the uppermost Tipton beds into lithology characteristic of the Cathedral Bluffs Tongue

of the Wasatch; but the Tipton thins southward also, at least to some extent, by small-scale intertonguing with the underlying Wasatch. Westward from the vicinity of Baggs the Tipton maintains a thickness of about 75 feet, but it becomes carbonaceous, then sandy and carbonaceous, and finally loses its identity near the junction of Red and Sand Creeks in sec. 4, T. 12 N., R. 93 W.

One other distinctive detail of the Tipton on the east side of Washakie Basin is the local sandstone facies about 7 miles north of Baggs. At this place the Tipton consists predominantly of regular beds of light-gray well-sorted crossbedded sandstone. Many other sandstone beds, however, are brown and muddy. Near the top of the Tipton the sandstone beds contain an abundance of gastropod (*Viviparus*?) shell molds and a few beds of algal deposits. North and south of this locality the Tipton consists almost wholly of papery shale. Apparently this local sandstone facies represents the locus of a stream that entered the ancient Gosiute Lake basin from the east or southeast.

In the northern part of the Great Divide Basin where Pipiringos (1962, p. A29) mapped the Tipton Tongue of the Green River Formation, the Tipton has very much the same characteristics as it does around the north rim of the Washakie Basin. Pipiringos observed the same distinction between the upper and lower parts and, indeed, mapped the boundary between them using the top of the "lowest zone of algal balls" as the base of the upper part of the Tipton. He gave (p. A30) the total thickness of the Tipton as 280 feet in secs. 9 and 16, T. 24 N., R. 95 W. At that same place the lower part of the Tipton is 180 feet thick.

Eastward from Tps. 24, 25, and 26 N., R. 94 W., Pipiringos (p. A30–A31) described the lateral gradation of much of the Tipton Tongue into the coarse arkosic sandstone of his Battle Spring Formation. This gradation occurs by intertonguing and also by surprisingly rapid lateral change from brown papery low-grade oil shale into the coarse-grained pinkish gray arkose.

Westward from the western part of Pipiringos's area (west edge of Tps. 24, 25, and 26 N., R. 97 W.) the Tipton Tongue maintains essentially the same characteristics as described above, though algal deposits, ostracode marl, oolite, and marlstone beds become somewhat more prevalent and the unit thins gradually.

North of the Rock Springs uplift, the Tipton is characterized by numerous beds of algal deposits, oolite, and ostracode marl. Some of the ostracode marl contains so little else besides ostracode shells that it is a coquina. These distinctive types of rock are interbedded with flaky low-grade oil shale, platy marlstone, gray mudstone, and persistent beds of gray to brown sandstone. The sandstone occurs locally as thick

crossbedded lenses. Fishbone fragments are rather common in the Tipton of that locality, as are also gastropod and pelecypod shells. In this part of the area the Tipton ranges in thickness from 179 feet in T. 24 N., R. 100 W., to 87 feet in T. 24 N., R. 103 W. The various facies changes in the Tipton of this part of the area have been discussed in an earlier report (Bradley, 1926), which also contains six detailed sections of the Tipton.

The Tipton Tongue becomes the Tipton Shale Member of the Green River Formation near the north end of the Rock Springs uplift by the southward transition of the Cathedral Bluffs Tongue of the Wasatch Formation into the Wilkins Peak Member of the Green River Formation. The Tipton Shale Member crops out for more than 65 miles along the east side of the Green River Basin from T. 24, R. 104 W., to Little Mountain in T. 13 N., R. 106 W. Buff papery low-grade oil shale characterizes most of the member in this part of the area, but the lithology changes gradually from place to place and evidently reflects differences in environment determined by the topography and drainage of the low hills of the Rock Springs uplift a few miles to the east and by streams coming into the area from the northwest. In general, the deepest part of the lake persisted in that part of the basin west or southwest of Rock Springs. There the beds of the Tipton are all fine grained, and most are brown flaky shale, ostracode shale, and low-grade oil shale. Well-preserved fossil fish are fairly common in the lower part of the member, and beds of moderately rich oil shale make up a considerable thickness in the upper part. No mud cracks were observed. North and south of this locality, mud cracks and layers of ripple-bedded sandstone become increasingly plentiful; fewer of the beds are papery and they contain less organic matter. Indeed, subsurface information indicates that in a large area northwest of the town of Green River, the Tipton and its equivalent beds consist largely of a near-shore sandy facies similar to the Tipton north of the Rock Springs uplift.

Detailed stratigraphic sections of the Tipton Shale Member along the eastern margin of the Green River Basin are given later in the report under the heading, "Measured sections."

Thin regular and persistent layers of volcanic ash are fairly common in the Tipton Shale Member and in the Tipton Tongue. These range in thickness from about half an inch to about 8 inches. They range in color from light gray to brown, but most of them are buff.

A curious feature of many of these tuffs is that they have admixed with the ash such large quantities of microgranular carbonates predominantly dolomite. From the analyses (given in table 2) of two of these

carbonate-rich tuffs, the following percentages of carbonate minerals were calculated:

| Minerals | Samples 1 (percent) | 2 (percent) |
|---|---|---|
| Dolomite | 66.50 | 72.76 |
| Calcite | 13.06 | 10.19 |
| Siderite | 3.11 | ------ |
| Total carbonates | 82.67 | 82.95 |

1. Same field No. 11-58; laboratory No. F-2399.
2. Sample field No. 12-58; laboratory No. F-2400.

According to an X-ray diffraction analysis kindly made for me by Brian Skinner of the U.S. Geological Survey, the carbonates dolomite and calcite in sample 11-58 are essentially pure species. He stated in his report that "The dolomite gives a strong X-ray pattern, and the spacing of the (112) plane is 2.892A. The best measurement for stoichiometric dolomite is 2.890A." He commented that, on the basis of one analysis, one cannot be certain that the small difference (+0.002A) is real. If real, it would correspond to approximately 1 percent mole excess $CaCO_3$ in the dolomite. "The calcite appears to be almost pure $CaCO_3$."

Inasmuch as the ferrous iron in this sample essentially balances the available $CO_2$ after combining all the CaO and MgO with $CO_2$ to form dolomite and calcite it seems reasonable to calculate the remaining $CO_2$ as ferrous carbonate. The small quantity of ferrous carbonate which I calculated for sample 11-58 is probably siderite. In sample 12-58 the amounts of CaO, MgO, and $CO_2$ are in the proper stoichiometric proportions to account for dolomite and calcite only. The amount of ferrous iron in this rock (0.09 percent) is negligible.

The carbonate grains in all these carbonate-rich tuffs appear to have accumulated rapidly. They are minute and are conspicuously lighter colored than those in the underlying and overlying rocks, which shows that they contain much less organic matter, clay, and clastic particles (presumably wind-blown dust). These carbonate-rich tuff layers (11-58 and 12-58) contain, respectively, 0.25 and 0.44 percent organic matter, whereas most of the shale and marlstone above and below contain about 6-36 times as much organic matter. Had the carbonate-rich tuff layers accumulated as slowly as the adjacent beds, they would have had comparably dark colors owing to the gradual accumulation of the same accessory constituents as are in the adjacent beds. Moreover, had the carbonate-rich tuff layers accumulated slowly, the volcanic-ash particles would have been concentrated at the bottom of the layers, but they are not; they are uniformly dispersed through the carbonate particles. These two

considerations suggest that the carbonate particles precipitated out of the lake water and accumulated simultaneously with the accumulation of the ash particles on the lake bottom. In other words, there seems to have been a dependent relationship between the newly fallen volcanic ash and the precipitation of these dolomite and calcite particles. Moreover, the bottom and top surfaces of these beds are very sharply defined, which suggests also that rapid deposition of the carbonate particles began and ended abruptly, as though the rapidity of their deposition had been determined by the accumulating volcanic ash.

Throughout its extent, the base of the Tipton Shale Member is sharply defined. The basal bed, or beds, range from about 1 to about 7 feet in thickness and range from limy sandstone to oolitic limestone and, except in a very few places where the basal bed is very thin or absent (for example, see p. A65), contain a great abundance of the snail shells *Goniobasis* sp. and *Viviparus* sp. and the fresh-water clam *Unio* sp. Generally, also, the basal limestone contains numerous ostrocodes. The top of the Tipton is clearly defined for a considerable distance north and south of the main line of the Union Pacific Railroad by the overlying limy brown or buff platy sandstone and dolomitic marlstone beds in the basal part of the Wilkins Peak Member. (See fig. 9.) As the Tipton is traced northward toward the Wind River Range or southward toward the Uinta

TABLE 2.—*Chemical analyses of carbonate-rich tuffs from the Tipton Shale Member of the Green River Formation*

[Samples from sec. 31, T. 19 N., R. 105 W., Sweetwater County, Wyo. Analyst: V. C. Smith]

| Constituent | 1 | 2 |
|---|---|---|
| $SiO_2$ | 9.92 | 10.42 |
| $Al_2O_3$ | 2.18 | 1.03 |
| $Fe_2O_3$ | 1.29 | 2.04 |
| FeO | .2.63 | .09 |
| MgO | 14.54 | 15.91 |
| CaO | 27.54 | 27.83 |
| $Na_2O$ | .29 | .22 |
| $K_2O$ | .47 | .17 |
| $H_2O+$ | 1.19 | 1.61 |
| $H_2O-$ | .47 | .52 |
| $TiO_2$ | .08 | .02 |
| $P_2O_5$ | .14 | .13 |
| MnO | .10 | .07 |
| $CO_2$ | 38.77 | 39.32 |
| Organic matter [1] | .25 | .44 |
| Total | 99.86 | 99.82 |
| Powder density | 2.83 | 2.78 |

[1] Determined by J. J. Fahey.
1. Sample field No. 11-58; laboratory No. F-2399. From bed 78 ft above base of member.
2. Sample field No. 12-58; laboratory No. F-2400. From bed 5 ft higher in member than bed of sample No. 11-58.

A34                     THE GREEN RIVER AND ASSOCIATED TERTIARY FORMATIONS



FIGURE 9.—Typical exposure of the Tipton Shale Member (Tgt) of the Green River Formation in the NE¼ sec. 23, T. 18 N., R. 106 W., Sweetwater County, Wyo. The base of the Tipton is marked by a thin hard bed that makes a barely discernible line in the bare slope about 25 feet below the sharp break in the shrubby vegetation. At the top of the Tipton is a rather thick ledge of oil shale, which is here capped by a few thin sandy beds. These sandy beds are the basal beds of the overlying Wilkins Peak Member (Twp). The bare slope below the Tipton is made by the uppermost part of the Wasatch Formation (Tw).

Range, its upper boundary becomes less clearly defined, particularly in the southern part of the area. Where most clearly defined, the Tipton Shale Member is about 150 feet thick; but as it approaches the shore facies near the Uinta Mountains, it gradually thickens.

### FONTENELLE TONGUE

A basal tongue of the Green River Formation that is the western homolog, and probably the time equivalent, of the Tipton Shale Member and Tongue crops out for a little more than 100 miles along the west side of the Green River Basin. (See pl. 1.) Donavan (1950, p. 63–64) mapped this tongue for about 40 miles along the Green River (T. 30 N., R. 110 W., south to T. 24 N., R. 114 W.) and named it the Fontenelle Tongue of the Green River Formation. He gave as the type locality sec. 13, T. 24 N., R. 115 W., about half a mile south of Fontenelle Creek. The Fontenelle Tongue, the Tipton Shale Member, and the Tipton Tongue represent the first great expansion of Gosiute Lake—a stage exceeded in lateral extent only once, and much later, by the Laney stage, during which the Laney Shale Member was deposited.

Along Muddy Creek (T. 17 N., R. 116 W.) the Fontenelle Tongue is about 250 feet thick and consists predominantly of light-gray rather soft flaky marly shale. This lithology contrasts sharply with the red mudstone of the underlying Wasatch and with the green sandstone and mudstone of the overlying New Fork Tongue of the Wasatch Formation. About 11 miles north of Muddy Creek the Fontenelle Tongue is approximately 150 feet thick. At its base is a group of irregularly bedded hard sandy limestone or marlstone beds that contain an abundance of the snail shells *Goniobasis* and *Viviparus*. This basal unit, which resembles the basal unit of the Tipton Shale Member of the Green River on the east side of the Green River Basin, differs in sandiness from place to place along the strike and ranges in thickness from 3 to more than 30 feet. Above these sandy marlstone beds is soft flaky gray shale that is interbedded with thin but somewhat harder marlstone beds. A little of the shale is carbonaceous and papery, but most of it is poor in organic matter of any kind. Near the top of the tongue the shale grades gradually upward into sandstone, which in turn grades upward into red sandy mudstone that forms the basal part of the New Fork Tongue of the Wasatch.

Southward from Muddy Creek, however, the Fontenelle Tongue thins by progressive transition of its uppermost beds into lithology characteristic of the New Fork Tongue of the Wasatch. About 10 miles farther south, in the northern part of T. 15 N., R. 117 W., only the basal beds of the Fontenelle Tongue persist. The unit there is 5–10 feet thick and consists of marly shale, sandy marlstone, and bedded algal deposits. This thin remnant of the tongue was traced about 12 miles farther south, but it thins still more and loses its identity 5 or 6 miles southwest of Piedmont in the southern part of T. 14 N., R. 118 W.

BLM_0034659

North of Hams Fork, between Kemmerer and Opal, the Fontenelle Tongue thins gradually and becomes more sandy. In the vicinity of La Barge Creek and for several miles northward along the Green River it is about 50 feet thick, according to Steven S. Oriel (1961, p. B151). It thins rather rapidly near its northern extremity and loses its identity in the northwestern part of T. 29 N., R. 110 W., about 6 miles southeast of the town of Big Piney.

A partial section of the Fontenelle Tongue of the Green River Formation measured on Fontenelle Creek approximately 2 miles west of the junction of Fontenelle Creek and the Green River is as follows:

| | Ft | in |
|---|---|---|
| Top. | | |
| Sandstone, very fine grained, marly, buff to gray. Groups of finely laminated and banded beds alternate with beds that are massive and less limy. Top 3 ft of unit contains a few thin crossbedded layers of coarse gray sand, and uppermost layer contains abundance of mud lumps | 33 | 0 |
| Marlstone, silty, platy; in part coarsely varved and in part crossbedded | 1 | 10 |
| Sandstone, marly, light-gray; in slightly irregular beds; contains many mud lumps and a few thin lenses of crossbedded gray sandstone | 9 | 6 |
| Sandstone, lenticular, medium-grained, gray, crossbedded | 1 | 0 |
| Marlstone, buff or brownish-gray; papery at base but progressively harder, more platy, and sandy toward top | 6 | 6 |
| Marlstone, carbonaceous and papery at base but grades upward into sandy platy marlstone | 0 | 4 |
| Sandstone, soft, muddy, gray, crossbedded; base not exposed | 33 | 0 |
| Partial thickness, Fontenelle Tongue | 85 | 2 |

#### WILKINS PEAK MEMBER

The Wilkins Peak Member of the Green River Formation is restricted to the Green River Basin and is the most conspicuous member in that part of Wyoming. Schultz (1920) correlated it with his Laney Shale Member, whose type locality is in the Laney Rim along the northern edge of the Washakie Basin. (See pl. 1.) All other geologists to 1959 have followed his usage. One of my reasons for giving this unit a new member name (Bradley, 1959) stems from the realization that the beds making up the bulk of the member were deposited in a lake that represented rather low stages of Gosiute Lake. Indeed, probably for a significant part of that stage the lake had only about one-third the area of its maximum extent and was essentially restricted to the Green River Basin. (See fig. 10.)

The shrinkage to this low stage gave rise to the great abundance of saline minerals that are so characteristic of this unit. Its content of saline minerals and great abundance of dolomite make it conspicuously unlike the Laney Shale Member of the Washakie Basin, unlike any other member of the Washakie Basin, and unlike any other member or tongue of the Green River Formation. My other reason for giving it a new member name is that my own studies and mapping in 1923 showed plainly that this unit was the stratigraphic and time equivalent of the Cathedral Bluffs Tongue of the Wasatch Formation (Bradley, 1926, pl. 59), which, of course, underlies the Laney Shale Member at its type locality.

At the time I defined the Wilkins Peak Member (1959, p. 1072–1075), I believed it was restricted to the Green River Basin. But in 1962 (written communication) H. W. Roehler, of the Mountain Fuel Supply Co., sent me a copy of his geologic map, which showed that the Wilkins Peak Member crops out along the north and east flanks of Pine Mountain and that in the vicinity of Canyon Creek (southern part of T. 12 N., R. 102 W., Sweetwater County, Wyo.) it grades abruptly into a sandy, crossbedded conglomerate. This conglomerate was formed by a river that must have drained a considerable part of the east end of the Uinta Range. Roehler also showed that typical Wilkins Peak is exposed along the Kinney and Laney Rims of the Washakie Basin at least as far east as sec. 14, T. 19 N., R. 95 W. (about 3 miles south of Frewen Station on the Union Pacific Railroad).

In August 1963 I had the opportunity to review much of Roehler's mapping with him in the field. During those 3 or 4 days I ate more crow than has been my lot for many years.

In both of these large areas outside of the Green River Basin, Schultz (1920, pl. 1) had included the Wilkins Peak beds with his Tipton. Unfortunately, I made the error of accepting Schultz's mapping of the Tipton–Cathedral Bluffs boundary.

As mentioned earlier, under the heading, "Tipton Tongue and Tipton Shale Member," I mentioned the fact that Pipiringos (1962, pl. 1) had mapped the lowest extensive algal-ball zone, which he quite properly used to define the base of the upper part of the Tipton Tongue. Inasmuch as Roehler's mapping now shows that the "upper part of the Tipton," as thus defined, is in fact a northeastward extension of the Wilkins Peak Member, we can use Pipiringos map (pl. 1) to see how extensive outcrops of the Wilkins Peak Member are in the central and northern parts of the Great Divide Basin.

The Wilkins Peak Member is named from almost perfect exposures of the whole unit in the north, east, and south slopes of Wilkins Peak, which is a conspicuous peak just south of Bitter Creek, on the main line of the Union Pacific Railroad, and U.S. highway 30 about 6



FIGURE 10.—Inferred boundary of Goslute Lake's hydrographic basin, outline of the maximum extent of Goslute Lake during the Laney stage, and, within that, the average extent of the lake during much of the Wilkins Peak stage. Also shown are the area below which bedded trona is known or inferred and the area (cross hatched) of the island in Goslute Lake formed by Upper Cretaceous rocks of the ancestral Rock Springs uplift. The loci of large streams that existed during part of the time while the Wasatch and Green River Formations were accumulating are shown by the conglomerate- and sand-patterned areas.

miles southeast of the town of Green River in the southern part of T. 18 N., R. 106 W., Sweetwater County. At its type locality the member is about 900 feet thick. Culbertson (1961) discussed a number of key beds, tuffs, and sandy units in the Wilkins Peak Member and gave six columnar sections of the member.

The Wilkins Peak Member makes up much of the bare white cliffs and slopes in the vicinity of the town of Green River and along the east face of White Mountain, which marks the east rim of the Green River Basin for many miles north of the Union Pacific Railroad. (See fig. 11 and geologic map, pl. 1.) The picturesque cliffs in the canyon of Green River south of the town of Green River are made up largely of the white and greenish-gray beds of the Wilkins Peak Member, though the overlying sandstone lenses add much to the scenic splendor of that canyon.

The base of the Wilkins Peak Member is marked by a group of sandy, dolomitic, crudely bedded layers of marlstone. These marlstone beds form a bench that caps the cliff of oil shale in the uppermost part of the Tipton Shale Member. The top of the Wilkins Peak Member was taken as the change from light-gray or white dolomitic marlstone and chippy shale to chalky buff laminated and varved marlstone, because this latter represents a marked deepening and expansion of the lake. In most places this change is rather subtle.

This upper boundary is well exposed in the gulches on the north side of U.S. Highway 30 a few miles west of the town of Green River. At the mouth of the westernmost of these gulches (sec. 9, T. 18 N., R. 107 W.) the boundary is readily accessible. (See fig. 12.) There the upper part of the Wilkins Peak Member consists of more than 25 feet of gray organic marly shale that contains beds and many thin lenses of rich oil shale overlain by about 10 feet of low-grade papery oil shale and soft flaky organic marlstone. This upper unit contains several zones or layers of large calcite molds of radial aggregates of salt crystals. These

FIGURE 11.—View northward across the valley of Bitter Creek from the northwest flank of Wilkins Peak (NW¼ sec. 34, T. 18 N., R. 106 W., Sweetwater County, Wyo.) showing White Mountain in the distance and Pilot Butte on the skyline in the center. Pilot Butte is capped with wyomingite lava. In White Mountain, particularly near the right-hand margin of the photograph, the upper white and the lower dark halves of the Wilkins Peak Member of the Green River Formation show well. The Tipton Shale Member makes a light band under the Wilkins Peak Member near the upper right edge of photograph. The Laney Shale Member, showing as a dark zone overlying the Wilkins Peak Member, is truncated by an erosion surface. In the foreground are beds of the upper white half of the Wilkins Peak Member. A thick dark-olive-brown zone, which marks the top of the lower half of the Wilkins Peak Member, is conspicuous in the lower left foreground. Tw, Wasatch Formation; Tgt, Tipton Shale Member; Twp, Wilkins Peak Member; Tgl, Laney Shale Member.

EOCENE ROCKS, WYOMING-COLORADO-UTAH

BLM_0034662

Case No. 1:20-cv-02484-MSK   Document 36-12   filed 04/27/21   USDC Colorado   pg 103 of 137



FIGURE 12.—Uppermost part of the Wilkins Peak Member and basal part of the Laney Shale Member of the Green River Formation in the SW¼NW¼ sec. 9, T. 18 N., R. 107 W., Sweetwater County, Wyo.  The man in the center is standing on the thin tuff bed that marks the base of the Laney.  The contact selected by W. C. Culbertson, of the Survey, is the lowest white band in the lower right-hand corner of the photograph.  The smooth slope immediately below the tuff contains ellipsoidal molds of radial aggregates of salt crystals thought to have been nahcolite.  Below the nahcolite(?) zone (about 6 ft thick) are oil-shale beds that contain shortite-crystal molds.  The oil-shale and organic-marlstone beds behind and above the man contain no salt-crystal molds.  A channel lens of tuffaceous sandstone makes the broken cliff at the top.

strongly suggest molds of nahcolite crystals like those so common in the Green River Formation in the Uinta Basin.  The beds below are characterized by an abundance of the molds of shortite.  Above the zone containing the nahcolite(?) molds is a tuff bed about 8 inches thick.  Resting on the tuff are the thin beds of buff laminated and varved organic marlstone that characterize the basal part of the Laney Shale Member throughout much of its great lateral extent.  These buff marlstone beds contain no saline minerals.  The contrast between the gray beds of the Wilkins Peak Member and the buff of the overlying Laney Shale Member is more striking from a distance than it is close to the outcrop.

W. C. Culbertson (written communication, 1962) informed me that the contact between these two members, which he mapped in detail over an extensive area south of Wilkins Peak, is about 26 feet below the one I show in figure 12.  I have no quarrel with his boundary, which is more readily mappable than mine; but to be consistent with my own concept that the saline minerals are characteristic of the Wilkins Peak

stage of Gosiute Lake, I prefer to place the contact above the highest salt-crystal molds.

The Wilkins Peak Member has not surely been identified on the west side of the Green River Basin, though Donovan (1950, p. 64–65) recognized a unit having a maximum thickness of 121 feet in sec. 29, T. 25 N., R. 112 W. that has "Laney lithology."  He mapped this unit and called it the Laney Shale Member of the Green River Formation.  He noted that south of Fontenelle Creek this unit lost its "Laney" characteristics and could not be mapped.  One other, and more compelling, reason for believing that the featheredge of the Wilkins Peak Member crops out along the west side of the Green River Basin is the fact that, locally, a very few marlstone beds contain casts or molds of salt crystals.  Significantly, one of these layers is close to the base of the Laney (secs. 5 and 7, T. 22 N., R. 114 W.) where one would expect the westernmost edge of the Wilkins Peak Member to crop out.  The salt that gave rise to these salt-crystal casts has not been identified.  (See fig. 13.)

J. D. Love, of the Survey, added (written communi-

BLM_0034663

cation, 1962) "* * * that a gastropod-bearing limy sandstone here (sec. 5) contains 0.007 percent U and 0.69 percent $P_2O_2$, which is par for one of the poorer uraniferous phosphate zones in the Wilkins Peak."

Along the face of White Mountain the Wilkins Peak Member is made up of two units that differ conspicuously in color. The lower part, 430–450 feet thick, is drab to light greenish gray and contains several distinctive olive-green to brown bands of muddy sandstone that can be traced for miles. The upper unit, about 400–500 feet thick, weathers almost chalky white, from which White Mountain gets its name. Why these two units should weather so differently is not clear. Both consist largely of more or less tuffaceous dolomitic mudstone that, on fresh fracture, ranges in color from neutral gray to dark greenish gray. Both units contain thin beds of volcanic ash and beds or groups of beds of marlstone that weather light gray to white, but these do not help to differentiate one unit from the other. Moreover, chemical analyses show that the content of calcium and magnesium carbonates is roughly the same throughout the whole member.

D. L. Deardorff, of the Diamond Alkali Co. (unpub. data), working with many cores from exploratory bore holes and from surface sections, divided the Wilkins Peak Member into upper, middle, and lower units, which are roughly of about the same thickness, though they differ in thickness, lithology, color, and lateral extent.

According to him, the lowest unit is composed of alternate beds of green shaly mudstone and greenish-gray dolomitic mudstone. It contains at least 17 major extensive trona beds that range in thickness from a few inches to about 38 feet. Locally, the successive trona beds have an aggregate thickness of about 150 feet. Halite occurs in some of these trona beds, but its distribution and amount differ from bed to bed and from place to place within individual beds. The halite occurs in the trona as disseminated crystals or as aggregates of crystals and even as lenses or layers. In the southern part of the Green River Basin, halite predominates over trona in most of the evaporite beds. Locally, also, wegscheiderite (Fahey and Yorks, 1963) occurs within the trona. Shortite is abundant through all this unit except for about 15 feet at the base.

Deardorff's middle unit is much more extensive areally than either the underlying or overlying unit. This unit also consists of massive to shaly gray to greenish-gray mudstone that ranges from very fine grained and dolomitic to muddy sandstone, and it contains many of the olive-green muddy crossbedded sandstone zones that are conspicuous on the outcrop. These muddy sandstone zones range in thickness from a few feet to 50 feet and have false bedding that dips gener-



FIGURE 13.—Crystal molds of an unknown salt on the bedding plane of a sandy marlstone from the thin western edge of the Wilkins Peak Member of the Green River Formation in sec. 7, T. 22 N., R. 114 W., Lincoln County, Wyo.

ally westward at angles ranging from 10° to 18°. Characteristically, these false beds are laminated, and many are current ripple marked and rill marked. Some of the sandy mud slumped under water, so the false beds are considerably contorted. Locally these muddy sandstone units fill shallow channels scoured out of the underlying beds, and filled channels are numerous within the sandy beds. The thickest of these beds, which is roughly 400 feet about the base of the Wilkins Peak Member, ranges in thickness from 30 to a little more than 50 feet. Below this zone, about 62 feet and 152 feet, respectively, are two more similar but somewhat thinner muddy sandstone zones. The outcrops of all three of these are shown on R. J. Hackman's detailed map of the area around Wilkins Peak and the town of Green River (pl. 2). On this map these zones are lettered $A$, $B$, and $D$ in ascending order to correlate with three of the nine grayish-olive-green sandy zones which William C. Culbertson (1961), of the U.S. Geological Survey, mapped in the area south of that mapped by Hackman. Culbertson lettered his zones from $A$ to $I$, in ascending order. According to Culbertson, these zones can be traced as far south as Sage Creek, and they probably could be traced 12–15 miles still farther south. They thicken somewhat southward. It seems clear that most of the material in

them was derived from the ancestral Rock Springs uplift.

According to Deardorff, his middle unit of the Wilkins Peak Member contains beds of trona, but they are thinner and less continuous than those in the unit below. Few of these are as much as 5 feet thick. Shortite is abundant throughout this unit.

Westward and southward from the central part of the basin, this middle unit becomes sandy and carbonaceous, taking an aspect more like parts of the Fontenelle Tongue still further west and parts of the marginal facies of the Laney Shale Member. These are evidently shallow-water and marshy facies of the Wilkins Peak Member. According to Deardorff, some of the beds of his middle unit crop out along the Green River in the vicinity of La Barge and Big Piney.

Deardorff's uppermost unit is the least extensive of the three and is restricted to a rather narrow belt along the eastern margin of the Green River Basin. Evidently that area warped downward into a troughlike depression during that last stage of Gosiute Lake. Drill holes show that all along this narrow belt the rocks of this unit grade westward into carbonaceous muddy sandstone. Like the lower two units, the upper unit consists of alternate beds of massive to shaly greenish-gray mudstone and greenish-gray to light-gray dolomitic mudstone and marlstone. Thin beds of volcanic ash are fairly common, and many of the mudstone layers are tuffaceous. Shortite is abundant. Trona beds are numerous but do not have great areal extent; they range in thickness from a few inches to about 15 feet. The Stauffer Chemical Co. recently opened a mine (sec. 15, T. 20 N., R. 109 W.) on two of these trona beds, known locally as the Upper Big Island and the Lower Big Island beds.

Deardorff's study of the Wilkins Peak Member and its trona beds is valuable for another concept. He showed that trona deposition began early in the Wilkins Peak stage in a restricted depression (roughly 287 sq mi) in the southern part of the Green River Basin and then gradually extended northward, the areal extent of trona deposition reached a maximum while the bed now being mined by the Intermountain Chemical Co. was being laid down. That bed has an estimated area of about 725 square miles. Over that extent it ranges from 2 to nearly 20 feet in thickness. The uppermost trona beds formed only in the east-central part of the Green River Basin.

Still another useful concept of the Wilkins Peak Member emerges if one thinks of the unit as a great lens of sediment laid down in a closed lake which, like all closed lakes, fluctuated greatly in area and volume during its long history. We know from the fabulous quantities of bedded trona and halite that as this lake repeatedly shrank to relatively small size, its waters became so concentrated that trona, and locally halite, precipitated out. Then it must have expanded repeatedly to considerably greater size, as is shown by the lateral extent of the beds making up this member. We find, then, as would be expected, that this great lens of lacustrine sediment has within it another comparable, but smaller, lens of saline sediment—that is, not only trona beds, but also beds of dolomitic mudstone that contain shortite [$Na_2CO_3 \cdot 2CaCO_3$], northupite [$Na_2CO_3 \cdot MgCO_3 \cdot NaCl$], halite [$NaCl$], and much smaller amounts of pirssonite [$Na_2CO_3 \cdot CaCO_3 \cdot 3H_2O$], gaylussite [$Na_2CO_3 \cdot CaCO_3 \cdot 5H_2O$], thermonatrite [$Na_2CO_3 \cdot H_2O$], tychite [$2Na_2CO_3 \cdot 2MgCO_3 \cdot Na_2SO_4$], nahcolite [$NaHCO_3$], wegscheiderite [$Na_2CO_3 \cdot 3NaHCO_3$], and searlesite [$NaBSi_2O_6 \cdot H_2O$]. This internal lens is the saline facies of the Wilkins Peak Member.

That part of the member that encloses the saline facies can be thought of as a fresher water facies, which of course has a much greater lateral extent. It also has a greater vertical range because nonsaline beds both underlie and overlie the beds of the saline facies. One marginal part of the fresher water facies can easily be examined a little way east of Green River, Wyo. Just west of the town the Wilkins Peak Member has enormous numbers of shortite-crystal molds. These become less numerous eastward and are absent updip a few miles east of the town. This same marginal facies then extends far north along White Mountain, though here and there the outcrop cuts back into the eastern edge of the saline facies. Southward the outcrop of the Wilkins Peak Member is broader and much more dissected by canyons, so that both saline and marginal facies can be found there depending on the way the outcrop surface transects the beds.

At various levels up through this marginal facies of the Wilkins Peak Member more and less limy beds alternate with one another rhythmically. The beds in these sequences range in thickness from a few inches to several feet, but in any given sequence the pairs of beds are of roughly the same thickness. One of these sequences will illustrate the phenomenon.

*Rhythmic sequence of beds from a zone 85 feet above the base of the Wilkins Peak Member in sec. 33, T. 21 N., R. 105 W.*

| | Ft | in |
|---|---|---|
| Marlstone, light-grayish-brown, platy; weathers nearly white; bedding planes mud cracked | 1 | 0 |
| Mudstone, greenish-drab, rather hard | 3 | 6 |
| Mudstone, light-greenish-gray, limy | 1 | 0 |
| Mudstone, greenish-drab, soft | 3 | 6 |
| Marlstone, light-grayish-brown, sandy; contains mud lumps | 1 | 0 |
| Mudstone, greenish-drab, soft | 3 | 0 |

| | Ft | in |
|---|---|---|
| Marlstone, light-grayish-brown; weathers nearly white | | 10 |
| Mudstone, greenish-drab, soft | 3 | 0 |
| Marlstone, light-grayish-brown; weathers nearly white | 1 | 0 |

The more limy mudcracked layers are interpreted as having formed during falling and low stages of the lake, whereas the greenish mudstone layers are interpreted as having formed during rising and higher stages. In other comparable rhythmic sequences the more limy beds contain salt-crystal molds whereas the intervening beds do not.

The saline facies of the Wilkins Peak Member can be defined as those beds lying between the stratigraphically lowest and highest occurrences of shortite crystals or their molds. Most of the beds within this bracket contain some saline minerals. The saline minerals range in abundance from sparsely scattered crystals to solid beds as much as 38 feet thick.

Although the saline facies has not been mapped, its thickness is known from numerous exploratory bore holes. (See pl. 1 and table 3.) The saline facies varies in thickness with the thickness of the Wilkins Peak Member. The saline facies, nevertheless, dies out somewhat more rapidly toward the basin margins and is considerably less extensive areally than is the Wilkins Peak.

TABLE 3.—*Boreholes in the Green River Basin drilled to explore for trona or for oil or gas*

[Holes much beyond the known or inferred possible outer limits of bedded trona are not listed]

| Number on pl. 1 | Company or owner and well identification | Location |
|---|---|---|
| 1 | Pan American Oil Co. Henrys Fork | sec. 10, T. 12 N., R. 110 W. |
| 2 | Northern Natural Gas Co. Great Grizzly | sec. 10, T. 13 N., R. 112 W. |
| 3 | California Co. Spring Branch | sec. 26, T. 13 N., R. 111 W. |
| 4 | ...do......Franklin Wash | sec. 33, T. 13 N., R. 109 W. |
| 5 | Barr Smedley 1 | sec. 15, T. 13 N., R. 108 W. |
| 6 | Falcon Oil Co. Government | sec. 10, T. 13 N., R. 108 W. |
| 7 | William Gruenerwald Currant Creek 4 | sec. 1, T. 13 N., R. 107 W. |
| 8 | Phillips Petroleum Co. Federal-Hobson | sec. 27, T. 13 N., R. 106 W. |
| 9 | Caulkins Oil Co. 2 (4-9V) | sec. 9, T. 14 N., R. 105 W. |
| 10 | California Co. Dry Creek | sec. 6, T. 14 N., R. 110 W. |
| 11 | Pure Oil Co. Butcher Knife Springs 1 | sec. 21, T. 14 N., R. 113 W. |
| 12 | Mountain Fuel Supply Co. Grizzly Buttes 1 | sec. 35, T. 15 N., R. 113 W. |
| 13 | Soble-UPRR-Uinta Development Co. UPRR 1 | sec. 13, T. 15 N., R. 113 W. |
| 14 | Park City Oil and Gas Co. 1 | sec. 6, T. 15 N., R. 113 W. |
| 15 | Max Pray Government-Akridge 1 | sec. 19, T. 15 N., R. 112 W. |
| 16 | Phillips Petroleum Co. Cedar Mtn. 1 | sec. 28, T. 15 N., R. 111 W. |
| 17 | Maria F. Stroock 1 | sec. 14, T. 15 N., R. 111 W. |
| 18 | Perkins 2 | sec. 32, T. 15 N., R. 109 W. |
| 19 | El Paso Natural Gas Co. (water well) | sec. 19, T. 15 N., R. 109 W. |
| 20 | Sinclair Oil Co. Federal 1 | sec. 6, T. 15 N., R. 108 W. |
| 21 | Perkins 1 | sec. 32, T. 15 N., R. 108 W. |
| 22 | Texota Oil Co. Post 1 | sec. 18, T. 15 N., R. 107 W. |
| 23 | Diamond Alkali Co. Reid 1 | sec. 24, T. 16 N., R. 109 W. |
| 24 | ...do......Reid 3 | sec. 2, T. 16 N., R. 109 W. |
| 25 | ...do......Cockerell 2 | sec. 10, T. 16 N., R. 109 W. |
| 26 | ...do......Grierson 1 | sec. 4, T. 16 N., R. 109 W. |
| 27 | ...do......Cockerell 1 | sec. 18, T. 16 N., R. 109 W. |
| 28 | ...do......Finley 2 | sec. 26, T. 16 N., R. 110 W. |
| 29 | ...do......Grierson 2 | sec. 2, T. 16 N., R. 110 W. |
| 30 | ...do......Finley 3 | sec. 22, T. 16 N., R. 110 W. |
| 31 | ...do......Finley 1 | sec. 8, T. 16 N., R. 110 W. |
| 32 | Mountain Fuel Supply Co. Church Buttes 5 | sec. 4, T. 16 N., R. 112 W. |
| 33 | Mountain Fuel Supply Co. Church Buttes 14 | NW¼ sec. 16, T. 16 N., R. 112 W. |

TABLE 3.—*Boreholes in the Green River Basin drilled to explore for trona or for oil or gas*—Continued

| Number on pl. 1 | Company or owner and well identification | Location |
|---|---|---|
| 34 | Mountain Fuel Supply Co. Church Buttes 13 | SE¼ sec. 16, T. 16 N., R. 112 W. |
| 35 | Mountain Fuel Supply Co. Church Buttes 8 | sec. 28, T. 16 N., R. 112 W. |
| 36 | Mountain Fuel Supply Co. Church Buttes 4 | sec. 29, T. 16 N., R. 112 W. |
| 37 | Mountain Fuel Supply Co. Church Buttes 4 | sec. 20, T. 16 N., R. 112 W. |
| 38 | Mountain Fuel Supply Co. Church Buttes 9 | sec. 19, T. 16 N., R. 112 W. |
| 39 | Mountain Fuel Supply Co. Church Buttes 12 | sec. 17, T. 16 N., R. 112 W. |
| 40 | Mountain Fuel Supply Co. Church Buttes 7 | sec. 8, T. 16 N., R. 112 W. |
| 41 | Mountain Fuel Supply Co. Church Buttes 10 | sec. 5, T. 16 N., R. 112 W. |
| 42 | Mountain Fuel Supply Co. Church Buttes 15 | sec. 6, T. 16 N., R. 112 W. |
| 43 | Mountain Fuel Supply Co. Church Buttes 3 | sec. 12, T. 16 N., R. 113 W. |
| 44 | Mountain Fuel Supply Co. Church Buttes 6 | sec. 13, T. 16 N., R. 113 W. |
| 45 | Mountain Fuel Supply Co. Church Buttes 11 | sec. 34, T. 17 N., R. 112 W. |
| 46 | Mountain Fuel Supply Co. Church Buttes 17 | SE¼ sec. 22, T. 17 N., R. 112 W. |
| 47 | Mountain Fuel Supply Co. Church Buttes 2 | NE¼ sec. 22, T. 17 N., R. 112 W. |
| 48 | Mountain Fuel Supply Co. Church Buttes 18 | SW¼ sec. 14, T. 17 N., R. 112 W. |
| 49 | Mountain Fuel Supply Co. Church Buttes 16 | NE¼ sec. 14, T. 17 N., R. 112 W. |
| 50 | Stauffer Chemical Co. SG 3 | sec. 6, T. 17 N., R. 110 W. |
| 51 | Kern County Land Co. 2 | sec. 4, T. 17 N., R. 110 W. |
| 52 | Union Pacific RR Co. 6A | sec. 15, T. 17 N., R. 110 W. |
| 53 | Diamond Alkali Co. Sturm 2 | sec. 8, T. 17 N., R. 109 W. |
| 54 | ...do......Sturm 1 | sec. 10, T. 17 N., R. 109 W. |
| 55 | ...do...... | sec. 35, T. 17 N., R. 109 W. |
| 56 | Pan American Petroleum Co. Massare Hills 1 | sec. 26, T. 17 N., R. 108 W. |
| 57 | Diamond Alkali Co. Reid 2 | sec. 32, T. 17 N., R. 107 W. |
| 58 | Perkins 3 | sec. 8, T. 17 N., R. 107 W. |
| 59 | Colorado Oil & Gas Rye Grass 1-26 | sec. 26, T. 17 N., R. 107 W. |
| 60 | Diamond Alkali Co. McKenna 1 | sec. 6, T. 18 N., R. 108 W. |
| 61 | Mountain Fuel Supply Co. Nightingale Sodium 1 | sec. 26, T. 18 N., R. 107 W. |
| 62 | Diamond Alkali Co. Butler 1 | sec. 12, T. 18 N., R. 108 W. |
| 63 | ...do...... | sec. 17, T. 18 N., R. 108 W. |
| 64 | Potash Company of America 2 | sec. 12, T. 18 N., R. 109 W. |
| 65 | Allied Chemical Co. Buchanan 1 | sec. 10, T. 18 N., R. 109 W. |
| 66 | ...do......Buchanan 2 | sec. 4, T. 18 N., R. 109 W. |
| 67 | ...do......Spider Creek 1 | sec. 19, T. 18 N., R. 109 W. |
| 68 | Potash Company of America 1 | sec. 6, T. 18 N., R. 109 W. |
| 69 | J. R. Simplot Co. Ruby 1 | SE¼ sec. 2, T. 18 N., R. 110 W. |
| 70 | Mountain Fuel Supply Co. John Hay Jr. 1 | NW¼ sec. 2, T. 18 N., R. 110 W. |
| 71 | Union Pacific RR Co. 1 | sec. 3, T. 18 N., R. 110 W. |
| 72 | ...do...... | sec. 15, T. 18 N., R. 110 W. |
| 73 | Humble Oil and Refining Co. Spider Creek Unit 1-B | sec. 26, T. 18 N., R. 110 W. |
| 74 | Humble Oil and Refining Co. Spider Creek Unit 2-B | sec. 27, T. 18 N., R. 110 W. |
| 75 | Kern County Land Co. 1 | NW¼ sec. 28, T. 18 N., R. 110 W. |
| 76 | ...do......3 | SE¼ sec. 28, T. 18 N., R. 110 W. |
| 77 | ...do......4 | sec. 20, T. 18 N., R. 110 W. |
| 78 | ...do......5 | sec. 21, T. 18 N., R. 110 W. |
| 79 | Little America-Covey 1 Anderson (water well) | sec. 17, T. 18 N., R. 110 W. |
| 80 | J. R. Simplot Co. Ruby 2 | sec. 4, T. 18 N., R. 110 W. |
| 81 | Union Pacific RR Co. 4 | sec. 5, T. 18 N., R. 110 W. |
| 82 | Stauffer Chemical Co. SG 2 | sec. 26, T. 18 N., R. 111 W. |
| 83 | ...do......SG 1 | sec. 10, T. 18 N., R. 111 W. |
| 84 | Diamond Alkali Co. 1 | sec. 12, T. 18 N., R. 112 W. |
| 85 | Union Oil Co. Moxa 1 | sec. 30, T. 19 N., R. 112 W. |
| 86 | Texaco Inc. Moxa 1 | sec. 22, T. 19 N., R. 112 W. |
| 87 | Stauffer Chemical Co. 1 SG | sec. 34, T. 19 N., R. 111 W. |
| 88 | Westvaco 4 | sec. 27, T. 19 N., R. 110 W. |
| 89 | ...do......1 | sec. 26, T. 19 N., R. 110 W. |
| 90 | ...do......8 | sec. 29, T. 19 N., R. 110 W. |
| 91 | ...do......10 | SW¼ sec. 15, T. 19 N., R. 110 W. |
| 92 | Union Pacific RR Co. 2 | SE¼ sec. 16, T. 19 N., R. 110 W. |

BLM_0034666

TABLE 3.—*Boreholes in the Green River Basin drilled to explore for trona or for oil or gas*—Continued

| Number on pl. 1 | Company or owner and well identification | Location |
|---|---|---|
| 93 | Westvaco 3 | center sec. 15, T. 19 N., R. 110 W. |
| 94 | Intermountain Chem. Corp. mine | SE¼ sec. 15, T. 19 N., R. 110 W. |
| 95 | Westvaco 5 | sec. 11, T. 19 N., R. 110 W. |
| 96 | do 6 | sec. 9, T. 19 N., R. 110 W. |
| 97 | do 9 | sec. 7, T. 19 N., R. 110 W. |
| 98 | do 13 | SW¼ sec. 4, T. 19 N., R. 110 W. |
| 99 | do 12 | SE¼ sec. 1, T. 19 N., R. 110 W. |
| 100 | do 10 | SW¼NW¼ sec. 1, T. 19 N., R. 110 W. |
| 101 | do 11 | NE¼NW¼ sec. 1, T. 19 N., R. 110 W. |
| 102 | Stauffer Chemical Co. SBI-11 | sec. 5, T. 19 N., R. 109 W. |
| 103 | Westvaco 7 | sec. 19, T. 19 N., R. 109 W. |
| 104 | Allied Chemical 3 Buchanan | sec. 29, T. 19 N., R. 109 W. |
| 105 | Union Pacific RR Co. 3 | sec. 31, T. 19 N., R. 109 W. |
| 106 | Diamond Alkali Co. 4 | sec. 30, T. 19 N., R. 108 W. |
| 107 | do | sec. 34, T. 19 N., R. 108 W. |
| 108 | do Green 1 | sec. 20, T. 19 N., R. 108 W. |
| 109 | do Mantz 1 | sec. 14, T. 19 N., R. 108 W. |
| 110 | do Bennett 1 | sec. 6, T. 19 N., R. 107 W. |
| 111 | P. T. Jenkins Grierson 1 | sec. 4, T. 20 N., R. 107 W. |
| 112 | Diamond Alkali Co. Berger 1 | sec. 28, T. 20 N., R. 108 W. |
| 113 | Stauffer Chemical Co. SBI 8 | sec. 29, T. 20 N., R. 108 W. |
| 114 | do SBI 12 | sec. 8, T. 20 N., R. 108 W. |
| 115 | do SBI 14 | sec. 6, T. 20 N., R. 108 W. |
| 116 | do SBI 20 | sec. 18, T. 20 N., R. 108 W. |
| 117 | do SBI 6 | sec. 26, T. 20 N., R. 109 W. |
| 118 | do SBI 22 | sec. 26, T. 20 N., R. 109 W. |
| 119 | do SBI 9 | sec. 13, T. 20 N., R. 109 W. |
| 120 | do SBI 15 | sec. 12, T. 20 N., R. 109 W. |
| 121 | do SBI 18 | SW¼SE¼ sec. 14, T. 20 N., R. 109 W. |
| 122 | do SBI 16 | NW¼SW¼ sec. 14, T. 20 N., R. 109 W. |
| 123 | do SBI 17 | NW¼NE¼ sec. 14, T. 20 N., R. 109 W. |
| 124 | do SBI 10 | sec. 11, T. 20 N., R. 109 W. |
| 125 | do SBI 26 | sec. 10, T. 20 N., R. 109 W. |
| 126 | do SBI 25 | NE¼NE¼ sec. 15, T. 20 N., R. 109 W. |
| 127 | do SBI 19 | SE¼ sec. 15, T. 20 N., R. 109 W. |
| 128 | do mine shafts | NE¼ sec. 15, T. 20 N., R. 109 W. |
| 129 | do SBI 5 | sec. 16, T. 20 N., R. 109 W. |
| 130 | do SBI 21 | sec. 4, T. 20 N., R. 109 W. |
| 131 | do SBI 6 | sec. 28, T. 20 N., R. 109 W. |
| 132 | do SBI 2 | sec. 6, T. 20 N., R. 109 W. |
| 133 | do SBI 1 | sec. 18, T. 20 N., R. 109 W. |
| 134 | do SBI 3 | sec. 12, T. 20 N., R. 110 W. |
| 135 | do SBI 4 | sec. 24, T. 20 N., R. 110 W. |
| 136 | Allied Chemical Co. Paddock 3 | sec. 33, T. 20 N., R. 110 W. |
| 137 | do Paddock 1 | sec. 20, T. 20 N., R. 110 W. |
| 138 | do Paddock 2 | sec. 5, T. 20 N., R. 110 W. |
| 139 | do L. L. Frame 1 | sec. 24, T. 20 N., R. 111 W. |
| 140 | Humble Oil and Refining Co. Blacks Draw 1-B. | sec. 24, T. 21 N., R. 110 W. |
| 141 | Union Pacific RR Co. 7 | sec. 29, T. 21 N., R. 109 W. |
| 142 | Stauffer Chemical Co. SBI 13 | sec. 32, T. 21 N., R. 108 W. |
| 143 | do SBI 24 | sec. 28, T. 21 N., R. 108 W. |
| 144 | do SBI 12 | sec. 22, T. 21 N., R. 108 W. |
| 145 | F. T. Jenkins Dymond 1 | sec. 18, T. 21 N., R. 107 W. |
| 146 | do W. Reeves 1 | sec. 28, T. 22 N., R. 106 W. |
| 147 | do V. Reeves 1 | sec. 30, T. 22 N., R. 106 W. |
| 148 | Belco Petroleum Corp. Eden 2 | sec. 17, T. 22 N., R. 108 W. |
| 149 | P. T. Jenkins Myer 1 | sec. 12, T. 22 N., R. 107 W. |
| 150 | Union Pacific RR Co. 8 | sec. 35, T. 22 N., R. 110 W. |
| 151 | Utah Construction and Mining Co. 1 | sec. 36, T. 23 N., R. 110 W. |
| 152 | Belco Petroleum Corp. Sandy Bend 1 | sec. 3, T. 23 N., R. 108 W. |
| 153 | El Paso Natural Gas Co. Simpson Gulch 1 | sec. 4, T. 23 N., R. 108 W. |
| 154 | P. T. Jenkins Pittman 1 | sec. 34, T. 23 N., R. 107 W. |
| 155 | P. T. Jenkins Pittman 2 | sec. 34, T. 23 N., R. 107 W. |
| 156 | Wyoming Trona Corp. 5 | sec. 13, T. 23 N., R. 107 W. |
| 157 | do 4 | sec. 20, T. 23 N., R. 106 W. |
| 158 | do | sec. 6, T. 23 N., R. 106 W. |
| 159 | do 1 | sec. 5, T. 23 N., R. 106 W. |
| 160 | do 3 | sec. 8, T. 23 N., R. 106 W. |
| 161 | do | sec. 15, T. 23 N., R. 106 W. |
| 162 | P. T. Jenkins Jenkins 1 | sec. 31, T. 24 N., R. 106 W. |

Joseph J. Fahey, of the U.S. Geological Survey, made a very thorough study of the saline minerals in the saline facies of the John Hay Jr. 1 well (Fahey, 1962, p. 5–45). In that study Fahey estimated the abundances of several saline minerals, bed by bed, through the whole thickness of the saline zone, which is there 555 feet thick. He estimated that shortite makes up about 10 percent by volume of the whole thickness, and if that percentage holds laterally, then there is at least 125 million tons of shortite under each square mile of land in that area. He found trona at at least 22 levels (either as beds or scattered crystals) and found that trona aggregates about 6.4 percent of the saline zone. Farther south, trona makes up a much larger percentage of the saline zone; but because the saline zone itself thickens southward, the relative percentages of trona and shortite may not change much. The detailed data, however, to test this inference are not available. Fahey estimated that northupite made up about 2.2 percent of the saline zone in the John Hay Jr. 1 well.

In the saline facies in the central part of the basin, loughlinite [$Na_2O \cdot 3MgO \cdot 6SiO_2 \cdot 8H_2O$] (Fahey and others, 1960) is locally plentiful. This occurs as veinlets and beds and as partial replacements of minerals, especially northupite. In places the beds are more than 1 foot thick. More generally it is only one of several constituents distributed through the rock. It is fibrous, very fine grained, and has a birefringence comparable to that of several clay minerals. Its minute crystals are generally parallel and may be oriented along a bounding surface or normal to the surface. In larger veinlets its fibers are usually normal to the walls.

Only two chemical analyses of rocks in the Wilkins Peak Member are included in this report because Fahey (1962, p. 15) has already published 14 complete analyses of rocks selected at fairly regular intervals through the saline zone of the Hay well core. One of the analyses included in this report is a tuff about 140 feet above the base of the member. The bed is light buff to brownish gray and is about 8 inches thick; it is an excellent marker bed that can be traced for many miles along the outcrop. The other analysis given in this report is of a greenish-gray muddy tuff from the uppermost part of the Wilkins Peak Member.

Culbertson (1961) described and gave accurate stratigraphic positions of six continuous tuff beds in the Wilkins Peak Member. These are very useful key beds. The tuff identified by my field number 19–58 (see table 4) is Culbertson's lowest tuff bed, which in his area is roughly 125 feet above the base of the member. This same bed has been recognized over a large area by J. D. Love, who called it the Firehole analcite bed (written communication, 1964).

Microscopic examination shows that sample 19–58

TABLE 4.—*Chemical analyses of two tuffs from the Wilkins Peak Member of the Green River Formation*

[Analyst: June Goldsmith]

| Constituent | 1 | 2 |
|---|---|---|
| $SiO_2$ | 60.58 | 51.51 |
| $Al_2O_3$ | 16.57 | 13.58 |
| $Fe_2O_3$ | 2.21 | 5.31 |
| FeO | .08 | .05 |
| MgO | .27 | 3.18 |
| CaO | 2.13 | 5.52 |
| $Na_2O$ | 9.51 | 5.33 |
| $K_2O$ | .50 | 2.40 |
| $H_2O+$ | 5.48 | 2.98 |
| $H_2O-$ | .28 | 1.06 |
| $TiO_2$ | .09 | .18 |
| $P_2O_5$ | .05 | .13 |
| MnO | .02 | .07 |
| $CO_2$ | 1.58 | 7.75 |
| $SO_3$ | .06 | .31 |
| BaO | .10 | .04 |
| Total | 99.51 | 99.40 |

1. Sample field No. 19-58; laboratory No. E-2382. From bed about 140 ft above base of the member in sec. 31, T. 19 N., R. 105 W., Sweetwater County, Wyo.
2. Sample field No. 23-58; laboratory No. E-2383. From bed at the top of the member in sec. 8, T. 18 N., R. 107 W., Sweetwater County, Wyo.

contains a very large amount of analcime, mostly in small euhedral crystals. Tuff sample 23–58 also contains considerable analcime, but it differs from the other tuff mostly by having a somewhat greater content of calcium and magnesium carbonates and a relatively large amount of $K_2O$, which is probably present as potassium feldspar. These two samples are rather typical of the altered tuffs in the Wilkins Peak Member.

J. D. Love, of the U.S. Geological Survey, made a study of about 35 thin but very extensive zones in the Wilkins Peak Member that contain detectable to significant amounts of uranium and abnormally large amounts of $P_2O_5$ (written communication, 1964). These zones, which range in lithology from muddy sandstone through greenish gray claystone to low-grade oil shale and marlstone, have $P_2O_5$ contents ranging from less than 0.05 to 18.2 percent. These same rocks contain 0.003–0.15 percent uranium.

Fossils are not common in the Wilkins Peak Member though in a few beds they are both numerous and remarkable. Locally along White Mountain, especially in sec. 9, T. 18 N., R. 106 W., a number of organic marlstone and low-grade papery oil-shale beds contain a large number of mycetophyllid fly larvae and a smaller number of oestrid and unidentified fly larvae. With some of these larvae are also adult flies and a few adult Hemiptera and Coleoptera. On the bedding planes of one of the marlstone units are many adult flies that evidently got stuck in the wet mud just after hatching, as their wings were not fully developed when they were trapped.

The other unusual fossiliferous beds are two beds of oil shale. One of these oil-shale beds is a rather rich bed that immediately underlies the trona bed being mined in the Intermountain Chemical Co.'s mine. This bed contains many microscopic aquatic animals and parts of them. These are thought to be *Cladocera* and parts of aquatic insects. They are being studied by specialists in such living organisms.

The other oil shale is a stratum about one-eighth inch thick that is very rich in organic matter and pyrite. This stratum was found in the core from the John Hay Jr. 1 well at a depth of 1646.5 feet below the surface (sec. 2, T. 18 N., R. 110 W., Sweetwater County, Wyo.). The rock contains a remarkably rich and varied microflora of algae and fungi and many pollen grains and some fragments of aquatic insects. This microflora will be described in another paper.

Both these beds of oil shale, and indeed all the beds of oil shale in the Wilkins Peak Member, are believed to represent deposits formed when Gosiute Lake was at a much higher level than when any of the trona beds formed. These higher stages of the level represent fresher water stages, though none of them were high enough to overflow. While these oil-shale beds were forming, the area of the lake fluctuated between about 1,500 and 4,500 square miles. The microorganisms apparently grew in the fresher water of the epilimnion, which floated on the rather strongly saline hypolimnion. In other words, the lake was chemically stratified during those stages; and the organic matter was preserved in the stagnant, deeper, saline water.

A longer report is being prepared jointly by Prof. Hans Eugster, of Johns Hopkins University, and the U.S. Geological Survey on the conditions of deposition of the Wilkins Peak Member and the origin of its trona beds and other salts. A fuller discussion of the paleolimnology and geochemistry of Gosiute Lake during the Wilkins Peak stage will be given in that report.

### LANEY SHALE MEMBER

Schultz (1920, p. 27–28) named the Laney Shale Member of the Green River Formation from exposures along the Laney Rim around the northern part of the Washakie Basin. The Laney encircles Washakie Basin and extends southward into Moffat County, Colo., beyond the south line of the geologic map, plate 1. Along the east side of the Green River Basin the Laney makes up the buff to brownish gray hilltops out of which large lenses of tuffaceous sandstone jut boldly. Around the other side of the Green River Basin the Laney Shale Member is the thickest and most extensive member of the Green River Formation, as is shown on plate 1.

BLM_0034668

The Laney Shale member around the Washakie Basin ranges in thickness from a little less than 400 to nearly 1,900 feet and is characterized by buff, chalky to muddy marlstone and brown to light-ash-gray shale. Along the west and north sides of this basin the middle part of the Laney contains considerable amounts of low-grade oil shale and a few beds of moderately rich oil shale. Much of the low-grade oil shale is papery, and some of it contains the well-prserved remains of small fish. Most of the thin volcanic-ash layers in the Laney of this part of the area have been altered to analcime. Along the east and south sides of the Washakie Basin the shale and marlstone of the Laney are, in general, somewhat softer and muddier than they are on the west side of the basin. Also, they contain much less organic matter, although zones of chalky varved organic marlstone and low-grade oil shale make up a considerable part of the Laney, particularly along the south, faulted side of the basin.

A chemical analysis of a typical varved dolomitic organic marlstone from the lower part of the Laney Shale Member is given in table 5.

TABLE 5.—*Chemical analysis of typical dolomitic organic marlstone from the basal part of the Laney Shale Member*

[Sample collected in S½NE¼ sec. 8, T. 18 N., R. 107 W., Sweetwater County, Wyo. Sample No. 22-58c; lab. No. E-2380. Analyst: V. C. Smith]

| Constituent | Weight percent | Constituent | Weight percent |
|---|---|---|---|
| SiO$_2$ | 43.95 | H$_2$O+ | 4.03 |
| Al$_2$O$_3$ | 11.41 | H$_2$O− | .43 |
| Fe$_2$O$_3$ | 1.88 | TiO$_2$ | .23 |
| FeO | 1.56 | P$_2$O$_5$ | .41 |
| MgO | 3.67 | MnO | .05 |
| CaO | 11.43 | CO$_2$ | 13.36 |
| Na$_2$O | 4.25 | | |
| K$_2$O | 2.38 | Total | 99.04 |

H$_2$O+ is abnormally high because organic matter, unfortunately, was not determined. Judging from other comparable analyses for which the organic matter was subsequently determined, the organic matter in this marlstone probably is about 4 percent. Nearly 30 percent of this rock consists of carbonates—14.3 percent dolomite, 12.63 percent calcite, and 2.45 percent siderite. It is worth noting that the amount of P$_2$O$_5$ in this rock is considerably greater than that found in most of the analyzed rocks in the Green River Formation, but it is not nearly so great as the amount Love (written communication, 1964) found in his thin uraniferous phosphate zones in the Wilkins Peak Member.

The Laney Shale Member in and around the Green River Basin is characterized by brown and buff-colored rocks that include marlstone, tuff, sandstone, shale, and limestone. Buff coarsely chippy to platy marlstone and tuff, and brown iron-stained muddy sandstone make up the greater part of the unit though locally soft chalky varved organic marlstone and low-grade papery oil shale are rather plentiful, especially in the lower part of the member. Plant remains, particularly palms, and silicified wood are locally common in the platy marlstone. Thin algal-limestone beds and nodular masses occur near the margins of the depositional basin. Near the center of the basin the rocks in the lower part of the member contain more low-grade oil shale than do those in the marginal facies. Locally, oil-shale beds of fair quality are found in lenses of soft fine-grained muddy tuff. Most of the sandy tuff occurs as thick lenses which grade laterally into sandy shale or soft sandy marlstone. In the Green River Basin the Laney Shale Member is well exposed in the cliffs along the north banks of Big Sandy Creek (T. 23 N., R. 109 W.) and in cliffs along a tributary to Blacks Fork in the northwestern part of T. 16 N., R. 108 W. (see fig. 14) and the northeastern part of T. 16 N., R. 109 W., though at neither locality is either the base or the top exposed. In the vicinity of the town of Green River the Laney is more than 600 feet thick.

A nearly complete section of the Laney Shale Member was measured about 23 miles south of the town of Green River near Twin Buttes (sec. 8, T. 14 N., R. 108 W.). The lithologic details of this section are given later in the report under the heading, "Measured sections."

North of the Rock Springs uplift and along the north side of the Green River Basin the Laney extends beyond the feather edge of the Wilkins Peak Member and rests either upon the Cathedral Bluffs Tongue, the New Fork Tongue, or the main body of the Wasatch Formation. (See pl. 1.)

Along the north and west sides of the Green River Basin the Laney Shale Member contains a considerably greater proportion of soft shale and mudstone than it does elsewhere. The rocks are consistently poor in organic matter and locally along the western side of the basin soft muddy sandstone beds and lenses are rather numerous. Comparatively hard marlstone and limy shale is interbedded with these soft muddy rocks. Near the southwest corner of the Green River Basin where the Laney is only 284 feet thick the following section was measured:

*Laney Shale Member of the Green River Formation measured east of Piedmont in the northern part of T. 14 N., R. 117 W., Uinta County, Wyo.*

| | Ft | in |
|---|---|---|
| Mudstone of the Bridger Formation. | | |
| Marlstone, hard, white; makes a broad bench | 2 | 0 |
| Volcanic ash, pure white, chalky | 2 | 0 |
| Shale, soft, gray; contains a few layers of less fissile mudstone and a few thin layers of hard marlstone | 24 | 0 |

| | Ft | in |
|---|---|---|
| Marlstone, hard, thin-bedded, platy, light-gray; contains an abundance of ostracodes | 0 | 6 |
| Mudstone, soft, gray, sandy | 13 | 0 |
| Marlstone, hard, very limy, almost white; contains shells | 1 | 0 |
| Sandstone, soft, muddy, dark-olive-gray; bottom part consists of very coarse sand grains embedded in greenish-gray waxy clay matrix; becomes fine grained and fissile toward top | 16 | 0 |
| Marlstone, gray, flecked with white; apparently tuffaceous | 1 | 0 |
| Mudstone, pale-greenish-gray | 2 | 0 |
| Marlstone, rather hard and crudely chippy | 0 | 6 |
| Mudstone, soft, pale-greenish-gray | 12 | 0 |
| Sandstone, massive, medium- to fine-grained, dark-gray | 2 | 0 |
| Marlstone, hard, clayey, dense, light-grayish-buff, very crudely chippy | 2 | 0 |
| Mudstone, soft, gray, crudely fissile | 6 | 0 |
| Mudstone, soft, gray, massive; contains one or more thin bands of pink mudstone | 25 | 0 |
| Marlstone, dense, nearly white, chippy; makes conspicuous bench | 5 | 0 |
| Limestone, dense, gray; weathers nearly white | 1 | 0 |
| Mudstone, soft, gray; crudely fissile at base but grades upward into limy shale | 3 | 6 |
| Limestone, gray, regularly bedded | 0 | 6 |
| Shale, soft, very limy, light-gray; weathers nearly white | 2 | 0 |
| Marlstone, alternate dense and chalky layers | 1 | 0 |
| Mudstone, soft, gray, crudely fissile; contains few thin layers of dense marlstone | 4 | 0 |
| Marlstone, rather chalky, pale-grayish-buff; in part massive, in part crudely chippy | 2 | 0 |
| Shale, soft, gray; rather poorly developed fissility | 45 | 0 |
| Mudstone and limy shale; unit poorly exposed; soft gray mudstone grades into pale-buff limy shale that contains a few thin mud-cracked marlstone layers | 110 | 0 |
| Thickness, Laney Shale Member | 283 | 0 |

A section of the Laney Shale Member measured on the west slope of Steamboat Mountain (sec. 17, T. 23 N., R. 102 W.) was published in an earlier report (Bradley, 1926, p. 131), though, of course, it was there designated as Morrow Creek Member of the Green River Formation.

Northeastward from the north end of the Rock Springs uplift the member thins, and on the northeastern slope of Oregon Buttes (sec. 2 T. 26 N., R. 101 W.), where the following section was measured, it is only a little more than 20 feet thick:

*Section of the Laney Shale Member of the Green River Formation measured in sec. 2, T. 26 N., R. 101 W., Sweetwater County, Wyo.*

| | Ft | in |
|---|---|---|
| Algal and oolitic limestone, in part silicified; contains abundance of ostracode shells | 1 | 0 |
| Marlstone, shaly; has rather thick but regular laminae | 0 | 6 |

| | Ft | in |
|---|---|---|
| Mudstone, brown, soft, massive | 3 | 0 |
| Shale, papery, very soft, chocolate-brown; contains small quantity of organic matter except in uppermost 6 in. which is barren clay | 14 | 0 |
| Marlstone, nearly white, sandy, massive; contains clay pellets | 2 | 0 |
| Thickness, Laney Shale Member | 20 | 6 |

Approximately 2½ miles northwest of this locality the Laney is represented by only two beds, as follows:

| | Thickness (feet) |
|---|---|
| Oolite, brown, sandy, platy-bedded; contains many ostracodes | 2 |
| Sandstone, coarse-grained, muddy ocherous | 5 |
| Thickness, Laney Shale Member | 7 |

The Laney Shale Member continues to thin northwestward and is absent from Tps. 28 and 29 N., Rs. 103–105 W., according to Berman's mapping. (See McGrew, and Berman, 1955.) There, north of the Continental fault, the Bridger Formation rests directly on the Wasatch Formation.

Prof. Paul O. McGrew, of the University of Wyoming, showed me (August 1963) a considerable thickness of the Green River Formation (apparently Laney) along the Big Sandy River north of the area shown on plate 1. The Green River Formation at that locality was faulted down on the north side of an unmapped fault that strikes northwest-southeast.

Locally in shore phases, generally but not everywhere near the mountains, the Laney Shale Member contains massive green mudstone beds, thinner zones of carbonaceous shale, and beds and lenses of carbonaceous sandstone. In these beds, particularly the greenish-gray mudstone, crocodile and turtle bones and gar-pike scales are abundant. Silicified wood is also common in such associations. In the buff chippy marlstone beds that characterize this member, impressions of leaves are common and, locally, plentiful. Leaves and fragments of palms (*Sabalites* sp.) are by far the most numerous, though leaves of deciduous trees are common in the limy shale and marlstone of the Laney.

McGrew (McGrew and Berman 1955, p. 110) reported finding abundant crocodile, turtle, and gar-pike remains and also the small fish *Knightia* in the Laney Shale (then Morrow Creek) Member in Tps. 26 and 27 N., R. 105 W. More significantly, however, McGrew also found (McGrew and others, 1959, p. 125–127) an important collection of mammalian remains in this shore facies. Of these remains he says, "* * * none was larger than *Hyopsodus lepidus* Matthew except for *Hyrachyus*, of which an astragalus was



FIGURE 14.—Characteristic exposure of the Laney Shale Member of the Green River Formation in the north bank of a tributary to Blacks Fork in sec. 7, T. 16 N., R. 108 W., Sweetwater County, Wyo. The member here consists predominantly of brownish buff sandy marlstone. Typical sandstone lenses are visible in the upper part of this exposure.

found. Insectivores, primates, rodents, and *Hyopsodus* make up the great bulk of the fauna." The list follows:

| | |
|---|---|
| *Leptotomus parvus* n. sp. McGrew | *Thisbemys* sp. |
| *Diacodon edenensis* McGrew | *Sciuravus nitidus* Marsh |
| *Notharctus gracilis* Marsh | *Hyrachyus* sp. |
| *Omomys carteri* Leidy | *Hyopsodus lepidus* Matthew |
| *Shoshonius? laurae* McGrew | *Melanosaurus* sp. |
| *Paramys delicatus* Leidy | |

These mammals, he believed, indicate early Bridgerian age. He wrote by way of interpretation (McGrew and others, 1959, p. 127) of the ecology: "Altogether the evidence suggests a rather extensive, heavily forested swampland, with numerous braided waterways. The occasional beds of calcareous shale containing abundant impressions of the fish *Knightia* indicate periodic, perhaps widespread submergence." With this interpretation I fully agree. The geology indicates that Gosiute Lake was shallow and that small fluctuations of level produced large lateral shifts of the shoreline.

On the basis of a recent study of the Green River Formation by W. C. Culbertson (1962, p. C54–C57), of the Geological Survey, the formal stratigraphic name Tower Sandstone Lentil has been abandoned. He showed that the Tower is not a single sandstone lens as the name suggested but a complex and extensive system of sand-filled channels and beds. Most of these channel sandstones, which are near or at the base of the Laney Shale Member, are 50–75 feet thick and 150–300 feet wide. (See fig. 15.) In the vicinity of the town of Green River, the sandstones cap towers which gave rise to the name Tower Sandstone Lentil (Bradley, 1926, p. 123). Locally, however, the sandstones are scattered through the lower 400 feet of the Laney. These channel sandstones are common as far south as Sage Creek (T. 15 N., R. 106 W.), but south of that they are less conspicuous, though sandstone beds become progressively more numerous still farther south near the Uinta Mountains. Northward from the Union Pacific Railroad the channel sandstones become thinner and less numerous and within 10 or 12 miles lose their identity, though they may be present as softer sandstone beds. Sandstone lenses and beds that may be correlative with some of those in the Green River Basin occur along the western rim of Washakie Basin and are responsible for

BLM_0034671

Case No. 1:20-cv-02484-MSK   Document 36-12   filed 04/27/21   USDC Colorado   pg 112 of 137



FIGURE 15.—Tuffaceous sandstone lens close to the base of the Laney Shale Member of the Green River Formation. Scour into the underlying oil-shale and marlstone beds and differential compaction beneath the sandstone lens are visible in the central part of the photograph. This sandstone lens is one of many exposed along U.S. Highway 30 a few miles west of the town of Green River (sec. 9, T. 18 N., R. 107 W.). This group of sandstone lenses and beds was formerly known as the Tower Sandstone Lentil.

the topographic relief of Pine and Sand Buttes (T. 15 N., R. 100 W.).

Because the channels in which these sandstones were deposited were cut in fine-grained highly compactible sediment, differential compaction has considerably distorted both the original form of the sandstone bodies and the enclosing sediments. (See figs. 15, 16.)

The actual channels cut in the Laney Shale Member have gently sloping sides. Moreover, the part of the sand that filled these channels evidently mixed gradually with the marly mud, for in many places the base of the sandstone lens is silty or slightly sandy regularly laminated more or less organic marlstone. In addition, it contains fish remains and locally shows subaqueous slumping. This marlstone grows more sandy upward to 10–15 feet above the base where it grades into the typical massive or finely banded sandstone.

Much of the sand that makes up these lenses and beds is of volcanic origin. The sandstone lenses apparently represent concentrations of the crystal and lithic grains from blankets of volcanic ash. In thin sections the volcanic aspect is as apparent as it is obscure in the outcrop or even in a hand specimen. Almost without exception the grains are sharply angular, muscovite is absent but a phologopitelike biotite is common, and the quartz grains are nearly all

clear and unstrained. The phologopitelike biotite and the hornblende suggest an alkalic source, which is not surprising; many of the tuffs in the Green River Formation of Wyoming have the same kind of biotite, and the hornblende is commonly riebeckite. The nearest vents containing this kind of volcanic material are in the Rattlesnake Hills, Tps. 32 and 33 N., Rs. 87 and 88 W., Natrona County, Wyo. (Carey, 1954). But as J. D. Love (written communication, May 1962) pointed out, ash from that source probably would have had to oppose the prevailing winds. Accordingly, a source in the volcanic center of the Absaroka Range of northwestern Wyoming is perhaps more reasonable. The volcanoes of that area also are known to have been active during the middle and late Eocene (Love, 1939, p. 109–110).

Presumably the finer particles of this ash fall were washed or blown farther southward away from the volcanoes and incorporated in the sediments that make up the lower part of the Laney Shale Member of the Green River Formation.

Volcanic ash, as has been noted, is abundant in the upper part of the Laney Shale Member. Most of this ash has been considerably altered, but some beds are comparatively little altered. Two of these were selected for chemical analysis (table 6).

TABLE 6.—Chemical analyses of a rhyolitic and an andesitic tuff from the upper and middle parts of the Laney Shale Member and, for comparison, Daly's average compositions of rhyolite and andesite

[Analyst: D. F. Powers]

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| $SiO_2$ | 76. 56 | 72. 77 | 58. 59 | 59. 59 |
| $Al_2O_3$ | 9. 39 | 13. 33 | 15. 58 | 17. 31 |
| $Fe_2O_3$ | 2. 15 | 1. 40 | 5. 06 | 3. 33 |
| $FeO$ | . 18 | 1. 02 | . 62 | 3. 13 |
| $MgO$ | . 53 | . 38 | 3. 36 | 2. 75 |
| $CaO$ | 1. 36 | 1. 22 | 3. 87 | 5. 80 |
| $Na_2O$ | 1. 02 | 3. 34 | 4. 54 | 3. 58 |
| $K_2O$ | 4. 52 | 4. 58 | 2. 01 | 2. 04 |
| $H_2O+$ | 1. 98 | 1. 50 | 2. 23 | 1. 26 |
| $H_2O-$ | . 98 | | 2. 00 | |
| $TiO_2$ | . 36 | . 29 | . 66 | . 77 |
| $P_2O_5$ | . 09 | . 10 | . 22 | . 26 |
| $MnO$ | . 02 | . 07 | . 03 | . 18 |
| $CO_2$ | . 05 | | . 38 | |
| $SO_3$ | . 63 | | . 28 | |
| $Cl$ | . 01 | | . 06 | |
| $F$ | . 03 | | . 06 | |
| $S$ | . 01 | | . 00 | |
| $BaO$ | . 03 | | . 09 | |
| Subtotal | 99. 80 | | 99. 64 | |
| Less $O_2$ correction for $S$ and $Cl$ | . 02 | | . 03 | |
| Total | 99. 78 | | 99. 61 | |

1. Field No. 26-58, lab. No. F-2798; rhyolite from sec. 9, T. 15 N., R. 100 W., Sweetwater County, Wyo.
2. Daly's average rhyolite (Daly, 1933, p. 9).
3. Field No. 26-58, lab. No. F-2799; andesite from sec. 27, T. 23 N., R. 109 W., Sweetwater County, Wyo.
4. Daly's average andesite (Daly, 1933, p. 16).

BLM_0034672



FIGURE 16.—Field sketch (simplified ) to show extent of differential compaction around and between tuffaceous sandstone lenses in the lower part of the Laney Shale Member.  The interval between two rich oil-shale beds at a and b is 61.5 feet, whereas the interval between them at c and d is only 12.4 feet.  The beds enclosing these two oil-shale layers consist of papery oil shale.  A lens of sandy marlstone fills the depression above c–d.  Exposed in the north wall of a small gulch in the SE¼ sec. 21, T. 18. N., R. 107 W.

Sample 26–58 is exceedingly fine grained and consists mostly of partly devitrified shards that are sharp and almost needlelike.  Its composition is similar to the average composition of 102 rhyolites given by Daly (1933, p. 9).  It differs from the average composition most notably by having higher a $SiO_2$ content and lower $Al_2O_3$ and $Na_2O$ contents.  The total iron is nearly the same; though, as might be expected, much more of the iron in the Green River ash is in the ferric state.

Sample 36–58 is a medium-grained crystal-lithic tuff whose micas are somewhat chloritized.  Its composition is closely similar to the average composition of 87 andesites given by Daly (1933, p. 16).  It differs from the average most by having less $Al_2O_3$ and more $Na_2O$ and by having somewhat more MgO and less CaO.

Tuffs more or less similar to these are fairly common in the Laney Shale Member, but variants of the andesitic tuffs make up a greater volume than do the rhyolitic tuffs.

### BATTLE SPRING FORMATION

Pipiringos (1962, p. A34–A35) gave the name Battle Spring Formation to a thick sequence of arkosic sandstone in the eastern part of the Great Divide Basin, taking the name "* * * from typical exposures southwest of Battle Spring Flat * * *" (T. 23 N., R 94 W.) and "* * * southeast of Lost Creek Butte  * * *" (eastern part of T. 23 N., R. 95 W.).  The Battle Spring Formation, of early and middle Eocene age, intertongues with all the subdivisions of the Wasatch and Green River Formations already described except the Laney

Shale Member of the Green River Formation.  Pipiringos inferred that the Battle Spring Formation is about 3,300 feet thick but that it may be even thicker.  His description (1962, p. A34–A35) of the formation follows:

The base of the Battle Spring formation is exposed on the north slope of Flattop Buttes [northern part of T. 26 N., R. 95 W.] and at a point about 10 miles west of Rawlins, Wyoming, in the northwest part of T. 21 N., R. 89 W.; at both localities the Battle Spring formation overlies the Fort Union formation unconformably.

The Battle Spring formation consists of very coarse-grained to pebbly arkosic sandstone with less amounts of bright green claystone that contains abundant large grains of clear angular quartz.  Locally the beds form low rounded bluffs in which the cross-bedded nature of the sandstone is clearly visible, elsewhere the sandstone weathers into soft slopes littered with spherioidal sandstone concretions that are moderately calcareous and often contain limonitic centers.  The sediments that make up this formation appear to have been deposited in deltaic sheets, the source of which appears to have been the Granite Mountains north and northeast of the map area.  [See fig. 10.]

Where the rivers that carried the sediments spilled out into one of the ancient Green River lakes, extensive areas of foreset beds were formed, which today exhibit dips up to 15 degrees.

No fossils were found in the Battle Spring formation, but the formations with which it intertongues range in age from earliest Eocene through early middle Eocene.  The Battle Spring formation seemingly represents a period of continuous deposition during this time.

### BRIDGER FORMATION

#### DEFINITION AND AGE

The Bridger Formation, of middle and upper(?) Eocene age, was named by F. V. Hayden (1873) for

badland exposures in the central part of the Green River Basin along the main line of the Union Pacific Railroad.

The Bridger Formation occupies large areas in the central parts of the Green River and Washakie Basins where it makes a picturesque badland terrain. Outliers of the Bridger Formation were mapped northeast of the Rock Springs uplift. Pipiringos (1962, pl. 1) and Nace (1939, pl. 1) mapped other outliers of the Bridger along the northern part of the central Great Divide Basin (Tp. 26 N., R. 94–97 W.), and Sears (1924b) mapped rather large areas of Bridger in Moffat County, Colo. The Bridger outliers mapped by Pipiringos and Sears (in part) are shown on plate 1 of this report.

### CLASTIC SEDIMENT

The Bridger Formation resembles in many respects the Wasatch Formation, but it contains fewer red beds and much more volcanic ash. It consists predominantly of sandy tuffaceous mudstone that ranges in color from light neutral gray to rather dark greenish drab and grayish chocolate brown. Locally some of the gray mudstone in the uppermost parts of the formation in the Green River Basin is banded with pink, dull red, or mauve. Interbedded with the mudstone are beds and lenses of crossbedded gray to brownish-gray medium-grained tuffaceous muddy sandstone. Volcanic-ash beds that contain little clastic material are numerous in the Bridger and locally make up as much as 15–20 percent of the formation. Widely separated thin limestone and marlstone layers make extensive and conspicuous benches in the Bridger badland terrain. (See fig. 17.) Locally these thin layers are silicified. Carbonaceous sandstone, shale, and clay layers are rare but apparently are significant, as they represent swamp sites and a few of them may represent fossil soils. In an excellent description of the Bridger Formation in the southern part of the Green River Basin, Koenig (1960, p. 165–168) reported also thin lignitic and coaly layers in several parts of the formation. Koenig (p. 168) proposed a volcanic source for virtually all the sediments of the Bridger Formation except the thin calcareous layers of lacustrine origin. In this, he agrees with Sinclair (1906, p. 273). My impression is that most of the beds in the Bridger are tuffaceous but also contain a significant percentage of clastic material.

### PYROCLASTIC SEDIMENT

One of the most distinctive features of the Bridger Formation in the Green River Basin is its andesite tuff, most of which occurs in irregular beds that consist of contiguous or overlapping thick crossbedded lenses. The tuff has been altered, and the alteration minerals have given it surprisingly vivid colors. Because these colors are so exceptional as rock colors and because they make such conspicuous bands in the gray badland terrain, it seems worthwhile to define two of the commonest colors with some precision. One of these colors matches Ridgway's (1912) "deep bluish glaucous," which is a mixture of 93 percent primary green and 7 percent primary blue subdued by the addition of



FIGURE 17.—Characteristic exposure of the Bridger Formation in the northeast slope of Twin Buttes in the southeastern part of the Green River Basin. About 1,400 feet of Bridger is exposed here. The three highest points, all of small area, are each capped by about 50 feet of Bishop Conglomerate. The apparent highest point, near the center of the photograph, is in sec. 21, T. 14 N., R. 109 W., Sweetwater County, Wyo. The Buckboard Crossing topographic quadrangle map, published in 1959, shows this mass as Black Mountain, a name I never heard used in that locality. According to that map the name Twin Buttes is restricted to two much smaller, but slightly higher, buttes in secs. 6 and 7, T. 13 N., R. 109 W.

considerable neutral gray and lightened in tint by the addition of a moderate amount of white. The other common andesite tuff color is a strong green, although Ridgway gave this particular color the name "deep dull yellow-green (1)." This is a mixture of equal amounts of primary yellow and green subdued by a moderate amount of black. The colors of these particular tuffs, of course, change with changing light and with the moisture content of the rock. Although these are the prevailing hues of the altered andesite tuffs, other more sombre hues that grade into dull olive brown are common.

The bluish-gray andesite tuff is a medium-grained sandy rock consisting of angular to subrounded grains of more or less devitrified glassy volcanic rock that contains an abundance of plagioclase laths and sand-size crystals of calcic plagioclase, green to brown hornblende, biotite, augite, and a few grains of potash feldspar and quartz. Much of the hornblende and some of the plagioclase is idiomorphic. Some of the glassy fragments are fairly fresh and contain minute spherical bubbles, whereas other fragments have been altered to a felt of clay-mineral laths. Most of the biotite has been bleached or converted to a chloritelike mineral. Pore spaces are filled in part with calcite but mostly with a bright-bluish-green fibrous and flaky clay mineral that is probably nontronite.

The deep-green andesite tuff is closely similar to the light-bluish tuff just described, but it contains considerably more of the green alteration mineral that is inferred to be nontronite and a much larger quantity of hydrated iron oxide. The green alteration mineral forms a tightly adhering film on each crystal or lithic grain and also fills the pore spaces. Much of this alteration mineral is brilliant emerald green and appears to be made up either of felts of flakelike particles or of closely spaced fibres. Some of this material, however, makes clusters of radiating needles that line cavities. In plain light this material is bright bluish green parallel to the elongation and greenish yellow at right angles to the elongation. C. S. Ross of the Geological Survey suggested (oral communication, 1931) that this may be the bluish-green variety of glauconite known as celadonite. Attempts to isolate this mineral for further tests were unsuccessful.

The crossbedding and lenticularity of these strongly colored tuffs shows that they were reworked by streams; but apparently the reworking was not extensive, for the tuffs contain only a small percentage of clastic grains such as quartz and rounded grains of calcite and limestone. The large areal extent and the continuity of crossbedded lenses of these andesite tuffs suggest that the ash falls choked the drainage channels and caused the overloaded streams to wander widely in the

newly fallen ash until their former gradients were reestablished. Other andesitic ash falls, however, were reworked considerably more, as is shown by the greater admixture of clastic material. In fact, all gradations are found between the nearly pure strongly colored andesite tuff and gray muddy sandstone whose pyroclastic constituents are obscure or absent.

Tuffs more alkalic than andesite make up a greater percentage of the Bridger Formation than do the andesite tuffs. These more alkalic tuffs are evidently rhyolitic, but some appear to represent rocks intermediate between rhyolite and andesite. Johannsen (1914, p. 220–221) studied samples collected from bone-bearing beds in the Bridger Formation and reported most of them as dacite, dacite?, and tuffs but called one "glass tuff." Possibly, chemical analyses of a series of these tuffs would show a rather complete gradation between the dacite and the glassy tuff. The rhyolitic tuffs range in color from dull greenish gray to white (fig. 18) and in texture from that of fine-grained sandstone to clay depending upon the content and size of crystal fragments and the degree of alteration.

The commonest rhyolitic tuffs consist of a mixture of lumps and shards of pumiceous glass and angular fragments of quartz and potash feldspar. In addition to the quartz and potassic feldspar, at least some of which is sanidine, are lesser amounts of biotite, green hornblende, and plagioclase (oligoclase and andesine). Zircon and apatite are rare. In some of the tuffs richest in crystal constituents, biotite is abundant and hornblende is common. Unaltered glass in these tuffs has a refractive index close to 1.52.

Most of the rhyolitic tuffs are altered; the glass has been devitrified or, in some, altered to a felt of clay-mineral flakes. The shard and pumiceous textures, however, are clearly visible. A few of the rhyolitic tuffs that apparently were originally made up mainly of minute and delicate glass shards have been altered to a bentonitic clay. These tuffs contain only a small quantity of very small angular grains of quartz, sanidine, and sodic plagioclase but have an abundance of dark-brown to black biotite flakes and a moderate amount of dark-green hornblende. All these crystal constituents are remarkably fresh. One of these tuff layers, which weathers to a distinctive pale lavender, contains an abundance of well-preserved vertebrate remains.

A likely source for most of this volcanic material is the great volcanic center in the Absaroka Range in northwestern Wyoming (Love, 1939, p. 109–110).

### STRATIGRAPHIC UNITS
#### WHITE LAYERS

In the southern half of the Green River Basin, a number of rather widely spaced white layers make



FIGURE 18.—White layers of altered tuff that make persistent benches in gray and greenish-gray mudstone of the Bridger Formation. View southward from sec. 11, T. 16 N., R. 113 W., Sweetwater County, Wyo.

conspicuous features in the landscape and are used by vertebrate paleontologists as key beds to identify the boundaries of faunal zones. (See fig. 6.) One of the most extensive of these white layers is the one Matthew (1909) called the Sage Creek white layer. This unit was mapped over much of the southern Green River Basin, and its outcrop is shown on plate 1. Near the headwaters on Little Dry Creek (sec. 27, T. 14 N., R. 115 W.) the Sage Creek white layer consists of two beds.

|  | Thickness (feet) |
|---|---|
| Marlstone, white, hard, platy; some bedding planes have numerous long stem impressions and a few leaf fragments; locally contains thin lenses of carbonaceous shale | 4 |
| Marlstone, light-brown, hard, platy; has irregular bands of brown and black chert | 5 |
| Total | 9 |

A nearly identical but more detailed description of the Sage Creek white layer was given by Sinclair (1906, p. 280) for the type locality of the Sage Creek white layer on Sage Creek. But farther east this white layer loses its whiteness and in the vicinity of Twin Buttes becomes a group of thin platy brown marlstone beds that contain an abundance of flat-coiled snail shells.

The Lonetree white layer of Matthew is 440 feet stratigraphically higher than the Sage Creek white layer in the Bridger and crops out in the badlands a few miles north of Lonetree, Uinta County, Wyo. The outcrops of the Lonetree white layer and another, 390 feet still higher, which Matthew called the Upper white layer are shown in figure 19. Partial sections of the beds that include the Lonetree white layer and the Upper white layer measured on the southwest slope of Sage Creek Butte a few miles north of Lonetree are as follows:

*Partial section of the Bridger Formation that includes the Lonetree white layer of Matthew. (Sec. 8, T. 13 N., R. 113 W.)*

|  | Thickness (feet) |
|---|---|
| Mudstone, pale-greenish-gray | 14 |
| Sandstone, light-gray, medium-grained, muddy, cross-bedded | 2 |
| Mudstone, light-gray, and sand | 3 |
| Claystone, brown, soft, waxy | 1 |
| Marlstone; contains flat-coiled snail shells, gar-pike scales, and crocodile and turtle bones | ½ |
| Mudstone, light-gray | 1 |
| *Lonetree white layer:* Marlstone, white, chalky, alternate hard and soft layers | 6 |

A52                THE GREEN RIVER AND ASSOCIATED TERTIARY FORMATIONS



FIGURE 19.—Map shows outcrops (shaded) of two of the white layers in the Bridger Formation in the southwestern part of the Green River Basin.

| | Thickness (feet) |
|---|---|
| Rhyolitic tuff, soft, medium-grained; rich in biotite; lenticular but continuous | 3 |
| Mudstone, tuffaceous, biotitic; contains brown clay pellets | 5 |
| Andesite tuff, light-bluish-green, sandy, crossbedded, lenticular but persistent | 23 |

*Partial section of the Bridger Formation that includes the Upper white layer of Matthew.* (Sec. 9, T. 13 N., R. 113 W.)

| | Thickness (feet) |
|---|---|
| Mudstone, soft, brownish-gray | 61 |
| Mudstone, dark-brown, and sandy | ½ |
| Mudstone, soft, brown, clayey; contains fresh-water-pelecypod shells | 3 |

BLM_0034677

|  | Thickness (feet) |
|---|---|
| *Upper white layer:* Marlstone, brownish gray on fresh fracture but weathers stark white; contains an abundance of flat-coiled snail shells | 1 |
| Mudstone, brownish-gray; contains lenses of granular gray tuff | 8 |
| Marlstone, white; contains *Viviparus* and flat-coiled snail shells | ½ |
| Mudstone, soft, brown | 12 |
| Tuff, buff, muddy | 10 |

These partial sections were taken from a much longer section of the Bridger measured on the southwest flank of Sage Creek Butte in T. 13 N., R. 113 W. The details of this section are given later in the report under the heading, "Measured sections."

Although the white layers closely resemble some of the white rhyolitic glass tuffs of the Bridger, they consist dominantly of microgranular carbonates and clay. The Lonetree white layer contains 66 percent calcite, about 32 percent minute clay flakes, and about 1 percent small angular grains of quartz and potassium feldspar. Small brownish-gray pellets of clay are common in the Lonetree white layer. The abundance of carbonates and the presence of fresh-water-gastropod shells indicate that these white layers were probably deposited in extensive but shallow lakes. Carbonaceous lenses either within or adjacent to the white layers indicate that swampy areas bordered the lakes or at times replaced them. For some reason these white layers, particularly the Lonetree and Upper white layers, contain numerous remains of small animals. Teeth and jaws are particularly common.

No study was made of either the Burnt Fork or Cottonwood white layers of Matthew.

At many places, petrified wood is common in the Bridger Formation, particularly around Oregon Buttes (T. 26 N., R. 101 W.) (See fig. 20.) In that area much of the wood is encrusted with silicified algal deposits.

Near the mountains, particularly near the Uinta and Wind River Mountains, the Bridger becomes coarse grained and locally conglomeratic. Along the Uinta Mountains the conglomeratic facies of the Bridger are characterized by pebbles and cobbles of Carboniferous limestone and, near the Wind River Mountains, by cobbles of hornblende schist and granite. Along the north flank of the Uinta Mountains, not only the Bridger but also the underlying Green River and Wasatch Formations become so conglomeratic that they lose their identity. On the geologic map (pl. 1) these conglomeratic Eocene rocks are shown as Tertiary undifferentiated. This facies of the Eocene rocks is discussed later in this report.

Nearly everywhere the base of the Bridger Formation is uncertain because it grades downward into the top of the Laney Shale Member of the Green River Forma-



FIGURE 20.—Petrified log with the bark well preserved. Found in the lower part of the Bridger Formation in sec. 3, T. 26 N., R. 101 W., approximately on the boundary between Sweetwater and Fremont Counties, Wyo.

tion. This gradation takes place by extensive interfingering of the two lithologies from the central parts of the Green River Basin marginward in all directions. In other words, the Green River Formation is appreciably thicker in the central part of the Green River Basin and grades laterally outward into successively lower units of the Bridger Formation. (See fig. 6.)

The top of the formation in the Green River Basin is unknown because even where it is thickest (Twin Buttes) it is truncated by the younger Bishop Conglomerate.

The maximum thickness of the Bridger Formation is in the southern part of the Green River Basin. In Twin Buttes, shown on some maps as Black Mountain (T. 14 N., Rs. 109 and 110 W.), the Bridger is about 1,560 feet thick; westward it thickens about 725 feet so that in the area west of Sage Creek Butte (north of Lonetree, Wyo.) it must be about 2,285 feet thick. This 725 feet of westward thickening replaces an equivalent amount of the upper part of the Laney Shale Member of the Green River Formation in the vicinity of Twin Buttes. At the north end of the Rock Springs uplift, in Oregon Buttes (T. 26 N., R. 101 W.), the Bridger is about 480 feet thick. Detailed sections of the

Bridger measured at these two localities are given later in the report under the heading "Measured sections."

### FAUNAL ZONES

For convenience in locating the numerous collections of vertebrate fossils stratigraphically, Matthew (1909) divided the Bridger into five zones, beginning with A at the base. Simpson (1933) pointed out that these subdivisions of the Bridger do not correspond to major faunal divisions; zones A and B are each distinctive faunal units, C and D together make a distinctive faunal unit, and E contains no identifiable fossils.

Wood (1934) grouped zones A and B together to make his Black's Fork Member of the Bridger and zones C and D to make his Twin Buttes Member. Zone E of Matthew he regarded as Uinta A of the vertebrate paleontologists. These members are defined as faunal units analogous to Lysite and Lost Cabin and were intended to obviate the need for such cumbersome terms as Bridger C and D. The two members proposed by Wood are not distinguishable lithologic units though they are separable and mappable in part of the area, by means of the Sage Creek and Lonetree white layers. Beyond the limits of these white layers the members are recognizable only by means of their contained faunas.

The large vertebrate fauna collected by C. W. Gilmore of the U.S. National Museum in the summer of 1930 will be listed in another report in which the paleoecology of the Wasatch and Bridger Formation will be discussed.

### WASHAKIE BASIN

The Bridger Formation in the Washakie Basin is much like that in the Green River Basin except that the tuff is less conspicuous, probably because it is mixed with more clastic sediment, and the upper part is more conspicuously banded with pink. This pink banding is also characteristic of the Bridger Formation farther south in Moffat County, Colo.

Gray mudstone and drab grayish-brown lenticular sandstone beds that weather into badlands or extensive almost featureless benches are characteristic of the Bridger Formation in the Washakie Basin. Some of the mudstone, however, is pale sage green and, where banded with pink or mauve, makes a colorful landscape. More of the sandstones, especially in the northern part of the Washakie Basin, are coarser grained than those in the Green River Basin; indeed, gravel lenses are common in the Bridger of Haystack Mountain. There, some of the coarse gravelly sandstones are nearly white and have false beds that dip steeply southeast, indicating a source to the northwest. Many of the details of the Bridger and overlying Uinta formation are given later in the report under the heading "Measured sections."

In the Washakie Basin the base of the Bridger Formation is marked by a rather conspicuous change from buff tuffaceous marlstone of the Green River Formation to greenish-brown crossbedded medium- to coarse-grained lenticular sandstone and greenish-gray mudstone characteristic of the Bridger Formation. The boundary between the Bridger and Green River in the Washakie Basin was located on aerial photographs in the field by J. D. Love and me along the east slope of the Kinny Rim. Subsequently, R. J. Hackman, of the Survey traced this boundary all around the Washakie Basin photogrammetrically. (See pl. 1.)

### UINTA FORMATION

Vertebrate paleontologists report (Wood, 1934) younger faunas in the uppermost parts of the Bridger-like beds in the Washakie Basin and therefore assign those beds to the Uinta Formation of late Eocene age. Also, according to Simpson (1933), the Bridger Formation in the Washakie Basin is younger than the Bridger in the Green River Basin. The vertebrate paleontologists refer to the lower (perhaps a little less than half) beds in the Washakie Basin that have general Bridger-like lithology as Washakie A and the upper part as Washakie B. According to McGrew (1951, p. 54), "The fauna from Washakie A is adequate to prove approximate contemporaneity with the upper faunal horizon (Bridger D) of the Green River Basin. The fauna of Washakie B is like that of the lowest faunal horizon (Uinta B) of the Uinta formation." He listed (p. 54) 20 genera of vertebrates from Washakie A and 10 genera from Washakie B. Because of these age relations and because the Uinta Formation was not mapped, the rocks above the Green River Formation in the Washakie Basin are grouped as Bridger and Uinta Formations and are so shown on plate 1.

The thickest section of the Bridger and Uinta Formations in the Washakie Basin is exposed on the flanks of Haystack Mountain (T. 16 N., R. 95 W.). There the basal 50–75 feet of the Bridger is not well exposed, but above that about 780 feet of the two formations is perfectly exposed. A section measured there is given later in the report under the heading, "Measured sections."

### UNDIFFERENTIATED EOCENE FORMATIONS

Along the north flank of the Uinta Mountains from a place a few miles west of Manila, Utah (T. 3 N., R. 19 E.), to the vicinity of Elizabeth Mountain (T. 3 N., R. 10 E.), the Wasatch, Green River, and Bridger Formations are all so conglomeratic that they cannot be distinguished from one another. Moreover, in this belt, which is about 50 miles long and almost entirely in Utah, the exposures are generally poor. Cobbles and boulders

of cherty limestone, mostly from the Madison Limestone, make up the greater part of this conglomeratic facies, though red quartzite from the Uinta Mountain Group is locally plentiful. White quartzite is next most abundant, and pebbles of black chert are common.

On the southwest side of Phil Pico Mountain (T. 3 N., R. 17 E., Dagget County, Utah) is exposed a facies of this undifferentiated Eocene sequence, all of which Anderman (1955, p. 131) assigned to the Green River Formation, that resembles in lithology the Green River Formation 17 or 18 miles farther east in the canyon of the Green River (T. 12 N., R. 108 W., Sweetwater County, Wyo.). This possible tongue of the Green River Formation is thin (not measured) and consists of very fine grained buff soft limy sandstone in thin regular beds. It is interbedded with gray sandy gravel and conglomerate, some of which contains well-rounded limestone boulders as much as 18 inches in diameter, and is underlain by even coarser bouldery conglomerate. Along the south end of Phil Pico Mountain, these and the overlying beds are turned up so that they dip about 23° northward.

A mile or two farther west (secs. 34 and 35, T. 3 N., R. 17 E.), the undifferentiated Eocene has an unusual and local aspect. There the Weber Sandstone of Pennsylvanian and Permian age makes a prominent hogback that dips about 60° northward. The Weber is a soft friable very fine grained and well-sorted white sandstone. It is also markedly crossbedded. The undifferentiated Eocene laps up against the Weber with approximately a 30° angular discordance—that is, the Eocene rocks dip about 30° N. The Eocene rocks consist of this same white fine-grained sandstone but contain stringers of rather angular limestone and white sandstone pebbles. Mixed in with these pebbles and distributed through the mass of white sandstone are a large number of boulders and blocks of Weber Sandstone that are as much as 10 feet across. Some are sharply angular and obviously could have moved but a few feet from the parent Weber cliff. Others are rounded, but this is expectable for such soft sandstone. A subordinate number of hard well-rounded limestone boulders are also found.

Another, but much smaller, strip of undifferentiated Tertiary rocks was mapped in the vicinity of Vermilion Creek (Tps. 10 and 11 N., Rs. 100 and 101 W., Moffat County, Colo.). In this area the Tertiary rocks consist mostly of sandy and pebbly gray mudstone and represent only part of the Wasatch and Green River Formations.

I did not measure the thickness of the undifferentiated Eocene formations, but along the Uinta Mountain flank they must aggregate several thousand feet. They represent a piedmont facies that probably does not extend more than a few miles out into the Green River Basin.

## BISHOP CONGLOMERATE

The Bishop Conglomerate caps several large erosion benches or pediments that slope away from the Uinta Mountains. The largest area of Bishop Conglomerate extends over a large area in the southwest quadrant of the Rock Springs uplift. Other extensive benches capped by this conglomerate are distributed across the southern margin of the Green River Basin. Isolated remnants are found on high points south of the Rock Springs uplift and as far east as Flat Top Mountain on the eastern rim of the Washakie Basin (T. 14 N., R. 93 W.).

The Bishop Conglomerate consists almost wholly of well-rounded cobbles and boulders. Inasmuch as the formation in this area was derived from the high part of the Uinta Mountains, boulders and cobbles of red quartzite from the Uinta Mountain Group are predominant. Boulders and cobbles of limestone and metamorphic rock, however, are locally common.

Local sources also contributed material to the Bishop Conglomerate, as around the flanks of Aspen Mountain in T. 17 N., R. 104 W. There the Bishop Conglomerate consists chiefly of angular fragments of brown sandstone and quartzite derived from nearby outcrops of the Upper Cretaceous Blair Formation. This local facies interfingers with the better rounded material derived from the Uinta Mountains.

The origin, geomorphic history, and stratigraphic position of the Bishop Conglomerate have been discussed at some length in another report (Bradley, 1936, p. 172–174). Perhaps all that need be added here is that, as I interpret the geology and geomorphology of the north flank of the Uinta Mountains, the Bishop Conglomerate is older than the Browns Park Formation and is not to be confused with the basal conglomerate of the Browns Park Formation, which it closely resembles. Recent studies by Hansen, Kinney, and Good (1960, p. B257–B259) cast doubt on this conclusion and show that the geologic history in critical areas along the north flank of the Uinta Mountains is complex and not yet fully understood.

The age of the Bishop Conglomerate is given tentatively as Miocene(?), but it may prove to be Oligocene. The key to its age may be contained in the thick section of white or light gray biotitic tuff, white sand stone, and quartzite that rests on the Bishop Conglomerate and is thick enough to cap the western part of Aspen Mountain in the southern part of T. 17 N., R. 104 W. Southwest of Aspen Mountain the white tuff makes a small conical butte known as Antelope Butte. Near the top of this butte is a bed of soft

greenish-gray muddy sandstone in which I found bones of vertebrates, but the bones were so badly leached and so fragile that I could not collect them. A significant gap in our knowledge of the geologic history of this part of Wyoming might be filled if some vertebrate paleontologist could find identifiable and datable fossils in these tuffaceous beds.

## OLIGOCENE, MIOCENE, AND PLIOCENE FORMATIONS

Much geologic work has been done on these younger Tertiary rocks by different geologists in different parts of the area shown on the geologic map (pl. 1). Because these rocks are prevailingly white or very light colored, because they are all more or less tuffaceous and sandy, and because diagnostic fossils are difficult to find in them, a variety of opinions about their identity, geologic age, and correlations have grown up. Moreover, many uncertainties persist. The following discussion represents the state of our knowledge as of mid-1962. No attempt to exhaust the subject seems appropriate now.

### UNDIFFERENTIATED OLIGOCENE AND MIOCENE

Nace (1939, p. 31–35) mapped beds in the upper parts of Oregon Buttes and Continental Peak and north of the Continental fault as Oligocene (Chadron). Many years later J. D. Love, of the U.S. Geological Survey, and Paul O. McGrew, of the University of Wyoming, reported to me (oral communication, May 1957) that vertebrate fossils of Oligocene age have been found north of Oregon Buttes and Continental Peak in beds that underlie the Miocene Split Rock Formation (Love, 1961a). The lithology of both these formations resembles that of the Browns Park Formation. The beds of Oligocene and Miocene age were not mapped separately but are included in the northern part of the band in that area shown on plate 1 as Miocene and Oligocene undifferentiated. No post-Bridger beds are shown in Oregon Buttes and Continental Peak on my map (pl. 1), but they are, in fact, present. (See section of Bridger Formation in Oregon Buttes in the part of this report titled, "Measured sections.")

In 1958 Love and I found a thick section (roughly 1,200 ft) of white tuff, tuffaceous sandstone, and quartzite on and around Aspen Mountain (T. 17 N., R. 104 W.). The beds on the south flank of Aspen Mountain and those that cap the mountain are an upward extension of the white beds that make up Antelope Butte (just described) and that blanket a considerable area around Aspen Mountain proper. The age of these beds is unknown, but I have shown them on the map (pl. 1) as Miocene and Oligocene undifferentiated on the assumption that they represent the

same series of beds as those that crop out in a belt north of Oregon Buttes and Continental Peak. Love (1960, p. 209) suggested that these beds might be of Oligocene age, but he was more inclined (oral communication, May 1961) to think that they may be late Miocene or Pliocene.

Most of the sandstone and quartzite beds in the upper part of this formation weather dark brown, but on fresh fracture they are white. They are remarkable in that they consist almost wholly of rounded quartz grains, though some thin sections show a considerable number of plagioclase grains. Dark minerals of any kind are exceedingly rare. In this they resemble the quartzite beds in the Browns Park Formation, which I mapped along the southern, faulted margin of the Washakie Basin. This absence of dark minerals in an otherwise tuffaceous formation is puzzling.

A few days after Love and I found these beds on and around Aspen Mountain, he climbed Black Butte (sec. 9, T. 18 N., R. 101 W.) and found that it also was capped by about 200 feet of the same kind of white sandstone and also quartzite beds. I have shown these rocks on the map (pl. 1) as undifferentiated Miocene and Oligocene.

### BROWNS PARK FORMATION

The Browns Park Formation, whose type locality, Browns Park, is shown in the extreme southern part of plate 1, consists predominantly of white sandy tuff and white or light-gray tuffaceous sandstone, clean sandstone, and sandy mudstone. Locally it contains thin layers and lenses of greenish-gray clayey mudstone, and in some rather extensive areas the sandstone is conspicuously crossbedded. Much of this crossbedding apparently resulted from wind action, as the false beds are curved and tangential. At the base of the formation is a coarse conglomerate that in many places resembles the Bishop Conglomerate except that it is generally thinner. In some places, beds of the Browns Park Formation above the basal conglomerate overlap older rocks, and in such places there is no basal conglomerate or even coarse-grained sandstone. Sears (1924b, p. 286) reported a maximum thickness of 1,200 feet for the Browns Park in Moffat County, Colo. (T. 9 N., R. 100 W.).

The Browns Park, of Miocene(?) age, extends as an irregular, discontinuous band from the type locality eastward across the southern part of the geologic map, plate 1.

The characteristics, distribution, origin, and stratigraphic relations of the Browns Park Formation in the area covered by this report have been discussed rather fully in several reports (Sears, 1924a, p. 295–296; Sears, 1924b, p. 284–287; Bradley, 1936, p. 182–184; and

Pipiringos, 1962, p. A35–A37). Nevertheless, a significant addition to our knowledge of the history and distribution of the Browns Park Formation was published in 1960 by Hansen, Kinney, and Good (1960).

Deposits of uranium of commercial size and grade have been discovered within the past few years in the Browns Park Formation west of Baggs, Wyo., and in the area around the towns of Lay and Maybell in Moffat County, Colo.

McGrew (1951, p. 54–55) reviewed the vertebrate faunas already collected from the Browns Park Formation and collected still others. He concluded that a middle Miocene age is very probable. Because the Wyoming Geological Association Guide Books, in which he published the results of his study, are not everywhere available, it seems desirable to quote pertinent parts (p. 56) of his report:

The only faunal element that suggests a later age, i.e. post middle Miocene, is the mastodon, *Trilophodon fricki*, found in the Browns Park of Colorado. Osborn (1936) considered this one of the most primitive proboscidians known from North America and in the light of the other mammals it must be considered a middle Miocene form. Of other forms from the Browns Park all are known from middle Miocene rocks of other areas and one, *Moropus*, is not known from post middle Miocene rocks.

The known mammalian fauna from the Browns Park is as follows:

*From the Browns Park of Colorado*

| | |
|---|---|
| Procyonid | Camelid |
| *Bassariscops* | Gen. undet. |
| Mastodon | Oreodont |
| *Trilophodon* | Gen. undet. |
| Chalicotherid | Antilocaprid |
| *Moropus* | Gen. undet. |
| Rhinocerotid | |
| *Aphelops* | |

*From Saratoga Basin*

| | |
|---|---|
| Mustelid | Camelid |
| Gen. nov. | *Gentilocamelus* |

In a written communication (May 1962) J. D. Love told me, however, that the age of the Browns Park Formation in the type locality itself may be in doubt, and that there may, in fact, be two formations there instead of one. In the first place, he recalled the fact that there is an angular unconformity of about 16° within the Browns Park Formation (Sears, 1924a, p. 296); and, in the second place, samples from the type locality collected by W. R. Hansen of the Survey contain diatoms determined by K. E. Lohman, also of the Survey, to be of Pliocene age (unpub. data). Plainly more study is needed in the type locality.

## SPLIT ROCK FORMATION

The white, tuffaceous, and sandy beds, which resemble the Browns Fork Formation and which Pipiringos (1962, p. A35–A37) called Browns Park(?) in the northern part of his area (from the east side of T. 26 N., R. 95 W. to the NW. cor. T. 26 N., R. 97 W.), have subsequently been redefined by J. D. Love (1961a, I5–I8) as the Split Rock Formation. Most of the area shown along the northeast edge of the geologic map (pl. 1) as undifferentiated Oligocene and Miocene belongs, in fact, to the Split Rock Formation.

On the basis of vertebrate fossils found in this formation, it is of early and middle Miocene age (Love, 1961a, p. I24). Indeed, the uppermost part of the Split Rock Formation may possibly be of late Miocene age. The Split Rock Formation, therefore, is in part at least correlative with the Browns Park Formation farther south.

## IGNEOUS ROCKS

At the north end of the Rock Springs uplift is a rather widely scattered group of buttes capped by one or more flows of the leucite-rich lava, wyomingite. In addition to the buttes are a few spines of the same kind of rock that obviously are remnants of feeder pipes. Similar feeders doubtless exist under several of the buttes. Two low pumice cones on Steamboat Mountain (T. 23 N., R. 102 W.) indicate that it surely was the site of a vent.

Pilot Butte (T. 19 N., R. 106 W.) is an isolated small butte, also capped by wyomingite, that is 20 miles southwest of the other plugs and lava-capped hills. The lava here contains throughout a great number of fragments and blocks of shale from the underlying Green River Formation. These range from half-inch flakes to blocks 2½ feet long. All are baked to a greenish or yellowish gray, some appear to be sintered, and others are rounded and contain fused vesicular masses. Nevertheless, most of them retain their original bedding. These inclusions of the underlying bedrock are so numerous and so uniformly distributed through the flow that a feeder pipe must make up the core of the butte.

According to Kemp and Knight (1903), these lavas consist principally of leucite and phlogopite, together with a small amount of diopside and hornblende, in a gray-green glass. The accessory minerals are rutile and apatite. Schultz and Cross (1912) made a study of of these lavas as a possible source of potash.

These lavas postdate the Bridger epoch and, as they rest on erosion surfaces not far above the present general terrain and are not known to be overlain by such formations as the Browns Park, are inferred to be of late Tertiary age.

This inference was verified by Prof. S. S. Goldich, then of the University of Minnesota, now with the Geological Survey, who made a potassium-argon age determination on the phlogopite mica from two samples

A58 THE GREEN RIVER AND ASSOCIATED TERTIARY FORMATIONS

of the lava collected in 1958 on Zirkle Butte by Richard Johnston, then a graduate student at the University of Wyoming, now with the Geological Survey. The samples came, respectively, from SE¼SE¼NW¼ sec. 1, T. 22 N., R. 103 W., and NE¼SE¼SE¼ sec. 15, T. 21 N., R. 102 W., Sweetwater County, Wyo. Goldich found that the argon contents of these samples are so low that he was unable to make a satisfactory determination. He expressed the opinion (written communication, July 15, 1959) that the rocks were, however, probably less than 5 million years old. As a further check on this he sent the samples to Dr. Oliver Schaeffer at the Brookhaven National Laboratory, whose argon apparatus was geared to the determination of small quantities of argon. Dr. W. A. Bassett, then of that Laboratory, determined the age as about $1.25 \times 10^6$ years. This makes the wyomingite lavas of latest Pliocene age.

### MEASURED SECTIONS OF THE GREEN RIVER, WASATCH, AND BRIDGER FORMATIONS

The following abbreviations are used in the measured sections given here:

c, Unit contains mud cracks;
f, Unit contains fossil fish;
s, Unit contains salt crystal molds.

Brackets indicate Culbertson's (1961, p. D172, fig. 348.2) key sandy-mudstone units.

**Boldface** indicates beds in rhythmic sequence.

*Section of the Laney, Wilkins Peak, and Tipton Shale Members of the Green River Formation and part of the Wasatch Formation in sec. 1, T. 18 N., R. 106 W.*

Green River Formation:

| | Ft | in |
|---|---|---|
| Laney Shale Member: | | |
| Marlstone, buff, chalky to hard, chippy to platy; interbedded with gray silty shale, a few beds of rich oil shale, and buff even-grained crossbedded to massive crystal tuff in lenses and irregular beds near the base; these tuffs are poorly exposed here_____ | 500+ | |
| Marlstone, buff, soft, papery; interbedded with sandy shale layers_____ | 25 | 0 |
| Marlstone, buff, chalky, platy_____ | 2 | 6 |
| Oil shale, low-grade, flaky to papery; grades upward into organic-poor buff papery marlstone that contains many paper-thin laminae of rich oil shale__ | 24 | 0 |
| Thickness, Laney Shale Member__ | 551+ | |
| Wilkins Peak Member: | | |
| Marlstone, buff, soft, papery; poor in organic matter_____ | 9 | 0 |
| Organic marlstone, buff to gray_____ | 1 | 0 |
| Sandstone, limy, muddy, fine-grained, platy, ripple-bedded_____ | 2 | 6 |
| Oil shale, low-grade, papery_____ | 1 | 0 |
| Sandstone, limy, muddy, fine-grained, ripple-bedded_____ | 2 | 6 |
| Shale, flaky; in part thin-bedded organic marlstone_____ | 7 | 0 |

Green River Formation—Continued

| | Ft | in |
|---|---|---|
| Wilkins Peak Member—Continued | | |
| Oil shale, low-grade, flaky_____ | 2 | 0 |
| Sandstone, limy, muddy, fine-grained, ripple-bedded_____ | 2 | 0 |
| Shale, flaky; contains layer of papery oil shale about 1 ft thick in middle__ | 5 | 0 |
| Sandstone, limy, muddy, fine-grained, platy ripple-bedded_____ | 2 | 6 |
| Shale, light-gray, sandy, flaky_____ | 3 | 0 |
| Oil shale, low-grade, papery to flaky___ | 2 | 0 |
| Shale, light-brown, flaky_____ | 2 | 6 |
| Sandstone, medium-grained_____ | | 10 |
| Shale, grayish-brown, soft, flaky; contains groups of thin sandstone beds_ | 15 | 0 |
| Sandstone, gray, limy, muddy, fine-grained, ripple-bedded_____ | 2 | 6 |
| Oil shale, low-grade, soft, papery____ | 1 | 6 |
| Sandstone, limy, muddy, fine-grained, ripple-bedded_____ | 2 | 4 |
| Shale, sandy, platy, thinly laminated_ | 1 | 6 |
| Oil shale, low-grade, bluish-gray, flaky_ | 2 | 0 |
| Sandstone, very limy, muddy, hard, platy, ripple-bedded_____ | 2 | 6 |
| Oil shale, very low-grade, brownish-buff, soft, papery; contains a few thin laminae of purplish-gray rich oil shale_____ | 1 | 4 |
| Mudstone, greenish-drab, soft; unit also contains some greenish-gray flaky shale_____ | 24 | 0 |
| Sandstone, very limy, muddy, fine-grained, in part shaly_____ | 1 | 0 |
| Oil shale, low-grade, papery; contains thin layers of rich oil shale_____ | 1 | 6 |
| Shale, light-brown, flaky_____ | 4 | 0 |
| Oil shale, very low-grade, papery_____ | | 6 |
| Shale, gray, soft, flaky_____ | 4 | 0 |
| Shale, sandy, and thin sandstone beds_ | 1 | 6 |
| Oil shale, low-grade, buff, papery_____ | 1 | 0 |
| Oil shale, massive; estimated 25 gallons per ton_____ | | 8 |
| Shale, brownish-gray, soft, flaky; contains thin group of thin limy tuff beds near base, Big Island tuff____ | 22 | 6 |
| Oil shale, medium-grade, papery_____ | 1 | 0 |
| c Sandstone, limy, fine-grained, platy; interbedded with sandy shale; all ripple bedded; many surfaces mud cracked; mud lumps common__ | 14 | 0 |
| Shale, drab to brownish gray, flaky___ | 4 | 0 |
| Oil shale, low-grade, bluish-gray, papery_____ | 2 | 6 |
| Shale, light-brown to drab, flaky_____ | 19 | 0 |
| c Sandstone, very limy, hard, platy; a few bedding planes mud cracked__ | 1 | 5 |
| Shale, brown, soft, flaky; contains considerable organic matter at base but progressively less upward_____ | 5 | 6 |
| Oil shale, medium-grade, papery_____ | 2 | 0 |
| Shale, greenish-gray, very soft, papery_ | 2 | 0 |
| Shale, very sandy; alternates with beds of very limy sandstone and sandy limestone; contains a few mud lumps_ | 8 | 0 |
| Oil shale, low-grade, flaky to papery__ | | 8 |

Note: at left of the "Mudstone, greenish-drab" through "Sandstone, very limy, muddy, fine-grained, in part shaly" entries is a bracket labeled "Unit 1".

## Green River Formation—Continued
### Wilkins Peak Member—Continued

| Description | Ft | in |
|---|---|---|
| Mudstone, greenish-drab, soft | 9 | 0 |
| Shale, papery; contains considerable organic matter | 1 | 0 |
| Shale, gray, sandy, soft, flaky | 2 | 0 |
| c Limestone, sandy, ripple-bedded and mud-cracked | | 5 |
| Sandstone, very limy, moderately fine grained, massive but lenticular | | 8 |
| Shale, light-brown, flaky; considerable organic matter at base but decreases upward; unit grades upward into barren sandy shale | 3 | 6 |
| Oil shale; lower third low grade and papery; middle third rich and massive; top third less rich and flaky but contains a few thin lenses of rich oil shale | 3 | 5 |
| Shale, drab, soft; poorly developed fissility | 3 | 0 |
| Sandstone, very limy, fine-grained, ripple-bedded | | 2 |
| Shale, flaky | | 6 |
| c Sandstone, very limy, fine-grained, ripple-bedded and mud-cracked | | 2 |
| Marlstone, organic, chocolate-brown, platy to chippy | 2 | 0 |
| Sandstone, very limy, fine-grained, ripple-bedded | | 3 |

**Unit H**

| Description | Ft | in |
|---|---|---|
| Shale, drab, soft, flaky | 12 | 0 |
| c Marlstone, sandy, platy, mud-cracked | | 2 |
| Oil shale, low-grade, papery; contains thin lenses of massive rich oil shale | 1 | 6 |
| Sandstone, very limy, fine-grained, ripple-bedded | | 4 |
| Mudstone, greenish-gray, soft | 7 | 6 |
| Oil shale, rich; weathers blue; fairly short lens | | 1½ |
| Oil shale, low-grade, flaky; weathers blue gray | 1 | 0 |
| c Sandstone, very limy, fine-grained, ripple-bedded and mud-cracked | | 6 |
| Shale, greenish-drab, soft, flaky | 3 | 6 |
| c Sandstone, muddy; alternates with thin sandy shale layers; one layer of sandy edgewise conglomerate; mud cracks and ripple marks plentiful | 1 | 6 |
| Shale, sandy and limy, soft, flaky | 1 | 6 |
| Edgewise conglomerate in limestone matrix, very sandy | | 1 |
| Limestone, sandy, dense; contains mud lumps | | 2 |
| Shale, flaky | 1 | 0 |

**Unit G**

| Description | Ft | in |
|---|---|---|
| Mudstone, drab, soft | 6 | 0 |
| c Limestone, white, sandy, hard; weathers brown; contains many shale fragments and mud lumps; ripple bedded and remarkably persistent | | 8 |
| Marlstone, brownish-buff, rather soft, laminated; weathers white; contains many carbonaceous fragments; alternates with a few thin limy ripple-bedded sandstone beds | 1 | 6 |

## Green River Formation—Continued
### Wilkins Peak Member—Continued

| Description | Ft | in |
|---|---|---|
| Mudstone, light-gray; contains greenish-gray lumps; poor fissility | 5 | 0 |
| c Marlstone, sandy, platy, ripple-bedded and mud-cracked | | 10 |

**Unit G**

| Description | Ft | in |
|---|---|---|
| Shale, light-grayish-brown; massive but laminae visible; soft; becomes sandy upward | 2 | 6 |
| Mudstone, so carbonaceous that it is nearly black; rich in iron oxide | | 6 |
| Mudstone, greenish-gray, sandy, hard | 2 | 6 |
| c Sandstone, very limy, muddy, platy, ripple-bedded and mud-cracked | | 6 |
| Mudstone, drab to greenish-gray, soft; contains streaks of iron oxides | 7 | 0 |
| Shale, light-chocolate-brown, flaky | 2 | 0 |
| c Sandstone, light-gray, very limy, medium-grained, iron-stained, ripple-bedded and mud-cracked | 1 | 0 |
| Shale, light-grayish-brown, soft, flaky | | 8 |
| Sandstone, very limy, fine-grained, ripple-bedded | | 11 |
| Shale, light-brown, soft, flaky | | 4 |
| Limestone, sandy, hard, platy, ripple-bedded | | 10 |
| Shale, light-brown, soft, flaky | 2 | 0 |
| Mudstone, drab, limy, very soft | 4 | 0 |
| c Marlstone, light-grayish-brown; contains many thin siliceous layers that are mud cracked | 9 | 0 |
| Oil shale, flaky to papery; weathers white; apparent slight gas brecciation; grades upward into buff varved organic marlstone | 1 | 6 |
| Marlstone, sandy; contains many large mud lumps | | 3 |
| Marlstone, light-grayish-brown; alternates with thin beds of siliceous limestone | 1 | 3 |
| Marlstone, light-brownish-gray; weathers white; soft, almost flaky | 3 | 0 |
| Marlstone, light-gray; weathers white; contains many thin siliceous limestone beds | 9 | 0 |

**Unit F**

| Description | Ft | in |
|---|---|---|
| c Marlstone, sandy; alternates with muddy marlstone layers; some edgewise conglomerate; harder layers are ripple bedded and mud cracked; 1-inch volcanic ash layer in middle | 4 | 6 |
| Marlstone, drab or gray, silty, massive | 3 | 0 |
| Shale, light-chocolate-brown, flaky to papery; contains five thin siliceous ripple-bedded limestone beds | 2 | 6 |
| Mudstone, grayish-green, much iron oxide stain; locally contains much carbonaceous stuff | 2 | 0 |
| Marlstone, light-grayish-brown, chippy, ripple-bedded | 3 | 0 |
| Sandstone, very limy, fine-grained, ripple-bedded | | 2 |
| Marlstone, light-grayish-brown, coarsely chippy | 8 | 0 |
| c Marlstone, very sandy; ripple marked at top; several layers mud cracked | 1 | 3 |

A60     THE GREEN RIVER AND ASSOCIATED TERTIARY FORMATIONS

Green River Formation—Continued
Wilkins Peak Member—Continued

| Description | Ft | in |
|---|---|---|
| Marlstone, light - yellowish - brown, chalky | | 3 |
| Marlstone, sandy, hard | | 6 |
| Marlstone, light - yellowish - brown, chalky | | 5 |
| Marlstone, sandy, hard | | 5 |
| Marlstone, light - yellowish - brown, chalky | | 11 |
| Marlstone, sandy, hard | | 2 |
| Marlstone, light - yellowish - brown, chalky | | 6 |
| Oil shale, low-grade, papery, gas-brecciated | | 10 |

Unit E

| Description | Ft | in |
|---|---|---|
| Mudstone, grayish-drab, sandy, hard | 6 | 0 |
| Sandstone, limy, fine-grained; alternates with sandy platy mudstone | 4 | 0 |
| Mudstone, greenish-drab, sandy, rather hard; slightly carbonaceous and flecked with iron oxide | 7 | 6 |
| Shale, drab, limy, coarsely chippy; small quantity of organic matter | 4 | 0 |
| Mudstone, very dark gray, carbonaceous and iron-stained; weathers rusty lavender | | 6 |
| Mudstone, greenish-drab | 7 | 6 |
| Marlstone, light-gray, very clayey; becomes more limy upward | 4 | 0 |
| Oil shale, medium-grade, papery, gas-brecciated | | 6 |
| Marlstone, sandy, hard; full of mud lumps; gently crossbedded | | 1 |
| Marlstone, light-gray, very clayey; becomes more limy upward | 5 | 0 |
| c Marlstone, silty, hard; many bedding planes mud cracked; alternates with softer more muddy layers; all weathers nearly white | 9 | 0 |
| Shale, light-gray, soft, flaky | 6 | 6 |
| Sandstone, very muddy, fine-grained; beds thin and lenticular; alternate with sandy platy layers of mudstone | 1 | 6 |

Unit D

| Description | Ft | in |
|---|---|---|
| Mudstone, greenish-drab, hard; weathers ash gray | 5 | 6 |
| Shale, sandy, greenish-drab, hard, platy | | 8 |
| Shale, sandy, greenish-drab, hard, flaky | 4 | 0 |
| Shale, light-greenish-brown, flaky | 3 | 0 |
| Shale, greenish-gray, very soft; poor fissility | 4 | 0 |
| c Sandstone, muddy; brownish buff on on fresh surface; weathers dark reddish brown; fine grained; very micaceous; ripple bedded and crossbedded; some bedding planes mud cracked; along strike and downdip such sandstone lenses grade into sandy greenish-drab mudstone | 20 | 0 |

Green River Formation—Continued
Wilkins Peak Member—Continued

Unit D

| Description | Ft | in |
|---|---|---|
| Mudstone, greenish-gray, sandy. This unit, together with overlying sandstone, makes up Principal Olive zone (D bed of detailed geologic map, pl. 2) | 11 | 0 |
| Sandstone, light-gray, very limy, moderately fine grained, ripple-bedded and ripple-marked | 1 | 0 |
| Mudstone, greenish-gray; nearly pure clay | 12 | 0 |
| Sandstone, light-gray, very limy, ripple-bedded and ripple-marked; makes persistent bench | 6 | 0 |
| Mudstone, greenish-gray; not well exposed | 9 | 0 |
| Sandstone, light-gray, very limy, laminated, ripple-bedded and ripple-marked | 1 | 6 |

Unit C

| Description | Ft | in |
|---|---|---|
| Mudstone, greenish-gray to nearly black with carbonaceous matter, soft; well exposed only near top | 17 | 0 |
| Sandstone, nearly white, very limy, fine-grained, ripple-bedded | | 10 |
| c Marlstone, sandy, laminated; many layers mud cracked | 1 | 0 |
| Sandstone, very muddy, fine-grained; alternates with thin beds of sandy limy mudstone | 1 | 0 |
| Oil shale, low-grade, coarsely flaky | 1 | 3 |
| Mudstone, greenish-gray, soft | 2 | 0 |
| Oil shale, low-grade, papery | 1 | 0 |
| Mudstone, greenish-gray, soft | 2 | 0 |
| Shale, flaky to almost papery; contains considerable organic matter | 2 | 0 |
| c Marlstone, nearly white, sandy; platy bedding; numerous mud-cracked bedding planes | 1 | 6 |
| Mudstone, greenish-gray, very soft | 5 | 0 |
| Oil shale, low-grade, papery | 2 | 0 |
| Sandstone, very limy, fine-grained, platy; doubtful mudcracks | | 4 |
| Shale, flaky to almost papery; considerable organic matter | 9 | 6 |
| Marlstone, light chocolate-brown, coarsely chippy; considerable organic matter | 7 | 0 |

Unit B

| Description | Ft | in |
|---|---|---|
| c Sandstone, very muddy, very fine-grained, limy, platy; many bedding planes mud cracked | 5 | 0 |
| Shale, greenish-brown, silty, soft | 6 | 6 |
| Sandstone, gray, iron-stained, fine-grained, well-sorted, very micaceous, thinly and smoothly bedded or laminated; thin beds are ripple-bedded and whole is crossbedded | 6 | 0 |
| Mudstone, greenish-gray; grades upward into muddy fine-grained sandstone | 7 | 0 |
| Shale, chocolate-brown, coarsely chippy | 1 | 6 |

EOCENE ROCKS, WYOMING-COLORADO-UTAH.

Green River Formation—Continued
Wilkins Peak Member—Continued

| | Ft | in |
|---|---|---|
| c Sandstone, limy and muddy, very fine-grained; many bedding planes mud cracked | 1 | 0 |
| Mudstone, greenish-gray; grades from sandy at base to nearly pure clay at top | 4 | 6 |
| Limestone, massive, crystalline | | ½ |
| Oil shale, low-grade, papery | 2 | 0 |
| c Marlstone, sandy, crudely platy, mud cracked | | 8 |
| Oil shale, low-grade, papery; becomes less rich in organic matter upward | 5 | 0 |
| c Marlstone, sandy, crudely platy; many bedding planes mud cracked | 3 | 2 |
| Shale, flaky to almost papery; organic matter moderately abundant at base but decreases upward | 5 | 6 |
| c Marlstone; dense and massive at base, grades upward into platy marlstone; several bedding planes mud cracked | 1 | 6 |
| Mudstone, greenish-gray, soft | 7 | 0 |
| Shale, light-chocolate-brown, coarsely flaky; much organic matter | 2 | 6 |

**Unit A**

| | Ft | in |
|---|---|---|
| c Sandstone, muddy, fine-grained, ripple-bedded; many bedding planes mud cracked | 2 | 0 |
| Shale, sandy, flaky; very little lime or organic matter | 6 | 0 |
| Sandstone, greenish-gray, muddy, very fine grained, ripple-bedded and cross-bedded | 2 | 6 |
| Sandstone, light-gray, fine- to coarse-grained, micaceous, ripple-bedded and crossbedded | 6 | 0 |
| Shale, sandy soft | 11 | 6 |
| Tuff, No. 2 of Culbertson, very sandy, fine-grained | | 8 |
| Mudstone, greenish-gray | 11 | 0 |
| Shale, flaky; contains some organic matter | 2 | 6 |
| Marlstone, gray, sandy, very fine grained, platy | | 6 |
| Mudstone, greenish-gray, soft | 4 | 0 |
| Marlstone, gray, sandy, very fine grained, platy | 1 | 6 |
| Marlstone, light-brown, clayey, soft, flaky to blocky | 7 | 6 |
| c Sandstone, light-gray, limy; many beds ripple bedded and mud cracked; some bedding planes contain numerous mud flakes and lumps | 3 | 0 |
| Shale, brown, soft, clayey, flaky; becomes more sandy toward top | 7 | 0 |
| Sandstone, light-gray to buff, iron-stained, fine-grained; bedding suggested by color banding | | 4 |
| Shale, brown, soft, flaky to blocky | 7 | 0 |
| Marlstone, light-gray, sandy; thinly laminated to platy; locally cross-bedded | 7 | 0 |

Green River Formation—Continued
Wilkins Peak Member—Continued

| | Ft | in |
|---|---|---|
| Shale, grayish- to greenish-brown, soft, flaky | 19 | 0 |
| Marlstone, silty, hard, platy | | 8 |
| Shale, grayish- to greenish-brown, soft, flaky | 32 | 0 |
| Tuff, No. 1 of Culbertson, Firehole analcite of Love; light-gray; strongly stained with iron oxides; weathers reddish brown and makes small but easily traceable bench; consists very largely of analcite crystals | | 4 |
| Shale, brown, soft, flaky | 23 | 0 |
| Marlstone, sandy, platy | 1 | 0 |
| Shale, soft, flaky; contains considerable organic matter | 12 | 6 |
| Marlstone, sandy, platy | 4 | 0 |
| Mudstone, grayish-brown, blocky, soft | 7 | 0 |
| Marlstone, sandy, platy | | 6 |
| Marlstone, organic, chocolate-brown; weathers gray, soft chippy; makes earthy slope | 5 | 0 |
| c Marlstone, sandy; irregular platy bedding; many bedding planes mud cracked | 1 | 0 |
| Marlstone, organic, and low-grade oil shale; oil-shale zones papery, organic marlstone massive to chippy | 16 | 6 |
| Marlstone, light-gray to ocherous buff, shaly; unit contains two thin zones of papery low-grade oil shale | 13 | 0 |
| Marlstone, light-gray to buff, silty to sandy; rather regular platy bedding | 8 | 0 |
| Shale, chocolate-brown; weathers gray, flaky to chippy | 2 | 0 |
| Marlstone, buff, sandy; platy bedding | 2 | 0 |
| Marlstone, organic; contains thin siltstone layers | 11 | 0 |
| c Sandstone, very limy, light-gray to ocherous buff, platy; wavy bedding, in part crossbedded; some beds mud cracked; some beds thinly laminated | 8 | 0 |
| Thickness, Wilkins Peak Member | 833 | |

Tipton Shale Member:

| | Ft | in |
|---|---|---|
| Shale, gray, flaky; nearly free of organic matter | 4 | 0 |
| Oil shale, low-grade, flaky; contains several thin short lenses of rich oil shale near base; upper half less rich in organic matter and grades upward into chippy marlstone | 18 | 0 |
| Oil shale, rich, lenticular; contains abundance of pyrrhotite | | 3 |
| Oil shale, low-grade, gray, flaky to almost papery; contains thin pancake-shaped dolomitic limestone concretions that are poor in organic matter | 11 | 0 |
| Tuff, gray, micaceous, very fine grained | | 1 |

BLM_0034686

Green River Formation—Continued

Tipton Shale Member—Continued

| | Ft | in |
|---|---|---|
| Oil shale; many thin rich beds separated by lower-grade flaky oil shale; unit contains thin discoid limestone concretions; thin rich oil-shale beds contain abundant pyrrhotite crystal aggregates | 3 | 0 |
| Tuff, reddish-brown, earthy, very fine grained | | 5 |
| Oil shale, low-grade, flaky; contains several thin (1–3 in.) layers of rich oil shale | 1 | 0 |
| Oil shale, rich, reddish-brown; massive with papery phases; contains many thin limy concretions | 2 | 2 |
| Tuff, soft; sandy | | 1 |
| Shale, hard, lumpy and chippy, poor in organic matter | | 3 |
| Marlstone, dense, platy; wavy bedding | | 4 |
| Shale, gray, hard, lumpy to chippy; poor in organic matter; contains many limy lenses | 9 | 0 |
| Oil shale, low-grade, papery to flaky; contains many short irregular lenses of silty marlstone | 3 | 6 |
| Oil shale, medium-grade, black, massive to papery; weathers gray | | 6 |
| Shale, light-chocolate-brown, soft, papery | 4 | 6 |
| Tuff, white, powdery | | 2 |
| Shale, light-chocolate-brown, papery to flaky, soft | 53 | 0 |
| Shale, chocolate-brown, rather hard and limy, coarsely chippy | 2 | 0 |
| f Shale, light-chocolate-brown, papery; contains bones and scales of small fish | 13 | 0 |
| Limestone, sandy, irregular; platy bedding; almost a coquina of ostracod valves | | 5 |
| f Shale, chocolate-brown, slightly carbonaceous, soft, papery; many bedding surfaces contain bones and scales of small fish | 9 | 0 |
| Limestone, gray, dense, sandy; contains fine tubules | | 6 |
| Shale, gray, flaky | 4 | 0 |
| Limestone, sandy; rich in ostracodes | | 1 |
| Shale, blocky to chippy | | 6 |
| Limestone, brown, sandy persistent; rich in ostracodes | | 2 |
| Shale, chocolate-brown, soft, flaky | 9 | 6 |
| Shell marl, muddy, gray, hard, crudely bedded; contains great abundance of *Goniobasis* and *Unio* shells | 1 | 0 |
| Shale, chocolate-brown, soft, papery | 2 | 0 |
| Shell marl, black, dense; considerable organic matter; contains abundance of broken shells of *Goniobasis* and *Unio* | | 2 |
| **Thickness, Tipton Shale Member** | **153** | **7** |

Wasatch Formation:

| | Ft | in |
|---|---|---|
| Shale, greenish-gray, very soft, crudely fissile; contains dense limestone concretions and zones of very fine grained carbonaceous sandstone; top few inches more sandy, carbonaceous, and iron stained | 15 | 0 |
| Mudstone, drab; contains zones of very fine grained greenish-gray sandstone that is nearly unconsolidated | 18 | 0 |
| Sandstone, gray, virtually unconsolidated; contains many muscovite flakes; sand grains in lower part are $\frac{1}{16}$–$\frac{1}{2}$ mm in diameter; grades gradually upward through finer and finer sand into soft clayey mudstone at top | 17 | 0 |
| Mudstone, greenish-drab | 35 | 0 |
| Mudstone, brownish-maroon; weathers pink | 53 | 0 |
| Partial section, Wasatch Formation | 138 | |

*Section of the Green River Formation (Tipton Shale, Wilkins Peak and Laney Shale Members) and the uppermost part of the Wasatch Formation in sec. 33, T. 21 N., R. 105 W.*

Green River Formation:

Laney Shale Member:

| | Ft | in |
|---|---|---|
| Marlstone and limy shale, brownish-to-yellowish-buff, soft, chippy to flaky; at intervals of a few tens of feet are thin irregular medium- to coarse-grained dark-brown sandstone beds; unit also contains occasional thin hard layers of white porcelanous marlstone which are probably tuffaceous; whole unit poorly exposed | 300 | 0 |
| Tuff, white; fine nodular structure; thin bedded at base, massive in upper part | 1 | 1 |
| Shale, brown, soft, papery; weathers brownish-lavender; contains considerable organic matter—some is medium-grade oil shale; unit contains many thin platy sandstone beds near the base, but top 30 ft is virtually unbroken shale; shale laminated, and much of it is varved; one-quarter-inch bed of analcitized tuff near top | 43 | 0 |
| Shale, light-chocolate-brown, flaky to papery | 2 | 6 |
| Oil shale, low-grade, chocolate-brown, flaky to papery; weathers bluish gray | 1 | 3 |
| **Thickness, Laney Shale Member** | **348** | |

Wilkins Peak Member:

| | Ft | in |
|---|---|---|
| Sandstone and sandy shale | 5 | 0 |
| Shale, gray, sandy; very little organic matter | 1 | 0 |

EOCENE ROCKS, WYOMING-COLORADO-UTAH

Green River Formation—Continued
Wilkins Peak Member—Continued

| | Ft | in |
|---|---|---|
| Sandstone, limy, medium-grained, and sandy shale | 4 | 6 |
| Shale, greenish-brown; weathers light bluish gray; lower part contains considerable organic matter but grades upward into barren sandy shale | 14 | 0 |
| Tuff, buff, soft, earthy | 1 | 0 |
| Sandstone, limy, medium-grained, platy; muddy at base | 1 | 0 |
| Shale, chocolate-brown, flaky; considerable organic matter | 1 | 6 |
| s Shale, chocolate-brown flaky, contains great abundance of shortite molds | 2 | 0 |
| Shale, chocolate-brown, flaky: considerable organic matter | 1 | 0 |
| Shale, greenish-brown, soft, flaky | 3 | 6 |
| Sandstone, white, medium-grained, sugary-textured; crudely platy and ripple bedded; muddy at base | 2 | 0 |
| Shale, greenish-gray, sandy, crudely flaky; contains one 8-inch zone that contains considerable organic matter | 8 | 0 |
| Oil shale, rich, bluish-black, massive | | 6 |
| Shale, greenish-brown, very soft, flaky | 6 | 4 |
| Marlstone, brown, soft | | 8 |
| Sandstone, limy, and sandy marlstone; in alternate beds ½ to 2 in. thick; medium fine grained | 3 | 6 |
| Marlstone, organic, brown, platy | 1 | 0 |
| Mudstone, greenish-gray, soft; contains a few sandy layers | 14 | 6 |
| Oil shale, low-grade, light-bluish-gray, papery to massive | | 3 |
| Marlstone, chocolate-brown, laminated | 1 | 0 |
| Mudstone, greenish-drab, clayey, soft | 15 | 0 |
| Marlstone, sandy, platy | | 2 |
| Shale, buff, soft, papery; considerable organic matter | 1 | 6 |
| Oil shale, medium-grade, massive to nearly papery | | 4 |
| Marlstone, light-brown, silty, platy | 1 | 0 |
| Shale, chocolate-brown, soft, flaky to chippy | 1 | 0 |
| Sandstone, very limy, muddy, fine-grained, platy | | 10 |
| Shale, chocolate-brown, soft, flaky to chippy | 2 | 6 |
| Marlstone, sandy, platy | | 6 |
| Mudstone, greenish-brown, soft, lumpy | 1 | 8 |
| Sandstone, nearly white, very limy and muddy, fine-grained, platy | 1 | 6 |
| Mudstone, greenish-drab, very soft; contains a few harder sandier layers | 18 | 0 |
| Shale, chocolate-brown, soft, flaky to chippy; contains thin groups of platy sandy marlstone layers; some shale zones contain nearly enough organic matter to be classed as low-grade oil shale | 36 | 0 |

*Unit I* is marked with a bracket beside: "Marlstone, organic, brown, platy" through "Mudstone, greenish-gray, soft; contains a few sandy layers"

Green River Formation—Continued
Wilkins Peak Member—Continued

| | Ft | in |
|---|---|---|
| Marlstone, organic, gray, chippy | 1 | 0 |
| Shale, greenish-gray, soft, flaky | 2 | 0 |
| Sandstone, limy, muddy, platy | 1 | 0 |
| Shale, greenish-gray, soft flaky | 1 | 6 |
| Sandstone, limy, muddy, platy | | 5 |
| Shale, greenish-gray, soft, flaky | 4 | 0 |
| Sandstone, limy, muddy, platy | | 3 |
| Shale, greenish-gray, soft, flaky | 10 | 0 |
| c Sandstone, limy, muddy, platy, mud-cracked | | 6 |
| Shale, gray, flaky; virtually no organic matter | 1 | 6 |
| Oil shale, medium-grade | | 1 |
| Shale, light-brown, flaky to chippy | 1 | 0 |
| Oil shale, rich; weathers nearly papery | | 4 |
| **Shale**, gray, soft, flaky | 1 | 0 |
| **Sandstone**, very limy, platy, ripple-bedded | | 3 |
| **Shale**, gray, soft, flaky | 1 | 0 |
| **Sandstone**, very limy, platy, ripple-bedded | | 3 |
| **Shale**, gray, soft, flaky | | 8 |
| **Sandstone**, very limy, platy, ripple-bedded | | 3 |
| **Shale**, light-chocolate-brown, flaky | 1 | 0 |
| Mudstone, greenish-drab, soft | 7 | 0 |
| Shale, soft, flaky; considerable organic matter; somewhat carbonaceous | | 3 |
| Mudstone, greenish-buff, soft, blocky to flaky | 4 | 0 |
| Marlstone, silty, coarsely chippy to platy | 2 | 0 |
| Sandstone, very limy, muddy, fine-grained, hard | | 3 |
| Mudstone, greenish-gray, sandy; weathers to puffy soil | 6 | 0 |
| Sandstone, limy, fine-grained, ripple-bedded with oscillation ripples | | 3 |
| Mudstone, greenish-gray, sandy, hard, blocky | 5 | 0 |
| Marlstone, nearly white, dense, platy | 1 | 5 |
| Shale, chocolate-brown, soft, chippy | | 10 |
| c Sandstone, limy and muddy, fine-grained; wavy bedding; mud cracked | 1 | 0 |
| Shale, light-brownish-gray, soft, flaky | | 6 |
| **Sandstone**, limy and muddy, fine-grained; crudely bedded | | 2 |
| **Shale**, sage-gray, soft, flaky | | 3 |
| **Sandstone**, limy and muddy, fine-grained; wavy bedding | | 2 |
| **Shale**, sage-gray, soft, flaky | | 3 |
| **Sandstone**, limy and muddy, fine-grained; wavy bedding | | 2 |
| **Shale**, sage-gray, soft, flaky | | 4 |
| **Sandstone**, limy; contains mud lumps | | 2 |
| Shale, sage-gray, soft, flaky | 1 | 6 |
| c Marlstone, light-greenish-gray, silty and muddy, platy; bedding planes mud cracked | | 2 |
| Mudstone, drab, blocky; weathers to smooth slope | 5 | 0 |

A64 THE GREEN RIVER AND ASSOCIATED TERTIARY FORMATIONS

**Green River Formation—Continued**

Wilkins Peak Member—Continued

| | Ft | in |
|---|---|---|
| c Marlstone, nearly white; contains layers of sage-green clayey marlstone; many bedding planes mud cracked | 2 | 3 |
| Shale, greenish-gray, clayey, very soft, flaky | 9 | 0 |
| Marlstone, light-gray, clayey, hard, massive | 8 | 0 |
| Marlstone, light-grayish-brown, very soft | 11 | 0 |
| Mudstone, grayish-brown, very soft | 3 | 6 |
| Marlstone, light-grayish-brown; weathers light ash gray, as coarse chips or plates | 1 | 0 |
| Mudstone, greenish-gray, sandy, hard | 10 | 6 |
| Tuff, white, limy, friable, sandy-textured, regularly laminated; contains great abundance of biotite; makes very persistent ledge | 5 | 0 |
| Shale, very limy, light-grayish-brown; poor in organic matter | 28 | 0 |
| Shale, grayish-buff, soft, flaky | 3 | 0 |
| Mudstone, greenish-drab, sandy, hard | 7 | 0 |
| Marlstone, light-chocolate-brown, coarsely chippy | 1 | 6 |
| Mudstone, greenish-drab, sandy, hard | 8 | 0 |
| c Limestone, silty, platy, mud-cracked | | 3 |
| Mudstone, greenish-gray; grades upward into shale | 5 | 5 |
| Sandstone, limy, hard, fine-grained, ripple-bedded | 3 | 0 |
| Marlstone, light-chocolate-brown, crudely chippy; weathers ash gray | 2 | 0 |
| Limestone, sandy, fine-grained | | 3 |
| Marlstone, light-chocolate-brown, crudely chippy; contains thin sandy layers | | 8 |
| Limestone, sandy, fine-grained | | 1 |
| Marlstone, light-chocolate-brown, crudely chippy; weathers ash gray | 4 | 6 |
| Shale, very clayey; poor fissility | 2 | 6 |
| c Sandstone, very limy, platy-bedded to ripple-bedded; uppermost surface mudcracked | | 10 |
| Mudstone, sandy | 3 | 0 |
| Marlstone, light-grayish-brown, crudely platy or chippy; weathers gray | 2 | 0 |
| Oil shale, low-grade, papery; weathers lavender | 2 | 0 |
| Marlstone, light-grayish-brown; crudely platy or chippy | 1 | 0 |
| Mudstone, chocolate-brown | 2 | 0 |
| Oil shale, low-grade, papery; weathers lavender | 1 | 5 |
| Marlstone, light-grayish-brown; crudely platy or chippy; weathers light ash gray | 5 | 8 |
| Oil shale, low-grade; papery | 2 | 2 |
| Mudstone, greenish-gray, hard | 7 | 5 |
| Marlstone, light-grayish-brown, platy to chippy; weathers light gray | 1 | 6 |
| Mudstone, greenish-gray; contains few thin marlstone layers | 15 | 0 |
| Marlstone, light-grayish-brown, platy to chippy; weathers light gray | 2 | 6 |

**Green River Formation—Continued**

Wilkins Peak Member—Continued

| | Ft | in |
|---|---|---|
| Oil shale, low-grade, papery | 1 | 0 |
| Marlstone, light-grayish-brown, platy to chippy; weathers light gray | 1 | 2 |
| Mudstone, greenish-gray, hard | 5 | 6 |
| c Marlstone, light-grayish-brown, platy; weathers nearly white; bedding planes mud cracked | 1 | 0 |
| Mudstone, greenish-drab, rather hard | 3 | 6 |
| Mudstone, greenish-drab, spheroidal to platy | 1 | 0 |
| Mudstone, greenish-drab, soft | 3 | 6 |
| Marlstone, light-grayish-brown, sandy; contains mud lumps | 1 | 0 |
| Mudstone, greenish-drab, soft | 3 | 0 |
| Marlstone, light-grayish-brown; weathers nearly white | | 10 |
| Mudstone, greenish-drab, soft | 3 | 0 |
| Marlstone, light-grayish-brown; weathers nearly white | 1 | 0 |
| Tuff; consists almost wholly of analcite crystals | | 1 |
| Marlstone, light-chocolate-brown, hard, massive to platy | 15 | 3 |
| Mudstone, light-grayish-drab, clayey | 4 | 6 |
| Marlstone, light-chocolate-brown, hard, massive to platy | 7 | 0 |
| Mudstone, greenish-drab, clayey, soft | 5 | 0 |
| Marlstone, light-gray; ranges from massive through coarsely chippy to flaky | 20 | 0 |
| Sandstone, limy and muddy, fine-grained, platy | | 1 |
| Marlstone, brownish-gray, sandy, coarsely chippy to platy; weathers ash gray | 15 | 6 |
| Oil shale, low-grade, papery | | 6 |
| Marlstone, brownish-gray, sandy, coarsely chippy to platy | 10 | 6 |
| Oil shale, low-grade, papery | 1 | 0 |
| Marlstone, brownish-gray, sandy, coarsely chippy to platy | 6 | 0 |
| Thickness, Wilkins Peak Member | 498 | |

Tipton Shale Member:

| | Ft | in |
|---|---|---|
| c Oil shale, low-grade; contains many closely spaced thin layers of hard mud-cracked marlstone | 14 | 0 |
| c Marlstone, organic; many bedding planes mud cracked, especially near top of unit; interbedded with thin layers of papery low-grade oil shale | 3 | 0 |
| Oil shale, medium-grade, bluish-gray, papery | 5 | 4 |
| Tuff; made up mostly of small analcite crystals but also contains biotite, hornblende, quartz and feldspar | | 1½ |
| Oil shale, medium-grade, bluish-gray, papery | | 5 |
| Limestone, granular; in thin beds | | 6 |
| Oil shale, medium-grade, bluish-gray, papery | | 10 |

Green River Formation—Continued
Tipton Shale Member—Continued

| | Ft | in |
|---|---|---|
| Tuff; made up mostly of small analcite crystals but also contains biotite, hornblende, quartz, and feldspar.... | | 1 |
| Oil shale, medium-grade, bluish-gray, papery........................... | | 11 |
| Tuff, white, chalky; probably rich in carbonates......................... | | 5 |
| Oil shale, low-grade; contains thin marlstone layers..................... | | 10 |
| Tuff, largely analcite; overlain by brecciated chert.................... | | 2 |
| c Marlstone, sandy, platy; nearly every thin bed mud-cracked; intervening beds are low-grade papery oil shale. | 1 | 0 |
| Oil shale, medium-grade, bluish-gray, papery; contains lenses of massive rich oil shale..................... | 2 | 0 |
| Tuff, soft, powdery; consists largely of very minute analcite crystals...... | | 1 |
| Limestone............................. | | ½ |
| Marlstone, buff, soft, almost papery... | 1 | 0 |
| Tuff; largely analcite; iron stained.... | | 2 |
| c,f Marlstone, organic, buff, hard, banded; contains a few fishbone fragments; top surface mud cracked........... | 1 | 0 |
| Shale, buff, soft, papery; contains many ostracodes..................... | 2 | 0 |
| Ostracode limestone, hard; contains many mud lumps..................... | | 3 |
| Marlstone, buff, soft, papery.......... | 2 | 6 |
| Tuff; lower part analcitized........... | | 2 |
| Marlstone, buff, soft, papery.......... | 1 | 0 |
| Tuff; mostly analcite................. | | 1 |
| Marlstone, buff, shaly, soft, papery; contains some thin harder marlstone layers............................. | 4 | 0 |
| Tuff, mostly analcite crystals; some crystals as much as 2 mm across; upper part of bed dense........... | | 2 |
| Shale, buff, papery................... | 1 | 0 |
| Tuff, almost wholly analcite crystals; resembles coarse sandstone......... | | 5 |
| Marlstone, buff, very soft; weathers papery; contains ostracodes........ | 2 | 8 |
| Tuff; mostly analcite but contains much biotite........................ | | 5 |
| f Marlstone, soft; very regular laminations; bedding planes contain many large thin-shelled ostracodes, a few plant stems, and fishbone fragments.. | 3 | 6 |
| c Sandstone, ocherous, muddy, medium-grained, crudely bedded; contains many thin beds of flaky sandy shale that is ripple bedded; top surface mud cracked...................... | 13 | 0 |
| f Shale, soft, flaky; contains a few thin sandy shale layers and fishbone fragments............................ | 5 | 0 |
| f Sandstone, limy, muddy, very fine grained, ripple-bedded; contains great many fishbone fragments..... | | 6 |
| Shale, brown, sandy, soft, flaky...... | 4 | 0 |

Green River Formation—Continued
Tipton Shale Member—Continued

| | Ft | in |
|---|---|---|
| c,f Sandstone, limy, platy; contains fish-bone fragments and rests on mud-cracked surface.................... | | 3 |
| Shale, light-brown, very soft, papery; contains a few thin harder marlstone layers; weathers buffish lavender___ | 16 | 0 |
| Tuff; almost wholly analcite crystals; lenticular............................ | | 1 |
| Marlstone, chocolate-brown; in beds ½ to 2 in. thick that contain a few thin layers of gravelly limy sandstone that contains ostracodes and mud lumps....................... | 5 | 6 |
| Oil shale, low-grade; contains bone fragments and mud lumps.......... | | 1 |
| Oil shale, low-grade, bluish-gray, papery; contains lenses of medium-grade massive oil shale............ | 3 | 0 |

Note: The characteristic fossiliferous basal bed is either so thin that it was missed or it is absent at this place.

| | | |
|---|---|---|
| Thickness, Tipton Shale Member.. | 98 | |

Wasatch Formation:

| | Ft | in |
|---|---|---|
| Mudstone, drab; lower part very sandy_ | 25 | 0 |
| Sandstone, light-gray, medium-grained, massive to crudely bedded; contains much biotite, suggesting tuff_____ | 1 | 0 |
| Mudstone; sandy at base but becomes less so upward..................... | 18 | 0 |
| Mudstone, brick-red, clayey.......... | 2 | 0 |
| Mudstone, drab, clayey............... | 1 | 0 |
| Sandstone, light-gray, muddy; virtually unconsolidated..................... | 15 | 0 |
| Mudstone, drab, sandy............... | 11 | 0 |
| Sandstone, gray, medium-grained; in beds about 1 ft thick; this is a stubby lens, evidently a stream-channel deposit............................. | 6 | 0 |
| Mudstone, drab, sandy............... | 4 | 0 |
| Sandstone, soft, micaceous, medium-grained............................. | 1 | 0 |
| Mudstone, drab; has few thin maroon layers.............................. | 10 | 0 |

| | | |
|---|---|---|
| Partial section, Wasatch Formation.............................. | 94 | |

*Section of the Green River Formation (Tipton Shale, Wilkins Peak, and Laney Shale Members) in sec. 14, T. 23 N., R. 105 W.*

Green River Formation:
Laney Shale Member:

| | Ft | in |
|---|---|---|
| Marlstone and shale, buff; range from very soft and flaky to hard and crudely platy; unit contains sandstone lenses at 30 and 50 ft above base; upper part consists mostly of grayish-buff hard chippy to platy marlstone that locally contains plant stems and, especially, palm leaves... | 200 | 0 |
| Marlstone, buff, muddy, massive; contains many mud lumps............. | 1 | 0 |

**Green River Formation—Continued**

Laney Shale Member—Continued

| | Ft | in |
|---|---|---|
| Shale, buff, soft, papery; contains a few thin hard layers of marlstone and a few papery beds of papery low-grade oil shale | 30 | 0 |
| Tuff, ocherous, soft, fine-grained, massive | 1 | 0 |
| Shale, buff, papery; contains a few thin hard layers of marlstone at rather regular intervals | 69 | 0 |
| Marlstone, organic, buff to massive | 1 | 0 |
| Shale, greenish-gray, soft, flaky; contains layers of low-grade papery oil shale at intervals of 5–6 ft in lower part | 29 | 0 |
| Thickness, Laney Shale Member | 331 | |

Wilkins Peak Member:

| | Ft | in |
|---|---|---|
| Shale, greenish-gray, soft, flaky | 11 | 0 |
| c Sandstone, limy, very fine grained, platy, mud-cracked | | 6 |
| Marlstone, flaky | 2 | 3 |
| Mudstone, greenish-gray | 1 | 0 |
| Marlstone, white, hard, lumpy | 1 | 0 |
| Sandstone, limy, muddy, very fine grained, platy | 1 | 0 |
| Shale, grayish-brown, soft, flaky | 1 | 3 |
| Mudstone, carbonaceous and iron-stained | | 2 |
| Mudstone, greenish-gray, soft | 13 | 0 |
| Marlstone, ash-gray, coarsely lumpy and chippy | 4 | 0 |
| c Marlstone, light-gray, muddy and sandy, mud-cracked | | 6 |
| c Marlstone, nearly white, hard, chippy; top mudcracked | 2 | 6 |
| Mudstone, dark-greenish-gray, soft | 1 | 0 |
| Marlstone, nearly white, hard, chippy | 1 | 0 |
| Shale, light-chocolate-brown, soft, papery | 2 | 0 |
| Mudstone, greenish-gray, sandy, hard | 8 | 0 |
| Marlstone, nearly white, hard, massive | 1 | 0 |
| Mudstone, greenish-gray, sandy, hard | 8 | 0 |
| Sandstone, buff, medium-grained; contains mud lumps | | 3 |
| c Marlstone, buff, flaky to coarsely chippy; makes conspicuous band in nearly white marlstone; mud cracked at top | 9 | 0 |
| Mudstone, greenish-gray, soft | 5 | 0 |
| Marlstone, organic, buff, papery | 1 | 0 |
| Shale, greenish-gray, soft | 2 | 0 |
| Oil shale, low-grade, flaky to papery | 2 | 6 |
| Shale, greenish-gray, soft | 2 | 6 |
| Shale, marly and organic; weathers bluish gray | 1 | 6 |
| Shale, greenish-gray, soft | 2 | 6 |
| Shale, marly and organic; weathers bluish gray | 5 | 0 |
| Shale, greenish-gray, soft | 3 | 0 |
| Marlstone, organic, papery | 2 | 0 |

Wilkins Peak Member—Continued

| | Ft | in |
|---|---|---|
| Shale, greenish-gray, soft | 5 | 0 |
| Marlstone, organic, platy to papery | 1 | 0 |
| Shale, drab, soft, flaky | 9 | 0 |
| Marlstone, organic, papery | 3 | 0 |
| Mudstone, greenish- to brownish-gray, very soft | 2 | 6 |
| Marlstone, organic, flaky to chippy | 1 | 0 |
| Mudstone, greenish-gray to brown, very soft | 10 | 0 |
| Marlstone, organic, coarsely chippy | 1 | 0 |
| Ostracode limestone, sandy; contains many mud lumps and pebbles | | 4 |
| Ostracode limestone, nearly white and platy | | 2 |
| Oolite, nearly white | | 2 |
| Algal reef, laminated | | 2 |
| Shale, greenish-gray to brown | 2 | 6 |
| c Oolite, platy; contains mud lumps and is mud cracked | | 6 |
| Sandstone, limy, medium-grained, platy | | 1 |
| Shale, greenish-gray to brown, soft, flaky | 2 | 6 |
| Shale, greenish-gray, very sandy, micaceous | 3 | 5 |
| Shale, gray, papery to flaky; considerable organic matter | 2 | 6 |
| Sandstone, medium- to coarse-grained; gravel streaks | 1 | 3 |
| Gravel, limy; contains many mud lumps and bone fragments; some of the bone fragments are probably avian | | 2 |
| Shale, sandy, contorted | | 8 |
| Oil shale, rich, dark bluish-gray, massive to papery | | 1 |
| Shale, gray, sandy, micaceous, flaky | 2 | 3 |
| Sandstone, buff, micaceous, massive; contains many mud lumps | 3 | 0 |
| Thickness, Wilkins Peak Member | 148 | |

Tipton Shale Member (location of contact uncertain):

| | Ft | in |
|---|---|---|
| Algal reef, penicillate | 1 | 2 |
| Sandstone, medium-grained, massive; lenses of gravel | 1 | 0 |
| Shale, sandy, soft, flaky | 13 | 0 |
| Sandstone, dark-brown, coarse-grained, crossbedded | | 2 |
| Shale, sandy, soft, flaky | 1 | 6 |
| Sandstone, limy; contains mud lumps | | 1 |
| Shale, muddy, flaky to almost papery | 1 | 0 |
| Sandstone, limy, fine-grained, micaceous, platy | | 3 |
| Shale, sandy, soft, flaky | 3 | 6 |
| Sandstone, buff, medium-grained, soft, massive | 3 | 0 |
| Shale, sandy, soft, flaky | 1 | 0 |
| Sandstone, very limy, dark-brown, medium-grained | | 3 |

EOCENE ROCKS, WYOMING-COLORADO-UTAH                    A67

Green River Formation—Continued

Tipton Shale Member—Continued

| | Ft | in |
|---|---|---|
| Shale, sandy, soft, flaky | 1 | 0 |
| Sandstone, dark-brown, hard, platy | | 6 |
| Sandstone, buff, medium-grained, massive to crossbedded | 15 | 0 |
| Shale, sandy, soft, flaky | 3 | 0 |
| Sandstone, buff, medium-grained, massive | 3 | 0 |
| Shale, sandy, soft, flaky | 6 | 0 |
| Sandstone, dark-brown, strongly iron stained; may be tuff | 1 | 0 |
| Shale, sandy, very soft, flaky; contains a few harder platy sandstone beds; locally this unit contains much regularly bedded sandstone | 29 | 0 |
| Sandstone, dark-brown, iron-stained; almost certainly a tuff | | 2 |
| Shale, very sandy, flaky; thin platy beds of hard medium-grained sandstone at intervals of a few feet | 50 | 0 |
| Sandstone, buff, medium-grained, friable, crossbedded | 2 | 6 |
| Shale, sandy, soft, flaky | 3 | 0 |
| Sandstone, buff, micaceous, massive, lenticular | 1 | 0 |
| Shale, sandy, flaky, somewhat limy | 20 | 0 |
| Sandstone, dark-brown, muddy, fine-grained | 1 | 5 |
| Shale, sandy, soft, flaky | 3 | 0 |
| Sandstone, dark-brown, muddy, soft, lenticular | | 6 |
| Shale, very sandy, crudely fissile | 6 | 0 |
| Sandstone, dark-brown, muddy, well-bedded | 1 | 0 |
| Interval concealed | 8 | 0 |
| Sandstone, dark-brown, muddy, fine-grained, platy | | 4 |
| Interval concealed, probably soft sandy shale | 50 | 0 |
| c Sandstone, very limy, strongly iron stained, mud-cracked; probably a tuff | | 2 |
| Shale, soft, papery | 5 | 0 |
| Oolite, sandy; contains mud lumps | | 3 |
| Shale, soft, flaky | 6 | 0 |
| Oolite, sandy, fine-grained; contains mud lumps | | 3 |
| Shale, soft, flaky; contains some papery low-grade oil shale | 5 | 0 |
| Marlstone, muddy, dense | | 6 |
| Oil shale, low-grade, papery | 1 | 6 |
| Marlstone, grayish-buff, massive | 3 | 6 |
| Ostracode limestone, sandy | | 6 |
| Sandstone, buff, limy; contains ostracodes | | 8 |
| Ostracode limestone, sandy, lenticular | | 5 |

| | Ft | |
|---|---|---|
| Thickness, Tipton shale member | 255 | |

Underlain by mudstone of the Wasatch Formation.

*Section of Green River Formation (Tipton Shale, Wilkins Peak, and Laney Shale Members) and the uppermost part of the Wasatch Formation measured along Sage Creek in the northern part of T. 15 N., R. 106 W.*

Green River Formation:

Laney Shale Member:

| | Ft | in |
|---|---|---|
| Tuff, crystal and lithic, buff, muddy, ocherous, medium- to fine-grained, ripple bedded and crossbedded | 50 | 0 |
| Marlstone, light-gray, chippy; alternates with beds of soft ocherous sandstone (or crystal tuff?); unit contains some beds of algal deposits that have turbinate heads about 1 ft high | 160 | 0 |
| Sandstone, very limy, buff, medium-grained | | 6 |
| Algal bed, buff, discontinuous | | 6 |
| Shale, buff, soft; alternates with buff sandy marlstone and sandstone layers | 55 | 0 |

| | Ft | |
|---|---|---|
| Partial section, Laney Shale Member | 266 | |

Wilkins Peak Member:

| | Ft | in |
|---|---|---|
| c Shale, light-gray, soft, flaky; contains many platy layers of sandy marlstone, some of which are mudcracked | 25 | 0 |
| c Limestone, sandy, platy, mud-cracked | 4 | 0 |
| Shale, soft; poor fissility | 4 | 6 |
| c Marlstone, light-gray, sandy, hard, platy, mudcracked | 1 | 0 |
| Oil shale, low-grade, gray, flaky | 17 | 0 |
| c, s Marlstone, platy; salt-crystal molds and mudcracks | | 6 |
| Shale, light-gray, soft, flaky | 10 | 0 |
| s Marlstone, organic, gray, platy; a few layers of salt-crystal molds | 11 | 0 |
| Oil shale, rich | | 1 |
| Limestone, light-gray, sandy; banded with dense white porcellanous layers | 2 | 5 |
| c Marlstone, white, platy; contains many thin sandstone layers and several shaly zones; shaly zones contain a few thin lenses of rich oil shale; mud-cracked marlstone layers | 21 | 0 |
| [Unit 1] Sandstone, limy and muddy, gray, crudely platy | 2 | 0 |
| [Unit 1] Mudstone and muddy sandstone; greenish-gray platy | 5 | 0 |
| c Marlstone, sandy; alternates with layers of mudstone that contains many mud lumps; unit contains several thin lenses of rich oil shale; mud-cracked marlstone | 5 | 0 |
| **Shale**, greenish-gray, soft, flaky; few thin marlstone layers | 22 | 0 |
| s **Shale**, brown, soft, flaky; shortite molds | 5 | 0 |
| **Tuff**, No. 3(?) of Culbertson, buff, fine-grained, earthy | | 4 |

A68 THE GREEN RIVER AND ASSOCIATED TERTIARY FORMATIONS

Green River Formation—Continued
Wilkins Peak Member—Continued

| | Ft | in |
|---|---|---|
| s **Marlstone**, shaly, soft; a few large shortite molds | 1 | 0 |
| **Mudstone**, limy, rather hard and lumpy | 8 | 0 |
| s **Marlstone**, shaly, soft; many shortite molds and molds of interlocking platy crystals | 5 | 0 |
| s **Marlstone**, gray, platy; shortite molds | 3 | 6 |
| **Shale**, gray, flaky to platy | 2 | 6 |
| s **Marlstone**, gray, platy; abundance of shortite molds | 1 | 0 |
| **Shale**, soft; with limy concretionary layers | 3 | 0 |
| s **Marlstone**, gray, hard, platy; small shortite molds | | 1 |
| Interval concealed; apparently soft shale or mudstone containing a few thin marlstone layers | 17 | 0 |
| **Sandstone**, gray, limy, medium-grained, platy | 1 | 0 |
| Interval concealed; apparently soft flaky gray shale and few thin layers of marlstone | 30 | 0 |

**Unit H**
| | Ft | in |
|---|---|---|
| **Sandstone**, gray to buff, ripple-bedded and crossbedded; channels into underlying unit about 2 ft | 30 | 0 |
| c **Marlstone**, sandy, platy, thin-bedded and laminated; many bedding planes have thin films of mud which are mud cracked; some thin layers of flaky mudstone | 3 | 0 |
| **Mudstone**, gray, very sandy, fine-grained, ripple-bedded | 3 | 0 |
| **Sandstone**, very limy and muddy, ripple-bedded | 3 | 6 |
| s **Limestone**, sandy; many layers of interlocking bladed salt-crystal molds | 1 | 0 |
| **Marlstone**; bedding planes coated with sand grains | 2 | 0 |
| **Mudstone**, light-brown, soft | 2 | 0 |
| c **Limestone**, sandy; banded with dense white cellular layers that may represent salt crusts; mud cracked | 3 | 6 |

**Unit G**
| | Ft | in |
|---|---|---|
| **Mudstone**, light-brown, soft; contains lenses of olive-brown sandstone | 18 | 0 |
| **Sandstone**, gray, limy, hard, fine-grained, regularly-bedded | 1 | 2 |
| **Mudstone**, greenish-gray, sandy; contains lenses of ripple-bedded and crossbedded sandstone | 18 | 0 |

| | Ft | in |
|---|---|---|
| c, s **Limestone**, sandy; small quantity of bladed salt-crystal molds; mud cracked | 1 | 0 |
| **Marlstone**, sandy, flaky; contains thin sandstone laminae | 4 | 0 |
| **Mudstone**, light-brown, soft | 2 | 6 |
| s **Limestone**, brownish-buff, sandy, ripple-bedded and irregularly bedded; contains cyclic recurrence of platy salt-crystal molds at 3–3.5-in intervals near middle | 6 | 0 |

Green River Formation—Continued
Wilkins Peak Member—Continued

| | Ft | in |
|---|---|---|
| **Marlstone**, brown, flaky; weathers gray | 1 | 6 |
| **Mudstone**, light-brown, soft | 2 | 0 |
| **Limestone**, white, sandy, thin-bedded and ripple-bedded | 1 | 0 |
| **Mudstone**, brownish-gray, limy, hard, spheroidal | 5 | 0 |
| c, s **Limestone**, sandy, ripple-bedded; contains many mud balls; some bedding surfaces mud cracked and some have bladed salt-crystal molds | 1 | 6 |
| **Algal bed**, layered | | 2 |
| **Sandstone and clay-gall layer**; Sandstone is limy; clay galls fill shallow hollows at base of bed | | 1 |
| **Shale**, dark-greenish-gray, clayey, soft; layers of carbonaceous clay | 3 | 0 |
| **Limestone**, white, sandy, thin-bedded; interlaminated with dense translucent carbonate layers; contains many mud lumps and is, in part, ripple bedded | 2 | 6 |

**Unit F**
| | Ft | in |
|---|---|---|
| **Mudstone**, greenish-gray; contains a few platy ripple-bedded sandstone layers | 29 | 6 |
| **Marlstone**, brown; weathers gray; in part ripple bedded; possibly mud cracked | 3 | 0 |
| **Limestone**, very sandy; contains many small mud flakes | | 6 |
| **Mudstone**, gray, sandy | 2 | 0 |
| c **Marlstone**, gray; contains more organic matter upward; contains sandy layers; many bedding planes mud cracked | 7 | 0 |
| **Limestone**, banded with dense white carbonate layers; some beds show oscillation ripple marks, others show feeble current ripples; apparent raindrop impressions | 4 | 0 |
| **Tuff**, white, soft, sugary | | 4 |

**Unit E**
| | Ft | in |
|---|---|---|
| **Mudstone**, greenish-gray; contains thin sandstone lenses | 38 | 0 |
| **Limestone**, silty; weathers reddish-gray; probably tuff | | 4 |
| **Mudstone**, greenish-gray | 2 | 0 |
| **Marlstone**, light-gray, muddy, lumpy | 3 | 0 |
| c **Limestone**, white, sugary, layered, mud-cracked | 4 | 0 |
| **Marlstone**, gray, muddy, lumpy | 4 | 0 |
| **Tuff**, grayish-brown, limy, fine-grained, dense | | 6 |

**Unit D**
| | Ft | in |
|---|---|---|
| **Sandstone**, micaceous, medium-grained, ripple-bedded and crossbedded | 22 | 0 |
| **Mudstone**, slate-gray, very sandy | 2 | 0 |
| **Sandstone**, limy, ripple-bedded; contains buff limy layers that contain mud lumps | 2 | 0 |
| **Mudstone**, slate-gray, very sandy; contains lenses of sandstone | 22 | 0 |

**Green River Formation—Continued**
**Wilkins Peak Member—Continued**

| Description | Ft | in |
|---|---|---|
| Limestone, white, crystalline, granular, platy | | 8 |
| **Unit D** — Sandstone, muddy, micaceous, fine-grained, ripple-bedded; contains zones of sandy greenish-gray mudstone | 9 | 0 |
| Mudstone, greenish-gray, sandy | 3 | 0 |
| s Sandstone, very limy, ripple-bedded; contains small salt-crystal molds | 6 | 0 |
| c,s Marlstone, light-gray, sandy; thin regular beds whose upper surfaces are mud cracked and are covered with molds of bladed salt crystals; between these thin marlstone beds are layers of unidentified white powdery material, possibly tuff | 11 | 0 |
| Algal bed, buff, coarsely laminated | | 4 |
| **Unit C** — Mudstone, brownish-drab | 3 | 0 |
| Sandstone, white, extremely limy, ripple-bedded; bedding surfaces pitted as though salt crystals had once been there | 1 | 6 |
| Algal bed, buff, coarsely laminated | | 5 |
| Shale, sandy, soft, platy | | 8 |
| Mudstone, greenish-gray, sandy, rather hard; thin beds of greenish-gray muddy sandstone make up about 5 percent of unit; mud lumps and plant fragments at top | 34 | 0 |
| Sandstone, light-gray, very limy, medium-grained, ripple-bedded | 1 | 0 |
| Marlstone shaly, soft; interlaminated with sandy zones | 2 | 8 |
| Mudstone, greenish-gray, sandy | 4 | 0 |
| Marlstone organic, sandy, hard, platy | | 6 |
| Mudstone, greenish-gray, sandy | 4 | 0 |
| Marlstone, organic, sandy, hard, platy | 1 | 0 |
| Mudstone, greenish-gray, sandy | 5 | 0 |
| Sandstone, light-gray, limy, platy, ripple-bedded | 2 | 0 |
| Shale, gray, limy, soft, flaky | 7 | 0 |
| Mudstone, greenish-gray, sandy | 2 | 6 |
| c Sandstone, buff, very limy, ripple-bedded; contains mud lumps and is mud cracked | 2 | 6 |
| **Unit B** — Mudstone, greenish-gray, sandy; contains two zones of platy sandstone lenses | 33 | 0 |
| c Marlstone, organic, hard, platy; top surface mud cracked | 1 | 6 |
| Oil shale, low-grade, brownish-gray, papery | 1 | 0 |
| Mudstone, greenish-gray, sandy | 3 | 0 |
| c Marlstone, sandy, crudely platy; bedding planes mud cracked | 1 | 0 |
| Shale, brown, soft, flaky to papery | 2 | 6 |
| Shale, gray, flaky to chippy, hard | 7 | 6 |
| c Shale, gray, sandy, interbedded with gray shale; sandy layers mud cracked; thin layer of edgewise conglomerate at top | 1 | 0 |

**Green River Formation—Continued**
**Wilkins Peak Member—Continued**

| Description | Ft | in |
|---|---|---|
| **Unit A** — Mudstone, greenish-drab, sandy, soft; contains lenses of platy sandstone | 8 | 0 |
| Sandstone, gray, muddy, fine-grained, thin-bedded, ripple-bedded and crossbedded; weathers brown; grades upward into coarser grained sandstone; unit contains lenses of gray sandy mudstone | 25 | 0 |
| Mudstone, drab | | 10 |
| Sandstone, muddy, shaly | 2 | 0 |
| s Marlstone, light-brown, dense; contains salt-crystal pseudomorphs | 1 | 10 |
| Tuff, No. 2 of Culbertson, silty | | 6 |
| Oil shale, low-grade, laminated; contains plant fragments | | 6 |
| Sandstone, drab, very muddy, shaly | 16 | 0 |
| Mudstone, greenish-gray, sandy | 3 | 0 |
| Marlstone, light-chocolate-brown, flaky to chippy | 3 | 0 |
| c Marlstone, limy, hard, platy, ripple-bedded and mud cracked | 3 | 0 |
| Shale, grayish-green, sandy, soft | 7 | 0 |
| Marlstone, organic, light-chocolate-brown, coarsely laminated; weathers gray; a few carbonized plant stems | 7 | 6 |
| Mudstone, poorly exposed | 15 | 0 |
| Shale, limy and sandy; alternates with beds of platy organic marlstone | 8 | 0 |
| Mudstone; contains at least one thin sandy layer | 15 | 0 |
| Marlstone, sandy, hard, platy | 1 | 0 |
| Shale, brown, soft, papery | 2 | 6 |
| Marlstone, gray, sandy, platy | 1 | 6 |
| Mudstone, greenish-gray, soft | 10 | 6 |
| Marlstone, organic, sandy, hard, platy to papery | 2 | 0 |
| Mudstone, greenish-gray, soft | 10 | 0 |
| Marlstone, dark-gray, silty, hard, crudely bedded | 1 | 0 |
| Shale, grayish-brown, soft, flaky | 8 | 6 |
| c Sandstone, very muddy and limy, shaly to platy; in part ripple bedded; many bedding planes mud cracked | 7 | 0 |
| Shale, ash-gray, soft, flaky | 3 | 6 |
| Mudstone, sage-gray, hard, spheroidal | 6 | 0 |
| c Sandstone, limy and muddy, very fine grained, platy; bedding surfaces mud cracked | 6 | 0 |
| Mudstone, greenish-gray, clayey | 2 | 0 |
| Marlstone, gray, platy | 1 | 0 |
| Mudstone, greenish-gray, clayey | 3 | 6 |
| Marlstone, gray, sandy, hard, platy | 3 | 0 |
| Mudstone, greenish-gray, clayey | 10 | 0 |
| c Marlstone, sandy, hard, platy; a few mud cracks | 2 | 0 |
| Mudstone, greenish-gray, clayey | 12 | 0 |
| Marlstone, buff, silty, hard, platy | 2 | 0 |
| Mudstone, greenish-gray, clayey | 12 | 0 |

Green River Formation—Continued
Wilkins Peak Member—Continued

| | Ft | in |
|---|---|---|
| c Marlstone, light-brownish-buff, coarsely chippy, platy; weathers gray; contains numerous thin sandy layers that are mud cracked; the mud cracks are filled with coarse sand | 40 | 0 |
| Sandstone, yellowish-brown, fine-grained, ripple-bedded | 3 | 0 |
| Clay, pinkish-gray, soft, chalky | 2 | 0 |
| Mudstone, reddish-gray; about 10 percent of unit consists of fine-grained muddy sandstone beds 2–8 in. thick; locally unit is more sandy and dark brick red; probably baked by underground burning of underlying oil shale | 15 | 0 |
| Sandstone, grayish-brown, limy, fine-grained, ripple-bedded | 1 | 0 |
| Mudstone, gray | 1 | 6 |
| Marlstone, sage-gray, hard, coarsely laminated | 20 | 0 |
| Mudstone, greenish-gray | 33 | 0 |
| Sandstone, limy, hard, fine-grained, platy | 1 | 0 |
| Mudstone, greenish-gray, rather hard | 30 | 0 |
| Sandstone, shaly, muddy, platy, ripple-bedded | 4 | 0 |

Thickness, Wilkins Peak Member__ 1,000

Tipton Shale Member:

| | Ft | in |
|---|---|---|
| c Marlstone, shaly; many mud-cracked bedding planes; makes persistent cliff | 45 | 0 |
| Shale, soft; poorly exposed | 14 | 0 |
| Marlstone, shaly; contains interbedded papery low-grade oil shale; grades upward into nearly barren marlstone | 23 | 0 |
| Oil shale, medium-grade, papery | 2 | 0 |
| c Marlstone, shaly; hundreds of bedding planes mud cracked; cracks filled with sand | 22 | 0 |
| c Sandstone, limy and shaly, fine-grained; bedding planes mud cracked | 3 | 0 |
| Mudstone, hard, massive | 4 | 0 |
| c Sandstone, fine-grained, limy, ripple-bedded; alternates with hard mudstone layers; many bedding planes mud cracked | 6 | 6 |
| Marlstone, shaly; thin layers of rich oil shale | 3 | 6 |
| Marlstone, organic, hard, coarsely laminated | 3 | 0 |
| Sandstone, gray, limy, fine-grained; contains lumps of underlying chalky marlstone; subaqueous deformation; mud cracked at top of unit | 2 | 0 |
| Marlstone, ocherous, chalky, ripple-bedded; contains many claystone layers that are wrinkled; mud cracks at top | 4 | 2 |

Green River Formation—Continued
Tipton Shale Member—Continued

| | Ft | in |
|---|---|---|
| Oil shale, black, somewhat carbonaceous; weathers bluish gray; massive in lower part; becomes papery in upper part | 10 | 6 |
| Marlstone, soft, shaly, laminated | 1 | 0 |
| Marlstone, light-buff, chalky, laminated | 1 | 0 |
| Marlstone, organic, light-chocolate-brown, massive to flaky; weathers grayish buff | 4 | 0 |

Note: Culbertson reports (written communication) having found the basal *Goniobasis* bed here.

Thickness, Tipton Shale Member__ 149

Wasatch Formation:

| | Ft | in |
|---|---|---|
| Interval concealed by talus | 50 | 0 |
| Mudstone, predominantly gray; contains a few thin bands of red sandy mudstone and a few lenses of soft buff sandstone | 175 | 0 |
| Sandstone, buff; an elongate lens | 6 | 0 |
| Mudstone, gray, sandy; reddish brown sandy layers | 17 | 0 |
| Sandstone, buff, massive, medium-grained; a lens | 2 | 0 |
| Shale, gray, sandy, flaky | 3 | 0 |
| Carbonaceous shale, black, flaky | 1 | 0 |
| Mudstone, gray; banded with red | 12 | 0 |
| Sandstone, reddish-buff, muddy, medium-grained; contains many mud lumps; a large lens that channels into underlying beds as much as 8 ft; contains large limy concretions near top | 40 | 0 |
| Marlstone, grayish-buff; mottled with reddish stain; irregularly bedded | 1 | 0 |
| Shale, gray, very sandy, coarsely fissile | 4 | 0 |
| Mudstone, sage-gray, very sandy, very soft; contains dull-purplish sandy zones that are harder | 48 | 0 |
| Sandstone, reddish-gray, medium-grained, massive; lens | 2 | 0 |
| Mudstone, gray; banded with red | 15 | 0 |
| Marlstone, sandy; contains great number of mud lumps | 2 | 0 |
| Sandstone, grayish-brick-red, muddy, fine-grained, massive | 3 | 0 |
| Mudstone, gray and reddish-gray; contains several small lenses of deep-red sandstone | 4 | 0 |
| Sandstone, grayish-brick-red, fine-grained, massive; a lens | 5 | 0 |
| Mudstone, gray, soft | 5 | 0 |
| Sandstone, deep-red, muddy, very soft, fine-grained; gray and limy in top 1 ft | 6 | 6 |
| Mudstone, gray, soft | 4 | 0 |
| Sandstone, gray, very muddy, soft, fine-grained | 2 | 0 |
| Mudstone, variegated; contains thin lenses of deep-red sandstone | 11 | 0 |

EOCENE ROCKS, WYOMING-COLORADO-UTAH

| Wasatch Formation—Continued | Ft | in |
|---|---|---|
| Sandstone, maroon, medium-grained, massive; mottled light yellow and grayish vermilion where lenticular; sandy marlstone concretions at top | 7 | 0 |
| Marlstone, gray, dense; weathers buff | 1 | 0 |
| Mudstone; banded light gray and light brick red; clayey | 13 | 0 |
| Sandstone; mottled light buff and dark brick red; muddy; soft; lenticular | 7 | 0 |
| Shale, greenish-gray, sandy, soft, flaky | 1 | 0 |
| Mudstone; banded buff, gray, and reddish-gray; sandy | 5 | 0 |
| Sandstone, bright-red; grades up into gray medium- to fine-grained material; a lens | 3 | 0 |
| Mudstone; mottled sage gray and dark brick red; sandy; soft; contains a few short lenses of buff or reddish-brown medium-grained sandstone | 27 | 0 |
| Sandstone, deep-red, soft, medium-grained, massive to crudely bedded; locally crossbedded | 5 | 0 |
| Sandstone, very muddy; ocherous at base, vermilion at top; possibly tuff | | 3 |
| Mudstone, gray, soft | 5 | 0 |
| Sandstone, red, muddy, shaly | | 8 |
| Shale, sandy, soft, flaky | 2 | 0 |
| Shale, nearly black, carbonaceous, flaky | 1 | 0 |
| Mudstone, gray, soft | 3 | 0 |
| Sandstone, reddish-gray, muddy, very soft, shaly | 1 | 0 |
| Mudstone, gray, soft | 5 | 0 |
| Sandstone, reddish-gray, soft, medium-grained; upper part limy and ripple-bedded | 10 | 0 |
| Shale, gray, soft, flaky | 6 | 0 |
| Sandstone, reddish-brown, soft, medium-grained, crossbedded and current-ripple-bedded | 12 | 0 |
| Sandstone, reddish-gray, very muddy, regularly bedded and ripple-bedded | 6 | 0 |
| Mudstone, very sandy, crudely fissile; alternates with beds of gray ripple-bedded sandstone | 10 | 0 |
| Partial section, Wasatch Formation | 549 | |

*Partial section of the Wilkins Peak Member of the Green River Formation in secs. 23, 5, and 8 T. 18 N., R. 107 W.*

| Green River Formation: | | |
|---|---|---|
| Wilkins Peak Member: | Ft | in |
| Tuff, dark-gray, medium-grained | | 4 |
| Marlstone, chalky, soft, massive to platy, finely banded | 5 | 0 |
| Marlstone, light-gray, massive to thinly bedded; contains thin layers of greenish-gray mudstone | 3 | 0 |
| Tuff, No. 6 of Culbertson, white, very fine grained | | 6 |
| Marlstone, light-gray, massive to shaly | 1 | 0 |
| Tuff, dense | | 2 |

| Green River Formation—Continued | | |
|---|---|---|
| Wilkins Peak Member—Continued | Ft | in |
| Marlstone, light-gray, massive to thin-bedded | 10 | 0 |
| Marlstone, tuffaceous, micaceous | 1 | 4 |
| s Marlstone, somewhat shaly; contains great abundance of shortite molds, especially in upper 6 ft where salt-crystal molds exceed marlstone in volume | 17 | 0 |
| Marlstone, slate-gray to cream-colored, shaly | 14 | 0 |
| s Shale, gray, soft, flaky; contains great abundance of salt-crystal molds in layers and lenses | 4 | 0 |
| s Marlstone, organic, thin-bedded to flaky; contains lenses of rich oil shale, especially at top; shortite molds throughout | 4 | 0 |
| s Mudstone, gray; great many shortite molds at base but these decrease to essentially zero at top | 15 | 0 |
| s Tuff, marly; contains layers and dispersed molds of shortite | 2 | 3 |
| Marlstone, light-gray, massive, probably tuffaceous | 2 | 0 |
| s Tuff, white; contains shortite molds at top | | 3 |
| s Shale, gray and buff, limy; contains thin lenses of rich oil shale and dispersed and layered shortite molds | 15 | 0 |
| Oil shale, low-grade, brown; contains lenses of rich oil shale | 2 | 0 |
| Tuff, No. 5 of Culbertson, white to pinkish-buff; contains marlstone layers | | 10 |
| c, s Marlstone, massive; contains shortite molds and is mud cracked | 1 | 10 |
| Shale, gray, sandy, flaky to platy | 5 | 0 |
| Oil shale, low-grade, brown; contains thin stubby lenses of rich oil shale | 1 | 10 |
| Edgewise conglomerate composed of slightly rounded mudstone pieces in marlstone matrix | | 2 |
| Shale, greenish-gray, sandy, soft, flaky to massive | 4 | 10 |
| Tuff, pinkish-gray, chalky, soft | | 3 |
| Oil shale, medium-grade, laminated to massive | | 7 |
| s Mudstone, sage-green; contains abundant shortite molds; contains 1-in. carbonaceous layer about in middle | 7 | 3 |
| Mudstone, light-brownish-buff, limy | 2 | 3 |
| Marlstone, gray; contains layers of white tuff | 1 | 5 |
| Mudstone, sage-gray, massive to shaly | 10 | 2 |
| s Mudstone, greenish-brown, very sandy, ripple-bedded; shortite molds sparsely distributed in top 2 ft | 11 | 2 |
| c, s Oil shale, rich; thin discontinuous lenses alternate with layers of shortite molds and pseudomorphs; mud cracked; contains some thin micaceous tuff layers | 2 | 8 |

*(left margin: Unit 1 bracket spanning lower entries)*

A72 THE GREEN RIVER AND ASSOCIATED TERTIARY FORMATIONS

Green River Formation—Continued
Wilkins Peak Member—Continued

| | Ft | in |
|---|---|---|
| s Marlstone, shaly; contains shortite molds | 3 | 10 |
| Tuff, sandy and micaceous | | 1½ |
| s Marlstone, massive to shaly; scattered shortite molds and layers of shortite pseudomorphs | 5 | 9 |
| Tuff, white, micaceous; contains coarser crystal-tuff laminae | | 8 |
| s Marlstone, gray, thin, obscure bedding; alternate layers contain many shortite molds; contains a few thin lenses of rich oil shale which are studded with shortite pseudomorphs | 6 | 0 |
| Tuff, white | | 1 |
| s Marlstone, gray, massive; shortite molds | 1 | .4 |
| Tuff and marlstone, in alternate thin beds; shortite molds | 2. | .0 |
| Tuff, No. 4 of Culbertson or Big Island tuff, white | 1 | 2 |
| s Marlstone, light-gray, massive though regularly banded; shortite molds abundant | 3 | 4 |
| Tuff | | 2 |
| s Marlstone, brownish-gray to sage-green; shortite molds abundant | 5 | 10 |
| Tuff, No. 3 of Culbertson | | 6 |
| s Shale, light-gray, limy; contains few thin beds of low-grade oil shale; shortite and possibly northupite molds and pseudomorphs abundant throughout unit; some crystal molds large and others unusually fine; layers 3 in. thick of loose salt pseudomorphs at several levels | 61 | 0 |
| s Oil shale, rich; weathers blue; bedding planes covered with shortite-crystal molds; gas brecciated | 1 | 3 |
| c,s Shale, light-gray; contains thin layers of low-grade oil shale; all except bottom 1 ft contains abundance of salt-crystal molds; mud cracks very common | 6 | 6 |
| s Oil shale, low-grade, massive to flaky; many shortite molds | 2 | 6 |
| Interval concealed | 4 | 0 |
| s Oil shale, medium-grade, dark-brown; weathers bluish gray; shortite molds abundant; gas brecciated | 3 | 0 |
| s Mudstone, light-gray, soft, limy; great abundance of salt-crystal molds and and pseudomorphs, dispersed and in layers | 7 | 4 |
| s Oil shale, medium-grade, brown; weathers bluish gray; numerous large shortite molds; gas brecciated | 3 | 0 |
| s Oil shale, low-grade, papery; more than half of volume made up of shortite molds and pseudomorphs | | 7 |
| c,s Shale, soft, flaky; shortite molds abundant; mud cracked | 1 | 2 |
| Analcite layer | | ½ |

Green River Formation—Continued
Wilkins Peak Member—Continued

| | | Ft | in |
|---|---|---|---|
| | c,s Shale, soft, flaky; great abundance of shortite molds; mud cracked | 1 | 4 |
| | s Oil shale, medium-grade, dark-brown, massive to flaky; weathers bluish gray; shortite molds and pseudomorphs abundant; mud cracks very numerous | 3 | 2 |
| | s Marlstone, light-gray, rather coarsely laminated; shortite molds sparse; unit grades upward into greenish-gray sandy mudstone | 6 | 7 |
| | s Marlstone, light-gray, coarsely laminated; contains many crudely lenticular layers of salt-crystal molds that resemble aggregates of northupite and shortite | 2 | 4 |
| | s Oil shale, rich, dark-brown, varved; regularly spaced thin layers of shortite pseudomorphs; bedding distorted by subaqueous slumping | 1 | 1 |
| | Marlstone, light-gray, rather coarsely laminated | | 8 |
| Unit H [ | Mudstone, sage-green, sandy, soft | 14 | 0 |

Section continued about 3 miles east in sec. 23

| | | Ft | in |
|---|---|---|---|
| | Sandstone, fine-grained, platy | | 6 |
| | Shale, grayish-buff, coarsely chippy | 6 | 6 |
| | s Marlstone, light-brown, hard, platy; shortite pseudomorphs | 2 | 6 |
| | s Marlstone, silty; contains molds of bladed salt crystals | | 10 |
| | s Marlstone, light-brown, chippy; shortite pseudomorphs | 6 | 0 |
| | Sandstone, gray limy, fine-grained, platy | | 3 |
| | Marlstone, light-grayish-buff, chippy | 3 | 0 |
| | Oil shale, medium-grade, papery; weathers bluish gray | | 4 |
| | Sandstone, gray, medium-grained, crudely bedded | 3 | 0 |
| | Marlstone, organic, chocolate-brown; weathers gray, chippy | 2 | 0 |
| | Shale, light-brown, soft, flaky | 2 | 0 |
| | Mudstone, sage-green, sandy | 15 | 0 |
| Unit G | Marlstone, light-buff, sandy, hard, platy | | 8 |
| | Mudstone, sage-green, sandy | 5 | 0 |
| | c Shale, light-buff, soft, flaky; contains a few thin sandy marlstone layers that are mud cracked | 3 | 0 |
| | c Marlstone, silty, platy to chippy; many bedding planes mud cracked | 1 | 0 |
| | Shale, drab, soft, flaky | 7 | 0 |
| | Sandstone, rather coarse grained; full of mud lumps and flakes | | ½ |
| | Shale, limy, sandy, flaky | | 3 |
| | Sandstone, coarse-grained; full of mud lumps and flakes | | 2 |
| | Shale, gray, soft; contains thin sandy marlstone layers | 1 | 0 |
| | Edgewise conglomerate; angular and subangular pieces of marlstone in marlstone matrix | | 1 |

BLM_0034697