Green River Formation—Continued
Wilkins Peak Member—Continued

| | Ft | in |
|---|---|---|
| c Marlstone, light-buff, very sandy, mud cracked_____ | | 1 |
| c, s Shale, marly, hard, platy; contains salt-crystal molds; many layers mud cracked_____ | 1 | 2 |
| c Marlstone, very sandy; thin regular beds; mud cracked_____ | | 2 |
| s Shale, light-brown, soft, flaky; shortite pseudomorphs abundant_____ | 1 | 3 |
| s Limestone, buff, sandy; alternates with thin layers of soft limy flaky shale; limestone layers contain salt-crystal molds that suggest northupite and molds of interlocking platy salt crystals; makes persistent bench_____ | 5 | 6 |
| s Clay, buff; contains many salt-crystal molds_____ | | 10 |
| Oil shale, low-grade, light-chocolate-brown, massive; weathers gray; contains a few coarse stem impressions__ | | 10 |
| Sandstone, light-gray, very limy, fine-grained, ripple-bedded; has mud lumps in lower part_____ | | 8 |
| Shale, buff, soft, papery_____ | 3 | 0 |
| s Limestone, light-gray, platy: in thin beds that alternate with buff limy shale; shortite pseudomorphs_____ | 2 | 0 |
| Shale, buff, soft, papery_____ | 4 | 0 |
| s Clay, buff; a soft earthy mixture of pseudomorphs of coarse platy bladed salt crystals and sandy and limy clay; may represent salt bed_____ | 2 | 0 |
| s Sandstone, gray; contains flat shale lumps and salt-crystal molds_____ | | 2 |
| Oil shale, medium-grade; alternates with thin rich oil-shale laminae; somewhat carbonaceous_____ _____ | | 2 |
| Edgewise conglomerate; angular and subangular clay fragments and clay pellets randomly oriented_____ | 1 | 0 |
| s Shale, drab to buff, flaky; contains salt crystal molds_____ | 7 | 0 |
| Limestone, white, sandy, fine-grained, platy_____ | 1 | 0 |
| Mudstone, drab, limy, chippy_____ | 3 | 6 |
| Shale, buff, soft, papery; contains several thin hard sandy marlstone layers_____ | 3 | 6 |
| Sandstone, very limy, light-gray, fine-grained, platy_____ | 1 | 7 |

Unit F

| | Ft | in |
|---|---|---|
| Mudstone, olive-drab, sandy, soft_____ | 22 | 9 |
| Marlstone, gray, sandy, hard, platy___ | 1 | 0 |
| s Shale, chocolate-brown, soft, flaky; full of shortite pseudomorphs_____ | 2 | 10 |
| Marlstone, light-gray, sandy, platy____ | | 6 |
| Shale, light-chocolate-brown, flaky; a few thin fine-grained sandstone layers_____ | 9 | 6 |
| c,s Marlstone, light-gray, very sandy, hard, platy; in thin beds that al- | | |

Green River Formation—Continued
Wilkins Peak Member—Continued

| | Ft | in |
|---|---|---|
| ternate with coarser sandy layers which contain sandy pseudomorphs of bladed salt crystals; includes also ellipsoidal cavities that suggest northupite; many bedding planes mud cracked_____ | 2 | 8 |
| Tuff, ocherous, sandy_____ | | 2 |
| Oil shale, low-grade, gray, hard, somewhat carbonaceous; contains many coarse plant stems or leaves that look like rushes; gas brecciated_____ | | 6 |
| Edgewise conglomerate; clay pebbles rounded; matrix very limy_____ | | 2 |

Unit E

| | Ft | in |
|---|---|---|
| Mudstone; olive-drab, sandy, soft_____ | 8 | 5 |
| Limestone, white, sandy, hard, platy__ | | 6 |
| Edgewise conglomerate; sandy mudstone pebbles in limestone matrix; platy bedding_____ | | 4 |
| Marlstone, organic; wavy laminations_ | | 4 |
| Mudstone, sage-green, sandy, soft_____ | 8 | 9 |
| Shale, olive-drab, flaky_____ | 1 | 2 |
| Marlstone, light-gray, platy_____ | | 7 |
| Mudstone, greenish-buff, soft_____ | 12 | 0 |
| Shale, greenish-drab, soft, flaky; contains thin marlstone layers_____ | 1 | 9 |
| Oil shale, low-grade, carbonaceous, gas-brecciated_____ | | 10 |
| Marlstone; contains abundance of buff mudstone pellets_____ | | 2 |
| Shale, light-brown, flaky_____ | 1 | 2 |
| Clay, brownish-drab; probably bentonitic, as it contains laminae rich in biotite_____ | | 8 |
| Tuff, dark-gray, sandy; contains much biotite_____ | | 1½ |
| c Mudstone, olive-drab, clayey, soft; mud cracked at top_____ | 6 | 6 |
| Shale, light-chocolate-brown, soft, flaky to papery_____ | 4 | 0 |
| Marlstone, grayish-buff, sandy_____ | | 3 |
| c Shale, light-chocolate-brown, crudely flaky; lamination becomes more regular and better defined upward; slightly carbonaceous; mud cracked__ | 8 | 0 |

Unit D

| | Ft | in |
|---|---|---|
| Mudstone, sage-green; buff sandy mudstone lumps throughout_____ | | 2 |
| Mudstone, drab, soft_____ | 16 | 0 |
| Shale, light-brown, soft, papery_____ | 1 | 6 |
| Marlstone, sandy, platy; laminated algal bed in middle_____ | 1 | 0 |
| Mudstone, greenish-gray to brown, sandy, micaceous; contains lenses and beds of ripple-bedded and cross-bedded gray to greenish-brown muddy sandstone; unit is Principal Olive zone mentioned in text and D bed shown on geologic map (pl. 2)__ | 34 | 0 |

Partial section, Wilkins Peak
Member_____ 545

A74 THE GREEN RIVER AND ASSOCIATED TERTIARY FORMATIONS

*Partial section of the Wilkins Peak Member of the Green River Formation in sec. 9, T. 18 N., R. 106 W.*

Green River Formation:
Wilkins Peak Member:

| | Ft | in |
|---|---|---|
| s Marlstone, buff, papery; contains layers and modules of molds of bladed salt crystals that suggest naholcite | 3 | 0 |
| Marlstone, buff, soft, papery; contains several nearly black volcanic-ash layers | 37 | 0 |
| Tuff, No. 6 of Culbertson, andesitic; in part analcitized | | 5 |
| Marlstone, buff, soft, papery; contains a few thin layers of low-grade oil shale | 19 | 0 |
| Tuff, light-grayish-buff, rather coarse grained | | 10 |
| Marlstone, light-gray, flaky to papery; contains thin layers of low-grade oil shale and some analcitized volcanic ash | 19 | 0 |
| c Tuff, white, limy, platy, mud-cracked | | 4 |
| c Marlstone, light-gray, coarsely chippy, mud-cracked | 6 | 0 |
| Tuff, white to buff; mottled | | 8 |
| Sandstone, white, fine-grained; undulating bedding | 2 | 6 |
| Marlstone, organic, shaly to platy | 6 | 0 |
| Limestone, white, sandy, platy | | 6 |
| Marlstone, hard and platy, to papery low-grade oil shale | 2 | 6 |
| Tuff, yellowish-buff | | 2 |
| c Marlstone, hard chippy to platy; interbedded with layers of low-grade papery oil shale; lower part mud cracked | 6 | 0 |
| Tuff, white, very limy, massive | | 2 |
| Marlstone, gray, hard, coarsely fissile or chippy; upper part contains many thin crystalline white limestone layers | 5 | 0 |
| Sandstone, very limy, light-gray, platy | 1 | 6 |
| Marlstone, sandy; grades upward into sandy shale | 4 | 0 |
| Tuff, No. 5 of Culbertson, yellowish-buff, soft, very fine grained | | 3 |
| Marlstone, white, sandy, platy | 4 | 0 |
| Marlstone, organic; contains lenses of papery low-grade oil shale | 2 | 0 |
| c Limestone, white, sandy, ripple-marked and mud-cracked | 3 | 0 |
| Marlstone, organic, massive but finely banded; bedding planes have a few mycetophyllid fly larvae and a few seeds | 3 | 6 |
| c Limestone, light-gray, sandy, ripple-marked and mud-cracked | 1 | 10 |
| Marlstone, buff, papery; contains lenses and films of rich oil shale | 1 | 0 |
| Shale, light-grayish-brown, clayey, soft, almost waxy; grades upward into about 3 ft of greenish-gray mudstone | 14 | 0 |
| c Mudstone, greenish-gray, sandy; contains lenses and beds of ripple-bedded micaceous sandstone; mud cracked near top | 24 | 0 |

Green River Formation—Continued
Wilkins Peak Member—Continued

| | Ft | in |
|---|---|---|
| Marlstone, light-gray, chalky; perfect lamination; may be carbonate-rich tuff | 1 | 0 |
| Oil shale, low-grade, gray; contains lenses of richer oil shale | 1 | 0 |
| Shale, light-brown to gray, soft, flaky | 13 | 0 |
| Tuff, cream-colored, soft, micaceous; a glassy tuff containing many crystal fragments | | 8 |
| Mudstone, sage-gray, soft | 5 | 0 |
| Marlstone, gray, sandy, soft | 6 | 0 |
| c Sandstone, white, very limy, platy, mud cracked; may be tuff | | 6 |
| Shale, greenish-gray, soft | 2 | 6 |
| c Sandstone, white, very limy, ripple-bedded and mud-cracked | 1 | 10 |
| Mudstone, greenish-gray, soft | 6 | 0 |
| s Marlstone, light-gray, soft, shaly; salt-crystal molds | 4 | 0 |
| s Shale, rather coarsely fissile; scattered shortite pseudomorphs | 1 | 8 |
| Mudstone, greenish-gray to brownish-gray; contains a few thin sandy layers that may be analcitized tuffs | 20 | 6 |
| c Sandstone, white, very limy, ripple-bedded and mud-cracked | 1 | 8 |
| Marlstone, organic, light-chocolate-brown; has fine banding that suggests varves; many bedding planes have an abundance of oestrid fly larvae and other smaller fly larvae; also, many adult flies that appear to have gotten caught in mud before their wings fully developed | 6 | 0 |
| c Sandstone, very limy, platy; mud cracked | 4 | 6 |
| Mudstone, greenish-gray, sandy, soft; contains also some muddy sandstone beds | 3 | 6 |
| Sandstone, very limy; in beds 1–1½ in. thick; muddy at base; clean at top | 2 | 0 |
| Shale, sage-green, soft | 12 | 6 |
| Oil shale, low-grade, papery; bedding planes have an abundance of mycetophyllid fly larvae, a few oestrid fly larvae, and a few unidentified larvae of medium size; Coleoptera and Hemiptera also present but not numerous | 1 | 8 |
| Limestone, nearly white, sandy, ripple-bedded | 1 | 11 |
| Mudstone, sage-green, soft | 3 | 0 |
| Oil shale, low-grade, gray, flaky | | 5 |
| Shale, gray, flaky | 2 | 0 |
| Oil shale, low-grade, dark-brown, flaky; weathers gray | | 11 |
| Mudstone, light-greenish-gray; a few beds muddy sandstone | 2 | 8 |
| Marlstone, slightly organic; in thin beds that alternate with thin beds of white sandy limestone that has characteristic undulant bedding | 2 | 0 |

Green River Formation—Continued

Wilkins Peak Member—Continued

| | Ft | in |
|---|---|---|
| Marlstone, organic, shaly_____ | | 10 |
| Sandstone, limy, fine-grained; may be tuff_____ | | 3 |
| **Unit H** — Mudstone, greenish-gray, sandy_____ | 7 | 0 |
| Limestone, nearly white, sandy, ripple-bedded_____ | | 6 |
| Mudstone, gray_____ | 5 | 0 |
| Oil shale, medium-grade, papery; lenses of rich oil shale_____ | 1 | 0 |
| Mudstone, greenish-gray, clayey, very soft_____ | 8 | 0 |
| Sandstone, very limy; in beds 2 in. thick, ripple bedded_____ | | 8 |
| Mudstone, sage-green, soft, almost fissile_____ | 3 | 0 |
| c Limestone, nearly white, sandy, ripple-bedded; contains some layers that look like analcitized tuff; mud cracked_ | 2 | 0 |
| **Unit G** — Mudstone, greenish-gray, sandy_____ | 10 | 0 |
| c Limestone, nearly white, sandy, gently ripple bedded, mud-cracked; some cracks filled with fine sand_____ | 1 | 3 |
| Marlstone, sandy; contains many mud lumps_____ | | 1 |
| Mudstone, greenish-gray, sandy_____ | 14 | 0 |
| c Sandstone, very limy, micaceous, muddy; locally mud cracked and locally ripple bedded_____ | | 10 |
| Mudstone, greenish-gray, sandy_____ | 11 | 0 |
| c Shale, limy, sandy; contains many thin layers of sandstone, some of which are mud cracked_____ | 2 | 6 |
| Sandstone, very limy, fine-grained; thin regular beds, some of which are gently rippled; few layers contain mud lumps_____ | 3 | 0 |
| Shale, gray, soft, crudely fissile; contains moderate number of hard sandy marlstone layers_____ | 15 | 0 |
| c Oil shale, low-grade, light-brown, somewhat carbonaceous; grades upward into platy marlstone that is sparsely mud cracked__ | 1 | 2 |
| Marlstone, sandy; contains many rounded mud lumps and pieces of shale_____ | | 3 |
| **Unit F** — Mudstone, sage-gray; contains one group of sandy shale beds_____ | 13 | 0 |
| Shale, light-grayish-cream-colored, sandy, limy; contains thin shaly sandstone layers_____ | 5 | 0 |
| Mudstone, sage-gray, sandy; contains greenish-gray layers_____ | 10 | 0 |
| Shale, gray, sandy, micaceous, contains thin platy marlstone layers_____ | 3 | 0 |
| c Marlstone; weathers white, sandy, fissile to chippy; many bedding planes mud cracked_____ | 10 | 0 |
| c Sandstone, limy, fine-grained, gently ripple bedded; has partings of clay that are mud cracked, as are some sandstone beds_____ | | 3 |

Green River Formation—Continued

Wilkins Peak Member—Continued

| | Ft | in |
|---|---|---|
| c Marlstone, white, sandy, crudely platy; some layers contain mud lumps; many layers mud cracked; cracks commonly filled with sand_____ | 3 | 0 |
| Oil shale, low-grade, carbonaceous, coarsely fissile_____ | 1 | 0 |
| Marlstone; contains mud lumps_____ | | ½ |
| **Unit E** — Mudstone, sage-gray, soft_____ | 6 | 0 |
| Limestone, white, sandy, platy_____ | | 10 |
| Oil shale, low-grade, brown, coarsely fissile, carbonaceous_____ | 1 | 0 |
| Sandstone, limy, fine-grained, platy___ | 1 | 3 |
| Mudstone, greenish-gray, soft_____ | 20 | 0 |
| Shale, grayish-buff; grades upward into mudstone_____ | 5 | 0 |
| Oil shale, very low grade, carbonaceous, papery_____ | | 3 |
| Marlstone, sandy; full of rounded and angular mud lumps and curled mud flakes_____ | | 3 |
| c Marlstone, light-grayish-cream-colored, clayey, crudely chippy to massive; weathers stark white; contains in upper half many thin platy sandy marlstone layers that are mud cracked; unit typical of much of white lower half of Wilkins Peak Member_____ | 25 | 6 |
| c Sandstone, limy, muddy, micaceous; in thin regular platy beds that are mud cracked_____ | 1 | 6 |
| Edgewise conglomerate; clay balls and shale flakes in limy, sandy matrix__ | | 1 |
| **Unit D** — Mudstone, greenish-gray, sandy, micaceous; contains a few widely spaced muddy ripple-bedded sandstone layers; unit is Principal Olive zone mentioned in text and D bed of detailed geologic map (pl. 2) of area around town of Green River___ | 51 | 0 |
| Partial section, Wilkins Peak Member_____ | 523 | |

*Partial section of Laney Shale Member in sec. 8, T. 14 N., R. 108 W.*

| | Ft | in |
|---|---|---|
| **Bridger Formation:** | | |
| Mudstone, gray; grades up into grayish brown; becomes more sandy upward_____ | 85 | 0 |
| **Green River Formation:** | | |
| Laney Shale Member: | | |
| Marlstone, white, chippy, porcelaneous, locally carbonaceous; contains leaf and stem impressions_____ | 1 | 0 |
| Mudstone, brown, soft, very sandy____ | 5 | 0 |
| Marlstone, light-gray, chippy_____ | | 3 |
| Shale, light-brown, soft, sandy_____ | 1 | 0 |
| Marlstone, white, hard_____ | | 3 |
| Shale, brown, soft, sandy_____ | 1 | 1 |
| Marlstone, brown; contains *Goniobasis* and *Unio?* shells_____ | 1 | 2 |
| Marlstone, dark-brownish-gray, hard chippy_____ | 2 | 0 |

Green River Formation—Continued
Laney Shale Member—Continued

| | Ft | in |
|---|---|---|
| Marlstone, dark-brown, sandy; contains abundant shells of *Goniobasis* and *Unio*? | 1 | 0 |
| Tuff, light-gray, silty, hard | | 3 |
| Marlstone, buff; banded with many 2–5-in.-thick gray tuff layers and a few muddy sandstone layers | 16 | 0 |
| Tuff, in thin beds that alternate with equally thin claystone layers | 8 | 0 |
| Tuff, gray, silty; in beds about 6 in. thick that alternate with coarse sandy tuff beds 1–2 ft thick | 10 | 0 |
| Tuff, light-gray, banded; mixed with a considerable amount of mud and sand | 25 | 0 |
| Tuff, light-gray, chippy to platy, hard; fine-grained glassy tuff | 3 | 0 |
| Sandstone, grayish-brown, shaly; contains a few thin platy layers of cleanly sorted reddish-brown sandstone | 19 | 0 |
| Marlstone, buff; almost a coquina of ostracode shells but contains also some *Unio*? shells | | 8 |
| Sandstone, buff to dark-reddish-brown, medium-grained, platy, more or less crossbedded | 12 | 6 |
| Marlstone, light-grayish-buff, shaly to almost papery; many layers hard | 5 | 6 |
| Sandstone, buff to dark-grayish-brown, very fine grained; in beds ½–2½ ft thick separated by thin carbonaceous claystone layers | 26 | 0 |
| Sandstone, grayish-brown; poorly exposed but contains some lenses of dark-gray biotitic sandy tuff | 60 | 0 |
| Claystone, dark-gray, very carbonaceous, hard, brittle | 1 | 6 |
| Sandstone, white through buff to darkgray, medium- to coarse-grained, soft; beds range from a few inches to several feet in thickness | 35 | 0 |
| Marlstone, gray, shaly to platy, sandy | | 10 |
| Shale, ocherous-brown to gray; alternate sandy and very fine grained earthy carbonaceous layers | 7 | 0 |
| Marlstone, dark-gray, hard, massive to crudely fissile, carbonaceous, locally sandy | 5 | 0 |
| Sandstone, dark-gray, fine-grained; almost unconsolidated but contains a few thin hard layers | 12 | 0 |
| Marlstone, buff; alternate thin soft shaly layers and harder sandy layers; contains several thin layers of tuff | 10 | 0 |
| Tuff, buff, soft; consists largely of analcite | | 4 |
| Marlstone, light-gray to buff, laminated; contains a few thin sandy layers | 8 | 0 |
| Shale, dark-brown, soft, sandy, carbonaceous | 5 | 0 |

Green River Formation—Continued
Laney Shale Member—Continued

| | Ft | in |
|---|---|---|
| Sandstone, dark-gray, shaly, carbonaceous, ripple-bedded | 1 | 6 |
| f Oil shale, black, rich, papery; contains skeletons of small fish | | 3 |
| Oil shale, brown, low-grade, papery to massive | 3 | 0 |
| Marlstone, buff to light-brown; alternates with thinner beds of papery low-grade oil shale | 5 | 6 |
| Shale, sandy, carbonaceous | 2 | 0 |
| Mudstone, chocolate-brown, very soft; slightly carbonaceous at top | 4 | 0 |
| Mudstone, dark-grayish-brown, soft, sandy | 16 | 0 |
| Marlstone, dark- to light-gray, thickly laminated; not well exposed | 4 | 0 |
| Oil shale, black papery, rich | | 10 |
| *Section incomplete; estimated to be perhaps 50 ft more of well-bedded marlstone and oil shale.* | | |

| | | |
|---|---|---|
| Approximate thickness, Laney Shale Member | 370 | |

*Partial section of Laney Shale Member of the Green River Formation in sections 8, 17, and 18, T. 14 N., R. 99 W.*

Green River Formation:
Laney Shale Member:

| | Ft | in |
|---|---|---|
| Tuff, medium-gray to buff; a muddy crystal tuff containing considerable microgranular calcite in lenticular beds which alternate with buff chalky marlstone and sandy shale (overlying this unit is an estimated 300–400 ft of similar buff marlstone and a few algal beds) | 100+ | |
| Sandstone, fine-grained, shaly; alternates with beds of hard shaly marlstone | 9 | 0 |
| Tuff, gray, massive | 1 | 0 |
| Marlstone, buff, soft, shaly; poorly exposed | 117 | 0 |
| Shale, gray-buff, soft, flaky; alternates with similar shale that contains somewhat more organic matter; not well exposed | 128 | 0 |
| Tuff; bed consists almost wholly of clear analcite crystals | | 4 |
| Shale, papery; contains some organic matter | 10 | 0 |
| Oil shale, low-grade, papery; top 1–6 in. rich oil shale | 6 | 6 |
| Marlstone, buff, sandy, soft | 11 | 0 |
| Tuff, rusty, analcitized | | 6 |
| Sandstone, limy, sandy, papery; alternates with beds of sandy shale | 14 | 0 |
| Marlstone, buff, sandy, flaky to coarsely chippy; contains several harder more sandy beds | 25 | 0 |
| Oil shale, low-grade, light-gray, flaky; contains lenses of rich oil shale; also contains several thin beds of analcitized tuff | 12 | 0 |

Green River Formation—Continued

Laney Shale Member—Continued

| Description | Ft | in |
|---|---|---|
| Shale, papery, soft; some organic matter | 5 | 0 |
| Tuff, black, bituminous, fine-grained; mostly analcite | | 1 |
| Oil shale, low-grade, papery; contains progressively more numerous thin lenses of rich oil shale upward | 11 | 6 |
| Oil shale, rich, black; groups of thin lenses | | 6 |
| f Marlstone, buff, varved; contains rather numerous small fossil fish and vertebrae of larger fish; unit contains also several one-fourth-inch beds of analcitized tuff | 17 | 0 |
| Marlstone, sandy, coarsely chippy | 3 | 0 |
| Shale, papery | 1 | 6 |
| c Algal bed, platy; mud on upper surface mud cracked | | 3 |
| Marlstone, buff, papery, soft; contains one-half-inch bed of analcitized tuff | 5 | 0 |
| Algal bed | | 5 |
| Shale, marly, papery | 6 | 0 |
| Algal bed; algal rubble at base; laminated above | | 3 |
| Limestone, concretionary, dense | | 4 |
| Mudstone, buff, marly, soft | 2 | 0 |
| Marlstone, sandy, concretionary, brecciated | | 6 |
| Shale, low-grade oil shale, papery; grades upward into harder organic marlstone | 7 | 0 |
| Oolite, coarse-grained; locally an algal deposit | | 3 |
| Marlstone, buff, varved; papery at base to massive at top | 11 | 6 |
| Oil shale, rich, papery to massive | | 3 |
| Marlstone, varved, hard, platy | 1 | 0 |
| Tuff, mostly analcite but in part coarse-grained ash | | 3 |
| Shale, marly, papery | 5 | 0 |
| Oil shale, rich, papery to massive | | 4 |
| Algal bed; changes laterally from algal deposit to limy rubble and back to algal deposit again | | 3 |
| Sandstone, brown, muddy, fine-grained | 2 | 0 |
| Mudstone, gray, sandy | 1 | 0 |
| Marlstone, full of mud lumps; contains some oolite | | 10 |
| Shale, sandy and marly | 1 | 0 |
| Marlstone; contains mud lumps and oolite | | 3 |
| Shale, marly, sandy, organic, papery | 2 | 0 |
| Algal bed | | 2 |
| Shale, gray, flaky | | 1 |
| Oolite, very fine grained | | 4 |
| Mudstone, gray, sandy | | 6 |
| Sandstone, medium- to fine-grained, iron-stained, poorly bedded; contains mud lumps | | 5 |
| Mudstone, gray, flaky | | 3 |
| Sandstone, medium- to fine-grained, iron-stained; contains mud lumps | 1 | 0 |

732–765 O—64——6

Green River Formation—Continued

Laney Shale Member—Continued

| Description | Ft | in |
|---|---|---|
| Mudstone, gray, sandy; shaly at top | | 10 |
| Sandstone, muddy, fine-grained, cross-bedded | | 4 |
| Mudstone, gray, sandy | | 6 |
| Sandstone, muddy, fine-grained, cross-bedded | 2 | 0 |
| Mudstone, light-gray, sandy; locally replaced by overlying sandstone | 1 | 9 |
| Sandstone, muddy, shaly | 1 | 0 |
| Shale, gray, very soft, flaky | 2 | 0 |
| Sandstone, muddy, carbonaceous, iron-stained | 2 | 0 |
| Shale, gray, very soft, flaky | 3 | 0 |
| Algal bed; large well-formed heads that grew around flat nuclei | 2 | 0 |
| Marlstone, light-brown, varved, papery; contains two thin dense massive marlstone beds | 12 | 0 |
| c Marlstone, buff, hard, sandy, platy, mud-cracked, in part oolitic | | 6 |
| Marlstone, buff, coarsely varved, soft, papery | 7 | 6 |
| Algal bed, hard; made up of low, flattened heads | | 3 |
| Marlstone, light-brown, hard, platy; alternates with softer shaly marlstone beds | | 11 |
| Marlstone, buff, soft, papery, varved; somewhat richer in organic matter at top | 5 | 6 |
| c Limestone, brown, sandy; contains dark-gray limy sandstone layers that are mud cracked | 1 | 0 |
| Shale, slightly organic, flaky | | 8 |
| Partial section, Laney Shale Member | 567+ | |

Underlain by gray clayey mudstone of the Cathedral Bluffs Tongue of the Wasatch Formation.

*Partial section of the upper part of the Laney Shale Member of the Green River Formation measured on Big Sandy Creek in sec. 24, T. 23 N., R. 109 W.*

Green River Formation:

Laney Shale Member, upper part:

| Description | Ft | in |
|---|---|---|
| Mudstone, olive-drab to brownish-drab, and soft chippy marlstone; (top of unit not more than a few tens of feet below base of Bridger Formation, which is not exposed here) | 10 | 0 |
| Tuff, light-gray, platy; weathers brown | | 1 |
| Mudstone, olive-drab, very soft; has platy rusty-brown sandstone bed at top | 9 | 0 |
| Marlstone, platy, sandy; alternates with thin beds of limy sandstone | 1 | 0 |
| Tuff, white to light-gray | | 1½ |
| Marlstone, buff, platy, sandy; alternates with thin beds of limy sandstone | 9 | 0 |
| Tuff, white | | 8 |

Green River Formation—Continued
Laney Shale Member, upper part—Con.

| Description | Ft | in |
|---|---|---|
| Marlstone, light-buff, platy to flaky | 2 | 3 |
| Mudstone, olive-drab, massive | 2 | 6 |
| Sandstone, buff, limy, platy | | 6 |
| Tuff, white | | 1½ |
| Tuff; altered to coarse-grained analcite | | 4 |
| Mudstone, greenish-brown; contains harder crossbedded sandstone layers | 10 | 6 |
| Marlstone, gray to buff, hard, platy to chippy; contains two 1-in. layers of pure white tuff | 3 | 0 |
| Mudstone, olive-drab, sandy, coarse-grained | 2 | 4 |
| Mudstone, olive-drab; alternates in thin beds with buff to grayish-gray muddy marlstone | 1 | 6 |
| Sandstone, gray, irregularly platy; weathers brown | | 6 |
| Tuff, gray, platy | | 3 |
| Marlstone, buff; alternates in thin beds with limy mudstone | 1 | 3 |
| Tuff, light-gray to buff | | 3½ |
| Sandstone, buff, medium-grained, lenticular; alternates in thin layers with olive-drab mudstone | 1 | 4 |
| Marlstone, buff, flaky; in beds ½–4 in. thick | 4 | 0 |
| Marlstone, buff, soft, papery to laminated; some laminae very rich in ostracodes | 2 | 1 |
| Ostracode limestone; essentially coquina | | 2 |
| Sandstone, buff, very marly, soft, platy | | 5 |
| Marlstone, buff, laminated | 2 | 0 |
| Tuff, light-gray, dense; ranges in thickness from 2 to 10 in | | 6 |
| Marlstone, buff, massive to flaky | 3 | 0 |
| Tuff, light-gray | | 5 |
| Mudstone, greenish-buff, sandy | 4 | 0 |
| Marlstone, buff, massive to flaky, lenticular | 2 | 0 |
| Tuff, gray; mixed with considerable mud and sand | | 8 |
| Mudstone, olive-drab, sandy | 4 | 0 |
| Tuff, gray; mostly coarse-grained analcite crystals | 1 | 3 |
| Marlstone, buff, massive | 2 | 8 |
| Tuff, light-gray, micaceous | | 4 |
| Mudstone, olive-drab | 2 | 4 |
| Tuff; lenticular bed ranging in thickness from 4 to 14 in | | 8 |
| Mudstone, olive-drab, flaky; ranges in thickness from 8 to 18 in | 1 | 0 |
| Tuff, gray, micaceous | | 3 |
| Sandstone, greenish-gray to brown, muddy; probably tuffaceous | 2 | 7 |
| Mudstone, light-gray, muddy, tuffaceous, soft | 3 | 6 |
| Sandstone, olive-drab, very muddy, probably tuffaceous, massive to crossbedded | 10 | 6 |
| Tuff; mostly coarse-grained analcite | | 2 |
| Tuff, dark-gray, dense | | 4 |

Green River Formation—Continued
Laney Shale Member, upper part—Con.

| Description | Ft | in |
|---|---|---|
| Limestone, buff, sandy, iron-stained | | 5 |
| Mudstone, olive-drab, sandy | 3 | 0 |
| Marlstone, buff; beds 1½–5 in. thick that are themselves laminated and that alternate with somewhat thicker beds of papery marly shale | 6 | 0 |
| Mudstone, greenish-buff, sandy | 4 | 0 |
| Marlstone, buff, thinly laminated | 5 | 0 |
| Sandstone, reddish-brown, limy; thin irregular beds | | 3½ |
| Marlstone, buff, laminated; mostly silicified tuff | 2 | 7 |
| Tuff, light-gray; has rusty tubules; glass shards very little devitrified | | 9 |
| Tuff, andesitic, greenish-drab, muddy, massive; contains many irregular zones of well-rounded mud lumps that range in size from tiny pellets to about 2 in. in diameter; makes cliff | 36 | 0 |
| Partial section, Laney Shale Member | 163 | |

NOTE.—Only two of the mudstone beds in this partial section were examined under the microscope; but because both proved to be tuffs containing only minor amounts of mud, it is quite possible that many of the "olive-drab mudstone" beds in this part of the Green River Formation are also tuffs or, at least, tuffaceous mudstone.

*Section of the Bridger Formation and overlying White River(?) Formation at Oregon Buttes in sec. 3, T. 26 N., R. 101 W.*

White River(?) Formation:

| Description | Ft | in |
|---|---|---|
| Tuff, light-gray, massive to crossbedded, nodular; composed of glassy shards with small percentage of crystal fragments except near base where it is darker and much coarser grained; predominantly crystal and lithic tuff. (On middle butte of group is roughly 125 feet more of this same kind of tuff.) | 75 | 0 |
| Tuff, white, lenticular; ranges in thickness from about 1 in. to more than 3½ ft; averages about | | 6 |
| Tuff, light-gray, banded, massive; (weathers light orange brown) | 24 | 0 |
| Gravel; pebbles subangular to rounded, black and green, and range from less than ⅛ in. to 1½ in.; matrix white, tuffaceous | 17 | 0 |
| Conglomerate; presumably Beaver Divide Conglomerate of Nace (1939, p. 32–34); matrix white sand (probably tuff); pebbles and cobbles predominantly angular and consist of black schist (from vicinity of Atlantic City, Wyo.) mixed with some quartz and chlorite schist; locally predominantly granitic pebbles and matrix; predominant size of material is about ½–4 in. but boulders as much as 1 ft in diameter are found; locally, parts of conglomerate resemble volcanic-ash mud flow | 55 | 0 |

| | Ft | in |
|---|---|---|
| **White River(?) Formation—Continued** | | |
| Sandstone, purplish-brown; rather coarse grained at base where it channels underlying bed; fine grained at top where it contains many mud lumps | 11 | 0 |
| Thickness, White River(?) Formation | 182 | |
| **Bridger Formation:** | | |
| Marlstone, cream-color, dense | 3 | 0 |
| Mudstone, sage-gray, soft | 15 | 0 |
| Sandstone, light-brownish-gray, fine-grained, massive | 2 | 0 |
| Mudstone, gray to brownish-gray, clayey, soft | 21 | 0 |
| Sandstone, buff, medium-grained, massive | 9 | 0 |
| Mudstone, gray, clayey, soft | 7 | 0 |
| Sandstone, light-gray, muddy, limy, fine-grained, massive | 11 | 0 |
| Sandstone, yellowish-brown, medium-grained, crossbedded; lower 5 ft contains great many shale and mud lumps and channels into underlying beds of shale; 25 ft above base is another zone of mud lumps; upper part massive and less crossbedded | 51 | 0 |
| Sandstone, marly, muddy, fine-grained; banded with very thin alternate brownish-buff and ash-gray laminae; locally, laminae contorted by subaqueous slumping | 19 | 0 |
| Marlstone, white, silty, laminated | 6 | 0 |
| Shale, thinly laminated, papery; rich in ostracode valves; becomes sandy and platy at top | 6 | 6 |
| Sandstone, white, marly, fine-grained, massive | 1 | 6 |
| Mudstone, gray, drab, and rusty-buff; clayey but contains some zones of fairly clean fine sand; unit contains many fossil turtles | 40 | 0 |
| Sandstone, gray, very muddy; contains rows of small brown sandy concretions | 22 | 0 |
| Mudstone, gray, clayey, soft; fossil turtles in place | 8 | 0 |
| Sandstone, brownish-gray, muddy, fine-grained; brown sandy concretions near top | 12 | 6 |
| Sandstone, gray, limy, muddy, fine-grained; contains many large gastropod shells | | 6 |
| Tuff, yellowish-drab, muddy, fine-grained; much biotite | 10 | 0 |
| Mudstone, gray, sandy; a few thin platy sandstone beds near base | 12 | 0 |
| Marlstone, buff to light-gray, sandy, platy; contains oolites and ostracodes | 3 | 0 |
| Mudstone, greenish-gray, sandy | 15 | 0 |
| Mudstone, gray, sandy; contains lens of strongly iron stained medium-grained sandstone near top | 45 | 0 |
| Sandstone, gray, medium- to coarse-grained, soft, massive | 3 | 6 |
| Mudstone, gray, sandy, soft | 47 | 0 |
| Algal bed and coarse-grained oolite, dark-brown, silicified | | 10 |

| | Ft | in |
|---|---|---|
| **Bridger Formation—Continued** | | |
| Mudstone, marly; contains much petrified wood | 1 | 6 |
| Oolite, buff, very fine grained, crudely bedded | 2 | 0 |
| Marlstone, gray, sandy, thin-bedded | | 6 |
| Shale, gray, soft, flaky | 4 | 0 |
| Marlstone, gray, sandy, platy | | 6 |
| Mudstone, gray, sandy; locally buff muddy sandstone | 28 | 0 |
| Mudstone, light-brown, soft; lower one-third shaly; upper part massive | 12 | 0 |
| Marlstone, buff, soft, thinly laminated | 6 | 0 |
| Sandstone, very muddy, fine-grained, almost unconsolidated; contains many petrified logs, many of which are encrusted with algal deposits as much as 4 in. thick | 1 | 6 |
| Mudstone, greenish-gray, soft | 2 | 0 |
| Marlstone, nearly white; contains many ostracodes | | 4 |
| Mudstone, gray to grayish-buff, clayey to sandy | 27 | 0 |
| Tuff, greenish-gray, silty; contains great many petrified logs, some of which must have been originally 1–2 ft in diameter | 2 | 0 |
| Sandstone, dark-brown, medium-grained, limy; locally contains many small turtle bones | | 6 |
| Mudstone, gray to brownish-gray; contains several very sandy zones; also contains considerable petrified wood near base | 22 | 0 |
| Thickness, Bridger Formation | 482 | |

*Section of the Bridger Formation measured on the east slope of Twin Buttes (Black Mountain of some maps) in sections 21, 22, 23 and 24, T. 14 N., R. 109 W.*

| | Ft | in |
|---|---|---|
| **Bridger Formation:** | | |
| Overlain by 75–100 ft of Bishop Conglomerate. | | |
| Mudstone, sage-gray, clayey to sandy and even gravelly; in uppermost part, banded dark-greenish-gray tuffaceous beds alternate with gray mudstone beds; greenish bands range in thickness from one-half in. to 8 in.; upper part also contains sandstone lenses and beds that are locally gravelly and as much as 15 ft thick; pebbles are well-rounded black chert and jasper and some white quartzite and hard limestone | 225 | 0 |
| Mudstone, gray to greenish-gray, sandy; contains some tuffaceous mudstone; fossil turtles common throughout unit; some large turtles are in place and have been virtually undisturbed since death | 130 | 0 |
| Mudstone, ash-gray; probably in large part tuff; contains many fossil turtles | 15 | 0 |
| Mudstone, sage-gray to greenish-gray; alternates with hard muddy sandstone beds 6 in. to 4 ft thick and spaced 5–15 ft apart | 105 | 0 |
| Mudstone, grayish-lavender | | 6 |

| Bridger Formation—Continued | Ft | in |
|---|---|---|
| Mudstone, light-greenish-gray | | 8 |
| Mudstone, light-brick-red | 1 | 0 |
| Mudstone, light-greenish-gray | 2 | 0 |
| Mudstone, dull-red | 12 | 0 |
| Mudstone, light-brick-red; banded with some gray | 5 | 0 |
| Mudstone, light-gray; stained pinkish | 8 | 0 |
| Mudstone, light-gray; a few beds of alternate greenish-gray claystone and dull-reddish-gray mudstone near top | 40 | 0 |
| Tuff, greenish-gray, very sandy, biotitic, fine-grained | 10 | 0 |
| Tuff, dark-gray, sandy, biotitic | 10 | 0 |
| Sand, unconsolidated, medium- to coarse-grained; petrified logs common locally; smoothly rounded black chert pebbles as much as 1 in. in diameter rather generally distributed through this sand; no other kind of pebble found | 25 | 0 |
| Marlstone, hard, chippy | 1 | 6 |
| Soil?, dark-reddish-brown, carbonaceous, soft, earthy | | 6 |
| Oil shale, very low grade, laminated | 1 | 0 |
| Tuff, yellowish-buff, powdery | | 3 |
| Mudstone, dull-brick-red, carbonaceous, earthy | 1 | 0 |
| Claystone, brownish-drab; grades upward to dark gray; very soft | 15 | 0 |
| Marlstone, brownish-buff, silty; makes bench | 3 | 0 |
| Claystone, light-grayish-green, very soft; contains several thin ocherous tuff layers; contains fossil turtles and carbonized logs | 26 | 0 |
| Tuff, dark-greenish-gray, biotitic, fine-grained | 3 | 0 |
| Mudstone, sage-gray; contains 3-ft layer of soft pale-grayish-green claystone; contains many fossil turtles | 21 | 0 |
| Tuff, light-yellowish-brown, gritty, biotitic | 2 | 0 |
| Tuff, dark-grayish-drab, muddy, biotitic | 16 | 6 |
| c Marlstone, light-gray to light-yellowish-brown, thin; platy bedding; some bedding planes mud cracked; some have plant-stem impressions | 1 | 6 |
| Mudstone, brownish-gray, soft; not well exposed | 15 | 0 |
| Marlstone, brownish-gray, dense, regularly bedded | 2 | 6 |
| Mudstone, gray, clayey, very soft | 60 | 0 |
| Mudstone, tuffaceous, and tuff; tuffaceous mudstone is dark gray with occasional pistacio-green clay layers; interbedded with tuffaceous mudstone are rough lenses of coarse-grained, greenish-brown andesitic tuff | 130 | 0 |
| Mudstone, pale-greenish-gray; fossil turtles very numerous | 10 | 0 |
| Mar'stone, grayish-brown, hard, chippy to platy | 2 | 6 |
| Mudstone, sage-gray; contains a few sandy concretionary masses | 88 | 0 |
| Chert, dark-brown; weathers yellowish-brown; contains many stems and fruiting bodies? of *Chara* | | 6 |

| Bridger Formation—Continued | Ft | in |
|---|---|---|
| Claystone, gray, rather hard | 11 | 0 |
| Tuff, light-gray, marly, massive | 1 | 0 |
| Claystone, gray, rather hard; probably tuffaceous | 12 | 0 |
| Marlstone, yellowish-gray, hard; lower part full of clay flakes and mud lumps; makes the extensive broad bench at the top of the Sage Creek white layer of Matthew | 2 | 0 |
| Tuff, dark-gray, biotitic, massive | 23 | 0 |
| Mudstone, light-gray; locally contains lenses of medium-grained sandstone; tuffaceous and biotitic in upper part | 86 | 0 |
| Mudstone, pistacio-green, clayey; contains great number of fossil turtles; also contains remains of gar pike and crocodiles | 10 | 0 |
| Tuff, marly, hard; makes extensive bench | 1 | 0 |
| Mudstone, sage-gray, sandy; turtle carapace fragments | 16 | 0 |
| Tuff, dark-greenish-drab, medium-grained, muddy; andesitic volcanic ash reworked with mud | 15 | 0 |
| Marlstone, tuffaceous | 2 | 0 |
| Mudstone, brownish-gray, sandy, soft | 15 | 0 |
| Marlstone, light-gray to buff, sandy; makes narrow bench | 3 | 0 |
| Sandstone, drab, tuffaceous, muddy, biotitic, fine-grained | 15 | 0 |
| Sandstone, dark-gray to greenish-brown, biotitic, crossbedded, concretionary; mostly andesitic volcanic ash | 6 | 0 |
| Mudstone, cream-colored, clayey, soft | 3 | 0 |
| Tuff, greenish-gray, muddy; largely basic volcanic ash | 4 | 0 |
| Claystone, light-pinkish-buff, waxy; probably derived from glassy volcanic ash | 7 | 0 |
| Chert, dark-brown, almost black; makes extensive bench | | 3 |
| Mudstone, gray, clayey, very soft | 4 | 0 |
| Tuff, andesitic, gray, gritty | 2 | 0 |
| Mudstone, brownish-gray, sandy, soft | 12 | 0 |
| Algal bed, finely laminated, in part silicified; mixed with hard cream-colored dense marlstone that is coarsely chippy or massive; these two rocks together make a broad and extensive bench near base of Twin Buttes | 1 | 6 |
| Mudstone, tuffaceous, gray, biotitic; contains irregular lenses of coarse-grained greenish-gray andesitic crystal tuff | 28 | 0 |
| Marlstone, greenish-gray, hard, platy; weathers yellowish brown; makes persistent bench | 3 | 6 |
| Mudstone, gray, clayey; contains many lenses of greenish-gray, crossbedded sandstone which is largely andesitic crystal tuff | 20 | 10 |
| Marlstone, light-gray, sandy, thin-bedded; contains a few small plant fragments | | 2 |
| Mudstone, gray, very sandy; contains yellowish-brown limy concretions | 18 | 0 |
| Tuff, andesitic, dark-greenish-gray, fine-grained, muddy; contains lumps of underlying greenish-gray mudstone | 5 | 0 |

*Sage Creek white layer* (marginal bracket label spanning upper right entries)

BLM_0034705

**Bridger Formation—Continued**

| | Ft | in |
|---|---|---|
| Mudstone, greenish-gray, sandy, massive; contains irregular masses and lenses of sandy andesitic volcanic ash | 4 | 0 |
| Mudstone, sage-green, in part clayey; contains beds of fine-grained dark-gray muddy sandstone that locally contains botryoidal limy concretions which weather rusty buff | 15 | 0 |

Thickness, Bridger Formation_____ 1,336

Underlain by Laney Shale Member of Green River Formation.

*Section of the Uinta and Bridger Formations (undifferentiated) on the east end of Haystack Mountain in sections 5 and 6, T. 16 N., R. 95 W.*

**Uinta and Bridger Formations (undifferentiated):**

| | Ft | in |
|---|---|---|
| Sandstone, brown, very coarse grained, gravelly, crossbedded, lenticular; caps high, eastern end of Haystack Mountain | 9 | 0 |
| Mudstone, gray, sandy; contains gravelly lenses | 23 | 0 |
| Sandstone, nearly white, very coarse grained, gravelly, crossbedded; contains pebbles as much as one-half inch in diameter; a lens that ranges in thickness from about 5 to 18 ft | 5 | 0 |
| Mudstone, brownish-gray, soft | 7 | 0 |
| Sandstone, gray, coarse-grained, gravelly, crossbedded; a lens | 10 | 0 |
| Mudstone, drab to light-gray, sandy; contains a few poorly defined sandy lenses and one pink layer | 83 | 0 |
| Gravel, gray, muddy and sandy; banded with pink | 12 | 0 |
| Mudstone, greenish-gray; several pink layers; contains lenses of fine-grained muddy sandstone | 23 | 0 |
| Gravel, gray, muddy, soft | 11 | 0 |
| Mudstone, gray; pink bands; contains sandy layers | 17 | 0 |
| Mudstone, pink or reddish-gray; has barite and limy concretions | 3 | 0 |
| Mudstone, sage-green; gravelly and sandy at base but grades upward into silty claystone | 30 | 0 |
| Sandstone, gray, muddy, thin-bedded to massive; has some iron-stained concretions | 10 | 0 |
| Mudstone, gray, sandy | 4 | 0 |
| Sandstone, coarse-grained, crossbedded; a lens | 8 | 0 |
| Mudstone, grayish-drab; contains pale-green and pink layers in upper part; very sandy; makes steep slope | 90 | 0 |
| Tuff, andesitic, greenish-brown, coarse-grained, crossbedded; contains lenses of gravel, largely of greenish-gray chert | 18 | 0 |
| Sandstone, dark-brown, very carbonaceous, fine-grained, muddy; grades upward into gray mudstone | 4 | 0 |

**Uinta and Bridger Formations—Continued**

| | Ft | in |
|---|---|---|
| Tuff, nearly white, limy; supports low heads of algal limestone that apparently formed around coarse plant stems; centers now filled with clear chalcedony stained chrysocollalike blue | 1 | 0 |
| Mudstone, drab, rather hard | 11 | 0 |
| Sandstone, buff, moderately coarse grained, muddy | 7 | 0 |
| Mudstone, light-sage-gray, soft | 4 | 0 |
| Mudstone, gray, sandy | 6 | 0 |
| Sandstone, greenish-buff, rather coarse-grained, muddy; weathers dark gray; probably in large part tuff | 24 | 0 |
| Mudstone, pinkish-gray, sandy; grades upward into gray | 5 | 0 |
| Tuff, dark-gray, sandy, coarse-grained; grades upward into muddy sandstone | 12 | 0 |
| Marlstone, nearly white; weathers gray to brown; in part algal; heads extend up into overlying tuff | 4 | 6 |
| Mudstone, gray, sandy | 23 | 0 |
| Mudstone, pinkish-gray; limy concretions | 2 | 0 |
| Mudstone, light-gray to greenish-gray, locally sandy | 58 | 0 |
| Mudstone, brownish-gray; makes conspicuous band in landscape | 5 | 0 |
| c Sandstone, limy, mud-cracked | | 3 |
| Mudstone, ash-gray, very clayey; probably derived from glassy volcanic ash | 20 | 0 |
| Mudstone, gray, soft; many limy concretions | 15 | 0 |
| c Sandstone, dark-gray, hard, medium-grained; weathers brownish-gray; makes conspicuous and extensive bench | 3 | 0 |
| Mudstone, gray, sandy; several sandstone lenses | 42 | 0 |
| Sandstone, gray to brown, muddy, laminated, rippled | 2 | 6 |
| Mudstone, gray to drab; a few thin pink and mauve bands; becomes more sandy upward; locally unit contains great massive lenses of dark-brown muddy sandstone | 115 | 0 |
| Sandstone, gray to brown, iron-stained, muddy, lenticular | 8 | 0 |
| Mudstone, pale-greenish-gray, locally sandy | 23 | 0 |
| Sandstone, gray, muddy; contains iron-stained concretions | 20 | 0 |

Thickness, Uinta and Bridger Formations__ 778

Base concealed by sand dunes; estimated to be 50–75 ft lower.

## REFERENCES

Anderman, G. S., 1955, Tertiary deformational history of a portion of the north flank of the Uinta Mountains in the vicinity of Manila, Utah, *in* Wyoming Geol. Assoc. Guidebook, 10th Ann. Field Conf., Green River Basin, 1955: p. 130–134, and map.

Athy, L. F., 1930, Density, porosity, and compaction of sedimentary rocks: Am. Assoc. Petroleum Geologists Bull., v. 14, p. 13–14.

A82          THE GREEN RIVER AND ASSOCIATED TERTIARY FORMATIONS

Berg, Robert R., 1961, Laramide tectonics of the Wind River Mountains, in Wyoming Geol. Assoc. Guidebook, 16th Ann. Field Conf., Symposium on Late Cretaceous rocks, Wyoming and adjacent areas, 1961: p. 70–80.

Bradley, W. H., 1926, Shore phases of the Green River formation in northern Sweetwater County, Wyoming: U.S. Geol. Survey Prof. Paper 140–D, p. 121–131, pl. 58.

———— 1931, Origin and microfossils of the oil shale of the Green River formation of Colorado and Utah: U.S. Geol. Survey Prof. Paper 168, p. 1–58.

———— 1935, Anticlines between Hiawatha gas field and Baggs, Wyoming: Am. Assoc. Petroleum Geologists Bull., v. 19, p. 537–543, figs. 1, 2.

———— 1936, Geomorphology of the north flank of the Uinta Mountains: U.S. Geol. Survey Prof. Paper 185–I, p. 163–199, pl. 34.

———— 1945, Geology of the Washakie Basin, Sweetwater and Carbon Counties, Wyoming, and Moffat County, Colorado: U.S. Geol. Survey Oil and Gas Inv. Prelim. Map 32.

———— 1959, Revision of stratigraphic nomenclature of Green River formation of Wyoming: Am. Assoc. Petroleum Geologists Bull., v. 43, p. 1072–1075.

Burton, Guy, 1961, Patrick Draw area, Sweetwater County, Wyoming, in Wyoming Geol. Assoc. Guidebook, 16th Ann. Field Conf., Symposium on Late Cretaceous rocks, Wyoming and adjacent areas, 1961: p. 276–279.

Carey, Byrl D., Jr., 1954, A brief sketch of the geology of the Rattlesnake Hills, in Wyoming Geol. Assoc. Guidebook, 9th Ann. Field Conf., Casper area, Wyoming, 1954: p. 32–34.

Cohee, G. V., Chairman, 1962, Tectonic map of the United States, exclusive of Alaska and Hawaii; prepared by a joint committee of the U.S. Geological Survey and the American Association of Petroleum Geologists: scale 1:2,500,000.

Cookson, Isabel C., 1953, Records of the occurrence of Botryococcus braunii, Pediastrum and the Hystrichosphaerideae in Cainozoic deposits of Australia: Natl. Museum Melbourne Mem. 18, p. 107–123.

Culbertson, W. C., 1961, Stratigraphy of the Wilkins Peak Member of the Green River formation, Firehole Basin quadrangle, Wyoming: Art. 348, in Geol. Survey Prof. Paper 424–D, p. D170–D173, fig. 348.2.

———— 1962, Tower Sandstone Lentil and Laney Shale Member of the Green River formation, Green River area, Wyoming: Art. 78, in U.S. Geol. Survey Prof. Paper 450–C, p. C54–C57.

Daly, R. A., 1933, Igneous rocks and the depths of the earth: New York, McGraw-Hill Book Co., p. 9, 16.

Donovan, J. H., 1950, Intertonguing of Green River and Wasatch formations in part of Sublette and Lincoln Counties, Wyoming, in Wyoming Geol. Assoc. Guidebook, 5th Ann. Field Conf., Southwest Wyoming, 1950: p. 59–67.

Emmons, S. F., 1877, in King, Clarence, Report of the geological exploration of the 40th Parallel: Prof. Papers of the Engineer Department, U.S. Army, no. 18, v. 2, p. 211.

Engelmann, Henry, 1858, Preliminary report on the geology of the country between Fort Bridger and Camp Floyd, Utah Territory, and southwest of the latter place, along Captain J. H. Simpson's routes, 1858: U.S. 35th Cong., 2d sess., Senate Ex. Doc. 40, p. 45–75.

Erickson, E. T., 1922, Tschermigite (ammonium alum) from Wyoming: Washington Acad. Sci. Jour., v. 12, p. 49–54.

Fahey, Joseph J., 1962, Saline minerals of the Green River Formation, with section on X-ray powder data for saline minerals of the Green River Formation, by Mary E. Mrose: U.S. Geol. Survey Prof. Paper 405, 50 p.

Fahey, Joseph J., Ross, Macolm, and Axelrod, Joseph M., 1960, Loughlinite, a new hydrous sodium magnesium silicate: Am. Mineralogist, v. 45, p. 270–281.

Fahey, Joseph J., and Yorks, K. P., 1963, Wegscheiderite, a new saline mineral from the Green River Formation, Wyoming: Am. Mineralogist, v. 48, p. 400–403.

Fidlar, M. M., 1950, Structural features of the Green River Basin, in Wyoming Geol. Assoc. Guidebook, 5th Ann. Field Conf., Southwest Wyoming, 1950: p. 86–87.

Forrester, J. D., 1937, Structure of the Uinta Mountains: Geol. Soc. America Bull., v. 48, p. 631–666, pl. 3–4.

Gale, H. S., 1907, Coal fields of northwestern Colorado and northeastern Utah: U.S. Geol. Survey Bull. 341–C, p. 310–314.

Gazin, C. Lewis, 1952, The lower Eocene Knight formation of western Wyoming and its mammalian faunas: Smithsonian Mus. Misc. Colln., v. 117, no. 18, 82 p.

———— 1959, Paleontological exploration and dating of the early Tertiary deposits in basins adjacent to the Uinta Mountains, in Intermountain Assoc. Petroleum Geologists Guidebook to the geology of the Wasatch and Uinta Mountains transition area, 10th Ann. Field Conf., 1959: p. 133–135.

Hague, Arnold, and Emmons, S. F., 1877, Descriptive geology: U.S. Geol. Explor. 40th Parallel (King), v. 2, p. 181–310.

Hale, Lyle A., 1950, Stratigraphy of the Upper Cretaceous Montana group in the Rock Springs uplift, Sweetwater County, Wyoming, in Wyoming Geol. Assoc. Guidebook, 5th Ann. Field Conf., Southwest Wyoming, 1950: p. 48–58.

Hansen, W. R., 1961a, Geologic map of the Willow Creek Butte quadrangle, Utah-Wyoming: U.S. Geol. Survey Misc. Geol. Inv. Map I–322.

———— 1961b, Geologic map of the Dutch John Mountain and Goslin Mountain quadrangle, Utah-Wyoming: U.S. Geol. Survey Misc. Geol. Inv. Map I–324.

Hansen, W. R., and Bonilla, M. G., 1954, Laramide faulting and orogeny on the north flank of the Uinta Mountains in eastern Dagget County, Utah: Colorado Sci. Soc. Proc., v. 17, no. 1, p. 1–29.

———— 1956, Geology of the Manila quadrangle, Utah-Wyoming: U.S. Geol. Survey Misc. Geol. Inv. Map I–156.

Hansen, W. R., Kinney, D. M., and Good, J. M., 1960, Distribution and physiographic significance of the Browns Park Formation, Flaming Gorge and Red Canyon areas, Utah-Colorado: Art. 115, in U.S. Geol. Survey Prof. Paper 400–B, p. B257–B259.

Hayden, F. V., 1869, U.S. Geol. and Geog. Survey Terr., 3d Ann. Rept., p. 90.

———— 1871, U.S. Geol. and Geog. Survey Terr., 4th Ann. Rept., p. 155–156.

———— 1873 ed., U.S. Geol. and Geog. Survey Terr., 3d Ann. Rept., p. 191.

Hedberg, H. D., 1936, Gravitational compaction of clays and shales: Am. Jour. Sci., 5th ser., v. 31, p. 262–268.

Jenkins, Carl E., 1955, The Pacific Creek deep test, Superior Oil Company No. 1 Unit, sec. 27, T. 27 N., R. 103 W., Sublette County, Wyoming, in Wyoming Geol. Assoc. Guidebook, 10th Ann. Field Conf., Green River Basin, 1955: p. 153–154.

Johannsen, Albert, 1914, Petrographic analysis of the Bridger, Washakie, and other Eocene formations of the Rocky Mountains: Am. Mus. Nat. History Bull., v. 33, p. 209–222.

Kemp, J. R., and Knight, W. C., 1903, Leucite Hills of Wyoming: Geol. Soc. America Bull., v. 14, p. 326.

BLM_0034707

EOCENE ROCKS, WYOMING-COLORADO-UTAH

A83

King, Clarence, 1878, U.S. Geol. Explor. 40th Parallel: v. 1, p. 444–449, Atlas (folio) maps II and III, 1876.

Koenig, Karl J., 1960, Bridger Formation in the Bridger Basin, Wyoming, in Wyoming Geol. Assoc. Guidebook, 15th Ann. Field Conf., Overthrust belt of southwestern Wyoming and adjacent areas, 1960: p. 163–168.

Lawson, Don E., and Crowson, C. W., 1961, Geology of the Arch unit and adjacent areas, Sweetwater County, Wyoming, in Wyoming Geol. Assoc. Guidebook, 16th Ann. Field Conf., Symposium on late Cretaceous rocks, Wyoming and adjacent areas, 1961: p. ?80–?89.

Lewis, J. V., 1924, Fissility of shale and its relationship to petroleum: Geol. Soc. America Bull., v. 35, p. 568.

Love, J. D., 1939, Geology along the southern margin of the Absaroka Range, Wyoming: Geol. Soc. America Spec. Paper 20, p. 1–134.

—— 1960, Cenozoic sedimentation and crustal movement in Wyoming: Am. Jour. Sci., v. 258–A, p. 204–214.

—— 1961a, Split Rock Formation (Miocene) and Moonstone Formation (Pliocene) in central Wyoming: U.S. Geol. Survey Bull. 1121–I, p. I1–I34.

—— 1961b, Definition of Green River, Great Divide, and Washakie Basins, southwestern Wyoming: Am. Assoc. Petroleum Geologists Bull., v. 45, p. 1749–1755.

Love, J. D., Weitz, J. L., and Hose, R. K., 1955, Geologic Map of Wyoming: U.S. Geol. Survey.

McGrew, Paul O., 1951, Tertiary stratigraphy and paleontology of south-central Wyoming, in Wyoming Geol. Assoc. Guidebook, 6th Ann. Field Conf., South-Central Wyoming, 1951: p. 54–57.

McGrew, Paul O., and Berman, Jack E., 1955, Geology of the Tabernacle Butte area, Sublette County, Wyoming, in Wyoming Geol. Assoc. Guidebook, 10th Ann. Field Conf., Green River Basin, 1955: p. 108–111.

McGrew, Paul O., with the collaboration of Jack E. Berman, Max K. Hecht, John M. Hummel, George Gaylord Simpson, and Albert E. Wood, 1959, The geology and paleontology of the Elk Mountain and Tabernacle Butte area, Wyoming: Am. Mus. Nat. History Bull., v. 117, p. 121–176.

McGrew, P. O., and Roehler, H. W., 1960, Correlation of Tertiary units in southwestern Wyoming, in Wyoming Geol. Assoc. Guidebook, 15th Ann. Field Conf., Overthrust belt of southwestern Wyoming and adjacent areas, 1960: p. 158.

Masursky, Harold, 1962, Uranium-bearing coal in the eastern part of the Red Desert area: U.S. Geol. Survey Bull. 1099–B, p. B1–B19, pl. 1.

Matthew, W. D., 1909, The carnivora and insectivore of the Bridger Basin, middle Eocene: Am. Mus. Nat. History Mem. 9, pt. 6, p. 296.

May, B. E., 1961, The desert springs field, in Wyoming Geol. Assoc. Guidebook, 16th Ann. Field Conf., Symposium on Late Cretaceous rocks, Wyoming and adjacent areas, 1961: p. 290–293.

Mees, E. C., Copen, J. D., and McGee, J. C., 1961, Table rock field, Sweetwater County, Wyoming, in Wyoming Geol. Assoc. Guidebook, 16th Ann. Field Conf., Symposium on Late Cretaceous rocks, Wyoming and adjacent areas, 1961: p. 294–300.

Morris, W. J., 1954, An Eocene fauna from the Cathedral Bluffs tongue of the Washakie Basin, Wyoming: Jour. Paleontology, v. 28, p. 195–203.

Nace, R. L., 1939, Geology of the northwest part of the Red Desert, Sweetwater and Fremont Counties, Wyoming: Wyoming Geol. Survey Bull. 27, p. 1–48, pl. 1.

Nightingale, W. T., 1930, Geology of Vermilion Creek gas area in southwest Wyoming and northwest Colorado: Am. Assoc. Petroleum Geologists Bull., v. 14, p. 1013–1040.

Oriel, S. S., 1961, Tongues of the Wasatch and Green River Formations, Fort Hill area, Wyoming: Art. 63 in U.S. Geol. Survey Prof. Paper 424–B, p. B151–B152.

Osborn, H. F., 1936, Proboscidea; a monograph of the discovery, evolution, migration, and extinction of the mastodonts and elephants of the world, v. I, Moeritherioidea, Deinotherioidea, Mastodontoidea; edited by Mabel Rice Percy: New York Am. Mus. Press, p. 312–315.

Peale, A. C., and Endlich, F. M., 1879, Eleventh Ann. Report, for 1877: U.S. Geol. and Geog. Survey Terr., p. 64–154, 511–643.

Pipiringos, G. N., 1962, Uranium-bearing coal in the central part of the Great Divide Basin: U.S. Geol. Survey Bull. 1099–A, p. A1–A103, pl. I.

Powell, J. W., 1876, Report on the geology of the eastern portion of the Uinta Mountains: U.S. Geol. and Geog. Survey Terr., 2nd div., p. 161–171, 204–210, atlas (folio) map B.

Ridgway, Robert, 1912, Color standards and color nomenclature: Washington, D.C., published by the author.

Roehler, H. W., 1961, The late Cretaceous-Tertiary boundary in the Rock Springs uplift, Sweetwater County, Wyoming, in Wyoming Geol. Assoc. Guidebook, 16th Ann. Field Conf., Symposium on Late Cretaceous rocks, Wyoming and adjacent areas, 1961, p. 96–100.

Rosenbusch, Harry, 1923, Elements der Gesteinslehre, 4th ed., revised by A. Osann: Stuttgart, E. Schweizerbart schen-Verlagsbuchhandlung, p. 561, 563.

Ruttner, Franz, 1953, Fundamentals of limnology, translated by D. G. Frey and F. E. J. Fry: Toronto Univ. Press, 242 p.

Schultz, A. R., 1909, The northern part of the Rock Springs coal field, Sweetwater County, Wyoming: U.S. Geol. Survey Bull. 341, p. 256–28?, pl. 14.

—— 1910, The southern part of the Rock Springs coal field, Sweetwater County, Wyoming: U.S. Geol. Survey Bull. 381, p. 214–281, pl. 14.

—— 1914, Geology and geography of a portion of Lincoln County, Wyoming: U.S. Geol. Survey Bull. 543, p. 71–89, pl. 1.

—— 1918, A geologic reconnaissance of the Uinta Mountains, northern Utah, with special reference to phosphate: U.S. Geol. Survey Bull. 690, pl. 5.

—— 1920, Oil possibilities in and around Baxter Basin, in the Rock Springs uplift, Sweetwater County, Wyoming: U.S. Geol. Survey Bull. 702, p. 24–29, pl. 1.

Schultz, A. R., and Cross, Whitman, 1912, Potash-bearing rocks of the Leucite Hills, Sweetwater County, Wyoming: U.S. Geol. Survey Bull. 512, p. 5–39.

Sears, J. D., 1924a, Relations of the Browns Park Formation and the Bishop Conglomerate, and their role in the origin of Green and Yampa Rivers: Geol. Soc. America Bull., v. 35, p. 279–304.

—— 1924b, Geology and oil and gas prospects of a part of Moffat County, Colorado, and southern Sweetwater County, Wyoming: U.S. Geol. Survey Bull. 751–G, p. 269–319, pl. 35.

—— 1926, Geology of the Baxter Basin gas field, Sweetwater County, Wyoming: U.S. Geol. Survey Bull. 781, p. 13–27.

Sears, J. D., and Bradley, W. H., 1924, Relations of the Wasatch and Green River Formations in northwestern Colorado and southern Wyoming: U.S. Geol. Survey Prof. Paper 132–F, p. 97–103.

A84                 THE GREEN RIVER AND ASSOCIATED TERTIARY FORMATIONS

Shannon, E. V., 1927, Ammoniojarosite, a new mineral of the jarosite group from Utah: Am. Mineralogist, v. 12, p. 424–426.

Simpson, G. G., 1933, Glossary and correlation charts of North American Tertiary mammal-bearing formations: Am. Mus. Nat. History Bull., v. 47, p. 91.

Sinclair, W. J., 1906, Volcanic ash in the Bridger beds of Wyoming: Am. Mus. Nat. History Bull., v. 22, p. 273–280, pl. 38.

Swain, Barbara W., 1957, Fort Union Formation, west flank of the Sierra Madre, Carbon County, Wyoming: Geol. Soc. America Bull., v. 68, p. 1874.

Terzaghi, Charles, 1925a, Principles of Soil mechanics: Settlement and consolidation of clay: Eng. News-Rec., v. 95, p. 874–876.

———— 1925b, Principles of soil mechanics: Physical differences between sand and clay: Eng. News-Rec., v. 95, p. 912–915.

Tracey, J. I., Jr., Oriel, S. S. and Rubey, W. W., 1961, Diamictite facies of the Wasatch Formation in the Fossil basin, southwestern Wyoming: Art. 62, in U.S. Geol. Survey Prof. Paper 424–B, p. B149–B150.

Veatch, A. C. 1907, Geography and geology of a portion of southwestern Wyoming: U.S. Geol. Survey Prof. Paper 56, p. 75–105, pl. 3.

Wentworth, C. K., 1922, A scale of grade and class terms for clastic sediments: Jour. Geology, v. 30, p. 380–389.

Wilson, L. R., and Hoffmeister, W. S., 1953, Four new species of fossil Pediastrum: Am. Jour. Sci., v. 251, p. 753–760.

Winchester, D. E., 1923, Oil shale of the Rocky Mountain region: U.S. Geol. Survey Bull. 729, p. 1–204, pl. 18.

Wood, H. E., 2d, 1934, Revision of the Hyrachyidae: Am. Mus. Nat. History Bull., v. 67, p. 241–242.

BLM_0034709

# INDEX

[Italic page numbers indicate major references]

## A

| | Page |
|---|---|
| Absaroka Range, source of volcanic material. | A47, 50 |
| Absarokius witteri | 26 |
| Abstract | 1 |
| Acknowledgments | 5 |
| Alkali slicks | 9 |
| Amblocionus major | 27 |
| Ammoniojarosite, in coal | 24 |
| Analcime | 43, 44 |
| Anderman, G. S., quoted | 12 |
| Andesite tuff, distinctive marker bed in Bridger Formation | 49 |
| Antelope Butte | 55 |
| Aphelops | 57 |

## B

| | |
|---|---|
| Badlands, Baxter Basin | 7 |
| formed on Bridger Formation | 49, 54 |
| formed on Cathedral Bluffs Tongue, Wasatch Formation | 26 |
| Green River Basin | 7 |
| Washakie Basin | 7, 54 |
| Bassariscops | 57 |
| Bathyopsis | 27 |
| Battle Spring Formation | 48 |
| Baxter Basin | 7 |
| Bishop Conglomerate | 16, 53, 55 |
| Bridger Formation | 18, 48 |
| escarpments formed by | 6, 7 |
| partial sections of | 51, 52 |
| Browns Park Formation | 56 |
| uranium in | 57 |
| Buried hills | 17 |

## C

| | |
|---|---|
| Cathedral Bluffs Tongue, Wasatch Formation | 26 |
| Channeling, in Laney Shale Member | 46, 47 |
| Chrysophyta | 30 |
| Church Buttes anticline, gas field on | 14 |
| Cladocera | 43 |
| Claystone, defined | 19 |
| Coal, analysis of | 25 |
| Bridger Formation | 49 |
| Luman Tongue, Green River Formation | 28, 29 |
| Niland Tongue, Wasatch Formation | 22, 24, 25 |
| uranium in | 22 |
| Coleoptera | 43 |
| Compaction, local effects | 17 |
| regional effect | 17 |
| Condylarth fossils | 26 |
| Continental fault | 13 |
| Crocodile bones | 45, 51 |
| Cynodontomys | 27 |

## D

| | |
|---|---|
| Darby fault | 14 |
| Deformation, early Eocene | 15 |
| post-Eocene-pre-Miocene(?) | 16 |
| post-Miocene | 16 |
| pre-Tertiary | 14 |
| Depressions, shallow, panlike | 8 |
| Dincodon edenensis | 46 |
| Didymictus altidens | 26 |
| Dip, defined | 16 |
| See also Compaction. | |
| Drainage | 9 |

## E

| | Page |
|---|---|
| Echo Canyon, type locality of Wasatch Formation | A20 |
| Eotitanops sp | 26 |
| Euthonyx | 27 |

## F

| | |
|---|---|
| Faulted zone south of Washakie Basin | 13 |
| Faulting | 10 |
| Faults, miscellaneous | 14 |
| Faunal zones, Bridger Formation | 54 |
| Fly larvae | 28, 43 |
| Fontenelle Creek, section on | 35 |
| Fontenelle Tongue, Green River Formation | 34 |
| partial section of | 35 |
| Fossil soils, Bridger Formation | 49 |
| Fossils, Browns Park Formation | 57 |
| Green River Formation, Fontenelle Tongue | 34 |
| Laney Shale Member | 44, 45, 46 |
| Luman Tongue | 30 |
| Tipton Shale Member | 32, 33 |
| Tipton Tongue | 31, 32 |
| white layers | 53 |
| Wilkins Peak Member | 43 |
| Wasatch Formation | 20, 21 |
| Cathedral Bluffs Tongue | 26 |
| New Fork Tongue | 27 |
| Niland Tongue | 24 |

## G

| | |
|---|---|
| Gar-pike scales | 45, 51 |
| Gaylussite | 40 |
| Gentilocamelus | 57 |
| Goldsmith, June, analyst | 43 |
| Goniobasis sp | 30, 33, 34 |
| Gosiute Lake, deposits in | 34, 35 |
| Granite Mountains, source of arkosic sediments | 23, 48 |
| Great Divide Basin, interior drainage | 9 |
| physiographic setting | 7 |
| structural setting | 10 |
| Green River Basin, physiographic setting | 6 |
| structural setting | 9 |
| Green River Formation | 18, 28 |
| escarpments formed by | 6, 7 |
| saline facies | 15 |

## H

| | |
|---|---|
| Halite | 39, 40 |
| Hansen, W. R., and Bonilla, M. G., quoted | 11, 15 |
| Haystack Mountain | 7 |
| Hemiptera | 43 |
| Henrys Fork fault | 10, 12 |
| Heptodon | 27 |
| Hexacodus sp | 26 |
| Hyopsodus | 27 |
| lepidus | 45, 46 |
| sp | 26 |
| Hyrachyus | 27, 45 |
| modestus | 26 |
| sp | 46 |
| spp | 27 |
| Hyracotherium | 27 |
| sp | 26 |

## I

| | |
|---|---|
| Islands in ancient Green River lake, a local source of sediments | 17 |

## K

| | Page |
|---|---|
| Kinney Rim | A 7 |
| Knightia | 45, 46 |

## L

| | |
|---|---|
| Lambdotherium | 27 |
| popoagicum | 27 |
| Laney Rim | 7 |
| Laney Shale Member, Green River Formation | 43 |
| section of | 43, 45 |
| Leaf-cuticle residue | 24 |
| Leopold, E. B., fossils identified by | 30 |
| quoted | 31 |
| Leptotomus parvus | 46 |
| Lewis, J. V., quoted | 19 |
| Little Mountain | 6 |
| Lonetree white layer, composition of | 53 |
| section including | 51 |
| Loughlinite | 42 |
| Love, J. D., quoted | 39 |
| Luman Tongue, Green River Formation | 28 |

## M

| | |
|---|---|
| McGrew, P. O., quoted | 45, 46, 54, 57 |
| McGrew, P. O., and Roehler, H. W., quoted | 27 |
| Marl, defined | 19 |
| Marlstone, defined | 19 |
| Laney Shale Member, Green River Formation, analysis | 44 |
| Measured sections | 58 |
| Melanosaurus sp | 46 |
| Meluniterite, in coal | 24 |
| Meniscotherium | 27 |
| chamense | 27 |
| Mining, coal | 24 |
| trona | 40, 43 |
| Moropus | 57 |
| Morris, W. J., quoted | 27 |
| Mudstone, defined | 19 |

## N

| | |
|---|---|
| Nahcolite | 40 |
| New Fork Tongue Wasatch Formation | 27 |
| Niland Tongue, Wasatch Formation | 23 |
| Northupite | 40, 42 |
| Notharctus gracilis | 46 |
| sp | 26 |
| Nymphaea sp | 30 |

## O

| | |
|---|---|
| Oil shale, defined | 19 |
| Green River Formation, Laney Shale Member | 17, 44 |
| Luman Tongue | 28, 29 |
| Tipton Tongue | 31, 32 |
| Wilkins Peak Member | 36, 43 |
| Omomys carteri | 46 |
| Oregon Buttes | 9 |
| petrified wood near | 53 |
| section on | 44 |
| Ostracodes | 25, 28, 29, 32, 33, 45 |

## P

| | |
|---|---|
| Paramys delicatus | 46 |
| Pediastrum duplex | 31 |
| sp | 30 |
| Peratherium | 26 |
| Petrified wood | 53 |
| Phil Pico Mountain, erosional platform on | 13 |
| Physiography of the area | 6 |

BLM_0034710

A86

# INDEX

|                                                                    | Page |
|--------------------------------------------------------------------|------|
| Piedmont, section near                                             | A44  |
| Pilot Butte, wyomingite cap of                                     | 57   |
| Pipiringos, G. N., quoted                                          | 20, 29, 48 |
| Pirssonite                                                         | 40   |
| Playa lakes                                                        | 7, 8, 9 |
| Pollen                                                             | 24, 30, 31, 43 |
| Potamogeton sp                                                     | 30   |
| Powers, D. F., analyst                                             | 47   |
| Previous geological investigations                                | 4    |

**R**

| Rattlesnake Hills, source of volcanic material | 47 |
| Red Desert | 8, 22 |
| References | 81 |
| Richards Peak | 22 |
| Rock Springs, type locality of Green River Formation near | 28 |
| Rock Springs anticline | 14 |
| Rock Springs uplift, age of deformation | 14, 15, 16 |
| geologic history | 14 |
| physiographic setting | 7 |
| structural setting | 10 |
| Rodent fossils, paranyid | 26 |
| Rosenbusch, Harry, quoted | 19 |

**S**

| Sabalites sp | 45 |
| Sage Creek Butte, sections on | 51, 52 |
| Sage Creek white layer, fossils in | 51 |
| section of | 51 |
| Saline minerals | 35, 39, 40 |
| Salt crystals, in Wilkins Peak Member | 36, 38, 40 |
| Sand, of volcanic origin | 47 |
| Sand dunes | 8 |
| Sciuravus nitidus | 27, 46 |
| Searlesite | 40 |
| Shale, defined | 19 |
| papery, defined | 19 |
| Shortite | 38, 39, 40, 42 |
| Shoshonius laurae | 46 |
| Significance of area studied | 2 |
| Siltstone, defined | 19 |
| Skinner, Brian, analyst, quoted | 33 |

|                                                                    | Page |
|--------------------------------------------------------------------|------|
| Smith, V. C., analyst                                             | A33, 44 |
| Soils, fossil                                                     | 49   |
| Sphaerium sp                                                      | 30   |
| Split Rock Formation                                             | 57   |
| Spores                                                            | 30   |
| Springs                                                          | 9    |
| Steamboat Mountain, pumice cones on                              | 57   |
| Stratigraphy, orientation                                        | 18   |
| See also separate formations. |  |

**T**

| Tepee Mountain | 23 |
| Terms used in lithologic descriptions | 19 |
| See also specific lithologic terms. |  |
| Thermonstrite | 40 |
| Thisbemys sp | 46 |
| Tipton Shale Member, Green River Formation | 51 |
| Tipton Tongue, Green River Formation | 51 |
| Trilophodon fricki | 57 |
| Trogosus latidens | 26 |
| Trona | 2, 39, 40, 42 |
| Tschermigite, in coal | 24 |
| Tuff, alkalic | 50 |
| andesite, destinctive marker bed in Bridger Formation | 49 |
| andestic | 49, 50 |
| analyses | 47 |
| carbonate-rich, analyses | 33 |
| Tipton Tongue and Tipton Shale Member, Green River Formation | 32, 33 |
| defined | 19 |
| marker bed in Wilkins Peak Member | 42 |
| Niland Tongue, Wasatch Formation | 24 |
| rhyolitic | 50 |
| analyses | 47 |
| Wilkins Peak Member, Green River Formation, analyses of | 43 |
| Turtle bones | 26, 45, 51 |
| Tychite | 40 |

**U**

| Uinta fault | 11 |

|                                                                    | Page |
|--------------------------------------------------------------------|------|
| Uinta flexure                                                     | A11  |
| Uinta Formation                                                   | 54   |
| Uinta Range, age of deformation                                  | 15   |
| Unconformity, beneath Bishop Conglomerate, between Wasatch and Fort Union Formations | 16 |
| | 15, 21 |
| in Green River Formation | 16 |
| in Wasatch Formation | 15 |
| Unio sp | 29, 33 |
| Upper white layer, section including | 52 |
| Uranium | 57 |
| in coal | 22 |
| in Wilkins Peak Member | 43 |

**V**

| Valvata sp | 30 |
| Viverravus lutosus | 26 |
| Visiparus sp | 29, 32, 33, 34, 53 |
| Volcanic ash, altered to analcime | 44 |
| Bridger Formation | 49 |
| Laney Shale Member | 47, 48 |

**W**

| Wamsutter arch | 10, 23 |
| Wasatch Formation | 18, 80 |
| escarpments formed by | 6 |
| Washakie Basin, physiographic setting | 7 |
| structural setting | 10 |
| Weber Canyon, type locality of Wasatch Formation | 20 |
| Wegscheiderite | 39, 40 |
| White Mountain | 6, 15, 38, 39 |
| Wilkins Peak Member, Green River Formation | 36 |
| partial section of | 40 |
| Wind River Range, age of deformation | 15 |
| Wind River thrust | 11 |
| Wood, silicified | 45 |
| Wyoming Range, age of deformation | 15 |
| Wyomingite, lucite-rich lava | 57 |

**Z**

| Zirkle Butte, age of lava on | 58 |

BLM_0034711

**Oil and Gas Development in Western North America: Effects on Sagebrush Steppe Avifauna with Particular Emphasis on Sage-grouse**

**Clait E. Braun[1]**
*Colorado Division of Wildlife*
*Fort Collins*

**Olin O. Oedekoven**
*Wyoming Game and Fish Department*
*Gillette*

**Cameron L. Aldridge**
*University of Alberta*
*Edmonton*

Sagebrush (*Artemisia* spp.) steppe was once a dominant feature of the landscape in western North America covering at least 243 million acres (60 million ha) (Beetle 1960, Vale 1975) in 16 states and 3 provinces. Most of this vast expanse has been altered by human activity. Estimates of complete loss of sagebrush-dominated areas exceed 50 % (Schneegas 1967, Braun et al. 1976, Braun 1998). The remaining sagebrush steppe has been markedly altered through treatments to benefit livestock grazing including livestock grazing as a treatment, fragmentation (roads, power lines and other structures, pipelines, reservoirs, fences, etc.), and degradation (Braun 1998). More recently, urban expansion as well as development of housing scattered through large tracts has impacted wildlife use of sagebrush habitats (Braun 1998).

---

[1] Present address: Grouse Inc., 5572 North Ventana Vista Road, Tucson, AZ 85750-7204

E-mail sg-wtp@juno.com

BLM_0034712

While the sagebrush steppe is seasonally host to a large number of avian species (Braun et al 1976, Paige and Ritter 1999), only 5 species (Gunnison and Northern sage-grouse [*Centrocercus minimus, C. urophasianus*], sage thrasher [*Oreoscoptes montanus*], sage sparrow [*Amphispiza belli*], Brewer's sparrow [*Spizella breweri*]) are truly sagebrush obligates (Braun et al. 1976). However, at the grassland or shrub steppe interfaces with sagebrush-dominated areas, other species such as Columbian sharp-tailed grouse (*Tympanuchus phasianellus columbianus*), mountain plover (*Charadrius montanus*), and burrowing owl (*Athene cunicularia*) were locally abundant. All of these species are now known or thought to be declining in distribution and abundance.

Oil and gas developments and their attendant structures including power lines, roads, and collection stations are not recent additions to western North America with some activity dating to the late 1800's. Exploration and development activity has tended to be cyclical depending on apparent needs, extraction costs, and price (per barrel or cubic foot). In the 1970's and early 1980's, the interest was in development of oil shale. In the early and mid 1980's, the emphasis was in the Rocky Mountain Overthrust Belt. Today, interest in oil and gas development is everywhere in the West where reserves are thought to be present. Nowhere is this more apparent than in development of coal-bed methane, especially in the area near Gillette, Wyoming. Because of the interest in rapid expansion and development of oil and gas reserves, this paper examines what is known about the effects of energy exploitation on sagebrush steppe dependent avian species and what might be logically expected during and after exploration, facilities development, and extraction. Case history examples are provided from Alberta, Colorado, and

BLM_0034713

Wyoming.

**What Is Known**

A relatively large body of literature exists for game species such as sage-grouse (summarized by Connelly et al. 2000) and Columbian sharp-tailed grouse (reviewed by Giesen and Connelly 1993). Reasonable information is available for passerine species breeding in sagebrush steppe and it is known that presence of sagebrush (Feist 1968; Best 1972; Schroeder and Sturges 1975; Reynolds and Rich 1978; Rich 1978, 1980; Reynolds 1981; Peterson and Best 1985a, b, 1987) and patch size (Rotenberry and Wiens 1980; Wiens and Rotenberry 1981, 1985; Wiens et al. 1987; Knick and Rotenberry 1995, Aldridge and Brigham 2002) are important for all sagebrush obligates. Relatively little is known about the effects of habitat alteration on other species such as burrowing owls and mountain plover, which seasonally occupy the interface of sagebrush steppe and grasslands. It is known that burrowing owls are negatively impacted by plowing, reseeding, and other disturbances in breeding areas (Rich 1986, Haug et al. 1993). Plowing of native habitats and reseeding with taller grasses is also negative for mountain plovers and restrictions have been placed on oil and gas exploration in key breeding areas in Colorado, Montana, and Wyoming (Knopf 1996).

Review of the available information suggests that habitat alteration that removes live sagebrush and reduces patch size is negative for all sagebrush obligates, specifically sage-grouse, sage sparrow, sage thrasher, and Brewer's sparrow. Plowing of native habitats is also negative for burrowing owls and mountain plovers. Columbian (and other subspecies) sharp-tailed grouse are less impacted as they can positively respond to some altered habitats, provided that native shrub habitats useful in winter remain available.

3

BLM_0034714

Thus, sharp-tailed grouse have the best potential to maintain their distribution and abundance with changes in habitat use and disturbance.

**Oil and Gas Developments and Sage-grouse**

*Alberta*

Sage-grouse were historically abundant across southeastern Alberta, occupying as much as 18,920 mi² (49,000 km²) in the early 1900's (Aldridge 2000). However, the current distribution of sage-grouse has been reduced to ~ 1,544 mi² (4,000 km²), less than 10% of their historic range. Sage-grouse population data exist for the currently occupied area; however, lek counts only began in 1968 and were conducted sporadically prior to the 1990's. Thus, direct comparisons and cause and effect studies are not possible, but the available data are compelling.

Records of oil and gas developments are incomplete and difficult to obtain, but the earliest records suggest that exploration for gas began as early as 1940. The oil boom of the mid 1980's resulted in intensive oil extraction activities in southern Alberta. Over this time, the number of male sage-grouse displaying at lek sites decreased from as many as 524 males prior to the oil boom, to between 200 and 300 during and afterwards (Aldridge 2000). Similar correlations were seen in the early 1990's, with a resurgence of development activity in the heart of sage-grouse habitat (Manyberries Oil Field). Number of male sage-grouse counted in Alberta fell to the lowest known level with only 70 males counted in 1994 (Aldridge 2000). Direct disturbances (development of road or well sites) within ~ 220 yds (200 m) of three different lek complexes were noted between 1983 and 1985. None of these leks has been active since the disturbance. At that same time, drilling activities occurred within view of a fourth lek complex and the two lek satellites

4

BLM_0034715

were reduced to one smaller lek.  This site has since been reclaimed, but numbers have never recovered.  Two additional known lek sites were directly disturbed at some unknown time in the past; one is now a reclaimed well site and the second was seeded to tame grass (it most likely is also a reclaimed well site).  Neither of these leks has been active for at least 10 years.

To date, approximately 1,500 wells have been drilled within the current range of sage-grouse in Alberta.  It is estimated that 575 wells are still producing.  Thus, there are approximately 8 well sites/mi² (one active and two inactive well sites/km²) of sage-grouse habitat.  Connecting each of these well sites is a series of roads and trails, as well as power lines and pipelines that are interlaced with compressor stations and gas camps.  These structures and linear features result in direct habitat loss, and fragment remaining suitable habitat.  The effect of daily vehicular traffic along these road networks can also impact breeding activities or directly reduce survival.

There are relatively few limitations placed on spacing and density of well sites in Alberta.  Each company is 'restricted' to drilling 16 well sites per section of land, but is allowed 16 wells per zone in which they are drilling.  Thus the total number of wells could potentially far exceed 16 per section.  Recommendations and guidelines are made by Alberta Fish and Wildlife to reduce the impact of such intensive drilling, particularly in important sage-grouse habitats. However, there is no current legislation that commits Alberta Public Lands or the Alberta Energy Utility Board to follow these recommendations.  Under the Alberta Provincial Wildlife Act, an individual cannot willfully destroy the nest or den site of an endangered species (sage-grouse are listed as endangered in Alberta and Canada).  This provincial legislation offers little or no

BLM_0034716

protection for sage-grouse breeding and nesting habitat and, currently, there is no federal legislation in place.

Over the last three decades, the Alberta sage-grouse population has declined by 66-92% (based on the currently occupied range only, Aldridge 2000). Currently, only seven of 31 historic lek complexes remain active. The future plans for oil and gas developments within the range of sage-grouse are unknown, but expansion is expected. The cumulative impacts of further activities could result in reduction of the Alberta sage-grouse population to non-viable levels.

### Colorado

Sage-grouse historically occurred (Braun 1995) in at least eight counties in Colorado in which oil and gas development is common. No replicated, designed cause and effect studies have explored the impacts of oil and gas production on sage grouse populations although Braun (1987, 1998) generally discussed the apparent short-term impacts. Presently, active oil and gas production occurs in only four counties (Jackson, Moffat, Rio Blanco, and Routt) while sage-grouse populations within areas impacted by coal-bed methane production (LaPlata and Montezuma) or that could be potentially impacted by development of oil shale (Garfield) are no longer present due to a complexity of factors.

Oil and gas developments preceded formalized counts of sage-grouse in Colorado and date to at least the early 1920's. Counts of sage-grouse were initiated on a sporadic basis in Colorado in the late 1940's. These counts were incomplete and primarily focused on larger, more accessible leks. Thus, data collected from the 1940's to the early 1970's are not directly comparable to those collected in the last 25-30 years.

BLM_0034717

Therefore, it is not possible to be definitive about actual impacts of oil and gas development on sage-grouse.

The most complete data set for sage-grouse and oil and gas production is from North Park in Jackson County. Development of the McCallum Field was initiated in 1926 and it continues to be active with 47 producing wells, 39 water injection wells, 25 abandoned (plugged) wells, and 6 approved but not drilled wells in an area of approximately 8,600 acres (2,125 ha). This area has a well-developed unimproved road network with one paved road to a processing plant, numerous pipelines, but only a few power lines. Sage-grouse were reported to occur in the McCallum Field in the 1940's but no data are available. During the 1973-2001 interval, at least 11 leks were active within or immediately adjacent to the McCallum Field. Seven of these leks were active in 2001 with a combined total of 181 males, 12.8 % of the total males counted and 20.6 % of the active leks in North Park. Examination of each active lek site indicated that only two were within sight of an active well or power line. Most were out of sight because of topography that also made noises associated with pumping and oil field activities inaudible to the human ear when an observer was on the lek site. Only three active leks were within the main oil field and most (8 of 11 known lek sites) were on the periphery. During the 1973-2001 interval, number of male sage-grouse counted and active leks in this area fluctuated in synchrony with the entire sage-grouse population in North Park. Sage-grouse are also known to over winter within the McCallum Field (Beck 1975) because a series of ridges are wind swept of most snow.

Locations of the known active sage-grouse leks in the McCallum Field suggest selection for sites that are removed from disturbance such as active wells, the processing

BLM_0034718

plant, the paved road, and power lines. The McCallum Field is a relatively small, older, moderately developed oil production area and demonstrates that sage-grouse continue to use areas in and near oil production facilities provided that suitable sagebrush-dominated habitats are available and that they have opportunity to select sites that are not disturbed by or apparent from physical structures and paved roads. Despite the fragmented (by trails, pipelines, power lines, and several roads) nature of the habitat in this area, only small areas are no longer useable by sage-grouse.

*Wyoming*

Oil and gas development in Wyoming dates to at least to 1883 (Salt Creek Field). Since that time, many additional oil and gas fields have been discovered and developed throughout areas occupied by sage-grouse. Presently, the focus is on development of coal-bed methane in northeastern Wyoming (and adjacent southeastern Montana).

Coal-bed methane (CBM) gas development in northeast Wyoming first began in 1987 with a test well. Over the next 10 years, more wells were drilled and markets were developed for the gas. From 1997 through 2001, nearly 12,000 CBM wells were brought into production. Another 40,000 wells are expected to be developed within the Powder River Basin over the next 10 years (BLM Draft EIS for the Powder River Basin Oil and Gas Project, January 2002). Nearly 80 % of the production to date occurs on private surface lands with the remainder on State, BLM, and USFS owned lands. Over half of the mineral ownership within the Basin is private. CBM production involves drilling relatively shallow water wells into the coal seams to pump off the water and release the gas. The gas is then sent through a series of compressor stations and finally released into large transportation pipelines for sale. Discharge water is either impounded locally or

BLM_0034719

released into area drainages. Each well has at least one unimproved road, an electrical
line, a gas pipeline, and a water discharge pipeline. For every 6-10 wells, there is a small
single-stage compressor. Larger, two-stage compressor stations are built for every 3-5
smaller compressor stations and there is a larger facility for third stage gas compression.
All facilities have improved road access, utility lines, overhead power lines, and
underground pipelines. The expected production life of a CBM well is about 7-15 years
depending upon the depth of the coal seam and the amount of gas present. With an
estimated 25 trillion cubic feet of CBM within the Powder River Basin, the life of the
development is expected to be 30-50 years.

Prior to 2001, wells were drilled on a 40-acre (16 ha) spacing. Currently, wells
are drilled on an 80-acre (32 ha) spacing; however, exceptions to this rule are
often granted to facilitate production. The amount of disturbance from pipelines,
power lines, and roads is fairly similar with either well spacing criteria. Although the
actual disturbed area from wells, compressors, pipelines, and roads is relatively small
(typically 15-20 acres [6-8 ha]) per section, the overall project area is very large and
mostly contiguous. Currently, the 12,000 active wells occur over an area of
~ 4,500 mi² (11,655 km²). The total field development area is ~ 11,000 mi² (28,490 km²),
which will result in a total of over 300,000 acres (121,410 ha) in direct habitat loss.
Predominate habitats within the CBM development area include sagebrush/grassland
types, agricultural lands (hay and grain fields), and some mixed shrub communities.
Most of the area is considered yearlong sage-grouse habitat with over 200 known active
leks. Not all of the area has been extensively searched for sage-grouse so the actual
number of leks is considered to be much higher.

9

Impacts to sage-grouse from CBM development include direct loss of habitats from all production activities along with indirect affects from new power lines and significantly higher amounts human activity, both during initial development and during production.  Direct habitat loss to sage-grouse to date with nearly 12,000 wells in production includes an estimated 5,000 acres (2,024 ha).  CBM activity has affected an estimated 28 % of the known sage-grouse habitats within the project area.  Development will continue to affect more sage-grouse habitats over the next 30-50 years as new wells are drilled within areas that contain known sage-grouse populations and their habitats. Should all of the project area be placed into production, over 50 % of the known sage-grouse range will be either directly or indirectly affected.

Sage-grouse population responses to CBM development are just beginning to be observed as most of the current production has only occurred over the past 4 years and nearly 70 % of the current production in just the past 2 years.  Although CBM production is fairly recent; there are a few early indications of detrimental affects on sage-grouse as a result of this development.

There are 200 CBM wells within 0.25 miles (0.4 km) of 30 known sage-grouse leks.  For these leks, there has been significantly fewer males/lek and the rate of growth is much lower when compared to other less disturbed leks (Fig 1). Direct disturbance and loss of habitats are the suspected causes for these differences. Some 6,000 miles (9,656 km) of new overhead power lines have been constructed since CBM development began. Another 5,000 miles (8,046 km) of overhead power lines are expected as CBM development continues over the next 10 years.  Currently, there are 40 known sage-grouse leks that have an overhead power line within 0.25 miles (0.40 km) of

10

BLM_0034721

the lek.  Sage-grouse numbers for these leks have a significantly lower growth rate than observed on leks that do not have an overhead power line so close to the breeding ground.  Higher raptor predation rates because of perches are the expected cause. The proximity of CBM compressor stations to sage-grouse leks is also having a measurable negative impact on sage-grouse.  Currently, there are nearly 200 CBM facilities within 1 mile (1.6 km) of a sage-grouse lek.  Sage grouse numbers are consistently lower for these leks than they are for leks that do not have this disturbance. Direct habitat losses from the site itself, roads and traffic, and the associated noise are mostly likely the reasons behind this finding.

The cumulative impact to sage-grouse from all CBM activities is just starting to be observed (Fig. 2). Currently, nearly 90 sage-grouse leks lie within the CBM development area, or about 40 % of the known leks within northeast Wyoming.  As development continues, another 50-70 leks areas will be impacted by CBM.  Population monitoring will most likely reveal severe consequences to sage-grouse from this activity; however, this knowledge will most likely come too late to result in any major initiatives to protect the birds or their habitats.

Mitigation of CBM impacts on sage-grouse has been mostly minimal and usually voluntary by the operators involved because nearly 80 % of the surface ownership is private.  On federal lands, companies are required to avoid lek disturbance during the spring breeding season, reduce compressor noise near leks, and to place overhead power lines at least 0.5 miles (0.8 km) from any sage-grouse breeding or nesting grounds. Companies are also required avoid sagebrush habitats when locating impoundments.

11

BLM_0034722

All of these requirements can be waived by the federal land management agencies. There are no mitigation requirements or stipulations for sage-grouse on private land/private mineral CBM production.

**Concluding Comments**

The effects of oil and gas developments on sage-grouse and other sagebrush-grassland avifauna are poorly understood because of the lack of replicated, well designed studies. However, it is clear that all sagebrush-grassland dependent birds have specific habitat requirements including shrub structure and patch size. We believe the immediate effects of development are clearly negative because of loss of habitat and disturbances associated with structures, roads, and noise, especially during the breeding season. We hypothesize that numbers of individual birds of each species decrease with initial development, and then increase to some unknown level below that prior to development. A return to pre-disturbance levels of abundance is not expected because of loss of habitat. The length of time of the expected decrease is unknown and may be species dependent, as well as dependent upon the level of activity and density of physical disturbances. Increased roads and power lines have the most potential to be negative, as does the decrease in available habitat. Increased long-term and well-funded research is needed on all bird species in areas to be developed and presently developed for oil and gas production so that a sound scientific basis becomes available. Cause and effect studies using an active adaptive management approach (Walters 1986) are necessary to fully understand the implications of energy developments on wildlife species. We believe it is the responsibility of the oil and gas industry to demonstrate their activities have no negative impacts initially, short-term, or over the long-term. We especially believe the

12

BLM_0034723

impacts of oil and gas development have been and are negative for sage-grouse and this species, because of its' requirement for large areas of sagebrush-dominated habitats, will be placed at risk of local extirpation in intensively developed areas. Thus, we strongly recommend the published "Guidelines to manage sage grouse populations and their habitats" (Connelly et al. 2000) be followed in all areas with populations of sage-grouse. This is not presently done, as some agencies pick and choose which guidelines to follow and vary their application among states, districts, and resource areas or virtually ignore them, as is the case in both Alberta and Saskatchewan. Further, it would be desirable to have uniformity in application of habitat guidelines for all bird species among all agencies across the entire shrub-steppe region. Finally, the oil and gas industry should be expected to fully mitigate for documented decreases in useable habitat as well as in populations of specific bird species. Mitigation should also consider those impacts that can be reasonably expected including cumulative effects. Consideration should be given to removing other uses of sagebrush habitats that also have cumulative effects on specific avian species as well as other wildlife.

**Acknowledgments**

We thank M. D. Strickland and F. G. Lindzey for encouraging preparation of this paper. C. C. Cesar of the Bureau of Land Management and J. L. Hicks of the Colorado Division of Wildlife provided current data for North Park, Colorado.

**References**

Aldridge, C. L. 2000. Reproduction and habitat use by sage grouse (*Centrocercus urophasianus*) in a northern fringe population. Thesis, University of Regina, Regina, SK. 109 pp.

BLM_0034724

Aldridge, C. L., and R. M. Brigham. 2002. Sage-grouse nesting and brood habitat in southern Canada. J. Wildl. Manage. 66: In press.

Beetle, A. A. 1960. A study of sagebrush. The Section Tridentatae of *Artemisia*. Univ. Wyoming Agric. Exp. Stn. Bull. 368. 83 pp.

Beck, T. D. I.  1975. Attributes of a wintering population of sage grouse, North Park, Colorado. Thesis, Colorado State Univ., Fort Collins. 49 pp.

Best, L. B. 1972. First-year effects of sagebrush control on two sparrows. J. Wildl. Manage. 36:534-544.

Braun, C. E.  1987. Current issues in sage grouse management. Proc.Western Assoc. State Fish and Wildl. Agencies 67:134-144.

Braun, C. E. 1995. Distribution and status of sage grouse in Colorado. Prairie Nat. 27:1-9.

Braun, C. E. 1998. Sage grouse declines in western North America: what are the problems? Proc. Western Assoc. State Fish and Wildl. Agencies 78:139-156.

Braun, C. E., M. F. Baker, R. L. Eng, J. W. Gashwiler, and M. H. Schroeder. 1976. Conservation committee report on effects of alteration of sagebrush communities on the associated avifauna. Wilson Bull. 88:165-171.

Connelly, J. W., M. A. Schroeder, A. R. Sands, and C. E. Braun.  2000. Guidelines to manage sage grouse populations and their habitats. Wildl. Soc. Bull. 28:967-985.

Feist, F. G. 1968. Breeding-bird populations on sagebrush-grassland habitat in central Montana. Audubon Field Notes 22:691-695.

Giesen, K. M., and J. W. Connelly. 1993. Guidelines for management of Columbian sharp-tailed grouse habitats. Wildl. Soc. Bull. 21:325-333.

BLM_0034725

Haug, E. A., B. A. Millsap, and M. S. Mitchell. 1993. Burrowing owl (*Speotyto cunicularia*). No. 61 *in* A. Poole and F. Gill, editors, The birds of North America. The Academy of Natural Sciences, Philadelphia, and American Ornithologists' Union, Washington, D. C.

Knick, S. T., and J. T. Rotenberry. 1995. Landscape characteristics of fragmented shrubsteppe habitats and breeding passerine birds. Conserv. Biol. 9:1059-1071.

Knopf, F. L. 1996. Mountain plover (*Charadrius montanus*). No. 211 *in* A. Poole and F. Gill, editors, The birds of North America, Philadelphia, and American Ornithologists' Union, Washington, D. C.

Paige, C., and S. A. Ritter. 1999. Birds in a sagebrush sea: managing sagebrush habitats for bird communities. Partners in Flight Western Working Group, Boise, ID. 47 pp.

Peterson, K. L., and L. B. Best. 1985a. Brewer's sparrow nest-site characteristics in a sagebrush community. J. Field Ornithol. 56:23-27.

Peterson, K. L., and L. B. Best. 1985b. Nest-site selection by sage sparrows. Condor 87:217-221.

Peterson, K. L., and L. B. Best. 1987. Effects of prescribed burning on nongame birds in a sagebrush community. Wildl. Soc. Bull. 15:317-329.

Reynolds, T. D. 1981. Nesting of sage thrasher, sage sparrow, and Brewer's sparrow in southeastern Idaho. Condor 83:61-64.

Reynolds, T. D., and T. D. Rich. 1978. Reproductive ecology of the sage thrasher (*Oreoscoptes montanus*) on the Snake River Plain in south-central Idaho. Auk 95:580-582.

BLM_0034726

Rich. T. D. 1978. Nest placement in sage thrashers. Wilson Bull. 90:303.

Rich, T. D. 1980. Nest placement in sage thrashers, sage sparrows, and Brewer's sparrow in southeastern Idaho. Wilson Bull. 92:362-368.

Rich, T. D. 1986. Habitat and nest-site selection by burrowing owls in the sagebrush steppe of Idaho. J. Wildl. Manage. 50:548-555.

Schneegas, E. R. 1967. Sage grouse and sagebrush control. Trans. North Am. Wildl. and Nat. Resour. Conf. 32:270-274.

Schroeder, M. H., and D. L. Sturges. 1975. The effect on the Brewer's sparrow of spraying big sagebrush. J. Range Manage. 28:294-297.

Vale. T. R. 1975. Presettlement vegetation in the sagebrush-grass area of the Intermountain West. J. Range Manage. 28:32-36.

Walters, C. J. 1986. Adaptive management of renewable resources. McGraw Hill, New York, N.Y. 374 pp.

Wiens, J.A., and J. T. Rotenberry. 1981. Habitat associations and community structure of birds in shrubsteppe environments. Ecol. Monogr. 51:21-41.

Wiens, J. A., and J. T. Rotenberry. 1985. Response of breeding passerine birds to rangeland alteration in a North American shrubsteppe locality. J. Applied Ecol. 22:655-668.

Wiens, J. A., J. T. Rotenberry, and B. Van Horne. 1987. Habitat occupancy patterns of North American shrubsteppe birds: the effects of spatial scale. Oikos 48:132-147.

BLM_0034727

Figure Captions

Figure 1. Sage-grouse response to CBM wells and drilling in Wyoming.  Average males/lek for both leks within ¼ mile of a CBM Well (n = 30) and leks outside ¼ mile of a CBM well (n = 200).  Note, since 1996 when CBM production started to significantly increase, sage grouse response in areas of gas production has been increasing at significantly lower rate that for those leks outside of this area.

Figure 2.  Sage-grouse response to the cumulative affects of CBM development in Wyoming.  There are 90 sage grouse leks that have CBM development within 2 miles of the lek.  Within this area, there are 3,688 wells, 168 facilities, and 872 miles of overhead power lines.  The amount of direct habitat loss and displacement can only be estimated at this time.  As development continues, adverse affects on sage grouse will continue.

BLM_0034728

Fig. 1



BLM_0034729

Fig. 2



BLM_0034730



# SAGE GROUSE DECLINES IN WESTERN NORTH AMERICA: WHAT ARE THE PROBLEMS?

Clait E. Braun
Avian Research Program Manager
Colorado Division of Wildlife
Wildlife Research Center
317 West Prospect Road
Fort Collins, CO 80526

## ABSTRACT

Sage grouse (*Centrocercus urophasianus*) populations have declined throughout western North America. This species has been extirpated in five states and one province, all at the periphery of the original distribution. Breeding population size in each of 3 additional states and two provinces is estimated at less than 2,000 individuals. Declines in population size in Colorado have varied from 45 to 82% since 1980, depending upon area, and the range-wide estimate is at least 30% decrease since 1985. Major factors involved in the documented decreases in distribution and abundance are habitat loss (usually permanent), habitat fragmentation (usually permanent), and habitat degradation (usually short term, 2 to 30 years). No single factor is responsible for the observed declines and human-induced habitat changes are accentuated by periodic drought. No natural undisturbed habitats are known to exist and active management of sagebrush (*Artemisia* spp.) rangelands is needed on a management experiment basis.

## INTRODUCTION

The original distribution of sage grouse in western North America included 16 states and three provinces (American Ornithologists' Union 1957, Aldrich 1963, Johnsgard 1973). This distribution closely followed that of sagebrush, primarily big sagebrush (*A. tridentata* subspecies *tridentata, vaseyana, and wyomingensis*) as identified by Beetle (1960). At the periphery of the known range, other species of sagebrush (*A. cana, A. filifolia, A. nova, A. tripartita*) predominated. The original distribution was not contiguous as habitats were naturally fragmented by forests and deserts which were disected by river valleys and mountain ranges (Patterson 1952, Rogers 1964).

Estimates of sage grouse abundance were mostly anecdotal prior to the late 1950's as there were no systematic surveys. Patterson (1952:13) presented the first rangewide estimate of abundance using the general terms of "common" and "uncommon". Early accounts (reported by Bent 1932) suggest that sage grouse were abundant in many areas of their original range from North Dakota west to Washington and south into Utah and northwest Colorado. Predictions of the extinction of sage grouse also appear early in the literature (Visher 1913, Hornaday 1916). By the 1920's and 1930's sage grouse were generally believed to be declining throughout their range (Bent 1932, Gabrielson and Jewett 1940, Rush 1942, Patterson 1952, Rogers 1964). State wildlife agencies responded to these concerns by

BLM_0034731

markedly reducing bag limits, reducing season length, and season closures (Patterson 1952). Closed seasons generally continued in most states until the early 1950's while bag and possession limits remained low until the mid to late 1960's. It is unclear what data were available to justify reopening of hunting seasons and liberalizing bag limits in most areas. However, the apparent consensus was that hunting mortality was compensatory and replacive (Braun and Beck 1985).

The dependence of sage grouse upon sagebrush was established in a series of early studies in Wyoming , Utah, Colorado, and Oregon (Girard 1937, Griner 1939, Dargan and Keller 1940, Batterson and Morse 1948). While these studies clearly identified the sage grouse:sagebrush relationship, well funded efforts were underway starting in the 1930's to control and reduce the amount of sagebrush on public and private lands throughout the west (Carhart 1954, Pechanec et al. 1954, Vale 1974, Wright et al. 1979, Young et al. 1979, Tisdale and Hironaka 1981, Blaisdell et al. 1982, Lancaster et al. 1987, Laycock 1987). Concern about the reduction in habitat available to sage grouse resulted in published resolutions concerning this issue by the Western Association of State Game and Fish Commissioners (1968, 1974) and culminated in publication of "Guidelines for maintenance of sage grouse habitats" (Braun et al. 1977). Despite the common belief that sagebrush increased after settlement, Vale (1975) documented that sagebrush was widely distributed prior to settlement of the west. At present probably no sagebrush rangelands have been unaltered by human manipulation. In some states, more than 70% of the original sagebrush-dominated rangeland has been converted to agricultural crops. It can be conservatively estimated that at least one-half of the original area occupied by sage grouse is no longer capable of supporting this species on an annual basis (Schneegas 1967, Braun et al. 1976, Braun 1995).

This paper describes the decline in the overall distribution and abundance of sage grouse, identifies the problems resulting in the described changes, and examines reasons for the observed long-term reductions in habitat and population size.

## PROBLEM

The available evidence in the historical literature supports the conclusion that the abundance of sage grouse decreased after the early 1900's (Hornaday 1916) and remained low into the mid 1940's (Patterson 1952). This decrease in population size obviously paralleled decreases in distribution as sage grouse became extirpated in Arizona, British Columbia, Kansas, Nebraska, New Mexico, and Oklahoma (Table 1). All of these states (+1 province) were at the periphery of the species' range. The magnitude of the decrease in distribution in each state/province that currently retain sage grouse populations is unknown. In Colorado, Braun (1995:6) estimated a decrease in distribution of "more than 50% since the early 1900's".

BLM_0034732

Table 1. Sage grouse breeding population status, western North America, spring 1998.

| Extirpated | | 500± | <2,000 |
|---|---|---|---|
| Arizona | Nebraska | Alberta | North Dakota |
| British Columbia | New Mexico | Saskatchewan | South Dakota |
| Kansas | Oklahoma | | |
| Washington | | | |

| <5,000 | <15,000 | <20,000 | >20,000 | |
|---|---|---|---|---|
| California | Colorado | Idaho | Montana | Wyoming |
| Utah | Nevada | Oregon | | |

Surveys of the abundance of sage grouse started in the late 1940's (Wyoming:Patterson 1952, Oregon:Willis et al. 1993) and early 1950' (Dalke et al. 1963, Eng 1963, Rogers 1964). Early surveys were affected by inadequate access, equipment, and personnel commitment, as well as a lack of understanding of sage grouse biology. Count protocols were not well established until scientific study (Jenni and Hartzler 1978, Emmons and Braun 1984). Thus, the accuracy of counts in the 1940's, 1950's, and into the 1960's is suspect. Further, not all leks in selected areas were surveyed each year.

Despite these problems, all available data indicate that number of males counted per lek decreased from the early 1950's, a decline that has continued to the present. Connelly and Braun (1997) reported decreases from prior to 1985 to after 1985 ranged from 17 (Wyoming) to 47% (Washington) and averaged 33% for 10 states (+1 province). In Moffat County, Colorado there was a decrease of 82% from 1978-80 to 1996-98 in number of males counted and 57% in active leks (Table 2). In Jackson County, Colorado, there was a decrease in total males counted in 1976-80 vs. 1996-98 of 44% and in number of males counted per lek of 55% between 1959 and 1998 (Fig. 1).

The present size of the breeding population of sage grouse in the 11 states and two provinces where the species exists is unknown. However, I estimate there are 500± breeding sage grouse each in Alberta and Saskatchewan based on counts of male sage grouse on leks in spring 1998 (C.L. Aldridge, pers. commun.), less than 2,000 breeding sage grouse each in North Dakota, South Dakota, and Washington, <5,000 in California, <15,000 each in Colorado and Utah, <20,000 in Idaho and Nevada, and >20,000 breeding sage grouse each in Montana, Oregon, and Wyoming (Table 1). Thus, a reasonable range-wide estimate for spring 1998 is about 142,000 sage grouse.

BLM_0034733

Table 2. Sage grouse population trends, lower Moffat County, Colorado, 1978-98.

| Statistic | 1978-80[a] | 1996-98[a] | Decrease (%) |
|---|---|---|---|
| Total males counted | 2, 442 | 437 | 82 |
| Total active leks | 56 | 24 | 57 |
| Males/active lek | 43.6 | 18.2 | 58 |

[a]Three-year average.

It is reasonable to conclude that significant long-term changes in distribution and abundance of sage grouse have occurred throughout the original range of the species in western North America.  Rich (1985) suggested that sage grouse populations may be cyclic.  This hypothesis may be true as the data from Jackson County, Colorado (Fig. 1) indicate "high" counts of males on leks occurred in 1959, 1969, 1979, 1987, and 1998.  Thus, the data support a hypothesis of cyclic highs at about 10-year intervals.  Unfortunately, each high population level is lower than the preceding high. Further, examination of data from the Western States Sage Grouse Technical Committee (1995) indicates no sustained increases in sage grouse population levels within any portion of the range of this species.



Figure 1.  Trends in numbers of male sage grouse counted per lek, Jackson County,  Colorado, 1959-98.

BLM_0034734

## REASONS FOR CHANGES IN DISTRIBUTION/ABUNDANCE

### Habitat Loss

#### Agriculture

Settlement of western rangelands was encouraged by a series of Homestead Acts starting in 1862 (Todd and Elmore 1997). Most land with agricultural potential was homesteaded and in private ownership by 1930. With advent of a series of low precipitation years, some lands were abandoned and reverted to public ownership. This occurred primarily at the periphery of sage grouse range. Much of the land originally homesteaded was plowed and planted to agricultural crops. Some areas could not support annual or biennial crop production and reverted to pastures or rangeland. The advent of irrigation projects, some as early as the 1880's, intensified land use (Todd and Elmore 1997) and resulted in additional loss of sage grouse habitat. Ploughing of private lands to convert rangeland to cropland continues, although at an extremely low rate. Swenson et al. (1987) documented decreases of sage grouse in Montana following ploughing of sagebrush steppe.

### Mining/Energy Development

Development of mines and energy resources in western North America was initiated prior to 1900 (Robbins and Wolf 1994). Oil development intensified in the 1930's and 1940's while gas development continues to the present. Other major mining activity within sage grouse habitats has been for gold, uranium, trona, and especially coal.

The magnitude of the impacts of these activities on sage grouse and their habitat is largely unknown. Development of open pit mines (primarily for coal) and the associated roads, powerlines, noise, and increased human activities clearly negatively impacted sage grouse numbers and habitat in the short term. However, studies in Montana, Wyoming, and Colorado indicated some recovery of sage grouse populations after initial development and subsequent reclamation of mine sites, roads, etc. (Eng et al. 1979, Tate et al. 1979, Colenso et al. 1980, Scott and Zimmerman 1984, Braun 1986). Remington and Braun (1991) concluded that sage grouse were displaced by coal mining activities but returned to fluctuating predisturbance levels once mine activity ceased. Braun (1987) reported similar findings for sage grouse in areas impacted by oil development. In the area Braun (1987) studied in Jackson County, Colorado, oil development was initiated in the mid 1940's and reports of sage grouse in the oil field area decreased. By the mid 1970's, sage grouse again were present in the developed area and populations fluctuated with no large increases or decreases through 1998. The anecdotal evidence (1946-72) indicates the sage grouse population markedly decreased and then increased to at least one-half of predevelopment levels by 1973 and then maintained itself at the 1973-75 level with regular fluctuations through 1998. It is reasonable to conclude that as oil/gas developments mature and disturbed areas are reclaimed, similar to mined areas, sage grouse will repopulate the area. However, there is no evidence that population levels attain their previous size. Further, length of time to population re-establishment may be at least 20-30 years. Thus, there is both short-term and long-term (permanent facilities) habitat loss for sage grouse because of energy development and mining.

BLM_0034735

## Ranches/Farm Sites

Placement of farm and ranch buildings was affected by availability of water, shelter, and building materials as well as access. Examination of abandoned and active farm/ranch sites within the distribution of sage grouse indicate that a high proportion are in areas that could be expected to be used by sage grouse. These developments would appear to affect about 1% of the original sage grouse range. However, because of their location in areas with better soils and water, it is reasonable to conclude that development of farm/ranch sites negatively impacted more than 1% of the sage grouse population.

## Reservoirs

Creation of reservoirs throughout the distribution of sage grouse in western North America has resulted in direct inundation of hundreds of kilometers of riparian habitats useful for sage grouse broods. In addition, adjacent upland habitats useful throughout the year and especially in winter have been eliminated by fluctuating water levels as well as associated recreation areas for water enthusiasts. No estimate of area impacted is available but reservoirs larger than 50 ha clearly negatively affect sage grouse through loss of brood habitat, lek sites, and winter habitat.

## Roads/Highways

Settlement of western rangelands resulted in development of road/highway systems disecting sage grouse habitats. Most roads/highways were established without regard to important sage grouse use areas. Thus, roads/highways transect brood habitat, lek sites, winter habitat as well as migration corridors. In addition to loss of habitat, roads/highways cause direct mortality of sage grouse (especially high speed paved roads/highways) and may result in reduction of sage grouse use of leks within 1 km because of noise. No estimate of total direct or indirect habitat loss is available.

## Town/Urban Sites

Selection of town sites during settlement resulted from a variety of factors including access, water, presence of building materials, safety, etc. Many sites clearly were sage grouse habitat and contained components that could be used for winter habitat, lek sites, and brood use areas. More recently, placement of residential dwellings and subdivisions in sage grouse habitats has become common. Some residences and subdivisions (ranchettes) are far removed from towns and have been placed within sage grouse winter and brood habitats as well as on lek sites. This trend is continuing and may result in complete extirpation of sage grouse in some fragmented populations. It is estimated that 3-5% of all historical sage grouse habitat in Colorado has been negatively impacted by town and urban development. In some counties, up to 50% of the available sage grouse habitat is under development for ranchettes.

BLM_0034736

## HABITAT FRAGMENTATION

### Fences

Historically, large expanses of sage grouse habitat were not fenced. Fences have been used to delineate property boundaries and to manage livestock. They vary from one to two to as many as five strands of wire with some including woven wire with varying mesh size. Originally, most posts were wood but many fences are now supported by metal posts. Thus, fences are not equal in their potential to divide habitats useful to sage grouse. Fence management frequently requires trail access along them and some may be brush beat on one or both sides. Fences with 1-3 strands of wire are normally not negative to sage grouse although sage grouse have been observed and documented flying into fences. Woven wire fences are more negative to sage grouse as they cannot quickly fly or travel through them. Fences with maintained trails adjacent to them are most negative for sage grouse as they are travel corridors for potential predators. Similarly, fences with wood posts provide perch sites for potential avian predators. Sage grouse in some areas in Colorado avoid fences, possibly because of predator activities. Thus, fences are capable of fragmenting useful habitats for sage grouse. There is no estimate of the area impacted by fences within the distribution of sage grouse.

### Powerlines

Placement of powerlines within sage grouse habitats dates to the late 1800's to the advent of telegraph, telephone, and electrical systems. Sage grouse have been documented to be negatively impacted by powerlines through accidental contact while in flight and through use of powerline poles as perches by raptors (Graul 1980, Ellis 1984, 1987). Use of areas near powerlines by sage grouse, as measured by pellet transects, increases as distance from the powerline increases for up to 600 m (C.E. Braun, unpubl. data). Powerlines fragment habitats useful to sage grouse and reduce their security in linear strips up to >1 km in width. There is no estimate of the area impacted by powerlines available. It is possible to markedly reduce the impact of powerlines upon sage grouse through elimination of raptor perch sites.

### Treatments

Management of sagebrush, usually to increase herbaceous forage for domestic livestock, has been and remains common throughout the distribution of sage grouse (Pechanec et al. 1954, Vale 1974, Laycock 1987). Treatments vary from short-duration livestock grazing to chemical and mechanical control of sagebrush. Depending upon type of treatment, sage grouse may alter their use or completely avoid treated areas (Braun et al. 1976, 1977 and many other references). Thus, treatments have altered sage grouse use of habitats throughout western North America. It is conservatively estimated that at least 50% of all western rangelands have been treated at least once with sage grouse use being slightly to heavily (complete avoidance) altered for periods of at least 2-3 years (minimum) to as much as 30 years.

BLM_0034737

## Other Factors Fragmenting Habitats

Ranch/farm development, reservoirs, and roads/highways all fragment sage grouse habitats by making areas unsuitable for seasonal use. Fragmentation caused by reservoirs and roads/highways is linear while that caused by ranch/farm (and town/urban) development is circular. All of these factors negatively impact sage grouse habitats as sage grouse have been documented as landing (unable to cross large reservoirs) in reservoirs and drowning in May-August, being impacted by vehicles during all seasons, and avoiding (radio-marked birds) active farm/ranch and town sites in all seasons except the mid brood-rearing period. The amount of habitat impacted by these factors is unknown.

## HABITAT DEGRADATION

### Treatments

Sagebrush and associated habitats used by sage grouse have been altered since at least 1850-1860 by biological and mechanical treatments (livestock grazing and herding) and the late 1940's by applications of chemicals to control sagebrush. No areas used by sage grouse are known to have escaped treatment. Domestic livestock alone have grazed over most, if not all, areas used by sage grouse. Unlike historic use by wild herbivores of the vast area originally used by sage grouse, use by domestic livestock is repetitive with annual or biennial grazing periods of varying timing and length. Domestic livestock grazing has been shown to have ecological costs (Fleischner 1994, Robbins and Wolf 1994, Brown and McDonald 1995, Paine et al. 1996, Brown and McDonald 1997, Clements and Young 1997, Dudley 1997, Bork et al. 1998, Dobkin et al. 1998). Further, it has been demonstrated through exclosure studies that domestic livestock alter ecosystem processes by reducing water infiltration rates and cover of herbaceous plants and litter as well as disturbing and compacting soils and increasing soil erosion (reviewed by Belsky and Blumenthal 1997). Changes in herbaceous cover and litter coupled with control of fire can lead to establishment and expansion of pinyon (*Pinus spp.*) and juniper (*Juniperus spp.*) into sagebrush-dominated rangelands (Miller and Wigand 1994, Miller and Rose 1995, Davenport et al. 1998). Expansion of pinyon and juniper into habitats used by sage grouse reduces the use of these areas by sage grouse as they generally avoid areas with conifers, apparently because of predation pressure (Commons et al. 1998).

Fire, like domestic livestock grazing, can be considered a biological treatment of sagebrush-dominated habitats. Several species of sagebrush (*A. cana, A. filifolia*) resprout after burning suggesting they evolved with fire. Big sagebrush (*A. t. tridentata, A. t. vaseyana, A.t. wyomingensis*) is killed by fire and does not resprout after burning (Wright et al. 1979) suggesting it evolved where fire was infrequent. While wild fires were widespread in historic times and encouraged by native people, fire intervals are unknown but probably did not exceed 30 to 50 years (Bunting et al. 1987, Bunting 1994). Burning of rangelands at the sagebrush:pinyon/juniper interface was most likely responsible for controlling the spread of pinyon and juniper into sagebrush rangelands (Bunting 1994, Evans and Workman 1994). It is unlikely that fire burned areas uniformly and large areas were unburned for decades (Winward 1984, Braun 1987). Sage grouse may respond to fire by foraging on forbs within burned areas (Pyle and Crawford 1996) as burning can enhance forb production

BLM_0034738

(Cook et al. 1994). However, a clear positive response of sage grouse to burning has not been demonstrated (Benson et al. 1991, Fischer et al. 1996, Connelly and Braun 1997, Connelly et al. 1998). Prescribed fire has been promoted as a tool to improve sagebrush habitats (Winward 1991) for both livestock and wildlife. The total area burned by prescribed and wild fires at 10-year intervals within the distribution of sage grouse is unknown but appears to be increasing (Connelly and Braun 1997).

Mechanical treatments of sagebrush generally involve brush beating, disking, chaining, and railing (Pechanec et al. 1954). These practices were initiated in the 1930's and have continued at relatively low levels (because of costs) to the present. Brush beating in strips with untreated areas twice the width of treated strips appears to have potential benefits to sage grouse by improving herbaceous cover, forb production, and resprouting of sagebrush. Mechanical treatments, especially when coupled with reseeding of exotic grasses, in large (>100 ha) blocks has degraded sage grouse habitats by altering the structure and composition of the vegetation community (Blaisdell et al. 1982, Lancaster et al. 1987). The total area of sage grouse habitat involved with mechanical treatments is unknown.

Chemical control of sagebrush has been accomplished with 2, 4-D; 2, 4, 5 - T; and Tebuthiuron with 2, 4-D being most commonly used from the early 1960's until the late 1970's. Because of health concerns, use of 2, 4-D and 2, 4, 5 -T was curtailed in the 1980's but use of 2, 4-D is again increasing. Use of Tebuthiuron to control sagebrush began in the late 1970's and increased in the 1980's and 1990's until, at present, it is the preferred herbicide by both private individuals and public agencies. Response of vegetation to 2, 4-D is relatively well understood depending upon time of application and plant phenology. Tebuthiuron is a delayed-response herbicide and effectiveness is dependent upon soil characteristics, moisture, as well as application rates (Emmerich 1985). Sage grouse response to herbicide treatment is predictable (Braun et al. 1977) and depends upon extent of kill of forbs and sagebrush. Herbicide treatments in relatively narrow strips (<50 m) with non-treated strips of equal or greater width has not been shown to have positive or negative effects on sage grouse. All block treatments >200 ha in size have negatively impacted sage grouse (Braun and Beck 1996). Millions of hectares of sagebrush have been treated with herbicides to control sagebrush since the early 1960's, but total size of area treated is unknown but probably exceeds 20-25% of the total remaining sagebrush-dominated rangelands. Expected treatment life for sagebrush treated with herbicides has been widely debated but is no less than 15 years and probably not longer than 25-30 years.

Chemicals have also been used to control insects on sagebrush rangelands and adjacent areas. Insects of concern have primarily included grasshoppers, mormon crickets, and mosquitos. Little is known about the direct or indirect effects of insect control upon sage grouse although (Johnson and Boyce 1990) found that sage grouse chicks died of malnutrition if insufficient numbers of insects were available. Blus et al. (1989) documented sage grouse mortality attributed to use of orgnophosphorus insecticides used on cultivated crops. The extent of insecticide use in habitats seasonally used by sage grouse is unknown as is the size of the area involved. However, Johnson and Boyce (1990) reported that 5 million hectares of western rangelands were sprayed for grasshopper control between 1980 and 1985.

147

BLM_0034739

## NATURAL CHANGES

### Drought

Sagebrush-dominated rangelands are generally xeric with average annual precipitation ranging from 15 - 32 cm. Evaporation:transpiration ratios are generally high except in northern latitudes and effective moisture for plant growth is extremely variable. Drought commonly occurs either seasonally or for periods of several years and is normal within the distribution of sage grouse. If average moisture conditions are considered, generally one-half of each 10 or 20-year period will have less than average moisture (Palmer 1965). Thus, habitat management for average herbaceous production could result in improper use in 50% of the years. Declining sage grouse populations in the mid 1930's coincided with drought (Patterson 1952:68-69) throughout the west. A period of dry years in the late 1980's and early 1990's also seemed to coincide with apparent low sage grouse populations (Connelly and Braun 1997). Drought is believed to affect sage grouse populations through increased nest predation and early brood mortality caused by decreased herbaceous cover and forb availability which may also affect insect abundance (Klebenow and Gray 1968, Peterson 1970, Drut et al. 1994 $a$ and $b$, Gregg et al. 1994, Fischer et al. 1996).

## PREDATION

Predators are commonly believed to negatively impact sage grouse populations and, it is true, that every sage grouse will eventually be eaten. Thus, it does not matter whether death occurs in accidents (and the carcass is scavenged) or the bird is harvested (and eaten by humans) or the bird is captured and killed by a predator. Of most importance is the timing of death. Nest loss to predators is most important as potential production of young and recruitment may be seriously impacted. Removing predators has been documented to have a large positive effect on hatching success but was not significant in affecting breeding population size (Cote and Sutherland 1997). Sage grouse nest loss has been attributed to many types of predators (Batterson and Morse 1948, Patterson 1952, Braun et al. 1977, Autenrieth 1981). Gregg et al. (1994), Delong et al. (1995) and Sveum et al. (1998) suggest that nest success is related to herbaceous cover near the nest site. Taller, more dense herbaceous cover apparently reduces nest predation and likely also positively affects early brood survival. Predation of males at lek sites is also common but likely has little overall impact on breeding success or population size except in small populations (Commons et al. 1998). Predation during extreme winters with extensive and deep snow cover may negatively affect size of the breeding population. Generally, it is believed that quantity and quality of habitats used by sage grouse controls the importance of predation. Thus, predation would be expected to be most important as habitat size and herbaceous cover within live sagebrush decreases.

### HUNTING

The effect of recreational harvest on subsequent sage grouse breeding population size is believed to be inconsequential as hunting mortality is thought to be replacive and compensatory. The available evidence (Braun and Beck 1985, Zablan 1993) indicates that direct recovery rates (= annual harvest rate) range from 3 to 11% which is well below

BLM_0034740

one-half of the annual mortality rate that Hickey (1955) believed could be harvested. Zunino (1987) suggested that hunting could negatively affect sage grouse population size. This may be possible depending upon which segment (i.e., brood hens vs. chicks vs. adult males) of the population incurs the highest harvest mortality. However, if hunting seasons are delayed to allow population mixing in fall and with conservative bag/possession limits (1/2, 2/4), it is unlikely that subsequent breeding population size could be affected by recreational hunting. (Braun and Beck 1985, 1996).

## CONCLUSIONS

Distribution and abundance of sage grouse have markedly decreased since the advent of survey efforts. Overall distribution has decreased by an estimated 50% since settlement while apparent breeding population size has decreased from 45 - 80% since the early 1950's. Much of the decrease in population size has occurred since 1980. Declines in sage grouse abundance are mostly attributed to human-caused changes in sagebrush habitats with drought also implicated in short-term population fluctuations. The demonstrated declines in sage grouse populations are not attributable to one factor but instead have been caused by a complexity of factors. No undisturbed habitats occur within the distribution of sage grouse and active habitat management is needed on a landscape scale if populations are to remain viable, especially at the present periphery of the distribution. Conservation plans that are developed at the local community level appear to have the best opportunity for support and eventual success.

## ACKNOWLEDGMENTS

Information upon which this paper is based is from the scientific literature, studies in Colorado from 1973 to the present, and data provided by the member states/provinces through the Western States Columbian Sharp-tailed Grouse and Sage Grouse Technical Committee of the Western Association of Fish and Wildlife Agencies. Many individuals have influenced my understanding of sage grouse and their use of sagebrush. I especially acknowledge R.E. Autenrieth, T.D.I. Beck, J.W. Connelly, J.A. Crawford, R.L. Eng, D.A. Klebenow, G.E. Rogers, and R.O. Wallestad for their research/management studies and willingness to share ideas. The Wyoming Game and Fish Department, especially J. Lawson, encouraged preparation of this paper. K.M. Giesen and T.E. Remington reviewed an early draft of the manuscript. While I have been encouraged by others, all inferences and conclusions are mine. This is a contribution from Colorado Division of Wildlife Federal Aid in Wildlife Restoration Project W-167-R.

## REFERENCES

Aldrich, J.W. 1963. Geographic orientation of American Tetraonidae. J. Wildl. Manage. 27:529-545.

American Ornithologists' Union. 1957. Check-list of North American birds. 5th ed. Lord Baltimore Press, Baltimore, MD. 691 pp.

Autenrieth, R.E. 1981. Sage grouse management in Idaho. Idaho Dep. Fish and Game Wildl. Bull. 9. 238 pp.

BLM_0034741

Batterson, W.M., and W.B. Morse. 1948. Oregon sage grouse. Oregon Game Comm. Fauna Ser. 1. 29 pp.

Bent, A.C. 1932. Life histories of North American gallinaceous birds. Orders Galliformes and Columbiformes. U.S. Natl. Mus. Bull. 162:300-310.

Beetle, A.A. 1960. A study of sagebrush. The section Tridentatae of Artemisia. Univ. Wyoming Agric. Exp. Stn. Bull. 368. 83 pp.

Belsky, A.J., and D.M. Blumenthal. 1997. Effects of livestock grazing on stand dynamics and soils in upland forests of the Interior West. Conserv. Biol. 11:315-327.

Benson, L.A., C.E. Braun, and W. C. Leininger. 1991. Sage grouse response to burning in the big sagebrush type. Proc. Issues and Technology in the Management of Impacted Western Wildlife. Thorne Ecol. Inst. 5:97-104.

Blaisdell, J.P., R.B. Murray, and E.D. McArthur. 1982. Managing Intermountain range-lands - sagebrush-grass ranges. U.S. Dep. Agric., For. Serv. Gen. Tech. Rep. INT-134. 41 pp.

Blus, L.J., C.S. Staley, C.J. Henny, G.W. Pendleton, T.H. Craig, E.H. Craig, and D.K. Halford. 1989. Effects of organophosphorus insecticides on sage grouse in southeastern Idaho. J. Wildl. Manage. 53:1139-1146.

Bork, E.W., N.E. West, and J.W. Walker, 1998. Cover components on long-term seasonal sheep grazing treatments in three-tip sagebrush steppe. J. Range Manage. 51:293-300.

Braun, C.E. 1986. Changes in sage grouse lek counts with advent of surface coal mining. Proc. Issues and Technology in the Management of Impacted Western Wildlife. Thorne Ecol. Inst. 2:227-231.

_____. 1987. Current issues in sage grouse management. Proc. West. Assoc. Fish and Wildl. Agencies 67:134-144.

_____. 1995. Distribution and status of sage grouse in Colorado. Prairie Nat. 27:1-9.

_____, and T.D.I. Beck. 1985. Effects of changes in hunting regulations on sage grouse harvest and populations. Pages 335-343 in S.L. Beason and S.F. Roberson, eds., Game Harvest Management. Proc. 3rd Int. Symp. Caesar Kleberg Res. Inst., Kingsville, TX.

_____, and _____. 1996. Effects of research on sage grouse management. Trans. North Am. Wildl. and Nat. Resour. Conf. 61:429-436.

_____, M.F. Baker, R.L. Eng, J.S. Gashwiler, and M.H. Schroeder. 1976. Conservation
Dalke, P.D., D.B. Pyrah, D.C. Stanton, J.E. Crawford, and E.F. Schlatterer. 1963. Ecol

BLM_0034742

Committee report on the effects of alteration of sagebrush communities on the associated avifauna. Wilson Bull. 88:165-171.

_____, T. Britt, and R.O. Wallestad. 1977. Guidelines for maintenance of sage grouse habitats. Wildl. Soc. Bull. 5:99-106.

Brown, J.H., and W. McDonald. 1995. Livestock grazing and conservation on southwestern rangelands. Conserv. Biol. 9:1644-1647.

_____, and _____. 1997. Historical and cultural perspectives on grazing: reply to Dudley. Conserv. Biol. 11:270-272.

Bunting, S.C., B.M. Kilgore, and C.L. Bushey. 1987. Guidelines for prescribed burning sagebrush-grass rangelands in the northern Great Basin. U.S. Dep. Agric., For. Serv. Gen. Tech. Rep. INT-231. 33 pp.

_____. 1994. Effects of fire on juniper woodland ecosystems in the Great Basin. Pages 53-55 *in* S.B. Monsen and S.G. Kitchen, compilers. Proc. Ecology and Management of Annual Rangelands. U.S. Dep. Agric., For. Serv. Gen. Tech. Rep. INT-GTR 313 pp.

Carhart, A.H. 1954. Sagebrush is going! Audubon Mag. 56:200-204.

Clements, C.D., and J.A. Young. 1997. A viewpoint: rangeland health and mule deer habitat. J. Range Manage. 50:129-138.

Colenso, B.E., M.S. Boyce, and J. Tate, Jr. 1980. Developing criteria for reclamation of sage grouse habitat on a surface coal mine in northeastern Wyoming. Pages 27-31 in Proc. Symposium: Surface Mining Hydrology, Sedimentology, and Reclamation. Univ. Kentucky, Lexington.

Commons, M.L., R.K. Baydack, and C.E. Braun. 1998. Sage grouse response to pinyon-juniper management. Pages 1-2 *in* S.B. Monsen, R. Stevens, R.J. Tausch, R. Miller, and S. Goodrich, compilers. Proc. ecology and management of Pinyon-Juniper communities within the interior west. U.S. Dep. Agric., For. Serv. RM. In Press.

Connelly, J.W., and C.E. Braun. 1997. Long-term changes in sage grouse *Centrocercus urophasianus* populations in western North America. Wildl. Biol. 3:229-234.

_____, K.P. Reese, R.A. Fischer, and W.L. Wakkinen. 1998. Response of a sage grouse breeding population to fire in southeastern Idaho. Wildl. Soc. Bull. In Press.

Cook, J.G., T.J. Hershey, and L.L. Irwin. 1994. Vegetative response to burning on Wyoming mountain-shrub big game ranges. J. Range Manage. 47:296-302.

Cote, I.M., and W.J. Sutherland. 1997. The effectiveness of removing predators to protect bird populations. Conserv. Biol. 11:395-405

BLM_0034743

Dalke, P.D., D.B. Pyrah, D.C. Stanton, J.E. Crawford, and E.F. Schlattered. 1963. Ecology, productivity, and management of sage grouse in Idaho. J. Wildl. Manage. 27:811-841.

Dargan, L.M., and R.J. Keller. 1940. Survey of 1940/North Park, Jackson County, Colorado. Sage Grouse Surv. 2, Colorado Game and Fish Dep. Denver. 28 pp.

Davenport, D.W., D.B. Breshears, B.P. Wilcox, and C.D. Allen. 1998. Viewpoint: sustainability of pinon-juniper ecosystems - a unifying perspective of soil erosion thresholds. J. Range Manage. 51:231-240.

Delong, A.K., J.A. Crawford, and D.C. Delong. 1995. Relationships between vegetational structure and predation of artificial sage grouse nests. J. Wildl. Manage. 59:88-92.

Dobkin, D.S., A.C. Rich, and W.H. Pyle. 1998. Habitat and avifaunal recovery from livestock grazing in a riparian meadow system of the northwestern Great Basin. Conserv. Biol. 12:209-221.

Drut, M.S., J.A. Crawford, and M.A. Gregg. 1994a. Brood habitat use by sage grouse in Oregon. Great Basin Nat. 54:170-176.

_____, W.H. Pyle, and J.A. Crawford. 1994b. Diets and food selection of sage grouse chicks in Oregon. J. Range. Manage. 47:90-93.

Dudley, J.P. 1997. Paleontological and cultural perspectives on livestock grazing in southwestern rangelands: response to Brown and McDonald. Conserv. Biol. 11:267-269.

Ellis, K.L. 1984. Behavior of a lekking sage grouse in response to a perched golden eagle. West. Birds 15:37-38.

_____. 1987. Effects of a new transmission line on breeding male sage grouse at a lek in northwestern Utah. Trans. Western States Sage Grouse Workshop 15: Abstract.

Emmerich, W.E. 1985. Tebuthiuron - environmental concerns. Rangelands 7:14-16.

Emmons, S.R., and C.E. Braun. 1984. Lek attendance of male sage grouse. J. Wildl. Manage. 48:1,023-1,028.

Eng, R.L. 1963. Observations of the breeding biology of male sage grouse. J. Wildl. Manage. 27:841-846.

_____, E.J. Pitcher, S.J. Scott, and R.J. Greene. 1979. Minimizing the effect of surface coal mining on a sage grouse population by a directed shift of breeding activities. Pages 464-468 in G.A. Swanson, tech coordinator. The Mitigation Symposium: a national workshop on mitigating losses of fish and wildlife habitats. U.S. Dep. Agric., For. Serv. Gen. Tech. Rep. RM-65.

BLM_0034744

Evans, S.G., and J.P. Workman. 1994. Optimization of range improvements on sagebrush and pinyon-juniper sites. J. Range Manage. 47-159-164.

Fischer, R.A., K.P. Reese, and J.W. Connelly. 1996. An investigation on fire effects within xeric sage grouse brood habitat. J. Range Manage. 49:194-198.

Fleischner, T.L. 1994. Ecological costs of livestock grazing in western North America. Conserv. Biol. 8:629-644.

Gabrielson, I.N., and S.G. Jewett. 1940. Birds of Oregon. Oregon State Coll., Corvallis. 650 pp.

Girard, G.L. 1937. Life history, habits, and food of the sage grouse, *Centrocercus urophasianus* Bonaparte. Univ. Wyoming Publ. 3. 56 pp.

Graul, W.D. 1980. Grassland management and bird communities. Pages 38-47 *in* R.M. DeGraff and N.G. Tilghman, compilers. Workshop Proc., Management of western forests and grasslands for nongame birds. U.S. Dep. Agric., For. Serv. Gen. Tech. Rep.. INT-86.

Gregg, M.A., J.A. Crawford, M.S. Drut, and A.K. Delong. 1994. Vegetational cover and predation of sage grouse nests in Oregon. J. Wildl. Manage. 58:162-166.

Griner, L.A., 1939. A study of the sage grouse (*Centrocercus urophasianus*), with special reference to life history, habitat requirements, and numbers and distribution. M.S. thesis, Utah State Coll., Logan. 83 pp.

Hickey, J.J. 1955. Some American population research on gallinaceous birds. Pages 326-396 in A. Wolfson, ed. Recent studies in avian biology. Univ. Illinois Press, Urbana

Hornaday, W.T. 1916. Save the sage grouse from extinction, a demand from civilization to the western states. New York Zool. Park Bull. 5:179-219.

Jenni, D.A., and J.E. Hartzler. 1978. Attendance at a sage grouse lek: implications for spring censuses. J. Wildl. Manage. 42:46-52.

Johnsgard, P.A. 1973. Grouse and quails of North America. Univ. Nebraska Press, Lincoln. 553 pp.

Johnson, G.D., and M.S. Boyce. 1990. Feeding trials with insects in the diet of sage grouse chicks. J. Wildl. Manage. 54:89-91.

Klebenow, D.A., and G.M. Gray. 1968. Food habits of juvenile sage grouse. J. Range Manage. 21:80-83.

Lancaster, D.L., J.A. Young, and R.A. Evans. 1987. Weed and brush control tactics in the

BLM_0034745

sagebrush ecosystem. Pages 11-14 *in* J.A. Onsager, ed. Integrated pest management on rangeland: state of the art in the sagebrush ecosystem. U.S. Dep. Agric., Agric. Res. Serv. ARS-50.

Laycock, W.A. 1987. Grazing management systems and tactics in the sagebrush ecosystem. Pages 40-49 *in* J.A. Onsager, ed. Integrated pest management on rangelands: state of the art in the sagebrush ecosystem. U.S. Dep. Agric., Agric. Res. Serv. ARS-50.

Miller, R.F., and J. A. Rose. 1995. Historic expansion of *Juniperus occidentalis* (western juniper) in southeastern Oregon. Great Basin Nat. 55:37-45.

_____, and P.E. Wigand. 1994. Holocene changes in semiarid pinyon-juniper woodlands. Bioscience 44:465-474.

Paine, L., D.J. Undersander, D.W. Sample, G.A. Bartelt, and T.A. Schatteman. 1996. Cattle trampling of simulated ground nests in rotationally grazed pastures. J. Range. Manage. 49:294-300.

Palmer, W.C. 1965. Meteorological drought. U.S. Dep. Commerce Res. Paper 45. 58 pp.

Patterson, R.L. 1952. The sage grouse in Wyoming. Sage Books Inc., Denver, CO 341 pp.

Pechanec, J.F., G. Stewart, A.P Plummer, J.H. Robertson, and A.C. Hull. 1954. Control ling sagebrush on rangelands. U.S. Dep. Agric. Farmer's Bull. 2072. 36 pp.

Peterson, J.G. 1970. The food habits and summer distribution of juvenile sage grouse in central Montana. J. Wildlife Manage. 34:147-155.

Pyle, W.H., and J.A. Crawford. 1996. Availability of foods of sage grouse chicks following prescribed fire in sagebrush-bitterbrush. J. Range Manage. 49:320-324.

Remington, T.E., and C.E. Braun. 1991. How surface coal mining affects sage grouse, North Park, Colorado. Proc. Issues and Technology in the Management of Im pacted Western Wildlife. Thorne Ecol. Inst. 5:128-132.

Rich. T. 1985. Sage grouse population fluctuations: evidence for a 10-year cycle. U.S. Dep. Inter., Bur. Land Manage., Idaho State Office Tech. Bull. 85-1. 20 pp.

Robbins, W.G. and D.W. Wolf. 1994. Landscape and the intermountane northwest: an environmental history. U.S. Dep. Agric., For. Serv. Gen. Tech. Rep. PNW-GTR-

Rogers, G.E. 1964. Sage grouse investigations in Colorado. Colorado Dep. Game, Fish and Parks Tech. Publ. 16. 132 pp.

Rush, W.M. 1942 . Wildlife of Idaho. Caxton Printers Ltd., Caldwell, ID. 299 pp.

BLM_0034746

Schneegas, E.R. 1967. Sage grouse and sagebrush control. Trans. North Am. Wildl. and Nat. Resour. Conf. 32:270-274.

Scott, M.D., and G.M. Zimmerman. 1984. Wildlife management at surface coal mines in the northwest. Wildl. Soc. Bull. 12:364-370.

Sveum, C.M., W.D. Edge, and J.A. Crawford. 1998. Nesting habitat selection by sage grouse in southcentral Washington. J. Range Manage. 51:265-269.

Swensen, J.E., C.A. Simmons, and C.D. Eustace. 1987. Decrease of sage grouse *Centrocercus urophaianus* after ploughing of sagebrush steppe. Biol. Conserv. 41:125-132.

Tate, J., Jr., M.S. Boyce, and T.R. Smith. 1979. Response of sage grouse to artificially created display ground. Pages 459-463 *in* G.A. Swanson, tech. coordinator. The Mitigation Symposium: a national workshop on mitigating losses of fish and wildlife habitats. U.S. Dep. Agric., For. Serv. Gen. Tech. Rep. RM-65.

Tisdale, E.W., and M. Hironaka. 1981. The sagebrush-grass region: a review of the ecological literature. Univ. Idaho For., Wildl., and Range Exp. Stn. Bull. 33. 31 pp.

Todd, M., and W. Elmore. 1997. Historical changes in western riparian ecosystems. Trans. North Am. Wildl. and Nat. Resour. Conf. 62:454-468.

Vale, T.R. 1974. Sagebrush conversioin projects: an element of contemporary environmental change in the western United states. Biol. Conserv. 6:274-284.

_____. 1975. Presettlement vegetation in the sagebrush-grass area of the Intermoun tain West J. Range Manage. 28:32-36

Visher, S.S. 1913. Notes on the sage hen. Wilson Bull. 25:90-91.

Western Association of State Fish and Game Commissioners. 1968. Resolution No. 9. Preservation of sage grouse habitat./ Proc. West. Assoc. state Fish and Game Comm. 48:702

_____. 1974. Resolution No. 9. Guidelines for sage grouse rang. Proc. West. Assoc. state Fish and game Comm. 54:398-399.

Western States Sage Grouse Technical Committee. 1995. Status of sage grouse. West. States Sage Grouse Tech. Comm., Unpubl. Rep. San Diego, CA. Unnumbered.

Willis, M.J., G.P. Keister, Jr., D.A. Immel, D.M. Jones, R.M. Powell, and K.R. Durbin. 1993. Sage grouse in Oregon. Oregon Dep. Fish and Wildl. Wildlife. Res. Rep. 15. 56pp.

Winward, A.H. 1984. Fire in the sagebrush-grass ecosystem - the ecological setting. Pages 2-6 *in* K. Sanders and J. Durban, eds. rangelend fire effects, a symposium. U.S. Dep. Inter., Bur. Land Manage. Boise, ID.

BLM_0034747

_____. 1991. Management in the sagebrush steppe. Oregon Agric. Exp. Stn., Oregon State Univ. Spec. Re. 880. 7pp.

Wright, H.A., L.F. Neuenschwander, and C.M. Britton. 1979. The role and use of fire in sagebrush-grass and pinyon/juniper plant communities: astate of the art review. U.S. Dep. Agric., For. Serv. Gen Tech. Rep. INT-58. 48pp.

Young, J.A., R.E. Eckert, and R.A. Evans. 1979. Historical perspectives regarding the sagebrush ecosystem. Pages 1-3 *in* Proc. The sagebrush ecosystem: a symposium. Utah State Univ., Logan.

Zablan, M.A. 1993. Evaluation of sage grouse banding program in North Park, Colorado. M.S. thesis, Colorado State Univ., Fort Collins. 59pp.

Zunino, G.W. 1987. Harvest effect on sage grouse densities in northwest Nevada. M.S. thesis, Univ. Nevada, Reno. 41pp.

BLM_0034748

Braun, C.E. 1987. Current issues in Sage Grouse management . Proceedings of the Western Association of State Game and Fish Commissioners 67:134-144.

Braun, C.E. 1998. Sage-grouse declines in western North America: what are the problems?. Proceedings of the Western Association of State Game and Fish Commissioners 78:139-156.

Eng. R. L., and R. J. Mackie. 1982. Integrating grazing-range management practices with management of major wildlife species on rangeland in north central Montana. Proceedings of the Western Association Fish and Wildlife Agencies 62:112-119.

Autenrieth, R.E. 1981. Sage Grouse management in Idaho. Wildlife Bulletin No. 9, Boise, Idaho.

Craddock, G.W., and C.L. Forsling. 1938. The influence of climate and grazing on spring-fall sheep range in southern Idaho. Technical Bulletin 600. United States Department of Agriculture, Washington, DC.

Fulgham, K.O., M.A. Smith, and J.C. Malechek. 1982. A compatible grazing relationship can exist between domestic sheep and mule deer. pp. 458-478 In J.M. Peek and P.D. Dalke [eds]. Proceeding of the Wildlife-Livestock Relationships Symposim Idaho For., Wildl. and Range Exp. Sta. University of Moscow, Moscow, ID.

Klebenow, D.A. 1981. Livestock grazing interactions with sage grouse. pp. 113-123 In J.M. Peek and P.D. Dalke [eds]. Proceedings of the wildlife-livestock relationships symposium April 20-22. University of Idaho, Idaho Forest, Wildlife and Range Experiment Station, Moscow, ID.

Platts, W.S. 1981. Sheep and cattle grazing strategies on riparian-stream environments . Proceeding 10. pp. 251-270 In U.S. Dept. of Agriculture, and Forest Service [eds]. Proceeding of the wildlife-livestock relationships symposium . University of Idaho, Moscow, ID.

Nielsen, L.S., and C.A. Yde. 1981. The effects of rest-rotation grazing on the distribution of sharp-tailed grouse. University of Idaho Forest, Wildlife and Range Experiment Station, Moscow, Idaho .

Autenrieth, R., W. Molina, and C. Braun. 1982. Sage grouse management practices. Technical Bulletin No. 1. Western States Sage Grouse Committe, Twin Falls, ID.

Autenrieth, R.E. 1973. Sage grouse research in Idaho. Proceeding Western States Sage Grouse Workshop 8:51-52.

Autenrieth, R.E. and W. Molina, and C. Braun. 1982. Sage Grouse Managment Practice. Technical Bulletin #1. Western States Sage Grouse Committee , Twin Falls, Idaho .

SK 351. WSS

SK 373 .C3   CALIF FISH & GAME (1982)   68 : 160 -173   Hanley

SD 12. I2 WSS no 25

Case No. 1:20-cv-02484-MSK   Document 36-13   filed 04/27/21   USDC Colorado   pg 53 of 202

# NONMAMMALIAN VERTEBRATE FAUNAS FROM THE LATE CRETACEOUS OF WYOMING

## BRENT H. BREITHAUPT[1]

### ABSTRACT

*Nonmammalian vertebrate fossils are common in Late Cretaceous rocks throughout Wyoming. Strata of this age, spanning 35 million years (65-100 million years ago) and reaching thicknesses of 3,000 meters, flank many of the major structural basins within the state. Comprehensive faunal lists are compiled for the Late Cretaceous of Wyoming. The faunas of the nonmarine Lance and "Mesaverde" formations are the most diverse and significant within the state. Late Cretaceous non-mammalian vertebrate fossils found in Wyoming consist of remains of sharks, rays, bony fishes, frogs, salamanders, champsosaurs, turtles, lizards, mosasaurs, snakes, alligators, crocodiles, pterosaurs, dinosaurs, plesiosaurs, ichthyosaurs, and birds. These organisms inhabited the marine, transitional marine, or nonmarine coastal floodlain and upland environments associated with a subtropical to warm temperate, fluctuating Late Cretaceous epicontinental seaway. Although Late Cretaceous vertebrate fossils have been known in the state since 1872, few previous published faunal lists exist. Current research on faunas of this age from Wyoming will add greatly to the understanding of the biota of this part of the Western Interior during the end of the Mesozoic.*

## INTRODUCTION

Rocks of Cretaceous age crop out in most of the major intermontane structural basins of Wyoming today (see Figure 1).

These rocks were deposited in part of a major asymmetrical depositional basin in the Western Interior at the very end of the Mesozoic, associated with the western shore of a fluctuating transgressive-regressive epicontinental seaway. Although vertebrate fossils are known from Cretaceous strata throughout Wyoming, this paper will concentrate only on the better known Late Cretaceous (65-100 million years old; Cenomanian-Maastrichtian) nonmammalian vertebrate faunas of the state. For information on the Early Cretaceous (100-140 million year old; Berriasian-Albian) faunas of Wyoming see Nace (1939), Paull (1957, 1962), Randall (1962), Ostrom (1965, 1970), Ostrom and McIntosh (1966), Eicher (1960), Clemens *et al.* (1979), and Breithaupt (*in prep.*). Well-described mammalian faunas also are known for several of the sites described herein, especially those in Maastrichtian age



**Figure 1. Map of Wyoming showing outcrops of Cretaceous age strata (modified from Cobban and Reeside, 1952).**

strata (see Clemens, 1964, 1966, 1973; Lillegraven and McKenna, *in press*; Breithaupt and Lillegraven, *in prep.*; and Lillegraven, *in prep.*).

Today Wyoming represents just a part of the major

[1]The Geological Museum and Department of Geology and Geophysics, University of Wyoming, Laramie 82071.

BLM_0034750

Case No. 1:20-cv-02484-MSK    Document 36-13    filed 04/27/21    USDC Colorado    pg 54 of 202

depositional basin that existed in the Western Interior during the Late Cretaceous. Vertebrate faunas discussed herein will be restricted to those localities within the approximately 260,000 square kilometer area of the Western Interior occupied by the state of Wyoming. For information on Late Cretaceous sites found in adjacent states see Russell (1930, 1964), Gilmore (1946), Spieker (1946), Zangerl and Sloan (1960), Ostrom (1965), Russell (1967, 1975), Estes et al. (1969), Estes and Berberian (1970), Sahni (1972), Carpenter (1979), Clemens et al. (1979), Lupton et al. (1980), Archibald (1982), and Horner (1984).

Although fossil vertebrate localities are known to occur throughout Wyoming, in 17 of 23 counties plus the Yellowstone Park region (see Table 1 and Figure 2), only Maastrichtian age localities in Niobrara (Estes, 1964), Sweetwater (Breithaupt, 1982), Natrona (Breithaupt and Greenwald, in prep.), and Park (Breithaupt, in prep.) counties have the highest taxonomic diversity.

This paper is a summary of what is known to date concerning these faunas as well as others, that existed in Wyoming in the latest part of the Mesozoic.



N

100 KILOMETERS

Figure 2. Map of Wyoming indicating the approximate localities of Late Cretaceous vertebrate faunas. See Table 1 for references.

BLM_0034751

**Table 1.** Summary of know fossil sites from the 23 counties and Yellowstone Park region within Wyoming.

| | Ferris | Pinyon | Lance | Evanston | Medicine Bow | Harebell | Fox Hills | "Lewis" | Pierre | "Mesaverde" | Cody | Niobrara | Carlile | Greenhorn | Frontier | Belle Fourche |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Albany | | | | | | | | x[1] | | | | x[1] | | | x[1] | |
| Big Horn | | | x[1-5] | | | | | | | x[1] | | | | | x[1] | |
| Campbell | | | | | | | | | | | | | | | | |
| Carbon | x[2,3] | | | x[2,3,6] | | | x[1] | | | | | | | | x[1] | |
| Converse | | | x[1] | | | x[1] | | | | | | | | | | |
| Crook | | | | | | | | | x[7] | | | | | x[7] | | |
| Fremont | | | | | | | | | | | | | | | | |
| Goshen | | | x[2,8,9] | | | | | | | | | | | | | |
| Hot Springs | | | x[1,10,11] | | | | | | | x[1,12] | | | | | | |
| Johnson | | | x[2,3,5] | | | | | | | | | x[13] | | | | |
| Laramie | | | | | | | | | | | | | | | | |
| Lincoln | | | | x[14,15] | | | | | | | | | | | | |
| Natrona | | | x[1,8,16,17] | | | | | | x[17] | x[1,3,12,16,17] | x[1] | | | | x[17] | |
| Niobrara | | | x[1-4,8,16-18] | | | | | | | x[1,8,19,20] | | | | | | |
| Park | | | x[1,4,8,21,22] | | | | | | | | | | | | | |
| Platte | | | | | | | | | | | | | | | | |
| Sheridan | | | | | | | | | | | | | | | | |
| Sublette | | | | | | | | | | | | | | | | |
| Sweetwater | | | x[1,19,23,24] | | | x[1] | | | x[1,8] | | | | | | | |
| Teton | x[25,26] | | | | | x[25,26] | | | | | | | | | | |
| Uinta | | | | | | | | | | | | | | | | |
| Washakie | | | x[1,11] | | | | | | | x[1,12] | x[1] | | | | | |
| Weston | | | x[3,4,18,27] | | | | | | | | | x[7] | | | | |
| Yellowstone Nat. Park | | | | | | | | | | | x[29] | | | | x[1] | x[1,28] |

Data from:

1. Geological Museum Localities, University of Wyoming.
2. Lull (1933).
3. Ostrom (1965).
4. Clemens et al. (1979).
5. Hewett and Lupton (1917).
6. Bowen (1918).
7. Rubey (1931).
8. Museum Localities, University of Colorado.
9. Schlaikjer (1935).
10. Kite (in prep.).
11. Hartman (1984).
12. Breithaupt and Greenwald (in prep.).
13. Wilson (1951).
14. Rubey et al. (1961).
15. Oriel and Tracy (1970).
16. Estes (1964).
17. Wegemann (1911).
18. Lull and Wright (1942).
19. Breithaupt (in prep.).
20. Ostrom (1978).
21. Welles (1952).
22. Russell (1964).
23. Cope (1872).
24. Breithaupt (1982).
25. McKenna (1980).
26. McKenna and Love (1970).
27. Van Valen (1967).
28. Nace (1941).
29. Rupple (1982).

BLM_0034752

## PREVIOUS WORK

Over 100 years ago the first Late Cretaceous vertebrate fossil discovery was made in Wyoming. The earliest vertebrate fossil found in rocks of Late Cretaceous age belonged to a headless skeleton of the ceratopsian dinosaur *Agathamaus sylvestris* that was collected by Prof. E. D. Cope in 1872 near Black Butte station in the southwestern part of the state. This specimen was one of the first known ceratopsian dinosaurs found; only those discovered by F. V. Hayden 17 years earlier in the Judith River Formation of Montana were documented at the time. Later major excavations of the "Ceratops Beds" in Niobrara County, Wyoming by J. B. Hatcher, working for Prof. O. C. Marsh, uncovered many skulls and skeletons of ceratopsians as well as numerous other lower vertebrates and mammals during the years 1888-1892 (Hatcher, 1896 and Lull, 1915). Later the Sternbergs, collecting for the American Museum of Natural History, discovered two "mummified" (with extensive skin impressions) hadrosaurian dinosaurs in these beds of eastern Wyoming. Only within the last 25 years has material from these Wyoming sites been adequately described (Estes, 1964; Breithaupt, 1982, Clemens, 1964, 1966, 1973). In the intervening years material was described from other localities around the state, but no major faunas were recorded. Significant collections are still being made at the "type Lance Formation" beds in Niobrara County and major Maastrichtian faunas are now known from the Bighorn Basin (Breithaupt, *in prep.*) and eastern Wind River Basin (Lillegraven and McKenna, *in press*; and Breithaupt and Greenwald, *in prep.*). Many more faunas remain to be discovered with continued research in the Late Cretaceous rocks of the state, especially those sites with potential for underwater screen-washing of sediments for microvertebrates (see McKenna, 1962). This area of research will add important new information on the regional ecology of the Wyoming area in the Late Cretaceous.

## LATE CRETACEOUS NONMAMMALIAN VERTEBRATE FAUNAS

Late Cretaceous units reaching up to 3,000 meters of section and encompassing six European stages (Cenomanian, Turonian, Coniacian, Santonian, Campanian, and Maastrichtian) are found throughout Wyoming. All major vertebrate faunas come from latest Cretaceous (Maastrichtian) age rocks (65-75 million years old) considered by Lillegraven and McKenna (*in press*) to represent the Judithian and Lancian provincial "ages" based on mammalian fossils. Increased knowledge of the North American

Maastrichtian lower vertebrate faunas in the Western Interior also may define an "Edmontonian" "age" (Lillegraven and McKenna, *in press*). There are roughly 32 formation names currently used for the Late Cretaceous in Wyoming (see Randall, 1961, 1962). Of these only 16 contain documented vertebrate fossil remains and only from the Lance and "Mesaverde" formations has this material been found in any significant numbers.

Late Cretaceous rocks of Wyoming consist of intertonguing, cyclic deposits of marine, marginal marine, and nonmarine strata deposited on the western side of a fluctuating epicontinental seaway. Although vertebrate fossils are known from all three environments, the greatest diversity and abundance of material comes from the fluviatile and lacusatrine coastal floodplain deposits of the nonmarine environment. Much work has been done on the transgressions and regressions that affected deposition in Wyoming 65 to 100 million years ago. For further information see McGookey *et al.* (1972), Asquith (1970), Weimer (1960, 1961), Weimer and Land (1975), Kauffman (1977), and Kiteley (1983). The following is a listing of all known nonmammalian vertebrate fossils from the Late Cretaceous rocks of Wyoming, as well as a brief discussion of the rock units (see Randall, 1961, 1962; Clemens, 1964; Gill *et al.*, 1970; Oriel and Tracy, 1970; Land, 1972; Merewether and Cobban, 1972; Love, 1973; Ryan, 1977; Merewether *et al.*, 1979; and Merewether, 1983 for further lithologic descriptions). Weimer's (1960) Late Cretaceous transgressive-regressive cycle annotations (T1-R4) are used herein. Discussion of the various seaway cycles (Greenhorn, Niobrara, Claggett, and Bearpaw) of the Late Cretaceous follows McGookey (1972).

### Belle Fourche Shale

The Belle Fourche Shale crops out only in the northeastern part of the state. Elsewhere in Wyoming it is considered the basal member of the Frontier Formation. It reaches over 150 meters in thickness and consists of marine deposited, gray-black shales. It represents part of the transgressive phase (T1) of the Greenhorn seaway cycle in Wyoming, and encompasses the Lower and Middle Cenomanian stages (Merewether *et al.*, 1979). Vertebrate fossils have been found only in Weston County (see Nace, 1941).

**Belle Fourche Shale Nonmammalian Vertebrate Fauna**

CLASS REPTILIA
 Order ICHTHYOSAURIA
  Family Ichthyosauridae
   *Myopterygius petersoni* Nace, 1941

BLM_0034753

NONMAMMALIAN VERTEBRATE FAUNAS FROM THE LATE CRETACEOUS OF WYOMING

163

## Frontier Formation

The Frontier Formation consists of up to 600 meters of marine and nonmarine deposited sandstones, conglomerates, dark gray shales, coals, and siltstones that crop out throughout the state, except for the easternmost part. It was deposited during the initial Late Cretaceous transgressive-regressive phases of the Greenhorn seaway across Wyoming (T1 and R1 of Weimer, 1960), representing latest Albian to Coniacian time (Merewether *et al.*, 1979). Frontier Formation vertebrate fossils have been found in six counties (Albany, Bighorn, Carbon, Lincoln, Niobrara, and Weston) of Wyoming. Fish teeth were mentioned by Ruppel (1982) from the Frontier Formation of the northern Yellowstone Park region, but no further information could be provided by the author (Ruppel, *personal communication*). Lillegraven (*personal communication*) reports that the Frontier Fromation in Lincoln County contains numerous highly fragmented dinosaur bones. Data for the following faunal list are from Wegemann (1911) and specimens at the Geological Museum at the University of Wyoming.

### Frontier Formation Nonmammalian Vertebrate Fauna

CLASS CHONDRICHTHYES
    Order SELACHII
        Family Ptychodontidae
          *Ptychodus* sp.
    Order EUSELACHII
        Family Odontaspidae
          *Scapanorhynchus* sp.
        Family Isuridae
          *Lamna* sp.
    Order BATOIDEA
        Family Dasyatidae
          *Myledaphus* sp.
          *Ptychotrygon* sp.
CLASS OSTEICHTHYES
    Infraclass HOLOSTEI
        Order LEPISOSTEIFORMES
            Family Lepisosteidae
               *Atractosteus* sp.
        Order PYCNODONTIFORMES
            Family Pycnodontidae
               *Anomaeodus* sp.
CLASS REPTILIA
    Order TESTUDINATA
        Suborder Cryptodira
          Unidentified genus and species
    Order SAURIA
        Unidentified genus and species
    Order CROCODILIA

        Family Crocodylidae
          Subfamily Crocodylinae
            *Leidyosuchus* sp.

## Greenhorn Limestone

The Greenhorn Limestone is restricted to outcrops in the easternmost part of Wyoming. It consists of up to 70 meters of marine deposited limestones and shales. It represents part of the Greenhorn Transgressive phase (T1) of the Western Interior Seaway and is thought to be Late Cretaceous and Early Turonian in age (Merewether *et al.*, 1979). Fossils of fish bones, teeth, and scales were mentioned by Rubey (1931) from Crook County. No further information is given.

## Carlile Shale

The Carlile Shale is a marine deposited unit of predominantly gray shales with some limestones and sandstones that reaches thicknesses of 160 meters within the state, mainly in the eastern part. It was deposited during the uppermost transgressive phase (T1) and part of the first regressive phase (R1) of the Greenhorn cycle. It represents Turonian and Coniacian age (Merewether *et al.*, 1979). Unidentified shark material is mentioned by Rubey (1931) from Weston County. Williston (1906) briefly discussed the discovery of crocodile and pleisiosaur material (listed below) from the Carlyle Formation (Carlile Shale) of the Hailey Shales of western Wyoming.

### Carlile Shale Nonmammalian Vertebrate Fauna

CLASS CHONDRICHTHYES
    Unidentified genera and species
CLASS REPITLIA
    Order SAUROTERYGIA
        Unidentified genus and species
    Order CROCODILIA
        Suborder Mesosuchia
          Family Goniopholidae
            *Goniopholis* sp.

## Niobrara Shale

The Niobrara Shale is found throughout the state, but is predominantly in the eastern half. It is up to 180 meters thick and consists of gray, marine shales with white calcareous lenses. It comprises the transgressive phase (T2) of the second major cycle of the Late Cretaceous (Niobrara cycle) and represents mainly Upper Coniacian and Santonian stages (Merewether *et al.*, 1979). The faunal list for this formation comes from specimens housed at the Geological Museum at the University of Wyoming that were found in Albany County.

BLM_0034754

**Niobrara Shale Nonmammalian Vertebrate Fauna**

CLASS OSTEICHTHYES
  Infraclass TELEOSTEI
    Order SALMONIFORMES
      Family Enchodontidae
        *Enchodus* sp.
    Order ELOPIFORMES
      Family Pachyrhizodontidae
        *Pachyrhizodus* sp.

### Cody Shale

The Cody Shale consists of up to 1,430 meters of marine deposited, light to dark shales and sandstones. It is found mainly in the northern part of Wyoming. It represents the transgressive phase (T2) of the Niobrara Seaway across the state and spans the Late Turonian to Early Santonian (Merewether *et al.*, 1979). Fossils from Big Horn, Johnson, Natrona, and Washakie counties are known (see Wilson, 1951 and specimens at the Geological Museum at the University of Wyoming).

**Cody Formation Nonmammalian Vertebrate Fauna**

CLASS CHONDRICHTHYES
  Order SELACHII
    Family Ptychodontidae
      *Ptychodus* sp.
  Order EUSELACHII
    Family Isuridae
      *Lamna* sp.
    Family Anacoracidae
      *Squalicorax* sp.
CLASS OSTEICHTHYES
  Infraclass HOLOSTEI
    Order PYCNODONTIFORMES
      Family Pycnodontidae
        *Anomaeodus* sp.
  Infraclass TELEOSTEI
    Order ELOPIFORMES
      Family ?Elopidae
        Unidentified genus and species
CLASS SAUROPTERYGIA
  Unidentified genus and species

### "Mesaverde" Formation

The "Mesaverde" Formation and Group (including the following formations: Blair, Rock Springs, Ericson, and Almond) consist of over 1,220 meters of sandstones, shales, and coals of marine and nonmarine origin. It is found throughout the state except in the eastern- and westernmost parts. The "Mesaverde" Formation in Wyoming is significantly younger than the type Mesaverde Formation in southern Colorado and has been used incorrectly in Wyoming. It was deposited during the major regressive phase (R3) of the Claggett cycle in Wyoming, while the type Mesaverde Formation represents the major regression (R2) of the Niobrara cycle (see Weimer, 1960). The "Mesaverde" Formation in Wyoming represents what is thought now to be Late Campanian or more likely Early Maastrichtian in age (Lillegraven and McKenna, *in press*). Because of the occurrence of mammalian fossils in this unit in Wyoming, it also represents a North American provincial "age"; the Judithian (see Lillegraven and McKenna, *in press*). Fossils from the "Mesaverde" Formation are known from six counties (Albany, Hot Springs, Natrona, Sweetwater, Washakie and Weston) in Wyoming. Although briefly discussed previously (Wegemann, 1911; Estes, 1964; Ostrom, 1965; and Russell, 1967), the majority of the following faunal list is preliminary, consisting of work in progress on fossils from primarily Natrona County (Breithaupt and Greenwald, *in prep.*), as well as other specimens within the collections at the Geological Museum at the University of Wyoming. Leidy (1873) recorded the discovery of an isolated, caudal centrum from a plesiosaur. It was found on the Henry's Fork of the Green River in southwestern Wyoming. Although no horizon or exact locality data were given, this specimen probably came from the Blair Formation (basal formation of the Mesaverde Group) that crops out in this area of Wyoming and northern Utah.

### "Mesaverde" Formation Nonmammalian Vertebrate Fauna

CLASS CHONDRICHTHYES
  Order SELACHII
    Family Hybodontidae
      *Lonchidion selachos* Estes, 1964
      *Hybodus montanensis* Case, 1978
  Order EUSELACHII
    Family Odontaspidae
      *Hypotodus* sp.
      *Odontaspis* sp.
      *Scapanorhynchus* sp.
    Family Orectolabidae
      *Squatirhina americana* Estes, 1964
    Family Isuridae
      *Cretolamna appendiculata* (Agassiz), 1843
      *Lamna* sp.
    Family Anacoracidae
      *Squalicorax kaupi* (Agassiz), 1843
  Order BATOIDEA
    Family Dasyatidae
      *Myledaphus bipartitus* Cope, 1876a
    Family Sclerorhynchidae

NONMAMMALIAN VERTEBRATE FAUNAS FROM THE LATE CRETACEOUS OF WYOMING

**165**

*Ischyrhiza* sp.
CLASS OSTEICHTHYES
 Infraclass CHONDROSTEI
  Order ACIPENSERIFORMES
   Family Acipenseridae
    *Acipenser* sp.
 Infraclass HOLOSTEI
  Order AMIIFORMES
   Family Amiidae
    *Amia fragosa* (Jordan), 1927
    *Amia uintaensis* (Leidy), 1873
  Order LEPISOSTEIFORMES
   Family Lepisosteidae
    *Atractosteus occidentalis* (Leidy), 1856b
  Order ASPIDORHYNCHIFORMES
   Family Aspidorhynchidae
    *Belonostomus longirostris* (Lambe), 1902
  Order PYCNODONTIFORMES
   Family Pycnodontidae
    Unidentified genus and species
 Infraclass TELEOSTEI
  Order ELOPIFORMES
   Family Phyllodontidae
    *Paralbula* sp.
  Order SALMONIFORMES
   Family Enchondontidae
    *Enchodus* sp.
  Order PERCIFORMES
   Unidentified genus and species
CLASS AMPHIBIA
 Order SALIENTIA
  Family Pelobatidae
   cf. *Eopelobates* sp.
  Family Diploglossidae
   *Scotiophryne* sp.
 Order URODELA
  Suborder Ambystomatoidea
   Family Scapherpetonidae
    *Scapherpeton tectum* Cope, 1876b
  Suborder Proteida
   Family Batrachosauroididae
    *Opisthotriton kayi* Auffenberg, 1961
    *Prodesmodon copei* Estes, 1964
  Suborder Meantes
   Family Sirenidae
    *Habrosaurus dilatus* Gilmore, 1928
CLASS REPTILIA
 Order CHORISTODERA
  Family Champsosauridae
   *Champsosaurus* sp.
 Order TESTUDINATA
  Suborder Amphichelydia

   Family Baenidae
    Unidentified genus and species
  Suborder Cryptodira
   Superfamily Testudinoidea
    Family Dermatemydidae
     *Adocus* sp.
   Superfamily Trionychoidea
    Family Trionychidae
     cf. *Aspideretes* sp.
 Order SAURIA
  Suborder Scincomorpha
   Family Teiidae
    *Leptochamops* sp. cf. *L. denticulatus* Gilmore, 1928
    *Meniscognathus altmani* Estes, 1964
  Suborder Anguimorpha
   Infraorder Diploglossa
    Family Anguidae
     *Pancelosaurus piger* (Gilmore), 1928
    Family Mosasauridae
     *Platecarpus* sp.
   Infraorder Platynota
    Family Necrosauridae
     *Parasaniwa wyomingensis* Gilmore, 1928
 Order SERPENTES
  Family Aniliidae
   *Coniophis* sp.
 Order CROCODILIA
  Suborder Eusuchia
   Family Crocodylidae
    Subfamily Crocodylinae
     *Leidyosuchus* sp.
     *Phobosuchus hatcheri* (Holland), 1909
    Subfamily Alligatorinae
     *Brachychampsa montana* Gilmore, 1911
 *Order SAURISCHIA*
  *Infraorder Coelurosauria*
   *Family Dromaeosauridae*
    *Dromaeosaurus* sp.
   Family Saurornithoididae
    *Paronychodon lacustris* Cope, 1876a
  Infraorder Carnosauria
   Family Tyrannosauridae
    *Albertosaurus* sp.
 Order ORNITHISCHIA
  Suborder Ankylosauria
   Family Nodosauridae
    *Edmontonia* sp.
   Family Hypsilophodontidae
    cf. *Thescelosaurus* sp.
  Suborder Ceratopsia
   Family Ceratopsidae

Unidentified genus and species
Suborder Ornithopoda
Family Hadrosauridae
*Edmontosaurus* sp.
Order SAUROPTERYGIA
Unidentified genus and species
Order PTEROSAURIA
Unidentified genus and species
CLASS AVES
Subclass NEORNITHES
Order HESPERORNITHIFORMES
Family Hesperornithidae
*Hesperornis* sp.

### Pierre Shale

The Pierre Shale reaches thicknesses of 609+ meters and consists of marine deposited, dark gray to bluish shales with carbonaceous and gypsumiferous lenses. It is restricted to the easternmost part of Wyoming. The Pierre Shale comprises the majority of the Claggett cycle transgression (**T3**) and regression (R3) and Bearpaw cycle transgression (T4), representing Campanian and Early Maastrichtian stages (Gill *et al.*, 1970). Vertebrate fossils are known from Natrona, Niobrara, and Crook counties. The faunal list is comprised of data from Wegemann (1911), Rubey (1931), Welles (1952), Zangerl (1953), Russell (1967), and specimens at the Museum at the University of Colorado and Geological Museum at the University of Wyoming. Rubey (1931) mentioned a vertebrate skeleton found in the Gammon Member of the Pierre Shale from Crook County; however, no further information is given. Wegemann (1911) discussed the shales from the northeastern corner of Natrona County as containing vertebrate fossils; although listed here, the deposits containing these fossils probably should be classified as Steele Shale.

### Pierre Shale Nonmammalian Vertebrate Fauna

CLASS CHONDRICHTHYES
Order EUSELACHII
Family Carcharhinidae
*Carcharhinus* sp.
*Galeorhinus* sp.
Family Isuridae
*Lamna* sp.
CLASS OSTEICHTHYES
Infraclass HOLOSTEI
Unidentified genus and species
Infraclass TELEOSTEI
Order OSTEOGLOSSIFORMES
Family Saurocephalidae

*Saurodon pygmaeus* (Loomis), 1900
CLASS REPTILIA
Order TESTUDINATA
Family Toxochelyidae
*Toxochelys browni* (Hay), 1905
Order SAURIA
Family Mosasauridae
*Platecarpus ictericus* (Cope), 1871
*Clidastes* sp.
Order SAUROPTERYGIA
Family Elasmosauridae
*Styxosaurus browni* Welles, 1952

### "Lewis" Shale

The "Lewis" Shale is found mainly in the southcentral part of Wyoming. It consists of 800+ meters of marine and brackish water deposits of dark-gray shale, siltstone, sandstone, and limestone. It was deposited during the last major innundation of the Western Interior Seaway during the Bearpaw cycle (T4). It is considered to be latest Cretaceous or Maastrichtian in age (Gill *et al.*, 1970). The "Lewis" Shale in Wyoming is much younger (representing a later transgressive cycle) than the Lewis shale at its type section in the San Juan Basin area (where it represents an earlier transgressive cycle, that of the Claggett Seaway, T3), and therefore, is incorrectly used in the Wyoming. Vertebrate fossils are known from this formation from Carbon and Sweetwater counties from the collections at the Geological Museum at the University of Wyoming.

### "Lewis" Shale Nonmammalian Vertebrate Fauna

CLASS CHONDRICHTHYES
Order EUSELACHII
Family Isuridae
*Lamna* sp.

### Fox Hills Sandstone

The Fox Hills Sandstone consists of 60-200 meters of sandstones and shales found throughout the state. It represents nearshore and estuarian sediments deposited during the regressive phase (R4) of the Bearpaw cycle, and is Maastrichtian in age (Gill *et al.*, 1970). Fossils from this formation are known from Converse and Sweetwater counties from specimens housed at the Geological Museum at the University of Wyoming. Russell (1967) mentioned teeth of a mosasaur from this formation found by K. M. Waage from Wyoming.

### Fox Hills Sandstone Nonmammalian Vertebrate Fauna

CLASS CHONDRICHTHYES

Order EUSELACHII
   Family Isuridae
      *Lamna* sp.
Order BATOIDEA
   Family Dasyatidae
      *Myledaphus* sp.
CLASS OSTEICHTHYES
   Undescribed genus and species
CLASS REPTILIA
   Order CROCODILIA
      Undescribed genus and species
   Order SAURIA
      Family Mosasauridae
         *Mosasaurus* sp.

### Harebell Formation

The Harebell Formation consists of up to 3,350 meters of drab to gray sandstones, conglomerates, claystones, and shales. It is found only in the northwestern part of the state. It represents Maastrichtian age (Love, 1973), marine or brackish water to fresh water sediments that were deposited on a well drained inland floodplain adjacent to a highland source of clastic sediments to the west. Fossils from the Harebell Formation are found only in Teton County and were described by Love (1973) and McKenna (1980).

### Harebell Formation Nonmammalian Vertebrate Fauna

CLASS OSTEICHTHYES
   Infraclass HOLOSTEI
      Order AMIIFORMES
         Family Amiidae
            *Amia* sp.
CLASS AMPHIBIA
   Order URODELA
      Suborder Proteida
         Family Batrachosauroididae
            *Prodesmodon* sp.
CLASS REPTILIA
   Order CROCODILIA
      Suborder Eusuchia
         Family Crocodylidae
            Unidentified genus and species
   Order ORNITHISCHIA
      Suborder Ceratopsia
         Family Ceratopsidae
            Unidentifed genus and species
      Suborder Ankylosauria
         Family ?Nodosauridae
            Unidentified genus and species
      Suborder Ornithopoda

Family ?Camptosauridae
   Unidentified genus and species

### Medicine Bow Formation

The Medicine Bow Formation consists of up to 1,770+ meters of fresh and brackish water deposits represented by dark-gray, carbonaceous shales, sandstones, and coals. It is essentially equivalent to the Lance Formation and is found in the Laramie, Hanna, and Shirley basin areas. It represents latest Cretaceous (Maastrichtian) age (Ryan, 1977) and was deposited on a coastal floodplain during the last regression (R4) of the Bearpaw seaway in the state. Vertebrate fossils are known from Carbon County (see Bowen, 1918 and Lull, 1933).

### Medicine Bow Formation Nonmammalian Vertebrate Fauna

CLASS REPTILIA
   Order ORNITHISCHIA
      Suborder Ceratopsia
         Family Ceratopsidae
            *Triceratops* sp.

### Evanston Formation

The Evanston Formation is restricted to the westernmost part of the state. It is latest Cretaceous and Early Tertiary in age and consists of over 600 meters of light to dark colored shales, sandstones, conglomerates, mudstones, and coals. It is essentially equivalent to the Ferris Formation and represents fluviatile and lacustrine sediments deposited on an inland floodplain. See Rubey *et al.* (1961) and Oriel and Tracy (1970) for references concerning the vertebrate fossil from Lincoln County listed below.

### Evanston Formation Nonmammalian Vertebrate Fauna

CLASS REPTILIA
   Order ORNITHISCHIA
      Subfamily Ceratopsia
         Family Ceratopsidae
            *Triceratops* sp. cf. *T. flabellatus* Marsh, 1889c

### Lance Formation

The most prolific unit in Wyoming for the occurrence of Late Cretaceous vertebrate fossils is the Lance Formation. It is dominated by rocks of a regressive (R4) sequence consisting of nonmarine, coastal floodplain sandstones, mudstones, and marls, with marginal marine sandstones and shales in its lower parts. It encompasses a fairly short period of geologic time (1.5 million years) at the end of the

**168**                                        BRENT H. BREITHAUPT

Maastrichtian (Kauffman, 1977). It reaches over 900 meters in thickness and is found throughout the state. It was separated from strata of equivalent age by the developing Rocky Mountains, which divided the state into various restricted depositional intermontane basins (see Love et al., 1963). Because of the mammalian fauna found in the Lance Formation, Lillegraven and McKenna (in press) have referred this unit to the Lancian "age", a provincial time term. Much work has been done and will continue to be done on this vertebrate fossil-rich formation within the state. Although vertebrate fossils are known from 11 counties (Big Horn, Converse, Goshen, Hot Springs, Johnson, Natrona, Niobrara, Park, Sweetwater, Washakie, and Weston), the most abundant and diverse faunas in the Lance Formation are from Niobrara (Estes, 1964), Park (Breithaupt, in prep.), and Sweetwater (Breithaupt, 1982) counties. Data for the following faunal list are from Cope (1872), Marsh (1892a,b), Hatcher (1907), Hay (1908), Gilmore (1910, 1915, 1928, and 1931), Lull (1933), Schlaikjer (1935), Mook (1941), Leriche (1942), Lull and Wright (1942), MacAlpin (1947), Brodkorb (1963), Estes (1964, 1969a,b,c), Ostrom (1965, 1978), Fox (1976), Herman (1977), Naylor (1979, 1983), Breithaupt (1982), Carpenter (1982), Estes and Sanchiz (1982), Carpenter and Breithaupt (in press), Bryant (in prep.), and specimens from the collections of the Geological Museum at the University of Wyoming.

### Lance Formation Nonmammalian Vertebrate Fauna

CLASS CHONDRICHTHYES
  Order SELACHII
    Family Hybodontidae
      *Lonchidion selachos* Estes, 1964
  Order EUSELACHII
    Family Orectolobidae
      *Squatirhina americana* Estes, 1964
    Family Isuridae
      *Lamna mediavia* Leriche, 1942
    Family Brachaeluridae
      *Brachaelurus estesi* (Herman), 1977
  Order BATOIDEA
    Family Dasyatidae
      *Myledaphus bipartitus* Cope, 1876a
    Family Sclerorhynchidae
      *Ischyrhiza avonicola* Estes, 1964
CLASS OSTEICHTHYES
  Infraclass CHONDROSTEI
    Order ACIPENSERIFORMES
      Family Acipenseridae
        *Acipenser eruciferus* (Cope), 1876c
      Family Polyodontidae

      *Paleolsephurus wilsoni* MacAlpin, 1947
  Infraclass HOLOSTEI
  Order AMIIFORMES
    Family Amiidae
      *Amia fragosa* (Jordan), 1927
      *Amia uintaensis* (Leidy), 1873
        New genus and species of large amiid
        (Bryant, in prep.)
  Order ASIPIDORHYNCHIFORMES
    Family Aspidorhynchidae
      *Belonstomus longirostris* (Lambe), 1902
  Order LEPISOSTEIFORMES
    Family Lepisosteidae
      *Atractosteus occidentalis* (Leidy), 1856b
  Infraclass TELEOSTEI
    Order PERCIFORMES
      Family Sciaenidae?
        *Platacodon nanus* Marsh, 1889a
    Order CLUPEFORMES
      Family Elopidae
        Unidentified genus and species
      Family Albulidae
        *Coriops amnicolus* Estes, 1969c
CLASS AMPHIBIA
  Order SALIENTIA
    Family Pelobatidae
      *Eopelobates* sp.
    Family Discoglossidae
      *Scotiophyrne pustulosa* Estes, 1969a
      *Paradiscoglossus americanus* Estes and Sanchiz, 1982
    Family Palaeobatrachidae
      *Palaeobatrachus occidentalis* Estes and Sanchiz, 1982
    Family incertae sedis
      *Theatonis lancensis* Fox, 1976
    Family incertae sedis
      Unidentified genus and species near Hylidae?
    Family incertae sedis
      Unidentified genus and species near Leptodactylidae?
  Order ALLOCAUDATA
    Family Albanerpetontidae
      *Albanerpeton nexuous* Estes, 1981
  Order URODELA
    Suborder Ambystomatoidea
      Family Scapherpetonidae
        *Scapherpeton tectum* Cope, 1876b
        *Lisserpeton bairdi* Estes, 1965
        cf. *Piceoerpeton* sp.
    Suborder Proteida
      Family Batrachosauroididae

NONMAMMALIAN VERTEBRATE FAUNAS FROM THE LATE CRETACEOUS OF WYOMING

169

*Opisthotriton kayi* Auffenberg, 1961
*Prodesmodon copei* Estes, 1964
Suborder Meantes
Family Sirenidae
*Habrosaurus dilatus* Gilmore, 1928
CLASS REPTILIA
Order CHORISTODERA
Family Champsosauridae
*Champsosaurus* sp. cf. *C. nator* Parks, 1933
Order TESTUDINATA
Suborder Amphichelydia
Family Baenidae
*Baena marshi* Hay, 1904
*Baena hatcheri* Hay, 1901
*Thescelus insiliens* Hay, 1908
Family Eubaenidae
*Eubaena cephalica* Hay, 1904
*Eubaena latifrons*, Hay, 1908
Suborder Cryptodira
Superfamily Testudinoidea
Family Dermatemydidae
*Adocus lineolatus* Cope, 1874
*Compsemys victa* Leidy, 1856a
*Helopanoplia distincta* Hay, 1908
*Basilemys* sp.
Unidentified genus and species near
Emydinae
Superfamily Trionychoidea
Family Trionychidae
*Aspideretes beecheri* Hay, 1904
*Plastomenus* sp.
Order SAURIA
Suborder Scincomorpha
Superfamily Scincoidea
Family Scincidae?
cf. *Contogenys* sp.
*Sauriscus cooki* Estes, 1964
Family Teiidae
*Chamops segnis* Marsh, 1892b
*Leptochamops denticulatus* (Gilmore), 1928
*Meniscognathus altmani* Estes, 1964
*Haptosphenus placodon* Estes, 1964
Suborder Anguimorpha
Infraorder Diploglossa
Family Xenosauridae
*Exostinus lancensis* Gilmore, 1928
Family Anguidae
*Pancelosaurus piger* (Gilmore), 1928
cf. *Gerrhonotus* sp.
Infraorder Platynota
Family Necrosauridae
*Paraderma bogerti* Estes, 1964

*Parasaniwa wyomingensis* Gilmore, 1928
*Colpodontosaurus cracens* Estes, 1964
Family Varanidae
*Palaeosaniwa canadensis* Gilmore, 1928
Suborder Anguimorpha
Family *incertae sedis*
*Litakis gilmorei* Estes, 1964
Order SERPENTES
Family Aniliidae
*Coniophis precedens* Marsh, 1892b
Order CROCODILIA
Suborder Mesosuchia
Undescribed genus and species
Suborder Eusuchia
Family Crocodylidae
Subfamily Crocodylinae
*Leidyosuchus sternbergii* Gilmore, 1910
*Prodiplocynodon langi* Mook, 1941
cf. *Thoracosaurus* sp.
Subfamily Alligatorinae
*Brachychampsa montana* Gilmore, 1911
Order SAURISCHIA
Suborder Theropoda
Infraorder Coelurosauria
Family Dromaeosauridae
*Dromaeosaurus* sp.
Family Saurornithoididae
*Paronychodon lacustris* Cope, 1876a
*Pectinodon bakkeri* Carpenter, 1982
Family Ornithomimidae
*Ornithomimus sedens* (Marsh), 1892b
Infraorder Carnosauria
Family Dryptosauridae
cf. *Dryptosaurus* sp.
Family Tyrannosauridae
*Tyrannosaurus rex* Osborn, 1905
Suborder Sauropodomorpha
Infraorder Sauropoda
Family Antarctosauridae
*Almosaurus* sp.
Order ORNITHISCHIA
Suborder Ornithopoda
Family Hypsilophodontidae
*Thescelosaurus neglectus* Gilmore, 1915
Family Pachycephalosauridae
*Pachycephalosaurus wyomingensis* (Gilmore), 1931
Family Hadrosauridae
*Edmontosaurus regalis* Lambe, 1917
Suborder Ankylosauria
Family Nodosauridae
*Edmontonia* sp.

Family Ankylosauridae
  *Ankylosaurus* sp. cf. *A. magniventris*
  Brown, 1908
Suborder Ceratopsia
Family Ceratopsidae
  *Agathaumas sylvestris* Cope, 1872
  *Triceratops brevicornus* Hatcher, 1905
  *Triceratops calicornis* Marsh, 1889c
  *Triceratops elatus* Marsh, 1891
  *Triceratops eurycephalus* Schlaikjer, 1935
  *Triceratops flabellatus* Marsh, 1889c
  *Triceratops hatcheri* Lull, 1905
  *Triceratops horridus* (Marsh), 1889b
  *Triceratops obtusus* Marsh, 1898
  *Triceratops prorsus* Marsh, 1890a
  *Triceratops serratus* Marsh, 1890a
  *Torosaurus latus* Marsh, 1891
Family Protoceratopsidae
  *Leptoceratops gracilis* Brown, 1914
Order PTEROSAURIA
Family Pterodactylidae
  Unidentified genus and species related to
  *Quetzalcoatlus*
CLASS AVES
Order GAVIIFORMES
Family Lonchodytidae
  *Lonchodytes estesi* Brodkorb, 1963
  *Lonchodytes pterygius* Brodkorb, 1963
Order CICONIIFORMES
Suborder Phoenicopteri
Family Torotigidae
  *Torotix clemensi* Brodkorb, 1963
Order CHARADRIIFORMES
Suborder Charadrii
Family Cimolopterygidae
  *Cimolopteryx rara* Marsh, 1892a
  *Cimolopteryx minima* Brodkorb, 1963
  *Cimolopteryx maxima* Brodkorb, 1963
  *Ceramornis major* Brodkorb, 1963
  *Palintropus retusus* (Marsh), 1892a

### Ferris Formation

The Ferris Formation overlies the Medicine Bow Formation in the Carbon, Hanna, and Shirley basins. It is latest Cretaceous (Maastrichtian) and Early Tertiary in age (Ryan, 1977). Its lower part is equivalent to the upper part of the Lance Formation. The Ferris Formation consists of 1,980 meters of fluviatile and lacustrine deposited, light to dark gray, carbonaceous shales, sandstones, conglomerates, and coals that had a local source area for derivation of the clastic sediments. See Bowen (1918) and Lull (1933) for references to the vertebrate fossils listed below from

Carbon County.

### Ferris Formation Nonmammalian Vertebrate Fauna

CLASS REPTILIA
Order TESTUDINATA
  Undescribed genus and species
Order ORNITHISCHIA
Suborder Ceratopsia
Family Ceratopsidae
  *Triceratops* sp.

### Pinyon Conglomerate

The Pinyon Conglomerate overlies the Harebell Formation in Teton County, Wyoming. It is latest Cretaceous (Maastrichtian) and Early Tertiary in age (Love, 1973). Except for a short interval in the Early Tertiary when coal swamps were present, it represents a high energy fluviatile environment close to an upland source area. It consists of 1,130 meters of mainly quartzite pebble and boulder conglomerates with some sandstones and claystones. Like the Harebell Formation it is restricted to the northeastern part of Wyoming. Vertebrate fossils from this unit were discussed by McKenna and Love (1970).

### Pinyon Conglomerate Nonmammalian Vertebrate Fauna

CLASS REPTILIA
Order ?SAURIA
  Undescribed genus and species
Order ORNITHISCHIA
Suborder Ceratopsia
Family Protoceratopsidae
  *Leptoceratops* sp.

### DISCUSSION

As can be seen from the previous tables and faunal lists, Late Cretaceous vertebrate fossils are found throughout Wyoming. All 23 counties (except Platte County) and the Yellowstone Park region have outcrops of Late Cretaceous rocks. Although no Late Cretaceous fossil localities are known from Fremont, Laramie, Uinta, Campbell, and Sheridan counties, continued explorations should discover fossils from them (especially in the Maastrichtian age units). Fossil vertebrate remains are found in over half of the Late Cretaceous formations in Wyoming. Those formations, deposited in the terrestrial, fluviatile and lacustrine environments, contain the greatest amount of vertebrate fossil material; these remains are typically rare in marine sediments. These nonmarine units

NONMAMMALIAN VERTEBRATE FAUNAS FROM THE LATE CRETACEOUS OF WYOMING

171

are associated with the major regressive events of the Western Interior Seaway. The last two regressive pulses (R3 and R4) deposited the Cretaceous rocks with the greatest amount of vertebrate material known in Wyoming. Further work on the regressive phases (R1 and R2) of the early Late Creatceous hopefully will also provide important vertebrate discoveries.

The regressions during Maastrichtian time deposited sediments that provide a fairly complete record of the Cretaceous faunas. Latest Cretaceous faunas possibly reflect a dispersal of animals into the newly expanded coastal lowland floodplain habitats, associated with a prograding shoreline, from upland or other unsubmerged refugia (see Lucas, 1981). Nonmarine deposits of this age are represented predominantly by the Lance and "Mesaverde" formations in the state. Faunas and floras from these formations indicate communities dominated by reptiles in a subtropical to warm temperate, lowland coastal forest environment. Previous floral studies (Dorf, 1940; Shoemaker, 1966; Janzen, 1982; Breithaupt, 1982; Batten, 1984; and Hickey, 1984) indicate that these communities were occupying environments similar to those found today in southeastern United States and southeastern Asia.

The Lance Formation has the best described biota for the Cretaceous of Wyoming. Only those faunas from Niobrara and Sweetwater counties are well described, although other major faunas from this formation and other Late Cretaceous units are in preliminary stages of study. Further work with these faunas will provide a much better understanding of the changing ecosystems of this 260,000 square kilometer area of the Western Interior during the end of the Mesozoic. Once adequately described within the state, ecological, stratigraphical, and latitudinal comparisons of faunas can be made; first, within the state similar to Horner's (1984) and Van Valen and Sloan's (1977) work in Montana. Within Wyoming, community successions, associated with major sea-level fluctuations, will provide important information on Late Cretaceous vertebrate migration, evolution and extinction events. Second, studies comparing Wyoming's Late Cretaceous faunas with the contemporaneous faunas to the north and south, in a regional context, will add important information on the latitudinal provinciality (as suggested by Sloan, 1969) of faunas on the western shore of the Late Cretaceous epeiric sea. Finally, correlation with faunas from other parts of the world will provide interesting global ecosystem comparisons, as faunas of this age become adequately understood outside of North America. Latest Cretaceous terrestrial faunas, because of their abundance and diversity, will probably be the most useful in these intrastate, interstate, and global comparisons. Further work with the marine faunas may also indicate some sort of local endemism for this part of the Late Cretaceous seaway, as is recognized for the invertebrates (Kauffman, 1977).

## CONCLUSIONS

Late Cretaceous vertebrate fossils are abundant in Wyoming, and although known since 1872, important discoveries are still being made regularly throughout the state. Although vertebrate fossils have been found in marine, marginal marine, and nonmarine sediments, the nonmarine sediments of the Lance and "Mesaverde" formations dominantly have the greatest taxonomic diversity. Latest Cretaceous nonmammalian vertebrates indicate a terrestrial biota dominated by reptiles on or near the coastal floodplain of a warm temperate epicontinental seaway. The potential for future work is high, as many Late Cretaceous (especially early Late Cretaceous) faunas are not yet described in detail. As well, other sites of Lancian and especially Judithian age will continue to be found and hopefully will add to our knowledge of the local variation and faunal succession that occurred at that time. Once the abundant Cretaceous faunas of Wyoming are adequately understood, then detailed comparisons can be made with the other faunas of the Western Interior to better understand the ecological conditions that occurred on the western shore of the north-south trending Late Mesozoic inland sea.

## ADDENDUM

Continued work on the Late Cretaceous paleontology of Wyoming has uncovered a number of important additions to this report. Localities containing Late Cretaceous nonmammalian vertebrate fossils are now known to exist in Fremont County (in the Frontier and Mesaverde formations) and in Uinta County (in the Lance Formation). New localities also are now recognized from Converse County (in the Lance Formation), Weston County (in the Belle Fourche Shale, Fox Hills Sandstone, and Pierre Shale) and Crook County (in the Belle Fourche Shale). Also, important additions to the nonmammalian vertebrate faunal lists for the Carlile Shale (primarily from Weston County), Pierre Shale (primarily from the Red Bird Section of Niobrara County) and Mesaverde Formation (primarily from Washakie and Natrona counties) are now known from information obtained from the Museum at the University of Colorado.

## ACKNOWLEDGEMENTS

Gratitude is extended to Dr. Jason A. Lillegraven and Mr. David S. Kite for their comments on the manuscript. Dr. Peter Robinson provided information on University of Colorado localities and specimens. Thanks to Mr. James D. Stewart for identifications of the fish material within the collections of the Geological Museum at the University of Wyoming. Finally, thanks to the Department of Geology and Geophysics for logistical support during this project.

## REFERENCES

Agassiz, L. J. R., 1843, Recherches sur les poissons fossiles: v. 3, Neuchâtel, 390 p.

Archibald, J. D., 1982, A study of Mammalia and geology across the Cretaceous-Tertiary boundary in Garfield County, Montana: University of California, Publications in Geological Sciences, v. 122, 286 p.

Asquith, D. O., 1970, Depositional topography and marine environments, Late Cretaceous, Wyoming: American Association of Petroleum Geologists, v. 54, p. 1184-1224.

Auffenberg, W., 1961, A new genus of fossil salamander from North America: American Midland Naturalist, v. 66, p. 456-465.

Batten, D. J., 1984, Palynology, climate and the development of Late Cretaceous floral provinces in the Northern Hemisphere; a review, in Brenchley, P. (ed.), Fossils and climate: John Wiley and Sons, Ltd., New York., p. 127-164.

Bowen, C. F., 1918, Stratigraphy of the Hanna Basin, Wyoming: U.S. Geological Survey, Professional Paper 108, p. 227-235.

Breithaupt, B. H., 1982, Paleontology and paleoecology of the Lance Formation (Maastrichtian), east flank of Rock Springs Uplift, Sweetwater County, Wyoming: Contributions to Geology, v. 21, p. 123-151.

Brodkorb, P., 1963, Birds from the Upper Cretaceous of Wyoming: 13th International Ornithological Congress, Proceedings, p. 55-70.

Brown, B., 1908, The Ankylosauridae, a new family of armored dinosaurs from the Upper Cretaceous: American Museum of Natural History, Bulletin, v. 24, p. 187-201.

Brown, B., 1914, Leptoceratops, a new genus of Ceratopsian from the Edmonton Cretaceous of Alberta: American Museum of Natural History, v. 33, p. 567-580.

Carpenter, K., 1979, Vertebrate fauna of the Laramie Formation (Maestrichtian), Weld County, Colorado: Contributions to Geology, University of Wyoming, v. 17, p. 37-49.

_____, 1982, Baby dinosaurs from the Late Cretaceous Lance and Hell Creek formations and a description of a new species of theropod: Contributions to Geology, University of Wyoming, v. 20, p. 123-134.

Carpenter, K. and Breithaupt, B., in press, Latest Cretaceous occurrences of nodosaurid ankylosaurs in Western North America and the gradual extinction of the dinosaurs: Journal of Vertebrate Paleontology, 16 ms.p.

Case, G. R., 1978, A new selachian fauna from the Judith River Formation (Campanian) of Montana: Palaeontographica, Abt. A, v. 160, p. 176-205.

Clemens, W. A., 1964, Fossil mammals of the type Lance Formation, Wyoming, Part I. Introduction and Multituberculata: University of California Publications in Geological Sciences, v. 48, 105 p.

_____, 1966, Fossil mammals of the type Lance Formation, Wyoming. Part II. Marsupialia: University of California Publications in Geological Sciences, v. 62, 122 p.

_____, 1973, Fossil mammals of the type Lance Formation, Wyoming. Part III. Eutheria and summary: University of California Publications in Geological Sciences, v. 94, 102 p.

Clemens, W. A., Lillegraven, J. A., Lindsay, E. H., and Simpson, G. G., 1979, Where, when, and what — A survey of known Mesozoic mammal distribution: in Lillegraven, J. A., Kielan-Jaworowska, Z., and Clemens, W. A. (eds.), Mesozoic mammals: The first two-thirds of mammalian history, University of California Press, Berkeley, p. 7-58.

Cobban, W. A. and Reeside, Jr., J. B., 1952, Correlation of the Cretaceous formations of the Western Interior of the United States: Geological Society of America, Bulletin, v. 63, p. 1011-1043.

Cope, E. D., 1871, On some Reptilia of the Cretaceous formations of the United States: American Philosophical Society, Proceedings, v. 11, p. 271-274.

_____, 1872, On the existence of Dinosauria in the transition beds of Wyoming: ibid., v. 12, p. 481-483.

_____, 1874, Review of the Vertebrata of the Cretaceous period found west of the Mississippi River: U.S. Geological and Geographical Survey of the Territories, Bulletin, v. 1, no. 2, p. 5-48.

_____, 1876a, Descriptions of some vertebrate remains from the Fort Union Beds of Montana: Philadelphia Academy of Science, Proceedings, v. 1876, p. 248-261.

_____, 1876b, On some extinct reptiles and batrachians from the Judith River and Fox Hills beds of Montana: ibid., p. 340-359.

_____, 1876c, Descriptions of some vertebrate remains from the Fort Union Beds of Montana: ibid., p. 248-261.

Dorf, E., 1940, Relationships between floras of type Lance and Fort Union formations: Geological Society of America, Bulletin, v. 51, p. 213-236.

Eicher, D. L., 1960, Stratigraphy and micropaleontology of the Thermopolis Shale: Peabody Museum of Natural History, Bulletin 15, 126 p.

Estes, R., 1964, Fossil vertebrates from the Late Cretaceous Lance Formation, Wyoming: University of California, Publications in Geological Sciences, v. 49, 180 p.

_____, 1965, A new fossil salamander from Montana and Wyoming: Copeia, no. 1, p. 90-95.

_____, 1969a, A new fossil discoglossid frog from Montana and Wyoming: Breviora, no. 238, p. 1-7.

_____, 1969b, Relationships of two Cretaceous lizards (Sauria, Teiidae): ibid., no. 317, p. 1-7.

_____, 1969c, Two new Late Cretaceous fishes from Montana and Wyoming: ibid., no. 335, p. 1-15.

_____, 1981, Gymnophiona, Caudata, in Kuhn, O. (ed.), Handbuch der Paläoherpetologie: Teil 2, Gustav Fisher Verlag, Stuttgart, 115 p.

Estes, R. and Berberian, P., 1970, Paleoecology of a Late Cretaceous vertebrate community from Montana: Breviora, no. 343, p. 1-35.

Estes, R., Berberian, P., and Meszoely, A. M., 1969, Lower vertebrates from the late Cretaceous Hell Creek Formation, McCone County, Montana: ibid., no. 337, p. 1-33.

Estes, R. and Sanchiz, B., 1982, New discoglossid and palaeobatrachid from the Late Cretaceous of Wyoming and Montana, and a review of other frogs from the Lance and Hell Creek formations: Journal of Vertebrate Paleontology, v. 2, p. 9-20.

Fox, R. C., 1976, An edentulous frog (Theatonius lancensis, new genus and species) from the Upper Cretaceous Lance Formation: Canadian Journal of Earth Sciences, v. 13, p. 1486-1490.

Gill, J. R., Merewether, E. A., and Cobban, W. A., 1970, Stratigraphy and nomenclature of some Upper Cretaceous and Lower Tertiary rocks in south-central Wyoming: U.S. Geological Survey, Professional Paper 667, 53 p.

Gilmore, C. W., 1910, Leidyosuchus sternbergii, a new species of crocodile from the Ceratops Beds of Wyoming: U.S. National Museum, Proceedings, v. 38, p. 485-502.

_____, 1911, A new fossil alligator from the Hell Creek Beds of Montana: ibid., v. 41, p. 297-302.

_____, 1915, Osteology of Thescelosaurus, an orthopodous dinosaur from the Lance Formation of Wyoming: ibid., v. 49, p. 591-616.

_____, 1928, Fossil lizards of North America: National Academy of Science, Memoirs, v. 22, 201 p.

_____. 1931. A new species of troödont dinosaur from the Lance Formation of Wyoming: U.S. National Museum, Proceedings, v. 79, p. 1-6.

_____. 1946. Reptilian fauna of the North Horn Formation of Central Utah: U.S. Geological Survey, Professional Paper 210-C, p. 29-53.

Hartman, J. E., 1984, Paleontology and biostratigraphy of the lower part of the Polecat Bench Formation, southern Bighorn Basin: (M.S. Thesis), University of Wyoming, Laramie, Wyoming, 202 p.

Hatcher, J. B., 1896, Some localities for Laramie mammals and horned dinosaurs: American Naturalist, v. 30, p. 112-120.

_____. 1905, Two new Ceratopsia from the Laramie of Converse County, Wyoming: American Journal of Science, v. 20, p. 413-422.

_____. 1907, The Ceratopsia: U.S. Geological Survey, Monographs v. 49, 300 p.

Hay, O. P., 1901. Description of a new species of *Bäena* (*B. hatcheri*) from the Laramie Beds of Wyoming: Carnegie Museum, Annals, v. 1, p. 325-326.

_____. 1904. On some fossil turtles belonging to the Marsh collection in Yale University Museum: American Journal of Science, v. 18, p. 261-276.

_____. 1905, A revision of the species of the family of fossil turtles called Toxychelydiae, with descriptions of two new species of *Toxochelys* and a new species of *Porthocheyls*: American Museum of Natural History, Bulletin, v. 21, p. 177-185.

_____. 1908, The fossil turtles of North America: Carnegie Institute of Washington, Publication No. 75, 568 p.

Herman, J., 1977. Les Selaciens des terrains neocretaces et paleocenes de Belgique et des contrees limitrophes: Mem. Serv. Geol. Belge, no. 15, 450 p.

Hewett, D. L. and Lupton, C. T., 1917. Anticlines in the southern Big Horn Basin, Wyoming: U.S. Geological Survey, Bulletin 656, 191 p.

Hickey, L. J., 1984, Changes in the angiosperm flora across the Cretaceous-Tertiary boundary, *in* Berggren, W. A. and Van Couvering, J. A. (eds.), Catastrophes and earth history: Princeton University Press, Princeton, p. 279-314.

Holland, W. J., 1909, *Deinosuchus hatcheri*, a new genus and species of crocodile from the Judith River Beds of Montana: Carnegie Museum, Annals, v. 6, p. 281-294.

Horner, J. R., 1984, Three ecologically distinct vertebrate faunal communities from the Late Cretaceous Two Medicine Formation of Montana, with discussion of evolutionary pressures induced by Interior Seaway fluctuations, *in* McBane, J. D. and Garrison, P. B. (eds.), Northwest Montana and adjacent Canada: Montana Geological Society, 1984 Field Conference and Symposium Guidebook, p. 299-303.

Jarzen, D. M., 1982, Angiosperm pollen: keys to the understanding of Cretaceous and Tertiary flowering plants: Third North American Paleontological Convention, Proceedings, v. 1, p. 263-268.

Jordan, D. S., 1927, *Kindeleia*, a new genus of cichlid fishes from the Upper Cretaceous of Alberta: Canadian Field Naturalist, v. 41, p. 145-147.

Kauffman, E. G., 1977, Geological and biological overview: Western Interior Cretaceous Basin: The Mountain Geologist, v. 14, p. 75-99.

Kiteley, L. W., 1983, Paleogeography and eustatic-tectonic model of Late Campanian Cretaceous sedimentation, southwestern Wyoming and northwestern Colorado, *in* Reynolds, M. W. and Dolly, E. D. (eds.), Mesozoic paleogeography of the west-central United States: Rocky Mountain Section of the Society of Economic Paleontologists and Mineralogists, Rocky Mountain Paleogeography Symposium 2, p. 273-303.

Lambe, L. M., 1902, New genera and species from the Belly River Series (mid-Cretaceous): Canadian Paleontology Contributions, v. 3, p. 25-81.

Lambe, L. M., 1917. A new genus and species of crestless hodrosaur from the Edmonton Formation of Alberta: Ottawa Naturalist, v. 31, p. 135-139.

Land, Jr., C. B., 1972, Stratigraphy of Fox Hills Sandstone and associated formations, Rock Springs Uplift and Wamsutter Arch area, Sweetwater County, Wyoming: A shoreline-estuary sandstone model for the Late Cretaceous Western Interior: Colorado School of Mines, Quarterly, v. 67, 69 p.

Leidy, J., 1856a. Notices of extinct Vertebrata discovered by Dr. F. V. Hayden, during the expedition to the Sioux Country under the command of Lieut. G. K. Warren: Philadelphia Academy of Science, Proceedings, v. 1856, p. 311-312.

_____. 1856b. Notices of the remains of extinct reptiles and fishes, discovered by Dr. F. V. Hayden in the badlands of the Judith River, Nebraska Territory: Philadelphia Academy of Natural Sciences, Proceedings, v. 8, p. 72-73.

_____. 1873. Contributions to the extinct vertebrate fauna of the Western Territories: Department of the Interior Report of the U.S. Geological Survey of the Territories, F. V. Hayden, U.S. geologist-in-charge, Washington, v. 1, p. 14-358.

Leriche, M., 1942. Contribution a l'étude des faunas ichthyologique marines des terrains Tertiares de la plaine cotière Atlantique et du centre des Etats-Unis.: Societe Géologique de France, Mémoires, n.s., v. 20, p. 5-110.

Lillegraven, J. A. and McKenna, M. C., *in press*, Fossil mammals from the "Mesaverde" Formation (Late Cretaceous, Judithian) of the Bighorn and Wind River basins, Wyoming, with definitions of Late Cretaceous North American Land-Mammal "Ages": American Museum of Natural History, Bulletin, 184 ms. p.

Loomis, F. B., 1900. Die anatomie und die verwandtschaft der ganoid-und knochen-fische aus der Kriede-formation von Kansas, U.S.A.: Palaeontographica, v. 46, p. 213-283.

Love, J. D., 1973. Harebell Formation (Upper Cretaceous) and Pinyon Conglomerate (uppermost Cretaceous and Paleocene), northwestern Wyoming: U.S. Geological Survey, Professional Paper 734-A, p. 1-54.

Love, J. D., McGrew, P. O., Thomas, H. D., 1963. Relationship of latest Cretaceous and Tertiary deposition and deformation to oil and gas in Wyoming: Geological Survey of Wyoming, Contributions, no. 140-21, p. 196-208.

Lucas, S. G., 1981, Dinosaur communities of the San Juan Basin: A case for lateral variations in the composition of Late Cretaceous dinosaur communities, *in* Lucas, S. G., Rigby, Jr., J. K., and Kues, B. S. (eds.), Advances in San Juan Basin paleontology: University of New Mexico Press, Albuquerque, p. 337-393.

Lull, R. S., 1905, Editorial note in Hatcher, J. B., 1905; American Journal of Science, v. 20, p. 413.

_____. 1915, The mammals and horned dinosaurs of the Lance Formation of Niobrara County, Wyoming: *ibid.*, v. 40, p. 319-348.

_____. 1933. A revision of the Ceratopsia or horned dinosaurs: Peabody Museum of Natural History, Memoirs, v. 3, p. 1-175.

Lull, R. S. and Wright, H. W., 1942. Hadrosaurian dinosaurs of North America: Geological Society of America, Special Paper, no. 40, 242 p.

Lupton, C., Gabriel, D., and West, R. M., 1980. Paleobiology and depositional setting of a Late Cretaceous vertebrate locality, Hell Creek Formation, McCone County, Montana: Contributions to Geology, v. 18, p. 117-120.

MacAlpin, A., 1947. *Paleopsephurus wilsoni*, a new polodontid fish from the Upper Cretaceous of Montana, with a discussion of allied fish, living and fossil: University of Michigan, Museum of Paleontology, Contributions, v. 6, p. 167-234.

McGookey, D. P., Haun, J. D., Hale, L. A., Goodell, H. G., McGubbin, D. G., Weimer, R. J., and Wulf, G. R., 1972, Cretaceous system, *in* Mallory, W. W. (ed.), Geologic atlas of the Rocky Mountain region: Rocky Mountain Association of Geologists, Denver, p. 190-228.

McKenna, M. C., 1962. Collecting small fossils by washing and screening: Curator, v. 5, p. 221-235.

_____. 1980, Late Cretaceous and Early Tertiary vertebrate paleontological reconnaissance, Togwotee Pass Area, Northwestern Wyoming: *in* Jacobs, L. L. (ed.), Aspects of vertebrate history: Essays in honor of Edwin Harris Colbert: Museum of Northern Arizona Press, Flagstaff, p. 321-343.

McKenna, M. C. and Love, J. D., 1970. Local stratigraphic and tectonic significance of *Leptoceratops*, a Cretaceous dinosaur in the Pinyon Conglomerate, northwestern Wyoming: U.S. Geological Survey, Professional Paper 700-D, p. 55-61.

Marsh, O. C., 1889a. Discovery of Cretaceous Mammalia: American Journal of Science, v. 36, p. 81-92.

_____. 1889b, Notice of new American Dinosauria: *ibid.*, v. 37, p. 331-336.

_____. 1889c, Notice of gigantic horned Dinosauria from the Cretaceous: *ibid.*, v. 38, p. 173-175.

_____. 1890a, Description of new dinosaurian reptiles: *ibid.*, v. 39, p. 81-86.

_____. 1891, Notice of new vertebrate fossils, *ibid.*, v. 42, p. 265-269.

_____. 1892a, Notes of Mesozoic vertebrate fossils, *ibid.*, v. 44, p. 171-176.

_____. 1892b, Notice of new reptiles from the Laramie Formation: *ibid.*, v. 43, p. 449-453.

_____. 1898, New species of Ceratopsia: *ibid.*, v. 6, p. 92.

Merewether, E. A., 1983, The Frontier Formation and mid-Cretaceous orogeny in the Foreland of southwestern Wyoming: The Mountain Geologist, v. 20, p. 121-138.

Merewether, E. A. and Cobban, W. A., 1972, Unconformities within the Frontier Formation, northwestern Carbon County, Wyoming: U.S. Geological Survey, Professional Paper 800-S, p. D57-D66.

Merewether, E. A., Cobban, W. A., and Cavanaugh, E. T., 1979, Frontier Formation and equivalent rocks in eastern Wyoming: The Mountain Geologist, v. 16, p. 67-101.

Mook, C. C., 1941, A new crocodilian from the Lance Formation: American Museum of Natural History, Novitates, no. 1128, p. 1-5.

Nace, R. L., 1939, A new ichthyosaur from the Upper Cretaceous Mowry Formation in Wyoming: American Journal of Science, v. 237, p. 673-686.

_____. 1941, A new ichthyosaur from the Late Cretaceous, northeast Wyoming: *ibid.*, v. 239, p. 908-914.

Naylor, B. G., 1979, The Cretaceous salamander *Prodesmodon* (Amphibia: Caudata): Herpetologica, v. 35, p. 11-20.

_____. 1983, New salamander (Amphibia: Caudata) atlantes from the Upper Cretaceous of North America: Journal of Paleontology, v. 57, p. 48-52.

Oriel, S. S. and Tracey, Jr., J. I., 1970, Uppermost Cretaceous and Tertiary stratigraphy of Fossil Basin, southwestern Wyoming: U.S. Geological Survey, Professional Paper 635, 53 p.

Osborn, H. F., 1905, *Tyrannosaurus* and other Cretaceous carnivorous dinosaurs: American Museum of Natural History, Bulletin, v. 21, p. 259-265.

Ostrom, J. H., 1965, Cretaceous vertebrate faunas of Wyoming, *in* DeVoto, R. H. and Bitter, R. K. (eds.), Sedimentation of Late Cretaceous and Tertiary outcrops, Rock Springs Uplift: Wyoming Geological Association, 19th Annual Field Conference Guidebook, p. 35-41.

_____. 1970, Stratigraphy and paleontology of the Cloverly Formation (Lower Cretaceous) of the Bighorn Basin area, Wyoming and Montana: Peabody Museum of Natural History, Bulletin 35, 234 p.

_____. 1978, *Leptoceratops gracilis* from the "Lance" Formation of Wyoming: Journal of Paleontology, v. 52, p. 697-704.

Ostrom, J. H. and McIntosh, J. S., 1966, Marsh's dinosaurs: The collections from Como Bluff: Yale University Press, New Haven, 388 p.

Parks, W. E., 1933, New species of *Champsosaurus* from the Belly River Formation of Alberta, Canada: Royal Society of Canada, Transactions, v. 27, p. 121-137.

Pauli, R. A., 1957, Depositional history of the Muddy Sandstone, Bighorn Basin, Wyoming: (Ph.D. Thesis), University of Wisconsin, Madison, Wisconsin, 233 p.

_____. 1962, Depositional history of the Muddy Sandstone, Bighorn Basin, Wyoming, *in* Enyert, R. L. and Curry, III, W. H. (eds.), Symposium on Early Cretaceous rocks of Wyoming and adjacent areas: Wyoming Geological Association, 17th Annual Field Conference Guidebook, p. 102-117.

Randall, A. G., 1961, Catalog of formation names for post-Niobrara pre-Eocene rocks of Wyoming and adjacent areas, *in* Wiloth, G. J., Hale, L. A., Randall, A. G., and Garrison, L. (eds.), Symposium on Late Cretaceous rocks: Wyoming and adjacent areas: Wyoming Geological Association, 16th Annual Field Conference Guidebook, p. 9-15.

Randall, A. G., 1962, Catalog of formation names for Early Cretaceous rocks of Wyoming, *in* Enyert, R. L. and Curry, III, W. H. (eds.), Symposium on Early Cretaceous rocks of Wyoming and adjacent

areas: Wyoming Geological Association, 17th Annual Field Conference Guidebook, p. 9-14.

Rubey, W. W., 1931, Lithologic studies of fine-grained Upper Cretaceous sedimentary rocks of the Black Hills region: U.S. Geological Survey, Professional Paper 165, p. 1-54.

Rubey, W. W., Oriel, S. S., and Tracey, Jr., J. I., 1961, Age of the Evanston Formation, western Wyoming, *in* Wiloth, G. J., Hale, L. A., Randall, A. G., and Garrison, L. (eds.), Symposium on Late Cretaceous rocks: Wyoming and adjacent areas: Wyoming Geological Association, 16th Annual Field Conference Guidebook, p. 68-69.

Ruppel, E. T., 1982, Geology of pre-Tertiary rocks in the northern part of Yellowstone National Park, Wyoming, *in* Reid, S. G. and Foote, D. J. (ed.), Geology of Yellowstone Park Area: Wyoming Geological Association Guidebook, 33rd Annual Field Conference, p. 111-137.

Russell, D. A., 1967, Systematics and morphology of American mosasaurs: Peabody Museum of Natural History, Bulletin 23, p. 1-241.

_____. 1975, A new species of *Globidens* from South Dakota, and a review of the globidentine mosasaurs: Fieldiana Geology, v. 33, no. 13, p. 235-256.

Russell, L. S., 1930, Upper Cretaceous dinosaur faunas of North America: American Philosophical Society, Proceedings, v. 69, p. 133-159.

Russell, L. S., 1964, Cretaceous non-marine faunas of northwestern North America: Royal Ontario Museum, Life Sciences Contributions, no. 61, p. 1-24.

Ryan, J. D., 1977, Late Cretaceous and Early Tertiary provenance and sediment dispersal, Hanna and Carbon basins, Carbon County, Wyoming: Geological Survey of Wyoming, Preliminary Report, no. 16, 17 p.

Sahni, A., 1972, The vertebrate fauna of the Judith River Formation, Montana: American Museum of Natural History, Bulletin, v. 147, p. 321-412.

Schlaikjer, E. M., 1935, The Torrington Member of the Lance Formation and a study of a new *Triceratops*: Museum of Comparative Zoology, Bulletin, v. 76, p. 31-68.

Shoemaker, R. E., 1966, Fossil leaves of the Hell Creek and Tullock formations of eastern Montana: Palaeontographica, Abt. B., v. 119, p. 54-75.

Sloan, R. E., 1969, Cretaceous and Paleocene terrestrial communities of Western North America: North American paleontological Convention, Proceedings, Part E, p. 427-453.

Spieker, E. M., 1946, Late Mesozoic and Early Cenozoic history of Central Utah: U.S. Geological Survey, Professional Paper 205-D, p. 117-161.

Van Valen, L., 1967, The first discovery of a Cretaceous mammal: American Museum of Natural History, Novitates, no. 2285, 4 p.

Van Valen, L. and Sloan, R. E., 1977, Ecology and the extinction of the dinosaurs: Evolutionary Theory, v. 2, p. 37-64.

Wegemann, C. H., 1911, The Salt Creek Oil Field, Wyoming: U.S. Geological Survey, Bulletin 452, p. 37-83.

Weimer, R. J., 1960, Upper Cretaceous stratigraphy, Rocky Mountain area: American Association of Petroleum Geologists, Bulletin, v. 44, p. 1-20.

_____. 1961, Uppermost Cretaceous rocks in central and southern Wyoming, and northwest Colorado, *in* Wiloth, G. J., Hale, L. A., Randall, A. G., and Garrison, L. (eds.), Symposium on Late Cretaceous rocks: Wyoming and adjacent areas: Wyoming Geological Association, 16th Annual Field Conference Guidebook, p. 17-28.

Weimer, R. J. and Land, C. B., 1975, Maestrichtian deltaic and interdeltaic sedimentation in the Rocky Mountain region of the United States, *in* Caldwell, W. G. E. (ed.), The Cretaceous system in the Western Interior of North America: Geological Association of Canada, Special Paper Number 13, p. 633-666.

Welles, S. P., 1952, A review of the North American Cretaceous elasmosaurs: University of California Publications in Geological Science, v. 29, p. 47-144.

Williston, S. W., 1906, American amphicoelian crocodiles: Journal of Geology, v. 14, p. 1-17.

BLM_0034765

Wilson, J. B., 1951, Stratigraphy of the Sussex Sandstone, Powder River Basin, Wyoming: Geological Survey of Wyoming, Report of Investigations, no. 3, p. 1-11.

Zangerl, R., 1953, The vertebrate fauna of the Selma Formation of Alabama: Part IV, The turtles of the Family Toxochelyidae: Fieldiana, Geology Memoirs, v. 3, p. 137-277.

Zangerl, R. and Sloan, R. E., 1960, A new specimen of *Desmatochelys lowi* Williston: A primative cheloniid sea turtle from the Cretaceous of South Dakota: Fieldiana Geology, v. 14, p. 7-40.

CARL E. JENKINS               BAYARD D. REA

**JENKINS & REA**
GEOLOGISTS

139 West Second                Phone: Area 307
Casper, Wyoming 82601                   234-4363

---

**KENT A. SUNDELL**
GEOLOGICAL CONSULTANT

CONTRACT MAPPING ● OIL, GAS AND MINERAL
EXPLORATION IN VOLCANIC TERRANES

P.O. BOX 1543
CASPER, WYOMING 82602        (307) 266-4760

BLM_0034766

# Effects of Invasive Alien Plants on Fire Regimes

MATTHEW L. BROOKS, CARLA M. D'ANTONIO, DAVID M. RICHARDSON, JAMES B. GRACE, JON E. KEELEY, JOSEPH M. DiTOMASO, RICHARD J. HOBBS, MIKE PELLANT, AND DAVID PYKE

*Plant invasions are widely recognized as significant threats to biodiversity conservation worldwide. One way invasions can affect native ecosystems is by changing fuel properties, which can in turn affect fire behavior and, ultimately, alter fire regime characteristics such as frequency, intensity, extent, type, and seasonality of fire. If the regime changes subsequently promote the dominance of the invaders, then an invasive plant–fire regime cycle can be established. As more ecosystem components and interactions are altered, restoration of preinvasion conditions becomes more difficult. Restoration may require managing fuel conditions, fire regimes, native plant communities, and other ecosystem properties in addition to the invaders that caused the changes in the first place. We present a multiphase model describing the interrelationships between plant invaders and fire regimes, provide a system for evaluating the relative effects of invaders and prioritizing them for control, and recommend ways to restore preinvasion fire regime properties.*

*Keywords: disturbance, fire frequency, fire intensity, fuel, nonnative plants*

Invasions by alien plants are a growing challenge worldwide to the management of native biodiversity and ecosystem functioning. Invasive alien plants can directly affect native plants by becoming either monopolizers or donors of limiting resources. They can also indirectly affect native plants and change ecosystems by altering soil stability; promoting erosion; colonizing open substrates; affecting the accumulation of litter, salt, or other soil resources; and promoting or suppressing fire (Vitousek 1990, Richardson et al. 2000). The effects of invaders are particularly dramatic when they alter disturbance regimes beyond the range of variation to which native species are adapted (e.g., D'Antonio et al. 1999), resulting in community changes and ecosystem-level transformations (Mack and D'Antonio 1998).

Invaders that alter fire regimes are widely recognized as some of the most important system-altering species on the planet (Vitousek 1990, D'Antonio and Vitousek 1992, D'Antonio 2000). An example of a widespread invader that has caused tremendous changes in fire regimes and other ecosystem properties is the alien annual grass *Bromus tectorum* in western North America. Its invasion across this vast landscape has increased fire frequency to the point that native shrub–steppe species cannot recover (Whisenant 1990). This, in turn, negatively affects animals that require this habitat type for forage and cover. These include the sage grouse (*Centrocercus urophasianus*) and species such as the black-tailed jackrabbit (*Lepus californicus*) and Paiute ground squirrel (*Spermophilus mollis*), which are major prey items for golden eagles (*Aquila chrysaetos*) and prairie falcons (*Falco mexicanus*) (Knick et al. 2003). Efforts to restore native plant communities and preinvasion conditions in this shrub–steppe system may be hampered by changes in the spatial and temporal distributions of soil nutrients as well as the high density of the invader's seed bank. The invasion of *Bromus rubens*, another nonnative grass, into the Mojave Desert of western North America poses similar threats to fire regimes,

*Matthew L. Brooks (e-mail: matt_brooks@usgs.gov) is a research botanist at the Western Ecological Research Center, US Geological Survey (USGS), Henderson, NV 89074. Carla M. D'Antonio is lead scientist at the US Department of Agriculture's Agricultural Research Service, Reno, NV 89512. David M. Richardson is deputy director at the Institute for Plant Conservation, Botany Department, University of Cape Town, Rondebosch 7701, South Africa. James B. Grace is a research ecologist at the USGS National Wetlands Research Center, Lafayette, LA 70506. Jon E. Keeley is a research ecologist at the USGS Western Ecological Research Center, Three Rivers, CA 93271, and an adjunct professor in the Department of Organismic Biology, Ecology, and Evolution at the University of California, Los Angeles, CA 90095. Joseph M. DiTomaso is a cooperative extension weed specialist in the Weed Science Program at the University of California, Davis, CA 95616. Richard J. Hobbs is a professor in the School of Environmental Science at Murdoch University, Murdoch, WA 6150, Australia. Mike Pellant is the Great Basin Restoration Initiative coordinator for the US Bureau of Land Management, Idaho State Office, Boise, ID 83709. David Pyke is a research ecologist at the USGS Forest and Rangeland Ecosystem Science Center, Corvallis, OR 97331. © 2004 American Institute of Biological Sciences.*

BLM_0034767

native plants, and the federally threatened desert tortoise (*Gopherus agassizii*) (Brooks and Esque 2002). Thus, plant invasions that alter fire regimes can have repercussions that ripple throughout ecosystems, and these multiple effects may complicate the task of restoring ecosystems to preinvasion conditions.

Some of the effects of plant invasions on fire regimes have been previously described (e.g., D'Antonio and Vitousek 1992, Mack and D'Antonio 1998, D'Antonio 2000), but these examples largely focus on one well-known type of change, namely, grass invasions that increase fuel-bed flammability, and on the positive feedback cycle that can develop between invasive grasses and the frequency, size, spatial pattern, and, in some cases, intensity of fires. There are other important ways in which plant invaders can affect fuels and fire regimes, but these have not been documented as thoroughly, either because they have not yet been studied or because they are less common.

In this article, we describe the full range of pathways through which plant invaders can change fuel properties and, in doing so, alter fire regimes. It is not our purpose to conduct a thorough review of this topic. Rather, we present a general conceptual model of the invasive plant–fire regime cycle that summarizes the various possible interrelationships between invasive plants, fuels, and fire regimes, including indirect links through native plants and other ecosystem properties. We also present a system designed to help managers determine what can be done at various phases of the invasive plant–fire regime cycle to prevent further changes and reverse the changes that have already occurred.

### What is a fire regime, and why is it important?

Fire is a type of disturbance (*sensu* Sousa 1984), and ecosystems are partly defined on the basis of disturbance regimes of specific frequency, intensity, extent, type, and seasonality (*sensu* Pickett and White 1985) (figure 1). Fire frequency may be defined as a measure of the fire cycle (average time for fire to burn an area equal in size to the given area of interest) or of the fire return interval (average time before fire reburns a given area, also called the fire recurrence interval). We use the latter definition in this article. Fire intensity, the amount of heat released per unit of time, is related to fire severity, which is the effect of this heat release on biotic and abiotic ecosystem properties. Fire extent includes both the size and the spatial homogeneity of burning. Fires have traditionally been classified according to fire type, which includes the categories of ground fire (e.g., peat-bog fires), surface fire (e.g., grass fires), and crown fire (e.g., forest-canopy fires). Seasonality refers to the annual window of fire activity and is largely determined by the ability of fuels to ignite and carry fire.

Disturbance regimes affect ecosystem properties such as the rates of soil erosion or formation and the pathways and temporal patterns of nutrient cycling and energy flow. Disturbance regimes can also act as a selective force affecting the life-history traits of individual species and the composition, structure, and emergent properties of entire groups of organisms. Over evolutionary time, fire regimes can promote coexistence of plant species, with different life forms dominating at different stages of postfire succession (Cowling 1987).

Fire regimes are affected by spatial and temporal variations in topography, climate, and fuel (figure 1). Although topography changes over geologic time, regional climate can potentially shift within the scale of centuries to decades, and fuel conditions can change within a day following a major disturbance. Rapid fuel changes can also rapidly change microclimates within vegetation stands. Fuels are the one ecosystem component that is inextricably linked with fire regime by feedback loops through other ecosystem properties and plants (figure 1). Shifts outside the natural range of fuel conditions can result in directional shifts in fire behavior and fire regime



*Figure 1. The fire regime cycle before plant invasion.*

BLM_0034768

*Articles*

properties, which may result in localized extirpation of species that cannot persist under the new regime. The new fire regime, coupled with the localized loss of native plant species, creates opportunities for other species to colonize or expand their cover in sites they could not previously dominate. Many invasive alien species are well suited for rapid dispersal into altered landscapes and persistence under altered disturbance regimes (D'Antonio et al. 1999). In fact, invasive plants can first cause altered fire regimes by changing fuel conditions and then flourish under the new conditions they create.

## Fuel properties and their effects on fire regimes

Fuels are generally categorized into types based on the predominant physiognomic structure of the vegetation (e.g., grassland, shrubland, or forest fuels). These types are further defined by various combinations of fuel "layers," based on their vertical arrangement on the landscape (e.g., ground, surface, or crown fuels). Fuel types and fuel layers directly influence the types of fire that can occur. For example, crown fires cannot occur without crown fuels. In addition, crown fuels must either be continuous enough to carry fire on their own (e.g., an active crown fire) or be supplemented by surface and ladder fuels (flammable material extending between surface and crown fuels) that carry fire along the surface between crown gaps and then from the surface back into the crown (e.g., a passive crown fire). This example does not begin to consider the various other fuel properties that can affect fire behavior and ultimately fire regimes. To accurately evaluate the effects of fuels on fire regimes, one must consider more detailed intrinsic and extrinsic properties of fuels.

Intrinsic fuel properties are those that are characteristic of the plants themselves. These properties primarily affect fire frequency, intensity, and seasonality (table 1). One such property is fuel moisture content (DeBano et al. 1998). Physiological condition and phenological stage of development affect the moisture content of live plant tissue. In contrast, the moisture content of dead tissue is affected by the ratio between the surface area of a fuel particle and the volume of that particle, which is often classified into various stem-diameter size classes (e.g., time lag moisture classes; DeBano et al. 1998). The more fuel volume is exposed to the external environment, the more rapidly the fuel's moisture content increases or decreases in response to changes in environmental moisture levels (e.g., relative humidity). As fuel moisture declines, so too does the amount of heat required from an ignition source to ignite the fuel. Two other intrinsic fuel properties are the chemical volatility and heat content of plant tissue (DeBano et al. 1998). These relate to the ignitability of fuel and the amount of heat produced when it burns.

Extrinsic fuel properties are those that relate to the way plants are arranged on the landscape. These properties can affect all aspects of the fire regime (table 1). They include the amount of fuel per unit area, the small-scale packing ratio of fuel, and the fuel continuity within a site and across the landscape (DeBano et al. 1998). The amount of fuel, typically referred to as the fuel load, is one of the primary determinants

of fire intensity. The packing ratio is the amount of fuel per unit volume of space, which affects the rate of fuel combustion. For a given fuel type, combustion is maximized at a particular ratio of fuel to oxygen. Departures above or below this ratio reduce the combustion rate and thus the ignitability and flammability of fuels, affecting fire frequency, intensity, and seasonality. Horizontal fuel continuity affects the frequency of fire and its extent as it spreads across the landscape. Vertical fuel continuity affects fire type (e.g., surface fire versus crown fire) as the fire spreads vertically from ground fuels, through ladder fuels, and up into the canopy.

Plant invasions have the potential to cause rapid directional changes in all of the above fuel properties, and thus to alter fire regimes, especially when multiple invaders act synergistically to accelerate change. In perhaps most cases, plant invasions that change fire regimes do so by altering more than one fuel and fire regime property. For example, grass invasions of shrublands, such as the *B. tectorum* invasion described earlier, increase fire frequency by increasing the fuel surface-to-volume ratio, increasing horizontal fuel continuity, and creating a fuel packing ratio that facilitates ignition. At the same time, these invasions generally decrease, and change the spatial pattern of, fire intensity and soil heating as discontinuous, woody shrubland fuels are replaced by more continuous, herbaceous grassland fuels. In the following sections, we describe in more detail the various ways plant invasions can change intrinsic and extrinsic fuel properties and thus alter fire regimes.

## Effects of plant invasions on intrinsic fuel properties and fire regimes

Plant invasions often involve the establishment of new life forms which may have intrinsic fuel properties that differ from those of native species. However, relatively few such cases of altered intrinsic fuel properties have been reported in the literature.

**Moisture content of plant tissue.** Invasion of stem-succulent plants into shrublands increases the moisture content of live fuels, potentially making it more difficult for fire to ignite and spread. In California, the South African succulent *Carpobrotus edulis* invades postfire chaparral in maritime regions (Zedler and Scheid 1988). This species, in turn, negatively affects the recruitment and growth of native shrub species (e.g., D'Antonio and Mahall 1991), eventually leading to a conversion of maritime chaparral to a mix of succulent- and shrub-dominated vegetation. Although fuel characteristics of these vegetation types have not been explicitly compared, this community change should lead to increased live fuel moisture levels and reduce fuel combustion rates, fire spread rates, and fire intensity. Similar changes may occur as species of the stem succulent *Opuntia* invade Mediterranean shrublands in Europe and elsewhere.

Invasion of the nitrogen-fixing tree *Myrica faya* into grass-dominated sites in Hawaii is likely to decrease the rate of fire spread, because *Myrica* typically maintains higher fuel mois-

BLM_0034769

*Articles*

| Table 1. Methods by which plant invasions can change fuel and fire regime properties. | | |
|---|---|---|
| **Fuel property changed** | **Fire regime properties changed** | **Examples** |
| **intrinsic fuel properties** | | |
| increased plant tissue flammability | increased fire frequency and intensity, and increased annual window of fire activity | Trees: *Eucalyptus* spp. in North America (possible, but not documented) |
| Decreased plant tissue flammability | Decreased fire frequency and intensity, and decreased annual window of fire activity | Succulents: *Opuntia* spp. in Europe (possible, but not documented)<br>Herbs: *Centaurea maculosa* in North America (Xanthopoulos 1988)<br>Shrubs/trees: *Acacia saligna* in Africa (van Wilgen and Richardson 1985); *Myrica faya* in the South Pacific (Tim Tunison, Hawaii Volcanoes National Park, Honolulu, Hawaii, personal communication, 14 October 2003) |
| **Extrinsic fuel properties** | | |
| increased fuel load | increased fire intensity | Perennial grasses: *Andropogon gayanus* in Australia (Rossiter et al. 2003); *Andropogon virginicus, Schizachytrium condensatum, Melinis minutiflora,* and *Hyparrhenia rufa* in the South Pacific (Smith and Tunison 1992)<br>Trees: *Melaleuca quinquenervia* in North America (Gordon 1998) |
| Decreased fuel load | Decreased fire intensity | Annual grasses: *Bromus* spp. and *Avena* spp. in North America (Keeley 2001) |
| increased horizontal continuity | increased fire frequency and extent | Annual grasses: *Bromus tectorum* (Whisenant 1990), *Bromus rubens, Schismus* spp. (Brooks 1999), and *Taeniatherum caput-medusae* (Young 1992) in North America<br>Perennial grasses: *Andropogon gayanus* (Rossiter et al. 2003), *Pennisetum polystachyum* (Gill et al. 1990), and *Cenchrus ciliaris* (Latz 1991) in Australia; *Hyparrhenia rufa* in Central America (Bilbao 1995); *Lolium perenne* (Zedler 1983) in North America; *Hyparrhenia rufa, Melinis minutiflora, Panicum Maximum,* and *Brachiaria* spp. in South America (Blydenstein 1967); *Andropogon virginicus, Schizachytrium condensatum, Melinis minutiflora,* and *Hyparrhenia rufa* in the South Pacific (Smith and Tunison 1992) |
| Decreased horizontal continuity | Decreased fire frequency and extent | Shrubs: *Mimosa pigra* in Australia (Braithwaite et al. 1989)<br>Trees: *Schinus terebinthifolius* (Doren and Whiteaker 1990) and *Sapium sebiferum* (Grace 1998) in North America |
| increased vertical continuity | Surface fire to crown fires | Vines: *Cryptostegia grandiflora* in Australia (Grice and Brown 1996)<br>Herbs: *Chromolaena odorata* in Africa (Richardson et al. 1997)<br>Perennial grasses: *Andropogon gayanus* (Rossiter et al. 2003) in Australia; *Imperata cylindrica* (Lippincott 2000) and *Arundo donax* (Bell 1997) in North America |
| Decreased vertical continuity | Crown fire to surface fires | Annual grasses: *Bromus* spp. and *Avena* spp. in North America (Keeley 2001) |
| Change in packing ratio | Change in fire frequency, intensity, and annual window of fire activity | Shrubs: *Acacia saligna* and *Hakea sericea* in Africa (van Wilgen and Richardson 1985)<br>Trees: *Sapium sebiferum* (Grace 1998) in North America |

ture than the dominant native grasses. Furthermore, in closed stands, the moisture content of *Myrica* leaf litter can be very high because of the high relative humidity in the subcanopy, which reaches 50% to 60% (Tim Tunison, Hawaii Volcanoes National Park, Honolulu, personal communication, 14 October 2003). However, extreme drought conditions could change these relationships.

Invasions by finely textured plants such as grasses typically produce standing dead fuels that dry rapidly in response to low soil moisture and atmospheric humidity, promoting fire ignitions earlier in the spring and later in the fall. Thus, these invasions increase the length of the fire season and may also increase the probability of ignition during the heart of the fire season. Even within postfire chaparral environments, alien grasses have a very different phenology than the native herba-ceous flora. Alien grasses germinate in the fall and dry by early spring, in contrast to the native flora, which germinates in the winter and remains green much longer. Thus, alien grasses extend the fire season earlier into the spring months in chaparral (Keeley 2000). Invasions of coarsely textured woody species into grasslands may have the opposite effect (e.g., Drewa et al. 2001).

**Chemical composition of plant tissue.** Fuel chemistry may be important in promoting fire spread, if it results in slower or more rapid decomposition rates of plant tissue and therefore in higher or lower levels of dead fuel biomass during the fire season. In addition, chemical compounds in plants may either increase plant flammability (e.g., volatiles) or decrease it (e.g., minerals), all other fuel characteristics being equal.

BLM_0034770

However, some investigators have determined that differences in fuel chemistry between invaders and natives are typically small and may have little to do with observed variation in fire intensity (van Wilgen et al. 1990, Lippincott 2000). Essentially, these researchers suggest that other fuel properties have more influence on fire regimes.

## Effects of plant invasions on extrinsic fuel properties and fire regimes

New plant life forms introduced through invasions can change extrinsic fuel properties of vegetation stands. These types of changes have been more extensively documented than changes in intrinsic fuel properties caused by invasions.

**Fuel loads.** Increased fuel loads can increase fire intensity. Bilbao (1995) reports that African grass invaders can increase grass biomass by 50% in grass-dominated Venezuelan savannas, and that this results in hotter fires in these already fire-prone ecosystems. Likewise, invasion by the large African bunchgrass *Andropogon guyanus* into otherwise shorter-statured Australian savannas causes enormous increases in fuel loads, resulting in much hotter fires (Rossiter et al. 2003). Invasions of Hawaiian ecosystems by perennial alien grasses increase the load of fine fuels (e.g., litter, grass) and the fire intensity, eliminating fire-sensitive native species (Smith and Tunison 1992, D'Antonio et al. 2000). Although increased fuel loads generally lead to increased fire intensity, the ultimate effects also depend on the cumulative effects of other fuel properties such as the size class of the fuel, its packing ratio, and its moisture content.

Plant invasions can also decrease fire intensity when they lead to vegetation type conversions that result in plant assemblages with lower fuel loads or less flammable fuels. For example, annual grass invasions into the chaparral and coastal sage scrub of western North America have led to fuel type conversions that changed crown fire regimes, which spread entirely through shrub canopies, to mixed regimes of surface and crown fires (Keeley 2001). Fire frequency has also increased, which helps maintain the lowered fuel loads, both by preventing the accumulation of fuels over time and by promoting the persistence of early-successional herbaceous species. Invaders can also decrease the biomass of surface fuels by shading out the understory, and therefore decrease fire intensity and the probability of fire spread, particularly if their own leaves and twigs have higher fuel moisture than the native fuels (e.g., Doren and Whiteaker 1990, Lonsdale and Miller 1993).

**Fuel continuity.** Increased horizontal fuel continuity can increase the frequency and extent of fire. For example, the annual grass *B. tectorum* has increased fuel continuity in sagebrush shrublands of western North America, because it can germinate and grow under harsh conditions typical of the interspaces between shrubs. This has been associated with increased occurrence of wildfire and decreased occurrence of native species (Whisenant 1990, Brooks and Pyke 2001). In contrast, woody shrub invasions into grasslands can reduce the horizontal continuity of fuels, reducing fire frequency and extent (Drewa et al. 2001). The invasive tree *Sapium sebiferum* can overtop and suppress the growth of understory coastal prairie species in North America, reducing the continuity of highly flammable surface fuels and thus the frequency of fire (Grace 1998).

Horizontal fuel continuity can affect how wind moves across the vegetation canopy, which in turn can influence the rate of fire spread. In Hawaiian seasonally dry forests, for example, sites dominated by exotic grasses, where the native overstory has been lost, have greater wind speeds compared with nearby sites where native woody species are still abundant (Freifelder et al. 1998). This can lead to increased rates of fire spread, making containment of fire more difficult and ultimately increasing the frequency and extent of fire.

The addition of ladder fuels increases vertical fuel continuity, allowing fires to travel from the surface into the crowns of shrubs and trees. This may not affect the frequency of fires, but it can affect their intensity and perhaps their spatial extent. Increased vertical fuel continuity has resulted from the invasions of the vine *Chromolaena odorata* in South African savannas (Richardson et al. 1997), the herbaceous shrub *Cryptostegia grandiflora* in Australia (Grice and Brown 1996), the tallgrass *Arundo donax* in Californian riparian habitats (Bell 1997), and the large bunchgrass *Imperata cylindrica* in pine savannas of the southeastern United States (Lippincott 2000). These invasions have shifted the surface fire regime to a crown fire regime.

Shifts from surface to crown fire regimes may also occur when an invader changes the predominant fuel type from surface to crown fuels, reducing the frequency of surface fires and allowing crown fires to occur only during extreme fire weather and fuel conditions. Examples include the invasion of grasslands by the trees *Schinus terebinthifolius* and *Sa. sebiferum* in North America (Doren and Whiteaker 1990, Grace 1998), and the shrub *Mimosa pigra* in Australia (Lonsdale and Miller 1993). In contrast, shifts from crown to surface fires can occur when the predominant fuel type changes from crown fuels to surface fuels. One example is the shift from the continuous crown fuels and discontinuous surface fuels in North American chaparral to the discontinuous crown fuels and continuous surface fuels created by invasive annual grasses (Keeley 2001).

**Fuel packing ratio.** Changes in fuel packing ratios can either increase or decrease fuel flammability, depending on the optimal ratio for combustion of a given fuel type. For example, grass invasions into shrublands, or shrub invasions into grasslands, can change the fuel packing ratio, respectively increasing and decreasing the chance of fire. In a simulation of fire spread in South African fynbos, van Wilgen and Richardson (1985) found that invasion by the shrub *Hakea sericea* resulted in reduced rates of fire spread rates because the fuel bed was so densely packed that combustion was inhibited, even though the invasion increased fuel loads by 60%. Nonethe-

BLM_0034771



**Figure 2. The invasive plant–fire regime cycle. Green, phase 1; yellow, phase 2; orange, phase 3; red, phase 4.**

less, using the same simulation models, these authors concluded that fires can spread during extreme weather conditions, and the increased fuel load can result in fires that are much more intense than in uninvaded sites.

### The invasive plant–fire regime cycle

Fuel properties can be directly changed by the addition of invasive plants (e.g., Whisenant 1990) or indirectly changed by alteration in the amount and species composition of native plants, caused by the competitive effects of the invaders (D'Antonio et al. 1998). Fuels are also affected by alterations to ecosystem properties (e.g., nitrogen cycling, soil organic matter) that feed back to affect vegetation, and especially by

the dominance of the invasive plant species. Whatever the mechanisms, the effects of invaders will be transient unless the invader can persist and thrive under the new conditions its presence has helped create. Invaders can shift fire regimes into self-perpetuating, alternative stable states (*sensu* Westoby et al. 1989) only when there is a net positive feedback between the regime characteristics and the invading species.

We present a multiphase conceptual model describing these dynamics, which we call the invasive plant–fire regime cycle (figure 2). This is an expansion of the grass–fire cycle of D'Antonio and Vitousek (1992) and takes into account the wide range of possible interrelationships between invasive plants, fuels, and fire regimes.

BLM_0034772

*Articles*

**Phase 1.** To fully understand the invasive plant–fire regime cycle, one must first consider the evolutionary history of potential invaders and the habitats they may invade, in addition to their fuel characteristics. Species' adaptations to specific fire regimes within their native range may shed light on their ability to persist under similar fire regimes elsewhere. For example, an annual species that evolved with frequent fire may be adapted to establish and reproduce rapidly after fire and may include a self-burial mechanism for its seeds to protect them from mortality during subsequent fires. This type of species would be predapted for similar frequent, low-intensity fire regimes elsewhere, whether these regimes were naturally created by native fuels or altered as a result of changes in fuel structure caused by plant invasions. The ability of an invader to eventually create a self-sustaining invasive plant–fire regime cycle depends on its ability to persist under the new regime it creates. These and other considerations are critical in prescreening species for possible exclusion from management regions, as we discuss in more detail later in this article.

**Phase 2.** The second phase of the cycle is the introduction of propagules into a new region, which requires the invader species to overcome significant geographical barriers to dispersal (Richardson et al. 2000). If additional barriers to survival and reproduction can be overcome, then the species can naturalize, establishing self-perpetuating populations. Many populations of alien species do not spread away from localized habitats such as roadsides, urbanized or agricultural areas, and the margins of ecological regions with harsh environmental conditions (e.g., deserts). Species that can overcome these dispersal and environmental barriers become invasive (*sensu* Richardson et al. 2000). Fire or other disturbances that can reduce the vigor of resident plants and their ability to resist invasion, or alter environmental conditions to favor invaders, may shorten the phase between establishment and spread (e.g., King and Grace 2000).

Landscape patterns can greatly affect the invasion process. For example, the mosaic patchwork of oak savanna and chaparral in the foothills of the Sierra Nevada in North America places alien-dominated savannas in close proximity to largely uninvaded chaparral. Following fire, the extent of alien invasion into chaparral is largely a race between aliens reaching the site and shrublands returning to their former closed-canopy condition (Keeley et al. 2003). Fire extent can affect this process, because the large perimeter-to-area ratio of small burns can make areas more vulnerable to invasion than larger fires (Turner et al. 1997).

**Phase 3.** The third phase of the cycle occurs when invasive plant species reach sufficient abundance across a large portion of an ecosystem to change native population, community, or ecosystem properties. Parker and colleagues (1999) suggest an integrated measure that is helpful in summarizing the primary factors associated with an invader's total

ecological impact in phase 3 of our model. They propose the equation

$$I = R \times A \times E,$$

where $I$ is invader impact, $R$ is geographical range (e.g., square kilometers), $A$ is abundance (in numbers, biomass, etc.), and $E$ is per capita effect. Thus, within a geographical location, the abundance needed to cause significant ecological impact is a function of the per capita effect, which refers to the specific effect of the invader within the context of the invaded ecosystem. Changes brought about by plant invasions may affect native plant and ecosystem properties, and create new fuel conditions that can alter fire behavior, but the fire regime is not altered until changes in fuel and fire behavior persist over subsequent fires in phase 4 of our model.

**Phase 4.** The final phase in this model, which completes the invasive plant–fire regime cycle, involves the perpetuation of altered fuel conditions and fire behavior characteristics over subsequent fire return intervals. At this point, the fire regime is said to be changed. The new regime persists as long as it positively reinforces the range, abundance, or effect of the invading species. This positive feedback may involve the elimination of the resident plants. For example, if the native plants recover from fire more slowly than the invaders, or if reduced fire frequency allows the invaders to overtop natives and drive them out, the invaders benefit from a less competitive environment under the altered fire regime. This feedback may also be enhanced if fire increases soil nutrient availability, promoting the growth and reproduction of invasive plants. Fire regimes can also benefit invading species directly. For example, decreased fire frequency and intensity may benefit invading species that are poorly adapted to frequent fire (e.g., *Sa. sebiferum;* Grace 1998), or increased fire frequency and intensity may benefit invaders that are fire resistant. In summary, if invaders alter a fire regime, and if the net effects of the altered regime on the invaders are positive, then an invasive plant–fire regime cycle is created.

## Preventing or mitigating the invasive plant–fire regime cycle

Management of invasive plants can occur at any spatial scale, from an entire continent to a small plot of land. Most commonly, these species are managed at the scales of individual nations, states or territories, counties or townships, and parks or reserves. Systems designed to evaluate the effects of plant invasions and prioritize them for control should ideally be independent of spatial scale or, at least, be directly applicable to the various spatial units at which invasive plants are commonly managed. We present such a system for evaluating and prioritizing invasive plants at each of the four phases leading to the establishment of an invasive plant–fire regime cycle (figure 3).

**Species that are not yet introduced.** The most effective way to prevent invasive plants from altering fire regimes is by preventing their initial introduction. This requires pre-

BLM_0034773



*Figure 3. A system to evaluate the effects of invasive species and prioritize them for control and restoration of preinvasion conditions at various stages of the invasive plant–fire regime cycle.*

screening criteria that include the potential for species to alter fuel and fire regime characteristics in the management region of interest. Plant species that have not yet invaded a region need to be evaluated for their potential to naturalize, become invasive, cause ecological impact, and eventually alter fire regimes (figure 3). Species with a high potential to alter fire regimes should be prioritized for exclusion from the region. Prescreening species to determine whether their introduction should be prevented is typically done at the national level. In the United States, preventing the introduction of potentially fire regime–altering plants does not effectively occur, because the interdiction at points of entry focuses on species legislated as federal noxious weeds (see *www. aphis.usda.gov/ppq/weeds/noxiousweedlist.pdf*), and this list does not generally include fire-altering species. The same can be said for the exclusion of these species from most

states, because interdiction at that scale focuses on state-listed noxious weeds. Noxious weeds are typically listed because of their threats to agriculture, aquatic systems, and other economic sectors, and not because of their threat to ecosystem properties such as fire regimes. Two plant-screening systems proposed for Australia (Virtue et al. 2001) and for the South African fynbos (Tucker and Richardson 1995) include potential fire effects of fire regimes; however, these systems have not yet been implemented at national scales.

**Naturalized or invasive species.** Species that have naturalized or become invasive need to be evaluated for their potential to cause significant ecological impact (figure 3). Species with a high potential to cause a negative impact need to be prioritized for control. These species often qualitatively change ecosystem properties. For example, a nitrogen-fixing shrub

BLM_0034774

*Articles*

---

<table>
<tr><td colspan="2" style="text-align:center"><strong>Box 1. Management options for breaking the invasive plant–fire regimes cycle and restoring the pre-invasion fire regime.</strong></td></tr>
</table>

**If invaders promote any aspect of fire regime, then consider:**

**Managing fuels**

- Eradicating or reducing the dominance of the invaders that alter fuel structure.
- Vegetating with fire-resistant plants that can compete with invaders and reduce their effects on the fuelbed.
- Creating firebreaks by green-stripping or mechanical methods to protect native landscapes from recurrent fire.
- Manipulating other ecosystem properties/processes necessary to restore preinvasion vegetation and fire regime characteristics.
- Limiting land-use activities that increase the dominance of invaders and their effects on fuelbeds and fire regimes, while promoting those that reduce invader effects.

**Managing ignition sources**

- Adopting local ordinances to reduce the frequency of ignitions by humans.

**If invaders suppress any aspect of fire regime, then consider:**

**Managing fuels**

- Eradicating or reducing the dominance of the invaders that alter fuel structure.
- Vegetating with plants that restore preinvasion fuel structure, or otherwise increase its flammability.
- Using mechanical or chemical treatments to increase fuel flammability.
- Manipulating other ecosystem properties/processes necessary to restore preinvasion vegetation and fire regime conditions.
- Limiting land-use activities that increase the dominance of invaders and their effects on the fuelbed and fire regime, while promoting those that reduce invader effects.

**Managing ignition sources**

- Using prescribed fire after the fuelbed has been altered to increase its flammability.
- Using prescribed fire when weather conditions permit burning (e.g., high winds, high temperature, low humidity).

---

that invades a grassland with no native nitrogen fixers could qualitatively change both fuel-bed structure and soil nutrient cycling, which in turn may negatively affect native plant species and confound revegetation efforts. Alternatively, species that only cause quantitative ecosystem changes may be less likely to cause significant ecosystem impact. For example, alien annual grasses invading native annual grasslands may not dramatically affect fuel beds or other ecosystem properties, although relatively large quantitative changes can have significant negative ecosystem effects (e.g., Mack et al. 2001).

**Species with significant ecological impact.** Species that have already caused significant ecological impact, but have not changed the fire regime, need to be evaluated for their potential to alter fuels and fire regimes under any of the environmental conditions that occur in the region (figure 3). Species with a high potential to alter fire regimes should be prioritized for control. In addition, restoration of preinvasion plant community and ecosystem properties may be necessary. In general, species that introduce qualitatively novel fuel characteristics should be considered greater threats than those that may only quantitatively change fuel conditions. An invasion that introduces a novel fuel type could be a tree or shrub in-

vading a grassland, whereas an invasion that only quantitatively changes an existing fuel type could be an annual grass invading a grassland. If the invader has also significantly altered native plant populations or communities, or changed ecosystem properties other than fire regimes, then additional effort may be required to restore native species and preinvasion native fuel conditions.

**Species that have changed the fire regime.** When a species has already changed one or more characteristics of the fire regime, the altered regime needs to be evaluated for its potential to have negative effects on natural resources, local economies, and public safety (figure 3). Such effects on the landscape may include loss of wildlife habitat, promotion of subsequent invasions by other alien species, altered watershed functioning, loss of tourist appeal, and increased fire-associated hazards. Species with a high potential to cause negative effects through altered fire regimes need to be prioritized for control, and the preinvasion plant community, fuel, fire regime, and other ecosystem properties need to be restored.

A range of management options are available that may mitigate the negative effects of altered fire regimes and restore plant communities to preinvasion conditions (box 1). The options used depend on whether the invader is a fire promoter

BLM_0034775

*Articles*



**Figure 4.** *Relative cost and probability of success for management actions designed to prevent or mitigate the invasive plant–fire regime cycle.*

or fire suppressor, whether there is remaining native habitat that can be protected, and to what extent a native species pool exists that can be used for restoration or revegetation.

Restoration of preinvasion conditions can often require managing both fuels and ignition sources (box 1). For example, mature stands of *Sa. sebiferum* that invade prairie ecosystems suppress fire by shading out understory surface fuels (Grace 1998). When these stands are removed using mechanical or chemical treatments, native surface fuels often recover on their own to the point where fire can be reintroduced. Periodic burning at preinvasion return intervals can then be used to benefit native prairie species and kill small size classes of encroaching *Sa. sebiferum* trees (Grace 1998).

In other cases, it may not be possible to restore communities to their preinvasion state. For example, fire-enhancing tropical grasses from Central America and Africa have invaded seasonally dry habitats in the Hawaiian Islands. The increased occurrence of fire has resulted in the complete loss of native forest in some regions, but not in others, because of differences in the native species pool (D'Antonio et al. 2000). In seasonally dry habitats where the native forest has disappeared with increased fire frequency, Tunison and colleagues (2001) found that it was not possible to restore the original native species, and instead created new assemblages of native species that are fire tolerant and can coexist with the native grasses. In other circumstances, alien species may be used in postfire revegetation to compete with invaders and re-create preinvasion fuel characteristics that help restore altered fire regimes. For example, alien species such as the bunchgrass *Agropyron deser-*

*torum* have been seeded into postfire landscapes in the Great Basin desert of North America to suppress growth of the alien annual grass *B. tectorum* and thereby reduce fuel continuity and flammability (Hull and Stewart 1948). The use of one alien species to reduce the negative ecological effects of another is often controversial, and at the very least, the long-term effects of such practices should be carefully considered beforehand.

## The costs and probabilities of successful prevention or mitigation efforts

One of the few certainties of invasive plant management is that exclusion of potentially threatening species before they invade, or at least early detection and rapid response at the very early stages of invasion, is the most cost-effective and successful way to prevent their negative ecological and economic impacts (Naylor 2000, Rejmánek and Pitcairn 2002). This is especially true in the prevention and mitigation of the invasive plant–fire regime cycle (figure 4). During phase 1, management approaches can completely focus on exclusion of the invasive species. There may be economic costs associated with exclusion (e.g., for ornamental horticulture or livestock forage plants), but these costs are often dwarfed by the potential long-term costs of inaction. In addition, the cost of control is lowest, and the probability of successful management is highest, during this initial phase. When a species is introduced and becomes invasive during phase 2, management costs begin to rise and the probability of successful prevention or mitigation of negative effects begins to decline, but

BLM_0034776

*Articles*

management can still focus entirely on the invasive species. In contrast, once phase 3 begins, management must focus not only on the invader but also on revegetating altered plant communities and restoring altered ecosystem processes. Phase 4 adds the task of restoring preinvasion fire regimes. Thus, at each subsequent phase of the invasive plant–fire regime cycle, additional management considerations are added, costs increase, and the probability of successful management decreases (figure 4). At the latter stages of this cycle, it will do little good to focus only on controlling the invader if the native fire regime, other ecosystem properties, and native plant communities need to be restored as well.

## Summary

Plant invasions can affect native ecosystems in many different ways, and effective management is greatly facilitated when the mechanisms that promote invasion and lead to subsequent ecological impacts are understood. We have presented a general conceptual model describing interrelationships between plant invasions and fire regimes. Many of these relationships are not widely recognized, such as the potential ways that plant invasions can suppress fire. One of the purposes of this article was to highlight all the possible interrelationships between plant invasions and fire regimes, so that land managers and others will take them into consideration when they design systems for screening potential new invaders before introduction and for setting priorities to manage invasions that have already occurred.

To take our predictive power to the next level, it would be particularly useful if we could compare the relative threats posed by different types of changes in fuel structure brought about by plant invasions. For example, under what conditions is fuel continuity more important than fuel load more important in altering fire regimes, and when do changes result in significant ecological or economic impacts? Clearly there is much that we still do not know about the effects of plant invasions on fire regimes and about managing both the invading species and the altered fire regime. We hope the information presented in this article will help to spark new research evaluating the ways that invading plants affect fuel properties and fire regimes. Research should focus both on the mechanisms by which invasive plant–fire regime cycles become established and on the management tools that can be used to reverse these changes or otherwise mitigate their negative effects.

## Acknowledgments

This article was the result of a symposium titled "Fire and Invasive Plant Ecology and Management: The Need for Integration to Effectively Restore Ecosystems," held at the Ecological Society of America's annual meeting, 4–9 August 2002. Financial support for this symposium was provided by the Joint Fire Science Program of the US Department of the Interior and the US Department of Agriculture Forest Service (*http://jfsp.nifc.gov*). This work was also supported by Joint Fire Science Program projects "Pre-Fire Fuel Manipulation Impacts on Alien Plant Invasion of Wildlands" (01B-3-2-08) and "Fire and Invasive Grasses in Western Ecosystems" (00-1-2-04). We thank Robin Tausch, Jan van Wagtendonk, and three anonymous reviewers for their helpful suggestions for improving the manuscript.

## References cited

Bell GP. 1997. Ecology and management of *Arundo donax* and approaches to riparian habitat restoration in southern California. Pages 103–113 in Brock J, ed. Plant Invasions: Studies from North America and Europe. Leiden (The Netherlands): Backhuys.

Bilbao B. 1995. Impacto del regimen de quemas en las caracteristicas edaficas, produccion de materia organica y biodiversidad de sabanas tropicales en Calabozo, Venezuela. PhD dissertation, Instituto Venezolano des Investigaciones Cientificas, Caracas, Venezuela.

Blydenstein DW. 1967. Tropical savanna vegetation of the llanos of Colombia. Ecology 28: 1–15.

Braithwaite RW, Lonsdale WA, Estbergs JA. 1989. Alien vegetation and native biota in tropical Australia: The spread and impact of *Mimosa pigra*. Biological Conservation 48: 189–210.

Brooks ML. 1999. Alien annual grasses and fire in the Mojave Desert. Madroño 46: 13–19.

Brooks ML, Esque TC. 2002. Alien annual plants and wildfire in desert tortoise habitat: Status, ecological effects, and management. Chelonian Conservation and Biology 4: 330–340.

Brooks ML, Pyke DA. 2001. Invasive plants and fire in the deserts of North America. Pages 1–14 in Galley KEM, Wilson TP, eds. Proceedings of the Invasive Plant Workshop: The Role of Fire in the Control and Spread of Invasive Species. Tallahassee (FL): Tall Timbers Research Station.

Cowling RM. 1987. Fire and its role in coexistence and speciation in Gondwanan shrublands. South African Journal of Science 83: 106–112.

D'Antonio CM. 2000. Fire, plant invasions, and global changes. Pages 65–93 in Mooney HA, Hobbs RJ, eds. Invasive Species in a Changing World. Washington (DC): Island Press.

D'Antonio CM, Mahall B. 1991. Root overlap and interference for soil moisture between an invasive succulent and two native shrub species. American Journal of Botany 78: 885–894.

D'Antonio CM, Vitousek PM. 1992. Biological invasions by exotic grasses, the grass/fire cycle, and global change. Annual Review of Ecology and Systematics 23: 63–87.

D'Antonio CM, Hughes RF, Mack M, Hitchcock D, Vitousek P. 1998. Response of native species to the removal of non-native grasses in a Hawaiian woodland. Journal of Vegetation Science 9: 699–712.

D'Antonio CM, Dudley TL, Mack M. 1999. Disturbance and biological invasions: Direct effects and feedbacks. Pages 143–452 in Walker L, ed. Ecosystems of Disturbed Ground. Amsterdam: Elsevier.

D'Antonio CM, Tunison JT, Loh R. 2000. Variation in impact of exotic grass fueled fires on species composition across an elevation gradient in Hawai'i. Austral Ecology 25: 507–522.

DeBano LF, Neary DG, Ffolliott PF. 1998. Fire's Effects on Ecosystems. New York: John Wiley and Sons.

Doren RF, Whiteaker LD. 1990. Effects of fire size on different size individuals of *Schinus terebinthifolius*. Natural Areas Journal 10: 107 113.

Drewa P, Peters DPC, Havstad KM. 2001. Fire, grazing, and honey mesquite invasion in black grama–dominated grasslands of the Chihuahuan Desert: A synthesis. Pages 31–39 in Galley KEM, Wilson TP, eds. Proceedings of the Invasive Plant Workshop: The Role of Fire in the Control and Spread of Invasive Species. Tallahassee (FL): Tall Timbers Research Station.

Freifelder RP, Vitousek PM, D'Antonio CM. 1998. Microclimate effects of fire-induced forest/grassland conversion in seasonally dry Hawaiian woodlands. Biotropica 30: 286–297.

Gill AM, Hoare JRL, Cheney NP. 1990. Fires and their effects on the wet-dry tropics of Australia. Pages 159–178 in Goldammer JG, ed. Fire in the Tropical Biota: Ecosystem Processes and Global Challenges. Heidelberg (Germany): Springer-Verlag.

BLM_0034777

*Articles*

Gordon DR. 1998. Effects on invasive, non-indigenous plant species on ecosystem processes: Lessons from Florida. Ecological Monographs 8: 975-989.

Grace JB. 1998. Can prescribed fire save the endangered coastal prairie ecosystem from Chinese tallow invasion? Endangered Species Update 15: 70–76.

Grice AC, Brown JR. 1996. The population ecology of the invasive tropical shrubs *Cryptostegia grandiflora* and *Ziziphus mauritiana* in relation to fire. Pages 589–597 in Floyd RB, Sheppard AW, De Barro PJ, eds. Frontiers of Population Ecology. Melbourne (Australia): CSIRO.

Hull AC, Stewart G. 1948. Replacing cheatgrass by reseeding with perennial grass on southern Idaho ranges. American Society of Agronomy Journal 40: 694–703.

Keeley JE. 2000. Chaparral. Pages 201–251 in Barbour MG, Billings WD, eds. North American Terrestrial Vegetation. New York: Cambridge University Press.

———. 2001. Fire and invasive species in Mediterranean-climate ecosystems of California. Pages 81–94 in Galley KEM, Wilson TP, eds. Proceedings of the Invasive Plant Workshop: The Role of Fire in the Control and Spread of Invasive Species. Tallahassee (FL): Tall Timbers Research Station.

Keeley JE, Lubin D, Fotheringham CJ. 2003. Fire and grazing impacts on plant diversity and alien plant invasions in the southern Sierra Nevada. Ecological Applications 13: 1355–1374.

King SE, Grace JB. 2000. The effects of gap size and disturbance type on invasion of wet pine savanna by cogongrass, *Imperata cylindrica* (Poaceae). American Journal of Botany 87: 279–1286.

Knick ST, Dobkin DS, Rotenberry JT, Schroeder MA, Vander Haegen WM, Van Riper C III. 2003. Teetering on the edge or too late? Conservation and research issues for avifauna of sagebrush habitats. The Condor 105: 611–634.

Latz PK. 1991. Buffel and couch grass in central Australian creeks and rivers. Newsletter of the Central Australian Conservancy Council, 5 April.

Lippincott CL. 2000. Effects of *Imperata cylindrica* (L.) Beauv. (cogongrass) invasion on fire regime in Florida sandhill (USA). Natural Areas Journal 20: 140–149.

Lonsdale WM, Miller IL. 1993. Fire as a management tool for a tropical woody weed: *Mimosa pigra* in North Australia. Journal of Environmental Management 33: 77–87.

Mack MC, D'Antonio CM. 1998. Impacts of biological invasions on disturbance regimes. Trends in Ecology and Evolution 13: 195–198.

Mack MC, D'Antonio CM, Ley R. 2001. Pathways through which exotic grasses alter N cycling in a seasonally dry Hawaiian woodland. Ecological Applications 11: 1323–1335.

Naylor RL. 2000. The economics of alien species invasions. Pages 241–259 in Mooney HA, Hobbs RJ, eds. Invasive Species in a Changing World. Washington (DC): Island Press.

Parker IM, et al. 1999. Impact: Towards a framework for understanding the ecological effects of invaders. Biological Invasions 1: 3–9.

Pickett STA, White PS. 1985. The Ecology of Natural Disturbance and Patch Dynamics. New York: Academic Press.

Rejmánek M, Pitcairn MJ. 2002. When is eradication of exotic plant pests a realistic goal? Pages 169–176 in Veitch CR, Clout MN, eds. Turning the Tide: The Eradication of Invasive Species. Gland (Switzerland): IUCN.

Richardson DM, Macdonald IAW, Hoffmann JH, Henderson L. 1997. Alien plant invasions. Pages 534–570 in Cowling RM, Richardson DM, Pierce SM, eds. Vegetation of Southern Africa. Cambridge (United Kingdom): Cambridge University Press.

Richardson DM, Pysek P, Rejmánek M, Barbour MG, Panetta FD, West CJ. 2000. Naturalization and invasion of alien plants: Concepts and definitions. Diversity and Distributions 6: 93–107.

Rossiter NA, Setterfield SA, Douglas MM, Hutley LB. 2003. Testing the grass-fire cycle: Alien grass invasion in the tropical savannas of northern Australia. Diversity and Distributions 9: 169–176.

Smith CW, Tunison JT. 1992. Fire and alien plants in Hawaii: Research and management implications for native ecosystems. Pages 394–108 in Stone CP, Tunison T, Scott JM, eds. Alien Plant Invasions in Native Ecosystems in Hawaii: Management and Research. Honolulu: University of Hawaii Press.

Sousa WP. 1984. The role of disturbance in natural communities. Annual Review of Ecology and Systematics 15: 353–391.

Tucker KC, Richardson DM. 1995. An expert system for screening potentially invasive alien plants in South African fynbos. Journal of Environmental Management 44: 309–338.

Tunison JT, D'Antonio CM, Loh RK. 2001. Fire and invasive plants in Hawai'i Volcanoes National Park. Pages 122–131 in Galley KEM, Wilson TP, eds. Proceedings of the Invasive Plant Workshop: The Role of Fire in the Control and Spread of Invasive Species. Tallahassee (FL): Tall Timbers Research Station.

Turner MG, Romme WH, Gardner RH, Hargrove WW. 1997. Effects of fire size and pattern on early succession in Yellowstone National Park. Ecological Monographs 67: 411–433.

van Wilgen BW, Richardson DM. 1985. The effects of alien shrub invasions on vegetation structure and fire behaviour in South African fynbos shrublands: A simulation study. Journal of Applied Ecology 22: 955–966.

van Wilgen BW, Everson CS, Trollope WSW. 1990. Fire management in southern Africa: Some examples of current objectives, practices and problems. Pages 179–215 in Goldammer JG, ed. Fire in the Tropical Biota. Berlin: Springer-Verlag.

Virtue JGR, Groves H, Panetta FD. 2001. Towards a system to determine the national significance of weeds in Australia. Pages 124–150 in Groves RH, Virtue JG, eds. Weed Risk Assessment. Collingwood (Australia): CSIRO.

Vitousek PM. 1990. Biological invasions and ecosystem processes: Toward an integration of population biology and ecosystem studies. Oikos 57: 7–13.

Westoby M, Walker B, Noy-Meir I. 1989. Opportunistic management for rangelands not at equilibrium. Journal of Range Management 42: 266–274.

Whisenant SG. 1990. Changing Fire Frequencies on Idaho's Snake River Plains: Ecological and Management Implications. Logan (UT): US Department of Agriculture, Forest Service, Intermountain Research Center. General Technical Report INT-276.

Xanthopoulos G. 1988. Guidelines for burning spotted knapweed infestations for fire hazard reduction in western Montana. Pages 195–198 in Fischer WC, Arno SF, comps. Protecting People and Homes from Wildfire in the Interior West: Proceedings of the Symposium and Workshop. Ogden (UT): US Department of Agriculture, Forest Service, Intermountain Research Station. General Technical Report INT-251.

Young JA. 1992. Ecology and management of medusahead (*Taeniatherum caput-medusae* ssp. *asperum* [Simk.] Melderis). Great Basin Naturalist 52: 245–252.

Zedler PH. 1983. Vegetation change in response to extreme events: The effect of a short interval between fires in California chaparral and coastal scrub. Ecology 64: 809–818.

Zedler PH, Scheid GA. 1988. Invasion of *Carpobrotus edulis* and *Salix lasiolepis* after fire in a coastal chaparral site in Santa Barbara County, California. Madroño 35: 196–201.

BLM_0034778

# INVASIVE PLANTS AND FIRE IN THE DESERTS OF NORTH AMERICA

Matthew L. Brooks

U.S. Geological Survey, Western Ecological Research Center, Las Vegas Field Station, 6770 South Paradise Road, Las Vegas, NV 89119

David A. Pyke

U.S. Geological Survey, Forest and Rangeland Ecosystem Science Center, 3200 SW Jefferson Way, Corvallis, OR 97331

## ABSTRACT

Invasive plants and fire create substantial challenges for land managers in the deserts of North America. Invasive plants can compete with native plants, alter wildlife habitat, and promote the spread of fire where it was historically infrequent. Increased fire frequency in the Mojave and Sonoran deserts has converted native shrublands to alien annual grasslands. Fire suppression and overgrazing of livestock has allowed native woody shrubs, such as mesquite (*Prosopis* spp.) and creosotebush (*Larrea tridentata*), to invade perennial grasslands in the Chihuahuan Desert, and native trees, such as juniper (*Juniperus* spp.) and pinyon (*Pinus* spp.), to invade sagebrush (*Artemisia* spp.) steppe in the Great Basin. The reintroduction of fire can be complicated by the positive effect of fire on alien invasive plants, and the subsequent effects of invasives on post-fire establishment by native species.

Invasive alien grasses especially benefit from fire, and promote recurrent fire, in many cases to the point where native species cannot persist and native plant assemblages are converted to alien-invaded annual grasslands. This vegetation type-conversion can affect wildlife ranging from herbivores to carnivores and reduce overall biodiversity. The effective management of many wildlife species can depend on the control of invasive plants and the maintenance of appropriate fire regimes.

Fire can be used to either control invasive species or to restore historical fire regimes. However, the decision to use fire as a management tool must consider the potential interrelationships between fire and invasive species. Historical fire regimes did not occur in the presence of many invasive plants that are currently widespread, and the use of fire may not be a feasible or appropriate management action if fire-tolerant invasive plants are present. The management of fire and invasive plants must be closely integrated for each to be managed effectively.

*keywords:* desert, disturbance, fire, invasive plants, land management, North America.

*Citation:* Brooks, M.L., and D.A. Pyke. 2001. Invasive plants and fire in the deserts of North America. Pages 1–14 *in* K.E.M. Galley and T.P. Wilson (eds.). Proceedings of the Invasive Species Workshop: the Role of Fire in the Control and Spread of Invasive Species. Fire Conference 2000: the First National Congress on Fire Ecology, Prevention, and Management. Miscellaneous Publication No. 11, Tall Timbers Research Station, Tallahassee, FL.

## INTRODUCTION

Invasive species rank second only to habitat destruction in causing species endangerment across the United States. About 42% of federally threatened or endangered species are listed because of threats from invasive species (The Nature Conservancy 1996, Babbitt 1998, Wilcove et al. 1998). In the Mojave Desert, the desert tortoise (*Gopherus agassizii*) is a federally threatened species due partly to the negative effects of invasive plants and fire (M.L. Brooks, unpublished data). Invasive plants negatively affect other sensitive desert species, such as the sage grouse (*Centrocercus urophasianus*; Fischer et al. 1996) and cause changes in ecosystem processes (D'Antonio and Vitousek 1992). Accordingly, the management of invasive plants is now a top priority for land managers in the deserts of North America.

The Federal Wildland Fire Management Policy defines fire as a critical natural process that should be reintroduced where it has been historically suppressed (Glickman and Babbitt 1995). This policy also recognizes that fire hazards develop as fuels accumulate over time and recommends that fire be used to prevent high fuel loads. However, it does not consider interactions involving fire and invasive species or that the reintroduction of historical fire regimes may create new and potentially unknown changes in ecosystem processes and fire hazards.

Fundamental ecosystem changes have occurred in the deserts of North America during the 1900s, resulting from separate and interactive effects of invasive species and fire, and from land use activities. Problems with invasive species and fire may get worse, since recent Census 2000 data show that increases in human populations in the desert southwest currently exceed the national average (U.S. Census Bureau 2001). In this paper, we describe the factors that promote plant invasions and alter fire regimes, discuss the ecological changes that result, review the use of fire and other methods to control invasive plants, and summarize the information needed by managers to prevent further changes and restore ecosystem integrity in areas that have been altered in North American deserts.

BLM_0034779

Case No. 2:20-cv-02484-MSK    Document 36-13    filed 04/27/21    USDC Colorado    pg 83 of
202
The Case No 4 20 2010 V 02484 MSK    Document 36-13    filed 04/27/21    USDC Colorado pg 83 of 2
Allen Press   ·   DTPro System                                                                                   File # 01em

2                                          BROOKS AND PYKE



**Deserts & Semideserts**
☐ Columbia/Snake River Plateau
■ Great Basin
▦ Mojave
■ Sonoran
▤ CO/AZ/NM Plateau
▦ Chihuahuan

Fig. 1.  Map of the western United States with an overlay of the desert and semi-desert ecological regions. (Data source: Common Ecological Regions of the Conterminous United States. A draft prepared by the National Interagency Technical Team.)

## DESERT REGIONS

The arid and semi-arid deserts of North America are generally distinguished by 2 regions: (1) the contiguous Great Basin, Mojave, and Sonoran deserts; and (2) the more disjunct Chihuahuan desert (Figure 1). (The Arctic is sometimes considered a North American desert, but it is not included in this review.)

The Great Basin Desert is the coldest and northernmost desert in southwestern North America, constituting 32% (409,000 km$^2$) of the total North American desert area (MacMahon 1979). Typical vegetation at low elevations includes sagebrush-dominated communities, sagebrush steppe that includes codominance of perennial grasses, and salt desert shrublands dominated by saltbush (*Atriplex* spp.). At higher elevations, pinyon–juniper woodlands are composed mostly of *Pinus* spp. and *Juniperus* spp. (Fowler and Koch 1982, West and Young 2000). Precipitation occurs mostly as snow during the winter, and hard frosts limit the northern distributions of many dominant plant species common to other deserts. The Columbia and Snake River plateaus to the north and the Colorado, Arizona, and New Mexico plateaus to the southeast are floristically similar to the Great Basin, but differ hydrologically because they do not occur in closed hydrologic basins. However, issues related to fire and invasive plants are similar, and therefore the Plateau regions are included in this review.

The Mojave Desert is transitional between the Great Basin Desert to the north and the Sonoran Desert to the south and constitutes 11% (140,000 km$^2$) of the total desert area in North America (MacMahon 1979). Typical vegetation includes creosotebush scrub and saltbush scrub at low elevations, and shadscale (*Atriplex confertifolia*) scrub, blackbrush (*Coleogyne ra-*

*mosissima*) scrub, Joshua tree (*Yucca brevifolia*) woodland, and pinyon–juniper woodland at progressively higher elevations. Creosotebush and burrobush (*Ambrosia dumosa*) are most common and widespread, dominating 70% of the region (Shreve 1942). Rainfall occurs mostly during winter, but summer rainfall approaches 50% of the annual total in the central and eastern Mojave (Rowlands et al. 1982). Moderate frosts limit the number of cacti species that occur here.

The Sonoran Desert constitutes 22% (275,000 km$^2$) of the total desert area, >50% of which lies in Mexico (MacMahon 1979). Two of 6 subdivisions of this desert occur in the United States (Turner and Brown 1982). The Lower Colorado River Valley subdivision includes the most xeric regions of the Sonoran Desert with creosote bush and burrobush dominating most of the region. The Arizona Upland subdivision is less xeric and includes one of the most floristically diverse areas of all the North American deserts, containing many species of cacti, subtrees, shrubs, and perennial grasses. Annual rainfall is bimodal over a spatial gradient from dominant winter rainfall at the western margin to dominant summer rainfall at the eastern margin, and frosts are infrequent (MacMahon and Wagner 1985).

The Chihuahuan Desert is the largest of the North American deserts, constituting 36% (453,000 km$^2$) of the total desert area, with >85% occurring in Mexico (MacMahon 1979). Within the United States, grasses in the genera *Hilaria, Bouteloua, Oryzopsis, Sporobolus,* and *Muhlenbergia* dominate extensive perennial grasslands, while creosotebush, tarbush (*Flourensia cernua*), and mesquite dominate microphyll brushwood (Medellín-Leal 1982). Rainfall occurs primarily during the summer. Frosts are infrequent.

## PLANT INVASIONS

### General Processes

A successful species invasion comprises 3 phases: introduction, colonization, and naturalization (Groves 1986). Humans are a primary vector for long-distance dispersal and thus are largely responsible for initial introductions. Individual plants typically succumb to the vagaries of the environment as they arrive at a new site and nascent populations often die within a few generations, thus never successfully naturalizing and producing self-perpetuating populations (Mack 1995). However, the constant flood of new propagules into desert regions, especially near urbanized areas, increases the probability that new populations will establish. These populations often remain restricted to urban areas, but some spread outward into wildlands and cause ecological problems. One of the biggest challenges for land managers is to identify these problematic species and control them before they establish and spread in wildland areas.

The spread of invasive plants into wildlands may be facilitated if open ecological niches exist for invaders to establish (compare Elton 1958, Simberloff 1995). Some scientists believe that maintenance of

BLM_0034780

INVASIVE PLANTS AND FIRE IN NORTH AMERICAN DESERTS            3

high species diversity is sufficient for restricting invasion success (Tilman 1997). However, in a case from the Mojave Desert, native species richness was not significantly correlated with species richness or biomass of invasive annual plants (Brooks 1998). Others have proposed models for weed management that rely on optimizing the range of structural, functional, and life history types within plant communities to minimize the number of open niches (Sheley et al. 1996, Maxwell and Sheley 1997). Major disturbances such as fire can reduce community complexity and may provide opportunities for new plant species to invade. Restricting human impacts and maintaining a wide range of species within the community may not be sufficient to block invasions into isolated, undisturbed environments, but it may be enough to hinder the spread and rise to dominance of some species (Svejcar and Tausch 1991, Kindschy 1994).

Nitrogen and phosphorous are generally the most important nutrients limiting the productivity of plant communities, second only to water in areas with limited rainfall (Tilman 1982, 1989, McLendon and Redente 1994). Annual plants often respond more rapidly than perennial plants to increased levels of nutrients, and native plants that grow well on infertile soils generally have lower maximal growth rates and respond less to increased nutrient levels than generalist weedy species or those that thrive on fertile soils (Grime 1977, Chapin et al. 1986). In particular, invasive annual grasses respond positively to increased levels of nitrogen and phosphorus, especially in low-nutrient ecosystems (Gutiérrez et al. 1988, Hobbs et al. 1988, Huenneke et al. 1990, Gutiérrez et al. 1992, Brooks 1998, Young et al. 1999).

The relative importance of nitrogen and phosphorus varies depending on concentrations of soil carbonates (e.g., $CaCO_3$) that are often common in desert soils (Cooke et al. 1993). Where soil carbonates are high, they bind to and reduce the availability of phosphorus (Lajtha and Schlesinger 1988), thereby making phosphorus the primary limiting mineral nutrient for plant growth. Where carbonates are low, available phosphorus is higher and available nitrogen can become the primary limiting nutrient.

New populations of invasive species often remain undetected or spread very slowly during an initial lag phase. They often establish where soil nutrient and moisture levels are relatively high in washes, roadsides, the areas beneath shrub canopies, and where the desert borders more mesic ecosystems (Brooks 1999a, Brooks and Berry 1999). Species may be restricted to these sites until they reach a critical mass that can take advantage of years of high rainfall which create more mesic conditions across desert landscapes. This invasion sequence was observed for Sahara mustard (*Brassica tournefortii*) during the 1960s to 1970s in the Sonoran desert (Sanders and Minnich 2000) and the 1980s to 1990s in the Mojave Desert (M.L. Brooks, personal observation). Similar sequences have been noted in other North American desert regions (Mack 1981, 1986).

The evolutionary histories of invasive species influence their ability to establish in desert regions. Species that evolved in arid regions may be predisposed to successful establishment in the deserts of North America, whereas species that evolved in more mesic regions may be more constrained by low levels of soil moisture and mineral nutrients. For example, Mediterranean grass (*Schismus* spp.) evolved in the most arid regions of the Middle East and has established in the most arid regions and microhabitats of the North American deserts (Brooks 2000a). In contrast, red brome (*Bromus madritensis* ssp. *rubens*) evolved in mesic to semi-arid regions of the Mediterranean and its dominance is limited by available soil moisture and mineral nutrients in arid regions and microhabitats in the North American deserts (Brooks 2000b).

Periods of high rainfall provide opportunities for mesic-adapted invasive plants to invade. Hunter (1991) documented an increase in red brome density following a series of wet years beginning in 1976 at a site bordering the Mojave Desert and the Great Basin; this species has remained dominant at that site ever since. Biomass of invasive annual grasses can be positively correlated with years of high rainfall (Rogers and Vint 1987) and regions of high rainfall (M.L. Brooks, unpublished data).

Recent evidence suggests that the next 25–35 years may bring below-average rainfall to the southern deserts of North America (Dettinger et al. 2001). If rainfall decreases, then many invasive plant species will likely decline in dominance, especially those that evolved in mesic regions. Some of these species may become locally extirpated from arid low elevation sites, but they will likely persist in more mesic refugia at higher elevations and near urbanized areas. However, the drought stress experienced by native plant communities may reduce their biomass and species diversity, potentially making them more susceptible to plant invasions when the climate shifts back to normal or above-average rainfall.

Atmospheric levels of carbon dioxide ($CO_2$) are expected to double before the end of the 21st century (Houghton et al. 1990), which may increase the dominance of invasive grasses (Smith et al. 1987, Poorter et al. 1996) and increase fire frequency and severity across western North America (Mayeaux et al. 1994). In addition, atmospheric nitrogen deposition from air pollutants will likely increase as human populations continue to grow in desert regions, possibly increasing the amount and spatial homogeneity of soil nitrogen and the dominance of invasive species.

Yields of invasive grasses increased in response to experimental additions of nitrogen in the Columbia Plateau and Great Basin (Wilson et al. 1966, Young et al. 1999), and addition of nitrogen at a rate of 3.2 g $NH_4NO_3/m^2/yr$ significantly increased density and biomass of invasives and decreased that of native annuals in the Mojave Desert (Brooks 1998). Conversely, invasive annual grass productivity can be decreased by adding carbon (sugar or sawdust) to the soil which increases the mineralization of nitrogen by microbes, thereby decreasing nitrogen availability to plants (Young et al. 1999). Nitrogen deposition rates of 4.5

4                                    BROOKS AND PYKE

g/m$^2$/yr have been recorded in the Los Angeles Basin (Bytnerowicz and Fenn 1996), and were associated with high dominance of alien annual grasses and the loss of native shrub communities (Allen et al. 1998). The effects of changing carbon dioxide and nitrogen levels in the atmosphere are beyond the control of local land managers, but there are many other factors discussed below that managers can control to potentially reduce the ecological impacts of invasive plants.

Effects of Land Use Practices

Humans have a long history of manipulating desert ecosystems in North America, and many of these activities have facilitated plant invasions. Prehistoric humans may have created vegetation clearings and water diversions for crops in the Southwest (Betancourt and Van Devender 1981, Riley 1995). During the late 1500s, the Spanish introduced nonindigenous plants and animals including livestock into the region, but grazing impacts were probably restricted to areas near towns and presidios (Bahre 1995). Europeans brought familiar plants with them to their settlements, many of which have become our most problematic invasive weeds (Mack et al. 2000). Current human activities, such as livestock grazing, water diversion, mineral and gas extraction, military training, and recreational activities are all implicated in the decline of ecological integrity in desert regions (Bogan et al. 1998, Brussard et al. 1998, Smith and Collopy 1998, Lovich and Bainbridge 1999).

Livestock grazing is the most pervasive land use throughout the arid and semiarid ecosystems of North America. With the exception of bison (*Bison bison*) that occasionally migrated into northern portions of Chihuahuan desert grasslands, arid and semiarid ecosystems evolved during the Holocene without the influence of sizeable herds of large grazing mammals (Mack and Thompson 1982). By the late 1800s and continuing throughout the 1900s, all desert ecosystems experienced unsustainable levels or inappropriate seasons of livestock grazing (Archer 1994, Miller et al. 1994, Bahre 1995). Overstocking and grazing during seasons of rapid growth and reproduction threatened populations of desirable forage plants (Stoddard 1946), which, when coupled with drought, can reduce plant growth and competitive ability (Caldwell et al. 1981, Busso et al. 1989). Currently, many areas grazed by livestock have higher densities of invasive annual plants than ungrazed areas (Webb and Stielstra 1979, Brooks 1995, 1999*a*, 2000*c*). Areas of intensive grazing near watering tanks can also support large populations of invasive annuals (Andrew 1988, M.L. Brooks, unpublished data).

Desert soil surfaces are often populated by biological crusts, which consist of non-vascular plants and microbes including lichens, mosses, and cyanobacteria. These organisms play a major role in soil stabilization of interspaces between vascular plants, and invasive plants generally do not become established where crusts are abundant (Harper and Marble 1988, Kaltenecker et al. 1999). Many soil crust species are

reduced by repeated disturbances from hoofs, human feet, and vehicles (Belnap 1995). Fire decreases the number of soil algae by 1 order of magnitude, although species composition may not change during the first 2 years post-fire (Johansen et al. 1993). After disturbances, soil particles are more likely to dislodge and erode via wind (Williams et al. 1995, Belnap and Gillette 1997, 1998) or water (Harper and Marble 1988). Recovery time depends on the ecosystem, species composition, and soil type, but can range from 14 to 250 years (Belnap and Eldridge 2000).

Besides livestock grazing, several other land uses disturb soils and potentially increase ecosystem vulnerability to plant invasions. Military training facilities are scattered throughout the region (U.S. Department of the Interior 1996, Lovich 1998). Vehicle maneuvers, campsites, and live-ammunition training disturb and compact soils while also burning and uprooting plants. These disturbances lead to recovery times that range from tens to hundreds of years (Lovich 1998, Lovich and Bainbridge 1999) and may influence not only plants, but also associated foodwebs (U.S. Department of the Interior 1996).

Recreational vehicle use (off-highway vehicle or OHV) has increased throughout the region and causes similar impacts as military training activities. Vegetation cover can be reduced by OHV activity on most soils, except barren sands and dry salt or clay flats where vegetation cover was initially low (Vollmer et al. 1976, Webb and Wilshire 1983). Invasive annuals can be more abundant in areas of high compared with low OHV use (Davidson and Fox 1974, Brooks 1995, 1999*a*, 2000*c*), and fire frequency can be high in areas of high OHV use (M.L. Brooks, personal observation).

Mineral and energy exploitation—ranging from historical placer mining along rivers to subsurface and surface mining to fossil fuel extraction—is common in some desert regions. Each type of extraction has different regulations relating to the restoration of the environment, but all extractions result in severe disturbances to plants and soils (MacDonnell 1993).

Water diversions and ground water extractions for irrigation and flood control have lowered water tables in many southwestern deserts (Bogan et al. 1998, Brussard et al. 1998). Lowered water tables can enhance the establishment of phreatophytic invasive species, such as saltcedar (*Tamarix* spp.), while potentially weakening the xerophytic upland plant communities. Increased urban growth in these water sensitive ecosystems will likely continue to impact plant communities as demands for water increase.

Human activities require access corridors (e.g., roads, utility right-of-ways, and irrigation channels) that also provide conduits for the spread of invasive species. Construction of these corridors reduces native plant cover (Vasek et al. 1975*a, b*, Johnson et al. 1983) and increases invasive species numbers and cover dominance (Frenkel 1970, Johnson et al. 1975, Lathrop and Archibald 1980*a, b*, Zink et al. 1995, Brooks 1998). The redirection of overland water flow along linear corridors can create localized areas where water becomes concentrated (Schlesinger et al. 1989), ben-

INVASIVE PLANTS AND FIRE IN NORTH AMERICAN DESERTS          5

efiting invasive plants (M.L. Brooks, personal observation).

Transportation routes are major vectors for long distance dispersal of invasive plants (e.g., Wilcox 1989), and during the early 1900s, railroads fostered invasions for many weedy species, such as cheatgrass and Russian thistle (*Salsola iberica*; Mack 1981, Yensen 1981). Roads continue to facilitate dispersal of invasive plant seeds (Trombulak and Frissell 2000) and can lead to locally high levels of OHV use, livestock grazing, fire, and other human-related activities that promote the dominance of invasives.

## FIRE REGIMES

### Shrublands

*Historical Fire Regimes*

Fire was historically infrequent in most desert shrublands, especially those dominated by creosote bush and saltbush in the Mojave, Sonoran, and parts of the Great Basin deserts. These plant communities historically lacked a large grass component (Hastings and Turner 1965, Humphrey 1974, 1987), and the native annual plants that still dominate these regions (MacMahon 2000) generally do not provide fuels sufficient to carry fire (Brooks 1999b). Thus, bare interspaces between widely spaced shrubs and low fuel loads prevented fires from spreading far beyond points of ignition.

Some desert plant assemblages occurring at high elevations and latitudes may occasionally fuel large fires, especially in the Great Basin (Rogers and Steele 1980, Bahre and Shelton 1993). Communities dominated by sagebrush or blackbrush have relatively high shrub cover and a flammable shrub architecture that can allow fire to spread (Bowns 1973, Sapsis and Boone 1991). Pinyon–juniper woodlands can also carry large crown fires, but it can take hundreds of years for the necessary conditions to develop. In the Mojave and Sonoran deserts, these plant communities occur in relatively small relictual islands at high elevations, whereas in the Great Basin Desert they occur in more contiguous expanses covering much of the region.

In contrast to shrublands of the Mojave and Sonoran deserts where fires were extremely rare, native plant assemblages dominated by sagebrush in the Great Basin experienced historical fires every 30 to 100 years (Wright and Bailey 1982). This pattern changed during the 1800s when human-induced fire suppression and fuel reductions by livestock grazing reduced fire frequency and allowed pinyon–juniper woodlands to encroach into areas previously dominated by sagebrush (Miller et al. 1994, Miller and Rose 1999, Miller and Tausch *this volume*). As these expanding woodland plant communities matured in the absence of fire, they became susceptible to high intensity crown fires that were often followed by increased dominance of alien invasive plants, such as cheatgrass, medusahead (*Taeniatherum caput-medusae*), starthistle (*Centaurea* spp.), and Canada thistle (*Cirsium arvense*). These invasives can hinder the reestablishment of native shrubs by competing with them for soil resources or by promoting frequent fires that native shrub species cannot survive. Thus, fire may be an important natural ecosystem component in the Great Basin, but its reintroduction by land managers is complicated by the presence of invasive plants.

*Recent Changes in Fire Regimes*

Old-world invasive grasses now dominate many shrublands in the Great Basin, Mojave, and Sonoran deserts. Such grasses include the annuals cheatgrass, red brome, Mediterranean grass, and medusahead, and the perennials buffelgrass (*Pennisetum ciliare*), fountain grass (*Pennisetum setaceum*), natal grass (*Rhynchelytrum repens*), and Lehmann lovegrass (*Eragrostis lehmanniana*). These species have increased the biomass and continuity of fine fuels, allowing fire to spread across the landscape where it was previously restricted to isolated patches (Humphrey 1974, Brooks and Esque 2000). Fire return intervals have shortened from a range of 30 to 100 years to 5 years in some areas of the Great Basin (Whisenant 1990). Changing fire regimes in the Mojave and Sonoran deserts are only beginning to appear, but similar shifts toward short return intervals are emerging in these regions as well (M.L. Brooks, unpublished data).

Invasive grasses thrive in post-fire landscapes, partly due to temporary increases in the availability of soil nutrients after desert fires (Figure 2a; Stubbs 2000, Brooks in press). The post-fire dominance of invasive grasses promotes recurrent fire that converts high diversity native shrubland to low diversity alien grassland. This grass–fire cycle is recognized in many ecosystems worldwide (D'Antonio and Vitousek 1992), and has been documented in the Great Basin since the 1930s (Pickford 1932, Piemeisel 1951, Young and Evans 1978, Whisenant 1990), but has only been reported in the Mojave and Sonoran deserts beginning in the early 1980s (M.L. Brooks, unpublished data). The recent spread of invasives and increased fire frequency in the Mojave Desert was correlated with above average rainfall and increases in the number of fires caused by humans since the late 1970s (M.L. Brooks, unpublished data).

In the desert shrublands of North America, recurrent fire and vegetation type-conversion to grassland may be accompanied by a homogenization of soil nutrients on the landscape that can complicate restoration efforts. Mojave desert landscapes homogenized by agriculture are very slow to recover, but this involves significant soil disturbances that are not typical of fires (Carpenter et al. 1986, Goldberg and Turner 1986). The use of herbicides or fire creates minimal soil disturbances, and they were used in recent studies to remove *Artemisia* spp., but had minimal effects on soil resource heterogeneity after 14 years (Burke et al. 1987) and 45 years (Schlesinger et al. 1996). Although individual fires may not have significant effects, recurrent fires may lead to resource homogenization. Preliminary data suggest that soil nutrients can become spread out across the landscape in areas that have

BLM_0034783

6                                    BROOKS AND PYKE



**(A)**



**(B)**

Fig. 2.    (A) The median available $NO_3$ in soils ($\pm$ 1 SE) from the same treatments described in the part B of this figure. (B) The mean number of medusahead seeds ($\pm$ 1 SE) from plants growing where western juniper remained (control) and where cutting (removal) and burning (fire) killed the juniper in early November 1997 (from Stubbs 2000).

burned 2 or 3 times during a 15-year period in the Mojave Desert (M.L. Brooks, unpublished data). Additional research is needed to determine how widespread this process is and to develop management tools to mitigate its effects.

*Perennial Grasslands*

Native perennial grasslands of the Chihuahuan and Sonoran deserts have been converted to shrublands more typical of those found in other North American deserts. These type-conversions are linked to historic overgrazing by livestock and fire suppression by humans that have reduced fine fuel loads and increased fire return intervals from historical estimates of 10 years (Humphrey 1958, 1963, 1987, McPherson 1995). In the absence of frequent fire, and due partly to the dissemination of seeds by livestock, fire-sensitive shrub species, such as mesquite and creosotebush, have invaded from their adjacent native ranges. The mechanism promoting this type-conversion may be partly related to the spatial redistribution and altered availability of soil nutrients. Conversion of grassland to shrubland is associated with a shift from homogeneous to heterogeneous distributions of soil nutrients

concentrated beneath shrubs, and a decrease in the relative amounts that are available for plant growth (Schlesinger et al. 1990). Reduced fire frequency, concentration of nutrients under shrubs, and decreased availability of nutrients favor shrubs over perennial grasses.

The heterogenization of soil nutrients that occurs during the conversion of perennial grasslands to shrublands, and the possible homogenization of nutrients in the conversion of shrubland to invasive annual grasslands, may involve the same process operating in opposite directions. The ecological effects of these changes on patch and landscape dynamics, and the tools to mitigate these effects, may be similarly related. Future research should investigate the bidirectionality of this process in contrasting desert systems.

## EFFECTS OF PLANT INVASIONS AND CHANGING FIRE REGIMES

*Direct Effects*

Invasive plants can out-compete native annual (Inouye et al. 1980, Pake 1993, Brooks 2000d) and perennial plants (Young et al. 1976, Eissenstat and Caldwell 1988, Melgoza and Nowak 1991). For example, red brome can deplete soil water faster and at greater soil depths than native annual species (L. DeFalco, U.S. Geological Survey, unpublished data), and along with cheatgrass effectively compete with native species for water (Eissenstat and Caldwell 1988, Melgoza and Nowak 1991). Red brome, Mediterranean grass, and red-stemmed filaree (*Erodium cicutarium*) can utilize increased levels of soil nitrogen faster than native species and thus reduce the growth rate of natives, possibly due to their increased consumption of soil water (Brooks 1998). These 3 species can significantly reduce native seedling biomass and species richness (Brooks 2000d). Although cases of invasive plants displacing natives have not been documented, the native annual grass six-week fescue (*Vulpia octoflora*) became uncommon after the invasion of an ecologically similar invasive annual grass (Mediterranean grass) in coastal and desert regions of southern California during the 1940s (O. Clarke, University of California-Riverside [retired], personal observation).

Densely packed stands of invasive annual plants may reduce the germination rates of native annuals. High densities of native annual plant seedlings can inhibit the germination rate of seeds remaining in the soil (Inouye 1980, 1991), and it seems plausible that high densities of invasive annual plant seedlings should have similar effects. Plant litter created by invasive grasses may also impede germination of native annuals by shading the mineral soil, reducing the amount of water that reaches the mineral soil, and suspending seeds above and out of contact with the mineral soil (Facelli and Pickett 1991).

Perennial grasses and annuals typically survive fire because their perennating buds or seeds are at or below the soil surface (Whelan 1995). In contrast, woody shrubs and cacti are often killed by fire (Wright

INVASIVE PLANTS AND FIRE IN NORTH AMERICAN DESERTS                    7



Fig. 3.  Theoretical effects of soil heating during fires on the availability (%) of nitrogen and phosphorus and the resulting effects on the growth rate and yield of invasive plants.

and Bailey 1982), and those that are only damaged are vulnerable to recurrent fire. Resprouting plants translocate resources from roots into new shoot tissue, and when these resources are lost during a second fire, the plants appear to have little left to establish new shoot material. Fires that occur when woody shrubs are actively growing and have limited carbohydrate reserves in their root tissue may have similar effects as recurrent fire. Herbivory of resprouting tissue may have similar effects as recurrent fire, but they may not become apparent until 5 to 10 years post-fire when burnt plants finally die (M.L. Brooks, personal observation).

Fire can either increase or decrease soil nutrient availability, which should affect the relative productivity of invasive annual grasses in ecosystems with naturally low soil nutrient levels (Figure 3). Invasive grasses respond positively to increased levels of nitrogen and phosphorous in desert regions (Wilson et al. 1966, DeLucia et al. 1989, Brooks 1998). There are theoretical temperature thresholds above which these mineral nutrients should become less abundant, and below which soil nutrients should be unaffected (Figure 3). Between these temperature thresholds, there exist theoretical zones within which the availability of soil nutrients and the productivity of invasive plants should increase. As simple as this may seem, temperature thresholds of nutrient transformations can vary widely. Soil properties (e.g., texture, chemistry, moisture) and the amount and duration of soil heating strongly influence nutrient availability, but how these factors interact to affect soil nutrients and the subsequent productivity of invasive annual grasses is unknown. Current studies are underway to determine these relationships.

Higher-Order Effects

The impacts of fire and invasive plants do not stop at the boundaries of the plant kingdom, but have repercussions on higher-order organisms in foodwebs. A classic example exists at the Snake River Birds of Prey National Conservation Area (NCA) south of Boise, Idaho. The NCA is a mixture of Intermountain sagebrush steppe and salt desert shrub communities. With-

out cheatgrass in these communities to provide a continuous source of fuel, they would be a mixture of perennial shrubs, such as Wyoming big sagebrush (*Artemisia tridentata* ssp. *wyomingensis*) or shadscale, and scattered native perennial bunchgrasses. Fires would typically burn only small stands creating mosaics of perennial grass-dominated and shrub-dominated patches across the landscape, similar to those anticipated when prescribed fires are applied to these native ecosystems (Bunting et al. 1987).

The incorporation of cheatgrass into the interspaces of plant communities at the NCA makes them vulnerable to larger, more frequent fires. Between 1980 and 1988, almost half of the 200,000 ha of the NCA were converted from shrub steppe to invasive grasslands by a series of over 200 fires (Smith and Collopy 1998). This large-scale change in the structure of the plant community caused reductions in suitable habitat and concomitant shifts in the abundance of some species of passerine birds (Knick and Rotenberry 1995).

Conversions of sagebrush steppe to invasive annual grasslands may also relate to the recent decline in sage grouse populations. Sage grouse have become restricted to a small range in the northern Intermountain West (Crawford and Lutz 1985). Sage grouse successfully nest in habitat with shrubs and tall residual grass cover (>20 cm), and chicks feed on native forbs (Gregg et al. 1994, DeLong et al. 1995, Sveum et al. 1998). The large-scale loss of the shrub structure following fires (Fischer et al. 1996), and the replacement of tall perennial bunchgrasses and native forbs with shorter invasive annual grasses, may lead to further declines in their populations.

Sagebrush steppe also provides important habitat for jackrabbits (*Lepus* spp.; Knick and Dyer 1997). The loss of this habitat due to fire is associated with a decline in their densities during the last 3 jackrabbit cycles between 1971 and 1992 at the NCA (USDI 1996). Jackrabbits are the primary prey of golden eagles (*Aquila chrysaetos*) during their nesting season in the Great Basin. Kochert et al. (1999) documented that radio-tagged golden eagles avoided previously burned areas and that eagle fledgling success declined as the extent of burned area increased in their territory. Thus, the loss of native vegetation to recurrent fire has affected first- and second-order consumers in the Great Basin.

In the Sonoran Desert, South African lovegrasses (*Eragrostis lehmanniana* and *E. curvula*) were introduced to revegetate degraded lands and provide livestock forage (Cox et al. 1984). The invasive nature of Lehmann lovegrass has been well documented (Cox and Ruyle 1986, Anable et al. 1992), and native plant communities converted to Lehmann lovegrass experience reduced faunal diversity. At a Sonoran Desert site, Bock et al. (1986) found that conversion to Lehmann lovegrass communities reduced species numbers of birds (7 of 9 species), rodents (3 of 7 species), and grasshoppers (8 of 13 species). Only 1 species each within these 3 taxa increased due to conversion.

Lovegrasses tend to tolerate or establish and potentially increase following fires (Ruyle et al. 1988,

BLM_0034785

8                                        BROOKS AND PYKE

Anable 1990, Bock and Bock 1992; see Cable 1965 for an exception) while many native plants decline with fire in the same ecosystem (Cable 1965, Martin 1983). Anable et al. (1992) speculated that the greater productivity of Lehmann lovegrass compared with the native species (Cox et al. 1990) may increase fire frequencies in Sonoran ecosystems creating positive feedbacks that will enhance its dominance in the Southwest similar to cheatgrass in the Great Basin. Bock and Bock (1990:60) believe that fires may be "more destructive than beneficial to wildlife and wildlife habitat in (1) Sonoran and Mojave Desert scrub, (2) black grama ranges in the lower parts of the Chihuahuan shrub steppe, and (3) riparian woodlands." If increased fire frequencies in these desert ecosystems cause further shifts to invasive plant communities, then the abundance and diversity of wildlife species may decline.

Buffelgrass and fountain grass can also promote fires where they were historically infrequent and may threaten biodiversity in desert regions (Williams and Baruch 2000, Brooks and Esque in press). These species are currently invading the Sonoran and Mojave deserts, and the potential geographic and ecological range that they may ultimately reach is largely unknown.

The invasion of riparian areas by the invasive saltcedar has caused water tables to drop due to its very high rate of evapotranspiration (Sala et al. 1996, Lovich 2000). As water tables drop, the availability of surface water declines and native riparian plants begin to senesce. With the loss of native riparian plants and surface water, native wildlife generally decline as well (Lovich and de Gouvenain 1998), such as desert bighorn sheep that depend so critically on sources of perennial water. The accumulation of dead plant material promotes fires, from which saltcedar can recover with vigorous sprouting (Busch 1995). Although the high water and salt content of saltcedar foliage make it difficult to burn, the rapid buildup of dry plant litter in saltcedar stands promotes recurrent fire which favors saltcedar over native plants.

The desert tortoise is both directly and indirectly affected by invasive plants and the fires that they cause. Direct mortality from fire can be catastrophic for a species already in decline. Long-term habitat changes are especially threatening (M.L. Brooks, unpublished data), and desert tortoises are virtually absent from areas of recurrent fire (M.L. Brooks, personal observation). Loss of important cover sites (Woodbury and Hardy 1948, Mushinsky and Gibson 1991) and changes in species composition of their forage plants (Jennings 1993, Nagy et al. 1998) may cause more subtle, but potentially critical impacts. Increased stress imposed by invasive plants and fire may increase the susceptibility of desert tortoises to disease (K. Berry, U.S. Geological Survey, personal communication). Concern is so great that members of the multiagency Desert Tortoise Management Oversight Group ranked invasive species and fire second only to disease as major threats to the survival of this species (annual meeting, 29 March 2000). The recovery of the



Fig. 4.   The number of cheatgrass seeds (± 1 SE) in the seed bank at a site near Snowville, UT over 2 years (from Pyke 1994).

desert tortoise may require a rangewide effort to mitigate the effects of invasive species and fire.

## MANAGEMENT ISSUES

### Management of Invasive Species

The interactive effects of invasive plants and fire are generally negative, but when incorporated into management plans fire and some alien plants can become positive tools. Fires control some invasive plants, while some alien plants may provide fire resistant fuel breaks that control the spread of fire. Fire is an effective tool for controlling invasive plants provided it kills all adult plants, their perennating buds, or eliminates seed banks (Whelan 1995). For example, invasive annuals with short-lived seed banks may be amenable to control using fire. One such species is cheatgrass, which has a soil seedbank that can approach zero density before seeds contained within inflorescences disperse to the ground (Figure 4; Pyke 1994). With most of the next generation's seed suspended above-ground, this alien annual is susceptible to local extirpation or significant population reductions immediately following fire.

Although fire may be used to control invasive annual grasses, its effectiveness is often partial or temporary. For example, fire was initially proposed as a method to control medusahead (Furbish 1953, Murphy and Turner 1959, Murphy and Lusk 1961), but later studies indicated that its effectiveness was incomplete (Sharp et al. 1957, Torell et al. 1961). Follow-up treatments with herbicides or propane weed flamers may be necessary to kill individuals that escape initial fire treatments (Turner et al. 1963). The Bureau of Land Management (BLM) is using this technique in north-central Oregon for medusahead control and to prepare sites for revegetation (S. Cook and D. Zalunardo, Prineville District BLM, personal communication). The BLM is also considering this technique along with grazing and herbicide applications in their restoration activities in the Great Basin (Rasmussen 1994). M.L. Brooks and T. Esque of the U.S. Geological Survey are testing the use of fire and herbicides to control red brome and buffelgrass at BLM and National Park Service units in the Mojave and Sonoran deserts.

Predicting which species may be controlled by fire requires information on a plant's (1) life history, (2) location of perennating buds relative to lethal fire tem-

INVASIVE PLANTS AND FIRE IN NORTH AMERICAN DESERTS 9

peratures, and (3) seed dispersal and longevity. Seed longevity is a particularly critical factor when evaluating fire's effectiveness in controlling annual plants. The lack of information regarding seed longevity may lead to conflicting management recommendations. One example is the literature on the ecology and management of yellow starthistle (*Centaurea solstitialis*). Yellow starthistle seed is reported to remain viable in the soil seed bank for up to 10 years (Callihan et al. 1993), suggesting that fire would be an ineffective control tool, yet prescribed fire can reduce the dominance of this invasive annual (Di'Tomaso et al. 1999). These conclusions appear contradictory. However, it is possible that yellow starthistle has evolved genetic strains that vary in seed dormancy, or that only fires with sufficient intensity and duration are capable of generating lethal temperatures within the soil seedbank. Detailed studies of regional variation in seedbank longevity and fire behavior are needed to evaluate the potential use of fire to control yellow starthistle and other invasive annual plants.

Land managers must be cautious when using fire to control invasives because it may promote the establishment of other fire-tolerant invasive species. For example, forage kochia (*Kochia prostrata*) is being promoted in the Intermountain West as a living fuel break. It tolerates fire and competes successfully with cheatgrass (Monsen 1994), indicating that this species may spread to adjacent areas where cheatgrass is being managed using fire. In another example, prescribed fire is used to remove invading junipers from sagebrush plant communities (Miller and Tausch *this volume*), but this tool may promote the dominance of invasive annual grasses. Prescribed fires during autumn to reduce western juniper in northcentral Oregon raised levels of available nitrogen for 4 months following the fire, which may explain why seeds of medusahead were 200% higher in burned than unburned sites (Figure 2b). Stubbs (2000) recommended cutting juniper on sites where medusahead is a potential invader to reduce the threat of medusahead increase.

Even the mechanical removal of invasives may create opportunities for other species to dominate. For example, when the biomass of red brome was experimentally reduced, biomass of red-stemmed filaree subsequently increased in the Mojave Desert (Brooks 2000*d*). In this case, the reduction of red brome may reduce fire hazards even if red-stemmed filaree replaces this species because the latter species creates less flammable fuel (Brooks 1999*b*). In all cases where invasive species are targeted for control, the potential for other invasive species to fill their void must be considered.

Management of Fire

Fire resistant plants can be used as living firebreaks or greenstrips that will slow or stop wildfires from spreading (Pellant 1990, 1994). Effective plants for this type of fire management must achieve some or all of the following criteria: (1) disrupt fuel continuity, (2) reduce fuel accumulations and volatility, and (3) increase the density of plants with high moisture content. Native plants in the Great Basin, where greenstripping was developed and tested, generally do not meet the firebreak criteria. This is understandable because native species that are capable of surviving fires in this ecosystem evolved fire-tolerance rather than fire-avoidance mechanisms. Consequently, introduced species, such as crested wheatgrass (*Agropyron desertorum* or *A. cristatum*), have been used because they retain high amounts of moisture late into the season (Pellant 1994, Monsen 1994). Additionally, greenstrip species must be highly competitive with the alien annuals to disrupt fuel continuity in cheatgrass-dominated sites.

Managers in desert ecosystems are often faced with a dilemma regarding revegetation after wildfires. The emergency fire rehabilitation (EFR) program funds the revegetation of plants to protect either soils from erosion or ecosystems from weedy plant invasions (USDI–BLM 1999). The EFR policy strongly advocates seeding in a timely fashion to maximize establishment and minimize the potential for erosion or weed invasion. However, the availability of native seeds for revegetation is limited. Therefore, introduced plants are typically used in EFR seed mixtures in the Great Basin (Richards et al. 1998).

The identification and use of competitive native perennial plants for aridland rehabilitation has become a priority for managers and researchers (Pyke and Borman 1993, Monsen 1994, Shaw and Roundy 1997, USDI–BLM 1999). Early seral species, such as bottlebrush squirreltail (*Elymus elymoides*), may provide managers with native plant materials that can successfully germinate and establish in the presence of invasive annuals (Jones 1998). Restoration projects that involve mixing of native species to provide a variety of above and below ground growth forms and sowing at high densities may increase establishment of desirable plants while also providing adequate competition against invasive plants (Pyke and Archer 1991).

Reducing levels of available nitrogen immediately after fire may increase the rate of establishment by native plants and reduce the dominance of invasive annuals. Sucrose has been used experimentally to reduce nitrogen by increasing soil microbial biomass. Such treatments have reduced the growth of invasive plants while enhancing the establishment and composition of late-seral native plants in a semiarid ecosystem (McLendon and Redente 1994). More research is needed to identify cost-effective techniques for reducing available nitrogen and enhancing the success of the native plants.

## LITERATURE CITED

Allen, E.B., P.E. Padgett, A. Bytnerowicz, and R. Minnich. 1998. Nitrogen deposition effects on coastal sage vegetation of southern California. Pages 131–140 *in* A. Bytnerowicz, M.J. Arbaugh, and S.L. Schilling (technical coordinators). Proceedings of the international symposium on air pollution and climate effects on forest ecosystems. General Technical Report PSW-GTR-166, U.S. Department of Agriculture,

Case No. 1:20-cv-02484-MSK   Document 36-13   filed 04/27/21   USDC Colorado   pg 91 of
202
The Chronicle · 2 · 01-01-10                                                        pg 91 of 10
Allen Press · DTPro System                                                          File # 01em

Forest Service, Pacific Southwest Research Station, Albany, CA.

Anable, M.E. 1990. Alien plant invasion in relation to site characteristics and disturbance: *Eragrostis lehmanniana* on the Santa Rita Experimental Range, Arizona, 1937–89. M.S. Thesis, University of Arizona, Tucson.

Anable, M.E., M.P. McClaran, and G.B. Ruyle. 1992. Spread of introduced Lehmann lovegrass *Eragrostis lehmanniana* Nees. in southern Arizona, USA. Biological Conservation 61:181–188.

Andrew, M.H. 1988. Grazing impact in relation to livestock watering points. Trends in Ecology & Evolution 12:336–339.

Archer, S. 1994. Woody plant encroachment into southwestern grasslands and savannas: rates, patterns and proximate causes. Pages 13–68 *in* M. Vavra, W.A. Laycock, and R.D. Pieper (eds.). Ecological implications of livestock herbivory in the West. Society for Range Management, Denver, CO.

Bahre, C.J. 1995. Human impacts on the grasslands of southeastern Arizona. Pages 230–264 *in* M.P. McClaran and T.R. Van Devender (eds.). The desert grassland. University of Arizona Press, Tucson.

Bahre, C.J., and M.L. Shelton. 1993. Historic vegetation change, mesquite increases, and climate in southeastern Arizona. Journal of Biogeography 20:489–504.

Belnap, J. 1995. Surface disturbances: their role in accelerating desertification. Environmental Monitoring and Assessment 37:39–57.

Belnap, J., and D.J. Eldridge. 2001. Disturbance and recovery of biological soil crusts. Pages 365–386 *in* J. Belnap and O. Lange (eds.). Biological soil crusts: structure, function, and management. Springer-Verlag, New York, NY.

Belnap, J., and D.A. Gillette. 1997. Disturbance of biological soil crusts: impacts on potential wind erodibility of sandy desert soils in southeast Utah, USA. Land Degradation and Development 8:355–362.

Belnap, J., and D.A. Gillette. 1998. Vulnerability of desert soil surfaces to wind erosion: impacts of soil texture and disturbance. Journal of Arid Environments 39:133–142.

Betancourt, J.L., and T.R. Van Devender. 1981. Holocene vegetation in Chaco Canyon, New Mexico. Science 214:656–658.

Bock, C.E., and J.H. Bock. 1990. Effects of fire on wildlife in southwestern lowland habitats. Pages 50–64 *in* J.S. Krammes (technical coordinator). Proceedings of the symposium on effects of fire management of southwestern natural resources. General Technical Report RM-191, U.S. Department of Agriculture, Forest Service, Fort Collins, CO.

Bock, C.E., J.H. Bock, K.L. Jepson, and J.C. Ortega. 1986. Ecological effects of planting African lovegrasses in Arizona. National Geographic Research 2:456–463.

Bock, J.H., and C.E. Bock. 1992. Vegetation responses to wildfire in native versus exotic Arizona grassland. Journal of Vegetation Science 3:439–449.

Bogan, M.A., C.D. Allen, E.H. Muldavin, S.P. Platania, J.N. Stuart, G.H. Farley, P. Mehlhop, and J. Belnap. 1998. Regional trends of biological resources—Southwest. Pages 543–592 *in* M.J. Mac, P.A. Opler, C.E. Puckett Haecker, and P.D. Doran (eds.). Status and trends of the nation's biological resources. U.S. Department of the Interior, U.S. Geological Survey, Reston, VA.

Bowns, J.E. 1973. An autecological study of blackbrush (*Coleogyne ramosissima* Torr.) in southwestern Utah. Ph.D. Dissertation, Utah State University, Logan.

Brooks, M.L. 1995. Benefits of protective fencing to plant and rodent communities of the western Mojave Desert, California. Environmental Management 19:65–74.

Brooks, M.L. 1998. Ecology of a biological invasion: alien an-

nual plants in the Mojave Desert. Ph.D. Dissertation, University of California, Riverside.

Brooks, M.L. 1999a. Habitat invasibility and dominance by alien annual plants in the western Mojave Desert. Biological Invasions 1:325–337.

Brooks, M.L. 1999b. Alien annual grasses and fire in the Mojave Desert. Madroño 46:13–19.

Brooks, M.L. 2000a. *Bromus madritensis* subspp. *rubens* (L.) Husnot. Pages 72–76 *in* C. Bossard, M. Hoshovsky, and J. Randall (eds.). Invasive plants of California's wildlands. University of California Press, Berkeley.

Brooks, M.L. 2000b. *Schismus arabicus* Nees, *Schismus barbatus* (L.) Thell. Pages 287–291 *in* C. Bossard, M. Hoshovsky, and J. Randall (eds.). Invasive plants of California's wildlands. University of California Press, Berkeley.

Brooks, M.L. 2000c. Does protection of desert tortoise habitat generate other ecological benefits in the Mojave Desert? Pages 68–73 *in* S.F. McCool, D.N. Cole, W.T. Borrie, and J. O'Laughlin (eds.). Wilderness science: in a time of change conference. Volume 3: wilderness as a place for scientific inquiry. Proceedings RMRD-P-15-VOL-3, U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fort Collins, CO.

Brooks, M.L. 2000d. Competition between alien annual grasses and native annual plants in the Mojave Desert. American Midland Naturalist 144:92–108.

Brooks, M.L. In press. Fire temperatures and effects on annual plants in the Mojave Desert. Ecological Applications.

Brooks, M.L., and K.H. Berry. 1999. Ecology and management of alien annual plants in the California deserts. CalEPPC News [California Exotic Pest Plant Council Newsletter] 7(3/4):4–6.

Brooks, M.L., and T. Esque. 2000. Alien grasses in the Mojave and Sonoran deserts. Proceedings of the California Exotic Pest Plant Council Symposium 6:39–44.

Brooks, M.L., and T. Esque. In press. What constitutes an invasive plant? Examples for the North American deserts. Endangered Species Bulletin.

Brussard, P.F., D.A. Charlet, and D.S. Dobkin. 1998. Regional trends of biological resources—Great Basin–Mojave Desert Region. Pages 505–542 *in* M.J. Mac, P.A. Opler, C.E. Puckett Haecker, and P.D. Doran (eds.). Status and trends of the nation's biological resources. U.S. Department of the Interior, U.S. Geological Survey, Reston, VA.

Bunting, S.C., B.M. Kilgore, and C.L. Bushey. 1987. Guidelines for prescribed burning sagebrush–grass rangelands in the northern Great Basin. General Technical Report INT-231, U.S. Department of Agriculture, Forest Service, Intermountain Research Station, Ogden, UT.

Burke, I.C., W.A. Reiners, D.L. Sturges, and P.A. Matson. 1987. Herbicide treatment effects on properties of mountain big sagebrush soils after fourteen years. Soil Science Society of America Journal 51:1337–1343.

Busch, D.E. 1995. Effects of fire on southwestern riparian plant community structure. Southwestern Naturalist 40:259–267.

Busso, C.A., R.J. Mueller, and J.H. Richards. 1989. Effects of drought and defoliation on bud viability in two caespitose grasses. Annals of Botany 63:477–85.

Bytnerowicz, A., and M.E. Fenn. 1996. Nitrogen deposition in California forests: a review. Environmental Pollution 92:127–146.

Cable, D.R. 1965. Damage to mesquite, Lehmann lovegrass, and black grama by a hot June fire. Journal of Range Management 18:326–329.

Caldwell, M.M., J.H. Richards, D.A. Johnson, R.S. Nowak, and R.S. Dzurec. 1981. Coping with herbivory: photosynthetic capacity and resource allocation in two semiarid *Agropyron* bunchgrasses. Oecologia 50:14–24.

Callihan, R.H., T.S. Prather, and F.E. Northam. 1993. Longevity of yellow starthistle (*Centaurea solstitialis*) achenes in soil. Weed Technology 7:3–35.

## INVASIVE PLANTS AND FIRE IN NORTH AMERICAN DESERTS                    11

Carpenter, D.E., M.G. Barbour, and C.J. Bahre. 1986. Old-field succession in Mojave Desert scrub. Madroño 33:111–122.

Chapin, F.S., P.M. Vitousek, and K. Van Cleve. 1986. The nature of nutrient limitation in plant communities. American Naturalist 127:48–88.

Cooke, R., A. Warren, and A. Goudie. 1993. Desert geomorphology. UCL Press, London, United Kingdom.

Cox, J.R., H.L. Morton, T.N. Johnson, Jr., G.L. Jordan, S.C. Martin, and L.C. Fierro. 1984. Vegetation restoration in the Chihuahuan and Sonoran deserts of North America. Rangelands 6:112–115.

Cox, J.R., and G.B. Ruyle. 1986. Influence of climatic and edaphic factors on the distribution of Eragrostis lehmanniana Nees. in Arizona, USA. Journal of the Grassland Society of South Africa 3:25–29.

Cox, J.R., G.B. Ruyle, and B.A. Roundy. 1990. Lehmann lovegrass in southeastern Arizona: biomass production and disappearance. Journal of Range Management 43:367–372.

Crawford, J.A., and R.S. Lutz. 1985. Sage grouse population trends in Oregon, 1941–1983. Murrelet 66:69–74.

D'Antonio, C.M., and P.M. Vitousek. 1992. Biological invasions by exotic grasses, the grass/fire cycle, and global change. Annual Review of Ecology and Systematics 23:63–87.

Davidson, E., and M. Fox. 1974. Effects of off-road motorcycle activity on Mojave Desert vegetation and soil. Madroño 22: 381–412.

DeLong, A.K., J.A. Crawford, and D.C. DeLong, Jr. 1995. Relationships between vegetational structure and predation of artificial sage grouse nests. Journal of Wildlife Management 59:88–92.

DeLucia, E.H., W.H. Schlesinger, and W.D. Billings. 1989. Edaphic limitations to growth and photosynthesis in Sierran and Great Basin vegetation. Oecologia 78:184–190.

Dettinger, M.D., D.S. Battista, R.D. Garreaud, G.J. McCabe, Jr., and C.M. Bitz. 2001. Interhemispheric effects of interannual and decadal ENSO-like climate variation in the Americas. Pages 11–16 in V. Markgraf (ed.). Interhemispheric climate linkages. Academic Press, San Diego, CA.

Di'Tomaso, J.M., G.B. Kyser, and M.S. Hastings. 1999. Prescribed burning for control of yellow starthistle (Centaurea solstitialis) and enhanced native plant diversity. Weed Science 47:233–242.

Eissenstat, D.M., and M.M. Caldwell. 1988. Competitive ability is linked to rates of water extraction. Oecologia 75:1–7.

Elton, C.S. 1958. The ecology of invasions by animals and plants. Methuen, London, United Kingdom.

Facelli, J.M., and S.T.A. Pickett. 1991. Plant litter: its dynamics and effects on plant community structure. Botanical Review 57:1–32.

Fischer, R.A., K.P. Reese, and J.W. Connelly. 1996. An investigation on fire effects within xeric sage grouse brood habitat. Journal of Range Management 49:194–198.

Fowler, D., and D. Koch. 1982. The Great Basin. Pages 7–66 in G. Bender (ed.). Reference handbook on the deserts of North America. Greenwood Press, Westport, CT.

Frenkel, R.E. 1970. Ruderal vegetation along some California roadsides. University of California Publications in Geography 20:1–163.

Furbish, P. 1953. Control of medusa-head on California ranges. Journal of Forestry 51:118–121.

Glickman, D., and B. Babbitt. 1995. Federal Wildland Fire Management Policy. http://www.fs.fed.us/land/wdfire.htm

Goldberg, D.E., and R.M. Turner. 1986. Vegetation change and plant demography in permanent plots in the Sonoran desert. Ecology 67:695–712.

Gregg, M.A., J.A.Crawford, M.S. Drut, and A.K. DeLong. 1994. Vegetational cover and predation of sage grouse nests in Oregon. Journal of Wildlife Management 58:162–166.

Grime, J.P. 1977. Evidence for the coexistence of three primary strategies in plants and its relevance to ecological and evolutionary theory. American Naturalist 111:1169–1194.

Groves, R.H. 1986. Invasion of Mediterranean ecosystems by weeds. Pages 129–145 in B. Dell, A.J.M. Hopkins, and B.B. Lamont (eds.). Resilience in Mediterranean-type ecosystems. Dr. W. Junk, Boston, MA.

Gutiérrez, J.R., O.A. Silva, D.A. Mipagani, D. Weems, and W.G. Whitford. 1988. Effects of different patterns of supplemental water and nitrogen fertilization on productivity and composition of Chihuahuan Desert annual plants. American Midland Naturalist 119:336–343.

Gutiérrez, J.R., L.E. Aguillera, and J. Armesto. 1992. The effects of water and macronutrients addition on aboveground biomass production of annual plants in an old field from a coastal desert site in north–central Chile. Revista Chilena de Historia Natural 65:83–90.

Harper, K.T., and J.R. Marble. 1988. A role for nonvascular plants in management of arid and semiarid rangeland. Pages 135–169 in P.T. Tueller (ed.). Vegetation science applications for rangeland analysis and management. Kluwer Academic Publishers, Dordrecht, The Netherlands.

Hastings, J.R., and R.M. Turner. 1965. The changing mile: an ecological study of vegetation change with time in the lower mile of an arid and semiarid region. University of Arizona Press, Tucson.

Hobbs, R.J., S.L. Gulmon, V.J. Hobbs, and H.W. Mooney. 1988. Effects of fertiliser addition and subsequent gopher disturbance on a serpentine annual grassland community. Oecologia 75:291–295.

Houghton, J.T., G.J. Jenkins, and J.J. Ephraums (eds.). 1990. Climate change: the IPCC scientific assessment. Cambridge University Press, New York, NY.

Huenneke, L.F., S.P. Hamburg, R. Koide, H.A. Mooney, and P.M. Vitousek. 1990. Effects of soil resources on plant invasion and community structure in Californian serpentine grassland. Ecology 71:478–491.

Humphrey, R.R. 1958. The desert grassland: a history of vegetational change and an analysis of causes. Botanical Review 24:193–252.

Humphrey, R.R. 1963. The role of fire in the desert and desert grassland areas of Arizona. Proceedings of the Tall Timbers Fire Ecology Conference 2:45–62.

Humphrey, R.R. 1974. Fire in the deserts and desert grassland of North America. Pages 354–400 in T.T. Kozlowski and D.E. Ahlgren (eds.). Fire and ecosystems. Academic Press, New York, NY.

Humphrey, R.R. 1987. 90 years and 535 miles. Vegetation changes along the Mexican border. University of New Mexico Press, Albuquerque.

Hunter, R. 1991. Bromus invasions on the Nevada Test Site: present status of B. rubens and B. tectorum with notes on their relationship to disturbance and altitude. Great Basin Naturalist 51:176–182.

Inouye, R.S. 1980. Density-dependent germination response by seeds of desert annuals. Oecologia 46:235–238.

Inouye, R.S. 1991. Population biology of desert annual plants. Pages 27–54 in G.A. Polis (ed.). The ecology of desert communities. University of Arizona Press, Tucson.

Inouye, R.S., G.S. Byers, and J.H. Brown. 1980. Effects of predation and competition on survivorship, fecundity, and community structure of desert annuals. Ecology 61:1344–1351.

Jennings, W.B. 1993. Foraging ecology of the desert tortoise (Gopherus agassizii) in the western Mojave Desert. M.S. Thesis, University of Texas, Arlington.

Johansen, J.R., J. Ashley, and W.R. Rayburn. 1993. Effects of rangefire on soil algal crusts in semiarid shrub–steppe of the lower Columbia basin and their subsequent recovery. Great Basin Naturalist 53:73–88.

Johnson, H.C., F.C. Vasek, and T. Yonkers. 1975. Productivity, diversity, and stability relationships in Mojave Desert roadside vegetation. Bulletin of the Torrey Botanical Club 102: 106–115.

Johnson, J.R., J.R. Beley, T.M. Ditsworth, and S.M. Butt. 1983. Secondary succession of arthropods and plants in the Ari-

BLM_0034789

12                                    BROOKS AND PYKE

zona Sonoran desert in response to transmission line construction. Journal of Environmental Management 16:125–137.

Jones, T.A. 1998. Viewpoint: the present status and future prospects of squirreltail research. Journal of Range Management 51:326–331.

Kaltenecker, J.H., M. Wicklow-Howard, and M. Pellant. 1999. Biological soil crusts: natural barriers to *Bromus tectorum* L. establishment in the northern Great Basin, USA. Pages 109–111 *in* D. Eldridge and D. Freudenberger (eds.). Proceedings of the VI International Rangeland Congress, Aitkenvale, Queensland, Australia.

Kindschy, R.R. 1994. Pristine vegetation of the Jordan Crater Kipukas: 1978–91. Pages 85–88 *in* S.B. Monsen and S.G. Kitchen (compilers). Proceedings—ecology and management of annual rangelands. General Technical Report INT-GTR-313, U.S. Department of Agriculture, Forest Service, Intermountain Research Station, Ogden, UT.

Knick, S.T., and D.L. Dyer. 1997. Spatial distribution of black-tailed jackrabbit habitat determined by GIS in southwestern Idaho. Journal of Wildlife Management 61:75–85.

Knick, S.T., and J.T. Rotenberry. 1995. Landscape characteristics of fragmented shrubsteppe habitats and breeding passerine birds. Conservation Biology 9:1059–1071.

Kochert, M.N., K. Steenhof, J.M. Marzluff, and L.B. Carpenter. 1999. Effects of fire on golden eagle territory occupancy and reproductive success. Journal of Wildlife Management 63:773–780.

Lajtha, K., and W.H. Schlesinger. 1988. The biogeochemistry of phosphorus cycling and phosphorus availability along a desert soil chronosequence. Ecology 69:24–39.

Lathrop, E.W., and E.F. Archibald. 1980a. Plant response to Los Angeles aqueduct construction in the Mojave Desert. Environmental Management 4:137–148.

Lathrop, E.W., and E.F. Archibald. 1980b. Plant responses to utility right of way construction in the Mojave Desert. Environmental Management 4:215–226.

Lovich, J.E. 1998. Human-induced changes in the Mojave and Colorado Desert ecosystems: recovery and restoration potential. Pages 529–531 *in* M.J. Mac, P.A. Opler, C.E. Puckett Haecker, and P.D. Doran (eds.). Status and trends of the nation's biological resources. U.S. Department of the Interior, U.S. Geological Survey, Reston, VA.

Lovich, J.E. 2000. *Tamarix ramosissima/Tamarix chinensis/Tamarix gallica/Tamarix parviflora*. Pages 312–317 *in* C. Bossard, M. Hoshovsky, and J. Randall (eds.). Invasive plants of California's wildlands. University of California Press, Berkeley.

Lovich, J.E., and D. Bainbridge. 1999. Anthropogenic degradation of the southern California desert ecosystem and prospects for natural recovery and restoration. Environmental Management 24:309–326.

Lovich, J.E., and R.G. de Gouvenain. 1998. Saltcedar invasion in desert wetlands of the southwestern United States: ecological and political implications. Pages 447–467 *in* S.K. Majumdar, E.W. Miller, and F.J. Brenner (eds.). Ecology of wetlands and associated systems. Pennsylvania Academy of Science, Easton.

MacDonnell, L.J. 1993. Mineral law in the United States: a study in legal change. Pages 66–93 *in* L.J. MacDonnell and S.F. Bates (eds.). Natural resources policy and law: trends and directions. Island Press, Washington, D.C.

Mack, R.N. 1981. Invasion of *Bromus tectorum* L. into western North America: an ecological chronicle. Agro-Ecosystems 7:145–165.

Mack, R.N. 1986. Alien plant invasion into the Intermountain West: a case history. Pages 191–213 *in* H.A. Mooney and J.A. Drake (eds.). Ecology of biological invasions of North America and Hawaii. Springer-Verlag, New York, NY.

Mack, R.N. 1995. Understanding the processes of weed invasions: the influence of environmental stochasticity. Pages 65–74 *in* C. Stirton (ed.). Weeds in a changing world. Sym-

posium Proceedings No. 64, British Crop Protection Council, Brighton, United Kingdom.

Mack, R.N., D. Simberloff, W.M. Lonsdale, H. Evans, M. Clout, and F.A. Bazzaz. 2000. Biotic invasions: causes, epidemiology, global consequences, and control. Ecological Applications 10:689–710.

Mack, R.N., and J.N. Thompson. 1982. Evolution in steppe with few large, hooved mammals. American Naturalist 119:757–773.

MacMahon, J.A. 1979. North American deserts: their floral and faunal components. Pages 21–82 *in* D.W. Goodall and R.A. Perry (eds.). Arid-land ecosystems: structure, functioning, and management. Volume 1. Cambridge University Press, Cambridge, United Kingdom.

MacMahon, J.A. 2000. Warm deserts. Pages 285–322 *in* M.G. Barbour and W.D. Billings (eds.). North American terrestrial vegetation. Second edition. Cambridge University Press, Cambridge, United Kingdom.

MacMahon, J.A., and F.H. Wagner. 1985. The Mojave, Sonoran, and Chihuahuan deserts of North America. Pages 105–202 *in* M. Evanari, I. Noy-Meir, and D.W. Goodall (eds.). Hot deserts and arid shrublands. Elsevier, Amsterdam, The Netherlands.

Martin, S.C. 1983. Responses of semi-desert grasses and shrubs to fall burning. Journal of Range Management 36:604–610.

Mayeaux, H.S., H.B. Johnson, and H.W. Polley. 1994. Potential interactions between global change and Intermountain annual grasslands. Pages 95–110 *in* S.B. Monsen and S.G. Kitchen (compilers). Proceedings—ecology and management of annual rangelands. General Technical Report INT-GTR-313, U.S. Department of Agriculture, Forest Service, Intermountain Research Station, Ogden, UT.

Maxwell, B.D., and R.L. Sheley. 1997. Noxious weed population dynamics model. Weed Technology 11:182–188.

McLendon, T., and E.F. Redente. 1994. Role of nitrogen availability in the transition from annual- to perennial-dominated seral communities. Pages 352–362 *in* S.B. Monsen and S.G. Kitchen (compilers). Proceedings—ecology and management of annual rangelands. General Technical Report INT-GTR-313, U.S. Department of Agriculture, Forest Service, Intermountain Research Station, Ogden, UT.

McPherson, G.R. 1995. The role of fire in the desert grasslands. Pages 130–151 *in* M.P. McClaran and T.R. Van Devender (eds.). The desert grassland. University of Arizona Press, Tucson.

Medellín-Leal, F. 1982. The Chihuahuan Desert. Pages 321–382 *in* G. Bender (ed.). Reference handbook on the deserts of North America. Greenwood Press, Westport, CT.

Melgoza, G., and R.S. Nowak. 1991. Competition between cheatgrass and two native species after fire: implications from observations and measurements of root distribution. Journal of Range Management 44:27–33.

Miller, R.F., and J.A. Rose. 1999. Fire history and western juniper encroachment in sagebrush steppe. Journal of Range Management 52:550–559.

Miller, R.R., T.L. Svejcar, and N.E. West. 1994. Implications of livestock grazing in the Intermountain sagebrush region: plant composition. Pages 101–146 *in* M. Vavra, W.A. Laycock, and R.D. Pieper (eds.). Ecological implications of livestock herbivory in the West. Society for Range Management, Denver, CO.

Monsen, S.B. 1994. Selection of plants for fire suppression on semiarid sites. Pages 363–373 *in* S.B. Monsen and S.G. Kitchen (compilers). Proceedings—ecology and management of annual rangelands. General Technical Report INT-GTR-313, U.S. Department of Agriculture, Forest Service, Intermountain Research Station, Ogden, UT.

Murphy, A.H., and W.C. Lusk. 1961. Timing medusahead burns to destroy more seed and save good grasses. California Agriculture 15:6–7.

Murphy, A.H., and D. Turner. 1959. A study on the germination

BLM_0034790

## INVASIVE PLANTS AND FIRE IN NORTH AMERICAN DESERTS    13

of medusahead seed. California Department of Agriculture Bulletin 48:6–10.

Mushinsky, H.R., and D.J. Gibson. 1991. The influence of fire periodicity on habitat structure. Pages 237–259 *in* S.S. Bell, E.D. McCoy, and H.R. Mushinsky (eds.). Habitat structure: the physical arrangement of objects in space. Chapman & Hall, New York, NY.

Nagy, K.A., B.T. Henen, and D.B. Vyas. 1998. Nutritional quality of native and introduced food plants of wild desert tortoises. Herpetologica 42:260–267.

Pake, C.E. 1993. Sonoran Desert annual plants: empirical tests of models of coexistence and persistence in a temporally variable environment. Ph.D. Dissertation, University of Arizona, Tucson.

Pellant, M. 1990. The cheatgrass–wildfire cycle—are there any solutions? Pages 11–18 *in* E.D. McArthur, E.M. Romney, S.D. Smith, and P.T. Tueller (compilers). Proceedings—symposium on cheatgrass invasion, shrub die-off, and other aspects of shrub biology and management. General Technical Report INT-276, U.S. Department of Agriculture, Forest Service, Intermountain Research Station, Ogden, UT.

Pellant, M. 1994. History and applications of the Intermountain greenstripping program. Pages 63–68 *in* S.B. Monsen and S.G. Kitchen (compilers). Proceedings—ecology and management of annual rangelands. General Technical Report INT-GTR-313, U.S. Department of Agriculture, Forest Service, Intermountain Research Station, Ogden, UT.

Pickford, G.D. 1932. The influence of continued heavy grazing and of promiscuous burning on spring–fall ranges in Utah. Ecology 13:159–171.

Piemeisel, R.L. 1951. Causes affecting change and rate of change in a vegetation of annuals in Idaho. Ecology 32:53–72.

Poorter, H., C. Roumet, and B.D. Campbell. 1996. Interspecific variation in the growth response of plants to elevated $CO_2$: a search for functional types. Pages 375–412 *in* C. Körner and F.A. Bazzaz (eds.). Carbon dioxide, populations, and communities. Academic Press, San Diego, CA.

Pyke, D.A. 1994. Ecological significance of seed banks with special reference to alien annuals. Pages 197 201 *in* S.B. Monsen and S.G. Kitchen (compilers). Proceedings—ecology and management of annual rangelands. General Technical Report INT-GTR-313, U.S. Department of Agriculture, Forest Service, Intermountain Research Station, Ogden, UT.

Pyke, D.A., and S. Archer. 1991. Plant–plant interactions affecting plant establishment and persistence on revegetated rangeland. Journal of Range Management 44:550–557.

Pyke, D.A., and M.M. Borman. 1993. Problem analysis for the vegetation diversity project. Technical Report OR-936-01, U.S. Department of the Interior, Bureau of Land Management, Pacific Forest and Basin Rangeland Systems Cooperative Research and Technology Unit, Corvallis, OR.

Rasmussen, G.A. 1994. Prescribed burning considerations in sagebrush annual grassland communities. Pages 69–70 *in* S.B. Monsen and S.G. Kitchen (compilers). Proceedings—ecology and management of annual rangelands. General Technical Report INT-GTR-313, U.S. Department of Agriculture, Forest Service, Intermountain Research Station, Ogden, UT.

Richards, R.T., J.C. Chambers, and C. Ross. 1998. Use of native plants on federal lands: policy and practice. Journal of Range Management 51:625–632.

Riley, C.L. 1995. Rio del Norte: people of the Upper Rio Grande from earliest times to the Pueblo revolt. University of Utah Press, Salt Lake City.

Rogers, G.F., and J. Steele. 1980. Sonoran Desert fire ecology. Pages 15–19 *in* M.A. Stokes and J.H. Dieterich (technical coordinators). Proceedings of the fire history workshop. General Technical Report RM-81, U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fort Collins, CO.

Rogers, G.F., and M.K. Vint. 1987. Winter precipitation and fire in the Sonoran Desert. Journal of Arid Environments 13: 47–52.

Rowlands, P.G., H. Johnson, E. Ritter, and A. Endo. 1982. The Mojave Desert. Pages 103–162 *in* G. Bender (ed.). Reference handbook on the deserts of North America. Greenwood Press, Westport, CT.

Ruyle, G.B., B.A. Roundy, and J.R. Cox. 1988. Effects of burning on germinability of Lehmann lovegrass. Journal of Range Management 41:404–406.

Sala, A., S.D. Smith, and D.A. Devitt. 1996. Water use by *Tamarix ramosissima* and associated phreatophytes in a Mojave Desert floodplain. Ecological Applications 6:888–898.

Sanders, A., and R. Minnich. 2000. *Brassica tournefortii*. Pages 287 291 *in* C. Bossard, M. Hoshovsky, and J. Randall (eds.). Invasive plants of California's wildlands. University of California Press, Berkeley.

Sapsis, D.B., and K.J. Boone. 1991. Fuel consumption and fire behavior associated with prescribed fires in sagebrush ecosystems. Northwest Science 65:173–179.

Schlesinger, W.H., P.J. Fontyn, and W.A. Reiner. 1989. Effects of overland flow on plant water relations, erosion, and soil water percolation on a Mojave Desert landscape. Soil Science Society of America Journal 53:1567–1572.

Schlesinger, W.H., J.A. Raikes, A.E. Hartley, and A.F. Cross. 1996. On the spatial patterns of soil nutrients in desert ecosystems. Ecology 77:364–374.

Schlesinger, W.H., J.F. Reynolds, G.L. Cunningham, L.F. Huenneke, W.M. Jarrell, R.A. Virginia, and W.G. Whitford. 1990. Biological feedbacks in global desertification. Science 247: 1043–1048.

Sharp, L.A., M. Hironaka, and E.W. Tisdale. 1957. Viability of medusahead seed collected in Idaho. Journal of Range Management 10:123–126.

Shaw, N.L., and B.A. Roundy (compilers). 1997. Proceedings: using seeds of native species on rangelands. General Technical Report INT-GTR-372, U.S. Department of Agriculture, Forest Service, Intermountain Research Station, Ogden, UT.

Sheley, R.L., T.J. Svejcar, and B.D. Maxwell. 1996. A theoretical framework for developing successional weed management strategies on rangeland. Weed Technology 10:766–773.

Shreve, F. 1942. The desert vegetation of North America. Botanical Review 8:195–246.

Simberloff, D. 1995. Why do introduced species appear to devastate islands more than mainland areas? Pacific Science 49: 87–97.

Smith, J.P., and M.W. Collopy. 1998. Regional trends of biological resources—Pacific Northwest. Pages 645–706 *in* M.J. Mac, P.A. Opler, C.E. Puckett Haecker, and P.D. Doran (eds.). Status and trends of the nation's biological resources. U.S. Department of the Interior, U.S. Geological Survey, Reston, VA.

Smith, S.D., B.R. Strain, and T.D. Sharkey. 1987. Effects of $CO_2$ enrichment on four Great Basin grasses. Functional Ecology 1:139–143.

Stoddard, L.A. 1946. Some physical and chemical responses of *Agropyron spicatum* to herbage removal at various seasons. Agricultural Experiment Station Bulletin No. 324, Utah State University, Logan.

Stubbs, M.M. 2000. Time-based nitrogen availability and risk of *Taeniatherum caput-medusae* (L.) Nevski invasion in central Oregon. M.S. Thesis, Oregon State University, Corvallis.

Svejcar, T., and R. Tausch. 1991. Anaho Island, Nevada: a relict area dominated by annual invader species. Rangelands 13: 322–236.

Sveum, C.M., W.D. Edge, and J.A. Crawford. 1998. Nesting habitat selection by sage grouse in southcentral Washington. Journal of Range Management 51:265–269.

The Nature Conservancy. 1996. America's least wanted: alien

BLM_0034701

14                                        BROOKS AND PYKE

species invasions of U.S. ecosystems. The Nature Conservancy, Arlington, VA.

Tilman, D. 1982. Resource competition and community structure. Princeton University Press, Princeton, NJ.

Tilman, D. 1988. Plant strategies and the dynamics and structure of plant communities. Princeton University Press, Princeton, NJ.

Tilman, D. 1989. Ecological experimentation: strengths and conceptual problems. Pages 136–157 *in* G.E. Likens (ed.). Long-term studies in ecology. Springer-Verlag, New York, NY.

Tilman, D. 1997. Community invasibility, recruitment limitation, and grassland biodiversity. Ecology 78:81–92.

Torell, P.J., L.C. Erickson, and R.H. Hass. 1961. The medusahead problem in Idaho. Weeds 9:124–131.

Trombulak, S.C., and C.A. Frissell. 2000. Review of ecological effects of roads on terrestrial and aquatic communities. Conservation Biology 14:18–30.

Turner, R.B., C.E. Poulton, and W.L. Gould. 1963. Medusahead—a threat to Oregon rangeland. Special Report 149, Oregon Agricultural Experiment Station, Oregon State University, Corvallis.

Turner, R.M., and D.E. Brown. 1982. Sonoran Desert scrub. Desert Plants 4:181–222.

U.S. Census Bureau. 2001. Census 2000 results. [Created 28 December 2000, revised 15 March 2001.] http://www.census.gov/population/www/cen2000/respop.html

U.S. Department of the Interior. 1996. Effects of military training and fire in the Snake River Birds of Prey National Conservation Area. BLM/IDARNG Research Project Final Report. U.S. Geological Survey, Biological Resources Division, Forest & Rangeland Ecosystem Science Center, Snake River Field Station, Boise, ID.

U.S. Department of the Interior, Bureau of Land Management. 1999. Emergency fire rehabilitation manual. H-1742-1. http://lm0005.blm.gov/nhp/efoia/wo/handbook/h1742-1.pdf

Vasek, F.C., H.B. Johnson, and G.D. Brum. 1975a. Effects of power transmission lines on vegetation of the Mojave Desert. Madroño 23:114–131.

Vasek, F.C., H.B. Johnson, and D.H. Eslinger. 1975b. Effects of pipeline construction on creosote bush scrub vegetation of the Mojave Desert. Madroño 23:1–3.

Vollmer, A.T., B.G. Maza, P.A. Medica, F.B. Turner, and S.A. Bamburg. 1976. The impact of off-road vehicles on a desert ecosystem. Environmental Management 1:115–129.

Webb, R.H., and S.S. Stielstra. 1979. Sheep grazing effects on Mojave Desert vegetation and soils. Environmental Management 3:517–529.

Webb, R.H., and H.G. Wilshire. 1983. Environmental effects of off-road vehicles: impacts and management in arid regions. Springer-Verlag, New York, NY.

West, N.E., and J.A. Young. 2000. Intermountain valleys and lower mountain slopes. Pages 255–284 *in* M.G. Barbour and W.D. Billings (eds.). North American terrestrial vegetation. Second edition. Cambridge University Press, Cambridge, United Kingdom.

Whelan, R.J. 1995. The ecology of fire. Cambridge University Press, Cambridge, United Kingdom.

Whisenant, S.G. 1990. Changing fire frequencies on Idaho's Snake River Plains: ecological and management implications. Pages 4–10 *in* E.D. McArthur, E.M. Romney, S.D. Smith, and P.T. Tueller (compilers). Proceedings—symposium on cheatgrass invasion, shrub die-off, and other aspects of shrub biology and management. General Technical Report INT-276, U.S. Department of Agriculture, Forest Service, Intermountain Research Station, Ogden, UT.

Wilcove, D.S., D. Rothstein, J. Dubow, A. Phillips, and E. Losos. 1998. Quantifying threats to imperiled species in the United States. BioScience 48:607–615.

Wilcox, D.A. 1989. Migration and control of purple loosestrife (*Lythrum salicaria* L.) along highway corridors. Environmental Management 13:365–370.

Williams, D.G., and N. Baruch. 2000. African grass invasion in the Americas: ecosystem consequences and the role of ecophysiology. Biological Invasions 2:123–140.

Williams, J.D., J.P. Dobrowolski, and N.E. West. 1995. Microphytic crust influences on wind erosion. Transactions of the American Society of Agricultural Engineers 38:131–137.

Wilson, A.M., G.A. Harris, and D.H. Gates. 1966. Fertilization of mixed cheatgrass–bluebunch wheatgrass stands. Journal of Range Management 19:134–137.

Woodbury, A.M., and R. Hardy. 1948. Studies of the desert tortoise, *Gopherus agassizii*. Ecological Monographs 18:145–200.

Wright, H.A., and A.W. Bailey. 1982. Fire ecology. John Wiley & Sons, New York, NY.

Yensen, D.L. 1981. The 1900 invasion of alien plants into southern Idaho. Great Basin Naturalist 41:176–183.

Young, J.A., R.R. Blank, and C.D. Clements. 1999. Nitrogen enrichment and immobilization influences on the dynamics of annual grass community. Pages 279–281 *in* D. Eldridge and D. Freudenberger (eds.). People and rangelands—building the future. Proceedings of the VI International Rangeland Congress, Aitkenvale, Queensland, Australia.

Young, J.A., C.D. Clements, and R.R. Blank. 1997. Influence of nitrogen on antelope bitterbrush seedling establishment. Journal of Range Management 50:536–540.

Young, J.A., and R.A. Evans. 1978. Population dynamics after wildfires in sagebrush grasslands. Journal of Range Management 31:283–289.

Young, J.A., R.A. Evans, and R.A. Weaver. 1976. Estimating potential downy brome competition after wildfires. Journal of Range Management 29:322–325.

Zink, T.A., M.F. Allen, B. Heindl-Tenburen, and E.B. Allen. 1995. The effect of a disturbance corridor on an ecological reserve. Restoration Ecology 3:304–310.

BLM_0034792

83-B



United States
Department of
Agriculture

**Forest Service**

Pacific Northwest
Forest and Range
Experiment Station

Research Note
PNW-384
April 1981

# Evaluation of a Small Diameter Baffled Culvert for Passing Juvenile Salmonids

## Mason D. Bryant





Forestry Library

**Abstract**

A 90-cm-diameter culvert with off-set baffles was set at a 10-percent gradient in an artificial stream channel on Admiralty Island, Alaska. Coho salmon, Dolly Varden Char, and cutthroat trout, all less than 120-mm fork length, were able to move up the 9-m culvert. Additional work is needed to determine an upper discharge limit and to evaluate field installations.

Keywords: Fish habitat, culvert construction, road building (forest/logging), salmonids.

**Introduction**

Small streams are frequently important nursery areas for juvenile coho salmon (*Oncorhynchus kisutch* [Walbaum]), Dolly Varden Char (*Salvelinus malma* [Walbaum]), and cutthroat trout (*Salmo clarki* Richardson) throughout the Pacific Northwest and Alaska. Although juvenile salmonids are generally territorial, redistribution within available habitat occurs throughout the year. Access to upstream areas is particularly important during seasonal migrations.

Poorly constructed road crossings of small streams can block upstream movement of juvenile salmonids. In many cases problems can be avoided by installing a bridge or culvert of the correct size (Bell 1973, Evans and Johnson 1974, Lowman 1974, Watts 1974). Culverts installed at gradients greater than 1 percent usually cause a velocity barrier to juvenile salmon moving upstream; therefore, installations with gradients less than 1 percent are recommended (Bell 1973). In some places, particularly in areas of bedrock with steep slopes, installing culverts at recommended gradients may not be feasible. Where gradients are more than 1 percent, baffled culverts (fig. 1) may facilitate fish passage to nursery areas above road crossings.

The concept and function of the baffled culvert is similar to most fishways in that the baffles create a series of short high velocity runs between the baffles and a series of low velocity backwater areas behind the baffles. These areas allow the fish to swim in short bursts and then rest. This study examined the ability of coho salmon, Dolly Varden, and cutthroat trout to ascend a small diameter, 90-cm (36-in), baffled culvert set at a gradient of 10 percent.

MASON D. BRYANT is fish biologist at the Forestry Sciences Laboratory, Pacific Northwest Forest and Range Experiment Station, Juneau, Alaska.

This work was in cooperation with the engineering staff, Alaska Region, USDA Forest Service, Juneau.

Digitized by Google

BLM_0034793



Figure 1.—Baffle culvert installation.

Several studies have examined the effectiveness of baffled culvert designs, but they dealt with larger culverts and adult fish (McKinley and Webb 1956, Tollefson 1966, Gebhards and Fisher 1972). McKinley and Webb (1956) suggested that flat-bottomed baffled culverts should be at least 1.2 m (4 ft) wide and have a minimum diameter of 1.5 m (5 ft.) Optimum fish passage occurred when flows were just over the baffles. Passage decreased with increasing flows.

McKinley and Webb (1956) proposed a series of designs and found the offset baffle similar to that shown in figure 1 to be the most effective. In general the offset design has been adopted by most resource agencies when a baffled culvert was used (Lowman 1974).

Results from a questionnaire circulated by W. A. Evans (see Lowman 1974) to 13 resource agencies concerning the use of baffles in culverts showed that: (1) baffled culverts were not in widespread use, (2) they were frequently a corrective device rather than a primary installation, (3) the design primarily used was that of McKinley and Webb (1956), (4) there had been no recent evaluations of baffled culverts, and (5) many felt that additional attention should be given to alternate solutions to baffled culverts, while others felt additional studies on baffled culverts were needed.

Digitized by Google

BLM_0034794

McClellan (1970) reviewed 62 existing culverts, but did not include a field evaluation of baffled culverts. It appears that baffled culverts are not frequently used, nor have they been thoroughly investigated as solutions to fish passage at road crossings of small, high-gradient streams.

## Methods

The study was conducted in 1978 at the Young Bay research facility of the USDA Forest Service on Admiralty Island in southeast Alaska. The facility is described in detail by Meehan and Swanston[1]. A baffled culvert 9 m (30 ft) long and 90 cm (36 in) in diameter was installed at a gradient of 10 percent below an artificial stream channel (fig. 2).



Figure 2.—Baffled culvert installation; top view to show inlet and outlet structures.

The baffles shown in figure 1 were bolted to the bottom of the culvert before the culvert was installed. The spacing can be changed, although this was not done in this study. On August 29 an additional baffle was placed at the outlet lip of the culvert during a test with coho salmon less than 55 mm in length. In a permanent installation the baffles may be either bolted or welded to the culvert.

---

[1]Meehan, W.R., and D.N. Swanston. 1972. Development and use of a fish habitat research facility at Young Bay, Alaska. 60 p. Unpublished report, on file at Forestry Sciences Laboratory, Juneau, Alaska.

BLM_0034795

An inlet flume brought water from an adjacent stream into a stilling pond above the artificial channel. The discharge from the stilling pond to the artificial channel was controlled by an outlet dam that diverted excess flows back to the stream. Discharge from the stilling basin into the artificial channel was recorded continuously by a Fisher-Porter stage recorder at a V-notch weir. Velocities in the culvert were changed by changing the pond level at the outlet dam; however, because of leaks along the artificial channel, the discharges at the V-notch weir and in the culvert did not correspond.

An offset self-cleaning baffle system similar to that described by McKinley and Webb (1956) was installed at 60-cm (2-ft) intervals along the 9-m length of the culvert (fig. 2). Baffle dimensions and placement are illustrated in figure 1.

The culvert emptied into a plywood holding box (fig. 2) which was designed so the lip of the culvert was beneath the water in the box. Water from the holding box was filtered at the outlet by a rotating debris screen. Some fish escaped through the outlet at high flows. There was no device to prevent movement of fish from the upstream artificial channel back down the culvert.

Juvenile coho salmon, Dolly Varden, and cutthroat trout used in the study were taken from two nearby streams. All fish, with the exception of a few larger (110- to 120-mm) Dolly Varden, were less than 100-mm fork length. All fish were measured (fork length) and marked with a freeze brand (Bryant and Walkotten 1980) before being placed in the downstream holding box.

Fewer than 20 fish were used during the first trial in June and early July. In mid-July, 80 fish of all three species were stocked in the downstream holding box. The number of fish and species composition varied depending upon the catch from the nearby stream. Fish were not selected for size, but ranged from 40 mm to 120 mm in length. In late August, coho salmon young of the year, average length 49 mm, were tested.

The culvert and artificial channel were drained daily, and all fish above and below the culvert were counted and remeasured. The upstream opening of the culvert was blocked to prevent fish above the culvert from escaping back down the culvert when it was drained. Fish in the culvert, if any, retreated to the holding box which was not drained. The percent of each species successfully moving up the culvert was computed for each day[2]. All fish were returned to the downstream holding box after enumeration. Fish lost either through mortality or escapement were replaced from a nearby stream. All fish were replaced at approximately 1-week intervals.

Tests were conducted intermittently from late June to mid July. From mid July to mid August daily tests were run. At the end of August, young of the year's coho were tested for a 1-week period.

---

[2] $S_i = (n_i/N_i) \, 100$

Where $S_i$ = % of each species i successfully moving up the culvert.

$n_i$ = Total number of species i above the culvert.

$N_i$ = Total of each species in the test day.



BLM_0034796

**Results**

During initial trials in June and early July, Dolly Varden and cutthroat trout were able to negotiate the culvert. With increased stocking, the number and percent of fish moving up the culvert increased (fig. 3). In a number of trials, no fish were found above the culvert.

No significant differences (t-test) were found between average length of fish above the culvert and those remaining below the culvert. This was true for any species. Lengths ranged from 50 to 120 mm.

When coho salmon with an average fork length of 49 mm were used in late August, none passed up the culvert until a baffle was placed at the lip of the culvert outlet. After the baffle was installed on August 29, coho salmon began moving upstream. Discharge levels were below 14 liters/s (.5 cfs).

Although some fish of all species and sizes were able to negotiate the culvert at discharge levels examined, more Dolly Varden than coho salmon or cutthroat trout were successful (fig. 3). The percent of coho and cutthroat found above the culvert varied, but seldom exceeded the percent of Dolly Varden when all three species were present.



Figure 3.—Number and percent of fish by species found above the culvert daily from July 15 to September 1.

Digitized by Google

5

The maximum discharge at the V-notch weir ranged between 10 liters/s (.3 cfs) and 19 liters/s (.68 cfs)[3]. Most days the maximum discharge was between 10 liters/s and 16 liters/s, (.4 cfs and .6 cfs). Within the range of discharges most commonly examined, between 10 liters/s and 16 liters/s, discharge did not appear to affect fish movement up the culvert. There did not appear to be any relationship between daily discharge, expressed as maximum or minimum, and the percent of species composition of the fish moving up the culvert (fig. 4a, b).

Below 5.23 liters/s (.2 cfs) water in the culvert was too shallow for the baffles to operate. At a discharge greater than 17 liters/s (.65 cfs)—approximately 14 cm of water depth in the culvert—no fish moved up the culvert, but this occurred in only one trial period. Additional tests are required to determine an upper discharge limit.



Figure 4.—A. Percent of each species above the culvert at daily maximum discharge (cfs). B. Percent of each species above the culvert at daily minimum discharge (cfs).

---

[3] The discharges in the culvert were not accurately gauged, but were somewhat less than at the weir because of leaks along the artificial channel. A discharge of 16 liters/s (.6 cfs) represented about 10-12 cm of water in the culvert.

6

Digitized by Google

**Discussion**

The factors that limit fish passage during a given time period are the maximum water velocity through the culvert and the darting speed of the fish. Because darting speed is frequently three to four times greater than sustained swimming speed, velocities that might block fish swimming at a sustained speed may be tolerated in a baffled culvert. Bell (1973) warns that "when designing upstream facilities, velocities must be kept well below darting speeds for general passage." Many of the constraints applied to fishways also apply to baffled culvert installations; the most important is the design at the pipe outlet.

Two potential problems with baffled culverts may occur at the outlet: (1) velocities and (2) scour of the stream bottom. Both can be avoided by proper design. Within the discharge ranges that were examined, a baffle section at the lip of the culvert disrupted the outlet velocity enough to allow passage of small juvenile salmonids. If hydraulic energy is not dissipated at the outfall, the streambed will scour, resulting in a drop off at the outfall that will effectively block upstream passage.

The results presented here represent a relatively narrow range of velocities and discharges, particularly for southeast Alaska streams which can increase tenfold in discharge during peak storms. This presents problems not only for fish passage, but also for hydraulic design. An oversize baffled pipe might accommodate high flows, but not operate at low summer flows. An undersize pipe might wash out at high flows. A thorough hydraulic analysis of the stream should be made to insure proper design and installation. An upper discharge level for successful passage of juvenile salmon was not determined in this test, but it appears that discharges of more than 5 cm of water over the top of the baffles will act as velocity barriers. Further work is needed to determine this level.

Gravel and fine material accumulated in the baffles of the Young Bay culvert but did not seem to interfere with the operation of the baffles or to prevent fish from ascending the culvert. Accumulations were light and appeared to wash out with the discharge levels used during the study. Further work is required to examine the self-cleaning characteristics of a field installation and the suitability of small diameter culverts to pass adult coho salmon, which frequently spawn in small headwater streams.

**Literature Cited**

Bell, M.C.
  1973. Fisheries handbook of engineering requirements and biological criteria. Fish Eng. Res. Program, Corps of Eng., North Pacific Div., Portland, OR. n.p.

Bryant, M.D. and W.J. Walkotten.
  1980. Carbon dioxide freeze-branding device for use on juvenile salmonids. Prog. Fish Cult. 42:55-57.

Evans, W.A. and F.B. Johnson.
  1974. Fish migration and fish passage: a practical guide to solving fish passage problems. USDA For. Serv., Reg. 5, San Francisco, CA.

Gebhards, S. and J. Fisher.
  1972. Fish passage culvert installations. Idaho Dept. Fish and Game, Boise, mimeo report, Jan. 1972.

Digitized by Google

7

Lowman, Ben J.
   1974. Investigation of fish passage problems through culverts. USDA Forest Service, Equip. Dev. Cent. Proj. Rec. ED&T 2427, Missoula, MT.

McClellan, T.J.
   1970. Fish passage through highway culverts. Fed. Hwy. Admin., U.S. Dept. Transp., and Ore. State Game Comm., Portland, OR.

McKinley, W.R. and R.D. Webb.
   1956. A proposed correction of migratory fish problems at box culverts. Wash. Dept. Fish. Fish Res. Pap. 1(4):33-45, Olympia, WA.

Tollefson, T.C.
   1966. Facilities at culvert installations. Wash. Dept. Fisheries Processed Rep.,Olympia, WA.

Watts, F.J.
   1974. Design of culvert fishways. Water Resour. Res. Inst., Univ. of Idaho, Moscow.

8

Digitized by Google

BLM_0034800

Research Papers 385-386

NUMBERS NOT ASSIGNED - PUBLICATIONS DO NOT EXIST

Digitized by Google

BLM_0034801

UNIVERSITY OF MINNESOTA

3 1951 D02 986 338 5

Digitized by Google

BLM_0034802

# Colorado Plateau

## Rapid Ecoregional Assessment Report



**U.S. Department of Interior
Bureau of Land Management**



**May 2012**

BLM_0034803

**BLM MISSION STATEMENT**

**It is the mission of the Bureau of Land Management to sustain the health, diversity, and productivity of the public lands for the use and enjoyment of present and future generations.**

**Suggested Citation:** Bryce, S.A., J.R. Strittholt, B.C. Ward, and D.M. Bachelet. 2012. Colorado Plateau Rapid Ecoregional Assessment Report. Prepared for the U.S. Department of the Interior, Bureau of Land Management, Denver, Colorado.

To find this report online and to access data portal go to:
http://www.blm.gov/wo/st/en/prog/more/climatechange.html

Cover Photo: Colorado River near Moab, Utah BLM
Title Page Photo: Corona Arch near Moab, Utah BLM

U.S. Bureau of Land Management
BLM National Operations Center
Building 50, Denver Federal Center
Denver, CO 80225



Dynamac Corporation
10301 Democracy Lane
Suite 300
Fairfax, Virginia 22030

Conservation Biology Institute
136 SW Washington Ave
Suite 202
Corvallis, OR 97333

BLM_0034804

# Colorado Plateau

## Rapid Ecoregional Assessment Report



**Prepared for the Bureau of Land Management by:**

Sandra A. Bryce, Dynamac Corporation
James R. Strittholt, Conservation Biology Institute
Brendan C. Ward, Conservation Biology Institute
Dominique M. Bachelet, Conservation Biology Institute

BLM Project Manager: Karl Ford,
National Operations Center, Denver, Colorado

BLM_0034805

## Colorado Plateau REA Contributors:

| | |
|---|---|
| Carmen Bailey | Utah Division of Wildlife Resources |
| Ron Bolander | BLM Utah State Office |
| Lisa Bryant | BLM Utah State Office |
| Matt Bowker | USGS Flagstaff |
| Matt Bobo | BLM National Operations Center |
| Tasha Carr | USGS Fort Collins |
| Carol Dawson | BLM Colorado State Office |
| Bill Dunkelberger | BLM Colorado State Office |
| Michael Duniway | USGS Moab |
| Tom Edwards | USGS Utah State University |
| Adrian Farmer | Wild Ecological Consultants |
| Karl Ford | BLM National Operations Center |
| Nat Frazier | Utah State University |
| Jim Gazewood | BLM Utah State Office |
| Doug Havlina | BLM National Interagency Fire Center |
| Gerry Horak | Dynamac, Inc. |
| Steve Hostetler | USGS Corvallis |
| Sheila Williams | BLM New Mexico State Office |
| Carly Jerla | BOR Boulder |
| Justin Jimenez | BLM Utah State Office |
| Kate Kitchell | USGS Flagstaff |
| Peter Lattin | Dynamac, Inc. (to 2/11) |
| Steve Madsen | BLM Utah State Office |
| Michael Menefee | Colorado Natural Heritage Program |
| Scott Miller | BLM National Operations Center |
| Seth Munson | USGS Flagstaff |
| Pamela Nagler | USGS Tucson |
| Anna Oldak | MDA Information Systems, Inc. |
| Gwenan Poirier | BLM Colorado State Office |
| Elroy Masters | BLM Arizona State Office |
| Seth McClean | Colorado Division of Parks and Wildlife |
| Wayne Padgett | BLM Utah State Office |
| Barbara Ralston | USGS Flagstaff |
| Sasha Reed | USGS Moab |
| Bruce Rittenhouse | BLM Colorado State Office |
| Ed Rumbold | BLM Colorado State Office |
| Robin Sell | BLM Colorado State Office |
| Jerry Sempek | BLM Utah State Office |
| Verlin Smith | BLM Utah State Office |
| Scott VanderKooi | USGS Flagstaff |
| Brad Washa | BLM Utah State Office |
| Aaron Wilkerson | BLM Utah State Office |
| Dennis Zachman | BLM Colorado State Office |

## Consultation and analytical work provided by Conservation Biology Institute staff:

| | | |
|---|---|---|
| Katie Brown | Patricia Gordon-Reedy | Heather Rustigan-Romsos |
| Pamela Frost | Kai Henefin | Henri Sanville |
| Dennis Grossman | Jeremiah Osborne-Gowey | Tim Sheehan |
| Ken Ferschweiler | Wendy Peterman | Alexandra Syphard |

BLM_0034806

# Table of Contents

TABLE OF CONTENTS.............................................................................................................................. i
EXECUTIVE SUMMARY......................................................................................................................vii
    Rapid Ecoregional Assessments: Purpose and Scope .................................................................vii
    REA Products and Results................................................................................................................viii
    Landscape Intactness .....................................................................................................................viii
    Change Agents Current and Future................................................................................................ix
    Conservation Element Status ........................................................................................................... x
    Climate Change Scenario.................................................................................................................xi
    Application of Results......................................................................................................................xii

I. BLM's APPROACH TO ECOREGIONAL DIRECTION AND ADAPTIVE MANAGEMENT................... 1
1.1 References Cited ............................................................................................................................ 3

II. INTRODUCTION ............................................................................................................................ 4
2.1 Why Conduct Rapid Ecoregional Assessments? ......................................................................... 4
2.2 The Spatial Nature of REAs ......................................................................................................... 5
    2.2.1 Mapping and Modeling ........................................................................................................ 5
    2.2.2 Using Existing Data and Determining Data Gaps................................................................. 6
    2.2.3 Assessing the Present-Projecting the Future .................................................................... 7
2.3  REA Process and Workflow ......................................................................................................... 8
2.4  REA Elements ............................................................................................................................. 9
    2.4.1 Management Questions ........................................................................................................ 9
    2.4.2 Conservation Elements ...................................................................................................... 11
    2.4.3 Change Agents.................................................................................................................... 14
    2.4.4 Index of Ecological Integrity ............................................................................................. 15
2.5  REA Assumptions and Limitations............................................................................................. 17
2.6  References Cited ........................................................................................................................ 18

III. SUMMARY OF METHODOLOGY................................................................................................ 23
3.1 Data Management ....................................................................................................................... 23
3.2 Models, Methods, and Tools ..................................................................................................... 25
    3.2.1 Conceptual Models............................................................................................................ 25
    3.2.2 Process Models.................................................................................................................. 27
    3.2.3 Logic Models...................................................................................................................... 28
    3.2.4 Habitat Fragmentation Modeling....................................................................................... 32
    3.2.5 Connectivity Modeling ...................................................................................................... 34
    3.2.6 Fire Modeling..................................................................................................................... 35
    3.2.7 Climate Modeling .............................................................................................................. 37
3.3 References Cited.......................................................................................................................... 39

IV. EXISTING CONDITIONS IN THE COLORADO PLATEAU ............................................................. 42
4.1 Colorado Plateau Resources of Concern.................................................................................... 42
    4.1.1 Ecoregion Character .......................................................................................................... 42
    4.1.2 Ecoregional Conceptual Model ......................................................................................... 45

BLM_0034807

4.1.3 Terrestrial Resources of Concern ............................................................................ 47
    4.1.3.1 Soil Stability ................................................................................................. 47
    4.1.3.2 Wind Erodibility and Dust on Snow ............................................................. 49
    4.1.3.3 Biological soil Crust ...................................................................................... 51
    4.1.3.4 Mapping Potential Biological Crust Abundance on the Colorado Plateau ....... 52
    4.1.3.5 Soil Crust Restoration .................................................................................. 54
4.1.4 Aquatic Resources of Concern ................................................................................ 54
4.1.5 References Cited ..................................................................................................... 61

4.2 Distribution and Status of Conservation Elements ........................................................... 67
4.2.1 Evaluating Wildlife Species Distribution and Current Status ..................................... 68

**SAGE GROUSE CASE STUDY INSERT** ................................................................................
    Status .............................................................................................................................
    Development Scenario .....................................................................................................
    Climate Change Scenario .................................................................................................

4.2.2 Vegetation Communities: Distribution and Current Status ....................................... 81
    4.2.2.1 Riparian Vegetation ...................................................................................... 88
4.2.3 Evaluating Designated Sites: Distribution and Current Status .................................. 89
4.2.4 Connectivity ........................................................................................................... 93
4.2.5 References Cited ..................................................................................................... 94
4.3 Change Agent Distribution and Intensity ......................................................................... 96
4.3.1 Invasive Vegetation ................................................................................................. 96
4.3.2 Changes in Fire Regime ........................................................................................... 98
4.3.3 Current Development ............................................................................................. 104
4.3.4 References Cited ................................................................................................... 107

**TAMARISK CASE STUDY INSERT** ....................................................................................
    Background: Flow regulation, depth to groundwater, fire, effect on wildlife habitat .............
    Restoration of Native Riparian Species ...........................................................................
    Climate Change ..............................................................................................................

**V. POTENTIAL FUTURE CONDITIONS OF THE COLORADO PLATEAU** ....................................... 109
5.1 Projected Near-Term Future (2025) Development ........................................................... 109
5.2 Potential Energy Development ........................................................................................ 111
    5.2.1 Impact of Potential Energy Development on Wildlife Species .................................... 116
    5.2.2 Potential Energy Development Impact on Vegetation Communities ........................... 118
5.3 Near-Term Future (2025) Terrestrial Landscape Intactness ............................................. 119
    5.3.1 Near-Term Future Status for Terrestrial Wildlife Species ......................................... 121
    5.3.2 Near-Term Future Status for Aquatic Wildlife Species ............................................. 121
    5.3.3 Near-Term Future Status for Designated Lands ....................................................... 126
    5.3.4 Near-Term Future Status for Vegetation Communities ............................................ 126
5.4 Climate Change ............................................................................................................. 130
    5.4.1 Climate Projections .............................................................................................. 130
        5.4.1.1 MAPSS Modeling Results ............................................................................. 138
        5.4.1.2 Uncertainty ................................................................................................. 146

BLM_0034808

5.4.1.3 Assessing Conservation Elements' Exposure to Climate Change ................................ 149
5.5 References Cited ................................................................................................................ 156

## VI. SUMMARY FINDINGS AND APPLICATIONS ................................................................ 159
6.1 Using REA Results for Regional Planning .......................................................................... 159
    6.1.1 NatureServe Natural Heritage Elements ...................................................................... 160
    6.1.2 Concentrations of Conservation Elements .................................................................. 161
6.2 Regional View of Landscape Intactness: Current and Future Risk to Conservation Elements .......... 163
    6.2.1 Comparing Concentrations of Conservation Elements with Regional Levels of Intactness ...... 163
    6.2.2 Exposure of CE Concentrations to Change Agents ....................................................... 172
        6.2.2.1 Current and Near-Term Future (2025) Development ..................................... 172
        6.2.2.2 Current and Future Risk from the Spread of Invasive Species ...................... 175
        6.2.2.3 Future Risk from Climate Change ................................................................... 175
6.3 Conclusion ......................................................................................................................... 178
6.4 References Cited ................................................................................................................ 178
## Glossary and Acronym List ................................................................................................... 180

## FIGURES ..........................................................................................................................
Figure 1  Colorado Plateau terrestrial landscape intactness ......................................................ix
Figure 2  Histogram representing risk of sage-grouse to long-term potential energy development ........... x
Figure 3  Histogram representing status of Gunnison sage-grouse ............................................. xi
Figure 4 Map showing overall potential for climate change expressed in five classes ............................ xi
Figure 5  BLM-managed lands in various intactness classes and high and low concentrations of CEs ....... xii

Figure 2-1  REA Workflow ....................................................................................................... 9

Figure 3-1  Map of Colorado Plateau ecoregion ..................................................................... 24
Figure 3-2  Conceptual diagram for Intermountain Basins Montane Sagebrush Steppe ......................... 26
Figure 3-3  Process model diagram for soil sensitivity in the Colorado Plateau ecoregion ..................... 28
Figure 3-4  Logic model for terrestrial landscape intactness for the Colorado Plateau ecoregion .......... 29
Figure 3-5  Diagram of two treatments of road density in fuzzy logic modeling .................................. 30
Figure 3-6  Initial FRAGSTATS fragmentation classification ........................................................ 32
Figure 3-7  FRAGSTATS fragmentation inputs into the terrestrial landscape intactness model .............. 33
Figure 3-8  Natural landscape blocks and connectivity sticks ..................................................... 34
Figure 3-9  Fire occurrences between 1980 and 2010 according to cause of ignition ............................ 36
Figure 3-10  Climate change processing workflow .................................................................... 38
Figure 3-11 Logic diagram assembling key climate variables ...................................................... 39

Figure 4-1 Level IV ecoregions of the Colorado Plateau .......................................................... 43
Figure 4-2 Pinyon pine mortality ........................................................................................... 44
Figure 4-3 Basic ecoregion conceptual model for the Colorado Plateau ecoregion ............................ 46
Figure 4-4 Map showing all classes of sensitive soils ................................................................ 48
Figure 4-5 Map depicting sources or hotspots producing fugitive dust ........................................... 50
Figure 4-6 Map of late and early successional biological crust for the Colorado Plateau ecoregion ........ 53
Figure 4-7 Map showing perennial streams in the Colorado Plateau ecoregion ................................. 56
Figure 4-8 Water consumption of states of the lower and upper Colorado River Basin ......................... 56
Figure 4-9 Fuzzy logic model for aquatic intactness ................................................................. 59

BLM_0034809

Figure 4-10 Intermediate results maps for aquatic intactness ................................................................. 60
Figure 4-11 Mountain lion distribution data ........................................................................................... 68
Figure 4-12 Terrestrial landscape intactness results organized by 4 km X 4 km grid cells ...................... 71
Figure 4-13 Aquatic intactness results organized by 5th level HUCs ........................................................ 72
Figure 4-14 Mountain lion status with A) general and B) customized intactness model ......................... 73
Figure 4-15 Greater and Gunnison sage-grouse distribution and status .................................................. 74
Figure 4-16 Pronghorn, mule deer, and desert bighorn sheep distribution and status ........................... 75
Figure 4-17 Gunnison's prairie dog, black-footed ferret, and white-tailed prairie dog status ................. 76
Figure 4-18 Golden eagle, ferruginous hawk, and peregrine falcon distribution and status ................... 77
Figure 4-19 Mexican spotted owl, burrowing owl, and yellow-breasted chat distribution and status ..... 78
Figure 4-20 Razorback sucker, flannelmouth sucker, and Colorado cutthroat trout status ..................... 79
Figure 4-21 NatureServe Landcover and LANDFIRE EVT for matrix vegetation communities ................... 82
Figure 4-22 Comparison between current and historic distribution for Big Sagebrush Shrublands. ......... 83
Figure 4-23 Historic change and recent disturbance of Big Sagebrush Shrublands. ................................. 85
Figure 4-24 Current status for Big Sagebrush for NatureServe landcover and LANDFIRE EVT ................. 87
Figure 4-25 Distribution of NatureServe riparian vegetation and status histogram ................................ 88
Figure 4-26 Map of designated lands in the Colorado Plateau ecoregion ................................................ 89
Figure 4-27 Status of designated lands based on current landscape intactness ....................................... 90
Figure 4-28 Terrestrial landscape intactness profiles for each designated land class .............................. 92
Figure 4-29 Landscape connectivity results based on generic least-cost path analysis ........................... 93
Figure 4-30 Distribution of major invasive vegetation species ............................................................... 97
Figure 4-31 Map of fire regime departure in five classes ..................................................................... 100
Figure 4-32 Areas where fire may be adverse to vegetation communities ............................................ 101
Figure 4-33 Map of fire perimeters annotated by severity ................................................................... 102
Figure 4-34 Potential fire occurrence map from human and natural fire occurrence models ................ 103
Figure 4-35 Current development fuzzy logic model for the Colorado Plateau ...................................... 104
Figure 4-36 Intermediate results of the current development fuzzy logic model ................................... 105
Figure 4-37 Composite map of current development in the Colorado Plateau ecoregion ...................... 106

Figure 5-1 Fuzzy logic model for future near-term (2025) development for the Colorado Plateau ........ 110
Figure 5-2 Fuzzy logic model diagram for potential energy development ............................................. 111
Figure 5-3 Map showing data sources for potential oil and gas development ....................................... 112
Figure 5-4 Map showing data sources for potential wind development ................................................ 113
Figure 5-5 Map of solar resource potential (>5.5 kW/m$^2$) .................................................................. 114
Figure 5-6 Map of potential energy development for all three energy components .............................. 115
Figure 5-7 Potential impact from energy development for the mammal conservation elements .......... 116
Figure 5-8 Potential impact from energy development for the birds of the Colorado Plateau .............. 117
Figure 5-9 Potential impact from energy development for the vegetation communities. ..................... 118
Figure 5-10 Near-term future terrestrial landscape intactness fuzzy logic model. ................................ 119
Figure 5-11 Current and near-term future (2025) predicted distribution of invasive species ................ 120
Figure 5-12 Histogram comparing current and near-term future terrestrial landscape intactness......... 120
Figure 5-13 Comparison between current and near-term future status for mammals .......................... 122
Figure 5-14 Current and near-term future status for mountain lion and two sage-grouse species ........ 123
Figure 5-15 Current and near-term future (2025) status for birds .......................................................... 124
Figure 5-16 Current and near-term future status for fishes based on aquatic intactness model ........... 125
Figure 5-17 Current and near-term future (2025) for status of designated lands ................................... 126
Figure 5-18 Current and near-term status for bedrock canyons, juniper shrubland and woodland ....... 127
Figure 5-19 Current and near-term future status for two sagebrush species and riparian vegetation ... 128

BLM_0034810

Figure 5-20 Current and near-term future status for three remaining shrub communities ................... 129
Figure 5-21 Changes in raw average annual temperature over two future time periods...................... 131
Figure 5-22 Changes in raw average summer temperature over two future time periods .................... 132
Figure 5-23 Changes in raw average winter temperature over two future time periods ....................... 133
Figure 5-24 Graph of average precipitation for each month for each evaluated time period................ 134
Figure 5-25 Changes in average annual precipitation over two future time periods............................. 135
Figure 5-26 Changes in average annual summer precipitation over two future time periods ............... 136
Figure 5-27 Change in average annual winter precipitation over two future time periods................... 137
Figure 5-28 Change in Leaf Area Index (LAI) based on MAPSS modeling for the Colorado Plateau ........ 139
Figure 5-29 Change in Potential Evapotranspiration (PET) based on MAPSS modeling ........................ 140
Figure 5-30 Change in runoff based on MAPSS modeling for the Colorado Plateau............................. 141
Figure 5-31 Change in vegetation based on MAPSS modeling for the Colorado Plateau ...................... 143
Figure 5-32 Map showing pixels that changed to different vegetation types.......................................... 144
Figure 5-33 Digital elevation model (DEM) for the Colorado Plateau ecoregion................................... 147
Figure 5-34 Maps for uncertainty for precipitation and temperature based on historic data............... 148
Figure 5-35 Fuzzy logic model for integrating climate change impacts.................................................. 149
Figure 5-36 Map outputs for each step in the climate change fuzzy logic model................................... 150
Figure 5-37 Potential exposure to climate change for mammals of the Colorado Plateau ................... 152
Figure 5-38 Potential exposure to climate change for birds of the Colorado Plateau ........................... 153
Figure 5-39 Potential exposure to climate change for fishes of the Colorado Plateau .......................... 154
Figure 5-40 Potential exposure to climate change for vegetation communities ................................... 155
Figure 5-41 Potential exposure to climate change for designated lands of the Colorado Plateau ......... 156

Figure 6-1 Number of G1–G3 species and current terrestrial landscape intactness................................ 160
Figure 6-2 Number of conservation elements and current terrestrial landscape intactness results....... 161
Figure 6-3 Number of conservation elements organized by 5th level HUC and by 4 km grid ................. 162
Figure 6-4 Map of concentration of conservation elements with added concentrations of species....... 164
Figure 6-5 Map of terrestrial intactness compared to concentrations of conservation elements .......... 165
Figure 6-6 Map of Gunnison sage-grouse distribution relative to protected areas ............................... 166
Figure 6-7 Map for Table 6-1 showing 6 classes of intactness by number of conservation elements..... 167
Figure 6-8 Different options for organizing data in matrix tables ........................................................... 168
Figure 6-9 Map for Table 6-2 showing 6 classes of intactness by number of conservation elements..... 169
Figure 6-10 Maps of intactness and concentrations of conservation elements for BLM lands only ....... 170
Figure 6-11 Map for Table 6-3 showing 6 classes of intactness by number of conservation elements... 171
Figure 6-12 Maps comparing patterns of current and future development and CE concentrations....... 173
Figure 6-13 Current and near-term future spread of invasive species and CE concentrations................ 176
Figure 6-14 Relative climate change potential compared to concentrations of CEs................................ 177

## TABLES

Table 1-1 Differences between traditional management practices and landscape approach...................... 2

Table 2-1 Final AMT-Approved Colorado Plateau REA Management Questions ........................................ 10
Table 2-2 Ecological Systems represented in the REA ............................................................................. 12
Table 2-3 Wildlife Species Conservation Elements ................................................................................. 13
Table 2-4 Sites of Conservation Concern ............................................................................................... 14
Table 2-5 Ecosystem Functions and Services.......................................................................................... 14
Table 2-6 Change Agents ...................................................................................................................... 15

BLM_0034811

Table 3-1 List of data inputs for the terrestrial landscape intactness model ............................................. 31
Table 3-2 Intactness value ranges and legend descriptions ....................................................................... 32

Table 4-1 Soil vulnerability to site degradation for seven soil properties .................................................. 49
Table 4-2 Average seasonal maxima and minima for gaging stations on the Colorado River ................... 57
Table 4-3 List of wildlife species conservation elements ........................................................................... 67
Table 4-4 List of ecological systems and sites conservation elements examined ...................................... 67
Table 4-5 Total current distribution area for terrestrial species conservation elements .......................... 69
Table 4-6 Total current distribution stream length for fish species conservation elements ..................... 69
Table 4-7 Comparison of area between NatureServe and LANDFIRE landcover datasets ......................... 81
Table 4-8 Summary of area (in 1000s of acres) of historic change for each vegetation community ......... 86
Table 4-9 Summary of area (in 1000s of acres) of recent disturbances for each vegetation community. 86
Table 4-10 Total area (in 1000s of acres) in each status category for all designated lands ...................... 91
Table 4-11 Fire Regime Group characteristics ............................................................................................ 99

Table 5-1 Modeled change in land area (in 1000s of acres) from increased development 2011–2025 .. 110
Table 5-2 Change in major vegetation type (in 1000s of acres) according to MAPSS modeling ............. 142

Table 6-1 Area in acres for all lands by number of conservation elements and intactness classes ........ 167
Table 6-2 Area in acres for all lands minus designated sites and urban lands ......................................... 169
Table 6-3 Area in acres for all BLM lands minus designated sites and urban lands ................................. 171
Table 6-4 Area in acres of land affected by near-term (2025) energy development ............................... 174
Table 6-5 Area in acres of land affected by maximum potential energy development ............................ 174

## APPENDICES .....................................................................................................................................
Appendix A. Colorado Plateau Management Questions ................................................................................ 1
Appendix B. Ecological Systems Conservation Elements: Conceptual and Process Models and Results ... 70
Appendix C. Wildlife Species Conservation Elements ............................................................................... 130
Appendix D. Logic Models, Data Sources, Uncertainty Ranking, Results ................................................. 229



Photo: Rough mule's ear (*Wyethia scabra*).  Arches National Park, N. Herbert

BLM_0034812

Soils in minimally-disturbed arid and semi-arid systems maintain stability and resist erosion through a complex interaction of plants (shrubs and a sparse cover of grasses and forbs), biological soil crusts, and a network of filamentous, subsurface root symbionts or arbuscular mycorrhizal (AM) fungi. Chaudhary et al. (2009) used structural equation modeling to estimate the contribution of each of these elements to soil stability. Their model explained 35% of the variation in soil stability; biological soil crusts made the largest contribution, followed by plants and AM fungi. They found no difference in stability between shrub-protected soils and soil in the inter-shrub spaces because of the protection offered by soil micro-communities above and below ground. Chaudhary et al. (2009) concluded that aridland managers should expend a greater proportion of their funding and effort on preserving and restoring biological soil crust (and associated AM fungi) than on plant cover.

Soils that have characteristics that make them extremely susceptible to impacts and difficult to restore or reclaim are considered sensitive soils. Ranges in soil properties may be partitioned into classes of vulnerability to site degradation (Table 4-1, Bill Ypsilantis, BLM via Lisa Bryant, Utah BLM). Known values and predicted thresholds for local soil properties can be used to manage within acceptable ranges and protect vulnerable sites from accelerated erosion, compaction, or invasion by alien annual grasses or noxious weeds. Managers have the option to avoid locating disturbances in areas with high-risk sensitive soils and to incorporate best management practices to mitigate negative impacts. Management strategies will vary by the cause of sensitivity. REA component maps produced using STATSGO and higher resolution SSURGO data, where available, depict wind and water erodibility, individual classes of sensitive soils as listed in Table 4-1 (plus hydric and gypsiferous soils), and a composite map of potentially sensitive soils (Figure 4-4).



Figure 4-4. Map showing all classes of sensitive soils, including droughty, shallow, hydric, gypsiferous, salty, and high calcium carbonate (calcareous). Large polygon in Arizona reflects availability of only coarser resolution STATSGO soil data.  See Appendix A for modeling details.

BLM_0034813

Table 4-1. Soil vulnerability to site degradation depicts ranges of soil properties with low, moderate, and high risk of degradation. Other properties mapped but not listed include hydric and gypsiferous soils.

| PROPERTIES | LOW | MODERATE | HIGH | RESTRICTIVE FEATURE |
|---|---|---|---|---|
| SLOPE (Pct) | | | | |
| Kw < 0.20[1,2] | <20 | 20–40 | >40 | Steep Slopes |
| Kw 0.20 − 0.36[1,2] | <15 | 15–35 | >35 | Water Erosion |
| Kw >0.36[1,2] | <10 | 10–25 | >25 | |
| WIND ERODIBILITY GROUP (Surface Layer) | 5, 6, 7, 8 | 3,4, 4L | 1, 2 | Wind Erosion Hazard |
| AVAILABLE WATER CAPACITY[2] (Ave. to 40 in. or limiting layer; in/in) | >0.10 | 0.05–0.10 | <0.05 | Droughty Soils |
| SALINITY[2] Surface Layer (µmhos/cm) | <8 | 8–15.9 | ≥16 | Excess Salt |
| SODIUM ADSORPTION RATIO[2] Surface Layer | <8 | 8–12.9 | ≥13 | Excess Sodium |
| DEPTH TO BEDROCK/ CEMENTED PAN[2] (Inches) | >20 | 10–20 | <10 | Rooting Depth |
| ALKALINITY pH (mol/L) | Slightly alkaline 7.4–7.8 | 7.9–9 | >9 | High Alkalinity |

1 K Factor of surface layer adjusted for effect of rock fragments (Kw).
2. The representative value for the range in soil properties

## 4.1.3.2 Wind Erodibility and Dust on Snow

Wind erosion removes nutrients and growing medium from shallow desert soils and semi-arid agricultural areas. Airborne soil particles affect air quality and visibility, nutrient balance, and spring snowmelt in mountainous areas downwind, and blowing dust creates a health and safety hazard for the region's residents (Neff et al. 2008, Munson et al. 2011). Evidence suggests that accelerated wind erosion has occurred since Euro-American settlement and may increase in the future with increasing drought predicted under future climate change.  Neff et al. (2008) found that the dust load in several alpine lakes in the San Juan Mountains east of the Colorado Plateau increased 6X following settlement of the ecoregion in the 19th century and it persists at 5X natural levels to the present day. The dust loading peaked in the early 20th century when unrestricted grazing was practiced across the ecoregion and stabilized following passage of the Taylor Grazing Act of 1934. Grazing pressure has declined somewhat, but grazing continues along with energy development, road building, agricultural activities, and off-road motorized recreation that all add to soil disturbance and dust generation.

Dust production varies by soil type, amount of disturbance, plant cover, drought cycles, and extreme wind events. Clearly, vegetative cover is a deterrent to wind erosion in a region with shallow, undeveloped soil and recurrent drought. Well-developed biological soil crust prevents soil movement in high winds (Belnap and Gillette 1998), and shrubs with soil crust covering inter-shrub spaces provide the best protection against wind erosion. Munson et al. (2011) modeled wind erosion under various vegetation scenarios and found that taller shrubs such as sagebrush (*Artemisia tridentata*) and blackbrush (*Coleogyne ramosissima*) had low modeled sediment movement even without a protective cover of soil crust between the plants. Areas with lower stature shrubs, such as saltbush (*Atriplex* spp.) growing under more hostile conditions, resisted erosion if soil crust was present. Munson et al. (2011) detected a threshold of 10% perennial shrub canopy cover—when shrub cover fell below 10%, wind erosion increased substantially. Levels of wind erosion also varied among grassland types with grass-bare areas (perennial grasses and bare ground) consistently emitting dust and

BLM_0034814

**THE IMPACT OF WILDLAND AND PRESCRIBED FIRE ON ARCHAEOLOGICAL RESOURCES**

by

Brent A. Buenger

Submitted to the Department of Anthropology and the Faculty of the Graduate School of the University of Kansas in partial fulfillment of the requirements for the degree of Doctor of Philosophy

_____

_____

_____

_____

_____

Date Submitted _____

BLM_0034815

Copyright 2003
Brent A. Buenger

ii

BLM_0034816

**ABSTRACT**
**Brent A. Buenger**
**Department of Anthropology, December 2003**
**University of Kansas**

Natural fire is a ubiquitous phenomenon that has affected the archaeological record at many different levels throughout prehistoric and contemporary times. Knowledge of this important site formation process is essential to understanding the differential forces that have, and continue to, shape the archaeological record. This work examines the potential for prescribed and wildland fire to adversely affect the interpretive integrity and preservation of archaeological materials.

The issue is addressed through field-based experimentation, laboratory experimentation, and field-based sampling of burned archaeological sites. Field-based experimentation performed in conjunction with prescribed burn programs was conducted in a variety of fuel types including mixed grass prairie, mixed grass prairie/ponderosa pine, mixed conifer, riparian, sagebrush, and piñon-juniper. The results of these investigations show that the important variables to consider when assessing the potential impact of prescribed fire on archaeological resources are: 1) fuel load; 2) fire behavior; 3) peak temperature and duration of heating; 4) proximity of artifacts to fuels; and 5) class of artifact.

Laboratory experimentation consisted of both trials in which selected archaeological material types were heated in a muffle furnace, and burned during wildland fire simulations conducted within a large combustion chamber/wind tunnel. The results of the furnace heating trials show that bone, shell, and certain varieties of chert are most prone to significant thermal alteration. The results of the laboratory wildland fire simulations illustrate the importance of fuel load, wind velocity, and flame angle as they relate to the significant

iii

BLM_0034817

thermal alteration of various archaeological material types.  Bone, shell, chert nodules, quartzite flakes, and bottle glass were shown to be most susceptible to thermal fracturing.

The field-based sampling project was conducted at Mesa Verde National Park where 72 Pueblo I-III habitation sites burned during wildland fire were sampled for observable fire effects.  Vegetation type and fire severity were the most important variables affecting the thermal alteration of archaeological resources at the selected sites.  The most pervasive form of thermal alteration observed was thermal spalling and fracturing of sandstone architectural elements.  This was shown to have potential long-term negative implications for the preservation of sandstone architectural features at Mesa Verde.

iv

BLM_0034818

## ACKNOWLEDGEMENTS

First and Foremost, I would like to acknowledge the Canon National Parks Science Scholars Program, and its cooperating members, Canon U.S.A. Inc., the National Park Service, the National Park Foundation, and the American Association for the Advancement of Science. This dissertation project was funded through a three-year scholarship provided by the program. This is truly an unprecedented level of support for a doctoral student in archaeology. I am deeply grateful for the opportunity that the Canon National Parks Science Scholars Program as provided in conducting my dissertation project. I wish to extend a special thank you to Gary Machlis and Sandy Watson for their diligent commitment to the program.

I also want to extend my appreciation to the National Park Service, Pike National Forest, and Bureau of Land Management (Meeker, CO) personnel who have assisted me in conducting my research throughout the project. From Badlands National Park, I would like to thank Sandee Dingman, Mike Carlbom, and fire crews for their assistance while conducting prescribed fire experiments at the park. At Grand Teton National Park, I would like to thank Jacquelin St Clair, Lisa Elenz, Diane Abendroth, and fire crews for their assistance in facilitating my prescribed fire research at the park. From Wind Cave National park, I wish to extend my thanks Bill Gabbert, Denny Ziemann, Dan Morford, Andy Thorstenson, and fire crews for their assistance in conducting prescribed fire experiments at the park. At Mesa Verde National Park, I would like to thank Larry Nordby, members of the BAER crew, and park rangers for their assistance with my fire-effects survey within the park. I would also like to express my appreciation to Jeff Adams for his assistance with the Mesa Verde project. At the USDA Intermountain Fire Sciences Laboratory (Missoula, MT), I would like to thank Kevin Ryan, Jim Reardon, and laboratory staff members for their

v

BLM_0034819

cooperative effort in conducting the wildland fire simulations at the lab. From the Pike National Forest and USDA Forest Service, I wish to extend my gratitude to Steve Segin, Dave Towle, Larry Klock, Jim Thinnes, Denny Bohon, Stever Petersburg, and fire crews for their assistance with the prescribed fire and wildland fire experiments conducted within the forest. At the Meeker, CO BLM office, I want to thank Michael Selle for his interest in my research, and Garner Harris and fire crews for their assistance in performing my prescribed burn experiment.

I also wish to express thanks to my dissertation committee, Jack Hofman, Darcy Morey, Larry Todd, Larry Martin, and Kelly Kindscher for their guidance and support throughout the project. I would like to thank Jim Feathers for his assistance with thermoluminescence dating component of this project. I am grateful to Bob Patten for providing much of the lithic material used during my various experiments. I would also like to express my thanks to Bill Butler, Cal Jennings, Charles Reher, Rick Weatherman, Robert Brunswig, and Allyn Buenger for providing additional materials that were used during the experiments.

Finally, I want to thank my wife Jen for her tireless support of me throughout the past three years, particularly during the first year. Serious illness, multiple surgeries, and ten months of chemotherapy are not conducive to productive work nor emotional stability, thank you for helping me through the difficult times.

Any omissions, mistakes, and misinformation contained within this dissertation are the sole responsibility the author.

BLM_0034820

# TABLE OF CONTENTS

ABSTRACT …………………………………………………………………… iii.

LIST OF TABLES ……………………………………………………………… ix.

LIST OF FIGURES …………………………………………………………… ix.

ACKNOWLEDGEMENTS …………………………………………………... v.

CHAPTER 1: INTRODUCTION TO RESEARCH QUESTION ………………… 1.
    Introduction ……………………………………………………………… 1.
        Project Purpose and Research Questions ………………………………... 3.
        Previous Research ……………………………………………………… 5.
        Thermal Alteration of Chert …………………………………………… 11.
        Thermal Alteration of Obsidian ……………………………………… 15.
        Thermal Alteration of Bone …………………………………………… 17.
        Thermal Alteration of Ceramics ……………………………………… 22.
        Thermal Alteration of Metals and Glass ……………………………… 25.
        Fuels, Combustion, and Heat Transfer ……………………………… 27.

CHAPTER 2: THE IMPACT OF PRESCRIBED BURNING ON
    ARCHAEOLOGICAL RESOURCES ……………………………………… 30.
        Introduction …………………………………………………………… 30.
        Prescribed Fire Experiments ………………………………………… 41.
            Research Design ……………………………………………………… 42.
            Mixed Grass Prairie Experiments …………………………………… 45.
            Mixed Grass Prairie Experiments Ponderosa Pine Experiments ……… 59.
            Mixed Conifer Forest Experiments …………………………………… 65.
            Riparian Zone and Sagebrush Community Experiments ……………… 77.
            Piñon-Juniper Experiment …………………………………………… 88.
        Summary and Conclusions …………………………………………… 91.

CHAPTER 3: LABORATORY FURNACE HEATING OF SELECTED
    MATERIAL TYPES ……………………………………………………… 110.
        Introduction …………………………………………………………… 110.
        Research Design ……………………………………………………… 117.
            100°C Trial …………………………………………………………… 121.
            200°C Trial …………………………………………………………… 121.
            300°C Trial …………………………………………………………… 123.
            400°C Trial …………………………………………………………… 125.
            500°C Trial …………………………………………………………… 128.
            600°C Trial …………………………………………………………… 130.
            700°C Trial …………………………………………………………… 132.
            800°C Trial …………………………………………………………… 134.
            900°C Trial …………………………………………………………… 136.
            1000°C Trial ………………………………………………………… 139.
        Summary and Conclusion …………………………………………… 141.

BLM_0034821

CHAPTER 4: LABORATORY WILDLAND FIRE SIMULATION AND THE
EFFECTS OF HEATING ON MATERIALS ............................................ 159.
   Introduction ...................................................................... 159.
   Research Design ................................................................. 161.
      Heavy Fuel Load / High Wind Velocity Condition ............................ 166.
      Moderate Fuel Load / High Wind Velocity Condition ......................... 171.
      Moderate-Light Fuel Load / High Wind Velocity Condition .................. 176.
      Light Fuel Load / High Wind Velocity Condition ............................. 181.
      Heavy Fuel Load / Low Wind Velocity Condition ............................ 183.
      Heavy Fuel Load / Low Wind Velocity Condition (fuel on artifacts) ......... 188.
      Moderate Fuel Load / Low Wind Velocity Condition .......................... 192.
      Moderate-Light Fuel Load / Low Wind Velocity Condition .................. 197.
      Moderate-Light Fuel Load / Low Wind Velocity Condition (fuel on artifacts) 201.
      Light Fuel Load (1.00 ton/acre)/Low Wind Velocity .......................... 205.
   Thermal Fracture Incidence among Experimental Artifacts ....................... 207.
      Hartville Uplift Chert ...................................................... 207.
      Pecos Chert Biface ........................................................ 210.
      Black Hills Quartzite Flake ................................................ 211.
      Obsidian Biface/Blade ..................................................... 213.
      Bottle Glass .............................................................. 215.
      Bone, Antler, Shell ....................................................... 216.
      Cliff House Formation Sandstone Block Sections ........................... 217.
      Secondary Cliff House Formation Sandstone Thermal Alteration Experiment 218.
      Secondary Thermoluminescence Dating Experiment ........................ 222.
   Summary and Conclusions .................................................... 229.

CHAPTER 5: THE IMPACT OF WILDLAND FIRE ON ARCHAEOLOGICAL
RESOURCES AT MESA VERDE NATIONAL PARK: A SAMPLING
STRATEGY ...................................................................... 245.
   Introduction ...................................................................... 245.
   Research Design ................................................................. 247.
   Selected Mesa Verde Sites ...................................................... 251.
      Whites Canyon Sites (2000 Bircher Fire) ................................... 253.
      Morefield Canyon Sites (2000 Bircher Fire) ................................ 255.
      Prater Canyon Sites (2000 Bircher Fire) ................................... 261.
      Moccasin Mesa Sites (2000 Bircher Fire) .................................. 263.
      Waters Canyon Site (2000 Bircher Fire) ................................... 265.
      Whites Mesa Site (2000 Bircher Fire) ..................................... 266.
      Wetherill Mesa Sites (2000 Pony Fire) .................................... 268.
      Chapin Mesa and Park Mesa Sites (2002 Long Mesa Fire) .................. 270.
      Battleship Rock Sites (1996 Chapin 5 Fire) ................................ 273.
      Long Canyon Sites (1989 Long Mesa Fire) ................................ 277.
      Long Mesa Sites (1934 Wickiup Point Fire) ............................... 281.
   Summary and Discussion ....................................................... 283.

CHAPTER 6: SUMMARY AND CONCLUSIONS ....................................... 307.

DATA CD (Appendix 1-4) ......................   Accompanies dissertation inside back cover.

BLM_0034822

# LIST OF TABLES

2.1 Prescribed fire experiment summary data ……………………………………… 92.
3.1 Muffle furnace artifact heating experiment: Thermal alteration summary …… 156.
4.2 Summary of sample heating from wildland fire simulations ……………………… 224.
4.3 Radioactivity components of sample sherds …………………………………… 225.
4.4 Plateau data for samples ……………………………………………………… 226.
4.5 De sample derived for each TL method ………………………………………… 227.
4.6 Rough age estimates for each sherd …………………………………………… 228.
4.7 Wildland fire simulation summary data ………………………………………… 237.
5.1 Definitions of thermal alteration codes used in the study ……………………… 249.
5.2 Thermal alteration frequency of sampled architectural blocks: Combined sample .. 284.
5.3 Thermal alteration frequency of sampled artifacts: Combined sample …………. 287.
5.4 Thermal alteration of sampled architectural blocks by fire date ………………… 289.
5.5 Thermal alteration frequency of sampled artifacts by fire date ………………… 291.
5.6 Thermal alteration frequency of sampled architectural blocks (2002 and 2000 Fires) by
topographic location and fuel type …………………………………………… 295.
5.7 Thermal alteration frequency of sampled artifacts (2002 and 2000 Fire Areas) by
topographic location and fuel type …………………………………………… 297.
5.8 Thermal alteration frequency of sampled lithic artifacts (All Sited Combined) …. 299.
5.9 Thermal alteration frequency of sampled ceramic artifacts (All Sited Combined) . 301.
6.1 General summary of prescribed burning impact potential ……………………… 312.
6.2 Muffle furnace experiment thermal alteration summary ………………………… 313.
6.3 Summary of significant thermal alteration (IFSL Lab Experiment) ……………… 316.

# LIST OF FIGURES

2.1 Time Temperature Data: Plot #1 Grassland Fuels BLNP 01 ……………………… 99.
2.2 Time Temperature Data: Plot #2 Grassland Fuels BLNP 01 ……………………… 99.
2.3 Time Temperature Data: Plot #3 Grassland Fuels BLNP 01 ……………………… 100.
2.4 Time Temperature Data: Plot #1 Grassland Fuels BLNP 01 ……………………… 100.
2.5 Time Temperature Data: Plot #1 Roadside Burn BLNP 02 ……………………… 101.
2.6 Time Temperature Data: Plot #2-3 Roadside Burn BLNP 02 …………………… 101.
2.7 Time Temperature Data: Plot #2-3 Pinnacles Burn BLNP 02 …………………… 102.
2.8 Time Temperature Data: Typical Upper and Lower Surface Temperature Profiles 102.
2.9 Time Temperature Data: Fuel Only Plot WCNP01 …………………………… 103.
2.10 Time Temperature Data: Plot#1 WCNP02 ……………………………………… 103.
2.11 Time Temperature Data: Plot#1 PikeNF01 …………………………………… 104.
2.12 Time Temperature Data: Log Burning Experiment PikeNF01 ………………… 104.
2.13 Time Temperature Data: Schoonover Fire PikeNF02 ………………………… 105.
2.14 Time Temperature Data: Upper and Lower Artifact Surfaces Schoonover Fire
Pike NF02 ……………………………………………………………………… 105.
2.15 Time Temperature Data: Plot#1 GTNP01 Riparian Fuels ……………………… 106.
2.16 Time Temperature Data: Artifact Surfaces 1 GTNP01 Riparian Fuels ………… 106.
2.17 Time Temperature Data: Artifact Surfaces 2 GTNP01 Riparian Fuels ………… 107.
2.18 Time Temperature Data: Plot#2 GTNP01 Riparian Fuels (large willow) ……… 107.
2.19 Time Temperature Data: Plot#1 GTNP02 Sagebrush Fuels (small-medium) ….. 108.
2.20 Time Temperature Data: Plot#2 GTNP02 Sagebrush Fuels (large) …………… 108.

ix

BLM_0034823

2.21  Time Temperature Data: Plot#1 COBLM Piñon-Juniper Fuels ..................... 109.
4.1  Flaming Combustion within chamber during experimental trial ..................... 238.
4.2  Interior of Combustion Chamber showing burn table ................................. 238.
4.3  Sediment bed with artifacts, thermocouples, and radiometers ...................... 239.
4.4  Experimental artifacts pre-burn ....................................................... 239.
4.5  Experimental artifacts post-burn (note thermally fractured biface, quartzite flake, glass, and delaminated shell) ..................................................................... 240.
4.5 through 4.57  Time Temperature and Heat Flux Data: Trial #1-26 ......... DATA CD*
4.58  Time Temperature Data: Chert Core Thermal Fractures ........................... 240.
4.59  Time Temperature Data: Chert Biface Thermal Fractures ......................... 241.
4.60  Time Temperature Data: Thermal Fracture of Quartzite Flakes ................... 241.
4.61  Time Temperature Data: Radial Fracture Line Enhancement of Obsidian ........ 242.
4.62  Time Temperature Data: Thermal Fracture of Glass Specimens ................. 242.
4.63  Mass Reduction: Thermally Altered Organic Specimens ......................... 243.
4.64  Time Temperature Data: Mineral Oxidation of Sandstone ........................ 243.
4.63  Mesa Verde sandstone thermally altered by wildland fire ......................... 244.
4.64  Experimental thermal alteration of Mesa Verde Sandstone (L-R, Light, Moderate, High) ..................................................................................... 244.
5.1  Oxidation and thermal spalling of Cliff House Formation sandstone .............. 304.
5.2  Weathered fracturing of Cliff House Formation Sandstone (6yrs post-fire) ....... 304.
5.3  Sherd oxidation/oxidative staining and combustive residue deposition ............ 305.
5.4  Thermal spalling of black-on-white sherd ........................................... 305.
5.5  Lithic thermal fracture ................................................................ 306.
5.6  Thermal fracture and potlid fracture of chert ....................................... 306.
6.1  Fundamentals of artifact thermal alteration ........................................ 308.

*The Data CD is located inside of the back cover of the dissertation.

BLM_0034824

# CHAPTER 1

# INTRODUCTION TO RESEARCH QUESTION

## Introduction

The use of fire in human prehistory has undoubtedly had a profound influence on the evolutionary success of humans.  Based on archaeological evidence, the earliest use of fire by hominids has been suggested to extent over one million years into prehistory, perhaps longer (Brain and Sillen 1988; see also Barbetti 1986; James 1989).  Throughout prehistory, fire has served a variety of uses including, heating, cooking, heat treatment of chert, metallurgy, cremation, hunting, defense from predators, warfare, and land management.  However, the signature of fire in the archaeological record may in some instances be confounded due to the occurrence of natural fires.  Conner and Cannon (1991) have shown that burned logs from forest fire contexts can generate soil profiles that roughly approximate basin shaped hearths commonly recorded by archaeologists.  Bellomo (1991; 1993; see also Bellomo and Harris 1990) has demonstrated that archaeologically derived hearths may be differentiated from more anomalous feature-like manifestations produced by natural fire via the documentation of basin-shaped configurations of oxidized sediment, and the use of magnetic and archaeomagnetic analyses.

Unfortunately, extensive laboratory analysis of sediments associated with hearth features is generally not within the research parameters of most archaeological investigations. Nonetheless, it is of primary importance that archaeologists are able to differentiate between transformations in the archaeological record generated by natural fire and those produced by human activity.  The accurate analysis of the fire-related archaeological phenomena is not limited to the interpretation of hearth features alone.  For example, does the occurrence of

1

BLM_0034825

burned bone from an archaeological context necessarily suggest evidence of cooking; is burned human bone an indication of cremation, warfare, or cannibalism; does thermally altered chert suggest intentional heat treatment; do burned architectural features necessarily suggest intentional abandonment or warfare?  Perhaps not, this is the impetus underlying the effort to understand the transformations affected on the archaeological record by natural fire.

Natural fire has far-reaching implications for the analysis and preservation of cultural materials deposited in the archaeological record.  As such, investigating the impact of natural fire on archaeological materials has important implications for the interpretation of the archaeological record in general as well as the more specific preservation issues important to cultural resource management.  The impact of wildland fire on the archaeological record is an important but often-overlooked site formation process.  Schiffer (1987) makes little reference to the role of fire as a natural or cultural site formation process.  Schiffer briefly addresses fire-related issues such as refuse burning, fire and site abandonment, charring as a wood preservative, and burned structures as a source of variability in the overall deterioration process of structures.  Interestingly, wildland fire is entirely absent from his discussion of regional environmental site formation processes.  Research conducted by Conner et al. (1989) and Conner and Cannon (1991) represent one of the few instances in which archaeologists have explicitly addressed the potential implications of natural fire as a site formation process.

Wildland fire is a ubiquitous phenomenon affecting landscapes on a global scale. Prior to 20th Century fire suppression activities in the Western United States, major wildland fires are estimated to have occurred every 5-10 years in grasslands (Collins 1990); 5-20 years in Sierra Nevadan forests (Skinner and Chang 1996); 10-30 years in ponderosa pine communities (Brown and Sieg 1996; Veblen et al. 2000); 20-150 years in the Northern Rocky Mountains (Arno 1980); 25-100 years in the Pacific Northwest (Agee 1990); 100 years in

2

southwestern oak shrubland (Floyd et al. 2000); 300-400 years in southwestern piñon-juniper communities (Floyd et al. 2000); and 300-400 years in subalpine forests of the Yellowstone Plateau (Romme 1982).   In addition to the common occurrence of wildland fire in North America, the use of landscape fire for a variety of cultural and ecological purposes has been documented among various Native American populations (Barrett and Arno 1982; Blackburn and Anderson 1993; Bonnicksen 2000; Boyd 1999; Brown 2000; Lewis 1973; Morris 1992; Pyne 1997; Turner 1991).  Clearly, fire is an important site formation process affecting archaeological resources in the Western United States.  Depending on the fire history of a particular area, historic and prehistoric archaeological sites may have been subjected to wildland fire multiple times over the course of their depositional histories.  Moreover, given the recent occurrence of several large-scale catastrophic wildland fires within the Western United States and the prospect of augmented prescribed burning plans aimed at reducing hazardous fuel accumulations that generate these fires; the study of the impact of prescribed and wildland fire on archaeological resources has become particularly germane.  The focus of the present dissertation project is to investigate the potential impact of wildland and prescribed fire on archaeological resources through laboratory experimentation, field-based experimentation, and post-fire sampling of archaeological sites that have been exposed to wildland fire conditions.

## Project Purpose and Research Questions

The general purpose of the present dissertation project is to investigate the impact of wildland and prescribed fire on archaeological resources.  This project was funded by the Canon National Parks Science Scholars Program, a cooperative program between the Canon Corporation, National Park Service, and the American Association for the Advancement of Science.  This program has an expressed interest in supporting research relevant to the

3

BLM_0034827

interests of the National Park Service. The potential effects of prescribed burn programs and wildland fires on cultural resources within the parks-system have been an enduring concern for several years. As a result, a research design explicitly focused on addressing this topic was developed and implemented over the course of the project. The goals of the project are to identify the conditions under which selected artifact classes are significantly affected under prescribed and wildland fire conditions, and to assess the more long-term site formation process concerns related to burning of archaeological sites during wildland fires.

To address these issues, the overall project into three major research components:

*1) Field-based Prescribed Burn Experiments*

Field experiments were performed in conjunction with prescribed burn programs at several National Parks as well as Forest Service and Bureau of Land Management land. The experiments encompassed a variety of fuel types common to the Western United States. The purpose of the prescribed burn experiments was to establish soil surface heating time and temperatures profiles associated with a particular fuel type, and to document the range of observable thermal alteration affecting experimental artifacts that burned during the experiment. Details regarding this portion of the project are provided in Chapter 2.

*2) Laboratory Muffle Furnace Heating Trials and Laboratory Wildland Fire Simulation*

The laboratory muffle furnace heating trials were conducted in order to document the temperature ranges at which specific forms of thermal alteration affect common archaeological material types. During the experiment, artifacts representing a wide range of common material types, were heating during trials ranging from 100-1000°C. The experimental design and results of this experiment are presented in Chapter 3.

4

BLM_0034828

The wildland fire simulations were conducted at the USDA Intermountain Fire Sciences Laboratory, Missoula, MT.  Under this phase of the project wildland fires of variable intensity were simulated in a combustion chamber housed within a wind tunnel at the laboratory.  Here experimental artifacts were burned during the simulations and time/temperature and heat flux data were recorded on artifacts surfaces in order to correlate specific forms of thermal alteration with empirical heat energy data.  In addition, two secondary experiments were also conducted.  One focused on assessing the potential for natural fire to affect thermoluminescence signals in pottery, and the other focused on replicating the range of thermal alteration of Cliff House Formation Sandstone (Mesa Verde National Park) observed during in the field at Ancestral Pueblo sites burned during wildland fire.  The details of this phase of the project are provided in Chapter 4.

### 3) Fire Effects Sampling of Burned sites at Mesa Verde National Park

During this phase of the project, a sampling strategy was developed to assess the immediate and long-term effect of wildland fire on Ancestral Pueblo sites at Mesa Verde National Park.  Overall, 72 Pueblo I-III habitation sites that were burned during various major wildland fires (1934-2002) within the park were included in the sample.  Specific information regarding this phase of the dissertation project is provided in Chapter 5.

## Previous Research

The majority of published literature surrounding the effects of fire on archaeological resources originates from research that has been conducted in the form of post-facto observations of the aftermath of wildland fires (Conner et al. 1989; Conner and Cannon 1991; Eininger 1990; Johnson et al. 1991; Jones and Euler 1986; Lentz et al. 1996; Noxon and Marcus 1983; Racine and Racine 1979; Romme et al. 1993; Switzer 1974; Traylor et al. 1990; Wettstaed 1992).  In general, these studies consist of immediate post-fire inventories of

5

affected archaeological sites that range in scope from general observation to comprehensive documentation of fire effects. Unfortunately, the majority of existing research has been limited to general post-fire observations that lack any systematic methodology to specifically document fire effects at the site or artifact level. Lentz et al. (1996) and Traylor et al. (1990) provide the most in-depth research on the subject of wildland fire and its impact on archaeological resources, and Conner et al. (1989) and Conner and Canon (1991) effectively place wildland fire within the conceptual framework of a regional site formation process. These studies are briefly summarized below.

The Traylor et al. (1990) investigation of the 1977 La Mesa Fire at Bandelier National Monument is an important contribution to the study of fire effects on archaeological resources due to the extensiveness of work conducted, which included post-fire inventory, excavation and sampling of four burned sites, as well as dendrochronlogy, ethnobotanical, palynological, soil, obsidian hydration, thermoluminescence, archaeomagnetic, and radiocarbon analyses of materials from sampled sites. In brief, the results of the study showed that the fire impact at selected sites was variable and largely dependent on fuel type, fuel load, and fire intensity. Significant thermal alteration of archaeological materials was generally limited to surface contexts at severely burned sites. Surface specimens from light to moderately burned sites were minimally affected, and materials from all subsurface contexts were unaffected regardless of fire severity.

The most prevalent fire effect observed by during the project was thermal spalling, cracking, and increased friability of tuff masonry elements associated with architectural features, particularly in severely burned areas. Ceramic materials from surface contexts exhibited combustive residue deposits, limited oxidation/color alteration of slips, possible thermal spalling of surface paint and slips, and possible increased friability of utilitarian

6

BLM_0034830

sherds.  Thermal alteration of lithic was limited to combustive residue deposits, no thermal fracturing was observed.  Overall, significant thermal alteration of artifacts was not pervasive and was limited to surface specimens from severely burned sites.  Ethnobotanical and palynological analyses conducted during the study indicated that subsurface heating generated by the fire was insufficient to affect pollen and plant remains from subsurface archeological contexts (Ford 1990; Scott 1990).  Similarly, the fire did not affect archeomagnetic dates from selected subsurface hearth features, nor did it affect tree ring samples from selected sites within the study area (DuBois 1990; Robinson 1990).  Results of the radiocarbon analysis were reported as inconclusive due to the lack of adequate control samples; however, theoretically contamination of modern charcoal with archaeological deposits has the potential to produce erroneous dates (Stehli 1990).  Analysis of surface basalt and ceramic artifacts from surface context show that thermoluminescence dating may produce erroneously young dates; however, subsurface materials are unlikely to be affected (Rowlett and Johannessen 1990).  Similarly, obsidian hydration analysis of obsidian artifacts from surface contexts showed a high prevalence of damaged hydration bands, whereas subsurface specimens were generally unaffected.

Lentz et al. (1996) conducted a similar investigation during a post-fire assessment of the 1991 Henry Fire that impacted several archaeological sites located in the Jemez Mountains of New Mexico.  The researchers systematically sampled six Ancestral Pueblo archaeological sites using field sampling and laboratory methods.  Field methods consisted of 1x1m test units excavated 20cm subsurface, 1x1m test units in areas where burned logs were present on structural components (if present), and 1x1m or 5x5m sample units to assess the degree of thermal spalling of tuff architectural elements.  Laboratory analysis consisted of systematic thermal alteration attribute coding of artifacts collected from each of the selected

7

BLM_0034831

sites. Overall, the methodology used to assess the fire impact on architectural elements and artifacts was more systematic and comprehensive than that implemented by Traylor et al. (1990); however, specialized analysis of ancillary archaeological information was limited to post-fire obsidian hydration analysis.

The results of the study showed that the degree of thermal alteration observed was variable at intra-site and inter-site levels and largely dependent on the fuel load and burn severity encompassing each site. In addition, subsurface materials were generally unaffected by the penetration of heat energy into the mineral soil, with the exception of a few instances where downed logs had burned for an extended period. These observations is consistent with that reported by Traylor et al. (1990), and further illustrate the important relationship between fuel load and fire severity as they condition the potential for significant thermal alteration of archaeological resources.

Significant thermal alteration of tuff architectural elements included thermal spalling, fracturing, and increased friability, the extent of which was directly related to fire severity. Artifact classes collected during sampling included ceramics (black-on-white, utility), lithic (chert, rhyolite quartzite and obsidian), and ground-stone. Post-fire analyses of these materials showed that combustive residue deposition was the most pervasive fire effect observed. Thermal spalling, oxidation, and pigment alteration of ceramics was observed at low frequencies, lithics exhibited low incidences of potlid fracturing and crazing, and thermal alteration of ground-stone specimens was generally limited to combustive residue deposition. Obsidian hydration analysis of 10 specimens showed that the fire did damage hydration rinds; however, extent of damage could not be specifically determined due to the lack of pre-burn comparative samples (Origer 1996).

8

BLM_0034832

Regarding the thermal alteration of archaeological materials in general, the researchers illuminate the importance of making the distinction between "fire effect" and "damage." Wildland fires will undoubtedly generate fire effects that impact archaeological resources; however, the extent to which materials sustain significant structural damage is variable. Combustive residue deposits, defined by Lentz et al. (1996:48) as "sooting" ("carbonized particles clinging to the surface of the item") and "adhesions" ("sticky black substance of unknown origin") can be referred to as a fire effect that does not necessarily damage archaeological resources. What the authors refer to, as "adhesions" consists of a highly nitrogenous condensate tar that forms on cooler surfaces (i.e., archaeological materials) below combusting organic fuels (Yokelson et al. 1997). "Sooting" is most likely the byproduct of the pyrolysis and combustion of organic fuels, referred to as "char" by DeBano et al. (1998:23), a substance that is neither an intact organic compound nor pure carbon. The combustive residue deposits should be considered a fire effect; however, they do not generally constitute damage of archaeological resources subjected to wildland or prescribed fire conditions. These deposits do weather from the surfaces of artifacts with time (see Chapter 4). Conversely, significant forms of thermal alteration such as thermal spalling, thermal fracturing, and heat-induced deterioration among various artifact classes does, with certainty, constitute permanent damage since the structural integrity of affected materials has been altered or destroyed indefinitely. Clearly, wildland fire can impact archaeological resources to the extent that the interpretive value of the archaeological record has been significantly altered.

Other relevant work on the subject of wildland fire and archaeological resources includes research conducted by Conner et al. (1989) and Conner and Canon (1991) in the aftermath of the 1988 fires at Yellowstone and Grand Teton National Parks. The focus of

9

BLM_0034833

these works was to illuminate the fact that wildland fire is an important regional-scale site formation process.  Although the empirical data, which was based on generalized post-fire observations and testing of one archaeological site, is somewhat limited, the authors were able to derive some basic conclusions regarding wildland fire as a site formation process. The authors suggest that: 1) within burned areas wildland fire produces a mosaic burn pattern with sharply demarcated boundaries; 2) significant thermal alteration of bone and lithic artifacts at archaeological sites will be limited to the charred layer within the soil profile or within the first 10cm of the burn level (unless root systems have been combusted); and 3) wildfires can produce oxidized soil features and ash pockets that may roughly approximate cultural features.  Within the fire effects literature, the authors are the only researchers that adequately document the broad implications of wildland fire as it relates to the conceptual framework of a regional site formation process.

Regarding the impact of prescribed burning on archaeological resources, several researchers have performed experiments in conjunction with prescribed fires to assess the immediate effect of burning on archaeological resources (Benson 2002; Brunswig et al. 1995; Deal and McLemore 2002; Green et al. 1997; Halford and Halford 2002; Hanson 2001; Kelly and Mayberry 1980; Sayler et al. 1989 (see also Picha et al. 1991); Smith 2002; Solomon 2002).  However, the majority of this research has been performed with the purpose of assessing the impact of prescribed fire on obsidian, particularly as it affects obsidian hydration rinds.  With the exception of Brunswig et al. 1995 and Sayler et al. 1989, few researchers have adequately assessed the impact of prescribed fire on a wide range of common archaeological materials, and none have done so within the contexts of variable fuel types.  Brief summaries of each of the studies cited above are provided in Chapter 2.  Overall, the combined body of literature on the subject offers important information on the impact of

10

fire on archaeological resources; however, more extensive and systematic research needs to be conducted to fully develop a base from which to assess fire impact.

In addition to the limited archaeological literature that addresses the impact of wildland fire and prescribed fire on archaeological resources in general, some researchers have specifically assessed the potential for thermal alteration of obsidian and prehistoric ceramics with in the context of natural fire. Moreover, there exists additional ancillary information on the thermal alteration of specific material types can also be gleaned from additional sources. These include sources from the archaeological literature that pertain to the thermal alteration of chert, thermal alteration of bone, and ceramic studies. Brief summaries of research most relevant to studying the impact of wildland and prescribed fire are provided in the following sections.

**Thermal Alteration of Chert**

The majority of archaeological literature surrounding the thermal alteration of chert is concerned with the intentional heat treatment of lithic raw materials during prehistory. In attempting to replicate the production of prehistoric lithic artifacts, Crabtree and Butler (1964) found it useful to heat treat lithic material in order to enhance flaking qualities. It is now well accepted that prehistorically, chert was heat treated to enhance workability. Numerous researchers have conducted research concerned with the intentional heat treatment of various types of chert (Ahler 1983; Beauchamp and Purdy 1984; Bleed and Meier 1980; Collins and Fenwick 1974; Domanski and Webb 1992; Flenniken and Garrison 1975; Gregg and Grybush 1976; Griffiths et al. 1987; Hester 1973; Joyce 1985; Mandville 1973; Melcher and Zimmerman 1977; Olausson 1983; Ozker 1976; Patterson 1984, 1995; Perkins 1985; Price et al. 1982; Purdy 1974; Purdy and Brooks 1971; Rick 1978; Rick and Chappell 1983; Robins et al. 1978; Rondeau 1995; Roberts et al. 1978; Schindler et al. 1982; Shippee 1963;

11

BLM_0034835

Weymouth and Mandeville 1975). Luedtke (1992) also provides an intensive summary of the physical characteristics of chert as well as an overview on the effects of thermal alteration of cherts. Although the studies on intentional heat treatment do not specifically address the impact of wildland fire or prescribed fire on lithics, they do provided a wealth of important information concerning the thermal alteration of lithic raw materials

Purdy (1974) conducted the most comprehensive study involving the thermal alteration of chert. When chert is heated to temperatures between 100-150°C, free water is evaporated from pores and cracks (0.4-2.0% weight loss) (Purdy 1974). At temperatures between 350-500°C the chemically bound water within the chert is driven off, and sulfur and iron compounds begin to oxidize (Purdy 1974; Griffiths et al. 1987; Shepard 1971). Schindler et al. (1982) have also observed that goethite oxidizes to hematite at temperatures between 200-300°C. At temperatures above 500°C, carbon and other non-silica materials begin to oxidize, decompose, dehydrate, and potentially fuse (Shepard 1971). The observable effects of thermal alteration of cherts include; color change, increased luster, reduced tensile strength, fracturing (blocky/angular), fracturing (potlid), and crazing (internal fracturing) (Ahler 1983; Griffiths et al. 1987; Schindler et al. 1982; Purdy 1974). Depending on the variety of chert, the color change associated with heating is the result of changes within its internal mineral structure. In the instance of thermal alteration of cherts from Florida, there is often a color shift from pink to red, which is the result of various iron compounds oxidizing to hematite (Purdy 1974). In Bald Eagle jaspers (Pennsylvania), a shift from yellow to red is the result of goethite being thermally altered to hematite (Schindler et al. 1982). In general, a color change within cherts and jaspers with heating is related to the alteration of iron minerals such as hematite, goethite, limonite, and pyrite (Luedtke 1992).

12

BLM_0034836

The lustrous quality in chert results from light being reflected from the surface of the material, and is largely dependent on mineralogy and surface characteristics (Luedtke 1992). Thermally altered cherts tend to exhibit an increased luster or gloss (on newly flaked surfaces after the material has been heat treated). Three explanations for increased luster with heating have been suggested; 1) Light is increasingly reflected off of fractured quartz grains (Purdy and Brooks 1971); 2) An increase in the number of fluid inclusions that reflect light occurs with heating (Griffiths et al. 1987); and 3) Altered hematite crystals increase light reflection (Schindler et al. 1982). These explanations are specific to the particular raw materials and experimental conditions used by each researcher; however, there is a general consensus that lustrous qualities are related to a change in microcrystalline structure and subsequent change in the refraction of light.

The reduction of tensile strength in lithic materials is often attributed to heat treatment. Indeed, the heat treatment of particular varieties of raw materials does enhance their workability (Bleed and Meier 1980; Crabtree and Bulter 1964; Rick 1978; Rick and Chappell 1983). The most widely excepted explanation for this occurrence is that it heat treatment allows a fracture to propagate across the microcrystalline quartz grains within the lithic material as opposed to around them (Purdy and Brooks 1971; Purdy 1974). In addition, heated cherts have a smoother fracture surface topography under SEM magnification as compared to unheated cherts (Luedtke 1992). Two explanations for this have been suggested; 1) Heating results in the fusion of silica leading to a denser structure; 2) Heating results in cracking which in turn increases fracturability (see Luedtke 1992:95-96). Regardless of a specific explanation, the heating of chert does affect its tensile strength and fracturability. Researchers have also shown that it is important to heat treat material slowly over a long period of time, and at temperatures below certain critical thresholds, which can

13

BLM_0034837

range from between 250-450°C depending on the variety of lithic material (Ahler 1983; Griffiths et al. 1987; Purdy 1974; Schindler et al. 1982). Researchers point out that if materials are heated too rapidly, or above their critical maximum temperature, thermal shock and fracturing will occur. These are precisely the parameters that characterize heating of surface materials during wildland and prescribed fire. That is, surface heating during wildland or prescribed fires is not uniform, with the potential for temperatures to rise and fall sharply depending on fire behavior and fuel type/loading.

Fracturing of materials subjected to heat is generally the result of thermal stress. Thermal stress occurs when a portion of the material becomes differentially warmer or colder than another resulting in an uneven rate of contraction or expansion resulting in heat-induced fracturing (Luedtke 1992). Quartz has a high coefficient of thermal expansion, experiencing a 3.76% expansion in volume when heated to 570°C (Winkler 1973). Since chert is composed primarily of microcrystalline quartz, it is susceptible to thermal stress (Luedtke 1992). Heat induced fracturing in lithics can take the form of large blocky/angular fragments, potlid fracturing, or surface crazing.

Blocky and angular fracturing is often the result of rapid heating in which the original piece of raw material explodes into multiple fragments (Purdy 1974). The release of pressure within lithics is related to presence of water within the material's internal structure. Water is turned to gas at 100°C; however, under pressure water will remain in liquid form until its critical temperature (365°C, the temperature at which gas cannot be liquefied) is reached (Luedtke 1992; Weymouth and Williamson 1951). If water is present deep within the material when it is heated, it may be transformed to steam as it approaches the critical temperature for water. Steam can produce internal pressure within the material that is capable of generating an explosion and subsequent shattering of the material (Luedtke 1992).

14

BLM_0034838

Potlid fracturing is attributed to the rapid heating and cooling of raw materials (Ahler 1983). Potlid fractures result from differential heating and pressure release probably due to steam buildup in areas of the material that has impurities or high moisture content. The fracture is characterized by a circular pit on the surface of the specimen. Crazing is the result of internal fracturing and takes the form of very fine non-linear cracks, similar to a spider web pattern, on the surface of a specimen (Ahler 1983). Crazing also occurs as the result of differential heating and pressure release. These forms of thermal fracturing have been observed in the field during post-fire inventories and prescribed fire experiments (Benson 2002; Lentz 1996; Lentz et al. 1996; Rondeau 1995; Sayler et al. 1989).

**Thermal Alteration of Obsidian**

As a volcanic glass, obsidian has excellent flaking qualities requisite for tool manufacture, and as such, was commonly utilized during prehistory. Archaeologists commonly use obsidian hydration analysis to effectively date obsidian artifacts via quantification of moisture uptake measured in hydration rinds that has occurred since artifacts were flaked (see Anovitz et al. 1999; Friedman and Long 1976; Friedman and Smith 1960; Friedman and Trembour 1983). In addition, geochemical trace element analysis of obsidian artifacts is often used to source the locations from which the raw material was initially quarried (Glascock et al. 1999; Hatch et al. 1990; Hughes 1988; 1994). While it remains relatively clear that thermal alteration of obsidian does not affect its geochemical composition (Shackley and Dilian 2002); it is quite clear that exposure to heat does negatively affect hydration rinds. The findings of several researchers suggest that obsidian hydration bands begin to be altered by heating at approximately 250°C, become significantly affected at approximately 400°C, and may be completely destroyed at temperatures exceeding 700°C (Benson 2002; Deal and McLemore 2002; Green et al. 1997; Findlow and Garrison 1982;

15

BLM_0034839

Halford and Halford 2002; Mazer et al. 1991; Origer 1996; Ridings 1991; Smith 2002; Solomon 2002; Steffen 2002; Trembour 1990). As such, diffuse or destroyed hydration rinds render a specimen unsuitable for obsidian hydration analysis. Thermal alteration of obsidian and subsequent hydration rind damage is likely to occur where obsidian artifacts are directly exposed to prescribed and wildland fire conditions.

In addition, some researchers have documented heat-induced morphological change of obsidian during laboratory heating experimentation (Bennett and Kunzmann 1985; Nakazawa 2002; Steffen 2002; Trembour 1990). Most researchers are in general agreement regarding types of morphological change associated with the thermal alteration of obsidian. Steffen (2002:163) provides the most comprehensive description of various forms of thermal alteration observed for obsidian. These definitions are summarized as follows:

*Matte Finish*: Surface dulling similar to weathered or lusterless patina.

*Surface Sheen*: metallic-like surface luster, cause uncertain, but may be due to organic carbon buildup and/or bubble formation and shallow microscopic crazing.

*Fine Crazing*: Network of shallow cracks forming closed polygons on fresh fractures and flaked surfaces, likely due to differential thermal expansion/contraction.

*Deep Surface Cracking*: Shallow crevices formed on artifact surfaces, observed in conjunction with deformation, caused by expansion of surface crazing.

*Vesiculation*: Formation of interconnected bubbles within obsidian specimen due to release of volatiles, specimen metamorphism to a foam-like mass.

*Fire Fracture* (field observation): Rapid thermal fracture of specimen (presumably due to differential thermal stress), may initiate near an inclusion.

With the exception of vesiculation which occurs at 800°C +, specific temperatures ranges are not provided for each of the associated types of thermal alteration defined above.

16

BLM_0034840

However, several of the researchers have observed that appreciable thermal alteration of obsidian occurs at temperature in the 450-550°C range. Overall, research pertaining to the thermal alteration of obsidian suggests the exposure to heat can significantly affect the morphological integrity of obsidian artifacts as well as the potential to derive obsidian hydration dates from affected specimens. As such the integrity of the archaeological record as it pertains to obsidian artifacts may be significantly affected during prescribe and wildland fires.

**Thermal Alteration of Bone**

Bone consists of two major components, an organic phase and an inorganic phase. The organic phase (35% of dry bone mass) consists largely of protein, mostly in the form of collagen (Posner and Belts 1975). The inorganic phase is composed of mineral, mostly hydroxyapatite in microcrystalline form (Ortner et al. 1972). Thermal alteration of bone can significantly affect both components through chemical reaction and physical transformations. Shipman et al. (1984) have summarized the major observable changes that occur in bone when it is exposed to heat: 1) change in bone color; 2) change in the microscopic morphology of bone surfaces; 3) changes in the cystalline structure of bone; and 4) bone shrinkage. The degree of change in bone due to thermal alteration is dependent on the temperature at which bone is exposed, the duration of exposure, position of bone in relation to heat source, bone composition, and bone size (Brain 1993; Herrmann 1977; McCutcheon 1992; Nicholson 1993; Shipman et al. 1984; Sillen and Hoering 1993; Stiner et al. 1995; Von Endt and Ortner 1984).

Based on controlled experimentation, thermal alteration of bone can be generalized into three basic processes; water loss, carbonate loss, and mineral sintering (Bonucci and Graziani 1975; Kizzely 1973; Shipman et al. 1984). In general, there exists a relationship

17

BLM_0034841

between temperature and degree of thermal alteration as they relate to each of the two major components of bone. At lower temperatures (~ 100-600°C), the initial effect of thermal alteration is concentrated in the organic phase. As temperature increases into the 600°C range the organic phase is effectively burned away, and as temperatures approach 700°C and beyond the inorganic phase is affected through the recrystallization of hydroxyapatite and the eventual fusion of those crystals.

Thermal alteration of the organic phase is generally characterized by distinct alterations in bone color. Chemical reactions are accelerated two fold for each 10°C rise in temperature at which bone is exposed (Von Endt and Ortner 1984). Heat-induced color changes in bone are attributed to alterations in the chemical composition of bone, the oxidation of organics, and thin films of carbon layers deposited on bone mineral (Bonucci and Graziani 1975; Grupe and Hummel 1991; Shipman et al. 1984). Based on experimental work several authors have made observations concerning the relationship between temperature and observed color change in bone (Brain 1981, 1993; McCutcheon 1992; Nicholson 1993; Richter 1986; Shipman et al. 1984). These studies indicate that the color of bone changes progressively with increased temperature, and that the color of thermally altered bone can provide a rough index of the temperature range that bone reached as a result of exposure to heat. Shipman et al. (1984) provide the most systematic and widely cited assessment of heat-induce color alteration of bone. The researchers observed that heat-induced color alteration can be divided into five stages: stage 1 (20- <285°C), neutral white/pale yellow; stage 2 (285- <525°C), red brown, very dark grey-brown, neutral dark grey, and reddish yellow; stage 3 (525- <645°C), neutral black dominant with some medium blue and reddish-yellow; stage 4 (645- <940°C), neutral white dominant with some light blue-grey and light grey; stage 5 (940°C+), neutral white with minimal medium grey and reddish-

18

BLM_0034842

yellow.  The range of colors reported in this study and others reflects the differential combustion of the organic component within a particular temperature range.  Dark colors, particularly black, are related to the carbonization of collagen.  Carbonized bone with a blackened or charred appearance is likely to have reached a temperature in the 250-550°C range.  Grey is associated with the final stages of organic component combustion.  At temperatures of 600°C and beyond the organic component is completely burned away resulting in calcination and a neutral white, chalky appearance.

Changes in the microscopic morphology of bone surfaces, its crystalline structure, and bone shrinkage due to thermal alteration are largely related to observable changes in the mineral phase of bone.  Heat-induced change in the microscopic surface morphology of bone has typically been observed using Scanning Electron Microscopy (SEM) (Bonucci and Graziani 1975; McCutcheon 1992; Nicholson 1993, 1995; Shipman et al. 1984), and standard light microscopy (Brain 1993; Herrmann 1977; Nicholson 1993; Richter 1986). Shipman et al. (1984) provide the most succinct summary temperature dependent micro-morphological change: stage 1 stage 1 (20- <185° C), normal bone texture observed, surface undulating but intact; stage 2 (185- <285° C), surface increasingly irregular, tiny pore and fissures present, but surface intact; stage 3 (285- <440° C), bone surface becomes glassy and smooth, patterned cracking appears; stage 4 (440- <800° C), bone surface highly particularized; stage 5 (800- <940°), particles melt and form larger polygonal structures.  The results of each of the studies cited indicate that heat-induced change in the surface morphology of bone may be summarized into three general temperature dependent processes; carbonization, cracking, and eventual recrystallization.

The conditions under which the recrystallization of hydroxyapatite occurs have been investigated through the use of x-ray diffraction (XRD) (Bonucci and Gaziani 1975;

19

BLM_0034843

McCutcheon 1992; Shipman et al. 1984).  These researchers have shown that heat causes hydroxyapatite crystals to increase in size as temperature increases.  The major change in crystal size is observed between 525-645°C, and at temperatures above 645°C larger hydroxyapatite crystals begin to expand at the expense of the smaller crystals until there is eventual fusion at temperatures above 800°C.  Heat-induced changes in hydroxyapatite crystal size can also affect macro-level morphological change through bone shrinkage and deformation (Buikstra and Swegle 1989; Herrmann 1977; Shipman et al. 1984).  These studies suggest that observable changes in metric values and overall morphology of thermally altered bone will occur at temperatures above 700°C.

Overall, archaeology's interest in thermally altered bone encompasses a broad range of archaeological phenomena from cremations to post-depositional processes.  The most common issue related to the thermal alteration of archaeological bone relates to the desire to differentiate whether or not bone has been heated as a result of human intention. Experimental research directed at addressing these issues can be divided into three general categories; controlled laboratory experimentation, actualistic field research, or a combination of both.  Laboratory experiments are generally characterized by making systematic observations of the effects of differential heating on the various structural and biological components of bone (Nicholson 1993, 1995; McCutcheon 1992; Richter 1986; Shipman et al. 1984; Taylor et al. 1995).  Field experiments are also generally concerned with these questions, but the address them within the context of the replicated prehistoric campfires (Bellomo 1991; Bellomo and Harris 1990; Brain 1993; David 1990; De Graaff 1961; Gilchrist and Mytum 1986; Nicholson 1995; Robins and Stock 1990; Spennemann and Colley 1989).

20

BLM_0034844

In addition to an interest in the cultural thermal alteration of bone, archaeologists have also become interested in studying the how burned bone and shell are affected by taphonomic processes (Knight 1985; Pearce and Luff 1994; Nicholson 1992; Robins and Stock 1990; Stiner et al. 1995). The main topic of interest here generally surrounds the survivorship potential of remains after thermal alteration. Most researchers are interested in the potential for differential destruction/survivorship between species and experimental conditions. In sum, these studies suggest that thermal alteration does significantly affect bone strength. Reduced bone strength was shown to have differential effect between species and skeletal element. Heat-induced change is an important taphonomic process that archaeologists need to consider when making inferences about site formation processes and human paleoecology.

Experimental research aimed at addressing issues related to cremation of human remains have generally been concerned with establishing the condition of bone prior to cremation (dry or fresh), and accounting for the effect of shrinkage when determining population estimates from cremated human remains (Baby 1954; Binford 1963; Buikstra and Herrmann 1977; Krogman 1939; Merbs 1967; Mckinley 1983; Ramrakhiani and Datta 1980; Swegle 1989; Thurman and Willmore 1981). Through experimentation, these researchers have shown that, when burned, dry bone will generally exhibit superficial checking and deep longitudinal cracking, and fresh bone will exhibit deep checking, deep transverse cracking, and warping.

While there is a considerable body of literature surrounding the thermal alteration of bone from cultural context, research concerning the post-depositional thermal alteration of bone is more limited (e.g., Bellomo 1991; Bellomo and Harris 1990; Bennett 1999; David 1990; De Graaff 1961; Sayler et al. 1989). David (1990) has shown that bone burned during

21

BLM_0034845

an Australian bush fire (20-30 seconds flaming combustion, no temperature data) became carbonized and showed superficial cracking and longitudinal collapsing of the mid-shaft. Bellomo and Harris 1991 and Sayler et al. 1989 have shown that grassfire will generate minimal thermal alteration of surface bone generally consisting of carbonized color alteration and minor charring. Thermal alteration of subsurface bone as the result campfires can also be demonstrated (Bennett 1999; De Graaff 1961; Stiner et al. 1995). Campfires can reach temperatures in excess of $800^\circ$ C, and it has been shown that bone buried as deep as 10cm below campfire can show significant thermal alteration. The degree of thermal alteration is dependent on the depth of burial beneath the heat source and the heat transfer and retention properties of the sediment. Other important variables include the pre-burn condition of bone as well as species and skeletal element represented. It is unlikely that significant thermal alteration of subsurface bone will occur during natural fires. Sayler et al. (1989) have shown that while surface bone is moderately affected by prairie fire, bones buried as shallow as 2cm are not likely to be susceptible to significant thermal alteration. No data exists on subsurface thermal alteration of bone during natural fire in heavily fueled area such as forest.

### Thermal Alteration of Ceramics

Simply by nature of their manufacture and use, archaeological ceramic materials are generally resistant to thermal alteration under moderate thermal gradient. At the time of manufacture, most prehistoric pottery was fired at temperatures in the 400-600°C range (Cogswell et al. 1997; Colten 1951; Feathers et al. 1998; Goodyear 1971; Heimann and Franklin 1979; Kaiser and Lucius 1989; Rice 1987; Roberts 1963; Rye 1981; Shepard 1956; Tite 1969; Ziad and Roussan 1999). Under prescribed and wildland fire conditions, prehistoric ceramic materials should remain relatively stable until temperatures climb beyond original firing temperature and/or the temperature gradient becomes excessive and induces

22

BLM_0034846

significant thermal stress.  Historic ceramic materials such as porcelain and china are fired at temperatures of 1280-1400°C, and beyond (Rice 1987).  However, these materials are manufactured to withstand significant thermal stress due to quality controlled manufacture and high firing temperature.  Although, thermal stress in modern ceramics has received attention from several researchers in the ceramic industry (e.g., Amberg and Hartsook 1946; Buessem 1955; Chandler 1981; Coble and Kingery 1955; Crandall and Ging 1955; Davidge and Tapppin 1967; Grimshaw 1971; Hasselman 1969; 1970; 1983; Kingery 1955; Salmang 1961), it is unlikely that prescribed and wildland fire conditions would significantly affect these material in archaeological contexts.

The archaeological literature does offer some useful information regarding the thermal alteration of prehistoric ceramic materials within both the context of laboratory experimentation and from post-fire field observation.  Materials science investigations into the thermal properties and thermal failure properties of prehistoric pottery offer important background information regarding the potential for thermal damage of ceramic materials (Bronitsky 1986; Bronitsky and Hamer 1986; Schiffer 1990; Schiffer et al. 1994; Young and Stone 1990).  In general, thermal fracture of pottery occurs as the result of tensile or compressive stress generated by thermal gradient that exceeds the strength of the ceramic body.  Essentially, differential thermal expansion or contraction within the body will elicit thermal fracture if the thermal stress is sufficiently greater than that which the structural components of the body can withstand.  Important variables affecting this process include the coefficient of thermal expansion, thermal conductivity, temperature differential, and temperature gradient (Hasselman 1970; Kingery 1955; Rice 1987).  In addition, Schiffer et al. (1994) have reported that thermal spalling occurs were steam pressure produces sufficient

23

BLM_0034847

stress to exfoliate elliptical portions of ceramic surfaces, particularly where irregularities in the surface are present.

Forms of thermal alteration observed for ceramic materials that have been burned over during wildland fire include; thermal fracture, thermal spalling, combustion of organic paint, and oxidation or re-firing resulting in subsequent color alteration (Burgh 1960; Lentz et al. 1996; Switzer 1974). For the various types of Southwestern pottery sherds (particularly black-on-white), some researchers have attempted to document the conditions under which these forms of thermal alteration occur using laboratory and field experimentation. Through field experimentation, Oppelt and Oliverius (1993) have demonstrated that the application of fire retardant foam during burning will induce thermal shock among Mesa Verde Pottery sherds. However, the experiment did not document the potential for thermal fracture or spalling of sherds during combustion of natural fuels alone. Through laboratory experimentation using a muffle furnace, Bennett and Kunzmann (1985) observed heat-induced color alteration of ceramics at temperatures above 500°C in which redware varieties can change to a darker hue, and black-on-white wares will change to a "slightly buff" color due to the oxidation of iron minerals. Under laboratory conditions, other researchers have also observed that black-on-white sherds can oxidize to resemble redware (Burgh 1950; Colten 1953; Shepard 1956). Bennett and Kunzmann (1985) also suggest that the pigmented design on black-on-white sherds is stable under high temperature if the paint is mineral based, but may combust and fade significantly if the paint is organic based. This experiment produced only one occurrence of thermal spalling on a black-on-white sherd at a maximum temperature of 500°C, and one incidence of surface cracking on a redware specimen at 600°C. This is likely due to the limited potential for extreme thermal gradient produced

24

BLM_0034848

within the muffle furnace as compared to a natural fire where the rate of heating and cooling would likely be more severe.

In addition to potential physical alteration of pottery sherds during natural fire, thermoluminescence dating of affected sherds may also be confounded as a result of heating during the fire. Luminescence signals in pottery are generally not affected by heating where the temperature is less than 250°C (Aitken 1985). However, the potential for wildland fire to generate soil surface temperatures above this threshold is quite probable. Theoretically, then, the TL signal of sherds burned during wildland fires may be altered depending on temperature, rate and duration of heating experienced by the specimen during the fire. Rowlett (1991) and Rowlett and Johannessen (1990) demonstrated that wildland fire can change the TL reaction for pottery sherds. Here the researchers sampled specimens burned during a wildland fire at Bandelier National Monument, New Mexico. Two specimens from surface contexts exhibited age underestimations of 24%. Although the scope of this project was limited, it illustrates that potential for wildland fire to negatively impact the validity of use TL techniques to date sherd from surface contexts where wildland fires have occurring in the recent or distant past.

## Thermal Alteration of Metals and Glass

The literature surrounding the thermal alteration of metals under wildland fire and prescribed fire conditions is quite limited. Traylor (1990) refers to anecdotal accounts of automotive steel undergoing thermal deformation during severe wildland fire. In addition, Sayler et al. (1989) observed the partial melting and deformation of lead during prescribed burns in mixed grass prairie fuels. Metals common to the archaeological record such as iron, steel, tin, brass, copper, and lead do have established melting points at which significant damage could be predicted given sufficient fire intensity and energy output. The established

25

BLM_0034849

melting points for these metals are as follows: iron (1275-1535°C), steel (1250-1480°C), tin (232°C), brass (900-930°C), copper (1083°C), lead (327°C) (Perry and Green 1984). Based on this information, tin and lead artifacts will likely be the most susceptible to melting during natural fire, other metals with higher melting points could be significantly affected only under conditions of severe fire intensity.

Archaeological metals, are of course, generally in a corrosive state in which electrochemical processes and ions create chemical compounds that adhere and bond to metal surfaces, and over time, may penetrate deep within the structure of metal objects (e.g., rust) (Hoff 1970; Organ 1976; Waite 1976). The extent to which exposure to fire affects corroded metal is not well documented; however, Engle and Weir (1998; 2000) have demonstrated that breaking strength, elongation, and ductility of new and corroded barbed wire is not significantly affected by exposure to grass fire. Schiffer (1987) suggests that corrosion on metal surfaces can serve as a protective film in archaeological contexts. Of particular interest, Schiffer also notes that if the coefficients of thermal expansion of the corrosive file and the metal are significantly different, thermal cycling could initiate cracking that could result in perpetuation of corrosion within the metal object. It is possible the archaeological metals subject to natural fire conditions could be affected heat-induced cracking and subsequent internal corrosion. In sum, then, archaeological metals subjected to wildland fire may be impacted by natural fire immediately due to melting and deformation, and over-time due to the potential increased internal corrosion.

Glass consists of three primary elements, silica, soda or potash, and lime or magnesia (Goffer 1980). The formation of glass is accomplished through fusion and cooling of its major constituents (Goffer 1980; Havlác 1983). The established melting point of glass is 750-870°C. Glass is essentially a supercooled liquid that performs as a solid, and is

26

BLM_0034850

therefore, subject to thermal stress (DeHann 1997). Thermal stress caused by uneven heating will induce fracturing of glass when internal stresses exceed the tensile strength limit of glass (DeHann 1997; Lentini 1992). Thermally altered glass may exhibit straight fracture lines, crazing, shattering, and melting depending on fire conditions (DeHann 1997). As such, archaeological glass will be highly susceptible to thermal alteration under natural fire conditions given that the heat energy released by the fire is sufficient to induce significant thermal stress and/or melting.

**Fuels, Combustion, and Heat Transfer**

The ignition and combustion of organic fuels is largely a function of the fuel's surface to volume ratio and mass (DeBano et al. 1998). Fine fuels ignite, combust, and produce heat quickly (high combustion efficiency), whereas, heavier fuels tend to ignite, combust, and produce heat more slowly and uniformly low/moderate combustion efficiency) (DeBano et al. 1998). Important variables associated with fuels are loading, size and arrangement, composition, and moisture content (Rothermel 1972). These variables are also conditioned by environmental variables occurring during combustion such as temperature, wind speed and direction, relative humidity, slope and aspect, fire behavior, etc. (Chandler et al. 1983; DeBano et al. 1998; Pyne et al. 1996; Rothermel 1972; Whelan 1995; Wright and Bailey 1982).

Concerning the impact of wildland fire on archaeological resources, some important variables to consider are the total amount to heat (energy) produced, and the proportion of that energy which is transmitted to the mineral soil surface and within the mineral soil. Heat transfer can take the form of radiation (transfer via electromagnetic waves), convection (via the mixing of fluids), or conduction (via molecular activity within or between substances in contact) (Drysdale 1985). The dominant form of heat transfer downward from surface fuels

27

BLM_0034851

to the duff layer (if present) and eventually the mineral soil is radiation (DeBano et al 1998). DeBano (1974) estimates that only 10-15% of energy released during the combustion of surface fuels is transmitted downward into the duff and/or mineral soil.  If the duff is ignited and begins to combust (smoldering combustion), 40-73% of the heat may be transferred to the mineral soil (Hungerford and Ryan 1996).  Burning duff can produce mineral soil temperatures of >350°C for periods extending over several hours (DeBano et al. 1998). When no duff is present, heat energy is transferred directly from surface fuels to the mineral soil via radiation.  The amount of heat transfer is variable and dependent on fuel loading, type, size and arrangement, etc. (Rothermel 1972).  Within the mineral soil, heat is transferred via conduction and convection of hot gasses through the soil matrix (after water is vaporized ~100°C) (Campbell et al. 1995; Campbell et al. 1994; DeBano et al. 1998). However, significant surface heating does not necessarily elicit high levels of soil heating due to thermal conductivity characteristics of soils (Frandsen and Ryan 1986; Hartford and Frandsen 1992; Nidal et al. 2000).

The proportion of heat energy that is transferred from organic fuels (surface or duff) to archaeological materials is dependent on the proximity of the artifact to the fuel as well as the multitude of variables associated with fuels and fire behavior.  An artifact deposited on the contact between the mineral soil surface and combusted fuels will be subjected to a greater transmission of heat energy as compared to an artifact deposited 5cm beneath the mineral soil.  Mineral soil and duff (non-combusted) insulate against heat transfer of combusted surface fuels.  However, if there is a heavy duff concentration that ignites and begins to combust the heat energy transfer downward to the mineral soil surface can be significant.  Similarly, if heavy combusted surface fuels (logs, etc.) are present, the transfer of heat energy towards the mineral soil may also be significant regardless of the presence of a

28

BLM_0034852

duff layer.  Artifact deposited greater than 5cm beneath the soil surface will likely be well insulated against radiant and conductive heat energy under most natural fire conditions.

The manner in which an artifact absorbs and is affected by heat energy is largely dependent on the physical composition of the artifact, and the thermal conductivity associated with its composition.  Obviously, certain artifacts classes will be affected more significantly compared to others.  For example, it requires a substantial amount of heat energy to significantly affect lithic artifacts, whereas, archaeological materials with organic composition such as bone may be affected by much lower levels of heat energy.   Thus, the important variables to consider when assessing the impact or potential impact of wildland fire or prescribed fire on archaeological materials are; 1) fuel type, 2) fuel load, 3) fire behavior, 4) proximity of artifacts to fuels, and 5) artifact class. In the following chapters, these variables are studied under a variety of controlled experimental conditions as well as during field recording of burned archaeological sites.

29

BLM_0034853

CHAPTER 2
**THE IMPACT OF PRESCRIBED BURNING ON ARCHAEOLOGICAL RESOURCES**

<u>Introduction</u>

Prescribed fire is an increasingly common land management practice utilized by public land agencies to reduce hazardous fuels and manage vegetative and wildlife communities. Moreover, given the severity of wildland fires in the Western United States during 2000 and 2002, it is probable that the use of prescribed burning to reduce fuel loads will become even more prevalent in the future. The impact of prescribed fire on archaeological resources has received the attention of archaeologists for approximately twenty years (Bennett and Kunzmann 1987; Benson 2002; Brunswig et al. 1995; Deal and McLemore 2002; Green et al. 1997; Halford and Halford 2002; Hanson 2001; Hester 1989; Jackson 1997; Kelly and Mayberry 1980; Lissoway and Propper 1990; Pilles 1982; Sayler et al. 1989 (see also Picha et al. 1991); Scott 1979; Smith 2002; Solomon 2002). Several researchers have assessed the potential impact of prescribed fire on cultural materials through field-based experimentation performed in conjunction with prescribed fires. Brief summaries and discussions of several relevant published research projects are provided below.

Kelly and Mayberry (1980) conducted one of the first research projects involving field experimentation to investigate the effects of prescribed fire on archaeological materials. The report itself is quite limited; however, the basic methodology consisted of establishing 5x5m test plots in which "artifact clusters" were placed on the sediment surface. The plots, six in total, were burned during prescribed fires in mixed conifer and sequoia-white fir environments (sparse understory and light ground fuels). Temperature measurement was attempted using temperature sensitive pellets and pyrometric cones; however, neither method was successful. Thermal alteration of the experimental artifacts was limited to "carbon

30

smudging", and the diagnostic attributes of each specimen were not significantly altered during the experiment. The authors conclude that, cool burning prescribed fires are likely to have a limited impact on the diagnostic characteristics of surface artifacts. The incomplete nature of this report makes it difficult to ascertain specific information regarding the research methodology (e.g., the type of artifacts used, method of artifact analysis, fire behavior, etc.). The only specific information regarding artifact type was the inclusion of obsidian flakes that were submitted for obsidian hydration testing post-fire. The results of the obsidian hydration analysis were reported to be "inconclusive." The report, however limited, is nonetheless, a seminal contribution in the area of field-based experimentation and the potential impact of prescribed fire on archaeological resources.

Sayler et al. (1989) (see also Picha et al. 1991) conducted a more systematic investigation focusing on the impact of prescribed fire in prairie fuels on a range of archaeological materials common to the Knife River Indian Villages National Historic Site, North Dakota. Their research methodology consisted of placing experimental artifacts in 10x10m burn plots, both at the sediment surface and 2cm subsurface. Experimental artifacts included non-flint cobbles, Knife River flint cobbles, Knife River flint flakes, Knife River ware pottery sherds, cow bone, mussel shell, glass beads, lead sinkers, wood segments, and wood charcoal. Pre-fire and post-fire descriptive information regarding artifact dimensions and color (Munsell values) were recorded. During burning, maximum temperature data was measured at 10cm and 2cm above the soil surface using temperature sensitive crayons. In total, four contiguous 10x10m burn plots were ignited on two separate occasions, exposing approximately 1100 experimental artifacts to prescribed fire conditions. Mixed prairie grasses and buckbrush dominated fuel composition in the burn area, although the fuel load in each plot was variable.

31

The results of the experiment showed that the most pervasive form of thermal alteration observed was "scorching", which refers to the presence of a combustive residue deposits on the surfaces of artifacts. Artifacts with organic components such as bone, shell, and wood, exhibited a combination of "scorching" and "charring", the later refers to the partial combustion of organic component of the specimen. These two forms of thermal alteration resulted in shifts to darker Munsell values for most specimens, which the researchers define as "color change". Significant forms of thermal alteration such as thermal fracturing and deformation/melting were observed at low frequencies. One flint cobble exhibited thermal spalling, approximately 11% of flint flakes exhibited potlid fracturing, two glass beads sustained partial melting, seven lead sinkers exhibited melting, and shell specimens sustained structural and morphological alteration. In general, the greatest degree of thermal alteration was observed for artifacts from Plot 4, which was characterized by the greatest fuel density. Maximum temperatures recorded at 2cm and 10cm above the soil surface for all plots ranged between 316-399°C, and flaming combustion within the plots was estimated at between 30-60 seconds. Subsurface artifacts were largely unaffected during the experiments. Soil temperatures, measured with digital thermometer prior to ignition and immediately following cessation of flaming combustion, were elevated only 2-4°C over baseline values.

The authors conclude that the impact of prescribed fires in prairie fuels will be insignificant for subsurface archaeological materials buried greater than 1cm beneath the mineral soil surface. They also predict that all artifacts positioned on the soil surface will become blackened due to scorching (combustive residue deposit) with organic materials sustaining the greatest degree of thermal alteration due to a combination of combustive residue deposition and partial combustion. Moreover, significant forms of thermal alteration

32

BLM_0034856

such as thermal fracturing and structural change will be significantly less severe for lithic materials, pottery sherds, and other inorganic artifacts types as compared to organic materials. They also conclude that prescribed fire in prairie environments is unlikely to produce thermally altered artifacts that might be confused with materials from archaeological contexts such as fire-cracked rock and calcined bone.

This experiment is an important contribution to the study of the impact of prescribed fire on archaeological resources. The methodology used is the most systematic and most comprehensive available in the fire effects literature. However, one weak point in the experimental design relates to the method of temperature measurements. Maximum temperatures were recorded using temperature sensitive crayons wrapped in aluminum foil. This method produced only two maximum temperatures for each plot, one at 2cm above the soil surface and the other at 10cm above the soil surface. These temperature data are quite limited in that the method does not provide sufficient data on rate of heating and duration of heating. Moreover, temperature data were taken only at one point within each of the four plots, which does not account for variation in fire intensity within and between the plots. The use of a data logger and thermocouple system would have provided more detailed temperature data, which in turn could have been correlated to variability in artifact thermal alteration between each plot. Nonetheless, this experiment generated important information regarding the impact of prescribed fire in prairie fuels on various artifact classes, and remains one of the most comprehensive studies available on the subject.

Brunswig et al. (1995) conducted an experiment that essentially replicated the study performed by Sayler et al. (1989). Using the same research questions and similar methodology, Brunswig et al. (1995) carried out an experiment focused on assessing the impact of prescribed fire on archaeological resources in a high plains short-grass prairie

33

BLM_0034857

environment.  Two 4x4m burn plots "salted" with experimental artifacts were used in the study as well as two 4x4m plots at actual archaeological sites located within the prescribed burn area.  Experimental artifacts included materials common to archaeological sites in the area such as quartzite and chert projectile points, quartzite and agate scrapers, quartzite flakes and cores, Plains Kansas pottery, deer antler, and cow bone.  The researchers hypothesized that prescribed burning in a heavily grazed short-grass prairie environment would have a "minimal and short-lived" impact on the experimental artifacts and actual archaeological materials located within the burn area.  It should be noted that no method of temperature measurement was implemented during the experiment.

The results of the experiments fully supported the "minimal-impact" hypothesis put forth by the researchers.  Thermal alteration of artifacts was predominantly limited to combustive residue deposition on artifact surfaces.  The only exceptions were limited evidence of partial charring and slight cracking of antler and bone specimens.  Overall, no significant forms of thermal alteration such as thermal fracturing was observed.  The authors conclude that the light fuel load compounded by cool and moist burning conditions were the most significant variables affecting the minimal impact of the burn on archaeological materials.  They further suggest that, in general, prescribed fires in grassland environments are likely to have a limited impact on archaeological resources.

The results of this experiment are roughly consistent with those reported by Sayler et al. (1989).  The major exception being the potlid fracturing of Knife River flint flakes, and shell disintegration observed by Sayler et al.  The validity of the results presented by Brunswig et al. is, however, diminished due to the omission of temperature recording in the experimental design and information regarding fuel loads in the burn areas.  Presumably, the slight fuels and cool moist conditions during the burn significantly limited the amount of heat

34

BLM_0034858

energy produced by the fire, perhaps limiting maximum surface temperatures to the 100-200°C range.  Fuel load and burn intensity during the Sayler et al. experiment was potentially greater, therefore, resulting in a slightly greater impact on experimental artifacts.  To a certain degree, the Brunswig et al. experiment does support the assertion made by Sayler et al. regarding the impact of prescribed fire in grassland fuel on archaeological resources, and makes further contribution to the body of knowledge concerning this subject.

Several research papers exclusively focused on studying the effects of prescribed fire on obsidian, particularly obsidian hydration, are included in a recent volume compiled by Loyd et al. (2002).  Deal and McLemore (2002) conducted two prescribed fire experiments in a Sierran yellow pine / black oak forest environment with the purpose of assessing the effects of prescribed fire on obsidian hydration bands.  Research suggests that obsidian hydration bands begin to be affected by heating at approximately 260°C, become significantly affected at 427°C, and may be completely destroyed at temperatures exceeding 700°C (Benson 2002; Brunswig et al. 1995; Deal and McLemore 2002; Green et al. 1997; Halford and Halford 2002; Origer 1996; Smith 2002; Solomon 2002; Steffen 2002; Trembour 1990).  The research design consisted of placing obsidian artifacts with previously established hydration bands in burn plots with variable fuel load ("light", "woody", and "log").  Temperatures were recorded at the soil surface and subsurface (-5-7cm) using a thermocouple and data logger system. This is an important component of the experimental design since most studies have only incorporated crude indicators of maximum temperature such as temperature sensitive crayons, pellets, and paints.  Use of a thermocouple / data logger system allowed the researchers to generate coarse time and temperature curves from which heating rate, duration, and maximum temperature could be derived.

35

BLM_0034859

The first experiment was conducted in an environment characterized by a considerable build up of hazardous fuels with an estimated fuel load of approximately 16-31 tons/acre (5888-11,409 kg/ha). Due to a thick duff accumulation, surface temperatures reached maximum levels over a protracted period of 2.5 hours. The peak surface temperature associated with log fuels was approximately 520°C, woody fuels 310°C, and light fuels 305°C. Subsurface temperature reached maximum levels of 73-67°C over an extended period of 6.5 hours. The results of this experiment showed that in lighter fuels hydration bands were altered for 56% of the sample, woody fuels 67% of the sample, log fuels 78% of the sample, and subsurface 44% of the sample (N=27).

The second experiment was conducted during the spring in an area where hazardous fuels had been reduced by periodic prescribed burning (estimated fuel load 4 tons/acre, 1472 kg/ha). The same experimental method used during the previous experiment was also implemented here. Peak temperatures recorded during the experiment ranged from approximately 475°C for log fuels to 137°C and 79°C for woody and light fuels respectively. Temperatures peaked rapidly within minutes and were sustained at high levels for 2-4 hours. The results of the experiment showed that 44% of the log fuel specimens, 11% of the woody fuel specimens, and 44% of the light fuel specimens exhibited altered hydration bands. Due to the lighter fuel load, alteration of hydration bands during this experiment were diminished during this experiment as compared to the previous where fuel load was heavier. In addition to alteration of hydration bands, 74% of the specimens from both experiments exhibited additional forms of thermal alteration such as surface sheen, pitting, and combustive residue deposition. Overall, the experiments demonstrate that fuel load, burn duration, and peak temperature are important variables affecting the alteration of obsidian hydration bands.

36

BLM_0034860

Solomon (2002) conducted a similar experiment in a Ponderosa pine / mixed conifer environment with an estimated fuel load of 3.5 tons/acre (1288 kg/ha). The experimental design consisted of placing obsidian artifacts, with previously determined hydration bands, at the soil surface within designated burn plots. Fuel compositions within the burn areas were variable to include a slash pile, log fuels, woody fuel, and light fuels. Maximum temperature data were recorded using heat sensitive temperature pellets placed beneath each artifact. This method is unlikely to produce accurate temperature readings since there is often a significant temperature differential between the upper and lower surfaces of an artifact during burning (see dissertation chapter 4). The results of the experiment show that temperatures at the soil surface did not exceed 101°C with the exception of the surface beneath the slash pile in which surface temperatures were estimated to have reached the 400-500°C range. Two obsidian specimens from the slash pile slot exhibited diffused hydration bands; however, none of the remaining specimens included in the study exhibited altered hydration bands. The author concludes that low intensity prescribed burns in Ponderosa pine / mixed conifer environments are unlikely to negatively affect obsidian hydration bands. Conversely, the author suggests that burning under slash pile fuel loads has a potentially greater probability of negatively affecting hydration bands. Although the method of temperature measurement used during this study is insufficient, the results further reiterate the important relationship between fuel load / fire intensity and potential thermal alteration of obsidian hydration bands.

Halford and Halford (2002) conducted a prescribed burn experiment in sagebrush fuels to assess the impact of burning in this fuel model on obsidian hydration bands. The experiment consisted of six 1x1m burn plots situated in variable fuel densities of heavy moderate and light in which 180 obsidian artifacts (with established hydration bands) were equally distributed across the plots and at variable soil depths (soil surface, -5cm, -10cm).

37

BLM_0034861

Temperature data were recorded using temperature sensitive pellets of various melting thresholds ranging between 149-843°C.  In addition a digital thermometer paired with two thermocouples was used to measure temperature gradient in Plot 1 during the burn.

The prescribed burn was conducted in late fall under cool and moist conditions, which diminished fire intensity and the potential for the fire to carry itself across the burn area.  The results of the experiment show that in Plot 1 (light fuel) surface temperature peaked at only 85.2°C and subsurface (-5cm) temperature reached a maximum of only 6.2°C.  In plots with heavier fuels, peak surfaces temperatures are reported to have reached approximately 300°C (temperature pellets).  The impact of the burn on obsidian specimens was minimal, and generally limited to surface specimens from one heavy and one moderate fuel plot.  For the heavy fuel plot, 40% of specimens are reported as exhibiting diffuse hydration bands, and in moderate fuel plot 10% of specimens were similarly affected.  Due to the significant degree of inter and intra-plot temperature/burn intensity variability observed during the experiment, the authors conclude that, in sagebrush environments fuel density and the proximity of artifacts to fuels are important variables that potentially affect the thermal alteration of obsidian hydration bands.

Green et al. (1997) conducted a similar experiment during a prescribed burn in sagebrush fuels.  The research methodology consisted of placing obsidian artifacts with established hydration bands in burn plots of variable fuel density (heavy, moderate, light).  Temperature data were recorded by placing temperatures sensitive tablet beneath each artifact.  The results of the experiments demonstrated that alteration of obsidian hydration bands is strongly associated with fuel load and burn temperature.  The authors conclude that surface temperatures below 200°C are unlikely to produce diffuse or destroyed obsidian hydration bands.

38

BLM_0034862

Additional experimentation of this nature conducted in sagebrush fuels was performed by Benson (2002). In addition to assessing the impact of prescribed burning on obsidian hydration bands, the experiment included a second component that was focused on the potential for thermal alteration of chert artifacts. The experimental design consisted of subdividing a burn plot into heavy, moderate, and light subplots (three each) in which 90 obsidian artifacts and 90 chert artifacts were equally distributed at the soil surface. Soil surface temperature data were collected using an unspecified data logger and thermocouple system. The results of the experiment showed that surface temperatures in the heavy fuel subplots ranged between approximately 73-725°C (specific time / temperature curves are not provided) and that the hydration bands from all obsidian specimens were either diffuse or completely obliterated. Surface temperatures in the moderate fuel subplots ranged between 80-550°C and the hydration bands on 24 specimens were negatively affected. In the light fuel plots surface temperatures ranged between 37-440°C, negative affecting the hydration bands of 16 specimens.

The portion of the experiment focused on the potential for thermal alteration of chert artifacts is only vaguely discussed in the report. Specifically, the source of the chert material is not specified; no time / temperature data are provided for chert artifacts; and the extent of thermal alteration associated with chert artifacts is reported as "severely damaged" with little reference to specific observations. The only information provided is contained within the following statement; "All of the large and many of the medium size flakes shattered into tiny fragments. Many of the smaller flakes were structurally unchanged, but altered in other ways (p.100)". No further elaboration is provided. Based on the temperature data provided for the subplots, it is likely that the chert specimens were subjected to peak temperatures ranging

39

BLM_0034863

between 440-725°C. These temperatures are well within the range necessary to induce significant thermal fracturing of chert (see dissertation chapters 3 and 4).

The author concludes that during prescribed fires where surface temperatures exceed 300°C, thermal alteration of obsidian hydration bands is likely to occur. However, the author suggests that duration of heating is also an important variable operating in tandem with temperature range. Again, the dynamic between fuel load, burn intensity, and potential thermal alteration of selected archaeological materials is reiterated.

**Discussion**

In sum, each of the research projects discussed above offers important contributions in assessing the potential thermal alteration of archaeological resources during prescribed fires. Nonetheless, several of the experimental designs share a common weakness, which is directly related to method of temperature recording. With the exception of Deal and McLemore (2002) and Benson (2002) temperature data were acquired using temperature sensitive products, which only provide a broad range estimate of maximum temperature. Excessive confidence was placed on the reliability of these products in actually establishing the peak temperatures at which individual artifacts were heated. Moreover, some researchers placed these products beneath artifacts during experiments, effectively estimating the maximum temperature beneath specimens, not on upper surface where temperature may be 50-60% greater (see dissertation chapter 4). In addition, most researchers failed to consider the potential for variable burn intensity and temperature with the spatially defined boundaries of individual burn plots. Where data loggers and thermocouples were used to establish time and temperature gradients within burn plots, the data are often coarsely measured over gross time intervals measured in 30-60 minute units. Capturing data points at shorter intervals such as 1-5 seconds would provide more detailed information regarding heating rate, duration, and

40

peak temperature.  Clearly, more reliable and detailed methods of temperature measurement are needed to accurately assess the impact of a given burn intensity/temperature on archaeological materials.  Additional research that incorporates a wide range of artifact classes and a variety of prescribed burn fuel models is also necessary to further the base of knowledge acquired on the subject thus far.  In order to address these issues, a series of prescribed burn field experiments were conducted.  Information regarding the experimental design, fuel environment, and results are provided in the following section.

## PRESCRIBED FIRE EXPERIMENTS

Field experiments performed in conjunction with prescribed burns were designed and implemented during the 2001 and 2002 field seasons.  Experiments were conducted in a variety of fuel types during planned prescribed burns at Badlands National Park, Grand Teton National Park, Wind Cave National Park, Pike National Forest (Colorado Front Range), and Bureau of Land Management lands  (northwestern Colorado).  In addition, one experiment was conducted in the Pike National Forest during the Shoonover Fire , which at the time the experiment was implemented was a low-intensity wildland fire where conditions were analogous to those generated during a prescribed burn.  Dominant fuel types in the environments where experiments were performed included: mixed grass prairie (Badlands National Park); mixed grass prairie / Ponderosa Pine (Wind Cave National Park); sagebrush (Grand Teton National Park); riparian/willow (Grand Teton National Park); mixed conifer, Ponderosa Pine / Douglas Fir (Pike National Forest); and piñon-juniper (Colorado BLM). The purpose of these experiments were to:

1. Observe surface and subsurface time/temperature gradients generated during prescribed fires in a variety of fuel models ranging from light (grassland) to heavy (mixed conifer).

41

BLM_0034865

2.  For a specific fuel model, observe and document the effects of heat energy released during flaming combustion on a variety of archaeological material types common to the archaeological record.

3. Based on these data, provide broad guidelines for land managers regarding the potential impact of prescribed fire on archaeological resources given a specific fuel model and archaeological material type.

**Research Design**

The research design utilized during the prescribed fire experiments was influenced by that developed by Sayler et al. (1989), but adapted and refined to meet the specific goals of this project.  The basic method used during the experiments consisted of establishing 2x2m or 1x1m burn units, divided into four $1m^2$ or $50cm^2$ quadrants in which clusters of experimental artifact were positioned at the mineral soil surface.  The artifacts consisted of modern replicates or analogs of common prehistoric and historic archaeological materials.  The artifact classes represented included mammal bone (various deer and elk elements), freshwater mussel shell (various species), lithics (chert and obsidian flakes), pottery (prehistoric replicates and unprovenienced black-on-white sherds), metals (copper, brass, lead), firearm cartridges (rifle/handgun), glass fragments (beverage containers), ceramics (white ware), beads (wood, glass), and wood (2x4inch pine scraps).  Each quadrant within the burn plot contained a cluster of experimental artifacts representing the same range of material types.  Thermal alteration assessments of artifacts were based on recording the range of thermal alteration attributes observed during post-burn analysis.  Thermal alteration attributes included various degrees of alteration ranging from combustive residue deposits to thermal fracturing (definitions provided in Appendix 1, Data CD).  Supplemental information regarding weather conditions, fuel load, and fire behavior were also recorded during each

42

BLM_0034866

experiment. Experimental artifacts (N=832) were measured, weighed and assigned Munsell (2000) color values pre- and post-fire. Descriptive information and thermal alteration analysis of each artifact included in the study is provided in Appendix 1, located on the Data CD included with the dissertation.

In addition to the basic 2x2m burn plot experimental setup, four modifications of the design were also conducted over the course of the prescribed burn project. First, some prescribed burn experiments were performed where only surface temperature data was collected without the inclusion of experimental artifacts. These experiments were performed with the purpose of gathering additional time/temperature data in order to validate the data generated during previous experiments. The second modified design consisted of trials in which upper and lower surface temperatures of experimental artifacts were recorded during a prescribed burn in grassland fuels and during a low-intensity wildland fire in a mixed conifer environment. The third manipulation of the basic experimental design included a series of log burning experiments performed during a prescribed burn in mixed conifer fuels. These experiments were conducted to observe the range of soil surface temperatures generated beneath heavy fuels, and the effects of the heat energy release on lithic artifacts. The log burning experiments consisted of a 1x1m burn unit placed arbitrarily over downed, dead logs ranging in size from 10-30cm in diameter. Modern replicated lithic flaking debris was placed at the soil surface beneath the logs and subsequently burned, then later analyzed for thermal alteration attributes.

Time and temperature data during each experiment were recorded using two systems. The primary system, used for the majority of the project, consisted of an Omega OM-3000 portable data logger and six Type K hi-temperature inconel overbraided ceramic fiber insulated thermocouples (XCIB-K-1-2-25, 25ft length, Type OST male connector, probe style

BLM_0034867

1 termination) (Omega Engineering 2000). During burning, the data logger was housed in a fire/heat resistant case (Sentry security chest), which in turn was over-wrapped with heat reflective carbon cloth. The data logger was programmed to record temperature (°C) data points every 1second, 5 seconds, or 10 seconds depending on the fuel type and experimental situation. Thermocouples leads were placed at the mineral soil surface within the center of each quadrant, roughly at the center of the artifact cluster. Subsurface temperatures were also recorded by placing thermocouples at various soil depths ranging between 1-10cm depending on the fuel type. This data recording system allows for the generation of detailed time/temperature curves showing rate of heating, peak temperature, time at peak, and cooling rate via computer download from the data logger to a PC.

The secondary time/temperature recording system consisted of a portable data logger and thermocouple system developed and constructed by Jim Reardon at the USDA Intermountain Fire Sciences Laboratory (Missoula, MT). Here the temperature logger program was downloaded to the data logger box via PDA prior to initiation of the experiment. Thermocouples (K Type, ceramic overbraid) were placed on the upper and lower surfaces of experimental artifacts to assess the potential temperature differential between these two surfaces during a fire. The data loggers were buried approximately 20cm subsurface during burns to inhibit potential thermal damage. Post-fire the data were uploaded to the PDA, then downloaded to a PC for compilation and analysis. Data generated by both systems fill in crucial information regarding the range of temperatures and duration of heating generated by combusting fuels of various composition as well as the ability to associate these data with observable thermal alteration of experimental artifacts. Time and temperature data for each of the experiments conducted during the study are provided in Appendix 1, located the data CD. These comprehensive data were largely absent from previous research

44

BLM_0034868

conducted during prescribed burns where only maximum temperature was roughly estimated using temperature sensitive products with standardized melting points such as crayons, pellets, and paints; and roughly correlated with thermal alteration of archaeological materials.

**MIXED GRASS PRAIRIE EXPERIMENTS**

Prescribed burning experiments in grassland fuels were conducted at Badlands National Park, which is located in southwestern South Dakota near the eastern margin of the Black Hills. The dominant vegetative biome in the area is mixed grass prairie. Research at the park was undertaken in early May 2001 in conjunction with a prescribed burn project focused on reducing the presence of an invasive grass species (smooth brome, *Bromus inermis*) and the promotion of native species. Research was resumed at Badlands National Park for 2002 in conjunction with the continuation of the previous project in April of 2002, and during an additional prescribed burn conducted during late April and early May of the same year.

**2001 Badlands National Park Experiment**

The 2001 experiment at Badlands NP included four burn plots, each of which contained approximately 50 experimental artifacts. Thermocouples 1-4 were placed on the soil surface within each $1m^2$ quadrants delineated within the 2X2m burn plots. Thermocouple 6 was placed 2cm below the soil surface at the approximate center of each burn plot to determine subsurface temperatures during the burn. The prescribed burn occurred in moist grassland fuels, predominantly smooth brome *(Bromus inermis*), with an estimated fuel load of approximately 4 tons per acre (1472 kg/ha).

**Results**

The time/temperature data for Plot 1 are summarized in Figure 2.1 (All figures are provided at the end of Chapter 2). These data show maximum surface temperatures ranging

widely from 418.8-82.0°C. The 418.8°C value is clearly an anomaly compared to the other values for which peak temperatures were considerably lower. This irregular value may be due to a displaced thermocouple and/or the occurrence of flames coming into direct contact with the thermocouple sensor. Overall, surface temperatures peaked and fell to near baseline values within 7 minutes, with the greatest portion of heating occurring within the first 1 minute of combustion. Peak temperatures reached apex levels within 30-60 seconds, and were sustained at near maximum values briefly for only 10-15 seconds. Subsurface temperature (at –2cm) reached a maximum of only 25.8°C, an increase of only 15°C over the baseline value. The time/temperature curve for the subsurface thermocouple is characterized by low apex and is considerably more protracted compared to the curves generated by surface thermocouples. This suggests that subsurface heating at –2cm is minimal under the conditions observed during burning. Field notes on observed fire behavior are indicative of low fire severity. The flame front (backing fire) required approximately 3.5 minutes to pass across the 2x2m unit (40-60m per hr), and flame length was estimated at between 20-40cm.

The time/temperature data for Plot 2 are summarized in Figure 2.2. Surface temperatures within Plot 2 peaked and fell to near baseline temperatures within 10 minutes, with the greatest range of heating occurring within the first minute of the time and temperature curve. Maximum surface temperatures recorded for each quadrant of the burn plot varied moderately ranging between 235.0-106.6°C. Peak temperatures were attained within 40-60 seconds, and remained elevated for a short duration (10-15 seconds). Time/temperature curves for each of the surface thermocouples are uniform in contour, suggesting consistent burning across the entire plot. The maximum subsurface temperature recorded was within the plot was 21.5°C, which is only a slight increase over the 12.3°C baseline reading. Fire behavior observations show that the flame front (backing fire) spread

46

BLM_0034870

across the unit within approximately 2min38sec (40-60m per hr), and flame length was estimated at 20-40cm.

The time/temperature data for Plot 3 are summarized in Figure 2.3. These data show very uniform curves with peak surface temperatures ranging between 150.2-281.0°C. Surface temperatures reached maximum levels within approximately 30-50 seconds and were sustained at elevated levels only briefly for approximately 10-15 seconds. The entire duration of heating from baseline, to peak, to return near baseline was approximately 11 minutes. The maximum subsurface temperature at –2cm was recorded at 22.7°C, which represents a minimal 5.8°C increase over the baseline value. Observed fire behavior notation recorded the flame front (head fire) passing over the plot within approximately 2min7sec (300-1200m per hr), and estimated flame length ranging between 30-60cm.

The time/temperature data for Plot 4 are summarized in Figure 2.4. Maximum surface temperatures recorded within each quadrant varied widely from 321.2-61.6°C. Thermocouple time/temperature curves for quadrant 1 and 3 are uniform in contour and similar with regard to peak temperature (250-300°C). Data from quadrant 2 and 4 contrast sharply compared to quadrants 1 and 3, showing low peak temperatures (60-70°C) and protracted curves. These data suggest that combustion within the burn plot was not consistent across all quadrants. Overall, peak surface temperatures recorded in Plot 4 peaked and fell to near baseline within 8 minutes with the largest proportion of heating occurred during the first 1 minute of combustion. The maximum subsurface temperature recorded within the plot was 34.6°C, only a 13.3 °C increase over the baseline value. Fire behavior observations show the flame front (head fire) traversing the plot within approximately 2min (300-1200m per hr) with estimated flame length of 30-60cm.

47

BLM_0034871

In general, maximum surface temperatures between the quadrants delineated within each of the four burn plots varied considerably ranging between 418.8-61.6°C. These temperatures were characterized by brief residence times in which peak and near peak values were sustained for only 10-15 seconds. The average maximum surface temperature recorded within each quadrant across all four burn plots was 195.8°C. Overall, time curves for each plot show that temperatures peaked precipitously, then fell rapidly to near baseline within 6-9 minutes. The steepest portions of the curves show that the majority of heating above 50 °C occurred within the first minute of combustion. In sum, the results of the grassland prescribed burn experiment indicated that surface heating during combustion was rapid but brief in duration.

Subsurface heating at –2cm during combustion of grassland fuels was negligible. Maximum subsurface temperatures for burn plots 1-4 ranged between 21.5-34.6°C. The average peak subsurface temperature across the four burn plots was 26.2°C, which was only an average increase of 10.9°C over baseline temperatures recorded prior to burning. These data suggest that 2cm of soil is sufficient to mitigate subsurface heating during cool-season prescribed burning in grassland fuels.

Post-burn analysis of over 200 experimental artifacts subjected to burning during the experiment show that the limited amount of heat energy produced by combusting grassland fuels did not generate significant thermal alteration of any artifact classes. No potentially detrimental thermal damage in the form of thermal fracturing, cracking, spalling, or deformation was observed (with the exception of melted plastic on the shotgun shells). The most significant type of thermal alteration observed occurred in the form of partial combustion/charring of organic specimens such as wooden beads, 2x4 inch pine scraps, and the organic component of some bone specimens (generally limited to upper edges of

48

BLM_0034872

specimens where bone density was thin). Interestingly, the pine scraps, and wooden beads did not fully combust; only minor evidence of incomplete combustion on the upper surfaces and edges of these specimens was present.

Over the entire artifact sample, the only immediately discernable effect of burning was the discoloration of the upper surfaces of specimens in the form of an adhesive light brown combustive residue deposit, and minor blackening/charring along the upper edges of organic specimens. The combustive residue deposit is a highly nitrogenous condensate tar that forms on cool surfaces (i.e., artifacts) during a fire (Yokelson et al. 1997). This deposit ranged in color from golden brown to black depending on the extent of combustion of the tar deposit. The charred portions of organic specimens represent the byproduct of the pyrolysis and partial combustion of those materials, particularly wood specimens. DeBano et al. 1998:23, refer to this as "char", a substance that is neither an intact organic compound nor pure carbon. In the instance of condensate tar deposition on artifact surfaces, it is likely that under natural conditions these deposits will weather from the surfaces of artifacts over time. In the laboratory, these deposits can be removed via vigorous scrubbing with water and a pumice soap solution. The charred portions of organic specimens; however, are permanent thermal alterations of the artifact structure that may, overtime lead to enhanced degeneration of these artifact classes.

In general, the impact of prescribed burning in grassland fuels on the experimental artifacts is generally consistent with similar experimental results reported by Sayler et al. (1989) and Brunswig et al. (1995). Sayler et al. (1989) report pervasive "scorching" (combustive residue deposits) of all experimental artifacts as well as charring of organic specimens during prescribed burning in a prairie environment. However, the researchers did report potlid fracturing, lead deformation, and shell damage, of which no instances were

49

BLM_0034873

observed during the present experiment. This is likely due to heavier fuel loading (buck brush) in two of the experimental burn plots set up by Sayler et al. (1989). The results of the present experiment show that although grassland fuels are homogeneous, there was a wide range of variability in the maximum surface temperature recordings between and within each of the burn plots. This is likely due to variable rates of combustion of fuels within each plot, and the possible occurrence of flames coming in contact with a thermocouple sensor. In addition, grassland fuels were not heavy enough to sustain high temperatures and long residence times. This is reflected in the recorded subsurface temperatures that were elevated only 10-15° over baseline in each of the 4 burn plots. Based on these observations, it is suggested that prescribed burning in mixed-grass fuels presents a minimal risk to surface artifacts, and little or no risk to subsurface artifacts.

## 2002 Badlands National Park Experiments

Field experimentation performed in conjunction with prescribed burning at Badlands National Park was continued in the spring of 2002 during the continuation of the roadside burn project and during the Pinnacles burn project. Experimentation during the roadside burn project consisted a research design using three burn plots similar to that outlined for the 2001 experiments. The only exceptions being that experimental artifacts were placed within Plot 1 only and no artifacts were included in Plots 2 and 3, only temperature data was collected within those plots. In addition, thermocouple placement was also slightly altered such that thermocouple 5 was placed –1cm subsurface, and thermocouple 6 was placed –2cm subsurface within quadrant 2 of each plot. Fuel loads were similar to those described during the 2001 experiment.

During the Pinnacles burn project, the same methodology was used for three burn plots with the exception that artifacts in Plot 1 were sprayed with fire retardant immediately

50

after combustion had ceased within the unit to assess the potential for thermal shock during the application of fire suppressant foam. In addition, an experiment designed to assess the temperature differential on the upper (side facing atmosphere) and lower (side facing soil surface) surfaces of an artifact during prescribed grassland fire conditions was also conducted. The experiment consisted of attaching thermocouples (via binder clips) to the upper and lower surfaces of 3 artifacts (pronghorn [*Antilocapra Americana*] mandible, black-on-white pottery sherd, and Hartville Uplift chert flake). Ten trials were performed using the same three artifacts in each trial to observe the cumulative impact of repeated burning in grass fuels on the artifacts as well as the temperature differential between upper and lower surfaces of each artifact during the experiment. Digital photos were taken of each artifact beginning and following each trial. Fire behavior and fuel information were also recorded for each trial.

### Results: Roadside Burn Project

Smooth brome (*Bromus inermis*) was the dominant fuel type during the roadside burn project. Time/temperature data for Plot1 are provided in Figure 2.5. These data show that maximum surface temperatures within the burn plot varied considerably from 67.0-256.6°C during combustion. Temperatures reached apex levels rapidly within approximately 30 seconds and were sustained at elevated levels only briefly for 10-15 seconds. Surface heating within the plot was relatively consistent with the exception of quadrant 1 in which peak temperatures were limited to the 60°C range. Overall, surface temperatures within the plot peaked and diminished to below 50 °C within approximately 7 minutes. Subsurface temperatures at −1cm increased from 6.3-30.5°C, and temperatures at −2cm increased from 6.2-12.4°C. Fire behavior observations documented during the burn show the flame front (backing fire) passing the 2x2m burn plot within approximately 2.5 minutes, and flame

51

BLM_0034875

lengths ranging between 15-50cm.  Time and temperature data indicate that the maximum amount of surface heating occurred within the 2.5-minute window.

Post-fire analysis of over 50 experimental artifacts from Plot 1 indicated that the impact of the burn on the artifacts was minimal.  Overall, a light brown condensate tar deposit was pervasive across the upper surfaces of all specimens.  Some bone and wooden bead specimens also exhibited minor charring on upper surfaces as well.  However, no significant forms of thermal alteration such as thermal fracturing, spalling, or deformation was observed. These observations are consistent with those reported for the experiments conducted at Badlands National Park during the roadside prescribed burn in 2001.  Moreover, the results of the Plot 1 trial further support the assertion that cool-season prescribed burning in grassland fuels will produce low peak surface temperatures characterized by brief residence times, which in turn, present a limited potential for significant thermal alteration of surface artifacts. In addition, subsurface heating generated by combusting fine fuels was minimal at depths of −1cm and −2cm further indicating that subsurface archaeological material are unlikely to be significantly affected during grassland prescribed burns.

Experimental artifacts were not included in Plots 2 and 3; only temperature data were collected during burning.  Time/temperature data for Plots 2-3 are summarized in Figure 2.6. Data for Plot 2 show maximum surface temperatures varying considerably between 86.7-281.3°C.  Heating within quadrants 1 and 3 was characterized by rapid ascent to peak temperatures and brief residence times.  Surface heating within quadrants 2 and 4 was less severe and more protracted indicating inconsistent combustion within the plot.  Subsurface temperatures at −1cm increased from 12.7-27.2°C, and temperatures at −2cm increased from 9.0-13.2°C.  Fire behavior observations show that the plot was burned within 1.5 minutes via a flanking fire that generated flame lengths of 50-75cm.  Consequently, the maximum

52

BLM_0034876

duration of heat penetration at the soil surface was limited to this short window. Over the entire burn window, temperatures peaked and fell to below 50°C within approximately 4.5 minutes.

Peak surface temperature within Plot 3 varied between 72.3-196.9 °C. The time/temperature data for the plot show that surface heating was consistent with the exception of quadrant 2 where peak temperatures were limited to 72.3°C. Surface heating within the plot was precipitous and brief with the greatest proportion of heating occurring within the first minute of combustion, and the entire duration of heating in excess of 50°C lasting approximately 4.5 minutes. Subsurface temperatures at –1cm increased from 11.3-19.3 °C, and temperatures at –2cm rose from 12.8-20.9 °C, indicating minimal subsurface heat penetration. Fire behavior observations show the flame front (head fire) crossing the unit within minute with flames lengths ranging between 50-150cm.

### Results: Pinnacles Burn Project

An additional experiment consisting of three burn plots was conducted at Badlands National Park in conjunction with Pinnacles burn project during the spring of 2002. The dominant fuel type within each of the three plots was Western Wheat grass (*Agropyron smithii*). The experimental method was similar to that described for the 2002 roadside project experiment with the exception of the method used for Plot 1. During this trial fire suppressant foam was applied to the unit immediately after flaming combustion had ceased. Experimental artifacts were placed in quadrant 1 only. Here eight artifacts (2 obsidian flakes, 1 Hartville Uplift chert flake, 1 Hartville Uplift chert nodule, 2 black-on-white potter sherds, and 2 deer *Odocoileus sp.* appendicular elements) were placed at the soil surface to observe the impact of abrupt temperature changes on various artifact classes.

53

BLM_0034877

Time/temperature data for Plot 1 show that maximum surface temperature within the plot varied considerably, ranging from 48.5-289.0 °C. Temperatures at –1cm subsurface increased from 8.6 –35.3 °C, and temperatures at –2cm increased from 8.9-12.2 °C. Fire behavior observation recorded the flame front (flanking fire) crossing the plot within 2.5 minutes. Fire suppressant foam was applied to the unit immediately after flaming combustion has ceased. This is reflected in the time-temperature curves for each thermocouple, which show sharp and erratic declines in temperature within 2 minutes versus the typical 4-8 minute range observed in previous experiments. The abrupt change in temperature, however, did not have a significant impact on the experimental artifacts. None of the artifacts exhibited fracturing or spalling that is characteristic of thermal stress induced by irregular heating and rapid change in temperature. This is most likely do the fact that maximum surface temperatures were low and of minimal duration during combustion within the plot. Although temperatures did drop sharply, it was not sufficient to create tensile stresses that could initiate thermal fracturing within the artifacts.

Neither experimental artifacts nor fire suppressant foam were applied during burning within Plots 2 and 3; only temperature data were recorded. Time/temperature data for plots 2 and 3 are summarized in Figure 2.7. Maximum surface temperatures within Plot 2 were rather low, ranging from between only 70.9-94.0 °C. Subsurface temperatures at –1cm increased from 3.3-35.6 °C, and subsurface temperatures at –2cm increased from 6.5-13.5 °C. Overall, surface temperatures within the plot peaked and fell to below 50 °C rapidly within 2.5 minutes. Fire behavior observations recorded the flame front (head fire) crossing the burn plot within less than 1 minute. The low peak surface temperatures and short residence times can be attributed to the flame front flashing through the fuels quickly as the result of wind and a slight 5% slope.

54

The experimental design was altered for Plot 3. Here a juniper branch (approx 2m long x 4-8 cm diameter) was added to the unit by the experimenter. Thermocouples 1-4 were placed at the surface within each respective quadrant, and thermocouples 5-6 were placed directly beneath the juniper branch. The burn plot was burned via a head fire that crossed the unit in less than 1 minute with some residual flaming combustion occurring for 2.5 minutes. The Juniper branch did not combust, and was only slightly charred. Maximum surface temperatures ranged between 60.0-417.5 °C, and maximum temperatures recorded beneath the juniper ranged only between 27.5-87.5 °C. The peak temperature value for thermocouple 3 of 417.5 °C is anomalous, and may be the result of the thermocouple coming out of position at the soil surface and coming into direct contact with a flame.

**Artifact Surface Temperature Experiment**

The final component of the Pinnacles prescribed burn project consisted of an experiment designed to assess the temperature differential between the upper and lower surfaces of artifacts during burning in grassland fuels. Thermocouples were attached to the upper and lower surfaces of 3 artifacts (a pronghorn mandible, a black-on-white pottery sherd, and a Hartville Uplift chert flake). In total, ten trials were performed using the same three artifacts in each trial.

The results of the ten trials show maximum temperatures on the upper surfaces of experimental artifacts varying broadly between 37.4-268.9°C; however, the average maximum upper surface temperature for the overall sample was 189.3°C. Maximum temperatures recorded on the lower surfaces of the same artifacts also varied considerably ranging between 31.4-191.3°C. The overall average maximum lower surface temperature was 92.1°C. The temperature differential between peak upper and lower artifact surface temperatures ranged between 6.0-115.8°C. The average temperature difference for the entire

BLM_0034879

sample was 97.2°C resulting a 49% average temperature differential between peak upper and lower artifact surface temperatures. Figure 2.8 illustrates a typical representation of time/temperature curves associated with the upper and lower surfaces of artifacts during the combustion of fine fuels. In general, heating on the upper surfaces of artifacts was precipitous in which temperatures peaked and declined rapidly. Lower surface temperature curves show that heating on the underside of artifacts was more protracted and less severe compared to that recorded on representative upper surfaces. Overall, however, this differential in heating between artifact surfaces was not sufficient to cause catastrophic failure in any of the artifacts even after the tenth trial. The heat energy generated by combusting fine grassland fuels lacked the intensity and duration to create tensile stresses of the magnitude necessary to induce thermal fracturing of the experimental artifacts   The only observable impact of the experiment on the artifacts was the deposition of a condensate tar deposit that initially consisted of a thin light-brown coating after trial 1, and increased in density thereafter as each trial was completed. At the end of 10 trials the artifacts were entirely covered with a thick, dark-brown/black coating of combustive residue. Significant forms of thermal alteration such as thermal spalling, fracturing, or surface cracking were not observed. This experiment further illustrates the limited potential for cool season prescribed fires in grassland fuels to significantly impact common archaeological materials.

### Summary

The results of the 2002 experiments at Badlands National Park are similar to those reported for 2001. The average peak surface temperature for the four burn plots included in the 2001 experiment was 195°C. The average peak subsurface temperature at −2cm during this experiment was 26.2°C, an average of only 10.9°C over baseline values. The average maximum surface temperature for the 2002 roadside burn experiment was 157.5°C, and

56

BLM_0034880

average subsurface temperatures at −2cm and −1cm were 26.2°C and 12.8°C respectively. These peak subsurface values represent minimal increases of 13.6°C and 4.0°C over baseline readings. During the 2002 Pinnacles burn project, peak surface temperatures averaged 120.7°C, and subsurface peak values at −1cm and −2cm averaged 37.1°C and 7.8°C, representing increases of only 11.1-7.7°C over respective baseline values.  Overall, average maximum surface temperature across all burn plots was 161.8°C, and average subsurface maximums were 28.6°C at −1cm and 11.4°C at −2cm (average increase of 13.4-7.7°C over baseline).   The results of the experiments show that peak surface temperatures within a 2m$^2$ burn plot can vary considerably from only 80 °C to nearly 400 °C depending on the combustion consistency of fuels within each quadrant.

Although grassland fuels are homogeneous, there was a wide range of variability in the maximum surface temperature recordings between and within each of the burn plots. Combustion of these fine fuels did not generate sufficient energy release capable of sustaining high temperatures and long residence times at the soil surface.  In general, residence times of flaming combustion within 2x2m plots are relatively brief, typically ranging between 1-3 minutes depending on fire behavior.  Backing fires will produce longer residence times and the greatest window of heating at the soil surface, generally between 2.5 - 3 minutes.  Flanking fires will produce a maximum soil surface-heating window of approximately 1.5 minutes.  Head fires produce short window of soil surface heating, generally less than 1 minute. Based on time temperature curves, this generally equates to window of heating above 50°C for approximately 3-6 minutes depending on fire behavior.  In general, analysis of the time temperature curves generated during the experiments show that initial heating on the ascending portion of the curve is precipitous in which peak temperatures are achieved within 30-60 seconds.  The residence time of peak and near peak temperatures

57

BLM_0034881

was brief, typically occurring for only 10-20 seconds. The descending portions of the curves were generally more protracted as residual heating is sustained after flaming combustion has ceased. Peak subsurface temperatures, even at −1cm, are negligible generally producing maximum increases of only 13.4-7.7°C at −1cm and −2cm respectively over baseline values.

These data are consistent with the results reported by various by biological science researchers. Archibold et al. (1998) report average maximum surface temperatures of 189°C and 209°C during prescribed burning in northern mixed prairie grasses. Similarly, Bailey and Anderson (1980) reported an average maximum soil surface temperature of 186°C during burning in northern grassland fuels. During burning in annual grasses, Bently and Fenner (1958) recorded maximum soil surface temperatures of 93-120°C. In Kansas tallgrass prairie and Florida sandhill environments, Gibson et al. (1990) report maximum surface temperatures ranging between 19-399°C for the tallgrass biome, and 35-538°C for the sandhill biome. However, the higher temperatures were recorded in association with heavier fuels other than grass. Similarly, Stinson and Wright (1969) report maximum surface temperatures during burning in southern mixed prairie environments ranging between 83-675°C. Again, higher values are associated with fuels other than grasses, and lower values are associated with grassland fuels. These studies also support the observation that residence times in grassland fuels are brief, characterized by rapid heating and cooling intervals.

Concerning the potential negative impact of prescribed burin in mixed grass prairie on archaeological resources, the results of several experiments show that the relatively low surface temperatures and short residence times associated with the combustion of grassland fuels generate minimal thermal alteration of experimental artifacts deposited at the soil surface. The most pervasive form of thermal alteration affecting artifacts was the presence of condensate tar deposit formed during the pyrolysis and combustion of organic fuels. This

58

BLM_0034882

deposit was generally light brown and color and was limited to the upper surfaces of artifacts. It is likely that over time, these deposits will weather from the surfaces of artifacts since the residue can be removed using water and a pumice soap solution. Some artifact classes with organic components such as bone, and those that are completely organic such as wood did exhibit minimal partial combustion along edges and upper surfaces. No catastrophic forms of thermal alteration such as thermal fracturing, spalling, deformation, or surface cracking were observed during the series of experiments performed at the park during 2001 and 2002. The results of the experiment demonstrate that early-season prescribed burning in mixed grass prairie environments will have a minimal impact on archaeological material located at the soil surface. Archaeological resources located greater than 1cm subsurface will be largely unaffected under the same conditions. These results are consistent with that reported by Brunswig et al. 1995, and that reported by Sayler et al. 1989 for low fuel load burn plots.

## MIXED GRASS PRAIRIE / PONDEROSA PINE EXPERIMENTS

Prescribed burning experiments in a mixed grass prairie (multiple species) / Ponderosa pine (*Pinus ponderosa*) environment were conducted at Wind Cave National Park, which is located in southwestern South Dakota, on the southern edge of the Black Hills. Research at the park was performed in mid October 2001 in conjunction with the Bison Flats prescribed burn, and again in May of 2002 during the Highland Creek prescribed burn. Both burn projects were implemented to improve the native vegetation balance at the park. Research at Wind Cave provided a unique opportunity to collect burn plot data in light and moderate fuels simultaneously since vegetation at the park is a mix between grassland and Ponderosa Pine timber stands.

59

BLM_0034883

**2001 Wind Cave Experiment**

Experimental methods employed in 2001 at Wind Cave National Park were similar to those used during the Badland National Park experiments. The experimental artifacts were essentially the same with only minor variations, namely the omission of 2X4 pine scraps and the inclusion of additional mussel shells. In total, four burn plots and approximately 200 experimental artifacts were incorporated into this experiment.

The burn plots consisted of 4 contiguous 2X2m units placed in a location with variable fuels at the transition between grassland and Ponderosa Pine stands. Fuel loads ranged between roughly 4-6 tons per acre (1472-2208 kg/ha) depending on fuel type. Plot 1 contained grassland fuels only. Plot 2 was bisected by a dead/decayed Ponderosa log (15cm dia.), associated branches (<3cm dia.), and grasses. Plot 3 was placed adjacent to the Ponderosa log such that some branches (<3cm dia.) but not the log itself were present, grasses and 2 live Ponderosa sapling (<60cm tall) were also present. Plot 4 contained grasses, 1 live Ponderosa sapling (<60cm tall), and few branches (<3cm dia.).

**Results**

For safety reason, fire behavior observations were made from a distance making it difficult to gather precise information. However, the flame front developed into a head fire propelled by a 10mph wind and appeared to be moving rapidly (500-1200m per hr) across the burn plots. Flame lengths were estimated at between 1-3m.

The effect of the fire on the experimental artifacts was varied. A general trend can be identified that is directly related to fuel load composition. Artifacts from Plots 1 and 4, placed in light fuels were minimally impacted. Observable effects included slight or no combustive residue deposition and minor charring on the upper surfaces of some bone/shell specimens. Artifacts from Plots 2 and 3, placed near the Ponderosa log and litter, exhibited

60

BLM_0034884

significant thermal alteration. Bone and shell artifacts were partially combusted and thermally fractured/fissured as well as highly friable during handling post-fire. One pottery sherd exhibited thermal spalling, two lead sinkers were melted, and wooden beads were 75-100% combusted. Overall, each specimen exhibited deeply charred combustive residue deposits that heavily blackened the exposed surfaces of affected artifacts. However, thermal damage of lithic flakes (chert and obsidian) was not observed with the exception of one obsidian flake that exhibited the enhancement of preexisting radial fracture lines. Overall, the results of the artifact analysis show that the heat energy generated by combusting grass fuels (Plots 1-4) was not sufficient to significantly impact most experimental artifacts. This observation is consistent with the results of multiple grassland prescribed experiments conducted at Badlands National Park, and further supports the assertion that cool season prescribed burning in grassland fuels is unlikely to significantly impact most archaeological resources. However, where heavier ground fuels such as dead/decayed logs and associated litter are present (Plots 2-3), the potential for significantly greater heat energy release is probable, and therefore, the potential for significant thermal alteration of archaeological resources is also greater.

Unfortunately, temperature data were not recorded for this experiment due to an overloaded memory in the data recorder (experimenter error). To obtain comparable temperature parameters, the data logger was setup in a separate area that approximated the fuel conditions under which the previous experiment was conducted. No experimental artifacts were included in this experiment, and only temperature data was recorded. Thermocouples 1-2 were placed at the soil surface in grass fuels only. Thermocouple 3 was placed at the soil surface under a dead/decayed Ponderosa log (15cm). Thermocouples 4-5 were placed at the soil surface within the branches (<3cm) and litter associated with the log.

61

BLM_0034885

Temperature data for this experiment is summarized in Figure 2.9.  As expected, the temperature data were highly variable between fuel load compositions.  Maximum temperature in grass fuels reached only 92.0 °C, peaking rapidly within 1-1.5 minutes with elevated temperatures being sustained briefly for only 10-20 seconds.  Overall, surface heating in grass fuels was sustained above 50°C for approximately 7 minutes.  Maximum surface temperatures in branch/grass fuels reached apex levels over a more protracted duration of approximately 10 minutes in which maximum values for the two thermocouples were recorded at 261.5°C and 471.0°C.  Here surface temperatures in excess of 200°C were sustained for approximately 8 minutes and 20 minutes for each respective thermocouple.  Maximum surface temperatures recorded beneath the log were the greatest, reaching the 615.1°C mark.  Here temperatures greater than 500°C were sustained for approximately 22 minutes, followed by a gradual reduction in temperature in which values remained in the 200°C range for over 2 hours.  These data illustrate the significant temperature differential generated by fuels of various composition within a small spatial unit, and further support the assertion that fuel load and residence time are critical variable affecting the potential for significant thermal alteration of archaeological resources.  While these temperature data are not directly correlated with observed thermal alteration of experimental artifacts, they can be used as an analog by which to assess the thermal alteration of experimental artifacts observed in Plot 1-4 during the initial experiment.

**2002 Wind Cave Experiment**

During the 2002 prescribed burn project at Wind Cave, one 2x2m burn plot divided into four quadrants containing approximately 50 experimental artifacts was placed in a wooded drainage.  One elk antler and one deer mandible found near the burn unit were also included in the experiment.  The burn plot was placed on a 10-15% slope with a North aspect

62

BLM_0034886

towards the upper (eastern) portion of the drainage.  Fuels consisted of Ponderosa Pine duff

and litter (two 2m x 3-4cm dia. branches, 2cm of loose pine needles, and 2-3cm duff

accumulation).  Mixed grass prairie fuels in the vicinity were heavily grazed and unlikely to

carry sufficient flaming combustion, and therefore, were not included in the experiment.  The

burn plot was intentionally positioned in the heaviest fuels available within the burn area to

observe the maximum surface temperatures that could be generated during the prescribed

burn.  Thermocouples 1-4 were placed at the soil surface (beneath the duff) in each of the

four quadrants.  Thermocouple 5 was placed at −1cm beneath the soil surface, and

thermocouple 6 was placed −2m subsurface with in quadrant 1.

## Results

Fire behavior was observed at a distance as the flames backed down into the drainage

from three sides.  Flame lengths were observed to be between 20-30cm, and burned across

the burn blot within approximately 5 minutes.  Glowing and flaming combustion continued

for approximately another 10 minutes, and smoldered for an additional hour.

Graphical summarizations of the time/temperature data for the experiment are

provided in Figure 2.10.  Maximum surface temperatures ranged between 286.2-513.5°C and

reached apex levels within approximately 10 minutes within each quadrant.  However, the

temperature gradient within each quadrant was varied.  Quadrant 2 sustained heating >400°C

for approximately 16 minutes, quadrant 3 experienced temperatures >300°C for

approximately 9 minutes, quadrant 4 sustained heating >200°C for 22 minutes, and

temperatures >200°C within quadrant 1 were only sustained for approximately 9 minutes.

This variability is likely due to differential fuel combustion within the burn plot.  Subsurface

temperatures at −1cm increased from 4.8-74.7 °C, and temperatures at −2cm increased from

8.0-64.2 °C; both over a period of approximately 30 minutes. Overall, the greatest proportion

63

BLM_0034887

of surface and subsurface heating occurred over a period of 25 minutes as temperatures peaked and fell gradually to below 50 °C after approximately 45 minutes. These data suggest that duff and litter fuels can generate sustained surface heating in the 200-400°C range for approximately 10-20 minutes.

Post-fire analysis of the experimental artifacts shows that all specimens exhibited heavily blackened combustive residue deposits on exposed surfaces. Significant thermal alteration was pervasive for bone, antler, and shell specimens, which exhibited intensive thermal fracturing/fissuring, heavy charring/partial combustion, and a considerably increase in friability. Wooden beads from each quadrant sustained combustion rates of 75-100%. In addition, one pottery sherd from quadrant 3 exhibited thermal spalling and fracturing, and a lead sinker form the same sample sustained complete deformation due to melting. One glass fragment (bottle glass) from the quadrant 4 sample exhibited thermal spalling. None of the lithic specimens from the overall sample exhibited thermal fracturing. Overall, the impact of the burn on the experimental artifact was most pronounced and consistent for organic specimens. This experiment illustrates the potential for combusting Ponderosa pine litter and duff fuels to generate sufficient heat energy to significantly alter some types of archaeological resources deposited at the mineral soil surface. Thermal alteration of subsurface archaeological deposits > -2cm is not probable. The results of this experiment are similar to those observed during the previous experiment conducted during the Bison Flats prescribed burn at Wind Cave in October of 2001.

## Summary

The results of the two prescribed burn experiments conducted at Wind Cave National Park suggest that the potential for significant thermal alteration of archeological resources is largely dependent on fuel composition, burn duration, and artifact class. The first experiment

64

illustrated the significant differential in heat energy generated by grass fuels and log/litter fuels. Combustion of grass fuels produced limited peak temperatures and brief residence times, which in turn, had a minimal impact on experiment artifacts (combustive residue deposition). Conversely, the combustion of litter and log fuels during both experiments at the park generated peak temperatures of >600°C for log fuels and >400°C for litter fuels. In addition, temperatures in the 200-400°C in litter fuels can be sustained for up to 20 minutes; and log fuels can sustain temperatures >500°C for the same duration. The impact of these combusting fuels on surface experimental artifacts was most prominent for organic specimens such as bone, shell, and wood. These materials exhibited heavy charring/combustion, thermal fractures/fissures, and a pronounced increased in post-fire friability. In addition, thermal spalling/fracturing of pottery sherds and glass, and melting of lead specimens was observed within in some burn plot quadrants, particularly those experiencing sustained heating. However, significant thermal alteration of subsurface archaeological resources in the mixed grass prairie / Ponderosa pine environment is unlikely to occur regardless of fuel load, unless combustion of tree root systems occurs.

## MIXED CONIFER FOREST EXPERIMENTS

Fire effects experimentation was conducted in a mixed conifer environment within the Pike National Forest along the Colorado Front Range during September 2001 in conjunction with the Pohemus Gulch prescribed burn project, and during the Schoonover wildland fire in May of 2002. Research within the forest provided an opportunity to collect burn plot data under moderate to heavy fuel conditions. The dominant vegetative community within the study area consists of a mixed Douglas Fir (*Pseudotsuga menziesii*) and Ponderosa Pine (*Pinus ponderosa*) forest accompanied by an understory of various grasses and forbs. Fuel load was estimated in the 8-10 ton per acre range (2944-3680 kg/ha).

65

BLM_0034889

**2001 Pike National Forest Experiment**

Experimental methods implemented during this project were similar to those discussed for previous experiments. One 2X2m burn plot was setup with approximately 50 experimental artifacts (similar to artifacts used in previous experiments). The plot was orientated such that a dead/decayed conifer log (30cm dia.) and associated branches bisected the unit. Other fuels included a 5-10cm thick duff/litter accumulation, minimal grasses, and forbs. Thermocouples 1-4 were placed within in each respective $1m^2$ quadrant at the mineral soil surface beneath the duff/litter accumulation. Thermocouple 5 was placed –5cm subsurface beneath the log, and thermocouple 6 was placed –10cm subsurface underneath the log. Artifacts positioned in quadrants 1 and 3 were placed at the mineral soil surface (beneath the duff) in close association (~5-10cm) with the log. Artifacts associated with quadrant 2 were placed at the soil surface beneath a 5cm duff accumulation not in association with the log (~70cm NW of log). Quadrant 4 artifacts were positioned at the soil surface beneath an 8cm accumulation of duff, and approximately 30 cm N of the log. The variable fuel composition within each quadrant was structured to assess the potential for differential soil surface heating and artifact thermal alteration.

**Results**

Fire behavior observations show that a head fire, pushed by 5-8 mph wind velocity, generated 1-3m flame lengths, and passed over the burn plot within approximately 5 minutes. Flaming and glowing combustion continued in lighter fuels for approximately 15 minutes; however, the log and other larger fuels sustained flaming and glowing combustion for over 3 hours.

Maximum surface temperatures within quadrants 1 and 3 (close proximity to log) reached peak values of 350.9°C and 326.0°C gradually over a prolonged period of

66

BLM_0034890

approximately 4-6 hours. Surface temperatures within these quadrants also declined slowly, whereby temperatures >100°C were sustained for 6.6-7.5 hours. Peak surface temperatures within quadrant 2 (light fuels) reached 397°C rapidly within 8 minutes, then began to decline quickly with temperatures >100°C being sustained for only 45 minutes. Surface heating within quadrant 4 (light fuel) reached a maximum value of 188.7°C over a period of approximately 45 minutes. Surface temperatures here were sustained at >100°C for approximately 1 hour. Duff combustion within quadrant 2 was more extensive than within quadrant 4, possibly accounting for the differential in maximum temperature and duration of heating observed between the two quadrants. This suggests that duff may mitigate the soil surface heating in instances where duff is not heavily combusted. The maximum subsurface temperature at –5cm beneath the log was 139.0°C, which was recorded over 4 hours after flaming combustion was initiated within the plot. Similarly, the maximum temperature at –10cm of 107.5°C, was recorded over 5 hours post ignition as the log continued to combust over an extended period. Time/temperature data for the experiment are presented graphically in Figure 2.11. These data illustrate the variability in surface heating recorded within the burn plot. The time/temperature curves associated with heavy fuel (log) are smooth and protracted, whereas those associated with lighter fuels (duff) show precipitous temperature gradients. Subsurface curves are smooth and protracted suggesting uniform heating below the surface of the log.

The impact of the fire on the experimental artifacts was proportional to their proximity to the heavier fuel load of the log. Artifacts in quadrants 2 and 4 (light fuels) exhibited heavy combustive residue deposits on the upper surfaces of all specimens. Bone and shell specimens from these quadrants also exhibited moderate charring and partial combustion on upper surfaces. No thermal fracturing, spalling, or deformation was observed.

67

BLM_0034891

Within quadrants 1 and 3, bone and shell exhibited heavy charring and combustion, as well as thermal fracturing/fissuring and increased friability. In addition, lead was melted, wooden beads were partially combusted, and obsidian artifacts exhibited enhanced radial fracture lines.

The results of the post-fire artifact analysis illustrate the direct relationship between the potential impact of prescribed fire on surface archaeological materials and fuel load composition. Artifacts positioned near the log were subjected to temperatures in excess of $300°C$ for over 1 hour in quadrant 3 and three hours in quadrant 1. Subsequently these artifacts were more heavily impacted by the release of radiant heat energy from the heavier fuel compared to artifacts burned in duff where temperatures peaked and fell more rapidly. Subsurface temperatures −5cm and −10cm beneath the log were elevated over $100°C$ for 1-2 hours; however, it is unlikely that archaeological materials deposited at these depths would have been significantly impacted since peak temperatures were low and heating was uniform and prolonged over a period of several hours. Overall, the results of the experiment further support the assertion that heavier fuels equate to greater potential heat energy output during combustion, which in turn, increases the potential for significant thermal alteration of archaeological resources.

**Log Burning Experiment**

In addition to the burn plot experiment conducted during the 2001 prescribed burn, a log burning experiment consisting of four trials was also performed. Each of the four trials consisted of a 1x1m burn unit positioned over a downed/dead conifer log and associated surface litter and duff. Temperature and time data were recorded using the data logger and 6 thermocouple leads placed in a linear orientation beneath logs and associated litter/duff at the contact with the mineral soil. Lithic artifacts were also placed at the soil surface in

68

BLM_0034892

association with the thermocouples. The lithics were modernly replicated flaking debris representing four selected lithic material types common in the archaeological record (obsidian n=10, porcelanite n=8, phosphoria n=6, pink bioclastic chert n=8, N=32). Prior to burning each specimen was measured, weighed, and assigned a Munsell color value. Post-burn, each specimen was analyzed for evidence of thermal alteration, weighed and assigned a Munsell color value. The purpose of this experiment was to collect additional temperature data associated with the combustion of conifer log fuels, and to assess the impact of the heat energy released during combustion on a range of lithic material types.

**Results**

Fuels in Trial 1 consisted of a 15cm diameter conifer log that extended across the unit and a thin duff accumulation, measuring approximately 1cm in depth. Fuel combustion during burning was uniform and complete. Maximum surface temperatures beneath the log ranged widely between 269.0-878.9°C. Temperatures peaked within 10-35 minutes and tapered off to <100°C over a period of 4 hours. Thermal alteration of lithic specimens consisted of a combustive residue deposit, resulting in a blackened discoloration on the upper surfaces of all specimens. In addition to the combustive residue deposits, the chert and phosphoria flakes also exhibited an overall color change to a darker Munsell value suggesting that heating had altered the mineralogy of each specimen. More importantly, one of the chert flakes was thermally fractured into 3 pieces during this experiment. The peak temperature associated with this specimen was 348.9°C, which was recorded approximately 30 minutes after initiation of flaming combustion. The obsidian flakes exhibited a metallic sheen and the enhancement of radial fracture lines on upper surfaces. The peak temperature associated with these specimens was 276.6°C, recorded within 30 minutes of initial combustion. Porcelinite flakes exhibited no structural damage during the trial.

69

BLM_0034893

Trial 2 fuels consisted of one 10cm diameter log extending the across the unit, and a 3cm deep duff accumulation. Fuel combustion was uniform and complete during the trial. Maximum surface temperatures ranged between 366.4-602.0°C. Temperatures peaked within 20-40 minutes and declined slowly to <100°C over an extended period of approximately 4 hours. Thermal alteration of the experimental lithics was similar to those discussed for trial 1. One of the chert flakes was thermally fractured into 2 pieces, and exhibited the same shift in overall color as seen in trial 1. The maximum temperature associated with this specimen was 424.1°C. In addition, one of the phosphoria flakes exhibited a classic potlid fracture (28.33mm in dia.) on its upper surface. The maximum temperature associated with this specimen was 490.6°C. The obsidian specimens exhibited a metallic sheen and enhanced radial fracture lines on upper surfaces. The maximum temperature associated with these specimens was 432.5°C. All specimens were discolored by combustive residue deposition on upper surfaces, and the chert and phosphoria specimens exhibited a shift to a darker hue suggestive of mineral alteration.

Fuels in Trial 3 consisted of a conifer log (10cm in diameter) that extended across the burn unit, and a duff accumulation measuring approximately 3cm in thickness. Fuel combustion during the trial was uniform and complete. Maximum surface temperatures ranged between 319.7-540.8°C. Temperatures peaked rapidly within 15-30 minutes followed by a gradual reduction in temperature in which temperatures >100°C were sustained for over 4 hours. Thermal alteration of the experimental lithics was consistent with that reported for the previous trials. Combustive residue deposits were observed on the upper surfaces of all specimens, and chert and phosphoria specimens exhibited color alterations suggestive of mineral oxidation. The obsidian specimens exhibited enhanced radial fracture lines as well as a metallic sheen on upper surfaces. The peak temperature associated with these specimens

70

BLM_0034894

was 450.7°C. In addition, one of the phosphoria flakes exhibited a small (3.49mm) potlid fracture. The other phosphoria flake exhibited fine crazing on the upper surface. The peak temperature associated with these specimens was 362.8°C.

The burn unit in trial 4 included two logs extended across the 1x1m unit, each of which measured approximately 30cm in diameter. The duff accumulation within the unit was approximately 7 cm thick. Compared to the previous experiments, the fuels in this experiment were the heaviest. Fuel combustion during the trial was uniform and complete. Maximum surface temperatures ranged from 403.4°C to 831.4°C, peaking within a variable period of 15-60 minutes. Heating within the unit was erratic due to natural movement of one of the logs during combustion. Thermal alteration of the experimental lithics was similar to those reported previously. All specimens exhibited combustive residue deposition on upper surfaces. Obsidian specimens exhibited enhanced radial fracture lines as well as an alteration of the upper surfaces in which the original color was altered to a metallic sheen. The maximum temperature associated with these specimens was 567.7°C. Interestingly, although surface heating was considerable during the trial, no chert of phosphoria specimens sustained thermal fractures. There was, however, one exception in which one porcelinite flake was thermally fractured into 2 pieces. The maximum temperature associated with this specimen was 831.4°C.

Combined time and temperature data for all 4 experiments are summarized in Figure 2.12. The uppermost peak surface temperature recorded for trials 1-4 ranged between 878.9-503.2°C. During each trial, surface temperatures in excess of 200°C were maintained for up to 3 hours. In general, temperatures reached apex levels within a broad period between 10-60 minutes; however, the decline in temperature from peak levels was typically more gradual in which temperatures >100°C were sustained for approximately 4 hours. Overall, a wide range

71

BLM_0034895

of maximum temperatures, and variable rates of temperature increase and decrease were recorded during the experiment.  This variability is likely the result of differential rates of glowing and flaming combustion and oxygen availability that occurred while the log was being consumed.  These data suggest that surface heating beneath combusting logs is characterized by relatively rapid temperature ascent to peak levels, prolonged periods of sustained high temperature, and protracted declines in temperature on the descending side of maximum values.

Thermal alteration of the experimental lithics from each experiment can be summarized as follows:

*Obsidian*:  Blackening/carbonization, chrome-like gloss, and linear crazing occurring on the side-up surfaces, observed in 100% of the sample (N=10).  Maximum temperatures associated with these form of thermal alteration ranged between 276.6-567.7°C for an average temperature of 431.8°C.

*Chert*:  Blackening/carbonization as well as an overall color change from 10R 7/3 to 10R 6/3, a darker value for the 10R hue, observed in 100% of the sample (N=8).  Extensive fracturing resulting in the flake breaking into multiple pieces, observed in 25% of the sample.  Maximum temperatures associated with fractured specimens ranged between 348.9-424.1°C.

*Phosphoria*: Blackening/carbonization, and an overall color change from 10R 3/4 to 10R 3/2, a darker chroma value, observed in 100% of the sample (N=6).  Potlid fracturing was observed in 30% of the sample, and crazing was observed in 16% of the sample.  Maximum temperatures associated with thermal fracturing and crazing ranged between 362.8-490.6°C.

*Porcelanite*: Blackening/carbonization with no overall color shift, observed in 100% of the sample.  Fracturing was observed in 12% of the sample (N=8).  The maximum temperature associated with the thermally fractured specimen was 831.4°C.

72

These data suggest the levels of heat energy released during the combustion of dead/decayed conifer logs during prescribed burns is sufficient to induce significant thermal alteration of selected lithic material types included in the experiment, given that specimens are deposited directly beneath logs. Significant forms of thermal alteration observed included thermal fracturing and mineral oxidation of pink bioclastic chert, potlid fracturing and crazing of phosphoria, enhanced radial fracture line propagation and surface alteration (metallic sheen) of obsidian, and thermal fracture of porcelinite under extreme temperature gradient.

## 2002 Pike National Forest Experiment

Fire impact experimentation was resumed within the Pike National Forest during the Schoonover wildland fire that burned a portion of the forest near Deckers, Colorado in May of 2002. The experiment was designed to be simple and expedient given the volatile nature of wildland fire. However, by the time a suitable location was selected for the experiment the fire was burning at a rather low intensity similar to prescribed fire conditons.

The experiment consisted of a 1x1m burn plot placed over a 20cm diameter conifer log that was associated with a 2-3cm duff accumulation (mostly loose pine needle). Experimental artifacts consisted of 2 deer (*Odocoileus sp.*) metatarsals, 2 black-on-white pottery sherds, 2 Hartville Uplift chert nodules, 2 obsidian secondary flakes, and 2 Pecos chert primary flakes. Descriptive artifact information was recorded pre-fire and post-fire. Temperature measurement was achieved using two methods; the primary system used during the previous experiments, and a secondary system that was being field tested for the first time (see methods section). The secondary system was used to gather temperature data on the upper and lower surfaces of three artifacts (bone, sherd, and chert core) to assess the temperature differential between artifact surfaces during burning since thermal fracturing of brittle materials is linked to differential thermal stress induced by disproportionate heating.

73

BLM_0034897

All artifacts were placed in close association (0-5cm) of the log in a linear orientation. The primary temperature recording system was used to gather soil surface temperature data at several points within the plot. Thermocouples 1-2 were placed beneath the log, 3-4 were placed underneath the duff accumulation, and 5-6 were placed –2cm and –5cm subsurface beneath the log.

<u>Results</u>

Fire behavior observations recorded during combustion show that the plot was burned during a slow moving low-intensity backing fire that produced flame lengths of approximately 20-30cm. Time/temperature data for soil surface measurements are summarized graphically in Figure 2.13. The figure clearly illustrates the considerable differences in soil surface heating associated with the log, duff only, and subsurface beneath the log. Temperatures directly beneath the log reached peak values of 632.6°C and 739.8°C. The temperature gradient was characterized by a rapid ascent to apex levels within 5-7 minutes with temperatures >500°C being sustained for 7-12 minutes and temperatures >300°C being sustained for 20-40 minutes. Thermocouples associated with duff fuels only reached peak levels of 223.9-259.3°C rapidly within approximately 3 minutes. Temperatures then declined rapidly to <100°C within approximately 5-8 minutes. Subsurface temperatures beneath the log at –2cm reached a peak value of 226.0°C, and 105.7°C at the –5m level. Here the temperature gradient was smooth and protracted in which peak values were recorded after approximately 1 hour, and heating >50°C was sustained for approximately 3 hours. These data illustrated the variability in soil surface heating on the floor of a mixed conifer forest during a low-intensity fire. Heating is extreme where large fuels are combusted and minimal where only duff is consumed.

74

BLM_0034898

The result of the artifact heating component of the experiment show that peak temperatures on the upper surfaces of selected artifacts ranged between 753.5-583.4°C and maximum values on the lower surfaces of artifacts were recorded in the 515.1-436.8°C range. Time/temperature data are provided in graphical form in Figure 2.14. Upper surface peak temperatures were achieved rapidly within 2-10 minutes and lower surface maxima were recorded within approximately 10-20 minutes. Upper surface heating was erratic and precipitous, while heating on the lower surfaces of artifacts was more uniform and protracted. Overall, artifacts experienced temperatures >300°C for a prolonged period of 30-60 minutes.

Thermal alteration of experimental artifacts was significant. All specimens exhibited a heavily charred combustive residue deposit on exposed surfaces. Bone specimens were heavily charred, combusted, fractured/fissured, and very friable. Peak upper and lower surface temperatures associated with the bone specimen with attached thermocouples were 735.5°C and 463.4°C respectively. Peak temperatures associated with the chert nodule were 682.5°C for the upper surface and 436.8°C for the lower surface. This specimen exhibited extreme thermal fracturing that reduced the specimen to many small fragments (>50), and sustained mineral oxidation (probably limonite to hematite) that altered the original yellow-brown color to red. The chert primary flake also exhibited thermal fractures, but to a lesser extent than the nodule, as well as a shift in color to dark red suggestive of mineral oxidation. The upper surface maximum temperature recorded for the pottery sherd was 583.4°C, and the peak lower surface value was 515.1°C. No thermal fracturing or spalling was observed for either of the pottery sherds, only a highly blackened combustive residue deposit on the upper surface of the sherds was noted. This deposit did, however, obscure the design characteristics of the sherds. Obsidian artifacts exhibited enhanced radial fracture lines and a metallic sheen

75

BLM_0034899