on upper surfaces, but evidence of thermal fracturing was not observed.  No temperature data were recorded for these specimens.

Overall, the results of this experiment illustrate the variability in surface heating during low-intensity wildland fire in a mixed conifer environment.  Soil surface temperatures were highly variable depending on fuel load composition.  Light duff fuels generated low peak temperatures (223.9-259.3°C) characterized by brief residence time in which temperature peaked within 3 minutes and fell off sharply within 5-8 minutes.  Conversely, peak soil surface temperature beneath a combusting log ranged between 623.56-739.8°C and were sustained at >300°C for 20-40 minutes.  Most experimental artifacts associated with the log experienced significant degrees of thermal alteration, particularly bone and chert specimens.  However, pottery sherds were not affected structurally.  Upper surface temperatures recorded on selected artifact were consistent with soil surface temperatures recorded beneath the log.  In sum, the combined data illustrate the important relationship between fuel load as it affects the potential for significant thermal alteration of archaeological materials during wildland and prescribed fire.

<u>**Summary**</u>

In sum, the experiments performed in conjunction with prescribed and low-intensity wildland fires in mixed conifer fuels suggest that the impact of heat energy released during combustion on archaeological materials is variable and largely dependent on artifact class and the association of artifacts relative to large fuels.  Decayed logs on the forest floor can generate soil surface temperatures in the 400-800°C.  Artifacts associated with these fuels generally exhibit significant thermal alteration such as thermal fracturing among lithics and heavy charring, combustion, and fracturing of bone and shell specimens.  The results of several trials in which combusting logs were present show that thermal fracturing of chert and

76

BLM_0034900

phosphoria artifacts is initiated when soil surface temperatures reach the 350-490°C range, and sustain pronounced fracturing when the upper surfaces of artifacts reach the 500-680°C range. Thermal fracturing of chert artifacts is most prominent for larger specimens such as nodules (cores, etc.) where the potential for disproportionate heating within the material is greater due to larger body mass. Mineral oxidation within Pecos and Hartville Uplift cherts was also observed in conjunction with thermal fracturing. Obsidian secondary flakes exhibited enhanced radial fracture lines and a metallic sheen on upper surfaces in association with temperatures in the 400°C range. Bone, shell, wooden, and lead specimens were observed to exhibit significant thermal alteration when burned in association with heavy fuels. Pottery sherds, however, did not exhibit thermal spalling or fracturing. In instance where only duff fuels are present, the probability of marked thermal damage of archaeological materials is not as significant due to reduced fuel load. These results further illustrate the direct relationship between significant thermal alteration of archaeological materials and combustion of heavy ground fuels during prescribed burns and wildland fire. The most effective way to mitigate potential thermal damage of archeological resources located in conifer environments is to remove hazardous fuels from know archaeological sites prior to the implementation of prescribed burn plans or where wildland fire highly probable.

## RIPARIAN ZONE AND SAGEBRUSH COMMUNITY EXPERIMENTS

Prescribed burn experiments were conducted at Grand Teton National Park in conjunction with the Jackson Lake Lodge prescribed burn during May of 2002, and again in September of 2002 during the Kelly prescribed burn. The Jackson Lake burn was conducted in a riparian environment, and the Kelly burn occurred within a sagebrush community. Each of the burn projects provided a unique opportunity to expand the archaeological field-based experimentation to different fuel models.

BLM_0034901

**Jackson Lake Lodge Prescribed Burn**

Fuels in the burn area consisted predominantly of various willow species and associated grasses in a low-lying riparian type environment.  Consequently, the soil surface contained high levels of moisture content.  The experiment included two 2x2m burn plots in which experimental artifacts were burned, two 1x1m burn plots in which upper and lower surface temperatures of experimental artifacts were recorded, and two additional trials where only surface temperatures beneath a large willow and small sagebrush were recorded.

The first component of the experiment consisted of one 2x2m burn plot (Plot 1) that encompassed a small booth willow (*Salix boothii)* (1.5 x 2m) and associated grasses, largely beaked sedge (*Carex rostrata*).  Experimental artifacts (N=14), representing the range of artifact classes (i.e., bone, shell, chert, obsidian, glass, and metals) included in previous experiments were placed in quadrant 1 only.  Temperature data were recorded using the primary OM 3000 system.  Thermocouples were placed at the soil surface within each of the four quadrants comprising the 2x2m spatial unit.  Thermocouple 5 was placed –1cm subsurface, and thermocouple 6 was placed –2cm subsurface.  Two additional 1x1m burn plots were also included in the experiment.  Here the secondary temperature recording method was used to assess upper and lower surface artifact temperatures during the burn.  Each plot (plots 2-3) contained three artifacts (2 black-on-white pottery sherds, 2 obsidian secondary flakes, 2 Hartville chert nodules).  Temperature data within each plot were recorded using one data logger and six thermocouples leads that were attached to the upper and lower surfaces of the experimental artifacts.  Fuels within each of the 1x1m burn plots consisted of one small wolf willow (*Salix geyeri*) (1 x 1.5m) and associated grasses, primarily beaked sedge (*Carex rostrata*).  The goal of the experiment was to record soil surface and subsurface temperatures as well as the differential in temperatures between the upper and

BLM_0034902

lower surfaces of artifacts during the burn; and to correlate these data to potential thermal alteration of the experimental artifacts observed post-burn.

Fire behavior observations near each of the 3 burn plots (encompassed within a $10m^2$ area) show that burning within the units was accomplished by a backing fire, which generated flame lengths of approximately 30-50cm and a rate of spread of approximately 1m per 2.5 minutes. The fire consumed the upper organics on the soil surface only, leaving the willows partially scorched to approximately 45cm from the base. The duff layer was not combusted and the O horizon remained cool and moist.

Time/temperature data for Plot 1 are summarized in Figure 2.15. The results from plot 1 show maximum surface temperatures ranging only between 95.9-140.4 °C. Temperature reached apex levels rapidly within 1.5 minutes, and only sustained heating >50°C for approximately 9 minutes. Peak temperatures were maintained over a period of approximately 30 seconds. Subsurface temperatures at –1cm rose only slightly from 4.3-8.0 °C, and temperatures at –2cm were also elevated only slightly from 4.0-7.0 °C. Time/temperature curves for the subsurface thermocouples were very protracted, indicating very slow heating.

Time/temperature data for upper and lower artifacts surfaces from Plot 2 are summarized in Figure 2.16. These data show that heating on the upper surfaces of artifacts was precipitous and erratic, while heating on the lower surfaces was minimal and protracted. Peak temperatures recorded on upper artifacts surfaces reached highly variable peak temperatures of 265.7-28.0 °C. Heating on the upper surfaces of artifacts was rapid, reaching peak levels within approximately 30 seconds. Elevated temperature were sustained only briefly for a few seconds, then temperature fell off to <50°C within 4-10 minutes. These data

79

BLM_0034903

are consistent with soil surface heating observed in Plot 1. Peak temperatures recorded on lower artifact surfaces varied between minimally between 28.0-59.3 °C.

Time/temperature data for artifact surfaces from Plot 3 are provided in Figure 2.17. Within this burn plot, peak temperatures on the upper surfaces of artifacts ranged moderately between 244.5-355.0 °C. Peak values were reached within approximately 30 seconds and sustained very briefly. However, overall heating on the upper surfaces of artifacts was more significant within Plots 3 with temperatures of >100°C being sustained for 5-15 minutes. Heating recorded from lower artifact surfaces attained maximum temperatures ranging from 47.8-215.2 °C. The 215.2°C is anomalous, and is likely the result of a thermocouple becoming dislodged from the under-side of the artifact during burning. Overall, lower surface heating was slow and uniform, and upper surface heating was rapid and irregular.

The impact of the fire on all of the experimental artifacts from each of the three burn plots was minimal. Post-burn analysis of the artifacts showed that the only observable form of thermal alteration present was a light deposit of golden-brown combustive residue on the upper surfaces of artifacts, similar to that observed during the mixed grass prairie experiments. Bone and shell specimens were not charred or partial combusted, only slightly discolored. No significant forms of thermal alteration of experimental artifacts such as thermal spalling, cracking, or fracturing were observed. The results of the artifact analysis are consistent with the temperature data generated during the experiment. The heat energy generated during combustion was characterized by rapid heating in which peak values were sustained for approximately 30 seconds, followed by a rapid decline in temperature within a brief period of 5-15 minutes. The fuels within each plot did not generate the temperature gradient necessary to initiate thermal fracturing, charring, or other types of thermal damage within the artifact sample.

80

BLM_0034904

During the experiment it became apparent that combustion of small willow and fine grasses during the prescribed burn would not generate the heat energy necessary to significantly impact experimental artifacts.  As a result, an additional 1x1m burn plot was established in heavier fuels.  Burn Plot 4 was placed at the base of a large willow (3.5 x 3.5m, *Salix geyeri* ?) that was also associated with an accumulation of small dead fuels.   Fourteen experimental artifacts (various classes, bone, lithic, metal, glass, etc.) were placed at the soil surface next to the base of the willow.  Thermocouple 6 was placed at the soil surface in association with the artifacts.  The remaining thermocouples were placed at 25cm intervals in a linear orientation radiating outward from the base of the willow (as in experiment 2).  The purpose of this trial was to establish the temperature ranges generated at the base of a large willow, and at intervals radiating outwards beneath its understory.

Fire behavior observation show that the willow ignited and torched into the crown rapidly, and flaming combustion was observed for approximately 17 minutes.  Glowing and smoldering combustion was observed for an additional 18 minutes, and the willow was observed to be approximately 80-85% combusted at the end of the combustion phase.  Time/temperature data associated with Plot 4 are summarized in Figure 2.18.  The maximum surface temperature recorded by the thermocouple associated with the artifacts reached 497.8 °C.  Here temperatures peaked within 9 minutes and were sustained at near peak levels for approximately 30-60 seconds.  Temperatures in the range of >300°C were sustained for ~10 minutes, >200°C were sustained for ~20 minutes and >100°C were maintained for ~30 minutes. The remaining 5 thermocouples recorded maximum surface temperatures ranging between 52.5-320.2 °C.  Peak temperatures diminished in magnitude with each 25cm interval radiating from the base of the willow.  However, heating was uniform across each thermocouple with each time/temperature curve following a similar contour.   Overall,

81

surface temperatures peaked and fell gradually to below 50 °C over a period of approximately 50 minutes.

Post-burn analysis of experimental artifacts showed the presence of a moderate to heavy combustive residue deposit present on the exposed surfaces of all specimens. The bottle glass specimen exhibited a thermal fracture that split the specimen into halves.  Bone specimens exhibited charring and partial combustion on upper surfaces as well as the propagation of surface cracks.  Thermal fracturing of lithic materials was not observed.  This trial illustrates that the residence time and maximum temperatures associated with a large, heavily combusted willow are sufficient to significantly impact some types of archaeological materials, particularly organics and glass.  However, these materials were placed directly at the base of the willow.  Materials deposited subsurface or at distances greater than 25cm from the base are unlikely to be significantly impacted.

Two additional trials were conducted during the Jackson Lake project on an opportunistic basis with the purpose of collecting data on surface temperature only.  The first trial consisted of placing 6 thermocouple leads around the base of a moderately large willow (3 x 3m, species?).  Thermocouples 1-2 were placed at the soil surface next the base of the willow (the area at which it emerges from the soil surface).  Thermocouples 3-4, and 6 were place 25cm away form the willow base, but beneath the radial extent of its branches.  Thermocouple 5 was placed 50cm from the base under the branching willow.

The willow was burned via a backing fire with flames reaching into is crown, however, burning was sporadic and combustion of the willow was less than 50%. The maximum surface temperatures for thermocouples positioned near the base of the willow ranged between 257.0-289.3 °C.  The maximum surface temperatures for thermocouples positioned 25cm from the base ranged between 126.9-84.4 °C.  The thermocouple placed

82

50cm away from the base recorded a maximum surface temperature of only 26.5 °C. Maximum temperatures were maintained for approximately 2.5 minutes with temperatures tapering out to below 50 °C within approximately 8.5 minutes. Maximum surface temperatures next to the willow base were significantly higher than those 25cm away from the base. Higher concentrations of live and dead fuels were observed near the base of the willow prior to ignition. These fuels may be heavy enough to sustain critical temperatures in the range that can significantly impact archaeological materials deposited at the soil surface.

The following trial was similar to the previous with the exception that the source of fuel was a small sagebrush (*Artemisia tridentada*, 1.5 x 1.5m). Thermocouples 1-2 were placed at the soil surface adjacent to the trunk of the sagebrush. Thermocouple 3 was placed at the soil surface 15cm away from the base beneath the radiating branches of the sagebrush. Thermocouples 4-5 were placed 25cm from the base, and 6 was positioned 50cm from the base. During the experiment thermocouple 1 popped out of position at the soil surface and was suspended at approximately 5cm above the soil surface. The maximum temperature recorded for this thermocouple was an anomalous 701.2 °C. The maximum surface temperature for thermocouple 2 was 212.8 °C. The maximum surface temperatures recorded by thermocouple 3-6 ranged between 336.8-163.0 °C. Temperatures peaked and fell gradually to below 50 °C over a period of 20 minutes. Maximum temperatures for thermocouples 2-6 were fairly consistent regardless of their position relative the trunk of the sagebrush.

<u>**Summary**</u>

The result of the Jackson Lake experiment demonstrate that soil surface temperatures generated by a prescribed fire in a riparian zone dominated by willow and sedges can vary significantly depending on fire behavior, the size of fuels, and extent of combustion of fuels.

BLM_0034907

The fuels ignited in Plot 1 were characterized by small willows and grasses which, when ignited, only generated maximum surface temperatures between 95.9-140.4 °C. These temperatures are not sufficient to generate radiant heat energy capable of significantly affecting most archaeological materials (with the exception of wood and other organics). Similarly, heating of artifact surfaces within the same fuel composition produced peak temperatures of up to 355.0°C on the upper surfaces of artifacts, and nearly 60°C on lower surfaces (excluding anomalous value). This is a significant temperature differential; however the severity and duration the heat energy generated by fine fuels was not sufficient to initiate stress within artifacts capable of producing thermal fracture. However, the results from Plot 4 illustrate that temperatures generated at the soil surface by a large willow produce maximum temperatures of 497.8 °C (at the base), and have a more sustained residence time compared to lighter fuels. Enough radiant heat energy is transmitted to the soil surface by these larger fuels to significantly impact some archaeological materials, if the materials are deposited near the base of large willows. Overall, the impact of spring prescribed burning in a riparian zone on archaeological materials is mitigated by high soil and fuel moisture content. Archaeological materials will be significantly impacted only if sufficient combustion of large fuels occurs in tandem with closely associated surface archaeological materials. However, it is highly unlikely that subsurface archaeological deposits will be adversely affected during prescribed burns in riparian environments.

**Kelly Prescribed Burn**

Additional fieldwork was conducted at Grand Teton National Park in junction with the Kelly Prescribed Burn on September 28, 2002. This prescribed burn provided much needed data on effects of burning sagebrush fuels on archaeological materials as well as time and temperature curves associated with these fuels. The experiment consisted of two distinct

84

BLM_0034908

trials using a research design similar to that used during previous prescribed burn experiments.

Plot 1 consisted of one 2x2m burn unit situated within a group of 9 small to medium sized (1m x .75m, 7cm dia. trunk) *Artemisia tridentata* and associated grasses. Sagebrush canopies were relatively thin, and dead under-story accumulations were sparse. The 2x2m plot was divided into four 1x1m quadrants, each containing one or two sagebrush and associated grasses. Thermocouples 1-4 were placed at the soil surface approximately 10cm from the base of a sagebrush in each of the four quadrants. Experimental artifacts were place in each quadrant within a 20cm radius of each respective thermocouple lead. Experimental artifacts were the same for each quadrant and consisted of analogs of common prehistoric and historic artifacts (bone, shell, chert, obsidian, pottery, beads [glass and wood], glass, lead, copper, and brass).

Fire behavior observations show that burn plot ignition was achieved via a head fire, driven by a 3-5mph wind, which generated flame lengths reaching 1-2m. Flaming combustion within Plot 1 was observed for approximately 2min40sec, and fuels were 70-90% consumed as combustion ceased. Time temperature data for Plot 1 are summarized in Figure 2.19. These data show that maximum surface temperatures within quadrants 1-4 ranged between 166.8-310.8 °C. Surface temperatures reached apex levels within approximately 2-3 minutes, and elevated temperatures were sustained for approximately 1 minute. The time / temperature curves for thermocouples 2-4 were very similar, however, the data for thermocouple 1 was somewhat anomalous. Thermocouple 1 recorded a maximum temperature of 310.8 °C and maintained temperature above 200 °C for over 6 minutes before gradually tapering off to below 50 °C after 26 minutes. Fuels in quadrant 1 consisted of 2 medium-sized *Artemisia tridentada*, one of which was partially dead and likely had lower

BLM_0034909

moisture content.  Greater potential live and dead fuel mass within quadrant 1 is likely the reason for higher temperatures and broader temperature curve observed for thermocouple 1. Overall, surface temperatures peaked rapidly and diminished to <100°C with varying durations of between 4.5-13.5 minutes.  Maximum subsurface temperatures at –1cm and –2cm were 35.1 °C and 26.0 °C respectively, and were only elevated 15-25 °C over baseline values.  The results for Plot 1 are consistent with those observed for one individual sagebrush burned during the Jackson Lake Lodge prescribed burn in May of 2002 where maximum surface temperatures ranged between 336.8-163.0 °C, and where temperatures fell to below 50 °C over a period of 20 minutes.

Post-burn analysis of over 50 experimental artifacts showed that all specimens exhibited moderate combustive residue deposits on exposed surfaces.  Bone specimens were most prone to the effects of thermal alteration across all quadrants.  All specimens exhibited charring and partially combustion on upper surfaces, and existing fissures and cracks were exacerbated by thermal stress.  One chert secondary flake from quadrant 3 was thermally fractured, as was a chert nodule from quadrant 1. Peak surface temperatures within these quadrants reached 166.8°C and 310.8°C respectively; however, it is probable that the surfaces of these specimens experienced higher temperatures.  In addition, a glass bottle fragment located in quadrant 2, where the peak surface temperature was 193.3°C also exhibited thermally fractures.  The results of the artifact analysis combined with recorded temperature data indicate the radiant heat energy emitted by combusting sagebrush is sufficient to elicit thermal fractures in chert materials, glass, and bone.  Fracturing of chert and glass was, however, limited only affecting less than 20% of the sample.  Charring and enhanced cracking and bone was universal across the entire sample.  The deposition of combustive residue on the upper surfaces of experimental artifacts was also pervasive.  This compound is

86

BLM_0034910

a condensate tar produced during pyrolysis and combustion of organic plant material, and is unlikely to significantly impact most archaeological material types.

Plot 2 consisted of a 2x2m burn plot placed within 6 medium-large (1m x 1m, 7cm dia trunk.) *Artemisia tridentada* and associated fine grasses. Fuels in this plot were denser and had greater accumulations of dead fuels (dead under story) compared to the fuels within Plot 1. No experimental artifacts were included in this experiment. Thermocouples 1-6 were placed at the base of one large sagebrush within quadrant 2. The thermocouples were placed in a linear orientation at 3cm intervals beginning with thermocouple 1, which was placed at the base of the sagebrush trunk. The purpose of this experiment was to establish time and temperature data for areas at the soil surface beneath the canopy of large sagebrush.

The time/temperature data for Plot 2 are summarized in Figure 2.20. Results of this experiment show maximum temperature ranging between 238.7-522.2 °C. Flaming combustion was observed in the plot for approximately 7 minutes with flame lengths reaching the 1-2m range. Post-fire combustion of fuels within the plot was estimated at 90%. Time and temperature curves for thermocouples 2-6 were very similar with temperatures peaking rapidly to over 450 °C, and falling off gradually to 50 °C over a period of 43 minutes. Temperature for thermocouples 2-6 were maintained above 400 °C for 6 minutes, above 300 °C for 9 minutes, and above 200 °C for up to 18 minutes. Thermocouple 1 produced the only anomalous recording with a maximum temperature of 238.7 °C and gradual curve that dropped to 50 °C within 30 minutes. This thermocouple was positioned next to the sagebrush trunk, which did not combust as consistently as its dead under story. The dead under story associated with thermocouples 2-6 did combust uniformly and completely resulting in higher maximum temperature peaks and exposure to longer periods of temperatures above 200 °C under the time temperature curve.

87

BLM_0034911

This experiment demonstrates that dense accumulations of large sagebrush with significant accumulations of dead under story can produce maximum soil surface temperatures above 500 °C accompanied by protracted temperature curves.  The amount of radiant heat energy emitted within Plot 2 would have been sufficient to produce significant thermal stress in many classes of archaeological material, particularly bone, shell, and cherts.

The results of the overall experiment show that sagebrush fuels are variable, however, even the lower end of the spectrum archaeological materials positioned at the soil surface beneath the under story of sagebrush are subject to thermal damage.  The degree of thermal alteration is variable as well and depends largely on artifact class, fuel load/composition, position of artifact relevant to fuels, and fuel combustion characteristics.

## PIÑON-JUNIPER EXPERIMENT

Field based experimentation focused on assessing the impact of prescribed burning on archaeological resources was also conducted in a piñon-juniper environment during the East Douglas Creek prescribed burn project on BLM lands in northwestern Colorado.  The experiment consisted of one 2x2m burn plot containing two immature live piñon, two dead/decayed logs, and a thin 1-2cm duff and small litter accumulation.  Approximately 50 experimental artifacts, representing the same range of material types included in previous experiments, were distributed equally within each of the four $1m^2$ quadrants encompassed within the burn plot.  Artifacts and thermocouples were placed on the mineral soil surface at the center of each quadrant in association (5-20cm) with the logs, but not directly beneath them.  Temperature data were recorded at the soil surface within each of the quadrants, and at 0cm and –5cm beneath one of the logs using the primary OM3000 system.

88

BLM_0034912

### Results

Fire behavior observations showed that the fire in the vicinity of the burn plot was severe.  The plot was burned via a head fire pushed by a 6-10 mph wind, which generated 20-30ft flame lengths as large dead ground fuels were ignited and live piñon-juniper fuels torched into the crowns.  Large flames and torching continued for several minutes.  Post-fire, log fuels and duff within the burn plot were 100% combusted and live fuels were completely torched.  Patches of soil within and near the burn plot were oxidized to a strong orange color.  The fire was sufficiently intense to destroy the protective fire box that contained the data logger and rendered the LCD screen on the data logger unreadable for several hours.  This burn was considerably more intense than that encountered during any of the previous prescribed fire experiments.

Time/temperature data for the experiment are summarized in graphical form in Figure 2.21.  These data show that peak surface temperatures within the burn plot ranged between 722.3-853.0°C.  Peak surface temperatures were achieved very rapidly within 1 minute within each of the four quadrants.  Interestingly, temperatures then fell rapidly to the 400°C range within 1-2 minutes, and were sustained within the 200-400°C range for at least one hour.  Data were not recorded beyond that point due to an inadvertent cessation of the data logger caused by the blacked-out LCD screen on the unit.  Based on analysis of the time/temperature curves, it is highly probable that elevated temperatures could have been sustained for a protracted time period.  The peak surface temperature directly beneath one of the logs reached 814.3°C, and interestingly, the –5cm reading beneath the log peaked at 527.3°C.  These values also peaked rapidly within 1 minute and then declined precipitously to <100°C within 1-2 minutes.  However, heating directly beneath the log began to rise again after approximately 50 minutes, reaching a high point of 265.5°C before data recording was

89

terminated.  This is likely due to renewed combustion of the remaining portion of the log at some point during the experiment.  These data clearly indicate that burning within a piñon-juniper environment is capable of producing severe temperature gradients at the soil surface as well as –5cm subsurface.

The results of the artifact analysis show that significant thermal alteration was pervasive across the majority of the sample.  All bone specimens were heavily charred, combusted, fractured, and extremely friable.  Each of the four Hartville Uplift chert nodules exhibited significant degrees of thermal fracturing and mineral oxidation (yellow-brown to red, limonite to hematite).  Fragments of some nodules were located up to 50-60cm away from the location of the main body.  All four Pecos chert secondary flakes also exhibited thermal fractures, but not as extensive as that observed for the chert nodules.  Each obsidian secondary flake exhibited enhanced radial fracture lines a slight metallic sheen on upper surfaces.  Two glass specimen also sustained thermal fractures, copper specimens exhibited a flakey exfoliation of out surfaces, and lead specimens were completely melted and deformed.  Specimens that did not experience structural damage included 2 glass specimens, all pottery sherds (black-on-white), and all phosphoria flakes. However, the entire sample exhibited deeply blackened combustive residue deposits on exposed surfaces.  Thermal alteration of artifacts during this experiment was more pervasive and severe than that observed during any of the previous prescribed fire experiments.

These data suggest that combustion of piñon-juniper fuels is volatile, flashy, and capable of generating extreme temperature gradients at the soil surface and within the first 5cm of soil where logs are present.  Archaeological materials located at the soil surface are likely to exhibit significant thermal damage when burned under similar conditions described for this experiment.  Materials most at risk include bone, shell, glass, chert (particularly large

90

BLM_0034914

specimens), and lead.  Unfortunately, only one trial was conducted during the burn due to situational restrictions.  Additional data regarding the characteristics of prescribed burning in piñon-juniper environments is needed to assess the results presented here.

## SUMMARY AND CONCLUSION

This research project was focused on assessing the impact of prescribed fire on archaeological resources through field-based experimentation conducted in conjunction with prescribed burning projects on federally managed lands.  Prescribed fire is a common and effective resource management tool utilized to reduce hazardous fuels and promote healthy ecosystems.  This project was focused on assessing the potential impact of prescribed burning on archaeological resources.  Research was conducted under several different fuel models to include; mixed grass prairie, mixed grass prairie / ponderosa, mixed conifer, riparian, sagebrush, and piñon-juniper.  The results of the experiments show that the impact of prescribed fire on archaeological resources is variable and largely dependent on fuel model, fire behavior, peak soil surface temperature, duration of heating, and artifact class.  Moreover, the results suggest the prescribed burning may be performed with limited risk to the archaeological materials in some instances; however, it is critical that large fuels be reduced in the vicinity of important resources in order to mitigate significant thermal alteration of multiple artifact classes. Table 2.1 provides a generalized data summary for each of the prescribed fire experiments.

BLM_0034915

**Table 2.1: Prescribed burn experiment summary data (generalized).**

| Fuel Type | Peak Temp (Surface) | Residence Time | Fire Effect (Experimental Artifacts) |
|---|---|---|---|
| **Mixed Grass** | 100-300°C | 10-20 sec | Light CB, limited bone PC only |
| **Grass/Mixed Conifer** (Grass) (Grass/Litter) (Log) | 100-300°C 250-500°C 450-600°C | 10-20 sec 5-15 min 5-20 min | Grass: light CB all, limited bone PC Grass/Litter: moderate CB all, bone PC, FR Log: extensive bone FR, PC, sherd SP, glass FR, Lead MLT, shell DL, heavy CB all |
| **Riparian** (Grass) (Willow Sm.) (Willow Lg.) | 100-200°C 100-300°C 300-500°C | 10-20 sec 1-2 min 2-8 min | Grass: light CB all, limited bone PC Sm. Willow: light CB all, limited bone PC Lg. Willow: moderate CB, bone PC, glass FR |
| **Sagebrush** (Small-Med) (Large) | 150-300°C 250-500°C | 1-3 min 2-4 min | Sm-Med Sagebrush: moderate CB all, bone PC, limited FR, chert nodule limited FR, lead MLT Lg Sagebrush: No artifact data |
| **Mixed Conifer** (Duff/Litter) (Log) | 200-400°C 400-800°C | 1-2min 5-20 min | Duff/light litter: heavy CB all, bone PC and FR Log: chert FR, PL, FR, phosphoria PL, SP, obsidian CRH, lead MLT, glass FR, bone severe PC, FR |
| **Piñon-Juniper** (Large Litter) | 700-800°C | 2-4 min | Large litter: severe chert FR, OX, severe bone PC, FR lead MLT, glass FR, shell DL, PC |

Thermal Alteration Codes Definitions: CB = Combustive Residue, PC = Partial Combustion/Charring, FR = Thermal Fracture, SP = Thermal Spalling, OX = Mineral Oxidation, MLT = Melting, DL = Delamination

Research at Badlands National Park addressed the potential impact of cool-season prescribed fire within grassland fuels on a variety of common archaeological materials. The results of these experiments indicated that grassland fuels did not provide sufficient biomass to sustain high temperatures and long residence times at the soil surface and certainly not below the soil surface. Maximum surface temperatures from 17 individual experimental trials averaged 161.8°C, and the average subsurface maxima were 28.6°C at −1cm and 11.4°C at −2cm (average increase of 13.4-7.7°C over baseline). However, the results of the experiments also show that peak surface temperatures within a $2m^2$ burn plot can vary considerably from only 80 °C to nearly 400 °C depending on the combustion consistency of fuels within each quadrant. In general, heating was characterized by precipitous ascent to apex levels within 30-60 seconds with near peak values being sustained briefly for 10-15

92

BLM_0034916

seconds, followed by a decline in temperature to <50°C within 3-9 minutes depending upon fire behavior. Peak temperatures recorded on the upper surfaces of artifacts averaged 189.3°C, and lower surface maxima averaged 92.1°C, resulting in an average temperature differential between the two surfaces of 97.2°C (49%).

Overall, the relatively low surface temperatures and short residence times associated with the combustion of grassland fuels generated minimal thermal alteration of experimental artifacts deposited at the soil surface. The most pervasive form of thermal alteration affecting artifacts was the presence of condensate tar deposit formed during the pyrolysis and combustion of organic fuels. It is likely that over time, these tar deposits will weather from the surfaces of artifacts since the residue was removed relatively easily in the laboratory using water and a pumice soap solution. Artifact classes with organic components such as bone, and those that are completely organic such as wood did exhibit minimal partial combustion along edges and upper surfaces. No catastrophic forms of thermal alteration such as thermal fracturing, spalling, deformation, or surface cracking were observed during the series of experiments performed at the park during 2001 and 2002. The results of the experiment demonstrate that early-season prescribed burning in mixed grass prairie environments will have a minimal impact on archaeological materials located at the soil surface. Archaeological resources located greater than 1cm subsurface will be largely unaffected under the same conditions. These results are consistent with that reported by Brunswig et al. 1995, and that reported by Sayler et al. 1989 for low fuel load burn plots. In sum, cool-season prescribed burning in grassland fuels will produce low peak surface temperatures characterized by brief residence times, which in turn, will generate limited potential for significant thermal alteration of surface artifacts and no thermal alteration of subsurface archaeological deposits.

93

Experiments conducted at Wind Cave National Park in mixed grassland and ponderosa fuels illustrate more fully the direct relationship between fuel type, temperature, and the impact of heat energy on archaeological materials. The results of the experiments show that combustion of grass fuels produced limited peak temperatures and brief residence times, which in turn, had a minimal impact on experiment artifacts (combustive residue deposition). Heating in grass fuels was precipitous and brief, generating a maximum temperature of only 92.0 °C within 1-1.5 minutes with elevated temperatures being sustained briefly for only 10-20 seconds. Heavier litter and log fuels generated peak temperatures of >600°C for log fuels and >400°C for litter fuels. Litter fuels sustained temperatures of 200-400°C for up to 20 minutes, and log fuels sustained temperatures >500°C for approximately 20 minutes as well. The thermal alteration of experimental artifacts associated with these fuels was most prominent for organic specimens such as bone, shell, and wood. These materials exhibited heavy charring/combustion, thermal fractures/fissures, and a pronounced increased in post-fire friability. In addition, thermal spalling/fracturing of pottery sherds and glass, and melting of lead specimens was observed within in some burn plot quadrants, particularly those experiencing sustained heating. Where prescribed burning in planned for mixed grass prairie and Ponderosa environments, minimal impact to surface artifacts located within grassland fuels can be expected; however, direct association of archaeological materials with large dead and downed conifer fuels during burning is likely to generate significant thermal damage among some artifact classes, particularly bone, shell, and glass. Removal of large fuels from known archaeological sites would be the course of action to mitigate the impact of prescribed fire in forested areas. Known sites within grassland contexts could be treated to mitigate fire intensity or allowed to burn depending on the discretion of cultural resource managers.

94

BLM_0034918

The results of several experimental trials conducted in a mixed conifer environment within the Pike National Forest suggest that surface heating beneath combusting logs is characterized by prolonged periods of sustained high temperature, and protracted declines in temperature over several hours. Peak soil surface temperatures recorded beneath combusting generally ranged between 400-800°C depending on log size and extent of combustion. Temperatures in excess of 200°C can be sustained for several hours. Most archaeological materials in direct associated with combusting logs will sustain a significant thermal damage, this is particularly apparent for bone, shell, lead, and chert artifacts. Conversely, soil surface heating beneath duff is characterized by rapid ascent to 200-400°C accompanied by brief residence time and abrupt decline in temperature. Significant thermal alteration of archaeological materials associated with duff is less probable and generally limited to those material types with organic components such as bone. These results further illustrate the important relationship between fuel load, energy output, and duration of heating at it related to the thermal alteration of archaeological materials. Clearing large fuels from known archaeological sites and avoiding important or particularly vulnerable archaeological sites during prescribed burns in mixed conifer environments would be the most appropriate means by which to mitigate potentially negative fire effects.

Prescribed burning in a riparian environment at Grand Teton National Park was shown to have a limited negative impact on archaeological materials. Here the impact of burning fuels on archaeological materials is generally mitigated by high soil and fuel moisture content. Peak soil surface and upper artifact surface temperatures associated with grass and small willow fuels varied significantly between 90-350°C. Heating was characterized by rapid ascent to apex levels, short residence time, and rapid decline. Subsequently, thermal alteration of experimental artifacts was limited to light combustive

95

BLM_0034919

residue deposition.  Where significant combustion of large willows occurs, peak soil surface temperatures directly at the base of the willow may reach the 400-500°C range.  Significant thermal alteration of artifacts in this instance is possible; however, only thermally spalled glass and charred bone was observed during the experiment.  Overall, the probability of riparian zone prescribed fire significantly impacting archaeological materials is low, and largely dependent on complete combustion of large fuels and the direct association surface artifacts with such fuels.  The major concern regarding prescribed burning in riparian zones is the heat energy generated by large willow species during combustion.  In order to mitigate the potential negative of prescribed burning on archaeological resources, large fuels should be removed from known sites.  Archaeological sites located within areas dominated by fine fuels are unlikely to be significantly impacted during burning, and the thermal alteration of subsurface archaeological deposits is improbable due to high soil moisture content.

The impact of prescribed burning in sagebrush communities on archaeological resources is variable and largely dependent on the size and density of sagebrush, the proximity of artifacts to sagebrush understory, and artifact class.  The results of the experiment conducted at Grand Teton National Park show that peak surface heating generated by combusting sagebrush can vary from 450-520°C for larger and densely sagebrush; and 160-310°C for smaller more dispersed accumulation of sagebrush.  Although experimental artifacts were not burned in association with large/dense sagebrush fuels, it is likely that significant thermal alteration of bone, glass and chert would occur if these materials were located within the understory of the vegetation.  During the experiment conducted within a burn plot containing smaller and more dispersed accumulations of sagebrush these artifacts types were impacted by charring, thermal fracturing, and thermal spalling.  However, significant thermal alteration if likely to affects only surface artifacts

96

located directly beneath the understory of sagebrush. Thermal alteration of subsurface archaeological deposits within sagebrush communities is improbable. Mitigating the impact of prescribed burning in this fuel type on surface archaeological materials could be accomplished by fuel thinning in the vicinity of know sites.

The prescribed burn experiment conducted in piñon-juniper fuels in northwestern Colorado generated the most extreme temperature gradient recorded during the entire project. Peak surface temperatures during the experiment reached the 720-850°C range with temperatures of 200-400°C being sustained for an hour thereafter. The subsurface peak temperature recorded –5cm beneath a small log reached 527°C. Significant thermal alteration of experimental surface artifacts was pervasive with the most profound thermal damage affecting bone, chert, and glass specimens. Unfortunately, only one trial was conducted in piñon-juniper fuels; however, the results of the experiment show that combustion of these fuels is volatile and capable of producing extreme temperature gradients that can significantly impact most archaeological material types. Further research is need to validate the results of this experiment and to offer specific recommendations regarding the mitigation of potential negative effects to archaeological resources during prescribed burning in this fuel type.

In sum, the proportion of the radiant heat energy generated by combusting fuels that is transmitted downward to the soil surface and surface artifacts is very important in assessing the potential for thermal alteration of archaeological materials. Heavy fuels combust at higher temperatures and have longer residence times compared to light fuels such as grasses. The physical composition and thermal properties of an artifact also condition the potential impact of radiant heat energy. Some artifacts, due to their physical structure, are more resistant to thermal alteration. However, the results of the study do indicate that heat significantly affects the structural integrity of bone, and some lithic types, particularly chert. Heavily burned bone

97

BLM_0034921

was appreciably more friable post-heating, which can have significant implications for the long-term preservation of thermally altered archaeological bone.  In addition, severe thermal fracturing of chert flakes and nodules was also observed under high fire severity.  In some instances, fragments of chert nodules were recovered 50-60cm away from the body of the original specimen.  In addition, Hartville and Pecos chert specimens also exhibited heat-induced color alteration to distinctively different colors due to mineral oxidation under high fire severity.  Explosive thermal fracturing and mineral oxidation may have significant implications for accurately identifying lithic material types and for refitting studies.

In brief, the important variables to consider when assessing the potential impact of prescribed fire and wildland fire on archaeological resources are: 1) fuel load; 2) fire behavior; 3) peak temperature and duration of heating; 4) proximity of artifacts to fuels; and 5) class of artifact.  The research presented here has been limited to the immediately discernable effect of heat energy on artifacts.  The long-term impact of thermal alteration of artifacts such as the potential for increased weathering and decreased preservation potential has not been addressed.

98

BLM_0034922

**Figure 2.1**



**Figure 2.2**



99

BLM_0034923

**Figure 2.3**



**Figure 2.4**



100

BLM_0034924

**Figure 2.5**



**Figure 2.6**



101

BLM_0034925

**Figure 2.7**



Time/Temperature Data: Plots #2-3 Pinnacles Burn BLNP02

**Figure 2.8**



Time/Temperature Data: Typical Upper and Lower Artifact Surface Temperature Profiles

102

**Figure 2.9**



**Figure 2.10**



103

BLM_0034927

**Figure 2.11**



**Figure 2.12**



104

BLM_0034928

**Figure 2.13**



**Figure 2.14**



105

BLM_0034929

**Figure 2.15**



**Figure 2.16**



106

BLM_0034930

**Figure 2.17**



Time/Temperature Data: Artifact Surfaces #2 GTNP1 Riparian Fuels

**Figure2.18**



Time/Temperature Data: Plot #2 GTNP1 Riparian Fuels (large willow)

107

BLM_0034931

**Figure 2.19**



**Figure 2.20**



108

BLM_0034932

**Figure 2.21**



109

BLM_0034933

# CHAPTER 3

# LABORATORY FURNACE HEATING OF SELECTED MATERIALS TYPES

## Introduction

Previous research incorporating laboratory experimentation to explicitly address the potential for thermal alteration of archaeological materials during wildland and prescribed fires is very limited. Steffen (2002) utilized laboratory-heating experiments to replicate the range of thermal alteration observed on obsidian artifacts burned during the Dome Fire in the Jemez Mountains of northern New Mexico. In addition, Nakazawa (1998; 2002) conducted similar laboratory experiments to study thermally altered obsidian artifacts burned in cultural contexts. These studies offer significant insight into the processes involved in the thermal alteration of obsidian. However, their research was limited to obsidian artifacts only, and few researchers have used laboratory experimentation to address the impact of natural fire across a broader range of archeological materials.

Kelly and Mayberry (1980) briefly outlined a research design involving the heating of archaeological materials representing a variety of artifact classes using an electric laboratory furnace. Kelly and Mayberry (1980:605) state that the "tests have not yet begun", and it is unclear if these experiments have been conducted since no further reference has been identified from the literature. Bennett and Kunzmann (1985) conducted the only published research project involving the laboratory heating of a wide range of archaeological materials. In their experimental design, cryptocrystalline quartz (cherts, flint, and chalcedony), obsidian, Southwestern pottery sherds (slipped/decorated, undecorated, and corrugated), stoneware, china, modern glass (window, and bottle), enameled tin ware, and bone ("fresh" and "old") were heated in an electric muffle furnace to various temperature ranging between 200-800°C

110

BLM_0034934

over a period of several hours.  Heated specimens were assessed for macroscopic thermal alteration as well as weight loss by calculating the difference between the total weight loss of a specimen (after heating trials), and the loss of chemically bound water (pre and post-trial via infrared spectrophotometer).  In addition, thermal shock testing was also conducted whereby heated specimens were submerged in water while specimen temperature and evidence of stress-induced failure (cracking, spalling, checking) were recorded.

The results of Bennett and Kunzmann's experiment showed that chert specimens experienced post-heating weight loss, largely attributed to the release of chemically bound water and capillary water.  Weight loss was reported to be gradual between 200-600°C, and precipitous at temperatures of 600-800°C.  The only other observable thermal alteration of cherts documented in the experiment was surface dulling of specimens heated to 600-800°C.  No catastrophic forms of thermal alteration such as thermal fracturing, potlid fracturing, or surface crazing were observed by the researchers.  This observation is inconsistent with the literature surrounding the heat treatment of chert where several researchers have reported heat-induced mineral alteration, and in some instances, thermal fracturing and crazing among various types of chert at temperatures between 300-500°C (Ahler 1983; Griffiths et al. 1987; Schindler et al. 1982; Purdy 1974; see also Luedtke 1992 for a summary).

Bennett and Kunzmann suggest that weight loss in cherts and flint is a function of time and temperature, and derived a hyperbolic function to predict weight loss given a specific maximum temperature and time (degree minutes) interval.  They further purport that cryptocrystalline quartz specimens did not exhibit significant negative effects at temperatures below 500°C.  The same was also suggested for obsidian specimens, although they state that at temperatures above 500°C obsidian experiences an increase in weight loss and surface alteration.  Based on this observation, Bennett and Kunzmann (1985:8) suggest that,

111

BLM_0034935

"Obsidian is apparently more subject to heat damage than flints." However, they do not elaborate, nor do they provide an adequate description of the surface thermal alteration observed on the specimens, only comments in tabular form such as "dulled" and "chalky." Apparently, no catastrophic forms of thermal alteration were observed, which does not necessarily support their assertion that obsidian is more prone to thermal alteration than cherts and flint.

A recently published combined volume focused exclusively on the thermal alteration of obsidian edited by Loyd et al. (2002) provides a wealth of information on the effects of heating on obsidian as well as the implications for obsidian hydration of thermally altered obsidian. Many researchers have demonstrated that the hydration rims of obsidian are significantly affected beginning at approximately 400°C, and become completely diminished at temperatures above 700°C (Benson 2002; Halford and Halford 2002; Origer 1996; Solomon 2002; Steffen 2002; Trembour 1979. Nakazawa (2002) has experimentally demonstrated that surface cracks and crazing begin to form on obsidian beginning at 550°C. In addition, at temperatures beyond 800°C, Steffen (2002) has recorded vesiculation, the formation of interconnected bubbles on the interior surface of obsidian, which eventually may elicited a morphological change in obsidian whereby it takes on a foam-like appearance. Bennett and Kunzmann (1985) do report that the surfaces of the obsidian specimens heated to between 500-800°C exhibited a "dulled" and "chalky" appearance. This is probably analogous to what Steffen refers to as "matte finish", and "surface sheen" (see Steffen 2002:163 for discussion).

For the various Southwestern pottery sherds that were heated during the experiment, Bennett and Kunzmann report that ceramic material are largely unaffected by exposure to temperatures below 400°C. The authors demonstrated in the experiment that heat-induced

112

BLM_0034936

color alteration of prehistoric ceramics occurs at temperatures above 500°C in which redware varieties can change to a darker hue, and black-on-white wares will change to a "slightly buff" color due to the oxidation of iron minerals.  Furthermore, they suggest that the pigmented design on black-on-white sherds is stable under high temperature if the paint is mineral based, but may combust and fade significantly if the paint is organic based.  In addition, the researchers state that at temperatures in excess of 600°C black-on-white sherds can oxidize to resemble redware, and although this was not demonstrated in their experiment and they do not provide references, other researchers have documented the process in which the color change occurs (Burgh 1950; Colten 1953; Shepard 1956).  Aside from the heat-induce color alterations, the authors contend that prehistoric ceramics are structurally stable up to temperatures of 600°C since most were originally fired at temperatures lower than 600°C.  The authors did not provide any references to support this assertion; however, several works exist which address firing temperatures of prehistoric ceramics (e.g., Cogswell et al. 1997; Colten 1951; Feathers et al. 1998; Goodyear 1971; Heimann and Franklin 1979; Kaiser and Lucius 1989; Rice 1987; Rye 1981; Shepard 1956; Tite 1969; Ziad and Roussan 1999).  The experiment produced only one occurrence of thermal spalling on a black-on-white sherd at a maximum temperature of 500°C, and one incidence of surface cracking on a redware specimen at 600°C.

The historic materials tested by tested by the researchers included modern china, modern stoneware, enameled tinware (modern and historic), window glass and bottle glass (modern and historic).  These materials were only heated to a maximum temperature of 500°C during the experiment, and minimal to no thermal alteration of was recorded by the researchers.  This is not surprising since most of these materials are formed at temperatures well beyond 500°C.  For example, porcelain and china ceramics are fired at temperatures of

113

1280-1400°C and beyond (Rice 1987). In addition, these materials are manufactured to withstand significant thermal stress since most are created for everyday use in cooking. Thermal stress in modern ceramics has received attention from several researchers in the ceramic industry (Amberg and Hartsook 1946; Buessem 1955; Chandler 1981; Coble and Kingery 1955; Crandall and Ging 1955; Davidge and Tapppin 1967; Grimshaw 1971; Kingery 1955). Glass has a melting point of approximately 700-800°C, although heating at lower temperatures may cause glass to expand and develop thermal fractures (DeHann 1997:172). For enameled tinware, the authors state that the volatilization of enamel coating occurs at temperatures above 500°C, and is thus unlikely to be significantly affected by wildland or prescribed fires.

Bennett and Kunzmann also incorporated bone into their experiment, although information regarding species and element were not provided. In addition, the researchers used "fresh" and "old" specimens in the heating trials; however, no additional information is provided regarding their categorization of fresh and old. For fresh bone specimens the authors observed charring and water loss at temperatures between 100-300°C. At temperature beyond 300°C the researchers observed that the "chemical structure of the bone is greatly altered", and becomes "chalky" in appearance (Bennett and Kunzmann 1985:12). The authors conclude that, regardless of age, the chemical structure of bone is significantly altered at temperatures above 400°C. It is unclear what the authors regard as chemical structure alteration. Bone consists of two major components, an organic phase and an inorganic phase. The organic phase (35% of dry bone mass) consists largely of protein, mostly in the form of collagen (Posner and Belts 1975). The inorganic phase is composed of mineral, mostly hydroxyapatite in microcrystalline form (Ortner et al. 1972). Several researchers have documented the processes and involved in the thermal alteration of bone

114

BLM_0034938

(e.g., Bennett 1999; Bonucci and Graziani 1975; Bradtmiller and Buikstra 1984; Brain 1993; Buikstra ad Swegle 1989; Herrmann 1977; Kizzely 1973; McCutcheon 1992; Nicholson 1993; Shipman et al. 1984; Sillen and Hoering 1993; Stiner et al. 1995; Von Endt and Ortner 1984). Shipman et al. (1984) provide an excellent summary of the process of bone thermal alteration, which can be summarized as: 1) change in bone color; 2) change in the microscopic morphology of bone surfaces; 3) changes in the cystalline structure of bone; and 4) bone shrinkage. The degree of thermal alteration observed in bone is dependent on the temperature at which bone is exposed, the duration of exposure, position of bone in relation to heat source, bone composition, and bone size.

In addition to the electric furnace heating trials, Bennett and Kunzmann (1985) also conducted thermal shock testing of artifacts in which heated artifacts were submerged in water and assessed for damage induced by thermal shock. The authors report that cooling of submerged artifacts was precipitous, dropping from 400°C to ambient temperature of rates greater than 500°C per minute. They also concede that theses cooling rates are much greater than would be expected under field conditions during a prescribed fire. This is probably an accurate statement, with the possible exception of a scenario in which water or fire retardant is sprayed on artifacts during wildland fire suppression activities. Oppelt and Oliverius (1993) have induced thermal shock in Mesa Verde pottery sherds by applying fire retardant to sherds burned in experimental plots under controlled prescribed fire conditions. Bennett and Kunzmann report a 30% failure rate for decorated sherds and a 10% failure rated for undecorated and corrugated specimens. In addition, they also observed a 30-40% failure rate for china. The researchers did not observed thermal damage for flint/chert/chalcedony specimens, but did report a 20% failure rate for obsidian specimens. Glass specimens, window and bottle, exhibited failure rates of 70-80% and 30% respectively. This experiment

115

BLM_0034939

suggests that inverse thermal shock can significantly damage a wide variety of archaeological material type; however, the precipitous decline in temperature achieved during the experiment is unlikely to be seen in prescribed and wildland fire scenarios, with the possible exception of instances in which fire suppression activities involving water or fire retardant and heated surface artifacts are involved. Under prescribed and wildland fire conditions, thermal stress and potential thermal shock among various artifacts types will occur due to rapid heating of artifact surfaces from ambient temperature to the maximum amount of heat energy that is conducted by the artifact from the radiant heat energy emitted by the resident flames

Bennett and Kunzmann's experiment represents the principle body of research on laboratory heating of a range of artifact classes to address the potential effects of natural fire on archaeological resources. Their research design and conceptualization of time and temperature as critical variables are innovative and remain important contributions to the fire effects literature. The major weakness of their experiment is embedded in the method used to heat artifacts. The researchers used an electric laboratory furnace to heat, which can require in excess of 30 minutes to reach a temperature of 500°C. The rate of heating in a muffle furnace is characterized by gradual and uniform temperature gradients. The specifics of Bennett and Kunzmann's heating trials are not provided in great detail, and rate of heating data are provided in terms of degree-minutes. It is apparent, however, that the researchers heated artifacts gradually over a period of several hours given the method of heating and their degree-minute calculations. The rate of heating attainable in a muffle furnace is not analogous to wildland and prescribed fire conditions where temperatures peak rapidly (within a few minutes) as the flame from passes the area in which archaeological materials are located and diminish more slowly as fuels are combusted (Chapters 2 and 4). The maximum

116

BLM_0034940

temperatures at the soil surface, and the duration of heating generated by a natural fire are largely dependent on fuel load fire intensity and extent of combustion of fuels (Chapter 2). These conditions cannot be replicated in a laboratory setting using an electric muffle furnace. In order to address this issue, two laboratory experiments were designed:

1) Experimental heating of various artifact classes in a laboratory muffle furnace with the purpose of substantiating or rejecting the findings presented by Bennett and Kunzmann (1985). (This Chapter)

2) Laboratory wildland fire simulations in a controlled wind tunnel setting whereby various artifact classes were subjected to burning more representative of natural fire. (Chapter 4).

The details of each experimental design and results are provided in this chapter and Chapter 4.

## Research Design

The laboratory heating experiment was conducted using an electric muffle furnace manufactured by Thermolyne. The experimental design consisted of ten trials beginning with a 1 hour 100°C trial and incrementally increasing the maximum temperature of each 1-hour trial an additional 100°C until the final trial, which achieved a maximum temperature of 1000°C. Temperature was measured using the internal thermocouple and analog display that was integral to the muffle furnace itself. Heating was controlled by setting the furnace thermostat to the desired heating trial temperature and recording the amount of time the furnace required to achieve the predetermined temperature. The muffle furnace did not accommodate an external thermocouple and data logger system; therefore, specific time and temperature curves were not generated for the experiment.

BLM_0034941

In each of the ten heating trials, 21 experimental artifacts representing a variety of artifact classes were placed in the muffle furnace for heating. In total, 210 experimental artifacts were subjected to controlled laboratory heating and analyzed for subsequent thermal alteration. Heating was initiated after the artifacts were placed in the muffle furnace, and heat up time, time at temperature, and cool down time to <100°C were recorded. Heat up and cool down time varied given the magnitude of the desired heating time temperature; however, once the predetermined temperature was established, it was maintained for 1 hour before the cool down was initiated. Prior to heating, each artifact was numbered to correspond to a specific heating trial and general descriptions of the artifacts were recorded on a data form and documented through digital photography. In addition, each artifact was measured for maximum length, width, and thickness, weighed to the nearest 1 gram using an Ohaus CS-2000 digital scale, and artifact color(s) was recorded using Munsell soil color charts (Munsell 2000). After a specific heating trial was terminated, each artifact was weighed to the nearest 1 gram to assess potential post-heating weight loss, and potential heat-induced color change was assessed using the Munsell system. In addition, artifacts were macroscopically analyzed for different forms of thermal alteration such as thermal fracturing, thermal spalling, crazing, partial combustion, and deformation. Post-heating thermal alteration of artifacts was documented on the data form and through digital photography. The descriptive artifact data in tabular form and digital photographs of artifacts pre-heating and post-heating are provided on the data CD that accompanies the dissertation (Appendix 2, Photos, Artifact Data).

Descriptions of the experimental artifacts heated during each of the ten trials of the muffle furnace experiment are provided below:

118

**Mammal Bone Samples:**

*Sample 1* included sawed and sectioned appendicular elements (humerus, radius/ulna, femur, proximal and distal epiphyses and diaphyses) from domestic cattle (*Bos sp.*). These specimens had been weathering at the soil surface in an arid environment for a period of 3 years. The cortical surfaces of these specimens were dry, cracked and flakey. These specimens were given a weathering classification of 3 on an ordinal scale of 1-3.

*Sample 2* included sawed and sectioned axial elements (thoracic vertebrae spines, and rib blades) from domestic cattle (*Bos sp.*). These specimens were form a single carcass that had been weathering in the same arid environment for approximately one year. These specimens were in good condition, and were given a weathering classification of 1 on an ordinal scale of 1-3.

*Sample 3* was comprised of complete domestic cattle (*Bos sp.*) teeth (mandibular and maxillary premolars and molars). These specimens were had been weathering at the soil surface in an arid environment for a period of 3 years. The enamel surfaces and root structures of these specimens were dry and cracked. The weathering classification for these specimens was recorded as 3 on an ordinal scale of 1-3.

*Sample 4* included sawed and sectioned appendicular element (meta tarsal, proximal and distal epiphyses and diaphyses) from an elk (*Cervus elaphus*), which had been weathering in a mountain environment for an unknown duration, but probably over a period of less than one year. These specimens were in good condition, and given a weathering classification of 1 on an ordinal scale of 1-3.

*Sample 5* included sawed and sectioned elk (*Cervus elaphus*) antler of undetermined age from a high plains environment. These specimens exhibited significant weathering, and were given a weathering classification of 3 on an ordinal scale of 1-3.

119

**Freshwater Mussel Shell:**

Large bivalve shell halves of unspecified species from Midwestern riverine environments. Each shell half was sawed into two equally sized sections. These specimens were in fair condition, and were given a weathering classification of 2 on an ordinal scale of 1-3.

**Lithic Materials:**

Moderate to large sized secondary flakes representing a variety of raw material types that were derived from modern flint knapping activities.  Each material type is listed below:

Porcelinite (unspecified source)

Obsidian (black, red, and translucent, unspecified source)

Obsidian (black with fine gray banding, unspecified source)

Hartville Uplift chert (Hartville Uplift, Wyoming)

Pecos chert (West Texas)

Fort Hood chert (Central Texas)

Pink Bioclastic chert (unspecified source)

Phosphoria (Big Horn Mountains, Wyoming)

Novaculite (unspecified source)

Silicified Wood (East-central Colorado)

Cliff House Formation Sandstone (Mesa Verde National Park): Sawed and sectioned portions of individual sandstone blocks.

**Pottery and China Sherds:**

Prehistoric: Moderately sized individual black-on-white sherds from an unprovenienced collection of Southwestern specimens.  The black paint on the specimens is mineral based.

Historic: Moderately sized individual decorated whiteware fragments from an historic midden area located on private property and dating from the 1920s-1950s.  The painted

120

BLM_0034944

decorations consisted of pink-red flower motifs and gold banding. Specific data regarding the manufacturer and production date were not discernable.

**Glass:**

Historic: Moderately sized fragments derived from an individual amber colored screw-top bottle. The specimen was obtained from an historic midden area located on private property and dating from the 1920s-1950s. Specific data regarding the manufacturer and production date were not discernable.

### Trial #1 (100°C)

Heating trial number 1 was conducted at maximum temperature of 100°C for 1 hour. Heat up time to 100°C was achieved in approximately 3 minutes, and the cool down period continued for a duration of approximately 3 minutes. Post-heating macroscopic analysis of the experimental artifacts revealed no significant evidence of thermal alteration such as heat-induced color change. However, post-heating weights of bone and antler specimens revealed a 3.3-3.5% weight loss for smaller specimens, and a 5.5-5.9% loss in mass for the larger specimens. The elk antler section sustained a loss in mass of 6.5%. This suggests that internal moisture is lost, and the organic phase, primarily collagen, of bone begins to combust at temperatures as low as 100°C. The freshwater shell specimen did not exhibit a heat-induced loss in mass since it is composed primarily of calcium carbonate. In sum, the 100°C heating trial only minimally affected the organic phase of the bone and antler specimens, and had no discernable impact on the remaining artifacts. Descriptive data and a summary of artifact thermal alteration for this trial are summarized in Table 3.1.

### Trial #2 (200°C)

The parameters for trial number 2 consisted of heating experimental artifacts for 1 hour at a temperature of 200°C. The heat up time required for the muffle furnace to achieve

121

BLM_0034945

the 200°C mark was approximately 20 minutes.  After the trial, the furnace required of cooling period of approximately 1 hour before the artifacts were removed for analysis.

Post-heating analysis of the experimental artifacts demonstrated that bone specimens were affected most significantly during the 200°C trial.  Heat-induced weight loss associated with the combustion of the organic phase of bone ranged between 10.6-15.6% for all specimens including antler.  The color of bone and antler specimens changed from white and light gray to strong brown and black post-heating giving the specimens a charred appearance. The partial combustion of the organic phase produced a light combustive residue on many of the experimental artifacts.  In addition, the more heavily weathered specimens exhibited enhanced surface cracking of preexisting cracks resulting from thermal stress.  The tooth specimen (mandibular third premolar) did not exhibit an observable loss in mass, but the color of the enamel changed from white to gray brown, and the root portion became blackened. The freshwater shell specimen exhibited a light gray haze over the entire upper surface, but was not affected by weight loss.

Each of the lithic and obsidian specimens exhibited a slight increase in luster.  Heat-induced color change was observed for porcelinite (greenish gray to a darker greenish gray hue around the edges), Hartville Uplift chert (strong brown to strong brown with mottled red), Pecos chert (light gray to light gray with mottled weak red) pink bioclastic (pink/light gray to weak red), Fort Hood Chert (light brownish gray to reddish gray), phosphoria (dark red to dusky red), and the silicified wood specimen (strong brown/very dark gray to red). Heat induced color change in cherts from their original color to pink or red is the result of the oxidation of iron compounds to hematite, and other color changes may be attributed to the alteration of other mineralogical impurities (Luedtke 1992; Purdy 1974; Schindler et al. 1982).  The novaculite specimen, however, was unaffected by heating.  Flenniken and

122

BLM_0034946

Garrison (1975) also observed that Arkansas novaculite did not sustain heat-induced color alteration, probably due to the fact that novaculite contains very few impurities. The Cliff House Formation sandstone specimen exhibited a color change from brownish yellow to dark reddish brown haze partially due to a light combustive residue and possible heat-induced mineral alteration.

The china and pottery specimens did not exhibit any observable thermal alteration; however, the glass bottle fragment did exhibit crack propagation in an area of preexisting weakness. The results of the 200°C trial indicate that combustion of the organic phase of bone was accelerated compared to the 100°C, and that crack propagation of existing surface cracks may be enhanced. In addition, if appears that the mineral alteration of some lithic materials is initiated at 200°C. Pre- and post-heating Munsell values, thermal alteration summaries, and descriptive information for each of the experimental artifacts are provided in Table 3.2.

### Trial #3 (300°C)

Heating trial number 3 was designed to heat experimental artifacts at 300°C for 1hr to include additional heating required during muffle furnace heat up and cool down. The muffle furnace reached the 300°C point within approximately 20 minutes, and required a cool down period of approximately 1.5 hours before the artifacts were removed.

The general observation surrounding the impact of the 300°C trial on the experimental artifacts was that all specimens exhibited a light combustive residue due to the partial combustion of the organic phase of the bone specimens. The bone specimens themselves where completely blackened giving them a charred appearance. Post-heating weight losses for all bone specimens ranged between 20-27.7%. Aside from the reduction in mass, the bone appeared to be increasingly more fragile and exhibited crack propagation of

123

BLM_0034947

existing surface cracks as well as the combustion of a portion of the flakey surface on the heavily weathered specimens. The tooth specimen (mandibular third premolar) exhibited blackening of the enamel and the root as well as a 22.2% loss in mass. The freshwater shell exhibited a brown haze over the original pre-heat colors in addition to delamination of its interior surface and a 7.7% loss in mass.

The obsidian artifacts exhibited a more lustrous appearance post-heating, and additionally, the black and gray-banded specimen exhibited metallic-like sheen. This is what Steffen (2002:163) defines as "surface sheen", which may be caused by either organic buildup or the formation of microscopic crazing and bubbling. The chert specimens exhibited a slightly dulled appearance as well as heat-induced mineral alterations in which Hartville Uplift chert changed from strong brown to dusky red, Pecos chert was altered from light gray to reddish gray, Fort Hood chert changed from brownish gray to brown, and pink bioclastic chert was altered from pink to dark reddish gray. In addition, phosphoria was altered from its original dark red to dusky red, silicified wood was altered from strong brown/very dark gray to dusky red, and porcelinite changed from greenish gray to gray. As was recorded for the 200°C trial, the novaculite specimen did not exhibit any observable color alteration. The Cliff House Formation sandstone block section exhibited a color alteration from brownish yellow to weak red, and a loss in mass of 1.3%.

The china fragment and black-on-white prehistoric pottery sherd exhibited a slight haze resulting from the combustive residue created by the combusting organic phase in bone specimens, but were otherwise unaffected by heating to 300°C. These materials, china in particular, were fired at temperatures well beyond 300°C, thus it is unlikely that they would be significantly affected during this trial. The bottle glass fragment also exhibited a slight haze as well as the propagation of two cracks along preexisting weak points.

124

BLM_0034948

Overall, the results of the 300°C heating trial show an increased combustion of the organic phase in bone resulting in mass losses ranging between 20-27% combined with crack propagation for some specimens.  Freshwater shell begins to delaminate on the interior surface at 300°C.  Chert specimens and the silicified wood specimen exhibited clearly discernable alterations in mineralogy resulting in prominent color changes, and one obsidian specimen exhibited a characteristic heat-induced surface sheen.  No thermal fracturing, spalling, or crazing was observed within the lithic sample; however it is apparent that heat-induced mineral alteration becomes prominent at 300°C.  Descriptive information, Munsell values, and observed thermal alteration summaries for each of the experimental artifacts are provided in Table 3.3.

**Trial #4 (400°C)**

Heating to 400°C in the muffle furnace was achieved within approximately 30 minutes, and cool down to less than 100°C was accomplished over a period of approximately 1.5 hours.  The experimental artifacts were heated at a constant 400°C for 1 hour in addition to the gradual heat gradient experienced during the heat-up and cool-down periods.

Post-heating analysis of the experimental artifacts showed that a moderate to heavy combustive residue was deposited on the surfaces of artifacts due to bone combustion.  Bone specimens were heavily blackened and charred in appearance and exhibited mass losses between 29.4-34.5%.  The antler specimen exhibited an appreciable weight loss of 37.5%. The proportion of the organic phase of bone that has been combusted has increased incrementally as heating trial temperatures have increased from 100°C to 400°C.  The organic phase represents approximately 35% of the mass of dry bone (Posner and Belts 1975). Therefore, it seems reasonable to suggest that prolonged temperatures approaching the 400°C range are sufficient to combust a significant portion of the bone collagen since the bone

125

specimens in this trial exhibited weight loss in the range of 29.4-34.5%. Other researchers have reported partial to complete combustion of the organic phase within bone at temperatures between 300-500°C (Bonucci and Graziani 1975; Kizzely 1973; Shipman et al. 1984). In addition to bone specimens, the antler section sustained a loss in mass of 37.5%. The bone specimens also exhibited crack propagation as well as thermal fractures resulting in the fragmentation of two specimens. Bone also appeared to be increasingly fragile and exhibited an overall deeply blackened color on all surfaces giving them a charred appearance. The tooth (mandibular third premolar) heated during this trial sustained a 25% loss in mass as well as an overall blackened appearance. The freshwater shell specimen exhibited a pervasive gray-brown color and significant delamination of its interior portion resulting in a flakey appearance as well as an 11.1% loss in mass.

Each of the obsidian specimens exhibited the metallic sheen recorded during the 300°C trial. The preexisting radial fracture lines, creating by the percussion of flaking, were also enhanced and slightly propagated. In addition, the black and gray-banded specimen exhibited "fine crazing", defined by Steffen (2002:164) as very fine and shallow surface fractures that form a series of polygons. Chert specimens exhibited a dulled appearance, largely due to the combustive residue, but also experienced significant mineral alteration resulting in color changes to darker hues for porcelinite, Pecos Chert, pink bioclastic chert, and phosphoria. The color of the Hartville Uplift Chert was altered from strong brown to very dusky red, and Fort Hood Chert specimen was altered from light brownish gray to gray and dusky red. In addition the Fort Hood specimen was affected by thermal fracturing in which the proximal portion of the flake was snapped off by a uniform and linear fracture. The silicified wood flake also exhibited thermal fracturing and potlid fractures; however, in this instance thermal fracturing was pervasive and resulted in the creation of several blocky

126

and angular fragments.  In addition, this specimen experienced a significant color alteration from strong brown and very dark gray to dark red.  The Cliff House Formation sandstone also exhibited a heat-induced color change from brownish yellow to weak red, as well as a loss in mass of 1.6%.  The novaculite flake did not exhibit any color change or additional thermal alteration.

The combustive residue deposit observed on most artifacts also obscured the painted designs on the china fragment and the black-on-white sherd.  However, no internal color alteration or thermal damage was observed on either specimen.  The bottle glass fragment exhibited the black residue associated with the combustion of the organic phase of the bone specimens as well, but was also affected by thermal spalling.

The results of the 400°C indicate that significant combustion of the organic phase of bone occurs at sustained temperatures of 400°C.  In addition, most bone specimens also exhibited thermal fracturing, crack propagation, and heavy blackening.  For lithic specimens, the Fort Hood chert and silicified wood flakes exhibited color alteration as well as thermal fracturing, with the silicified wood specimen sustaining pervasive fracturing as well as potlid fractures.  The obsidian flakes exhibited a heat-induced metallic sheen, and one specimen also showed evidence of fine surface crazing.  In addition, several of the other lithic material types exhibited heat-induced color alterations resulting from mineral oxidation.  These observations suggest that significant thermal alteration of lithic materials is initiated at sustained temperatures approaching 400°C.  This temperature is well within the range of surface temperatures that could be expected in most prescribed and wildland fires under moderate fuel loads.  The heat-up time under those conditions would of course be more precipitous with significantly diminished residence times compared to heating in a muffle

127

BLM_0034951

furnace.  Descriptive information, Munsell values, and thermal alteration summaries for each artifact are provided in Table 3.4.

**Trial #5 (500°C)**

Heat-up to 500°C for trial number 5 was achieved within approximately 45 minutes, 500°C was maintained for 1 hour, and the cool-down period continued thereafter for 2 hours. The combustive residue that was present on artifacts in the previous two trials (300-400°C) was not observed on any specimens heated during the 500°C trial.

It appears that the entire organic phase of the bone specimens was burned off during this trial.  Post-heating weight losses for all specimens ranged between approximately 30-38%, indicating that most of the organic phase had been combusted during heating.  In addition, the antler specimen sustained a 45.5% loss in mass after heating.  Moreover, the bone and antler specimens were grayish brown in appearance compared to the blackened appearance of bones and antler from the 300 and 400°C trials further suggesting that collagen and other organic had been combusted.  In addition to the weight loss, bone specimens exhibited thermal fracturing and crack propagation, and had become increasingly fragile. The tooth specimen (mandibular third premolar) exhibited the same grayish brown color on the root portion and a green-gray hue on the enamel portion.  In addition, the enamel had deteriorated, showing evidence of crack propagation and increased brittleness as well as a loss in mass of 30%.  The shell specimen also sustained a sizeable loss in mass of 25% as well as significant delamination of its interior portion and an overall change in color to green-gray.

Significant thermal alteration of lithic materials was recorded for silicified wood, Fort Hood chert, and Hartville Uplift chert specimens.  The silicified wood flake exhibited pervasive thermal fracturing as well as mineral oxidation resulting in a color change from

128

BLM_0034952

strong brown to very dusky red.  Similarly, the Fort Hood chert flake also exhibited significant thermal fracturing thermal spalling, pot lid fractures, and color alteration to gray from the original light brownish gray color.  The Hartville Uplift flake exhibited two potlid fractures and a color shift from strong brown to dark red.  The porcelinite, phosphoria, bioclastic chert, and Pecos chert flakes also exhibited color alterations to darker hues, but no thermal fractures were observed for those specimens.  Both obsidian flakes exhibited a metallic sheen and enhanced radial fracture lines, but neither showed evidence of fine crazing seen on the flake scar of the black and gray specimen from the 400°C trial.  The novaculite flake did not show any discernable evidence of thermal alteration.  The Cliff House Formation sandstone block section sustained a 1.2% loss in mass, and exhibited a color alteration from brownish yellow to dusky red.

The china fragment and black-on-white pottery sherd did not exhibit any observable evidence of thermal alteration.  The combustive residue seen in the previous two trials was not present here.  The bottle glass fragment exhibited thermal spalling and appeared to be slightly more lustrous than it was prior to heating.  Although, bottle glass seems to be subject to crack propagation and thermal spalling at temperatures ranging between 200-500°C, ceramic materials (historic and prehistoric) remain stable under the same conditions.

The results of the 500°C trial indicate that bone; teeth, antler and shell are significantly impacted at this temperature resulting in combustion of the organic phase, crack propagation, and thermal fracturing.  Similarly, some lithic material types such as Fort Hood chert, Hartville Uplift chert, and silicified wood are prone to thermal fracturing and strong color alteration at a sustained temperature of 500°C.  Color alteration of other lithic material types as well as surface alteration of obsidian was also observed during the trial.  Conversely, ceramic materials were observed to remain stable at this temperature.  Munsell values,

129

BLM_0034953

thermal alteration summaries, and descriptive information for the experimental artifacts heated during the trial are provided in Table 3.5.

**Trial #6 (600°C)**

The 600°C trial was conducted over a period of 4.5 hours. Experimental artifacts were placed in the muffle furnace and heating was initiated immediately thereafter. The muffle furnace required approximately 45 minutes to reach the 600°C level, which was then maintained constant for 1 hour. The cool-down period from 600°C to less than 100°C was achieved over a period of 2.5 hours.

As was recorded for the 500°C trial, there was no combustive residue present on the experimental artifacts after heating was conducted. The bone and antler specimens took on a partially calcined appearance after the trial whereby specimens were altered from their original white color to light brown-gray and dark green-gray. The organic phase of the bone specimens had been completely combusted resulting in weight loss of approximately 32-40%, and the initiation of a calcined appearance would suggest that the mineral phase was beginning to be affected by prolong heating at the 600°C level. These specimens also exhibited minor thermal fractures, crack propagation, and an overall increase in brittleness. The tooth specimen (maxillary second molar) exhibited a green-gray color alteration of the root portion and a dark green-gray color alteration of the enamel portion. In addition, the enamel sustained thermal fractures and became quite brittle as a result of heating. The post-heating weight loss recorded for the tooth was nearly 43%. The shell specimen sustained a loss in mass of 17.6% and exhibited moderate delamination of its interior surface in combination with an overall color change to green-gray.

For the lithic specimens, the Fort Hood chert and silicified wood flakes sustained the greatest degree of thermal alteration ranging from dynamic color alteration to pervasive

130

BLM_0034954

thermal fracturing and spalling.  Thermal fracturing was not observed for any of the other material types, only mineral alterations that produced significant color change for the Hartville Uplift chert (strong brown to dark red) and moderate alterations to darker hues for phosphoria, porcelinite, Pecos chert and bioclastic chert specimens.  At the macroscopic level, the novaculite flake remained unaffected by heating.  The two obsidian flakes exhibited a metallic sheen resulting in a more lustrous appearance, enhanced radial fracture lines, and fine crazing on some surfaces, particularly on flake scars.  The Cliff House Formation sandstone block section also exhibited a color change from brownish yellow to red in addition to a 1.7% loss in mass.

The historic china fragment was unaffected by heating during this trial; however, the black-on-white prehistoric sherd exhibited a white hue, noticeably lighter than the original light gray slip, accompanied a faded appearance of the black mineral paint design.  It is possible that the mineral paint and gray slip may have experienced heat induced mineral oxidation as the 600°C temperature began to exceed the original firing temperature of the ceramic. The glass bottle fragment exhibited partial melting around the edges as well as slight deformation as the trial approached the melting point of glass (soda lime), which is in the 750-870°C range (DeHann 1997:446).

In sum, the results of the 600°C trial demonstrate that the mineral phase of bone begins to be affected at this temperature and the organic phase is completely combusted. Bone, antler, and shell specimens also exhibited crack propagation, thermal fractures, and delamination (shell only).  Lithic specimens experienced mineral alterations resulting in color changes ranging from complete hue change to darkened hue values.  The only exception to this trend was the two obsidian specimens that exhibited fine crazing and a metallic sheen, and the novaculite flake that was unaffected by heating.  The two material types that are most

BLM_0034955

susceptible to heat damage are Fort Hood Chert and silicified wood, which exhibited pervasive thermal fracturing and spalling. The 600°C trial may have exceed the original firing temperature of the black-on-white sherd since it exhibited an overall lightening of the slip and black design. In addition, the glass specimen exhibited partial melting as the temperature approached the melting point of glass. Thermal alteration summaries, Munsell values, and descriptive information for each of the experimental artifacts tested are provided in Table 3.6.

**Trial #7 (700°)**

In order to achieve the high temperature necessary to run the trial number 7 (700°C), the muffle furnace required prolonged heat-up and cool-down intervals. In total, the trial was conducted over a period of approximately five hours. After the experimental artifacts were placed in the muffle furnace, heat-up time to 700°C was achieved over a period in excess of 1 hour. That temperature was held constant for and additional 1 hour, after which cool-down was initiated over a period of 3 hours.

The bone and antler specimens heated during this trial became calcined indicating that the organic phase had been completely combusted and that the mineral phase had been affected by heating to 700°C for a sustained period. Macroscopically, the bone specimens changed from their original white color to various shades of light blue-gray, blue-gray, and dark blue-gray as well as sustaining moderate thermal fracturing and crack propagation. In addition, the specimens became increasingly brittle upon heating, but also became increasingly hardened and rigid emitting a more high pitched percussive sound when tapped. Post-heating weight loss for bone and antlers specimens ranged between approximately 21-40%. The enamel portion of the tooth specimen deteriorated significantly due to thermal fractures and crack propagation. Additionally, the enamel was thermally altered to a blue-

132

BLM_0034956

gray color with root section taking on a green-gray color, and heat-induced mass loss was recorded at 27%. Thermal alteration of the shell specimen was characterized by delamination, color change to an overall blue-gray hue, and a loss in mass of 20%.

Lithic specimens sustained different degrees of thermal alteration ranging from mineral alteration resulting in color changes to pervasive thermal fracturing and deterioration. The material types that were impacted most significantly were Fort Hood chert, silicified wood, and Hartville Uplift chert. In addition to significant color alterations, the Fort Hood chert and silicified wood flakes sustained severe thermal fracturing and spalling resulting in the complete deterioration of the flake. The Hartville Uplift chert flake sustained thermal fracturing as well, but not to the extent seen for the other two material types. This flake also exhibited the color change from strong brown to dark red documented in the previous trials, but in addition, the black dendrites within the material changed from black to white, perhaps due to mineral alteration. The other material types, porcelinite, bioclastic chert, and Pecos chert did not sustain catastrophic thermal alteration, but did exhibit color alterations to darker hues. The obsidian flakes exhibited a metallic sheen, enhanced radial fracture lines, and fine surface crazing on flake scars documented in previous trials. The novaculite was visually unaffected by heating to 700°C. The Cliff House Formation sandstone block section exhibited a color change from brownish yellow to weak red indicative of oxidized iron minerals as well as a loss in mass of 1.5%.

The historic china fragment was macroscopically unaffected by prolonged heating at 700°C. However, 700°C was sufficient to effectively refire the prehistoric black-on-white sherd whereby the gray slip was oxidized to very pale brown in color, and the black mineral painted design became faded. The bottle glass fragment sustained partial melting and surface deformation during the trial since 700°C is close to the melting point of glass.

133

BLM_0034957

The results of the 700°C trial demonstrate that the organic and mineral phases of bone are affected at this temperature resulting in a calcined blue-gray appearance, thermal fractures, crack propagation, and increased brittleness. Three lithic material types (silicified wood, Fort Hood chert, and Hartville Uplift chert) sustained catastrophic thermal damage at this temperature. The obsidian flakes exhibited fine surface crazing and a metallic surface sheen. Other lithic material types exhibited color alterations to darker hues. The slip and black mineral paint on the black-on-white pottery sherd were oxidized during the trial as well. Thermal alteration summaries, Munsell values, and general descriptive information for each of the experimental artifacts are provided in Table 3.7

**Trial #8 (800°C)**

After the experimental artifacts were placed in the muffle furnace, it required 1.5 hours to achieve the prescribed 800°C temperature for trial number 8. This temperature was maintained constant for 1 hour, after which the cool-down period was initiated. The muffle furnace required approximately 4 hours to cool to a temperature below 100°C. After the cool-down period, the experimental artifacts were removed from the furnace and macroscopically inspected for evidence of thermal alteration.

The immediate impact of the 800°C trial on the bone and antler specimens was a prominent color alteration from the original dull white to predominantly bright white with an admixture of very pale brown and gray giving the specimens a calcined appearance. Heat induced weight loss for these specimens ranged between approximately 32-42%, indicating that the organic phase had been completely combusted during the trial. The specimens also exhibited crack propagation, deep surface cracking, and some thermal fracturing due to thermal stress. It is likely that the mineral phase of the bone was also affected since the specimens became quite brittle and emitted a high-pitched percussive sound when tapped.

134

BLM_0034958

Thermal alteration of the tooth specimen was most significant for the enamel portion, which sustained pervasive thermal fractures and overall deterioration. The tooth also exhibited color alterations from white to blue-gray on the enamel and yellow to white on the root portion. The shell exhibited a color alteration form its original values to an overall pale red color, and the extent of delamination of the interior portion of the specimens was not as prominent as what had been recorded during previous trials. Heat-induced weight losses for the tooth and shell specimens where recorded as 27% and 25% respectively.

The impact of the 800°C trial on lithic materials continued the trend recorded for the previous five trials where the material types most significantly affected by heating were the Fort Hood chert, silicified wood, and Hartville Uplift chert flakes. The first two material types sustained severe thermal fracturing and deterioration that reduced the flakes to a mass of small (<5mm) individual angular fragments. This is in addition to prominent color alterations observed for both specimens. The Hartville Uplift flake also produced a significant color change from strong brown with black dendrites to dusky red with white dendrites. The flake also sustained heat-induced linear surface cracks. In addition, the pink bioclastic chert flake also exhibited linear surface cracking as well as the well-documented color alteration from pink to dark gray. The phosphoria, porcelinite, and Pecos chert flakes also sustained color alteration to darker hues; however, thermal fractures and surface cracking were not observed. The obsidian flakes exhibited a metallic sheen, enhancement of preexisting radial fracture lines, and fine surface crazing. As reported for each of the previous trials, the novaculite flake was visually unaffected by sustained heating to 800°C. Thermal alteration of the Cliff House Formation sandstone block section included a loss in mass of 1.6%, likely due to water loss, and alteration of iron minerals resulting in a color change from brownish yellow to weak red.

135

BLM_0034959

The thermal alteration of the manufactured china, pottery, and glass specimens ranged from minor color alteration to complete melting and deformation. The prehistoric black-on-white sherd was essentially refired whereby the slip oxidized from light gray to pink, likely due to mineral alterations, and the mineral paint became oxidized and faded. The bottle fragment melted and was completely deformed during the trial as the 800°C maximum temperature of the trial exceeded the initial melting point of glass.

The results of the 800°C trial suggest that most material types tested, with the exception of novaculite and china, are subject to observable thermal alteration at this temperature. The organic and mineral phases of bone, tooth, and antler specimens were affected during this trial, resulting in weight loss and structural alteration. Lithic materials exhibited color changes resulting from mineral alterations as well as surface cracking, severe thermal fracturing, and surface crazing for the Fort Hood chert, silicified wood, Hartville Uplift chert, pink bioclastic chert, and obsidian flakes. Other notable thermal alterations include the black-on-white pottery sherd, which exhibited mineral alterations of the slip and oxidation of the black design pigment, and the bottle glass fragment that underwent melting and subsequent deformation. The thermal alteration summaries, pre- and post-heating Munsell values, and descriptive information for each of the experimental artifacts are provided in Table 3.8.

**Trial #9 (900°C)**

As with the previous trials, the experimental artifacts were placed in the muffle furnace prior to the initiation of heating, and once the prescribed temperature was achieved it was maintained for 1 hour. The heat-up period for the 900°C trial required a prolonged period of approximately 1.75 hours. The cool-down period was also protracted, requiring approximately 4 hours, due to the high temperature maintained during the trial. After

136

cooling, the artifacts were removed from the muffle furnace for evidence of thermal alteration via macroscopic analysis.

Thermal alteration of bone and antler specimens during the 900°C trial were similar to those reported for the 800°C in which specimens exhibited a chalky calcined appearance with specimens taking on a bright white hue intermixed with very pale brown. The surfaces of the bone and antler specimens also exhibited deep surface fractures and propagation of existing surface cracks as well as weight losses ranging between 35-41% for bone and 47.5% for antler. These specimens also became increasingly brittle and emitted a higher pitched percussive sound when tapped. The tooth specimen exhibited significant deterioration of the enamel, and was also color altered to hues of white and blue-gray. The root portion of the tooth was altered from its original yellow color to very pale brown, and overall the tooth exhibited a 28.6% loss in mass. Thermal alteration of the shell specimen was also similar to that reported for the previous trial in which delamination was moderate and the overall color of the interior portion of the shell changed to pale red. The post-heat weight of the shell specimen was reduced by 45%, and the specimen had become increasingly brittle.

The lithic specimens most severely impacted by heating were the Fort Hood chert and silicified wood flakes, which essentially were reduced to crumbled bits due to thermal fracturing and significantly altered in color due to mineral oxidation. In addition, the Hartville Uplift and pink bioclastic chert flakes exhibited linear surface fractures as well as color alterations to red (with white dendrites) and dark gray for each respective material type. Thermal alteration of the phosphoria flake was more pervasive for the 900°C trial compared to the previous trial in which only a color alteration to a darker hue was observed. Post-heating analysis of the phosphoria flake after this trial revealed the presence of crazing (internal fracturing), one potlid fracture, and color alteration in the form of dusky red and

137

weak red banding.  The two obsidian flakes exhibited enhanced radial fracture lines and fine surface crazing on flake scar surfaces as well as a lustrous metallic sheen.  The Pecos chert flake did not exhibit evidence of thermal fracturing, only a color alteration from light gray to blue gray.  The novaculite flake was visually unaffected by heating to 900°C.  Thermal alteration of the Cliff House Formation sandstone included mineral oxidation resulting in a color change form brownish yellow to weak red as well as a weight loss of 2% likely attributed to water loss during heating.

Thermal alteration of the manufactured experimental artifacts varied from none for the historic china fragment to significant for the prehistoric black-on-white sherd and the bottle glass fragment.  The black-on-white sherd was effectively refired as the 900°C maximum temperature probably far exceeded the original firing temperature of the vessel.  Mineral oxidation of the slip was apparent in which the original gray color was altered to reddish yellow.  In addition, the black mineral paint on the sherd became faded after heating.  The glass bottle fragment melted and became significantly deformed as a result of sustained heating to 900°C, which exceeds the melting point of glass.

In sum, thermal alteration of the experimental artifacts heated during the 900°C was significant for the majority of material types, with the exception of the historic china fragment and the novaculite secondary flake.  The organic and mineral phases of bone specimens were affected during the trial resulting in weight loss, increased brittleness, and surface fracturing.  The enamel portion of the tooth specimen was severely compromised due to thermal fracturing.  Lithic specimens exhibited severe thermal fracturing for the Fort Hood and silicified wood flakes as well as surface fractures, potlid fractures, and significant color shifts for the other material types.  Thermal alteration of the obsidian flakes included fine surface crazing and increased luster.  Other significant instances of thermal alteration include

138

the black-on-white sherd that was oxidized to a reddish yellow color, and the bottle glass fragment that was completely deformed due to melting. Thermal alteration summaries, pre- and post-heating Munsell values, and descriptive information for each of the experimental artifacts included in the trial are provided in Table 3.9.

**Trial #10 (1000°C)**

The final heating trial of the experiment was trial number 10 in which a temperature of 1000°C was sustained for one hour. The muffle furnace required prolonged heat-up period of 2.5 hours to reach the prescribed 1000°C mark. Similarly, the cool-down period was protracted, requiring over 4.5 hours to return to a temperature below 100°C. In total, the combined time required to complete trial number 10 was approximately 8 hours.

After heating and cool-down, the experimental artifacts were visually analyzed for discernable evidence of thermal alteration. Thermal alteration of bone, antler, and tooth specimens was similar to that reported for the previous two trials (800°C and 900°C). These specimens exhibited a chalky calcined white and very pale brown color alteration as well as deep surface fractures, thermal fracturing, crack propagation, and weight losses ranging from 29-47%. In addition, the enamel portion of the tooth was heavily fractured and had deteriorated significantly over its pre-heated state. Thermal alteration of the shell specimen was also similar to that reported for the previous two trials in which delamination of the interior surface of the shell was moderate, and the overall color of the inner portion of the specimen was altered to pale red.

The lithic material types most significantly impacted by prolonged heating to 1000°C were the Fort Hood chert and silicified wood flakes. As recorded for the previous four trials, these flakes were severely fractured, reduced to crumbled bits, and significantly altered in color during heating. Of particular interest is the thermal alteration of the black and gray

139

BLM_0034963

banded obsidian flake that occurred during prolonged heating to 1000°C. This flake exhibited extreme vesiculation in which the entire flake was altered to a frothy green-gray foam-like globule. Steffen (2002:164) defines vesiculation as the formation of interconnected bubbles within obsidian causing severe deformation or "puffing". However, the author does not provide details surrounding the exact processes that are involved in vesiculation of obsidian. The other obsidian specimen used in the experiment, black, red, and translucent, did not exhibit vesiculation, only the propagation of existing radial fracture lines, fine surface crazing, and an increased luster. The Hartville Uplift flake exhibited two potlid fractures, linear surface fracturing, and mineral oxidation resulting in a color change from strong brown with black dendrites to red with white dendrites. The pink bioclastic chert specimen exhibited linear surface fractures and a color alteration from pink to dark gray. Thermal alteration of the phosphoria flake was similar to that recorded for the 900°C trial in which the original uniform dark red color was altered to weak red and dusky red banding, and crazing (non-linear web-like internal fractures) was observed. The Pecos chert flake did not exhibit thermal fractures, but was altered in color from light gray to blue-gray. As observed for each of the ten trials encompassing the experiment, the novaculite flake was visually unaffected by heating. Thermal alteration of the Cliff House Formation sandstone block section was also consist with that recorded previously whereby the mineral oxidation altered the color of the specimen from brownish yellow to weak red, and the vaporization of water contributed to a weight loss of 1.9%.

The effect of sustained heating to 1000°C on the man-made experimental artifacts was also similar to that reported for the 800°C and 900°C trials. The bottle glass fragment experienced melting resulting in severe deformation. The prehistoric black-on-white pottery sherd was effectively refired resulting in the oxidation of the slip from gray to light red and

140

the near complete oxidation or absorption of the black mineral painted design such that is was barely visible post-heating. The historic china fragment was visually unaffected by prolonged heating to 1000°C.

The overall impact of the 1000°C heating trial on the experimental artifacts was significant. The most interesting form of thermal alteration observed during the trial was the vesiculation of the black and gray banded obsidian flake, which was transformed into a foam-like globule. Other notable instances of thermal alteration include thermal fracturing of cherts ranging from severe to minor, crazing of phosphoria, and the color alteration of all lithic material types due to mineral oxidation. The black-on-white pottery sherd was altered from black on white to essentially red buff color absent of any design. In addition, the glass bottle fragment experienced melting and was severely deformed. Bone, and antler, specimens exhibited thermal fracturing, alteration of the mineral phase, and combustion of the organic phase, which resulted in color alteration, brittleness, and weight loss. The enamel portion of the tooth specimen deteriorated severely due to thermal fracturing, and the shell specimen experienced moderate delamination, increased fragility, and color alteration of its interior surface. Thermal alteration summaries, Munsell values, and descriptive information for each artifact heated during the trial are provided in Table 3.10.

## Summary and Conclusion

Thermal alteration information for each trial and artifact type is summarized in Table 3.12 at the end of the chapter. The muffle furnace experiment was conducted for three purposes: 1) to replicate similar experiments conducted by Bennett and Kunzmann (1985), and proposed but not performed by Kelly and Mayberry (1980); 2) to establish the form and extent of thermal alteration affecting a variety of common archaeological material types across differential temperature gradients ranging from 100-1000°C; 3) to provide reference

141

data from which to assess the potential for thermal alteration of archaeological resources given a particular artifact class and maximum temperature range. The temperature range defined for the experiment is sufficient to encompass a wide variety of natural fire scenarios ranging in severity from prescribed fire in grassland fuels to prescribed and wildland fires under heavy fuel loads.

The results of the experiment show that the majority of artifact classes tested were not appreciably affected during sustained heating to 100°C. The only exception to this general trend was the initial pyrolysis of the organic phase sustained by bone specimens that resulted in reductions in pre-heated mass ranging between 3-7%. The same trend was continued during the 200°C in which the organic phase of bone began to combust, but at a greater magnitude resulting in weight losses ranging between 11-16%. In addition, the enhanced pyrolysis of collagen during this trial resulted in bone specimens that were blackened or charred in appearance. The combustive residue created by this process also adhered to the surfaces of the other experimental artifacts tested during the experiment. This residue, however, only loosely adhered to the surfaces of artifacts and is not considered a significant form of thermal alteration. The only additional form of thermal alteration observed during the 200°C trial was mineral alteration of lithic materials resulting in color changes generally characterized by shifts to darker hues. This was especially prominent for the Fort Hood chert, Hartville Uplift, and silicified wood specimens, which were altered from their original brown values to slightly darker and non-uniform red hues intermixed with the original colors. This suggests that the oxidation of iron oxides to hematite is initiated during sustained heated at 200°C. The obsidian flakes and bottle glass fragment appeared to be more lustrous in appearance post-heating and the glass specimen exhibited an enhanced linear

142

surface crack.  However, catastrophic forms of thermal alteration such as thermal fracturing and spalling were not observed during the 100°C and 200°C trials.

The 300°C and 400°C yielded more significant forms of thermal alteration across most of the experimental artifacts tested.  The only exceptions to this general trend were the novaculite flake, china fragment, and pottery sherd which, upon macroscopic analysis were unaffected by sustained heating performed during these two trials.  Bone specimens, however, were deeply blackened and charred in appearance due to the pyrolysis of the organic phase.  This resulted in weight loss ranging between 20-35% for bone specimens as well as antler and tooth specimens.  In addition, the enhancement of existing surface cracks was observed for bone and antler specimens during both trials as well as moderate thermal alteration of one bone specimens and tooth enamel during the 400°C trial.  The shell specimen sustained delamination of its interior surface after heating to 400°C as well a weigh losses ranging between 8-11% after both trials.  Thermal alteration of lithic materials during the 300°C was similar to that described for the 200°C trial in which mineral alterations resulted in color changes in most materials especially the Fort Hood chert, Hartville Uplift chert, and silicified wood flakes.  The exception being that the color changes were more pronounced for these material types after heating to 300°C.  The same general trend held constant for the 400°C; however, some specimens exhibited thermal fractures.  The pink bioclastic chert flake exhibited a linear surface fracture, the Fort Hood flake sustained a complete fracture of its proximal portion, and the silicified wood flake exhibited thermal fracturing, spalling, and potlidding.  This suggests that significant thermal alteration for these specific material types is initiated at 400°C.  In addition, the two obsidian flakes exhibited enhanced radial fracture lines, a metallic sheen, and the black and gray banded specimen exhibited fine surface crazing.  This further suggests that significant thermal alteration of

143

BLM_0034967

obsidian is initiated at 400°C as well. The glass bottle fragment exhibited an increased luster after both trials as well as one thermal spall after heating to 400°C.

The 500°C and 600°C trials induced appreciable thermal alteration for most experimental artifacts particularly organic specimens and certain lithic material types that have been consistently affected throughout the experiment. Both the 500°C and 600°C trial produced crack enhancement, some thermal fracturing, and weight losses ranging between 34-45% for bone. However, after the 600°C bone and tooth specimens exhibited a green-gray and brown color giving them a minor calcined appearance. Thermal degradation of tooth enamel was also recorded after each trial. Delamination of the interior portion of the shell specimen also continued during both trials as did weight losses of between 18-25%. Lithic materials exhibited heat-induced mineral alterations that produced marked color changes, and thermal fracturing, spalling, and potlidding were observed for the Fort Hood chert, Hartville Uplift chert, and silicified wood specimens after both trials. The thermal alteration of the obsidian at 500°C was characterized by a metallic sheen and the propagation of radial fracture lines, and the 600°C trial produced similar results with the exception that both flakes exhibited fine surface crazing. The bottle glass fragment exhibited thermal spalling at 500°C, and slight edge melting at 600°C indicating that this temperature approaches its melting point. The black-on-white pottery sherd sustained a slight whitening of its slip, and minor fading of the black mineral paint at 600°C. The novaculite flake and china fragment were unaffected by heating during both trials.

As the temperature was increased to the 700°C and 800°C levels during the experiment thermal alteration of most material continued to follow a similar trend as reported for the previous two trials. Bone specimens exhibited a complete calcined appearance in which specimens became blue-gray and green-gray in color indicating that the hydroxyapatite

144

is affected in this temperature range.  Bone and antler specimens also exhibited surface crack propagation and some thermal fracturing was well as weight losses ranging between 21-45%. Delamination of the interior portion of shell specimens and reductions in mass of 20% continued for both trials.  Tooth enamel also continued its heat-induced degradation and crack propagation observed during the previous two trials.  The mineral oxidation and resulting color changes were pronounced for all material types, and the trend of significant thermal alteration of the Fort Hood chert, Hartville Uplift chert, and silicified wood flakes continued as it had during the 400-600°C trials.  Obsidian flakes also continued to exhibit the propagation of radial fracture lines and fine surface crazing that had been reported for previous trials.  However, the black-on-white pottery sherd exhibited color alterations of the slip from light gray to pale brown and pink during the 700°C and 800°C trials respectively, indicating the mineral oxidation had and refiring had occurred.  In addition, the black mineral paint became increasingly faded after each of the trials as well.  The glass bottle fragment exhibited limited melting during the 700°C and significant melting during the 800°C As recorded for the previous trials, the china fragment and novaculite flake were unaffected by sustained heating to 700°C and 800°C.

The final two heating trials generated sustained temperatures of 900°C and 1000°C respectively.  The impact of the heating trials on the experimental artifacts was similar for both trials, and of greater magnitude than previous trials.  Bone specimens became exhibited a chalky white and yellow calcined appearance.  Specimens were noticeably more friable and exhibited a high-pitched percussive sound when tapped; indicating that the mineral phase had been altered.  Bone and antler specimens also exhibited crack propagation and moderate thermal fracturing in addition to weight reductions ranging between 27-47%. Delamination of the interior portion of the shell specimen combined with significant color alteration and

145

BLM_0034969

weight reductions of 45% were recorded during both trials. The black and gray banded obsidian flake exhibited extreme vesiculation after the 1000°C in which the flake was altered to a frothy foam-like green globule. The other obsidian flake only exhibited the linear fracture propagation and surface crazing recorded during previous trials. All lithic specimens, with exception of the novaculite flake, exhibited significant color alterations as the result of mineral oxidation. The Fort Hood chert and silicified wood flake were severely degraded to small fragmented pieces due to thermal fracturing after both trials. In addition, the Hartville Uplift and pink bioclastic chert specimens exhibited linear surface fracturing as well as potlidding for the former only. The phosphoria flake exhibited crazing (internal fracturing) during both trials and one potlid fracture after the 900°C trial. The glass specimen was completely melted during each of the trials; however, the china fragment was visually unaffected by sustained heating to high temperatures. The black-on-white pottery sherd was effectively refired during both trials resulting in significant color alterations to reddish yellow and light red. Moreover, the black pigmented design was significantly faded during the 900°C and nearly obliterated following the completion of the 1000°C.

Summaries of the thermal alteration recorded for each artifact during each of the ten heating trials are provided in Table 3.1. In sum, weathered bone (lightly and heavily) is macroscopically unaffected by heating to 100°C, but the combustion of the organic phase is initiated at this temperature since minor weight reductions of 3-7% were recorded. At 200°C combustion of collagen is enhanced and bone begins to exhibit a dark brown slightly charred appearance, and existing surface crack may be enhanced under thermal stress. Temperatures ranging between 300-500°C are sufficient to combust the majority of the organic phase of bone resulting in weight reductions of greater than 30%. This process gives bones a blackened and charred appearance in addition to potential crack propagation and thermal

146

BLM_0034970

fracture. At temperatures between 600-700°C hydroxyapatite may be subject to thermal alteration in addition to the complete combustion of the organic phase giving bone a calcined green-gray and blue-gray appearance. Thermal alteration of the mineral phase of bone continues at temperatures ranging between 800-1000°C and bone becomes increasingly friable and chalky white and yellow in appearance. Crack propagation and thermal fracturing is also probable at this temperature range. These results are consistent with those reported by Brain (1993), Nicholson (1993), McCutcheon (1992), and Shipman et al. (1984). Each of these experimenters used variable experimental methods; however, each is roughly in agreement in their conclusions regarding the thermal alteration of bone.

Teeth are similarly affected by thermal alteration compared to bone. The specimens used during this study were significantly weathered. Previous research by Shipman et al. (1984) incorporated fresh teeth still affixed to de-fleshed mandibles. As a result, the specimens heated during the present experiment exhibited a far greater degree of crack propagation and thermal fragmentation. The thermal alteration of the root portion of teeth follow very closely the range of thermal alteration reported for bone at each respective temperature range. Weathered tooth enamel was shown to exhibit crack propagation and thermal fracture at 500°C with thermal fracturing and degradation of enamel becoming increasing severe at temperatures ranging between 600-1000°C. At high temperature the enamel becomes very friable and extremely fragmented. Tooth enamel and root sections also exhibit a blue-gray, green-gray, and white calcined appearance at temperatures between 600-1000°C.

No reference pertaining to the thermal alteration of antler has been located in the literature. However, weathered elk antler seems to follow the range of thermal alteration described. One exception would be that thermal fracturing was not observed for antler

147

BLM_0034971

specimens, only crack propagation beginning at 200°C and consistently increasing in severity up to 1000°C. In addition, weight loss for antler was more pronounced than was recorded for bone with losses of nearly 40% for the 400-500°C trials and up to 47% for the 600-1000°C trials. Antler also exhibited a calcined appearance that is roughly analogous to that described for bone and at roughly the same temperature intervals.

Thermal alteration of shell has previously been briefly addressed Robins and Stock (1990) using campfires to address the issue of burned shell taphonomy. The study was not focused on establishing different levels of observable thermal alteration for shell at given temperatures; however, it did establish that thermally altered shell is more friable than unaltered shell. The results of the present study have shown that shell is not visually affected by sustained heating at 100°C and 200°C. Partial combustion of calcium carbonate begins at 300°C and increased incrementally as temperatures reach 1000°C resulting in mass reductions initially at 8% and culminating at 45%. The delamination of the laminar inner surface of fresh water shell and significant color alteration begins at 400°C and continues through 1000°C. As a result of heating to middle and higher temperature ranges, shell also becomes increasingly friable when handled; however, no qualitative or quantitative method was implemented to assess friability.

The two varieties of obsidian (black and gray banded, and black, red, translucent) heated during the experiment were macroscopically unaltered by sustained heating at 100°C, 200°C, 300°C with the exception of a slight increase in luster. Propagation of existing radial fracture lines and the formation of a metallic sheen were observed for both specimens beginning at 400°C and continuing for each trial thereafter until the termination of the experiment at the 1000°C trial. Fine surface crazing was consistently observed for both varieties of obsidian beginning with the 600°C and for each following trials. Vesiculation

148

BLM_0034972

was only observed for the black and gray banded specimen during the 1000°C trial where the morphology of the flake was significantly altered from its preheated state to a green-gray, frothy, foam-like globule. Weigh losses were not recorded for either specimen during any of the trials, including the trial in which extreme vesiculation was observed.

In brief, observable thermal alteration of obsidian may potentially begin at temperatures of 400°C in the form of radial fracture line propagation, and may extend to fine surface crazing at temperatures ranging between 600-1000°C. Extreme vesiculation may occur for some varieties of obsidian at sustained heating beyond 1000°C. Surface temperatures of 400-800°C and above are possible during prescribed and wildland fires given the availability of sufficient fuel load and fire intensity. Buenger (Chapter 2) has observed fracture line propagation and fine surface crazing under field conditions during prescribed burns in heavy fuels for the black and gray banded obsidian material types used in the laboratory experiment, although vesiculation was not observed. However, Steffen (2002) has observed vesiculation of obsidian under field conditions following the Jemez fire in New Mexico. Therefore, the range of thermal alteration observed during the muffle furnace experiment is analogous to that which may be encountered in the field, and may function as a guide in estimating potential fire intensity and subsequent thermal alteration of obsidian under natural fire conditions.

The chert specimens tested during the experiment included Hartville Uplift chert, Pecos chert, Fort Hood chert, and a non-specified pink bioclastic chert. Previous research surrounding the thermal alteration of these specific material types either does not exist or was not located in the literature. The results of the experiment show that slight color changes resulting from the thermal alteration of minerals within the materials are observable beginning at 200°C. These color changes become more pronounced as the maximum

149

BLM_0034973

temperature sustained during each trial increased up to the final temperature of 1000°C. Color alteration was most prominent for Hartville Uplift chert, which was altered for strong brown to various hues of red, probably due to the oxidation of limonite to hematite.

Significant thermal alteration of cherts in the form of thermal fracturing was first observed during the 400°C for Fort Hood chert. Thermal fracturing, spalling, and potlidding of Fort Hood chert was initiated during at 500°C and continued in severity thereafter through the final 1000°C trial where the flake was reduced to a quantity of small fragments. Fort Hood chert was clearly one of the most thermally sensitive varieties of chert tested. Second to the Fort Hood variety in susceptibility to thermal alteration was the Hartville Uplift chert, which exhibited potlid fracturing during the 500°Cand 1000°C trials was well as thermal fracturing and/or linear surface cracking between temperatures of 700-1000°C. Thermal alteration of the pink bioclastic chert was limited to linear surface cracking, which initially was observed during the 400°C trial, but was only consistently recorded for the 800-1000°C trials. Pecos chert was the most resistant to thermal alteration of the material types tested. Thermal alteration of Pecos chert was limited to color alterations from the original light gray to a darker hue of gray that increased in prominence as temperature increased. Weight losses were not observed for any of the chert specimens; however, it should be noted that the weights were coarsely obtained to only the nearest 1 gram.

The other lithic material types tested during the experiment included silicified wood, phosphoria, porcelinite, and novaculite. Silicified wood was clearly the most prone to thermal alteration of all the lithic materials used in the experiment. Prominent color alteration was observed at 200-300°C whereby the original mottled strong brown and very dark gray color was altered to red. This trend continued as the temperature of each trial increased accompanied by a progressively darker red hue. Thermal fracturing, spalling, and

150

BLM_0034974

potlidding were initially recorded during the 400°C trial, and were especially pronounced during the 800-1000°C in which the flake was reduced to an accumulation of small fragments. The phosphoria specimen exhibited color alterations from dark red to dusky red beginning at 200°C and continuing through 1000°C. Crazing (internal fracturing) was observed for phosphoria during the 900°C and 1000°C, and minor potlid fracturing was recorded during the 900°C only. Other than alteration of its mineralogy, phosphoria seems to be rather resistant to thermal alteration up to high temperatures in the 900-1000°C. Thermal alteration of porcelinite was limited to color alterations, which were generally not prominent until the 900-1000°C trials where the original green-gray color of the material was altered to dark grey and very dark gray. No catastrophic forms of thermal alteration such as thermal fracturing or spalling were observed for porcelinite. Finally, novaculite is clearly the most resistant to thermal alteration of all the lithic material types tested. Thermal alteration of novaculite was not macroscopically observed during any of the trials, even sustained heating to 900-1000°C. This is consistent with research conducted by Flenniken and Garrison (1975), which conclude that Arkansas novaculite is very resistant to thermal alteration due to the paucity of impurities present in the material.

In sum, the thermal alteration of lithic materials is initially observable in the form of color alterations beginning at temperatures as low as 200-300°C for some material types. Significant thermal alteration of cherts (particularly Fort Hood and Hartville Uplift varieties) and silicified wood in the form of thermal fracturing and potlidding is initiated at sustained temperatures in the 400-500°C range, and may continue prevalence and severity at temperatures between 800-1000°C. Therefore, the potential for significant thermal damage to these material types under natural fire conditions is highly probably. Other lithic material types such as porcelinite, phosphoria, and novaculite are rather resistant to thermal alteration,

151

BLM_0034975

although phosphoria did exhibit significant thermal alteration at high temperature. The results of the laboratory experiment may provide an indice from which to estimate the fire severity and fire impact where some of these materials, particularly Fort Hood chert, Hartville Uplift chert, and silicified wood, have been thermally altered under natural conditions.

The thermal alteration of the Cliff House Formation sandstone block section was limited to color alteration resulting from mineral oxidation and slight weight loss. This material type is very prevalent as an architectural masonry stone at Mesa Verde National Park. Significant thermal alteration of this material in the form of oxidation, thermal spalling, and thermal fracturing was observed during field research conducted for the present dissertation project (see Chapter 5). The gradual and sustained heating produced during the laboratory experiment is not necessarily equivalent to that produced during a wildland fire. Accordingly, no thermal spalling of fracturing was observed during the laboratory experiment; however, oxidation was observed. Oxidation of the limonite to hematite within the sandstone altered the original brownish yellow color of the sandstone to various hues of red beginning with the 200°C trial and increasing in darker Munsell values through the 1000°C trial, especially at temperatures above 500°C. These color change are consistent with an additional experiment focused on the thermal alteration of Cliff House Formation sandstone conducted for this dissertation project (see Chapter 4). Reductions in mass of between 1-2% were initiated during the 300°C and continued for each trial thereafter until the end of the experiment. These weight losses are likely the result of free water being driven from the material due to thermal stress. In sum, then, the oxidation of Cliff House Formation sandstone will initially develop at temperatures between 200-300°C, and continue in prominence at higher temperatures. Oxidation is likely to occur on this type of sandstone under most prescribed and wildland fire scenarios. The results of the laboratory experiment

152

BLM_0034976

may also be used to gage the severity of wildland fire during post-fire inventories at Mesa Verde National Park where architectural features are impacted.

The thermal alteration of manufactured materials (historic china, glass, and prehistoric black-on-white pottery sherds) tested during the muffle furnace experiment varied depending on the material type. The Southwestern black-on-white sherds were visually unaffected by sustained heating up to 500°C, which is probably close to the original firing temperature of the vessel of this design. At 600°C, a slight color alteration of the gray slip in the form of a white haze was observed as well as minor fading of the black mineral paint used for the design. After sustained heating at 700°C, oxidation of the slip was initiated whereby its color was altered to very pale brown, and the black mineral paint became faded. This trend continued for the 800°C trial, but the slip altered in color to pink, and the design became faded. Following the 900°C trial, oxidation of the slip resulted in a reddish yellow hue as well as a faded design; and the 1000°C produced a light red slip and the near total obliteration of the black mineral painted design. Black-on-white sherd heated during the experiment were essentially refired at temperatures ranging between 700-1000°C where by the mineralogy of the slip was altered via the oxidation of iron minerals. This compares well with data reported by Burgh (1960) in which black-on-white specimens were thermally altered to red-on-buff in an electric furnace. Burgh (1960) also notes a pottery collection containing refired sherds that were burned under natural conditions in which iron contained within sherds was oxidized to yellow and red hues. The results of the present experiment suggest that oxidation of iron and subsequent color alteration occurs at temperatures ranging between 700-1000°C. This observation may potentially be used to assess fire severity of ancestral Pueblo sites burned by wildland fire if oxidized black-on-white sherds are present.

153

BLM_0034977

Thermal alteration of the historic glass bottle fragments consisted of an increase in luster and the propagation linear surface cracks in areas of preexisting fragility at temperatures ranging between 200-300°C. Thermal spalling along the fractured edges of the specimen was observed at temperatures of 400 and 500°C, as was an overall increase in luster. Partial melting along the fracture edges of the glass fragment was observed after sustained heating to 600°C, and melting in the form of circular surface depressions was recorded after the 700°C trial. Significant melting and deformation of glass fragments was observed during the 800-1000°C where the approximate 700-800°C melting point of glass was exceeded. Melted glass is a very consistent and reliable indicator of fire intensity due to its established melting point. Melted glass from surface contexts burned during wildland or prescribed fires would be a near certain indicator of high fire severity.

Thermal alteration of the historic china fragments used in the experiment was non-existent at all temperature thresholds (100-1000°C). Thermal alteration of china is improbable unless the temperature exceeds the original firing temperature of white-ware china (1200°C), or if sufficient thermal shock is generated by extreme fluctuations in temperature gradient. Significant thermal alteration of china during wildland and prescribed fires is unlikely, except in instances in which a specimen may have preexisting points of fragility.

The data presented above can be used as a rough guide from which to assess the potential impact of prescribed and wildland fire on archaeological resources. When assessing the impact of wildland fire on archaeological resources, this information can be used to gauge fire severity and potential maximum temperature thresholds when conducting post-fire inventories. This information may also be used to establish parameters to be incorporated

154

BLM_0034978

into prescribed burning plans where fuel load, potential burn intensity, and the type of archaeological resource is known.

Regarding the muffle furnace experiment; however, it should be noted that heating in a laboratory muffle furnace is not necessarily analogous to the release of radiant heat energy produced by a natural fire. In Chapter 2, it was shown that surface heating during prescribed fires in wide range of fuel loads is precipitous under rather short residence times. Heating and cooling of artifacts within the muffle furnace was generally quite steady and of significant duration. Artifacts are much more susceptible to thermal shock when subjected to precipitous and intense heating that produces uneven temperature gradients within the body of the artifact. Thermal shock resulting in fracturing and spalling of lithics, sandstone, pottery, and other brittle materials has been shown to occur during sudden and precipitous temperature change, which induce differential expansion and contraction (Hettema et al. 1998; Purdy 1974; Rice 1987; Schiffer et al. 1994). Although, thermal fracturing of artifacts during the muffle furnace experiment was observed, heating during the trials was generally characterized by steady rises in temperature over a protracted period. It is likely that variables other than maximum temperature such as rate of heating are also important when addressing the potential for thermal alteration of archaeological materials under laboratory conditions. With this assumption in mind, a laboratory experiment that more closely approximated actual wildland fire conditions was developed and implemented. In addition, an experiment explicitly designed to address the thermal alteration of Cliff House Formation Sandstone was also conducted. The specifics of these experiments and the results are provided in Chapter 4.

BLM_0034979

**Table (3.1) Muffle Furnace Artifact Heating Experiment: Thermal Alteration Summary**

| Temp °C / Artifact | 100° | 200° | 300° | 400° | 500° | 600° | 700° | 800° | 900° | 1000° |
|---|---|---|---|---|---|---|---|---|---|---|
| H. weath. Bone (*Bos*) | WL 5-6% | WL 11% CC(3) CH | WL 27% CC(3) CH CRE(1) | WL 33% CC(2) CH CRE(1) FR(1) | WL 34% CC(2) CRE(1) | WL 36% CC(2) CL CRE(1) | WL 37% CC(2) CL CRE(2) | WL 37% CC(2) CL CRE(2) | WL 38% CC(2) CL CRE(3) | WL 38% CC(2) CL CRE(3) |
| Lt. weath. Bone (*Bos*) | WL 3% | WL 15% CC(3) CH | WL 22% CC(3) CH CRE(1) | WL 35% CC(3) CH CRE(1) | WL 45% CC(2) CRE(1) | WL 39% CC(2) CL CRE(1) | WL 21% CC(2) CL CRE(2) | WL 42% CC(2) CL CRE(2) | WL 39% CC(2) CL CRE(2) | WL 36% CC(2) CL CRE(2) |
| Lt. weath. Bone (*Cervus*) | WL 4% | WL 16% CC(3) CH CRE(1) | WL 20% CC(3) CH CRE(2) | WL 29% CC(3) CH CRE(2) FR(3) | WL 29% CC(2) CRE(2) FR(2) | WL 38% CC(2) CL CRE(2) | WL 30% CC(2) CL CRE(2) FR(2) | WL 32% CC(2) CL CRE(2) FR(2) | WL 32% CC(2) CL CRE(2) FR(2) | WL 35% CC(2) CL CRE(2) FR(2) |
| Tooth (*Bos*) | None | CC(3) CH | WL 22% CC(3) CH | WL 25% CC(3) CH | WL 30% CC(2) FR(1) | WL 42% CC(2) CL FR(2) | WL 27% CC(2) CL FR(2) | WL 27% CC(2) CL FR(3) | WL 27% CC(2) CL FR(2) | WL 30% CC(3) CL FR(3) |
| Antler (*Cervus*) | WL 7% | WL 11% CC(3) CH CRE(1) | WL 28% CC(3) CH CRE(1) | WL 38% CC(3) CH CRE(2) | WL 39% CC(2) CRE(2) | WL 43% CC(2) CRE(2) | WL 45% CC(2) CL CRE(2) | WL 42% CC(2) CL CRE(2) | WL 38% CC(3) CL CRE(2) | WL 47% CC(3) CL CRE(2) |
| Shell (unspec.) | None | CC(1) | WL 8% CC(1) | WL 11% CC(3) DL(2) | **WL 25% CC(2) DL(2)** | WL 18% CC(1) DL(1) | WL 20% CC(2) DL(2) | WL 20% CC(3) DL(1) | WL 45% CC(3) DL(2) | WL 45% CC(3) DL(2) |
| Obsidian (blk/gry) | None | >L | >L | MS CRE(1) SCZ(1) | MS CRE(1) | MS CRE(1) SCZ(1) | MS CRE(1) SCZ(1) | MS CRE(2) SCZ(1) | MS CRE(2) SCZ(2) | MS VS(3) CRE(2) SCZ(2) |
| Obsidian (bk/rd/cl) | None | >L | >L | MS CRE(1) | MS CRE(1) | MS CRE(1) SCZ(1) | MS CRE(1) SCZ(1) | MS CRE(2) SCZ(1) | MS CRE(2) SCZ(1) | MS CRE(2) SCZ(1) |
| Porcelnite (grn-gry) | None | MCC (1) | MCC (1) | MCC (1) | MCC (1) | MCC (1) | MCC (2) | MCC (3) | MCC (3) | MCC (3) |
| Chert Hartville (strg. brwn) | None | MCC (2) | MCC (2) | MCC (2) | MCC (3) PL | MCC (3) | MCC (3) FR(2) | MCC (3) LFR(1) | MCC (3) LFR(1) FR(1) | MCC (3) PL FR(1) |

156

BLM_0034980

**Table (3.1)  Muffle Furnace Artifact Heating Experiment: Thermal Alteration Summary (cont.)**

| Temp. °C  Artifact | 100° | 200° | 300° | 400° | 500° | 600°C | 700° | 800° | 900° | 1000° |
|---|---|---|---|---|---|---|---|---|---|---|
| **Chert Pecos (light gry)** | None | MCC (1) | MCC (1) | MCC (1) | MCC (3) | MCC (3) | MCC (3) | MCC (3) | MCC (3) | MCC (3) |
| **Chert Fort Hood (brwngry)** | None | MCC (2) | MCC (2) | MCC (3) FR(1) | MCC (3) FR(2) SP(2) PL | MCC (3) FR(2) SP(2) PL | MCC (3) FR(2) SP(3) PL | MCC (3) FR(3) SP(3) | MCC (3) FR(3) SP(3) | MCC (3) FR(3) SP(3) |
| **Chert Bioclastic (pink)** | None | MCC (1) | MCC (1) | MCC (1) LFR | MCC (3) | MCC (3) | MCC (3) | MCC (3) LFR(1) | MCC (3) LFR(1) | MCC (3) LFR(2) |
| **Phosphoria (dark red)** | None | MCC (1) | MCC (1) | MCC (2) | MCC (3) | MCC (3) | MCC (3) | MCC (3) | MCC (3) ICZ(1) PL | MCC (3) ICZ(3) |
| **Novaculite (wht/pink)** | None | None | None | None | None | None | None | None | None | None |
| **Silic. Wood (brwn/gry)** | None | MCC (2) | MCC (3) | MCC (3) FR(3) SP(2) PL | MCC (3) FR(2) | MCC (3) | MCC (3) FR(2) | MCC (3) FR(1) SP(3) PL | MCC (3) FR(3) SP(3) PL | MCC (3) FR(3) SP(3) |
| **Sandstone Cliff House (yell/brwn)** | None | MCC (1) | WL 1% MCC (1) | WL 2% MCC (2) | WL 1% MCC (3) | WL 2% MCC (3) | WL 2% MCC (3) | WL 2% MCC (3) | WL 2% MCC (3) | WL 2% MCC (3) |
| **China Wht.Ware (decorated)** | None | None | None | None | None | None | None | None | None | None |
| **B/W sherd (gry/blk)** | None | None | None | None | None | CC(1) PF(1) | CC(2) PF(2) | CC(2) PF(2) | CC(3) PF(2) | CC(3) PF(3) |
| **Bottle Glass (amber)** | None | LFR(1) >L | LFR >L | SP(1) >L | SP(1) >L | >L  MLT(1) | >L  MLT(1) | >L  MLT(3) | >L  MLT(3) | >L  MLT(3) |

**THERMAL ALTERATION CODES:**

**CC (1,2,3)** = Thermally-induced color change (1=light, 2=moderate, 3=heavy)
**CH** = Charred appearance derived from combustion of the organic phase of bone specimens
**CL** = Calcined (bone specimens only)
**WL%** = Thermally-induced weight loss (% loss based on pre-heat specimen weight)
**CRE (1,2,3)** = Thermally-induced enhancement of preexisting surface cracks (1=light, 2=moderate, 3=heavy)
**DL (1,2,3)** = Thermally-induced delamination of the interior portion of shell specimens (1=light, 2=moderate, 3=heavy)

157

BLM_0034981

**FR (1,2,3)** = Thermal fracturing (1=light, 2=moderate, 3=heavy)

**SP** = **(1,2,3)** Thermal spalling (1=light, 2=moderate, 3=heavy)

**PL** = Potlid fracture (lithic specimens only)

**LFR** = Linear surface fracture (1=light, 2=moderate, 3=heavy)

**MCC (1,2,3)** = Thermally-induced mineral alteration resulting in a color change (1=light, 2=moderate, 3=heavy)

**MS** = Metallic sheen (obsidian specimens only)

**SCZ (1,2,3)** = Fine surface crazing (obsidian specimens only)(non-linear) (1=light, 2=moderate, 3=heavy)

**VS** = Vesiculation, surface bubbling resulting in puffed, foam-like appearance in obsidian (1=light, 2=moderate, 3=heavy)

**ICZ (1,2,3)** = Crazing derived from internal thermal fracturing (non-linear, web-like) (1=light, 2=moderate, 3=heavy)

**>L** = Increase in luster

**<L** = Decrease in luster

**PF (1,2,3)** = Thermally-induced paint fading (1=light, 2=moderate, 3=heavy)

**MLT** = Melting and related deformation (1=light, 2=moderate, 3=heavy)

**None** = No visual evidence of thermal alteration

158

BLM_0034982

# CHAPTER 4

## LABORATORY WILDLAND FIRE SIMULATION AND THE EFFECTS OF

## HEATING ON ARCHAEOLOGICAL MATERIALS

### Introduction

Previous research involving laboratory wildland fire simulation to address the impact of fire on archaeological resources is nonexistent. Laboratory research performed by archaeologists explicitly focused on addressing the potential for thermal alteration of archaeological materials during natural fire has generally been limited to the heating of experimental artifacts within electric laboratory furnaces (Bennett and Kunzmann 1985; Burgh 1960; Steffen 2002; see also Chapter 3). While heating in an a muffle furnace is an expedient method from which to observe the range of thermal alteration for various artifact classes given a specific temperature, it is quite limited in its approximation of the conditions archaeological materials would experience during a wildland fire. Heating in a muffle furnace is generally gradual and uniform whereas soil surface heating during natural can potentially be rather precipitous and severe (Chapter 2). The potential for significant thermal alteration of archaeological materials during a wildland or prescribed fire is likely to be much greater than that experienced by heating in an electric furnace due to the likelihood of significant and differential heating that could induce thermal shock and significant thermal alteration of artifacts.

In order to address this issue, a research design explicitly focused on replicating wildland fire conditions where archaeological materials are also incorporating into the fire simulations was developed and implemented. Laboratory wildland fire simulations were conducted at the USDA Forest Service Intermountain Fire Sciences Laboratory (IFSL) in

159

BLM_0034983

Missoula, Montana.  The research project was a collaborative effort performed with the assistance and direction of members of the IFSL staff (Jim Reardon, Kevin Ryan, and staff). The wildland fire simulations are based on mathematical fire behavior models developed by Rothermel (1972) and Albini (1976).  The IFSL staff and others have developed accurate and replicable methods to simulate wildland fire conditions in the laboratory which have been used to address several issues regarding wildland fire behavior (Rothermel and Anderson 1966; Catchpole et al. 1998; Catchpole et al. 1993).

The research objectives of this project included: 1) Simulation of variable fuel loads and wildland fire intensities in a controlled laboratory environment; 2) The incorporation of experimental artifacts, representative of a range of artifact classes, into the fire simulations with the purpose of assessing potential thermal alteration given a specific artifact type, fuel load, and fire intensity; 3) From the time/temperature curves and time/heat flux data generated during the simulations, establish the temperature and heat flux ranges at which significant thermal alteration of a specific artifact type occurs; 4) Utilize these data to make predictions regarding the potential for thermal alteration of archaeological resources under actual field conditions given a specific artifact class, fuel load, and wildland fire burn intensity.

In addition to the primary experiment, two secondary experiments were conducted to address specific issues regarding the potential for wildland fire to confound accurate thermoluminescence (TL) dating of pottery sherds, and to more thoroughly document the thermal alteration of Cliff House Formation Sandstone.  The TL dating experiment was run in conjunction with the primary IFSL experiment.  The secondary sandstone thermal alteration experiment was run independent of the main experiment.   The research methods and results of each of the respective experiments are provided in the artifact section of this chapter.

160

BLM_0034984

The fundamental basics surrounding the significant thermal alteration of archaeological materials such as thermal cracking, spalling, and fracturing involve:

1. Interaction between the heat source (fire) and a heat sink (artifact).

2. The amount of energy released by combusting fuels which is dependent on fuel load and rate and duration of burning.

3. The amount of energy absorbed by the artifact which is a function of energy and the thermal conductivity of the artifact.

4. The temperature range and length of time an artifact is heated during burning.

5. The compositional structure and thermal properties of an artifact to include important variables such as coefficient of thermal expansion, thermal conductivity, and tensile strength.

## Research Design

Laboratory wildland fire simulations were performed in a large combustion chamber within an environmentally controlled wind tunnel. Through the use of a computer-automated system, wind velocity, relative humidity, and ambient temperature within the chamber can be precisely controlled. The combustion chamber measures approximately 3mW x 3mH x 12mL and is constructed of steel panels with fire resistant windows that permit fire behavior observations (see Anderson and Rothermel 1965; Rothermel and Anderson 1966 for description). Wildland fire simulations were conducted on a burn table positioned within the wind chamber (Figure 4.1). The burn table was divided into two sections, the fuel bed measuring 88 x 186cm, and the sediment bed, which measures 88 x 45cm where the experimental artifacts were placed (Figure 4.2). Excelsior (*Populus tramulos)* and ponderosa pine (Pinus *ponderosa)* sticks used as fuel during the simulations. The primary fuel source was excelsior, which consists of variable length strands of wood that are stripped from poplar

161

BLM_0034985

stock (~2.5 x 0.8 mm in cross-section) (also referred to as wood wool). The ponderosa sticks are machined (6mm in cross-section) lengths (~1m) of wood that resemble lengths of doweling. Fuel loading was established by placing predetermined $g/m^2$ distributions/packing ratios (mass per unit area) of excelsior on the fuel bed prior to ignition. The fuel-packing ratio represents the fuel volume per unit volume of the fuel bed. The defined $g/m^2$ packing ratios of excelsior and ponderosa sticks formulaically correlate to standardized ton/acre fuel loads that characterize combustible fuels common to natural environments (Anderson 1982; Schuette 1965). For the majority of the experiment shredded excelsior was placed in the fuel bed only, not overlain on the sediment bed and experimental artifacts in order to produce an oxidizing environment in which radiant heat energy exposure on the artifacts was optimized. However, two sets of simulations were conducted where shredded excelsior fuels were placed on the sediment bed and experimental artifacts in order to simulate a reducing environment similar to field conditions where duff and light litter overlay artifacts deposited on the mineral soil surface. In addition, the Moderate fuel treatment consisted of cribbed fuels where stacked pine sticks were used in place of shredded excelsior. Ignition of excelsior fuels was achieved using a linear deposit of alcohol on the leading edge of the fuel bed and an electric coil operated from the exterior of the wind tunnel. Large fraction Brule Formation clay provided the sediment for the artifact bed. Data on flame height, length, and angle were recorded by video taping flaming combustion during each trial, and using a calibrated measurement system post-fire during video play-back (McMahon et al. 1986) (note that flame angle is measured such that 0° is vertical and 90° is horizontal).

For the experiment we simulated 4 different fuel loads representative of a wide range fuel models found in natural environments common to the Western United States; Heavy,

BLM_0034986

Moderate, Moderate-Light, and Light.  Brief descriptions of each of the standardized fuel loads used in the experiment are provided below:

1) **Heavy (1947 g/m$^2$ excelsior/sticks) or (8.76 ton/acre) (3191.02 kg/ha)**.  This fuel loading is roughly analogous to a mixed conifer environment with light ground fuels (Anderson 1982).

 2) **Moderate (1421 g/m$^2$ excelsior/sticks) or (6.33 ton/acre) (2329.77 kg/ha)**.  This fuel loading is roughly analogous to an open piñon-juniper environment with light understory (Anderson 1982).

3) **Moderate-Light (973 g/m$^2$ excelsior/sticks) or (4.34 ton/acre) (1597.35 kg/ha)**.  This fuel loading is roughly analogous to an open sagebrush environment or an open ponderosa environment with grass understory (Anderson 1982**)**.

4) **Light (225 g/m$^2$ excelsior/sticks) or (1.00 ton/acre) (368.05 kg/ha)**.  This fuel loading is roughly analogous to a grassland environment (Anderson 1982**)**.

In addition, we also incorporated two different wind velocities into the experiment to add variable fire intensities for each of the four fuel load treatments.

1) **High Wind Velocity** (512-525 ft/min, ~5-6 mph) (156-160 m/min, ~8-9.6 kph**)**

2) **Low Wind Velocity** (256-265 ft/min, ~2-3 mph) (78-80 m/min, ~3.2-4.8 kph)

Wind velocity was measured at the sediment bed within the wind chamber using computer automated environmental controls.  It should be noted that wind velocity measured at the sediment surface correlates to substantially greater atmospheric 20ft wind velocities encountered during actual wildland fires.

The combination of variable wind velocity, differential fuel loads, and fuel placement (fuel absent on artifacts or fuel present on artifacts) produced a total of 10 experimental conditions.  Each experimental condition was performed and then replicated 2 times with the

163

BLM_0034987

exception of the light fuel load conditions that were run only once with no replication. In total, the experiment consisted of 26 trials as each fuel loading and wind velocity condition and associated replicate was introduced over the duration of the experiment. Summaries of each fuel load / wind velocity condition and associated trials are provided below.

**Trials #1-3**  (8.64 ton/acre fuel load, 5-6 mph wind velocity)

**Trials #4-6** (6.33 ton/acre fuel load, 5-6 mph wind velocity)

**Trials #7-9** (4.34 ton/acre fuel load, 5-6 mph wind velocity)

**Trial #26**  (1.00 ton/acre fuel load, 5-6 mph wind velocity)

**Trials #13-15**  (8.64 ton/acre fuel load, 2-3 mph wind velocity)

**Trials #16-18**  (6.33 ton/acre fuel load, 2-3 mph wind velocity)

**Trials #10-12**  (4.34 ton/acre fuel load, 2-3 mph wind velocity)

**Trials #22-24**  (Fuel on Artifacts) (4.34 ton/acre fuel load, 2-3 mph wind velocity)

**Trial #25**  (1.00 ton/acre fuel load, 2-3 mph wind velocity)

**Trials #19-21** (Fuels on Artifacts) (8.64 ton/acre fuel load, 2-3 mph wind velocity.)

Prior to the ignition of fuels during each fire simulation, experimental artifacts were placed on the sediment bed, and thermocouples were positioned on the upper and lower surfaces of each artifact to record the temperature differential between the upper and lower surfaces of artifacts during burning. The position of the artifact and its associated pair of thermocouple was held constant throughout the experiment. Temperature data was recorded using 22 thermocouples wired to three Campbell Scientific Inc. CR10 data loggers that were programmed to record temperature in °C every 1 second. Thermocouples were placed on the upper and lower surfaces of artifacts in order to assess the temperature differential between these two surfaces during burning since thermal fracturing of brittle materials is generally the result of compressive and tensile thermal stress generated by uneven heating. In addition,

164

BLM_0034988

heat flux data in the form of Total Flux (convection and radiant combined) and Radiant Flux (radiant only) were recorded in kw/m$^2$ using two Medtherm radiometers; one positioned at the surface of the sediment bed to measure soil heat flux, and one positioned 25cm above the sediment bed to measure air heat flux (Figure 4.3).

The experimental artifacts burned during each trial of the experiment, and their position on the sediment bed relative to the terminal end of the fuel bed, are summarized below:

1. Corrugated Pottery Sherd (unprovenienced Southwestern sherd) (35cm from fuels)

2. Black-on-White Pottery Sherd (unprovenienced Southwestern sherd) (15cm from fuels)

3. Black Hills Quartzite Primary Flake (modern replicate) (13cm from fuels)

4. Hartville Uplift Chert "Core" (nodule, roughly the sized of an exhausted core) (10cm from fuels)

5. Pecos Chert Biface and Fort Hood Chert Biface (modern replicate, fragmented unfinished Paleo-Indian points)(30cm from fuels).

6. Obsidian Biface and Blade (black/red/translucent and black/gray-banded unknown sources)(modern replicates)(34cm from fuels)

7. Glass (modern bottle fragments, clear and amber) (30cm from fuels)

8. Freshwater Mussel Shell (small and large, unspecified species) (20cm from fuels)

9. Elk (*Cervus*) Antler (sawed into sections) (30cm from fuels)

10. Domestic Cattle (*Bos)*, Elk (*Cervus*), and Deer (*Odocoilius*) Bone (appendicular elements sawed sections) (16cm from fuels)

11. Cliff House Formation sandstone (block sections) (38cm from fuels)

165

BLM_0034989

In total, 286 experimental artifacts were subjected to burning during the 26 wildland fire simulations that comprised the overall experiment.  Descriptive data for the experimental artifacts was collected prior to burning and post-burning.  Artifacts were measured for maximum length, width, and thickness, weighed to the nearest .01 of a gram using a digital scale, and assigned Munsell color values.  Artifacts were also photographed using a digital camera prior to each simulation and again following burning (see Appendix 3, Photos, on Data CD).  Thermal alteration of artifacts was assessed by macroscopic analysis following each simulation and recorded by notation.  Figures 4.4 and 4.5 illustrate pre-burn and post-burn (heavy fuel trial) conditions of experimental artifacts.  (Descriptive artifact data and thermal alteration analysis coding of artifacts are summarized in Appendix 3, Table 4.1 (Contained within the data CD accompanying the dissertation).

**Heavy Fuel Load / High Wind Velocity Condition (Trials #1-3)**

<u>Trial #1</u>

The first series of fire simulations were performed using the heavy fuel load (8.67 ton/acre) (3191.02 kg/ha) paired with the high wind velocity treatment.  Three trials were conducted under this experimental treatment using the methodology outlined in the previous section.  Trial #1 produced maximum flames lengths of .77m, flame heights of .54m, and a flame angle of 45.5°.  The peak temperatures recorded on the upper surfaces of the experimental artifacts ranged between 814.0-401.0°C, with most falling within the 500-600°C range.  Peak upper surface temperatures were sustained for 13-42 seconds with the exception of the 814°C reading, which was sustained for only 1 second.  Maximum temperatures recorded on the lower surfaces of artifacts ranged between 480-39°C.  The

166

BLM_0034990

480°C reading is anomalous and may have recorded due to the presence of an open space between the artifact and the sediment surface in which the release of radiant heat energy was greater. The majority of maximum temperatures recorded on the lower surfaces of artifacts were in the 100-200°C range. The time/temperature curves generated for Trial #1 show that the upper surfaces of artifacts experienced precipitous heating in which temperatures peaked within 30-90 seconds (Appendix 3, Figure 4.6, data CD). In contrast, time and temperature curves generated from thermocouples positioned at the lower surfaces of artifacts were less severe and more protracted. Peak soil flux readings at the soil surface were 27.86 kw/m$^2$ for Radiant Flux and 57.18 kw/m$^2$ for Total Flux, and 30.41-67.64 kw/m$^2$ for Radiant and Total Air Flux respectively (Appendix 3, Figure 4.7, data CD).

Observable thermal alteration of the experimental artifacts ranged from a combustive residue deposit present on the exposed surfaces of all specimens, to thermal fracturing for some artifacts, particularly lithics. All specimens were blackened with a soot deposit loosely adhering to the upper surfaces of artifacts as well as a blackish tar deposit that resiliently adhered to artifacts. These deposits are the byproducts of the combustion of organic fuels (excelsior). The tar deposit is a condensate tar produced by combusting fuels, which condenses on the cooler surfaces (artifacts) located below the fire (Yokelson et al. 1997). The soot deposit is easily removed from artifact surfaces; however, the tar deposit adheres to artifacts more tenaciously requiring vigorous scrubbing with a pumice based hand soap and brush. Significant thermal alteration in the form of thermal fracturing was observed for the quartzite flake, which was fragmented into three pieces. The flake also exhibited mineral oxidation resulting in a color change from brown to reddish brown along the margin of the fracture surface. Peak upper and lower surface temperatures recorded for this specimen were 551.2-252.3°C respectively. In addition, the chert core sustained one thermal spall as well as

167

BLM_0034991

two linear surface cracks across the entire upper surface of the specimen. Maximum upper and lower surface temperatures recorded for the chert core were 559.1-190.8°C. The obsidian biface exhibited the propagation of preexisting radial fracture lines and surface crazing under maximum temperature of 814-480.6°C for upper and lower surfaces. The sandstone block section exhibited light mineral oxidation traversing the leading edge of the specimen resulting in a thin linear streak of red color alteration. Bone and antler specimens exhibited charring and partial combustion resulting in weight losses ranging between.3.4-6.0%. Thermal alteration of the shell specimen took the form of delamination of the inner surface of the shell as well as a loss in mass of 0.83%. Peak upper surface temperatures recorded for organic specimens ranged between 455.1-643.9°C. All organic specimens were noticeably more friable during handling post-fire.

## Trial #2

The second trial under the heavy fuel load / high wind velocity treatment was performed as a replicate. Flame measurements showed maximum flame lengths of 0.76m, heights of 0.47m, and a flame angle of 54.7°C. Maximum temperatures recorded by thermocouples positioned on the upper surfaces of artifacts ranged between 888-392.1°C, and those placed beneath artifacts recorded peak temperatures of 595.1-84.9°C. The 595.1°C reading is anomalous and was likely registered as flames or significant levels of heat energy advanced beneath the artifact due to a gap between the artifact and sediment bed. The 888°C reading was maintained for a brief period for one thermo couple only. The majorities of upper surface maximum temperatures fell within the 500-700°C range, and were sustained for approximately 25-82 seconds. The ascension from ambient temperature to maximum upper surface temperature was rapid, generally peaking within 30-60 seconds. Conversely, lower surface temperatures reached lower maximums over a more protracted period of 2-3

168

BLM_0034992

minutes. Time and temperature curves for Trial #2 are provided in (Appendix 3, Figure 4.8, Data CD). Heat Flux readings were 43.48-20.32 kw/m$^2$ for Total and Radiant Soil Flux, and 60.81-24.45 kw/m$^2$ respectively for Total and Radiant Air Flux (Appendix 3, Figure 4.9, data CD).

Thermal alteration of experimental artifacts was similar to that observed during Trial #1. All artifacts exhibited heavy soot and combustive tar on exposed surfaces producing a deeply blackened appearance. Significant thermal alteration induced by thermal shock was observed for the quartzite flake and Pecos chert biface. The quartzite specimen sustained thermal fractures (4 fragments) at the distal end of the flake where the material was thinnest. Peak upper and lower surface temperatures recorded for this specimen were 650.3-595.1°C. The Pecos chert biface sustained a complete fracture at its midpoint, essentially fragmenting the specimen into halves. This occurred under a rather severe differential between maximum upper and lower surface temperatures, which were 813.0-349.0°C respectively. The chert core exhibited one thermal spall on its upper surface, which was associated with a peak upper surface temperature reading of 576.2°C. Thermal fracturing was also observed for the glass specimen (historic canning jar fragment), which was fractured into 22 pieces under extremely differential upper and lower peak surface temperatures of 888.0-65.8°C. The obsidian biface exhibited the propagation of preexisting linear fractures lines under peak upper and lower surface temperatures of 624.4°C and 187.3°C. The sandstone specimen exhibited faint oxidation along the upper edge of the leading surface (linear reddening). Bone and antler specimens were deeply charred and sustained partial combustion of the organic phase resulting in reductions in mass of 5.4-9.1%. In addition, the bone specimen (weathered *Bos* tibia section) sustained noticeable enhancement of preexisting surface cracks. Peak upper surface temperatures associated with bone and antler specimens ranged between 692.1-

169

BLM_0034993

613.7°C.  Under similar conditions, the shell specimen sustained interior surface delamination and a 4.1% reduction in mass.  The friability of all organic specimens was enhanced post-heating.

### Trial #3

The heavy fuel load / high wind velocity treatment was replicated an additional time during Trial #3, and then terminated.  Flame data derived from video analysis showed that the simulation generated maximum flame lengths of 0.76m, heights of 0.43m, and flame angles in the 55.4°C range.  Peak temperatures recorded on the upper surfaces of artifacts ranged between 835.0-300.6°C with the majority of maximum temperatures reaching the 500-700°C mark.  Residence time for peak and near-peak upper surface temperatures range between 20-75 seconds, and heat-up time from ambient to peak temperature was precipitous, generally occurring within 30-75 seconds.  Maximum lower surface temperature ranged between 445.4-54.1°C, and similar to that reported for the previous two trials, the 445.4°C is anomalous.  Time/temperature curves for upper surface thermocouples rise and fall sharply, while the lower surface curves are more protracted indicating less severe heating gradients.  The temperature differential between peak upper and lower artifact surfaces was generally greater than 50% indicating the potential for significant levels of thermal stress within the experimental artifacts.  Peak heat flux readings from the sediment surface were 51.2 kw/m$^2$ for Total Flux and 16.8 kw/m$^2$ for Radiant Flux, and those recorded 25cm above the sediment surface were 60.9 kw/m$^2$ for Total Flux and 19.8 kw/m$^2$ for Radiant Flux.  Graphical representations of time/temperature and heat flux/time curves are provided in Appendix 3, Figure 4.10 and Figure 4.11, Data CD.

Thermal alteration of experimental artifacts during trial #3 was similar to that reported for artifacts from the previous two trials.  Every artifact exhibited soot and

170

BLM_0034994

combustive residue deposits on exposed surfaces.  Significant forms of thermal alteration were observed for two lithic specimens and the glass specimen.  The quartzite flake sustained thermal fractures near the distal end of the flake where it was thinnest.  Mineral alteration resulting in color change from brown to reddish brown was also observed on two of three fragments.  This specimen experienced a peak upper surface temperature of 613.5°C and a peak lower surface temperature of 321.4°C.  The Hartville Uplift chert core exhibited extensive thermal fracturing of the thin portion of the nodule resulting in 22 individual fragments.  Mineral alteration resulting in color change from yellowish brown to dusky red was also observed on 19 the fragments.  Peak upper and lower surface temperatures for this specimen were 630.9-404.4°C.  In addition, one potlid fracture was also observed on one of the fragments.  The glass specimen (historic canning jar fragment) exhibited significant thermal fracturing that resulted in fragmentation into 15 pieces.  Thermal alteration of bone and antler consisted of charring and partial combustion resulting in reductions in pre-burn mass of 5-7% as well as the enhancement of pre-burn surface cracks on the weathered on the weathered *Bos* specimen.  The freshwater shell specimen also sustained a weight loss of approximately 4% as well as delamination of the inner surface.  Organic specimens were noticeably more friable during handling post-burn.  The sandstone block section exhibited light oxidation in the form of linear reddening along the leading edge of the specimen where the associated maximum upper surface temperature 300.6°C.

**Moderate Fuel Load / High Wind Velocity Condition (Trials #4-6)**

The second round of fire simulations were performed using the same high wind velocity defined for the previous three trials; however, the fuel treatment was reduced to 6.33 ton/acre (2329.77 kg/ha) to simulate a moderate fuel load.  In addition, cribbed excelsior dowels were used in place of shredded excelsior to produce the desired fuel loading. Three

171

BLM_0034995

trials were conducted under this experimental condition using the methodology outlined in the research design section.

**Trial #4**

Flaming combustion during Trial #4 produced maximum flame lengths of 1.2m, heights of 0.73m, and an angle of 52.1°C. The cribbed fuels produced longer flame lengths compared to the shredded excelsior fuels used in the previous three trials. Peak heat flux measurements were 49.6 kw/m$^2$ for total flux at the soil surface, 18.6 kw/m$^2$ for soil radiant soil flux, 59.4 kw/m$^2$ for total heat flux 25cm above the sediment surface, and 19.6 kw/m$^2$ for radiant air flux. Peak temperatures recorded on the upper surfaces of artifacts ranged between 649.7-368.1°C, with the majority of recorded maximums ranging between 400-500°C. Maximum upper surface temperatures peaked within 30-70 seconds and were sustained at high levels for 15-22 seconds. Peak temperatures from thermocouples placed on the lower surfaces of artifacts ranged between 382.1-102.7°C, the majority of which registered between 100-200°C. Lower surface temperatures peaked and fell more gradually and uniformly compared to peak upper surface temperatures in which curves were serrated and precipitous. Time/temperature and heat flux curves are summarized graphically in Appendix 3, Figure 4.12 and Figure 4.13, data CD.

Thermal alteration of experimental artifacts consisted of soot and combustive residue deposits on the exposed surfaces of each specimen burned during the trial. Significant thermal alteration of experimental artifacts was observed for lithic specimens, glass, and to a lesser degree, organic specimens. The quartzite flake sustained thermal fractures resulting in two fragments on the distal portion of the flake where the material was thinnest. Peak upper surface and lower surface temperatures associated with this specimen were 561.7°C and 191.9°C respectively. The chert core specimen exhibited two linear surface cracks radiating

172

BLM_0034996

from the same point of origin, and traversed across the entire upper surface of the specimen. The peak upper surface temperature recorded for this specimen was 541.3°C and the peak lower surface temperature was 102.7°C. The Pecos chert biface exhibited a small (12.4mm) linear surface crack on the upper surface radiating from the distal end of the specimen. Peak upper and lower surface temperatures recorded for this specimen ranged between 440.8-145.1°C. Longer flame lengths observed during trial #4 produced peak upper and lower surface temperatures of 649.7-382.1°C at the rear of the sediment bed where the sandstone block was positioned; however, thermal alteration of the block was limited to an linear band of oxidation along the leading edge of the upper surface of the specimen. No thermal fracturing or spalling was observed. The glass specimen (historic medicine bottle fragment) sustained thermal fractures resulting in three fragments when subjected to peak upper and lower surface temperatures of 414.2-291.0°C. Bone and antler specimens exhibited moderate charring, propagation of surface cracks, and weight reductions of 3-4%. The shell specimen sustained a weight reduction of approximately 8% as well as moderate delamination of its interior surface. All organic specimens were noticeably more friable during handling after the simulation. Peak upper and lower surface temperatures for these specimens generally fell within the 500°C and 100°C ranges.

**Trial #5**

Trial #5 replicated the experimental conditions defined for Trial #4. Video analysis of flaming combustion during this trial showed maximum flames lengths of 1.2m, heights of 0.66m, and angle of 54.5°. Total heat flux measured at the soil surface was 54.6 kw/m$^2$, radiant soil flux was 33.1 kw/m$^2$, total air flux measured at 25cm above the sediment bed was 85.1 kw/m$^2$ and radiant air flux was 39.2 kw/m$^2$. Peak temperatures attained from the upper surfaces of artifact ranged between 689.6-286.5°C, with most peaking at 500-600°C. These

173

temperatures reached apex levels within 30-60 seconds and where sustained for 12-37 seconds.  Peak lower surface temperatures ranged widely between 220.7-39.9°C, although temperatures generally were recorded in the 100-200°C range.  Time/temperature curves were precipitous and serrated for upper surface thermocouples, but more evenly protracted for lower surface thermocouples.  Time/temperature and heat flux curves are provided in Appendix 3, Figure 4.1) and Figure 4.15, data CD.

Thermal alteration of experimental artifacts during this trial was similar to that described for the previous trial, in that the exposed surfaces of all specimens were blackened by soot and combustive tar.  However, the extent of significant thermal alteration observed during this trial was somewhat less than that observed for trial #4.  Significant thermal alteration was limited to the chert core, glass, and organic specimens.  The chert core exhibited one potlid fracture on its upper surface as well as two linear surface cracks that radiated from near the potlid scar.  The peak upper surface temperature recorded for this specimen was 415.9°C, and peak temperature recorded from its lower surface was 101.5°C. The sandstone block section exhibited a thin linear section of oxidation along the leading edge of the upper surface where maximum temperatures reached 689.6°C.  Again, heating of this specimen was enhanced due to the longer flame lengths produced by combustion of the cribbed fuels.  The glass specimen (historic amber screw-top) sustained thermal fracturing that produced four fragments as well as one linear crack radiating from the vicinity of the fracture surface.  Peak upper and lower surface temperatures for this specimen ranged between 573.6-39.9°.  The bone specimen (weathered deer tibia section) sustained significant enhancement of existing surface cracks in which the cracks became large fissures under thermal stress.  The bone and antler specimens exhibited charring on upper surfaces and weight reductions of approximately 3% due to the partial combustion of the organic

174

BLM_0034998

phase. The shell specimen sustained a weight reduction of 2% as well as moderate delamination of its interior surface. In general, peak upper and lower surface temperatures recorded for organic specimens were recorded in the 600°C and 100°C ranges.

**Trial #6**

Trial #6 replicated the moderate fuel load and high wind velocity treatment defined for the previous two trials. Combustion of cribbed fuels during this trial produced flame lengths of 1.1m, heights of 0.71m, and flame angle of 49.2°. Peak heat flux measurements recorded at the sediment surface were 42.8 kw/m$^2$ for total flux and 18.9 kw/m$^2$ for radiant flux; and those recorded 25cm above the sediment surface were 45.1 kw/m$^2$ for total flux and 22.5 kw/m$^2$ for radiant flux. Peak temperature recorded from the upper surfaces of artifacts ranged between 702.0-321.1°C, with the majority registering between 500-600°C. These temperatures generally reached apex levels within 30-60 seconds and were sustained for a period of 12-37 seconds. Peak temperatures measured from the lower surfaces of artifacts ranged widely between 201.4-34.50°C, although most maximum lower surface temperatures were recorded in the 100-200°C range. Time/temperature data show sharp rises to the apexes for upper surface maximum temperatures and more uniformly rounded curves for lower surface thermocouples. Time/temperature and heat flux/time curves for Trial #6 are provided in Appendix 3, Figure 4.16 and Figure 4.17, data CD.

As reported for the previous two trials, each artifact burned during this simulation exhibited combustive residue deposits, soot and tar, on upper surfaces giving the artifact a blackened appearance. Significant thermal alteration was observed for some lithic, glass, and to a lesser extent, organic specimens. The quartzite flake sustained one small fracture scar on the proximal end (fragment not recovered) and a deep linear surface crack (completely through flake body) that extended across the entire specimen. The fracture scar also

BLM_0034999

exhibited mineral oxidation in which the original brown color was altered to reddish brown. Peak upper and lower surface temperatures recorded for this specimen were 476.5-123.3°C. The chert core sustained significant thermal fracturing on the upper surface of the nodule on the side orientated closest to the fuel bed, where thermal stress generated five fragments. Each of the fragments sustained mineral oxidation in which the original color was altered from yellowish brown to dusky red.  In addition, one of the fragments exhibited a potlid fracture, and the core body exhibited a linear fracture radiating from the area of significant fracturing and across the upper surface of the specimen.  The peak temperature recorded on the upper surface of this specimen was 456.1°C and the peak lower surface temperature was 111.9°C.  The sandstone block section exhibited minor oxidation along the leading edge of the upper surface under a maximum upper surface temperature of 702.0°C.  Again, this temperature was elevated due to increased flame lengths associated with cribbed fuels.  The glass specimen (historic preserve jar) sustained one thermal fracture along the lip of the container, generating one detached fragment as well as one linear crack radiating from the same area.  The peak temperatures associated with this specimen were 311.5°C and 37.3°C for the upper and lower surfaces respectively.  Organic specimens sustained partial combustion and weight reductions in the 1-3% range.  Delamination of the interior surface of shell and crack enhancement of preexisting surface cracks on the bone specimen were also observed.  These specimens were subjected to peak upper and lower surface temperatures in the 600°C and 100°C ranges.

**Moderate-Light Fuel Load / High Wind Velocity Condition (Trials #7-9)**

The third set of wildland fire simulations incorporated a moderate-light fuel load (4.34 ton/acre) (1597.35 kg/ha) and a high wind velocity.  The treatment is similar to that used for the previous simulations, but with a reduced fuel load.  Shredded excelsior was used

176

BLM_0035000

as fuel during this simulation.  In total, three trials were conducted under this experimental treatment (Trials #7-9).

**Trial #7**

Flaming combustion during trial #7 generated peak heat flux readings of 35.5 kw/m$^2$ total soil flux, 14.4 kw/m$^2$ for radiant soil flux, 43.6 kw/m$^2$ for air total flux, and 17.4 kw/m$^2$ for air radiant flux.  Flame data for trial #7 is not available due to a malfunction with the video system.  Peak temperatures measured by thermocouples placed on the upper surfaces of artifacts ranged between 664.9-337.9°C.  Peak upper surface temperatures were reached within approximately 20-50 seconds and sustained for a period of 9-20 seconds.  Maximum temperatures measured by thermocouples positioned on the lower surfaces of artifacts varied widely between 208.9-36.5°C, with most falling within the 100-200°C range.  Heat flux data and time/temperature curves for upper and lower surface thermocouples are provided in graphical form in Appendix 3, Figure 4.18 and Figure 4.19, data CD.

As observed during previous trials, all experimental artifacts exhibited combustive residue deposits on upper surfaces giving specimens a blackened appearance.  Significant thermal alteration of experimental artifacts during trial #7 was limited to the chert core, glass, and to a lesser extent, obsidian and organic materials.  The chert core exhibited significant thermal fracturing along the upper surface of the nodule (closest to fuels) in which 24 small fragments were observed.  In addition, mineral oxidation was observed on 20 fragments in which color was altered from 10YR5/6 (yellowish brown) pre-burn to10R3/4 (dusky red).  Eleven potlid fractures were also observed on seven of the fragments.  The peak temperature recorded from the upper surface of this specimen was 552.4°C.  This contrasts starkly to the 83.4°C peak temperature recorded from the lower surface of the specimen.  The sandstone block exhibited minor oxidation resulting in a thin linear reddened area along the leading

177

BLM_0035001

edge of the upper surface.  The peak temperature recorded on the upper surface of this specimen was 531.7°C.  Enhancement of preexisting radial fracture lines was observed on the upper surface of the obsidian specimen (black and gray banded blade) where the peak temperature reached 572.8°C.  The glass specimen (historic ink jar) sustained two undulated linear surface cracks that traversed then entire circumference of the vessel.  Peak upper and lower surface temperatures recorded for the ink jar were 337.9-123.9°C.  Organic specimens exhibited moderate charring, particularly on upper surfaces, as well as partial combustion resulting in reductions in mass of 1-2%.  In addition, the weathered bone specimens exhibited enhancement of existing surface cracks, and the shell specimen sustained delamination of it interior surface.  Peak upper surface temperatures recorded for organic specimens ranged between 664.9-512.9°C.

### Trial #8

Trial #8 replicated the fuel load and wind velocity treatment defined for the previous trial.  Flaming combustion of shredded excelsior during this trial generated flame lengths of 0.76m, heights of 0.38m, and angles in the 58.3° range.  Heat flux measurements recorded at the sediment surface were 47.3 kw/m$^2$ for total soil flux, 19.9 kw/m$^2$ for radiant soil flux, 57.3 kw/m$^2$ for total air flux, and 19.2 kw/m$^2$ for radiant air flux.  Peak temperatures measured on the upper surfaces of experimental artifacts varied widely between 819.0-397.5°C, with most falling within the 500-700°C range.  These temperatures peaked within a period of 30-50 seconds and were sustained at high temperature briefly between 7-26 seconds.  Graphical heat flux data and time/temperature curves generated for upper and lower surface thermocouples are provided in Appendix 3, Figure 4.20 and Figure (4.21, data CD).  The high maximum upper surface temperatures recorded during this trial may be a function of the steep flame angle of 58.3° observed during combustion.  In effect, the steep flame angle, driven by

178

BLM_0035002

a high wind velocity, brought the flames closer to the upper surface of artifacts and the sediment surface. Although the residence times of peak temperature were shorter due to reduced fuel load, the flame produced high temperatures and significant levels of radiant heat energy at the sediment surface.

Thermal alteration of experimental artifacts was characterized by the deposition of combustive residues on the upper surfaces of all specimens, giving them a blackened appearance. Significant thermal alteration was observed for the chert core, chert biface, glass, and to a lesser degree, obsidian and organic materials. The chert core sustained thermal fractures resulting in one large fragment and two small fragments on the portion of the specimen positioned closest to the fuel bed. In addition, the two small fragments exhibited mineral oxidation that altered their color from yellowish brown to dusky red. The peak upper and lower surface temperatures recorded for this specimen were 470.5°C and 195.1°C respectively. The chert biface was subjected to a maximum upper surface temperature of 819.0°C, and a maximum lower surface temperature of 238.5°C. As a result, the biface sustained a linear fracture through its midsection resulting in the fragmentation of the biface into two halves. The fracture somewhat resembled a snap fracture; however, this thermally induced stress fracture was slightly more undulating in appearance. Thermal alteration of the obsidian specimen (black and gray banded blade) was characterized by the propagation of existing radial fracture lines on the upper surface where the maximum temperature peaked at 754.0°C. The sandstone block section exhibited minor oxidative reddening along the leading edge of the upper surface where temperatures reached 432.3°C. The glass specimen (historic medicine bottle) sustained thermal fracturing on the proximal end, which produced three fragments. Peak upper and lower surface temperatures for this specimen varied widely between 727.0°C and 65.6°C. Peak upper surface temperatures

179

BLM_0035003

associated with organic specimens ranged between 705.0-504.1°C.  As a result, organic specimens exhibited slight charring of upper surfaces and partial combustion resulting in weight losses of 1.6-2.6%, as well as shell delamination and enhancement of existing surface cracks.  These specimens also became noticeably more friable during handling after the fire simulation.

**Trial #9**

Trial #9 was the final replicate trial conducted under the moderate-light / high wind velocity experimental treatment.  Flaming combustion during this simulation produced maximum flame lengths of 0.76m, heights of 0.46m, and angle of 52.0°.  Heat energy produced by flaming combustion generated peak heat flux measurements of 38.0 kw/m$^2$ for soil total flux, 22.0 kw/m$^2$ for soil radiant flux, 49.1 kw/m$^2$ for air total flux, and 23.0 kw/m$^2$ for air radiant flux.  Peak temperatures recorded on the upper surfaces of artifacts ranged between 592.3-287.2°C, with most registering in the 400-500°C range.  Temperatures ascended to apex levels within approximately 10-40 seconds, and temperatures at the upper end of the spectrum were sustained for 8-32 seconds.  Maximum temperatures measured at the interface between the sediment surface and the under side of artifacts varied widely between 343.0-80.9°C, with most temperatures falling within 100-200°C.  The flame angle recorded for this trial (52.9°) was not as extreme as that recorded for trial #8 (58.3°), thus peak upper surface temperatures and soil total flux readings were diminished during thus trial as compared to trial #8.  The time/temperature curves generated from upper and lower surface thermocouples, and accompanying graphical heat flux data are provided in Appendix 3, Figure 4.22 and 4.23, data CD.

Thermal alteration of experimental artifacts included moderate combustive residue deposits on the exposed surfaces of all artifacts giving them a blackened

180

BLM_0035004

appearance.  Significant thermal alteration was observed for the quartzite flake, chert core, and to a lesser degree, obsidian and organic specimens.  The quartzite flake sustained a thermal fracture near the distal end of the flake where the material was thinnest.  The thermal fracture produced one fragment, and mineral oxidation was observed along the fracture surface in which the color altered from brown to reddish brown.  Peak upper and lower surface temperatures associated with this specimen were 435.5-160.9°C respectively.  Thermal alteration of the chert core included a fracture at approximately midpoint resulting in one large fragment.  The fragment also exhibited a thermal spall scar and minor mineral oxidation in which the color was altered from yellowish brown to dusky red.  Peak upper and lower surface temperature associated with thermal alteration of the chert core ranged between 513.8-165.9°C.  The obsidian blade exhibited the propagation of existing radial fracture lines on the upper surface of the specimen where the peak temperature reached 592.3°C.  Thermal alteration of organic specimens included light to moderate charring on upper surfaces, partial combustion resulting in weight losses of 1-4%, enhancement of existing surface cracks, and delamination of the interior shell surface.  These specimens were also more friable post-heating where peak temperatures reached 566.2-525.4°C.

**Light Fuel Load / High Wind Velocity Condition (Trial #26)**

One simulation was conducted using an experimental treatment of light fuel load, 1.00 ton/acre (368.05 kg/ha), paired with high wind velocity.  These conditions are roughly analogous to moderate intensity wildland fires and prescribed fires in grassland fuels.  This treatment was performed only once since the results of the first trial were very predictable.

181

BLM_0035005

Flaming combustion of lightly loaded excelsior produced maximum flame heights of 0.37m, lengths of 0.52m, and angle of 44.4°. Peak temperatures measured on the upper surfaces of experimental artifacts ranged between 498.9-220.2°C. The 498.9°C reading is an outlier with most maximum upper surface temperatures ranging between 200-400°C. Peak upper surface temperatures ascended to their apexes within 20-25 seconds, but high temperatures were sustained briefly for only 4-10 seconds. Maximum lower surface temperatures varied widely between 287.2-52.2°C, although most temperatures peaked within the 50-100°C range. Peak heat flux measurements were also low to moderate (24.5 kw/m$^2$ soil total flux, 12.5 kw/m$^2$ soil radiant flux, 27.9 kw/m$^2$ air total flux, 14.1 kw/m$^2$ air radiant flux) indicating minimal fire severity. Time and temperature curves for upper surface thermocouples ascended and descended sharply while those generated for the lower surface thermocouples were more protracted. Time/temperature curves and graphical heat flux data for trial #26 are provided in Appendix 3, Figure 4.24 and Figure 4.25, data CD.

Thermal alteration of experimental artifacts during this trial was minimal. The only macroscopically discernable affect of the simulation on the artifacts was the deposition of a light combustive residue. Organic specimens exhibited very light charring on upper surface edges as well as reductions in pre-burn mass of far less than 1%. No significant forms of thermal alteration such as fracturing or cracking were observed for any of the experimental artifacts. The minimal extent of thermal alteration to experimental artifacts is a function of low to moderate peak upper surface temperatures, brief residence times, and minimal release of heat energy generated by the combustion of light fuels. The fuel load was not sufficient to produce sustained high temperatures and heat flux at the surface of the sediment bed. These results are consistent with those recorded under field conditions during prescribed burns in grassland fuels at Badlands National Park (Buenger 2002). Replicates of this trial were

182

BLM_0035006

deemed unnecessary due to the low heat yields and limited potential for observable thermal alteration of experimental artifacts under the low fuel load treatment.

**Heavy Fuel Load / Low Wind Velocity Condition (Trials #13-15)**

Following the wildland fire simulations in which each representative fuel load was paired with a high wind velocity experimental condition, wildland fire simulations were performed using a low wind velocity treatment of 2-3 mph (3.2-4.8 kph) for each of the previously defined fuel loadings. These simulations were performed to approximate field conditions where wind velocity and fire severity are of reduced intensity over that simulated with the high wind velocity treatments. The first rounds of fire simulations conducted using the low wind velocity condition were those paired with the previously defined heavy fuel load treatment. Three simulations under the heavy fuel load / low wind velocity treatment were performed (trials #13-15). In addition, three added fire simulations were conducted where fuels were placed on the sediment bed and experimental artifacts (trials #19-21). These simulations were performed to simulate field conditions where a heavy duff accumulation is present above the mineral soil surface. These simulations are defined under the fuel on artifacts, heavy fuel load / low wind velocity experimental condition.

<u>Trial #13</u>

The first trial produced flaming combustion of heavily loaded excelsior fuels where flames reached a maximum length of 1.2m, height of 0.85m, and angle of 43.5°. Compared to the previous heavy fuel load / high wind velocity simulations, flame lengths and heights were enhanced when wind velocity was reduced. However, the flame angle under the low wind velocity was reduced by as much as 12° compared to the heavy fuel load / high wind velocity wildland fire simulations. Peak heat flux measurements ranged from 48.2 kw/m$^2$ for total soil flux, 32.0 kw/m$^2$ for soil radiant flux, 81.5 kw/m$^2$ for total air flux, and 36.9 kw/m$^2$

BLM_0035007

for radiant air flux.  The 81.5 kw/m$^2$ maximum value for total air flux is considerably higher than that previously recorded during other simulations; and is likely a function of more heat energy being radiated upwards into the air under reduced flame angle.  Maximum temperatures measured by thermocouples placed on the upper surfaces of artifacts varied between 608.8-398.0°C, with most falling within the 400-500°C range.  Peak upper surface temperatures were attained within 50-60 seconds with high temperatures being sustained for 20-40 seconds.  These maximum temperatures and residence times are of diminished capacity compared to that recorded during the high fuel load / high wind velocity trials.  Again, reduced flame angle is probably the key variable associated with this observation.  Maximum temperatures measured by thermocouples placed at the interface between the sediment bed and lower artifact surfaces during trial #13 ranged widely between 310.1-47.33°C, with most falling with the 100-200°C range.  These temperatures are also lower than those recorded during simulations using the same fuel load, but under high wind velocity.  Graphical time/temperature and heat flux data are provided in Appendix 3, Figure 26 and Figure 27, data CD.

Thermal alteration of experimental artifacts burned during trial #13 was characterized by the deposition moderate to heavy combustive residue, primarily on the upper surfaces of artifacts.  Significant thermal alteration of artifacts was limited to the quartzite flake, chert core, and to a lesser degree obsidian and organic materials.  The quartzite flake did not exhibit evidence of thermal fracturing; however, a color alteration from brown to reddish brown induced by mineral oxidation was observed at the distal end of the flake where the material is thinnest.  The maximum upper surface temperature recorded for this specimen was 464.2°C.  The chert core did sustain one large thermal fracture in which the entire specimen was essentially bisected.  In addition, one small potlid fracture was also observed on the

184

BLM_0035008

upper surface of the specimen. Peak upper and lower surface temperatures recorded for this specimen were 563.2°C and 153.4°C respectively. Enhancement of existing radial fracture lines on the upper surface of the obsidian specimen was observed where the peak temperature reached 608.8°C and the maximum lower surface temperature was 310.0°C. The shell specimen (small, unspecified species) sustained three linear cracks originating from the beak area. Peak upper and lower surface temperatures for this specimen ranged between 440.4-71.8°C respectively. Enhancement of existing surface cracks on the bone specimen were observed as well in association with a peak upper surface temperature of 450.2°C. Partial combustion of organic material resulted in weight reductions of 3.3-4.6% for antler, bone, and shell. The range of significant thermal alteration observed for experimental artifacts during this trial is less severe than that observed for artifacts burned under previous simulations using the same fuel load and high wind velocity. This is a function of reduced flame angle and subsequent lower surface temperatures and levels of radiant heat energy being released downwards to the sediment bed.

**Trial #14**

Trial #14 was a replicate simulation using the treatment defined above. Flaming combustion of heavily loaded excelsior fuels during this simulation generated flame dimensions similar to that recorded for the previous trial. Video analysis of the simulation shows that a reduced wind velocity is generated sizeable flame length of 1.2m, heights of 0.84m and a reduced angle of 44.5°. Maximum heat flux measurements ranged from 50.0 kw/m$^2$ for total soil flux, 31.7 kw/m$^2$ for radiant soil flux, 76.5 kw/m$^2$ for total air flux, and 37.1 kw/m$^2$ for radiant air flux. As recorded for the previous trial, the high total air flux value may be attributed to a reduced flame angle, which promoted an increase in heat energy release towards the atmosphere. Maximum temperatures recorded by thermocouples

185

BLM_0035009

positioned on the upper surfaces of experimental artifacts ranged between 582.5-328.2°C, with most falling within 400-500°C. These maximum temperatures were reached within 25-50 seconds and remained elevated at high levels briefly for 10-29 seconds. Peak temperatures recorded at the lower surfaces of artifacts varied widely between 230.7-41.3°C, with most falling within the 100-200°C range. Time/temperature and heat flux data are summarized graphically in Appendix 3, Figure 4.28, and Figure 4.29, data CD. Overall, the flame, temperature, and heat flux data recorded during trial #14 are similar to those presented for Trial #13.

Thermal alteration of experimental artifacts was also consistent for this trial and the previous one, although the prevalence of significant forms of thermal alteration was somewhat reduced. The most pervasive form of thermal alteration observed was moderate to heavy combustive residue deposits adhering to the upper surfaces of artifacts producing a blackened appearance. Significant forms of thermal alteration were observed for the glass specimen, and to a lesser extent, obsidian and organic materials. Thermal fracturing of chert and quartzite lithic specimens was not observed. The glass specimen (modern beverage container fragment) sustained one thermal fracture resulting in a single fragment. Peak upper and lower surface temperatures associated with this specimen were 450.6°C and 41.25°C respectively. The obsidian specimen (black and gray banded blade) exhibited the propagation of existing radial fracture lines on the upper surface where peak temperatures reached 582.5°C. Organic specimens sustained weight reductions of 1.5-3.0% as well as thermal fracturing of shell and the enhancement of surface cracks on the upper surface of the bone specimen. Peak upper surface temperatures recorded for organic specimens ranged between 376.8-422.2°C. Overall, the limited thermal alteration of experimental artifacts may be attributed to reduced peak surface temperatures and radiant heat flux at the soil surface

186

BLM_0035010

resulting from reduced flame angle. The results presented for trial #14 are consistent with those summarized for the previous trial.

**Trial #15**

Trial #15 was the final replicate performed under the heavy fuel load / low wind velocity treatment. Flaming combustion of excelsior fuels produced flames measuring 0.76m in height, 1.1m in length, and a flame angle of 46.6°. Peak heat flux measurements varied between 52.2 kw/m$^2$ for total soil flux, 24.2 kw/m$^2$ for soil radiant flux, 82.8 kw/m$^2$ for total air flux, and 29.1 kw/m$^2$ for radiant air flux. As observed during the previous two simulations, the high total air flux value is a function of reduced flame angle and the release of more heat energy upwards toward the atmosphere and away from the sediment surface. Peak temperatures recorded on the upper surfaces of artifacts ranged between 509.2-394.2°C, whereas peak lower surface temperatures varied widely between 229.5-43.5°C with most falling within the 100-200°C range. Maximum upper surface temperatures peaked sharply within 40-50 seconds and were sustained for approximately 14-28 seconds. Conversely, lower surface temperature ascents, apexes, and decants were more protracted. Graphical time/temperature and heat flux data are provided in Appendix 3, Figure 4.30, Figure 4.31, data CD. Flame, temperature, and heat flux data generated during this simulation are consistent with those recorded for the previous two simulations using the same fuel load and wind velocity experimental condition.

The range of thermal alteration of experimental artifacts observed during trial #15 was also similar, albeit somewhat reduced over that recorded for the prior two trials. The most pervasive form of thermal alteration observed was the deposition of moderate to heavy combustive residues on the upper surfaces of artifacts. More significant forms of thermal alteration were observed for obsidian and organic specimens only. The obsidian blade

187

BLM_0035011

exhibited the propagation of radial fracture lines on the specimen's upper surface where the maximum temperature reached 509.2°C. The shell specimen sustained two linear fractures radiating from the beak and the enhancement of existing linear surface cracks was observed for the bone specimen. Partial combustion of organic specimens resulted in weight reductions ranging between 2-4%. Peak upper surface temperatures associated with organic specimens fell within the 506.2-394.2°C range.

**Heavy Fuel Load / Low Wind Velocity Condition (Fuel on Artifacts) (Trials #19-21)**

Three additional wildland fire simulations were performed using the heavy fuel load / low wind velocity treatment, but also including the additional variable of added fuel placed on the sediment bed and experimental artifacts. These trials, #19-21, were conducted to simulate heavy fuel load environments in which significant duff accumulation is present above the mineral soil surface where archaeological materials may be present.

**Trial #19**

Flaming combustion of heavily loaded excelsior fuels generated large flames measuring 0.90m in height and 1.3m in length. Low wind velocity reduced flame tilt to 46.5°, compared to the 50° + flame angles measured under trial conducted using the same fuel load and a high wind velocity. The low wind velocity and resultant reduced flame angle also promoted enhanced total air flux and radiant air flux values of 89.9 kw/m$^2$, and 36.6 kw/m$^2$ respectively, which indicates that much of the potential heat energy generated during combustion was released upwards into the atmosphere of the wind tunnel. The peak total soil flux value was measured at 23.6 kw/m$^2$; however, the radiant soil flux value of 2.7 kw/m$^2$ is significantly diminished over the 24-32 kw/m$^2$ peak value recorded for simulations using the same experimental treatment minus fuel placement on the sediment bed (trial #13-15). This suggests that combusting fuels located directly above the sediment surface reduce the

BLM_0035012

potential for significant radiation of heat energy below the fuels.  This contrasts with previous trials where the full potential of heat energy was radiated towards the sediment surface due to direct contact from flames being pushed over the sediment bed from upwind fuels.  However, although radiant heat energy output at the sediment surface was significantly diminished during the trial, peak temperatures measured by thermocouples positioned on the upper surfaces of artifacts were consistent with those recorded during trials #13-15, generally falling within the 400-500°C range.  Peak upper surface temperature recorded during trial #19 ranged between 630.5-460.4°C, with most maximums falling within the 400-500°C range. The major difference in upper surface artifact heating between the fuel on artifact and no fuel on artifact trials is the rate at which temperatures reached apex levels.  During trial #19, peak upper surface temperatures were achieved over a protracted period of 70-135 seconds due to fuel placement on artifacts, which contrasts sharply with the 30-60 second intervals recorded during trials where fuels were absent on artifact surfaces.  Peak lower artifact surface temperatures for trial #19 ranged widely between 446.2-68.1°C; however, most maximums fell within the 100-200°C range.  These temperature are also consistent with those recorded during trials #13-15, but the point of contrast again is heating rate, which was considerably more protracted during trial #19.  Time / temperature data, and heat flux data for trial #19 are provided in graphical form in Appendix 3, Figure 4.32 and Figure 4.33, data CD.

The major difference between the fuel present on artifacts and fuel absent on artifacts simulations is the rate of heating.  When artifacts come into direct contact with tilted flames pushed over their upper surfaces, the rate of heating is more severe as compared to artifacts positioned directly under fuels that experience more prolonged and even rates of heating. Thus the potential for significant thermal alteration of artifacts is likely to be greater under severe rates of heating due to a greater potential for differential thermal stress.

189

BLM_0035013

Thermal alteration of experimental artifacts during trial #19 was characterized by extensive, deep black combustive residue deposition. This deposit was considerably darker and more pervasive than combustive residue deposits observed during trials #13-15. In effect, the fuel above the artifacts created a reducing atmosphere in which specimens became deeply blackened during fuel combustion. However, the extent of thermal significant thermal alteration observed for trial #19 was not as extensive as that observed for the fuel absent trials. This supports the data discussed above regarding rate of artifact heating during fuel present and fuel absent simulations. Significant thermal alteration was limited to shell and bone specimens only. These specimens exhibited surface cracking as well as partial combustion resulting in weight reduction of 2-3%. Thermal fracturing of lithics, glass, or the enhancement of radial fracture lines on obsidian artifacts was not observed. This contrasts with the extent of significant thermal alteration observed during trials #13-15 (see above sections). In effect, fuel placement on artifact prolonged the rate of heating and reduced the potential for significant thermal alteration generated by thermal shock.

**Trial #20**

Trial #20 was performed as a replicate simulation under the fuel on artifact, heavy fuel load / low wind velocity experimental treatment. The results of this trial were largely consistent with those recorded for trial #19. Combustion of excelsior fuels generated large flames measuring 0.9m in height and 1.4m in length. Low wind velocity limited flame angle to 45.0°, and also produced elevated peak total air flux and radiant air flux values of 76.1 $kw/m^2$ and 26.2 $kw/m^2$. As observed during previous low wind velocity trials, much of the potential heat energy generated during combustion was released upwards, away from the sediment surface. This, combined with the reducing effect of fuel placement on the sediment bed, generated a low peak radiant soil flux value of 10.6 $kw/m^2$. This value is greater than

190

BLM_0035014

the reading recorded for the previous trial, but remains significantly lower that the levels recorded during the fuel absent simulations.  Peak temperatures measured on the upper surfaces of artifacts were consistent with those reported for the previous trial, generally falling within the 400-500°C range with outlier values of 603.8°C and 463.9°C.  These temperatures peaked over a prolonged period of 75-140 seconds and were sustained at high levels for 11-48 seconds.  Lower surface temperatures ranged widely between 446.2-64.6°C due to variable artifact size and potential gaps present between the artifact and sediment surface, although most maximum values fell within the 100-200°C range.  Peak lower surface temperature rose more gradually over a longer period compared to upper surface maximum temperatures.  Graphical representation of time / temperature and heat flux data for trial #20 are presented in Appendix 3, Figure 4.34 and Figure 4.35, data CD.

Thermal alteration of trial #20 experimental artifacts was generally consistent with that described for the previous trial where most artifacts were deeply blackened by combustive residue produced in a reducing environment.  The only exception to this trend is that the chert core sustained one small thermal spall on its upper surface and mineral color alteration of the fracture scar under a peak upper surface temperature of 575.4°C.  Thermal alteration of bone and shell was consistent with that observed during the previous trial, and partial combustion of organic specimens resulted in weight reductions of 4-6%.  Overall, the results of the replicate trial were consistent with the first simulation performed under the fuel on artifact, heavy fuel load / low wind velocity experimental condition.

**Trial #21**

Trial #21 was the final replicate simulation performed under the present experimental treatment.  The results of this simulation were quite consistent with those reported for the previous two trials.  During the simulation, combusting fuel generated flame lengths of 1.2m

191

BLM_0035015

and heights of 0.9m.  Low wind velocity limited flame angle to 43.4°, which also contributed to an elevated total air flux value of 85.2 kw/m$^2$.  Dispersed energy into the wind tunnel atmosphere combined with the reducing effect produced by fuel placement on the sediment bed significantly limited soil radiant flux to only 3.1 kw/m$^2$.  Peak upper and lower surface temperatures generally fell within the 400-500°C and 100-200 °C ranges respectively.  Artifact heating rates were protracted under the reducing environment, ranging between 80-200 seconds for upper surface peaks.  Time / temperature and heat flux data are summarized graphically in Appendix 3, Figure 4.36 and Figure 4.37, data CD.

Thermal alteration was also consistent with that observed during the previous two trials.  All artifacts were heavily blackened on exposed surfaces due to heavy combustive residue deposits produced in a reducing environment.  The chert core exhibited one small thermal spall on its upper surface as well as mineral oxidation within the fracture scar.  The peak upper surface temperature recorded for this specimen was 402.0°C.  Shell and bone specimens exhibited thermal cracking, and all organic specimens sustained weigh reductions of 1-6% resulting from partial combustion.

**Moderate Fuel Load / Low Wind Velocity Condition (Trials #16-18)**

Continuing with the low wind velocity treatment, the fuel load was reduced to 6.33 ton/acre (2329.77 kg/ha) for trials #16-18 to create the moderate fuel load / low wind velocity experimental condition.  Fuel loading was accomplished as previously defined moderate fuel load treatment using cribbed fuels.

<u>**Trial #16**</u>

Flaming combustion of cribbed fuels during trial #16 produced a maximum flame length of 1.1m, height of 0.82m, and angle of 38.8°.  Peak heat flux measurements recorded during the simulation were 45.7 kw/m$^2$ for total soil flux, 26.6 kw/m$^2$ for radiant soil flux,

192

80.2 kw/m$^2$ for total air flux, and 21.0 kw/m$^2$ for radiant air flux. As previously noted during the heavy fuel load / low wind velocity trials, a wind velocity of 2-3 mph results in a lower flame angles, less than 40° in this instance. The high peak air flux value is a product of low flame angle and the subsequent increase in the amount of heat energy released upwards during flaming combustion. Peak temperatures measured by thermocouples placed on the upper surfaces of artifacts also reflect this trend. Most maximum upper surface temperatures fell within the 300-400°C range with outlier values of 524.6°C and 394.5°C. Trials conducted using the same fuel load, but high wind velocity generated peak upper surface temperatures in the 500-600°C range. Maximum lower surface temperatures during trial #16 ranged between 220.8-83.8° with most peak values falling within 100-200°C. These temperatures are consistent with lower surface temperatures record during previous trials. In general, the rate of heating on the upper surfaces of artifacts was precipitous as compared to the rated of heating experienced at the interface between the sediment bed and the lower surfaces of artifacts. Graphical time/temperature and heat flux data are provided in Appendix 3, Figure 4.38 and Figure 4.39, data CD.

Thermal alteration of all experimental artifacts burned during the simulation consisted of light to moderate combustive residue deposits on exposed artifact surfaces. Significant thermal alteration of artifacts was limited to the Hartville Uplift chert nodule and organic materials. The chert core exhibited one thermal spall on the upper surface as well as a linear surface crack running approximately one-half the circumference of the specimen. Peak upper and lower surface temperatures associated with this specimen were 349.3°C and 92.0°C resulting in a temperature differential of approximately 74%. The shell specimen (small species) sustained two linear cracks under thermal stress incurred by peak upper and lower surface temperatures of 437.7-220.8°C (47.9% differential). Bone and antler

193

specimens sustained minor charring of upper surfaces under similar conditions. Partial combustion of organic materials resulted in weight losses of 1.6-2.5%. Overall, the extent of thermal alteration observed during the first moderate fuel load / low wind velocity simulation was diminished in comparison to that observed during trial under the same fuel load and high wind velocity. In sum, this is largely attributed to the lower peak upper surface temperatures recorded from artifacts and the increase in potential heat energy release into the atmosphere created under the low wind velocity treatment.

**Trial #17**

Trial #17 was a replicate simulation under the moderate fuel load / low wind velocity treatment. The results of this simulation are consistent with those reported for the previous trial. Flaming combustion of cribbed fuels during the simulation produced a maximum flame length of 1.1m, height of 0.82m, and angle of 41.6°. Peak heat flux measurements recorded during fuel combustion were 36.7 kw/m$^2$ for total soil flux, 21.3 kw/m$^2$ for radiant soil flux, 73.3 kw/m$^2$ for total air flux, and 16.4 kw/m$^2$ for radiant air flux. Again, the high total air flux value is a function of reduced flame angle. The other flux values are consistent with previous trials, but the important point is that potential heat energy generated by larger flames was lost to the atmosphere and not emitted towards the sediment bed and artifact surfaces. Artifact peak upper surface temperatures reflect this trend showing consistency with the previous trial and a reduction compared to the high wind velocity trials performed under the same fuel load. Most peak upper surface temperatures fell within the 300-400°C range with outlier values of 568.8°C and 296.7°C. These temperatures reached apex levels within approximately 30-40 seconds and were sustained at high levels for between 9-30 seconds. Maximum lower surface temperatures varied widely from 309.6-78.0°C, although most values fell within the 100-200°C range. As seen during most simulations, upper surface

194

BLM_0035018

temperatures tend to rise and descend sharply, whereas heating on the lower side of artifact is more gradual and protracted. Time/temperature and heat flux data for trial #17 are provided in graphic form in Appendix 3, Figure 4.40 and Figure 4.41, data CD.

Thermal alteration of experimental artifacts during the trial was consistent with that observed for the previous trial where light to moderate combustive residue deposits on exposed artifact surfaces was pervasive across the entire sample. These deposits ranged from light soot to deeply charred condensate tar, which gave affected artifacts a blackened appearance. Significant thermal alteration of artifacts was also consistent with the previous trial where it was limited to the chert core and organic materials. Notable thermal alteration of the chert core during trial #17 consisted of linear surface cracking along the upper surface. Peak upper and lower surface temperatures associated with this specimen were 353.1-78.0°C (78% differential). The shell specimen (small) also exhibited linear cracking under thermal stress induced by peak upper and lower surface temperatures of 411.6-109.6°C (25% differential). Bone and antler specimens exhibited partial charring along edges and upper surface areas, but not thermal fracturing or crack enhancement was observed. Partial charring and combustion attributed to post-burn mass reductions of 2.5-6.5% for organic specimens. Overall, these results are similar to those recorded for the previous trial, and further suggest that wind velocity and flame angle are important variables that condition potential heat energy output and significant thermal alteration of common artifact material types.

**Trial #18**

Trial #18 was the third and final wildland fire simulation conducted using the moderate fuel load / low wind velocity experimental condition. Flame data derived from videotape analysis of the simulation show that combusting fuels generated flames lengths of 1.2m, heights of 0.87m, and angles of 41.0°. Peak heat flux data show measurements of 51.9

195

kw/m$^2$ for total soil flux, 26.2 kw/m$^2$ for radiant soil flux, 73.0 kw/m$^2$ for total air flux, and 14.2 kw/m$^2$ for radiant air flux. These data are consistent with those recorded for the previous two trials performed under the same fuel and wind treatment. Again, the high total air flux value is a function of large flames and reduced flame angle. Peak upper surface temperatures measured by thermocouples placed on the upper surfaces of artifacts were, however, slightly elevated during trial #18. Maximum temperatures range between 708.0-354.6°C with the majority of values falling within the 400-500°C range. These temperatures peaked within approximately 25-40 seconds and remained at high levels for 4-25 seconds. These elevated maximums may be due to any number of variables, but are most likely attributed to larger flame size and increased potential heat energy output. The 708.0°C value is clearly an outlier, and may be the result of direct flame contact with the thermocouple, or simply a pocket of intense heat energy release near this particular specimen. Maximum lower surface temperatures varied widely as well (309.6-78.0°C), but were consistent with those recorded during previous trials in which most values fell within the 100-200°C range. Graphic representations of time/temperature and heat flux data are provided in Appendix 3, Figure 4.42 and Figure 4.43, data CD.

Thermal alteration of experimental artifacts during trial #18 was essentially parallel to that observed for the previous two trials. Light to moderate combustive residue coated the exposed surfaces of all artifacts, and significant thermal alteration was limited to the chert core and organic materials. The chert core sustained one thermal fracture down the midline that resulted in the specimen being split into halves. This may be due to impurities within the material (impurity observed on the fracture face of both halves), or simply, due to the fact that the maximum upper and lower surface temperatures associated with this specimen ranged between 708.0-354.6°C (56% differential). Nonetheless, this specimen was subjected

196

BLM_0035020

to significant levels of thermal stress, which induced substantive thermal fracturing. The shell specimen (small) sustained two linear cracks under peak temperatures of 548.0-398.6°C. Bone and antler specimens exhibited partial charring along upper edge surfaces, but no evidence of crack propagation or fracturing. Partial combustion of organics resulted in post-heating mass reductions of 3-8% for shell, bone, and antler. Overall, these results are consistent with the thermal alteration observed during the previous two trials, and further support the assertions made regarding the important relationships between fuels, wind velocity, potential heat energy production, and thermal alteration of experimental artifacts.

**Moderate-Light Fuel Load / Low Wind Velocity Condition (Trials #10-12)**

The low wind velocity treatment was paired with the moderate-light fuel loading to continue the alternating series of wildland fire simulations in which fuel load and wind velocity are manipulated. In total, three trials were conducted under the moderate-light fuel load (4.33 ton/acre) (1597.35 kg/ha) and low wind velocity experimental treatment. In addition, three simulations (trials #22-24) were run using the same fuel load / wind velocity treatment, but with fuel placed on top of the experimental artifacts to simulate field conditions where a light duff layer is present.

**<u>Trial #10</u>**

Trial #10 was the first of six trials conducted under the 4.34 ton/acre / low wind velocity treatment. Flaming combustion of shredded excelsior fuels produced a maximum flame length of 1.2m, height of 0.85m, and angle of 43.5°. These relatively large flames generated heat flux measurements of 44.2 kw/m$^2$ for total soil flux, 28.9 kw/m$^2$ for soil radiant flux, 86.4 kw/m$^2$ for total air flux, and 35.4 kw/m$^2$ for radiant air flux. As observed for the previous trial conducted under low wind velocity condition, the total air flux value for this trial was elevated indicating that a significant amount of heat energy was directed

197

BLM_0035021

upwards due to reduced flame angle.  Peak temperatures measured on the upper surfaces of artifacts varied considerably from 598.5-232.0°C, although the majority of peak temperatures fell within 400-500°C.  These temperatures reached apex levels within approximately 30 seconds and were sustained at high temperature for a relatively brief period of 2-20 seconds. Maximum temperatures measured at the lower surface of artifacts also varied broadly with outliers of 340.8°C and 37.7°C, with most maximums falling within the 50-100°C range. Time/temperature and heat flux data from trial #10 are represented graphically in Appendix 3, Figure 4.44 and Figure 4.45, data CD.

Thermal alteration of experimental artifacts burned during the simulation was characterized by combustive residue deposition and limited significant thermal damage.  The combustive tar deposits ranged from glossy black to a tacky yellow-brown adhesive.  The glossy black deposit represents tar that is at an advanced stage of combustion, whereas the yellow-brown adhesive is simply the tar deposit that has condensed on artifact surfaces, but has not been completely combusted.  These deposits are highly nitrogenous condensate tars that form as organic fuels combust over a cooler surface, in this instance exposed artifact surfaces (Yokelson et al. 1997).  The deposit can be removed with vigorous scrubbing using a pumice-based soap and water, and therefore, are not considered a significant form of thermal alteration.  Significant thermal alteration was limited to the glass specimen, and to a lesser extent, obsidian and organics.  The glass specimen sustained minor thermal fracturing under peak upper and low surfaces of 404.5°C and 44.26°C.  Thermal alteration of the obsidian blade consisted of radial fracture line propagation.  The shell specimen sustained two linear fractures, and the bone specimen exhibited the enhancement of existing surface cracks.  All organic specimens, bone, antler, and shell were partially consumed by flaming combustion resulting in mass reductions of less than 1% to nearly 6%.  Peak upper surface temperatures

198

BLM_0035022

associated with organic specimens fell within the mid to upper 400°C range. Reduced fuel load compounded by a lower wind velocity during this trial produced moderate peak temperatures with limited residence times, which subsequently produced insufficient thermal stress to induce pervasive thermal damage across the sample of experimental artifacts.

**Trial #11**

Trial #11 was a replicate simulation run using the protocols defined above. Flaming combustion produced during trial #11 generated heat flux levels of 57.4 kw/m$^2$ for total soil flux, 30.7 kw/m$^2$ for radiant soil flux, 81.2 kw/m$^2$ for total air flux, and 40.0 kw/m$^2$ for radiant air flux. Flames generated during the simulation reached maximum lengths of 1.2m, heights of 0.85m, and burned at an angle of 44.5°. The total air flux value is elevated due to reduced flame angle and subsequent increased heat energy release upwards into the atmosphere. Large flames also produced elevated radiant heat flux levels at the sediment surface; however, they did not produce elevated maximum temperatures at the upper surface of artifacts. Peak upper surface temperatures fell within the 400-500°C range with outlier values of 571.5°C and 284.8°C. These temperatures are consistent with those recorded for trial #10. Peak lower surface temperatures were also consistent with the previous trial, falling primarily within the 50-100°C range with outlier values of 243.9-43.0°C. Time and temperature curves associated with upper and lower artifact surfaces as well as heat flux data are provided in graphical form in Appendix 3, Figure 4.46 and Figure 4.47, data CD.

Thermal alteration of experimental artifacts burned during trial #11 was consistent with that observed during the previous trial. Glossy black and yellow-brown tar deposits adhered to exposed surfaces on the entire artifact sample, although the extent of coverage and density varied. As with the previous trial, significant thermal alteration was limited to glass, obsidian, and organic materials. The glass specimen exhibited minor thermal fracturing

199

BLM_0035023

under highly differential peak upper and lower surface temperatures of 419.2°C and 43.0°C. Thermal alteration of the obsidian blade was limited to the enhancement of existing radial fracture lines on the upper surface where temperatures reached 482.0°C. The shell specimen exhibited two linear fractures, and the bone specimen exhibited surface crack propagation, both under peak upper surface temperatures of 430.0°C and 507.4°C respectively. All organic specimens sustained partial charring/combustion resulting in mass reductions of 1-2.3%. These results are very consistent with those recorded for the previous trial, and further support the assertions made thus far.

**Trial #12**

Trial #12 consisted of a replicate simulation under the moderate-light / low wind velocity experimental condition. Combustion of shredded excelsior fuels during this simulation produce results fairly consistent with the previous two trials. Maximum flame dimensions generated during fuel combustion measured 1.1m in length, 0.76m in height, and burned at angles of 46.6°. Peak heat flux measurements were 57.7 kw/m$^2$ for total soil flux, 34.5 kw/m$^2$ for radiant soil flux, 77.5 kw/m$^2$ for total air flux, and 44.5 kw/m$^2$ for total air flux. The total air flux value is slightly lower than that recorded for the previous two trials due to a slightly steeper flame angle. Subsequently, the other heat flux reading are also slightly elevated over previous values due to a increased concentration of heat energy release at the sediment surface. Some peak upper artifact surface temperatures were also elevated as a result, the highest reaching 676.8°C. However, the majority of peak upper surface temperatures fell within the 400-500°C range as recorded for trials #10 and #11. Due to the moderate-light fuel load residence times were rather brief ranging between 2-19 seconds. Peak lower surface temperatures remained consistent, generally falling within the 50-100°C range with outlier values of 314.6°C and 32.4°C. Graphical representations of

200

BLM_0035024

time/temperature and heat flux data are provided in Appendix 3, Figure 4.48 and Figure 4.49, data CD.

However, slightly elevated soil flux measurements and limited peak upper surface temperatures on the high end of the spectrum did not affect the range of thermal alteration of artifacts observed during trial #12. Thermal alteration was consistent with that observed during the previous two trials. Tacky yellow-brown and smooth glossy black combustive tar deposits coated exposed surfaces of artifacts, and significant thermal alteration was limited to obsidian and organics. The obsidian blade sustained radial fracture line propagation under thermal stress induced by peak upper and lower surface temperatures of 576.9-144.6°C. One linear thermal fracture was observed on the shell specimen, which experienced limited peak upper and lower surface temperatures of 269.2-100.5°C. Minor enhancement of existing surface cracks on the upper surface of the bone specimen were also observed under peak upper and lower surface temperatures of 461.0-314.4°C. All organic specimens were partially combusted and lightly charred on upper edge surfaces resulting in weight losses of 1-2%. In sum, these results are consistent with those observed during the previous simulations conducted using the moderate-light / low wind velocity experimental treatment.

**Moderate-Light Fuel Load / Low Wind Velocity Condition (Fuel on Artifacts) (Trials #22-24)**

### Trial #22

Trial #22 was the first of three trials performed with fuels placed on top of artifacts and the sediment bed in continuation with the moderate-light fuel load / low wind velocity experimental treatment. Flaming combustion of shredded excelsior fuel during the simulation generated a maximum flame length of 1.3m, height of 0.86m, and angle of 46.5°. These flames were of enhanced size compared to those recorded during trials #10-12 where

201

BLM_0035025

fuels were not placed on the sediment bed and artifacts. Peak heat flux measurements recorded during trial #22 were 71.3 kw/m$^2$ for total soil flux, 8.3 kw/m$^2$ for soil radiant flux, 92.0 kw/m$^2$ for total air flux, and 41.8 kw/m$^2$ for radiant air flux. Compared to the simulations in which fuel was not placed on the sediment bed, the total peak flux measurements recorded at the soil surface and above the soil surface were considerably greater; however, radiant flux levels measured at the sediment surface significantly lower. This suggests that a greater proportion of the potential heat energy released during combustion was released away from the sediment surface. In effect, the fuels placed on the artifact bed provided a mitigating quality against direct flame contact and exposure to intense levels of radiant heat energy. Peak temperatures measured on the upper surfaces of artifacts ranged between 581-260.5°C with the majority of maximums falling with the 300-500°C range. The majority of peak lower surface temperatures ranged between 100-200°C with outlier values of 322.1°C and 38.2°C. These maximums are roughly analogous to those recorded during trials #10-12 with the exception that peak temperatures were attained over a period of 40-65 seconds compared to 20-30 seconds for the previous fuel absent trials. This is due to the added fuel placed on the sediment bed and above the experimental artifacts, which required additional time to combust fully. In essence, rate of heating and radiant heat exposure on the artifact bed were reduced by presence of fuel directly above. Temperature and heat flux data are presented in graphical form in Appendix 3, Figure 4.50 and Figure 4.51, data CD.

Consequently, the degree of significant thermal alteration observed during the simulation was limited compared to trials #10-12. The glass specimen exhibited one minor thermal fracture under thermal stress generated by peak upper and lower surface temperatures of 422.9°C and 43.5°C. The shell specimen sustained minor delamination on its interior

202

BLM_0035026

surface, and the bone specimen exhibited enhanced surface cracking where weather-induced cracking had existed previously. Overall, thermal alteration of trial #22 experimental artifacts was limited to a heavy deposit of combustive residue on the exposed surfaces of all artifacts. This deposit was generally light brown in color and somewhat tacky in composition suggesting that the condensate tar deposit had not been completely combusted. Again, this is a result of placing fuel on artifacts during the simulation. Moreover, these fuels reduced the level of radiant heat energy that artifacts experienced and the rate at which artifacts were heated resulting in diminished thermal alteration.

### Trial #23

Trial #23 was conducted as a replicate simulation under the moderate-light / low wind velocity (fuel on artifacts) experimental treatment. The results of this simulation were consistent with those reported for trial #22. Flaming combustion of excelsior fuels across the entire length of the burn table produced flames measuring 0.80m in height, 1.2m in length, and a flame angle of 47.3°. Combusting fuels placed on the artifact bed produced high total flux values of 45.5 kw/m$^2$ for total soil flux and 85.5 kw/m$^2$ for total air flux. Radiant flux at the sediment surface was relatively low at 17.0 kw/m$^2$, while radiant air flux remained consistent at 42.9 kw/m$^2$. These flux measurement suggest that a significant proportion of heat energy was released upwards and away form the sediment bed and artifacts. Peak temperatures measured on the upper surfaces of artifacts ranged between 400-500°C with outlying values of 556.6°C and 306.8°C. Maximum lower surface temperatures ranged between 225.0-47.12°C with most peak temperatures falling within the 100-200°C range. As observed for the previous trial, the presence of fuels on artifacts resulted in protracted peak heating intervals of 40-60 seconds and short residence times of 9-21 seconds. As a result, the rate of artifact heating was less dramatic than that observed during trials in which fuel on

203

BLM_0035027

artifacts was absent.  Graphical output of time / temperature and heat flux data from the simulation are provided in Appendix 3, Figure 4.52 and Figure 4.53, data CD.

Thermal alteration of experimental artifacts during trial #23 was consistent with that observed during the previous trial.  All artifacts exhibited combustive residue deposits on exposed surfaces ranging from an adhesive yellow/brown to a more highly combusted glossy black.  Significant thermal alteration of artifacts was limited to shell and bone specimens, which exhibited limited surface cracking.  Peak upper surface temperatures recorded for these specimens were 424.4°C and 447.0°C.  Partial combustion of the organic phase among shell, bone, and antler specimens was limited, resulting in minor weight reductions of 0.6-1.4%.  Overall, thermal alteration of the experimental artifacts was characterized by combustive residue deposition.  The presence of fuels on artifacts led to protracted heat-up rates and limited radiant heat energy output, which in turn, reduced the potential for significant thermal alteration of artifacts.

**Trial #24**

Trial #24 was the final replicate simulation conducted under the moderate-light fuel load / low wind velocity (fuel on artifacts) experimental treatment.  The results of this replicate were generally consistent with that observed for the previous two trials with the exception of slightly greater flame dimensions and enhanced total air flux and peak upper surface temperatures.  Maximum flames lengths and heights were measured at 1.5m and 1.0m respectively, at an angle of 42.0°.  Based on the high total air flux measurement of 93.1 kw/m$^2$, the greatest proportion of heat energy generated during the simulation was released upwards and away from the sediment surface.  This is supported further by the low peak radiant soil flux measurement of 9.3 kw/m$^2$ that was recorded during the trial.  Peak temperatures measured by thermocouples placed on the upper surfaces of artifacts generally

204

fell within the 400-500°C range, with some outlier values reaching the 600°C range. These temperatures reached apex levels within 40-65 seconds and were sustained for 8-20 seconds. Peak lower surface temperatures varied widely between 313.9-78.8°C; however, most maximum temperatures fell within the 100-200°C range. Time / temperature and heat flux data are provided in graphical form in Appendix 3, Figure 4.54 and Figure 4.55, data CD.

Thermal alteration of experimental artifacts during trial #24 was consistent with that observed during the previous two trials. Combustive residue deposits were pervasive across all exposed artifact surfaces, and ranged between an adhesive yellow/brown to deep glossy black depending on the extent of combustion of the condensate tar. Significant thermal alteration was limited to the shell and bone specimens, which sustained limited surface cracking under peak upper surface temperatures of 435.2-415.8°C. Partial combustion of shell, antler, and bone resulted in slight weight reductions of 1-2%. As reported for the previous two trials that were conducted under the same experimental treatment, the addition of fuel on artifacts protracted the heat-up rate experienced by artifacts and provided insulation against significant levels of radiant heat energy. Subsequently, the incidence of significant thermal damage to artifacts was more limited compared to the simulations where fuel was not placed on artifacts.

**Light Fuel Load/Low Wind Velocity Condition (Trial #25)**

One fire simulation, trial #25, was conducted under the light fuel load (1.00 ton/acre) (368.05/kg/ha), low wind velocity experimental condition. Based on the previous fire simulation performed using the same fuel load and a high wind velocity, limited heat output and artifact thermal alteration was predicted. Therefore, fire simulation under this experimental treatment was limited to one trial only.

BLM_0035029

Flaming combustion of lightly loaded fuels generated small flames measuring 0.64m in length and 0.46m in height, and the low wind velocity limited flame angle to 43.2°. Consequently, the heat energy generated during combustion was limited as well with peak measurements of 12.7 kw/m$^2$ for total soil flux, 6.0 kw/m$^2$ for radiant soil flux, 30.8 kw/m$^2$ for total air flux, and 13.2 kw/m$^2$ for radiant air flux. The elevated value of 30.8 3 kw/m$^2$ for total air flux suggests that a significant proportion of the heat energy generated during the simulation was released upwards into the atmosphere of the wind tunnel. This, combined with the fact the other flux measurements were low compared to other fire simulations using heavy fuel loadings is indicative of low fire severity. Peak temperatures measured on the upper surfaces of artifacts further support these empirical data. Maximum upper surface temperatures ranged between 319.6-113.4°C with most peaks falling within the 150-200°C range. Ascension to apexes for upper surface temperatures occurred quickly within 10-20 seconds and high temperatures were sustained only briefly for 4-8 seconds. Peak lower surface temperatures were also minimal with the majority of maximums falling within the 50-100°C range and outlier values of 163°C and 44.1°C. Time / temperature and heat flux data for trial #25 are summarized graphically in Appendix 3, Figure 4.56 and Figure 4.57, data CD.

The rapid but brief heating of artifacts combined with low heat energy output resulted in a very limited amount of thermal alteration of experimental artifacts. The only form of thermal alteration observed was a very light, almost transparent, combustive residue deposit on 10-20% of the exposed surface are of the artifacts. No significant thermal damage such as fracturing or surface cracking was observed. The light fuel load compounded by low wind velocity produced insufficient thermal energy to induce significant thermal alteration or heavy combustive residue deposits across the sample of artifacts.

206

BLM_0035030

**Thermal Fracture Incidence among Experimental Artifacts**

Following the completion of the wildland fire simulations, data from each simulation was analyzed to identify the trials in which thermal fracturing and other significant forms of thermal damage to experimental artifacts had occurred. Data was compiled for each specific artifact type to identify the temperature ranges at which thermal fracturing/damage had occurred. In addition, this section contains the methods and results the secondary TL dating and sandstone experiments. This information will aid in establishing the critical temperature ranges associated with the catastrophic thermal alteration of specific artifact types, and the wildland fire conditions under which significant thermal damage of specific archaeological resourced might occur.

**Hartville Uplift Chert "Core"**

Hartville Uplift chert nodules, roughly the size of expended cores, sustained the greatest degree of thermal fracturing of any of the materials burned during the wildland fire simulations. Ahler (1983) has demonstrated that cobble-sized pieces of Knife River flint are especially prone to thermal shock as compared to small performs or flakes. Thermal shock in brittle materials such as chert is caused by differential thermal stress induced during uneven heating of the material body (Luedtke 1992). Since the Hartville Uplift nodules were of notable size and thickness (~50x50x25mm) compared to a perform, biface or flaking debris, the potential for differential thermal stress induced during the fire simulations was greater for the core-sized specimens as compared to the other small-sized fine-grained lithic materials tested.

In total, nine Hartville Uplift chert specimens exhibited thermal fracturing, four exhibited linear surface cracking, three exhibited thermal spalling, and seven exhibited iron oxidation to hematite resulting in a color change from the original yellow-brown to dusky

207

BLM_0035031

red.  The mineral oxidation was generally observed on fragments displaced from the core body and/or within fracture scars on the main body.  The color change is likely the result of limonite being oxidized to hematite where the mineralogy of the chert was affected during heating.  Maximum temperatures measured by thermocouples placed on the upper surfaces of thermally fractured specimens ranged between 708.0-446.6°C.  In general, peak upper surface temperatures ascended to apex levels within 40-60 seconds and were sustained at temperatures within 100°C of the peak value for an average of 20 seconds.  Peak lower surface temperatures associated with fractured specimens ranged between 404.4-76.4°C, rising and falling more slowly and uniformly compared to upper surface temperature curves.  The time/temperature data compiled for all thermally fractured specimens are quite similar for each specimen showing comparable curves for both upper and lower surface temperatures (Figure 4.58).  The average peak upper surface temperature associated with thermal fracturing of the chert core was 546.8°C, and average peak lower surface temperature was 189.3°C.  The average temperature differential between peak upper and lower surface temperatures was 66.5%.  In sum, Hartville Uplift chert nodules are susceptible to thermal fracturing when their upper surfaces are precipitously heated to approximately 550°C for 20 seconds, and when the temperature differential between upper and lower surfaces approaches or exceeds 60%.

Thermal fracturing of the chert nodules was observed during wildland fire simulations using the 8.67, 6.33, and 4.34 fuel loadings paired with high wind velocity where flame angles were steep and upper artifact surface temperature elevated.  This suggests that given sufficient fuel availability and burn intensity, larger sized chert artifacts deposited at soil surface are susceptible to thermal fracture during wildland fires under most fuel models except grassland.

208

BLM_0035032

In addition to thermal fracturing, chert core specimens also developed linear surface cracking, thermal spalling, and mineral oxidation resulting in pronounced color change during several of the fire simulations.  Linear surface cracking was observed where the average peak upper surface temperature reached 414.9°C (near peak residence time of 20 seconds), and the average maximum lower surface temperature was 93.5°C; resulting in an average temperature differential of 77%.  This suggests that linear surface cracking may precede complete thermal fracturing where fragments are physically detached from the main body since the linear cracking was observed under a lower peak upper and lower surface temperatures.  Thermal cracking may ultimately lead to thermal fracturing given sufficient thermal stress to propagate the crack and form a complete fracture.  Under field conditions this could potentially occur as the result of repeated exposure to multiple wildland fires. Thermal spalling occurred on the upper surfaces of the chert cores where the average peak upper surface temperature was 517.4°C with a residence time within 100°C of maximum for an average of 20 seconds.  Mineral oxidation of individual fragments and within fracture scars on the main body of chert core specimens was also observed under an average maximum temperature of 517.4°C under sustained high temperature for an average of 19 seconds.  These significant forms of thermal alteration were also generally observed during simulations using the 8.67, 6.33, and 4.34 fuel loading paired with high wind velocity.  The only exception is the occurrence of linear surface cracking during two of the 6.33 fuel load / low wind velocity simulations, and the mineral oxidation and thermal spalling during two of the 8.67 fuel load / low wind velocity / fuel on artifacts simulations.  Again, this suggests that these forms of thermal alteration occur during a variety of wildland fire scenarios given suitable conditions.

209

BLM_0035033

**Pecos Chert Biface**

Thermal fracturing of Pecos chert biface specimens was only observed during two of the fire simulations (Trial #2 and #8). In each of the simulations the specimens sustained complete linear (slightly undulating) fracturing at approximately the midpoint resulting in a clean fracture that somewhat resembled a snap fracture. These fractures occurred under extreme conditions where the average peak upper surface temperature for both specimens averaged 816.0°C, and the peak lower surface temperature averaged 293.8°C resulting in a temperature differential of 64%. Peak upper surface temperatures reached their apexes within 40-70 seconds, and temperatures above 800°C for sustained for five seconds with temperatures remaining in the 700-800°C range for 12-24 seconds. Time/temperature data for the two fractured specimens are very consistent, and are summarized graphically in Figure 4.59.

Compared to the larger Hartville Uplift chert "core" specimens, the Pecos chert bifaces appear to be more resistant to thermal fracturing. Thermal fracturing of the chert biface specimens was only observed under extreme thermal stress where peak upper surface temperatures were sustained above 800°C and the temperature differential between peak upper and lower surface temperatures was 64%. The small and uniform size of the biface specimens likely reduced the potential for catastrophic thermal stress within the material. Mandeville's (1973) heat treatment experiment has shown that thin chert materials such as flakes are less susceptible to thermal shock compared to larger chert artifact types. The rate of differential expansion within thin materials is potentially more equal where thin materials are concerned. The results of the fire simulations seem to support this assertion since the prevalence of thermal fracturing of chert biface specimens was relatively low, and only occurred under extreme thermal conditions generated by precipitous heating and elevated

210

BLM_0035034

peak temperature.  Interestingly, thermal fracturing of the chert biface specimens occurred during one of the high fuel load / high wind velocity simulations and during one of the moderate-light fuel load / high wind velocity simulations.  Fracturing occurred independent of fuel loading, but only under extreme temperature gradient generated by large flame size and low flame angle.  This suggests that although catastrophic thermal alteration of chert bifaces is probable only under extreme temperature, it may be observed under environmental conditions of variable fuel load and high fire severity.

**Black Hills Quartzite Flake**

Thermal fracturing of quartzite primary flakes was observed during six fire simulation trials, all of which occurred under the high wind velocity treatment, but at variable fuel loadings ranging from heavy to moderate-light.  Peak upper surface temperatures associated with quartzite thermal fractures ranged between 650-433.5°C and averaged 565.3°C for the six specimens.  These maximum temperatures reached apex levels within approximately 40-50 seconds and were sustained at elevated levels for 17-74 seconds.  Maximum lower surface temperatures recorded for fractured specimens ranged between 593.1-143.0°C and averaged 277.4°C resulting in a 52% temperature differential average between upper and lower surface maximum temperatures.  Four of the six thermal fractures occurred at the distal portion of the flakes where the material was thinnest.  Mineral oxidation, resulting in a color alteration from brown to reddish-brown, was observed on fractured portions from four specimens and on the distal end of one non-fractured specimen.  Again, this color alteration is likely due to the oxidation of iron minerals comprising the mineralogical composition of the quartzite.  Maximum upper surface temperatures associated with mineral oxidation of Black Hills quartzite ranged between 613-433.5°C for an average of 528.8°C.

211

BLM_0035035

Archaeological literature surrounding the thermal alteration of lithic materials is generally focused on the heat treatment of chert as it applies to enhancing its flaking characteristics. Most of the literature addressing the thermal alteration of quartzite was located from geological sources. Thermal fracturing of quartzite follows the fundamental assumption applicable to most brittle materials, which is that when thermal stress exceeds the shear or tensile strength of a rock, elastic energy stored within the material is released and fracturing is propagated (Freeman et al. 1972; Marovelli et al. 1966). Important physical properties relevant to thermal fracturing of rock include; tensile strength, thermal diffusivity, thermal conductivity, and thermal expansivity (Freeman et al. 1972; Marovelli et al. 1966). Thermal expansivity of quartz reaches its maximum at 573°C when the alpha-beta transition occurs resulting in a change in crystal structure (Frondel 1962; Skinner 1966). Thus, at relatively low temperatures quartz undergoes a considerable thermal expansion, which may subsequently lead to thermal shock and fragmentation. Experiments conducted by Thirumalai (1970) have shown that quartzite is highly subject to spalling under thermal stress, and may occur at temperatures below the 573°C threshold. The results of the fire simulation experiments show consistent thermal fracturing of quartzite primary flakes at an average temperature of 565.3°C. When presented graphically in Figure (4.60), the time/temperature curves associated with thermally fractured specimens are very consistent. This suggests the thermal fracturing of quartzite artifacts is likely when subjected to precipitous heating beyond 550°C. Given that thermal fracturing of quartzite during the fire simulations occurred under three different fuel loadings, but only under high wind velocity, it is probable that thermal damage could occur under a variety of natural wildland fire scenarios where extreme fire conditions exist.

212

**Obsidian Biface/Blade**

Thermal fracturing of obsidian specimens was not observed during any of the wildland fire simulations, and the only significant form of thermal alteration observed consisted of the enhancement of radial fracture lines. These preexisting radial fracture lines were produced during knapping activities and generally consist of linear surface fractures originating from the point of initial percussion. Under thermal stress, these lines appear to increase in length, width, and presumably depth. No method of quantification was implemented to accurately measure the exact degree of fracture line augmentation, only subjective macroscopic analysis was used when assessing the presence of this form of thermal alteration. In total, enhanced radial fracture lines were observed on eleven specimens. The results from the fire simulation show that enhanced radial fracture lines formed during trials where the peak temperature measured on the upper surface of specimens were within the 500-600°C range or above (613.5°C average), and maximum lower surface temperatures were within the 150-300°C range (248.5°C average). In general, upper surface temperatures peaked within 40-50 seconds and were sustained within 100°C of maximum for 5-32 seconds. Lower surface temperatures peaked and fell in a more protracted and uniform manner. The temperature differential between peak upper and lower surface temperatures recorded for affected specimens was 60%. In addition to radial fracture line propagation, fine linear crazing (defined by Steffen 2002) was observed on the obsidian specimen from trial #1. Here the maximum upper surface temperature reached 814.0°C; however, this was the only incidence of crazing observed throughout the entire experiment. Figure (4.61) graphically summarizes the time/temperature data associated with specimens affected by radial fracture line enhancement, and with the exception of some outlier curves, the data are consistent.

213

BLM_0035037

These data suggest that where obsidian is subjected to precipitous and brief heating above 500°C, enhancement of radial fracture lines may develop. Again, this may potentially occur under a variety of wildland fire scenarios given sufficient fire intensity since it was observed in the laboratory under heavy to moderate light fuel loadings and at both high and low wind velocity. However, Nakazawa (2002) and Steffen (2002) have recorded a much wider range of thermal alteration of obsidian under laboratory experimentation and from archaeological contexts to include matte finish, surface sheen, fine crazing, deep surface cracking, vesiculation, incipient bubbles, and fire fracture (see Steffen 2002:163-165 for definitions). The major point of divergence between the wildland fire simulations and the laboratory experiments conducted by Nakazawa and Steffen is the length of time specimens were heated. During the wildland fire simulations burning was conducted on a burn table within the wind tunnel where fuel availability was limited to the predetermined $g/m^2$ loading. Flaming combustion during these simulations was rather brief, but analogous to many natural fire scenarios, and maximum temperatures were sustained for a maximum of 30-70 seconds. Steffen and Nakazawa heated obsidian in electric laboratory furnaces for minimum period of 1 hour up to 12 hours. Clearly, the longer duration of heating during these experiments created an increased probability to a wider range of thermal alteration to occur. Steffen has also observed significant thermal alteration of obsidian at a large quarry site burned by a wildland fire in New Mexico (1996 Dome Fire). The degree of thermal alteration observed was dependent on fire severity. The most extreme examples of thermal alteration were probably observed from contexts where heavy fuels burned intensely for long durations during the fire; for example, where logs or heavy litter were combusted in close proximity of obsidian artifacts deposited at the soil surface. The limitations of wildland fire simulations in a laboratory setting prevented the experiment from replicating scenarios where logs, stumps,

214

BLM_0035038

and heavy litter burn over a long duration.  Nonetheless, the results of the fire simulations show that brief heating in excess of 500°C will induce radial fracture line propagation, and given, longer burn durations, a wider range of thermal alteration would have likely been observed.  In addition the effects of wildland and prescribed fire on obsidian artifacts is not limited to thermal damage alone.  There are significant implications surrounding the effect of heating on hydration bands and the geochemical structure of thermally altered obsidian that could potentially lead to inaccurate obsidian dating and sourcing.  Although this issue is beyond the scope of the present study, several researchers have conducted relevant research concerning this issue (Benson 2002; Deal 2002; Origer 1996; Shackley and Dillian 2002; Skinner 2002; Steffen 2002; Trembour 1990).

**Bottle Glass**

Like other brittle materials, glass will fracture when thermal energy generates internal stresses that exceed the tensile strength threshold of the material (DeHaan 1997; Lentini 1992).  Glass, depending on its composition, also has an established melting point of approximately 700-800°C (DeHann 1997:446).  Thermal fracturing of bottle glass specimens was observed during ten fire simulations.  The most significant fracturing occurred during two of the heavy fuel load / high wind velocity trials where specimens were severely fractured into 15-22 individual fragments.  The peak upper surface temperatures associated with these two specimens were 888.0°C and 586.8°C, which were sustained for prolonged periods of 54-59 seconds, and the temperature differential between maximum upper and lower surface temperatures of greater than 90%.  The majority of glass fractures occurred where peak upper surface temperatures were within the 400-500°C range for an average temperature of 534.2°C.  Maximum lower surface temperatures averaged only 99.4°C for an average temperature differential between maximum upper and lower surface temperatures of

215

BLM_0035039

78.8%. Time/temperature data associated with fractured glass are summarized in Figure (4.62). These results suggest that thermal fracturing of bottle glass is initiated by precipitous heating to at least 400°C. Thermal fracturing was observed under most fuel loadings except low, and under both high and low wind velocity conditions. Thus, it is likely that thermal fracturing of glass will occur under a wide variety of prescribed and wildland fire scenarios, with the possible exception of grassland fires.

**Bone, Antler, Shell**

Several researchers have documented processes involved in the thermal alteration of bone, although generally not with the intent of addressing the impact of natural fire on archaeological bone (Bennett 1999; Bonucci and Graziani 1975; Bradtmiller and Buikstra 1984; Brain 1993; Buikstra ad Swegle 1989; Herrmann 1977; Kizzely 1973; McCutcheon 1992; Nicholson 1993; Shipman et al. 1984; Sillen and Hoering 1993; Stiner et al. 1995; Von Endt and Ortner 1984). Nonetheless, the information provided by these researchers is quite useful in developing an understanding of how heat affects organic materials such as bone, antler, and shell. Significant thermal alteration of organic specimens (bone, antler, and shell) was observed during each to the fire simulations with exception of the light fuel load trials. Thermal alteration of bone specimens was generally characterized by charring and partial combustion of upper exposed surfaces, the propagation of existing surface cracks, and combustion of the organic phase resulting in mass reductions of 2.4-4.3%. In addition, bone specimens were noticeably more brittle upon handling after the fire simulations; however, no quantitative method was used to accurately measure the degree of increased friability caused by heating. Thermal alteration was most pronounced during the high wind velocity simulations where heavy and moderate fuel loadings were used (peak upper surface temperatures 300-600°C). The degree of friability, crack propagation, and combustion of the

216

organic phase for bone specimens diminished in severity as burn intensity diminished under lighter fuel loads and lower wind velocities.  Thermal alteration of elk antler specimens was generally limited to charring of upper surfaces and partial combustion resulting in weight loss.  Weight reductions ranged between 1.6-5.0%.  Again, the degree of charring and mass reduction was linked to the severity of each respective fire simulation.  No thermal fractures or appreciable increase in preexisting surface cracks was observed for antler specimens. Thermal alteration of shell specimens included delamination of interior surfaces, linear cracking, increased friability, and mass loss.  These forms of thermal alteration were also most pronounced during high intensity fire simulations.   Figure (4.63) summarizes the mass reductions experienced by organic specimens.  The chart shows a that mass reduction is consistently diminished as fuel load / fire severity is decreased.  In sum, significant thermal alteration of organic specimens is likely to occur under most prescribed and wildland fire scenarios with the possible exception of grassland fires.

**Cliff House Formation Sandstone Block Sections**

Thermal alteration of Cliff House Formation sandstone block sections from Mesa Verde National Park was very limited.  Aside from light to moderate combustive residue deposition, the only significant form of thermal alteration observed was a minimal degree of oxidation along the leading edges on the upper surfaces of eight specimens.  The oxidation was observed as a dusky red linear streak extending along the upper edge of affected specimens where heat exposure was sufficient to induce mineral oxidation.  The unheated color of the sandstone is yellowish-brown, which when heated to sufficient temperature will oxidize to a dusky red color.  This color alteration occurs when limonite ($FeO(OH)$) oxidizes to a more stable hematite ($Fe_2O_3$) (Philip Cloues personal communication 2003).  The results of the fire simulations show that the oxidation process is initiated at approximately 300°C.

217

BLM_0035041

The average peak upper surface temperature recorded for the eight affected specimens was 410.9°C, and aside from two high outlier values, the majority of generated time/temperature curves consistently peak in the 300°C range (Figure 4.64). Oxidation was observed during simulations using the heavy, moderate, and moderate light fuel loadings, but only under the high wind velocity treatment.

The extent of oxidation observed during the laboratory fire simulations was negligible compared to that observed in the field at Ancestral Pueblo sites within Mesa Verde National Park that had been subjected to severe wildland fire conditions (see Chapter 5 for a discussion). Again, the major distinction between that observed in the field and that observed in the laboratory is duration of heating, and the number of heating events that affect the archaeological materials. During the laboratory fire simulations peak temperatures were sustained for a brief period, generally 10-70 seconds. It is apparent that these brief residence times, compounded by the position of the sandstone specimens at the far end of the sediment bed (38cm from fuels), are responsible to the limited degree of oxidation observed during the simulations. Clearly, a longer duration of heating is required to produce pervasive oxidation of Cliff House Formation sandstone. During the fire effects project conducted at Mesa Verde, heavy fuels were often recorded in association with pronounced oxidation of architectural elements. The wildland fire simulation performed at the IFSL where, however, insufficient to replicate the extreme fire conditions affecting archaeological sites at Mesa Verde. In order address this issue, a new experimental design was developed and implemented independent of the IFSL experiment.

**Secondary Cliff House Formation Sandstone Thermal Alteration Experiment**

The secondary experiment was implemented to replicate the degree of thermal alteration of Cliff House Formation sandstone architectural elements observed during fire

218

BLM_0035042

effects sampling project at Mesa Verde National Park (Figure 4.65).  In the field, oxidation, thermal spalling and thermal fracturing was observed at varying degrees depending on fire severity.  As discussed above, oxidation of this particular type of sandstone is characterized by a color shift from yellow-brown to dusky red due to the oxidation of iron minerals. Important variables relevant to thermal fracturing and spalling of sedimentary rock include; temperature; duration of heating, steam pressure (water content), tensile strength, thermal diffusivity, thermal conductivity, and thermal expansivity (Freeman et al. 1972; Hettema et al. 1998; Marovelli et al. 1966; Wai et al. 1982).  Thermal fracturing of sedimentary rock has been shown to initiate through a fracture mechanism in which thermally induced stress exceeds the shear or tensile strength of the rock (Hettema et al. 1998; Freeman et al. 1972; Wai et al. 1982; Williams et al. 1996).  Hettema et al. (1998) have empirically demonstrated that steam pressure and fracture mechanisms generated by compressive thermal stress are the primary forces that initiate thermal spalling in sedimentary rock.

The present experiment consisted of a simplified design in which Cliff House Formation Sandstone specimens were heated using a high volume (500,000 BTU) propane vapor torch (Red Dragon Torch, Flame Engineering Inc.).  The use of the torch allowed sandstone specimens to be heated more uniformly and for a longer duration than that achieved during the IFSL fire simulations.  Temperature was recorded at one-second intervals using an Omega OM-3000 portable data logger and six Type K hi-temperature inconel overbraided ceramic fiber insulated thermocouples (XCIB-K-1-2-25, 25ft length, Type OST male connector, probe style 1 termination) (Omega Engineering 2000).  Each specimen was drilled with 3 holes (6mm dia.) in a linear orientation and at 5cm intervals.  The holes allowed three thermocouples to be positioned flush with the upper surface of each specimen in order to record time/temperature data across the upper surface of the sandstone.

219

BLM_0035043

The experiment was conducted in an outdoor area on a 60x80 sediment bed (sand matrix) constructed of brick. The torch was placed in a horizontal position 6cm above the sediment bed such that the upper surface of each sandstone specimen was on a horizontal plane with the head of the propane torch. Actuating the gas flow valve on the torch and varying the distance between the torch head and the sandstone specimen controlled heat intensity during the experiment. Three wildland fire intensities were simulated, Light (valve 50% open, 20cm from torch), Moderate (valve 50% open, 15cm from torch), Severe (valve 75% open, 15cm from torch). Under each condition, specimens were heated for four minutes. Each condition was replicated three times, including a total of nine specimens. Information on temperature and observable thermal alteration were noted during each trial at 30 intervals, and post-heating once cooling was complete.

The results of the light severity trials show that peak surface temperatures during the trials ranged between 361-339°C. During each trial, oxidation was observed to initiate at temperatures between 200-300°C. Oxidation was observed on approximately 40% of the upper surface of each specimen, and at depths ranging between 1-15mm (deepest oxidation on portion of stone nearest to the torch). Minor thermal spalling was also observed on the leading edge of each specimen where temperatures were maintained in the 200-300°C for approximately 2 minutes. Two spalls were observed for each specimen. Thermal spalling was initiated by the formation of fine surface cracks in the outline of a spall followed by exfoliation after heating was terminated.

Peak surface temperatures during the moderate severity trials ranged between 515-688°C. The results of these heating trials confirm that oxidation and minor thermal spalling of Cliff House Formation sandstone is initiated at 200-300°C, but also demonstrate that oxidation and thermal spalling become more pervasive as temperatures are sustained in the

220

BLM_0035044

400-500°C range for durations of approximately two minutes. In addition, the initiation of thermal fracturing in the form of linear surface cracking was also observed in this temperature range. Post-heating analysis of each specimen showed the presence of oxidation on 50-60% of upper surfaces, thermal spalling (2-4 spalls), and linear surface cracking.

The results of the severe trials show that peak surface temperatures during heating ranged between 612-726°C. Observations recorded during these trials are consistent with those recorded during the light and moderate heating trails in which oxidation and minor thermal spalling was observed to develop at temperatures of 200-300°C. Similar to that observed during the moderate trial, increased oxidation, thermal spalling, and the initiation of thermal fractures was also observed at temperatures between 400-500°C during the severe heating trials. In addition, pervasive oxidation, thermal spalling, and thermal fracturing were observed as temperatures were sustained in the 500-700°C for approximately 2 minutes during the severe heating trials. Post-heating, oxidation was observed on 90% of the upper surface area of each specimen and at depths of up to 30mm. Each specimen also exhibited 5-6 large spalls (70-100mm in dia.), multiple linear thermal fractures, and 1-4 detached fragments resulting from thermal fractures.

Overall, the experiment was successful in replicating the range of thermal alteration observed on architectural rubble from Ancestral Pueblo sites burned by wildland fire at Mesa Verde National Park. Figure (4.66) shows the range of thermal alteration of sandstone specimens generated during the experiment. In brief, the results of the experiment demonstrate the thermal of Cliff House Formation Sandstone can be summarized as follows:

**200-300°C**  Initiation of light oxidation and minor thermal spalling

**300-400°C**  Initiation of thermal spalling and increased oxidation (surface area)

**400-500°C**  Prominent oxidation (increased surface area and depth), increased

221

BLM_0035045

thermal spalling, initiation of linear thermal fractures.

**500-700°C**  Pervasive oxidation (increased surface area and depth), pervasive

thermal spalling and fracturing.

## Secondary Thermoluminescence Dating Experiment

The purpose of the thermoluminescence (TL) ancillary experiment was to assess the

potential impact of variable wildland fire intensities on the TL signal for prehistoric pottery

sherds.  TL dating of pottery is based on the accumulation of radioactive elements in the

crystalline structure of pottery that decay at a known rate (Aitken 1985; Feathers 2000).  Over

time, radioactive decay causes the ionization of atoms that become trapped at points of

imperfection in the crystal lattice.  When heated, the charge from trapped electrons is released

resulting in a TL signal that is proportional to the period of time since the material was last

heated, which generally relates to the time that the pottery was originally fired during

manufacture. Luminescence signals in pottery are generally not affected by heating where the

temperature is less than 250°C (Aitken 1985).  Theoretically, TL signals for sherds burned

during wildland fires could be altered or zeroed if the sherd was sufficiently heated.  Rowlett

(1991) and Rowlett and Johannessen (1990) have generated preliminary evidence that

demonstrates that wildland fire can alter the TL signal for pottery sherds; however, additional

research is needed to augment their findings.

## Experimental Method

The TL experiment was run in conjunction with the primary wildland fire simulation

experiment conducted at the IFSL.  Pottery sherds to be submitted for TL analysis were

subjected to variable fire intensities (Low, Moderate, High) during three of the wildland fire

simulations (Trial #6, Trial #12, and Trial #26) performed at the lab.  The experimental

specimens were derived from two sherds, one unknown prehistoric sherd from northeast

222

BLM_0035046

Kansas, and one corrugated Pueblo sherd from southwest Colorado. The specimens were attained from museum collections and have no specific typological or provenance data. Each of the sherds was divided into 4 pieces (~3cm dia.), producing a total of 8 individual samples. One sample was created to represent the control sample. Sample set #2 was heated under a low intensity wildland fire condition. Sample set #3 was heated under moderate fire intensity, and sample set #4 was burned under a high intensity experimental condition. Time and temperature data were recorded using the same method used for the primary IFSL experiment (thermocouple placement on the upper and lower surfaces of specimens). Post-heating, the samples were sent to James Feathers at the University of Washington Thermoluminescence Dating Laboratory for analysis.

The procedures used in the study to derive TL signals from the sample sherds are described in detail in Appendix 3 located on the data CD. In brief, a luminescence age is obtained through the following equation (Feathers 2003 Personal Communication):

$$\text{Age (t)} = \text{De (Gy)} / \text{Dr (Gy/t)}$$

Where t is a unit of time, De is the equivalent dose, Dr is the dose rate, and Gy is the international unit for adsorbed radiation dose. De is sometimes called the paleodose and represents the accumulated dose in the potter since it was last exposed to sufficient heat. Any significant reheating of the pottery after the heating of interest (when the ceramic was made or used) will cause a reduction in De. Dr is obtained from the natural radioactivity of the sherd and its immediate environment. It is usually assumed to be constant since time of deposition and is not affected by reheating. Dr is composed of an internal (from within the sherd) and an external (immediate environment) component. The latter normally constitutes about a fourth to a third of the total dose rate. Because the external component in this study

223

is unknown, accurate dates for the two sherds cannot be obtained, although approximations con be employed to arrive at some reasonable estimate.

De is determined by measuring the natural luminescence signal from either coarse or fine grains from the sherd and calibrating that signal against known laboratory irradiation. Fine grains were used in this study.  Two general ways of measuring luminescence are through stimulation by heat (thermoluminescence, TL) or by light, either in the visible range (optically stimulated luminescence, OSL) or in the infrared region (infrared stimulated luminescence IRSL).  All three methods were employed in this study.

The results of the TL analysis summarized in the following section were provided by Feathers (2003).  The results of the experiment show that there is a substantial differential in temperature gradient between the upper lower surfaces of the sherds and that the sherds were not exposed to temperatures inimical to luminescence dating (Table 4.2).

Table 4.2: Summary of sample heating from wildland fire simulations.

| Sample | Thermocouple placement | Seconds exposed to temperature (°C) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | >800 | >700 | >600 | >500 | >400 | >300 | >200 |
| Low Fire Intensity | | | | | | | | |
| Kansas | Upper | 0 | 0 | 0 | 0 | 0 | 8 | 17 |
| | Lower | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Puebloan | Upper | 0 | 0 | 0 | 0 | 0 | 0 | 10 |
| | Lower | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Medium Fire Intensity | | | | | | | | |
| Kansas | Upper | 0 | 0 | 1 | 12 | 18 | 24 | 32 |
| | Lower | 0 | 0 | 0 | 0 | 0 | 0 | 13 |
| Puebloan | Upper | 0 | 0 | 0 | 0 | 0 | 17 | 29 |
| | Lower | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| High Fire Intensity | | | | | | | | |
| Kansas | Upper | 0 | 1 | 38 | 45 | 50 | 56 | 75 |
| | Lower | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Puebloan | Upper | 0 | 0 | 0 | 0 | 21 | 37 | 56 |
| | Lower | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

224

BLM_0035048

Sample material for dating are extracted at least 2mm from any surface, thus it is unlikely that the Low heating condition for either sherd or the moderately heated Pueblo sherd had any adverse effects within the TL sampling window of the sherd.

Dr was only measured on the unheated control specimens and on the medium- fired Kansas specimen.  Table 4.3 gives the radioactivity of the three main components.  There was some variation between the Kansas control and the Kansas medium- fired piece, which is somewhat surprising given both originated from the same pot, but this difference yielded a difference in age for the sample of only about 30 years, so it is not considered significant. The U and Th contents of the Puebloan sherd were unusually high, although not far outside the range typical for Southwestern pottery. The external dose rate was estimated to be $0.5 \pm 0.25$ of the pottery dose rate.  Surrounding sediments are generally lower in radioactivity than the clay-rich ceramics, and if either sherd came from the surface or near the surface, the external dose rate would be reduced even more.  Cosmic radiation, whose contribution to the dose rate is just significant, was estimated for typical locations in Colorado or Kansas.

Table 4.3 Radioactivity components of sample sherds.

| Sample | $^{238}$U (ppm) | $^{232}$Th (ppm) | K (%) |
|---|---|---|---|
| Kanasa control | 5.91±0.34 | 8.39±1.21 | 2.09±0.03 |
| Kansas medium fired | 6.61±0.40 | 11.51±1.58 | 2.01±0.01 |
| Puebloan control | 9.42±0.61 | 26.06±2.47 | 1.08±0.03 |

In measuring De by TL, one requirement is to establish a temperature range over which the luminescence signal is stable.  This ensures that the signal has not been reduced (or faded) over time.  This is generally done by means of a plateau test, which plots TL signal against temperature.  A broad plateau in the range 250-400°C is desirable, although the dating is perfectly feasible with plateaus as short as 50-60°C in length.  If the sample has been reheated to about 300-400°C, one might expect a truncated plateau or no plateau at all.  A truncated plateau could take the form of two plateaus, a higher one corresponding to the

225

BLM_0035049

original heating and a lower one corresponding to the reheating.  For reheating beyond 400-500°C, one might expect the establishment of an entirely new plateau at a lower De.  Table 4.4 gives plateau data for the two sherds.  Plateaus are broad for both sherds in unheated, low-fired and medium-fired categories, suggesting none of these firing regimes have affected the luminescence.  The high-fired plateaus are shorter, as might be expected, but still broad enough that dates could be obtained.

Table 4.4 Plateau data for samples.

| Sample | Plateau (°C) |
|---|---|
| Kansas | |
| Unheated | 250-390 |
| Low-fired | 240-360 |
| Medium-fired | 250-410 |
| High-fired | 320-370 |
| Puebloan | |
| Unheated | 280-370 |
| Low-fired | 270-400 |
| Medium-fired | 250-370 |
| High-fired | 310-360 |

Each of the samples showed sensitivity change with the second glow regeneration curve, more so for the control samples than the others.  All the fits were linear, except for the high-fired Puebloan sample for which the data were better fit by a quadratic function.  Equivalent dose for IRSL and OSL were determined by the SAR method (see appendix) on single aliquots.  (No IRSL or OSL data are available yet for the Kansas unheated control sample because the original material had been exhausted and additional material not yet obtained.)  IRSL was measured first, followed by a high-temperature (200°C, 5-minutes) wash, and then the OSL was measured.  Only feldspars are sensitive to IRSL, so the idea behind measuring IRSL first (and including the high temperature wash) is to remove the feldspar signal.  The OSL signal, measured using blue light, then derives primarily from quartz.  Influence from feldspar may not be entirely eliminated, since it too is sensitive to blue light stimulation, but it should be reduced.  The purpose of separating the feldspar and quartz signals is because

226

BLM_0035050

feldspar suffers from what is called anomalous fading, or the reduction through time of signal that should on kinetic grounds be stable. Fading will affect the IRSL signal but to a lesser extent, if at all, the OSL signal. TL, measured on polymineral fractions, will also be affected by anomalous fading. Table (4.5) gives the De derived from the various methods, and the b-value, which is the ratio of additive dose slopes using beta and alpha irradiation. This is used to correct for the lower efficiency of alpha irradiation in producing luminescence. The values are broadly similar among different sub-samples of the same sherd, but with perhaps more variation than might be expected.

Table 4.5 De sample derived for each TL method.

| Sample | De (Gy) | | | b-value |
|---|---|---|---|---|
| | TL | IRSL | OSL | (Gy μm$^2$) |
| Kansas sherd | | | | |
| Unheated | 1.82±0.26 | | | 1.36±0.08 |
| Low | 2.97±0.24 | 4.60±1.31 | 8.49±0.16 | 1.49±0.12 |
| Moderate | 4.74±0.44 | 4.03±0.19 | 3.98±0.17 | 1.00±0.07 |
| High | 1.91±0.20 | 3.45±0.18 | 3.96±0.08 | 1.19±0.06 |
| Puebloan sherd | | | | |
| Unheated | 2.83±0.27 | 4.52±0.30 | 4.79±0.66 | 1.20±0.12 |
| Low | 3.67±0.24 | 4.57±0.16 | 5.02±0.19 | 1.42±0.10 |
| Moderate | 3.74±0.55* | 5.17±0.41 | 4.88±0.43 | 1.55±0.22 |
| High | 3.97±0.55 | 4.24±0.25 | 5.16±0.33 | 0.52±0.06 |

*Determined from only the 250-290°C portion of the plateau region because of reduced error.

Consider the IRSL and OSL data first. For the Puebloan sherd there is good consistency across all firing regimes and between IRSL and OSL. This is strong evidence that the firing had no influence on either signal. The agreement between IRSL and OSL suggests no anomalous fading. The Kansas results (ignoring the fact that the unheated sample has not been measured yet) reflect the same consistency as is apparent for the Pueblo sample except for an anomalously high value for the low-fired sample. Disregarding this high value, for which no explanation is given, no evidence for any firing effect or fading is apparent for this sherd either.

227

BLM_0035051

The TL results, on the other hand, do not have the same consistency across heating conditions, and they are systematically lower than those from IRSL and OSL.  The lack of consistency might reflect errors in correcting for sensitivity change.  That such errors might be substantial is apparent from the b-value data, which are more variable than they should be.  Calculation of the b-value uses the same computer fitting program as the slide technique does.  Also, determining the equivalent dose from additive dose alone (data not shown) produces more consistent results.  The systematic underestimation is harder to explain.  The difference between TL and OSL might be attributed to anomalous fading, but the IRSL suggests no fading – unless it is manifested in the TL but not the IRSL.  This does not seem likely, but a direct test for anomalous fading for both IR and TL is underway.

Using the approximations for external dose rate, rough ages for the two sherds can be obtained (Table 4.6).  The OSL ages appear more realistic, providing further evidence the TL De's are in error.

Table 4.6 Rough age estimates for each sherd.

| Sample | Age (years A.D.) | |
|---|---|---|
| | TL | OSL |
| Puebloan | 1625±50 | 1360±100 |
| Kansas (De = 4.0) | 1660±55 | 1260±50 |
| Kansas (De = 8.5) | | 420±85 |

Despite the uncomfortable discrepancy between De's obtained from TL and IRSL/OSL, no evidence is apparent that any of the heating conditions employed during the fire simulations had any serious effect on luminescence dating.

The wildland fire simulations did not generate sufficient periods of high energy prolonged heating necessary to significantly affect or zero the TL signal of the sampled sherds.  It is clear that there was a significant temperature differential between the upper and lower surfaces of a sherd as a flame front passed over during the fire simulations.  The heat energy radiated to the upper surface of sherds during wildland fire must be sufficient to

228

BLM_0035052

conduct thermal energy through the sherd such that TL sampling window of the sherd is heated in excess of 250°C for an extended duration. If TL signals from pottery sherds located at or near the soil surface during wildland fires are to be significantly affected, large fuels capable of sustaining high levels of radiant heat energy must be present during combustion. Cleary, additional research is needed to establish the parameters under which TL signals are negatively affected as the result of natural fire. The results of this study do, however, suggest that the TL signal of sherds may not be significantly affected during low-level wildland and prescribed fire scenarios. This is encouraging for land managers and researchers confronted with preservation concerns or research validity issues that could be confounded due to wildland or prescribed fire.

## SUMMARY AND CONCLUSIONS

In conclusion, the results of the fire simulations have shown that the most severe temperature gradients and greatest degree of artifact thermal alteration occurred during trials conducted under the high wind velocity treatment. Summary data for each of the experimental trials are provided in Table 4.7. The most severe heating and thermal damage occurred during trials #1-3 where high wind velocity (5-6 mph) was paired with a heavy fuel load of 8.67 ton/acre. Precipitous heating to the 500-800°C range induced thermal fracturing in chert, quartzite, and glass specimens as well as producing deep charring, surface cracking, and mass loss among organic specimens. During trials conducted under the moderate 6.33 ton/acre fuel load and high wind velocity treatment, peak temperatures measured on the upper surfaces of artifacts were generally within the 400-700°C range. Thermal fracturing was observed for various quartzite, chert, and glass specimens, albeit to a lesser degree than that observed during the heavy fuel load / high wind velocity fire simulations. Thermal alteration of organic specimens remained consistent with the exception of a slight reduction in the

229

BLM_0035053

degree of mass loss associated with partial combustion. This trend continued during the moderate-light 4.34 ton/acre fuel load / high wind velocity fire simulations. Here peak temperatures measured on the upper surfaces of artifacts generally were between the 400-600°C with the exception of some anomalous 700-800°C values recorded during trial #8. Thermal fracturing was most consistent for the chert cores specimens with limited fracturing observed for quartzite and glass specimens. However, during trial #8 where the peak temperature associated with the Pecos chert biface, thermal fracturing was also observed for that specimen. Organic specimens exhibited charring, surface damage, and a reduction in mass loss associated with partial combustion.

These data and those presented in the previous sections suggest that the two most important variables affecting thermally damaged archaeological materials are fuel load and wind velocity. The degree of artifact thermal alteration observed during each set of fire simulations (heavy, moderate, moderate-light fuel loadings) was diminished only slightly as fuel load was lessened. This suggests that: 1) Fuel load is an important variable that affects the amount of potential energy that can be released during a wildland or prescribed fire; and 2) Wind velocity is also an important factor in determining fire severity as it pertains to the amount of thermal energy that is released at the sediment surface. During the high wind velocity simulations, flame angles were generally steep, routinely measuring in excess of 50°. This in effect, produced an enhanced potential for high levels of heat energy to be released at the sediment surface even when the fuel loading was reduced. These observations suggest that under severe fire conditions, a significant degree of thermal damage to surface archaeological materials can be expected in various natural environments ranging from mixed conifer to piñon-juniper to sagebrush. The only possible exception to this assumption is natural fire in grassland environments. The fire simulations using a 1.00 ton/acre fuel load

230

BLM_0035054

paired with a high wind velocity produced only a limited degree of artifact thermal alteration, namely a light deposit of combustive residue. Peak temperatures here were generally limited to the 300-400°C range and were sustained for only a brief period of 4-10 seconds. These data suggest the prospective for significant thermal damage to surface artifacts during grassland fires is limited by light fuel load and low potential heat energy output.

When the fire simulations where performed using the same four fuel loadings, but paired low wind velocity of 2-3 mph, the relationship between these two variables as they affect the degree of observable thermal alteration of experimental artifacts was reiterated. Again, the greatest proportion of thermally damaged artifacts was associated with the heavy fuel load treatment; however, the extent of thermal alteration was diminished compared to trials conduced under the high wind velocity treatment. Here, peak temperature measured on the upper surfaces of artifacts generally fell within the 400-500°C range. Moreover, significant thermal damage was limited to one chert core specimen, one glass specimen, and limited charring and partial combustion of organics. This trend of reduced fire intensity under the low wind velocity treatment continued during the moderate 6.33ton/acre fuel load simulations. During these trials, maximum temperatures measured on the upper surfaces of artifacts generally were within the 300-500°C range and significant thermal damage to experimental artifacts was limited to the chert core specimens and to a lesser extent the organic specimens. This trend continued during simulations where the fuel load was reduced to 4.34 ton/acre. Here peak temperatures measured on the upper surfaces of artifacts were consistently in the 400-500°C range, and thermal damage was limited to two glass specimens and organic specimens. The 1.00 fuel load / low wind velocity simulation produced low peak temperatures of short duration, and essentially no significant thermal alteration of the experimental artifacts. The results of low wind velocity simulations reiterate the importance

231

of fuel load as it pertains to potential heat energy output and resultant thermal alteration of archaeological materials; however they also suggest that reduced flame angle (<45°) under lower wind velocity limits the amount of potential heat energy emitted to artifact surfaces, which in turn, reduced the potential for significant thermal damage of those artifacts.

This observation is supported further when the heat flux data for these fire simulations are considered. Peak total air flux reading for these simulations where consistently high, often measuring in excess of 80 kw/m$^2$, which suggests that due to reduced flame angle a large proportion of heat energy was emitted upwards, away from artifact surfaces. Therefore, under less severe wildland fire conditions, the potential for significant thermal damage of surface archaeological materials is not as likely compared to high severity fire conditions under various fuel loads. Where fire intensity is low to moderate, fuel load is the most important variable affecting the potential for significant thermal alteration of archaeological resources.

Two simulations were conducted in which fuel was placed on the experimental artifacts to simulate natural conditions where duff and light litter may be present above the mineral soil surface and archaeological materials deposited there. During the heavy fuel load (8.67 ton/acre) / low wind velocity / fuel on artifacts trials, maximum temperature measured on the upper surface of artifact generally fell within the 400-600°C range. However, peak temperatures were attained over a protracted period of 75-200 seconds, producing more gradual and uniform temperature gradients. As a result, the degree of thermal alteration observed on experimental artifacts was considerably less severe compared to the other heavy fuel load fire simulations. Thermal alteration was generally limited to heavy combustive residue deposition, and limited thermal spalling of two chert core specimens. This trend was continued during fire simulations conducted using a 4.34 ton/acre fuel load, low wind

232

velocity, and fuel placement on artifact.  Here maximum temperatures measured on the upper surfaces of artifact consistently fell within the 300-500° range, but under more uniform and gradual temperature gradients as compared to comparable simulations where fuel was not present on artifact surfaces.  Here, heavy combustive residue deposition on exposed artifact surfaces was also observed, and the significant thermal alteration was limited to only one glass specimen.  The results of these simulations suggest that where duff is present in the layers above archaeological materials in natural environments, the potential for significant thermal alteration may be somewhat mitigated.  Although, peak temperatures recorded during these simulations were likely sufficient to induce thermal shock, the rate at which the heating occurred reduced its potential.  Thus, in wildland fire scenarios where a duff layer mitigates direct flame contact with archaeological materials, the potential for significant thermal damage is reduced.  The only exception to this assertion would likely be scenarios where heavy litter or downed logs are present above the duff layer.

Concerning the impact of wildland and prescribed fire on specific artifact classes, it is clear that among the material types tested during the wildland fire simulation project large-sized chert nodules, quartzite primary flakes, glass, organic specimens, and to a lesser degree chert bifaces, are most susceptible to thermal damage.  The Hartville Uplift chert nodules sustained significant thermal alteration in the form of thermal fracturing, thermal spalling, potlid fracturing, and mineral oxidation during several of the wildland fire simulations, particularly those conducted under the heavy, moderate, and moderate-light fuel loadings paired with a high wind velocity.  These forms of thermal damage were consistently observed where the upper surfaces of specimens were precipitously heated to approximately 550°C for 20 seconds, and where the differential between peak upper and lower surface temperatures approached 60%.  Similarly, significant thermal alteration of Black Hills quartzite primary

233

BLM_0035057

flakes in the form of thermal fractures and mineral oxidation was observed at peak upper surface temperatures of approximately 560°C (sustained within 100°C of maximum for 40-50 seconds), and where the peak upper/lower surface temperature differential was approximately 52%. These conditions occurred under heavy, moderate, and moderate-light fuel loads, but only where the wind velocity condition was maintained at the 6 mph level. Glass specimens exhibited thermal fracturing where peak upper surface temperatures averaged approximately 530°C, and the temperature differential between maximum upper and lower surface temperatures averaged approximately 78%. Thermal fracturing of glass also occurred under most fuel loadings except the light (1.00 ton/acre) as well as under both low and high wind velocities. Significant thermal alteration of bone, antler, and shell in the form of charring, partial combustion, and surface cracking/exfoliation occurred during all experimental treatments with the exception of the light fuel load simulations. However, the degree of thermal alteration of organics is largely dependent on fuel load and fire intensity whereby the most severe thermal damage increased incrementally as fuel load and fire intensity increases. Moreover, heating of these material renders them considerably more friable, which may have significant implications for the preservation of archaeological organics post-fire.

Other material types for which significant thermal alteration was more limited include obsidian, sandstone, pottery sherds, and chert biface specimens. No significant thermal damage in the form of thermal fracturing or spalling was observed for Southwestern black-on-white and corrugated pottery sherd specimens. Although these forms of thermal damage were observed in field contexts during the Mesa Verde fire effects project (Chapter 5), the laboratory fire simulations were insufficient to induce thermal fracturing or spalling. The original manufacture and use of the artifacts by Ancestral Pueblo peoples involved exposure to heat; therefore, simply by nature of design, these materials are likely to be

BLM_0035058

resistant to thermal stress generated by wildland or prescribed fire. One exception, however, would include combustive residue deposits that may obscure diagnostic features. It is also possible that post-depositional heating during wildland fires may have implications for accurate thermoluminescence dating of pottery sherds given sufficient fire intensity and heating duration. Obsidian biface and blade specimens exhibited the propagation of existing radial fracture lines under thermal stress induced by peak upper surface temperatures of approximately 610°C for a duration of less than 30 seconds, and where the differential between peak upper and lower surface temperatures was approximately 60%. This generally occurred under during high severity fire simulations. Thermal alteration of the Cliff House Formation during the fire simulations was very limited, generally consisting of only a thin linear red band where the oxidation of iron minerals was initiated. This occurred under peak temperatures of 300°C and above; however, given the short duration of flaming combustion during the simulations the thermal alteration was not nearly as pronounced as that observed in the field during the Mesa Verde fire effects project (Chapter 5) (see also Cliff House Formation Sandstone section of this chapter for additional experimentation where these conditions where successfully replicated). Significant thermal alteration of Pecos chert biface specimens in the form of complete fractures through the midsection was only observed during two fire simulations where peak upper surface temperatures exceeded 800°C. Nonetheless, the results suggest that catastrophic thermal alteration of small, more uniform chert artifacts is likely given sufficient fire severity and temperature gradient.

In sum, results of the laboratory wildland fire simulation have demonstrated that significant thermal alteration of a variety of archaeological material types can occur under various wildland fire scenarios. In general, the greatest degree of thermal alteration is, quite simply, strongly linked with high fire severity. However, severe fire conditions can occur

235

BLM_0035059

under a variety of fuel loadings and ranging from heavy to moderate-light. The most important variable affecting the degree of artifact thermal damage observed during the fire simulations was wind velocity, which affected the flame angle and the amount of potential heat energy emitted towards the experimental artifacts. Of course, during an actual wildland or prescribed fire there are a myriad of variables that can affect fire severity and fire impact on archaeological resources. However, the results of this research project should provide archaeologist with empirical data from which to adequate assess the potential impact of natural fire on archaeological resources given a particular set of variables.

236

BLM_0035060

**Table 4.7: Wildland fire simulation summary data.**

| Trial | F.load (ton/a) | W.vel. (mph) | FlmL (m) | FlmH (m) | FlmA (deg°) | MxTU (°C) | MxTL (°C) | PkRT (sec) | FluxSR (kw/m²) | Talt |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8.67 | 5-6 | 0.77 | 0.54 | 45.5 | 814.0 | 480.2 | 13-42 | 27.9 | H |
| 2 | 8.67 | 5-6 | 0.76 | 0.47 | 54.7 | 888.0 | 595.1 | 25-82 | 20.3 | H |
| 3 | 8.67 | 5-6 | 0.76 | 0.43 | 55.4 | 835.0 | 445.4 | 20-74 | 16.8 | H |
| 4 | 6.33 | 5-6 | 1.2 | 0.73 | 52.1 | 649.7 | 382.1 | 15-22 | 18.6 | H |
| 5 | 6.33 | 5-6 | 1.2 | 0.66 | 54.5 | 689.6 | 286.5 | 12-37 | 33.1 | H |
| 6 | 6.33 | 5-6 | 1.1 | 0.71 | 49.2 | 702.0 | 201.4 | 13-27 | 18.9 | H |
| 7 | 4.34 | 5-6 | none | none | none | 664.9 | 208.9 | 9-20 | 14.4 | H |
| 8 | 4.34 | 5-6 | 0.76 | 0.38 | 58.3 | 819.0 | 617.6 | 7-26 | 19.9 | H |
| 9 | 4.34 | 5-6 | 0.76 | 0.46 | 52.9 | 592.3 | 343.0 | 8-32 | 22.0 | H |
| 10 | 4.34 | 2-3 | 1.2 | 0.85 | 43.5 | 598.5 | 340.8 | 2-20 | 28.9 | M |
| 11 | 4.34 | 2-3 | 1.2 | 0.85 | 44.5 | 571.5 | 243.9 | 7-14 | 30.7 | M |
| 12 | 4.34 | 2-3 | 1.1 | 0.76 | 46.6 | 676.8 | 314.6 | 2-19 | 34.5 | M |
| 13 | 8.67 | 2-3 | 1.2 | 0.85 | 43.5 | 608.8 | 310.1 | 20-40 | 32.0 | M |
| 14 | 8.67 | 2-3 | 1.2 | 0.84 | 44.5 | 582.5 | 230.7 | 10-19 | 31.7 | M |
| 15 | 8.67 | 2-3 | 1.1 | 0.76 | 46.6 | 509.2 | 229.5 | 14-28 | 24.2 | M |
| 16 | 6.33 | 2-3 | 1.1 | 0.82 | 38.8 | 524.6 | 220.8 | 5-29 | 26.6 | M |
| 17 | 6.33 | 2-3 | 1.1 | 0.83 | 41.6 | 526.8 | 309.9 | 9-30 | 21.3 | M |
| 18 | 6.33 | 2-3 | 1.2 | 0.87 | 41.0 | 708.0 | 398.6 | 4-25 | 26.2 | M |
| 19 | 8.67* | 2-3 | 1.3 | 0.90 | 46.5 | 630.5 | 446.2 | 6-34 | 2.7 | M |
| 20 | 8.67* | 2-3 | 1.4 | 0.85 | 45.8 | 603.8 | 409.9 | 11-48 | 10.6 | M |
| 21 | 8.67* | 2-3 | 1.2 | 0.87 | 43.4 | 528.0 | 323.8 | 6-22 | 3.1 | M |
| 22 | 4.34* | 2-3 | 1.3 | 0.86 | 46.5 | 581.0 | 322.1 | 3-22 | 8.3 | L |
| 23 | 4.34* | 2-3 | 1.2 | 0.80 | 47.3 | 556.6 | 225.0 | 9-21 | 17.0 | L |
| 24 | 4.34* | 2-3 | 1.4 | 1.0 | 42.0 | 617.7 | 313.9 | 8-28 | 9.3 | L |
| 25 | 1.00 | 2-3 | 0.64 | 0.46 | 43.2 | 319.6 | 163.0 | 4-8 | 6.0 | VL |
| 26 | 1.00 | 5-6 | 0.52 | 0.37 | 44.4 | 498.8 | 287.2 | 4-10 | 12.5 | VL |

**Code Definitions:**

*F.load*=Fuel Load   *W.vel.*=Wind Velocity   *FlmL*=Flame Length   *FlmH*=Flame Height
*FlmA*=Flame Angle   *MxTU*=Maximum Upper Surface Temperature (artifact)
*MxTL*=Maximum Lower Surface Temperature (artifact)   *PkResT*=Residence Time of Peak
and near Peak Temperature (range)   *FluxST*=Peak Total Soil Flux (convective and radiant)
measured at sediment surface   *FluxSR*=Peak Radiant Soil Flux measured at sediment surface
*FluxST*=Peak Total Air Flux (convective and radiant) measured 25cm above sediment
surface *Talt*=Thermal Alteration of Artifacts (H = high degree, M = moderate degree, L =
low degree, VL = very low degree)

* Fuel placed on sediment bed and artifacts during fire simulation.

BLM_0035061

**Figure 4.1: Flaming Combustion within chamber during experimental trial.**



**Figure 4.2: Interior of Combustion Chamber showing burn table.**



238

**Figure 4.3: Sediment bed with artifacts, thermocouples, and radiometers.**



**Figure 4.4: Experimental artifacts pre-burn.**



239

BLM_0035063

**Figure 4.5: Experimental artifacts post-burn (note thermally fractured biface, quartzite flake, glass, and delaminated shell).**



**Figure (4.58)**

Time/Temperature Data: Chert Core Thermal Fractures (N=9)



240

BLM_0035064

**Figure (4.59)**



Time / Temperature Data: Chert Biface Fractures (N=2)

**Figure (4.60)**



Time / Temperature Data: Thermal Fracture of Quartzite Flakes (N=6)

241

BLM_0035065

**Figure (4.61)**



Time/Temperature Data: Radial Fracture Line Enhancement of Obsidian (N=11)

**Figure (4.62)**



Time / Temperature Data: Thermal Fracture of Glass Specimens (N=10)

242

BLM_0035066

**Figure (4.63)**



**Mass Reduction: Thermally Altered Oraganic Specimens**

**Figure (4.64)**



**Time/Temperature Data: Mineral Oxidation of Sandstone (N=8)**

243

BLM_0035067

**Figure 4.63: Mesa Verde sandstone thermally altered by wildland fire.**



**Figure 4.64: Experimental thermal alteration of Mesa Verde Sandstone (L-R, Light, Moderate, High).**



244

BLM_0035068

**CHAPTER 5**
**THE IMPACT OF WILDLAND FIRE ON ARCHAEOLOGICAL RESOURCES AT**
**MESA VERDE NATIONAL PARK: A SAMPLING STRATEGY**

**<u>Introduction</u>**

Several large wildland fires have occurred at Mesa Verde National Park in recent years, particularly in 1996 and 2000. Given the high density of Ancestral Pueblo sites located within the park and the frequent incidence of wildland fire in the area, Mesa Verde presented a unique opportunity to study the impact of wildland fire on archaeological resources. Previous fire related research conducted at the park has included post-fire archaeological survey, rehabilitation and stabilization work, as well as general fire impact assessments (Anderson 2000; Eininger 1990; Fiero 1995; Ives et al. 2002; Romme et al. 1993). Oppelt and Oliverius 1993 have performed experimental research focused on addressing the impact of fire retardant on pottery sherds. In addition, recent vegetative research at Mesa Verde by Floyd et al. 2000 has established a fire history for the park. However, no researchers have systematically addressed the impact of wildland fire on surface artifacts and architectural features at Mesa Verde National Park.

Accordingly, a fieldwork project focused on systematically recording the impact of several major wildland fires on Ancestral Pueblo sites at Mesa Verde National Park was conducted during the present dissertation project. In total, 72 Pueblo I –III open-air habitation sites (burned during the 2002 Long Mesa, 2000 Bircher, 2000 Pony, 1996 Chapin 5, 1989 Long Mesa, and the 1934 Wickiup Point fires) were incorporated into the fire effects sampling project. Portions of architectural features and surface artifact middens were sampled using pre-defined thermal alteration codes and sample units. The purpose of the research was to assess the impact of wildland fire on archaeological resources at the park by developing a systematic sampling strategy to be implemented at selected archaeological sites.

245

BLM_0035069

In order to achieve this goal fire effects sampling was conducted by collecting data through small spatially defined units rather than at an all-encompassing large-scale site-by-site basis.

Ultimately, the research at Mesa Verde National Park was focused on addressing the following questions related to the impact of wildland fire on archaeological resources at the park.

1. How have sites, features, and artifacts been impacted by wildland fire, and is the impact significant?  Have archaeological materials been damaged, and what are the long-term implications concerning the preservation of those resources?

2. What types of archaeological materials are most at risk, and which are most resistant to thermal alteration?

3. What do the effects of wildland fire on archaeological resources look like 1-2yrs, 5-10yrs, 15-20yrs, 20-40yrs after a fire?  Are the effects of a specific fire discernable over a period of several years?

4. What is the variability associated with fire effects between archaeological sites, and between artifact classes?  How does site type, artifact class, fire intensity/fuel load affect this variability?

5. As a site formation process, how significant is the impact of fire on the way in which archaeologist interpret the record?  Does the thermal alteration of artifacts affect their diagnostic or interpretive potential?  Can a naturally occurring site formation process such as fire mimic patterns seen in the archaeological record that are normally attributed to human behavior (e.g. hearths, heat-treated lithics, etc.)?

BLM_0035070

The results generated by the project will provide useful assessments regarding the vulnerability and resilience of various artifacts classes and architectural features to wildland fire.

**Research Design**

In order to assess the immediate and long-term impacts of the 2002 Long Mesa, 2000 Bircher, 2000 Pony, 1996 Chapin 5, 1989 Long Mesa and 1934 Wickiup Point fires on archeological resources at Mesa Verde National Park, a systematic sampling strategy was designed. The sampling strategy was developed and modified from the methods used by Lentz et al. (1996) in their study of the impact of the Henry Fire on archaeological resources in the Jemez Mountains of New Mexico. Sampling methods were non-invasive and involved in field coding of various attributes associated with the thermal alteration of surface artifacts and architectural features. No sub-surface sampling, excavation, or specimen collection was performed. All data was collected using concise field forms developed specifically for the project (Appendix 4, data forms, data CD). Data collection at the selected sites was implemented using a three-part system of data forms. First, environmental data regarding each site's topographic location, slope and aspect, GPS coordinates, and burned vegetation composition were recorded. Information regarding the degree of combustion of burned fuels was obtained using a modified version of the post-fire assessment form used by Yosemite National Park. Information regarding the extent of combustion of small fuels (<1") and large fuels (1-3" and >3") was categorized from scorched to heavily burned based on pre-defined criteria. In addition, observations regarding the estimated percentage of combustion affecting each burned strata (subsurface, mineral soil, surface, understory, crown) on site was also recorded. This information combined with information concerning the degree of combustion observed on small and large fuels were used to establish an overall burn intensity assessment

247

BLM_0035071

for the site in general.  The overall site burn intensity assessment was categorized into one of three ordinal level classifications: *Low* (duff burned, no ladder fuels burned, no canopy burned); *Moderate* (duff consumed, ladder fuels burned, isolated crown burn or torching); or *Severe* (duff, ladder, and crown consumed).

Following the documentation of environmental and burn intensity data, the second portion of the data collection process was initiated.  This was developed to assess the impact wildland fire on sandstone architectural materials at each of the selected sites.  Prior to sampling a sketch map of the site was drawn on the reverse side of the architectural data form denoting a basic overview of the site as well as the position of the sample unit relative to the site datum.  In addition, an overview sketch of the sample unit illustrating each specimen included in the sample was also documented on the data form.  Architectural fire effects sampling was conducted using a 1x1m sample unit that was positioned over an accumulation of architectural surface rubble that was associated with an architectural feature, generally a roomblock or kiva.  Each masonry element or fragment contained within the sample unit was numbered and coded for thermal alteration attributes and descriptive information such as maximum dimensions (length, width, thickness), weathering (1 light, 2 moderate, 3 heavy), material type, and specimen description was also recorded.  The definitions for each of the thermal alteration codes used in the study are provided in Table 5.1.

248

BLM_0035072

**Table 5.1: Definitions of thermal alteration codes use in study.**

| |
|---|
| **CB** = *Combustive Residue* – The presence of tar deposits on the surface of a specimen formed as a by-product of the pyrolysis and combustion of organic materials. The residue is a by-product of combustion and is not composed of pure carbon, nor is it an intact organic compound (DeBano 1998).  It is a highly nitrogenous condensate tar substance (Yokelson et al. 1997). The residue can be tacky or semi-solid immediately post-fire and generally appears as dark brown to black droplets on the surface of a specimen, may give artifacts a blackened appearance if sufficiently combusted. |
| **CC/OX** = *Color Change/Oxidation* –  (1).  An overall darkening or reddening of a specimen from its original color.  It is generally the result of exposure to temperatures sufficient enough to alter the mineral composition of the specimen (this definition used to code sandstone blocks within architectural sample units) (i.e., Cliff House Formation Sandstone changing from its original orange-buff to a deep red color). |
| (2).  The presence of and orange/brown discoloration on an artifact.  It is generally due to the presence of oxidized sediment on a specimen where sediment had adhered to its surface prior to exposure to heating.  Heating of the sediment results in discoloration that adheres or permeates the surface of a specimen. |
| **POX** = *Paint Oxidation*– The oxidation of pigment (organic or mineral) on decorated ceramic specimens.  Alterations can include a change in color from the original pigment (black to red), or the combustion of the pigment entirely. |
| **CC** = *Color Change* – (lithic specimens only) An observable color change of a specimen from original, pre-fire, color.  Generally due to an alteration in the mineral composition of a specimen during exposure to heat. |
| **CZ** = *Crazing* – The presence of fine, non-linear or latticed cracks on the surface of a specimen. |
| **SP** = *Spalling* – The exfoliation of a portion of the original surface of a specimen due to differential heating and pressure release.  It is generally the result of steam buildup in areas of the specimen that have impurities or moisture content. |
| **SPS** = *Spall Scars* – The presence of concave depressions on the surface of a specimen where it is evident that a portion of the surface was exfoliated due to spalling, but the actual spall was not observed in situ.  Over time, associated spalls have weathered or eroded. |

249

BLM_0035073

**PL =** *Potlid Fracturing (lithic specimens only)* – Similar to spalling, but specific to lithic artifacts manufactured from chert. The fracture is characterized by a circular pit on the surface of the specimen. The pit represents the area in which the original portion of the surface has been exfoliated due to differential heating and pressure release. The exfoliated section is generally circular, flat on the dorsal side, and convex on the ventral side (resembling the lid of a cooking pot).

**FR =** *Fracturing* – The fracturing of a specimen into multiple pieces, and/or the presence of fractures or fissures that penetrate deeply into a specimen.

**WFR =** *Weathered Fracturing* – The fracturing of a thermally altered architectural block over time due to mechanical weathering. Fine cracks or fracture lines induced by exposure to heat become exacerbated due to mechanical weathering processes. Fracturing is often patterned and affects a large portion of the specimen.

Figures 5.1 through 5.6 illustrate examples of the most common form of thermal alteration observed during the study (sandstone oxidation/spalling, weathered fracturing of sandstone, oxidative staining and combustive residue on sherds, thermal spalling of sherds, lithic thermal fracture, chert thermal fracture and potlid fracture) (Figures provided at the end of the chapter).

      If a specimen exhibited thermal alteration, the type(s) thermal alteration, and total portion of the specimen (% estimation of total surface area of specimen) affected was recorded. The most common forms of thermal alteration affecting sandstone architectural materials included oxidation, thermal spalling, thermal fracturing, and weathered fracturing. If a specimen exhibited thermal spalling, the in situ spalls were counted and weighed (g) as a combined total. This combined weight of the spalls was then divided by the total weight of the specimen from which the spalls were exfoliated to derive a percent mass loss estimate. The percent mass loss estimate was used as an estimate to roughly quantify the amount pre-fire mass lost due to thermal spalling for each affected specimen. The same process was also

250

BLM_0035074

performed for specimens that exhibited thermal fracturing and heat-induced weathered fracturing.

The third phase of the data collection process involved thermal alteration attribute coding of surface artifacts, generally located within midden areas at the selected sites. Initially, sampling was accomplished using 1x1m sample unit; however, after sampling at a few sites with light midden scatters it became apparent that a 10x1 transect was a more appropriate spatial unit from which to adequately sample surface artifacts. Codes were used to record typological and functional attributes of sampled artifacts. Additional descriptive information regarding estimated specimen weathering (1 light, 2 moderate, 3 heavy), and maximum dimensions (length, width, thickness) was also recorded. In addition, each artifact was analyzed for discernable evidence of thermal alteration. Affected specimens were coded for observed type(s) of thermal alteration and for the extent of thermal alteration (estimated portion of artifact surface area affected by thermal alteration) present. Thermal spalling and fracturing of specimens was only recorded when the exfoliated or fractured portions of a specimen were observed in situ. Descriptive artifact data, thermal alteration data for each artifact, and environmental site data are summarized in tabular form in Appendix 4, Table 5.2 a, b, c, d, on the data CD provided with the dissertation.

**Selected Mesa Verde Sites**

In total, 72 Pueblo I-III open-air habitation sites were sampled for fire effects across 6 different fire areas burned during wildland fires between 1934 and 2002. In order to sample the potential variability in fire effects at the selected sites, sampling was conducted at sites located within heavy piñon-juniper fuels along canyon slopes and mesa tops, and at sites located within lighter mixed grass and mountain shrubland fuels along canyon bottoms and large open benches. In addition, to address the long-term consequences of thermal alteration

251

BLM_0035075

and resilience of specific forms of thermal alteration sites were selected from areas that were burned at time intervals ranging from 2 months to 68 years. Wildland fire names/dates, general site locations, and associated site numbers of the sites that were included in the project are listed below.

**2002 Long Mesa Fire Sites:** (Chapin Mesa, W. Chapin Mesa, Park Mesa) 5MV388, 5MV763, 5MV769, 5MV782, 5MV3477, 5MV3557 (n=6).

**2000 Bircher Fire Sites:**

(Morefield Canyon) 5MV1082; 5MV1083, 5MV1921, 5MV1922, 5MV1927, 5MV1928, 5MV2843, 5MV2877, 5MV2885, 5MV2893, 5MV2899, 5MV2963 (n=12).

(Whites Canyon) 5MV954, 5MV956, 5MV957, 5MV958, 5MV960, 5MV963, 5MV963, 5MV 965, 5MV966, 5MV2534 (n=10).

(Prater Canyon) 5MV3066, 5MV3146, 5MV3163, 5MV3173, 5MV3179, 5MV3180, 5MV3194, 5MV4512 (n=8).

(Moccasin Mesa) 5MV3256, 5MV3266, 5MV3271, 5MV3287, 5MV3289 (n=5).

Whites Mesa) 5MV4627 (n=1). (Waters Canyon) 5MV2669) (n=1).

**2000 Pony Fire Sites:** (Wetherill Mesa) 5MV1624, 5MV1626, 5MV1631, 5MV1633, 5MV1651, 5MV1652 (n=6).

**1996 Chapin #5 Fire Sites:** (Battleship Rock Community) 5MV2475, 5MV2476, 5MV2477, 5MV2479, 5MV4021 (n=5).  (Battleship Rock East) 5MV3689, 5MV3707, 5MV3733, 5MV3745, 5MV3749 (n=5)

**1989 Long Mesa Fire Sites:** (Long Canyon) 5MV1153, 5MV1154, 5MV1157, 5MV1160, 5MV1164, 5MV1168, 5MV1172, 5MV1176, 5MV3915 (n=9).

**1934 Wickiup Point Fire Sites:** (Finger Ridge above E. Wickiup Canyon) 5MV1947, 5MV1949, 5MV1950, 5MV1978 (n=4).

252

BLM_0035076

Brief site narratives including general site information and summaries of the fire effects data collected at each site are provided in Appendix 4, Site Narratives, data CD.  In addition, descriptive artifact data and thermal alteration attribute codes recorded form each site are provided in Appendix 4, Table 4.2, data CD.  Brief fire effects summary data for sites grouped by geographic location and fire name/date are provided below.

## WHITES CANYON SITES (2000 Bircher Fire)

Whites Canyon was burned during the 2000 Bircher Fire that impacted approximately 23,000 acres (9311 ha), 19,607 acres (7938 ha) of which were located within Mesa Verde National Park.  Fire effects sampling at archaeological sites was conducted in the middle portion of Whites Canyon along the western side of the drainage.  Architectural and surface artifact thermal alteration sampling was carried out at ten Pueblo II-III habitation sites located along the lower portions of the canyon near the transition between the terminal talus slope and the canyon bottom.  Pre-fire fuels in the vicinity of the sites consisted of mixed grass and brush species with an admixture of dispersed piñon-juniper encroaching downward from the canyon slope.  In general, the predominantly light fuels resulted in light to moderate fire intensities in the sample area, and subsequently, low to moderate degrees of thermal alteration were recorded at the selected sites.  However, burning in the sample area was not consistent resulting in a mosaic pattern of burned and unburned areas that were recorded near one of the sampled sites.  In addition, heavy burning was observed at an additional site due to the presence of heavily charred piñon-juniper fuels on site.  These were, however, exceptions to the general trend of light to moderate burn intensities that were generally observed within the sample area.

In general, the mixed grass and brush fuels in the lower portions of Whites Canyon produced low to moderate amounts of heat energy.  This resulted in thermal alteration of

253

BLM_0035077

architectural materials characterized by light oxidation and thermal spalling. Surface artifacts were often recorded as showing no discernable evidence of thermal alteration, and the limited thermal alteration that was observed generally took the form of combustive blackening and oxidative staining. Site #957 was an exception exhibiting the greatest degree of thermal alteration for the overall sample, largely due to the presence of heavy fuels on-site. Site #966 was located at a transition between burned and unburned fuels and generally sustained very minor burning and thermal alteration. The results of fire impact sampling in Whites Canyon illustrate the important relationships between fuel load, fire intensity, the production of heat energy, as it relates to the subsequent impact of burning of surface archaeological materials. The results also show that wildland fire may often produce a mosaic of burn intensities, even within a limited area. The combined thermal alteration data collected for architectural and surface artifact sample units are provided below.

The combined architectural sample was comprised of 101 Cliff House Formation sandstone blocks. Oxidation was observed for 91.09% of the sample, and thermal spalling was observed at relatively low frequency of 19.80%. Thermal spalling resulted in an estimated 3.61% loss in the pre-fire mass of affected specimens. Only one specimen exhibited thermal fracturing resulting in an observed frequency of less than 1%, but yielding a percent mass loss estimated of 32.60% (specimen fracturing in to halves). The combined percent mass loss estimate for thermally spalled and fractured specimens was calculated at 5.17%. In addition, combustive blackening was observed for 5.94% of the sample, and nine specimens (8.91%) did not exhibit any discernable evidence of thermal alteration. On average, an estimated 24% of the surface area of sampled blocks was affected by thermal alteration, predominantly oxidation. The moderate levels of oxidation and limited degree of thermal spalling observed for the overall sample are consistent with the environmental data

254

collected at each site that generally supported the consensus that light to moderate fuels and burn severity characterized the Bircher fire conditions in the Whites Canyon study area.

In total, 215 surface artifacts representing 63.72% pottery sherds and 35.81% lithic materials, predominantly mudstone and quartzite primary and secondary flaking debris, were analyzed for evidence of thermal alteration. The extent of thermal alteration of surface artifacts across the ten sites was limited, with 71.63% of the combined sample exhibiting no observable evidence of thermal alteration. Combustive blackening and oxidative staining were observed on an equal number of specimens (37) for an overall frequency of 17.21% for each. Two black-on-white sherds exhibited paint oxidation for an overall frequency of less than 1%, affecting only 4.16% for the total number of black-on-white sherds represented in the sample. Thermal spalling was observed on three specimens, one large trough metate (igneous), one mudstone core, and one corrugated sherd for an overall frequency of 1.40%. In addition, thermal fracturing was also observed on three specimens; the above mudstone core, one chert unspecified fragment, and an additional corrugated sherd, affecting only 1.40% of the combined artifact sample. The results of thermal alteration attribute coding for surface artifacts are consistent with those observed for the architectural sample. Oxidative staining and combustive blackening were observed at moderate levels, and catastrophic forms of thermal alteration were very limited. In general then, the light to moderate fire intensities had an accordingly light to moderate negative effect on surface archaeological materials sampled at the ten Whites Canyon Pueblo II-III sites

## MOREFIELD CANYON SITES (2000 Bircher Fire)

Morefield Canyon was burned during the extensive 2000 Bircher Fire, which burned approximately 19,607 acres (7938 ha) within Mesa Verde National Park, and over 23,000 acres (9311 ha) in total. The burn severity and impact of the fire within Morefield Canyon

255

BLM_0035079

was largely influenced by fuel load composition, topography and man-made fuel breaks. Twelve Pueblo II-III habitation sites located within Morefield Canyon were incorporated into the fire effects study. Four sites, #1082, 1083, 1921, 1922, were situated in upper Morefield Canyon along the canyon bottom, near the Morefield Campground. Fuels in the vicinity of these sites were characterized by a mix of grasses, brush (sage, mountain mahogany, oak) and dispersed piñon-juniper. The burn severity and subsequent impact of the fire on archaeological resources at these sites was recorded as moderate. An additional seven Pueblo II-III Morefield Village sites were sampled on the western slope of Morefield Canyon. The impact of the fire at these sites was generally severe due to the predominantly heavy piñon-juniper fuels and severe wildland fire conditions that occurred in the area. The twelfth site, #2963, was situated within mixed fuels along the canyon bottom down slope from the Morefield Village sites. The results of fire effects sampling at the selected sites illustrated the fundamental relationships between fuel load/composition, landscape geology, and wildland fire behavior as they condition the degree of thermal alteration affecting surface archaeological materials.

Twelve Pueblo II-III habitation sites located within the margins of Morefield Canyon were sampled to assess the impact of the 2000 Bircher Fire on archaeological resources located in this portion of the park. The effect of the fire on the selected sites was largely conditioned by fuel composition, and to a lesser extent topographic location associated with each of the sites. Seven sites were located on the western margin of the canyon slope along benches and finger ridges obtruding from the talus. These localities were situated within heavily charred and combusted piñon-juniper stands. An additional five sites were located in the canyon bottom within smaller fuels comprised of a mix of grasses, brush, and widely dispersed piñon-juniper. These sites experience moderate fire severity and generally

256

sustained moderate levels of thermal alteration to surface architectural rubble and midden artifacts. Fire effects sampling within Morefield Canyon illustrated the important relationship between fuel load, fire severity, and thermal alteration of surfaces archaeological resources. A summary of the fire effects data collected for the overall sample of Morefield canyon sites, and for sites grouped by topographic location and fuel type (canyon slope/piñon-juniper and canyon bottom mixed fuel) is provided below.

In total, 114 individual masonry elements were coded for thermal alteration attributes. Oxidation was observed for 95.61% of the sample, and thermal spalling was recorded for 49.12% of sampled specimens. Thermal fracturing was observed for only 4.39% of the overall sample, although it contributed to a significant loss in the estimated pre-fire mass of affected specimens, calculated at 26.05%. Thermal spalling attributed to an estimated 5.86% loss in the pre-fire mass of affected specimens, and the percent mass loss estimate for thermally spalled and fractured combined was estimated at 6.96%. Combustive blackening was recorded for 15.79% of the sample, and overall only 4.39% of the sample did not show any discernable evidence of thermal alteration indicating that the 2000 Bircher Fire affected the majority of architectural rubble sampled at the selected sites.

Among the seven sites sampled from canyon slope and piñon-juniper contexts, a total of 72 masonry elements were analyzed for evidence of thermal alteration. Oxidation was recorded at an observed frequency of 98.61%, thermal spalling at 70.83%, thermal fracturing 6.94%, and combustive blackening 19.44%. Thermal spalling attributed to an estimated loss in the pre-fire mass of affected specimens of 6.75%, and thermal fracturing contributed to an estimated mass loss of 26.05%. Thermal spalling and fracturing combined, yielded a percent mass loss estimate of 8.24%. Only 1.39% of specimens sampled did not show any discernable evidence of thermal alteration. The high prevalence of oxidation and thermal

257

BLM_0035081

spalling within the canyon slope/piñon-juniper fuel sample is indicative of high fire severity. In general, architectural rubble located at sites located on the canyon slope within heavy piñon-juniper fuels sustained a significant negative impact as a result of being burned during the 2000 Bircher Fire.

In contrast, the sample of sites grouped into the canyon bottom/mixed fuel category sustained light to moderate fire effects likely due to reduced fuel load and lesser fire severity. A total of 42 individual masonry elements were coded for thermal alteration attributes among the five sites comprising the canyon bottom/mixed fuel sample. Oxidation was observed for 90.48% of the sample; however, thermal spalling was observed at a much lower frequency at only 11.90%, and thermal fracturing was not recorded within the sample. Combustive blackening was also observed for only 11.90% of the sample. More importantly, nearly 10% (9.52%) of specimens sample at sites from canyon bottom/mixed fuel contexts did not show any observable evidence of thermal alteration. The low incidence of thermal spalling combined with the notable lack of thermal alteration within the sample are indicative of moderate fire severity. The relationship between fuel load, fire intensity, and degree of thermal alteration observed on sandstone architectural rubble is well illustrated by the differences in the observed frequency of catastrophic forms of thermal alteration such as thermal spalling and fracturing at sites located on canyon slopes within heavy piñon-juniper fuels as compared to those located on the canyon floor within lighter mixed fuels.

The combined sample of surface artifacts included a total of 284 artifacts comprised of 68.66% pottery sherds and 31.34% lithic materials (primary and secondary flaking debris). Combustive blackening and oxidative staining were the most common forms of thermal alteration recorded for the combined sample at 38.38% and 26.41% respectively. Catastrophic forms of thermal alteration such as thermal spalling and fracturing were also

258

observed at notable frequencies of 7.39% and 10.21% each. In addition, potlid fracturing, crazing, and heat-induce color alterations affected 15-19% of chert specimens within the overall sample. Paint oxidation was observed on 12.32% of the black-on-white pottery sherds recorded in the artifact sample. However, 35.21% of artifacts sampled did not exhibit any discernable evidence of thermal alteration. This is to be expected since the overall sample is comprised of sites that experienced severe fire intensity as well as sites that were exposed to moderate burn severity.

When the overall sample is divided into the canyon slope/piñon-juniper and canyon bottom/mixed fuel categories differences in the observed frequency of thermal alteration among surface artifacts begins to emerge. Within the canyon bottom/mixed fuel sample, 50.00% of surface artifacts sampled did not exhibit any observable evidence of thermal alteration. Moreover, catastrophic forms of thermal alteration such as thermal spalling and fracturing were observed at low frequencies, 4.17% and 2.50% respectively. Paint oxidation of black-on-white sherds was not observed among the 27 black-on-white sherds sampled. However, potlid fracturing, heat-induced color alteration, and crazing affected between 10-50% of the chert specimens sampled at the canyon bottom/mixed fuel sites suggesting that chert is particularly sensitive to thermal alteration. In addition, oxidative staining was observed on 15.83% of sampled artifacts, and combustive blackening was evident on 38.33% of artifacts also suggesting that these forms of thermal alteration occur under low to moderate wildland fire conditions.

In contrast, a significantly lower proportion of surface artifacts sampled at the canyon slope piñon-juniper sites were recorded as being unaffected by thermal alteration (24.39%). Moreover, catastrophic forms of thermal alteration such as thermal spalling and fracturing were observed at higher frequencies; 9.76% and 15.85%, compared to 4.17% and 2.50%

259

BLM_0035083

recorded for the canyon bottom/mixed fuel sites. In addition, paint oxidation affected 18.00% of black-on-white sherds sampled. However the incidence of crazing and potlid fracturing were not observed at elevated frequencies, recorded for 13-18% of chert specimens sampled. Oxidative staining was observed at a higher frequency of 34.15%, and the incidence of combustive blackening was at proportionally the same frequency of 38.41%. In general, catastrophic forms of thermal alteration indicative of severe fire intensity were observed at significantly greater frequencies within the canyon slope/piñon-juniper sample. This is consistent with the data collected regarding the impact of the fire on sandstone architectural rubble, and is representative of the extent of thermal alteration expected among surface artifacts that were subjected to severe wildland fire conditions.

Overall, the results of fire effects sampling at selected Morefield Canyon sites show that the impact of the Bircher 2000 Fire on archaeological resources was variable, and largely dependent on fuel load composition and fire severity. Architectural rubble becomes oxidized at low, moderate, or severe fire conditions; however, thermal spalling and fracturing was limited to sites that experienced severe wildland fire conditions. Similarly, thermal fracturing and spalling of surface artifacts was observed at greater frequencies among the severely burned sites, although chert artifacts seem to be affected at both moderate and high fire intensities. In addition, combustive blackening of surface artifacts also occurred at similar frequencies among the canyon slope/piñon-juniper and canyon bottom/mixed fuel sites. Nonetheless, the forms of thermal alteration that have the most significant negative implication for the preservation of archaeological materials subjected to wildland fire seem to be exclusive to the severely burned canyon slope/piñon-juniper sites.

260

## PRATER CANYON SITES (2000 Bircher Fire)

Fire impact sampling was conducted on the western slope of Prater Canyon.  This area was burned during the 2000 Bircher Fire.  Pre-fire fuels on the canyon slope were dominated by piñon-juniper, with mixed brush and more sparsely distributed piñon-juniper encompassing the lower portions of the canyon slope as it trends towards the canyon bottom. The environmental data collected during sampling was indicative of severe fire intensity in which the once dense piñon-juniper over-story exhibited extensive charring and combustion, and the smaller dispersed fuels were observed to be nearly totally combusted.

Eight Pueblo II habitation sites located on middle to high canyon slope benches, and the terminal portion of the talus slope were sampled during the study.  The overall impact of the fire on the selected archaeological sites was significant; however, the extent of thermal alteration was somewhat variable based on the location of the site on the canyon slope.  Sites on the lower margins of the canyon were situated within a more dispersed mixed piñon-juniper and brush vegetative community, and subsequently exhibited a slightly diminished degree of thermal damage compared to sites situated within dense piñon-juniper fuels on the mid to upper portions of the canyon slope.

Two of the sampled sites were located on the lower portion of the canyon slope where fuels consisted of a mix of dispersed piñon-juniper and brush species.  These sites sustained a moderate degree of fire damage compared the remainder of the sample, which was located on the mid to upper portions of the canyon slope within heavily burned piñon-juniper fuels.  The impact of the fire on the sites located on the canyon slope within piñon-juniper fuels was severe.

In total, sixty-six individual sandstone architectural elements, the majority of which were derived from Cliff House Formation sandstone, were analyzed for evidence of thermal

BLM_0035085

alteration. Oxidation was the most prevalent type of thermal alteration recorded for the combined sample, observed at a frequency of 98.48%. Thermal spalling within the overall architectural sample was also prevalent with an observed frequency of 63.64%. The percentage of mass loss resulting from thermal spalling was calculated at 4.91% for the combined sample of architectural rubble. Thermal fracturing occurred at a limited frequency of 3.03% for the overall sample, and interestingly fracturing was only observed at sites #3146 and #3163 that were, based on additional environmental and sample information, only moderately impacted by the fire. However, the greatest proportion of oxidation and thermal spalling was observed at sites located within heavy fuels on the upper portions of the canyon slope. Overall, only one specimen from the combined sample did not exhibit any discernable evidence of thermal alteration, and the impact of the fire on surface architectural materials generally ranged from moderate to severe.

The combined artifact sample included 177 artifacts comprised of 75.14% pottery sherds and 24.29% lithic materials, predominantly primary and secondary flaking debris. Combustive blackening accounted for the greatest proportion of thermal alteration that affected the overall sample, observed at a frequency of 46.33%. Oxidized soil staining was also fairly prevalent with 34.46% of the sample exhibiting this type of thermal alteration. Thermal fracturing was observed for only 4.52% of the sample and thermal spalling was observed at an even more limited frequency of 2.26%. In addition, two chert specimens (1.13%) exhibited heat-induced color alteration, potlid fracturing, and crazing. However, these forms of thermal alteration were only observed for approximately 8% of chert specimens sampled. Three (1.69%) black-on-white pottery sherds exhibited paint oxidation in which exposure to heat had oxidized the black pigment on the sherds. In total, 30.51% of the combined sample did not exhibit any observable evidence suggestive of thermal

262

BLM_0035086

alteration. The results of artifacts sample are somewhat discordant with those recorded for the architectural sample in which observable forms of thermal alteration were more prevalent. However, this trend has been observed for several other subsets of sites sampled during the fire effects study. It is suggested that several variables such as surface area, ground surface profile, material composition, and weathering processes contribute to degree of thermal alteration that is observable on architectural rubble versus surface artifacts. Nonetheless, the combined artifact sample for the Prater Canyon sites did exhibit a moderate degree of thermal alteration, particularly in the form of combustive residue deposits and oxidative staining. This is within the range of thermal alteration expected given the degree of fire severity observed at the sampled sites.

## MOCCASIN MESA SITES (2000 Bircher Fire)

Five Pueblo I-III habitation sites located on Moccasin Mesa were assessed for fire damage using the methods outlined for the study. The mesa was burned during the extensive 2000 Bircher fire. Pre-fire fuels in the vicinity of the sample area were dominated by mature piñon-juniper. Based on post-fire environmental data collected during the study, the overall burn intensity assessment for the sample area was recorded as severe. This was especially apparent due to the numerous large piñon-juniper snags that exhibited extensive combustion in which the original tree was reduced to burned out stumps or trunks. Consequently, the impact of the fire on the sampled archaeological sites was generally observed as severe as well, with architectural rubble sustaining the greatest degree of thermal alteration.

The architectural sample show included a total of thirty-six individual elements of architectural rubble derived from Cliff House Formation Sandstone. Oxidation affected the entire sample, observed at a frequency of 100.00%, and thermal spalling was prevalent as well occurring at an observed frequency of 80.56%. The average number of spalls observed

263

for affected specimens was nine, and the percent mass loss estimate attributed to thermal spalling was calculated at 3.44%. Thermal fracturing of architectural rubble was observed at a frequency of 16.67%, resulting in an percent mass loss estimate of 23.34%. Thermal spalling and fracturing combined contributed to an estimated mass loss among affected specimens of 8.18%. Other forms of thermal alteration within combined sample were limited, with only one specimen exhibiting combustive blackening, and one was observed with spall scarring in the absence of in situ spalls (2.78% each). The portion of thermal alteration estimate for the overall architectural sample was estimated at 37%, indicating that on average, over one-third of the surface area of each specimen was visibly affected by thermal alteration. The high prevalence of oxidation and thermal spalling combined with the occurrence of limited thermal fracturing within the sample are indicative of severe fire intensity, and more importantly, have significant negative implications for the preservation of surface architectural materials on Moccasin Mesa.

In total, 127 surface artifacts comprised of 74.02% pottery sherds and 25.20% lithics were analyzed for evidence of thermal alteration. The majority of sherds, approximately 70%, were of the corrugated and black-on-white variety, and nearly the same proportion of lithics were comprised of primary and secondary flaking debris, predominantly representing chert raw material, but also mudstone and green quartzite. The most prevalent form of thermal alteration observed for the combined artifact sample was combustive blackening, observed at a frequency of 48.03%. Thermal fracturing was observed for 13.39% of the sample, and thermal spalling 8.66%, indicating that high levels of heat energy released from the fire has significantly impacted a reasonable percentage of the combined surface artifact sample. In addition, heat-induced color alterations and potlid fracturing was observed on approximately 28% of chert artifacts, further suggesting that surface artifacts experienced

264

high levels of heat energy. Oxidative staining was recorded at a frequency of 12.60%, and other forms of thermal alteration of such as paint oxidation and crazing were negligible, recorded at frequencies of less than 1%. In addition, 37.80% of the combined sample did not exhibit any discernable evidence of thermal alteration. However, while combustive blackening and oxidative staining are relatively benign forms of thermal alteration, fracturing and spalling in which specimens are effectively destroyed are not. The information acquired through artifact sampling was consistent with that attained for architectural samples, which both are indicative of high fire severity and a significant negative impact on surface archaeological materials on Moccasin Mesa.

## WATERS CANYON SITE (Bircher 2000 Fire)

Archaeological sampling in Waters Canyon was limited to one site largely due to the lack of suitable sites meeting the sampling criteria. The canyon was burned during the 2000 Bircher Fire, and burned fuels predominantly consisted of oak brush. Sampling at site #5MV2669 provided an opportunity to collect fire impact data on a canyon slope site located within an oak brush community. Data collection at the site offered limited insight into the impact of wildland fire on a canyon slope site situated within oak brush fuels.

The site is located on the eastern slope of Waters Canyon, approximately midway up the slope on a small bench. The site is surrounded by a dense stand of burned oak brush, although it is sparsely distributed in the immediate vicinity of the site. The burn intensity assessment for the site was recorded as moderate to severe; however, much of the site is devoid of dense oak brush growth. The site is a Pueblo II habitation comprised of dispersed architectural rubble associated with a probable roomblock feature, one kiva depression, a retaining wall, and a light scatter of surface artifacts.

BLM_0035089

Although a small portion of surface architectural rubble at the site was located within dense oak brush, and was subsequently heavily oxidized and spalled, the majority of the site's surface rubble was located in an open area experiencing moderate oxidation and limited spalling. Architectural sampling was conducted in an area representative of the site in general. The results of sampling show that 100.00% of the ten sampled blocks exhibited moderate oxidation at an average thermal alteration portion of 31%. No additional forms of thermal alteration were observed. The results are consistent with what would be expected for a site situated in an open area within an oak brush vegetative community.

The artifact sample included nineteen artifacts with 47.37% of the sample exhibiting combustive blackening and 21.05% exhibiting oxidation staining. No additional forms of thermal alteration within the sample were observed, and 36.84% of sample artifacts exhibited no discernable for of thermal alteration. These results are consistent with those recorded for the architectural sample and the burn intensity data collected for the site.

## WHITES MESA SITE (2000 Bircher Fire)

Fire impact sampling from the 2000 Bircher Fire was limited to one archaeological site located on Whites Mesa. Unfortunately, few sites on the mesa met the sampling criteria outlined by the project's research design. The pre-burn vegetative community on the mesa was dominated by oak brush and mountain mahogany mixed with dispersed piñon-juniper. Sampling at the site offered a limited opportunity to collect fire impact data from a mesa top site located within oak brush fuels since all other mesa top sited sampled during the study were located within heavy piñon-juniper fuels.

Burned fuels in the immediate vicinity of the site are a mixture of grasses, dense brush, and dispersed piñon. The burn intensity assessment for the site was recorded as moderate to severe based on the heterogeneous fuel composition and differential burning

266

BLM_0035090

intensities observed at the site. Surface architectural rubble at the site exhibited a significant degree of oxidation and thermal spalling, especially in areas where burned brush and yucca stumps were observed. A total of eight masonry blocks were sampled, generating an oxidation frequency of 100.00%, a thermal spalling frequency of 75.00%, and a thermal fracturing frequency of 12.50%. The greatest degree of spalling was observed on blocks closest to stumps of burned brush. Thermal spalling was attributed to an estimated 3.36% loss in the pre-fire mass of affected specimens. One thermally fractured specimen yielded a percent mass loss estimate of 27.66%. The average percent mass loss estimate for the combination of thermally spalled and fractured specimens was calculated at 7.87%, and the average portion of thermal alteration estimate for the entire sample was 36%.

Artifact sampling was conducted on the western margin of the site in a very light surface artifact scatter. Unlike the architectural sample unit, there was no evidence of heavy fuel combustion within the artifact sample area, and burned fuels were observed to be light and sparsely distributed. Only fifteen artifacts were sampled due to the nominal surface artifact distribution contained within the site area. The preponderance of sampled artifacts, 60.00%, exhibited no observable forms of thermal alteration. The most common form of thermal alteration observed was combustive blackening at a frequency of 40.00%. Only one artifact was observed with oxidative staining, and no additional types of thermal alteration were observed across the sample. The disparity in the degree of observed thermal alteration between the architectural sample and artifact sample is largely the result of the light fuels and a sparse artifact distribution associated with the artifacts sample. Overall, the site experienced thermal damage of variable magnitude in which architectural rubble near brush and yucca stumps exhibited significant degrees of oxidation and thermal spalling; whereas on

267

BLM_0035091

the margins of the site surface artifacts exhibited only moderate amounts thermal alteration, mostly in the form of combustive residue deposits.

## WETHERILL MESA SITES (2000 Pony Fire)

The 2000 Pony Fire burned approximately 1352 acres (547 ha) within the western-most portion of Mesa Verde National Park, and a total of approximately 5420 combined acres (2194 ha) on lands within the park and outside its boundaries. Within the park, the fire affected a significant portion of Wetherill Mesa where pre-fire fuels consisted predominantly of dense stands of mature piñon-juniper. Fire impact sampling was conducted at six Pueblo I sites located on Wetherill Mesa. In general, the selected sites experienced severe wildland fire conditions, and surface archaeological materials were significantly impacted; however, the density of architectural rubble and surface artifacts at most sites was limited.

Environmental data collected at each of the sites revealed that the piñon-juniper fuels were heavily combusted, often reduced to burned out stumps and trunks, indicating that the area experienced severe burning. Although the architectural rubble associated with the sampled Pueblo I sites had considerably smaller surface area compared to the larger more concentrated Pueblo II-III architectural rubble sampled elsewhere, significant levels oxidation and thermal spalling were observed at the Wetherill Mesa sites. In general, surface artifacts at the selected Pueblo I were spatially dispersed and observed in limited densities as well. The extent to which these conditions affected the validity of fire effects sampling is uncertain; however, the degree of thermal alteration of architectural sandstone and surface artifacts observed at each site was consistent and reasonably representative of the substantial fuel combustion observed in the area.

The combined sample of architectural rubble consisted of a total of 44 individual fragments of sandstone rubble. Oxidation affected 100.00% of the overall sample, and

268

BLM_0035092

thermal spalling was observed for 79.55% of sampled specimens. Thermal spalling accounted for an estimated 4.59% overall loss in original mass of affected sandstone rubble. Thermal fracturing was observed at a limited frequency (2 specimens, 4.55%), but contributed to an estimated mass loss of 19.64%. Combined thermal spalling and fracturing resulted in a loss in pre-fire mass of 6.79% for the entire sample of architectural rubble. Additional forms of thermal alteration were not observed. On average, thermal spalling and fracturing affected an estimated 39% of the surface area of each sampled specimen. These results are representative of severe wildland fire conditions.

In total, 137 surface artifacts, comprised of 82.48% pottery sherds and 17.52% lithic materials, were sampled for thermal alteration attributes across the combined sample from six sites. Combustive blackening was the most prevalent form of thermal alteration observed, affecting 59.85% of sampled specimens. Oxidative staining was observed in limited quantities, affecting only 8.76% of the overall sample. Thermal fracturing and spalling of pottery sherds, quartzite primary flakes, one mano fragment, and one chert primary flake represented overall frequencies of 5.11% and 7.30% respectively. In addition, potlid fracturing affected 23.07% of the 13 total chert specimens recorded from the sample. Crazing was observed on only one chert specimen, at a frequency of 7.69% for the sample of chert specimens. In addition, heat-induced color change was observed on 61.54% of chert specimens. Paint oxidation was observed on six black-on-white specimens out of a total of twenty (30.00%). In addition, red specks resulting from vaporized fire retardant that was aerially dropped in the vicinity of site #1651 was observed at a frequency of 23.08% for artifacts sampled from site #1651. The percentage of artifacts that exhibited no discernable evidence of thermal alteration was 23.36%. Catastrophic forms of thermal alteration such as fracturing, and more benign forms such as combustive residue deposition, are well

269

BLM_0035093

represented within the overall sample. This is consistent with the data presented for the combined architectural sample, and further supports the general assertion that the selected sites on Wetherill Mesa were burned under severe wildland fire conditions.

## CHAPIN MESA AND PARK MESA SITES (2002 Long Mesa Fire)

The Long Mesa Fire burned approximately 2601 acres (1053 ha) in Mesa Verde National Park during late July and early August of 2002. Archaeological fire impact sampling was resumed at the park during the fall of 2002, shortly after the fire had occurred. Six Pueblo I-III habitation sites located on Chapin, West Chapin, and Park Mesas were sampled for fire effects information. Each of the seven sites are located on mesa tops and were situated in a mature piñon-juniper vegetative community prior to the fire. Fire intensity at each of the sampled sites was estimated as severe based on the presence of heavily burned piñon-juniper fuels on each of the mesas.

Important information regarding thermal alteration of archaeological resources recorded at a brief interval following a wildland fire was added to the overall study. It was hypothesized that sooting, defined as loosely adhering combustive residue particles deposited on the surface of archaeological materials, and combustive blackening, defined as combustive residue deposits that strongly adhere to the surfaces of archaeological materials, would be observed at higher frequencies at the 2002 Long Mesa sites compared to sites sampled from 2000 fire areas. Since sampling was conducted shortly after the Long Mesa Fire, combustive residue deposits would not have been significantly reduced due by weathering processes, as was the case for sites sampled two years post-fire. Sooting was not observed during sampling in the 2002 Long Mesa Fire area, and was presumed to have been washed away due to precipitation following the fire. However, combustive blackening of architectural rubble and surface artifacts was observed in significantly greater frequencies, an average of 95%,

270

compared to the 2000 Bircher and Pony Fire area sites that produced frequencies which were negligible for architectural rubble, and were in the 20% range for surface artifacts. This suggests that in a period of as little as two years, the majority of combustive residue deposits may be mitigated due to weathering processes, and that sooting should not be considered a significant form of thermal alteration since these deposits are readily removed from the surfaces of archaeological material with precipitation.

In general, surface architectural rubble exhibited significant levels of combustive blackening, oxidation, and thermal spalling. Surface artifacts from sample areas also exhibited a considerable degree of combustive blackening and oxidative staining, but catastrophic forms of thermal alteration such as thermal fracturing were not observed at great frequencies.

A total of, forty-two individual pieces of architectural rubble derived from Cliff House Formation sandstone were sampled for thermal alteration attributes. Combustive blackening and oxidation were the most pervasive forms of thermal alteration observed for the combined sample, recorded at frequencies of 100.00% and 95.24% respectively. Thermal spalling was also prevalent at 66.67%, yielding an overall percent mass loss estimate of 5.68%. Only three specimens from the combined sample exhibited evidence of thermal fracturing, but the percent mass loss estimate associated with the fracturing was relatively high at 29.60%. The combined percent mass loss estimate for thermally spalled and fractured specimens was calculated at 9.62%. Weather fracturing was not observed among any specimens, presumably due to the short period of elapsed time between the occurrence of the fire and initiation of data collection. Conversely, the average portion of thermal alteration estimate for the overall sample was relatively high at 41%, which is also likely a function of the elapsed time since burning had occurred. Compared to sites sampled from the 2000 burn

271

BLM_0035095

areas within the park, the 2002 Long Mesa architectural sample exhibited an approximate 90% increase the frequency of combustive blackening; indicating that combustive residue deposits on sandstone architectural materials weather rapidly from the surfaces of affected specimens. Other forms of thermal alteration such as oxidation and thermal spalling are; however, consistent with data collected from the 2000 fire samples, and with what would be expected to occur under conditions of high intensity wildland fire.

The combined surface artifact sample included a total of 136 specimens, comprised of 85.29% pottery sherds, 12.50% lithic materials, and 2.21% architectural materials (daub or adobe). The lithic sample was predominantly comprised of primary and secondary flaking debris (88.24%), representing various types of raw material including chert (47.05%), mudstone (35.29%), and green quartzite (11.29%). Combustive blackening was clearly the most prevalent form of thermal alteration observed for combined sample at a frequency of 95.59%. Oxidative staining was observed at a much lower frequency of 19.85%, as was thermal fracturing (5.15%), paint oxidation (2.94%), heat-induced color change (2.21%), and crazing and spalling (0.74%). However, only two specimens (1.47%) were observed to be unaffected by thermal alteration. The average portion of thermal alteration estimate for the combined sample was calculated at 41%, which is relatively high compared to sites sampled from the 2000 fire areas. Again, this is probably a function of time, considering that the sampling at sites impacted by the 2002 Long Mesa Fire was conducted less than two months post-fire. Overall, the results of artifact sampling are consistent with those reported for the combined architectural sample, and are within the range of observable thermal alteration associated with severe wildland fire conditions.

272

BLM_0035096

**BATTLESHIP ROCK SITES (1996 Chapin 5 Fire)**

The Chapin 5 Fire burned approximately 4781 acres (1935 ha) in portions of Upper Soda Canyon, Little Soda Canyon, School Section Canyon, Park Mesa, Upper Battleship Rock area, and Lower Battleship Rock Area during August of 1996 (Ives et al. 2002). Fire impact sampling at ten Upper and Lower Battleship Rock area Pueblo I-III sites exposed to wildland fire during the Chapin 5 Fire was implemented. The sites sampled during the project are located within heavily charred and combusted piñon-juniper fuels along an extensive canyon slope bench above Soda Canyon near the eastern aspect of Battleship Rock. Based on the extent of heavy fuel combustion and probable pre-fire fuel load, the fire severity assessment for the sample area was recorded as severe. Sampling at selected sites located within this area provided a unique opportunity to collect fire impact data at archaeological sites burned under severe wildland fire conditions nearly 6 years after the fire had occurred. The goal of the research here was to collect information regarding the preservation of thermally altered archaeological resources over time, and the enduring qualities of certain forms of thermal alteration defined in the study.

During the initial survey of fire effects at the selected sites, numerous sandstone architectural blocks were observed with patterned fracturing indicative of mechanical weathering processes in which the original block was fractured into several smaller blocky segments. It is suggested that affected architectural blocks experienced fine thermal fractures resulting from exposure to heat energy during the Chapin 5 Fire, which over time, became susceptible to mechanical weathering processes and subsequent weathering related fracturing. Architectural blocks located within sample units exhibiting this type of fracturing received a thermal alteration code defined as *weather fracturing (WFR)*, and percent mass loss estimates were calculated for each block using the same method implemented for thermally spalled and

273

fractured specimens from more recently burned sites that were sampled during the project. However, there were very few instances of in situ thermal spalling and fracturing observed for the sample. Spall scars were visible on the surfaces of architectural sandstone blocks, but the exfoliated portions had been significantly reduced or displaced by various weathering and hydrologic processes. Therefore, an additional thermal alteration code labeled *spall scarring (SPS)* was defined to addresses the issue of thermally induced spalling and the weathering of in situ spalls over time.

Inconsistencies regarding the extent and degree of thermal alteration were also observed between the artifact and architectural samples. Many of the surface artifacts sampled at the Chapin 5 Fire sites exhibited no evidence of thermal alteration, and most of the thermal alteration observed took the form of oxidative staining and combustive residue deposits. These deposits were generally weather-faded in appearance compared to specimens sampled at sites impacted by the 2000 Bircher and Pony Fires. The disparity between surface artifacts and architectural materials as seen for the Chapin 5 sites may be a function of the elapsed time since burning and the compositional nature and size of architectural blocks compared to midden artifacts. Sandstone architectural blocks are considerably larger and potentially more enduring than smaller dispersed and fragmented surface artifacts; therefore, one might predict that over time thermal alteration attributes would be observed in greater frequencies for architectural feature than surface artifacts. Moreover, surface artifacts included in the sample may only represent a small proportion of the density of the surface scatter at the time of the fire due to erosional processes that may transport or bury artifacts post-fire. Other factors such as the low profile of artifacts at the soil surface, and the potential for sediment to mitigate the effects of heat energy of partially and completely buried

274

BLM_0035098

artifacts, which are now located at the soil surface, may have contributed to the disparity in fire effects seen between surface artifacts and architectural rubble.

In total, ten Pueblo I-III habitation sites, five within the Upper Battleship Rock area and five within the Lower Battleship Rock Area, that were burned during the 1996 Chapin 5 Fire were sampled for fire effects attributes. The combined architectural sample consisted of seventy-four individual sandstone masonry elements, 98.65% of which were derived from Cliff House Formation Sandstone. The most common form of thermal alteration observed for architectural rubble was red oxidation that affected the upper surfaces of blocks, accounting for approximately 30-50% of the total surface area of each specimen. Oxidation was pervasive, observed at a frequency of 100.00% for the combined sample. The incidence of in situ spalling, observed at a frequency of 20.27%, was limited due largely to the erosion and weathering of exfoliated spalls. However, spall scarring (concave scars on the surface of blocks where spalls have been exfoliated) was observed at a much higher frequency of 59.46% providing further substantiation that a high prevalence of thermal spalling occurred within the sample. The percent mass loss estimate for specimens affected by in situ thermal spalling was calculated at 4.06%. Thermal fracturing (fine linear fractures on surfaces of a specimen, often resulting in fragmentation) was observed at a low frequency, affecting only 4.05% of the combined sample, and yielding a percent mass loss estimate of 20.24%. Weather-induced fracturing (patterned blocky fragments resulting from mechanical weathering processes acting on thermal fractures) of thermally altered architectural rubble was observed at a frequency of 17.57%. Weather-fractured specimens produced a percent mass loss estimate of 21.68%. The combined percent mass loss estimate for thermally spalled, fractured, and weather-fractured specimens was calculated at 18.34%. Combustive blackening was not observed for the combined sample, but no specimen within the sample

275

was unaffected by thermal alteration. The average portion of thermal alteration estimate for the combined sample was rather high at 31%.

The impact of the Chapin 5 Fire on architectural rubble at the selected sites was readily apparent six years post-fire. The thermal alteration of sandstone architectural materials has both immediate and long-term consequences for the preservation of architectural features. Immediate negative effects include thermal spalling and fracturing which destroy the original mass and dimensions of masonry elements. In addition, oxidation alters the mineral structure of affected surfaces and may accelerate weathering of sandstone. Long-term negative effects associated with thermally altered architectural sandstone have been documented in the form of weather-induced fracturing that is believed to occur when physical weathering processes act on thermally altered sandstone with fine fractures, which overtime break in to numerous patterned/blocks fragments. The original mass of architectural elements can be reduced by over 30% due to weather fracturing, compared to only 3-4% due to thermal spalling. Clearly, surface architectural materials within the Battleship Rock area have been significantly impacted by the Chapin 5 Fire, and as a result will continue to be negatively impacted over time due to weathering processes operating on sandstone elements weakened by thermal alteration.

The effects of wildland fire conditions on surface artifacts at the sampled Battleship Rock area sites is less apparent than those discussed above for architectural features. The combined sample of surface artifacts included a total of 232 artifacts comprised of 74.25% pottery sherds (38.13% black-on-white, 34.10 corrugated, and 27.74% grayware), and 24.89% lithics, predominantly chert, quartzite, and mudstone primary and secondary flaking debris. The most common form of thermal alteration observed for the combined artifact sample was weather-faded combustive blackening generally localized on the edges and tips

276

of specimens, which affected 26.72% of sampled specimens.  In addition, weather-faded

oxidation was observed at a frequency of 7.33%, 3.45% of specimens exhibited thermal

fracturing, and paint oxidation of black-on-white sherds was observed for 2.59% of the

sample.  Two chert specimens exhibited thermal fractures, potlid fracturing, and crazing,

representing approximately 10% of chert artifacts.  The average portion of thermal alteration

estimate for the entire sample was calculated at 21%.  However, the majority of artifacts

(64.66%) from the combined sample did not exhibit any evidence of thermal alteration, which

is inconsistent with what was observed for the overall architectural sample and burn intensity

assessments based on environmental data that indicated that the selected sites had

experienced severe wildland fire conditions.

Several variable have likely contributed to this disparity and may include: 1) The

difference in surface area and material composition of sandstone architectural elements and

various types of artifacts; 2) Evidence of thermal alteration has been diminished by

weathering; 3) Many thermally altered surface artifacts may have been dispersed vertically

and horizontally due to erosion and other natural taphonomic processes; 4) Numerous

artifacts included in the sample may have been located subsurface at the time of the fire,

which would mitigate the much of the fire impact.  Nonetheless, evidence of thermal

alteration was still observable six years post-fire indicating that the immediate impact of the

fire likely had a significant negative impact on surface artifacts.

## LONG CANYON SITES (1989 Long Mesa Fire)

The fire assessment study was also extended to archaeological sites that were

impacted by the 1989 Long Mesa Fire.  The Long Mesa Fire burned approximately 3000

acres on Long Mesa and bordering canyons in July of 1989 (Eininger 1990).  Fire effects

sampling of architectural features and surface artifacts on Long Mesa offered a unique

277

opportunity to assess the long-term impact of a wildland fire some thirteen years after it had occurred. The purpose of sampling selected sites from this burn area was to assess the long-term impact of wildland fire on archaeological sites. Specifically, the study was aimed at addressing issues regarding the permanence of different types of thermal alteration, and the effect of fire on artifact and architectural preservation some thirteen years post-fire.

Eininger (1990) provides important background information and a post-fire assessment of archaeological sites impacted by the 1989 Long Mesa Fire. Information from Eininger's report on "fire damage" to affected archaeological sites was categorized into several levels of fire impact; "H = High degree of fire damage", "M = Moderate degree of fire damage", "L = Low degree of fire damage", "N = No fire damage", and "U = Fire damage unknown." This information as well as observations on vegetation type and topographic location was utilized in the present study as important background information from which to assess the long-term impact of the fire on selected sites and to collect data on the resilience of various types of thermal alteration on archaeological materials over time. In addition, each of the nine sites sampled were also located within a wildland fire zone that was burned in 1934; however, no information regarding the impact of the 1934 fire on the sites is available.

Nine Pueblo II-III habitation sites were sampled during this study. All selected sites were situated within mountain shrubland vegetative communities and located on large open canyon slope benches either near the talus slope or near the mesa top. In general, the data collected during sampling in 2002 was consistent with that recorded by Eininger. In total, seventy-four individual sandstone architectural blocks were coded for thermal alteration attributes across the nine sites. The majority (77.03%) of the sandstone was identified as being derived from the Cliff House Formation. The remaining 22.97% of the sample

278

consisted of a light colored, coarse-grained sandstone potentially derived from the Point Lookout Formation. Both types of sandstone appeared to be equally susceptible to the common forms of thermal alteration documented for architectural rubble, such as pink-red oxidation, thermal spalling, and heat-induced weather fracturing. Overall, the thermal alteration data collected from architectural sample units was consistent with the fire damage information provided by Eininger with most of the rubble at selected sites exhibiting a moderate degree of thermal alteration.

Oxidation was the most common form of thermal alteration observed for the combined architectural sample at an observed frequency of 98.65%, although much of it had been diminished to a light pink/red color due to weathering. In situ thermal spalling was observed for 12.16% of the sample, which produced an average percent mass loss estimate of 3.13%. In addition, spall scarring was observed on 63.51% of the rubble sampled. Evidence of thermal fracturing was limited, only affecting 2.7% of the sample. However, weather fracturing was observed at a higher frequency of 21.62% and yielded an average percent mass loss estimate of 17.20%. Weather fracturing and thermal spalling combined produced an average percent mass loss estimate of 18.92% for the overall sample. Only one specimen (1.35%) did not exhibit any observable forms of thermal alteration. Combustive blackening was not observed at any frequency, although it was noted by Eininger (1990) during the initial survey. The combustive residue deposits have been weathered from the surfaces of thermally altered architectural rubble.

The average portion of thermal alteration (percent of specimen surfaces affected by thermal alteration) estimate for the combined sample was 21%. Overall, the sample exhibited pervasive oxidation as well as a notable degree of spalling, observed as in situ spalling and spall scarring. Moreover, the presence of weather-induced fracturing of thermally altered

279

sandstone rubble would further suggest that the effects of heating sandstone may be exacerbated over time due to mechanical and chemical weathering.

The combined artifact sample included 216 surface artifacts, 83.33% of which were ceramic artifacts, and 16.67% lithic artifacts. Corrugated sherds represented 42.13% of the ceramic sample, black-on-white 21.30%, and grayware 11.11%. The majority of lithic artifacts (80.55%) consisted of primary and secondary flaking debris with banded chert/jasper and gray quartzite being the most common material types respectively representing 47.22% and 25.00% of the lithic sample. The most common form of thermal alteration observed for the entire artifact sample was combustive blackening at a frequency of 18.06% followed by oxidative staining at 11.11%. All of the combustive residue deposits and oxidative staining observed was weather-faded and concentrated on edges and tips of artifacts. Paint oxidation, spalling, fracturing, crazing, were negligible with observed frequencies at less than 1%. Overall, 72.69% of the artifact sample lacked any discernable evidence of thermal alteration.

An observed disparity in the degree of thermal alteration between the combined architectural sample and artifact sample exists for the Long Mesa Fire sites. One major consideration is that architectural rubble has a considerably larger surface area and higher profile above the soil surface, which results in exposure to a greater degree of heat energy during a wildland fire. Similar to the 1996 Chapin 5 Fire sites, several other factors that have potentially contributed to the high percentage of artifacts lacking evidence of thermal alteration may include: 1) low to moderate fire intensities near midden areas; 2) the small surface area and low profile of midden artifacts; 3) artifacts at the surface during sampling may have recently eroded to the surface and were subsurface during the fire; 4) thermally altered artifacts may have been eroded away or buried in the midden area; 5) the elapsed time

280

BLM_0035104

since the fire may diminish observable thermal alteration through various weathering processes.

## LONG MESA SITES (1934 Wickiup Point Fire)

Fire impact sampling was performed at four Pueblo I-III habitation sites located on Long Mesa that were burned during the 1934 Wickiup Point Fire. These sites were not burned during the 1989 Long Mesa Fire. The goal of sampling here was similar to that described for the 1989 Long Mesa Fire sites sampled during the study. The issue of thermal alteration permanence and resource preservation was further extended to these sites where exposure to wildland fire occurred some sixty-eight years ago. Indeed, evidence of the fire was observed at the selected sites, but it was almost entirely limited to architectural features, generally taking the form of highly weathered oxidation and limited spall scarring.

The selected sites were located on Long Mesa and a finger ridge above the west fork of Wickiup Canyon. Present day vegetation encompassing the sites consists largely of mountain shrubland species with some dispersed piñon-juniper new growth. It was clear that the area was not burned during the 1989 Long Mesa Fire based on vegetation maturity and the visible boundary that fire had created. It was also evident that the area in with the selected sites were located had experienced wildland fire conditions of some antiquity since several aged dead and down piñon-juniper logs exhibited evidence of charring. In addition, lichen growth was observed on the surfaces of several oxidized sandstone blocks. The assumption was made that the fuels in the vicinity of the selected sites were composed of mixed piñon-juniper and mountain shrub, thus creating the potential for high fire severity.

In total, twenty-six architectural blocks derived from Cliff House Formation sandstone were sampled for thermal alteration attributes. The most prevalent type of thermal alteration observed was highly weathered oxidation, generally limited to the edges and a

281

BLM_0035105

small portion (10-20%) of the upper surface of architectural rubble. This level of oxidation was observed on twenty-one specimens, or 80.77% of the sample. Additionally, heavily weathered spall scarring was observed on nine specimens (34.62%), and weather fracturing was observed for three (11.54%) thermally altered specimens yielding a percent mass loss estimate of 13.56%. No in situ thermal spalling or fracturing were observed across the entire sample, and four specimens, or 15.38% of the sample did not exhibit any evidence of thermal alteration. The average portion of thermal alteration estimate (portion of surface area affected by thermal alteration) for the combined sample was modest at approximately 9%.

Weather-induced fracturing and surface weathering of thermally altered architectural rubble pose the greatest threat to the preservation of these sites. The overall surface area and mass of affected blocks have likely been reduced as a result of thermal alteration and weathering over time. While specific data is limited, the results of sampling do show that weather-fractured specimens lost an average of 13.56% of their overall mass. Mass loss through thermal spalling also has probably contributed to a reduction in mass among affected specimens. In addition, it is probable that the incidence of thermal spalling, fracturing, and oxidation were observable in considerably higher frequencies immediately after the fire. Oxidation is the most enduring and easily recognizable form of thermal alteration documented for architectural sandstone, even sixty-eight years post-fire.

The impact of the Wickiup Point fire on surface artifacts sampled at the selected sites was not readily discernable. The combined sample included ninety-four artifacts, comprised of 80 (85.11%) pottery sherds and 14 (14.89%) lithics, representing mostly primary and secondary flaking debris. The vast majority of surface artifacts, 95.83%, did not exhibit any evidence of thermal alteration. The only form of thermal alteration observed was a limited degree of highly weathered combustive blackening and oxidative staining on two grayware

282

BLM_0035106

sherds.  In addition, one primary flake located outside of the sample unit at site #1978 exhibited crazing as well as a minimal degree of weathered combustive blackening.  Several factors have probably contributed to the low incidence of observed thermal alteration on the artifact sample.  These include; the sixty-eight year elapsed time period since the fire, various weathering processes, and the size and material composition of surface artifacts compared to larger and higher profile architectural rubble.  Certainly the incidence of thermal alteration of surface artifacts would have been much higher if sampling was conducted immediately following the fire; however, the important consideration to make is that some evidence of the fire could be observed nearly seventy years post fire, and that its impact continues to affect surface artifacts due to exposure to weathering.

## SUMMARY AND CONCLUSIONS

In total, 72 Pueblo I-III open-air habitation sites were sampled during the fire effects study conducted at Mesa Verde National Park.  The Ancestral Pueblo sites included in the sample were burned during several different wildland fires that occurred at various time intervals, to include the 2002 Long Mesa, 2000 Bircher and Pony, 1996 Chapin 5, 1989 Long Mesa, and 1934 Wickiup Point fire areas. Archaeological sites included in the overall sample were also located within variety of fuel types including mixed grass/shrub, mountain shrub, and piñon-juniper as well as topographic locations to include canyon bottoms, canyon slopes and mesa tops.  Overall, the architectural and artifact sample units produced a combined sample of 595 sandstone masonry elements and architectural rubble fragments, and 1653 surface artifacts predominantly comprised of pottery sherds and lithic debitage.

Thermal alteration counts and frequencies for the overall architectural sample are listed in Table 5.2.

BLM_0035107

**Table 5.2:** Thermal alteration frequency of sampled architectural blocks: Combined sample (n=595)

| TH Type | CC/OX | CB | SP | SPS | FR | WFR | NO | % Loss |
|---------|-------|-----|------|-------|------|------|------|-------------------------------|
| **Count** | 574 | 66 | 240 | 104 | 26 | 32 | 20 | 10.08% Total |
| **Percentage** | 96.47 | 11.09 | 40.34 | 17.48 | 4.37 | 5.38 | 3.36 | 3.51% SP 22.74% FR 18.94% WFR |

The results from the architectural sample units show that the most common form of thermal alteration recorded during the study was oxidation (CC/OX) at an observed frequency of 96.47%. The exact processes involved in the oxidation of architectural blocks derived from local sandstone (predominantly Cliff House Formation) at Mesa Verde has not been investigated from a mineralogy perspective; however, preliminary research suggests that the reddening occurs via the oxidation of limonite [$FeO(OH)$] to hematite [$Fe_2O_3$] (personal communication Philip Cloues 2003). The results of experimentation show that oxidation of Cliff House Formation sandstone is initiated at approximately 300°C and become more pervasive as temperatures at the surface of the stone increase. Thermal spalling (SP) was observed for 40.34% of the overall sample, and interrelated spall scaring (SPS) was recorded for 17.48% of specimens in which in situ thermal spalls were not observed. In situ thermal spalling was attributed to an estimated 3.51% loss in mass of affected specimens due to the exfoliation of the spalls. Thermal spalling of architectural blocks has an immediate negative impact on Pueblo architecture at Mesa Verde. Thermal spalling is induced by thermal stress that exceeds the tensile strength of the sandstone whereby a combination of factors such as thermal expansivity, thermal diffusivity, and steam pressure cause thermal spalling and fracturing (Freeman et al. 1972; Hettema et al. 1998; Marovelli et al. 1966; Wai et al. 1982). During the experiment in Chapter 4, thermal spalling of Cliff House Formation sandstone

BLM_0035108

was initiated at 300-400°C, and became more pronounced as specimen surface temperature increased beyond this range. Thermal fracturing (FR) was observed for 4.37% of the overall sample of architectural rubble, and contributed to an estimated 22.74% loss in the pre-fire mass of affected specimens. Thermal fracturing of Cliff House Formation sandstone was experimentally replicated when specimens surface temperatures reached the 400-500° and above (up to 700°C) (Chapter 4). The data generated during experimentation regarding thermal alteration of Cliff House Formation sandstone suggest that, surface temperatures during wildland fires at Mesa Verde probably ranged between 300-700°C+, depending on fuel type and burn severity. In addition, heat-induced weather fracturing (WFR) affected 5.58% of the overall sample, and yielded a percent mass loss estimate of 18.94%. Thermal spalling, thermal fracturing, and weather fracturing combined produced an estimated overall loss in mass of 10.08% among affected specimens. Percent mass loss estimates were attained by adding the total weight of spalls and fragments from an individual block to estimate the amount of mass a block as lost due to spalling or fragmentation. The weight of the spalls and fragments are divided by the weight of the block and multiplied by 100 to derive a percent loss estimate.

The average number of spalls recorded per specimen was 7, and the average combined weight of those spalls was 374g. Although thermal spalling was often observed to affect between 20-30% of the surface area of the architectural specimens, the spalls themselves were relative small in diameter and thin compared to the larger fragmented portions of specimens affected by thermal fracturing and weather fracturing. On average, 1.5 fragments weighing an average of 1472g were recorded for specimens exhibiting thermal fracturing, and an average of 2 fragments with a combined average weight of 1237g were recorded for weather fractured specimens. Therefore, weather fracturing and thermal

285

BLM_0035109

fracturing are associated with significantly greater percent mass loss estimates (18.94-22.74%) compared to thermal spalling (3.51%) where only a portion of the upper surface of the sandstone architectural element is exfoliated due to thermal stress.

Combustive blackening (CB) was recorded at an observed frequency of only 11.09% for the overall architectural sample.  The incidence of combustive blackening of sandstone architectural elements seems to diminish over time with exposure to weathering since combustive blackening was prevalent on specimens sampled from the 2002 Long Mesa fire area, but virtually nonexistent at sites burned during the 1996, 1989, and 1934 fires. However, only 3.27% of the overall sample exhibited no (NO) evidence of thermal alteration. The most important observation is that nearly the entire sample showed evidence of oxidation, suggesting that oxidation occurs at low, moderate, and high fire intensities, and that the reddening caused by the oxidation of limonite to hematite is a lasting form of thermal alteration for sandstone architectural elements.  In addition, over 40% of the overall sample exhibited thermal spalling, which accounted for an average loss in mass of 3.51%.  The high incidence of oxidation combined with the prominence of thermal spalling suggest that architectural blocks derived from local sandstones (predominantly Cliff House Formation Sandstone) are quite vulnerable to the adverse effects of heat-induced damage resulting from exposure to wildland fire.

Thermal alteration frequencies and counts for the combined artifact sample are provided in Table 5.3.

286

BLM_0035110

**Table 5.3:** Thermal alteration frequency of sampled artifacts: Combined sample (n=1653)

| TH Type | CC/OX | CB | CC | POX** | FR | SP | CZ* | PL* | NO |
|---|---|---|---|---|---|---|---|---|---|
| Count | 276 | 619 | 22 | 32 | 79 | 53 | 13 | 18 | 806 |
| Percentage | 16.70 | 37.45 | 1.33 | 6.90 | 4.78 | 3.21 | 9.22 | 12.77 | 48.76 |

* Chert artifacts only *(crazing and potlid fracturing)*  ** Black-on-White sherds only *(paint oxidation)*

In total, 1653 surface artifacts sampled primarily from midden contexts were coded for thermal alteration attributes during the study.  Pottery sherds were the most prevalent type of artifact recorded, comprising 73.80% of the overall sample.  Corrugated sherds made up 46.61% of sherd sample, black-on-white sherds 37.42%, and grayware sherds 15.97%.  Lithic artifacts represented 24.43% of the combined sample with cherts comprising 34.81% of those artifacts, mudstone 28.64%, and quartzite 26.67%.  Lithic artifacts consisted largely of primary and secondary flaking debris, 41.34% and 28.96% respectively.

The results of thermal alteration coding from the artifact sample units indicate that the most common form of thermal alteration observed was combustive blackening (CB) (generally observed on the upper edge of a specimen), affecting 37.45% of artifacts sampled. Oxidative staining (CC/OX) (generally observed on the upper edge of a specimen in the form of oxidized sediment, orange-brown in color) was recorded at an observed frequency of 16.70%.  Thermal fracturing (FR) was observed for only 4.78% of sampled artifacts, and thermal spalling (SP) was also observed at a low frequency of only 3.21%.  Other forms of catastrophic thermal alteration such as potlid fracturing (PL) and crazing (CZ) only affect chert artifacts, and were observed at frequencies of 9.22% and 12.77% among sampled chert artifacts.  Heat-induced color change (CC) (color change due to mineral oxidation) was observed for 1.33% of the overall sample (generally limited to lithics).  In addition, paint

287

BLM_0035111

oxidation (POX) is a form of thermal alteration that only affects the black painted designs on black-on-white sherds, and was observed at a frequency of 6.90%.

An important consideration for the combined artifact sample is the high percentage of artifacts (48.76%) that did not exhibit any discernable evidence of thermal alteration (NO). This proportion is considerably higher than the 3.36% of sandstone architectural elements that did not exhibit any evidence of thermal alteration.  Several factors may have contributed to this obvious divergence including: 1) The difference in surface area, surface profile, and material composition of sandstone architectural elements and compared to various types of artifacts positioned at the soil surface; 2) Evidence of thermal alteration on surface artifacts has been more readily diminished by weathering processes compared to architectural sandstone elements; 3) Many thermally altered surface artifacts may have been dispersed due to erosion and vertical movement due to natural processes, and therefore were not present during data collection; 4) Numerous artifacts included in the sample units may have been located subsurface at the time of the fire, which would mitigate the much of the fire impact. 5) Thermal stress affects sandstone elements more pervasively than the lithic and ceramic material represented in the artifact samples.

In addition to thermal alteration counts and frequencies for the overall architectural and artifact samples, counts and frequencies by wildland fire date were also generated. Sample unit data from the 2002 Long Mesa, 2000 Fires Sites (Bircher and Pony Fires), 1996 Chapin Fire, 1989 Long Mesa Fire and the 1934 Wickiup Point Fire were compared to observe any potential differences in the frequency of thermal alteration attributes over time. These data are listed below in Table 5.4.

288

BLM_0035112

**Table 5.4:** Thermal alteration of sampled architectural blocks by fire date

| TH Type | CC/OX | CB | SP | SPS | FR | WFR | NO | % Loss |
|---|---|---|---|---|---|---|---|---|
| **Long Mesa 2002** (N=6) n=42 | 42 100.00 | 40 95.24 | 28 66.67 | 0 0 | 3 7.14 | 0 0 | 0 0 | 9.62% Total 5.68% SP 29.69% FR |
| **2000 Fire Sites** (N=43) n=396 | 381 96.21 | 26 6.57 | 205 51.77 | 3 0.76 | 10 2.53 | 0 0 | 15 3.79 | 7.09% Total 4.43% SP 22.39% FR |
| **Long Mesa 1989** (N=9) n=75 | 73 98.65 | 0 0 | 9 12.16 | 47 63.51 | 2 2.70 | 15 20.27 | 1 1.35 | 18.92% Total 3.13% SP 17.21% WFR |
| **Wickiup Point 1934** (N=4) n=26 | 21 80.77 | 0 0 | 0 0 | 9 34.62 | 0 0 | 3 11.54 | 4 15.38 | 12.14% Total 12.14% WFR (WFR only) |

     The most common form of thermal alteration observed on architectural blocks across all sites was oxidation; 100% for the 2002 Long Mesa sample, 96.21% for the 2000 Fires sample, 100% for the 1996 Chapin 5 sample, 98.65% for the 1989 Long Mesa sample, and 80.77% for the 1934 Wickiup Point sample. These data indicate that the oxidation of architectural blocks is both a highly prevalent and long lasting form of thermal alteration. Oxidation of blocks from the 1934 Wickiup Point sample was observed in nearly the same frequency of the other sites in the sample, some 68 years after the fire occurred. Conversely, combustive residue blackening does not seem to be a lasting from of thermal alteration since its frequency drops off precipitously over time. A high percentage of combustive blacking (95.24%) was observed in the 2002 Long Mesa Sample, but was only observed in 6.57% of the 2000 Fires sample and at 0% for the remainder of the sample. This suggests that over time combustive residue deposits begin to weather rapidly from the surface of architectural blocks. The prevalence of spalling was greatest for the 2002 Long Mesa (66.67%) and 2000

289

BLM_0035113

samples (51.77%).  The prevalence of spalling in the older samples gradually diminished from 20.27% for the 1996 Chapin 5 sample to 12.16% for the 1989 Long Mesa sample, and 0% for the 1934 Wickiup Point sample.  The reduced frequency of observed in situ spalling for samples over time is likely due to weathering and erosion of spalls.  However, the frequency of fracturing due to weathering processes increased with time with the 1996, 1989, and 1934 samples showing values of 18.92%, 20.27%, and 11.54% respectively.  No weathering related fracturing was observed at sites from the 2002 and 2000 samples.  Although the presence of spalls was limited in the older sites, the incidence of fracturing related to weathering processes was a contributing factor in the percent loss estimates for those sites.  The percent loss estimates for the 1996 sample was 16.32%, and the 1989 and 1934 samples were 22.15% and 13.56%.  The percent loss estimates for the 2002 and 2000 samples were lower at 11.28% and 7.82%, despite the presence of in situ spalls and small fragments. This indicates that percentage loss estimates for the older sites likely represent a minimum estimate of mass loss for architectural blocks since the majority of associated spalls had been weathered or eroded away prior to sampling.  More importantly, this suggests that an architectural block may not only lose a significant portion of its mass and original dimensions due to the immediate effects of thermal alteration via spalling and fracturing, but may also be more significantly affected over time due to weathering processes.  The end result is that over a period as little as 4 years, thermally altered architectural blocks may become significantly diminished in mass and dimension.

Artifact thermal alteration data for the sites by fire date are provided in Table 5.5.

BLM_0035114

**Table 5.5:** Thermal alteration frequency of sampled artifacts by fire date

| TH Type | CC/OX | CB | CC | POX | FR | SP | *CZ | *PL | NO |
|---|---|---|---|---|---|---|---|---|---|
| **Long Mesa 2002** (N=6) n=136 | 27 19.85 | 130 95.59 | 3 2.21 *37.50 | 4 21.05 | 7 5.15 | 1 0.74 | 1 *12.50 | 0 0.00 | 2 1.47 |
| **2000 Fire Sites** (N=43) n=847 | 190 22.43 | 325 38.37 | 15 1.77 *23.45 | 20 9.00 | 46 5.43 | 38 4.49 | 8 *12.50 | 9 *14.06 | 356 42.03 |
| **Chapin 5 1996** (N=10) n=232 | 17 7.33 | 62 26.72 | 0 0.00 | 6 15.80 | 8 3.45 | 2 0.86 | 2 *9.52 | 2 *9.52 | 150 64.66 |
| **Long Mesa 1989** (N=9) n=216 | 24 11.11 | 39 18.06 | 0 0.00 | 1 2.17 | 1 0.46 | 1 0.46 | 1 *5.00 | 2 *10.00 | 157 72.69 |
| **Wickiup Point 1934** (N=4) n=94 | 2 2.13 | 0 0.00 | 2 2.13 *100.00 | 0 0.00 | 0 0.00 | 0 0.00 | 0 0.00 | 0 0.00 | 92 97.87 |

* Chert specimens only

The most common type of thermal alteration for the artifact sample units compiled by fire date is combustive blackening. The prevalence of combustive blackening was greatest for the 2002 sample (95.59%); and tapered off for the older samples; 2000 (38.37%), 1996 (26.72%), 1989 (18.06%), 1934 (0%). Unlike the sandstone architectural block, combustive blacking is a lasting form of thermal alteration on artifacts. Typically, combustive blackening was observed on 20-30% of the surface area of an artifact, usually on its upper edge. The combustive residue deposits probably weather quickly from the relative soft and porous surface of sandstone architectural blocks; however, combustive residue deposits may penetrate and adhere

291

BLM_0035115

to the surfaces of common artifacts such as pottery sherds more resiliently. The deposits on artifacts do, however, seem to diminish over time judging by the consistent reduction in frequency chronologically from 95.59% in the 2002 sample to 0% in the 1934 sample.

Oxidative staining was the second most prevalent form of thermal alteration observed for sampled artifacts. The frequency of oxidation was lower than that observed for combustive blackening varying between 22.43% (2000 sample) to 2.13% (1934 sample). This form of thermal alteration seems to be less common, but more enduring than combustive blackening. It was usually observed as an orange-brown hue on 20-30% of the upper surface and edge of an artifact (most prevalent on pottery sherds), and is believed to result from oxidation of sediment that adhered to the artifact prior to burning. The only other notable form of thermal alteration was thermal fracturing with 5.15% of the 2002 sample, 5.43% of the 2000 sample, and 3.45% of the 1996 sample showing evidence of fracturing. Thermal fracturing was most prevalent for lithic artifacts, particularly chert materials.

The forms of thermal alteration defined for the study that are specific to chert artifacts include crazing and potlid fracturing. Crazing was recorded at an observed frequency of 12.50% for the 2002 sample, 12.50% for the 2000 sample, 9.52% for the 1996 sample, 5.00% for the 1989 sample, and 0.00% for the 1934 sample. Potlid fracturing was observed for 0.00% of the chert artifacts in the 2002 sample, 14.06% for the 2000 sample of chert specimens, 9.52% for the 1996 chert sample, 10.00% for the 1989 chert sample, and 0.00% for the 1934 sample in which no chert specimens were affected. Heat-induced color changes produced alterations in the mineralogy of cherts was recorded at an observed frequency of 37.59% among the 2002 sample of chert artifacts, 23.45% for the 2000 chert sample, 0.00% for the 1996 and 1989 samples, and 100.00% for chert artifacts sampled at the

292

BLM_0035116

1934 fire area (only two chert artifacts total). Based on the data collected during the present study, it is suggested that lithic artifacts manufactured from cherts are more highly prone to the adverse effects of expose to heat energy compared to other lithic and artifact classes.

The presence of discernable forms of thermal alteration on common artifact classes consistently diminishes over time as various weathering processes affect artifacts located at the soil surface. The observed frequency of artifacts that were recorded as being unaffected by thermal alteration increased significantly as the time since burning at the selected sites increased. For the 2002 sample, only 1.47% of artifacts were coded as being unaffected by any form thermal alteration. That percentage increased to 42.03% for the 2000 sample, 64.66% for the 1996 sample, 72.69% for the 1989 sample, and 97.87% for the 1934 sample. This suggests that common forms of thermal alteration that affect artifact surfaces such as combustive blackening and oxidation probably become significantly reduced by weathering processes over time. In addition, other more destructive forms of thermal alteration such as thermal fracturing, spalling, and crazing probably become increasingly difficult to observe over time due to erosion, movement due to fluvial processes, and scattering due to many natural factors affecting the uppermost 5cm taphonomic zone of soil.

In order to examine the relationship between fire severity, fuel type, and site location; 49 sites from the 2002 Long Mesa Fire, 2000 Bircher Fire, and 2000 Pony Fire were categorized by fuel type and topographic site location. Sites characterized by Piñon-Juniper fuels and localities on mesa tops were combined to form the *Mesa Top Sites* sample (N=18). Sites located on canyon slopes and benches within Piñon-Juniper fuels, were combined into the *Canyon Slope Sites* sample (N=15). Sites located within canyon bottoms or at the lower margins of canyon slopes and characterized by mixed fuels (sparse Piñon-Juniper, Oak, Shrub, and grasses) were categorized into *Canyon Bottom Sites* sample (N=16). It was

BLM_0035117

suggested that fuel type and slope would be significant factors in determining overall site burn severity and the subsequent thermal alteration of archaeological materials located at soil surface. Sites located within Piñon-Juniper fuels experienced high burn severity regardless of their topographic location on mesa tops or canyon slopes. Sites located at or near canyon bottoms within mixed fuels were observed to have experienced moderate burn severity. The relationship between fuel type/load and observed fire severity at the sampled sites is clear. Dense Piñon-Juniper fuels have a greater impact on archaeological sites in terms of fire intensity and the proportion of potential radiant heat energy transferred to the soil surface compared to sparser mixed fuels that have lesser potential energy output during combustion. The relationship between topographic location of sites and fire severity, however, is not as straightforward. Sites within Piñon-Juniper fuels on mesa tops and canyon slopes were all categorized under high fire severity, while those near the canyon bottom within mixed fuels were recorded as moderate burn severity.

The relationship between fuel type/load and observable thermal alteration of archaeological materials is also important. Architectural and artifact sample units at sites located within areas of Piñon-Juniper fuels showed higher frequencies of thermal alteration compared to sample units within mixed fuel areas. Thermal alteration counts and frequencies for architectural and artifact sample units are provided in Table 5.6.

294

BLM_0035118

**Table 5.6:** Thermal Alteration Frequency of Sampled Architectural Blocks (2002 and 2000 Fire Areas) by Topographic Location and Fuel Type

| TH Type | CC/OX | CB | SP | SPS | FR | WFR | NO | % Loss |
|---|---|---|---|---|---|---|---|---|
| **Mesa Top Sites (PJ)** (N=18) n=137 | 137 100.00 | 41 29.93 | 105 76.64 | 0 0 | 10 7.30 | 0 0 | 0 0 | 8.11% Total 4.93% SP 25.94% FR |
| **Canyon Slope Sites** (PJ) (N=15) n=152 | 149 98.03 | 17 11.18 | 99 65.13 | 0 0 | 9 5.92 | 0 0 | 3 1.97 | 6.58% Total 5.12% SP 24.30% FR |
| **Canyon Bottom Sites** (mixed) (N=16) n=151 | 138 91.39 | 8 5.30 | 29 19.21 | 3 1.99 | 1 0.66 | 0 0 | 13 8.61 | 5.36% Total 3.78% SP 47.40% FR* (one specimen) |

In general, sites included in the Canyon Bottom sample showed the lowest proportion of thermal alteration for architectural blocks within sample units compiled by topographic location and fuel type. The Canyon Bottom sample showed the greatest percentage of architectural blocks not impacted by any form of thermal alteration at 8.61%, while the Canyon Slope and Mesa top samples showed considerably fewer unaffected blocks at observed frequencies of 1.97% and 0% respectively. Oxidation was the most prevalent and most evenly distributed form of thermal alteration for all three samples. The Canyon Bottom sample showed the lowest prevalence of oxidation at 91.39% followed by Canyon Slope sites at 98.03%, and Mesa Top Sites at 100%. However, the Mesa Top and Canyon Slope samples showed considerably higher frequencies of thermal spalling (76.64% and 65.13%) and thermal fracturing (7.30% and 5.92%) compared to the Canyon Bottom sample (19.21%) and (0.66%) respectively. Combined percent loss estimates attributed to thermal spalling and fracturing were also greater for the Mesa Top and Canyon Slope samples compared to the Canyon Bottom sample (8.11% and 6.58% vs. 5.36%). This suggests that the Mesa Top and Canyon slope samples experienced greater fire intensity and radiant heat exposure, which

295

BLM_0035119

induced significant thermal spalling and minor fracturing of architectural blocks. This may also suggest that oxidation (mineral alteration within the sandstone) may preclude thermal spalling and fracturing when blocks are exposed to radiant heat energy since oxidation was ubiquitous among the three samples, but thermal fracturing and spalling were not. This was demonstrated empirically during the secondary Cliff House Formation sandstone experiment conducted in Chapter 4.

The frequency of combustive blackening was greatest for the Mesa Top sample at 29.93%, followed by 11.18% for the Canyon Slope sample and 5.30% for the Canyon Bottom sample. The occurrence of combustive blackening is greatest for the Mesa Top sample largely due to the fact that the sample contained 6 sites from the recent 2002 Long Mesa Fire. The high prevalence of combustive blackening recorded from those sites have skewed the combined Mesa Top sample somewhat toward a higher frequency of combustive deposits. However, combustive residue deposits on architectural blocks in general are not a significant form of thermal alteration compared to oxidation and spalling, and it appears that these deposits weather rapidly since the incidence of combustive residue deposits was much lower for sites burned in 2000 compared to those burned in 2002.

Similar to what was observed for the architectural block sample units, the Canyon Bottom artifact sample exhibited the greatest overall proportion of artifacts not affected by any form of thermal alteration at 61.03%. Artifact thermal alteration data for sites grouped by topographic location are summarized in Table 5.7.

296

BLM_0035120

**Table 5.7:** Thermal Alteration Frequency of Sampled Artifacts (2002 and 2000 Fire Areas) by Topographic Location and Fuel Type

| TH Type | CC/OX | CB | CC | POX | FR | SP | CZ | PL | NO |
|---|---|---|---|---|---|---|---|---|---|
| **Mesa Top Sites** (N=18) n=415 | 56 13.49 | 279 67.23 | 15 3.61 *38.46 | 11 14.10 | 31 7.47 | 22 5.30 | 3 7.69 | 8 20.51 | 91 21.93 |
| **Canyon Slope Sites** (N=15) n=344 | 113 32.85 | 143 41.57 | 2 0.58 *5.13 | 11 11.22 | 34 9.88 | 19 5.52 | 4 10.26 | 5 12.82 | 101 29.36 |
| **Canyon Bottom Sites** (N=16) n=349 | 64 18.34 | 93 26.65 | 5 1.43 *27.78 | 3 4.62 | 5 1.43 | 9 2.58 | 3 16.67 | 1 5.56 | 213 61.03 |

* Chert Specimens Only

Considerably fewer artifacts were recorded as being unaffected by thermal alteration among the Mesa Top and Canyon Slope samples with percentages of 21.93% and 29.36%. Combustive blackening was the most common form of thermal alteration observed for all three samples with percentages ranging between 67.23%-26.65%. Again, the Mesa Top sample showed a disproportionately high prevalence of combustive residue deposits due to the inclusion of sites from the 2002 Long Mesa Fire. Oxidation was also a common form of thermal alteration observed across all samples with percentages ranging from 32.85% to 18.34%. Oxidation and combustive residue deposits may, however, be considered a somewhat benign form of thermal alteration since both seem to weather away or become reduced over time.

More damaging forms of thermal alteration such as fracturing and spalling were observed in higher frequencies for the Mesa Top and Canyon Slope samples with percentages of 7.47-5.30% and 9.88-5.52% compared to considerably lower percentages of 1.43-2.58%

297

for the Canyon Bottom sample. Potlid fracturing, a form of thermal alteration specific to chert artifacts was also recorded at higher frequencies for the Mesa Top (20.51%) and Canyon Slope (12.82%) samples compared to the Canyon Bottom sample (5.56%). Crazing, also specific to chert, was recorded at a frequency of 7.69% for the Mesa Top sample, 10.26% for the Canyon Slope sample, and 16.67% for the Canyon Bottom sample. The reason for the higher incidence of crazing among chert artifacts within the Canyon Bottom sample is unclear, perhaps due to sample size. Paint oxidation of black-on-white sherds was also observed at greater frequencies for the Mesa Top (14.10%) and Canyon Slope (11.22%) compared to the Canyon Bottom sample (4.62%).

The important observation regarding the comparison of thermal alteration frequencies between samples combined by fuel type and topographic location is related to the critical role fuel load plays in determining fire intensity and subsequent impact on archaeological resources. As was suggested for the architectural block samples, artifact sample units located on mesa tops and canyons slopes experienced high fire severity and exposure to greater levels of radiant heat energy compared to the lesser impacted units located within canyon bottoms. Slope is an important factor in fire behavior, but fuel type/load seems to be the most important variable for the sites sampled in this study. It was suggested that slope would be an important variable in producing severe fire intensity and significant damage to archaeological resources since slope is a key component of severe wildland fire behavior. However, the data compiled during the present study show little difference in thermal alteration frequencies within the artifact and architectural samples between sites located with in canyon slope/piñon-juniper and mesa top/piñon-juniper contexts. Without quantitative data regarding fire behavior and heat energy output it is difficult to ascertain with any certainty potential differences in fire severity between the canyon slope and mesa top contexts.

298

BLM_0035122

For the purpose of examining the potential for differential frequencies of thermal alteration between common lithic types and pottery types recorded during the study, lithics were divided into three groups and compared for differences in thermal alteration frequencies, as were pottery specimens. Lithics were divided into three groups consisting of mudstone, quartzite, and chert. Pottery sherds were divided into three groups as well consisting of black-on-white, corrugated, and grayware. Thermal alteration frequencies were compared across lithic types and across pottery type to identify any significant differences within each artifact class. Thermal alteration frequencies for grouped lithic types and pottery types are provided in Table 5.8.

**Table 5.8:** Thermal alteration frequency of sampled lithic artifacts (All Sited Combined)

| TH Type | CC/OX | CB | CC | FR | SP | CZ | PL | NO |
|---|---|---|---|---|---|---|---|---|
| **Mud Stone** N=116 | 0 0 | 21 18.10 | 0 0 | 10 8.62 | 1 0.8 | 0 0 | 0 0 | 93 80.17 |
| **Quartzite** N=108 | 3 2.77 | 26 24.07 | 0 0 | 7 6.48 | 5 4.63 | 0 0 | 0 0 | 75 69.44 |
| **Chert** N=141 | 8 5.67 | 36 25.53 | 13 9.22 | 35 24.82 | 1 0.7 | 13 9.22 | 17 12.06 | 55 39.00 |

Based on the data presented above, chert artifacts are most prone to the effects of radiant heat energy. Only 39.00% of the chert sample was observed to be unaffected by thermal alteration compared to the mudstone and quartzite samples in which 74.4% and 64.66% of specimens were not impacted by exposure to wildland fire. Across all categories of thermal alteration, except thermal spalling, chert specimens showed greater frequencies of thermal alteration compared to the other lithic types. Cherts were more prone to thermal fracture, oxidative staining, and combustive blackening compared to the other lithic material categories. Forms of thermal alteration specific to chert such as heat-induced color change

299

BLM_0035123

produced by mineralogy alteration, potlid fracturing and crazing were also recorded at notable frequencies (9.22%, 12.06%, and 9.22% respectively).

Combustive deposits were the most common form of thermal alteration across all lithic types, but again, this is fairly benign form of thermal alteration. Thermal fracturing was the second most common form of thermal alteration observed for all lithic categories ranging between 6.48% for quartzite, 8.62% for mudstone, and 24.82% for cherts. Although all lithic types sampled seem to be subject to thermal fracturing, chert is clearly the most susceptible to the differential thermal stress that induces thermal fracturing. Chert specimens were often observed thermally fractured into multiple pieces of irregular and blocky fragments during field recording. Quartzite exhibited the highest frequency of thermal spalling at 4.31%. Thermal spalling among quartzite specimens was similar to that recorded for individual sandstone architectural elements in that the spalls were proportionally large and long, seeming to follow the contour of the stone surface as the spall was exfoliated. Potlid fracturing in chert is somewhat similar in that a portion of the specimen's surface is exfoliated, however the potlid fracture is round and the exfoliated portion is convex on the medial side whereas spalls are typically concave on the medial face. This is likely due to the larger size of quartz crystals present in quartzite and sandstone as compared to cherts. In Chapter 4, thermal fracturing of quartzite and chert specimens was consistently observed where specimens were heated to 450-600°C, suggesting that wildland fires at Mesa Verde generated sufficient radiant heat energy to heat lithic artifacts to this temperature range. Oxidative staining was observed for quartzite and chert specimens at low frequencies and not at all among mudstone specimens. This is likely due to the fact that oxidation is considerably easier to observe on lighter colored cherts and quartzite compared to the virtually black mudstone specimens.

300

There were no clear-cut differences in thermal alteration frequencies among the pottery groupings. Thermal alteration data for pottery sherd groupings are summarized in Table 5.9.

**Table 5.9:** Thermal alteration frequency of sampled ceramic artifacts (All Sited Combined)

| TH Type | CC/OX | CB | SP | POX[†] | FR | NO |
|---|---|---|---|---|---|---|
| **Black-on-White** N=464 (350) | 93 20.04 | 184 39.66 | 29 6.24 | 31 8.86 | 8 1.72 | 194 41.81 |
| **Corrugated** N=578 | 128 22.15 | 236 40.83 | 14 2.42 | 0 0 | 13 2.25 | 272 47.06 |
| **Grayware** N=198 | 25 12.62 | 100 50.50 | 3 1.52 | 0 0 | 3 1.52 | 88 44.44 |

[†]Black-on-white sherds only, N=350 B/W sherds recorded with paint, N=114 whiteware specimens

Black-on-white, corrugated, and grayware specimens showed similar frequencies across all types of thermal alteration with the exception of paint oxidation and thermal spalling among black-on-white sherds. Paint oxidation was limited to black-on-whites specimens only due to the fact that this type of alteration does not affect pottery types that typically are not decorated with pigment. Paint oxidation was observed on 8.86% of the black-on-whites specimens, and typically consisted of mineral black pigment being oxidized to a reddish color, or organic black pigment being nearly completely combusted from the surface of a sherd leaving only a slight shadow of the original design. The frequency of thermal spalling of black-on-white sherds was 6.24% compared to the 2.42% and 1.52% values for corrugated and grayware sherds. A small portion of the white slip on black-on-white specimens was often observed exfoliated from the body of the sherd, but specimens were only recorded as exhibiting spalling if the exfoliated portion was found in situ near the sherd. By virtue of their design and composition, black-on-white pottery sherds have the potential to be affected more significantly by exposure to wildland fire since the white slip

BLM_0035125

seems to be susceptible to thermal spalling, and the black pigment can be susceptible to combustion or oxidation.

Combustive blackening (39.66%-50.50%) and oxidative staining (12.62%-22.25%) were the most common forms of thermal alteration observed across all three pottery types. Although combustive blackening was observed at the highest frequency for grayware sherds, it was the black-on-white sherds that were impacted most significantly by this form of thermal alteration. The designs on black-on-white sherds were often observed to be completely or partially obscured by combustive residue deposits. These deposits may wear down over time due to weathering processes; however, typological classification of affected black-on-white sherds may be impeded for several years post-fire, perhaps indefinitely. In general, however, pottery sherds seem to be fairly resistant to thermal alteration since between 41.81%-47.06% of the sample was observed to exhibit no discernable forms of thermal alteration.

Based on the data presented here, wildland fire at Mesa Verde National Park should be considered as an important regional level site formation process that has immediate and long-term implications for the interpretation, and most notably the preservation of archaeological resources at the park. Overall, the results of the thermal alteration data analysis presented above indicate that oxidation, spalling, and associated weathered fracturing of architectural blocks are the most pervasive, enduring, and potentially damaging forms of thermal alteration that affect sites impacted by wildland fire at Mesa Verde National Park. The most important consideration for the sites burned greater than 6 years ago is weather-induced fracturing whereby physical and chemical weathering processes act upon thermally altered sandstone architectural elements (probably within fine thermal fractures induced by thermal stress at the time of burning). This suggests that thermal alteration of

302

BLM_0035126

blocks seems to exacerbate susceptibility to fracturing and deterioration resulting from weathering processes (chemical and mechanical).  An architectural block may not only lose a portion of its mass and original dimension due to the immediate effects of thermal alteration via spalling and minor fracturing, but may also be more significantly affected over time due to weathering processes.  In addition, thermal alteration of artifacts can influence their interpretive value in instances where the artifact is fractured or otherwise altered form its pre-fire form.  More damaging forms of thermal alteration such as thermal fracturing, thermal spalling, potlidding, and crazing were generally limited to lithic artifacts, cherts in particular.  Although not specifically addressed during the study, additional transformations related to soil oxidation, stump and root combustion, bone burning, dendrochronology, thermoluminescence and archaeomagnetic dating, and overall site interpretation may also be confounded by wildland fire (Conner et al. 1989; Conner and Canon 1991; Lentz et al. 1996; Traylor et al. 1990).

303

**Figure 5.1: Oxidation and thermal spalling of Cliff House Formation sandstone.**



**Figure: 5.2: Weathered fracturing of Cliff House Formation Sandstone (6yrs post-fire)**



304

BLM_0035128

**Figure 5.3: Sherd oxidation/oxidative staining and combustive residue deposition.**



**Figure 5.4: Thermal spalling of black-on-white sherd.**



305

BLM_0035129

**Figure 5.5: Lithic thermal fracture.**



**Figure 5.6: Thermal fracture and potlid fracture of chert.**



306

BLM_0035130

# CHAPTER 6
## SUMMARY AND CONCLUSIONS

This project was focused on assessing the potential impacts of prescribed and wildland fire on archaeological resources. The research design was divided into three major components: 1) Field-based experimentation performed in conjunction with several different prescribed burning programs representing a variety of fuel types; 2) Laboratory experimentation comprised of both muffle furnace heating trials, and wildland fire simulations conducted in a large wind tunnel; 3) Field-based fire effects sampling of archaeological sites that had been burned during various wildland fires at Mesa Verde National Park. The general purpose of this research was to document the conditions under which significant thermal alteration of archaeological materials occurs under natural fire scenarios. In addition, the field research at Mesa Verde National Park further extended the research objectives to assess the role of wildland fire as a site formation process affecting the immediate and long-term preservation of the archaeological record.

The results of a several laboratory and field based experiments indicate that the important variables to consider when assessing the potential impact of natural fire on archaeological resources include: 1) fuel load; 2) fire behavior; 3) peak temperature and duration of heating; 4) proximity of artifacts to fuels; and 5) class of artifact. Figure 6.1 summarizes the basic fundamentals regarding the thermal alteration of archaeological materials. During combustion, the fire initiates the process as the energy source where the artifact represents the body in which energy is absorbed. The amount of heat energy released during combustion is dependent on the amount of available energy derived from the fuel source, and is influenced by rate and duration of combustion. The amount of energy absorbed by an artifact is a function of energy and is influenced by the thermal conductivity

307

BLM_0035131

of the artifact material.  The resultant thermal alteration of an artifact is a function of temperature/flux multiplied by duration combined with the thermal properties and compositional structure of an artifact where important variables include the coefficient of thermal expansion, thermal conductivity, and tensile strength of an artifact.

**Figure 6.1: Fundamentals of artifact thermal alteration.**

*ENERGY SOURCE* $\longrightarrow$ *ENERGY SINK*
**(Fire)**                                      **(Artifact)**

*ENERGY RELEASED* = **Available Energy (Fuel) x Rate x Duration**

*ENERGY ABSORBED* = **ƒ(Energy) + Thermal Conductivity of Material**

*THERMAL ALTERATION* = **ƒ(Temperature/Flux x Duration) + Thermal Properties and Compositional Structure of Artifact [coefficient of thermal expansion, thermal conductivity, and tensile strength]**

The prescribed fire experiments conducted during the project illustrate the importance of fuel type and load in affecting the degree of observable thermal alteration of experimental artifacts.  The experiments were performed under a variety of fuel models to include mixed grass prairie, mixed grass prairie / ponderosa pine, mixed conifer, riparian, sagebrush, and piñon-juniper.  The results of the mixed grass prairie experiments showed that this fuel model does not significantly impact archaeological materials located at the soil surface during cool-season prescribed burning.  Peak soil surface temperatures during these cool-season burns generally reached 150-300°C and were sustained only briefly for approximately 10-20 seconds.  The impact of prescribed burning in grassland fuels on

308

BLM_0035132

selected experimental artifacts was limited.  The most pervasive form of thermal alteration observed during the experiments was combustive residue deposition on the upper surfaces of artifacts.  Based on the observations made during this project, combustive residue deposits should not be considered detrimental to the integrity of most archaeological materials.  These deposits do weather from artifact surfaces over time depending on environmental and taphonmic conditions.  No significant forms of thermal alteration such as thermal fracturing, spalling, or deformation were observed for any artifacts burned during the grassland experiments.  The only exception would be light and partial charring of upper bone surfaces in which a portion of the organic component was combusted.  The low degree of thermal alteration observed during the grassland experiments is a function of the brief residence times and low maximum soil surface temperatures produced by fine fuels.  Subsurface heating during these fires is negligible, even at a depth of only 1cm subsurface.  Overall, it is suggested that cool season prescribed burning in mixed grass prairie environments has very limited potential to significantly affect archaeological resources.

In vegetative communities characterized by mixed grass prairie and ponderosa pine, prescribed burning has the potential to significantly impact surface archaeological materials if these materials are in close association with ponderosa logs and litter.  During combustion, these fuels can generate soil surface temperatures in excess of 400° for an extended period of time.  The heat energy radiated to the soil surface from these fuels is sufficient to thermally alter bone, shell, glass, and some varieties of chert in a significant manner.  Where only grassland fuels are present in these environments, the potential for significant impact to archaeological resources is limited due to the incapacity of fine fuels to sustain high levels of radiant heat energy during combustion.  The best strategy to mitigate the potential negative

309

impact of prescribed fire on archaeological resources in these environments would be to reduce dead-and-downed ponderosa fuels from know archaeological sites.

Prescribed fires conducted in riparian zones are unlikely to have a significant impact on archaeological materials where fine fuels are dominant. These experiments showed that grasses and small willows produce soil surface heating similar to that observed in mixed grass prairie environments. Thermal alteration of experimental artifacts was limited to combustive residue deposits only. Circumstances in which archaeological materials could be significantly impacted in riparian fuels was only observed in instances where experimental artifacts were placed directly beneath large willow species that were completely combusted during burning. Subsurface heating in riparian zone is mitigated to an even greater extent due to high soil moisture content.

Experiments conducted in sagebrush fuels during prescribed burns show that these fuels can produce soil surface heating in the 300-500°C range. Soil surface heating is generally brief and concentrated directly beneath the canopy of the plant. Significant thermal alteration of experimental artifacts was observed during the experiment, but only for artifacts located immediately beneath sagebrush canopies. Artifacts located outside the periphery of the canopies were minimally impacted. Again, fuel reduction in areas of known archaeological importance would be the most effective strategy in mitigating the effects of prescribed fire in sagebrush communities.

Prescribed fire in mixed conifer environments has the potential to significantly impact archaeological resources particularly in areas were large dead-and-downed ground fuels are present. The experiments conducted in mixed conifer fuels show that logs and large litter can generate soil surface temperatures of over 400° (up to the 600-800°C range in some instances) for extended periods where heavy fuels are present. In instances in which

310

BLM_0035134

archaeological material, particularly bone and chert were associated with these fuels during combustion, significant forms of thermal alteration such as thermal fracturing, thermal spalling, and partial combustion were observed. Subsurface soil heating beneath a log during the first experiment reached 226.0°C at −2cm, and 105.7°C at −5m. Soil is effective in mitigating the heat pulse radiated by combusting surface fuels and conducted through the soil matrix. It is unlikely that archaeological materials deposited >5cm subsurface would be significantly impacted during prescribed burns in mixed conifer environments (with the exception of instances where root systems are combusted).

Where ground fuels were limited to duff and light vegetation in mixed conifer environments, soil surface temperatures within burn plots peaked rapidly to only 200-300° and were sustained for a short duration. Experimental artifacts in these plots were minimally affected by thermal alteration, generally characterized by heavy combustive residue deposition and light charring. In order to mitigate the impact of prescribed fire on archaeological materials in mixed conifer environments, large ground fuels should be removed or reduced from known archaeological sites.

One prescribed burn experiment was performed in a piñon-juniper vegetative community. The most severe prescribed fire conditions were observed during this experiment. Soil surface temperatures within the burn plot peaked rapidly to temperatures near 800°C where small logs were present. Overall, soil surface temperatures within the plot were sustained at above 400°C for an extended duration. Thermal alteration of experimental artifacts was very pervasive and severe. Unfortunately, only one experiment in piñon-juniper fuels was performed. Additional data would be useful to support the results of the initial experiment. Clearly, however, it is apparent that piñon-juniper fuels have the potential to

BLM_0035135

burn very hot, and the potential for significant thermal alteration of archaeological materials is quite high.

Prescribed burning is an important tool in the management of plant and animal communities. Fire is an important and beneficial component of many ecosystems. The data presented here show that prescribed burning can be conducted with limited impact to archaeological resources in several vegetative communities. However, in environments where heavy ground fuels are present, it is critical that hazardous fuels are removed or reduced in the immediate vicinity of important archaeological sites in order to mitigate the potential for significant thermal alteration of archeological materials. Table 6.1 provides a generalized summary of prescribed burning temperatures and artifact thermal alteration based on fuel type.

**Table 6.1: Generalized summary of prescribed burning impact potential.**

| Fuel Type | Peak Temp (Surface) | Residence Time | Sustained Heating | Fire Impact (Artifacts) |
|---|---|---|---|---|
| **Mixed Grass** | 100-300°C | 10-20 sec | >50°C 3-6 min | Limited |
| **Grass/Mixed Conifer** (Grass) (Grass/Litter) (Log) | 100-300°C 250-500°C 450-600°C | 10-20 sec 5-15 min 5-20 min | >50°C 2-4 min >200°C 10-20 min >450° 10-20 min >200°C 1-2 hrs | Limited Moderate Significant |
| **Riparian** (Grass) (Willow Sm.) (Willow Lg.) | 100-200°C 100-300°C 300-500°C | 10-20 sec 1-2 min 2-8 min | >50°C 1-3 min >50°C 5-10 min >100°C 5-30 min | Limited Limited Moderate |
| **Sagebrush** (Small-Med) (Large) | 150-300°C 250-500°C | 1-3 min 2-4 min | >100°C 5-10 min >200°C 10-15 min | Moderate |
| **Mixed Conifer** (Duff/Litter) (Log) | 200-400°C 400-800°C | 1-2min 5-20 min | >100°C 3-10 min >300°C 20-40 min 100-200°C 2-4hrs+ | Moderate Significant |
| **Piñon-Juniper** (Large Litter) | 700-800°C | 2-4 min | 200-400°C 1hr+ | Significant |

312

BLM_0035136

The muffle furnace experiment illustrated the direct relationship between temperature and thermal alteration of specific material types. The experiment was conducted for three purposes: 1) to repeat similar experiments conducted by Bennett and Kunzmann (1985); 2) to establish the extent of thermal alteration affecting a variety of common archaeological material types across differential temperature gradients ranging from 100-1000°C; 3) to provide sets of reference data from which to assess the potential for thermal alteration of archaeological resources given a particular artifact class and maximum temperature range. Summary data from the experiment are provided in Table 6.2.

**Table 6.2: Muffle furnace experiment thermal alteration summary.**

| Artifact | Thermal Alteration | Temperature | Thermal Alteration | Temperature |
|---|---|---|---|---|
| Hartville Chert | Mineral Oxidation | 300-1000°C | Thermal Fracture | 500-1000°C |
| Pecos Chert | Mineral Oxidation | 300-1000°C | | |
| Ft. Hood Chert | Mineral Oxidation | 200-1000°C | Thermal Fracture | 400-1000°C |
| Bioclastic Chert | Mineral Oxidation | 500-1000°C | Thermal Cracking (surface) | 400-1000°C |
| Silicified Wood | Mineral Oxidation | 200-1000°C | Thermal Fracture | 400-1000°C |
| Phosphoria | Mineral Oxidation | 400-1000°C | Crazing, Thermal Fracture (potlid) | 900-1000°C |
| Porcelinite | Oxidation (black) | 900-1000°C | | |
| Obsidian | Fracture Line Enhancement | 400-1000°C | Crazing (surface) Vesiculation | 600-1000°C 1000°C |
| Sandstone | Mineral Oxidation | 300-1000°C | | |
| Blk/Wht Sherd | Mineral Oxidation | 600-1000°C | Paint Oxidation | 600-1000°C |
| Glass | Thermal Cracking Spalling (surface) | 200-500°C | Melting Deformation | 600-1000°C |
| Bone | Combustion | 100-1000°C | Calcined | 700-1000°C |
| Antler | Combustion | 100-1000°C | Calcined | 700-1000°C |
| Teeth | Combustion | 100-1000°C | Enamel Fracture Calcined | 500-1000°C 700-1000°C |
| Shell | Combustion | 300-1000°C | Delamination | 400-1000°C |

BLM_0035137

Overall, the results of the muffle furnace experiment showed that certain artifact classes exhibit consistent types of thermal alteration at specific temperature gradients. For example, several varieties of chert as well as silicified wood exhibit color alterations of increasing prominence beginning at 200-300°C. In addition, some of these lithic materials, particularly Fort Hood chert, Hartville Uplift chert, pink bioclastic chert, and silicified wood, are initially affected by thermal fracturing at temperature of 400-500°C, which increases in severity at higher temperatures. Similarly, the propagation of radial fracture lines within obsidian is initiated at 400-500°C, and consistent fine surface crazing occurs at 600-1000°C, with extreme vesiculation occurring for some varieties at 1000°C. Charred bone (combustion of the organic phase) is characterized by a deep and uniform black or dark brown color, and may be attributed to heating at temperatures between 200-400°C. Calcined bone (thermal alteration of the mineral phase) exhibiting green-gray and blue-gray hues represents heating in the 600-800°C range, and chalky white bone and teeth mixed with very pale brown represents heating in the 900-1000°C. Thermal fracturing and crack propagation of weathered bone may occur at temperatures above 400°C. Black-on-white Ancestral Pueblo pottery sherds are oxidized to pink, reddish yellow, and light red at sustained heating to 800°C, 900°C, and 1000°C respectively. Black mineral paint also becomes faded at these temperatures. Melted glass represents temperatures in the 700-800°C range and above, and thermal fracturing and spalling of glass may occur at temperatures ranging between 200-500°C. Thus, certain types of thermal alteration for a given artifact class may be linked to certain temperature thresholds that may occur during prescribed or wildland fires.

It should be noted, however, that heating artifacts in a muffle furnace is not directly analogous to the type of heating experienced by artifacts under natural fire conditions. Heating in the muffle furnace was generally uniform and protracted compared to the

314

precipitous and severe temperature gradient generated under natural conditions. Nonetheless, the data from the muffle furnace experiment may be used to interpret thermally altered artifacts recovered archaeological contexts, and serve as a rough guide from which to assess the potential impact of prescribed and wildland fire on archaeological resources.

The Intermountain Fire Sciences Laboratory wildland fire simulation experiment was conducted to: 1) Simulate variable fuel loads and wildland fire intensities in a controlled laboratory environment; 2) Incorporate experimental artifacts, representative of a range of artifact classes, into the fire simulations with the purpose of assessing potential thermal alteration given a specific artifact type, fuel load, and fire intensity; 3) Establish the temperature and heat flux ranges at which significant thermal alteration of a specific artifact type occurs; 4) Provide data to make predictions regarding the potential for thermal alteration of archaeological resources under actual field conditions given a specific artifact class, fuel load, and wildland fire burn intensity.

The results of the experiment illustrate that the key variables affecting radiant heat output at the sediment surface are fuel load, wind velocity, and flame angle. Fuel load conditions the amount of available energy for combustion and wind velocity influences the rate of combustion and flame angle. The results of several experimental trials showed that, under several fuel loadings, the high wind velocity treatment pushed flame angles closer to the sediment surface where experimental artifacts were positioned. Increased radiant heat output at the sediment surface directly related to significant thermal alteration of experimental artifacts. Significant thermal alteration of experimental artifacts was observed under the heavy, moderate, and moderate-light fuel loadings under the high wind velocity treatment. Under the lower wind velocity treatment, significant thermal alteration of experimental artifacts was also observed for these fuel loadings, but to a lesser degree. The

315

only experimental trials in which significant thermal alteration of artifacts was not observed were light fuel loadings under both low and high wind velocity treatments.

Thermal alteration of experimental artifacts ranged from combustive residue deposits to extensive thermal fracturing. Table 6.3 summarizes the conditions under which specific artifact types exhibited significant thermal alteration during the experiment.

**Table 6.3: Summary of significant thermal alteration (IFSL Lab Experiment)**

| Artifact | Thermal Alteration | Temperature | Thermal Alteration | Temperature (upper/lower) |
|---|---|---|---|---|
| Hartville Chert (nodule) | Mineral Oxidation | >400°C | Thermal Fracture | 400-550°C up 150°C low |
| Quartzite (flake) | Mineral Oxidation | >500°C | Thermal Fracture | 550-650°C up 250°C low |
| Pecos Chert (biface) | | | Thermal Fracture | 700-800°C up 250°C low |
| Obsidian (biface) | | | Enhanced Fracture Lines | 450-800°C up |
| Bone (mammal) | Combustion | >200°C | Thermal Cracking | >400°C up >100°C low |
| Antler (elk) | Combustion | >200°C | Thermal Cracking | >400°C up >100°C low |
| Shell (freshwater) | Combustion | >400°C | Delamination | >400°C up >100°C low |
| Glass (historic) | | | Thermal Fracture | 400-800°C up 100-300°C low |

In general, the results of the experiment show that the Hartville Uplift chert nodule specimens were most susceptible to significant thermal alteration, which consisted of thermal fracturing and color alteration due to mineral oxidation. These forms of thermal alteration were observed where the average peak upper surface temperature was 546.8°C, and average peak lower surface temperature was 189.3°C. However, thermal fracturing of Pecos chert biface specimens was only observed during two high intensity fire simulations where the average peak upper surface temperature for both specimens averaged 816.0°C, and the peak lower surface temperature averaged 293.8°C. Differential rates of thermal fracture between

316

BLM_0035140

the biface and nodule specimens is likely a function of specimen size and material type thermal properties.

Thermal fracturing and mineral oxidation of Black Hills quartzite flakes was also observed during six experiment trials. Mineral oxidation is associated with an average peak upper surface temperature of 528.8°C. Thermal fracturing was observed where peak upper surface temperatures averaged 565.3°C, and peak lower surface temperatures averaged 277.4°C. Specimen size and quartz particle size are likely important variables affecting thermal alteration of this variety of quartzite. Significant thermal alteration of obsidian specimens was limited to the enhancement of pre-existing radial fracture lines. This was observed during experimental trials in which precipitous and brief heating to above 500°C occurred. Thermal fracturing of obsidian was not observed during the experiment. Conversely, thermal fracturing of bottle glass was observed during ten of the experimental trials. Thermal fracturing was observed where peak upper and lower surface temperatures average 534.2°C and 99.4°C respectively.

Significant thermal alteration of Cliff House Formation sandstone specimens during the IFSL experiment was not observed due to limited residence time of flaming combustion and specimen position on the sediment bed. However, the experiment did show that that the oxidation process (limonite to hematite) is initiated at approximately 300°C. The secondary sandstone thermal alteration experiment (propane torch) confirmed this observation and also established thermal spalling and thermal fracturing thresholds for this type of sandstone. Thermal spalling is initiated at approximately 200-300°C, becomes increasingly prominent at 400-500°C, and is pervasive at 500-700°C. Thermal fracturing is initiated at 400-500°C and becomes prominent at 500-700°C.

BLM_0035141

Significant thermal alteration of pottery sherds was not observed during the IFSL experiment. Thermal alteration was limited to combustive residue deposition ranging from light to very heavy. The results of the secondary thermoluminescence dating experiment show that the TL signals of the sample specimens were not significantly affected by heating during selected fire simulation trials. It is likely that the residence time of flaming combustion during the trials was not sufficient to heat the interior of the sherds to a temperature above 250°C for an extended period. These results do, however, suggest that low to moderate intensity wildland and prescribed fire may not have a significant impact on TL dating of surface pottery sherds.

Overall, the IFSL experiment has demonstrated that significant thermal alteration of a variety of archaeological material types can occur under various wildland fire scenarios. Thermal alteration of archaeological materials is a function of fuel load and wind velocity as it related to fire intensity and flame angle. The results of this research can provide archaeologist with empirical data from which to adequately assess the potential impact of natural fire on archaeological resources given a particular set of variables, and to better interpret thermally altered archeological materials from archaeological contexts.

The field-based research project at Mesa Verde National Park included fire-effects sampling of 72 Pueblo I-III habitation sites that had been burned during various major wildland fires that have occurred at the park. The project was conducted with the purpose of identifying the immediate and long-term implications of wildland fire as it relates to the preservation and interpretation of archaeological materials. Overall, wildland fire at Mesa Verde National Park is a highly significant regional scale site formation process that has immediate and long-term implications for site interpretation and the preservation of

318

BLM_0035142

archaeological materials ranging in scale from multiple sites to architectural feature to individual artifact.

The results of the project show that oxidation, thermal spalling, thermal fracturing and heat-induced weathered fracturing of architectural elements derived from Cliff House Formation sandstone represented the most pervasive and potentially damaging forms of thermal alteration recorded at the selected sites. These types of thermal alteration have significant implications for the preservation of burned architectural features at Mesa Verde. Oxidation of sandstone was the most common form of thermal alteration recorded during the project. Experimentation has shown that oxidation of Cliff House Formation sandstone is initiated at 200-300°C and becomes more pervasive as thermal spalling and fracturing become prevalent at temperatures ranging between 400-700°C. Thermal spalling and fracturing significantly reduced the pre-fire shape and mass of sampled specimens. Moreover, these forms of thermal alteration lead to increased fragmentation over time as physical and chemical weathering processes act to perpetuate existing thermal fractures.

Surface artifacts sampled during the project were affected less severely than architectural features. Common forms of thermal alteration recorded for artifacts were combustive residue deposits, oxidation/oxidative staining, thermal fracturing, and thermal spalling. Thermal fracturing and spalling can significantly affect the interpretive value of artifact, particularly lithics and black-on-white pottery. Evidence of thermal alteration of artifacts recorded on the surface decreased over time due to weathering, displacement, and erosional processes.

The incidence and severity of thermal alteration of materials at selected archaeological sites is largely a function of fire severity and pre-fire fuel load/fuel type. Sites located in vegetative communities dominated by heavily burned piñon-juniper on canyon

319

slopes and mesa tops exhibited higher incidences of thermal alteration across all material types. Sites located in canyon bottoms were vegetation is comprised of mixed grasses and shrubs were impacted much less severely than those located in piñon-juniper stands. These data suggest that vegetative community and topographic location are important variables in predicting the extent of damage to archaeological sites during wildland fires at Mesa Verde.

In sum, natural fire is a significant regional level site formation process that transforms the archaeological record at various levels ranging from region, to the site, to the level of individual artifact. Schiffer (1987) makes little reference to fire as a site formation process, and where it is addressed, the discussion generally consists of instances in which evidence of fire in the record is the result of human intention. Dialogue about wildland fire is nonexistent in his discussion of regional level environmental site formation processes. Fire is a ubiquitous natural phenomenon affecting the archaeological record to various degrees over large-scale geographical units. Archaeologists should consider the varied and far-reaching implications that natural fire has in transforming the archaeological record, and recognize the potential interpretive and preservation implications of this often overlooked formation process.

Fire-related signatures in the archaeological record do not necessarily portend human intent or human activity. It is important to accurately recognize the effects natural fire has on archaeological materials. For example, is evidence of heavily burned Ancestral Pueblo habitation sites indicative of intentional burning due to warfare or abandonment during prehistory? The data from the Mesa Verde study suggest that this is only one possibility since wildland fires were common in the southwest during prehistory. Does the presence of thermally altered chert artifacts at a site necessarily suggest intentional heat treatment? The data presented in this study show that chert is thermally altered by natural fire to varying

320

BLM_0035144

degrees depending on temperature. Similarly, is the presence of calcined or heavily burned bone at an archaeological site indicative of campfire cooking or cremation. Again, the answer is no, not necessarily. The results of this study have shown that where heavy fuels are present during natural fire, bone can exhibit significant thermal alteration indicative of high temperatures that could be confused with human activity.

Natural fire does, however, leave some confirmation of its presence in the archaeological record. Artifacts located at the soil surface during natural fire often exhibit a disproportional degree of thermal alteration between upper and lower surfaces in which the greatest degree of thermal alteration is limited to the up surface. In addition, natural fire generally has some effect on most artifact classes such that thermal alteration is not limited to artifacts that are commonly associated with hearths or human fire use. Moreover, natural fire generally affects large-scale geographical units, and consequently has the potential to burn large portions of archaeological sites or multiple sites. Thus, widely dispersed and consistent evidence of burning encountered during survey, site sampling, or larger scale integrative investigation may be useful in differentiating between natural fire or thermal alteration due to human intent. None of the issues presented here are easily addressed; however, the data presented here are the first step in facilitating a better understanding of natural fire in the context of site formation processes.

321

BLM_0035145

# REFERENCES CITED:

Adamiec, G., and M. J. Aitken
  1998   Dose Rate Conversion Factors: Update. *Ancient TL* 16:37-50.

Agee, J. K.
  1990   The Historical Role of Fire in Pacific Northwest Forests. In *Natural and Prescribed Fire in Pacific Northwest Forests*, edited by J. D. Walstad, S. R. Radosevich, and D. V. Sandberg, pp. 25-38. Oregon State University Press, Corvallis, Oregon.

  1993   *Fire Ecology of Northwest Forests*. Island Press, Washington, D. C.

Ahler, S. A.
  1983   Heat Treatment of Knife River Flints. *Lithic Technology* 12:1-8.

Aitken, M. J.
  1985   *Thermoluminescence Dating*. Academic Press, London.

Albini, F. A.
  1976   Computer-Based Models of Wildland Fire Behavior: User's Manual. USDA Forest Service, Intermountain Forest and Range Experimental Station, Ogden, UT.

Anderson, H. E.
  1982   *Aids to Determining Fuel Models for Estimating Fire Behavior*. General Technical Report INT-122, USDA Forest Service Intermountain Forest and Range Experiment Station, Ogden UT.

Anderson, J. C.
  2000   *Chapin #5 Fire: Burned Area Emergency Rehabilitation Accomplishment Report*. Prepared by Mesa Verde Burned Area Emergency Rehabilitation Team, National Park Service, Mesa Verde National Park, Colorado.

Anderson, H. E. and R. C. Rothermel
  1965   Influence of Moisture and Wind upon the Characteristics of Free Burning Fires. In *Tenth Symposium on Combustion Proceedings*, pp. 1009-1019. The Combustion Institute, Pittsburgh, Pennsylvania.

Anovitz, L., J. Elam, L. Riciputi, and D. Cole
  1999   The Failure of Obsidian Hydration Dating: Sources, Implications, and New Directions. *Journal of Archaeological Science* 26:735-752.

Archibold, O. W., L. J. Nelson, E. A. Ripley, and L. Delanoy
  1998   Fire Temperatures in Plant Communities of the Northern Mixed Prairie. *Canadian Field-Naturalist* 112(2):234-240.

322

BLM_0035146

Arno, S. F.
  1980   Forest Fire History in the Northern Rockies. *Journal of Forestry* 78(8):460-
    465.

Baby, R. S.
  1954   Hopewell Cremation Practices. *Ohio Historical Society Papers in
    Archaeology* 1.

Bailey, A. W., and Ml L. Anderson
  1980   Fire Temperatures in Grass, Shrub and Aspen Forest Communities of Central
    Alberta. *Journal of Range Management* 3391):37-40.

Barbetti, M.
  1986   Traces of Fire in the Archaeological Record, Before One Million Years
    Ago? *Journal of Human Evolution* 15:771-778.

Barrett, S. W., and S. F. Arno
  1982   Indian Fires as an Ecological Influence in the Northern Rockies. *Journal of
    Forestry* 80:647-651.

Beauchamp. E. K., and B. A. Purdy
  1986   Decrease in Fracture Toughness of Chert by Heat Treatment. *Journal of Materials
    Science* 21:1963-1966.

Bellomo, R. V.
  1993   A Methodological Approach for Identifying Archaeological Evidence of Fire
    Resulting from Human Activities. *Journal of Archaeological Science* 20:525-553.

  1991   Identifying Traces of Natural and Human Controlled Fire in the Archaeological
    Record: The Role of Actualistic Studies. *Archaeology in Montana* 32:75-93.

Bellomo, R. V., and J. W. K. Harris
  1990   Preliminary Reports of Actualistic Studies of Fire within Virunga National
    Park, Zaire: Toward an Understanding of Archaeological Occurrences. In
    *Evolution of Environments and Hominidae in the African Western Rift Valley*,
    edited by N. T. Boaz, pp. 317-338. Virginia Museum of Natural History,
    Memoir No. 1, Martinsville, VA.

Bennett, J.
  1999   Thermal Alteration of Buried Bone. *Journal of Archaeological Science*
    26:1-8.

Benson, A.
  2002   Meadow Canyon Prescribed Burn: Effects of Fire on Obsidian Hydration
    Bands. In *The Effects of Fire and Heat on Obsidian*, edited by J. M. Loyd, T. M.
    Origer, and D. A. Fredrickson, pp. 95-112. Cultural Resources Publication,
    Anthropology-Fire History, U.S. Department of Interior, Bureau of Land
    Management.

323

Bently, J. R., and R. L. Fenner
    1958    Soil Temperatures during Burning Related to Post-fire Seedbeds on Woodland
        Range. *Journal of Forestry* 56:737-740.

Blackburn, T. C., and K. Anderson (editors)
    1993    *Before the Wilderness: Environmental Management by Native Californians.*
        Anthropological Papers No. 40. Ballena Press, Menlo Park, California.

Blackwelder, E.
    1927    Fire as an Agent in Rock Weathering. *Journal of Geology* 35:134-140.

Bleed, P., and M. Meier
    1980    An Objective Test of the Effects of Heat Treatment of Flakeable Stone.
        *American Antiquity* 45(3):502-507.

Binford, L. R.
    1963    An Analysis of Cremations from Three Michigan Sites. *Wisconsin
        Archaeologist* 44:98-110.

Birch, F.
    1942    Thermal Conductivity and Diffusivity. In *Handbook of Physical Constants,*
        edited by F. Birch and J. F. Schairer and H. C. Spice, pp. 243-266. Geological
        Society of American Special Papers 36.

Bonnicksen, T. M.
    2000    *America's Ancient Forests from the Ice Age to the Age of Discovery.* John
        Wiley and Sons, New York.

Bonucci, E., and G. Graziani
    1975    Comparative Thermogravimetric, X-Ray Diffraction and Electron
        Microscope Investigations of Burnt Bone from Recent, Ancient and Prehistoric
        Age. *Atti Accademia Nazionale dei Lincei. Classe di Scienze, Fisiche,*
        Matematiche e Naturali Rendiconti LIX:517-532.

Botter-Jensen, L. and V. Mejdahl
    1988    Assessment of Beta Dose-Rate Using a GM Multicounter System. *Nuclear
        Tracks and Radiation Measurements* 14:187-191.

Boyd, R.
    1999    *Indians, Fires and the Land in the Pacific Northwest.* Oregon State
        University Press, Corvallis, Oregon.

Bradtmiller, B, and J. E. Buikstra
    1984    Effects of Burning on Human Bone Microstructure: A Preliminary Study.
        *Journal of Forensic Sciences* 29:535-540.

Brady, N. C.
    1974    *The Nature and Properties of Soil.* Macmillan, New York.

324

Brain, C. K.
    1993    The Occurrence of Burnt Bones at Swartkrans and their Implications for the
            Control of Fire by Early Hominids. In *Swartkrans: A Cave's Chronicle of Early
            Man*, edited by C. K. Brain, pp. 229-242. Transvaal Museum Monograph,
            Pretoria.

Brain, C. K., and A. Sillen
    1988    Evidence from Swartkrans Cave for the Earliest use of Fire. *Nature*
            336:464-466.

Bronitsky, G.
    1986    The Use of Materials Science Techniques in the Study of Pottery
            Construction and Use. In *Advances in Archaeological Method and Theory*, vol 9,
            edited by M. B. Schiffer, pp. 209-276. Academic Press, Orlando.

Bronitsky, G., and R. Hamer
    1986    Experiments in Ceramic Technology: The Effects of Various Tempering
            Material on Impact and Thermal Shock Resistance. *American Antiquity* 51:89-
            101.

Brown, H.
    2000    Wildland Burning by American Indians in Virginia. *Fire Management
            Today* 60(3):29-39.

Brown, P. M., and C. Hull Sieg
    1996    Fire History in Interior Ponderosa Pine Communities of the Black Hills,
            South Dakota, USA. *International Journal of Wildland Fire* 6(3):97-105.

Brunswig, R. H., C. Campbell, M. Hart, C. Holton, R. Miller, M. O'Dell, V. Rosencrans, and
R. Varney
    1995    Cultural Resources Impact Assessment of a Prescribed Burn in the Little
            Sand Creek Headwaters Drainage, Pawnee National Grassland, Weld County,
            Colorado. UNC South Platte Archaeological Project Research Series No. 2,
            University of Northern Colorado, Greeley.

Buikstra, J. E., and L. G. Goldstein
    1973    *The Perrins Ledge Crematory*. Illinois State Museum, Reports of
            Investigations No. 28, Springfield.

Buikstra, J. E., and M. Swegle
    1989    Bone Modification Due to Burning: Experimental Evidence. In *Bone
            Modification*, edited by R. Bonnichsen and M. H. Sorg, pp. 247-258. University
            of Maine, Institute for Quaternary Studies, Center for the Study of the First
            Americans, Orono.

Burgh, R. F.
    1960    Potsherds and Forest Fires in the Pueblo Country. *Plateau* 33(2):54-56.

325

BLM_0035149

Campbell, G. S., J. D. Jungbauer, W. R. Bidlake, and R. D. Hungerford
 1994 Predicting the Effect of Temperature on Soil Thermal Conductivity. *Soil Science* 158:307-313.

Campbell, G. S., J. D. Jungbauer, K. L. Bristow, and R. D. Hungerford
 1995 Soil Temperature and Water Content Beneath a Surface Fire. *Soil Science* 159:363-375.

Catchpole, W. R., E. A. Catchpole, B. W. Butler, R. C. Rothermel, G. A. Morris, and D. J. Latham
 1998 Rate of Spread of Free-Burning Fires in Woody Fuels in a Wind Tunnel. *Combustion Science and Technology* 131:1-37.

Catchpole, E. A., W. R. Catchpole, and R. C. Rothermel
 1993 Fire Behavior Experiments in Mixed Fuel Complexes. *International Journal of Wildland Fire* 3(1):45-57.

Chandler, H.
 1981 Thermal Stress in Ceramics. *Transactions of the British Ceramic Society* 80:191-19

Chandler, C., P. Cheney, P. Thomas, L. Trabaud, and D. Williams
 1983 *Fire in Forestry, Vol. 1, Forest Fire Behavior and Effects*, John Wiley and Sons, New York.

Cloues, P.
 2003 Personal Communication. Geological Resources Division, National Park Service, Denver, Colorado.

Cogswell, J. W., H. Neff, and M. D. Glascock
 1996 The Effect of Firing Temperatures on the Elemental Characterization of Pottery. *Journal of Archaeological Science* 23:283-287.

Collins, M. B., and J. M. Fenwick
 1974 Heat Treating of Chert: Methods of Interpretation and their Application. *Plains Anthropologist* 19: 134-145.

Conner, M. A., K. P. Cannon, and D. C. Carlevato
 1989 The Mountains Burnt: Forest Fires and Site Formation Processes. *North American Archaeologist* 10:293-310.

Connor, M. A. and K. P. Cannon
 1991 Forest Fires as a Site Formation Process in the Rocky Mountains of Northwestern Wyoming. *Archaeology in Montana* 32:1-14.

326

BLM_0035150

Correia, P.
    1997    Fire Modification of Bone: A Review of the Literature. In *Forensic
        Taphonomy: The Fate of Human Remains*, edited by W. Haglund and M. Sorg,
        pp. 275-293. CRC Press, Boca Raton.

Collins, M. B., and J. M. Fenwick
    1975    Heat Treating of Chert: Methods of Interpretation and their Application. *Plains
        Anthropologist* 19: 134-145.

Coble, R.
    1958    Effect of Microstructure on the Mechanical Properties of Ceramic
        Materials. In *Ceramic Fabrication Processes*, edited by W. D. Kingery, pp. 213-
        218. MIT Press, Cambridge.

Coble, R. L., and W. D. Kingery
    1955    Effect of Porosity on Thermal Stress Fracture. *Journal of the American
        Ceramic Society* 38(1):33-37.

Cogswell, J W., H. Neff, and M. D. Glascock
    1996    The Effect of Firing Temperature on the Elemental Characterization of
        Pottery. *Journal of Archaeological Science* 23:282-287.

Cogswell, J. W., and M. J. O'Brien
    1997    A Comparison of Laboratory Results to Archaeological Data: Pottery
        Surface Treatments in Eastern Missouri. *Southeastern Archaeology* 16(2):169-
        174.

Collins, S. L.
    1990    Introduction: Fire as a Natural Distrubance in Tallgrass Prairie Ecosystems.
        In *Fire in North American Tallgrass Praireis*, edited by S. L. Collins and L. L.
        Wallace, pp. 3-7. University of Oklahoma Press, Norman.

Collins, S. L., and L. L. Wallace (eds.)
    1990    *Fire in North American Tallgrass Prairies.* University of Oklahoma Press,
        Norman.

Colton, H. S.
    1951    Hopi Pottery Firing Temperatures. *Plateau* 24(2):73-76.

Crabtree, Don E. and B. R. Butler
    1964    Notes on Experiments in Flint Knapping: 1--Heat Treatment of Silica materials.
        *Tebiwa* 7:1-6.

Crandall, W. B., and J. Ging
    1955    Thermal Shock Analysis of Spherical Shapes. *Journal of the American
        Ceramic Society* 38(1):44-54.

327

BLM_0035151

David, B.
　1990　How Was This Bone Burnt? In *Problem Solving in Taphonomy: Archaeology and Palaeontological Studies from Europe, Africa, and Oceania.* edited by S. Solomon, I. Davidson, and D. Watson, pp. 65-79. Tempus: Archaeology and Material Culture Studies in Anthropology vol. 2. University of Queensland Anthropology Museum, St. Lucia.

Davidge, R. W.
　1967　Thermal Shock and Fracture in Ceramics. *Transactions of the British Ceramic Society* 66:405-422.

Deal, K., and D. McLemore
　2002　Effects of Prescribed Fire on Obsidian and Implications for Reconstructing Past Landscape Conditions. In *The Effects of Fire and Heat on Obsidian*, edited by J. M. Loyd, T. M. Origer, and D. A. Fredrickson, pp. 15-44. Cultural Resources Publication, Anthropology-Fire History, U.S. Department of Interior, Bureau of Land Management.

DeBano, L. F., D. G. Neary and P. F. Efolliet
　1998　*Fire Effects on Ecosystems.* Wylie and Sons, New York

DeBano, L., R. Rice, and C. Conrad
　1979　*Soil Heating in Chaparral Fires: Effects on Soil Properties, Plant Nutrients, Erosion, and Runoff.* Research Paper PSW-146. USDA Forest Service, Pacific Southwest Research Station, Berkeley, California.

DeBano, L. F., P. H. Dunn, and C. E. Conrad
　1977　Fire's Effects on Physical and Chemical Properties of Chaparral Soils. In *Environmental Consequences of Fire and Fuel Management in Mediterranean Ecosystems*, pp. 65-74. USDA Forest Service General Technical Report WO-3.

DeHaan, J. D.
　1997　*Kirk's Fire Investigation* (4th ed.). Brady Prentice Hall, Upper Saddle River, New Jersey.

Domanski, M., J. A. Webb
　1992　Effect of Heat Treatment on /siliceous Rocks Used in Prehistoric Lithic Technology. *Journal of Archaeological Science* 19:601-614.

Drysdale, D. D.
　1985　*An Introduction to Fire Dynamics.* John Wiley & Sons, New York.

328

BLM_0035152

DuBois, R. L.
    1990   Archeomagnetic Dating of Two Hearths in the La Mesa Fire Area, Appendix H,
        *In The 1977 La Mesa Fire Study: An Investigation of Fire and Fire*
        *Suppression Impact on Cultural Resources in Bandelier National Monument*, edited by
        D. Traylor, L. Hubbell, N. Wood, and B. Fiedler, pp. 202. Southwest Cultural
        Resources Center Professional Papers Number 28, Branch of Cultural Resources
        Management Division of Anthropology, National Park Service Santa Fe, New Mexico

Eininger, S.
    1990   Long Mesa Fire: 1989 Archaeological Survey and Post-Fire Assessment.
        Report on file at USDI National Park Service, Mesa Verde National Park,
        Colorado.

Engle, D. M., and J. R. Weir
    2000   Grassland Fire Effects on Corroded Barbed Wire. *Journal of Range*
        *Management* 53:611-613.

Engle, D. M., J. R. Weir, D. L. Gay, and B. P. Dugan
    1998   Grassland Fire Effects on Barbed Wire. *Journal of Range Management*
        51:621-635.

Feathers, J. K.
    2003   Personal Communication. Thermoluminescence Dating Laboratory,
        University of Washington, Seattle.

    2000   Luminescence Dating and Why It Deserves Wider Application. In *It's*
        *About Time: A History of Archaeological Dating in North America*, edited by S.
        E. Nash, pp.152-166. University of Utah Press, Salt Lake City.

Findlow, F. J., P. M. Martin, J. E. Ericson
    1982   An Examination of the Effects of Temperature Variation on the Hydration
        Characteristics of Two California Obsidians. *North American Archaeologist*
        3(1).

Flenniken, J. J. and E.. G. Garrison
    1975   Thermally Altered Novaculite and Stone Tool Manufacturing Techniques.
        *Journal of Field Archaeology* 2:125-131.

Floyd, M. L., W. H. Romme, D. D. Hanna
    2000   Fire History and Vegetation Pattern in Mesa Verde National Park, Colorado,
        USA. *Ecological Applications* 10(6):1666-1680.

BLM_0035153

Ford, R. I.
  1990   Ethnobotanical Consequences of the La Mesa Fire, Bandelier National Monument, Appendix B. *In The 1977 La Mesa Fire Study: An Investigation of Fire and Fire Suppression Impact on Cultural Resources in Bandelier National Monument*, edited by D. Traylor, L. Hubbell, N. Wood, and B. Fiedler, pp. 147-152. Southwest Cultural Resources Center Professional Papers Number 28, Branch of Cultural Resources Management Division of Anthropology, National Park Service Santa Fe, New Mexico.

Frandsen, W. H. and K.C. Ryan
  1986   Soil Moisture Reduces Below-ground Heat Flux and Soil Temperatures Under a Burning Fuel Pile. *Canadian Journal of Forest Resources* 16:244-248.

Freeman, D. C., Jr., J. A. Sawdye, and F. E. Mumpton
  1972   The Mechanism of Thermal Spalling in Rocks. In *Proceedings of North American Rapid Excavation and Tunneling Conference*, Vol. 2, edited by K. S. Lane and L. A Garfield, pp. 225-252, New York.

Friede, H. M., and R. H. Steel
  1980   Experimental Burning of Traditional Nguni Hunts. *African Studies* 39:171-181.

Friedman, I., and R. Smith
  1960   A New Dating Method Using Obsidian: Part 1, The Development of the Method. *American Antiquity* 25:476-522.

Friedman, I., and W. Long
  1976   Hydration Rate of Obsidian. *Science* 191:347-352.

Friedman, I., and F. Trembour
  1983   Obsidian Hydration Dating Update. *American Antiquity* 48(3):544-547.

Frondel, C.
  1962   *The System of Mineralogy of J. D. Dana and E. S. Dana.* (7th ed.), Wiley, New York.

Gejvall, N.-G.
  1963   Cremations. In *Science in Archaeology*, edited by D. Brothwell and E. Higgs,  pp. 379-390. Thames and Hudson, London.

Gibson, D. J., D. C. Hartnett, and G. L. S. Merrill
  1990   Fire Temperature Heterogeneity in Contrasting Fire Prone Habitats: Kansas Tallgrass Prairie and Florida Sandhill. *Bulletin of the Torrey Botanical Club* 117(4):349-356.

Gilchrist, R. and H. C. Mytum
  1986   Experimental Archaeology and Burnt Animal Bone from Archaeological Sites. *Circaea* 4:29-38.

330

BLM_0035154

Glascock, M. R. Kunselman, and D. Wolfman
    1999   Intrasource Chemical Differentiation of Obsidian in the Jemez Mountains and Taos
        Plateau, New Mexico. *Journal of Archaeological Science* 26:861-868.

Goodyear, F. H.
    1971   Initial Firing Temperature, Composition, and Provenience of Pottery.
        *Science and Archaeology* 6:12-14.

Goffer, Z.
    1980   *Archaeological Chemistry: A Sourcebook on the Applications of Chemistry
        to Archaeology*. Wiley, New York.

Gosselain, O. P.
    1992   Bonfire of the Enquiries. Pottery Firing Temperatures in Archaeology:
        What For? *Journal of Archaeological Science* 19:243-259.

Gordon, C. C., and J. E. Buikstra
    1981   Soil pH, Bone Preservation, and Sampling Bias at Mortuary Sites. *American
        Antiquity* 45:566-571.

Grupe, G., and S. Hummel
    1991   Trace Element Studies on Experimentally Cremated Bone. I. Alteration of
        the Chemical Composition at High Temperatures. *Journal of Archaeological
        Science* 18:177-186.

Gregg, M. L., and R. J. Grybush
    1976   Thermally Altered Siliceous Stones from Prehistoric Contexts: Intentional
        vs. Unintentional Alteration. *American Antiquity* 41:189-192.

Griffiths,D.R., C.A. Bergman, C.J. Clayton, K. Ohnuma, G.V. Robins and N.J. Seely
    1987   Experimental Investigation of the Heat Treatment of Flint. In
        *The Human Uses of Flint and Chert.* pp. 43-52 . Cambridge University Press,
        Cambridge.

Halford, K., and A. S. Halford
    2002   The Trench Canyon Prescribed Burn: An Analysis of Fire Effects on
        Archaeological Resources within the Sagebrush Steppe Community Type. In
        *The Effects of Fire and Heat on Obsidian*, edited by J. M. Loyd, T. M. Origer,
        and D. A. Fredrickson, pp. 203-219. Cultural Resources Publication,
        Anthropology-Fire   History, U.S. Department of Interior, Bureau of Land
        Management.

Hanson, L. S.
    2001   *Predicting the Effects of Prescribed Fire on Cultural Resource Visibility in
        Rocky Mountain National Park.* MA thesis, Colorado State University, Fort
        Collins.

331

BLM_0035155

Hartford, R. A. and W. H. Frandsen
    1992    When It's Hot, It's Hot…or Maybe Not! (Surface Flaming May Not
        Portend Extensive Soil Heating). *International Journal of Wildland Fire*
        2:139-144.

Hasselman, D. P. H.
    1983   Thermal Stress Resistance Parameters for Brittle Refractory Ceramics: A
        Compendium. *American Ceramic Society Bulletin* 49:1033-1037.

    1970   Thermal Stress Resistance Parameters for Brittle Refractory Ceramics.
        *American Ceramic Society Bulletin* 49:1033-1037.

    1969   Unified Theory of Thermal Shock Fracture Initiation and Crack
        Propagation in Brittle Ceramics. *Journal of the American Ceramic Society*
        52(11):600-604.

Hasselman, D. P. H., and R. M. Fulrath
    1968   Mechanical Properties of Continuous Matrix, Dispersed Phase Ceramic
        Systems. In *Ceramic Microstructures*, edited by R. M. Fulrath and J. A. Pask,
        pp. 343-378. John Wiley, New York.

Hatch, J., J. Michels, C. Stevenson, B. Scheetz, and Richard Geidel
    1990   Hopewell Obsidian Studies: Behavioral Implications of Recent Sourcing and
        Dating Research. *American Antiquity* 55(3):461-479.

Havlác, J.
    1983   *The Technology of Glass and Ceramics: An Introduction.* Glass and
        Science Technology 4. Elsevier, Amsterdam.

Hettema, M. H. H., K-H. A. A. Wolf, and C. J. De Pater
    1998   The Influence of Steam Pressure on Thermal Spalling of Sedimentary
        Rock: Theory and Experiments. *International Journal of Rock Mechanics and
        Mineral Science* 35(1):3-15.

Herrmann, B.
    1977   On Histological Investigations of Cremated Human Remains. *Journal of
        Human Evolution* 6:101-103.

Hester, J. J.
    1973   Ethnographic Evidence for the Thermal Alteration of Siliceous Stone.
        *Tebiwa* 15(2):63-65.

    1989   Effects of Forest Fires and Burn Programs on Archeological Resources. In
        *Archeological Sites Protection and Preservation Notebook Technical Notes*, ASPPN I-8.
        US Army Engineer Waterways Experiment Station, Environmental Laboratory,
        Vicksburg, Mississippi.

BLM_0035156

Hoff, W. D.
  1970   Metals. In *The Weathering and Performance of Building Materials*, edited
      by J. W. Simpson and P. J. Horrobin, pp. 185-230. Medical and Technical
      Publishing, Aylesbury.

Hughes, R.
  1994   Intrasource Chemical Variability of Artifact-Quality Obsidians from the Casa
      Diablo Area, California. *Journal of Archaeological Science* 21:263-271.

  1988   The Coso Volcanic Field Reexamined: Implicaitons for Obsidian Sourcing and
      Hydration Dating. *Geoarchaeology* 3:253-265.

Ives, G., P. Blomgren, G. Ethridge, N. R. Fritz, L. Martin, and D. Skoglund
  2002   *Chapin 5 Fire, Burned Area Emergency Rehabilitation (BAER) Project, Post-Fire
      Archeological Assessment Mesa Verde National Park, Colorado*. Mesa Verde National
      Park Division of Research and Resource Management, Mesa Verde National Park,
      Colorado.

Jain, M., and A. K. Singhvi
  2001   Limits to Depletion of Blue-Green Light Stimulated Luminescence in
      Feldspars: Implications for Quartz Dating. *Radiation Measurements* 33:883-892.

James, S. R.
  1989   Hominid Use of Fire in the Lower and Middle Pleistocene: A review of the
      Evidence. *Current Anthropology* 30:1-27.

Johnson, A. M., S. W. Conner, and K. J. Feyhl
  1991   Post-Fire Identification of Nineteenth Century Wooden Structures.
      *Archaeology in Montana* 32:33-47

Jones, A. T., and R. C. Euler
  1986   Effects of Forest Fires on Archaeological Resources at Grand Canyon
      National Park. *North American Archaeologist* 7:243-254.

Jones, T.
  2002   The Effect of Heat on Obsidian Density. In *The Effects of Fire and Heat on
      Obsidian*, edited by J. M. Loyd, T. M. Origer, and D. A. Fredrickson, pp. 203-
      219. Cultural Resources Publication, Anthropology-Fire History, U.S.
      Department of Interior, Bureau of Land Management.

Joyce, D. J.
  1985   Heat Treatment of Alibates Chalcedony. *Lithic Technology* 14:36-40.

Kaiser, T., and W. Lucius
  1989   Thermal Expansion Measurement and the Estimation of Prehistoric Pottery
      Firing Temperatures. In *Pottery Technology. Ideas and Approaches*, edited by G.
      Bronitsky, pp. 83-100. Westview Press, Boulder.

333

BLM_0035157

Keller, J. E.
 1982 Lithic Scatters and Longleaf Pine: Limited Activity Areas in Pyrogenic Environments. *Southeastern Archaeology* 1(1):40-51.

Kelly, R. E., and J. Mayberry
 1980 Trial by Fire: Effects of NPS Burn Programs Upon Archaeological Resources. In *Proceedings of the Second Conference on Scientific Research in the National Parks*, Volume 1: Special Addresses Anthropology, pp. 603-610. U. S. Department of the Interior, National Park Service, Washington D. C.

Kingery, W. D.
 1955 Factors Affecting Thermal Stress Resistance of Ceramic Materials. *Journal of the Ameraican Ceramic Society* 38:3-15.

 1960 *Introduction to Ceramics.* John Wiley, New York.

Kritzer, K. N.
 1995 Thermolithofractography: A Comparative Analysis of Cracked Rock from an Archaeological Site and Cracked Rock from a Culturally Sterile Area. Masters Thesis, Ball State University, Muncie, Indiana.

Krogman, W. M.
 1939 A Guide to the Identification of Human Skeletal Material. *The Law Enforcement Bulletin* 8(8) Federal Bureau of Investigation, Washington D.C.

Lentini, J. J.
 1992 Behavior of Glass at Elevated Temperatures. *Journal of Forensic Sciences* 37.

Lentz, S. C.
 1996a Ground-Stone Artifact Analysis. In *Fire Effects on Archaeological Resources, Phase 1: The Henry Fire, Holiday Mesa, Jemez Mountains, New Mexico.* edited by S. C. Lentz, J. K. Gaunt, and A. J. Willmer, pp. 61-64. USDA General Technical Report RM-GTR-273.

 1996b Lithic Artifact Analysis. In *Fire Effects on Archaeological Resources, Phase 1: The Henry Fire, Holiday Mesa, Jemez Mountains, New Mexico.* edited by S. C. Lentz, J. K. Gaunt, and A. J. Willmer, pp. 65-73.. USDA General Technical Report RM-GTR-273.

Lentz, S. C., J. K. Gaunt, and A. J. Willmer (editors)
 1996 *Fire Effects on Archaeological Resources, Phase 1: The Henry Fire, Holiday Mesa, Jemez Mountains, New Mexico.* USDA General Technical Report RM-GTR-273.

334

BLM_0035158

Lewis, H. T.
    1973    Patterns of Indian Burning. *Ballena Press Anthropological Papers* No. 40. Ballena Press, Menlo Park, California.

Low, B.
    1996    Swan River Chert. *Plains Anthropologist* 41:165-174.

Loyd, J. M., T. M. Origer, and D. A. Fredrickson (editors)
    2002    *The Effects of Fire and Heat on Obsidian.* Cultural Resources Publication, Anthropology-Fire History, U.S. Department of Interior, Bureau of Land Management.

Luedtke, Barbara E.
    1992    *An Archaeologist's Guide to Chert and Flint.*  Archaeological Research Tools 7, Institute of Archaeology, Univeristy of California, Los Angeles.

Mandeville, M.D.
    1973    A Consideration of the Thermal Pretreatment of Chert.  *Plains Archaeologist* 18:177-202.

Marovelli, R. L., T. S. Chen, and K. F. Veith
    1966   Thermal Fragmentation of Rock. *Transactions, Society of Mining Engineers* (March):1-15.

Mazer, J. J., C. M. Stevenson, W. L. Ebert and J. K. Bates
    1991   The Experimental Hydration of Obsidian as a Function of Relative Humidity and Temperature.  *American Antiquity* 56(3):504-513.

McDowell-Loudan, E. E.
    1983   Fire-Cracked Rock: Preliminary Experiments to Determine its Nature and Significance in Archaeological Contexts.  *Chesopian* 21(1):20-29.

Merbs, C. F.
    1967   Cremated Human Remains from Point of Pines, Arizona: A New Approach.  *American Antiquity* 32:498-506.

McCutcheon, P. T.
    1992   Burned Archaeological Bone. In *Deciphering a Shell Midden*, edited by J. K. Stein, pp. 347-370. Academic Press, San Diego.

McKinley, J.
    1983   Cremations: Expectations, Methodologies, and Realities. In *Burial Archaeology, Current Research, Methods and Developments*, edited by C. A. Roberts and F. Lee, pp.  British Archaeological Reports, British Series 211.

McMahon, C. K., C. W., Adkins, and S. L. Rodgers
    1986   A Video Image Analysis System for Measurement of Fire Behavior. *Fire Management Notes* 47:10-15.

335

BLM_0035159

Morris, S.
 1992   Wildfire as a Part of Cultural Prehistory in Montana and the Implications for Public Land Managers. *Archaeology in Montana* 33(1):79-90.

Munsell
 2000   Munsell Soil Color Charts. Year 2000 Revised Edition, GretagMacbeth, New Windsor, NY.

Murray, A. S., and A. G. Wintle
 2000   Luminescence Dating of Quartz Using an Improved Single-Aliquot Regenerative-Dose Protocol. *Radiation Measurements* 32:57-73.

Nakazawa, Y.
 2002   An Experimental Examination for Detecting Thermal traits on Obsidian Artifacts. In *The Effects of Fire and Heat on Obsidian*, edited by J. M. Loyd, T. M.Origer, and D. A. Fredrickson, pp. 203-219. Cultural Resources Publication, Anthropology-Fire History, U.S. Department of Interior, Bureau of Land Management.

Nidal, H. Abu-Hamdeh, and R. C. Reeder
 2000   Soil Thermal Conductivity: Effects of Density, Moisture, Salt Concentration, and Organic Matter. *Soil Science Society American Journal* 64:1285-1290.

Noxon, J. S. and D. A. Marcus
 1983   Wildfire-induced Cliff Face Exfoliation and Potential Effects on Cultural Resources in the Needles District of Canyonlands National Park, Utah. *Southwestern Lore* 49(2):1-8.

Olausson, D. S.
 1983   Experiments to Investigate the Effects of Heat-Treatment on Use-Wear on Flint Tools. *Proceedings of the Prehistoric Society* 49:1-13.

Omega Engineering, Inc.
 2000   The Temperature Handbook. Omega Engineering Inc., Stamford, CT.

Oppelt, N. I., and T. J. Oliverius
 1993   The Effects of Fire Retardant Foam on Prehistoric Potsherds. *Southwestern Lore* 59:26-29.

Organ, R. M.
 1976   The Corrosion of Tin, Copper, Iron and Steel and Lead. In *Preservation and Conservation: Principles and Practices*, edited by S. Timmons, pp. 243-256. The Preservation Press, Washington, D. C.

Ozker, D.
 1976   Heat Treatment of Bayport Chert. *Michigan Archaeologist* 22:357-368.

336

BLM_0035160

Picha, P. R., S. A. Ahler, R. D. Sayler, R. W. Seabloom
   1991   Effects of Prairie Fire on Selected Artifact Classes. *Archaeology in Montana* 32:15-28.

Patterson, L.
   1995   Thermal Damage of Chert. *Lithic Technology* 20(1):72-80.

Pearce, J., and R. Luff
   1994   The Taphonomy of Cooked Bone. In *Whither Environmental Archaeology?* edited by R. Luff and P. Rowley-Conwy, pp. 51-56. Oxbow Books Monograph 38., Oxford.

Perkins, L. R.
   1985   Experiments in Heat-treating West-Central Mississippi Chert. *Mississippi Archaeology* 20(1):19-40.

Perry, R. H., and D. W. Green (eds.)
   1984   *Perry's Chemical Engineers' Handbook*, 6th ed., McGraw-Hill, New York.

Pidanick, B.
   1982   Prescribed Fire/Cultural Artifacts, Investigating the Effects. *Pacific/Southwest*

Posner, A. S.
   1969   Crystal Chemistry of Bone Material. *Physiological Review* 49:760-792.

Posner, A. S., and D. Belts
   1975   Synthetic Amorphous Calcium Phosphate and its Relation to Bone Mineral Structure. *Accounts of Chemical Research* 8:273-281.

Prescott, J. R., D. J. Huntley, and J. T. Hutton
   1993   Estimation of Equivalent Dose in Thermoluminescence Dating – The Australian Slide Method. *Ancient TL* 11:1-5.

Prescott, J. R., and J. T. Hutton
   1988   Cosmic Ray and Gamma Ray Dose Dosimetry for TL and ESR. *Nuclear Tracks and Radiation Measurements* 14:223-235.

Price, T. D., S. Chappell, and D. J. Ives
   1982   Thermal Alteration in Mesolithic Assemblages. *Proceedings of the Prehistoric Society* 48:467-485.

Purdy, B. A.
   1974   Investigations Concerning the Thermal Alteration of Silica Minerals: An Archaeological Approach. *Tebiwa* 17:37-66.

BLM_0035161

Purdy, B. A., and H. K. Brooks
   1971   Thermal Alteration of Silica Materials: An Archaeological Approach. *Science* 173:322-325.

Pyne, S. J.
   1982[1997]   *Fire in America: A Cultural History of Wildland and Rural Fire.* University of Washington Press, Seattle.

Pyne, S. J., P. L. Andrews, and R. D. Laven
   1996   *Introduction to Wildland Fire.* (2nd ed.), Wiley, NewYork.

Ramrakhiani, M., D. Pal, and S. C. Datta
   1980   Effect of Heating on the Hardness of Human Bone. *Acta Anatomica* 108:316-320.

Racine, C. H., and M. M. Racine
   1979   Tundra Fires and Two Archaeological Sites in the Seward Peninsula, Alaska. *Arctic* 32(1):76-79.

Rice, P. M.
   1987   *Pottery Analysis. A Sourcebook.* University of Chicago Press, Chicago.

Richter, J.
   1986   Experimental Study of Heat Induced Morphological Changes in Fish Bone Collagen. *Journal of Archaeological Science* 13:477-481.

Rick, John W.
   1978   Heat-altered Cherts of the Lower Illinois Valley, an Experimental Study in Prehistoric Technology.  Northwestern University Archaeology Program, Prehistoric Records 2.

Rick, J. W., and S. Chappell
   1983   Thermal Alteration of Silica Materials in Technological and Functional Perspective. *Lithic Technology* 12:69-80.

Ridings, R.
   1991   Obsidian Hydration Dating: The Effects of Mean Exponential Ground Temperature and Depth of Artifact Recovery.  *Journal of Field Archaeology* 18(1991):77-85.

Roberts, K. L. J.
   1963   Determination of the Firing Temperature of Ancient Ceramics by Measurement of Thermal Expansion. *Archaeometry* 6:21-25.

Robins, G. V., N. J. Steely, D. A. C. McNeil and M. E. C. Symons
   1978   Identification of Ancient Heat Treatment in Flint Artifacts by ESR Spectroscopy. *Nature* 276:703-704.

338

BLM_0035162

Robinson, W. J.
    1990   Tree-Ring Samples and Dated Fire Scars on Eight Trees from the La Mesa Fire Area, Appendix A. In *The 1977 La Mesa Fire Study: An Investigation of Fire and Fire Suppression Impact on Cultural Resources in Bandelier National Monument*, edited by D. Traylor, L. Hubbell, N. Wood, and B. Fiedler, pp. 142-146. Southwest Cultural Resources Center Professional Papers Number 28, Branch of Cultural Resources Management Division of Anthropology, National Park Service Santa Fe, New Mexico.

Romme, W. H., L. Floyd-Hanna and M. Connor
    1993   Effects of Fire on Cultural Resources at Mesa Verde.  In  Park Science, Summer 1993, pp. 28-30  USDI National Park Service.

Romme, W. H.
    1982   Fire and Landscape Diversity on Subalpine Forests of Yellowstone National Park. *Ecological Monographs* 52(2):199-221.

Rondeau, Michael F.
    1995   Thermal Damage Does Not Equal Heat Treatment. *Lithic Technology* 20(2):135-137.

Rothermel, R. C.
    1972   *A Mathematical Model for Predicting Fire Spread in Wildland Fuels*, USDA Forest Service, Research Paper INT-115, Intermountain Forest and Range Experiment Station, Ogden, UT.

Rothermel, R. C., and H. E. Anderson
    1966   *Fire Spread Characteristics Determined in the Laboratory*, USDA Forest Service, Research Paper INT-30, Intermountain Forest and Range Experiment Station, Ogden, UT.

Rowlett, R.
    1991   Ancient Grass Fires Detected by Thermoluminesence. *Archaeology in Montana* 32:29-32.

    1991   Ceramic Thermoluminescence Response Effects after the La Mesa Forest Fire, Bandelier National Monument. *Archaeology in Montana*, 32:49-56.

Rowlett, R. M., and S. Johannessen
    1990   Thermoluminescence Response Interference from the La Mesa Fire, Bandelier National Monument, Appendix G. In *The 1977 La Mesa Fire Study: An Investigation of Fire and Fire  Suppression Impact on Cultural Resources in Bandelier National Monument*, edited by D. Traylor, L. Hubbell, N. Wood, and B. Fiedler, pp. 191-201. Southwest Cultural Resources Center Professional Papers Number 28, Branch of Cultural Resources Management Division of Anthropology, National Park Service Santa Fe, New Mexico.

BLM_0035163

Rye, O. S.
   1981   *Pottery Technology: Principles and Reconstruction*. Taraxacum,
   Washington, D.C.

Salmang, H.
   1961   *Ceramics: Physical and Chemical Fundamental*. Butterworths, London

Sayler, Rodney D., Robert W. Seabloom and Stanley H. Ahler
   1989   Impacts of Prescribed Burning on the Archaeological and Biological Resources of
   the Knife River Indian Village National Historic Site.  Report submitted to the
   National Park Service.

Sayler, R. D., R. W. Seabloom, and S. A. Ahler (eds.)
   1989   *Impacts of Prescribed Burning on Archaeological and Biological
   Resources of the Knife River Indian Villages NHS*. Institute for Ecological
   Studies, University of North Dakota. Submitted to the University of Wyoming
   National Park Service Research Center, Laramie Wyoming.

Schiffer, M. B.
   1996[1987]   *Formation Processes of the Archaeological Record*. University of
   Utah  Press, Salt Lake City.

   1990a   The Influence of Surface Treatment on Heating Effectiveness of Ceramic
   Vessels. *Journal of Archaeological Science* 17:373-381.

Schiffer, M. B., J. M. Skibo, T. C. Boelke, M. A. Neupert, and M. Aronson
   1992   New Perspectives on Experimental Archaeology: Surface Treatments and
   Thermal Response of the Clay Cooking Pot. *American Antiquity* 59: 197-217.

Schindler, D.L., J.W. Hatch, C.A. Hay and R.C. Bradt
   1982   Aboriginal Thermal Alteration of a Central Pennsylvania Jasper: Analytical and
   Behavioral Implications.  *American Antiquity* 47:526-544.

Schuette, R. D.
   1965   *Preparing Reproducible Pine Needle Fuel Beds*, research Note INT-36,
   Intermountain Forest and Range Experiment Station, Ogden, UT.

Scott, L. J.
   1990   Pollen Analysis of Three Sites in the La Mesa Study Area, Appendix C.
   In *The 1977 La Mesa Fire Study: An Investigation of Fire and Fire
   Suppression Impact on Cultural Resources in Bandelier National Monument*, edited by
   D. Traylor, L. Hubbell, N. Wood, and B. Fiedler, pp. 153-164. Southwest Cultural
   Resources Center Professional Papers Number 28, Branch of Cultural Resources
   Management Division of Anthropology, National Park Service Santa Fe, New Mexico

Seabloom, Robert W., Rodney D. Sayler and Stanley A. Ahler
   1991   Effects of Prairie Fire on Archaeological Artifacts.  Park Science: A Resource
   Management Bulletin Vol. 11(1).  USDI National Park Service.

BLM_0035164

Searle, A. B., and R. W. Grimshaw
  1959   *The Chemistry and Physics of Clays and Other Ceramic Materials.* 3rd ed.
    Interscience Publishers, New York.

Shepard, A. O.
  1956   *Ceramics for the Archaeologist.* Publication 609, Carnegie Institution of
    Washington, Washington D.C.

Shipman, P., G. Foster, and M. Schoeninger
  1984   Burnt Bones and Teeth: An Experimental Study of Color, Morphology,
    Crystal Structure and Shrinkage. *Journal of Archaeological Science* 11(4):307-
    325.

Shippee, J. M.
  1963   Was Flint Annealed Before Flaking? *Plains Anthropologist* 8(22):271-272.

Spenemann, D. H. R., and S. M. Colley
  1989   Fire in a Pit: The Effects of Burning on Faunal Remains. *ArchaeoZoologia*
    3:51-64.

Shackley, M. S., and C. Dillian
  2002   Thermal and Environmental Effects on Obsidian Geochemistry:
    Experimental and Archaeological Evidence. In *The Effects of Fire and Heat on
    Obsidian*, edited by J. M. Loyd, T. M. Origer, and D. A. Fredrickson, pp. 203-
    219. Cultural Resources Publication, Anthropology-Fire History, U.S.
    Department of Interior, Bureau of Land Management.

Siefkin, N.
  2002   Manual Fuel Load Reduction as a Means of Reducing the Effects of Fire on
    Obsidian Hydration: Examples from Lassen Volcanic National Park and Lava
    Beds National Monument. In *The Effects of Fire and Heat on Obsidian*, edited
    by J. M. Loyd, T. M. Origer, and D. A. Fredrickson, pp. 203-219. Cultural
    Resources Publication, Anthropology-Fire History, U.S. Department of
    Interior, Bureau of Land Management.

Skinner, B. J.
  1966   Thermal Expansion. In *Handbook of Physical Constants*, revised edition,
    edited by S. P. Clark, Jr., pp. 75-96. Geological Society of America Memoir 97,
    Washington D.C.

Skinner, C. N.
  2002   Fire Regimes and Fire History: Implications for Obsidian Hydration Dating.
    In *The Effects of Fire and Heat on Obsidian*, edited by J. M. Loyd, T.
    M. Origer, and D. A. Fredrickson, pp. 141-146. Cultural Resources Publication,
    Anthropology-Fire History, U.S. Department of Interior, Bureau of Land
    Management.

BLM_0035165

Skinner, C., and C. Chang
    1996    Fire Regimes, Past and Present. In *Sierra Nevada Ecosystem Project: Final Report to Congress, vol. II: Assessments and Scientific Basis for Management Options.* Water Resources Center Report No. 37:1041-1069. Centers for Water and Wildland Resources, University of California, Davis.

Smith, J.
    2002    Protecting Archaeological Sites with Prescribed Fire. In *The Effects of Fire and Heat on Obsidian*, edited by J. M. Loyd, T. M. Origer, and D. A. Fredrickson, pp.203-219. Cultural Resources Publication, Anthropology-Fire History, U.S. Department of Interior, Bureau of Land Management.

Solomon, M.
    2002    Fire and Glass: Effects of Fire on Obsidian Hydration Bands. In *The Effects of Fire and Heat on Obsidian*, edited by J. M. Loyd, T. M. Origer, and D. A. Fredrickson, pp. 203-219. Cultural Resources Publication, Anthropology-Fire History, U.S. Department of Interior, Bureau of Land Management.

Steffen, A.
    2002    The Dome Pilot Project: Extreme Obsidian Fire Effects In The Jemez Mountains. In *The Effects of Fire and Heat on Obsidian*, edited by J. M. Loyd, T. M. Origer, and D. A. Fredrickson, pp. 159-202. Cultural Resources Publication, Anthropology-Fire History, U.S. Department of Interior, Bureau of Land Management.

Stevenson, C. M., J. Carpenter and B. E. Scheetz
    1989    Obsidian Dating: Recent Advances in the Experimental Determination and Application of Hydration Rates. *Archaeometry* 31(2): 193-206.

Shepard, A. O.
    1976 [1954]    *Ceramics for the Archaeologist* Carnegie Institution of Washington, Washington D.C.

Stehli, I.
    1990    Radiocarbon Dates from Two Sites Burned by the La Mesa Fire, Appendix I. In *The 1977 La Mesa Fire Study: An Investigation of Fire and Fire  Suppression Impact on Cultural Resources in Bandelier National Monument*, edited by D. Traylor, L. Hubbell, N. Wood, and B. Fiedler, pp. 203-206. Southwest Cultural Resources Center Professional Papers Number 28, Branch of Cultural Resources Management Division of Anthropology, National Park Service Santa Fe, New Mexico.

Stiner, M., Kuhn, S., Weiner, S., and O. Bar-Yosef
    1995    Differential Burning, Recrystallization, and Fragmentation of Archaeological Bone. *Journal of Archaeological Science* 22:223-237.

Stinson, K. J., and H. A. Wright
    1969    Temperature Headfires in the Southern Mixed Prairie of Texas. *Journal of Range Management* 22:169-174.

342

BLM_0035166

Switzer, R. R.
  1974    The Effects of Forest Fire on Archaeological Sites in Mesa Verde National
          Park, Colorado. *The Artifact* 12(3):1-7, El Paso Archaeological Society, El Paso
          Texas.

Traylor, T., L. Hubbell, N. Wood, and B. Fiedler
  1990    *The 1977 La Mesa Fire Study: An Investigation of Fire and Fire Suppression
          Impact on Cultural Resources in Bandelier National Monument.* Southwest Cultural
          Resources Center Professional Papers Number 28, Branch of Cultural Resources
          Management Division of Anthropology, National Park Service Santa Fe, New Mexico.

Taylor, J., P. Hare, and T. White
  1995    Geochemical Criteria for Thermal Alteration of Bone. *Journal of
          Archaeological Science* 22:115-119.

Thirumalai, K.
  1970    Process of Thermal Spalling Behavior in Rocks: An Exploratory Study. In *Rock
          Mechanics: Theory and Practice,* edited by W. H. Somerton, pp. 705-727. AIME, New
          York.

Thurman, M. D., and L. J. Willmore
  1981    A Replicative Cremation Experiment. *North American Archaeologist*
          2:275-283.

Tite, M. S.
  1969    Determination of the Firing Temperature of Ancient Ceramics by
          Measurement of Thermal Expansion: A Reassessment. *Archaeometry* 11:131-
          143.

Traylor, D.,  L. Hubbell, N. Wood, and B. Fiedler
  1990    *The 1977 La Mesa Fire Study: An Investigation of Fire and Fire
          Suppression Impact on Cultural Resources in Bandelier National Monument.*
          Southwest Cultural Resources Center, Professional Papers No. 28.

Trembour, Fred N.
  1990    A Hydration Study of Obsidian Artifacts, Burnt vs. Unburnt by the La Mesa Fire,
          Appendix G. In *The 1977 La Mesa Fire Study: An Investigation of Fire and Fire
          Suppression Impact on Cultural Resources in Bandelier National Monument,* edited by
          J. M. Loyd, T. M. Origer, and D. A. Fredrickson, pp. 174-190. Cultural Resources
          Publication, Anthropology-Fire History, U.S. Department of Interior, Bureau of Land
          Management. Southwest Cultural Resources Center Professional Paper No. 28.
          National Park Service Santa Fe, New Mexico.

Turner, N. J.
  1993    Burning Mountainsides for Better Crops: Aboriginal Landscape Burning in
          British Columbia. *Archaeology in Montana* 32:57-73.

BLM_0035167

Ubeläker, D. H.
    1984    Human Skeletal Remains: Excavation, Analysis, and Interpretation.
        *Smithsonian Institution, Aldine Manuals in Archaeology* 2:33-36.

Van Vlack, L.
    1964    *Physical Ceramics for Engineers*. Addison –Wesley, Reading,
        Massachusetts

Veblen, T. T., T. Kitzberger, and J. Donnegan
    2000    Climatic and Human Influences on Fire Regimes in Ponderosa Pine Forests
        in the Colorado Front Range. *Ecological Applications* 10(4):1178-1195.

Von Ednt, D. W., and D. J. Ortner
    1984    Experimental Effects of Bone Size and Temperature on Bone Diagenesis.
        *Journal of Archaeological Science* 11:247-253.

Wai, R. S. C., K. Y. Lo, and K. Rowe
    1982    Thermal Stress Analysis in Rocks with Nonlinear Properties. *Journal of
        Rock Mechanics Mineral Science and Geomechanics Abstracts* 19-211-220.

Waite, J. G.
    1976    Architectural Metals: Their Deterioration and Stabilization. In *Preservation
        and Conservation: Principles and Practices*, edited by S. Timmons, pp. 213-
        242. The Preservation Press, Washington D. C.

Wendorf, M.
    1982    The Fire Areas of Santa Rosa Island: An Interpretation. *North American
        Archaeologist* 3:173-180.

Wettstaed, J. R.
    1993    Forest Fires and Archaeological Sites: Observations Resulting from the
        Fire Season in Southwest Montana. *Archaeology in Montana* 34:7-16.

Weymouth, J. W. and M. Mandeville
    1975    An X-Ray Diffraction Study of Heat Treated Chert and its Archaeological
        Implications. *Archaeometry* 17(1):61-67.

Weymouth, J. M., and W. O. Williamson
    1951    Some Physical Properties of Raw and Calcined Flint. *Mineralogical Magazine*
        29:573-593.

Whelan, R. J.
    1995    *The Ecology of Fire*. Cambridge University Press, Cambridge.

Whyte, T.
    1984    *Lithic Artifact Burning and Archaeological Deposit Formation on Three
        Early Archaic Sites in East Tennessee*. Master's Thesis, Department of Anthropology,
        University of Tennessee, Knoxville.

344

BLM_0035168

Williams, R. E., R. M. Potter, and L. Miska
  1996   Experiments in Thermal Spallation of Various Rocks. *Journal of Energy Resources Technology ASME* 118:2-8.

Winkler, E. M.
  1973   *Stone: Properties, Durability in Man's Environment.* Springer-Verlag, New York.

Wright, H., and P. W. Bailey
  1982   *Fire Ecology: United States and Southern Canada.* John Wiley & Sons, New York.

Yokelson, R. J., R. Susott, D. E. Ward, J. Reardon, and D. W. T. Griffith
  1997   Emissions from Smoldering Combustion of Biomass Measured by Open-Path Fourier Transform Infrared Spectroscopy. *Journal of Geophysical Research* 102(D15):18,865-18,877.

Young, L. C., and T. Stone
  1990   The Thermal Properties of Textured Ceramics: An Experimental Study. *Journal of Field Archaeology* 17_196-203.

Ziad, A. S., and A. Roussan
  1999   Determination of the Initial Firing Conditions of Ayyubid/Mamluk Painted Pottery Excavated from Northern Jordan. *Geoarchaeology* 14(4):333-349.

Zimmerman, D. W.
  1971   Thermoluminescence Dating Using Fine Grains from Pottery. *Archaeometry* 13(1):29-52.

Zimmerman, D. W., and J. Huxtable
  1971   Thermoluminescence Dating of Upper Paleolithic Fired Clay from Dolni Vestonice. *Archaeometry* 13(1):53-57.

345

BLM_0035169

# Monitoring Stream Channels and Riparian Vegetation- Multiple Indicators



Interagency Technical Bulletin
**Version 5.0 / April 2008**

Timothy A. Burton
Steven J. Smith
Ervin R. Cowley

BLM/ID/GI-08/001+1150

BLM / USFS
Idaho State Office, BLM and Intermountain Region, US Forest Service




BLM_0035170

# Monitoring Stream Channels and
# Riparian Vegetation—Multiple Indicators
Version 5.0 – 2008

**Timothy A. Burton, Steven J. Smith, and Ervin R. Cowley**

## TABLE OF CONTENTS

**INTRODUCTION** 1

**Selecting Designated Monitoring Areas (DMAs)** 4

**Selecting Appropriate Indicators** 6

**Establishing the Line Transect** 8

**Skills, Training, Collection Time, and Equipment** 8

**MONITORING PROCEDURES**

**A. Procedure: Locating the Greenline (Modified from Winward 2000)** 11

**B. Procedure: Measuring and Recording Streambank and Vegetation Indicators** 16

    1. Greenline Vegetation Composition 16

    2. Streambank Alteration 18

    3. Streambank Stability and Cover 21

    4. Residual Vegetation Measurement (Stubble Height) 24

    5. Woody Species Regeneration (Modified from Winward 2000)) 25

    6. Woody Species Use 28

**C. In-Channel Indicators** 31

    7. Greenline-to-Greenline Channel Width (GGW) 31

    8. Max Water Depth (Thalweg Depth) 33

    9. Water Width 34

    10. Substrate Composition 34

**DATA INTERPRETATION** 36

    1. Successional Status – Ecological Status 37

    2. Vegetation Erosion Resistance Rating 38

    3. Wetland Rating 39

    4. Streambank Stability 41

i

BLM_0035171

5. Residual Vegetation (Mean and Median Stubble Height) _____ 42

6. Woody Species Regeneration_____ 43

7. Greenline-to-Greenline Channel Width (GGW) _____ 44

8. Woody Species Use _____ 44

9. Thalweg Depth Variation Index _____ 44

10. Water Width-Maximum Depth Ratio _____ 45

11. Percent Substrate Fines (<6 mm) _____ 45

12. $D_{84}$ Substrate Particle Size Diameter _____ 46

13. Stage from Discharge _____ 46

14. Roughness Coefficient _____ 46

15. Pool Quality Index _____ 47

16. Photographs_____ 47

17. PFC Validation _____ 47

18. Winward Greenline Calibration (Winward 2000)_____ 48

REFERENCES _____ 49

ii

**APPPENDICES**

A.  Selecting the DMA and Monitoring Indicators
B.  Guide to the Selection of Monitoring Indicators
C.  Greenline Location
D.  Modified Daubenmire Monitoring Frame
E.  Data Entry and Analysis
F.  Riparian Monitoring Data Sheet Instructions
G.  Example Greenlines
H.  Greenline Dominance Plant Types
I.   Riparian Vegetation Community Types of the Intermountain Area
J.   Streambank Alteration
K.  Streambank Stability
L.  Greenline-to-Greenline Width
M.  Woody Species Use—Browse
N.  Testing Precision and Accuracy
O.  Equipment List

iii

# INTRODUCTION

The purpose of *Monitoring Stream Channels and Riparian Vegetation—Multiple Indicators* (also referred to as "Multiple Indicator Monitoring" or the "MIM Protocol") is to provide an efficient and effective approach to monitoring streambanks, stream channels, and riparian vegetation. Monitoring within stream channels and their margins is particularly useful to the management of stream-dependent resources, including water quality and quantity, aquatic biota, and near-stream terrestrial biota. This protocol is designed to meet the recommendations in the *University of Idaho Stubble Height Study Report (University of Idaho Stubble Height Study Team 2004)* to integrate annual grazing use and long-term trend indicators. The monitoring procedures described in this document can be used to help evaluate livestock grazing management to determine whether the vegetation and stream channels are responding as anticipated. While the MIM protocol was initiated as a result of grazing management concerns, the long-term monitoring techniques described herein will provide useful data describing the general condition and trend of stream channels and riparian vegetation regardless of the kind of management activities occurring on the site.

An inevitable consequence of developing and testing a new monitoring protocol is that additions and refinements will occur. From the beginning, we have emphasized the use of existing techniques, as much as possible, to maintain consistency through time. For this reason, the techniques of the MIM protocol in this version have not been modified from previous versions. This version provides some minor clarifications, additional results of testing, and the addition of a new metric to account for the effect of riparian vegetation on terrestrial insect production. Recent research has demonstrated that terrestrial insect production is a major component of the diets for salmonid fishes and can be influenced by livestock grazing effects on riparian vegetation (Saunders and Fausch 2007). An overall description of grazing effects on stream fisheries and riparian vegetation can be found in Platts (1991).

Adaptive livestock grazing management, as described by the University of Idaho Stubble Height Study Team (2004), requires developing specific riparian and stream management objectives, a grazing management plan designed to meet those objectives, and long-term monitoring criteria used to evaluate success. Annual monitoring of livestock use helps determine if grazing management is being implemented as planned and if the plan is helping to achieve resource objectives. This includes monitoring annual indicators of grazing use, assessing the effects of this use on resource objectives, and then evaluating whether or not the grazing plan needs to be adjusted. This is consistent with the Department of Interior's recent policy to emphasize adaptive management in agency programs and procedural guidance (Sec. Order No 3270, 2007).

1

BLM_0035174

Trigger indicators of livestock use (e.g., residual stubble height, woody species use, streambank alteration, use compliance, changes in species preference) are monitored to determine when to move the animals to another grazing area. Endpoint indicators of livestock use (residual stubble height, woody species use, streambank alteration) are monitored after the end of the growing and grazing season to determine if the use or disturbance was within allowable levels. Endpoint monitoring data provides information necessary to evaluate the effect of grazing on long-term trends in stream and riparian habitat conditions.

Single indicators of condition or trend are usually not adequate to make good decisions (University of Idaho Stubble Height Study Team 2004). Data on the condition and trend of vegetation and stream channels (multiple indicators), combined with the knowledge of current management practices is the key to defining cause-and-effect relationships important for making well-informed decisions. Because of site complexity, it is not possible to know in advance which indicator(s) best detect management influences on stream and riparian condition. For that reason, using multiple indicators is suggested as a more complete and useful approach. Once cause-and-effect relationships have been established, it may be possible to select the specific indicator(s) that are most effective for detecting change at the site.

Appropriate vegetative cover, stream channel geometry (width and depth), substrates free of excess fine sediments, and high streambank stability are essential for achieving good water quality and aquatic habitat. Monitoring the current year's grazing impacts (short-term indicators) along with long-term indicators of riparian vegetation, streambank condition, and stream channel conditions at the same location, provides the basis for making grazing adjustments needed to achieve desired conditions. Annual indicators of grazing use (e.g., stubble height, streambank alteration, and woody species use) alone do not provide the data needed to determine condition and trend.

Previous approaches have been relatively inefficient partly due to the fact that separate protocols were required for each indicator. This protocol combines observations of up to ten indicators along the same transect, using simple refinements of the existing protocols. Since travel time to field sites represents a considerable time commitment, collecting multiple indicators at one location, using one protocol, is more efficient.

A critical component of understanding and detecting trends through time, despite natural variability in channel and riparian condition, is limiting the selection of monitoring indicators to those that are sensitive to disturbance and that can be measured objectively, precisely, and efficiently. This monitoring protocol is designed to maximize objectivity by emphasizing precision and accuracy. This is accomplished by selecting indicators that are measurable, locating observation points along the greenline according to strictly defined

2

rules, and making class determinations using systematic procedures and classification keys.

This monitoring protocol addresses ten procedures that can be used to monitor streams and associated riparian vegetation. Seven procedures provide indicators for long-term (trend) monitoring:

1. **Modified greenline vegetation composition** (Winward 2000)**,**
2. **Modified woody species regeneration** (Winward 2000)**,**
3. **Streambank stability** (Henderson *et al.* 2004**,**
4. **Greenline-to-greenline channel width** (Burton *et al.* 2006),
5. **Maximum water depth** (Henderson *et al.* 2004)**,**
6. **Water width** (Henderson *et al.* 2004), and
7. **Substrate composition** (Bunte and 2001).

These indicators provide data to assess the current condition and trend of streambanks, channels, and vegetation. They help determine if local livestock grazing management strategies and actions are achieving the long-term goals and objectives for stream riparian vegetation and aquatic resources. Monitoring procedures for vegetation include modifications of greenline vegetation composition and woody species regeneration described by Winward (2000) and Coles-Ritchie *et al.* (2004). Streambank stability is a refinement of the PIBO method described by Henderson *et al.* (2004). The present authors developed the greenline-to-greenline width measurement. Greenline-to-greenline width is the non-vegetated width of the stream channel between the greenlines on each side of the stream. As stream channels recover from disturbance, the width between greenlines often decreases. This is because channel narrowing usually reflects increasing streambank stability and vegetative encroachment. Such narrowing is often associated with restored or enhanced fish habitat quality associated with increases in vegetative and overhanging bank cover, increased water depth, along with cleaner substrates.
Stream thalweg depth, width, and substrate parameters are measured at transects using methods similar to the PIBO protocol (Henderson *et al.* 2004).

Permanent photo points provide a long-term visual record of streambank and riparian conditions and trend. This protocol recommends a minimum number of photographs needed for an acceptable visual record. More detailed photos may be added if required to document or answer management questions.

Three indicators help determine whether current season's livestock grazing is meeting allowable use criteria. The protocol includes:

1. **Modified landscape appearance for livestock use on woody plants** (formerly the Key Forage Plant Method) (Interagency Technical Reference 1996),

3

BLM_0035176

2. **Modified residual vegetation (stubble height)** Interagency Technical Reference (1996) and Challis Resource Area (1999), and
3. **Streambank alteration** (Cowley 2004).

Procedures were modified to allow the use of a prescribed plot size that allows collecting data for all ten monitoring indicators in a single pass. Specific rules were developed to facilitate the use of the plot and to maintain consistency, precision, and accuracy in data collection.

In addition to documenting stream conditions and trend via field measurements, photos should also be used to document annual grazing use at the monitoring site. This helps those interpreting the data to visualize the data being analyzed, and to provide additional evidence of change through time.

The amount of residual vegetation (stubble height) left at the end of the season has a direct relationship to the long-term productivity of herbaceous riparian plants and can ultimately affect the composition of vegetation along the greenline (measured using the greenline vegetation composition procedure). Since streambank alteration by livestock can affect streambank stability, it is useful to monitor the amount of annual streambank disturbance. Shrub use, as measured by woody species use, can directly affect the long-term productivity of woody plants on the streambanks. Research has shown that heavy to extreme use by grazing animals every year is detrimental to plant health, while light to moderate use maintains overall plant health (Thorne *et al.* 2005). In addition, continued heavy to extreme use of woody species can limit the plant's ability to regenerate.

## Selecting Designated Monitoring Areas (DMAs)

A designated monitoring area (DMA) is the location, or stream reach, where monitoring occurs. Essentially, there are three types of DMAs:

1. **Representative DMA**: A reach chosen to be representative of a larger area. Representative DMAs should be located within an identified riparian complex. Riparian complexes are defined by Winward (2000) as "a unit of land with a unique set of biotic and abiotic factors. Complexes are identified on the basis of their overall geomorphology, substrate characteristics, stream gradient and associated water flow features, and general vegetation patterns." Representative DMAs should be located in areas representative of grazing use (or other use) specific to the riparian area being assessed. Winward (2000) suggests that monitoring should be located at sites within the complex that "best represent influences of major activities in that complex." Generally, more than one riparian complex occurs in a management unit; therefore, the DMA should be placed in the riparian complex that is the most

4

sensitive to management influences. The premise is that if the DMA is placed in the most sensitive complex, and that complex is being monitored and managed to achieve desired conditions, the other less sensitive complexes will also be managed appropriately. However, it is inappropriate to place Representative DMAs in water gaps or other specific concentration zones (see critical DMA, defined below).

While the term "DMA" was initially established for grazing management applications, DMAs may be located in areas to monitor recreation impacts, the effects of roads, and other activities. Representative Designated Monitoring Areas are the most common type of DMA used by land managers.

The following criteria should be used to select Representative DMAs:

- Representative DMAs should only be selected by an interdisciplinary team of qualified personnel with a good understanding of stream functions and riparian ecology and a detailed knowledge of the area.

- Representative DMAs should occur within riparian complexes that best characterize major activities/uses in that complex (livestock grazing, recreation use, etc.).

- Where multiple riparian complexes occur in a management unit and it is not possible to establish DMAs in all complexes, select the one that is most sensitive to management influences.

- Representative DMAs should be placed in areas where it is clear that the achievement of established resource objectives can be monitored and measured. The site should have the potential to respond to and demonstrate measurable trends in condition resulting from changes in grazing management or other management activities influencing stream channels and riparian vegetation.

- Avoid placing DMAs on reaches impervious to disturbance where vegetation is not a controlling factor, such as cobble, boulder, and bedrock-armored channels.

- Avoid placing DMAs in streams over four percent gradient unless they have distinctly developed flood plains and vegetation heavily influences channel stability.

5

BLM_0035178

- Avoid putting representative DMAs at water gaps or locations intended for livestock concentration, or areas where riparian vegetation and streambank impacts are the result of site-specific conditions (such as along fences where livestock grazing use is not *representative* of the riparian area). These local areas of concentration may be monitored to address highly localized issues if necessary (in which case they would be described as "Critical DMAs" as defined below).

- Avoid placing DMAs in areas compounded by activities that make it difficult to establish cause-and-effect relationships. For example, an area used heavily by both recreationists and livestock would not make a good DMA to determine the effects of livestock grazing on stream conditions. In addition, avoid areas compounded by non-agency activities since the purpose is to monitor trends related to agency activities.

2. **Critical DMA:** A reach that is *not* representative of a larger area but important enough that specific information is needed at that particular site. Critical DMAs are monitored for highly localized purposes. Small critical spawning reaches when there may be concentrated livestock use is an example. Extrapolating data from a critical DMA to a larger area may not be appropriate.

3. **Reference DMA:** A reach chosen to obtain reference data useful for identifying potential condition, and for establishing initial desired condition objectives for a similar riparian complex. A common example is a grazing exclosure where livestock access to the stream is restricted.

After the DMA is selected, it is critical that the ID team document a clear and comprehensive rationale for the identification and selection of the chosen DMA location. This rationale should include a short discussion of the DMA selection process and the intent of collecting data at that site.

## Selecting Appropriate Indicators

After the DMA has been located, it is important to select the appropriate objectives and indicators for the site and management strategy. Site potential or capability (vegetation and stream type); management objectives for vegetation, streambanks, and stream channel; timing, duration, and frequency of the grazing strategy; and monitoring questions must all be considered when selecting the indicators that are to be monitored (see Appendix B).

6

BLM_0035179

- General goals and/or broad objectives are usually established in the agency land use plans, i.e., forest resource plans, resource management plans (RMP), management framework plans (MFP), allotment management plans, ranch plans, and other management plans.

- An understanding of the basic geomorphic processes and vegetation responses is important to interpreting both the potential and the desired future condition of the stream. Streams with substrate and banks dominated by gravel, with limited fine sediment loads, are likely to be dominated by woody vegetation. In such instances, herbaceous vegetation is likely to be slow to develop, as these types require more fine soils to become established.

- Riparian Management Objectives should reflect the attainable condition. For example, incised stream channels may not likely fill with sediment under current climatic regimes. Miller *et al.* (2004) state, "The dominant process operating within the upland stream systems today is channel incision." Therefore, it is likely that incised channels will widen, develop a new floodplain, and stabilize the channel near the current elevation. In some rare instances, however, incised channels will fill with sediment and move toward a stable state at the elevation of the channel prior to incision.

Appropriate indicators may change over time. For example, if the DMA is dominated by herbaceous species with no woody species present, woody species regeneration and woody species use would not be selected as indicators. It is important to note that Winward (2000) indicates that there is a potential for willows and other woody species on most streams with a gradient of 0.05 percent or more and periodic over bank flooding with deposition. Woody species reproduction is episodic, as they require a seed source, freshly deposited soil, and moisture for a sufficient time to develop a root system adequate to support the seedling until it is established. When these conditions occur, it is appropriate to add woody species regeneration and woody species use to track the changes.

- Pastures that are in a rest period may only need validation that livestock use has not occurred. Stubble height, streambank alteration, and woody use monitoring may not be done during that year if it is not answering a specific question.

- Another situation that may be common is finding that one of the annual indicator thresholds is reached consistently before others, e.g., streambank alteration reaches threshold levels before woody species use or stubble height criteria are met. The decision may be to discontinue the stubble height and woody species use procedures and monitor only streambank alteration each year. However, caution must

7

BLM_0035180

be exercised since the annual indicators can be affected differently based on the season of use. For example, maximum allowable willow use may be the first indicator met in a riparian zone used late in the fall (well before streambank alteration or stubble height). When the same pasture is used in the spring, it is unlikely that willow use will occur first—stubble height or streambank alteration would likely be affected first and therefore be the most appropriate indicator to monitor.

## Establishing the Line Transect

After the DMA is selected, a permanently marked line transect is established on both sides of the stream. The following procedure should be followed when establishing the line transect:

- **TRANSECT or REACH:** The line transect at the DMA extends at least 110 meters (361 feet) along the stream. Longer reaches may be needed on larger streams (over 5.5 meters or 18 feet bankfull width), or those with extreme variability or site complexity.

- **REACH MARKER:** Permanently mark the lower and upper ends of the reach with *reach markers*. Place the lower marker on the left-hand side (looking upstream) and the upper marker 110 meters upstream (further if a longer reach is used). Steel t-posts are not recommended for reach markers since they attract livestock and will lead to concentrated impacts on the reach. Reach markers should be made of securely capped or bent over larger-diameter rebar or similar material. Straight, jagged, rebar stakes that are not capped or bent over present a serious hazard to horses and other animals. Pace 110 meters (361 feet) up the stream along the thalweg or greenline and place the upstream marker on the right-hand side (looking upstream). Reach markers should be placed a sufficient distance from eroding banks to reduce the risk of losing the marker.

- **REFERENCE MARKER:** A permanent *reference marker* should be used as a reference point to help relocate the DMA. Reference markers should be located well away from the Transect (at least 100 feet if a post that attracts livestock is used). Reference markers can be steel posts, a marked post in a fence line, a marked tree or unique rock, or other natural feature. Provide a geographic positioning system (GPS) location (UTM or latitude-longitude) for both the reference marker, and the reach markers. Sketch the monitoring setup to make sure future visits use the same starting point on the stream.

## Skills, Training, Collection Time, and Equipment

8

*Skills*

Individuals must have a basic understanding of riparian ecology and stream function. This requires knowledge of riparian species identification, erosion, and deposition processes.

*Training*

Training is required to successfully apply this monitoring protocol. As a minimum, observers should receive the basic 2-day training module, including the overview, field demonstration, field data collection, and data analysis. Ideally, field practitioners should also apply the protocol for several field days in the presence of trainers to gain proficiency in the methodology. For example, bank alteration measurement variability among observers was reduced from about 30 percent variability without training to about 12 percent with training.

*Collection Time*

If all ten indicators are monitored in the same year, sample time is approximately 2 to 4 hours per site. Normally, a subset of the indicators is chosen in a given year which usually reduces sampling time to about 2 hours per site.

*Equipment*

See Appendix O.

## MONITORING PROCEDURES

1.  These procedures were designed to be completed at summer low flows. High water flows obscure greenlines and streambanks; attempts to collect data during these periods will result in unusable data. In addition, do not use these monitoring procedures immediately following a flood or high flow event resulting in sediment deposition and scour. Sediment deposition and scour makes it difficult, if not impossible, to determine the effects of the current season livestock use, and some vegetation may be temporarily buried.

2.  Long-term (trend) monitoring data should be gathered at three to five-year intervals. This allows vegetation and streambanks time to respond to the effects of grazing management. In some cases, the period may be extended because of slower recovery rates. Ten years should be the longest interval used on any site.

9

3. Short-term annual indicator data may be collected in a different season than the trend data; however, short-term data should be collected when it is appropriate, typically immediately following livestock use.  If the management prescription requires a certain amount of residual vegetation remaining to protect streambanks during high winter or spring flows, monitoring should be done after the growing season has ended and livestock have been removed from the area.

4. Use handheld computers to record data (see Appendix E).  These devices save about one hour per transect.  However, the data may be recorded on the Riparian Monitoring Data Sheet if a handheld computer is not available (see Appendix F).

**Systematic Procedure**

1. After the line transect markers are placed, photographs should be taken before data is collected since the monitoring process will result in some visible disturbance on the site.   As a minimum, take photographs at the following locations:

   a.  From the lower marker looking upstream,
   b.  Across the stream from the lower marker,
   c.  Downstream from the upstream marker, and
   d.  Across the stream from the upstream marker.
   e.  Take additional photographs as needed and describe the location of each photo in relation to the downstream marker.

2. Monitoring should begin at the lower left-hand side of the stream (looking upstream).  The monitoring setup should be sketched and GPS coordinates recorded to ensure future monitoring data is collected at the same location and in the same sequence.

3. Use only the indicators appropriate for the site (see Appendix B).  If the site does not have the potential for woody species with appropriate management, do not include the woody species regeneration and woody species use as part of the monitoring for the site.  However, if the site objectives include woody species, but no woody species are present, woody species regeneration should be included to determine if management is making progress toward meeting the objectives.  Woody species utilization data cannot be gathered until woody species begin reestablishing along the greenline.

4. Beginning at the lower transect marker on the left-hand side (looking upstream), determine a random number between 1 and 10, take that number of steps along the thalweg (deepest part of the channel) or along the streambank to the first plot location.  Place the monitoring

10

frame (see Appendix D) down at the toe of the boot with the center bar along the greenline. Continue the procedure at predetermined intervals (usually 2, 3, or 4 steps, or short enough to obtain 40 plots on each side of the stream) until the upper transect marker is reached. If the required number of plots is obtained prior to reaching the upper marker, **continue reading plots until the marker is reached**. Once the upper marker is reached, cross the stream and repeat the procedure down the other side to the end marker. The entire length of the transect on both sides of the stream is sampled. Individuals should determine the length of their steps and adjust the interval between plots so that an adequate sample size can be obtained. Mark a distance, usually 100 feet, and count the number of steps required to cover the selected distance. Determine the average step length by pacing the distance three or four times and calculating the average. For example, if an individual takes an average of 66 steps in 100 feet, then the average step length is 18 inches. Table 1 indicates the number of steps needed to obtain at least 40 plots on a side of the stream. Measuring rods can also be used to measure the distance between plots if desired.

**Table 1 –** Determining the Number of Steps between Plots

| Average Step length | To obtain at least 40 Plots per 110 meter (361 feet)Transect | | |
| | Steps between plots | Spacing between plots | |
| | | Feet | meters |
| --- | --- | --- | --- |
| 15 inch | 7 | 9 | 2.75 |
| 18 inch | 6 | 9 | 2.75 |
| 21 inch | 5 | 9 | 2.75 |
| 24 inch | 4.5 | 9 | 2.75 |
| 27 inch | 4 | 9 | 2.75 |
| 30 inch | 3.5 | 9 | 2.75 |

## A.  Procedure: Locating the Greenline (Modified from Winward 2000)

*The Greenline* is "The first perennial vegetation that forms a lineal grouping of community types on or near the water's edge. Most often occurs at or slightly below the bankfull stage" (Winward 2000). It is found only along streams with defined channels.

The greenline often forms a continuous line of vegetation adjacent to the stream, but it can also be patches of vegetation on sand bars and other areas where

11

BLM_0035184

vegetation is colonizing or being eroded.   Individual lineal groupings are considered part of the greenline when they meet the criteria described below. Review Appendices C and G for explanations and examples of many greenline locations.

*Criteria and Limits*

1. The Greenline is often located near the bankfull stage.  For entrenched streams, the greenline may be located above the bankfull stage (Winward 2000).  In these cases, the greenline may include, or be limited to non-hydric species, i.e., upland species.  A guide for field identification of bankfull stage is available at the Stream Systems Technology Center: http://www.stream.fs.fed.us/publications/videos.html

2. The location of the greenline should be determined when the stream is at the summer low flow.  Usually, the edge of the perennial vegetation, not the water's edge at low summer flow, is the greenline (Winward, 2000).  Some perennial vegetation (e.g., spike rush, *Eleocharis* spp.) may grow in the margins of streams and in slow backwaters.  When this occurs, the greenline used in this protocol is at the water's edge during summer low flow.

*Vegetation*

The lineal grouping of perennial vegetation must have at least 25 percent foliar cover for the entire length and width of one quadrat (50 cm or 19.6 inches by 20 cm or 6 inches).  If the vegetation is not continuous within the plot, move the plot up the bank, perpendicular to the stream flow, until the cover requirement is met.  A quadrat is considered to exhibit "continuous vegetation" if there are no barren patches 4 inches in diameter or greater within the quadrat.

1. Colonizer species at or near the water's edge that meet the appropriate criteria (i.e., 25 percent foliar cover, 50 cm by 20 cm) and establishing a distinct lineal grouping of perennial vegetation) are considered greenline, except as described in number 2.  For example, short-awned foxtail (*Alopecurus aequalis*), spike-rush (*Eleocharis palustrus*), arroyo willow (*Salix lasiolepis*), and coyote willow (*Salix exigua*) on the streambank (above the summer low flow) should be recorded as part of the greenline (see Appendix G, Figure 10.  These species have moderately deep roots and the ability to stabilize streambanks.

12

BLM_0035185

2.   Colonizers that commonly float on or submerge in the water are NOT part of the greenline.  These may include brookgrass (*Catabrosia aquatica*), watercress (*Rorippa nasturtium-aquaticum*), seep spring monkey flower (*Mimulas guttatus*), American speedwell (*Veronica americana*), and smartweed (*Polygonum amphibium*) (see Appendix G, Figures 2, 3, 4, and 5).

3.   Non-vascular plants such as mosses and lichens are **NOT** considered as part of the greenline.  The quadrat is moved away from the stream, perpendicular to the water flow, until the minimum vegetation, rock, and/or wood meet the criteria for greenline.

4.   Under some conditions, particularly in backwaters where the current is slow, *Carex* spp., *Juncus* spp., *Eleocaris* spp., and *Scirpus* spp. may establish in the still, shallow water along the stream during the summer low-flow periods.  This condition occurs most frequently during low water or in a drought period.  When this occurs, the greenline is along the edge of the water (see Appendix E, Figures 1, 6, and 7).

5.   The greenline runs approximately parallel to the stream channel.  When the streambank or the vegetation line becomes approximately perpendicular (75 degrees or more) to the flow of the stream, the greenline ends.  Then the transect moves away from the stream perpendicular to the stream flow and begins at the next lineal grouping of perennial vegetation continuing along the greenline (see Appendix C, Figures 3 and 4).

6.   When there is no herbaceous understory beneath woody plants, the greenline is at the base of the first rooted plant above the water line (see Appendix C, Figures 6).

7.   Woody vegetation overhanging the stream is not considered to be on the greenline.

8.   When shrubs or trees have no understory (or less than 25% foliar cover), the greenline is along a line connecting the rooted base of the plants, not at the drip line of the canopy (see Appendix C, Figure 6).

9.   If there is an overstory tree with a shrub understory, the greenline is at the base of the shrub.  For example, if there were a narrow-leaf cottonwood tree over red osier dogwood, the greenline would be at the base of the dogwood.  When shrubs such as willows are over herbaceous vegetation such as sedges, the greenline is at the edge of the sedges or the lower layer of vegetation.

13

BLM_0035186

10. Only canopy cover from plants rooted on the streambank on the same side of the stream is recorded. Overhanging canopy from plants on the opposite side of the stream is not recorded, even if it overhangs the plot. This condition often occurs on small streams.

### Rock as Part of the Greenline

In order to be considered as greenline, rocks, boulders, talus slopes, and bedrock that are part of the streambank, must be of sufficient size to protect the streambank from erosion during high stream flows (at least 15 cm or 6 inches in diameter). The rock or boulder must be at least partially embedded/anchored in the streambank, with no evidence of movement by water. Appendix G, Figures 23 and 24 provide examples of rock along the greenline.

### Anchored and Downed Wood as Part of the Greenline

Anchored wood consists of logs or root wads that are anchored in or along the streambank in such a way that high flows are not likely to move them. The anchored wood may be embedded in the streambank or wedged between rocks, trees, or other debris. Anchored wood that is part of the greenline must currently exert a hydrologic influence on the stream. There should be no evidence of active erosion that would destabilize the woody material. When logs are anchored and somewhat perpendicular to the stream, count the amount of anchored wood that joins the vegetation greenline on each side of the log.

### Detached Blocks of Vegetation

Blocks of vegetation obviously detached from the streambanks are not considered as greenline. When deep-rooted hydric vegetation covers the block from the water's edge to the terrace wall, creating a new floodplain (false bank), the greenline is the edge of the vegetation along the stream (see Appendix G, Figure 16).

### Islands

Islands are defined as areas surrounded by water at summer low flow or bounded by a channel that is scoured frequently enough to keep perennial vegetation from growing. The greenline follows the main banks of the stream and not islands (see Appendix C, Figure 3 and Appendix G, Figures 9 and 1).

### No Greenline Present

In some instances, a greenline may not be present within proximity to the stream. In such cases, the bank may be characterized by annual vegetation, such

14

as cheatgrass, occupying the upland.  In other cases, the area in proximity to the stream may be barren.

When the criteria for greenline is lacking within 6 meters (20 feet) slope distance from the water's edge, the code "NG" (no greenline) is recorded in the vegetation column on the field form.  The frame is placed on the first terrace above the waterline for measuring the other indicators (e.g. bank alteration, bank stability, etc.).  If no terrace is present, place the frame at the position on the bank 6 meters from the water's edge.  A terrace is a relatively flat area adjacent to a stream or lake with an abrupt steeper face adjoining the edge of the stream.  The first terrace is the first relatively flat area adjacent to and above the edge of the water.  It may be an active floodplain or an area too high for the water to reach under the current climate and channel conditions.  The second terrace is the next elevated area above the first terrace, with a distinctly steeper slope facing the stream.

Record "NG" or no greenline present when any of these conditions exist:

- Lineal grouping of perennial vegetation is not present within 6 meters (20 feet slope distance) of the edge of the stream.

- A sharp meander bend with a narrow peninsula exists with no lineal grouping of vegetation between the stream margin and the top of the peninsula (see Appendix G, Figure 26).

*Specific Instructions*

1. Observers should look ahead and determine the greenline.  This provides continuity for pacing in the appropriate location.  The center of the monitoring frame is placed along the greenline.

2. Evaluate the vegetation within the monitoring quadrat on the floodplain side of the greenline (see Appendix C, Figure 2).

3. When there is less than 25 percent perennial foliar vegetation cover, including shrub and tree overstory, or there is one or more barren patches 4 inches in diameter or greater within the quadrat, move up the bank, perpendicular to the stream flow, until the quadrat has the appropriate amount of vegetation.  The frame is adjusted along the actual edge of the greenline.

4. Record all other pertinent data at the plot location (e.g., streambank stability, woody species regeneration, streambank alteration, and woody species use, etc.).

15

BLM_0035188

## B.  Procedure: Measuring and Recording Streambank and Vegetation Indicators

### 1.  Greenline Vegetation Composition

*Prior to collecting vegetation composition on the greenline, it is critical that observers are able to identify the plant species located on the site.*

*Vegetation Classification*

Two classification systems are commonly used to describe and record the vegetation occurring on the greenline, i.e., riparian community types and dominant plant species.  Document the vegetation classification method used on the field sheet or handheld computer.

*Recording Vegetation Using Dominant Plant Species*

**Dominant** plants are the species having the largest portion of the vegetation composition by cover in the quadrat.  To be considered dominant, the plant must represent at least 25 percent of the plant composition by cover within the quadrat.  The exception is where a *mature* tree or *mature* shrub overstory occurs. Mature trees or shrubs with *any portion* of the canopy covering the quadrat are considered dominant.  Mature trees and shrubs are defined in Tables 2 and 3 (woody regeneration). This exception applies only to mature trees and shrubs; seedlings and young plants that overhang the plot are not counted as dominant unless they are rooted within the plot and have 25% vegetation composition by cover.

When only a single species is found in or over the quadrat, it is recorded as the dominant species.  When two or more species make up a majority of the composition in or over the quadrat and are of approximately equal proportions, *each* is recorded as dominant.

**Sub-dominant** plants occur when the composition of a particular plant species or group of plants, e.g., mesic forbs, *is less* than the dominant species.  Sub-dominant plants do not have to exhibit 25 percent vegetative composition by cover within the quadrat (although it is possible).  An example of this would be if the quadrat contained 75 percent water sedge (*Carex aquatilis*) and 10–25 percent Kentucky bluegrass (*Poa pratensis*).  In this case, the sedge would be recorded as dominant and the bluegrass as sub-dominant.  See Appendix H for a list of common dominant species in the intermountain area.

1. **How to address overstory vegetation:**  Riparian vegetation structure may occur in three layers:  trees, shrubs, and herbaceous.  Mature plants, with any part overhanging the plot (e.g. willows) are always

16

BLM_0035189

recorded as dominant vegetation.  Seedlings and young plants must be rooted within the plot to be counted, and are treated the same as understory vegetation.  For example, when quaking aspen (*Populus tremuloides*) occurs with an understory of red-osier dogwood (*Cornus sericea*), both the taller plant layers of quaking aspen and the red-osier dogwood are recorded as dominant plants.  A third dominant plant may be listed if an herbaceous understory is present and makes up at least 25 percent of the understory composition of plants in the plot (anchored rock and wood are also part of the cover).  Another example:  yellow willow (*Salix lutea*) occurs in the overstory with a dense mat of Nebraska sedge (*Carex nebraskensis*) in the understory within the plot.  In this case, yellow willow would be recorded as dominant, and the Nebraska sedge would also be recorded as dominant.

2.  **Recording sub-dominant plants with less than 25 percent composition:**  Users should record important plants having less than 25 percent of the vegetative composition.  Plant species that indicate potential, trend, or invaders may also be included.  For example, Kentucky bluegrass (*Poa pratensis*) dominates a plot with a minor component of Nebraska sedge (*Carex nebraskensis*).  The Kentucky bluegrass would be listed as the dominant plant, and even though the Nebraska sedge is only a minor portion of the vegetation composition, it is recorded as sub-dominant to track composition trends through time.

3.  **Plants with equal composition:**  When two or more plant species, including rock and wood, have about the same amount of plant cover in the plot, and each is over 25 percent of the composition, record each as dominant.  Dominant plants are recorded on separate lines under the same plot number.  These transition vegetation communities are important in describing the ecological processes occurring along the stream.  When this occurs, list the most dominant species first and the second species on the next row.

4.  **Rock and Wood:**  Rock and/or wood making up at least 25 percent of the length of the greenline within the quadrat are considered either dominant or sub-dominant, depending on the vegetation in the remainder of the quadrat.  Rock is recorded as part of the greenline when it is at least 25 percent of the length of the quadrat.  If rock is at least 50 percent of the quadrat length, record "rock" as dominant.  If rock is 25–49% of the plot, it is recorded as sub-dominant.  Wood is recorded as part of the greenline when it is at least 25 percent of the length of the quadrat.  If wood is at least 50 percent of the quadrat length, record "wood" as dominant or co-dominant.  If wood is 25–49% of the plot, it is recorded as sub-dominant.  For example, if anchored rock were 25 percent of the length of the quadrat and beaked sedge

17

BLM_0035190

were 75 percent, then beaked sedge would be the dominant and rock the sub-dominant.  If rock made up 50 percent of the length and beaked sedge the remainder, rock and beaked sedge would both be dominant.

5. **Recording the data:**  Record data either on a handheld computer or on the Riparian Monitoring Data Sheet (see Appendix F).  Vegetation is recorded by dominant and sub-dominant species or riparian community type.

### Recording Vegetation Using Riparian Community Types

Riparian Community Types may be used when riparian vegetation in the area has been classified.  When riparian community types are used, record the riparian community type publication that is being used to classify the vegetation. *Riparian Community Type Classification of Utah and Southeastern Idaho* is a typical publication.  When using riparian community type classification, it is very important to use the keys provided in the publication for consistency.

Rock and/or wood making up at least 25 percent of the length of the greenline within the quadrat is classified as a distinct community type.  For example, suppose anchored rock is 25 percent of the length of the quadrat, and beaked sedge CT is 75 percent.  Beaked sedge would be listed as the dominant and rock the sub-dominant on the data sheet.  If rock made up 50 percent of the length and beaked sedge the remainder, rock and beaked sedge would both be dominant.

Record riparian community types exactly the same as those listed in the tables in Appendix I or in the tables in the handheld computer.  For example, Booths willow (*Salix boothii*)–Kentucky bluegrass (*Poa pratensis*) is recorded "SABO/POPR" in the appropriate column.

## 2.  Streambank Alteration

### General Description

The procedure describes a method for estimating the percent of the linear length of streambank that has been altered by large herbivores (e.g., cattle, horses, sheep, bison, elk, and moose) walking along or crossing the stream during the current grazing season.

The part of the streambank that is measured using this protocol is a plot 50 cm long and 42 cm wide, centered on the greenline.  This portion of the streambank focuses the observation where stability is affected by the erosive effects of water (see Appendix J).

### Streambank Alteration Definitions

18

BLM_0035191

Streambank alteration occurs when large herbivores, e.g., elk, moose, deer, cattle, sheep, goats, and horses walk along streambanks or across streams. The animals' weight can cause shearing that results in a breakdown of the streambank and subsequent widening of the stream channel. It also exposes bare soil, increasing the risk of erosion of the streambank. Animals walking along the streambank may increase the amount of soil exposed to the erosive effects of water by breaking or cutting through the vegetation and exposing roots and/or soil. Excessive trampling causes soil compaction, resulting in decreased vegetative cover, less vigorous root systems, and more exposure of the soil surface to erosion.

Hoof shearing is the most obvious form of streambank alteration. It is common for the shearing action of the hoof to break off a large portion of the streambank. Include as alteration the total length of broken streambank directly associated with an occurrence of shearing, not just the width of the hoof mark (see Appendix J).

There are 5 cross-plot lines on the sampling frame used to detect and record occurrences of alteration. These lines are perpendicular to the center rib of the frame and extending on each side. As the center rib is placed on the greenline, alteration lines extend 20 cm into both the vegetated and non-vegetated side of the greenline. If more than one hoof print intercepts this line on either or both sides of the center rib, a value of 1 is recorded. Thus, observations at a single sampling point may range from 0 to 5 "hits."

The number of alteration intercepts or "hits" was limited to 5 per sample because: 1) alteration occurs primarily on the non-vegetated side of the greenline only, and double-counting the vegetated side would underestimate the frequency of disturbances along the greenline; and 2) the spacing between intercept lines approximates the diameter of a hoof print, which minimizes double-counting single hoof impressions.

Trampling impacts must be the ***obvious*** result of current season use. "*Obvious*" is defined as being able to readily observe animal hoof impacts from no closer than approximately 2 feet from the streambank. In general, these are impacts that are evident without kneeling close to or lying on the ground. The streambank is considered altered when:

- streambanks are covered with vegetation and have hoof prints that expose at least 12 mm (about ½ inch) of bare soil;

- streambanks exhibit broken vegetation cover resulting from large herbivores walking along the streambank that have a hoof print at least 12 mm (½ inch) deep—measure the total depression from the top of the displaced soil to the bottom of the hoof impression; and/or

19

- streambanks have compacted soil caused by large herbivores repeatedly walking over the same area even though the animals' hoofs sink into and/or displace the soil less than 12 mm (½ inch).

Large herbivores trampling and trailing on top of terraces, above the active floodplain, is not considered streambank alteration. Hoof marks within the plot with shearing on the streambank and/or terrace wall, and/or trampling at the base of the streambank or terrace wall are considered streambank alteration (see Appendix J, Figure 5).

*Procedure*

The procedure uses the entire 42 cm by 50 cm monitoring frame. Five lines are projected across the frame perpendicular to the center pipe (see Appendix D, Figure 1).

1. Looking down at the entire frame, determine the number of lines within the plot that intersect streambank alteration (see Appendix J). Record the number of lines (0–5) that intersect streambank alteration. Record only one occurrence of alteration, trampling, or shearing per line. This process is repeated at the predetermined interval on each side of the stream. **It is important that the observer record only the current year's streambank disturbance.**

2. When there is a vertical or near-vertical terrace wall, pace in the stream or along the greenline on top of the terrace, and place the center of the frame along the greenline at the end of the toe. Record only direct alteration occurring on the terrace wall or the streambank (see Appendix J, Figure 5).

3. Hoof prints or trampling on streambanks with fully developed, deep-rooted hydric vegetation (*e.g.*, *Carex* spp., *Juncus* spp., and *Salix* spp.) is not recorded as alteration unless plant roots or bare soil is exposed. Hoof shearing along the streambank is alteration.

4. Compacted livestock trails on or crossing the greenline that are the obvious result of the current season's impacts are counted as trampling (see Appendix J, Figures 3 and 4).

5. Roads and tributary streams are **not counted**. Continue to pace directly across the area until the greenline is reached. Separately record any samples that are on the road or water. Leave the cell blank in the handheld computer or on the form.

20

6. When obstructions such as trees, shrubs, or other physical impediments are encountered, sidestep at 90 degrees from the transect line and continue pacing parallel to the transect to avoid the obstruction. Project the lines from the end frame to the streambank and record the hits. Record the amount of alteration on the streambank. Most of the time it will be "0." Return to the original transect as soon as possible by sidestepping back to the transect line and continuing.

7. When there is no greenline identified within 6 meters from the waters' edge and "NG" (no greenline) is recorded, the frame is placed on the first terrace above the waterline for measuring the bank alteration (and other appropriate indicators). If no terrace is present, place the frame at the position on the bank 6 meters from the water's edge.

8. The procedure should not be used if a high flow (flood) event occurs prior to monitoring. In that situation, the water's energy and sediment will make it very difficult to determine if the effects are a result of the current grazing season or past grazing seasons.

## 3. Streambank Stability and Cover

*General Description*

Streambank stability is observed on the bank associated with the quadrat, and is recorded using one of six stability classes (see Streambank Stability Classification descriptions below and Appendix K).

*Procedure*

At each plot location, classify streambank stability. (see Appendix K, Streambank Stability Classification Key). The following are steps that are used to the stability class.

1. **What kind of bank?** Is the bank at the plot depositional or erosional? (See Appendix K.)

2. **Where is the bank?** The bank evaluated is equal to the length of frame (50 cm) between the scour line and the top of the first terrace. Typical scour line indicators are the elevation of the ceiling of undercut banks at or slightly above the summer low flow elevation; or, on depositional banks, the scour line is the lower limit of sod-forming or perennial vegetation (see Appendix K).

3. **Is it covered? Banks are covered** if there is at least 50% aerial cover of perennial vegetation; cobbles six inches or larger; anchored large woody debris (LWD) with a diameter of four inches or greater; or a

21

BLM_0035194

combination of the vegetation, rock, and/or LWD is at least 50 percent of the bank area (50 cm wide from scour line to first terrace).

4. **Is it stable?  It is stable if none of the following exist:**  Either a *fracture* (crack is visibly obvious on the bank); *slump* (portion of bank has obviously slipped down or has been pushed down by trampling or shearing, etc.); or *slough* (soil is breaking or crumbling and falling away and is entering the active stream channel); **or** the bank is steep (within 10 degrees of vertical), and/or bare, and eroding (including bare depositional bars).

*Streambank Stability Classification*

Appendix K provides definitions, key, illustrations, and photographs in regard to Streambank Stability Classification.  After assessing the plot, record the data on the Riparian Monitoring Data Sheet or in the handheld computer by one of the following six streambank stability classes:

**CS** - Covered and stable (non-erosional).  Streambanks are covered with perennial vegetation, and/or cobble (6 inches or larger), boulders, bedrock, or anchored wood (4 inches in diameter or larger) to protect them from the erosive effects of water.  Streambanks do not have indications of erosion, breakdown, shearing, or trampling that exposes plant roots.  Banks associated with gravel bars having perennial deep-rooted vegetation along the edge of the floodplain line are in this category (see Appendix K, illustrations and figures).

**CU** - Covered and unstable (vulnerable).  These streambanks are covered with perennial vegetation and occur where undercutting by water may cause breakdown, slumping, nicks, bank shearing, and/or fracturing along the bank (see Appendix K, illustrations and figures).

**US** - Uncovered and stable (vulnerable).  Streambanks having consolidated soils high in clay, particularly in the lower part of the streambank, may be uncovered and stable.  These banks are vulnerable to high flows, particularly winter flows with floating ice.  Uncovered and stable banks may also be compacted streambanks trampled by concentrations of ungulates, human trails, vehicle crossings, or other activities that cause compaction.  Such disturbance flattens the bank so that slumping and breakdown does not occur even though vegetative cover is significantly reduced or eliminated (see Appendix K, illustrations and figures).

**UU** - Uncovered and unstable (erosional and depositional).  These are bare, eroding streambanks and include all mostly uncovered banks that are at a steep angle to the water surface.  When the bank is not present due to excessive bar deposition or to streamside trampling, the bank will be

22

classified "uncovered/unstable."  (See Appendix K, illustrations and figures).

**FB -** False bank (stable).  Streambanks have slumped in the past but have been stabilized by vegetation.  These banks are usually at a lower level than the terrace and are covered/stable (CS).  (See Appendix K, illustrations and figures).

**UN** - Unclassified.  Side channels, tributaries, springs, road crossings, etc., cause a break in a streambank.  Livestock or wildlife trails are not included in this category, but are included as uncovered/stable (see "US" above).

*Streambank Cover*

Streambanks are considered covered if they show **any** of the following features:

1. Perennial herbaceous and/or woody vegetation provide more than 50 percent ground cover of the vertical height of the streambank (Bauer and Burton, 1993).
2. Roots of vegetation cover more than 50 percent of the bank.  (Deep rooted plants such as willows and sedges provide such cover.)
3. Cobble-size rocks (at least 6 inches in diameter), boulders, or bedrock cover more than 50 percent of the streambank surfaces.
4. Logs, at least four inches in diameter, cover more than 50 percent of the bank surfaces.
5. At least 50 percent of the bank surfaces are protected by a combination of the above.

*Streambank Stability*

Streambanks are considered stable if they **do not** show indications of **any** of the following features:

1. Breakdown:  Obvious blocks of streambanks have broken away and are lying adjacent to the bank breakage.
2. Slumping Bank:  Bank that has obviously slipped down.  Cracks may or may not be obvious, but the slump feature is obvious.
3. Bank Shearing:  Occurs when animals walk along the streambank or cross the stream and shear or break off portions of the streambank.  Bank shearing is recognized by a shear plane with obvious hoof marks on the streambank.  Include the total length of bank disturbance associated with the shearing.
4. Fracture:  A crack is visibly obvious on the bank, indicating that the block of bank is about to slump or move into the stream.
5. Vertical and Eroding:  The bank is mostly uncovered, and the bank angle is steeper than 80 degrees (178% slope) from the horizontal.

23

BLM_0035196

6. Bare Depositional Bar: A depositional bar without adequate ground cover (50%).

## 4. Residual Vegetation Measurement (Stubble Height)

*General Description*

The objective of residual vegetation (stubble height) measurement is to determine the height of key vegetation species remaining following a period of grazing. The measurement may be used in two ways: first, to determine when livestock should be moved from the riparian area, and second, at the end of the grazing season to determine whether livestock grazing management changes are needed the following year.

*Procedure*

Prior to recording stubble height, one or more key specie(s) must be selected. For this protocol, at least *one* of the key species selected must be a relatively abundant herbaceous forage plant that is commonly used by livestock (preferably hydric species), and able to help address some aspect of streamside conditions and grazing management. In other words, the observer must establish what the species is "key" to and why it is important to measure. It is acceptable to use more than one key species if desired to help address other important issues. For example, where hydric species are missing or lacking, species such as Kentucky bluegrass or red top can (and should in some instances) be measured if it helps answer grazing-related questions. Normally, key species are chosen to assess livestock use on the desired riparian plants; therefore, palatable hydric species are preferred. Record the measurements by species.



Most riparian key species grow tightly together, forming dense mats with little distinct separation of individual plants. As a result, the sampling method uses a 3-inch diameter circle of vegetation rather than attempting to separate the mats into individual plants. If the plants *are* distinct and not mat forming, select a 3-inch circle of vegetation nearest the handle of the frame that includes the key species (see Figure 1).

**Figure 1 —** Residual vegetation height is measured within a 3-inch diameter circle at the back right-hand corner of the greenline.

24

Using the frame handle with one-inch increments (or a ruler), measure within the circle to determine an "average" leaf length (rounded to the nearest ½ inch), as shown in Figure 2. Grazed and ungrazed plants are measured from the ground surface to the top of the remaining leaves. Account for very short leaves as well as tall leaves. *Do not measure seed culms.* Determining the "average" residual vegetation height will take some practice. Be sure to include all of the key species' leaves within the sample. The easiest method of doing this is to grasp the sample with the sampler's hand, stand the leaves upright, and then measure the average height (see Figure 2).



**Figure 2 —** Form hand into an approximate 3-inch circle, grasp the vegetation and determine the average leaf height.

When the key species does not occur in a mat near the handle of the quadrat, but as an individual plant or several individual plants, the 3-inch plot is placed over the key species plants nearest the handle (see Figure 3). Measure the leaves of all the key species rooted within the 3-inch diameter plot.



Greenline

**Figure 3 —** When key species plants are not in the corner by the frame handle, select the key species plant(s) nearest the handle. Identify the 3-inch circle and measure the average leaf height of all key species plants rooted within the circle.

When a key species does not occur within the quadrat, leave the cell blank and proceed to the next plot location.

Once the samples are collected, both the median and the mean (average) height are calculated and presented in the Data Analysis Module for the riparian key specie(s). The median is the single mid-point for an odd number of samples, and the average of the two co-midpoints for an even number of samples (USDI, BLM 1999). For example, if the middle two numbers for an even number of samples are 5 and 6 inches, the median is 5.5 inches.

## 5. Woody Species Regeneration *(Modified from Winward 2000)*

*General Description*

25

Woody species regeneration is modified from Winward (2000). The original procedure developed by Winward is a six-foot wide by 110-meter belt transect with the center of the six-foot belt being over the greenline. Woody plants are counted by species and age classed. This modification to facilitate collecting multiple indicators in a more efficient manner uses a 0.42 meter by 2 meter plot, 1 meter either side of the greenline (Figure 4), providing a sample of woody species along the transect from a definable area. This approach increases the precision of the observations.

*Procedure*

Identify the plant by species; count the number of plants rooted in the plot, and determine the age class (described below) of each woody plant within the plot.



**Figure 4** — Woody species regeneration plot is 0.42 meters by 2.0 meters. The plot is defined by placing the monitoring frame perpendicular to the greenline. The frame is placed end-to-end on each side of the greenline.

1.  The woody species regeneration plot is .42 meter wide by 2 meters long (one meter on each side of the greenline), as shown in Figure 4.

2.  Place the end of the monitoring frame on and perpendicular to the greenline, and count the number of woody plants by species ***rooted*** within the monitoring frame. If one stem at ground level is within the plot and several other stems are immediately outside the plot, determine if the stem within the plot is actually connected to those outside the plot. If it is, record the age of the entire plant to which the stem is connected. Generally, stems at ground level within 1 foot of each other are considered the same plant. If it is not connected, consider the stem as an individual plant and record the age class appropriately. Record by species and age class. (Do not count woody species canopy cover as woody species.)

26

BLM_0035199

3. Move the monitoring frame away from the greenline, and place it at the end of the first monitoring frame, and repeat the procedure (see Figure 4). Tables 2 and 3 provide descriptions of woody species age classes.

4. It is difficult to age class rhizomatous species such as wolf willow (*Salix wolfii*), planeleaf willow (*S. planifolia*), coyote willow (*S. exigua*), wild rose (*Rosa* spp.), and golden current (*Ribes aureum*); therefore, they are not recommended for inclusion in the woody species regeneration. When these species need to be monitored, use the greenline or a line transect.

**Table 2 –** Woody Species Age Classes for Multiple Stem Species
Includes clumped willow (*Salix* spp.) species and shrubby forms of mountain alder (*Alnus incana*), and water birch (*Betula occidentalis*)

| Number of stems at the ground surface | Age class |
|---|---|
| 1 stem | Seedling |
| 2 to 10 stems | Young |
| >10 stems | Mature |
| 0 stems alive | Dead |

*Modified from Winward 2000*

**Table 3 –** Woody Species Age Class for Single Stemmed Species.
Single stemmed species: i.e., birch (*Betula* spp.), alder (*Alnus* spp.), and cottonwood or aspen (*Populus* spp.)

| Age Class | Cottonwood | Other Broadleaf Species |
|---|---|---|
| Seedling | Stem is < 4.5 ft. tall or < 1 in. diameter breast height (dbh) | Stem is < 3 ft. tall and less than 1 in. diameter at the base |
| Young | Stem is ≥ 4.5 ft. tall and 1 to < 5 in. dbh, or stem is < 4.5 ft. tall and 1 to < 5 in. dbh | Stem is ≥ 3 ft. tall and < 3 in. dbh, or < 3 ft. tall and 1 to 3 in. dbh |
| Mature | ≥ 5 in. dbh | Stem is ≥ 6 ft. tall and ≥ 3 in. dbh, or < 6 ft. tall and ≥ 3 in. dbh, or < 3 ft. tall with multiple branching (hedged) near the top of the stem |
| Dead | Entire canopy is dead | Entire canopy is dead |

*Adapted from (Thompson et al. 1998)*

27

BLM_0035200

## 6. Woody Species Use (Modified Landscape Appearance Method)

*General Description*

This method is modified from the Qualitative Assessments—Landscape Appearance Method (also called the Key Forage Plant Method) described in *Utilization Studies and Residual Measurements*, Interagency Technical Reference (1996). Winward (2000) recommends a similar method based on estimated utilization ranges.

The technique is an ocular estimate of woody species (e.g., willow, alder, birch, dogwood, aspen, and cottonwood) use based on the general appearance of the woody species *rooted* within a plot along the greenline. Estimates are based on a range or class of use of the available current year's growth on the plants. Examiners must be trained to recognize the various use classes according to written class descriptions described below.

*Procedure*

Woody species use is observed on woody plants along a belt transect 2 meters wide (1 meter either side of the greenline), by the length of the interval between plots. For example, if the spacing between plots is two meters, observe all of the shrubs rooted within 1 meter either side of the greenline for a distance of two meters (the distance from the current plot to the next plot). Use Table 4 and record the mid-point value of each key woody species use class.

For cattle, only shrubs with at least 50 percent of the current year's leader growth below 5 feet (see Table 5) should be considered. When shrubs have over 50 percent of the active leader growth above 5 feet, the leaders are not generally available to cattle, and the plant usually has adequate leaf area for photosynthesis to maintain plant health. If no shrubs are encountered within the plot, leave the space on the field data sheet blank.

Observers examine the woody plants rooted within the belt transect (Figure 5) and classify the use based on the descriptors. The five utilization classes (Table 4) describe the relative degree of use of the available current year's leader growth for riparian shrubs and trees. Available current year's leader growth (Table 5) is that portion of shrubs or trees that are within reach of the grazing animal.

28

**Figure 5** – Belt transect for observing woody species utilization.  A two-meter measuring rod centered on the greenline is often used to locate plants within the transect. The monitoring frame contains a 1 meter long handle which may also be used to determine if individual woody plants are rooted within the belt.



29

**Table 4 –** Woody Species Use Classes and Descriptions

| Class | Percent Utilization Range | Description |
|---|---|---|
| None to Slight | 0–10 (mid-point = 5) | Browse plants appear to have little or no use. Less than 10% of the available current year's leader growth is disturbed. |
| Light | 11–40 (mid-point = 25) | There is obvious evidence of leader use. The available leaders appear cropped or browsed in patches and 60–89% of the available leader growth of browse plants remains intact. |
| Moderate | 41–60 (mid-point = 50) | Browse plants appear rather uniformly used and 40–60% of available annual leader growth of the plants remains intact. |
| Heavy to Severe | 61–90 (mid-point = 75) | The use of the browse gives the appearance of complete search by grazing animals. The preferred browse plants are hedged, and some clumps may be slightly broken. Only between 10 and 40% of the available leader growth remains intact. |
| Extreme | 90–100 (mid-point = 95) | There are indications of repeated grazing. There is no evidence of terminal buds. Some patches of second and third years' growth may be grazed. Hedging is readily apparent, and browse plants are frequently broken. Repeated use at this level will produce a definitely hedged or armored growth form. Ten to 40% of the more accessible second and third years' growth of browse plants has been utilized. All browse plants have major portions broken. |

**Table 5.** Available Current Year's Growth: Height of Grazing (USDI, BLM 1992.

| Kind of Animal | Height of Available Leader Growth (feet) |
|---|---|
| Cattle | 5 |
| Sheep, antelope, big horn sheep | 3.5 |
| Horses, elk, and moose | 7 |
| Deer | 4.5 |

30

Use the appropriate "Height of Available Leader Growth" for the kinds of animals that are of concern in the area. It is difficult, if not impossible, to discern between shrub use by domestic livestock and wildlife during periods of common use. In those circumstances, attempts to determine the kinds of animal that use the browse should not be made. However, wildlife use can be detected if data is collected before livestock turnout or monitoring is done immediately after livestock vacate a pasture and again at the end of the season.

## C. In-Channel Indicators

The following in-channel measures have been included because they are reasonably objective, are strongly associated with livestock grazing influences to stream habitat, and have been found predictive of aquatic health.

## 7. Greenline-to-Greenline Channel Width (GGW)

### *General Description*

Many stream channels are over-widened as a result of vegetative changes and physical disturbance to streambanks over time. Improper livestock grazing can alter stream habitats by channel widening and/or incision (Clary *et al.* 1996, Clary 1999, Clary and Kinney 2002, Kaufman and Krueger 1984). Under improper grazing, protective vegetation is weakened or removed, and trampling may induce a sloping streambank profile (Clary and Kinney 2002). Subsequent erosion of weakened streambanks during floods results in a wider, shallower stream channel. These changes to stream habitats can be detrimental to biota (Bohn 1986). Clary's (1999) observations at research sites indicated that the stream width of previously over-grazed streams decreases with improved grazing management of riparian zones. The average amount of narrowing was inversely associated with the level of grazing intensity. Between 1990 and 1994, width changes as a proportion of the original measurement were: No grazing—41% reduction, light grazing—34% reduction, and medium grazing—18% reduction. Stream depth, on the other hand, was variable through time and appeared to change primarily in response to climatic events. After a flood event in 1996, channel depth at the ungrazed site increased to 2.33 times the original depth. This vertical scour likely resulted from the longer-term effect of channel narrowing.

Commonly, the width of stream channels is determined by measuring channel width at the bankfull level. Detailed measurements of width and depth are accomplished by surveying channel cross-section profiles. This method is not useful at a large number of positions along the stream because it is time-consuming and expensive. Too few cross-section measurements do not adequately estimate mean channel geometry, due to site variability.

31

As summarized by Bauer and Ralph (2001), the major concern with use of width measurements at bankfull level is the reliability of the method. Bankfull width is determined by using field characteristics such as sediment surfaces and profile breaks to identify the elevation of the active floodplain surface. These definitions are vague, and the actual selection of bankfull level is, at best, subjective.

Other field methods have measured the "wetted width" of the stream. Although this level in the channel is easily identifiable, unfortunately, wetted width varies dramatically by stream flow. Because it is normally measured during low or intermediate streamflows, it provides little information about the overall channel characteristics of the measured stream.

Greenline-to-greenline width (GGW) is the non-vegetated distance between the greenlines on each side of the stream. As stated by Winward (2000):

> "Most often the greenline is located at or near the bankfull stage. As flows recede and the vegetation continues to develop summer growth, it may be located part way out on a gravel or sandbar. At times when banks are freshly eroding or, especially when a stream has become entrenched, the greenline may be located several feet above bankfull stage."

Though related to the bankfull stage, the greenline is easier to identify. In a recent meeting of scientists working to achieve greater consistency in riparian monitoring, it was determined that the greenline could be even more objectively determined if a set of rules or criteria could be identified. Using the greenline definition contained in this document will improve the precision greenline-to-greenline width.

To achieve an adequate sample for estimating the mean width (GGW), take measurements at each plot location. The results are a mean width of the non-vegetated stream channel. As streambanks recover, the stream channel typically narrows and the average non-vegetated GGW is reduced.

This indicator helps document stream channel recovery over time. Since the recovery process may be relatively slow, it is recommended that the procedure be repeated every three to five years. The procedure is relatively easy and does not consume a lot of time.

### Procedure

1. At each plot location, measure the distance between the greenlines on each side of the stream and perpendicular to the water flow. A laser

32

BLM_0035205

range finder is the most expedient way of measuring the distance. It reduces the time required to do the measurements by about two-thirds. However, those instruments capable of a measuring accuracy of ±0.3 meter are about $700.00, while those accurate to ±0.03 meter are $2,400.00. Other less expensive options include measuring rods and tape measures.

2. Measure from the greenline associated with the center bar on the quadrat frame (near the toe of the boot (see Appendix C, Figure 2), to the greenline on the opposite side of the stream. The measurement is usually taken from only one side of the stream. If there are an inadequate number of samples, measurements may be taken from the opposite side of the steam. Measure to the nearest 0.25 feet or 0.1 meter.

3. When a vegetated island (at least 25% foliar cover) is encountered along the line, determine the total distance between the greenlines and deduct the length of the vegetated island to determine the non-vegetated GGW (see Appendix L, Figures 3 and 4).

4. Non-vegetated islands are included in the GGW width measurement (see Appendix L, line A in Figure 4).

## 8. Maximum Water Depth as Measured at the Deepest Point in the Stream (Thalweg Depth)

### General Description

The bed profile, in a longitudinal direction along the stream, has been found to be an effective index of overall habitat structure and quality (Madej 1999). Increases in the variation of channel depths increase the complexity of aquatic habitat. Channel depth variations are created by in-stream and streamside elements that resist the erosion energies of the stream. Thus, as streams are subject to greater amounts of erosion-resisting streamside vegetation, habitat complexity increases. Recent research by the Pacific Northwest Research Station of the Forest Service concluded that "…measures of channel geometry, pool frequency, and pool size are viable indicator variables for effectiveness monitoring" (Woodsmith *et al.* 2005). Thalweg depth profiles allow for objective determination of pool frequency and quality. Past methods that rely upon observers to define pool boundaries have been too subjective and not reasonably repeatable. Recent research assessed the relation between fish abundance and thalweg metrics (Mossop and Bradford 2006). In that study, Chinook salmon densities varied greatly among stream reaches, and thalweg metrics explained 57% of the variation. An excellent metric, the "variation index" (calculated by the standard deviation of population residual depths along the reach), was found to be significant. It will also be possible to objectively

33

estimate pool quality from maximum depth values and substrate sizes (described in indicator 10).

*Procedure*

The Thalweg profile is constructed by measuring the depth of water over the channel bed at spaced intervals along the channel's thalweg (or thread of maximum depth/velocity). Thus, at each plot location, normally while the observer(s) is measuring greenline-to-greenline width, a measurement of the maximum water depth along that transect is made. The maximum depth represents the deepest point in the cross section, and is found by probing with a depth rod until the deepest point is located. All 80+ plots should include a maximum thalweg water depth to acquire the sample size needed to objectively estimate the habitat metrics. It is important that the plot spacing be recorded in the "Header" form of the Data Analysis Module for proper calculation of the metrics.

## 9.  Water Width

### General Description

Water width is easy to measure reasonably precisely. As greenline-to-greenline width is sensitive to changes in streamside vegetation through time, water widths can also reflect vegetation changes. However, water width is influenced by streamflow and will vary according to climatic conditions and season of year. For this reason, water width alone will likely not represent a good monitoring indicator. However, in combination with maximum depth, the ratio Max Depth to Water Width is influenced more by channel cross-section profile than by streamflow. Thus, changes in channel morphology, through time, can be reflective of this parameter (Henderson *et al.* 2004).

### Procedure

Measure widths between waterlines, with the tape or rod oriented perpendicular to the channel. If islands are present, subtract the width of the island from the total width of both channels. Measure only to the edge of the bank when an undercut bank exists; do not measure beneath the undercut. Measure water widths at all 80+ plot locations and in the same transect as the thalweg depth measure.

## 10.  Substrate Composition

### General Description

34

BLM_0035207

There is a sizeable literature that supports the contention that excess substrate fines are adverse to salmonids (Bauer and Ralph 2001, McHugh and Budy 2005). The literature also supports use of pebble counts to estimate substrate composition (Bunte and Abt 2001). With respect to riparian vegetation, the literature suggests that loss of bank stability is related to increases in substrate fines. Tests of the pebble counting technique indicate that there is operator bias against the fines fraction in the substrate (Bunti and Abt 2001). However, this bias is presumably consistent; therefore, trends through time should theoretically be detectable. Streams with complex substrate size distributions need more samples than those with simple substrates (Bundt and Abt 2001). The authors state that "…the precision of a 100-particle pebble count is usually too low to compare particle-size distributions from different sites or over time…." They suggest a minimum of 200 particles from evenly spaced collection points across the scoured channel (the non-vegetated portion of the channel). Thus, the sample size estimator used in the MIM Data Entry Module includes an estimator for this variable. The user should make sure that the 200+ sample size is adequate to confidently predict percent fines and particle size distributions. Substrate metrics include: percent finer than 6 mm (1/4 inch in diameter), $D_{84}$ particle size, and an estimate of the Manning's roughness coefficient. The latter is used in calculations of estimated discharge, as part of the pool quality index, and as an indicator of the channel's ability to dissipate stream energy. The $D_{84}$ particle size, or that substrate size for which 84 percent of all particles are smaller, has been used to describe substrate quality for fish habitat (McHugh and Budy 2004, Kondoff 2000).

***Procedure***

Beginning with the second plot in the survey, samples are collected at every other water-width/depth transect (or 20 total transects), evenly spaced along the entire length of the DMA. Collect and measure the diameter of 10 pebbles at each transect.

1.  Visually estimate the number of heel-to-toe steps across the non-vegetated channel width totaling 10 (5 heel and 5 toe samples) and pace accordingly. For very small streams, cross once, then return and collect 5 samples on each crossing of the channel. Sample the entire streambed width at each transect starting with the heel of the boot at the greenline. Samples should be collected within the active channel. Never sample a particle on the streambank above the first terrace or the greenline or on slump blocks. Depositional features (e.g., point bars) are considered streambed material and should be included in the sample.

2.  Alternatively, a measuring rod can be used to evenly space samples across the wetted width of the stream.

BLM_0035208

3. End the count at the greenline or first terrace, whichever is closest to the water's edge, on the opposite side of the stream.

Sample the particle at the toe (or heel) of the foot or below the extended measuring rod. Reach down with the forefinger (without looking at the sample point) and pick up the first particle touched. Measure the middle width (intermediate or "B" axis) of the particle in mm. Visualize the B axis as the smallest width of a hole that the particle could pass through. A gravelometer is an excellent tool for objectively measuring particle sizes and is highly recommended to avoid subjectivity in selecting and measuring the B axis.

A complete description of the device is available in the Stream Systems Technology Center—Stream Notes for April, 1996 (on-line at: http://stream.fs.fed.us/news/streamnt/pdf/SN_4-96.pdf). Commercial sources are available for purchasing this instrument at approximately $50.00 each.

## DATA INTERPRETATION

Monitoring results must be interpreted considering precision, accuracy, and ability to detect change for each monitoring indicator. The following describes how each were evaluated in testing this protocol. See Appendix N for statistical analysis results of the variability between observers, and estimation of sample sizes needed to achieve 95% confidence in predicting the true mean.

**Precision:** Precision denotes agreement between repeat observations. Observations may be repeated by the same or different individuals. Precision is important for interpreting compliance and trend. If, for example, the stubble height allowable use criterion is 4 inches and the precision of the measurement is .5 inches, an observation of 3.6 inches would not exceed the criterion. With respect to trend, if the objective for bank stability is to achieve 80% stable and the precision is 8%, an 85% observation does not mean that the objective has been met. The coefficient of variation is a good statistic for estimating precision. It is a dimensionless measure calculated as follows:

$$CV = \text{sq root (crew variance)}/\text{mean} * 100$$

Where:
CV = the coefficient of variation
Crew Variance = variance on repeat samples
Mean = the geometric mean value of the repeat samples

CV values < 20 are considered as having an acceptable level of precision (Ramsey et. al. 1992).

**Accuracy:** Accuracy is the degree of conformity of a measured quantity to its actual or true value. Accuracy is often associated with the "bias" in statistics. Bias is the difference between the population mean of a measured indicator and

36

some reference value. The reference value is represented by a sub-population of samples for the indicator. Thus accuracy is strongly influenced by the size of the sample. Larger samples come closer to the true mean value for the indicator. A good statistic for accuracy is the confidence interval. The confidence interval is calculated using the sample mean and standard deviation.

$$\overline{Y} \pm \frac{z_{\alpha/2} \; \sigma}{\sqrt{N}}$$

where $\overline{Y}$ is the sample mean, $z_{\alpha/2}$ is the upper $\alpha/2$ critical value of the standard normal distribution which is found in the table of the standard normal distribution, $\sigma$ is the known population standard deviation, and $N$ is the sample size.

Note that as sample size increases, the confidence interval plus and minus the mean value decreases. In other words, the interval is closer to the mean.

Electronic data entry may be used to assess sample size levels while collecting field data. This protocol uses an Excel workbook, the Data Entry Module, designed for use with PDAs, and that allows computation of sample sizes for various levels of confidence (Appendix E).

**Ability to detect change:** The ability to detect change is critical to effective monitoring results. In natural stream and riparian systems change is a relatively frequent natural process. The ability to isolate changes due to management requires that the method be robust, precise, and accurate. A good statistic for detecting change is the Signal-to-Noise ratio. Signal-to-Noise is stream variance divided by crew variance. This ratio compares the level of a desired signal (such as music) to the level of background noise. The higher the ratio, the less obtrusive the background noise is. Thus, Signal-to-Noise compares the level of change through time or differences between streams (Signal = Stream Variance) to the differences between repeat samples (Noise = Crew Variance). Values >10 indicate reasonably high detection capability.

**Discussion and Interpretation of Metrics**

Seventeen metrics were created to evaluate and summarize the data. These metrics are calculated using an MS EXCEL workbook, the Data Analysis Module (See Appendix E for details). Refer to the Module for a description of each metric and how it is calculated.

## 1. Successional Status – Ecological Status
Successional status (Winward 2000) is weighted by the percentage of plants by successional status along the greenline (see Table 6). Dominant plants are

37

double weighted in the spreadsheet calculations. Anchored rock and anchored wood are considered as late seral. Successional status vegetation data must be included for any new species added to the dominant or community type list for the analysis module to operate correctly. Local riparian plant association or community type classifications usually provide that type of information. The following table summarizes class ratings for ranges of ecological status as reflected by the successional status of the plant or community type, substrate, stream gradient, and presence/absence of the woody vegetation component (see Winward 2000).

**Table 6** – Greenline Ecological Status (Winward 2000)

| Summary Value | Descriptor Class Rating |
|---------------|------------------------|
| 0–15          | Very Early             |
| 16–40         | Early                  |
| 41–60         | Mid                    |
| 61–85         | Late                   |
| 85+           | PNC                    |

Results of testing (54 tests) produced the following results:

CV = 17.1

S:N = 23.6

Average difference between observers = 9.2

Same observers = 6.9%

Different observers = 15.2%

## 2. Vegetation Erosion Resistance Rating (Greenline Stability Rating)

The vegetation erosion resistance rating (synonymous with "Greenline Stability Rating" Winward 2000) is based on the relative ability of a plant species (or rock and wood) to withstand the erosive forces of water. Computations result in a weighted average for the transect; dominant plants are double weighted. Generally, an average over 7 is considered adequate to protect the streambank and allow streams to function properly (see Table 7). Some early seral species such as *Eleocharis* spp. and arroyo willow (*Salix lasiolepisis*) growing together along the greenline provide a higher erosion resistance rating of 7 (see Appendices H and I).

38

BLM_0035211

**Table 7** – Vegetation Erosion Resistance Index (referred to as the "Vegetation Stability Rating" in Winward 2000)

| Summary Value | Descriptor Class Rating |
|---------------|-------------------------|
| 0–2 | Very Poor (very low) |
| 3–4 | Poor (low) |
| 5–6 | Moderate |
| 7–8 | Good (high) |
| 9–10 | Excellent (very high) |

Results of testing (56 tests) produced the following results:
CV = 4.99
S:N = 16.9
Average difference between observers = .62
Same observers = .52
Different observers = .74

Ranges of variability between observers produced an average difference of 1.29. However, when samples are repeated by the same observer, the difference between repeat samples averages .75 (on a scale of 1 to 10).

## 3. Wetland Rating

The wetland rating (Coles-Ritchie 2005) is a weighted number (see Table 8) based on the wetland indicator status (Reed 1988 and USDI, Fish and Wildlife Service 1993). The wetland indicator status (Table 8) is the frequency that individual plant species occur in saturated (hydric) soils. For descriptive purposes only, these have been categorized according to Table 9.

Using only the values generated by the procedures described above may not give an adequate depiction of the condition of a vegetation community (including anchored rock and anchored wood). Careful review of all species described is important and should be considered in every data interpretation.

Vegetation communities in transition may be deceptive if only dominant vegetation is considered. Those interpreting the data must also consider sub-dominant species, as these species frequently provide valuable indicators of potential change. For example, if Nebraska sedge (*Carex nebraskensis*) is present on a site dominated by Kentucky bluegrass (*Poa pratensis*) and/or red top (*Agrostis stolonifera*), there is potential for deep-rooted species to dominate the site. Vigorous Nebraska sedge in the site described above is usually an indicator of an improving trend. Sometimes interpreting the data can be difficult; an example of this may be where undesirable plants such as noxious weeds occur as sub-dominant species. This may be an indicator of a trend away

39

from the desired condition or it may be an intermediate step toward the desired condition. In these instances, it is important to carefully examine all previous data to confidently determine the direction of change. It is common for noxious weeds such as thistle (*Cirsium* spp.) to quickly manifest themselves after long periods of disturbance. Often, many of these weeds will slowly decline as the riparian vegetation recovers.

**Table 8.** Wetland indicator Status Rating (Coles-Ritchie 2005)

| Wetland Indicator Status | Wetland Indicator Value | Wetland Indicator Status | Wetland Indicator Value |
|---|---|---|---|
| OBL | 100 | FAC - | 42 |
| OBL - | 92 | FACU + | 33 |
| FACW + | 83 | FACU | 25 |
| FACW | 75 | FACU - | 17 |
| FACW - | 67 | UPL + | 9 |
| FAC + | 58 | UPL | 0 |
| FAC | 50 | | |

Because vegetation composition monitoring is usually done over the long-term, the same people often do not repeat the initial measurements. This, along with the observer's ability or lack of ability to identify plant species, can create problems interpreting the data. Those analyzing the data must know the area, the potential plant species at the site, and understand these potential limitations in order to make a correct interpretation of the condition and trend on the site.

**Table 9** – Site Wetland Rating

| Wetland Indicator Value | Descriptor Class Rating |
|---|---|
| 0–15 | Very Poor |
| 16–40 | Poor |
| 41–60 | Fair |
| 61–85 | Good |
| 85+ | Very Good |

Results of testing (54 tests) produced the following results:
CV = 5.0
S:N = 38.8
Average difference between observers = 4.1
Same observers = 3

40

BLM_0035213

Different observers = 5.3

## 4. Streambank Stability (Percent Streambanks Stable and Percent Streambanks Covered)

The streambank is that portion of the channel between the scour line and the top of the first terrace on either side of the stream. The streambank stability measurement provides an indication of the ability of streambanks, with their associated vegetation, anchored rock, anchored wood, and/or consolidated soils high in clay or compacted, to buffer the forces of water during conditions of high stream flow, floating ice, or debris. The results are expressed as a percentage of the stream in each of six classification categories, covered/stable, covered/unstable, uncovered/unstable, uncovered/stable, false banks, and unclassified.

Increased streambank stability on disturbed sites usually lags behind the recovery of herbaceous and woody vegetation. Streambank stability recovery rates will vary depending on the current stage of channel evolution. Recently incised channels will have a longer recovery rate because the channel must develop a new floodplain, which requires eroding streambanks to deposit material to create new point bars. This new deposition must then be occupied by deep-rooted vegetation species before the streambanks begin to stabilize. This process can take from a few years to decades to complete. When collecting streambank data, record false banks separately, as they are an indication of streambank recovery.

Consider streambank alteration, greenline vegetation composition, woody species regeneration, woody species use, and photographs to reach conclusions concerning the trend of streambank stability.

Results of testing (56 tests) produced the following results:
CV = 10.6
S:N = 36.6
Average difference between observers = 7%
Same observers = 6.9 %
Different observers = 7.2 %

## 5. Streambank Alteration (Percent)

Tests of streambank alteration using the plot-with-line intercept method suggest that observer error varies according to site complexity and level of grazing use. On-site variability requires sampling enough observations along the streambank to confidently predict an accurate level of bank alteration. Our data suggest that at least 80 plots, each with 5 transect lines (or 80 x 5 = 400 observations) is needed to achieve a confidence interval of 4 to 6% of the mean. Thus if 80 plots result in a mean of 20%, the confidence interval is approximately 20%*.05 or plus and minus 1%. These observations suggest that bank alteration is

41

BLM_0035214

measurable at a site, with reasonably narrow ranges of variability.  It is true that levels of alteration can vary between sites under the same levels of grazing use. Depending upon the amount of soil moisture in the banks, the vegetation types, and the amounts of rock, logs, and other obstructions inherent to streambanks of the site, bank alteration may vary significantly.  For example,  a streambank dominated by deep-rooted vegetation and/or rock and logs will deform much less, when exposed to the pressure of an animal hoof, than a bank consisting of loose, moist soil covered by shallow-rooted vegetation.   Thus potential bank alteration will vary according to streambank characteristics.   In addition, the ability of streambanks to recover after disturbance also varies from one site to another.

Since streambank alteration is estimated from 400 individual observation along the greenline, % streambanks altered is a metric that represents the percent of hits (or lines intercepting hoof prints or shears) lineally along the greenline. Thus it is a mostly lineal proportion, or at least a very narrow areal proportion, aligned with the greenline on the streambank.

> Results of testing (32 tests) produced the following results:
>    CV = 19.9
>    S:N = 15
>    Average difference between observers = 5.6%
>        Same observers = 5.4%
>        Different observers = 7.7 %

## 6. Residual Vegetation (Mean and Median Stubble Height)

Residual vegetation is used as an indicator of the amount of livestock or wildlife use on dominant key vegetation species.  It provides information concerning whether current grazing management is allowing adequate vegetation growth to maintain or enhance vigor and reproduction of the plants.

Interpretation of residual vegetation is not complicated.  The result is the median residual height of the key herbaceous species in inches (mean or average may be used if desired).  Do not interpret a measured value beyond the precision and accuracy for the method.  For example, suppose 5 inches of residual vegetation height has been determined to be the amount necessary to meet riparian objectives for a site.  The residual height of the key herbaceous species at the prescribed time (either during the grazing season or after plant re-growth and after livestock grazing has concluded for the season) was measured at 4.7 inches.  The precision and accuracy tests, at the 95 percent confidence level, indicate a range of plus or minus one-half inch. Because the measured data (4.7 inches) was within the range of variability ($\pm 0.5$ inches), it cannot be considered below the recommended height.  It does provide information suggesting that annual grazing is at or below the recommended level, and that the long-term (trend) should be carefully watched to detect any undesirable changes in the

42

BLM_0035215

vegetation or channel conditions. These conditions and concerns must be conveyed to those involved in livestock management.

Residual vegetation should be used, along with greenline vegetation composition, to determine if livestock management is achieving resource objectives. Streambank alteration, streambank stability, photographs, and other stream/riparian indicators should also be considered prior to reaching a conclusion concerning the condition and/or trend of a riparian area.

> Results of testing (32 tests) produced the following results:
> CV = 11.0
> S:N = 508
> Average difference between observers = .81 inch
>> Same observers = .8 inch
>> Different observers = .82 inch

## 7. Woody Species Regeneration

The calculation in the data analysis module for woody species regeneration is based on the proportion of woody plants encountered in all plots for each of the three age classes (saplings and young, mature, dead). Woody species regeneration will likely have the largest variability of any of the protocols. This is particularly true on greenlines with few woody species present. Consequently, levels of precision and accuracy can be problematic for some sites (see test results below). Winward (2000) indicated that most streams with gradients of more than 0.5 percent have the potential for woody species. Conditions that promote the establishment of woody plants do not frequently occur on streams with less than 0.5 percent gradient. Highly disturbed streams, devoid of woody species, may require 10 to 20 years before woody species can re-colonize the streambank.

Data from the woody species regeneration and woody species use procedures, along with photographs, usually provide a good indication of changes in numbers, size, age, and abundance of the plants. Increasing numbers of seedlings and young plants may be an indication of early improvement along the greenline. Changing from a dominance of seedlings and young plants toward an abundance of mature plants is usually an indication that the shrub community is maturing. After disturbance, when stream channels are building lateral and point bars, it is common for an initial establishment of seedlings and young plants to occur. As the bar continues to grow, seedlings and young plants may become dominant along the greenline.

> Results of testing (31 tests) on % seedlings/saplings produced the following results:
> CV = 23.8 (slightly exceeds the desired precision level of 20)
> S:N = 101.9 (high detection due to strong differences between stream reaches)

43

Average difference between observers = 13.1%
Same observers = 12.6 %
Different observers = 15.2 %

## 8.  Greenline-to-Greenline Channel Width (GGW)

Greenline-to-greenline channel width is the average non-vegetated distance between the greenline on either side of the stream.  It provides an indicator of the stream channel width.  As disturbed, usually over-widened streams recover, the channel will narrow.  Hence, narrowing greenline-to-greenline widths are indicators of stream recovery.  Objectives specific to GGW  should be developed from reference sites when such information is available.  Data from GGW should be used with greenline vegetation composition, streambank stability, streambank alteration, and residual vegetation height.

Results of testing (54 tests) produced the following results:
CV = 6.7
S:N = 728 (a very strong detection ability)
Average difference between observers = .5 meter
Same observers = .39 meter
Different observers = .77 meter

## 9.  Woody Species Use

Woody species use estimates are made using the value associated with classes (none to slight, light, moderate, heavy to severe, and extreme -- see Table 4). The degree of use should not be interpreted to a scale finer than a class (or range) since woody species use can only be reliably estimated at a coarse scale. For example, if the average calculated use is 59 percent, the conclusion should be that the use is moderate to heavy.  If the use is 41 percent, the conclusion should be that the use is light to moderate.  Woody species use indicators should be set by use class and not by specific numbers such as 35 percent.

Results of testing (34 tests) produced the following results:
CV = 38.9 (well above the desired precision level)
S:N = 561 (due to the high variability between stream reaches)
Average difference between observers = 3.1%
Same observers = 2.4 %
Different observers = 8.6 %

## 10.  Thalweg Depth Variation Index

As used by Madej (1999), the Depth Variation Index is simply the standard deviation of thalweg depth measurements.  Therefore, it is a statistical measure of the spread or variability in water depths along the length of the stream.  The greater the variability, presumably the greater the habitat complexity and quality.  Because streams are variable in water depth as streamflow rate changes temporally, the standard deviation is indexed to the average depth of the stream. Thus, in the Data Analysis Module, the "Thalweg Depth Variation Index" is

44

BLM_0035217

calculated using the Coefficient of Variation, or ratio of the standard deviation to the arithmetic mean of all depth measurements. The coefficient of variation is a *dimensionless number* that allows comparison of samples through time while minimizing the effect of streamflow level on the variation of thalweg depths.

Results of testing (3 tests) produced the following results:
CV = 8.1
S:N = NA
Average difference between observers = .02 meter
Same observers = NA
Different observers = .02 meter

## 11. Water Width-Maximum Depth Ratio

This metric is calculated by dividing the average water width by the average thalweg depth. The W/D ratio indexes the shape of the wetted channel, whether narrow and deep, or wide and shallow. Because streams are variable in both width and depth, this dimensionless index allows comparisons of samples through time. The assumption here is that MIM samples are ALWAYS collected in late summer when streams are usually flowing within the active channel and within a relatively narrow range of discharge. In such conditions, depth changes are proportional to width changes. Thus, as channels tend towards stability, the index value decreases. As channels destabilize, the index value increases. However, if the channel is strongly entrenched (vertical banks), widths may not change with changes in depth. In this case, variability in the W/D ratio through time would reflect changes in discharge.

Results of testing (3 tests) produced the following results:
CV = 7.1
S:N = NA
Average difference between observers = 2.5
Same observers = NA
Different observers = 2.5

## 12. Percent Substrate Fines (<6 mm)

Surface fines represent that fraction of the pebbles sampled less than 10 mm in size. Kondoff (2000), in evaluating the biological significance of substrate for salmonid fishes, recommended using less than 10 mm (.39 inch) as the fraction that would potentially affect salmonid fry emergence. This means that pebbles fitting the 1, 2.8, 4, 5.6, and 8 mm slots in the gravelometer would be considered fine sediment. On the Wentworth Scale, particles less than 10 mm are the fine gravel and smaller substrate types. Ranges of variability between observers have not yet been evaluated for this metric.

45

BLM_0035218

## 12. D$_{84}$ Substrate Particle Size Diameter and percent fines

This metric estimates the particle size for which 84% of the substrate is smaller, for all pebbles in the sample. As stream channels stabilize through riparian vegetation restoration and increased bank stability, the D84 size normally increases. As channels stabilize, they resist erosion, tend towards a narrower and deeper profile allowing higher levels of bed scour, and increase in sediment transport capability. These physical variables combine in determining the coarseness of the substrate. As stated in the method description, above, this metric is useful for evaluating fish habitat substrate quality.

Results of testing (3 tests) % fines produced the following results:
CV = 6.3
S:N = NA
Average difference between observers = .2%
Same observers = NA
Different observers = .2 %

## 13. Stage from Estimated Discharge

Discharge is the rate of water, in cubic feet per second, flowing in a stream channel. It is calculated by multiplying the cross-sectional area of the wetted stream channel by the water velocity, or Ft^2 x Ft/second, (or Ft^3/second). Discharge can be estimated using Manning's Equation, which is an empirical prediction derived from the channel velocity, flow area, and channel slope. Channel velocity is determined from the wetted perimeter (length of the wetted streambed perpendicular to the flow direction) and from Mannings *n*, a coefficient that represents friction. Mannings *n* is called the "roughness coefficient" and can be estimated from substrate data. Table 1 in the Data Analysis Module – Substrate worksheet shows the *n* values that are applied to various median particle sizes calculated from the pebble count data. Thus, discharge is estimated from field information on water width, depth, gradient, and substrate particle size. It is used to approximate the streamflow rate at the time of the survey. Streamflow differences between sampling may be important in interpreting trends in Width-to-Depth ratio and the Thalweg Depth Variation Index. Stage is the "depth" value used in the equation to estimate discharge. Stage is an important source of calibration for assessing trends in wetted width-to-depth ratio.

## 14. Roughness Coefficient

Derivation of the Mannings' roughness coefficient is described above in the section on discharge. Mannings n is presented as a metric that has bearing on hydraulic friction in the channel and indexes substrate quality. If the roughness coefficient changes through time, such shifts are reflective of the channel's ability to transport water and sediment.

46

BLM_0035219

## 15. Pool Quality Index

High frequency of good quality pools is critical to sustaining salmonids in streams and rivers (Bauer and Ralph 2001). They are used at virtually every life stage, and are critical to providing space for rearing, feeding, resting, spawning, and incubation. A thalweg depth of .3 meter is considered critical as cover for salmonids. Substrate is a critical component of pool habitat for salmonids, particularly for juvenile overwinter rearing. The larger the median particle size, the greater amount of cover is available. Thus, the Pool Quality Index is calculated from a substrate score using both percent thalweg deeper than .3 meter, and the average particle size. The following table (Table 10) describes scores applied to the Pool Quality Index. **Table 10 – Water Depth and Substrate Scores Used to Calculate the Pool Quality Index**

| % Deeper than .3 meter | Depth Score | D50 | Substrate Score |
|---|---|---|---|
| > 50% | 5 | > 180 mm | 5 |
| 30 – 50% | 4 | 64 – 180 mm | 4 |
| 20 – 30% | 3 | 32 – 64 mm | 3 |
| 10 – 20% | 2 | 16 – 32 mm | 2 |
| 5 – 10% | 1 | 8 – 16 mm | 1 |
| < 5% | 0 | < 8 mm | 0 |

The depth score is added to the substrate score, and the total is multiplied by 10 to derive the Pool Quality Index. This index ranges from 0 to 100.

Results of testing (3 tests) produced the following results:
CV = .01
S:N = NA
Average difference between observers = 1
    Same observers = NA
    Different observers = 1

## 16. Photographs

Photographs described in this protocol are designed to help validate data obtained using measured and observed protocols described in this document. They are not intended to be adequate to provide quantitative data.

## 17. PFC Validation

We suggest that the MIM protocols can be used to validate Riparian Proper Functioning Condition (PFC) Assessments. PFC assesses a much broader reach of stream; however, it is a qualitative method for assessing the condition of

47

riparian-wetland areas, and is not designed to be a long-term monitoring tool. The PFC assessment uses hydrology, vegetation, and erosion/deposition (soils) attributes and processes to qualitatively assess the condition of riparian-wetland areas. Many of these same attributes can be quantitatively measured using the MIM procedure. Procedures for PFC assessment are found in the BLM Technical Reference 1737-15, *Riparian Area Management; A User Guide to Proper Functioning Condition and the Supporting Science for Lotic Areas.*

Use the Data Analysis Module to address or validate PFC checklist items and final ratings. Column N in the Data Summary Worksheet (located in the Data Analysis Module) presents quantitative values for several of the checklist items in the PFC assessment. As stated in 1737-15: "…there will be times when items from the checklist need to be quantified." Also: "These quantitative techniques are encouraged in conjunction with the PFC assessment for individual calibration, where answers are uncertain, or where experience is limited." The PFC Validation Table in the Data Analysis Module provides a listing of indicators and their quantitative values for the applicable checklist item(s), along with a note describing the indicator's relevance to the item.

## 18. Winward Greenline Calibration (Winward 2000)

The Data Analysis Module contains a calibration for predicting the vegetation metrics using the Winward (2000) method. This calibration is intended for those users who desire to predict trends using MIM, where previous samples were collected using the Winward (2000) method. Data for developing the calibration model were collected in 2006 from 31 samples. These samples were derived from a variety of stream/riparian types across southern and central Idaho. The calibration is based upon simple regression.

48

## REFERENCES

Archer, E.K., Roper, B.B, R.C. Henderson, N. Bouwes, S.C. Mellison, and J.L. Kershner. 2002. Testing common stream sampling methods: How useful are these techniques for broad-scale, long-term monitoring?  U. S. Department of Agriculture, Forest Service, Fish and Aquatic Ecology Unit, Logan, UT. GTR-0602.

Bauer, S.B. and S.C. Ralph. 2001. Strengthening the use of aquatic habitat indicators in Clean Water Act programs. *Fisheries* Vol 26, No. 6. pp 14–24.

Bauer, S.B. and T.A. Burton. 1993. Monitoring protocols to evaluate water quality effects of grazing management on western rangeland streams. Idaho Water Resources Research Institute; for US EPA. EPA 910/R-93-017.

Benngeyfield, P. and D. Svoboda. 1998. Determining allowable use levels for livestock movement in riparian areas. *Proceedings: Specialty Conference on Rangeland Management and Water Resources*. American Water Resources Association. Middleburg, VA.

Bohn, C. 1986. Biological importance of streambank stability. *Rangelands* 8:55–56.

Bunte, K. and S.R. Abt. 2001. Sampling surface and sub-surface particle size distributions in wadeable gravel- and cobble-bed streams for analysis in sediment transport, hydraulics, and streambed Monitoring. USDA Forest Service, Rocky Mountain Experiment Station, General Technical Report, RMRS-GTR-74. 450 pp.

Burton, T. A. 1999. Bank stability monitoring in Bear Valley Basin—an overview. USDA, Forest Service, Boise National Forest. Unpublished.

Burton, T.A., E.R. Cowley, and S.J. Smith. 2006. Monitoring Streambanks and Riparian Vegetation – Multiple Indicators. Version 2.0.  USDI Bureau of Land Management. Idaho State Office. Boise, ID.

Challis Resource Area. 1999. Photographic guide to median stubble heights. Technical Bulletin No. 99-01. Idaho Bureau of Land Management, Boise, Idaho.

Clary, W.P. 1999. Stream channel and vegetation responses to late spring cattle grazing. *Journal of Range Management* 52 - 3.218–227. May 1999.

BLM_0035222

Clary, W.P. and B.F. Webster.  1989.  Managing grazing of riparian areas in the Intermountain Region.  USDA, Forest Service, Intermountain Research Station, General Technical Report INT-263, Ogden, UT.

Clary, W.P., C.I. Thornton, and S.R. Abt.  1996.  Riparian stubble height and recovery of
   degraded streambanks.  *Rangelands* 18:137–140.

Clary , W.P. and J.W. Kinney.  2002.  Streambank and vegetation response to simulated cattle grazing.  *Wetlands*, Vol 22, No. 1. pp 139–148.

Coles-Ritchie, M.C., R.C. Henderson, E.K. Archer, C. Kennedy, and J.L. Kershner.  2004. The repeatability of riparian vegetation sampling methods:  How useful are these techniques for broad-scale, long-term monitoring?  Gen. Tech. Rep. RMRS-GTR-138.  Fort Collins, CO. U. S. Department of Agriculture, Forest Service, Rocky Mountain Experiment Station.  18 p.

Coles-Ritchie, Marc C.  Utah State University.  2005.  Evaluation of riparian vegetation data and associated sampling techniques.  Utah State University, Logan UT.  184 p.

Cowley, E.R.  2004.  Monitoring the current year streambank alteration by large herbivores.  Unpublished Report. Bureau of Land Management, Idaho State Office. Boise, ID.

Dunne, T and L.B. Leopold.  1978.  *Water in environmental planning*.  W.H. Freeman and Co., San Francisco, CA.  pp 818.

Gordon, N.D., T.A. McMahon, and B.L. Finlayson.  1993.  *Stream hydrology, an introduction for ecologists*.  John Wiley & Sons, Ltd., West Sussex, England.  pp 337–338.

Hansen, P.L., R.D. Pfister, K. Boggs, B.J. Cook, J. Joy, and D.K. Kinckley.  1995.  Classification and management of Montana's riparian and wetland sites.  Montana Forest and Conservation Experiment Station, School of Forestry, The University of Montana, Miscellaneous Publication No. 54, Missoula, MT.  p 640.

Harelson, C.C., C.L. Rawlins, and J.P. Potyondy.  1994.  Stream channel reference sites: an illustrated guide to field techniques.  Gen. Tech. Rep. RM-245. Fort Collins, CO: U.S. Department of Agriculture.

Heitke, J. and R. Henderson.  2004.  Precision of three streambank alteration assessment methods.  Salt Lake City, Utah.  Society for Range Management Annual Meeting.

50

Henderson, R., E. Archer, A. Anderson, and D. Dugaw(PIBO Effectiveness Monitoring Program Staff). 2004. Effectiveness Monitoring For Streams and Riparian Areas Within the Upper Columbia Basin – Sampling Protocol for Integrator Reaches – Stream Channel Parameters. Multi-Federal Agency Monitoring Program. USDA Forest Service. Logan, UT

Interagency Technical Reference. 1996. Utilization studies and residual measurements. Interagency Technical Reference. BLM/RS/ST-96/004+1730. pp 2–5, 51–56.

Kaufman, J.B. and W.C. Krueger. 1984. Livestock impacts on riparian plant communities, and streamside management implications, A Review. *Journal of Range Management* 37(3):430–437.

Kershner, J.L., E.K. Archer, M. Coles-Ritchie, E.R. Cowley, R.C. Henderson, K. Kratz, C.M. Quimby, D.L. Turner, L.C. Ulmer, and M.R. Vinson. 2004. Guide to effective monitoring of aquatic and riparian resources. Gen. Tech. Rep. RMRS-GTR-121. Fort Collins, CO: U.S. Department of Agriculture, Rocky Mountain Research Station. 57 p.

Kondoff, G.M. 2000. Assessing Salmonid Spawning Gravel Quality. Transactions American Fisheries Society. Volume 129, Issue 1. pp 262–281.

Leopold, L.B. 1994. *A view of the river.* Harvard University Press, Cambridge, MA. pp 131–133.

Madej. M. 1999. What can Thalweg Profiles Tell Us. A Case Study from Redwood Creek, California. US Geological Survey, Redwood Field Station, Arcata, CA.

Miller, J.R., K. House, D. Germanoski, R.J. Tausch, and J.C. Chambers. 2004. Fluvial geomorphic responses to Holocene climatic change. In: *Great basin riparian ecosystem: ecology, management, and restoration,* Eds: J.C. Chambers and J.R. Miller. Society for Ecological Restoration International. Island Press, Washington, D.C. pp 49–87.

McHugh P. and P. Budy. 2004. Patterns of spawning habitat selection and suitability for two populations of spring chinook salmon, with an evaluation of generic versus site-specific suitability criteria. Transactions Am Fisheries Society. V 133, pp 89–97.

McHugh P. and P. Budy. 2005. A comparison of visual and measurement-based techniques for quantifying cobble embeddedness and fine sediment

51

BLM_0035224

levels in salmonid-bearing streams.  North American Journal of Fisheries Management. Volume 25:  pp 1208-1215.  American Fisheries Society.

Mossop B., and M.J. Bradford.  2006.  Using thalweg profiling to assess and monitor juvenile salmon (*Onchorhynchus spp.* )habitat in small streams.  Can. J. Fish Aquat. Sci. V63.  Pp 1515-1525.

Platts, W.S.  1991.  Livestock grazing.  In: *Influences of forest and rangeland management on salmonid fishes and their habitats,* Ed: W.R. Meehan.  American Fisheries Society Special Publication 19. American Fisheries Society.  Bethesda, MD.  pp 389–423.

Platts, W.S., C. Armour, G.D. Booth, M. Bryant, J.L. Bufford, P.Cuplin, S. Jensen, G.W. Lienkaemper, G.W. Minshall, S.B. Monson, J.R. Sedell, and J.S. Tuhy.  1987.  Methods for evaluating riparian habitats with applications to management.  U.S. Department of Agriculture, Forest Service, Intermountain Research Station, General Technical Report INT-221.  Ogden, UT.

Ramsey, M.H., M Thompson, and M. Hale. 1992.  Objective Evaluation of Precision Requirements for Geochemistry Analysis using Robust Analysis of Variance. Journal of Geochemical Exploration 44:23-36.

Reed, Porter B.  1988.  National list of plant species that occurs in wetlands: 1988 national summary.  USDI, Fish and Wildlife Service.  <http://www.fws.gov/nwi/bha/list88.html>  Accessed 2006 April 9.

Rosgen, D.  1996.  *Applied river morphology.*  Wildland Hydrology.  Pagosa Springs, CO.

Saunders, C.W. and K. D. Fausch.  2007.  Improved Grazing Management Increases Terrestrial Invertebrate Inputs that Feed Trout in Wyoming Rangeland Streams.   Transactions of the American Fisheries Society.  V 136, pp 1216-1230.

Thompson, W.H., R.C. Ehrhart, P. L. Hansen, T.G. Parker, and W.C. Haglan.  1998.  Assessing Health of a Riparian Site.   American Water Resources Association.  Proceedings: Specialty Conference on Rangeland Management and Water Resources

Thorne, C.R.  1982.  Processes and mechanisms of river bank erosion.  In: *Gravel bed rivers.* Eds: Hey, R.D., Bathurst, J.C. and Thorne, C.R. John Wiley and Sons Ltd. New York, New York.  pp 227–271.

52

BLM_0035225

Thorne, M.S., P.J. Meiman, Q.D. Skinner, M.A. Smith, and J.L. Dodd. 2005. Clipping frequency affects canopy volume and biomass production in planeleaf willow (*Salix planifolia* var. *planifolia* Prush). *Rangeland Ecology and Management* 58(1):41–50.

University of Idaho Stubble Height Study Team. 2004. University of Idaho stubble height study report. Submitted to Idaho State Director, BLM and Regional Forester, Region 4, US Forest Service. University of Idaho Forest, Wildlife and Range Experiment Station, Moscow, ID. 26 p.

USDI, Bureau of Land Management. 1992. Rangeland inventory & monitoring supplemental studies. Technical Reference 4400-5, Denver, CO. p 87.

USDI, Bureau of Land Management. 1996. Riparian area management: process for assessing proper functioning condition. Technical Reference 1737-9, National Applied Science Center, Denver, CO.

USDI, Bureau of Land Management. 1998. Riparian area management: a user guide to assessing proper functioning condition and the supporting science for lotic areas. Technical Reference 1737-15, National Applied Science Center, Denver, CO.

USDI, Bureau of Land Management. 1999. Photographic guide to median stubble heights. Technical Bulletin 99-01, Idaho State Office, Boise, ID. pp 23.

USDI, Fish and Wildlife Service. 1993. National list of plant species that occurs in wetlands: northwest region 9 supplement. http://www.fws.gov/nwi/bha/list88.html Accessed 2006 April 9.

Winward, A.H. 2000. Monitoring the vegetation resources in riparian areas. Gen. Tech. Rep. RMRS-GTR-46. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 49 p.

Woodsmith, R.D., Noel, J.R., Dilger, M.L. 2005. *An approach to effectiveness monitoring of floodplain channel aquatic habitat: channel condition assessment.* Landscape and Urban Planning. 72: 177–204.

Zar, J.H. 1996. Biological Analysis. Prentice Hall, Englewood Cliffs, N.J.

53

The Journal of Wildlife Management 75(8):1753–1766; 2011; DOI: 10.1002/jwmg.232



*Research Article*

# Disease, Population Viability, and Recovery of Endangered Sierra Nevada Bighorn Sheep

**MAYA L. CAHN,**[1,2] *School of Forestry and Environmental Studies, 370 Prospect Street, Yale University, New Haven, CT 06511, USA*

**MARY M. CONNER,** *California Department of Fish and Game, Sierra Nevada Bighorn Sheep Recovery Program, 407 West Line Street, Bishop, CA 93515, USA*

**OSWALD J. SCHMITZ,** *School of Forestry and Environmental Studies, 370 Prospect Street, Yale University, New Haven, CT 06511, USA*

**THOMAS R. STEPHENSON,** *California Department of Fish and Game, Sierra Nevada Bighorn Sheep Recovery Program, 407 West Line Street, Bishop, CA 93515, USA*

**JOHN D. WEHAUSEN,** *University of California, White Mountain Research Station, 3000 East Line Street, Bishop, CA 93514, USA*

**HEATHER E. JOHNSON,** *Wildlife Biology Program, College of Forestry and Conservation, University of Montana, Missoula, MT 59812, USA*

**ABSTRACT** Sierra Nevada bighorn sheep (*Ovis canadensis sierra*) experienced a severe population decline after European settlement from which they have never recovered; this subspecies was listed as endangered under the United States Endangered Species Act (ESA) in 1999. Recovery of a listed species is accomplished via federally mandated recovery plans with specific population goals. Our main objective was to evaluate the potential impact of disease on the probability of meeting specific population size and persistence goals, as outlined in the Sierra Nevada bighorn sheep recovery plan. We also sought to heuristically evaluate the efficacy of management strategies aimed at reducing disease risk to or impact on modeled bighorn populations. To do this, we constructed a stochastic population projection model incorporating disease dynamics for 3 populations (Langley, Mono, Wheeler) based on data collected from 1980 to 2007. We modeled the dynamics of female bighorns in 4 age classes (lamb, yearling, adult, senescent) under 2 disease scenarios: 5% lower survival across the latter 3 age classes and persistent 65% lower lamb survival (i.e., mild) or 65% reduced survival across all age classes followed by persistent 65% lower lamb survival (i.e., severe). We simulated management strategies designed to mitigate disease risk: reducing the probability of a disease outbreak (to represent a strategy like domestic sheep grazing management) and reducing mortality rate (to represent a strategy that improved survival in the face of introduced disease). Results from our projection model indicated that management strategies need to be population specific. The population with the highest growth rate ($\hat{\lambda}$; Langley; $\hat{\lambda} = 1.13$) was more robust to the effects of disease. By contrast, the population with the lowest growth rate (Mono; $\hat{\lambda} = 1.00$) would require management intervention beyond disease management alone, and the population with a moderate growth rate (Wheeler; $\hat{\lambda} = 1.07$) would require management sufficient to prevent severe disease outbreaks. Because severe outbreaks increased adult mortality, disease can directly reduce the probability of meeting recovery plan goals. Although mild disease outbreaks had minimal direct effects on the populations, they reduced recruitment and the number of individuals available for translocation to other populations, which can indirectly reduce the probability of meeting overall, range-wide minimum population size goals. Based on simulation results, we recommend reducing the probability of outbreak by continuing efforts to manage high-risk (i.e., spatially close) allotments through restricted grazing regimes and stray management to ensure recovery for Wheeler and Mono. Managing bighorn and domestic sheep for geographic separation until Sierra Nevada bighorn sheep achieve recovery objectives would enhance the likelihood of population recovery. © 2011 The Wildlife Society.

**KEY WORDS** California, disease, domestic sheep, endangered species management, *Ovis canadensis sierrae*, recovery plan, Sierra Nevada bighorn sheep, Sierra Nevada mountains, stochastic population projection model.

Bighorn sheep (*Ovis canadensis*) populations in North America declined precipitously beginning with European

Received: 31 August 2010; Accepted: 25 January 2011;
Published: 21 September 2011

*Additional Supporting Information may be found in the online version of this article.*
[1]*E-mail: mayacahn@aya.yale.edu*
[2]*Present Address: 2829 Kincaid Street, Eugene, OR 97405, USA.*

settlement, and the geographic distribution of remaining populations has been greatly reduced (Krausman 2000). Various environmental and demographic factors have been implicated, including unregulated hunting, habitat loss, predation, and diseases introduced by livestock (e.g., Wehausen 1996, Singer et al. 2001). Bighorn sheep are closely related to domestic sheep (*Ovis aries*) and are highly susceptible to certain bacterial infections from them (Onderka and Wishart 1988; Foreyt, 1989, 1994; Lawrence et al. 2010). Today, respiratory disease is one of the greatest obstacles to the

BLM_0035227

stability and persistence of bighorn populations in ranges throughout the United States and southern Canada. In particular, bacteria in the genera *Mannheimia*, *Biberstrinia*, and *Pasteurella* (collectively called *Pasteurellaceae*) can cause pneumonia epizootics with high infection rates in wild sheep populations, resulting in all-age die-offs followed by years of depressed reproductive success due to fatal pneumonia in lambs (Foreyt 1990, Coggins and Matthews 1992, Ward et al. 1992, Foreyt 1994). Domestic sheep commonly carry strains of *Pasteurellaceae* that are highly pathogenic in bighorn sheep (Onderka and Wishart 1988; Foreyt, 1989, 1990; Council for Agricultural Science and Technology 2008; Lawrence et al. 2010), and several studies have shown the presence and proximity of domestic sheep to be negatively correlated with bighorn sheep population persistence (Goodson 1982, Gross et al. 2000, Singer et al. 2001, Epps et al. 2004).

The impact of respiratory disease on bighorn sheep populations can vary. Some respiratory pathogens cause illness but not high mortality of adults (hereafter mild outbreaks; Singer et al. 2000, Cassirer and Sinclair 2006). Other respiratory pathogens (especially introduced, leukotoxigenic *Pasteurellaceae* strains) cause catastrophic all-age die-offs with high (>50%) mortality in affected bighorn populations (hereafter severe outbreaks; Foreyt and Jessup 1982, Onderka and Wishart 1984, Coggins and Matthews 1992, George et al. 2008). Whether mild or severe, most respiratory disease outbreaks in bighorn populations are followed by several years of pneumonia caused mortality of lambs resulting in low recruitment rates and juvenile survival (Festa-Bianchet 1988, Coggins and Matthews 1992, Ryder et al. 1994, Jorgenson et al. 1997, George et al. 2008). Continuing lamb infection apparently results from females that remain infective following an outbreak, although mortality or morbidity among the females may not be detectable (Foreyt 1990, Miller et al. 1997, Cassirer and Sinclair 2006). Such recurring lamb infections can substantially delay the recovery of depleted populations to pre-outbreak levels.

Sierra Nevada bighorn sheep (*Ovis canadensis sierrae*) historically occurred along and east of the central and southern Sierra Nevada crest in California (U.S. Fish and Wildlife Service [USFWS] 2007). Unregulated hunting and introduced disease are hypothesized as the cause of the precipitous population decline after European settlement, which left only 2 surviving herds by the 1970s (Wehausen 1980, USFWS 2007). Recovery of the population in one of those areas allowed reestablishment of 3 herds in 3 additional areas through reintroduction, but this was followed by a widespread decline to just over 100 total individuals in the mid 1990s, and the subspecies was listed as endangered in April 1999 (Wehausen 1999, USFWS 2007). Infectious disease is a threat to recovery and persistence of local bighorn sheep populations, although mountain lion (*Puma concolor*) predation may be impacting some Sierra Nevada bighorn populations (Wehausen 1996, USFWS 2007). Several grazing allotments for domestic sheep create risk of pathogen exposure to bighorn sheep populations and continued proximity of domestic sheep to bighorn sheep

is considered a risk to recovery efforts (USFWS 2007, Clifford et al. 2009).

The United States Endangered Species Act stipulates that actions on federal lands must not jeopardize the persistence of endangered species (U.S. Endangered Species Act of 1973, 1973). Recovery of endangered species under the Endangered Species Act is accomplished via federally mandated recovery plans that include specific population goals. Our objective was to evaluate the potential influence of introduced respiratory disease on bighorn sheep demography relative to attaining specific population size and persistence criteria outlined in the Sierra Nevada bighorn recovery plan. We also sought to evaluate the effectiveness of hypothetical management strategies aimed at reducing disease risk or impact. To this end, we constructed a stochastic population projection model that incorporated disease dynamics for 3 Sierra Nevada bighorn populations and conducted simulations to evaluate management strategies and estimate probabilities of meeting recovery goals and other demographic outputs. This approach allowed us to heuristically assess the effects of disease on population dynamics, as well as the probability that potential management intervention can assist with meeting recovery plan objectives.

## STUDY AREA

The 3 study populations were located on the eastern side of the Sierra Nevada mountain range. The Sierra Nevada extends approximately 650 km along the eastern side of California, ranging from 75 km to 125 km wide (Hill 1975). Climate in the Sierra Nevada is characterized by dry conditions in the warm season (May–Oct), with most of the annual precipitation received as snow in winter (Nov–Apr), which varied considerably by year (Major 1977). There is a strong rain shadow effect in precipitation east of the Sierra crest (Major 1977) resulting in more open, xeric vegetation communities along the lower eastern slope. Low elevations (1,500–2,500 m) were characterized by Great Basin sagebrush (*Artemisia tridentata*) and bitterbrush (*Purshia tridentata*) scrub; middle elevations (2,500–3,300 m) by pinyon (*Pinus monophylla*) woodland, subalpine meadows, and forests; and high elevations (>3,300 m) by sparse alpine vegetation including occasional meadows. Virtually all Sierra Nevada bighorn habitat was public land, managed primarily by Yosemite and Sequoia-Kings Canyon national parks, and Inyo, Humbolt-Toiyabe, and Sierra national forests.

Detailed demographic data were available for each study population, referred to here as the Langley, Wheeler, and Mono populations (Fig. 1) after the main geographic features of their range. The Mono population included the Mt. Warren and Mt. Gibbs herds as defined in the Recovery Plan (USFWS 2007). These discrete local populations were small (<40 females; Johnson et al. 2010a) and separated by >50 km of unoccupied habitat. The study populations were known to be geographically isolated; in addition bighorn marked in the 3 study areas with Global Positioning System (GPS; $n = 44$) and very high frequency (VHF) telemetry ($n = 57$) collars for >1 yr showed no movement

BLM_0035228



**Figure 1.** Locations of Langley, Wheeler, and Mono Sierra Nevada bighorn sheep populations and open, temporary, or permanently closed domestic sheep grazing allotments based on data collected 1980–2007 in the Sierra Nevada Mountains, California.

among the study populations. Because the populations were small and did not occupy the entire area considered to be potential habitat, we considered each a single population unit without substructure (i.e., if disease arrives, all individuals in the population would be exposed). No disease-related mortality was documented within the last 35 yr, when intensive research and management activities involving this subspecies were ongoing. Prior collection of field data on this animal was sparse (Wehausen 1980) thus unlikely to detect disease; nevertheless, a die-off of Sierra Nevada bighorn in the Kaweah Peaks in the 1870s was attributed to scabies thought to have been introduced from domestic sheep (Jones 1950). The Wheeler and Mono populations occurred within 8 km straight-line distance from seasonally grazed domestic sheep allotments, whereas the closest allotment to the Langley

population was 40 km. We have documented incidences of domestic sheep straying into bighorn sheep habitat and of long-range movements (53 km) made by bighorn males in the Wheeler and Mono areas.

## METHODS

### Model Parameter Estimation

We based parameter estimates for population models on data collected 1980–2007 (Table 1). Because bighorn sheep are polygynous (Geist 1971), we restricted the model and its parameters to females (Morris and Doak 2002). Annual population surveys for each herd unit included systematic searches for bighorn sheep by experienced observers (see also Johnson et al. 2010a). Ground surveys within herd units

BLM_0035229

**Table 1.** Number of years of data used for each estimate and estimates used to parameterize population projection models for female Sierra Nevada bighorn sheep based on data collected 1980–2007 in Sierra Nevada Mountains, California.

| Population | No. yr | $N(0)$[a] | Corrected mean[b] | Total variance[c] | Process variance |
|---|---|---|---|---|---|
| Langley | | | | | |
|   Fecundity | 11 | 9 | 0.331 | 0.035 | 0.007 |
|   Newborn survival | 9 | 11 | 0.872 | 0.024 | 0.012 |
|   Adult survival | 9 | 38 | 0.977 | 0.002 | 0.000 |
| Wheeler | | | | | |
|   Recruitment | 13 | 6 | 0.313 | 0.022 | 0.006 |
|   Yearling survival | 13 | 4 | 0.730 | 0.036 | 0.014 |
|   Adult survival | 13 | 34 | 0.920 | 0.010 | 0.008 |
| Mono | | | | | |
|   Fecundity | 9 | 4 | 0.360 | 0.007 | 0.000 |
|   Newborn survival | 8 | 3 | 0.674 | 0.008 | 0.000 |
|   Adult survival | 8 | 11 | 0.856 | 0.024 | 0.010 |

[a] $N(0)$ is the starting population vector based on survey data from 2007. For Langley and Mono, $N(0)$ associated with fecundity represents number of lambs, $N(0)$ associated with newborns represents number of yearlings, and $N(0)$ associated with adults represents number of adults, whereas for Wheeler, $N(0)$ associated with recruitment represents number of yearlings, $N(0)$ associated with yearlings represents number of 2-yr-olds, and $N(0)$ associated with adults represents adults.

[b] We corrected parameter estimates with a maximum likelihood approach to remove sampling variance.

[c] Shown for reference; we used process variance in simulations.

occurred over areas ranging from 20 km$^2$ to 43 km$^2$. Multiple observers used binoculars and spotting scopes on established routes to completely survey defined habitat. Surveys occurred primarily in open alpine (Jul–Sep) and sagebrush steppe (Jan–Mar) habitats where animals were visible from long distances. Annual surveys provided minimum count data for lambs, yearlings, and adults. However, knowledge of habitat use patterns of each population, intensive monitoring including repeated field efforts when needed, and small (5–35 adult females) observable populations, allowed for annual counts to be near-complete censuses. We surveyed animals in accordance with University of Montana Institutional Animal Care and Use Committee protocol (024–07MHWB–071807).

The annual lambing period for Sierra Nevada bighorn occurs primarily from mid-April through mid-June, and females give birth to 1 offspring/year (Wehausen, 1996, 1980). We conducted surveys of Mono and Langley populations from July to September, just after new lambs were born (post-birth pulse). We conducted surveys of the Wheeler population in late March or early April just before new lambs were born (pre-birth pulse). We observed 3 stage classes during both surveys types; however, the timing of surveys resulted in distinct differences in the data collected that translate to different parameterizations of population projection matrices (Fig. 2; see Johnson et al. 2010*a* for a detailed explanation of age classes for post- and pre-birth pulse surveys).

We used count data of females from successive years to estimate fecundity or recruitment (*F* post-birth pulse or *R* pre-birth pulse) and survival (*S*) values for each life stage on an annual basis (Table 1). For Langley and Mono, populations surveyed post-birth pulse, we estimated fecundity of adult females ($F_A$), survival from newborn to yearling ($S_N$), and adult survival ($S_A$). We estimated fecundity as the number of female lambs/adult females or $N_{N_0}(t)/N_A(t)$. Given the influence of demographic stochasticity inherent with small sample sizes we used available data on the sex of

yearlings in year $t + 1$ to correct for known numbers of female lambs in year $t$ and assumed a 50:50 sex ratio for lambs of unknown gender. Based on other studies of reproduction of Rocky Mountain bighorns (Gross et al. 2000, Singer et al. 2000, Festa-Bianchet and King 2007) and our pregnancy data for 13 yearlings, we assumed that yearling fecundity was half that of adult females. We estimated newborn to yearling survival as $N_Y(t)/N_N(t-1)$, assuming equal survival between males and females, as we did not identify newborn lambs by sex. We calculated adult female survival as $N_A(t)/[N_A(t-1) + N_Y(t-1)]$. Due to extremely small population sizes in Mono Basin, calculations of adult female survival exceeded 1.0 in 3 yr when we observed 1 (in 1996 and 2002) or 2 (in 2001) additional females in year $t$ than those known to be alive in the previous year $t − 1$; we truncated survival in these cases at 1.0. Although field surveys were highly successful at being near-complete

### Post-birth pulse (Langley and Mono)

$$\begin{bmatrix} 0 & 0 & F_A S_A \\ S_N & 0 & 0 \\ 0 & S_A & S_A \end{bmatrix}$$

### Pre-birth pulse (Wheeler)

$$\begin{bmatrix} 0 & 0 & R_A \\ S_Y & 0 & 0 \\ 0 & S_A & S_A \end{bmatrix}$$

**Figure 2.** Pre- and post-birth pulse matrix models used to simulate female Sierra Nevada bighorn sheep population dynamics from data collected 1980–2007 in the Sierra Nevada Mountains, California. Vital rates in the post-birth pulse model are fecundity ($F_A$), newborn to yearling survival ($S_N$), and adult female survival ($S_A$). Vital Rates in the pre-birth pulse model are recruitment ($R_A$), 2-yr-old female survival ($S_Y$), and adult female survival ($S_A$). Recruitment ($R_A$) accounts for adult survival.

BLM_0035230

census counts, these calculations demonstrate error in the data that we account for later.

For the Wheeler population (sampled pre-birth pulse), we estimated recruitment ($R_A$), survival of yearling to 2-yr old ($S_Y$), and adult survival ($S_A$). We calculated recruitment for year $t$ as the number of yearling females/adult females or $N_Y(t)/N_A(t-1)$. We calculated yearling to 2 yr old survival as $N_T(t)/N_Y(t-1)$, where $N_T$ was number of 2-yr-olds, which were an identifiable class in the pre-birth pulse survey. Because this was a pre-birth pulse census, yearlings were still 1–3 months younger than 1-yr-olds and could not consistently be identified by sex in the field. Sex ratio among yearlings was 52% female and 48% male (T. Stephenson, California Department Fish and Game, unpublished data). Consequently, we assumed equal survival between males and females. We calculated adult female survival in year $t$ as $N_A(t)/[N_A(t-1) + N_Y(t-1)]$.

Vital rate estimates included process variance, the true biological variation in a rate due to spatial and temporal factors (often called environmental stochasticity), demographic variance, and sampling variance, arising from inherent uncertainty in parameter estimation (Link and Nichols 1994, White 2000). Because we were only interested in the influence of process variance in vital rate estimates on Sierra Nevada bighorn population performance (White 2000, Mills and Lindberg 2002), we removed sampling (and confounded demographic) variance from our binary vital rate data and report the resulting estimators (Table 1; Burnham et al. 1987, Johnson 1989). We used the program Kendall.m in MATLAB (Morris and Doak 2002) to search >1,000 combinations of means and variances for each rate to estimate corrected population-specific vital rate parameters. We also estimated correlations (positive and negative) among rates for each population (Appendix) using annual vital rate estimates following Morris and Doak (2002). To evaluate if temporal autocorrelation could have induced correlations between vital rates, we estimated the temporal correlation in vital rates for each population using a lag of 1 yr. The results did not show any patterns of significant correlation.

**Population Model**

For the underlying population model, we constructed a stochastic, discrete time, stage-structured matrix model. Reproduction in our study populations occurred once per year in a short birthing season and adults were capable of reproduction in sequential years. Accordingly, we used a 1-yr (1 May–30 Apr) interval to model population growth. We based our model on 4 approximate life stages—approximate because animals could be 1–3 months older than stated age for post-birth pulse model and 1–3 months younger for the pre-birth pulse model. For post-birth pulse populations, the stages were newborns ($N$; 0–1 yr old), yearlings ($Y$; 1–2 yr old), adults ($A$; 2–16 yr old), and senescent adults ($O$; >16 yr old). For pre-birth pulse populations, the stages were yearlings ($Y$; 1–2 yr old), 2-yr-olds ($T$; 2–3 yr old), adults ($A$; 3–16 yr old), and senescent adults ($O$; >16 yr old).

We included the senescent age class to eliminate accumulation of biologically improbably aged adults that can occur without a terminal stage (Mollet and Cailliet 2002). We estimated the probability that an animal survives the time step and transitions from the adult to senescent age class as (Crouse et al. 1987):

$$p_O = S_A^d \left( \frac{1 - S_A}{1 - S_A^d} \right)$$

where $d$ is the duration spent in the adult age class for the oldest individuals. We calculated $d$ based on a maximum life expectancy of free-ranging bighorn females of 16 yr (Geist 1971, Jorgenson et al. 1997, McCarty and Miller 1998). We assumed survival of animals in the senescent stage class was zero (Byers 1997). Although differences in survival and reproduction may occur among female adult age classes (McCarty and Miller 1998, Berube et al. 1999, Rubin et al. 2002, Festa-Bianchet and King 2007), available demographic data and current management practices do not allow for further resolution (USFWS 2007).

Because we did not document migration among occupied herd units during 10 yr of intensive study, we did not include immigration or emigration in the model. We tested for density dependence in local populations for the data used in the model (i.e., data collected 1980–2007), using regression analysis of vital rates versus population size (Morris and Doak 2002) and found no evidence of density-dependent effects on stage-specific survival and reproduction. At low numbers the effects of population density on bighorn sheep vital rates may be difficult to quantify (Rubin et al. 2002) and potentially complex relative to theoretical carrying capacity, which may change with habitat use patterns. Under an exponential growth model projected female bighorn population size in the Wheeler and Langley populations grew to untenable levels (e.g., >680 females for Langley by yr 20). Because more recent vital rate data (>2007) suggested density dependency, particularly in reproductive rates (Johnson et al. 2010b), we included density dependence in the population model and compared model outputs to a density-independent model.

We incorporated density dependence only in the survival of the youngest class (0–1 yr or 1–2 yr) because bighorn demographic studies have not found density dependence in vital rates of adults (Douglas and Leslie 1986, Wehausen et al. 1987, McCarty and Miller 1998, Festa-Bianchet and King 2007). In addition, long-term studies of large herbivores suggest that adult survival varies little compared to juveniles (Sinclair 1977, Gaillard et al. 1998). For all populations, we used 100 bighorn sheep for carrying capacity for these 3 areas. All 3 areas have had approximately 50 female bighorn (Johnson et al. 2010a). We used 100 bighorn sheep for carrying capacity for several reasons. First, from a modeling perspective, the higher the carrying capacity the less density dependent predictions vary from the density independent model for the time frames we used in this analysis. We wished to use the most extreme case, which is the lowest reasonable carrying capacity, to evaluate the case having the greatest divergence with the density independent results. Second, estimates of 100 for carrying capacity were derived

BLM_0035231

in the Recovery Plan (USFWS 2007), based on density dependent patterns of population growth observed in several herds. Finally, because there were large areas of unoccupied habitat in the ranges used by these populations, it was our opinion that the populations could at least double before fill empty habitat.

We used 2 models for density dependence, a Ricker logistic model (Caswell 2001, Morris and Doak 2002) and a ceiling model (Gross et al. 2000, Morris and Doak 2002) in which we invoked the Ricker model of density dependence only after the population size increased to >100 bighorn sheep. For the Ricker model, we solved for the downward survival adjustment parameter so that the populations would grow to 100 by $t = 20$. For the ceiling model, we solved for the downward adjustment parameter such that survival of youngest class at $N = 100$ would yield lambda ($\lambda$) = 1 in a deterministic matrix model. We used both forms of the model to explore the potential impact of density dependence on meeting recovery plan goals.

To incorporate environmental variation, we multiplied the population vector for each year by a randomly drawn matrix of vital rate values. We used parametric bootstrapping to select a random value for each vital rate from beta distributions having means, process variances, and a correlation structure specific to each population (Morris and Doak 2002). We generated correlated beta variables by first creating a set of correlated random numbers from the vital rates (using Cholesky decomposition), recording their cumulative normal distribution values, and then identifying the numbers (vital rate) from their beta distributions with the same cumulative distribution value (Morris and Doak 2002). Because Sierra Nevada bighorn populations were small, we also incorporated demographic stochasticity in simulations, following Mills and Smouse (1994), for survival and repro-

duction. We used the randomly selected vital rates in the demographic stochasticity routine to project the population forward. For each model scenario we ran 1,000 iterations and calculated recovery outputs described below. We based the initial population vector on survey data from 2007 (Table 1).

**Disease Structure**

We incorporated disease by expanding the stage-structured projection matrix in a manner similar to a metapopulation model that includes movement transitions among populations (Morris and Doak 2002). To accomplish this, we expanded the discrete time population matrix to account for demography of individuals within disease states and the flow of individuals between disease states (Oli et al. 2006). Specifically, we embedded a susceptible-infected (SI) disease structure into the matrix by allocating elements to 4 submatrices of the larger matrix to represent populations of susceptible, infected, and transitioning (1 submatrix for susceptible to infected and 1 for infected to susceptible) individuals. The model proceeded in 2 steps: 1) transition in disease status (e.g., susceptible to infected) and 2) survival and, if required, transition to the next stage class.

In addition to vital rate estimates, the combined 4-stage population matrix model with disease (Fig. 3) included the following parameters (for a given yr): $1 - p_O$ = probability of staying in adult class (not becoming senescent), $p_I$ = probability that a susceptible becomes infected between $t$ and $t + 1$, $p_S$ = probability that an infected recovers and becomes susceptible between $t$ and $t + 1$. Each $4 \times 4$ submatrix (Fig. 3) represents demography of bighorn in different disease states for each year as: 1) upper left submatrix, those that remained in the susceptible class; 2) upper right matrix, those that transition from infected to susceptible; 3)

$$
\begin{bmatrix}
0 & (1-p_I)F_{YS}{}^a S_{AS} & (1-p_I)(1-p_O)F_{AS}S_{AS}{}^b & 0 & 0 & p_S F_{YS}S_{AS} & p_S(1-p_O)F_{AS}S_{AS} & 0 \\
(1-p_I)S_{NS} & 0 & 0 & 0 & p_S S_{NS} & 0 & 0 & 0 \\
0 & (1-p_I)S_{AS} & (1-p_I)(1-p_O)S_{AS} & 0 & 0 & p_S S_{AS} & p_S(1-p_O)S_{AS} & 0 \\
0 & 0 & 0^c & 0 & 0 & 0 & 0 & 0 \\
0 & p_I F_{YI}S_{AI} & p_I(1-p_O)F_{AI}S_{AI} & 0 & 0 & (1-p_S)F_{YI}S_{AI} & (1-p_S)(1-p_O)F_{AI}S_{AI} & 0 \\
p_I S_{NI} & 0 & 0 & 0 & (1-p_S)S_{NI} & 0 & 0 & 0 \\
0 & p_I S_{AI} & p_I(1-p_O)S_{AI} & 0 & 0 & (1-p_S)S_{AI} & (1-p_S)(1-p_O)S_{AI} & 0 \\
0 & 0 & 0 & 0 & 0 & 0 & 0 & 0
\end{bmatrix}
\begin{bmatrix}
N_{NS} \\ N_{YS} \\ N_{AS} \\ N_{OS} \\ N_{NI} \\ N_{YI} \\ N_{AI} \\ N_{OI}
\end{bmatrix}
$$

**Figure 3.** Post-birth pulse disease matrix model for female Sierra Nevada bighorn sheep of the Langley and Mono populations, based on data collected 1980–2007 in the Sierra Nevada Mountains, California. $1 - p_O$ = probability of staying in adult class (not becoming senescent) in a given year, $p_I$ = probability of transitioning from susceptible to infected in a given year, $p_S$ = probability of transitioning from infected to susceptible in a given year, N = newborn (subscript), Y = yearling (subscript), A = adult (subscript), S = susceptible (subscript), I = infected (subscript), and O = senescent (subscript). Subscripts for the vital rate parameters (i.e., F and S) indicate stage class and disease status. For example, $F_{AS}$ represents fecundity of adult susceptibles, the subscript NS represents newborn susceptibles, NI represents newborn infecteds, etc. Yearling fecundity was half that of adult fecundity; $F_Y = 0.5F_A$. For Wheeler, which had a pre-birth pulse survey, we replaced $F_{AS}S_{AS}$ with recruitment rate ($R_A$; see Fig. 2), which accounts for adult survival, and we replaced newborn survival ($S_N$) with 2-yr-old survival ($S_T$). We removed adults that transitioned to the senescent class from the population (essentially they died after transitioning).

BLM_0035232

lower left matrix, those that transition from susceptible to infected; and 4) the lower right matrix, those that remained in the infected class. We assumed that once an outbreak occurred, all animals transitioned from susceptible to infected (but not all died), that is $p_I = 1$ and $p_S = 0$. Similarly, when the disease course was over, all animals remaining transitioned back to susceptible ($p_S = 1$ and $p_I = 0$).

Although we modeled projections for each population using population-specific demographic parameters (derived from field data), we used a common set of disease and management parameters (derived from field data, data from other outbreaks, and expert opinion) for all populations. We fixed the annual probability of pathogen introduction giving rise to a new respiratory disease outbreak ($p_{outbreak}$) at 0.05 (1 outbreak in 20 yr) to represent a mid-range outbreak probability predicted for grazing practices in the vicinity of the Mono and Wheeler populations (Clifford et al. 2009). Thus, because there was no public grazing near the Langley population, results reflect what could happen if grazing was instituted near that population as well. We modeled all disease outbreaks such that during the first year of an outbreak all age classes were impacted by disease, and for ≥3 subsequent years lamb survival (for pre-birth pulse census this is survival 0–1 yr, whereas for post-birth census this is recruitment) remained reduced (details described below; Coggins and Matthews 1992, Jorgenson et al. 1997, Singer et al. 2000, Cassirer and Sinclair 2006, George et al. 2008). We allowed new outbreaks to overlap; if probability of a new outbreak (i.e., 0.05) was greater than a uniform random number for a given year and a disease outbreak was already in progress, then we reset the year of the outbreak to 1.

We also included reinfection of previously infected individual bighorn sheep in our model to represent the observed sustained effects of some pathogen introductions on bighorn recruitment (Singer et al. 2000, George et al. 2008). Because reinfection appears to primarily reduce recruitment, we only reduced newborn survival (post-birth pulse model) or recruitment (pre-birth pulse model). We modeled the probability of reinfection ($p_{reinfect}$) similarly to the probability of outbreak; that is, if $p_{reinfect}$ was greater than a uniform random number for a given year (given an outbreak was in progress), we reset the year of disease outbreak to 1.

To evaluate the extremes of the potential range of introduced pathogen impacts, we simulated 2 disease scenarios. For the "mild" scenario, we reduced the survival of the 2 older age classes by 5% during the first year to represent a minor respiratory pathogen (Singer et al. 2000, Cassirer and Sinclair 2006). Because Sierra Nevada bighorn have not had exposure for a long period of time, especially compared to Rocky Mountain bighorn sheep, it is likely that disease, if introduced, would be severe and kill a high proportion of the population (Miller 2001, George et al. 2008). Thus, we simulated a severe scenario in which we reduced survival of all age classes by 65% to represent a catastrophic die-off, which is in the range observed in other populations (Onderka and Wishart 1984, Coggins and Matthews 1992, George et al. 2008). For both cases, we decreased newborn survival by

65% during the disease course (Jorgenson et al. 1997, Singer et al. 2000, Cassirer and Sinclair 2006, George et al. 2008). We did not mix mild and severe scenarios in the same model run (i.e., all outbreaks within one run of the model were either mild or severe). We did not model a catastrophic outcome. The results of an extreme outbreak that approached 100% mortality would lead to extinction and therefore we chose not to model it. Although our severe outbreak scenario represented 65% mortality across all age classes, recent outbreaks in wild populations have exceeded 80% (Western Association of Fish and Wildlife Agencies 2007). Indeed, catastrophic mortality following an outbreak would result in extinction of some bighorn herds and severely reduce the likelihood of achieving recovery.

The reported length of disease-related reduced lamb survival varies in free-ranging bighorn from 2 yr to 11 yr (Festa-Bianchet 1988, Coggins and Matthews 1992, Ryder et al. 1994, George et al. 2008) and tends to be longer after catastrophic (≥50%) all-age die-offs (Coggins and Matthews 1992, George et al. 2008) than less dramatic (<50%) outbreaks (Festa-Bianchet 1988, Ryder et al. 1994). We began with ≥2 yr of reduced lamb survival (beyond the first year, in which we reduced survival of all age groups), but to account for variability in the length of disease course and differences between milder and more catastrophic outbreaks, we used different probabilities of reinfection for the 2 scenarios. For the mild-outbreak scenario, we used $p_{reinfect} = 0.10$, which yielded a 27% chance of reinfection during the 3-yr disease course such that 83% of the outbreaks lasted 2–4 yr, 12% for 5–6 yr, and 5% for 7–12 yr (max. = 12 yr). For the severe-outbreak scenario, we used $p_{reinfect} = 0.25$, which yielded a 58% chance of reinfection during the 3-yr disease course such that 65% of the outbreaks lasted 2–4 yr, 23% for 5–6 yr, and 12% for 7–14 yr (max. = 14 yr).

## Management Strategies

We used simulation experiments to assess the potential efficacy of 2 disease management strategies on Sierra Nevada bighorn population dynamics and for meeting recovery plan goals. Management simulations represented current or potential strategies intended to reduce the risks and consequences of disease for Sierra Nevada bighorn sheep (SNBS). We applied each management strategy to the 2 disease models. We reduced the probability of an outbreak ($p_{outbreak}$) to represent a management action that decreases the potential for pathogen introduction (e.g., lowering the probability of contact between domestic and bighorn sheep). We reduced the initial probability of disease outbreak, $p_{outbreak}$, by 50% or 75%, changing it from the baseline simulation of 0.05 to 0.025 or 0.013. These probabilities represent reduced probabilities of outbreak (0.01–0.03) as estimated by Clifford et al. (2009) when domestic sheep grazing was reduced or spatially and temporally managed for separation in the vicinity of the Mono and Wheeler study areas. We compared outcomes to scenarios with no control (0% reduction in $p_{outbreak}$) and complete control (100% reduction).

BLM_0035233

We also reduced the mortality rate of diseased bighorn to represent a management action that improved bighorn survival in the face of introduced disease (e.g., vaccination). We decreased the mortality rate by 50% or 75% by decreasing disease mortality for all stage classes from 0.65 to 0.325 or 0.1625 for the severe case, respectively, to simulate 2 levels of management efficacy. For the mild case, we only decreased mortality for lambs (to 0.325 or 0.1625) to represent a strategy aimed at enhancing lamb survival and recruitment (Cassirer et al. 2001). For both severe and mild cases, we applied the lower lamb mortality rates in all years where disease depressed lamb survival.

## Model Outputs

We performed all simulations with MATLAB 7.7 (The MathWorks, Inc., Natick, MA); we ran 1,000 iterations for each scenario. Although we allowed the models to project population dynamics over 20 yr, we present estimates of all outputs using 5- and 10-yr windows as well. Although 20 yr is useful for heuristic purposes, we considered 5 yr and 10 yr more appropriate time frames during which management plans are likely to be evaluated. To meet recovery, $\geq 12$ populations in 4 recovery units must meet recovery goals. We focused on outputs that reflected major recovery plan downlisting or delisting criteria specific to populations (see below), as opposed to land management or regulatory mechanisms (USFWS 2007).

Downlisting (from endangered to threatened status) criterion requires achieving a minimum number of yearling and adult females ($\geq 25$ females $\geq 1$ yr old) for each population. We calculated the probability that populations achieved downlisting objectives as a probability for each year as the number of simulations in which there were $\geq 25$ yearling and adult females divided by the total number of simulations. Delisting (from threatened to recovered status) criterion requires maintaining a minimum number of yearling and adult females ($\geq 25$ females $\geq 1$ yr old) for $\geq 7$ consecutive years for each population. We calculated the probability that delisting targets were achieved as the number of simulations where there was $\geq 1$ series of 7 consecutive years in which there were $\geq 25$ yearling and adult females by the given output year, divided by the total number of simulations. Complete delisting further requires that each population is viable with no significant risk of going extinct. We used a quasiextinction threshold of 5 yearling plus adult females for all local populations based on requirements for minimum population size for optimal foraging and antipredator strategies (Berger 1978, Berger and Cunningham 1988). We calculated the probability of quasiextinction for each year as the number of simulations in which the population size was $\leq 5$ yearling and adult females divided by the total number of simulations.

We also calculated the time to achieve delisting criteria of having $\geq 25$ females $\geq 1$ yr old for $\geq 7$ consecutive years for each population. We estimated the mean total female population size at each output year and the difference in number of total females between no control and the 2 management strategies (effect size) for the severe disease scenario.

## RESULTS

Without disease, the Langley and Wheeler populations grew, whereas the Mono population remained stable (stochastic $\hat{\lambda}_{t=10}$ was 1.13, 1.07, and 1.00, respectively). Including density dependence changed the projected population sizes but did not materially impact recovery outputs at the time scale of importance to management ($\leq 10$ yr) for either the discrete logistic model or ceiling model (Table 2). For the $\leq 10$-yr time frame, density dependent recovery probabilities were 0–4.5% lower than density independent probabilities, with the only exception being the probability of $\geq 25$ sheep under the severe disease scenario (12% lower). Because we did not have compelling evidence for density dependence in our data and because there was little difference between the recovery outputs, we only present results for the simpler density-independent model.

The projected population curves were smooth, in part because all populations were close to their asymptotic stable stage distributions (Johnson et al. 2010a). In addition, the process variance on adult survival rates, which had the highest elasticity values for all populations ($>0.85$; Johnson et al. 2010a), was low (Table 1). In the absence of disease, the Langley and Wheeler populations would likely meet delisting criteria within 10 yr, as their estimated probability of quasiextinction was zero and the estimated probability of attaining and maintaining $\geq 25$ females for $\geq 7$ yr was $\geq 0.96$ (Table 3). The Mono population would not likely meet delisting criteria within 10 yr, as the probability of attaining $\geq 25$ females was 0.12, and the probability of attaining and maintaining $\geq 25$ females for $\geq 7$ yr was zero (Table 3).

On average, the Wheeler population performed well with respect to delisting criteria even under mild and severe disease scenarios (Fig. 4A). However, the 95% CI shows that there was a chance of population decline (Fig. 4B). For all populations, if an outbreak occurred, by chance, sooner rather than later, then the population may not grow, as shown by the example simulation trajectories in which an outbreak occurred in year 6 compared to if it happened in year 13 (Fig. 4C). This variation results in the uncertainty reflected in the trajectory CI (Fig. 4B). Under the severe disease scenario, the probability of having a population size $\geq 25$ was $\geq 0.88$ at the lowest (yr 5), and only in the first 10 yr was the probability $<0.90$ for attaining and maintaining $\geq 25$ females for $\geq 7$ yr (Table 3). The Wheeler population would withstand mild disease outbreaks and continue to grow and likely meet delisting criteria (Table 3). However, under the severe outbreak scenario, disease reduced Wheeler's population growth, which made achieving the minimum population size required to delist the species less likely. Although not likely to go extinct, by year 10 the probability of attaining $\geq 25$ females was 0.69, and the probability of attaining and maintaining $\geq 25$ females for $\geq 7$ yr was 0.67 (Table 3). The Mono population would not be likely to recover without management intervention under any disease scenario; the probability of attaining $\geq 25$ females was low (0.12 at yr 10 even with no disease), and maintaining that level for 7 yr was $\leq 0.11$ for any time frame (Table 3).

BLM_0035234

**Table 2.** Projected recovery plan outputs for density independent and density-dependent (DD) models for female Sierra Nevada bighorn sheep of the Wheeler population. We show only Wheeler because it had the largest differences and represents the pattern for all 3 Sierra Nevada bighorn populations. We based population projections on data collected 1980–2007 in the Sierra Nevada Mountains, California.

| Disease scenario and pop growth model | Yr | $Pr(N < 5)$ | $Pr(N \geq 25)^a$ | $Pr(N \geq 25)$ for $\geq 7$ consecutive yr[b] | $N$ |
|---|---|---|---|---|---|
| No disease | | | | | |
| No DD | 5 | 0.00 | 0.98 | | 64 |
| | 10 | 0.00 | 0.99 | 0.96 | 91 |
| | 20 | 0.00 | 1.00 | 0.99 | 186 |
| Full DD[a] | 5 | 0.00 | 0.99 | | 57 |
| | 10 | 0.00 | 0.98 | 0.97 | 70 |
| | 20 | 0.00 | 0.99 | 0.99 | 98 |
| Ceiling DD[b] | 5 | 0.00 | 0.99 | | 56 |
| | 10 | 0.00 | 0.99 | 0.98 | 70 |
| | 20 | 0.00 | 0.99 | 0.99 | 93 |
| Mild disease | | | | | |
| No DD | 5 | 0.00 | 0.96 | | 60 |
| | 10 | 0.00 | 0.95 | 0.93 | 78 |
| | 20 | 0.00 | 0.97 | 0.98 | 131 |
| Full DD | 5 | 0.00 | 1.00 | | 53 |
| | 10 | 0.00 | 1.00 | 1.00 | 60 |
| | 20 | 0.00 | 1.00 | 1.00 | 75 |
| Ceiling DD | 5 | 0.00 | 0.98 | | 53 |
| | 10 | 0.00 | 0.96 | 0.95 | 61 |
| | 20 | 0.00 | 0.96 | 0.97 | 74 |
| Severe disease | | | | | |
| No DD | 5 | 0.01 | 0.78 | | 54 |
| | 10 | 0.05 | 0.69 | 0.71 | 63 |
| | 20 | 0.13 | 0.65 | 0.78 | 87 |
| Full DD | 5 | 0.01 | 0.75 | | 47 |
| | 10 | 0.06 | 0.62 | 0.67 | 49 |
| | 20 | 0.16 | 0.54 | 0.71 | 47 |
| Ceiling DD | 5 | 0.01 | 0.78 | | 47 |
| | 10 | 0.06 | 0.61 | 0.69 | 47 |
| | 20 | 0.16 | 0.53 | 0.72 | 46 |

[a] Full DD represents a discrete time Ricker logistic model with a carrying capacity of 100.
[b] Ceiling DD represents a model in which Ricker model density dependence was invoked only after $N > 100$.

Reducing the probability of outbreak or the mortality rate (which was the same as increasing survival rate) had little impact on reaching recovery plan goals when disease was mild (Fig. 5). Management had different impacts under severe disease scenarios; all results we provided here are for year 10. For Langley, the population with the highest growth rate, management yielded only minor improvements because probabilities of achieving recovery goals were already high (Fig. 5). For Wheeler, management to reduce the odds of disease appeared likely to increase the probability of

achieving recovery goals. Decreasing $p_{outbreak}$ or mortality rate by 50% increased the probability of attaining $\geq 25$ adult females by 19% and 33%, respectively; gains in the probability of attaining and maintaining $\geq 25$ adult females were similar (19% and 34%, respectively; Fig. 5). For Langley and Wheeler, management actions had little impact on probability of quasiextinction (Fig. 5). By contrast, for Mono decreasing $p_{outbreak}$ or mortality rate by 50% decreased the probability of quasiextinction by 42% and 54%, respectively, while having little impact on the probabilities of the

**Table 3.** Projected recovery plan outputs for no disease and disease scenarios for female Sierra Nevada bighorn sheep. For the mild disease scenario, we reduced survival rates of >1-yr-olds by 5% and lamb survival by 65% for the year of disease outbreak. For severe the disease scenario, we reduced all survival rates by 65% for the year of disease outbreak. For both disease scenarios, we reduced lamb survival 65% for 2–14 yr following the first year of disease outbreak. We based population projections on data collected 1980–2007 in Sierra Nevada Mountains, California.

| Population | Yr | $Pr(N < 5)^a$ | | | $Pr(N \geq 25)^b$ | | | $Pr(N \geq 25)$ for $\geq 7$ consecutive yr[b] | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | No | Mild | Severe | No | Mild | Severe | No | Mild | Severe |
| Langley | 5 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 0.88 | | | |
| | 10 | 0.00 | 0.00 | 0.02 | 1.00 | 1.00 | 0.90 | 1.00 | 1.00 | 0.84 |
| | 20 | 0.00 | 0.00 | 0.04 | 1.00 | 1.00 | 0.89 | 1.00 | 1.00 | 0.93 |
| Wheeler | 5 | 0.00 | 0.00 | 0.01 | 0.98 | 0.96 | 0.76 | | | |
| | 10 | 0.00 | 0.00 | 0.05 | 0.99 | 0.95 | 0.69 | 0.96 | 0.93 | 0.67 |
| | 20 | 0.00 | 0.00 | 0.13 | 1.00 | 0.97 | 0.65 | 0.99 | 0.98 | 0.78 |
| Mono | 5 | 0.01 | 0.02 | 0.16 | 0.03 | 0.02 | 0.02 | | | |
| | 10 | 0.04 | 0.09 | 0.33 | 0.12 | 0.08 | 0.06 | 0.00 | 0.00 | 0.00 |
| | 20 | 0.13 | 0.27 | 0.59 | 0.20 | 0.12 | 0.07 | 0.11 | 0.07 | 0.05 |

[a] Total female $N$.
[b] Adult (>1 yr-old) female $N$.

BLM_0035235



**Figure 4.** Projected population sizes of female Sierra Nevada bighorn sheep from the stochastic simulation model for Wheeler for (A) mean projected population size for no, mild, and severe disease scenarios, (B) mean projected population size and 95% confidence intervals for severe disease scenario, and (C) single population projections from 3 simulations; one with no disease and two with severe disease outbreaks at different random intervals. We based population projections on data collected 1980–2007 in the Sierra Nevada Mountains, California.

population attaining ≥25 females and of attaining and maintaining ≥25 females (Fig. 5). For all cases, reducing the disease mortality rate had a slightly greater benefit compared to reducing the probability of outbreak by the same percentages (Fig. 5).

The probability that time to recovery was <10 yr for Langley and Wheeler was high (≥0.92) for no disease and mild disease scenarios (Table 4). For the severe disease scenario, probabilities that time to recovery was <10 yr dropped to 0.84 for Langley and 0.66 for Wheeler. More effective management actions (i.e., 75% reductions in probability of outbreak or mortality rate) increased the probability

of recovering in <10 yr to ≥0.88 for both populations (Table 4). For Mono, the probability that time to recovery would be ≤10 yr was zero, and the probability of recovering in ≤20 yr was low (≤0.10) for all disease cases and management scenarios (Table 4).

## DISCUSSION

Results from our simulations are consistent with previous demonstrations of the negative influence of domestic sheep on bighorn sheep viability (Gross et al. 2000; Singer et al., 2000, 2001). Because population dynamics vary greatly among herds, effective management of Sierra Nevada bighorn requires strategies to be population-specific (Johnson et al. 2010*a*). Simulating respiratory disease in populations and evaluating disease management alternatives underscores this point. The 3 bighorn populations we studied exhibited different population growth rates (Langley $\hat{\lambda} = 1.13$, Wheeler $\hat{\lambda} = 1.07$, and Mono $\hat{\lambda} = 1.00$) and different responses to severe disease. Langley, with its high growth rate, appears robust to disease and may experience milder impacts, whereas Wheeler, with its moderate growth rate, would require disease management to prevent severe outbreaks and meet recovery plan goals. By contrast, Mono, with its flat growth rate, requires management intervention even in the absence of disease to achieve recovery goals. Accordingly, with respect to recovery plan objectives, inference from a nonrepresentative population could lead to incorrect intervention for some Sierra Nevada bighorn populations in the face of a disease outbreak and possibly extinction of some local populations.

Both severe and mild disease outbreaks can increase the time to meet recovery plan goals, although mild disease impacts are less direct. Simulations indicated severe disease can decrease population size and increase time to recovery for all populations, whereas mild disease appeared to have little impact on the recovery of a population. Other field studies have reported population declines only when disease caused increased mortality in all age classes (Coggins and Matthews 1992, Cassirer and Sinclair 2006, George et al. 2008). However, long-term low recruitment rates caused by disease may prevent populations from recovering (George et al. 2008) and, if recruitment is depressed for a long time, the herd may eventually go extinct. A population with a disease outbreak that affected only lamb survival (and hence recruitment), without an initial all-age die-off, will take longer to show a decline than the time span of our simulations, but will still reduce recovery prospects. Moreover, mild disease outbreaks that result in low lamb recruitment reduce the number of surplus animals available for translocation. Recovery of Sierra Nevada bighorn is dependent upon expanding their geographic distribution into historic range via translocations as well as keeping extant herds viable. Even if reduced recruitment does not lead to population declines, it may reduce or end translocation, which is an essential management action to meet recovery goals. Through a reduction in translocation, even a mild disease outbreak can increase the time to achieve the total minimum number of females required for delisting ($n = 305$; USFWS 2007), and hence,

BLM_0035236



**Figure 5.** Projected impact of reducing probability of outbreak ($p_{outbreak}$) or mortality rate on recovery plan outputs for year 10 for mild and severe disease outbreaks for female Sierra Nevada bighorn sheep, represented here as the probability that the probability falls below <5 females and ≤25 females. The mild disease scenario represents 5% reduced survival across yearling, adult, and senescent age classes and 65% lower lamb survival; severe disease represents 65% reduced survival across all age classes followed by persistent 65% lower lamb survival. We based population projections on data collected 1980–2007 in the Sierra Nevada Mountains, California.

indirectly reduce the overall probability of meeting Sierra Nevada bighorn recovery plan goals over the next 10–20 yr.

Our primary objective was to create a middle-of-the-road disease model to evaluate potential impacts of respiratory disease on Sierra Nevada bighorn population recovery. Because Sierra Nevada bighorn have not had a documented respiratory-disease-related event within 40 yr it is possible that this model underestimates the impact of a disease out-

break on local populations. A respiratory disease outbreak could result in a catastrophic all-age die-off with higher adult mortality than we estimated. For example, catastrophic population losses from respiratory disease of 75% were reported in Idaho (Cassirer et al. 1996) and 80% in Montana (Enk et al. 2001). Moreover, Sierra Nevada bighorn exist in small isolated populations and, therefore, are vulnerable to extinction due to environmental and demographic stochasticity

**Table 4.** Probabilities of time to recovery for female Sierra Nevada bighorn sheep for different disease scenarios and management strategies. Results shown are for management strategies applied to the severe disease scenario. We based population projections on data collected 1980–2007 in Sierra Nevada Mountains, California.

| Population | Time to recovery (yr)[a] | No disease | Mild disease | Severe disease | Pr(outbreak) 50% Reduction | Pr(outbreak) 75% Reduction | Mortality rate 50% Reduction | Mortality rate 75% Reduction |
|---|---|---|---|---|---|---|---|---|
| Langley | <10 | 1.00 | 1.00 | 0.84 | 0.91 | 0.96 | 0.98 | 1.00 |
|  | 10–20 | 0.00 | 0.00 | 0.08 | 0.07 | 0.03 | 0.01 | 0.00 |
|  | >20 | 0.00 | 0.00 | 0.08 | 0.02 | 0.01 | 0.01 | 0.00 |
| Wheeler | <10 | 0.94 | 0.92 | 0.66 | 0.80 | 0.88 | 0.89 | 0.96 |
|  | 10–20 | 0.05 | 0.06 | 0.10 | 0.07 | 0.06 | 0.07 | 0.03 |
|  | >20 | 0.01 | 0.02 | 0.24 | 0.13 | 0.08 | 0.04 | 0.01 |
| Mono | <10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | 10–20 | 0.04 | 0.03 | 0.02 | 0.08 | 0.09 | 0.06 | 0.07 |
|  | >20 | 0.96 | 0.97 | 0.98 | 0.92 | 0.91 | 0.94 | 0.93 |

[a] We define recovery as having ≥25 adult females for ≥7 consecutive years.

BLM_0035237

alone (Boyce 1992). Even with the severe scenario, an early outbreak could result in more severe consequences than portrayed by the mean population trajectory (Fig. 4). For any severe outbreak, even Langley, the population with the highest growth rate, could face extinction risk or, at a minimum, protracted recovery.

On the other hand, a counterargument can be made that our model overestimates the impact of disease because we did not include any population substructure. That is, if one sheep in the model becomes infected, all sheep in the model become infected and have the same increase in mortality probability. Behavioral or spatial population substructure can serve as a barrier to disease spread by decreasing the chance that one or more groups of sheep contact infected groups (Loehle 1995, Ball et al. 1997, Keeling 1999). Although substructure may exist in the populations we studied, the groups appear to be fission–fusion with mixing on winter range. In addition, male bighorn range far and unpredictably especially during the breeding season (Festa-Bianchet 1986). Fission–fusion substructure combined with male breeding movements are likely to attenuate any barrier effects that substructure can provide for disease spread (Cross et al. 2005, and e.g., George et al. 2008). We conclude that any substructure of Sierra Nevada bighorn is unlikely to influence our general conclusions and that, if anything, we may underestimate the impact a first contact with disease may have on SNBS.

A range of management actions can be employed to diminish disease risk by reducing the probability of outbreak. Disease management strategies include reducing or restricting domestic grazing in the vicinity of bighorn ranges, closely managing domestic sheep for strays, and in some cases, permanently closing allotments or choosing not to convert them to domestic sheep grazing (U.S. Forest Service 2006, Western Association of Fish and Wildlife Agencies 2007, Council for Agricultural Science and Technology 2008, Clifford et al. 2009). Our grazing management simulations reflect these types of actions. Simulation results indicated that reducing the probability of outbreak could increase the probability of meeting recovery goals by 19–34%. A 75% reduction in probability of outbreak would yield high probabilities ($\geq$0.88) of meeting recovery plan goals for all 3 populations within 10 yr. And this size reduction may be attainable; the spatial risk model of Clifford et al. (2009) indicated that current grazing restrictions in the area may reduce the probability of outbreak by approximately 75%.

Although preventing or reducing risk by altering the configuration of grazing allotments is currently the most viable option for management, culling and vaccination are strategies that have been discussed or tested in other bighorn sheep populations (Miller et al. 1997; Cassirer et al. 2001; K. Hurley, Western Association of Fish and Wildlife Agencies, personal communication). We modeled the impact of vaccination, or a similar strategy, to compare this prospective management approach to what is presently used. In addition, we wanted our management simulations to serve a broader purpose as a heuristic tool, with application for other wildlife populations. Simulation results indicated that vaccination was slightly more effective than reducing the probability of outbreak with respect to meeting recovery goals for SNBS. However, the difference was not large enough to be of practical importance. We conclude that preventing disease outbreaks by altering the intensity, location, or duration of domestic sheep grazing remains the most viable and effective management option for mitigating disease risk.

Stochastic projection models are well recognized for their ability to synthesize data, identify data gaps, identify sensitive vital rates to target for management, and evaluate different population scenarios (e.g., varying predation rates, severe weather) and management actions (e.g., removals for translocations, habitat enhancements; e.g., Beissinger and Westphal 1998, Morris and Doak 2002). In the context of endangered species management, stochastic projection models are especially useful because they allow managers to develop a realistic assessment of the probability of meeting recovery plan goals and can be employed when a population's small size or status precludes experimentation. The addition of disease to such models is important. First, this approach explicitly addresses how disease can influence demographic properties and structure of populations (Cunningham and Daszak 1998). Second, it can help managers to evaluate the effect of multiple disease management strategies on population performance, as well as recovery and extinction probabilities.

Our approach to modeling disease outbreaks was an extension from similar models (Haydon et al. 2002, Oli et al. 2006), and provides a more realistic approach to modeling infection and reinfection of a certain class or classes. The model's inputs can be easily modified to represent other diseases with different probabilities of infection, lengths of infectivity, probabilities of reinfection, mortality rates, etc. In addition, model inputs include annual additions and subtractions of animals to allow managers to evaluate the impact of disease with different levels of predation and translocation (see Supporting Material available online at www.onlinelibrary.wiley.com). We hope this model provides an accessible flexible framework for incorporating disease in stochastic population projection modeling and will serve as a useful tool for other ungulate managers. The ability to generalize this model reflects our intent to provide a framework that will stimulate discussion and research leading to improvements on existing methodology and ungulate conservation.

## MANAGEMENT IMPLICATIONS

Our simulation results indicate that management strategies for Sierra Nevada bighorn need to be population specific. Based on our findings, we recommend that multiple representative populations be monitored as part of any endangered species recovery and monitoring plan. Our stochastic population model supports Sierra Nevada bighorn recovery efforts because it allows managers to evaluate the probability of meeting recovery goals in light of disease risk. In general, we recommend that stochastic population models used for endangered species management include outputs cast as probabilities of meeting recovery plan goals. The risk of

BLM_0035238

disease outbreaks for SNBS, whether mild or severe, must be mitigated to increase the probability of meeting recovery plan goals. That is, simulations indicate that severe outbreaks decrease population sizes and directly reduce the probability of meeting minimum population size goals, whereas mild outbreaks reduce recruitment and the number of individuals available for translocation to other populations and indirectly reduce the probability of meeting overall, range-wide minimum population size goals. Moreover, because it is possible that our model underestimates the impact disease will have on Sierra Nevada bighorn recovery, continued reduction of the risk of disease outbreak is paramount. At a minimum, to assist recovery for the Wheeler and Mono populations we recommend reducing the probability of outbreak by continuing efforts to manage high-risk (i.e., spatially close) allotments through restricted grazing regimes and stray management. We also recognize that closing grazing allotments until Sierra Nevada bighorn achieves recovery objectives would further population recovery. As managers consider reintroduction of wild sheep throughout the western United States, it is important that they determine the level of disease risk and consequences of outbreaks and evaluate potential management strategies.

## ACKNOWLEDGMENTS

We gratefully acknowledge support from the California Department of Fish and Game, Yale Center for Biospheric Studies, U.S. Fish and Wildlife Service Section 6 Grant, and Valentine Eastern Sierra Reserve. We thank M. Miller for his vital help in structuring the disease component of the model to reflect realism with respect to bighorn sheep. We thank B. Barton, D. Doak, D. German, D. Hawlena, H. Jones, J. Kane, K. Knox, T. Langkilde, M. Miller, and K. Pei for comments.

## LITERATURE CITED

Ball, F., D. Mollison, and G. Scalia-Tomba. 1997. Epidemics with two levels of mixing. Annals of Applied Probability 7:46–89.

Beissinger, S. R., and M. I. Westphal. 1998. On the use of demographic models of population viability in endangered species management. Journal of Wildlife Management 62:821–841.

Berger, J. 1978. Group size, foraging, and antipredator ploys: an analysis of bighorn sheep decisions. Behavioral Ecology and Sociobiology 4:91–99.

Berger, J., and C. Cunningham. 1988. Size-related effects on search time in North American grassland female ungulates. Ecology 69:177–183.

Berube, C. H., M. Festa-Bianchet, and J. T. Jorgenson. 1999. Individual differences, longevity, and reproductive senescence in bighorn ewes. Ecology 80:2555–2565.

Boyce, M. S. 1992. Population viability analysis. Annual Review of Ecology and Systematics 23:481–506.

Burnham, K. P., D. R. Anderson, G. C. White, C. Brownie, and K. H. Pollock. 1987. Design and analysis methods for fish survival experiments based on release-recapture. Monograph 5. American Fisheries Society, Bethesda, Maryland, USA.

Byers, J. A. 1997. American pronghorn: social adaptations and the ghosts of predators past. University of Chicago Press, Chicago, Illinois, USA.

Cassirer, E. F., L. E. Oldenburg, V. L. Coggins, P. Fowler, K. Rudolph, D. L. Hunter, and W. J. Foreyt. 1996. Overview and preliminary analysis of a bighorn sheep dieoff, Hell's Canyon 1995–96. Proceedings of Biennial Symposium of the Northern Wild Sheep and Goat Council 10:78–86.

Cassirer, E. F., K. M. Rudolph, P. Fowler, V. L. Coggins, D. L. Hunter, and M. W. Miller. 2001. Evaluation of ewe vaccination as a tool for increasing

bighorn lamb survival following *pasteurellosis* epizootics. Journal of Wildlife Diseases 37:49–57.

Cassirer, E. F., and A. R. E. Sinclair. 2006. Dynamics of pneumonia in a bighorn sheep population. Journal of Wildlife Management 71:1080–1088.

Caswell, H. 2001. Matrix population models: construction, analysis, and interpretation. Second edition. Sinauer Associates, Sunderland, Massachusetts, USA.

Clifford, D. L., B. A. Schumaker, T. R. Stephenson, V. C. Bleich, M. L. Cahn, B. J. Gonzales, W. M. Boyce, and J. A. K. Mazet. 2009. Assessing disease risk at the wildlife-livestock interface: a study of Sierra Nevada bighorn sheep. Biological Conservation 142:2559–2568.

Coggins, V. L., and P. E. Matthews. 1992. Lamb survival and herd status of the Lostine bighorn herd following a *Pasteurella* die-off. Proceedings of Biennial Symposium of the Northern Wild Sheep and Goat Council 8:147–154.

Council for Agricultural Science and Technology [CAST]. 2008. Pasteurellosis transmission risks between domestic and wild sheep. CAST Commentary QT A2008-1. CAST, Ames, Iowa, USA.

Cross, P. C., J. O. Lloyd-Smith, and W. M. Getz. 2005. Disentangling association patterns in fission-fusion societies using African buffalo as an example. Animal Behaviour 9:499–506.

Crouse, D. T., L. B. Crowder, and H. Caswell. 1987. A stage-based population model for loggerhead sea turtles and implications for conservation. Ecology 68:1412–1423.

Cunningham, A. A., and P. Daszak. 1998. Extinction of a species of land snail due to infection with a microsporidian parasite. Conservation Biology 12:1139–1141.

Douglas, C. L., and D. M. Leslie. 1986. Influence of weather and density on lamb survival of desert bighorn sheep. Journal of Wildlife Management 50:153–156.

Enk, T. A., H. D. Picton, and S. J. Williams. 2001. Factors limiting a bighorn sheep population in Montana following a die-off. Northwest Science 75:280–291.

Epps, C. W., D. R. McCullough, J. D. Wehausen, V. C. Bleich, and J. L. Rechel. 2004. Effects of climate change on population persistence of desert-dwelling mountain sheep in California. Conservation Biology 18:102–113.

Festa-Bianchet, M. 1986. Site fidelity and seasonal range use by bighorn rams. Canadian Journal of Zoology 64:2126–2132.

Festa-Bianchet, M. 1988. A pneumonia epizootic in bighorn sheep, with comments on preventative management. Proceedings of Biennial Symposium of the Northern Wild Sheep and Goat Council 6:66–76.

Festa-Bianchet, M., and W. J. King. 2007. Age-related reproductive effort in bighorn sheep ewes. Ecoscience 14:318–322.

Foreyt, W. J. 1989. Fatal *Pasteurella haemolytica* pneumonia in bighorn sheep after direct contact with clinically normal domestic sheep. American Journal of Veterinary Research 50:341–344.

Foreyt, W. J. 1990. Pneumonia in bighorn sheep: effects of *Pasteurella haemolytica* from domestic sheep and effects on survival and long-term reproduction. Proceedings of Biennial Symposium of the Northern Wild Sheep and Goat Council 7:92–101.

Foreyt, W. J. 1994. Fatal pneumonia inoculation of healthy bighorn sheep with *Pasteurella haemolytica* from healthy domestic sheep. Journal of Wildlife Diseases 30:137–145.

Foreyt, W. J., and D. A. Jessup. 1982. Fatal pneumonia of bighorn sheep following association with domestic sheep. Journal of Wildlife Diseases 18:163–168.

Gaillard, J.-M., M. Festa-Bianchet, and N. G. Yoccoz. 1998. Population dynamics of large herbivores: variable recruitment with constant adult survival. Trends in Ecology and Evolution 13:58–63.

Geist, V. 1971. Mountain sheep. University of Chicago Press, Chicago, Illinois, USA.

George, J. L., D. J. Martin, P. M. Lukacs, and M. W. Miller. 2008. Epidemic *pasteurellosis* in a bighorn sheep population coinciding with the appearance of a domestic sheep. Journal of Wildlife Diseases 44:388–403.

Goodson, N. J. 1982. Effects of domestic sheep grazing on bighorn sheep populations: a review. Proceedings of Biennial Symposium of the Northern Wild Sheep and Goat Council 3:287–313.

Gross, J. E., F. J. Singer, and M. E. Moses. 2000. Effects of disease, dispersal, and area on bighorn sheep restoration. Restoration Ecology 8:25–37.

BLM_0035239

Haydon, D. T., M. K. Laurenson, and C. Sillero-Zubiri. 2002. Integrating epidemiology into population viability analysis: managing the risk posed by rabies and canine distemper to the Ethiopian wolf. Conservation Biology 16:1372–1385.

Hill, M. 1975. Geology of the Sierra Nevada. University of California Press, Berkeley, California, USA.

Johnson, D. J. 1989. An empirical Bayes approach to analyzing recurring animal surveys. Ecology 70:945–952.

Johnson, H. E., L. S. Mills, T. R. Stephenson, and J. D. Wehausen. 2010a. Population-specific vital rate contributions influence management of an endangered ungulate. Ecological Applications 20:1753–1765.

Johnson, H. E., L. S. Mills, J. D. Wehausen, and T. R. Stephenson. 2010b. Combining minimum count, telemetry, and mark-resight data to infer population dynamics in an endangered species. Journal of Applied Ecology 47:1083–1093.

Jones, F. L. 1950. A survey of the Sierra Nevada mountain sheep. Sierra Club Bulletin 35:29–76.

Jorgenson, J. T., M. Festa-Bianchet, J. M. Gaillard, and W. D. Wishart. 1997. Effects of age, sex, disease, and density on survival of bighorn sheep. Ecology 78:1019–1032.

Keeling, M. J. 1999. The effects of local spatial structure on epidemiological invasions. Proceedings of the Royal Society of London B 266:859–867.

Krausman, P. R. 2000. An introduction to the restoration of bighorn sheep. Restoration Ecology 8:3–5.

Lawrence, P. K., S. Shanthalingam, R. P. Dassanayake, R. Subramaniam, C. N. Herndon, D. P. Knowles, F. R. Rurwangira, W. J. Foreyt, G. Wayman, A. M. Marciel, S. K. Highlander, and S. Srikumaran. 2010. Transmission of Manheimia haemolytica from domestic sheep (Ovis aries) to bighorn sheep (Ovis canadensis): unequivocal demonstration with green fluorescent protein-tagged organisms. Journal of Wildlife Diseases 46:706–717.

Link, W. A., and J. D. Nichols. 1994. On the importance of sampling variance to investigations of temporal variation in animal population size. Oikos 69:539–544.

Loehle, C. 1995. Social barriers to pathogen transmission in wild animal populations. Ecology 76:326–335.

Major, J. 1977. California climate in relationship to vegetation. Pages 11–73 in M. G. Barbour and J. Major, editors. Terrestrial vegetation of California. John Wiley and Sons, Inc., New York, New York, USA.

McCarty, C. W., and M. W. Miller. 1998. Modeling the population dynamics of bighorn sheep. Special Report 73. Colorado Division of Wildlife, Fort Collins, USA.

Miller, M. W. 2001. Pasteurellosis. Pages 330–339 in E. S. Williams and I. K. Barker, editors. Infectious diseases of wild mammals. Third edition. Iowa State University Press, Ames, USA.

Miller M. W., J. A. Conlon, H. J. McNeil, J. M. Bulgin, and A. C. S. Ward. 1997. Evaluation of a multivalent Pasteurella haemolytica vaccine in bighorn sheep: safety and serologic responses. Journal of Wildlife Diseases 33:738–748.

Mills, L. S., and M. S. Lindberg. 2002. Sensitivity analysis to evaluate the consequences of conservation actions. Pages 338–366 in S. R. Bessinger and D. R. McCullough, editors. Population viability analysis. University of Chicago Press, Chicago, Illinois, USA.

Mills, L. S., and P. E. Smouse. 1994. Demographic consequences of inbreeding in remnant populations. American Naturalist 144:412–431.

Mollet, H. F., and G. M. Cailliet. 2002. Comparative population demography of elasmobranchs using life history tables, Leslie matrices and stage-based matrix models. Marine and Freshwater Research 53:503–516.

Morris, W. F., and D. F. Doak. 2002. Quantitative conservation biology: theory and practice of population viability analysis. Sinauer Associates, Inc., Sunderland, Massachusetts, USA.

Oli, M. K., M. Venkataraman, P. A. Klein, L. D. Wendland, and M. B. Brown. 2006. Population dynamics of infectious diseases: a discrete time model. Ecological Modelling 198:183–194.

Onderka, D. K., and W. D. Wishart. 1984. A major bighorn sheep die-off from pneumonia in southern Alberta. Proceedings of Northern Wild Sheep and Goat Council 4:356–363.

Onderka, D. K., and W. D. Wishart. 1988. Experimental contact transmission of Pasteurella haemolytica from clinically normal domestic sheep causing pneumonia in Rocky Mountain bighorn sheep. Journal of Wildlife Diseases 24:663–667.

Rubin, E. S., W. M. Boyce, and E. P. Caswell-Chen. 2002. Modeling demographic processes in an endangered population of bighorn sheep. The Journal of Wildlife Management 66:796–810.

Ryder, T. J., E. S. Williams, K. W. Mills, and S. L. Anderson. 1994. Residual effects of pneumonia on the bighorn sheep of Whiskey Mountain Wyoming. Proceedings of Northern Wild Sheep and Goat Council 9:15–19.

Sinclair, A. R. E. 1977. The African buffalo. University of Chicago Press, Chicago, Illinois, USA.

Singer, F. J., E. Williams, M. W. Miller, and L. C. Zeigenfuss. 2000. Population growth, fecundity, and survivorship in recovering populations of bighorn sheep. Restoration Ecology 8:75–84.

Singer, F. J., L. C. Zeigenfuss, and L. Spicer. 2001. Role of patch size, disease, and movement in rapid extinction of bighorn sheep. Conservation Biology 15:1347–1354.

U.S. Fish and Wildlife Service. 2007. Recovery plan for Sierra Nevada bighorn sheep. U.S. Fish and Wildlife Service, Sacramento, California, USA.

U.S. Forest Service. 2006. Risk analysis of disease transmission between domestic sheep and bighorn sheep on the Payette National Forest. U.S. Department of Agriculture, McCall, Idaho, USA.

U.S. Endangered Species Act of 1973. (Pub.L. 93–205, 81 Stat. 884, Dec. 28, 1973).

Ward, A. C., D. L. Hunter, M. D. Jaworski, P. J. Benolkin, M. P. Dobel, J. B. Jeffress, and G. A. Tanner. 1992. Pasteurella spp. in sympatric bighorn and domestic sheep. Journal of Wildlife Diseases 33:544–557.

Wehausen, J. D. 1980. Sierra Nevada bighorn sheep: history and population ecology. Dissertation. University of Michigan, Ann Arbor, USA.

Wehausen, J. D. 1996. Effects of mountain lion predation on bighorn sheep in the Sierra Nevada and Granite Mountains of California. Wildlife Society Bulletin 24:471–479.

Wehausen, J. D. 1999. Rapid extinction of mountain sheep populations revisited. Conservation Biology 13:378–384.

Wehausen, J. D., V. C. Bleich, B. Blong, and T. T. Russi. 1987. Recruitment dynamics in a southern California mountain sheep population. Journal of Wildlife Management 51:86–98.

Western Association of Fish and Wildlife Agencies (WAFWA). 2007. Initial subcommittee recommendations for domestic sheep and goat management in wild sheep habitat. Wild Sheep Working Group. <http://www.mwvcrc.org/bighorn/wafwawildsheepreport.pdf>. Accessed 15 Jan 2011.

White, G. C. 2000. Population viability analysis: data requirements and essential analyses. Pages 288–331 in L. Boitani and T. K. Fuller, editors. Research techniques in animal ecology: controversies and consequences. Columbia University Press, New York, New York, USA.

**Appendix.** Correlation matrices for Sierra Nevada bighorn sheep population vital rates based on data collected 1980–2007 in Sierra Nevada Mountains, California.

| Population | Recruitment or fecundity | 2-yr-old or yearling survival | Adult survival |
|---|---|---|---|
| Wheeler | | | |
| Recruitment | 1.0 | | |
| 2-yr-old survival | 0.442 | 1.0 | |
| Adult survival | 0.262 | 0.696 | 1.0 |
| Langley | | | |
| Fecundity | 1.0 | | |
| Yearling survival | −0.127 | 1.0 | |
| Adult survival | −0.172 | −0.263 | 1.0 |
| Mono | | | |
| Fecundity | 1.0 | | |
| Yearling survival | −0.185 | 1.0 | |
| Adult survival | −0.337 | 0.096 | 1.0 |

*Associate Editor: Gary C. White.*

BLM_0035240

Case No. 1:20-cv-02484-MSK   Document 37   filed 04/27/21   USDC Colorado   pg 342 of 443

# The Colorado River:
# Lifeline of the American Southwest[1]

## C. A. Carlson and R. T. Muth

*Department of Fishery and Wildlife Biology and Larval Fish Laboratory,
Colorado State University, Fort Collins, CO 80523, USA*

## Abstract

CARLSON, C. A., AND R. T. MUTH. 1989. The Colorado River: lifeline of the American Southwest, p. 220–239. *In* D. P. Dodge [ed.] Proceedings of the International Large River Symposium. Can. Spec. Publ. Fish. Aquat. Sci. 106.

In less than a century, the wild Colorado River has been drastically and irreversibly transformed into a tamed, man-made system of regulated segments. The pristine Colorado, characterized by widely fluctuating flows and physico-chemical extremes, supported unique assemblages of indigenous flora and fauna. Closure of Hoover Dam in 1935 marked the end of the free-flowing river. The system has since become one of the most altered and intensively controlled in the United States; many mainstem and tributary dams, water diversions, and channelized river sections now exist in the basin. Despite having one of the most arid drainages in the world, the river supplies more water for consumptive use than any river in the United States. Its biota is dominated by non-native organisms, and about one third of its native fishes are threatened, endangered, or extinct. This paper treats the Colorado River holistically as an ecosystem and summarizes current knowledge on its ecology and management. Little has been published on productivity and fisheries of the mainstream river.

## Résumé

CARLSON, C. A., AND R. T. MUTH. 1989. The Colorado River: lifeline of the American Southwest, p. 220–239. *In* D. P. Dodge [ed.] Proceedings of the International Large River Symposium. Can. Spec. Publ. Fish. Aquat. Sci. 106.

En moins d'un siècle, le cours sauvage du Colorado a été irrévocablement et très fortement modifié en un système artificiel de tronçons à débit régularisé. À son état vierge, le Colorado abritait des assemblages uniques d'animaux et de plantes indigènes; on y observait des fluctuations importantes du débit et des facteurs physico-chimiques. Depuis l'achèvement en 1935 du barrage Hoover qui a marqué la fin de l'état sauvage du fleuve, le système est devenu l'un des cours d'eau les plus perturbés et intensivement harnachés des États-Unis. Il existe maintenant dans le bassin versant de nombreux barrages, ouvrages de déviation et tronçons canalisés dans le tronçon principal et les tributaires. Malgré que son bassin hydrographique soit l'un des plus arides du globe, le Colorado fournit un plus grand volume d'eau à des fins de consommation que tout autre cours d'eau américain. Son biote est composé en grande partie d'organismes exotiques et environ un tiers de sa faune piscicole indigène est menacée, en danger de disparition ou disparue. On présente une vue globale du Colorado à titre d'écosystème et on résume les connaissances actuelles sur son écologie et sa gestion. Peu de données ont été publiées sur la productivité et les pêcheries dans le tronçon principal.

## Introduction

"In a little over two generations, the wild Colorado has been harnessed by a series of dams strung like beads on a thread from the Gulf of California to the mountains of Wyoming. The living river that Powell knew has been sectioned into placid desert lakes throughout much of its length, and the river's primordial task of carrying the *massif* of the Colorado Plateau to the sea, bit by grainy bit, has been interrupted, and will remain interrupted for the lifetimes of our children's children and beyond." — Watkins (1969).

Despite years of study, the Colorado River has rarely been viewed holistically as an ecosystem (sensu Minshall et al. 1985), and much information on its biota is available only in the "gray" literature. This case history is intended to introduce the reader to the Colorado River System, with emphasis on current literature, including recent reviews by Graf (1985) and Stanford and Ward (1986a, 1986b, 1986c). We have drawn upon only the most significant elements of the extensive non-peer-reviewed literature.

## Description of the Basin

The Colorado heads on the Never Summer Range in Rocky Mountain National Park, Colorado, and flows 2 320 km to the Gulf of California in Mexico (Fig. 1). The Green River, which joins the Colorado in Canyonlands National Park, Utah, originates in the Wind River Range of

[1]Contribution 33, Colorado State University Larval Fish Laboratory.

BLM_0035241



FIG. 1. The Colorado River Basin (redrawn from Hely 1969 and Fradkin 1981).

southwestern Wyoming, 2 735 km from the Gulf of California.

The Colorado River Basin encompasses 632 000 km² in the United States and Mexico (Plummer 1983) and ranges in elevation from sea level to above 4 000 m (Carlson and Carlson 1982). It occupies one-twelfth of the land area of the contiguous United States and is divided into upper and lower basins for water management purposes. Sub-basins and conditions in the basin were reviewed by LaRue (1916),

Sykes (1937), Iorns et al. (1965), Bishop and Porcella (1980), Carlson and Carlson (1982), Graf (1985), and Stanford and Ward (1986a).

The Colorado River drainage spans three geologic provinces: Rocky Mountains, Colorado Plateau, and Basin and Range (Hunt 1974). Igneous and metamorphic rock underlie headwater regions, but the river contacts marine deposits containing salts and fine-grained sediments downstream (Miller et al. 1983). Major geologic strata were sum-

221

BLM_0035242

marized by Stanford and Ward (1986a). Various portions of the river system originated from 3.3 to over 20 million years ago (Minckley et al. 1986).

Human occupation of the Colorado River Basin dates to some of the earliest records of man as a nomadic hunter in the Western Hemisphere over 10 000 yr ago. Agricultural Anasazi, Fremont, Mogollon, and Hohokam cultures flourished at various times into the 1200s, creating extensive irrigation systems (Masse 1981) and exploiting fishes and game along watercourses (Bolton 1919). They declined and were succeeded by their descendants (Hopi, Taos, Zuni, and Pima-Papago) and immigrant Navaho, Apache, Southern Paiute, Havasupai, and Hualapai people (Watkins 1969; Fradkin 1981; Graf 1985). Spanish explorers in search of riches encountered the lower Colorado River in 1540 (LaRue 1916). The river was given several names before Father Kino applied the name 'Colorado' on a 1705 map of his passage westward in search of religious converts (Bolton 1919; Hughes 1967). White trappers continued exploration of the canyon country in the early 1800s, and William Ashley's party first navigated the upper Green River in 1825 (LaRue 1916; Watkins 1969). Mormon colonizers established towns along the river, and John Lee was sent by church leaders to establish a crossing below Glen Canyon (Fradkin 1981). Lee's ferry site has played a prominent role in the law of the river. John Wesley Powell's scientific investigations of the Colorado began in 1869, when he floated from Green River, Wyoming, through the Grand Canyon (Stegner 1982). Watkins (1969) and Fradkin (1981) have contributed excellent comprehensive reviews of subsequent Colorado River history. The first high dam on the mainstream river (Hoover Dam) was closed in 1935, marking the free-flowing Colorado's demise (Stanford and Ward 1986a). In the remainder of this paper, we summarize the status of the Colorado River ecosystem prior to 1935, briefly describe human manipulation of the basin's waterways, and assess the current condition and future of the river system and its biota.

## The Colorado River before 1935

Prior to 1935, the river flowed essentially unchecked from its sources to the sea, ending in a "live delta" of meandering streams, silt, and shifting land patterns (Hundley 1966). Then, as now, much of its basin consisted of relatively barren deserts. High relief, sparse vegetation, and desert storms combined with montane snowmelt to produce spectacular variations in discharge (Minckley 1979; Table 1). The upper basin produced most of the river's discharge, and peak flows occurred after snowmelt in spring and early summer (Bishop and Porcella 1980). Maximum runoff in the lower basin often followed winter rainstorms (Sykes 1937). Lowest discharge typically occurred in mid to late summer, but long periods of low flows accompanied droughts.

At times of moderate flows and during droughts, the river ran clear, but sediment transport was remarkably high during floods. In high-gradient reaches, alluvial rubble from side channels resulted in formation of rapids between long, sand-bottom pools (Stanford and Ward 1986a). Unstable flows and other conditions resulted in arroyo cutting in small and medium-sized streams, and floods and droughts resulted, over time, in alternating braided and meandering

TABLE 1. Selected physicochemical characteristics of the Colorado River before 1935 (Deacon and Minckley 1974; Dolan et al. 1974; US Geological Survey 1975; Weatherford and Jacoby 1975; Pillsbury 1981; Graf 1985; Stanford and Ward 1986a).

| | |
|---|---|
| Discharge, range at Yuma, AZ | 0 to 7 000 $m^3 \cdot s^{-1}$ |
| Virgin flow, long-term annual mean from upper basin | 16.65 $km^3$ |
| Sediment transport, daily maximum in Grand Canyon | 25$\cdot 10^6$t |
| Seasonal water temperature ranges: | |
| Headwaters | 0-20°C |
| Low-elevation desert streams | 5->30°C |
| TDS: | |
| Headwaters | > 50 $mg \cdot L^{-1}$ |
| Lower mainstream | 250-380 $mg \cdot L^{-1}$ |

channels (Graf 1985). Oxbow lakes and extensive, transitory marshes formed where the lower river occupied broad valleys. Minckley (1979) characterized the lower Colorado before regulation as "a broad, meandering, sandy-bottomed, periodically erosive, yet often aggrading stream".

Water temperatures in the pristine Colorado River probably resembled those recorded today in reaches far from mainstream reservoirs, and wide diurnal fluctuations were common (Minckley 1979). Chemical conditions before 1935 must have been almost as variable as discharge. Dissolved solids (TDS) concentrations differed with the geology of various sub-basins, but calcium, sulphate, and bicarbonate were predominant ions (Stanford and Ward 1986a). Local oxygen depletions probably were common in deeper backwaters along the lower river (Minckley 1979).

The biota of the Colorado River before 1935 is generally poorly documented. Headwater streams probably harbored plant and invertebrate communities like those currently present. Riverine algae were diverse but sparse, and nutrient levels were adequate to support considerable primary production during clear flows (Stanford and Ward 1986a). Autochthonous production was probably particularly important in areas on the lower river where marshy backwaters and oxbow lakes provided plant production that supplied organic detritus (Minkley 1979). Ward et al. (1986) stated that a highly adapted riverine zoobenthos existed at potamon sites in the upper basin but not in the Lower Mainstem Colorado. The trophic structure of the lower river probably was direct and simple. Chironomids and oligochaetes were the predominant benthic organisms. Only soft bottoms of backwaters and woody debris in main channels could have supported diverse and abundant invertebrate communities.

The Colorado River Basin has an unique indigenous fish fauna. The drainage was established long ago and has had no major connections with surrounding river basins for millions of years (Behnke and Benson 1983). As Molles (1980) noted, the Colorado River System may be considered "an aquatic island in a terrestrial sea". Because of long isolation, the fish fauna consists of species distinctly different from their nearest relatives, and relationships are evolutionarily and geographically distant (Miller 1959; Minckley et al. 1986). Many native genera probably existed in the basin by Miocene time, and present-day species occurred by the Plio-Pleistocene (Smith 1978; Minckley et al. 1986).

BLM_0035243

The fish fauna was first described in the middle to late 1800s in reports by naturalists assigned to military or exploratory expeditions (summarized by Evermann and Rutter 1895). Fishes native to the basin include 36 species, 20 genera, and 9 families (Table 2). Many species are polytypic within the basin.

Machete, striped mullet, and spotted sleeper are marine or brackish-water fishes that enter the Colorado's delta and ascend into the Lower Mainstem Colorado. Occurrence of spotted sleeper in the lower basin was documented by a single specimen (Hubbs 1953), and Minckley (1979) listed this species as ''hypothetically'' present. Ten of the remaining freshwater species are known from adjacent river basins. Of these, cutthroat trout, speckled dace, and Sonoran topminnow have subspecific representatives that are endemic to the basin. One isolated population of desert pupfish occurs naturally outside the basin (Miller 1943; Hubbs and Miller 1948; Miller 1981). The other 23 freshwater species are

endemic and form an unique assemblage of highly specialized and unusual fishes. Endemic fishes account for 64 % of all native species (35 % of all native genera), constituting one of the highest levels of endemism known in North America (Miller 1959). Most other native species are represented by endemic subspecies.

Native fishes were never ubiquitously distributed throughout the basin and were associated with specific subbasins and habitat types. Many species had extremely narrow distributions within the basin (Table 2). An average of about 10 species probably occurred per major river drainage, with a range of 5 (Bill Williams drainage) to 18 or 19 (Gila River drainage). Except for mainstream species, there have always been distinct differences between upper and lower basin fish faunas. Five species (cutthroat trout, mountain whitefish, mountain sucker, mottled sculpin, and Paiute sculpin) occurred only in the upper basin and were essentially restricted to headwaters. These fishes are very similar

TABLE 2. Native fishes of the Colorado River Basin, including their current federal legal status and historic distribution/location in the basin (Evermann and Rutter 1895; Ellis 1914; Beckman 1952; Koster 1957; Miller 1959, 1961, 1972; Sigler and Miller 1963; Miller and Lowe 1964; Rinne 1976; Bailey et al. 1970; Baxter and Simon 1970; Rinne and Minckley 1970; Deacon and Bradley 1972; Minckley 1973, 1979; Holden and Stalnaker 1975; Cross 1976; Moyle 1976; Joseph et al. 1977; Behnke 1979; Deacon et al. 1979; Hubbard 1980; Lee et al. 1980; Molles 1980; Robins et al. 1980; Carothers and Minckley 1981; Parenti 1981; Behnke et al. 1982; Tyus et al. 1982; U. S. Department of the Interior 1982, 1983, 1985a-e, 1986a-e, 1987; Behnke and Benson 1983; Williams et al. 1985; Minckley et al. 1986; Stanford and Ward 1986c; Johnson 1987). X – indicates species has occurred; ? – indicates presence questionable; * – indicates endemic genera, species, or subspecies.

| Species | Federal legal status[c] | Historic distribution by major river drainage[a] | | | | | | | | Historic location |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Upper basin[b] | | | Lower basin[b] | | | | | |
| | | CO | GR | SJ | CO | VR | LC | BW | GI | |
| ELOPIDAE | | | | | | | | | | |
| Machete | | | | | | | | | | |
| Elops affinis | N | | | | X | | | | ? | sporadic in lower section of Lower Mainstem Colorado River, AZ-CA-Mexico; mouth of Gila River, AZ |
| SALMONIDAE | | | | | | | | | | |
| Mountain whitefish | | | | | | | | | | |
| Prosopium williamsoni | N | | X | | | | | | | headwaters of Green River drainage, UT-WY-CO |
| Apache trout | | | | | | | | | | |
| Salmo *apache | T | | | | | | X | | X | restricted to headwaters of Little Colorado and Salt rivers, AZ-NM |
| Colorado River cutthroat trout | | | | | | | | | | |
| S. clarki *pleuriticus | U | X | X | | | | | | | headwaters of Upper Mainstem Colorado and Green river drainages, WY-CO |
| Gila trout | | | | | | | | | | |
| S. *gilae | E | | | | | | | | X | restricted to headwaters of Verde River, AZ and Gila River, NM |
| CYPRINIDAE | | | | | | | | | | |
| Longfin dace | | | | | | | | | | |
| Agosia chrysogaster | N | | | | | | | X | X | Bill Williams and Gila river drainages, AZ-NM, south to Rio Sonora, Mexico |
| Humpback chub | | | | | | | | | | |
| Gila *cypha | E | X | X | ? | X | | X | | | larger river channels; primarily in canyon-bound segments |

BLM_0035244

TABLE 2. Native fishes of the Colorado River Basin, including their current federal legal status and historic distribution/location in the basin (Evermann and Rutter 1895; Ellis 1914; Beckman 1952; Koster 1957; Miller 1959, 1961, 1972; Sigler and Miller 1963; Miller and Lowe 1964; Rinne 1976; Bailey et al. 1970; Baxter and Simon 1970; Rinne and Minckley 1970; Deacon and Bradley 1972; Minckley 1973, 1979; Holden and Stalnaker 1975; Cross 1976; Moyle 1976; Joseph et al. 1977; Behnke 1979; Deacon et al. 1979; Hubbard 1980; Lee et al. 1980; Molles 1980; Robins et al. 1980; Carothers and Minckley 1981; Parenti 1981; Behnke et al. 1982; Tyus et al. 1982; U. S. Department of the Interior 1982, 1983, 1985a-e, 1986a-e, 1987; Behnke and Benson 1983; Williams et al. 1985; Minckley et al. 1986; Stanford and Ward 1986c; Johnson 1987). X – indicates species has occurred; ? – indicates presence questionable; * – indicates endemic genera, species, or subspecies. cont'd

| Species | Federal legal status[c] | Upper basin[b] | | | Lower basin[b] | | | | | Historic location |
|---|---|---|---|---|---|---|---|---|---|---|
| | | CO | GR | SJ | CO | VR | LC | BW | GI | |
| Bonytail G. *elegans | E | X | X | X | X | | X | | X | larger river channels of the basin; widespread |
| Colorado roundtail chub G. *robusta robusta | N | X | X | X | | | | X | X | medium to large-sized river channels of the basin; widespread |
| No common name G. *r. grahami[d] | U | | | | | | | | X | status questionable; Gila River drainage |
| Pahranagat roundtail chub G. *r. jordani | E | | | | X | | | | | restricted to springs and spring-streams of Pahranagat Valley, pluvial White River, NV |
| Virgin river roundtail chub G. *r. seminuda | P-E | | | | X | | | | | restricted to Virgin River, AZ-NV-UT |
| Moapa roundtail chub G. *r. robusta spp.[e] | U | | | | X | | | | | restricted to Moapa River, NV |
| Gila chub G. *intermedia[f] | U | | | | | | | | X | restricted to upper Gila River drainage, AZ-NM |
| White River spinedace *Lepidomeda albivallis | E | | | | X | | | | | restricted to pluvial White River, NV |
| Pahranagat spinedace *L. altivelis | O | | | | X | | | | | restricted to cool springs and spring-streams of Pahranagat Valley, Virgin River drainage, NV |
| Virgin river spinedace *L. mollispinis mollispinis | U | | | | X | | | | | restricted to Virgin River drainage, AZ-NV-UT |
| Meadow Valley spinedace *L. m. pratensis | P-T | | | | X | | | | | restricted to Meadow Valley Wash, Virgin River drainage, NV |
| Little Colorado spinedace *L. vittata | P-T | | | | | | X | | | restricted to upper Little Colorado River drainage, AZ |
| Spikedace *Meda fulgida | T | | | | | | | | X | moderately restricted to upper Gila River drainage, AZ-NM |
| Moapa dace *Moapa coriacea | E | | | | X | | | | | highly restricted to thermal springs of Moapa River, NV |
| Woundfin *Plagopterus argentissimus | E | | | | X | X | | | X | lower and middle sections of Lower Mainstem Colorado, Virgin, Salt, and Gila rivers |

BLM_0035245

TABLE 2. Native fishes of the Colorado River Basin, including their current federal legal status and historic distribution/location in the basin (Evermann and Rutter 1895; Ellis 1914; Beckman 1952; Koster 1957; Miller 1959, 1961, 1972; Sigler and Miller 1963; Miller and Lowe 1964; Rinne 1976; Bailey et al. 1970; Baxter and Simon 1970; Rinne and Minckley 1970; Deacon and Bradley 1972; Minckley 1973, 1979; Holden and Stalnaker 1975; Cross 1976; Moyle 1976; Joseph et al. 1977; Behnke 1979; Deacon et al. 1979; Hubbard 1980; Lee et al. 1980; Molles 1980; Robins et al. 1980; Carothers and Minckley 1981; Parenti 1981; Behnke et al. 1982; Tyus et al. 1982; U. S. Department of the Interior 1982, 1983, 1985a-e, 1986a-c, 1987; Behnke and Benson 1983; Williams et al. 1985; Minckley et al. 1986; Stanford and Ward 1986c; Johnson 1987). X – indicates species has occurred;? – indicates presence questionable; * – indicates endemic genera, species, or subspecies. cont'd

| Species | Federal legal status[c] | Historic distribution by major river drainage[a] | | | | | | | | Historic location |
| | | Upper basin[b] | | | Lower basin[b] | | | | | |
| | | CO | GR | SJ | CO | VR | LC | BW | GI | |
| Colorado squawfish *Ptychocheilus* \*lucius* | E | X | X | X | X | | X | | X | larger river channels of the basin; widespread |
| Las Vegas dace *Rhinichthys* \*deaconi* | O | | | | | X | | | | restricted to Las Vegas Valley, Virgin River drainage, NV |
| Southern speckled dace *R. osculus* \* *osculus* | N | | | | | | | | X | southern Gila River drainage |
| Colorado speckled dace *R. o.* \*yarrowi* | N | X | X | X | X | X | X | X | | middle and upper Colorado River Basin |
| Moapa speckled dace *R. o.* \*moapae* | U | | | | | X | | | | restricted to Moapa River, NV |
| Pahranagat speckled dace *R. o.* \*velifer* | U | | | | | X | | | | restricted to Pahranagat Valley, Virgin River drainage, NV |
| Kendall Warm Springs dace *R. o.* \*thermalis* | E | | X | | | | | | | restricted to Kendall Warm Springs, upper Green River drainage, WY |
| Meadow Valley speckled dace *R. osculus*\*spp. | U | | | | | X | | | | restricted to Meadow Valley Wash, Virgin River drainage, NV |
| Preston Spring speckled dace *R. osculus*\*spp. | U | | | | | X | | | | restricted to Preston Spring, Virgin River drainage, NV |
| Loach minnow *Tiaroga cobitis* | P-T | | | | | | | | X | moderately restricted to upper Gila River drainage, NV |
| CATOSTOMIDAE | | | | | | | | | | |
| Sonora sucker *Catostomus* \*insignis* | N | | | | | | X | X | | moderately restricted to Bill Williams and Gila river drainages, AZ-NM |
| Flannelmouth sucker *C.* \*latipinnis* | N | X | X | X | X | X | X | | X | medium to large-sized river channels of the basin; widespread |
| Gila mountain sucker *C. (Pantosteus[i])* \*clarki clarki[j]* | N | | | | | | X | X | | Bill Williams and Gila river drainages, AZ-NM |
| White River sucker *c. (P.)* \*c. intermedius[j]* | U | | | | X | | | | | pluvial White River, NV |
| Colorado bluehead sucker *c. (p.) discobolus[k] discobolus* | N | X | X | X | X | | X | | | medium to large-sized river channels; widespread |

meismers@mtco.com

BLM_0035246

TABLE 2. Native fishes of the Colorado River Basin, including their current federal legal status and historic distribution/location in the basin (Evermann and Rutter 1895; Ellis 1914; Beckman 1952; Koster 1957; Miller 1959, 1961, 1972; Sigler and Miller 1963; Miller and Lowe 1964; Rinne 1976; Bailey et al. 1970; Baxter and Simon 1970; Rinne and Minckley 1970; Deacon and Bradley 1972; Minckley 1973, 1979; Holden and Stalnaker 1975; Cross 1976; Moyle 1976; Joseph et al. 1977; Behnke 1979; Deacon et al. 1979; Hubbard 1979; Lee et al. 1980; Molles 1980; Robins et al. 1980; Carothers and Minckley 1981; Parenti 1981; Behnke et al. 1982; Tyus et al. 1982; U. S. Department of the Interior 1982, 1983, 1985a-e, 1986a-e, 1987; Behnke and Benson 1983; Williams et al. 1985; Minckley et al. 1986; Stanford and Ward 1986c; Johnson 1987). X – indicates species has occurred;? – indicates presence questionable; * – indicates endemic genera, species, or subspecies. cont'd

| Species | Federal legal status[c] | Historic distribution by major river drainage[a] | | | | | | | | Historic location |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Upper basin[b] | | | Lower basin[b] | | | | | |
| | | CO | GR | SJ | CO | VR | LC | BW | GI | |
| Zuni bluehead sucker  c. (P.) d. *yarrowi | U | | | | | | X | | | restricted to upper Zuni River drainage, AZ-NM |
| Mountain sucker  c. (P.) platyrhynchus | N | X | X | | | | | | | headwaters of Upper Mainstem Colorado and Green river drainages, UT-WY-CO |
| Little Colorado sucker  Catostomus *sp.[h] | N | | | | | | X | | | restricted to Little Colorado River drainage, AZ-NM |
| Razorback sucker  *Xyrauchen texanus | U | X | X | X | X | | | | X | larger river channels of the basin; widespread |
| CYPRINODONTIDAE[i] | | | | | | | | | | |
| Northern springfish  *Crenichthys baileyi albivallis | U | | | | | X | | | | restricted to isolated springs and spring-streams of pluvial White river, NV |
| Pahranagat springfish  *C. b. baileyi | N | | | | | X | | | | restricted to isolated springs and spring-streams of Pahranagat Valley, pluvial White River, NV |
| Great springfish  *C. b. grandis | N | | | | | X | | | | restricted to isolated springs and spring-streams of Pahranagat Valley, pluvial White River, NV |
| Moapa springfish  *C. b. moapae | U | | | | | X | | | | restricted to isolated springs and spring-streams of pluvial White River, NV |
| Thermal springfish  *C. b. thermophilus | N | | | | | X | | | | restricted to isolated springs and spring-streams of pluvial White River, NV |
| Railroad Valley springfish  *C. nevadae | T | | | | | X | | | | Railroad Valley, a former connective of the Virgin River drainage, NV |
| Sonoran Desert pupfish  Cyprinodon macularius *macularius | E | | | | X | | | | X | lower section of Lower Mainstem Colorado River and Gila River drainage |
| Salton Sea pupfish  C. m. *californiensis | E | | | | X | | | | | Salton Sea Basin, CA |
| POECILIIDAE | | | | | | | | | | |
| Sonoran topminnow  Poeciliopsis occidentalis occidentalis | E | | | | | | | | X | moderately restricted to Gila River drainage south into Mexico |

226

BLM_0035247

TABLE 2. Native fishes of the Colorado River Basin, including their current federal legal status and historic distribution/location in the basin (Evermann and Rutter 1895; Ellis 1914; Beckman 1952; Koster 1957; Miller 1959, 1961, 1972; Sigler and Miller 1963; Miller and Lowe 1964; Rinne 1976; Bailey et al. 1970; Baxter and Simon 1970; Rinne and Minckley 1970; Deacon and Bradley 1972; Minckley 1973, 1979; Holden and Stalnaker 1975; Cross 1976; Moyle 1976; Joseph et al. 1977; Behnke 1979; Deacon et al. 1979; Hubbard 1980; Lee et al. 1980; Molles 1980; Robins et al. 1980; Carothers and Minckley 1981; Parenti 1981; Behnke et al. 1982; Tyus et al. 1982; U. S. Department of the Interior 1982, 1983, 1985a-e, 1986a-e, 1987; Behnke and Benson 1983; Williams et al. 1985; Minckley et al. 1986; Stanford and Ward 1986c; Johnson 1987). X – indicates species has occurred; ? – indicates presence questionable; * – indicates endemic genera, species, or subspecies. cont'd

| Species | Federal legal status[c] | Historic distribution by major river drainage[a] | | | | | | | | Historic location |
| | | Upper basin[b] | | | Lower basin[b] | | | | | |
| | | CO | GR | SJ | CO | VR | LC | BW | GI | |
| **MUGILIDAE** | | | | | | | | | | |
| Striped mullet | | | | | | | | | | |
| *Mugil cephalus* | N | | | | X | | | | X | sporadic in lower section of Lower Mainstem Colorado river, AZ-CA-Mexico; mouth of Gila River, AZ |
| **ELEOTRIDAE** | | | | | | | | | | |
| Spotted sleeper | | | | | | | | | | |
| *Eleotris picta* | N | | | | ? | | | | | extreme lower section of Lower Mainstem Colorado River, AZ-CA-Mexico |
| **COTTIDAE** | | | | | | | | | | |
| Mottled sculpin | | | | | | | | | | |
| *Cottus bairdi* **punctulatus* | N | X | X | X | | | | | | headwaters of upper basin drainages, UT-WY-CO |
| Paiute sculpin | | | | | | | | | | |
| *C. beldingi* | N | X | | | | | | | | headwaters of Upper Mainstem Colorado River drainage, CO |
| NUMBER OF SPECIES | | 12 | 12 | 8 (9?) | 11 (12?) | 12 | 9 | 5 | 18 (19?) | |

[a]Major river drainages: CO — Mainstem Colorado, GR — Green, SJ — San Juan, VR — Virgin, LC — Little Colorado, BW — Bill Williams, GI — Gila.

[b]Dividing line at Lee Ferry, AZ.

[c]Federal legal status under the 1973 Endangered Species Act as amended: T — threatened, E — endangered, P — proposed for listing, U — under review (candidate), N — no federal status (however, certain of these taxa are variously protected by one or more basin states) O — extinct.

[d]Included here are populations referred by Rinne (1976) to *Gila robusta grahami* Girard; problematic fishes currently under study.

[e]This distinctive form may be worthy of subspecific rank, but remains under study.

[f]This taxon was raised to specific rank by Rinne (1976); an action followed by several western biologists (Rinne and Minckley 1970; Minckley 1973; Minckley et al. 1986).

[g]Many distinctive forms of speckled dace occur in the Lower Colorado River Basin, especially as "big-river" forms in most major streams and also as isolated populations in headwaters and springs. Status of these may never be determined because of complexities of their variation.

[h]The Little Colorado sucker, proposed as an undescribed species related to flannelmouth sucker by Minckley (1973), is yet to be formally described.

[i]Minckley (1973) provided reasoning for retaining *Pantosteus* as a valid genus (see Smith 1966 for the alternative view).

[j]Certain *Pantosteus* of the Bill Williams and Virgin rivers are distinctive and may represent valid species. This is especially true for the Bill Williams River, where *P. clarki* typical of the Gila River drainage co-occur with another form (Minckley 1973).

[k]As with *P. clarki*, this highly available taxon may include a number of unrecognized species.

[l]Parenti (1981) demonstrated that the United States genera *Crenichthys* and *Empetrichthys* belong to the family Goodeidae, an otherwise live-bearer family of central Mexico.

to conspecifics in adjacent river basins. Twenty species are known only from the lower basin and (excluding marine forms) were largely confined to small to medium-sized river channels. The Virgin and Gila river drainages represent centers of endemism. Only eight species were common to both the upper and lower basins. Of these, humpback chub, bonytail, Colorado squawfish, flannelmouth sucker, and razorback sucker, the so-called "big river" fishes, were generally restricted to large, mainstream channels. Biology, ecology, and habitat requirements of the basin's native fishes have been reviewed in detail by Minckley (1973, 1979), Deacon and Minckley (1974), Behnke et al. (1982), Behnke and Benson (1983), Stanford and Ward (1986c), and contributors to Spofford et al. (1980) and Miller et al. (1982a).

Merriam's vegetation zones were employed in Graf's (1985) description of natural riparian vegetation. At upper elevations in the basin, riparian communities were dominated by willows. In lower (Transition, Upper Sonoran, and Lower Sonoran) zones, riparian vegetation was a complex

BLM_0035248

mix of willows (*Salix* sp.), cottonwood (*Populus* sp.), mesquite (*Prosopis* sp.), seepwillow (*Baccharis salicifolia*), and arrowweed (*Tessaria sericea*). Specific communities were described in detail by Brown et al. (1977) and Stanford and Ward (1986a). The exotic tamarisk (also known as salt cedar), *Tamarix gallica*, had been introduced to the basin and occurred in riparian communities of most drainages by 1935 (Graf 1985). A well-developed riparian community along the lower Colorado provided allochthonous organic input to the stream and furnished habitat for terrestrial insects which served as fish food. Ohmart et al. (1977) estimated that at least 2 023 ha of cottonwood communities existed along 322 km of potentially suitable habitat on the lower river in the 1600's. Overgrazing and cutting of cottonwoods and mesquite for fuel had caused significant changes in pristine riparian communities before regulation of the river (Ohmart et al. 1977). Riparian vegetation was important then, as now, in supplying habitat for terrestrial vertebrates (Johnson and Jones 1977).

## Management of the Colorado River System

Native Americans began diverting water from rivers in the Colorado River Basin to irrigate crops around 1000 AD, and sophisticated canal systems existed on floodplains of the Salt, Gila, and other streams by 1200 (Graf 1985). The early irrigators vanished by 1400, and interest in diverting water for agriculture in the Colorado basin was not renewed until the middle to late 1800s, when small diversions abounded and discussions of major diversion projects began (Fradkin 1981). Levees were constructed to contain the lower Colorado River, and jetties and frontworks were built to deflect currents and protect streamside development. Major diversions of Colorado River water to the Imperial Valley, California, began just after the turn of the century, and the Salton Sea was created when the flooding Colorado broke through restraints in 1905 (Sykes 1937; Watkins 1969).

TABLE 3. Selected decisions and projects influencing the Colorado River System (Hughes 1967; Watkins 1969; Spofford 1980; Fradkin 1981; Carlson and Carlson 1982; Harris et al. 1982; Plummer 1983; Valentine 1983; Coats 1984; Upper Colorado River Commission 1984; Graf 1985; Welsh 1985; Hundley 1986; Bureau of Reclamation data).

| A. | Laws, compacts, treaties and other decisions | | B. | Dams, diversions, and other structural modifications | |
| Year | Action | Rationale/effect | Year | Action | Rationale/effect |
|---|---|---|---|---|---|
| 1902 | Reclamation (Newlands) Act passed | Created U.S. Reclamation service (Bureau of Reclamation) | 1892 | Grand Ditch (Colorado R. to eastern slope, CO) completed | First diversion of water from Colorado basin |
| 1903 | Salt River Project (Colorado R. to central AZ) authorized | Irrigation agriculture near Phoenix, AZ; authorized Roosevelt Dam | 1901 | Imperial Canal completed (Colorado R. near Yuma, AZ, to Imperial Valley, CA) | Irrigation of Imperial Valley |
| 1904 | Yuma Project (Laguna Dam) authorized | Irrigation of Yuma Valley, AZ/CA | 1909 | Laguna Diversion Dam (Colorado R., CA/AZ) completed | Irrigation of Yuma Valley, AZ/CA |
| 1908 | Grand Canyon National Monument established | — | 1911 | Roosevelt Dam and Power Plant completed (Salt R., AZ) | First high dam (multipurpose) in basin[b] |
| 1915 | Dinosaur National Monument and Rocky Mountain National Park established | — | 1913 | Strawberry Dam (Strawberry R., UT) completed | Water storage for Provo, UT, area (Great Basin) |
| 1919 | Grand Canyon National Park established | — | 1915 | First Imperial Irrigation District temporary diversion dam completed | Ensuring minimum flows to imperial Valley |
| 1922 | Colorado River Compact signed (AZ joined 1944) | Divided Colorado R. water between upper and lower basins[a] | 1935 | Hoover Dam completed (Colorado R., NV/AZ) | Multipurpose (water storage, flood control, and power generation) |
| 1929 | Boulder Canyon Project Act passed | Authorized Hoover Dam and all-American Canal; Congress approved Compact of 1922 | 1938 | Imperial Dam (Colorado R., AZ/CA) and Parker Dam (Colorado R., CA/AZ) completed | Desilting of irrigation water to AZ and CA; water storage for southern CA and central AZ; flood control |
| 1934 | Fish and Wildlife Coordination Act passed | Provided that federal water project planning must consider impacts on wildlife | 1940 | All-American Canal (Imperial Reservoir to Imperial Valley) opened | Irrigation of Imperial Valley |
| 1944 | Mexican Water Treaty signed | Assured Mexico of 1.85 km$^3$•yr$^{-1}$ of Colorado R. | 1941 | Colorado River Aqueduct (L. | Municipal water for Los Angeles and |

BLM_0035249

TABLE 3. *(Continued)*

| A. Year | Action | Rationale/effect | B. Year | Action | Rationale/effect |
|---|---|---|---|---|---|
| | Laws, compacts, treaties and other decisions | water[a]; authorized Davis Dam | | Dams, diversions, and other structural modifications — Havasu to Southern CA) | environs |
| 1948 | Upper Colorado River Basin Compact signed | Apportioned upper basin water to upper basin states and AZ[a] | 1943 | Gila Project (Imperial Res. to lands along Colorado and Gila rivers) opened | Irrigation of lower Gila and Colorado Valleys |
| 1956 | Colorado River Storage Project Act passed | Authorized Flaming Gorge, Glen Canyon, Navaho and Curecanti projects in upper basin | 1946 | Headgate Rock Diversion Dam (Colorado R., CA/AZ) completed | Irrigation of Indian lands along Colorado R. |
| 1964 | *Arizona* v. *California* Supreme Court decision issued; Canyon lands National Park established | Apportioned lower basin water between AZ, CA and NV[a] | 1950 | Morelos Dam (Colorado R., Mexico) completed | Storage for irrigation of Mexicali Valley, Mexico |
| | | | 1953 | Davis Dam (Colorado R., AZ/NV) completed | Regulation of water delivery to Mexico; flood control |
| 1968 | Colorado River Basin Project Act passed | Authorized Central Arizona Project and five upper basin projects | 1963 | Flaming Gorge Dam (Green R., UT) and Navaho Dam (San Juan R., CO) completed | Multipurpose |
| 1969 | National Environmental Policy Act passed | Required Bureau of Reclamation to work under provisions of acts and consult with wildlife authorities | 1964 | Glen Canyon Dam (Colorado R., AZ) and Fontenelle Dam (Green R., WY) completed | Multipurpose |
| 1973 | Endangered Species Act passed | — | 1977 | Bypass drain (Colorado R. to Gulf of California) opened | Diverting brackish water from Colorado R. |
| 1974 | Colorado River Basin Salinity Control Act passed | Controlled salinity of Colorado R. water | 1978 | Crystal Reservoir (Gunnison R., CO); Curecanti Unit (name changed to Wayne Aspinall Storage Unit 1980) completed | Storage |
| 1982 | Reclamation Act amended | Raised limitation on land owned by Bureau of Reclamation water users | — | Under construction Yuma Desalting Plant; central Arizona Project (L. Havasu to Pheonix) | Desalting water; supplying water to central AZ and to central NV and UT. |

[a] See Graf (1985) for legal water entitlements to basins, states and Mexico.
[b] See Graf (1985) for heights and storage capacities of major high dams in the Colorado system.

The U.S. Bureau of Reclamation, created by legislative action in 1902 (Table 3A), is responsible for construction and operation of projects that support economic development, primarily irrigation agriculture and industrial water uses (Graf 1985). Fradkin (1981) referred to five phases of the Bureau's "conquest" of the Colorado River. First, it constructed several small, non-controversial projects and followed these with the larger Strawberry Valley Project, Utah; Gunnison Tunnel, Colorado; Roosevelt Dam, Arizona; and Laguna Dam on the lower Colorado (Table 3B). Plans to enhance irrigation of the Imperial Valley by building a new canal (within the borders of the United States) and large reservoirs on the river to store water, control floods, and produce power led to fears in upper-basin states that the lower basin would claim rights to all water in the river under the doctrine of prior appropriation. Discussions culminated in the Colorado River Compact, which divided waters between the upper and lower basins (above and below Lee Ferry, respectively) on the basis of estimated virgin flows at Lee Ferry from 1896 to 1921. Negotiators based allocations on an annual flow of at least 22.20 km³ (Hundley 1966). Average annual virgin flow at Lee Ferry is now estimated at 20.72 km³ for the pre-Compact period and 17.52 km³ since 1922 (Upper Colorado River Commission 1984). The Colorado's waters were overcommitted by this first attempt at apportionment.

BLM_0035250

After a period of stagnation through the 1920's, the Bureau of Reclamation launched its major dam-building era (the second phase of its conquest of the river) with passage of the Boulder Canyon Project Act in 1929 (Fradkin 1981). That law and the Upper Colorado River Basin Compact apportioned waters among states in the lower and upper basins, respectively, and Mexico was guaranteed water from the Colorado River by the Mexican Water Treaty (Graf 1985). High dams in the upper basin were authorized by the Colorado River Storage Project Act of 1956. Plans to construct dams in Dinosaur National Monument and at Bridge and Marble canyons in Grand Canyon were scuttled when public opinion stimulated by Wilderness Society and Sierra Club advertising reached U.S. congressmen (Watkins 1969; Nash 1970; Coats 1984). Welsh (1985) described the prolonged controversy over the Central Arizona Project and withdrawal of funding for Orme Dam.

The Bureau entered its third phase of conquest, construction of large aqueducts to deliver water to local areas, with passage of the Colorado River Basin Project Act of 1968. Fradkin's (1981) fourth phase, designed to "clean up the mess" caused by preceding phases, was launched by passage of the Colorado River Basin Salinity Control Act in 1974. The final phase will involve increasing the amount of water in the Colorado River Basin by imports from other basins or augmenting runoff through weather modification, strategies which will require additional study and negotiation (Pillsbury 1981; Harris 1983).

Since closure of Hoover Dam, the Colorado River System has become one of the most intensively controlled in the United States (Petts 1984). Although high dams provide security and profit for humans in the southwestern United States (Graf 1985), they have also transformed most of the streams in the Colorado basin into man-made rivers (Petts 1984).

Modifications documented in Table 3 B represent only the "tip of the iceberg" of man-induced changes in the Colorado River System. Bishop and Porcella (1980) reported some 117 reservoirs with individual storage capacities over 0.001 km$^3$ in the upper basin alone and about 40 trans-mountain canals and tunnels exporting water from that region. Water from the Colorado River Basin has long been diverted to and used in the Arkansas, Platte, and Rio Grande river basins and the Great Basin. On the lower Colorado, channels have been shortened by excavation, banks rip-rapped, and channels deepened by dredging (Minckley 1979). Lowering of water tables due to groundwater pumping, diversion and modification of spring runs, channelization, and impoundments have reduced fish habitats in desert portions of the Colorado basin (Pister 1981; Meffe et al. 1983; Williams et al. 1985).

Reservoir construction and diversion of water (often in open canals) from streams in the Colorado River Basin have enormously increased evaporative water loss from the system (Welsh 1985). Twelve percent of the Colorado's annual flow evaporated from reservoirs by the 1970's, and another 3 % was diverted from the basin (Graf 1985). Weatherford and Brown (1986) noted that 6.16 km$^3$ of water are exported from the basin annually. These phenomena team with crop irrigation and effects of municipal and industrial water uses to exacerbate natural downstream salinity increases (Carlson and Carlson 1982). High salinity, the

river's most serious water quality problem, increases costs of water use and adversely affects agricultural productivity (Graf 1985).

By 1974, salt concentrations in the lower river had reached maximum levels recommended for agriculture and human consumption, and basin states agreed upon a program to maintain salinity at or below levels measured near lower-basin mainstream dams in 1972. The Colorado River Basin Salinity Control Act restricted salinity of water delivered to Mexico at Morelos Dam (Pillsbury 1981). A canal was constructed to divert highly saline water from the Welton-Mohawk Irrigation District to the Gulf of California, and the Bureau of Reclamation is building a desalting plant at Yuma, Arizona, to ensure delivery of required flows and salinities to Mexico. Such projects are expected to reduce TDS by 130 mg·L$^{-1}$ at Imperial Dam (Paulson and Baker 1983).

Increased use of Colorado River water has also caused local problems associated with high heavy metals concentrations, radioactive materials, acid mine drainage, and oxygen levels near waste-treatment facilities (Bishop and Porcella 1980; Graf 1985). Additional energy development in the upper basin will increase impacts related to mining and rapid urbanization (Spofford et al. 1980; Jacobsen 1982; Adams and Lamarra 1983), and acid deposition may become a serious problem.

Watkins (1969) and Carothers and Johnson (1983) recognized the conflict between increasing visitation to National Park System areas in the Colorado River Basin and preservation of natural qualities of such lands. The National Park Service, Forest Service, and Bureau of Land Management now impose quotas on river rafters (Coats 1984) and enforce strict regulations on camping areas, use of fires, and waste management on lands they administer (Graf 1985). Nash (1986) emphasized the need to protect the Colorado's remaining wilderness.

## The Colorado River Today

The Colorado River Basin is largely an area of very low human population density. It has few large cities but is highly urbanized; only 20 % of its population is rural (Graf 1985). Most of the land in the basin is administered by the United States government, primarily as Indian reservations, National Park System lands, national forests, and Bureau of Land Management (BLM) areas. The basin includes nine national parks, four recreation areas, 25 national monuments, and huge tracts of national forest and BLM-administered grazing or mineral-bearing lands (Graf 1985).

The present-day Colorado River supplies more water for consumptive use than any other river in the United States (Pillsbury 1981) despite having the lowest unit-area discharge (28 575 m$^3$·km$^{-2}$) of any United States river basin (Bishop and Porcella 1980). Stanford and Ward (1986a) referred to the basin as one of the driest in the world.

The long-term (1896-1984) estimated annual average virgin flow of the Colorado River at Lee Ferry was 18.26 km$^3$, but 1983 and 1984 levels were 29.60 and 30.22 km$^3$, respectively (Upper Colorado River Commission 1984). Stream regulation in the basin has reduced high spring flows and resulted in relatively high summer flows; drastic daily variation is common (Graf 1985). The Colorado River below Glen Canyon Dam may rise as much

230

BLM_0035251

as 1.8 m in a few minutes, but potential for ecological damage in the Grand Canyon has no bearing on the dam's operating criteria (Coats 1984). Less than one percent of the river's virgin flow now reaches its mouth (Petts 1984).

Dams have also changed the capacity of streams in the Colorado River System to transport sediments. Sediments previously moved by streams are deposited in reservoirs, and space intended for water storage is gradually reduced as they accumulate (Graf 1985). Flows released from dams are relatively clear as well as seasonally constant; an excellent example is provided by data collected before and after closure of Glen Canyon Dam (Table 4).

Studies at several mainstream Colorado River dams (Petts 1984) have demonstrated that rapid degradation of channels may extend for many kilometres downstream from dams releasing frequent and prolonged outflows of clear water. Regulated flows have, thereby, changed channel forms and armoured stream bottoms in tailwaters (Graf 1985; Stanford and Ward 1986a). Numbers and sizes of mid-channel bars or islands and channelside bars or beaches have also been reduced below dams (Graf 1985). By limiting ability of streams to move coarse material, flow regulation has led to stabilized rapids downstream from dams (Graf 1985; Stanford and Ward 1983) and accumulation of sediments discharged from tributaries to mainstream channels (Dolan et al. 1974; Howard and Dolan 1981). Reductions in peak flow and channel and bank modifications have reduced the extent of backwaters and marshes.

Regulation has lowered mainstream water temperatures 10–15°C and resulted in cooler summer and warmer winter water temperatures below dams (Stanford and Ward 1986a). Lowered summer temperatures have adversely affected native fishes below Flaming Gorge and Glen Canyon dams (Kaeding and Zimmerman 1983).

By 1957, natural salt levels (about 250 mg·L$^{-1}$) at Lee Ferry had doubled (Graf 1985). Welsh (1985) reported a salt concentration of 600 mg·L$^{-1}$ below Lake Powell and noted that the Central Arizona Project will extract water with 750 mg·L$^{-1}$ from below Lake Mead. Paulson and

Baker (1983) reported salinity of 825 mg·L$^{-1}$ at Imperial Dam. Sulfate constitutes nearly half of the TDS in the Colorado River but has little effect on agriculture or municipal water uses.

Paulson (1983) discussed means of reducing TDS in and evaporation from Lake Mead by regulating releases from Lake Powell at Glen Canyon Dam. Lake Powell construction and regulation have affected a marked reduction in phosphorus transport to and productivity in Lake Mead 450 km downstream (Evans and Paulson 1983; Prentki and Paulson 1983; Stanford and Ward 1986b). A decline in the fishery of Lake Mead has been partly attributed to the reservoir's diminished fertility (Baker and Paulson 1983). Production in Colorado River reservoirs is strongly influenced by physicochemistry of river inflows (Stanford and Ward 1986b).

More uniform water temperatures and reduction in backwater and marsh habitat can be expected to diminish the frequency and severity of oxygen depletions in the Colorado River System. However, river regulation has introduced potential for downstream release from reservoirs of waters supersaturated with air gases; these could have detrimental effects on aquatic life (Holden 1979).

Aquatic flora and invertebrate fauna of few mainstream reaches of the Colorado River have been studied. Ward et al. (1986) stated that the filamentous green alga, *Cladophora glomerata*, is common on solid surfaces for several kilometers below dams in the basin. The cooler and less turbid waters in the Grand Canyon are now characterized by dense bottom mats of this alga, which is little used by most invertebrates but provides food for introduced fishes (Carothers and Minckley 1981; Carothers and Dolan 1982). The alga provides habitat and food for diatoms and the non-native *Gammarus lacustris*, a common mainstream invertebrate. Benthic invertebrate productivity and diversity in the Grand Canyon are low, and the main river lacks many common invertebrate groups found in tributaries.

Ward et al. (1986) reviewed studies of lotic zoobenthos in the mainstem Colorado River and at 34 tributary loca-

TABLE 4. Hydrological and sediment transport characteristics of the Colorado River below Glen Canyon Dam (modified from Dolan et al. 1974 and Petts 1984).

| | Lee Ferry (24 km downstream) | | Grand Canyon (165 km downstream) | |
|---|---|---|---|---|
| | Pre-dam | Post-dam | Pre-dam | Post-dam |
| Daily average flow equalled or exceeded 95 % of the time (m$^3$·s$^{-1}$) | 102 | 156 | 113 | 167 |
| Median discharge (m$^3$·s$^{-1}$) | 209 | 345 | 232 | 362 |
| Mean annual flood (m$^3$·s$^{-1}$) | 2 434 | 764 | 2 434 | 792 |
| 10 year's flood (m$^3$·s$^{-1}$) | 3 481 | 849 | 3 453 | 1 132 |
| Annual maximum stage (m): Mean | 5.04 | 3.56 | 6.89 | 4.79 |
| Standard deviation | 0.96 | 0.17 | 0.35 | 0.15 |
| Annual minimum stage (m): Mean | 1.76 | 1.46 | 0.46 | 0.70 |
| Standard deviation | 1.40 | 0.23 | 0.85 | 0.45 |
| Mean sediment concentration (mg·L$^{-1}$) | 1 500 | 7 | 1 250 | 350 |
| Sediment concentration equalled or exceeded 1 % of the time (mg·L$^{-1}$) | 21 000 | 700 | 28 000 | 15 000 |

231

BLM_0035252

tions. Chironomids, baetid mayflies, amphipods, planarians, oligochaetes, and snails tend to be predominant in tailwaters below deep-release dams. Common benthic invertebrates in potamon reaches in the upper basin and lower river are oligochaetes, chironomids, gastropods, leeches, turbellarians, sphaeriid clams, odonates, beetles, simuliids, net-spinning caddisflies, and baetid mayflies. Introduced freshwater shrimp and crayfishes are locally abundant in the lower river, and the introduced Asiatic clam, *Corbicula fluminea*, occurs as far upstream as Lake Mead. The Colorado River System appears unique in that unionacean clams are virtually absent from its waters and isopods are usually absent from lotic sites.

The fish fauna of the Colorado River Basin bears little resemblance to its original state. Approximately 100 species are now present; some 67 non-native fish species in 16 families have been introduced since the turn of the century and are now predominant in most fish communities (Miller and Lowe 1964; Minckley 1973, 1979; Moyle 1976; Carothers and Minckley 1981; Tyus et al. 1982). In terms of numbers of species, cyprinids, centrarchids, salmonids, catostomids, and ictalurids head the list of introduced fishes. Of the 54 natives listed in Table 2, 17 are either threatened, endangered, or extinct, and most have experienced drastic abundance and range reductions (Miller 1972; Minckley 1973, 1979; Joseph et al. 1977; Behnke and Benson 1983). Two species (Pahranagat spinedace and Las Vegas dace) are extinct, and the woundfin is almost gone. The cutthroat trout is threatened in the upper basin (Behnke 1979), and most stream- and spring-inhabiting fishes of the middle and lowermost Colorado River drainage are legally protected or of special concern (Johnson 1987). All of the "big-river" fishes are in jeopardy (Minckley 1973, 1983; Carothers and Minckley 1981; Tyus et al. 1982; Behnke and Benson 1983; Hickman 1983). Wild Colorado squawfish are gone from the lower basin, and the flannelmouth sucker is extirpated from the Gila River drainage (Williams et al. 1985). Tyus (1987) considered razorback sucker one of the rarest fishes in the Colorado River Basin. The humpback chub persists tenuously in the Little Colorado River and Grand Canyon (Kaeding and Zimmerman 1983) and occupies a few scattered canyon areas in the upper basin (Behnke and Benson 1983). The bonytail, originally widespread and abundant in the basin, is functionally extinct; a few scattered individuals exist in the Green and Upper Mainstem Colorado rivers and in Lake Mohave in the lower basin (Behnke and Benson 1983). Behnke and Benson (1983), said of the bonytail's demise that "If it were not for the stark example provided by the passenger pigeon, such rapid disappearance of a species once so abundant would be almost beyond belief". Several authors (Minckley 1979; Behnke 1980; Hubbard 1980; Molles 1980; Behnke and Benson 1983; Williams et al. 1985; Stanford and Ward 1986c) have attributed decline of native fishes to (1) modification and loss of habitat and (2) introduction of non-native species.

Construction and regulation of dams have had severe impacts on the fish fauna of the Colorado River, and little unaltered habitat remains (Tyus 1984). Coats (1984) described general lack of regard for minimum flow needs of fishes in operating Colorado River dams. Extreme fluctuations and alteration of seasonal flow regimes have been implicated in alleged loss of 1983 and 1984 year classes of the Colorado squawfish in its most productive remaining nursery habitat (Jones and Tyus 1985).

Williams et al. (1985) discussed adverse impacts of introduction of non-native species on native fishes in most of the 15 aquatic ecosystems in North American deserts that they considered. Schoenherr (1981) described behavioral interactions between introduced redbelly tilapia, *Tilapia zillii*, and sailfin molly, *Poecilia latipinna*, leading to replacement of desert pupfish. Schoenherr (1981), Minckley et al. (1977); Meffe et al. (1983), and Meffe (1984, 1985) studied predation by mosquitofish, *Gambusia affinis*, resulting in endangerment of Sonoran topminnow. Behnke and Benson (1983) discussed possible redside shiner, *Richardsonius balteatus*, competition with Colorado squawfish in the upper basin. Colorado squawfish interactions with other non-natives, e.g., "choking" on channel catfish, *Ictalurus punctatus*, (McAda 1983; Pimentel et al. 1985) and competition with northern pike, *Esox lucius*, (Wick et al. 1985) need further research.

Surveys by Moffett (1942, 1943), Dill (1944), and Wallis (1951), stimulated stocking of game fishes, and threadfin shad (*Dorosoma petenense*), and various invertebrates were stocked as forage. Trouts (*Salmo gairdneri, S. clarki,* and *Salvelinus fontinalis*) and Pacific salmon (*Oncorhynchus kisutch* and *O. nerka*) were stocked in reservoirs, and coldwater fisheries developed. Striped bass, *Morone saxatilis*, were introduced in Lake Mead in 1969, and a successful fishery developed in the 1970's. Rainbow trout and threadfin shad populations declined as a result of predation by striped bass (Baker and Paulson 1983).

A number of attempts were made to remove "coarse" fishes to make room for introduced species. In 1962, 700–800 km of the Green River and its tributaries were treated with rotenone to allow Flaming Gorge Reservoir and the streams to realize their full potentials as trout fisheries (Miller 1963; Dexter 1965; Pearson et al. 1968). Downstream detoxification failed, and rare endemic fishes were killed in Dinosaur National Monument. Binns (1967) reported that Colorado squawfish, razorback sucker, and rare mayflies had not reestablished populations in the treated area after 2 yr. Rotenone was also applied in the San Juan River prior to closure of Navaho Reservoir and on the Gila River upstream from San Carlos Reservoir. Impacts of these incidents have never been fully assessed.

Non-native trout fisheries downstream from Colorado River dams (Mullan et al. 1976) have become valuable assets. Flaming Gorge Dam has been modified to improve such a fishery through increase in tailwater temperatures (Holden 1979).

Other fisheries in the Colorado River Basin are dependent on non-native centrarchids and striped bass, but fishing for channel and flathead catfish (*Pylodictis olivaris*), walleye (*Stizostedion vitreum*), and northern pike is popular locally (Behnke et al. 1982; Stanford and Ward 1986c). Threadfin shad are important as food for piscivores in Lake Powell and lower-basin reservoirs (Johnson 1970, 1971; Stanford and Ward 1986c). Martin et al. (1982) estimated the annual economic value of Lake Mead fisheries at $69 million. Mullan et al. (1976), Carothers and Dolan (1982), Persons and Bulkley (1982), Morgenson (1983), and Baker and Paulson (1983) considered fishery management and cited similar studies on the Colorado system.

Studies of fish production in the system are rare. Scarnec-

BLM_0035253

chia and Bergersen (1986) estimated production (2.2 and 3.6 g•m$^{-2}$ in 1979 and 1980, respectively) of Colorado River cutthroat trout in a headwater tributary of the Colorado River and concluded that biomass and production were dependent on stream-specific physical properties.

The Endangered Species Act of 1973 mandated efforts to maintain rare native fishes and their habitats in the Colorado basin. Listing of fishes stimulated studies of their basic biology. Information on distribution and relative abundance of fishes in the Upper Colorado River System was compiled by Tyus et al. (1982). Behnke et al. (1982) provided supplemental information on fishes of the Green and Upper Mainstem Colorado sub-basins.

Recent reports on fishes of the Colorado River System have concentrated on reproduction (Morgensen 1983; McAda and Wydoski 1983, 1985; Nesler et al. 1988), early life history (Haynes et al. 1984), marking (Muth et al. 1988), life-history strategies (Constantz 1979, 1981), foods and feeding (Barber and Minckley 1983; Marsh 1987), artificial propagation (Hamman 1985a, 1985b, 1986; Berry 1984; Muth et al. 1985), and conserving genetic diversity (Vrijenhoek et al. 1985). Culture efforts have focused on preservation of genetic material of rare fishes, description of early life stages (sensu Snyder 1981), or reintroduction of extirpated fishes within their native ranges (Minckley 1983; Johnson 1985). Migrations of Colorado squawfish to restricted upper-basin spawning grounds have been documented (Tyus and McAda 1984; Tyus 1985; Haynes and Bennett 1986). Other reports relate to responses of native fishes to temperature changes (Bulkley and Pimentel 1983; Ihnat and Bulkley 1984; Black and Bulkley 1985a, 1985b; Marsh 1985) and toxic retorted oil shale (Woodward et al. 1985) associated with dams and energy development, respectively. Amin (1968), Marsh and Rinne (1983), and Haynes and Muth (1985) noted fish spinal deformities which may be associated with altered ecosystems. Much information on upper-basin fishes has resulted from field studies through the Colorado River Fisheries Project (Miller et al. 1982b-d), while emphasis in the lower basin has been on acquisition of habitats and brood stocks, production, and reintroduction (Johnson and Rinne 1982; Johnson 1985).

Recovery of native Colorado River fishes is the responsibility of the U.S. Fish and Wildlife Service. The Recovery Implementation Task Group of the Upper Colorado River Basin Coordinating Committee and an ad hoc recovery team for lower basin fishes spearhead recovery efforts. A Desert Fishes Recovery Team deals with native species of North American deserts within the basin.

Since 1935, riparian vegetation along Colorado basin streams has been modified by water management, grazing of cattle, competitive interactions involving tamarisk, and phreatophyte removal to conserve groundwater (Ohmart et al. 1977; Brown et al. 1977; Graf 1985; Stanford and Ward 1986a). Tamarisk has competed effectively with native riparian plants since its appearance on the Salt River near Phoenix in the 1890s. It has spread northward at an average rate of 20 km•yr$^{-1}$ (Graf 1985) and is becoming established on beaches along the lower Yampa River (Haynes and Bennett 1986). It has had greatest impact in the central and lower portions of the basin, where it occurs in dense thickets which have replaced willows and cottonwoods on sandbars and banks. Stream regulation has favored tamarisk expansion along fluctuating reservoir shorelines. Ill-advised

efforts to salvage water through phreatophyte control have occurred in the Colorado River Basin, and millions of dollars have been spent on such clearing projects in the southwestern United States over the past 40 yr (Graf 1985).

Ohmart et al. (1977) observed that cottonwood communities along the lower Colorado River have been reduced to a precarious state. Only about 1 130 ha of cottonwood-willow communities remain, and less than 202 ha can be considered pure cottonwood communities.

Regulated outflows from high dams may create more favorable environments for riparian vegetation (Turner and Karpiscak 1980). Below Glen Canyon Dam, woody plants unable to withstand yearly inundation or grow on unstable substrates are colonizing previously inhospitable river banks (Carothers and Johnson 1983). New strips of woody vegetation extending from Glen Canyon Dam to Lake Mead grow on sediments of unknown stability deposited before construction of Glen Canyon Dam; the wildlife they support are an unexpected benefit from regulation (Carothers and Johnson 1983). A post-dam ecological equilibrium has not been achieved along the Colorado River in Grand Canyon, and establishment of a stable riparian community may require decades (Turner and Karpiscak 1980).

## Recommendations for the Future

The future for the Colorado River is certain to be replete with conflicts. Coats (1984) observed that basin water is overappropriated, and there are no immediate prospects of importations from other basins. Therefore, new consumptive water uses must take water from existing ones. Conflicts will intensify between wilderness values and instream water uses, agriculture and other uses, and economic efficiency and social equity. Future shocks to the system, such as prolonged drought, energy crisis, establishment of native American water entitlements, or large-scale sales of water across state boundaries could exacerbate conflicts (White 1986). Potential solutions include importation of new water supplies (study is prohibited until 1988 by Central Arizona Project legislation), market pricing of water, managing groundwater and surface water as a single system, implementing water conservation technologies, and renegotiating the Colorado River Compact to remedy mistakes concerning river discharge and disincentives for conservation in the upper basin (Coats 1984; White 1986). Parts of the Colorado River System might be added to the Wild and Scenic River System and responsibilities of the Bureau of Reclamation broadened to include such social goals as water conservation and instream use protection.

We consider conflicts between development and natural ecosystems paramount and find it difficult to be optimistic about the remaining natural elements of the Colorado River. All agencies working toward recovery of rare native fishes of the Colorado River System have established goals and priorities for research and management. There is need for further biological research (emphasizing threatened and endangered fishes) on population dynamics, homing mechanisms, interactions involving native and non-native species, habitat requirements of all life-history stages, responses to potential water-quality modifications, and potential value of management strategies. Monitoring schemes to routinely assess the status of threatened and endangered fishes should be developed for use by basin-

BLM_0035254

wide recovery teams. Research and management in the river system as a whole should be reviewed and coordinated by a single panel, and peer review and publication of results in refereed journals must receive greater emphasis.

Beyond the need for research is that for rehabilitation (sensu Regier et al. 1989). A water budget for the system and consideration of requirements of aquatic organisms in water management are needed. Remediation to benefit big-river fishes of the upper basin should include habitat manipulations and fish passage facilities (Valdez and Wick 1983; Tyus 1984; Tyus et al. 1984; Berry and Pimentel 1985; US Department of the Interior 1986a). The importance of instream flow needs of rare fishes has been recognized, and flow release from Flaming Gorge Dam was managed to improve spawning and survival of endangered fishes in 1986. Introduction of non-native fishes should be curtailed, and stocking of hatchery-reared natives considered only after careful research (Tyus 1984). In the lower basin, preservation of free-flowing riverine areas and protected refugia and management of non-native species are needed to maintain viable populations of native fishes (Williams et al. 1985). Reintroductions of rare native species and attempts to remove non-natives (Meffe 1983) should be handled in a responsible manner. Meffe's (1986) suggestions for genetically sound management of endangered fishes also deserve consideration.

Public education programs on the condition of the river and its unique, jeopardized biota are also needed. Greater cooperation between all political entities and agencies responsible for management of the system will be required if elements of that unique biota are to be preserved.

## Conclusion

Research on the biota of the Colorado River System has been largely descriptive. Little is known regarding productivity, yield, and economics of the system's fisheries. Despite calls for consideration and testing of ecological concepts (Carlson et al. 1979; Ward and Stanford 1983), only a few examples of such research exist for the system (Molles 1980; Annear and Neuhold 1983). Ward et al. (1986) concluded that the Colorado system generally lacked the structural and functional integrity of eastern woodland streams on which the river continuum concept is based. Continued research should be supplemented by rehabilitation of the system.

The Colorado River has been drastically altered in less than a century of human activity, and ecological relationships have been changed most significantly in the past 50 yr. Stanford and Ward (1986a) stated that the future of this regulated system depends on whether (1) there will be enough water to maintain desirable ecosystem values and (2) native and non-native fishes can co-exist. Welsh (1985) was convinced that a future water shortage will occur in the basin and that the upper basin states, which have not yet developed their allocations, will play a major role in determining its timing. The basin is expected to experience a surface-water shortage sometime after the year 2000 unless its water supplies can be augmented. Stanford and Ward (1986a) concluded that endangered endemic fishes are incompatible with stream regulation and non-native species and that future water shortages will preclude allocations for them and other ecological concerns. Alternative scenarios might include legal provisions to protect or restore affected aquatic communities as a result of increased citizen awareness of and concern for natural values and species survival. Limits on humans population growth and development in the Southwest may also be imposed by water supply and/or other factors before the biota of the Colorado River system is significantly changed from its current status.

## Acknowledgments

Special thanks are extended to W. L. Minckley and P. C. Marsh for contributing information on conditions in the lower portion of the Colorado River System. We also thank R. J. Behnke, B. D. Burdick, K. D. Fausch, L. R. Kaeding, C. W. McAda, H. M. Tyus, D. E. Snyder, R. A. Valdez, and J. V. Ward for manuscript reviews. W. E. Rinne and J. V. Ward provided unpublished literature.

## References

ADAMS, V. D., AND V. A. LAMARRA [ed.] 1983. Aquatic resources management of the Colorado River ecosystem. Ann Arbor Science Publishers, Ann Arbor, MI. 697 p.

AMIN, O. M. 1968. Deformed individuals of two species of suckers, Catostomus insignis and C. clarkii, from the Gila River System, Arizona. Copeia 1968: 862–863.

ANNEAR, T. C., AND J. M. NEUHOLD. 1983. Characterization of Yampa and Green River ecosystem: a systems approach to aquatic resource management, p. 181–192. In V. D. Adams and V. A. Lamarra [ed.] Aquatic resources management of the Colorado River ecosystem. Ann Arbor Science Publishers, Ann Arbor, MI.

BAILEY, R. M., J. E. FITCH, E. S. HERALD, E. A. LACHER, C. C. LINDSEY, C. R. ROBINS, AND W. B. SCOTT. 1970. A list of common and scientific names of fishes from the United States and Canada. Am. Fish. Soc. Spec. Publ. 6: 150 p.

BAKER, J. R., AND L. J. PAULSON. 1983. The effects of limited food availability on the striped bass fishery in Lake Mead, p. 551–561. In V. D. Adams and V. A. Lamarra [ed.] Aquatic resources management of the Colorado River ecosystem. Ann Arbor Science Publishers, Ann Arbor, MI.

BARBER, W. E., AND W. L. MINCKLEY. 1983. Feeding ecology of a southwestern cyprinid fish, the spikedace, Meda fulgida Girard. Southwest. Nat. 28: 33–40.

BAXTER, G. T., AND J. R. SIMON. 1970. Wyoming fishes. Bull. 4, Wyoming Game and Fish Dep., Cheyenne, WY. 168 p.

BECKMAN, W. C. 1952. Guide to the fishes of Colorado. Univ. Colo. Mus. Leaf. 11: 110 p.

BEHNKE, R. J. 1979. Monograph of the native trouts of the genus Salmo of western North America. U.S. Forest Service, Lakewood, CO. 163 p. (Available from Regional Forester, 11177 West 8th Avenue, P. O. Box 25127, Lakewood, CO 80225)
1980. The impacts of habitat alterations on the endangered and threatened fishes of the Upper Colorado River Basin, p. 204–216. In W. O. Spofford, A. L. Parker, and A. V. Kneese [ed.] Energy development in the Southwest — problems of water, fish and wildlife in the Upper Colorado River Basin, vol. 2. Resources for the Future, Washington, DC.

BEHNKE, R. J., C. A. CARLSON, D. L. MILLER, D. E. SNYDER, E. J. WICK, AND L. D. ZUCKERMAN. 1982. A survey and analysis of existing information on fishes in Northwest Colorado, Vol. 6. In D. W. Crumpacker [ed.] Wildlife conservation and energy development in northwest Colorado. Ecological Services Section, Colorado Division of Wildlife, Denver, CO. (Available from Colorado Division of Wildlife, 6060 Broadway, Denver, CO 80216)

BLM_0035255

BEHNKE, R. J., AND D. E. BENSON. 1983. Endangered and threatened fishes of the Upper Colorado River Basin. Colo. State Univ. Coop. Ext. Serv. Bull. 503A: 38 p.

BERRY, C. R. 1984. Hematology of four rare Colorado River fishes. Copeia 1984: 790–793.

BERRY, C. R. AND R. PIMENTEL. 1985. Swimming performances of three rare Colorado River fishes. Trans. Am. Fish. Soc. 114: 397–402.

BINNS, N. A. 1967. Effects of rotenone treatment on the fauna of the Green River, Wyoming. Wyo. Game Fish Dep. Fish. Res. Bull. 1: 114 p.

BISHOP, A. B., AND D. P. PORCELLA. 1980. Physical and ecological aspects of the Upper Colorado River Basin, p. 17–56. In W. O. Spofford, A. L. Parker, and A. V. Kneese [ed.] Energy development in the Southwest — problems of water, fish and wildlife in the Upper Colorado River Basin, vol. 1. Resources for the Future, Washington, DC.

BLACK, T., AND R. V. BULKLEY. 1985a. Growth rate of yearling Colorado squawfish at different water temperatures. Southwest. Nat. 30: 253–257.

_____ 1985b. Preferred temperature of yearling Colorado squawfish. Southwest. Nat. 30: 95–100.

BOLTON, H. E. [ed. and annotator] 1919. Kino's historical memoir of Pimeria Alta. 2 vols. Arthur H. Clark Co., Cleveland, OH. 379; 329 p.

BROWN, D. E., C. H. LOWE, AND J. F. HAUSLER. 1977. Southwestern riparian communities: their biotic importance and management in Arizona, p. 201–211. In Johnson, R. R. and D. A. Jones [tech. coord.] Importance, preservation and management of riparian habitats: a symposium. Gen. Tech. Rep. RM-43, Rocky Mt. For. Range Exp. Sta., Ft. Collins, CO.

BULKLEY, R. V., AND R. PIMENTEL. 1983. Temperature preferences and avoidance by adult razorback suckers. Trans. Am. Fish. Soc. 112: 601–607.

CARLSON, C. A., C. G. PREWITT, D. E. SNYDER, E. J. WICK, E. L. AMES, AND W. D. FRONK. 1979. Fishes and macroinvertebrates of the White and Yampa rivers, Colorado. Colo. Office, US Bur. Land Manage. Biol. Sci. Ser. 1: 276 p.

CARLSON, C. A., AND E. M. CARLSON. 1982. Review of selected literature on the Upper Colorado River System and its fishes, p. 1–8. In W. H. Miller, H. M. Tyus, and C. A. Carlson [ed.] Fishes of the Upper Colorado River System: present and future. Western Division, American Fisheries Society, Bethesda, MD.

CAROTHERS, S. W., AND C. O. MINCKLEY. 1981. A survey of the aquatic flora and fauna of the Grand Canyon. Water and Power Resources Service, Boulder City, NV. 401 p. (Available from US Bureau of Reclamation, Lower Colorado River Region, P.O. Box 427, Boulder City, NV 89005)

CAROTHERS, S. W., AND R. DOLAN. 1982. Dam changes on the Colorado River. Nat. History 91: 74–83.

CAROTHERS, S. W., AND R. R. JOHNSON. 1983. Status of the Colorado River ecosystem in Grand Canyon National Park and Glen Canyon National Recreation Area, p. 139–160. In V. D. Adams and V. A. Lamarra [ed.] Aquatic resources management of the Colorado River ecosystem. Ann Arbor Science Publishers, Ann Arbor, MI.

COATS, R. 1984. The Colorado River — river of controversy. Environ. 26: 6–13, 36–40.

CONSTANTZ, G. D. 1979. Life history patterns of a liverbearing fish in contrasting environments. Oecologia 40: 189–201.

_____ 1981. Life history patterns of desert fishes, p. 237–281. In R. J. Naiman and D. L. Soltz [ed.] Fishes in North American deserts. J. Wiley & Sons, New York, NY.

CROSS, J. 1976. Status of native fish fauna of the Moapa River (Clark County, Nevada). Trans. Am. Fish. Soc. 105: 505–508.

DEACON, J., AND W. BRADLEY. 1972. Ecological distribution of fishes of Moapa (Muddy) River in Clark County, Nevada.

Trans. Am. Fish. Soc. 101: 408–419.

DEACON, J. E., AND W. L. MINCKLEY 1974. Desert fishes, p. 385–488. In G. W. Brown [ed.] Desert biology, vol. 2. Academic Press, New York, NY.

DEACON, J. E., G. KOBETICH, J. D. WILLIAMS, S. CONTRERAS, AND OTHERS. 1979. Fishes of North America endangered, threatened, or of special concern: 1979. Fisheries 4 (2): 29–44.

DEXTER, W. D. 1965. Some effects of rotenone treatment on the fauna of the Green River, Wyoming. Proc. Annu. Conf. West. Assoc. State Game Fish Comm. 45: 193–197.

DILL, W. A. 1944. The fishery of the lower Colorado River. Calif. Fish Game 30: 109–211.

DOLAN, R., A. HOWARD, AND A. GALLENSON. 1974. Man's impact on the Colorado River in the Grand Canyon. Am. Sci. 62: 392–401.

ELLIS, M. M. 1914. Fishes of Colorado. Univ. Colo. Stud. 11: 136 p.

EVANS, T. D., AND L. J. PAULSON. 1983. The influence of Lake Powell on the suspended sediment-phosphorus dynamics of the Colorado River inflow to Lake Mead, p. 57–68. In V. D. Adams and V. A. Lamarra [ed.] Aquatic resources management of the Colorado River ecosystem. Ann Arbor Science Publishers, Ann Arbor, MI.

EVERMANN, B. W., AND C. RUTTER. 1895. Fishes of the Colorado Basin. US Fish Comm. Bull. 14: 473–486.

FRADKIN, P. L. 1981. A river no more — the Colorado River and the West. Knopf, New York, NY. 360 p.

GRAF, W. L. 1985. The Colorado River — instability and basin management. Association of American Geographers, Washington, DC. 86 p.

HAMMAN, R. L. 1985a. Induced spawning of hatchery-reared razorback sucker. Progr. Fish-Cult. 47: 187–189.

_____ 1985b. Induced spawning of hatchery-reared bonytail. Progr. Fish-Cult. 47: 239–241.

_____ 1986. Induced spawning of hatchery-reared Colorado squawfish. Progr. Fish-Cult. 48: 72–74.

HARRIS, E. R. 1983. Environmental and social implications of cloud seeding in the Colorado River Basin, p. 249–258. In V. D. Adams and V. A. Lamarra [ed.] Aquatic resources management of the Colorado River ecosystem. Ann Arbor Science Publishers, Ann Arbor, MI.

HARRIS, R. E., H. N. SERSLAND, AND F. P. SHARPE. 1982. Providing water for endangered fishes in the Upper Colorado River System, p. 90–92. In W. H. Miller, H. M. Tyus, and C. A. Carlson [ed.] Fishes of the Upper Colorado River System: present and future. Western Division, American Fisheries Society, Bethesda, MD.

HAYNES, C. M., T. A. LYTLE, E. J. WICK, AND R. T. MUTH. 1984. Larval Colorado squawfish (Ptychocheilus lucius Girard) in the Upper Colorado River Basin, Colorado, 1979–1981. Southwest. Nat. 29: 21–33.

HAYNES, C. M., AND R. T. MUTH. 1985. Lordosis in Gila, Yampa River, Colorado. Proc. Desert Fish. Counc. 13-15 A: 83–84.

HAYNES, C. M., AND J. R. BENNETT. 1986. The relationship between the preservation of wilderness values and endangered species: a case-study from the Upper Colorado River Basin, U.S.A., p. 188–196. In R. C. Lucas, compiler. Proceedings — National Wilderness Research Conference: Current Research. US Forest Service Gen. Tech. Rep. INT-212.

HELY, A. G., 1969. Lower Colorado River water supply — its magnitude and distribution. US Geol. Surv. Prof. Pap. 486-D: 54 p.

HICKMAN, T. J. 1983. Effects of habitat alteration by energy resource development in the Upper Colorado River Basin on endemic fishes, p. 537–550. In V. D. Adams and V. A. Lamarra [ed.] Aquatic resources management of the Colorado River ecosystem. Ann Arbor Science Publishers,

235

Ann Arbour, MI.

HOLDEN, P. B. 1979. Ecology of riverine fishes in regulated stream systems with emphasis on the Colorado River, p. 57–74. In J. V. Ward and J. A. Stanford [ed.] The ecology of regulated streams. Plenum, New York, NY.

HOLDEN, P. B., AND C. B. STALNAKER. 1975. Distribution and abundance of mainstem fishes of the Middle and Upper Colorado River Basins, 1967–73. Trans. Am. Fish. Soc. 104: 217–231.

HOWARD, A. D., AND R. DOLAN. 1981. Geomorphology of the Colorado River in the Grand Canyon. J. Geol. 89: 269–298.

HUBBARD, J. P. 1980. The impacts of habitat alterations and introduced species on the native fishes of the Upper Colorado River Basin: a discussion, p. 182–192. In W. O. Spofford, A. L. Parker, and A. V. Kneese [ed.] Energy development in the Southwest — problems of water, fish and wildlife in the Upper Colorado River Basin, vol. 2. Resources for the Future, Washington, D.C.

HUBBS, C. L. 1953. Eleotris picta added to the fish fauna of California. Calif. Fish Game 39: 69–76.

HUBBS, C. L., AND R. R. MILLER. 1948. Correlation between fish distribution and hydrographic history in the desert basins of western United States. Bull. Univ. Utah 38: 17–114.

HUGHES, J. D. 1967. The story of man at Grand Canyon. Grand Canyon Nat. History Assoc. Bull. 14: 195 p.

HUNDLEY, N. 1966. Dividing the waters. University of California Press, Berkeley, CA. 266 p.

HUNDLEY, N. 1986. The West against itself: the Colorado River — an institutional history, p. 9–49. In G. D. Weatherford and F. L. Brown [ed.] New courses for the Colorado River — major issues for the next century. University of New Mexico Press, Albuquerque, NM.

HUNT, C. B. 1974. Natural regions of the United States and Canada. Freeman, San Francisco, CA. 725 p.

INHAT, J. M., AND R. V. BULKLEY. 1984. Influence of acclimation temperature and season on acute temperature preference of adult mountain whitefish, Prosopium williamsoni. Environ. Biol. Fish. 11: 29–40.

IORNS, W. V., C. H. HEMBREE, AND G. L. OAKLAND. 1965. Water resources of the Upper Colorado River Basin — technical report. US Geol. Surv. Prof. Pap. 441: 370 p.

JACOBSEN, R. D. 1982. New impacts by man in the Upper Colorado River Basin, p. 71–80. In W. H. Miller, H. M. Tyus, and C. A. Carlson [ed.] Fishes of the Upper Colorado River system: present and future. Western Division, American Fisheries Society, Bethesda, MD.

JOHNSON, J. E. 1970. Age, growth, and population dynamics of threadfin shad, Dorosoma petenense (Gunther), in central Arizona reservoirs. Trans. Am. Fish. Soc. 99: 739–753.

1971. Maturity and fecundity of threadfin shad, Dorosoma petenense (Gunther), in central Arizona reservoirs. Trans. Am. Fish. Soc. 100: 74–85.

1985. Reintroducing the natives: razorback sucker. Proc. Desert Fish. Counc. 13: 73–79.

1987. Protected fishes of the United States and Canada. Fisheries. American Fisheries Society, Bethesda, MD. 42 p.

JOHNSON, J. E., AND J. N. RINNE. 1982. The Endangered Species Act and Southwest fishes. Fisheries 7(3): 2–8.

JOHNSON, R. R., AND D. A. JONES [tech. coord.] 1977. Importance, preservation and management of riparian habitats: a symposium. Gen. Tech. Rep. RM–43, Rocky Mt. For. Range Exp. Sta., Ft. Collins. CO. 217 p.

JONES, R. L., AND H. M. TYUS. 1985. Recruitment of Colorado squawfish in the Green River Basin, Colorado and Utah 1979–1984. US Fish and Wildlife Service, Region 6, Denver, CO. 24 p. (Available from US Fish and Wildlife Service, P.O. Box 25486, Denver Federal Center, Denver, CO 80225)

JOSEPH, T. W., J. A. SINNING, R. J. BEHNKE, AND P. B. HOLDEN. 1977. An evaluation of the status, life history, and

habitat requirements of endangered and threatened fishes of the Upper Colorado River System. US Fish Wildl. Serv. FWS/OBS-77/62. 169 p.

KAEDING, L. R., AND M. A. ZIMMERMAN. 1983. Life history and ecology of the humpback chub in the Little Colorado and Colorado rivers of Grand Canyon. Trans. Am. Fish. Soc. 112: 577–594.

KOSTER, W. J. 1957. Guide to the fishes of New Mexico. University of New Mexico Press, Albuquerque, NM. 116 p.

LARUE, E. C. 1916. Colorado River and its utilization. US Geol. Surv. Water Supply Pap. 395: 231 p.

LEE, D. S., C. R. GILBERT, C. H. HOCUTT, R. E. JENKINS, D. E. McALLISTER, AND J. R. STAUFFER, JR. 1980. Atlas of North American freshwater fishes. North Carolina State Museum of Natural History, Raleigh, NC. 854 p.

MARSH, P. C. 1985. Effect of incubation temperatures on survival of embryos of native Colorado River fishes. Southwest. Nat. 30: 129–140.

MARSH, P. C. 1987. Digestive tract contents of adult razorback suckers in Lake Mohave, Arizona-Nevada. Trans. Am. Fish. Soc. 116: 117–119.

MARSH, P. C., AND W. E. RINNE. 1983. An unusaly [sic] high incidence of spinal deformity among threadfin shad. Southwest. Nat. 28: 117–118.

MARTIN, W. E., E. H. BOLLMAN, AND R. L. GUM. 1982. Economic value of the Lake Mead fishery. Fisheries 7(6): 20–24

MASSE, W. B. 1981. Prehistoric irrigation systems in the Salt River Valley, Arizona. Science 214: 408–415.

McADA, C. W. 1983. Colorado squawfish, Ptychocheilus lucius (Cyprinidae), with a channel catfish, Ictalurus punctatus (Ictaluridae), lodged in its throat. Southwest. Nat. 28: 119–120.

McADA, C. W., AND R. W. WYDOSKI. 1983. Maturity and fecundity of the bluehead sucker, Catostomus discobolus (Catostomidae), in the Upper Colorado River Basin, 1975–76. Southwest. Nat. 28: 120–123.

1985. Growth and reproduction of the flannelmouth sucker, Catostomus latipinnis, in the Upper Colorado River Basin, 1975–76. Great Basin Nat. 45: 281–286.

MEFFE, G. K. 1983. Attempted chemical renovation of an Arizona spring brook for management of the endangered Sonoran topminnow. N. Am. J. Fish. Manag. 3: 315–321.

1984. Effects of abiotic disturbance on coexistence of predatory-prey fish species. Ecology 65: 1525–1534.

1985. Predation and species replacement in American southwestern fishes: a case study. Southwest Nat. 30: 173–187.

1986. Conservation genetics and the management of endangered fishes. Fisheries 11(1): 14–23.

MEFFE, G. K., D. A. HENDRICKSON, W. L. MINCKLEY, AND J. N. RINNE. 1983. Factors resulting in decline of the endangered Sonoran topminnow Poeciliopsis occidentalis (Atheriniformes: Poeciliidae) in the United States. Biol. Conserv. 25: 135–159.

MILLER, J. B., D. L. WEGNER, AND D. R. BRUEMMER. 1983. Salinity and phosphorus routing through the Colorado River/reservoir system, p. 19–41. In V. D. Adams and V. A. Lamarra [ed.] Aquatic resources management of the Colorado River ecosystem. Ann Arbor Science Publishers, Ann Arbor, MI.

MILLER, R. R. 1943. The status of Cyprinodon macularius and Cyprinodon nevadensis, two desert fishes of western North America. Occ. Pap. Mus. Zool. Univ. Mich. 473: 1–25.

1959. Origin and affinities of the freshwater fish fauna of western North America, p. 187–222. In C. L. Hubbs [ed.] Zoogeography. Am. Assoc. Adv. Sci. Publ. 51: 509 p.

1961. Man and the changing fish fauna of the American Southwest. Pap. Mich. Acad. Sci. Arts. Lett. 46: 365–404.

1963. Is our native underwater life worth saving? Nat.

236

Parks Mag. 1963.

———. 1972. Threatened freshwater fishes of the United States. Trans. Am. Fish. Soc. 101: 239–252.

———. 1981. Coevolution of desert and pupfishes (genus Cyprinodon) in the American Southwest, p. 39–94. In R. J. Naiman and D. L. Soltz [ed.] Fishes in North American deserts. J. Wiley and Sons, New York, NY.

MILLER, R. R., AND C. H. LOWE. 1964. An annotated check list of the fishes of Arizona, p. 133–151. In C. H. Lowe [ed.] The vertebrates of Arizona. University of Arizona Press, Tucson, AZ.

MILLER, W. H., H. M. TYUS, AND C. A. CARLSON [ed.] 1982a. Fishes of the Upper Colorado River System: present and future. Western Division, American Fisheries Society, Bethesda, MD. 131 p.

MILLER, W. H., J. J. VALENTINE, D. L. ARCHER, H. M. TYUS, R. A. VALDEZ, AND L. R. KAEDING [ed.]. 1982b. Colorado River Fisheries Project, Part 1. Summary report. US Bureau of Reclamation, Salt Lake City, UT. 42 p. (Available from US Bureau of Reclamation, Upper Colorado Regional Office, P.O. Box 11568, Salt Lake City, UT 84147)

———. 1982c. Colorado River Fisheries Project, Part 2. Field investigations. US Bureau of Reclamation, Salt Lake City, UT. 365 p. (Available from US Bureau of Reclamation, Upper Colorado Regional Office, P.O. Box 11568, Salt Lake City, UT 84147)

———. 1982d. Colorado River Fisheries Project, Part 3. Contracted studies. US Bureau of Reclamation, Salt Lake City, UT. 324 p. (Available from US Bureau of Reclamation, Upper Colorado Regional Office, P.O. Box 11568, Salt Lake City, UT 84147)

MINCKLEY. W. L. 1973. Fishes of Arizona. Arizona Game and Fish Department, Phoenix, AZ. 393 p.

———. 1979. Aquatic habitats and fishes of the lower Colorado River, southwestern United States. US Bureau of Reclamation, Boulder City, NV. 478 p. (Available from US Bureau of Reclamation, Lower Colorado Regional Office, P.O. Box 427, Boulder City, NV 89005)

———. 1983. Status of the razorback sucker, Xyrauchen texanus (Abbott) in the Lower Colorado River Basin. Southwest. Nat. 28: 165–187.

MINCKLEY, W. L., J. N. RINNE, AND J. E. JOHNSON. 1977. Status of the Gila topminnow and its co-occurrence with mosquito-fish. US For. Serv. Res. Pap. RM-198: 1–8.

MINCKLEY, W. L., D. A. HENDRICKSON, AND C. E. BOND. 1986. Geography of western North American freshwater fishes; description and relations to intracontinental tectonism, p. 519–613. In C. H. Hocutt and E. O. Wiley [ed.] Zoogeography of North American freshwater fishes. John Wiley and Sons, New York, NY.

MINSHALL, G. W., K. W. CUMMINS, R. C. PETERSON, C. E. CUSHING, D. A. BRUNS, J. A. SEDELL, AND R. L. VANNOTE. 1985. Developments in stream ecosystem theory. Can. J. Fish. Aquat. Sci. 42: 1045–1055.

MOFFETT, J. W. 1942. A fishery survey of the lower Colorado River below Boulder Dam. Calif. Fish Game 28: 76–86.

———. 1943. A preliminary report on the fishery of Lake Mead. Trans. N. Am. Wildl. Conf. 1943: 179–186.

MOLLES, M. 1980. The impacts of habitat alterations and introduced species on the native fishes of the Upper Colorado River Basin, p. 163–181. In W. O. Spofford, A. L. Parker, and A. V. Kneese [ed.] Energy development in the Southwest — problems of water, fish and wildlife in the Upper Colorado River Basin, vol. 2. Resources for the Future, Washington, D.C.

MORGENSEN, S. A. 1983. The effects of water level fluctuations on the spawning success of largemouth bass in Lake Mead, p. 563–578. In V. D. Adams and V. A. Lamarra [ed.] Aquatic resources management of the Colorado River ecosys-

tem. Ann Arbor Science Publishers, Ann Arbor, MI.

MOYLE, P. B. 1976. Inland fishes of California. University of California Press, Berkeley, CA. 405 p.

MULLAN, J. W., V. J. STRAROSTKA, D. JOHN, J. L. STONE, R. W. WILEY, AND W. J. WILTZIUS. 1976. Factors affecting Upper Colorado River reservoir tailwater trout fisheries, p. 405–427. In J. F. Orsborn, and C. H. Allman [ed.] Proceedings, symposium and specialty conference, instream flow needs, vol 2. American Fisheries Society, Bethesda, MD.

MUTH, R. T., C.M. HAYNES, AND C. A. CARLSON. 1985. Culture of roundtail chub, Gila robusta robusta (Cyprinidae), through the larval period. Southwest. Nat. 30: 152–154.

MUTH, R. T., T. P. NESLER, AND A. F. WASOWICZ. 1988. Marking cyprinid larvae with tetracycline. Am. Fish. Soc. Symp. 5: 89–95.

NASH, R. 1970. Grand Canyon of the living Colorado. Sierra Club and Ballantine Books, New York, NY. 143 p.

———. 1986. Wilderness values and the Colorado River, p. 201–214. In G. D. Weatherford and F. L. Brown [ed.] New courses for the Colorado River — major issues for the next century. University of New Mexico Press, Albuquerque, NM.

NESLER, T. P., R. T. MUTH, AND A.F. WASOWICZ. 1988. Evidence for baseline flow spikes as spawning cues for Colorado squawfish in the Yampa River, Colorado. Am. Fish. Soc. Symp. 5: 68–79.

OHMART, R. D., W. O. DEASON, AND C. BURKE. 1977. A riparian case history: the Colorado River, p. 35–47. In R. R. Johnson, and D. A. Jones [tech. coord.] Importance, preservation and management of riparian habitats: a symposium. Gen. Tech. Rep. RM-43, Rocky Mt. For. Range Exp. Sta., Ft. Collins, CO.

PARENTI, L. R. 1981. A phylogenetic and biogeographic analysis of cyprinodontiform fishes (Teleostei, Antheriomorpha). Bull. Am. Mus. Nat. Hist. 168: 335–357.

PAULSON, L. J. 1983. Use of hydroelectric dams to control evaporation and salinity in the Colorado River System, p. 439–456. In V. D. Adams and V. A. Lamarra [ed.] Aquatic resources management of the Colorado River ecosystem. Ann Arbor Science Publishers, Ann Arbor, MI.

PAULSON, L. J., AND J. R. BAKER. 1983. The effects of impoundments on salinity in the Colorado River, p. 457–474. In V. D. Adams and V. A. Lamarra [ed.] Aquatic resources management of the Colorado River ecosystem. Ann Arbor Science Publishers, Ann Arbor, MI.

PEARSON, W. D., R. H. KRAMER, AND D. R. FRANKLIN. 1968. Macroinvertebrates in the Green River below Flaming Gorge Dam, 1964–65 and 1967. Proc. Utah Acad. Sci., Arts, Lett. 45: 148–167.

PERSONS, W. R., AND R. V. BULKLEY. 1982. Feeding activity and spawning time of striped bass in the Colorado River inlet, Lake Powell, Utah. N. Am. J. Fish. Manage. 4: 403–408.

PETTS, G. E. 1984. Impounded rivers — perspectives for ecological management. Wiley, New York, NY. 326 p.

PILLSBURY, A. F. 1981. The salinity of rivers. Sci. Am. 245: 55–65.

PIMENTEL, R., R. V. BULKLEY, AND H. M. TYUS. 1985. Choking of Colorado squawfish, Ptychocheilus lucius (Cyprinidae), on channel catfish, Ictalurus punctatus (Ictaluridae), as a cause of mortality. Southwest. Nat. 30: 154–158.

PISTER, E. P. 1981. Conservation of desert fishes, p. 411–445. In R. J. Naiman and D. L. Soltz [ed.] Fishes in North American deserts. J. Wiley and Sons, New York, NY.

PLUMMER, B. 1983. The Colorado, a river for many people, p. 3–12. In V. D. Adams and V. A. Lamarra [ed.] Aquatic resources management of the Colorado River ecosystem. Ann Arbor Science Publishers, Ann Arbor, MI.

PRENTKI, R. T., AND L. J. PAULSON. 1983. Historic patterns of

237

phytoplankton productivity in Lake Mead, p. 105-123. *In* V. D. Adams and V. A. Lamarra [ed.] Aquatic resources management of the Colorado River ecosystem. Ann Arbor Science Publishers, Ann Arbor, MI.

REGIER, H. A., R. L. WELCOMME, R. J. STEEDMAN, AND H. F. HENDERSON. 1989. Rehabilitation of degraded river ecosystems. p. 86-97. *In* D. P. Dodge [ed.] Proceedings of the International Large River Symposium. Can. Spec. Publ. Fish. Aquat. Sci. 106.

RINNE, J. N. 1976. Cyprinid fishes of the genus *Gila* from the lower Colorado River Basin. Wass. J. Biol. 34: 65-107.

RINNE, J. N., AND W. L. MINCKLEY. 1970. Native Arizona fishes, Part III — the minnows called "chubs." Wildl. Views 17: 12-19.

ROBINS, C. R., R. M. BAILEY, C. E. BOND, J. R. BROOKER, E. A. LACHNER, R. N. LEA, AND W. B. SCOTT. 1980. A list of common and scientific names of fishes from the United States and Canada. Am. Fish. Soc. Spec. Publ. 12: 174 p.

SCARNECCHIA, D. L., AND E. P. BERGERSEN. 1986. Production and habitat of threatened greenback and Colorado River cutthroat trouts in Rocky Mountain headwater streams. Trans. Am. Fish. Soc. 115: 382-391.

SCHOENHERR, A. A. 1981. The role of competition in the replacement of native species by introduced fishes, p. 173-203. *In* R. J. Naiman and D. L. Soltz [ed.] Fishes in North American Deserts. J. Wiley and Sons, New York, NY.

SIGLER, W. F., AND R. R. MILLER. 1963. Fishes of Utah. Utah Department of Fish and Game, Salt Lake City, UT. 203 p.

SMITH, G. R. 1966. Distribution and evolution of The North American catostomid fishes of the subgenus *Pantosteus*, genus *Catostomus*. Misc. Publ. Mus. Zool. Univ. Mich. 129: 1-132.

——— 1978. Biogeography of intermountain fishes, p. 17-42. *In* K. T. Harper and J. L. Reveal [ed.] Intermountain biogeography: a symposium. Great Basin Nat. Mem. 2: 268 p.

SNYDER, D. E. 1981. Contributions to a guide to the cypriniform fish larvae of the Upper Colorado River System in Colorado. Colo. Office, US Bur. Land Manage. Bio. Sci. Ser. 3: 81 p.

SPOFFORD, W. O. 1980. Potential impacts of energy development on stream flows in the Upper Colorado River Basin, p. 351-429. *In* W. O. Spofford, A. L. Parker, and A. V. Kneese [ed.] Energy development in the Southwest — problems of water, fish and wildlife in the Upper Colorado River Basin, vol. 1. Resources for the Future, Washington, DC.

SPOFFORD, W. O., A. L. PARKER, AND A. V. KNEESE. [ed.] 1980. Energy development in the Southwest — problems of water, fish and wildlife in the Upper Colorado River Basin, 2 vols. Resources for the Future, Washington, D.C. 523; 543 p.

STANFORD, J. A., AND J. V. WARD. 1983. The effects of mainstream dams on physicochemistry of the Gunnison River, Colorado, p. 43-56. *In* V. D. Adams and A. Lamarra [ed.] Aquatic resources management of the Colorado River ecosystem. Ann Arbor Science Publishers, Ann Arbor, MI.

——— 1986a. The Colorado River System, p. 353-374. *In* B. R. Davies and K. F. Walker [ed.] The ecology of river systems. Dr. W. Junk, Dordrecht, The Netherlands.

——— 1986b. Reservoirs of the Colorado system, p. 375-383. *In* B. R. Davies and K. F. Walker [ed.] The ecology of river systems. Dr. W. Junk, Dordrecht, The Netherlands.

——— 1986c. Fishes of the Colorado system, p. 385-402. *In* B. R. Davies and K. F. Walker [ed.] The ecology of river systems. Dr. W. Junk, Dordrecht, The Netherlands.

STEGNER, W. 1982. Beyond the hundredth meridian — John Wesley Powell and the second opening of the West. University of Nebraska Press, Lincoln, NE. 438 p.

SYKES, G. 1937. The Colorado delta. Am. Geogr. Soc. Spec. Publ. 19: 193 p.

TURNER, R. M., AND M. M. KARPISCAK. 1980. Recent vegetation changes along the Colorado River between Glen Canyon Dam and Lake Mead, Arizona. US Geol. Surv. Prof. Pap: 1132: 125 p.

TYUS, H. M. 1984. Loss of stream passage as a factor in the decline of the endangered Colorado squawfish, p. 138-144. *In* Issues and technology in the management of impacted western wildlife, proceedings of a national symposium. Thorne Ecol. Inst. Tech. Publ. 14. Boulder, CO. (Available from US Fish and Wildlife Service, P.O. Box 25426, Denver Federal Center, Denver, CO 80225)

——— 1985. Homing behavior noted for Colorado squawfish. Copeia 1985: 213-215.

——— 1987. Distribution, reproduction, and habitat use of the razorback sucker in the Green River, Utah, 1979-1986. Trans. Am. Fish. Soc. 116: 111-116.

TYUS H. M., B. D. BURDICK, R. A. VALDEZ, C. M. HAYNES, T. A. LYTLE, AND C. R. BERRY. 1982. Fishes of the Upper Colorado River Basin: abundance and status, p. 12-70. *In* W. H. Miller, H. M. Tyus, and C. A. Carlson [ed.] Fishes of the Upper Colorado River System: present and future. Western Division, American Fisheries Society, Bethesda, MD.

TYUS, H. M., AND C. W. MCADA. 1984. Migration, movements and habitat preferences of Colorado squawfish, *Ptychocheilus lucius*, in the Green, White and Yampa rivers, Colorado and Utah. Southwest. Nat. 29: 289-299.

TYUS, H. M., B. D. BURDICK, AND C. W. MCADA. 1984. Use of radiotelemetry for obtaining habitat preference data on Colorado squawfish. N. Am. J. Fish. Manage. 4: 177-180.

UPPER COLORADO RIVER COMMISSION. 1984. Thirty sixth Annual Report. Salt Lake City, UT. 87 p.

U.S. DEPARTMENT OF THE INTERIOR. 1982. Endangered and threatened wildlife and plants; review of vertebrate wildlife for listing as endangered or threatened species. Fed. Reg. 47: 58455-58460.

——— 1983. Republication of the lists of endangered and threatened species; final rule. Fed. Reg. 48: 34182-34196.

——— 1985a. Endangered and threatened wildlife and plants; proposal to determine the spikedace to be a threatened species. Fed. Reg. 50: 25390-25398.

——— 1985b. Endangered and threatened wildlife and plants; proposal to determine *Lepidomeda vittata* (Little Colorado spinedace) to be a threatened species. Fed. Reg. 50: 21095-21103.

——— 1985c. Endangered and threatened wildlife and plants; proposal to determine the loach minnow to be a threatened species. Fed. Reg. 50: 25380-25387.

——— 1985d. Endangered and threatened wildlife and plants; notice of completion of review for species listed before 1976 and in 1979 and 1980. Fed. Reg. 50: 29900-29909.

——— 1985e. Endangered and threatened wildlife and plants; review of vertebrate wildlife; notice of review. Fed. Reg. 50: 37958-37962.

——— 1986a. Intent to prepare an environmental assessment on a proposed action to recover rare and endangered fish in the Upper Colorado River Basin; republication. Fed. Reg. 51: 28891-28894.

——— 1986b. Endangered and threatened wildlife and plants; determination of endangered status and critical habitat for the desert pupfish. Fed. Reg. 51: 10842-10851.

——— 1986c. Endangered and threatened wildlife and plants; determination of threatened status and critical habitat for the Railroad Valley springfish. Fed. Reg. 51: 10857-10865.

——— 1986d. Endangered and threatened wildlife and plants; proposed listing of Virgin River chub as an endangered species with critical habitat. Fed. Reg. 51: 22949-22955.

——— 1986e. Endangered and threatened wildlife and plants; determination of threatened status for the spikedace. Fed. Reg. 51: 23769-23781.

BLM_0035259

1987. Endangered and threatened wildlife and plants, 50 CFR 17.11 and 17.12. U.S. Government Printing Office, Washington, DC.

U.S. GEOLOGICAL SURVEY. 1975. Surface water supply of the United States, 1966–70, part 9. Colorado River Basin, vol. 3. Lower Colorado River Basin. US Geol. Surv. Water-Supply Pap. 2126: 681 p.

VALDEZ, R. A., AND E. J. WICK. 1983. Natural vs manmade backwaters as native fish habitat, p. 519–536. *In* V. D. Adams and V. A. Lamarra [ed.] Aquatic resources management of the Colorado River ecosystem. Ann Arbor Science Publishers, Ann Arbor, MI.

VALENTINE, V. E. 1983. Institutional perspectives on Colorado River management, p. 667–672. *In* V. D. Adams and V. A. Lamarra [ed.] Aquatic resources management of the Colorado River ecosystem. Ann Arbor Science Publishers, Ann Arbor, MI.

VRIJENHOEK, R. C., M. E. DOUGLAS, AND G. K. MEFFE. 1985. Conservation genetics of endangered fish populations in Arizona. Science 229: 400–402.

WALLIS, O. L. 1951. The status of the fish fauna of the Lake Mead National Recreation Area, Arizona-Nevada. Trans. Am. Fish. Soc. 80: 84–92.

WARD, J. V., AND J. A. STANFORD. 1983. The regulated stream as a testing ground for ecological theory, p. 23–38. *In* A. Lillehammer and S. J. Saltveit [ed.] Regulated rivers. Oslo Univ. Press, Oslo, Norway.

WARD, J. V., H. J. ZIMMERMANN, AND L. D. CLINE. 1986. Lotic zoobenthos of the Colorado system, p. 403–422. *In* B. R. Davies and K. F. Walker [ed.] The ecology of river systems. Dr. W. Junk, Dordrecht, The Netherlands.

WATKINS, T. H. [ed.] 1969. The grand Colorado. American West Publishing Co., Palo Alto, CA. 310 p.

WEATHERFORD, G. D., AND G. C. JACOBY. 1975. Impact of energy development on the law of the Colorado River. Nat. Resour. J. 15: 171–213.

WEATHERFORD, G. D., AND F. L. BROWN. 1986. Introduction: a timely look at a timeless river, p. 1–7. *In* G. D. Weatherford and F. L. Brown [ed.] New courses for the Colorado River — major issues for the next century. University of New Mexico Press, Albuquerque, NM.

WELSH, F. 1985. How to create a water crisis. Johnson Publishing Co., Boulder, CO. 238 p.

WHITE, G. F. 1986. A new confluence in the life of the river, p. 215–224. *In* G. D. Weatherford and F. L. Brown [ed.] New courses for the Colorado River — major issues for the next century. University of New Mexico Press, Albuquerque, NM.

WICK, E. J., J. A. HAWKINS, AND C. A. CARLSON. 1985. Colorado squawfish and humpback chub population and habitat monitoring, 1983–1984. Colo. Div. Wildl. End. Wildl. Invest. Final Rept. SE 3–7: 48 p. (Available from Colorado Division of Wildlife, 6060 Broadway, Denver, CO 80216)

WILLIAMS, J. E., D. B. BOWMAN, J. E. BROOKS, A. A. ECHELLE, R. J. EDWARDS, D. A. HENDRICKSON, AND J. L. LANDYE. 1985. Endangered aquatic ecosystems in North American deserts with a list of vanishing fishes of the region. J. Ariz.-Nev. Acad. Sci. 20: 1–62.

WOODWARD, D. F., R. G. RILEY, M. G. HENRY, J. S. MEYER, AND T. R. GARLAND. 1985. Leaching of retorted oil shale: assessing the toxicity to Colorado squawfish, fathead minnows, and two food-chain organisms. Trans. Am. Fish. Soc. 114: 887–894.

239

BLM_0035260

# Hydrological, Morphometrical, and Biological Characteristics of the Connecting Rivers of the International Great Lakes: A Review[1]

Clayton J. Edwards[2]

*International Joint Commission,*
*100 Ouellette Avenue,*
*Windsor, Ont., N9A 6T3*

Patrick L. Hudson

*National Fisheries Research Center–Great Lakes,*
*U.S. Fish and Wildlife Service,*
*Ann Arbor, MI 48105, USA*

Walter G. Duffy[3]

*National Wetlands Research Center,*
*U.S. Fish and Wildlife Service,*
*Slidell, LA 70458, USA*

Stephen J. Nepszy

*Lake Erie Fisheries Station,*
*Ontario Ministry of Natural Resources,*
*Wheatley, Ont. N0P 2P0*

Clarence D. McNabb

*Department of Fisheries and Wildlife,*
*Michigan State University,*
*East Lansing, MI 48824, USA*

Robert C. Haas

*Lake St. Clair Great Lakes Station,*
*Michigan Dept. of Natural Resources,*
*Mt. Clemens, MI 48045, USA*

Charles R. Liston[4]

*Department of Fisheries and Wildlife,*
*Michigan State University,*
*East Lansing, MI 48824, USA*

Bruce Manny

*National Fisheries Research Center–Great Lakes,*
*U.S. Fish and Wildlife Service,*
*Ann Arbor, MI 48105, USA*

Wolf-Dieter N. Busch

*Fish and Wildlife Enhancement,*
*U.S. Fish and Wildlife Service,*
*Cortland, NY 13045, USA*

[1] Contribution 718 of the National Fisheries Research Centre — Great Lakes, U.S. Fish and Wildlife Service, Ann Arbor, MI 48105, USA.
[2] Present address: U.S. Department of Agriculture, North Central Forest Experiment Station, P.O. Box 898, Rhinelander, WI 54501, USA.
[3] Present address: South Dakota Cooperative Fish and Wildlife Research Unit, South Dakota State University, Brookings, SD 57006, USA.
[4] Present address: U.S. Department of Interior, Bureau of Reclamation, Denver Federal Center, Bldg. 56-D-3742, Denver, CO 80225, USA.

## Abstract

EDWARDS, C. J., P. L. HUDSON, W. G. DUFFY, S. J. NEPSZY, C. D. MCNABB, R. C. HAAS, C. R. LISTON, B. A. MANNY, AND W. N. BUSCH. 1989. Hydrological, morphometrical, and biological characteristics of the connecting rivers of the International Great Lakes: a review,

240

BLM_0035261

**University of Nebraska - Lincoln**
# DigitalCommons@University of Nebraska - Lincoln

USDA Forest Service / UNL Faculty Publications

USDA Forest Service -- National Agroforestry Center

2014

# A spatial risk assessment of bighorn sheep extirpation bygrazing domestic sheep on public lands

Tim E. Carpenter
*Institute for Veterinary, Animal and Biomedical Sciences, Massey University,* t.e.carpenter@massey.ac.nz

Victor L. Coggins
*Oregon Department of Fish and Wildlife*

Clinton McCarthy
*United States Forest Service*

Chans S. O'Brien
*Payette National Forest, USDA Forest Service*

Joshua M. O'Brien
*(CADMS), School of Veterinary Medicine, University of California Davis*

*See next page for additional authors*

Follow this and additional works at: http://digitalcommons.unl.edu/usdafsfacpub

Carpenter, Tim E.; Coggins, Victor L.; McCarthy, Clinton; O'Brien, Chans S.; O'Brien, Joshua M.; and Schommer, Timothy J., "A spatial risk assessment of bighorn sheep extirpation bygrazing domestic sheep on public lands" (2014). *USDA Forest Service / UNL Faculty Publications.* Paper 265.
http://digitalcommons.unl.edu/usdafsfacpub/265

This Article is brought to you for free and open access by the USDA Forest Service -- National Agroforestry Center at DigitalCommons@University of Nebraska - Lincoln. It has been accepted for inclusion in USDA Forest Service / UNL Faculty Publications by an authorized administrator of DigitalCommons@University of Nebraska - Lincoln.

BLM_0035262

**Authors**

Tim E. Carpenter, Victor L. Coggins, Clinton McCarthy, Chans S. O'Brien, Joshua M. O'Brien, and Timothy J. Schommer

This article is available at DigitalCommons@University of Nebraska - Lincoln: http://digitalcommons.unl.edu/usdafsfacpub/265

BLM_0035263

Preventive Veterinary Medicine 114 (2014) 3–10



Contents lists available at ScienceDirect

# Preventive Veterinary Medicine

journal homepage: www.elsevier.com/locate/prevetmed



# A spatial risk assessment of bighorn sheep extirpation by grazing domestic sheep on public lands



Tim E. Carpenter [b,*], Victor L. Coggins [c], Clinton McCarthy [d], Chans S. O'Brien [e], Joshua M. O'Brien [a], Timothy J. Schommer [f]

[a] Center for Animal Disease Modeling and Surveillance (CADMS), School of Veterinary Medicine, University of California Davis, Davis, CA, USA
[b] EpiCentre, Institute for Veterinary, Animal and Biomedical Sciences, Massey University, Palmerston North, New Zealand
[c] Oregon Department of Fish and Wildlife, Corvallis, OR, USA
[d] United States Forest Service, Intermountain Region, Ogden, UT, USA
[e] Payette National Forest, USDA Forest Service, McCall, ID, USA
[f] Wallowa-Whitman National Forest, USDA Forest Service, Golden, CO, USA

## ARTICLE INFO

*Keywords:*
Bighorn sheep
Epidemic simulation model
Viability analysis
Wildlife disease
Wildlife–livestock interface

## ABSTRACT

Bighorn sheep currently occupy just 30% of their historic distribution, and persist in populations less than 5% as abundant overall as their early 19th century counterparts. Present-day recovery of bighorn sheep populations is in large part limited by periodic outbreaks of respiratory disease, which can be transmitted to bighorn sheep via contact with domestic sheep grazing in their vicinity. In order to assess the viability of bighorn sheep populations on the Payette National Forest (PNF) under several alternative proposals for domestic sheep grazing, we developed a series of interlinked models. Using telemetry and habitat data, we characterized herd home ranges and foray movements of bighorn sheep from their home ranges. Combining foray model movement estimates with known domestic sheep grazing areas (allotments), a Risk of Contact Model estimated bighorn sheep contact rates with domestic sheep allotments. Finally, we used demographic and epidemiologic data to construct population and disease transmission models (Disease Model), which we used to estimate bighorn sheep persistence under each alternative grazing scenario. Depending on the probability of disease transmission following interspecies contact, extirpation probabilities for the seven bighorn sheep herds examined here ranged from 20% to 100%. The Disease Model allowed us to assess the probabilities that varied domestic sheep management scenarios would support persistent populations of free-ranging bighorn sheep.

© 2014 Elsevier B.V. All rights reserved.

## 1. Introduction

Prior to the mid-1800s, bighorn sheep (*Ovis canadensis*) were abundant and widely distributed throughout the western United States. North American populations are estimated to have numbered between 1.5 and 2 million sheep (Buechner, 1960; Queen et al., 1994). Large declines in the species' abundance and distribution occurred during the late 1800s and early 1900s as a result of overharvest, habitat loss, and both forage competition and disease transmission from domestic livestock (Goodson, 1982; Valdez and Krausman, 1999). Unlike other ungulate species whose populations declined during the same period and then rebounded, bighorn sheep populations have seen limited

* Corresponding author at: EpiCentre, Institute of Veterinary, Animal and Biomedical Sciences, Massey University, Palmerston North, New Zealand.
E-mail address: t.e.carpenter@massey.ac.nz (T.E. Carpenter).

0167-5877/$ – see front matter © 2014 Elsevier B.V. All rights reserved.
http://dx.doi.org/10.1016/j.prevetmed.2014.01.008

This article is a U.S. government work, and is not subject to copyright in the United States.

4                    T.E. Carpenter et al. / Preventive Veterinary Medicine 114 (2014) 3–10

recovery due largely to recurrent herd-level outbreaks of respiratory disease.

Bighorn sheep are highly susceptible to several diseases carried by closely related domestic sheep (Jessup, 1985). The disease-causing organisms most commonly associated with die-offs of free-ranging bighorn sheep are *Mycoplasma ovipneumoniae* (Besser et al., 2012a) and pathogenic strains of bacteria in several species formerly classified as members of the genus *Pasteurella*. These same strains are typically present in domestic sheep, who carry them without suffering significant deleterious effects (Miller, 2001; Dassanayake et al., 2009; Lawrence et al., 2010). Pen experiments indicate that direct contact between domestic sheep and bighorn sheep result in a high likelihood of disease transmission to bighorn sheep, which are lethal to the latter species (Onderka et al., 1988; Foreyt, 1994; Foreyt and Silflow, 1996; Lawrence et al., 2010; Besser et al., 2012b). In addition, numerous reports of pneumonia outbreaks following contact with domestic sheep indicate that contact poses a risk to free-ranging bighorn sheep herds (Foreyt and Jessup, 1982; Goodson, 1982; Coggins, 1988; George et al., 2008). While some debate has surrounded the idea that disease transmission from domestic sheep to bighorn sheep has triggered die-offs of wild bighorn sheep populations, the preponderance of relevant scientific literature supports the hypothesis that there is a significant risk resulting from interspecies contact that warrants consideration by managers.

In 2005, the Chief of the United States Forest Service (USFS) directed the Payette National Forest (PNF) to analyze bighorn sheep viability on the PNF in light of the known potential for impacts of disease transmission arising from grazing of domestic sheep in proximity to bighorn sheep (details in Forest Service (2010)). Following the Chief's direction, we developed two linked models to estimate the probability of bighorn sheep population persistence under several potential management alternatives, which differed in the amount and distribution of domestic sheep grazing permitted on the PNF. The 'Risk of Contact Model' – described in full detail elsewhere (O'Brien et al., in press; USDA Forest Service, 2010) and briefly here – was designed to estimate the contact rate between bighorn sheep and active (sheep present) domestic sheep allotments. The 'Disease Model' and the subject of this article, models the population consequences of disease transmission from domestic sheep to bighorn sheep. Outputs from these models were used to describe current conditions and to make predictions for the future survival of the bighorn sheep on the PNF under a range of management alternatives.

## 2. Materials and methods

### 2.1. Bighorn sheep study population background

Two broadly delineated Rocky Mountain bighorn sheep (*O. c. canadensis*) metapopulations currently occur on the PNF, one within the Hells Canyon of the Snake River and the other among the Salmon River Mountains (USDA Forest Service, 2003) (Fig. 1). As suitable habitat connects most of these populations, this may historically have functioned as one metapopulation. Although Hells Canyon and its surrounding mountains may have once been home to more than 10,000 bighorn sheep, by the mid-1940s, bighorn sheep had been extirpated from the area (HCBSRC, 2005). Reintroduction efforts began in 1971 from a number of source herds in the western United States and Canada, and by 2004, 474 bighorn sheep had been translocated into Hells Canyon (HCBSRC, 2005). By 2005, despite



**Fig. 1.** Map of core herd home ranges of 12 Hells Canyon and 3 Salmon River bighorn sheep herds and 1 Area of Concern (Little Salmon) in the northwestern United States.

BLM_0035265

*T.E. Carpenter et al. / Preventive Veterinary Medicine 114 (2014) 3–10*                    5

sustaining seven die-offs in the previous 35 years, the Hells Canyon metapopulation contained 875 animals in 12 herds (HCBSRC, 1997, 2005).

Despite experiencing periodic die-offs since at least the 1870s, the Salmon River metapopulation was never extirpated (Smith, 1954; Toweill and Geist, 1999). Further, no introductions of bighorn sheep have been made into this native population (IDFG, 2010). Hence it is a high priority for conservation in Idaho. Recent winter population surveys document at least 704 bighorn sheep along the South Fork and main fork Salmon River canyons and their surrounding drainages (IDFG, 2010). Bighorn sheep in the parts where this metapopulation overlaps the PNF were assigned to three overlapping populations, the Main Salmon and South Fork, Upper Main Salmon, and Big Creek populations. At the time of this study, these three populations contained 483 animals. Bighorn sheep have occasionally been observed in one other area, the Little Salmon River. Animals observed along the Little Salmon are treated as a small satellite population or "Area of Concern," which is demographically linked to the nearby Main Salmon River population.

## 2.2. Models

For this analysis, we constructed two models: a Risk of Contact Model and the Disease Model presented here. Risk of contact between bighorn sheep and domestic sheep allotments was estimated using three linked analyses. which focused, respectively, on bighorn sheep habitat selection, identification of population core herd home range (CHHR) boundaries, and foray behavior. These analyses are described in detail elsewhere (O'Brien et al., in press; USDA, 2010) but will also be presented here in less detail. We constructed the Disease Model based on demographic and epidemiologic input specifications.

### 2.2.1. Risk of Contact Model

A 'source habitat' model, adapted from an expert-opinion based model produced for the Hells Canyon subpopulations by the Hells Canyon Bighorn Sheep Restoration Committee (HCBSRC, 1997), was used to identify areas of habitat considered suitable for use by bighorn sheep. That model was in turn based on work by Smith et al. (1991), Gudorf et al. (1996), and Sappington et al. (2007), whose research quantified bighorn sheep's strong preference for areas close to steep, rugged terrain into which they can flee for safety. In addition, we followed guidelines by Schirokauer (1996) to identify areas that are open enough and that provided sufficient forage to be used as habitat by bighorn sheep. We modeled winter (November–April) source habitat as a subset of summer (May–October) source habitat, by adding an additional restriction that, above 4500 ft, winter source habitat only occurs on slopes with some south-facing component and which were estimated to be snow free in at least 3 of 7 winters.

Next, we used telemetry and observational data, to identify a CHHR for each of 15 herd groups and one Area of Concern in and around the PNF. As a first step, we computed a utilization distribution (a density surface representing an animal's probability of occupying each point in space) for

each animal from which at least 20 telemetry points had been collected between 1997 and 2008. Following general recommendations in Laver and Kelly (2008), our home range estimation employed a bivariate kernel-based estimator (rather than, e.g., a minimum convex polygon or ellipse-based estimator) with a bandwidth estimated using the "reference" bandwidth estimator of Worton (1989). Individual-level utilization distributions for all animals in a herd were then combined by averaging to create a surface raster representing the utilization density of the herd as a whole. The home range modeling was completed with Home Range Extension version 1.1 for ArcGIS (Rodgers et al., 2007). The CHHR was defined as the isopleth (or contour) containing 95% of the utilization density.

To complete the Risk of Contact Model, we performed a foray analysis. A foray is any short-term movement of an animal away from and back to its herd's CHHR (Singer et al., 2001). Forays are important, because they can put bighorn sheep at risk of contact with domestic sheep, even when those domestic sheep are located outside of bighorn sheep CHHRs (Gross et al., 2000; Singer et al., 2000). We modeled the annual probability and rates of contact with domestic sheep allotments as a function of the number of bighorn sheep in a herd and of the size, distance, and habitat composition of the allotment from the CHHR.

### 2.2.2. Disease Model

We developed the bighorn sheep Disease Model to relate expected contact and subsequent disease outbreak rates to longer-term probabilities of population extirpation. The model allowed for disease transmission from domestic sheep to bighorn sheep, and then to other adjacent, susceptible bighorn sheep herds. Although only some bighorn sheep herds in the Hells Canyon metapopulation overlap the PNF, they were all included in the model. In addition, we used the Disease Model to examine the cumulative effects of grazing domestic sheep grazing at several locations inside and outside the PNF boundaries, and their influence on bighorn sheep population persistence.

We constructed the Disease Model using a commercially available spreadsheet, Excel (Microsoft Corp., Redmond, WA), and made it probabilistic (stochastic), using a commercially available spreadsheet add-in, @RISK (Palisade Corp., Cornell, NY). Model outputs collected for each of the 15 bighorn sheep herds and one Area of Concern included distributions of annual population numbers, expected disease-return intervals (years between outbreaks), and probabilities of herd extirpation within 100 years.

### 2.2.3. Demographic input specifications

*Initial herd population sizes* – Population estimates for the 15 herds and one Area of Concern were based on data collected between 2007 and 2009 by the Idaho Department of Fish and Game, Oregon Department of Fish and Game, Washington Department of Fish and Wildlife, and Salmon River Bighorn Sheep Project (administered by the Nez Perce Tribe). For each herd, the most recently recorded population estimate was treated as the current population size. Herds (including the single Area of Concern) ranged in size from four to 210 animals. The 12 Hells Canyon herds collectively contained 665 individuals, and the three Salmon

BLM_0035266

*T.E. Carpenter et al. / Preventive Veterinary Medicine 114 (2014) 3–10*

River herds and single Area of Concern contained 487 individuals for a mean of 1152 in all the modeled herds.

*Population growth* – We modeled population dynamics of healthy herds (i.e. those without respiratory disease) using a discrete logistic growth model, with the additional inclusion of a minimum population size (the non-viable number or NVN), below which a herd is bound to inexorably decline. The population in the current model year, $N_{t+1}$, given the population in the previous year, $N_t$, is given by the equations

$$N_{t+1} = N_t + rN_t \left( \frac{K - N_t}{K} \right), \quad \text{if } N_t \geq \text{NVN}, \tag{1}$$

$$N_{t+1} = N_t - N_t D, \quad \text{if } N_t < \text{NVN}, \tag{2}$$

where $r$ is the intrinsic growth rate, $D$ is the annual rate of decline for herds below the NVN, and $K$ is the herd's estimated carrying capacity.

Our estimates of intrinsic growth rates, $r$, were based on data collected from 16 translocated Rocky Mountain bighorn sheep populations in Colorado, whose maximum annual growth rates ranged between 0.05 and 0.26 (McCarty and Miller, 1998). The Disease Model sampled maximum growth rates for each herd from a normal distribution (mean = 0.136, standard deviation = 0.057) fitted to the estimates of McCarty and Miller (1998).

For each herd, we took K (which ranged among herds from 34 to 975 individuals) to be 175% of the largest population count record for that herd since the 1970s (Hells Canyon herds) or the 1980s (Salmon River herds). Based on research showing that bighorn sheep herds whose populations decline below a critical value are unlikely to recover (and often decline to extinction) (Singer et al., 2000, 2001), we used an NVN of 30 individuals and an associated negative growth rate of −16%.

### 2.2.4. Epidemiologic Input Specifications

We used the following epidemiologic inputs to simulate the adverse effects of disease in bighorn sheep populations: initial herd infection status; bighorn sheep herd-to-herd transmission probability; domestic sheep-to-bighorn sheep transmission probability; disease outbreak impact; extended infectious duration; initial disease outbreak impact; and extended disease outbreak impact.

*Initial herd infection status* – For purposes of the model, we assumed that, initially, no bighorn sheep and all domestic sheep herds were infected with a pneumonia-causing pathogen.

*Bighorn sheep herd-to-herd transmission probability* – Using results obtained from the habitat, CHHR and foray analyses, we first constructed a matrix composed of the annual probabilities ($p_{ij}$) that an individual animal from herd $j$ would foray to and make effective contact (i.e. a contact that resulting in disease transmission) with at least one individual in herd $i$.

Scaling up to the herd-level probability of transmission, we took the probability, $P$, of transmission to a susceptible bighorn sheep herd from an infected bighorn sheep herd to be given by

$$P_{ij} = 1 - q_{ij}^{C_j}, \tag{3}$$

where $q_{ij} = 1 - p_{ij}$ is the probability that susceptible herd $i$ will avoid effective contact from one infected individual from herd $j$, and $C_j$ is the number of infectious individuals in herd $j$ (Abbey, 1952).

To compute the probability of infection from any one of $n$ different infected bighorn sheep herds, $P_i$, we extended Eq. (3) as follows:

$$P_i = 1 - q_{i1}^{C_1} \cdots q_{in}^{C_n}, \tag{4}$$

where $q_{ij}$ is the probability that the susceptible bighorn sheep herd $i$ will avoid effective contact with one infectious individual from herd $j$, and $C_j$ is the number of infectious individuals in herd $j$.

*Domestic sheep-to-bighorn sheep transmission probability* – The model breaks the sequence of events by which a disease outbreak results from contact between a foraging bighorn sheep and a domestic sheep allotment into two groups of steps. First, to reach an occupied allotment, a bighorn sheep must leave its CHHR, travel far enough from it to reach the allotment, and intersect the allotment (rather than some other area at a similar distance from the CHHR). The Risk of Contact Model is used to estimate the seasonal probability ($k$) that an individual bighorn sheep will foray from its CHHR and make contact with an occupied domestic sheep allotment. This probability depends on which PNF domestic sheep allotments are left open to grazing, and so varies among different alternative management scenarios.

The second step estimates the compound probability that a foraging bighorn sheep, having reached an allotment, will make contact with an infectious domestic sheep, contract the disease, return to its CHHR, and initiate an outbreak. We performed a sensitivity analysis on this parameter to account for its uncertainty, and estimated the probability of an effective contact and subsequent herd-level outbreak, given cohabitation to be 5%, 25%, 50%, 75% and 100%, which permitted us to evaluate the assumption that the number of contacts to an allotment that will on average result in one disease outbreak in a given bighorn sheep herd ranges from 1 to 20. Multiplying this probability by $k$ gave the seasonal probability that an individual bighorn sheep would foray from its CHHR, make effective contact with an infectious domestic sheep, and then initiate a die-off on its return to its CHHR.

We used computations similar to those presented in the previous section to scale up from the seasonal probability that one individual would cause an outbreak to the seasonal herd-level probability of an outbreak.

*Disease transmission probability for disease transmission among combined bighorn sheep or domestic sheep-to-bighorn sheep* – This probability depends on bighorn sheep herd size, bighorn sheep movements, and current herd infection status of contacted bighorn herds. The probability a herd becomes infected in the current year depends on the probability of the herd *not* avoiding effective contact with infected animals from either a bighorn or domestic sheep herd in the previous year.

*Extended infectious duration* – When a herd becomes infected, the animals in it typically remain infectious for more than 1 year. Besser et al. (2012b) and Foreyt (1990) document that disease perturbations can affect lamb recruitment for several years following a severe

population declines resulting from disease epizootics. Based on their work, we assumed the infectious duration followed a uniform distribution from 1 to 4 years.

*Initial disease outbreak impact* – Respiratory disease outbreaks in bighorn sheep herds typically manifest as an all-age die-off, followed by several years of reduced or zero lamb recruitment. To estimate mortality during the initial all-age die-off, we used observations from pneumonia outbreaks in seven Hells Canyon herds (Coggins, 1988; Cassirer et al., 1996; HCBSRC, 1997). Observed mortalities in these seven outbreaks were, respectively, 33%, 50%, 65%, 69%, 75%, 80% and 80%, and mortality from an outbreak in the Disease Model was sampled from a discrete distribution made up of those observed values.

*Extended disease outbreak impact* – We represented the reduced lamb recruitment that typically follows an all-age die-off as an extended period of depressed population growth in a diseased bighorn sheep herd. Based on observations reported in a variety of infected herds, we sampled the post-outbreak duration of reduced lamb recruitment from a uniform distribution from 4 to 10 years, including the initial year of infection (Coggins, 1988; Foreyt, 1990; McCarty and Miller, 1998; Gross et al., 2000; Monello et al., 2001; Miller et al., 2000; Cassirer et al., 2001; Miller, 2001; Cassirer and Sinclair, 2007; George et al., 2008). During this period of reduced lamb recruitment, the diseased herd's annual population growth rate was sampled from a uniform distribution ranging from −13% to 0%.

### 2.2.5. Stochastic features of the models

The Risk of Contact and Disease Models were both stochastic to reflect components of uncertainty and variability. We used Monte Carlo sampling to produce one thousand replicates 100-year long replicates of each simulated scenario.

### 2.3. Analysis and outputs

The PNF examined 17 alternative management scenarios (each differing in the areas left open to domestic sheep). To simplify matters, we here present just one of those, the alternative that would have maintained the *status quo* by leaving all then-grazed allotments open to continued grazing. Outputs reported here are the probabilities of extirpation for each of the seven bighorn sheep herds located on, or adjacent to, the PNF, as these populations are directly influenced by National Forest's management decisions.

## 3. Results

### 3.1. Contact risk

Bighorn sheep source habitat is contiguous and distributed across the PNF. We identified 369,641 acres of summer source habitat and 156,919 acres of winter source habitat representing, respectively, 15.4% and 6.5% of the PNF. If no restrictions were placed on domestic sheep grazing in the PNF, 100,310 acres of suitable rangeland habitat would be available to the domestic sheep, resulting in two bighorn sheep herds with 6.0% and 15.8%, respectively,



**Fig. 2.** Probability of extirpation of seven bighorn sheep populations on, and adjacent to, the Payette National Forest (PNF) during 100 years vs. alternative probabilities of effective contact.

of their CHHRs overlapped by occupied domestic sheep allotments. Home ranges of six other bighorn sheep herds would be located within 12 km of occupied allotments and two more would be located within 35–38 km. By examining telemetry data, we found 6.5% (14/215) of the ewes and 28.8% (30/104) of the rams having forays during the summer months and 12.9% (28/217) and 34.9% (38/109) of the ewes and rams, respectively, having forays during the winter months in a given year. When converted to animal-years with at least one foray, we found that in any one summer, when domestic sheep allotments on the PNF were most likely to be active, 14.1% of the rams, and 1.5% of the ewes forayed beyond the 95% isopleth of the CHHRs.

Half of all ram forays reached at least 10 km from the CHHR, 25% of reached at least 16 km, and the longest observed ram foray took the animal at least 35 km from its CHHR. Based on results obtained from the habitat, CHRR and foray analyses, we estimated if there were no allotment restrictions, a mean of 1.33 contacts per year between domestic sheep and bighorn sheep in the seven herds on or adjacent to the PNF.

### 3.2. Disease risk

We used the number of annual contacts generated from the contact model as an input for the disease transmission model. We compared six alternative effective contact probabilities (i.e. the probability that contact with an allotment would result in a bighorn sheep disease outbreak): 5%, 10%, 25%, 50%, 75% and 100% and here present estimated extirpation probabilities for seven bighorn sheep herds on or adjacent to the PNF (Fig. 2). Due to its small initial population of 10 individuals, well below the 30 animal NVN, the Sheep Mountain herd is extirpated with 100% probability under all scenarios. For the six other herds, the estimated extirpation probability ranged from 20% to 53% (given a 5% effective contact probability) or from 61% to 100% (given a 100% effective contact probability).

*T.E. Carpenter et al. / Preventive Veterinary Medicine 114 (2014) 3–10*

## 4. Discussion

We reported the probability of extirpation for seven herds on, or adjacent to, the PNF was high, between 20% and 100%, if all domestic sheep allotments were allowed to persist in the PNF, and would likely result in extreme population declines in an already fragile population. The findings are consistent with the conclusions of researchers in USDA Forest Service Region 2 (the "Rocky Mountain" region), who identified the risk of disease outbreaks resulting from contact with domestic sheep and goats as the most significant threat facing bighorns in both Region 2 and across their range (Beecham et al., 2007). A long history of large-scale, rapid, all-age die-offs in bighorn sheep has been documented across Canada and the US, and many die-offs appear to have been preceded by contact with domestic sheep or goats (Besser et al., 2012b; Shackleton et al., 1999). Bighorn sheep die-offs are associated with infection by *Mannheimia haemolytica*, which has been reported as the primary cause for bighorn sheep population declines throughout North America (Garde et al., 2005). Recent literature also suggests that *M. ovipneumoniae* plays an important role in susceptibility of bighorn sheep to pneumonia pathogens (Besser et al., 2012a). Several major disease-related die-offs in bighorn sheep have been reported in herds on or near the PNF. At least seven population die-offs have been reported since reintroductions were initiated in Hells Canyon (HCBSRC, 1997). *Pasteurella multocida* was associated with a major die-off in Hells Canyon in 1995 to 1996 (Frank et al., 2004). Over 300 Hells Canyon bighorn sheep died of pasteurellosis during this outbreak, which may have been initiated by contact with one domestic goat (Cassirer et al., 1996; Coggins, 2002).

Based on data from seven suspected pneumonia outbreaks (Coggins, 1988; Cassirer et al., 1996; HCBSRC, 1997), we estimated that mortality from a disease outbreak would range from 33% to 80%. Others have reported similar ranges of mortality from outbreaks of pneumonia. In a review of 48 public records of pneumonia epidemics Singer et al. (2000) reported highly variable mortalities (13% to 100%), with a mean (SE) of 69% (4%), while others have estimated a disease-specific mortality rates ranging from 35% to 75% (Gross et al., 2000).

Clifford et al. (2009) used contact and disease transmission models to assess potential impacts of various grazing management strategies on the persistence of several Sierra Nevada bighorn sheep (*O. c. sierrae*) populations. They predicted a 50% probability of catastrophic disease outbreak over a 70-year period if interspecies (domestic and bighorn sheep) contact were reduced to <0.02 contacts per year. Their catastrophic disease outbreak probability estimates were comparable to our findings, which were based on a mean of 1.33 interspecies contacts per year that would result in the likely (≥70%) extirpation of all seven herds simulated over the 100-year period. Furthermore, Clifford et al. (2009) assumed that co-habitation was equivalent to contact between bighorn and domestic sheep and that contact would result in disease transmission with either 50% or 100% probability, estimates that were based on reported sheep behavior (Young and Manville, 1960; Onderka et al.,

1988; Foreyt, 1989; Ward et al., 1997; Dubay et al., 2002); previous circumstantial evidence of interspecies contact prior to disease outbreaks (Martin et al., 1996; George et al., 2008); and survivability of the pneumonia pathogen in the environment (Burriel, 1997; Dixon et al., 2002). By contrast, our study allowed the probability of a herd-level outbreak given contact with an allotment to range from 100% to 5%. Nevertheless, even the lowest effective contact probability (5%) resulted in estimated extirpation probabilities ranging from 20% to 53% for the six herds other than the Sheep Mountain herd (which is extirpated with 100% probability under all scenarios).

We relied on expert opinion when estimating the NVN to be 30. Berger (1990) studied extinction rates of 122 bighorn sheep populations in California, Colorado, Nevada, New Mexico and Texas, and estimated that populations of 50 or fewer bighorn sheep would be extinct within 50 years. Singer et al. (2001), based on observations from 41 epizootics, found that bighorn sheep populations with fewer than 50 animals had just a 5% chance of surviving an outbreak; based on these and other results, they concluded that bighorn sheep herds with post-epizootic populations of fewer than 30 individuals would not recover from the outbreak. Singer and Gudorf (1999) found no unequivocal NVN, but suggested a value of 100 individuals if disease is not a factor. If their estimate is closer to reality than the value adopted here, our simulations may have systematically underestimated the proportion of outbreaks leading to herd extirpation across all alternatives.

Results from this analysis were used as inputs by the PNF Forest Supervisor to assess the impact of changes in the allocation of land within the PNF available to domestic sheep. Other considerations, such as socio-economic impact, as well as tribal rights and interests were also considered by decision makers. We believe this modeling approach is useful to USFS managers for assessing the risks and implications of disease transmission between domestic and bighorn sheep.

## Conflict of interest statement

No other conflicts of interest exist.

## Acknowledgments

This research was funded by the United States Department of Agriculture: Forest Service. We thank the working group convened by the PNF that included bighorn sheep biologists, wildlife disease experts, and representatives from five US National Forests, the Intermountain Regional Office of the US Forest Service, three State fish and wildlife agencies, and four Native American Tribes.

## References

Abbey, H., 1952. An examination of the Reed-Frost theory of epidemics. Hum. Biol. 24, 201–233.

Beecham Jr., J.J., Collins, C.P., Reynolds, T.D., 2007. Rocky Mountain Bighorn Sheep (*Ovis canadensis*): A Technical Conservation Assessment. USDA Forest Service, Rocky Mountain Region http://www.fs.fed.us/r2/projects/scp/assessments/rockymountainbighornsheep.pdf (accessed 13.12.07).

Berger, J., 1990. Persistence of different-sized populations: an empirical assessment of rapid extinction of rapid extinction in bighorn populations. Conserv. Biol. 4, 91–98.

Besser, T.E., Cassirer, E.F., Yamada, C., Potter, K.A., Herndon, C., Foreyt, W.J., Knowles, D.P., Srikumaran, S., 2012a. Survival of bighorn sheep (*Ovis canadensis*) commingled with domestic sheep (*Ovis aries*) in the absence of *Mycoplasma ovipneumoniae*. J. Wildl. Dis. 48, 168–172.

Besser, T.E., Highland, M.A., Baker, K., Cassirer, E.F., Anderson, N.J., Ramsey, J.M., Mansfield, K., Bruning, D.L., Wolff, P., Smith, J.B., Jenks, J.A., 2012b. Causes of pneumonia epizootics among bighorn sheep, western United States, 2008–2010. Emerg. Infect. Dis. 18, 406–414.

Buechner, H.K., 1960. The bighorn sheep in the United States, its past, present, and future. Wildl. Monogr. 4, 1–174.

Burriel, A.R., 1997. Isolation of *Pasteurella haemolytica* from grass, drinking water, and straw bedding used by sheep. Curr. Microbiol. 35, 316–318.

Cassirer, E.F., Sinclair, A.R.E., 2007. Dynamics of pneumonia in a bighorn sheep metapopulation. J. Wildl. Manage. 71, 1080–1088.

Cassirer, F., Oldenberg, L.E., Coggins, V.L., Fowler, P., Rudolph, K.M., Hunter, D.L., Foreyt W.J., 1996. Overview and preliminary analysis of a bighorn sheep die-off, Hells Canyon 1995–1996. In: Proceedings of the Tenth Biennial Symposium of the Northern Wild Sheep and Goat Council, pp. 78–86.

Cassirer, E.F., Rudolph, K.M., Fowler, P., Coggins, V.L., Hunter, D.L., Miller, M.W., 2001. Evaluation of ewe vaccination as a tool for increasing bighorn lamb survival following pasteurellosis epizootics. J. Wildl. Dis. 37, 49–57.

Clifford, D.L., Schumaker, B.A., Stephenson, T.R., Bleich, V.C., Cahn, M.L., Gonzales, B.J., Boyce, W.M., Mazet, J.A.K., 2009. Assessing disease risk at the wildlife–livestock interface: a study of Sierra Nevada bighorn sheep. Biol. Conserv. 142, 2559–2568.

Coggins, V.L., 1988. The Lostine Rocky Mountain bighorn sheep die-off and domestic sheep. Proc. Biennial Symp. Northern Wild Sheep Goat Council 6, 57–64.

Coggins, V.L., 2002. Rocky Mountain bighorn sheep/domestic sheep and domestic goat interactions: a management prospective. In: Proceedings of the Thirteenth Biennial Symposium of the Northern Wild Sheep and Goat Council, pp. 165–174.

Dassanayake, R.P., Shanthalingam, S., Herndon, C.N., lawrence, P.K., Cassirer, E.F., Potter, K.A., Foreyt, W.J., Clinkenbeard, K.D., Srikumaran, S., 2009. *Mannheimia haemolytica* serotype A1 exhibits differential pathogenicity in two related species, *Ovis canadensis* and *Ovis aries*. Vet. Microbiol. 133, 366–371.

Dixon, D.M., Rudolph, K.M., Kinsel, M.L., Cowan, L.M., Hunter, D.L., Ward, A.C.S., 2002. Viability of airborne *Pasteurella* spp. Proc. Biennial Symp. Northern Wild Sheep Goat Council 13, 6–13.

Dubay, S., Schwantje, H., deVos Jr., J.C., McKinney, T., 2002. Bighorn sheep (*Ovis canadensis*) diseases: a brief literature review and risk assessment for translocation. Proc. Biennial Symp. Northern Wild Sheep Goat Council 13, 134–152.

Foreyt, W.J., 1989. Fatal *Pasteurella haemolytica* pneumonia in bighorn sheep after direct contact with clinically normal domestic sheep. Am. J. Vet. Res. 50, 341–344.

Foreyt, W.J., 1990. Pneumonia in bighorn sheep; effects of *Pasteurella haemolytica* from domestic sheep and effects on survival and long-term reproduction. Proc. Biennial Symp. Northern Wild Sheep Goat Council 7, 92–101.

Foreyt, W.J., 1994. Effects of controlled contact exposure between healthy bighorn sheep and llamas, domestic goats, mountain goats, cattle, domestic sheep, or mouflon sheep. Proc. Biennial Symp. Northern Wild Sheep Goat Council 9, 7–14.

Foreyt, W.J., Jessup, D.A., 1982. Fatal pneumonia of bighorn sheep following association with domestic sheep. J. Wildl. Dis. 18, 163–168.

Foreyt, W.J., Silflow, R.M., 1996. Attempted protection of bighorn sheep (*Ovis canadensis*) from pneumonia using a nonlethal cytotoxic strain of *Pasteurella haemolytica*, biotype A, serotype. J. Wildl. Dis. 32, 315–321.

Frank, G.H., Miller, M.W., Ward, A.C.S., 2004. A review of Pasteurella pneumonia in domestic and wild sheep. Wyoming State-wide Bighorn/Domestic Sheep Interaction Working Group (Appendix J).

Garde, E., Kutz, S., Schwantje, H., Veitch, A., 2005. Examining the Risk of Disease Transmission between Wild Dall's Sheep and Mountain Goats, and Introduced Domestic Sheep, Goats and Llamas in the Northwest Territories. The Northwest Territories Agricultural Policy Framework and Environment and Natural Resources, Government of the Northwest Territories, Canada.

George, J.L., Martin, D.J., Lukacs, P.M., Miller, W.M., 2008. Epidemic Pasteurellosis in a bighorn sheep populations coinciding with the appearance of a domestic sheep. J. Wildl. Dis. 44, 388–403.

Goodson, N.J., 1982. Effects of domestic sheep grazing on bighorn sheep populations: a review. Proc. Biennial Symp. Northern Wild Sheep Goat Council 3, 287–313.

Gross, J.E., Singer, F.J., Moses, M.E., 2000. Effects of disease, dispersal, and area on bighorn sheep restoration. Rest. Ecol. 8 (4S), 25–37.

Gudorf, M., Sweanor, P., Singer, F., 1996. Bighorn Sheep Habitat Assessment of the Greater Bighorn Canyon National Recreation Area. U.S. Department of Interior, National Biological Services, National Park Service.

HCBSRC (Hells Canyon Bighorn Sheep Restoration Committee), 1997. The Hells Canyon Initiative: Restoration of Bighorn Sheep to Hells Canyon, Idaho Department of Fish and Game, Oregon Department of Fish and Wildlife, Washington Department of Fish and Wildlife, U.S. Forest Service, Bureau of Land Management, Foundation for North American Wild Sheep, Idaho Department of Fish and Game, Lewiston, ID.

HCBSRC (Hells Canyon Bighorn Sheep Restoration Committee), 2005. Hells Canyon Initiative Annual Report FY 05. Idaho Department of Fish and Game, Oregon Department of Fish and Wildlife, Washington Department of Fish and Wildlife, U.S. Forest Service, Bureau of Land Management, Foundation for North American Wild Sheep, Idaho Department of Fish and Game, Lewiston, ID.

IDFG (Idaho Department of Fish and Game), 2010. Bighorn Sheep Management Plan. Idaho Department of Fish and Game, Boise, USA.

Jessup, D.A., 1985. Diseases of domestic livestock which threaten bighorn sheep populations. Desert Bighorn Council Trans. 29, 29–33.

Laver, P.N., Kelly, M.J., 2008. A critical review of home range studies. J. Wildl. Manage. 72, 290–298.

Lawrence, P.K., Shanthalingam, S., Dassanayake, R.P., Subramaniam, R., Herndon, C.N., Knowles, D.P., Rurangirwa, F.R., Foreyt, W.J., Wayman, G., Marciel, A.M., Highlander, S.K., Srikumaran, S., 2010. Transmission of *Mannheimia haemolytica* from domestic sheep (*Ovis aries*) to bighorn sheep (*Ovis canadensis*): unequivocal demonstration with green fluorescent protein-tagged organisms. J. Wildl. Dis. 46, 706–717.

Martin, K.D., Schommer, T., Coggins, V.L., 1996. Literature review regarding the compatibility between bighorn and domestic sheep. Proc. Biennial Symp. Northern Wild Sheep Goat Council 10, 72–77.

McCarty, C.W., Miller, M.W., 1998. Modeling the population dynamics of bighorn sheep: a synthesis of literature. In: Colorado Division of Wildlife Special Report Number 73.

Miller, M.W., 2001. Pasteurellosis. In: Williams, E.S., Barker, I.K. (Eds.), Infectious Diseases of Wild Animals. Iowa State University Press, Ames, IA, pp. 330–339.

Miller, M.W., Vayhinger, J.E., Bowden, D.C., Roush, S., Verty, T., Torres, A., Jurgens, V., 2000. Drug treatment for lungworm in bighorn sheep: reevaluation of a 20-year-old management prescription. J. Wildl. Manage. 64, 505–512.

Monello, R.J., Murray, D.L., Cassirer, E.F., 2001. Ecological correlates of pneumonia epizootics in bighorn sheep herds. Can. J. Zool. 79, 1423–1432.

O'Brien, J.M., O'Brien, C.S., McCarthy, C., Carpenter, T.E., 2013. Incorporating foray behavior into models estimating contact risk between bighorn sheep and areas occupied by domestic sheep. Wildl. Soc. Bull. 9999, 1–11, http://dx.doi.org/10.1002/wsb.387 (in press).

Onderka, D.K., Rawluk, S.A., Wishart, W.D., 1988. Susceptibility of Rocky Mountain bighorn sheep and domestic livestock strains of *Pasteurella haemolytica*. Can. J. Vet. Res. 52, 439–444.

Queen, C., Ward, A.C.S., Hunter, D.L., 1994. Bacteria isolated from nasal and tonsillar samples of clinically healthy Rocky Mountain bighorn sheep and domestic sheep. J. Wildl. Dis. 30, 1–7.

Rodgers, A.R., Carr, A.P., Beyer, H.L., Smith, L., Kie, J.G., 2007. HRT: Home Range Tools for ArcGIS. Ontario Ministry of Natural Resources, Centre for Northern Forest Ecosystem Research, Thunder Bay, Ontario, Canada.

Sappington, J.M., Lonshore, K.M., Thompson, D.B., 2007. Quantifying landscape ruggedness for animal habitat analysis: A case study using bighorn sheep in the Mojave Desert. J. Wildl. Dis. 71, 1419–1426.

Schirokauer, D., (M.S. thesis) 1996. The Effects of 55 Years of Vegetative Change on Bighorn Sheep Habitat in the Sun River Area of Montana. University of Montana, Missoula, MT.

Shackleton, D.M., Shank, C.C., Wikeem, B.M., 1999. Natural history of Rocky Mountain and California bighorn sheep. In: Valdez, R., Krausman, P.R. (Eds.), Mountain Sheep of North America. University of Arizona Press, Tucson, AZ, USA, pp. 78–138.

Singer, F.J., Gudorf, M.A., 1999. Restoration of Bighorn Sheep Metapopulations in and Near 15 National Parks: Conservation of a Severely Fragmented Species. Midcontinental Ecological Science Center, U.S. Geological Survey Open File Report, Fort Collins, CO, pp. 99–102.

BLM_0035270

10                          *T.E. Carpenter et al. / Preventive Veterinary Medicine 114 (2014) 3–10*

Singer, F.J., Moses, M.E., Bellew, S., Sloan, W., 2000. Correlates to colonizations of new patches by translocated populations of bighorn sheep. Restor. Ecol. 8, 66–74.

Singer, F.J., Zeigenfuss, L.C., Spicer, L., 2001. Role of patch size, disease, and movement in rapid extinction of bighorn sheep. Conserv. Biol. 15, 1347–1354.

Smith, D.R., 1954. The Bighorn Sheep in Idaho: Its Status Life History and Management. Idaho Department of Fish and Game, Boise, ID.

Smith, T.S., Flinders, J.T., Winn, D.S., 1991. A habitat evaluation procedure for Rocky Mountain bighorn sheep in the Intermountain West, Great Basin. Nature 51, 205–225.

Toweill, D.E., Geist, V., 1999. Return of Royalty: Wild Sheep of North America. Boone and Crockett Club and Foundation for North American Wild Sheep, Missoula, MT.

USDA Forest Service, 2003. Final Environmental Impact Statement Southwest Idaho Ecogroup Land and Resource Management Plans. Revised. USDA Forest Service, Intermountain Region, Ogden, UT.

USDA Forest Service, 2010. Bighorn Sheep Supplemental Environmental Impact Statement Analysis. USDA Forest Service, Intermountain Region, Payette National Forest, Ogden, UT.

Valdez, R., Krausman, P.R., 1999. Description, distribution, and abundance of mountain sheep in North America. In: Valdez, R., Krausman, P.R. (Eds.), Mountain Sheep of North America. University of Arizona Press, Tucson, AZ, pp. 3–22.

Ward, A.C.S., Hunter, D.L., Jaworski, M.D., Benolkin, P.J., Dobel, M.P., Jeffress, J.B., Tanner, G.A., 1997. *Pasteurella* spp. in sympatric bighorn and domestic sheep. J. Wildl. Dis. 33, 544–557.

Worton, B.J., 1989. Kernel methods for estimating the utilization distribution in home-range studies. Ecology 70, 164–168.

Young, S.P., Manville, R.H., 1960. Records of bighorn hybrids. J. Mamm. 41, 523–525.



# Field Guide
## to the
## Wetland and Riparian
## Plant Associations
## of
## Colorado

Natural Heritage Program

COLORADO

**Colorado State** University

*Knowledge to Go Places*

BLM_0035272

Field Guide to the Wetland and Riparian
Plant Associations of Colorado

Colorado Natural Heritage Program
College of Natural Resources
Colorado State University
254 General Services Building
8002 Campus Delivery
Fort Collins, CO  80523
(970) 491-1309
www.cnhp.colostate.edu



March 2003

*Front page photos (from top), HGM subclasses are discussed in the report:*

1. Depressional (1) - Snow Mesa,  Hinsdale Co.  *Colorado Natural Areas Program file photo.*
2.  Slope (1) -  iron fen at Chattanooga, San Juan Co.  *Colorado Natural Areas Program file photo.*
3. Flats (1) - Stinking Spring, Rio Blanco Co.  *Colorado Natural Areas Program file photo.*
4. Riverine (3, 4) - North St. Vrain Creek, Boulder Co.  *By Ron West.*
5. Riverine (5) - plains cottonwood riparian forest at Big Sandy Creek, Cheyenne Co.  *By Gwen Kittel.*
6. Depressional (2, 3) - playa lake at Pawnee National Grasslands.  *By Ric Hupalo.*
Background photo:  Kettle Lakes Research Natural Area, Jackson Co.  *By Janet Coles.*

2

BLM_0035273

# AUTHORSHIP AND ACKNOWLEDGMENTS

**PRIMARY AUTHORS:**

**Kathy Carsey – Wetland Ecologist, Colorado Natural Heritage Program**
Served as coordinating researcher from 2001-2003 in assembling the additional non-riparian
wetland type descriptions, analyzing the complete (wetland and riparian) data set, assigning
hydrogeomorphic subclasses to all types, writing community descriptions, and producing this
field guide.

**Gwen Kittel – Regional Vegetation Ecologist, NatureServe**
As an ecologist with CNHP from 1991-1999, Gwen led field research and data analysis,
developed a riparian classification, and wrote much of the dichotomous key as well as
descriptions for 150 of the riparian plant associations in this guide.

**Karin Decker – Ecologist, Colorado Natural Heritage Program**
Provided data management and analysis, designed the project database which is available on CD-
ROM, created stand tables and maps, wrote and edited descriptions, and designed and produced
this field guide.

**Dr. David J. Cooper – Senior Research Scientist, Colorado State University**
Dr. Cooper has done research on Colorado wetlands for 18 years.  He contributed much of his
data and written reports towards this effort, served as the primary advisor on the classification,
and developed the hydrogeomorphic classification for Colorado.

**Denise Culver – Wetland Ecology Coordinator, Colorado Natural Heritage Program**
As leader of the wetland ecology team, secured and coordinated interagency support and funding
for this project, provided overall project advice, and contributed editorial comments for this
guide.

**CONTRIBUTING AUTHORS AND EDITORS:**

| | | | |
|---|---|---|---|
| Janet Coles | Georgia Doyle | Renée Rondeau | Erika VanWie |
| Mary Damm | Steve Kettler | John Sanderson | |

**DATA COLLECTION:**

We gratefully acknowledge the hard work of all field crew members (1990-2000): Marion Reid,
Sylvia Gindele, Brian Stanford, Nan Lederer, Margaret Condron, Sam Hammer, Todd Barker,
Maureen DeCoursey, Susan Spackman, Renée Rondeau, Dan Randolph, Julie Burt, Erika
VanWie, Amy McMullen, Lea Spears, Mary Damm, Bill Grantham, Danielle Zoellner, Lisa
Tasker, Sandy Scheck, Kathy Carsey, Camille Richard, Marty Aitken, Mindy Smith, Doug Grant,
Steve Kettler, Mark Duff, Maggie March, John Sanderson, Denise Culver, Georgia Doyle, Ric
Hupalo, and Joe Rocchio.

Funding for the Colorado Wetland Classification and Characterization was provided by a
Wetland Program Grant from the Colorado Department of Natural Resources with funds from the
U.S. Environmental Protection Agency, Region VIII. We would like to thank Alex Chappell of
the Colorado Division of Wildlife, Kimberly Seymour of the Department of Natural Resources,
and Ed Stearns and Sarah Fowler of the U.S. Environmental Protection Agency for their
continued support.

This project would not have been possible without the many landowners and managers, public,
private, and tribal, who welcomed us to their lands and provided invaluable information about
their properties.  Their cooperation made it possible to sample a broad range of Colorado's
wetland resources.

3

BLM_0035274

This document should be cited as: Carsey, K., G. Kittel, K. Decker, D. J. Cooper, and D. Culver. 2003. *Field Guide to the Wetland and Riparian Plant Associations of Colorado.* Colorado Natural Heritage Program, Fort Collins, CO.

## ILLUSTRATION CITATIONS

Note: drawings are not to scale.

The following illustrations from *Vascular plants of the Pacific Northwest* by C. Leo Hitchcock, Arthur Cronquist, Marion Ownbey and J.W. Thompson. University of Washington Press, Seattle, 1955- , are reprinted by permission of the University of Washington Press:

Volumes 1-4, illustrations by Jeanne R. Janish on pages 57, 59, 67, 75, 82, 83, 86, 139, 149, 153, 165, 167, 179, 199, 209, 219, 232, 241, 245, 271, 297, 301, 302, 309, 311, 323, 329, 335, 337, 339, 343, 345, 348, 349, 351, 353, 354, 357, 359, 362, 371, 372, 374, 378, 381, 383, 385, 389, 390, 395, 397, 399, 401, 402, 404, 407, 409, 413, 415, 417, 419, 421, 423, 429, 433, 435, and 437. Volume 5, illustrations by John H. Rumely, on pages 327 and 439.

Illustrations on pages 74, 99, 103, 137, 171, 191, 258, and 305 are from *Trees and shrubs of Colorado* by Jack L. Carter; illustrated by Marjorie C. Leggitt. Johnson Books, Boulder, CO, 1988, are reprinted by permission of the illustrator. These illustrations are copyrighted by Marjorie C. Leggitt and may not be reproduced without permission of the artist.

Illustrations on pages 63, 109, 183, 225, 247, 271, 299, 283, 291, 297, 313, 320, 331, 333, 338, 367, 387, 393, 391, 411, 424, and 437 are by Mark Mohlenbrock, reprinted from *Western wetland flora: field office guide to plant species.* U.S. Dept. of Agriculture, Soil Conservation Service, West National Technical Center, Portland, OR, 1993.

Illustrations on pages 99, 101, 148, 291, 426, and 430 are reprinted from *A Handbook of Wetland Plants of the Rocky Mountain Region* by David J. Cooper; illustrated by Kris Meiring. EPA Region VIII, 1989.

Illustrations on pages 151, 153, 318, and 323 were obtained from the Hitchcock-Chase Collection of Grass Drawings, courtesy of the Hunt Institute for Botanical Documentation, Carnegie Mellon University, Pittsburgh, PA., on indefinite loan from the Smithsonian Institution. Available at http://huntbot.andrew.cmu.edu/HIBD/Departments/Collections/HitchcockChase.shtml

Illustrations of *Crataegus rivularis* on page 289 and *Prunus americana* on page 301 were obtained from the United States Department of Agriculture Forest Service Collection, courtesy of the Hunt Institute for Botanical Documentation, Carnegie Mellon University, Pittsburgh, PA. Available at: http://huntbot.andrew.cmu.edu/HIBD/Departments/Collections/HitchcockChase.shtml

The photos on pages 146 and 414 are © Br. Alfred Brousseau, Saint Mary's College of California. Other photos of plant associations were provided by Kathy Carsey, Janet Coles, Dr. David Cooper, Claire DeLeo, and the Colorado Natural Heritage Program files.

4

# TABLE OF CONTENTS

Introduction ...................................................................................................... 6

    Wetlands by hydrogeomorphic (HGM) class and subclass ...................... 8

    Further research needed ......................................................................... 11

Key to Hydrogeomorphic Classes ..................................................................... 15

Dichotomous Key to the Wetland and Riparian Plant Associations of Colorado  17

Wetland and Riparian Plant Associations of Colorado ....................................... 50

    Group A:  Evergreen Riparian Forests ...................................................... 51

    Group B:  Mixed Coniferous and Deciduous Forests and Woodlands ......... 83

    Group C:  Deciduous Dominated Forests and Woodlands ......................... 95

    Group D:  Tall Willow Shrublands ........................................................... 185

    Group E:  Short Willow Shrublands.......................................................... 239

    Group F:  Non-Willow Shrublands ........................................................... 265

    Group G:  Herbaceous Vegetation ........................................................... 315

List of Undescribed Associations ..................................................................... 440

Appendix A:  Associations by HGM Subclass .................................................. 443

Appendix B:  Glossary of Terms ...................................................................... 449

Appendix C:  Useful References....................................................................... 457

Appendix D:  Natural Heritage Methodology.................................................... 458

Index of Illustrations........................................................................................ 461

Index of Associations ...................................................................................... 463

BLM_0035276

# INTRODUCTION

In order to manage, restore and protect Colorado wetlands adequately, we must know which types exist, their functions and attributes, relative frequency or rarity, and distribution across the landscape. By providing a comprehensive tool for the identification of wetland and riparian plant associations in the field, this guide is intended to assist land owners and managers to protect wetland habitat and wetland-dependent species, and to establish a basis for focusing wetland research, land management, and conservation efforts where they will be most effective and beneficial.

This guide follows the U.S. Fish and Wildlife Service (USFWS) definition of wetlands (Cowardin et al. 1979).  According to that definition wetlands are  "lands transitional between terrestrial and aquatic systems where the water table is usually at or near the surface or the land is covered by shallow water."  USFWS-defined wetlands must have *one or more* of the following three attributes: (1) at least periodically, the land supports predominantly hydrophytes (wetland plants); (2) the substrate is predominantly undrained hydric soil; and/or (3) the substrate is non-soil and is saturated with water or covered by shallow water at some time during the growing season of each year.  Many of the associations described here would not be considered "jurisdictional wetlands" under Section 404 of the Clean Water Act.

The unit of classification used here is the **plant association**, the most basic level of the U.S. National Vegetation Classification (USNVC) standard.  The USNVC:  1) is vegetation-based, 2) uses a systematic approach, 3) emphasizes natural vegetation, 4) emphasizes existing vegetation, 5) uses a combined physiognomic-floristic hierarchy, identifying vegetation units at scales practical for conservation, and 6) is appropriate for mapping at multiple scales (Grossman et al. 1998).  The upper levels of the USNVC (beginning with the most inclusive) including class, subclass, group, subgroup and formation are physiognomic, based on growth form characteristics and environmental factors.  The lowest levels, alliance and association, are floristic, based on dominant or diagnostic species names.

Each association is assigned a name based on the scientific names of the diagnostic species that have a high degree of constancy. To ensure consistency of plant species nomenclature, the scientific and common names of plant species follow the standards developed by Kartesz (1994) , as reported and updated in the PLANTS database (USDA NRCS 2002).  Provisional community names are updated as additional information becomes available.  In a few cases, common names used are regionally recognized names rather than USDA names.

In the association names, plant species used in the name occurring in the same stratum are separated by the "-" symbol, and those occurring in different strata of the vegetation are separated by the "/" symbol (e.g., *Quercus macrocarpa/Corylus cornuta-Corylus americana* Woodland).

As a rule, the diagnostic species for associations are consistently present (constant) in occurrences of the community.  In situations where a diagnostic species is not consistently present in occurrences of a community, that species is placed in parentheses.  For example *Populus deltoides-(Salix amygdaloides)/Salix exigua*

6

BLM_0035277

Woodland means *Populus deltoides* and *Salix exigua* are present in most of the stands while *Salix amygdaloides* may not be.

In cases where the scientific name of a diagnostic species has recently changed or has alternate accepted versions, the alternate name may be included in the association name in parenthesis with an "=".

Profiles of 184 associations are presented in this guide. These associations are based on floristic data from samples collected in thousands of vegetation stands throughout Colorado. In spite of the large sample size, sampling efforts were not necessarily uniform across all habitat types of the state, and data gaps remain. For instance, aquatic plant associations are not included due to a lack of samples. A list of associations which are not described in this guide which need further verification is presented on page 440, and there are undoubtedly additional types which have yet to be identified. In additon, many of the associations described here may be further subdivided in the future.

This guide covers wetland and riparian associations occurring within the boundaries of the state of Colorado, although many of the associations included here are also found in neighboring states. Data, descriptions and photos are compiled from a variety of sources too numerous to list here. For full citations, see Carsey et al. (2003).

A dichotomous key to the wetland and riparian associations of Colorado begins on page 17. Associations are divided into seven major groups, depending on stature and habit of the dominant plants. Upon determining the association of interest, the reader is directed to a two-page profile of the association which includes a photo, descriptive information, and a table of species cover values. Profiles are arranged alphabetically by scientific name within each group. A few associations occur in more than one group; these profiles are located in the first group in which they occur, and the corresponding page number is noted in the table of contents for each group.

Because species identification is a critical requirement for the identification of most associations, drawings of dominant species are included where possible. However, for many species more detailed information will be required, and the reader is urged to consult the many keys and field guides available for this purpose. A list of particularly helpful references is included in Appendix A, on page 443.

The classification on which this guide is based compiled plot data from 4527 samples collected by wetland researchers throughout Colorado (see Carsey et al. (2003) for details). In acknowledgment of dependence of wetland types upon hydrologic regime and geomorphic setting and processes, a framework of regional hydrogeomorphic (HGM) subclasses proposed by Cooper (1998) was used for data stratification. Plots were assigned to one of nine HGM groups, based on the presence of indicator species originally determined by Cooper. Within these groups, tabular analysis, based on the procedures suggested by Mueller-Dombois and Ellenberg (1974) was used to identify plant associations, and, in conjunction with expert knowledge of state and regional ecologists, used to assign samples to an association type. See Hupalo et al. (2000) and Carsey et al. 2001 for details of the classification process.

7

BLM_0035278

**Wetlands by hydrogeomorphic (HGM) class and subclass**

Cooper (1998) investigated the relationship between geomorphology, wetland vegetation, and wetland functions, and produced a first approximation of hydrogeomorphic (HGM) classes and subclasses for Colorado wetlands.  He described four hydrogeomorphic classes in Colorado:  riverine, slope, depression, and mineral soil flats.  Within a geographic region, HGM wetland classes are further subdivided into subclasses.  A subclass includes all those wetlands that have similar characteristics and perform similar functions.  Riparian areas, loosely defined as streamside vegetation communities, may include depressional, slope, or mineral flats associations as well as riverine associations.  Position on the landscape and source of the water supporting the wetland are the critical factors distinguishing the four types.

In the construction of this classification and guide, associations were assigned to HGM groups.  Because the HGM classification groups wetland types that have similar characteristics and perform similar functions, it can be used to assist land managers to develop functional evaluations as well as to classify and evaluate the biodiversity of the wetlands under their jurisdiction.  Most plant associations occur in only one subclass.  However, there are associations that occur in two or even three subclasses.

Any classification is an artificial description of the functioning of complex systems.  In some cases, determination of the HGM type may be difficult.  In fact, Cooper identified problems in defining the boundaries of certain HGM classes in Colorado (Cooper 1998).  Assigning functions to HGM classes and subclasses is also complicated.  Detailed functional assessments are necessary to completely describe the functions performed by particular wetlands (Cooper 1998, Brinson 1993).

A complete list of the associations in each subclass appears in Appendix A on page 443.

**Mineral Soil Flats Wetlands**

Mineral Soil Flats occur on relatively flat ground and are supported by precipitation and surface runoff.

**Flats Subclass 1 (F1)**

Cooper (1998) describes one Mineral Soil Flats subclass (F1), but suggests that this type may need to be divided when more data are available.  Mineral soil flats occasionally have standing water and more frequently have a seasonally high water table.  Soils are often saline due to evaporation of water containing high concentrations of dissolved solutes.  Geomorphic setting includes flat sites or very shallow basins.  In Colorado, mineral soil flats are especially common in South Park and the San Luis Valley, and are also found on the eastern plains, along the Front Range, in North Park, and at lower elevations on the Western Slope.  Elevations of sampled stands range from 3,820 to 9,500 feet (1,160-2,900 meters).  Twelve plant associations were identified in the Mineral Soil Flats subclass.  All are dominated by native plant species that are tolerant of saline and alkaline soils.

**Depressional Wetlands**

We combined Cooper's five depressional subclasses into three groups: D1, D2/3, and D4/5.  Depressional wetlands occur in shallow or deeper depressions and are supported by the water filling the depression.

8

BLM_0035279

**Depressional Subclass 1 (D1)**

Depressional wetlands in subclass 1 occur in mid-to-high elevation basins with peat soils and on lake fringes with or without peat soils. We identified two plant associations in this subclass. Cooper (1998) suggests that basin peatland and lake fringe types are functionally different and should be separated into different subclasses when sufficient data are available.

**Depressional Subclasses 2 and 3 (D2/3)**

Depressional wetlands in subclasses 2 and 3 are usually found at lower elevations and are permanently or semi-permanently flooded. The subclass includes reservoir and pond margins as well as marshes (Cooper 1998) and includes cattail, bulrush and other tall reed, sedge, grass, and rush-dominated herbaceous vegetation. We identified 16 plant associations in this subclass. All are herbaceous and able to tolerate saturated soils (seasonally, temporarily or semipermanently flooded). All but one (*Bidens cernua-Bidens frondosa)* of these associations are dominated by native graminoid species.

**Depressional Subclasses 4 and 5 (D4/5)**

Depressional wetlands in subclasses 4 and 5 occur in low elevation basins that are temporarily or intermittently flooded. Subclass 5 wetlands may be flooded very occasionally, sometimes only once every five to ten years as in the case of playa lakes. Perennial vegetation may be poorly developed and the depression bottom may be barren. This type may include abandoned beaver ponds, small irrigation ponds and playa lakes. They occurred between 4,500 and 8,000 feet (1,370-2,440 meters), but were uncommon above 7,500 feet (2,290 meters). We identified 13 plant associations in the Depressional 4/5 subclass. All are dominated by forbs or graminoids.

## Slope Wetlands

We group Cooper's four subclasses of slope wetlands into two types here, S1/2 and S3/4. Slope wetlands occur on gentle to moderate slopes and are supported by groundwater.

**Slope Subclasses 1 and 2 (S1/2)**

Slope wetlands in subclass 1 are alpine and subalpine fens and wet meadows on non-calcareous substrates. Subclass 2 wetlands are subalpine and montane fens and wet meadows on calcareous substrates. Both types may be dominated by woody or herbaceous species and may have organic or mineral soils. Wetlands in slope subclass 1 are very common and widespread in mountainous regions of the state. Slope 2 wetlands are much less common and are known mainly from the meadows and fens in South Park. Wetlands in these two subclasses occurred in our dataset between 7,900 and 13,080 feet (2,400-3,990 meters). We identified 42 plant associations in these two subclasses. Two uncommon wetland types occur in this subclass: extreme rich fens and iron fens. Extreme rich fens currently are documented from South Park in Colorado (Cooper 1996, Sanderson and March 1996). The water supporting extreme rich fens is rich in calcium, magnesium, and other minerals and plant nutrients. Probably because of these unusual conditions, extreme rich fens in South Park support at least two rare plant communities, fourteen rare plants and nine rare invertebrates (Sanderson and March 1996). Iron fens occur in the Colorado mineral belt. Waters supporting these fens have high concentrations of iron and very acidic water. Only a limited suite of plants can grow in the acid conditions of these fens.

9

BLM_0035280

**Slope Subclasses 3 and 4 (S3/4)**

The Slope 3 subclass includes wet meadows at middle elevations in the mountains with a seasonally high water table and dominated by herbaceous plants. Slope 4 wetlands occur at lower elevations, but also have a seasonally high water table supporting herbaceous or occasionally shrub associations. They may occur on floodplains or at springs and may be supported by irrigation. They are widespread throughout the state. We identified 18 plant associations in the Slope 3/4 subclass, occurring between 3,950 and 12,300 feet (12,00-3,750 meters), although most were below 9,500 feet (2,900 meters). Most are seasonally or temporarily flooded and dominated by graminoid species. Two are temporarily flooded shrubland types.

## Riverine Wetlands

Riverine wetlands occur along rivers and streams. Overbank stream flow is the main source of water maintaining the riverine wetland vegetation. Riverine wetlands are important for flood control, maintaining water quality, stabilizing stream banks, and providing habitat for fish and other wildlife (Hansen et al. 1988, Brinson et al. 1981). Riparian areas are used extensively for domestic livestock grazing, gravel mining, recreation, transportation and residential development.

**Riverine Subclass 1 (R1)**

Wetlands in subclass R1 typically occur along steep-gradient, low-order streams and springs on coarse-textured substrate. They are especially common in the subalpine zone, but also occur on the plains (Cooper 1998). Elevation of stands ranged from 7,700 to 12,000 feet (2,350-3,660 meters). Thirteen R1 plant associations were identified, mostly subalpine types. The vegetation at the headwaters of streams at lower elevations have received less attention.

**Riverine Subclass 2 (R2)**

Subclass R2 wetlands occur along middle elevation, moderate gradient, low- to mid-order streams on coarse and fine-textured substrates. They may contain beaver pond complexes. Preliminary analysis of this group identified 47 plant associations including coniferous and deciduous forests, shrublands, and herbaceous types. Stands occur between 6,100 and 12,300 feet (1,860-3,750 meters) but are most common between 7,500 and 11,000 feet (2,290-3,350 meters).

**Riverine Subclasses 3 and 4 (R3/4)**

Subclass R3 wetlands occur on middle elevation reaches of small and mid-order streams. They are often dominated by tall shrubs and trees. Subclass R4 wetlands occupy lower elevation canyons in the foothills and plateaus along larger rivers or small intermittent streams. Seventy-eight plant associations were identified in these two combined subclasses. These wetland sites have coarser soils and steeper gradients than subclass R5.

**Riverine Subclass 5 (R5)**

Subclass R5 wetlands typically occur on low elevation floodplains of mid- to high-order streams with fine-textured substrate and usually perennial, but occasionally intermittent, flow. In this dataset, stands in this subclass occurred mostly on the eastern plains, along the Front Range, the Animas drainage, and along the lower Yampa River on the Western Slope. Associations in this subclass are most common below 7,000 feet (2,130 meters) but may occur up to 9,800 feet (2,990 meters). Thirty-five plant associations were identified in the R5 subclass. They are dominated by shrublands, grasslands or deciduous woodlands.

10

BLM_0035281

**Further research needed**

This guide represents the first effort to establish a wetland classification for Colorado that includes all major wetland types found in the state. It includes both riparian and non-riparian wetlands as well as wetlands dominated by non-native plants. Colorado wetland types include riparian forests, woodlands, shrublands, and grasslands, emergent wetlands, wet meadows, fens, marshes, ephemeral pond and playa wetlands, hanging gardens, and seep and spring wetlands.

Because the data used in this classification were collected for a variety of projects and purposes, they do not constitute a uniform, random, or complete sample of the state's wetland diversity. In addition, although the dataset is large, it covers only a certain range of the habitats and geographic areas of the state. Many areas have not been surveyed and new wetland associations will likely be discovered when they are. As further information becomes available, it may become clear that some associations listed here need to be combined or divided.

A number of potential plant associations were identified on the basis of only one or two plots each (see list on page 440). Although these associations were uncommon in our dataset, many of them are expected to be more common across the landscape. Further investigation of these types should help clarify whether they are actually rare or merely have not yet been well documented.

We would like to alert the reader to a few types of wetlands that require further research for more complete description of their composition, function, and distribution in Colorado:

**Playas:** Shallow closed basins that are periodically or occasionally flooded. Species composition of playas varies considerably among and within stands depending on seasonal precipitation and degree of inundation. Several potential playa associations have been identified, but further inventory is needed to fully describe and classify the full suite of playa associations. Many may fall into the *Pascopyrum smithii-Eleocharis* spp. association described briefly for Colorado and Wyoming (NatureServe 2002). A *Buchloe dactyloides-Ratibida tagetes-Ambrosia linearis* association has also been described from a very limited area of southeast Colorado (Doyle et al. 2001).

**Hanging gardens:** Communities found on cliff walls or alcoves. One such association is described in this guide, the *Aquilegia micrantha-(Mimulus eastwoodiae)* Hanging Garden association. Nan Lederer (1994, unpublished paper for Colorado Natural Areas Program) described grotto associations at Castlewood Canyon State Park. In addition, Welsh (1989) has described hanging gardens from Utah. Another, the *Sullivantia hapemanii* var. *purpusii* association, occurs in western Colorado (CNHP 2002).

**Alpine Wetlands:** A number of alpine wetland associations are described in this classification, primarily from the Colorado Front Range. Other alpine areas have been less systematically inventoried.

11

BLM_0035282

**Floating and Submergent Wetlands:**

Sanderson and Kettler (1996) and others have described some floating and submerged aquatic wetland associations. Our sample set did not include sufficient data to completely classify these types.

Finally, the HGM classes and subclasses for Colorado were identified recently and have been minimally tested, reviewed, and used by wetland scientists. Some subclass descriptions will need revision as more information becomes available. There is also a need to describe the functions performed by wetlands of the different HGM classes and subclasses. Some of the associations identified here were well documented in our data for one subclass, but also occurred in a few stands in other HGM subclasses. More work is needed to identify whether those associations actually belong in more than one subclass.

**REFERENCES:**

Brinson, M. M. 1993. *A Hydrogeomorphic Classification for Wetlands,* Technical Report WRP-DE-4. U.S. Army Corps of Engineers Waterways Experimental Station, Vicksburg, MS.

Brinson, M.M., B. Swift, R. Plantico, and J. Barclay. 1981. *Riparian ecosystems: their ecology and status.* U.S. Fish and Wildlife Service, FWS/OBS-81/17.

Carsey K., D. Cooper, K. Decker, and G. Kittel. 2001. *Comprehensive Statewide Wetlands Classification and Characterization: Wetland Plant Associations of Colorado.* Preliminary report 1999-2001. Colorado Natural Heritage Program, Colorado State University, Ft. Collins, CO.

Carsey K., D. Cooper, K. Decker, G. Kittel and D. Culver. 2003. *Statewide Wetlands Classification and Characterization: Wetland and Riparian Plant Associations of Colorado.* Final report and CD-ROM. Colorado Natural Heritage Program, Colorado State University, Ft. Collins, CO.

Colorado Natural Heritage Program (CNHP). 2002. Biological and Conservation Data (BCD) System. Data from field surveys. Colorado Natural Heritage Program, Colorado State University, Fort Collins, CO.

Cooper, D.J. 1996. Water and soil chemistry, floristics and phytosociology of the extreme rich High Creek fen, in South Park, Colorado, U.S.A. *Canadian Journal of Botany* 74:1801-1811.

Cooper, D. J. 1998. "Classification of Colorado's Wetlands for Use in HGM Functional Assessment: A First Approximation." in *Characterization and Functional Assessment of Reference Wetlands in Colorado.* Report submitted to the Colorado Department of Natural Resources and the U. S. Environmental Protection Agency, Region VIII. Colorado Geologic Survey, Colorado Department of Natural Resources, Denver, CO; Colorado School of Mines, Division of Environmental Science and Engineering, Golden, CO; Colorado State University, Department of Earth Resources, Fort Collins, CO.

Cowardin, L. M., V. Carter, F. C. Golet, and E. T. LaRoe. 1979. *Classification of wetlands and deepwater habitats of the United States*, U. S. Department of the Interior, Fish and Wildlife Service, Office of Biological Services, Washington D.C.

Doyle, G., J. Gionfriddo, D. Anderson, and D. Culver. 2001. Survey of critical wetlands and riparian areas in El Paso and Pueblo Counties, Colorado. Colorado Natural Heritage Program, Colorado State University, Ft. Collins, CO.

BLM_0035283

Grossman, D. H., D. Faber-Langendoen, A. S. Weakley, M. Anderson, P. Bourgeron, R. Crawford, K. Goodin, S. Landaal, K. Metzler, K. Patterson, M. Pyne, M. Reid, and L. Sneddon. 1998. *International classification of ecological communities: terrestrial vegetation of the United States, Volume I. The National Vegetation Classification System: development, status, and applications.* The Nature Conservancy, Arlington, VA.

Hansen, P.L., S.W. Chadde, and R.D. Pfister. 1988. *Riparian Dominance Types of Montana.* Montana forest and Conservation Experimental Station Miscellaneous Publication No. 49. University of Montana, Missoula, MT.

Hupalo, R., D.Culver, and G. Doyle. 2000. *Comprehensive Statewide Wetlands Classification and Characterization.* Colorado Natural Heritage Program, Colorado State University, Ft. Collins, CO.

Kartesz, J.T. 1994. *A synonymized checklist of the vascular flora of the United States, Canada, and Greenland.* Second edition. Vol. 1., Checklist. Timber Press, Portland, Oregon.

Kittel, G. M., E. VanWie, M. Damm, R. Rondeau, S. Kettler, A. McMullen, and J. Sanderson. 1999. *A Classification of Riparian Wetland Plant Associations of Colorado: User Guide to the Classification Project.* Colorado Natural Heritage Program, Colorado State University, Ft. Collins, CO.

Mueller-Dumbois, D. and H. Ellenberg. 1974. *Aims and Methods of Vegetation Ecology.* New York, NY: John Wiley & Sons.

NatureServe Explorer: An online encyclopedia of life [web application]. 2002. Version 1.6 . Arlington, Virginia, USA: NatureServe. Available: http://www.natureserve.org/explorer. (Accessed: February 5, 2003).

Sanderson, J. and S. Kettler. 1996. *A preliminary wetland vegetation classification for a portion of Colorado's west slope.* Colorado Natural Heritage Program, Colorado State University, Fort Collins, CO.

Sanderson, J. and M. March. 1996. *Extreme Rich Fens of South Park, Colorado: their distribution, identification, and natural heritage significance.* Report submitted to Park County, the Colorado Department of Natural Resources, and the U.S. Environmental Protection Agency. Colorado Natural Heritage Program, Colorado State University, Ft. Collins, CO.

USDA, NRCS. 2002. The PLANTS Database, Version 3.5 (http://plants.usda.gov). National Plant Data Center, Baton Rouge, LA 70874-4490 USA.

Welsh S. L. 1989. On the distribution of Utah's hanging gardens. *The Great Basin Naturalist* 49(1): 1-30.

13

BLM_0035284

Table 1: HGM classes as described in Cooper (1998).

| HGM Subclass | Description | Common Species |
|---|---|---|
| Depressional 1 | Mid-to-high elevation basins with peat soils and lake fringes with or without peat soils. | *Carex utriculata, Carex aquatilis* |
| Depressional 2 | Permanently or semi-permanently flooded low elevation basins, including reservoir and pond margin wetlands as well as marshes. | *Typha* spp., *Scirpus* spp. |
| Depressional 3 | Seasonally flooded, often low elevation basins that are dry for long periods. | *Eleocharis palustris* |
| Depressional 4 | Low elevation basins flooded for short periods in the spring and early summer. | *Polygonum lapathifolium* |
| Depressional 5 | Intermittently flooded low elevation basins that are not flooded annually or are largely barren of vegetation. | *Xanthium strumarium* |
| Flats 1 | Middle to low elevation sites on mineral saline soil (due to evaporation) with a seasonal high water table near the ground surface and occasionally shallow standing water. | *Suaeda calceoliformis, Puccinellia nuttalliana, Sarcobatus vermiculatus* |
| Riverine 1 | Steep gradient low order streams and springs on coarse-textured substrate. Very common in the subalpine zone. | *Mertensia ciliata, Senecio triangularis, Glyceria striata* |
| Riverine 2 | Moderate gradient, low to middle order streams on coarse and fine-textured substrates. Often dominated by willow thickets and may contain beaver pond complexes. | *Salix monticola, Salix boothii, Heracleum maximum, Abies lasiocarpa* and *Picea engelmannii* |
| Riverine 3 | Moderate gradient, middle elevation reaches of small and mid-order streams. | *Picea pungens, Populus angustifolia, Alnus incana* ssp. *tenuifolia* |
| Riverine 4 | Stream reaches on larger rivers in low elevation canyons in the foothills and plateaus. Generally steep gradient and coarse soils. | *Acer negundo* var. *interius* |
| Riverine 5 | Low elevation floodplains on mid-to-high order streams with fine-textured substrate and usually a perennial flow. | *Populus deltoides, Salix amygdaloides* |
| Slope 1 | Alpine and subalpine fens and wet meadows on saturated non-calcareous substrates. | *Carex aquatilis, Carex scopulorum* |
| Slope 2 | Subalpine and montane fens and wet meadows on saturated | *Eleocharis quinqueflora, Kobresia simpliciuscula,* |

14

BLM_0035285

| HGM Subclass | Description | Common Species |
|---|---|---|
| | calcareous substrates. | *Carex simulata* |
| Slope 3 | Wet meadows at middle elevations in the mountain ecoregion with a seasonal high water table near the ground surface. | *Juncus balticus* var. *montanus* |
| Slope 4 | Low elevation meadows with a seasonal high water table near the ground surface. May occur on floodplains or near springs. | *Carex nebrascensis* |

# KEY TO HYDROGEOMORPHIC CLASSES

1a.   Wetland is topographically flat; precipitation is the main source of water. **Mineral Soil Flats Class  (F1)**

1b.   Wetland is not topographically flat and has a variety of water sources.......(2)

2a.   Wetland is associated with a stream channel, floodplain, or terrace. **Riverine Class**

2b.   Wetland is in a natural or artificial topographic depression (the depression may occur near a stream channel or on a floodplain or terrace) or on a slope ...................................................................................................................(3)

3a.   Wetland is located in a natural or artificial (dammed) topographic depression. **Depressional Class**

3b.   Wetland is located on a topographic slope, primary source of water is groundwater.  **Slope Class**

## Key to Riverine Subclasses

1a.   Associated stream is 1st or  2nd order, typically occurs at mid-to high elevations but can also be in the plains .....................................................(2)

1b.   Associated stream is 3rd order or higher, typically occurs at lower elevation in the foothills, plains or plateaus.................................................................. (3)

2a.   Stream is typically in the alpine or upper subalpine and has a steep gradient and coarse-textured substrate.  **Riverine subclass 1 (R1)**

2b.   Stream is in the subalpine or montane zone, has a moderate gradient and coarse or fine-textured substrate, often dominated by willows.  **Riverine subclass 2 (R2)**

3a.   Mid-to-high order streams at montane and lower elevations in the foothills, plains or plateaus, often dominated by shrubs or trees.  **Riverine subclasses 3 and 4 (R3/4)**

3b.   Low elevation floodplains with fine-textured substrate, dominated by shrublands, grasslands or deciduous woodlands.  **Riverine subclass 5 (R5)**

15

BLM_0035286

## Key to Depressional Subclasses

1a.   Wetland occurs in mid-to-high elevation basins with peat soils or on lake fringes with or without peat soils.  **Depressional subclass 1 (D1)**

1b.   Wetland occurs at lower elevations and is either permanently or intermittently flooded ................................................................ (2)

2a.   Wetland is permanently or semi-permanently flooded, includes reservoirs, pond margins, marshes.  **Depressional subclasses 2 and 3  (D2/3)**

2b.   Wetland is temporarily or intermittently flooded, includes playas and reservoir or pond draw-down zones.  **Depressional subclasses 4 and 5 (D4/5)**

## Key to Slope Subclasses

1a.   Wetland occurs in the montane or foothills zone or on the plains and has a seasonally high water table.  **Slope subclasses 3 and 4 (S3/4)**

1b.   Fen or wet meadow in the alpine or subalpine zone, with saturated soils ... (2)

2a.   Fen (peatland) or wet meadow (mineral soils) on non-calcareous substrate.  **Slope subclass (S1)**

2b.   Extreme rich fen on calcareous substrate, found mainly in South Park.  **Slope subclass (S2)**

16

BLM_0035287

# DICHOTOMOUS KEY TO THE WETLAND AND RIPARIAN PLANT ASSOCIATIONS OF COLORADO

### User Guide: Read this first!

**Step 1. Determine physiognomic type** (Key to Physiognomic Groups). The first step to keying out a plant association (plant community), is to delineate the individual stand of homogenous vegetation or "patch-type" within the area. A homogenous stand of vegetation is one where the species are more or less evenly distributed, and fall within a consistent physiognomic type (tree, shrub or herbaceous dominated). Riparian areas are often complex mosaics of several plant associations, especially on broad meandering floodplains. They can also be simple linear bands of just one plant association. Determine the physiognomic type of the stand in question BEFORE keying to individual plant associations. For example, is the river lined with a forest with a shrub understory, or is the river lined with a band of shrubs (a shrubland type) and a forested plant association behind that (a forested type). How can you tell? See Key to Physiognomic Groups.

**Step 2. Keys to individual plant associations.** Cover values used in the keys are averages for a stand. They should be used as guidelines rather than rules. If near the cutoff between couplets, it is best to try the key in both directions. Once you arrive at an association name, go to the full association description for more information.

**Step 3.** If the stand vegetation is not identified by the key, the association can be considered Unclassified or can be given a provisional name based on the dominant species.

**For predominately introduced types:** Follow steps 1 and 2. Some introduced types are listed in the key. If the stand does not key to an association, identify the native vegetation and the native (or historic) plant association at the site if possible. If this determination can be made, the association may be labeled as this type and described as having an abundance of introduced plants. If native vegetation cannot be identified, give the association a provisional name based on the dominant plant species (usually the one providing the most cover). See Appendix B, Useful References (page 449) for guides which are useful in identifying introduced species.

---

**forest** - A community characterized by trees with their crowns overlapping, (generally forming at least 60% cover).

**woodland** - Open stands of trees with crowns not usually touching (generally forming 25-60% cover).

Associations are placed in forest or woodland categories based on typical tree cover for the association. Tree cover in individual stands or parts of stands may occasionally fall outside the cover definitions given here.

17

BLM_0035288

> **forbs** - Broad-leaved herbaceous plants that die back to the ground each year and are generally known as wildflowers.
>
> **graminoids** - Grasses and grass-like plants such as sedges and rushes.

## Key to Physiognomic Groups

1a. The stand has an overstory canopy of trees with at least 20% cover, or if less, trees have a greater canopy coverage than any combined shrub canopy component. Some riparian forest types include a narrow strip of shrubs along the stream bank with tree canopy overhead. Does the tree canopy directly overhang the shrub canopy? Are the trees and shrubs rooted in the same geomorphic landform? For example, a narrow strip of thinleaf alder can have a "backdrop" of spruce and fir trees, but if you look carefully, you will see that the spruce and fir trees are rooted in the stream bank with the thinleaf alders, making the stand a forested community ........................................... (2)

1b. The stand does not have any trees, or if trees are present, their overstory canopy is less than 20% or so, and if greater, not by much; the shrub canopy is the dominant structure of the community. Any trees present appear as isolated individuals or do not overhang the shrubs, and are not rooted in the same landform ...................................................................................... (4)

2a. Conifer trees dominate the overstory canopy (if deciduous trees are present, they are less than one-half of the conifer canopy, usually <10%). If netleaf hackberry *(Celtis laevigata* var. *reticulata)* is the only tree, go to Group F. **Group A - Evergreen Riparian Forests and Woodlands**, page 19.

2b. Deciduous trees dominate the overstory canopy or are co-dominant with a conifer species ............................................................................................ (3)

3a. Conifer trees are co-dominant with the deciduous trees. Conifers make up 25-50% of the total canopy cover (stands of deciduous trees with less than 10% conifers, or conifers make up less than one half of the deciduous cover, go to 3b). **Group B, Mixed Coniferous and Deciduous Forests and Woodlands**, page 22.

3b. Deciduous trees dominate. If conifers are present, they are less than one-half the deciduous canopy, usually <10% (if greater, go to 3a). If river hawthorn *(Crataegus rivularis)* is the only tree present, go to Group F. **Group C, Deciduous Dominated Forests and Woodlands**, page 23.

4a. The stand is dominated by shrubs, usually with a canopy cover of at least 20%. The density of shrubs ranges from very thick (a continuous canopy of overlapping or touching shrubs) to open (individual shrubs or clumps of shrubs that are evenly spaced throughout the stand). If the shrubs are unevenly clumped, the stand may be a mosaic of two communities. Do the same herbaceous species occur under the shrub canopy as between? Are the spaces between the shrubs smaller than the shrub clumps? If yes then it may be one plant association, if not, try keying each patch type separately ....... (5)

4b. The stand is dominated by herbaceous vegetation. If shrubs are present they are very widely spaced with less than 20% cover, or if more not by much, and may be nearly hidden by the herbaceous growth. **Group G, Herbaceous Vegetation**, page 40.

5a. Willows (*Salix* spp.) dominate the overstory. Other shrubs may be present,

18

but are less than half as abundant.  Be careful here, sapling-sized *Populus angustifolia* can be mistaken for willows.  *Populus angustifolia* has buds with several overlapping scales, white bark, and red nodes.  If *Populus angustifolia* seedlings and saplings are dominant (>20%), go to Group C .. (6)

5b.  Other, non-willow shrubs dominate the overstory (thinleaf alder, birch, shrubby cinquefoil, etc.).  If willows are present, they are usually less abundant than the non-willow shrub species, or may be up to equal in abundance.  **Group F, Non-willow Shrublands**, page 36.

6a.  Shrubland with an average canopy over 1 meter (3 feet) in height, usually at montane, foothill and valley floor elevations.  **Group D, Tall Willow Shrublands**, page 30.

6b.  Shrubland with an average canopy less than 1 meter (3 feet) in height, typically at higher elevations, upper montane and subalpine environments.  **Group E, Short Willow Shrublands**, page 34.

> When keying a plant association, remember to estimate the cover of each species for the **entire stand**.  Percent cover values are approximate guidelines, not strict rules.

### Group A
### Evergreen Riparian Forests and Woodlands

1a.  Rocky Mountain juniper *(Juniperus scopulorum)* present and dominant, or if the only tree present, it has $\geq$10 % total canopy cover.  Red-osier dogwood *(Cornus sericea)* may or may not be present.  Stands are often old, relict stands on upper terraces of larger rivers.  **Rocky Mountain juniper/Red-osier dogwood *(Juniperus scopulorum/Cornus sericea)* Woodland**, page 66.

1b.  Stand dominated by pine, spruce, or fir .................................................. (2)

2a.  Lodgepole pine *(Pinus contorta)* is the dominant tree in the canopy.  The understory is wet and dominated by water sedge *(Carex aquatilis)* or bluejoint reedgrass *(Calamagrostis canadensis)*.  *Sphagnum* moss carpets the ground.  The variation of this community which includes lodgepole pine is known only from Gunnison County.  **(Engelmann spruce)/Bog birch/Water sedge/Sphagnum moss ()Picea engelmannii)/Betula nana (=glandulosa)/Carex aquatilis/Sphagnum) Iron Fen**, page 298.

2b.  Lodgepole pine *(Pinus contorta)* not present or if so, then not the dominant tree ..................................................................................................... (3)

3a.  Dominant tree is Douglas-fir *(Pseudotsuga menziesi)* .............................. (8)

3b.  Dominant tree is spruce *(Picea* spp.) or fir *(Abies* spp.) ........................... (4)

4a.  Stands dominated by blue spruce *(Picea pungens)* ................................... (5)

4b.  Engelmann spruce *(Picea engelmannii)* and/or subalpine fir *(Abies lasiocarpa)* dominate the canopy layer.................................................... (11)

5a.  Field horsetail *(Equisetum arvense)* thickly covers the ground, at least in patches, and is the most abundant herbaceous species in the undergrowth.  **Blue spruce/Field horsetail *(Picea pungens/Equisetum arvense)* Woodland**, page 74.

19

5b.     Understory dominated by shrub species.....................................................(6)

6a.     Woody, persistent catkins present on dominant understory shrub.  Thinleaf alder (*Alnus incana* ssp. *tenuifolia*) or river birch (*Betula occidentalis*) is the dominant shrub ...................................................................................(7)

6b.     Woody, persistent catkins not present on dominant understory shrubs.  Red-osier dogwood *(Cornus sericea)* is present and dominates the shrub canopy layer.  Other shrubs may be present (*Alnus incana* ssp. *tenuifolia, Salix* spp.) and may be equal to but do not exceed abundance of *Cornus*.  **Blue spruce/Red-osier dogwood (*Picea pungens/Cornus sericea*) Woodland**, page 72.

7a.     Understory dominated by thinleaf alder (*Alnus incana* ssp. *tenuifolia*)  **Blue spruce/Thinleaf alder (*Picea pungens/Alnus incana* ssp. *tenuifolia*) Woodland**, page 68.

7b.     Understory dominated by river birch *(Betula occidentalis)*.  **Blue spruce/ River birch (*Picea pungens/Betula occidentalis*) Woodland**, page 70.

8a.     Stands of Douglas-fir *(Pseudotsuga menziesii)* on cool, shaded streams in narrow valleys at montane elevations, river birch *(Betula occidentalis)* or red-osier dogwood *(Cornus sericea)* present.............................................(9)

8b.     Stands of Douglas-fir *(Pseudotsuga menziesii)* on warmer, less well-shaded streams of narrow or broader valleys, foothills to montane elevations, Gambel oak (*Quercus gambelii*) or  snowberry *(Symphoricarpos* spp.*)* present in understory ...................................................................................(10)

9a.     An open to thick band of river birch (*Betula occidentalis*) occurs along the stream bank (thinleaf alder and red-osier dogwood shrubs may be present, even abundant, but not more so than the birch).  **Douglas-fir/River birch (*Pseudotsuga menziesii/Betula occidentalis*) Woodland**, page 76.

9b.     A thick stand of  red-osier dogwood (*Cornus sericea*) occurs along the bank, floodplain, or gully under the canopy of Douglas-fir *(Pseudotsuga menziesii)*.  **Douglas-fir/Red-osier dogwood (*Pseudotsuga menziesii/Cornus sericea*) Woodland**, page 78.

10a.    Mountain snowberry *(Symphoricarpos oreophilus)* thickets present under or near the *Pseudotsuga menziesii* canopy.  **Douglas-fir/Snowberry (*Pseudotsuga menziesii/Symphoricarpos* spp.*)* Forest**, page 80.

10b.    Gambel oak *(Quercus gambelii)* forms thickets under or near the Douglas-fir *(Pseudotsuga menziesii)* canopy.  Serviceberry (*Amelanchier* spp.) may be present but does not dominate the shrub canopy.  **Douglas-fir/Gambel oak (*Pseudotsuga menziesii/Quercus gambelii*) Forest**, usually an upland type, but may be found in riparian zones.  Not described in this guide.

11a.    Sphagnum moss *(Sphagnum angustifolium)* carpets much of the ground layer.  Water sedge *(Carex aquatilis)* is common.  Bog birch *(Betula nana (=glandulosa))* may be present in the shrub layer.  Soils are peat with iron deposits, appearing orange colored and possibly solidified.  (**Engelmann spruce)/Bog birch/Water sedge/Sphagnum moss ((*Picea engelmannii)/Betula nana (=glandulosa)/Carex aquatilis/Sphagnum*) Iron Fen**, page 298.

11b.    Not as above.  Either subalpine fir *(Abies lasiocarpa)* or Engelmann spruce *(Picea engelmannii)* is the dominant tree ................................................(12)

12a.    Understory dominated by shrub species.................................................(13)

20

12b.    Understory dominated by herbaceous species ........................................ (16)

13a.    A band of thinleaf alder *(Alnus incana* ssp. *tenuifolia)* and/or Drummond willow *(Salix drummondiana)* occurs along the stream bank .................. (14)

13b.    Thinleaf alder *(Alnus incana* ssp. *tenuifolia)* and Drummond willow *(Salix drummondiana)* usually absent, but if present then in such small isolated pockets that they are not dominant (<10%) ............................................ (15)

14a.    Thinleaf alder is the dominant shrub along the stream bank, Drummond willow may be present, but is less abundant than thinleaf alder. **Subalpine fir-Engelmann spruce/Thinleaf alder** (***Abies lasiocarpa-Picea engelmannii/Alnus incana* ssp. *tenuifolia*) Forest**, page 52.

14b.    Drummond willow *(Salix drummondiana)* is the dominant shrub along the stream bank. If thinleaf alder *(Alnus incana* ssp. *tenuifolia)* is present it is less abundant. If the two shrubs occur in equal abundance, the stand is probably an elevational transition between the *Abies lasiocarpa-Picea engelmannii/Alnus incana* ssp. *tenuifolia* and the *Abies lasiocarpa-Picea engelmannii/Salix drummondiana* types. **Subalpine fir-Engelmann spruce/Drummond willow** (***Abies lasiocarpa-Picea engelmannii/Salix drummondiana*) Forest**, page 64.

15a.    The shrub canopy is sparse to thick, and dominated by any one of several currant *(Ribes)* species. **Subalpine fir-Engelmann spruce/Currant spp.** (***Abies lasiocarpa-Picea engelmannii/Ribes* spp.*) Forest**, page 62.

15b.    Understory dominated other shrub species. **Unclassified association**

16a.    Stream banks lined with thick mosses and many forb species. Among the most prominent species are:  tall fringed bluebells *(Mertensia ciliata)*, arrowleaf ragwort *(Senecio triangularis)*, or heartleaf bittercress *(Cardamine cordifolia)*.  Only one of these three need be present to key to this type.  The diagnostic characteristic is the lack of shrub cover and the abundance of forb cover. **Subalpine fir-Engelmann spruce/Tall fringed bluebells** (***Abies lasiocarpa-Picea engelmannii/Mertensia ciliata*) Forest**, page 60.

16b.    Stream banks lined with mosses and few to no forb species, herbaceous undergrowth dominated by graminoid species or field horsetail *(Equisetum arvense)* ................................................................................................. (17)

17a.    Field horsetail *(Equisetum arvense)* is the most important understory species.  Bluejoint reedgrass *(Calamagrostis canadensis)* or water sedge *(Carex aquatilis)* may be present, but not as abundant as the *Equisetum*. **Subalpine fir-Engelmann spruce/Field horsetail** (***Abies lasiocarpa-Picea engelmannii/Equisetum arvense*) Forest**, page 58.

17b.    Bluejoint reedgrass *(Calamagrostis canadensis)* or Water sedge *(Carex aquatilis)* is the dominant graminoid species........................................... (18)

18a.    Bluejoint reedgrass *(Calamagrostis canadensis)* is the dominant graminoid present. **Subalpine fir-Engelmann spruce/Bluejoint reedgrass** (***Abies lasiocarpa-Picea engelmannii/Calamagrostis canadensis*) Forest**, page 54.

18b.    Water sedge *(Carex aquatilis)* is the dominant graminoid present. **Subalpine fir-Engelmann spruce/Water sedge** (***Abies lasiocarpa-Picea engelmannii/Carex aquatilis*) Forest**, page 56.

BLM_0035292

## Group B
## Mixed Coniferous and Deciduous Forests and Woodlands

1a.    Narrowleaf cottonwood *(Populus angustifolia)* and Rocky Mountain juniper *(Juiperus scopulorum)* both present in approximately equal amounts. Shrubs may be completely absent, or several shrubs such as *Rhus trilobata* (skunkbush sumac), *Symphoricarpos oreophilus* (mountain snowberry), or currant spp. *(Ribes)* may be present. **Narrowleaf cottonwood-Rocky Mountain juniper *(Populus angustifolia-Juniperus scopulorum)* Woodland**, page 88.

1b.    Rocky Mountain juniper *(Juiperus scopulorum)* is not present, or if so, then with < 10% cover .................................................................... (2)

2a.    Narrowleaf cottonwood *(Populus angustifolia)* is co-dominant with subalpine fir *(Abies lasiocarpa)* and/or Engelmann spruce *(Picea engelmannii)*....................................................................(3)

2b.    Subalpine fir *(Abies lasiocarpa)* not present. Engelmann spruce *(Picea engelmannii)* and blue spruce *(Picea pungens)* or Douglas-fir *(Pseudotsuga menziesii* codominant with narrowleaf cottonwood *(Populus angustifolia)* ................................................................................................ (4)

3a.    Honeysuckle *(Lonicera involucrata)* often occurs in the understory although it may not be abundant. **Subalpine fir-Engelmann spruce-Narrowleaf cottonwood/(Twinberry honeysuckle) *(Abies lasiocarpa-Picea engelmannii-Populus angustifolia/(Lonicera involucrata))* Forest**, page 86.

3b.    Another shrub is more common in the understory. Unclassified or described in another section of the key. Try re-keying in Group A, Evergreen Riparian Forests and Woodlands, or Group C, Deciduous Dominated Forests and Woodlands.

4a.    Narrowleaf cottonwood *(Populus angustifolia)* is co-dominant with blue spruce *(Picea pungens)* or Engelmann spruce *(Picea engelmannii)*. Thinleaf alder *(Alnus incana ssp. tenuifolia)* is the dominant shrub. **Narrowleaf cottonwood-Blue spruce/Thinleaf alder *(Populus angustifolia-Picea pungens/Alnus incana ssp. tenuifolia)* Woodland**, page 90.

4b.    Blue spruce *(Picea pungens)* is not present, or if so, then providing less cover than other conifers........................................................................ (5)

5a.    Narrowleaf cottonwood *(Populus angustifolia)* is co-dominant with Douglas-fir *(Pseudotsuga menziesii)*. **Narrowleaf cottonwood-Douglas-fir *(Populus angustifolia-Pseudotsuga menziesii)* Woodland**, page 92.

5b.    Douglas-fir *(Pseudotsuga menziesii)* not present or if so, with < 10% cover, shrubs prominent in understory .............................................. (6)

6a.    Narrowleaf cottonwood *(Populus angustifolia)* is co-dominant with white fir *(Abies concolor)*. Blue spruce *(Picea pungens)* may be present. Rocky Mountain maple *(Acer glabrum)* is common in the understory. **White fir-(Blue spruce)-Narrowleaf cottonwood/Rocky Mountain maple *(Abies concolor-(Picea pungens)-Populus angustifolia/Acer glabrum)* Forest**, page 84.

6b.    Community is other than described. Unclassified or described in another section of the key. Try re-keying in Group A, Evergreen Riparian Forests and Woodlands, or Group C, Deciduous Dominated Forests and Woodlands.

22

## Group C
## Deciduous Dominated Forests and Woodlands

1a.    Boxelder *(Acer negundo)* is the dominant tree, the only tree present, or is co-dominant with narrowleaf cottonwood *(Populus angustifolia)*.  Boxelder sometimes appears as a subcanopy to the taller cottonwoods, or as separate patches within a surrounding narrowleaf cottonwood forest ...................... (2)

1b.    Boxelder *(Acer negundo)* is not present in the stand ................................. (7)

2a.    Narrowleaf cottonwood  *(Populus angustifolia)* not present in the stand, it may be present along the reach, but not within the stand of boxelder *(Acer negundo)* ......................................................................................... (3)

2b.    Narrowleaf cottonwood *(Populus angustifolia)* present and co-dominant with boxelder *(Acer negundo)* ................................................................ (6)

3a.    Stands along perennial streams, in well-shaded, steep-walled canyons, red-osier dogwood *(Cornus sericea)* or river birch *(Betula occidentalis)* present and abundant............................................................................................. (4)

3b.    Stands on ephemeral or intermittent streams, less well-shaded stream banks in broad valley bottoms, often on high, drier stream banks. Red-osier dogwood *(Cornus sericea)* or river birch *(Betula occidentalis)*  not present. Chokecherry *(Prunus virginiana)* may be present ..................................... (5)

4a.    River birch *(Betula occidentalis)* present and abundant as a co-dominant tree/shrub or as an understory shrub canopy. Often the boxelder *(Acer negundo)* occurs on upper terraces and river birch on the lower, wetter stream banks, but they may occur together as well. **Boxelder/River birch (Acer negundo/Betula occidentalis)** Woodland, page 98.

4b.    River birch not present, or if so, in trace amounts relative to other shrub species.  Red-osier dogwood *(Cornus sericea)* present and abundant. Currants or gooseberries *(Ribes* spp.) often also present.  **Boxelder/Red-osier dogwood (Acer negundo/Cornus sericea)** Forest, page 100.

5a.    Chokecherry *(Prunus virginiana)* scattered about or in thick bands beneath the boxelder canopy.  Chokecherry *(Prunus virginiana)* is an indicator for this type even if present with minimal cover.  On streams of lower elevations or on the Western Slope.  **Boxelder/Chokecherry (Acer negundo/Prunus virginiana)** Forest, page 106.

5b.    Chokecherry not present. Only a few scattered shrubs (e.g., *Ribes* spp.), or no shrubs present. Undergrowth purely introduced weeds or simply bare ground.  Unclassified stands: *Acer negundo* **Alliance**

6a.    In stands of mixed boxelder *(Acer negundo)* and narrowleaf cottonwood *(Populus angustifolia)*, red-osier dogwood *(Cornus sericea)* is present and abundant.  On broad floodplains, patches of boxelder can occur at some distance from narrowleaf cottonwood stands, but the floodplain as a whole is a mosaic of these two species.  Other shrubs may be present, such as thinleaf alder *(Alnus incana* ssp. *tenuifolia)*, or willows *(Salix* spp.).  These are more or less restricted to the stream edge, while the dogwood grows in the shade of the mixed overstory.   **Boxelder-Narrowleaf cottonwood/Red-osier dogwood (Acer negundo-Populus angustifolia/Cornus sericea)** Forest, page 104.

6b.    Red-osier dogwood *(Cornus sericea)* not present.  Netleaf hackberry *(Celtis laevigata* var. *reticulata)* present.  Only one stand known from Unaweep

23

Seep in Mesa County. **Boxelder-Narrowleaf cottonwood/Netleaf hackberry *(Acer negundo-Populus angustifolia/Celtis laevigata* var. *reticulata)* Forest**, page 102.

7a. Balsam poplar *(Populus balsamifera)* dominates the canopy along the reach. **Balsam poplar *(Populus balsamifera)* Forest**, page 136.

7b. Quaking aspen *(Populus tremuloides)*, cottonwoods *(Populus angustifolia, P. deltoides)*, or peachleaf willow *(Salix amygdaloides)* dominant...........(8)

8a. Quaking aspen *(Populus tremuloides)* is the dominant tree although other trees may be present ..................................................................................(9)

8b. Cottonwoods *(Populus deltoides* or *P .angustifolia)* or peachleaf willow *(Salix amygdaloides)* dominate the stand ................................................. (15)

9a. Quaking aspen *(Populus tremuloides)* is the dominant overstory canopy tree, the association occurs along mountain streams, shrubs are abundant in the understory........................................................................................... (10)

9b. Quaking aspen *(Populus tremuloides)* dominates the canopy, few or no shrubs are present, tall wildflower species are abundant in the understory. **Quaking aspen/Tall forb *(Populus tremuloides/Tall forb)* Forest**, page 180.

10a. Thinleaf alder *(Alnus incana* ssp. *tenuifolia)* or river birch *(Betula occidentalis)* is the dominant shrub........................................................ (11)

10b. Other shrubs dominant in the understory ............................................... (12)

11a. Thinleaf alder *(Alnus incana* ssp. *tenuifolia)* dominates the shrub layer, if river birch *(Betula occidentalis)* is present, it has less than half of the amount of thinleaf alder cover. **Quaking aspen/Thinleaf alder *(Populus tremuloides/Alnus incana* ssp. *tenuifolia)* Forest**, page 172.

11b. River birch *(Betula occidentalis)* provides the shrub cover. If thinleaf alder *(Alnus incana* ssp. *tenuifolia)* is present, it provides less cover than river birch. **Quaking aspen/River birch *(Populus tremuloides/Betula occidentalis)* Forest**, page 174.

12a. Drummond willow *(Salix drummondiana)* is the most abundant shrub along the stream banks, some thinleaf alder *(Alnus incana* ssp. *tenuifolia)* may be present but not dominant. **Quaking aspen/Drummond willow *(Populus tremuloides/Salix drummondiana)* Forest**, association not described here.

12b. Drummond willow *(Salix drummondiana)*, if present, provides less cover than other shrubs ............................................................................... (13)

13a. Rocky Mountain maple *(Acer glabrum)* is the dominant shrub, if thinleaf alder *(Alnus incana* ssp. *tenuifolia)* and river birch *(Betula occidentalis)* are present, they make up less than half the cover of the Rocky Mountain maple present. This community is very rare and is not restricted to stream sides; it is also found on moist north-facing slope. **Quaking aspen/Rocky Mountain maple *(Populus tremuloides/Acer glabrum)* Forest**, page 170.

13b. If Rocky Mountain maple *(Acer glabrum)* is present, it is not the dominant shrub. Communities of narrow canyons............................................... (14)

14a. Red-osier dogwood *(Cornus sericea)* is the dominant shrub in the understory. **Quaking aspen/Red-osier dogwood *(Populus tremuloides/Cornus sericea)* Forest**, page 176.

14b. Beaked hazelnut *(Corylus cornuta)* is the dominant shrub. **Quaking**

BLM_0035295

**aspen/Beaked hazelnut *(Populus trenuloides/Corylus cornuta)* Forest**, page 178.

15a. Narrowleaf cottonwood *(Populus angustifolia)* is the dominant tree species, either as seedlings, saplings or mature trees.  Stands of medium elevations. ...........................................................................................................(16)

15b. Plains cottonwood or Rio Grande cottonwood *(Populus deltoides* ssp. *monilifera* or *Populus deltoides* ssp. *wislizenii)* and/or peachleaf willow *(Salix amygdaloides)* are the dominant tree species.  Stands of low elevations (generally below 6500 feet)....................................................(32)

16a. Immature narrowleaf cottonwoods *(Populus angustifolia)*, seedlings, saplings, and poles (less than 5 feet (1.5 m) tall, and if taller, no more than 5", 12.6 cm dbh), dominate the stand ....................................................(17)

16b. Mature narrowleaf cottonwood *(Populus angustifolia)* trees dominate the tree canopy (taller than 5 ft (1.5 m) and dbh greater than 5 in, 12.6 cm).(18)

17a. Narrowleaf cottonwood *(Populus angustifolia)* trees generally confined to gravel bars and immediate stream banks.  Sandbar willow *(Salix exigua)* is often present as a dominant or co-dominant shrub.  Stands consisting solely of *Populus angustifolia* seedlings, without sandbar willow *(Salix exigua)*, also key to this community.  **Narrowleaf cottonwood/Sandbar willow *(Populus angustifolia/Salix exigua)* Woodland**, page 124.

17b. Narrowleaf cottonwood *(Populus angustifolia)* trees of stream banks, as well as point bars and gravel bars.  Several willow species are present in relatively equal abundance (e.g., *Salix eriocephala, S. monticola, S. exigua,* and/or *S. lucida)*, such that it is difficult to determine if any one species is the "dominant" willow.  **Narrowleaf cottonwood/Mixed willow *(Populus angustifolia/Salix (monticola, drummondiana, lucida)* Woodland**, page 132.

18a. Shrubs create a subcanopy underneath mature cottonwoods, sometimes the shrubs are confined to a narrow strip along the stream bank ...................(19)

18b. No shrubs species are present, or if so, then <10% cover (never dominant) ...........................................................................................................(31)

19a. Stands of cool moist stream sides, dominant shrubs present are thinleaf alder *(Alnus incana* ssp. *tenuifolia)*, river birch *(Betula occidentalis)*, red-osier dogwood *(Cornus sericea)*, and/or willows *(Salix* species)......................(20)

19b. Streams of foothills and lower elevations (East or West Slope), warm exposures, drier, more elevated stream banks, one or more of several shrub species (willows never dominant) make up the understory ....................(27)

20a. Willows *(Salix* spp.) make up less than half the shrub cover...................(21)

20b. Either several species of willow are present in similar abundance (*Salix eriocephala, S. monticola, S. exigua,* and/or *S. lucida)*, or just *Salix exigua* is present ...................................................................................................(23)

21a. Red-osier dogwood *(Cornus sericea)* is the dominant shrub present, although thinleaf alder *(Alnus incana* ssp. *tenuifolia)* may be present with as much cover as the dogwood.  **Narrowleaf cottonwood/Red-osier dogwood *(Populus angustifolia/Cornus sericea)* Woodland**, page 114.

21b. River birch *(Betula occidentalis)* or thinleaf alder *(Alnus incana* ssp. *tenuifolia)* dominate the shrub layer .......................................................(22)

25

BLM_0035296

22a.   River birch *(Betula occidentalis)* is present and is as abundant as any other shrub species.  Often co-dominant with thinleaf alder  *(Alnus incana* ssp. *tenuifolia)* or red-osier dogwood *(Cornus sericea)*.  River birch is less common and more threatened than thinleaf alder, thus co-dominant stands fall into the birch type for conservation tracking.  **Narrowleaf cottonwood/River birch *(Populus angustifolia/Betula occidentalis)* Woodland**, page 112.

22b.   River birch *(Betula occidentalis)* is not present or present in very minor amounts.  Thinleaf alder *(Alnus incana* ssp. *tenuifolia)* is abundant and dominant.  Other shrubs may be present but usually make up less than half the thinleaf alder cover.  **Narrowleaf cottonwood/Thinleaf alder *(Populus angustifolia/Alnus incana* ssp. *tenuifolia)* Woodland**, page 110.

23a.   Several (at least 3) willow species are present in similar abundance such that it is difficult to determine if any one species is the "dominant" willow.  **Narrowleaf cottonwood/Mixed willow *(Populus angustifolia/Salix* spp*.)* Woodland**, page 132.

23b.   A single willow species can be said to dominate the shrub canopy, with or without other shrub species ................................................................ (24)

24a.   The dominant willow species has a waxy coating on the twigs (Drummond willow, *Salix drummondiana*, or bluestem willow, *S. irrorata*).  Other shrub species may be present, including other willows.................................... (25)

24b.   The dominant willow of the understory is not as above.  Sandbar willow *(Salix exigua)* or shining willow *Salix lucida* usually the dominant willow ................................................................................................... (26)

25a.   Drummond willow *(Salix drummondiana)* is dominant, growing thickly along the stream channel bank and as scattered individuals on the floodplain.  Rocky Mountain maple *(Acer glabrum)* is also present.  Known from only one stand on the western flank of the Sangre de Cristo Mountains.  **Narrowleaf cottonwood/Drummond willow-Rocky Mountain maple *(Populus angustifolia/Salix drummondiana-Acer glabrum)* Woodland**, page 122.

25b.   Bluestem willow *(Salix irrorata)* is the dominant shrub.  Some sandbar willow *(Salix exigua)* may be present.  Stands restricted to a narrow band at the foothill-plains transition elevation along the Front Range.  **Narrowleaf cottonwood/Bluestem willow *(Populus angustifolia/Salix irrorata)* Woodland**, page 126.

26a.   Shining willow *(Salix lucida* ssp. *caudata* or ssp. *lasiandra)* forms a tall sub-canopy under the narrowleaf cottonwood *(Populus angustifolia)*; few other shrubs are present.  **Narrowleaf cottonwood/Shining willow *(Populus angustifolia/ Salix lucida* ssp. *caudata* or ssp. *lasiandra)* Woodland**, page 130.

26b.   Sandbar willow *(Salix exigua)* very abundant, mixed in and often of equal height with the young cottonwoods.  Other young shrubs may be present (thinleaf alder, etc), but sandbar willow is the dominant shrub canopy component.  **Narrowleaf cottonwood/Sandbar willow *(Populus angustifolia/Salix exigua)* Woodland**, page 124.

27a.   Stands restricted to southwestern Colorado floodplains.  Known from the lower Gunnison and Uncompahgre River drainages south to the San Juan River, including some low-elevation tributaries.  Stands have

BLM_0035297

silver buffaloberry *(Shepherdia argentea)* present, not necessarily dominant; strapleaf willow (*Salix liguifolia* =*S. eriocephala* var. *ligulifolia*) may or may not by present. The presence of *Shepherdia argentea* is the diagnostic species for this narrowleaf cottonwood community. **Narrowleaf cottonwood/Strapleaf willow-Silver buffaloberry *(Populus angustifolia/Salix ligulifolia-Shepherdia argentea)* Woodland**, page 128.

27b. Stands not restricted to floodplains of southwestern Colorado, without silver buffaloberry *(Shepherdia argentea)* ........................................................ (28)

28a. Stands with river hawthorn *(Crataegus rivularis)* a dominant component of an often diverse shrub layer, isolated stands of hawthorn without the cottonwood overstory often occur within the same floodplain mosaic. **Narrowleaf cottonwood/River hawthorn *(Populus angustifolia/ Crataegus rivularis)* Woodland**, page 116.

28b. Stands with no river hawthorn *(Crataegus rivularis)* present, or if present then not the dominant shrub component ................................................... (29)

29a. Chokecherry *(Prunus virginiana)* is the dominant shrub present, with few other shrubs present. **Narrowleaf cottonwood/ Chokecherry *(Populus angustifolia/Prunus virginiana)* Woodland**, page 118.

29b. Chokecherry *(Prunus virginiana)* may be present, but not dominant ...... (30)

30a. Skunkbush sumac *(Rhus trilobata)* present and forming large, if patchy, clumps under and between the cottonwood canopy. Generally restricted to the western half of the state. **Narrowleaf cottonwood/Skunkbush sumac *(Populus angustifolia/Rhus trilobata)* Woodland**, page 120.

30b. Snowberry (*Symphoricarpos oreophilus, S. occidentalis,* or *S. albus*) present and forming large, patchy clumps under and between the cottonwood canopy. **Narrowleaf cottonwood/Common snowberry *(Populus angustifolia/ Symphoricarpos albus*) Woodland**, page 134.

31a. No shrubs or herbaceous layer present. Substrate is pure sand and often with a thick litter layer of cottonwood leaves, located in or near Great Sand Dunes National Monument. **Narrowleaf cottonwood *(Populus angustifolia)* Sand Dune Forest**, page 108.

31b. Few to no shrubs are present, the undergrowth is dominated by mostly introduced hay-meadow grasses such as Kentucky bluegrass (*Poa pratensis*) or creeping bentgrass *(Agrostis stolonifera)*. **Narrowleaf cottonwood/Mesic graminoid *(Populus angustifolia*/Mesic graminoid) Woodland**, undescribed association needing further verification.

32a. Mature or immature cottonwoods *(Populus deltoides)* are the dominant trees in the stand .............................................................................................. (33)

32b. Peachleaf willow *(Salix amygdaloides)* dominates the woodland canopy. Cottonwoods (*Populus deltoides* or *P. angustifolia*) may be present. **Peachleaf willow *(Salix amygdaloides)* Woodland**, page 182.

33a. Mature cottonwoods dominate the stand. On the eastern plains, peachleaf willow *(Salix amygdaloides)* is almost always present, but can be few in number, or very widely spaced. Stands dominated by Fremont cottonwood *(Populus fremontii)*, not yet reported to occur in Colorado, but similar to Rio Grande cottonwood (*Populus deltoides* ssp. *wislizenii*), may occur in stands along the southwestern border, key here as well ..................................... (34)

33b. Immature (seedlings and saplings) cottonwoods *(Populus deltoides)* make

BLM_0035298

up the stand.  On the eastern plains, seedling and sapling peachleaf willow *(Salix amygdaloides)* may be present as well ......................................... (46)

34a.  Stands co-occur with Gooding willow *(Salix gooddingii)*, known from arroyos of desert-steppe in the extreme southwestern part of the state. **Fremont Cottonwood/Goodding willow *(Populus fremontii/Salix gooddingii)* Woodland**.  Association not described in this guide.

34b.  Stand not as above.............................................................................. (35)

35a.  Stands have little to no shrub understory, with <10% for the entire stand, ignoring any tamarisk *(Tamarix ramosissima)* which may be present, even abundant.  The ground is covered in herbaceous growth....................... (36)

35b.  Stands that have a shrub subcanopy (10% or greater) underneath or very near and associated with the trees (growing on the same fluvial surface, shrubs can be partly under, and partly out in the open)........................... (47)

36a.  Mesic graminoid species such as switchgrass *(Panicum virgatum)*, Indiangrass *(Sorghastrum nutans)*, woolly sedge *(Carex pellita (=lanuginosa)*, and prairie cordgrass *(Spartina pectinata)* dominate the undergrowth ....................................................................................... (37)

36b.  Xeric graminoid species such as western wheatgrass *(Pascopyrum smithii)*, vine mesquite *(Panicum obtusum)*, sand dropseed *(Sporobolus cryptandrus)*, composite dropseed *(Sporobolus compositus* var. *compositus)*, alkali sacaton *(Sporobolus airoides)*, alkali muhly *(Muhlenbergia asperifolia)*, slender wheatgrass *(Elymus trachycaulis)*, smooth brome *(Bromus inermis)*, and inland saltgrass *(Distichlis spicata)* dominate the undergrowth ............. (39)

37a.  Known only from the eastern plains, on the Big Sandy and Arikaree Rivers. Tall-grass prairie species such as switchgrass *(Panicum virgatum)*, big bluestem *(Andropogon gerardii)*, and indiangrass *(Sorghastrum nutans)* occur underneath and between the cottonwood canopy and switchgrass dominates the undergrowth.  **Plains cottonwood/Switchgrass-Little bluestem *(Populus deltoides/Panicum virgatum-Schizachyrium scoparium)* Woodland**, page 150.

37b.  Woolly sedge *(Carex pellita, =lanuginosa)* or prairie cordgrass *(Spartina pectinata)* dominate the undergrowth and form a near monotypic carpet. Known primarily from the South Platte River, northeastern plains......... (38)

38a.  Woolly sedge *(Carex pellita, =lanuginosa)* dominates the undergrowth (if mixed with prairie cordgrass *(Spartina pectinata)* and nearly equal in abundance, go to the next choice).  **Plains cottonwood/Woolly sedge *(Populus deltoides/Carex pellita (=lanuginosa))* Woodland**, page 140.

38b.  Prairie cordgrass *(Spartina pectinata)* dominates the undergrowth in near monotypic stands.  **Plains cottonwood-(black willow)/Prairie cordgrass-sedge *(Populus deltoides-(Salix nigra)/Spartina pectinata-Carex* spp.*)* Woodland**, page 160.

39a.  The non-native pasture grass smooth brome *(Bromus inermis)* is very abundant, forming a nearly monotypic lawn under the cottonwood canopy. Known from agricultural valleys, eastern plains, San Luis Valley and Western Slope.   **Plains cottonwood/ Smooth brome *(Populus deltoides/Bromus inermis)* Woodland**, page 138.

39b.  Other grasses dominate the understory .................................................. (40)

40a.  Inland saltgrass is the dominant grass, usually covering at least 30% of the

BLM_0035299

stand. **Plains cottonwood/Inland saltgrass *(Populus deltoides/Distichlis spicata)* Woodland**, page 142.

40b. Vine mesquite *(Panicum obtusum)* and western wheatgrass *(Pascopyrum smithii)* occur in alternating large patches underneath the tall overstory canopy of cottonwoods ........................................................................ (41)

41a. Some alkali sacaton *(Sporobolus airoides)*, sand dropseed (*S. cryptandrus*), and inland saltgrass *(Distichlis spicata)*, may be present. Soils generally more clayey than sandy within the first 15cm or so. Known only from the Purgatory and Arkansas Rivers of the southeastern plain. **Plains cottonwood/Western wheatgrass-Vine mesquite *(Populus deltoides/Pascopyrum smithii-Panicum obtusum)* Woodland**, page 152

41b. Vine mesquite *(Panicum obtusum)* and western wheatgrass *(Pascopyrum smithii)* may be present, but not dominant in the undergrowth ................ (42)

42a. Undergrowth dominated by isolated patches of alkali muhly *(Muhlenbergia asperifolia)*. Soils are moist (at least seasonally) and alkaline. The alkali muhly may be some distance from the cottonwoods, but both occur on the same active fluvial surface within the stream channel. Known from Chico Creek and the Apishapa River, western portion of the eastern plains. **Plains cottonwood/Alkali muhly *(Populus deltoides/Muhlenbergia asperifolia)* Forest**, page 148.

42b. Alkali muhly *(Muhlenbergia asperifolia)* may be present but other grasses are more abundant ............................................................................... (43)

43a. Slender wheatgrass *(Elymus trachycaulus)* is the dominant understory grass. **Plains cottonwood/Slender wheatgrass *(Populus deltoides/Elymus trachycaulus)* Woodland**, page 144.

43b. Undergrowth dominated by alkali sacaton *(Sporobolus airoides)*, composite dropseed *(Sporobolus compositus* var. *compositus, =Sporobolus asper)*, or sand dropseed *(S. cryptandrus)*. Soils dry and sandy, at least at the surface, may or may not be alkaline .................................................................. (44)

44a. Undergrowth dominated by alkali sacaton *(Sporobolus airoides)*. Other species present include sand dropseed *(S. cryptandrus)* and blue grama (*Bouteloua gracilis*). Soils are dry, sandy, and slightly alkaline. Stands of the southeastern plains. **Plains cottonwood/Alkali sacaton *(Populus deltoides/Sporobolus airoides)* Woodland**, page 162.

44b. Undergrowth dominated by composite dropseed *(Sporobolus compositus* var. *compositus)* or sand dropseed *(Sporobolus cryptandrus)* ................ (45)

45a. Undergrowth dominated by composite dropseed *(Sporobolus compositus* var. *compositus)*. Cottonwood trees widely separated, stands on upper terraces of the Arkansas River. **Plains cottonwood/Composite dropseed *(Populus deltoides/Sporobolus compositus* var. *compositus)* Woodland**, page 164.

45b. Undergrowth dominated by sand dropseed *(Sporobolus cryptandrus)*. Other species that may be present include western wheatgrass *(Pascopyum smithii)* and Canada wildrye *(Elymus canadensis)*. Stands of southeastern plains, Big Sandy, Arkansas and Cimarron Rivers. **Plains cottonwood/Sand dropseed *(Populus deltoides/Sporobolus cryptandrus)* Woodland**, page 166.

46a. Cottonwood *(Populus deltoides)* trees are generally young seedling and

29

saplings.  Sandbar willow *(Salix exigua)* is scattered to co-dominant within the stand, often both woody species are of the same height.  Stands of the eastern plains may have young peachleaf willow *(Salix amygdaloides)* mixed in as well.  Stands on the Western Slope usually do not have peachleaf willow.  **Plains cottonwood-(Peachleaf willow)/Sandbar willow *(Populus deltoides (Salix amygdaloides)/Salix exigua)* Woodland**, page 158.

46b.   Cottonwood *(Populus deltoides)* trees are generally older, mature individuals, forming closed canopy gallery forests to open woodlands with very old and widely spaced trees on upper terraces.................................. (47)

47a.   Skunkbush sumac *(Rhus trilobata)* forms small to large patches underneath and between the cottonwood overstory canopy.  Sumac generally confined to alluvial bottoms.  Stands of river floodplains on the Western Slope.  **Plains cottonwood/Skunkbush sumac *(Populus deltoides/Rhus trilobata)* Woodland**, page 156.

47b.   Skunkbush sumac *(Rhus trilobata)* may be present on adjacent side slopes, especially in the foothills canyons and streams of the eastern plains.  Other shrubs occur under the cottonwood canopy............................................ (48)

48a.   Tall-medium height shrubs (>3 ft) dominate the shrub layer ................. (49)

48b.   Short-stature shrubs dominate the shrub layer........................................ (50)

49a.   Wild-privet *(Forestiera pubescens)* occurs in the understory and covers almost one-fourth to one-half of the plot.  Russian olive *(Elaeagnus angustifolia)* may also be present and may be more abundant than wild-privet.  Currently described only from the Animas River drainage, but expected to occur in far western Colorado.  **Plains cottonwood/Wild-privet *(Populus deltoides/Forestiera pubescens)* Woodland**, page 146.

49b.   Chokecherry *(Prunus virginiana)* occurs in small to large patches under the cottonwood canopy.  **Plains cottonwood/Chokecherry *(Populus deltoides/Prunus virginiana)* Woodland**, page 154.

50a.   *Symphoricarpos occidentalis* occurs in large and small patches under and among the canopy of cottonwoods.  Known from the South Platte River and its tributaries.  **Plains cottonwood/Western snowberry *(Populus deltoides /Symphoricarpos occidentalis)* Woodland**, page 168.

50b.   Shrubs other than those mentioned observed.  Unclassified association.

**Group D**
**Tall Willow Shrublands**

> The **matrix willow** is the species that makes up the bulk of the structure and biomass of the willow shrubland.  While several other willow species may be present, the matrix willow has the highest individual cover, even though the combined cover of all other willows present may exceed that value.  Willow shrublands are named for their dominant or matrix willow, but almost always have several other willow species present as well.  Throughout this key, we use the terms dominant and matrix willow interchangeably.

1a.   Sandbar willow *(Salix exigua)* and/or strapleaf willow *(Salix ligulifolia =S. eriocephala* var. *ligulifolia)* are the dominant or co-dominant willows .... (2)

1b.   Other willows are dominant, sandbar willow *(Salix exigua)* or strapleaf willow *(Salix ligulifolia)* may be present in the stand, but do not make up

30

BLM_0035301

the bulk of the biomass............................................................................ (5)

2a.    Sandbar willow *(Salix exigua)* is dominant, other willows, if present, have less than half the cover of sandbar willow................................................. (3)

2b.    Strapleaf willow *(Salix ligulifolia)* is co-dominant with sandbar or sandbar is not present or if so, only in small amounts............................................... (4)

3a.    Herbaceous growth under the sandbar willow *(Salix exigua)* canopy is low, the ground cover is mostly bare ground or alluvium (sand, cobbles, etc.), grasses and forbs may be present but have a combined cover of less than 30% or so. **Sandbar willow *(Salix exigua)*/Barren ground Shrubland**, page 204.

3b.    Herbaceous growth under the sandbar willow *(Salix exigua)* canopy is at least 30%. Total bare ground (or alluvium) is less than 30% or so; grasses or other graminoids make up most of the ground cover. **Sandbar willow *(Salix exigua)*/Mesic graminoid Shrubland**, page 206.

4a.    Strapleaf willow *(Salix ligulifolia)* is co-dominant with sandbar willow *(Salix exigua)*, few other willows are present. Known only from Costilla and Las Animas counties. **Sandbar willow-Strapleaf willow *(Salix exigua-Salix ligulifolia)* Shrubland**, page 208.

4b.    Strapleaf willow *(Salix ligulifolia)* is the dominant or co-dominant with mountain willow (*Salix monticola*), or other willows, often found near stream edges, but can form floodplain thickets. Sandbar willow *(Salix exigua)* is not present or if so, only in small amounts. **Strapleaf willow (*Salix ligulifolia* = *S. eriocephala* var. *ligulifolia*) Shrubland**, page 222.

5a.    Mountain willow *(Salix monticola)* or Geyer willow *( Salix geyeriana)* are the dominant, or matrix willow (other willow species cover when combined may be greater than *Salix monticola* or *Salix geyeriana* individually) ...... (6)

5b.    Mountain willow *(Salix monticola)* or Geyer willow *(Salix geyeriana)* are not present, or if so, not dominant or the matrix willow, other willow species are dominant.................................................................................................. (17)

6a.    Either mountain willow *(Salix monticola)* or Geyer willow *(Salix geyeriana)* is the dominant and matrix willow, the two are not co-dominant ............ (7)

6b.    Mountain willow *(Salix monticola)* and Geyer willow *(Salix geyeriana)* have nearly equal percent cover, and are evenly distributed throughout the stand; it is difficult to determine which is more abundant........................(16)

7a.    Mountain willow *(Salix monticola)* is the dominant, matrix willow, if Geyer willow *(Salix geyeriana)* is present, it is much less abundant than mountain willow.................................................................................................... (8)

7b.    Geyer willow *(Salix geyeriana)* is the dominant, matrix willow, if mountain willow *(Salix monticola)* is present, it is less abundant than Geyer willow .................................................................................................................... (13)

8a.    Understory dominated by field horsetail *(Equisetum arvense)*. **Mountain willow/Field horsetail (*Salix monticola/Equisetum arvense*) Shrubland**, page 232.

8b.    Understory dominated by other species, forbs or graminoids................... (9)

9a.    Herbaceous layer is dominated by a single graminoid species, or if the species is not dominant, it at least has the highest cover of any other herbaceous species present in the undergrowth ...................................... (10)

31

9b.     Many grasses and/or forb species are present and it is impossible to assign dominance to any single herbaceous species in the undergrowth........... (12)

10a.    Bluejoint reedgrass *(Calamagrostis canadensis)* is the dominant understory species, or has at least the highest percent cover of all herbaceous species present in the undergrowth.  **Mountain willow/ Bluejoint reedgrass *(Salix monticola/Calamagrostis canadensis)* Shrubland**, page 226.

10b.    Water sedge *(Carex aquatilis)* or beaked sedge *(Carex utriculata)* is the dominant or most abundant graminoid..................................................... (11)

11a.    Water sedge *(Carex aquatilis)* is dominant, if beaked sedge *(Carex utriculata)* is present it is confined to stream edge, and is generally not present throughout the undergrowth.  Water sedge *(Carex aquatilis)* may not be a clear dominant, but has at least the highest percent cover of all herbaceous species present in the undergrowth, and is present throughout the stand.  **Mountain willow/Water sedge *(Salix monticola/Carex aquatilis)* Shrubland**, page 228.

11b.    Beaked sedge *(Carex utriculata)* is dominant.  Beaked sedge may not be a clear dominant, but has at least the highest percent cover of all herbaceous species present in the undergrowth.  **Mountain willow/Beaked sedge *(Salix monticola/Carex utriculata)* Shrubland**, page 230.

12a.    Total cover of forb species is greater than the total graminoid cover, many species are present, no one forb species has dominance over others present, many non-native forb species may occur in the stand.  **Mountain willow/Mesic forb *(Salix monticola/Mesic forb)* Shrubland**, page 234.

12b.    Total cover of graminoid species is greater than the total forb cover, many species are present, no one graminoid species has dominance over others present, many non-native graminoids may occur in the stand.  **Mountain willow/Mesic graminoid *(Salix monticola/Mesic graminoid)* Shrubland**, page 236.

13a.    Total cover of forb species is greater than the total graminoid cover, many species are present, no one forb species has dominance over others present, many non-native forb species may occur in the stand.  **Geyer willow/Mesic forb *(Salix geyeriana/Mesic forb)* Shrubland**, page 216.

13b.    Herbaceous undergrowth is not dominated by forbs (total graminoid cover is greater than total forb cover)................................................................. (14)

14a.    Herbaceous undergrowth is dominated by sedges *(Carex* spp.); other graminoids do not exceed sedge in percent cover for the entire stand..... (15)

14b.    Herbaceous undergrowth is dominated by bluejoint reedgrass *(Calamagrostis canadensis),* either as the only graminoid species present, or if not dominant then as the most abundant among several graminoid species, and most evenly distributed throughout the stand.  **Geyer willow/Bluejoint reedgrass *(Salix geyeriana/Calamagrostis canadensis)* Shrubland**, page 210.

15a.    Herbaceous undergrowth is dominated by beaked sedge *(Carex utriculata),* either as the only graminoid species present, or if not dominant, then as the most abundant among several graminoid species and most evenly distributed throughout the stand.  **Geyer willow/Beaked sedge *(Salix geyeriana/Carex utriculata)* Shrubland**, page 214.

15b.    Herbaceous undergrowth is dominated by water sedge *(Carex aquatilis),*

32

either as the only graminoid species present, or if not dominant, then as the most abundant among several graminoid species, and most evenly distributed throughout the stand. **Geyer willow/Water sedge *(Salix geyeriana/Carex aquatilis)* Shrubland**, page 212.

16a. Herbaceous undergrowth is dominated by bluejoint reedgrass *(Calamagrostis canadensis)*, often with several other graminoid species, but bluejoint reedgrass is the most abundant or most evenly distributed throughout the stand. **Geyer willow-Mountain willow/Bluejoint reedgrass *(Salix geyeriana-Salix monticola/Calamagrostis canadensis)* Shrubland**, page 218.

16b. Herbaceous undergrowth is dominated by mostly forb species, it is difficult to place one as the most abundant or dominant species, but total forb cover exceeds total graminoid cover. **Geyer willow-Mountain willow/Mesic forb *(Salix geyeriana-Salix monticola/Mesic forb)* Shrubland**, page 220.

17a. Stand is dominated by Drummond willow *(Salix drummondiana)*, or it is the matrix willow, found along steep, boulder-lined streams as well as low-gradient floodplains and streambanks.......................................................(18)

17b. Stand is dominated by other willow species, or another willow species appears to be the matrix willow..............................................................(21)

18a. Thinleaf alder *(Alnus incana* ssp. *tenuifolia)* is almost as abundant as Drummond willow *(Salix drummondiana)*. **Thinleaf alder-Drummond willow *(Alnus incana* ssp. *tenuifolia-Salix drummondiana)* Shrubland**, page 188.

18b. Thinleaf alder *(Alnus incana* ssp. *tenuifolia)* not present, or if so, then with much less cover than Drummond willow *(Salix drummondiana)*. Undergrowth is dominated by numerous forb and graminoid species.....(19)

19a. In general, the total forb cover exceeds the total graminoid cover, but it is difficult to assign dominance to any one species. **Drummond willow/Mesic forb *(Salix drummondiana/Mesic forb)* Shrubland**, page 202.

19b. Undergrowth is dominated by a single graminoid species.....................(20)

20a. Undergrowth is dominated by water sedge *(Carex aquatilis)*, or if not dominant then it has the highest cover of all graminoid species present, and is distributed most evenly throughout the stand. **Drummond willow/Water sedge *(Salix drummondiana/Carex aquatilis)* Shrubland**, page 200.

20b. Undergrowth is dominated by bluejoint reedgrass *(Calamagrostis canadensis)*, or if not dominant then it has the highest cover of all graminoid species present, and is distributed most evenly throughout the stand. **Drummond willow/Bluejoint reedgrass *(Salix drummondiana/Calamagrostis canadensis)* Shrubland**, page 198.

21a. The matrix or dominant willow is Bebb willow *(Salix bebbiana)*. Any combination of herbaceous species in the undergrowth or other, associated willows keys to this type. **Bebb willow *(Salix bebbiana)* Shrubland**, page 190.

21b. The matrix or dominant willow is not Bebb willow *(Salix bebbiana)* .....(22)

22a. The matrix or dominant willow is shining willow *(Salix lucida* ssp. *caudata* or ssp. *lasiandra)* or Booth willow *(Salix boothii)* ...................................(23)

22b. The matrix or dominant willow not one of the ones mentioned above. If

33

stand is dominated by planeleaf willow (*Salix planifolia*), a willow that may be tall or short, see Group E.  Community not described.

23a.   The matrix or dominant willow is shining willow (*Salix lucida* ssp. *caudata* or ssp. *lasiandra*).  Any combination of herbaceous species in the undergrowth or other, associated willows keys to this type.  **Shining willow (*Salix lucida* ssp. *caudata* or ssp. *lasiandra*) Shrubland**, page 224.

23b.   The matrix or dominant willow is Booth willow *(Salix boothii)* ............. (24)

24a.   Undergrowth dominated by beaked sedge *(Carex utriculata)*, or if not dominant then it has the highest cover of all graminoid species present, and is distributed most evenly throughout the stand.  Stands occur on saturated soils, and are more or less restricted to the northern third of the state.  **Booth willow/Beaked sedge (*Salix boothii/Carex utriculata*) Shrubland**, page 192.

24b.   Undergrowth dominated by other herbaceous species............................ (25)

25a.   Undergrowth dominated by many herbaceous species, such that it is impossible to assign dominance to any one species.  However, total forb cover exceeds that of graminoid cover.  Stands are more or less restricted to the northern third of the state.  **Booth willow/Mesic forb (*Salix boothii*/Mesic forb) Shrubland**, page 194.

25b.   Undergrowth dominated by many herbaceous species, such that it is difficult to assign dominance to any one species.  However, total graminoid cover exceeds that of forb cover.  **Booth willow/Mesic graminoid (*Salix boothii*/Mesic graminoid) Shrubland**, page 196.

### Group E
### Short Willow Shrublands

> The **matrix willow** is the species that makes up the bulk of the structure and biomass of the willow shrubland.  While several other willow species may be present, the matrix willow has the highest individual cover, even though the combined cover of all other willows present may exceed that value.  Willow shrublands are named for their dominant or matrix willow, but almost always have several other willow species present as well.  Throughout this key, we use the terms dominant and matrix willow interchangeably.

1a.   Stand dominated by planeleaf willow *(Salix planifolia)*.  Other willows may be present, but with not more than half the cover of planeleaf willow ...... (2)

1b.   Stand dominated by other willows, leaves usually hairy and less shiny, twigs not shiny dark red to purple-black.  Planeleaf willow *(Salix planifolia)* may be present, but with less than half the cover of the matrix willow..............(6)

2a.   Herbaceous undergrowth is dominated by numerous forb species, their combined cover exceeds that of total graminoid species  present ..............(3)

2b.   Herbaceous undergrowth is dominated by one or numerous graminoid species, their combined cover far exceeding that of the combined forb species...................................................................................................(4)

3a.   The ground is saturated to inundated for most of the growing season, marsh-marigold *(Caltha leptosepala)* is present and conspicuous throughout the stand.  **Planeleaf willow/Marsh-marigold (*Salix planifolia/Caltha leptosepala*) Shrubland**, page 248.

3b.   Herbaceous undergrowth is dominated by numerous forbs, marsh-marigold

34

is not present, or if so, then not throughout the stand, and not the dominant forb species, the ground is moist but not saturated to the surface for most of the growing season.  **Planeleaf willow/ Mesic forb (*Salix planifolia*/Mesic forb) Shrubland**, page 254.

4a.    Herbaceous undergrowth is dominated by graminoids with water sedge *(Carex aquatilis)* dominant or at least the most abundant single species. **Planeleaf willow/Water sedge *(Salix planifolia/Carex aquatilis)* Shrubland**, page 250.

4b.    Water sedge *(Carex aquatilis)* is often present, but other graminoid species provide more cover.......................................................................................(5)

5a.    Herbaceous undergrowth is dominated by bluejoint reedgrass *(Calamagrostis canadensis)*, if not dominant then the most abundant single species in the stand, and the most evenly distributed.  **Planeleaf willow/Bluejoint reedgrass *(Salix planifolia/Calamagrostis canadensis)* Shrubland**, page 246.

5b.    Herbaceous undergrowth is dominated by beaked sedge *(Carex utriculata)*, if not dominant then the most abundant single species in the stand and the most evenly distributed.  **Planeleaf willow/Beaked sedge *(Salix planifolia/Carex utriculata)* Shrubland**, page 252.

6a.    Barrenground willow *(Salix brachycarpa)* is the dominant willow.  Other willows may be present, but barrenground willow is the matrix willow (other willow species cover when combined may be greater)....................(7)

6b.    Barrenground willow *(Salix brachycarpa)* is not the dominant willow..... (8)

7a.    Undergrowth is dominated by water sedge *(Carex aquatilis)*, other graminoid and forb species may be present, but water sedge has the highest percent cover of all species present.  **Barrenground willow/Water sedge *(Salix brachycarpa/Carex aquatilis)* Shrubland**, page 240.

7b.    Undergrowth is dominated by a number of forb and graminoid species. Water sedge *(Carex aquatilis)* may be present but it is not dominant.  In fact, it is difficult to assign dominance to any one species, and the total forb cover exceeds that of the total graminoid cover.  **Barrenground willow/Mesic forb (*Salix brachycarpa*/Mesic forb) Shrubland**, page 242.

8a.    Wolf willow *(Salix wolfii)* dominates the shrub layer.  Other willows may be present, but Wolf willow is the matrix willow (cover of other willow species when combined may be greater than Wolf willow)................................... (9)

8b.    Hoary willow *(Salix candida)* dominates the shrub layer.  Rare, on hummocks of nutrient-rich fens in South Park, may occur in other areas of the state.  **Hoary willow/Seaside arrowgrass *(Salix candida/Triglochin maritinum)* Extreme Rich Fen**, page 244.

9a.    Undergrowth dominated by forbs, no single forb species stands out as the most dominant, but total forb cover exceeds that of total graminoid cover. **Wolf willow/Mesic forb (*Salix wolfii*/Mesic forb) Shrubland**, page 262.

9b.    The undergrowth is dominated by graminoid species.  Forb species may be present, but are not as abundant as the graminoid species .......................(10)

10a.   Sedges (*Carex* spp). dominate the undergrowth, if not dominant, then are singly more abundant and evenly distributed throughout the stand than all other species ............................................................................................ (11)

10b.   Bluejoint reedgrass *(Calamagrostis canadensis)* dominates the undergrowth.

35

If not dominant, then is singly more abundant and evenly distributed throughout the stand than all other species. **Wolf willow/Bluejoint reedgrass *(Salix wolfii/Calamagrostis canadensis)* Shrubland**, page 256.

11a.   Water sedge *(Carex aquatilis)* dominates the undergrowth. If not dominant, then is singly more abundant and evenly distributed throughout the stand than all other species. Soils are moist but not saturated throughout the growing season. **Wolf willow/Water sedge *(Salix wolfii/Carex aquatilis)* Shrubland**, page 258.

11b.   Beaked sedge *(Carex utriculata)* dominates the undergrowth. If not dominant, then is singly more abundant and evenly distributed throughout the stand than all other species. Soils are saturated throughout the growing season. **Wolf willow/Beaked sedge *(Salix wolfii/Carex utriculata)* Shrubland**, page 260.

### Group F
### Non-willow Shrublands

1a.   Stand dominated by the introduced species, saltcedar *(Tamarix ramosissima)*, large shrubs or small trees. **Saltcedar *(Tamarix ramosissima)* Shrubland**, page 312.

1b.   Stand dominated by other, often shorter shrubs, all natives ......................(2)

2a.   Stands of dwarf shrubs in subalpine fens. Dominated by the subshrub alpine laurel *(Kalmia microphylla)* and/or the subshrub alpine spicywintergreen. **Alpine laurel-Alpine spicywintergreen *(Kalmia microphylla-Gaultheria humifusa)* Shrubland**, page 296.

2b.   Stands of other habitats, dominated by taller shrubs ...............................(3)

3a.   Stand dominated by shrubby cinquefoil *(Dasiphora (=Pentaphylloides) floribunda)* .........................................................................................(4)

3b.   Stand dominated by other non-willow shrubs (willows may be present)...(5)

4a.   An open low shrubland with thick cover of bunch grasses, mostly tufted hairgrass *(Deschampsia caespitosa)*. **Shrubby-cinquefoil/Tufted hairgrass *(Dasiphora (=Pentaphylloides) floribunda/Deschampsia caespitosa)* Shrubland**, page 290.

4b.   Not as above. Mountain rush *(Juncus balticus* var. *montanus)* is common in the understory. **Shrubby cinquefoil/Mountain rush *(Dasiphora (=Pentaphylloides) floribunda/Juncus balticus* var. *montanus)* Shrubland**, page 292.

5a.   Riparian shrublands dominated by the tall shrub, thinleaf alder *(Alnus incana* ssp. *tenuifolia)*. Other shrubs may be abundant, even co-dominant .........................................................................................................(6)

5b.   Thinleaf alder *(Alnus incana* ssp. *tenuifolia)* is not present, or if so, then not dominant nor co-dominant  ................................................................. (11)

6a.   One or several willows *(Salix* spp.) are co-dominant with thinleaf alder *(Alnus incana* ssp. *tenuifolia)* ....................................................................(7)

6b.   Shrubs other than willows *(Salix* spp.) are co-dominant, present, or thinleaf alder is the only shrub present....................................................................(8)

7a.   Drummond willow *(Salix drummondiana)* is nearly as abundant as thinleaf

36

BLM_0035307

alder *(Alnus incana* ssp. *tenuifolia)*. **Thinleaf alder-Drummond willow (Alnus incana ssp. tenuifolia-Salix drummondiana) Shrubland**, page 188.

7b.    Thinleaf alder *(Alnus incana* ssp. *tenuifolia)* is co-dominant with two or more willow species, such that the willow combined cover is equal or nearly equal to that of alder.  Drummond willow *(Salix drummondiana)*, if present, is with several other willow species that have equal or greater cover. **Thinleaf alder-Mixed willow (Mountain willow, Shining willow, Strapleaf willow) (Alnus incana ssp. tenuifolia-Salix (monticola, lucida, ligulifolia)) Shrubland**, page 276.

8a.    Red-osier dogwood *(Cornus sericea)* is co-dominant with equal or near equal cover of thinleaf alder *(Alnus incana* ssp. *tenuifolia)*. **Thinleaf alder-Red-osier dogwood (Alnus incana ssp. tenuifolia-Cornus sericea) Shrubland**, page 268.

8b.    Other shrubs, if present, have less than half the cover of thinleaf alder *(Alnus incana* ssp. *tenuifolia)* .................................................................. (9)

9a.    Herbaceous undergrowth is dominated by forb species (wildflowers), mostly natives, total graminoid cover (grasses and grass-like plants) is much less than total forb cover.  **Thinleaf alder/Mesic forb (Alnus incana ssp. tenuifolia/Mesic forb) Shrubland**, page 272.

9b.    Herbaceous undergrowth is dominated by many graminoid or horsetail *(Equisetum)* species, mostly native species or mostly introduced species, total forb cover is much less than total graminoid or horsetail cover ...... (10)

10a.   Field horsetail *(Equisetum arvense)* is the dominant (or at least most abundant) herbaceous undergrowth component, exceeding that of any other graminoid or forb species present.  **Thinleaf alder/Field horsetail (Alnus incana ssp. tenuifolia/Equisetum arvense) Shrubland**, page 270.

10b.   No single graminoid species appears to be more dominant than any other graminoid present. Total graminoid cover exceeds that of total forb cover. **Thinleaf alder/Mesic graminoid (Alnus incana ssp. tenuifolia/Mesic graminoid) Shrubland**, page 274.

11a.   Red-osier dogwood *(Cornus sericea)* or birch *(Betula* spp.) is the dominant shrub .................................................................................................. (12)

11b.   Other shrub species dominate the stand (no alder, birch, red-osier dogwood, or willows are present, or if so, clearly not dominant)  ........................... (16)

12a.   Red-osier dogwood *(Cornus sericea)* is dominant, various currants or gooseberries *(Ribes* spp.) may be present, even co-dominant with the dogwood.  Stands are often located at the base of cliffs, and generally form small narrow or isolated bands rather than broad shrublands along the stream banks and floodplains.  **Red-osier dogwood (Cornus sericea) Shrubland**, page 286.

12b.   Either river birch *(Betula occidentalis)* or bog birch *(B. nana (=glandulosa))* dominate or co-dominate the stand ........................................................ (13)

13a.   River birch *(Betula occidentalis)* is dominant or co-dominant with thinleaf alder *(Alnus incana* ssp. *tenuifolia)*.  River birch *(Betula occidentalis)* is the diagnostic species, and it is weighted more than thinleaf alder *(Alnus incana* ssp. *tenuifolia)*, as it is somewhat less common.  Even though evenly mixed stands of *Betula* and *Alnus incana* ssp. *tenuifolia* exist, they are named and tracked as *Betula* communities for conservation purposes ..................... (15)

BLM_0035308

13b.    Bog birch *(Betula nana (=glandulosa))* is the dominant or co-dominant shrub, often with willow species ............................................................. (14)

14a.    Generally restricted to subalpine elevations on saturated mineral and peat soils.  Undergrowth components have not been differentiated into separate plant associations.  **Bog birch/Mesic forb-Mesic graminoid (*Betula nana (=glandulosa)*/Mesic forb-Mesic graminoid) Shrubland**, page 278.

14b.    Restricted to acidic fens where waters are enriched with iron.  (**Engelmann spruce)/Bog birch/Water sedge/Sphagnum moss (*(Picea engelmannii)/ Betula nana (=glandulosa)/Carex aquatilis/Sphagnum*) Iron Fen**, page 298.

15a.    Herbaceous undergrowth is dominated by numerous forb species.  It is difficult to assign one species dominance over the other forb species, but in any case total forb cover exceeds that of total graminoid cover.  **River birch/Mesic forb (*Betula occidentalis*/Mesic forb) Shrubland**, page 280.

15b.    Herbaceous undergrowth is dominated by numerous graminoid species.  Many can be invasive, non-native grasses.  It may be difficult to assign one species as the most abundant, but total graminoid cover exceeds total forb cover.  **River birch/Mesic graminoid *(Betula occidentalis*/Mesic graminoid) Shrubland**, page 282.

16a.    Shrublands of relatively dry riparian habitats.  Located at the higher and outer fringe of the riparian zone, or the only riparian community present in a woody draw.  In very hot and dry climates, these shrublands occur along ephemeral or intermittent streams.  Elsewhere, they are more or less restricted to the lower elevations, on narrow, steep, or rocky perennial streams.  Some of these types may not technically be wetlands, but they are frequently located in riparian zones along ephemeral or intermittent streams.  They are included here to provide identification for these types that are geographically riparian, even though they may not fit the technical definition of wetlands.  Dominated by hackberry *(Celtis)*, hawthorn *(Crataegus)*, privet *(Forestiera)*, singleleaf ash *(Fraxinus)*, chokecherry or plum *(Prunus)*, sumac *(Rhus)*, buffaloberry *(Shepherdia)*, or snowberry *(Symphoricarpos)* .................................................................................. (17)

16b.    Shrublands of relatively moist riparian/wetland habitats.  Located in deep, well-shaded, cool canyons in the mountains, within the annually flooded area of the stream channel, or on seasonally wet flats of valley bottoms.  Dominated by greasewood *(Sarcobatus vermiculatus)* or beaked hazelnut *(Corylus cornuta)* .............................................................................. (24)

17a.    Woodland (or an individual large tree) dominated by netleaf hackberry *(Celtis laevigata* var. *reticulata)*, known only from the extreme western edge of the state at Hovenweep National Monument, and in the extreme southeastern corner, on Comanche National Grassland.  **Netleaf hackberry *(Celtis laevigata* var. *reticulata)* Woodland**, page 284.

17b.    Netleaf hackberry *(Celtis laevigata* var. *reticulata)* not present............... (18)

18a.    River hawthorn *(Crataegus rivularis)* present, forming small pockets along foothill draws and broader river floodplains.  **River hawthorn *(Crataegus rivularis)* Shrubland**, page 288.

18b.    River hawthorn *(Crataegus rivularis)* not present, or if so, it is part of a cottonwood community, and not forming independent thickets............... (19)

19a.    Chokecherry or plum (*Prunus* spp.), skunkbush sumac *(Rhus trilobata)* or

38

snowberry *(Symphoricarpos* spp.*)* present, forming thickets in woody draws in the foothills, or, as small pockets on the floodplains of larger rivers... (20)

19b.   Silver buffaloberry *(Shepherdia argentea)*, wild-privet *(Forestiera pubescences)* or singleleaf ash *(Fraxinus anomala)* present, forming dense thickets or very open, sparsely vegetated areas, either the only species present or clearly dominating the shrubland, distinguishable from other communities along the reach .................................................................. (22)

20a.   Chokecherry *(Prunus virginiana)* forms small, near-pure pockets (with few other shrubby species present, maybe a few currants and roses) in narrow woody draws in foothill streams, and on the floodplains of larger rivers. American plum *(Prunus americana)* often, but not always, present. **Chokecherry-(American plum)** *(Prunus virginiana (Prunus americana))* **Shrubland**, page 298.

20b.   Skunkbush sumac *(Rhus trilobata)* or western snowberry *(Symphoricarpos occidentalis)* is the dominant shrub ........................................................ (21)

21a.   Skunkbush sumac *(Rhus trilobata)* is present, forming thickets in woody draws in the foothills of the Eastern and Western Slopes, more commonly occupying riparian habitats on the Western Slope, either as isolated pockets in narrow tributaries or small patches within a mosaic of vegetation on the floodplains of larger rivers. A fairly common shrubland. On the Front Range, it forms woody draws in narrow, foothill streams, but it can also form shrublands on steep upland hillsides, far away from the riparian influence (where sandbar willow is never present). **Skunkbush sumac-(Sandbar willow)** *(Rhus trilobata-(Salix exigua))* **Shrubland**, page 302.

21b.   Western snowberry *(Symphoricarpos occidentalis)* is present, forming thickets. **Western snowberry** *(Symphoricarpos occidentalis)* **Shrubland**, page 310.

22a.   Silver buffaloberry *(Shepherdia argentea)* present and not associated with or immediately beneath a cottonwood canopy. It forms narrow bands along the stream banks and overflow channels of larger river floodplains on the Western Slope. **Silver buffaloberry** *(Shepherdia argentea)* **Shrubland**, page 306.

22b.   Stands of extreme south and western part of the state, dominated by wild-privet *(Forestiera pubescens)* or singleleaf ash *(Fraxinus anomala)*. Either may be the only woody species present.................................................. (23)

23a.   Wild-privet *(Forestiera pubescens)* forms thickets on the highest part of the stream banks. Sandbar willow *(Salix exigua)* can occur immediately adjacent to it on the lower slopes of the stream bank. Known only from the Dolores River. **Wild-privet** *(Forestiera pubescens)* **Shrubland**, page 294.

23b.   No wild-privet *(Forestiera pubescens)* present, or if so, not forming thickets. Singleleaf ash scattered sparsely up and down ephemeral washes and arroyos of the four-corners area. **Singleleaf ash-Gambel oak** *(Fraxinus anomala- Quercus gambelii)* **Shrubland**, undescribed association needing further verification.

24a.   Black greasewood *(Sarcobatus vermiculatus)* is the dominant shrub in the stand ......................................................................................................... (25)

24b.   Beaked hazelnut *(Corylus cornuta)* is the dominant shrub in the stand... (26)

25a.   Alkaline, seasonally wet soils with an understory of inland saltgrass

BLM_0035310

*(Distichlis spicata)*. **Black greasewood/Inland saltgrass *(Sarcobatus vermiculatus/Distichlis spicata)* Shrubland**, page 306.

25b.   Alkaline, seasonally wet soils, dominated by black greasewood *(Sarcobatus vermiculatus)* with very sparse understory.  **Black greasewood/Barren ground *(Sarcobatus vermiculatus/*Barren ground*)* Shrubland**, page 304.

26a.   Narrow, heavily shaded (by Douglas-fir, blue spruce or aspen) canyons on the northern Front Range, understory dominated by beaked hazelnut *(Corylus cornuta)*, an eastern-relict species.  **Quaking aspen/Beaked hazelnut *(Populus tremuloides/Corylus cornuta)* Shrubland**, page 178.

26b.   Dominated by other shrub species.  Unclassified associations.

## Group G
## Herbaceous Vegetation

1a.   Scouringrush horsetail *(Equisetum hyemale)* is the most abundant herbaceous plant; there may be a few trees or shrubs, usually with < 5% cover.  **Scouringrush horsetail *(Equisetum hyemale)* Herbaceous Vegetation**, page 384.

1b.   Forbs or graminoids provide the dominant herbaceous vegetation .......... (2)

2a.   Forbs (i.e., wildflowers or broadleaved herbaceous plants) dominate the wetland vegetation................................................................... (3)

2b.   Graminoids (i.e., grasses, sedges, spikerushes, rushes, bulrushes) dominate the wetland vegetation.......................................................... (20)

3a.   Wetlands of rock walls or canyon alcoves ............................................... (4)

3b.   Wetlands of other habitats.................................................................. (5)

4a.   On near vertical cliffs, often dripping. Purpus' sullivantia *(Sullivantia purpusii)* is the dominant plant.  Known from the Gunnison and White River basins.  **Purpus' sullivantia *(Sullivantia hapemanii* var. *purpusii)* Hanging Garden**, undescribed association.

4b.   On rockwalls or in canyon alcoves in the western counties. Dominated by Mancos columbine *(Aquilegia micrantha)*.  Eastwood monkeyflower *(Mimulus eastwoodiae)* often present.  **Mancos columbine-(Eastwood monkeyflower) *(Aquilegia micrantha-(Mimulus eastwoodiae))* Hanging Garden**, page 324.

5a.   Riparian wetlands on floodplains or stream edges at any elevation ...........(6)

5b.   Wetlands of slopes, flats, or depressions (mountain meadows, intermountain basins, the eastern plains, or the western valleys) with ephemeral or permanent standing water........................................................ (11)

6a.   Usually above 8,000 feet ..................................................................... (7)

6b.   Usually below 6,500 feet..................................................................... (10)

7a.   Brandegee fumewort *(Corydalis caseana* ssp. *brandegei)* present with at least 50% cover.  Other forbs present and may be abundant, but with less cover.  **Brandegee fumewort-Tall fringed bluebells *(Corydalis caseana* ssp. *brandegei-Mertensia ciliata)* Herbaceous Vegetation**, page 366.

7b.   Riparian wetlands, usually near stream edges.  Brandegee fumewort *(Corydalis caseana* ssp. *brandegei)* not present or, if so, then other species

40

are more abundant ...................................................................... (8)

8a.    Dominated by heartleaf bittercress *(Cardamine cordifolia)*, tall fringed bluebells *(Mertensia ciliata)*, or arrowleaf ragwort *(Senecio triangularis)*. One, two, or all three of the species may be present. Any of the three may be most abundant. If trees form a canopy above the forbs, the stand may belong to the *Abies lasiocarpa-Picea engelmannii/Mertensia ciliata* (subalpine fir-Engelmann spruce/tall fringed bluebells) association. **Heartleaf bittercress- Tall fringed bluebells-Arrowleaf ragwort *(Cardamine cordifolia-Mertensia ciliata-Senecio triangularis)* Herbaceous Vegetation**, page 332.

8b.    The species from 8a may be present, but other species provide more cover ........................................................................................................(9)

9a.    Stands may also occur between 6,500 and 8,000 ft. Either fowl mannagrass *(Glyceria striata)* or seep monkeyflower *(Mimulus guttatus)* are present with at least 10% cover. Either may be almost a monoculture or may occur with other species. **Fowl mannagrass-Seep monkeyflower-Milkflower willowherb *(Glyceria striata-Mimulus guttatus-Epilobium lactiflorum)* Herbaceous Vegetation**, page 390.

9b.    Brook saxifrage *(Saxifraga odontaloma)* is present, usually as the most abundant species. **Brook saxifrage *(Saxifraga odontoloma)* Herbaceous Vegetation**, page 414.

10a.    On floodplains, usually below 6,500 feet in elevation. American licorice *(Glycyrrhiza lepidota)* is abundant. **American licorice-Scouringrush horsetail *(Glycyrrhiza lepidota-Equisetum hyemale)* Herbaceous Vegetation**, page 392.

10b.    Dominated by other forb species. Unclassified association.

11a.    Densely vegetated wet meadows in the mountains, with saturated soils or standing water. May occur along a stream but are not usually confined to the stream edge..................................................................................... (12)

11b.    Wetlands of other habitats ...................................................... (13)

12a.    Marsh-marigold *(Caltha leptosepala)* is the most abundant plant. **Marsh marigold *(Caltha leptosepala)* Herbaceous Vegetation**, page 330.

12b.    Wetlands of drier sites, marsh-marigold *(Caltha leptosepala)* is not present, hairlike sedge *(Carex capillaris)* and the small forb serpent-grass *(Polygonum viviparum)* are present. Either may be more abundant. There is typically a high diversity of species in the wetland. **Hairlike sedge-Serpent-grass *(Carex capillaris-Polygonum viviparum)* Herbaceous Vegetation**, page 338.

13a.    Wetlands of alkaline flats or mountain fens, usually above 8,000 feet. Dominated by arrowgrass *(Triglochin)* species. **Seaside arrowgrass-Marsh arrowgrass *(Triglochin maritimum-Triglochin palustre)* Herbaceous Vegetation**, page 432.

13b.    Wetlands of alkaline flats, ponds, playas, or drawdown zones, often below 8,000 feet................................................................................... (14)

14a.    Wetlands in or near permanent standing water ...................................... (15)

14b.    Stands of reservoir drawdown zones, playas, or other sites that may not have permanent standing water ................................................................... (16)

41

15a.   Beggartick *(Bidens)*, a tall sunflower-like plant, is the most abundant plant. Nodding beggartick (*Bidens cernua*) is common on the East Slope, devil's beggartick *(Bidens frondosa)* on the West Slope. **Beggartick *(Bidens cernua-Bidens frondosa)* Herbaceous Vegetation**, page 326.

15b.   Curlytop knotweed *(Polygonum lapathifolia)* or oval-leaf knotweed *(Polygonum arenastrum)* dominate the stand. **Knotweed spp. (*Polygonum* spp.)-Mesic Graminoid Herbaceous Vegetation**, page 410.

16a.   Sea milkwort *(Glaux maritima)* present although other species, especially graminoids may be more abundant. **Sea milkwort *(Glaux maritima)* Herbaceous Vegetation**, page 386.

16b.   Sea milkwort *(Glaux maritima)* not present, or if so, then not abundant. (17)

17a.   Water speedwell *(Veronica anagallis-aquatica)* is present.  Toad rush *(Juncus bufonius)* may also be present and may be more abundant than the speedwell.  Described only from the Front Range, especially the Cherry Creek drainage, but is more widespread. **Water speedwell-(Toad rush) (*Veronica anagallis-aquatica-(Juncus bufonius))* Herbaceous Vegetation**, page 436.

17b.   Water speedwell *(Veronica anagallis-aquatica)* and toad rush *(Juncus bufonius)* not present, or if so, then not abundant ................................. (18)

18a.   Dominated by Pursh seepweed *(Suaeda calceoliformis)*. **Pursh seepweed (*Suaeda calceoliformis)* Herbaceous Vegetation**, page 430.

18b.   Pursh seepweed *(Suaeda calceoliforms)* not present, or if so, then not abundant.................................................................................... (19)

19a.   Rough cocklebur (*Xanthium strumarium*) present and usually the most abundant species. **Rough cocklebur (*Xanthium strumarium)* Herbaceous Vegetation**, page 438.

19b.   Common mares-tail *(Hippurus vulgaris)* present and usually the most abundant species. **Common mares-tail *(Hippurus vulgaris)* Herbaceous Vegetation**, undescribed association, needing further verification.

20a.   Wetland vegetation is predominantly sedges (*Carex* spp.) or bog sedges (*Kobresia* spp.), in small patches or large meadows ............................... (21)

20b.   Graminoids other than sedges (*Carex* spp.) and bog sedges (*Kobresia* spp.) are dominant.................................................................................... (40)

21a.   Known from nutrient rich fens in South Park.  Bog sedges (*Kobresia* spp.) are the most abundant species, growing on hummocks.  Bog sedges also grow in the alpine tundra, but the wetland communities described here occur below 10,000 ft in extreme rich fens. ...................................................... (22)

21b.   Found throughout the state.  Herbaceous growth dominated by sedges (*Carex* spp.), in small patches or large meadows .................................... (23)

22a.   Simple bog sedge (*Kobresia simpliciuscula*) is the dominant plant. Rolland bulrush *(Trichophorum pumilum)* occurs almost exclusively in this association, but it is not present in every stand. **Simple bog sedge-(Rolland bulrush) (*Kobresia simpliciuscula-(Trichophorum pumilum))* Herbaceous Vegetation**, page 400.

22b.   Bellardi bog sedge *(Kobresia myosuroides)* is the dominant plant. Alpine meadowrue *(Thalictrum alpinum)* is always present, although sometimes with low cover. **Bellardi bog sedge-Alpine meadowrue (*Kobresia*

42

*myosuroides-Thalictrum alpinum)* **Herbaceous Vegetation**, page 398.

23a.  Sedge communities of seasonally wet to saturated mineral and organic soils, common wetlands of the mountains and plains: water sedge *(Carex aquatilis),* woolly sedge *(C. pellita),* smallwing sedge *(C. microptera),* Nebraska sedge *(C. nebrascensis),* clustered field sedge *(C. praegracilis),* mountain sedge *(C. scopulorum),* beaked sedge *(C. utriculata),* blackish sedge *(C. nigricans),* Emory sedge *(C. emoryi),* or sheep sedge *(C. illota)* ...........................................................................................................(24)

23b.  Sedges of rich fens, quaking fens, isolated wetlands of the mountains and high valleys, not common: rock sedge *(Carex saxatilis),* analogue sedge *(C. simulata),* native sedge *(C. vernacula),* blister sedge *(C. vesicaria),* or hairlike sedge *(C. capillaris)* ................................................................(35)

24a.  Stands described from riparian areas in western valleys and the Front Range, but probably occurring in other parts of the state.  Emory sedge *(Carex emoryi)* dominates the vegetation, usually covering at least 2/3 of the stand. Emory sedge drops its perigynia by mid-June, so may be difficult to identify later in the season.  **Emory sedge** *(Carex emoryi)* **Herbaceous Vegetation**, page 340.

24b.  Emory sedge *(Carex emoryi)* not present or not dominant ......................(25)

25a.  In shallow swales and first order tributaries on the eastern plains.  Also known from North Park and probably occurs in others parts of the state. Dominated by clustered field sedge *(Carex praegracilis).* **Clustered field sedge** *(Carex praegracilis)* **Herbaceous Vegetation**, page 352.

25b.  Clustered field sedge *(Carex praegracilis)* not present or not dominant . (26)

26a.  Stands dominated by Nebraska sedge *(Carex nebrascensis).* **Nebraska sedge** *(Carex nebrascensis)* **Herbaceous Vegetation**, page 346.

26b.  Stands not dominated by Nebraska sedge *(Carex nebrascensis).*  Dominated by tall sedges, in fens, wet meadows, or along ditches...........................(27)

27a.  Woolly sedge *(Carex pellita (= lanuginosa))* is the only sedge species present, and often the only graminoid in the stand, forming thick bands along regulated rivers and streams, or with other species in meadows. **Woolly sedge** *(Carex pellita (=lanuginosa))* **Herbaceous Vegetation**, page 350.

27b.  Woolly sedge *(Carex pellita(=lanuginosa))* not present, or if so, then not dominant...........................................................................................(28)

28a.  Water sedge *(Carex aquatilis)* and/or beaked sedge *(Carex utriculata)* dominate the stand (together or singly).  These species also occur in many other associations. To key here they must be the dominant or codominant species .............................................................................................. (29)

28b.  Other species of sedge *(Carex)* dominate the stand................................(31)

29a.  The two species occur in near equal abundance, and if not equal then one is not less than two-thirds cover of the other.  **Water sedge-Beaked sedge** *(Carex aquatilis-Carex utriculata)* **Herbaceous Vegetation**, page 336.

29b.  The two species may appear together, but one is more abundant than the other, by at least half as much ............................................................(30)

30a.  Water sedge *(Carex aquatilis)* individually has the highest cover, if beaked sedge *(Carex utriculata)* is present, it contributes not more than one third of

43

BLM_0035314

the total cover.  **Water sedge *(Carex aquatilis)* Herbaceous Vegetation**, page 334.

30b.  Beaked sedge *(Carex utriculata)* individually has the highest cover, if water sedge *(Carex aquatilis)* present, it contributes not more than one third of the total cover.  **Beaked sedge *(Carex utriculata)* Herbaceous Vegetation**, page 360.

31a.  Found in the subalpine in small meadows in wide low-gradient valleys, and near beaver dams or marshes.  Smallwing sedge *(Carex microptera)* is the dominant species.  **Smallwing sedge *(Carex microptera)* Herbaceous Vegetation**, page 344.

31b.  Smallwing sedge *(Carex microptera)* is not the dominant species...........(32)

32a.  Forbs are a significant component of the community, usually contributing at least 15% of the vegetative cover.  Stands of marshy areas in the upper subalpine and alpine.  Mountain sedge *(Carex scopulorum)* present and the most abundant graminoid in the stand.  Water sedge *(Carex aquatilis)* may also be present.  Marsh marigold *(Caltha leptosepala)* is nearly always present, but is not an indicator since it also occurs in other associations.  **Mountain sedge-Marsh-marigold *(Carex scopulorum-Caltha leptosepala)* Herbaceous Vegetation**, page 356.

32b.  Stands are clearly dominated by sedges *(Carex* spp.), with the dominant sedge usually contributing at least 25% of the vegetative cover  ............ (34)

33a.  The vegetation is dominated by near monocultures of black alpine sedge *(Carex nigricans)* which often forms dense mats.  Neither forbs nor shrubs provide as much as 25% of the cover.  **Black alpine sedge-Drummond rush *(Carex nigricans-Juncus drummondii)* Herbaceous Vegetation**, page 348.

33b.  Black alpine sedge *(Carex nigricans )* is not the dominant species..........(34)

34a.  Stands of wet meadows or fens.  Small-head sedge *(Carex illota)* is the dominant plant.  **Small-head sedge *(Carex illota)* Herbaceous Vegetation**, page 342.

34b.  Small-head sedge *(Carex illota)* is not the dominant species ..................(35)

35a.  Forbs are a significant component of the community although careful observation may be needed to detect the small forb, serpent-grass *(Polygonum viviparum)*.  Hairlike sedge *(Carex capillaris)* or serpent-grass *(Polygonum viviparum)* dominate the stand.  Small stands occur in alpine areas on marsh margins, around frost heaves, and in hummocky and drainage areas on high elevation saddles.  Close to half the ground surface is often bare (or lichen-covered) soil or rock.  **Hairlike sedge-Serpent-grass *(Carex capillaris-Polygonum viviparum)* Herbaceous Vegetation**, page 338.

35b.  Stands clearly dominated by sedges .......................................................(36)

36a.  Stands of alpine snowmelt basins above 12,000 ft.  Native sedge *(Carex vernacula)*, the dominant sedge, has a dense terminal ball-like head, the individual spikes are not visible without dissection.  **Native sedge *(Carex vernacula)* Herbaceous Vegetation**, page 362.

36b.  Stands of other habitats or elevations, or dominated by a different species of sedge *(Carex* spp.).  The dominant sedge may have erect terminal spikes, but they are not arranged in a very dense ball-like cluster...................... (37)

44

BLM_0035315

37a.     Blister sedge *(Carex vesicaria)* present and the dominant graminoid. Often forms a near monoculture in areas with permanent standing water.  Known from the Colorado West Slope and the San Luis Valley.  **Blister sedge *(Carex vesicaria)* Herbaceous Vegetation**, page 364.

37b.     Blister sedge *(Carex vesicaria)* not present or not the dominant species. (38)

38a.     Rock sedge *(Carex saxatilis)* present and the dominant graminoid. Known from the upper Colorado River Basin on the West Slope and from the Routt National Forest.  Soils often saturated during the growing season, but may dry during the latter part of the season.  **Rock sedge *(Carex saxatilis)* Herbaceous Vegetation**, page 354.

38b.     Rock sedge *(Carex saxatilis)* not present or not the dominant species .... (39)

39a.     Analogue sedge *(Carex simulata)* is always present (10-30%) and is an indicator for this association.  Other species may be more abundant and conspicuous than analogue sedge *(Carex simulata)*.  Occurs on saturated, hummocky organic soils.  **Analogue sedge *(Carex simulata)* Herbaceous Vegetation**, page 358.

39b.     Not as above.  Unclassified association.

40a.     Wetlands in depressions (depressions may be in the riparian zone) with standing water for much of the year with cattails (*Typha* spp.), bulrushes (*Schoenoplectus* or *Scirpus* spp.), spikerushes (*Eleocharis* spp.), or mannagrass (*Glyceria* spp.) dominant in or near standing water ............. (41)

40b.     Wetlands with saturated to well drained soils, if standing water is present, this recedes within a few weeks.  Stand dominated by grasses (Poaceae) or rushes (*Juncus* spp.), in riparian areas, slope wetlands, or isolated wetlands such as playas ...................................................................................... (52)

41a.     Stands dominated by spikerushes (*Eleocharis* spp.) in wet places from low to high elevations................................................................................ (42)

41b.     Stands not dominated by spikerushes (*Eleocharis* spp.). Large or small wetlands where water collects (swales of floodplains of larger rivers, in or below ponds and ditches) ................................................................. (46)

42a.     Stands along the margins of ponds and slow moving reaches (pools) of streams, on peat soils in the subalpine, or drying ponds at lower elevations.  Common spikerush (*Eleocharis palustris*) dominant, some scattered bulrushes may occur, but with not much more than 10% cover.  **Common spikerush *(Eleocharis palustris)* Herbaceous Vegetation**, page 376.

42b.     Other species of spikerush are more abundant than common spikerush.. (43)

43a.     Few-flower spikerush *(Eleocharis quinqueflora)* dominates the stand.... (44)

43b.     Other species of spikerush are more abundant than few-flower spikerush *(Eleocharis quinqueflora)*........................................................................ (45)

44a.     Stands of peat bogs, above 10,000 feet, dominated by few-flower spikerush *(Eleocharis quinqueflora)*.  Water sedge *(Carex aquatilis)* is often present.  Total cover is typically low (<30%) for this type.  **Few-flower spikerush *(Eleocharis quinqueflora)* Herbaceous Vegetation**, page 380.

44b.     Stands found in water tracks of extreme rich fens in South Park. Seaside arrowgrass *(Triglochin maritima)* or marsh arrowgrass *(Triglochin palustre)* often present.  Vegetation may be sparse.  Often occurs on a floating mat of peat.  Variation of **Few-flower spikerush *(Eleocharis quinqueflora)***

BLM_0035316

**Herbaceous Vegetation**, page 380.

45a.  Stands of lowlands to subalpine elevations dominated by dense stands of very small (< 10cm tall), slender spikerushes. Often on margins of ephemeral ponds. One or both of two species of spikerush *(Eleocharis acicularis* or *E. parvula)* may be present. **Needle spikerush** *(Eleocharis acicularis)* **Herbaceous Vegetation**, page 374 and **Dwarf spikerush** *(Eleocharis parvula)* **Herbaceous Vegetation**, page 378.

45b.  Stands below 6,000 ft dominated by the taller (15-40 in, 4-10 dm), stouter beaked spikerush *(Eleocharis rostellata)*. May have stolons. **Beaked spikerush** *(Eleocharis rostellata)* **Herbaceous Vegetation**, page 382.

46a.  Tall near monotypic stands of one or more cattail species *(Typha angustifolia, T. latifolia,* and or *T. domingensis)*, or mixed stands of emergent wetland species with cattail the dominant plant. **Cattail** *(Typha angustifolia-Typha latifolia-(Typha domingensis))* **Herbaceous Vegetation**, page 434.

46b.  Little to no cattail *(Typha)* present, grasses, bulrushes *(Schoenoplectus* spp. = *Scirpus* or *Bolboschoenus*), or bur-reed *(Sparganium)* dominant, either singly or in combination with other species ........................................... (47)

47a.  Stand consists mostly of broadfruit bur-reed *(Sparganium eurycarpum)*. **Broadfruit bur-reed** *(Sparganium eurycarpum)* **Herbaceous Vegetation**, undescribed association, needing further verification.

47b.  Stand consists mostly of bulrushes *(Schoenoplectus* and *Scirpus* spp.)... (48)

48a.  Stand consists mostly of tall (>3 feet), round-stemmed bulrushes *(Schoenoplectus acutus* and *Schoenoplectus tabernaemontani,* = *Scirpus acutus* and *Scirpus tabernaemontani,* or *Schoenoplectus lacustris* ssp. *acutus* and *S.* ssp. *creber*, respectively), either in monotypic or mixed stands. **Hardstem bulrush-Softstem bulrush** *(Schoenoplectus acutus var. acutus-Schoenoplectus tabernaemontani)* **Herbaceous Vegetation**, page 416.

48b.  Stand dominated by shorter stature bulrushes, or if greater than 3 feet, then with triangular stems .............................................................................. (49)

49a.  Stand dominated by Nevada bulrush *(Scirpus nevadensis)*. **Nevada bulrush** *(Scirpus nevadensis (=Amphiscirpus nevadensis))* **Herbaceous Vegetation**, page 422.

49b.  Stand dominated by other bulrush species, with sharply-edged triangular stems ........................................................................................... (50)

50a.  Cosmopolitan bulrush *(Schoenoplectus maritimus =Scirpus maritimus = Bolboschoenus maritimus)* is the dominant wetland species. **Cosmopolitan bulrush** *(Schoenoplectus maritimus (=Bolboschoenus maritinus))* **Herbaceous Vegetation**, page 418.

50b.  Stand dominated by other bulrush species............................................. (51)

51a.  Stand dominated by common threesquare *(Schoenoplectus pungens = Scirpus pungens)*. **Common threesquare (Schoenoplectus pungens) Herbaceous Vegetation**, page 420.

51b.  Stand dominated by cloaked bulrush *(Scirpus pallidus)*. **Cloaked bulrush** *(Scirpus pallidus)* **Herbaceous Vegetation**, undescribed association, needing further verification.

46

52a.   Tall grass species, averaging over 3 feet tall (2-8 ft) dominate wetland.  Rice cutgrass *(Leersia oryzoides)* and fowl mannagrass *(Glyceria striata)*, although often shorter than 3 feet, may be taller and key here ................ (53)

52b.   Grasses or other dominant graminoids not over 3 feet tall ...................... (59)

53a.   Stands of moist floodplain benches on the eastern plains or on mud flats of larger rivers, or in small swales where there are pockets of clay soils ..... (54)

53b.   Stands in or near standing or running water ........................................... (55)

54a.   Stands of moist floodplain benches, dominated by big bluestem *(Andropogon gerardii)*, yellow indiangrass *(Sorghastrum nutans)*, and prairie cordgrass *(Spartina pectinata)*.  Restricted to Eastern Plains.  **Big bluestem/Yellow indiangrass-(Prairie cordgrass)** *(Andropogon gerardii-Sorghastrum nutans-(Spartina pectinata))* **Herbaceous Vegetation**, page 322.

54b.   Stand dominated by prairie cordgrass *(Spartina pectinata)* in nearly monotypic stands, often large areas on mud flats of larger rivers, or in small swales where there are pockets of clay.  Soils not necessarily alkaline.  **Prairie cordgrass** *(Spartina pectinata)* **Herbaceous Vegetation**, page 426.

55a.   Common reed *(Phragmites australis)* is the dominant grass, often reaching over 6 feet in height, occurs in small pockets on large floodplains (Colorado, Arkansas). Few other species are present in the stand.  **Common reed** *(Phragmites australis)* **Western North America Temperate Semi-natural Herbaceous Vegetation**, page 408.

55b.   Stand dominated by other grass species................................................. (56)

56a.   Reed canarygrass *(Phalaris arundinacea)* is the most abundant graminoid in the stand.  **Reed canarygrass** *(Phalaris arundinacea)* **Herbaceous Vegetation**, page 406.

56b.   Mannagrass *(Glyceria* spp.*)* or rice cutgrass *(Leersia oryzoides)* are the dominant plants ....................................................................................... (57)

57a.   Rice cutgrass *(Leersia oryzoides)* is the dominant grass.  **Rice cutgrass** *(Leersia oryzoides)* **Herbaceous Vegetation**, page 402.

57b.   Mannagrass *(Glyceria striata* or *G. grandis)* is the most abundant graminoid in the stand ............................................................................................. (58)

58a.   American mannagrass *(Glyceria grandis)* is present and is usually the most abundant plant in the stand, sometimes with equal cover with another species.  Usually below 8,000 feet, occasionally higher.  **American mannagrass** *(Glyceria grandis)* **Herbaceous Vegetation**, page 388.

58b.   American mannagrass *(Glyceria grandis)* is not present.  Fowl mannagrass *(Glyceria striata)* or seep monkeyflower *(Mimulus guttatus)* present and usually the most abundant species in the stand.  Usually above 8,000 feet.  **Fowl mannagrass-Seep monkeyflower** *(Glyceria striata-Mimulus guttatus)* **Herbaceous Vegetation**, page 390.

59a.   Stands occupying alkaline flats. Nuttall alkaligrass *(Puccinellia nuttalliana, =airoides)* always present, although forb species may sometimes provide more cover.  **Nuttall alkaligrass** *(Puccinellia nuttalliana)* **Herbaceous Vegetation**, page 412.

59b.   Stands may occur in a variety of habitats, including mud flats and sand bars within the active channel of the river; riparian habitat on more stable

47

surfaces, such as terraces, floodplains and stream banks; or depressions in these habitats or lake/pond margins or slopes .......................................... (60)

60a.  Stands on mud flats or sand bars within the active channel of the river .. (61)

60b.  Stands not in the active channel of a river or stream ............................... (62)

61a.  Stand dominated by alkali cordgrass *(Spartina gracilis)*, sandy and alkaline soils in stream channels and mud flats.  **Alkali cordgrass *(Spartina gracilis)* Herbaceous Vegetation**, page 424.

61b.  Stand dominated by other species.  Unclassified or described in another section of the key.

62a.  Stands of wet and disturbed sites, in gardens, farmyards, watering holes frequented by livestock, banks of irrigation ditches or moist waste places. Barnyard grass *(Echinochloa crus-galli)* is the dominant plant.  **Barnyard grass *(Echinochloa crus-galli)* Herbaceous Vegetation**, page 372.

62b.  Stands in depressions, on slopes, along streams, or on slightly raised terraces, sometimes forming larger meadows .......................................... (63)

63a.  Stand dominated by mountain rush *(Juncus balticus* var. *montanus)*, several species of grass are usually present as well.  A common type known throughout the state at many elevations.  A dark, sinuous band following the stream channel through a grassy meadow or around a pond is a good diagnostic clue for this type.  **Mountain rush *(Juncus balticus* var. *montanus)* Herbaceous Vegetation**, page 396.

63b.  Stand dominated by grasses, not rushes *(Juncus* spp.).  ......................... (64)

64a.  Stands of grassland playas, small depressions that are only occasionally flooded.  Potential playa association types, not described.  See page 11 for types needing further investigation.

64b.  Stands of other habitats ........................................................................ (65)

65a.  Stands of mud flats, often around beaver ponds or other drying ponds, dominated by shortawn foxtail *(Alopecurus aequalis)*.  May also occur in narrow strips or larger meadows along streams.  **Shortawn foxtail *(Alopecurus aequalis)* Herbaceous Vegetation**, page 320.

65b.  Bluejoint reedgrass *(Calamagrostis canadensis)*, tufted hairgrass *(Deschampsia caespitosa)*, inland saltgrass *(Distichlis spicata)*, alkali muhly *(Muhlenbergia asperifolia)*, redtop *(Agrostis gigantea)* pullup muhly *(Muhlenbergia filiformis)*, or foxtail barley *(Hordeum jubatum)* are dominant.  These may form large meadows on the plains or in the middle elevations of the mountains. ................................................................. (66)

66a.  Stands dominated by bluejoint reedgrass *(Calamagrostis canadensis)* or tufted hairgrass *(Deschampsia caespitosa)*.  May occur from the foothills zone into the subalpine *(Calamagrostis canadensis)* or the lower alpine *(Deschampsia caespitosa)* ................................................................. (67)

66b.  Stands dominated by other grasses, usually below 9,500 ft.................... (68)

67a.  Dense stand of grasses with bluejoint reedgrass *(Calamagrostis canadensis)* providing most of the cover.  **Bluejoint reedgrass *(Calamagrostis canadensis)* Herbaceous Vegetation**, page 328.

67b.  Tufted hairgrass *(Deschampsia caespitosa)* always present, in bunches. Forbs and other graminoids common and often abundant as well. On moist floodplains or drier slopes, subalpine and alpine elevations.  **Tufted**

48

**hairgrass *(Deschampsia caespitosa)* Herbaceous Vegetation**, page 368.

68a.    Stands restricted to sites with low salinity and alkalilnity, dominated by redtop *(Agrostis gigantea)*, often on streambanks, sometimes forming larger meadows.  **Redtop *(Agrostis gigantea)* Herbaceous Vegetation**, page 318.

68b.    Stands tolerant of saline and alkaline conditions, dominated by alkali muhly *(Muhlenbergia asperifolia)*, dropseed *(Sporobolus* spp*.)*, inland saltgrass *(Distichlis spicata)*, or foxtail barley *(Hordeum jubatum)* ...................... (69)

69a.    Stands usually below 6,000 ft, dominated by alkali muhly *(Muhlenbergia asperifolia)*, known only from the lower Purgatory, Apishapa, and Arkansas Rivers.  **Alkali muhly *(Muhlenbergia asperifolia)* Herbaceous Vegetation**, page 404.

69b.    Stand dominated by other grasses, may be higher or lower than 6,000 ft (70)

70a.    Stand dominated by inland saltgrass *(Distichlis spicata)*, forming low, near monotypic stands on alkaline flats in high montane valleys (e.g., San Luis Valley) or on the eastern plains.  In spring, stands may be in standing water.  **Inland saltgrass *(Distichlis spicata)* Herbaceous Vegetation**, page 370.

70b.    Stand not dominated by inland saltgrass *(Distichlis spicata)* .................. (71)

71a.    Stands of pure alkali sacaton *(Sporobolus airoides)*, occupying small, alkaline flats of larger rivers.  Observed on the San Miguel and Arkansas Rivers, and in South Park.  **Alkali sacaton *(Sporobolus airoides)* Herbaceous Vegetation**, page 428.

71b.    Stand not dominated by alkali sacaton *(Sporobolus airoides)* ................. (72)

72a.    Stand dominated by foxtail barley *(Hordeum jubatum)* in moist to wet meadows.  **Foxtail barley *(Hordeum (=Critesion) jubatum)* Herbaceous Vegetation**, page 394.

72b.    Not as above.  Unidentified association.

49

BLM_0035320

# WETLAND AND RIPARIAN
# PLANT ASSOCIATIONS OF COLORADO

The following pages contain photos, descriptions and stand data summary tables for 184 plant associations. Associations are arranged in seven groups:

| Group | Page |
|---|---|
| A: Evergreen Riparian Forests | 51 |
| B: Mixed Coniferous and Deciduous Forests and Woodlands | 83 |
| C: Deciduous Dominated Forests and Woodlands | 95 |
| D: Tall Willow Shrublands | 185 |
| E: Short Willow Shrublands | 239 |
| F: Non-Willow Shrublands | 265 |
| G: Herbaceous Vegetation | 315 |

**Descriptions** are ordered alphabetically by scientific name within group. In a few cases where an association occurs in more than one group, the description is included only in the first group. Many of these descriptions have been adapted from previous work by Kittel et al. (1999), and for brevity, citations in the original work have been omitted. Complete citation information can be found in the Community Characterization Abstracts in Carsey et al. (2003).

**Summary tables** show species occurring in aproximately 10% or more of plots. Species with average cover greater than or equal to 5% are listed first, in descending order of average percent cover. The number of plots these species were found in is shown on the right hand side of the table. Other species which were present with average cover less than 5% in at least 10% of plots are listed below in descending order of average percent cover, and their range of cover is shown in parentheses. In some instances, plots were assigned to an association when the dominant species occurred in the stand but did not actually appear in the plot sampled.

**Global and State ranks** are subject to change as more information is collected.

**Maps** show locations of plots used in this classification, and may not include all known occurrences of an association. In some instances, plots are close enough together to appear as a single dot.

A list of **undescribed associations**, which lack sufficient data for validation and/or description at this time, follows on page 440.

BLM_0035321

# GROUP A:
# EVERGREEN RIPARIAN FORESTS

| Association | Page |
|---|---|
| *Abies lasiocarpa-Picea engelmannii/Alnus incana* ssp. *tenuifolia*<br>Subalpine fir-Engelmann spruce/Thinleaf alder Forest | 52 |
| *Abies lasiocarpa-Picea engelmannii/Calamagrostis canadensis*<br>Subalpine fir-Engelmann spruce/Bluejoint reedgrass Forest | 54 |
| *Abies lasiocarpa-Picea engelmannii/Carex aquatilis*<br>Subalpine fir-Engelmann spruce/Water sedge Forest | 56 |
| *Abies lasiocarpa-Picea engelmannii/Equisetum arvense*<br>Subalpine fir-Engelmann spruce/Field horsetail Forest | 58 |
| *Abies lasiocarpa-Picea engelmannii/Mertensia ciliata*<br>Subalpine fir-Engelmann spruce/Tall fringed bluebells Forest | 60 |
| *Abies lasiocarpa-Picea engelmannii/Ribes* spp.<br>Subalpine fir-Engelmann spruce/Currant spp. Forest | 62 |
| *Abies lasiocarpa-Picea engelmannii/Salix drummondiana*<br>Subalpine fir-Engelmann spruce/Drummond willow Forest | 64 |
| *Juniperus scopulorum/Cornus sericea*<br>Rocky Mountain juniper/Red-osier dogwood Woodland | 66 |
| *Picea pungens/Alnus incana* ssp. *tenuifolia*<br>Blue spruce/Thinleaf alder Woodland | 68 |
| *Picea pungens/Betula occidentalis*<br>Blue spruce/River birch Woodland | 70 |
| *Picea pungens/Cornus sericea*<br>Blue spruce/Red-osier dogwood Woodland | 72 |
| *Picea pungens/Equisetum arvense*<br>Blue spruce/Field horsetail Woodland | 74 |
| *Pseudotsuga menziesii/Betula occidentalis*<br>Douglas-fir/River birch Woodland | 76 |
| *Pseudotsuga menziesii/Cornus sericea*<br>Douglas-fir/Red-osier dogwood Woodland | 78 |
| *Pseudotsuga menziesii/Symphoricarpos* spp.<br>Douglas-fir/Snowberry Forest | 80 |

BLM_0035322

**Subalpine fir - Engelmann spruce / Thinleaf alder Forest**

*Abies lasiocarpa - Picea engelmannii / Alnus incana* ssp. *tenuifolia*



**Global rank/State rank**
G5 / S5

**HGM subclass:**  R2, R3/4

**Colorado elevation range:**
7,200-10,300 ft (2,200-3,100 m)



<u>**General Description**</u>

Occurs on heavily forested stream reaches where *Abies lasiocarpa-Picea engelmannii* (subalpine fir-Engelmann spruce) forests also occur on adjacent hillslopes.  Tall *Alnus incana* ssp. *tenuifolia* (thinleaf alder) and *Salix drummondiana* (Drummond willow) grow in a thick band along the edge of the stream.  At lower elevations, *Alnus incana* is more abundant than *Salix drummondiana*.  At mid-elevations, the two shrubs can be codominant.  At higher elevations, *Salix drummondiana* becomes dominant and *Alnus incana* drops out, forming the *Abies lasiocarpa-Picea engelmannii/Salix drummondiana* plant association.

This is a common community on first- and second-order streams above 8,000 ft in elevation.  It is generally found on stream benches and banks in narrow, 150-800 ft (40-250 m) wide, V-shaped valleys.  Most commonly occurs within 15-20 ft (5-6 m) of the channel edge and is rarely more than 2 ft (0.5 m) above the stream bank.  Stream channels are narrow and steep, moderately wide with a moderate gradient or wide and very sinuous.

Soils are shallow, dark-colored, thin layers of loamy sands, silty loams, and sandy clay loams over cobbly alluvium.  There is generally a high organic matter content in the top 20 inches (50 cm) and mottles at 40 inches (100 cm), becoming skeletal at 60 inches (150 cm).

52

BLM_0035323

## Vegetation Description

*Picea engelmannii* (Engelmann spruce) and/or *Abies lasiocarpa* (subalpine fir) dominates the upper canopy, with *Picea engelmannii* present more often that *Abies lasiocarpa*. Other tree species such as *Picea pungens* (blue spruce), *Pinus contorta* (lodgepole pine), and *Populus tremuloides* (quaking aspen) are occasionally present. *Alnus incana* ssp. *tenuifolia* (thinleaf alder) is always present in the shrub canopy layer, and other shrubs are often present as well. The herbaceous undergrowth is usually rich in forb species, with an overall herbaceous cover of 20-70%.

## Ecological processes

This association appears to be a late-seral, or at least a long-lived, riparian community that may represent a successional change from deciduous-dominated overstory to a conifer-dominated overstory at lower elevations, a shift which may be attributed to a lack of flooding or other frequent disturbance. The successional process of the spruce-fir forest is slow (200 + years); factors such as fire frequency, wind-throw and insect attack can affect the composition and age structure of *Abies lasiocarpa* and *Picea engelmannii* stands.

| Avg. Cover % | (Range) | Species Name | # Plots (N=56) |
|---|---|---|---|
| 34 | (1-80%) | Alnus incana ssp. tenuifolia | 56 |
| 31 | (1-82%) | Picea engelmannii | 51 |
| 22 | (1-53%) | Cornus sericea ssp. sericea | 8 |
| 21 | (1-77%) | Abies lasiocarpa | 43 |
| 17 | (3-30%) | Salix geyeriana | 8 |
| 14 | (2-48%) | Pinus contorta | 9 |
| 12 | (1-32%) | Acer glabrum | 9 |
| 12 | (1-43%) | Corydalis caseana ssp. brandegeei | 7 |
| 9 | (0.1-95%) | Calamagrostis canadensis | 32 |
| 9 | (1-43%) | Equisetum arvense | 29 |
| 7 | (1-20%) | Salix drummondiana | 25 |
| 7 | (1-10%) | Picea pungens | 9 |
| 6 | (1-30%) | Lonicera involucrata | 40 |
| 5 | (0.1-15%) | Carex aquatilis | 9 |
| 5 | (1-21%) | Populus tremuloides | 15 |
| 5 | (1-20%) | Salix monticola | 6 |

Other species with < 5% average cover present in at least 10% of plots:
Heracleum maximum (0.1-25%), Oxypolis fendleri (1-34%), Mertensia ciliata (0.1-11%), Mertensia franciscana (1-7%), Amelanchier alnifolia (1-10%), Maianthemum racemosum ssp. amplexicaule (1-18%), Rubus parviflorus (1-10%), Streptopus amplexifolius var. chalazatus (1-8%), Pyrola asarifolia ssp. asarifolia (1-10%), Cardamine cordifolia (1-11%), Glyceria striata (1-14%), Ribes inerme (1-10%), Saxifraga odontoloma (1-10%), Symphyotrichum foliaceum (1-10%), Hydrophyllum fendleri (1-10%), Vaccinium scoparium (1-8%), Ribes lacustre (1-7%), Viola canadensis var. scopulorum (0.1-20%), Galium trifidum ssp. subbiflorum (1-10%), Equisetum pratense (1-6%), Osmorhiza depauperata (1-10%), Aconitum columbianum (1-10%), Actaea rubra ssp. arguta (1-8%), Senecio triangularis (1-9%), Arnica cordifolia (1-7%), Thalictrum fendleri (1-10%), Mitella pentandra (1-10%), Geranium richardsonii (1-8%), Rosa woodsii (1-7%), Chamerion angustifolium ssp. circumvagum (1-6%), Maianthemum stellatum (1-8%), Osmorhiza berteroi (1-3%), Dodecatheon pulchellum (1-5%), Galium triflorum (1-8%), Chaenactis douglasii (1-4%), Elymus glaucus (1-5%), Carex disperma (0.1-5%), Orthilia secunda (1-3%), Conioselinum scopulorum (0.1-5%), Rubus idaeus ssp. strigosus (1-3%), Luzula parviflora (0.1-4%), Taraxacum officinale (1-3%), Achillea millefolium var. occidentalis (1-5%), Poa pratensis (1-4%), Pyrola minor (1-3%), Geum macrophyllum var. perincisum (0.1-3%), Fragaria virginiana ssp. glauca (1-3%), Pseudocymopterus montanus (1-2%), Galium boreale (1-3%), Carex microptera (1-2%), Bromus ciliatus var. ciliatus (1%).

BLM_0035324

**Subalpine fir - Engelmann spruce / Bluejoint reedgrass Forest**

*Abies lasiocarpa - Picea engelmannii / Calamagrostis canadensis*



**Global rank/State rank:**
G5 / S3

**HGM subclass:** R2

**Colorado elevation range:**
8,600-9,800 ft (2,600-3,000 m)



## General Description

This association forms a heavily shaded forest with few shrubs and a thick carpet of grass. It is a minor plant association that occurs sporadically throughout the middle and northern Rocky Mountains and occasionally in the southern San Juan Mountains in southwest Colorado. The ground is wet and spongy and covered with moss and grasses.

Typical habitats for this association are narrow to wide valleys with moderate (5%) stream gradients. It occurs on moist toeslopes bordering streams and wet meadows about 1.5 ft (0.5 m) above the bankfull level of the channel. Water tables are usually high with standing water present in the growing season. Soils are typically poorly drained with fine sandy clay over a gravel or cobble layer.

## Vegetation Description

*Picea engelmannii* (Engelmann spruce) is usually the dominant overstory species. *Abies lasiocarpa* (subalpine fir) can occur with up to 50% cover. Shrub cover is generally low, shrubs may or may not be present. Shrub species occasionally present include *Alnus incana* ssp. *tenuifolia* (thinleaf alder) *Lonicera involucrata* (twinberry honeysuckle) *Salix drummondiana* (Drummond willow), and *Vaccinium myrtillus* (whortleberry).

*Calamagrostis canadensis* (bluejoint reedgrass) dominates the herbaceous understory and is always present with 20-95% cover. *Equisetum arvense* (field horsetail) is also usually present, with 3-20% cover. Other mesic graminoids present less often include *Glyceria striata* (fowl mannagrass), *Carex utriculata* (beaked sedge), *Carex aquatilis* (water sedge), and *Carex microptera* (small-wing sedge). Forb cover can be high or

54

BLM_0035325

low depending on site conditions.  Common forb species include *Senecio triangularis* (arrowleaf ragwort), *Heracleum maximum* (common cowparsnip) and *Ligusticum* (licorice-root) spp.

### Ecological processes

Many first- and second-order streams run through subalpine spruce-fir forests providing habitats for obligate riparian shrubs, forbs, and grasses, forming a number of riparian *Abies lasiocarpa-Picea engelmannii* (subalpine fir-Engelmann spruce) plant associations.  Although *Abies lasiocarpa* and *Picea engelmannii* are not obligate riparian species, the two species strongly influence subalpine riparian ecosystems.

Sites supporting this forest type are fairly wet.  As hydrologic conditions change, the understory will change to reflect wetter or drier conditions.

| Avg. Cover % | (Range) | Species Name | # Plots (N=8) |
|---|---|---|---|
| 39 | (20-95%) | Calamagrostis canadensis | 8 |
| 36 | (14-60%) | Picea engelmannii | 7 |
| 21 | (10-50%) | Abies lasiocarpa | 6 |
| 15 | (10-20%) | Carex utriculata | 2 |
| 13 | (5-20%) | Pinus contorta | 2 |
| 12 | (3-20%) | Equisetum arvense | 7 |
| 11 | (1-20%) | Glyceria striata | 2 |
| 9 | (3-20%) | Senecio triangularis | 4 |
| 7 | (1-20%) | Heracleum maximum | 4 |
| 7 | (3-10%) | Alnus incana ssp. tenuifolia | 2 |
| 7 | (3-10%) | Ligusticum porteri | 2 |
| 6 | (1-11%) | Ligusticum tenuifolium | 2 |
| 5 | (1-10%) | Saxifraga odontoloma | 3 |

**Other species with < 5% average cover present in at least 10% of plots:**
Streptopus amplexifolius var. chalazatus (1-10%), Lonicera involucrata (1-10%), Geranium richardsonii (1-10%), Ribes lacustre (3-5%), Mertensia ciliata (1-10%), Cardamine cordifolia (1-5%), Carex aquatilis (1-5%), Geum macrophyllum var. perincisum (1-10%), Oxypolis fendleri (1-5%), Rosa woodsii (1-5%), Aconitum columbianum (1-3%), Arnica cordifolia (1-3%), Carex disperma (0.1-5%), Fragaria virginiana ssp. glauca (1-3%), Carex microptera (1-3%), Chamerion angustifolium ssp. circumvagum (1-2%), Galium triflorum (1%), Orthilia secunda (1%), Vicia americana (1%), Bromus ciliatus var. ciliatus  (1%), Mitella pentandra (1%), Carex canescens (1%), Poa pratensis (1%), Veronica americana (1%), Pyrola minor (1%), Senecio serra var. serra (1%), Moneses uniflora (0.1-1%), Luzula parviflora (0.1-1%), Conioselinum scopulorum (0.1-1%).

BLM_0035326

**Subalpine fir - Engelmann spruce / Water sedge Forest**

*Abies lasiocarpa - Picea engelmannii / Carex aquatilis*



**Global rank/State rank:**
G4 / S3

**HGM subclass:** S1/2, R2, R3/4?

**Colorado elevation range:**
7,600-10,100 ft (2,300-3,080 m)



<u>**General Description**</u>

This association is a shaded forest with few to no shrubs and a thick to open carpet of *Carex aquatilis* (water sedge) along the stream banks.  It occurs below 10,000 ft (3,000 m) on saturated soils along narrow streams and adjacent to willow carrs and sedge fens.  The undergrowth of this association is dominated by *Carex aquatilis* (water sedge) with *Calamagrostis canadensis* (bluejoint reedgrass) as an occasional a co-dominant.

In Colorado, this association occurs on the margins of subalpine willow carrs and sedge fens and adjacent to moderate gradient, narrow streams.  Soils are organic or sandy clay loams.

<u>**Vegetation Description**</u>

*Picea engelmannii* (Engelmann spruce) is usually the dominant overstory species in this plant association with 13-35% cover.  *Abies lasiocarpa* (subalpine fir) can also be present with 7-70% cover.  At lower elevations, *Populus angustifolia* (narrowleaf cottonwood), *Populus tremuloides* (quaking aspen) and even *Populus* x *acuminata* (lanceleaf cottonwood) may be present and mixed with the conifer overstory.  The shrub cover is minor but diverse, with *Lonicera involucrata* (twinberry honeysuckle), *Juniperus communis* (common juniper), *Salix bebbiana* (Bebb willow), *Salix monticola* (mountain willow), *Salix planifolia* (planeleaf willow), and *Betula occidentalis* (river birch).

56

BLM_0035327

The herbaceous understory dominated by 10-80% cover of *Carex aquatilis* (water sedge) is the diagnostic indicator vegetation layer for this association. No other single herbaceous species exceeds it in abundance. Forbs can be abundant or sparse.

## Ecological Processes

The *Abies lasiocarpa-Picea engelmannii/Carex aquatilis* plant association is considered to be a climax community when it occurs along the edges of wet willow carrs and sedge fens. One theory of succession suggests that as ponds begin to dry, a fibrous mat forms, allowing terrestrial species such as sedges to become established. As ponds continue to fill in and the water level lowers, *Carex aquatilis* becomes the dominant sedge. As the area dries more and the water table lowers, conifers such as *Abies lasiocarpa* and *Picea engelmannii* become established.

| Avg. Cover % | (Range) | Species Name | # Plots (N=6) |
|---|---|---|---|
| 34 | (3-80%) | Carex aquatilis | 6 |
| 28 | (7-70%) | Abies lasiocarpa | 3 |
| 25 | (13-35%) | Picea engelmannii | 5 |
| 18 | (10-25%) | Pinus contorta | 2 |
| 8 | (3-16%) | Calamagrostis canadensis | 4 |
| 7 | (3-10%) | Carex norvegica | 2 |
| 6 | (1-10%) | Salix planifolia | 3 |
| 6 | (1-13%) | Saxifraga odontoloma | 3 |
| 5 | (1-10%) | Equisetum arvense | 3 |

**Other species with < 5% average cover present in at least 10% of plots:**
Caltha leptosepala (1-9%), Streptopus amplexifolius var. chalazatus (1-6%), Chamerion angustifolium ssp. circumvagum (1-5%), Mertensia ciliata (1-5%), Senecio triangularis (1-6%), Carex disperma (1-4%), Salix monticola (1-4%), Cardamine cordifolia (1-3%), Lonicera involucrata (1-5%), Luzula parviflora (0.1-4%), Rosa woodsii (1-3%), Rhodiola rhodantha (1-2%), Fragaria virginiana ssp. glauca (1%), Salix bebbiana (1%), Mitella pentandra (1%), Taraxacum officinale (1%), Vaccinium scoparium (0.1-1%).



*Picea engelmannii*

BLM_0035328

## Subalpine fir - Engelmann spruce / Field horsetail Forest
### *Abies lasiocarpa - Picea engelmanni / Equisetum arvense*



**Global rank/State rank:**
G4 / S2

**HGM subclass:** R2, R3/4

**Colorado elevation range:**
8,400-9,500 ft (2,600-2,900 m)



### General Description

The *Abies lasiocarpa-Picea engelmannii/Equisetum arvense* (subalpine fir-Engelmann spruce/field horsetail) plant association is a shaded, moist forest with few to almost no shrubs present and an open carpet of *Equisetum arvense* (field horsetail) along the stream bank. It occurs below 10,000 ft (3,000 m) and is often a disturbance (flooding) dependent community. However, in some situations this association may persist for long periods in the absense of disturbance.

Although this is a widespread community extending from British Columbia through the U.S. to northern Colorado, it is relatively rare in Colorado, where it occurs in the northern and central mountains. In the Routt National Forest, this plant association occurs on low terraces along low to moderate gradient streams. Soils are sandy with a gravel layer near the surface.

### Vegetation Description

*Picea engelmannii* (Engelmann spruce) is the dominant overstory species and is present in all stands. *Abies lasiocarpa* (subalpine fir) is often present with a lower average cover. Total shrub canopy is low, and includes species such as *Alnus incana* ssp. *tenuifolia* (thinleaf alder), *Salix geyeriana* (Geyer willow) and *Lonicera involucrata* (twinberry honeysuckle). *Equisetum arvense* (field horsetail) is the characteristic and always dominant herbaceous species. Other herbaceous species typically present include *Calamagrostis canadensis* (Bluejoint reedgrass), *Senecio triangularis* (arrowleaf ragwort), *Oxypolis fendleri* (Fendler cowbane), *Mertensia ciliata* (tall fringed bluebells), *Saxifraga odontoloma* (brook saxifrage), *Geranium richardsonii* (Richardson geranium), and *Carex aquatilis* (water sedge).

58

Adjacent riparian areas include *Abies lasiocarpa-Picea engelmannii* (subalpine fir-Engelmann spruce) forests and *Salix drummondiana* (Drummond willow) shrublands.

## Ecological processes

In Utah, Idaho, and western Wyoming, the *Abies lasiocarpa-Picea engelmannii/Equisetum arvense* (subalpine fir-Engelmann spruce/field horsetail) plant association is considered a late-seral to climax stage community.  In Colorado, this association is considered an early-seral type.  The association is dependent on flood disturbance (deposition of sand and silt) to maintain the understory dominance of *Equisetum arvense* (field horsetail).  With larger disturbances, *Populus tremuloides* (quaking aspen) and *Populus angustifolia* (narrowleaf cottonwood) will become established. Without flood disturbance, the site will remain dominated by *Abies lasiocarpa* and *Picea engelmannii*.



*Abies lasiocarpa*

| Avg. Cover % | (Range) | Species Name | # Plots (N=8) |
|---|---|---|---|
| 39 | (19-70%) | Equisetum arvense | 8 |
| 28 | (9-50%) | Picea engelmannii | 8 |
| 11 | (1-20%) | Vaccinium scoparium | 2 |
| 10 | (3-27%) | Abies lasiocarpa | 6 |
| 10 | (5-16%) | Geranium richardsonii | 3 |
| 10 | (1-30%) | Heracleum maximum | 6 |
| 9 | (1-15%) | Alnus incana ssp. tenuifolia | 6 |
| 8 | (1-20%) | Calamagrostis canadensis | 7 |
| 8 | (3-13%) | Salix drummondiana | 2 |
| 6 | (1-10%) | Carex aquatilis | 2 |
| 5 | (3-10%) | Chamerion angustifolium ssp. circumvagum | 3 |
| 5 | (1-15%) | Cardamine cordifolia | 4 |
| 5 | (1-10%) | Senecio triangularis | 6 |

**Other species with < 5% average cover present in at least 10% of plots:**
Oxypolis fendleri (1-11%), Mertensia ciliata (1-11%), Salix monticola (1-7%), Orthilia secunda (2-6%), Saxifraga odontoloma (1-10%), Aconitum columbianum (1-10%), Lonicera involucrata (1-8%), Ribes lacustre (1-5%), Osmorhiza depauperata (1-4%), Caltha leptosepala (1-5%), Streptopus amplexifolius var. chalazatus (0.1-5%), Mitella pentandra (1-5%), Carex microptera (1-2%), Salix planifolia (1-2%), Fragaria virginiana ssp. glauca (1-3%), Taraxacum officinale (1-2%), Geum macrophyllum var. perincisum (0.1-2%), Arnica cordifolia (1-1%), Moneses uniflora (1%), Juncus balticus var. montanus (1%), Juncus drummondii (1%), Conioselinum scopulorum (1%), Viola canadensis var. scopulorum (1%), Galium triflorum (1%), Pyrola minor (1%), Platanthera hyperborea var. hyperborea (1%), Luzula parviflora (0.1-1%), Rosa woodsii (0.1-1%), Glyceria striata (0.1-1%), Fragaria vesca ssp. bracteata (0.1%).

59

BLM_0035330

## Subalpine fir - Engelmann spruce / Tall fringed bluebells Forest

*Abies lasiocarpa - Picea engelmannii / Mertensia ciliata*



**Global rank/State rank:**
G5 / S5

**HGM subclass:** S1/2?, R2,
R3/4

**Colorado elevation range:**
8,200-11,500 ft (2,500-3,500 m)



### General Description

This association is a heavily shaded forest with no shrubs and a thick line of wildflowers lining the stream edge. It is a common community in the subalpine zone along first- and second-order streams. *Mertensia ciliata* (tall fringed bluebells) is nearly always present but can be absent. Other forbs consistently present include *Cardamine cordifolia* (heartleaf bittercress), *Saxifraga odontoloma* (brook saxifrage) and *Senecio triangularis* (arrowleaf ragwort). *Salix drummondiana* (Drummond willow), *Lonicera involucrata* (twinberry honeysuckle), and *Ribes* (currant) species can be present, but with less than 10% cover. At high elevations, *Vaccinium myrtillus* (whortleberry), typically an upland species, can intergrade with this riparian plant association on the stream banks. This is a common plant association throughout the southern Rocky Mountains of Colorado and occurs in all mountain ranges and National Forests in Colorado, comprising approximately 2,000+ miles of stream habitat in Colorado alone.

This association occurs in narrow to wide valleys, 35-350 feet (10-100 m) wide, and is limited to the immediate stream channel edge and overflow areas. It usually establishes within 15 feet (5 m) of the channel and within 2 feet (0.5 m) of channel bankfull height. Typically this association occurs along steep (2-15% gradient), narrow streams, but can also be found along moderate gradient stretches. Soils range from a thin layer of skeletal sandy loams to somewhat deep, mottled loamy sands over colluvial boulders. Total soil depth is never more than 7 feet (2 m), and is typically less than 3 feet (1 m). Consistent to all profiles is a deep, dark brown color and high organic content.

### Vegetation Description

Either *Picea engelmannii* (Engelmann spruce) or *Abies lasiocarpa* (subalpine fir) is present, although they are not always present together. The tree canopy can be very

60

BLM_0035331

thick, completely overhanging the stream, or it can be quite open, with a wide gap over the stream. There is generally very little shrub cover. *Vaccinium myrtillus* (whortleberry), can be abundant, but it was present in only a third of the stands sampled. Other shrub species that may be present include *Salix drummondiana* (Drummond willow), *S. planifolia* (planeleaf willow), *S. monticola* (mountain willow), *Alnus incana* ssp. *tenuifolia* (thinleaf alder), *Lonicera involucrata* (twinberry honeysuckle), and several *Ribes* (currant) species.

The dense, mossy forb layer is the diagnostic part of this vegetation type. The forb layer is usually very narrow, often well under 3 ft (1 m) wide, clinging to and undulating with the side of the narrow stream channel. It is species-rich with 20-80% total combined forb cover. No single forb species is consistently present in every stand, however, a distinct suite of species is present in varying combinations.

## Ecological Processes

Many first- and second-order streams run through subalpine spruce-fir forests providing habitats for obligate riparian shrubs, forbs, and grasses, forming a number of riparian *Abies lasiocarpa - Picea engelmannii* (subalpine fir-Engelmann spruce) plant associations. Although *Abies lasiocarpa* and *Picea engelmannii* are not obligate riparian species, the two species strongly influence subalpine riparian ecosystems.

| Avg. Cover % | (Range) | Species Name | # Plots (N=92) |
|---|---|---|---|
| 33 | (1-100%) | Picea engelmannii | 89 |
| 17 | (1-90%) | Abies lasiocarpa | 79 |
| 13 | (2-24%) | Alnus incana ssp. tenuifolia | 12 |
| 10 | (1-50%) | Senecio triangularis | 70 |
| 10 | (1-50%) | Vaccinium myrtillus var. oreophilum | 31 |
| 10 | (1-50%) | Cardamine cordifolia | 82 |
| 9 | (1-20%) | Ribes lacustre | 14 |
| 9 | (1-53%) | Mertensia ciliata | 80 |
| 7 | (1-56%) | Saxifraga odontoloma | 66 |
| 7 | (1-21%) | Vaccinium scoparium | 17 |
| 7 | (1-20%) | Oxypolis fendleri | 72 |
| 6 | (1-20%) | Trollius laxus ssp. albiflorus | 15 |
| 5 | (1-27%) | Ribes montigenum | 18 |
| 5 | (1-37%) | Carex aquatilis | 26 |

**Other species with < 5% average cover present in at least 10% of plots:**
Calamagrostis canadensis (1-40%), Caltha leptosepala (1-20%), Salix planifolia (1-20%), Salix drummondiana (1-10%), Streptopus amplexifolius var. chalazatus (1-18%), Erigeron peregrinus ssp. callianthemus (1-10%), Equisetum arvense (1-20%), Salix monticola (1-20%), Arnica mollis (1-16%), Arnica cordifolia (1-29%), Lonicera involucrata (1-20%), Heracleum maximum (1-20%), Mitella pentandra (1-15%), Ligusticum porteri (1-10%), Aconitum columbianum (1-10%), Geranium richardsonii (1-15%), Conioselinum scopulorum (1-16%), Deschampsia caespitosa (1-11%), Bromus ciliatus var. ciliatus  (1-10%), Juncus balticus var. montanus (1-5%), Maianthemum stellatum (1-3%), Chamerion angustifolium ssp. circumvagum (1-10%), Orthilia secunda (1-7%), Osmorhiza depauperata (1-6%), Polygonum bistortoides (1-3%), Achillea millefolium var. occidentalis (1-5%), Fragaria virginiana ssp. glauca (1-5%), Luzula parviflora (1-10%), Juncus drummondii (1-5%), Poa pratensis (1-4%), Rhodiola rhodantha (1-4%), Taraxacum officinale (1-6%), Viola canadensis var. scopulorum (1-4%), Pyrola minor (1-3%), Listera cordata (1-2%), Veronica wormskjoldii (1-2%), Platanthera dilatata var. albiflora (1%).

61

BLM_0035332

## Subalpine fir - Engelmann spruce / Currant spp. Forest
### *Abies lasiocarpa - Picea engelmannii / Ribes* spp.



**Global rank/State rank:**
G5 / S3

**HGM subclass:** R2, R3/4?

**Colorado elevation range:**
8,300-12,200 ft (2,500-3,700 m)



### General Description

The *Abies lasiocarpa-Picea engelmannii/Ribes* spp. (subalpine fir-Engelmann spruce/Currant spp.) association forms a heavily shaded forest with a very open shrub layer of just a few individual shrubs. This association has a wide elevational range, and is a common and facultative riparian community. It occurs along steep or moderate gradient streams where the riparian area is narrow and dominated by species of the surrounding forest. *Abies lasiocarpa* (subalpine fir) and *Picea engelmannii* (Engelmann spruce) dominate the tree canopy, while *Ribes* (currant) species dominate the shrub layer.

This is a small community in Colorado, occuring throughout mountainous regions of the state. It has been documented from the Flat Tops Plateau in the White and Colorado River Basins and in the San Juan, Rio Grande, Gunnison, White River, Routt, San Isabel and Pike National Forests. In Colorado, this plant association occurs along narrow to moderately wide streams in steep ravines and valleys. Stream channels are narrow and steep or moderately wide and sinuous with a moderate gradient. Soils are sands or loam over sand, gravel, and cobbles.

### Vegetation Description

This community is very similar to the *Abies lasiocarpa-Picea engelmannii/Mertensia ciliata* plant association, with a similar overstory and herbaceous characteristics. The difference lies in the consistent presence of a shrub layer with *Ribes* spp. often as the dominant species. *Abies lasiocarpa* (subalpine fir) and *Picea engelmannii* (Engelmann spruce) dominate the tree canopy.

The shrub layer is dominated by 1-50% cover of usually one and occasionally a mix of any of the following *Ribes* (currant) species: *Ribes inerme* (whitestem gooseberry), *R. lacustre* (prickly currant), *R. montigenum* (gooseberry currant), or *R. wolfii* (Wolf

62

BLM_0035333

currant). Other shrubs that may be present include *Lonicera involucrata* (twinberry honeysuckle) and *Sorbus scopulina* (mountain ash). Willows may be present along the stream edge (usually less abundant than the *Ribes*), and can include *Salix drummondiana* (Drummond willow), *S. monticola*, (mountain willow) *S. bebbiana* (Bebb willow), or *S. boothii* (Booth willow). A variable forb layer is present.

## Ecological Processes

Many first- and second-order streams run through subalpine spruce-fir forests providing habitats for obligate riparian shrubs, forbs, and grasses, forming a number of riparian *Abies lasiocarpa-Picea engelmannii* (subalpine fir-Engelmann spruce) plant associations. Although *Abies lasiocarpa* and *Picea engelmannii* are not obligate riparian species, the two species strongly influence subalpine riparian ecosystems.



*Ribes inerme*

| Avg. Cover % | (Range) | Species Name | # Plots (N=14) |
|---|---|---|---|
| 21 | (1-50%) | Picea engelmannii | 14 |
| 18 | (5-38%) | Abies lasiocarpa | 13 |
| 12 | (1-20%) | Ribes wolfii | 3 |
| 12 | (1-30%) | Lonicera involucrata | 13 |
| 12 | (3-22%) | Ribes inerme | 6 |
| 12 | (1-20%) | Ribes lacustre | 4 |
| 11 | (4-20%) | Ribes montigenum | 4 |
| 10 | (1-40%) | Ribes laxiflorum | 5 |
| 7 | (1-17%) | Sorbus scopulina | 4 |
| 6 | (3-10%) | Salix drummondiana | 5 |
| 6 | (1-13%) | Actaea rubra ssp. arguta | 3 |
| 5 | (2-10%) | Mertensia franciscana | 3 |
| 5 | (1-12%) | Oxypolis fendleri | 3 |
| 5 | (1-14%) | Geranium richardsonii | 12 |
| 5 | (1-10%) | Chamerion angustifolium ssp. circumvagum | 6 |
| 5 | (1-20%) | Senecio triangularis | 11 |

**Other species with < 5% average cover present in at least 10% of plots:**
Cardamine cordifolia (1-10%), Heracleum maximum (1-10%), Erigeron coulteri (1-7%), Mertensia ciliata (1-10%), Aconitum columbianum (1-10%), Mitella pentandra (1-5%), Carex microptera (1-5%), Conioselinum scopulorum (1-5%), Arnica cordifolia (1-5%), Rubus idaeus ssp. strigosus (1-5%), Alnus incana ssp. tenuifolia (1-5%), Saxifraga odontoloma (1-9%), Streptopus amplexifolius var. chalazatus (1-10%), Vaccinium myrtillus var. oreopholum (1-6%), Sambucus racemosa var. racemosa (1-5%), Vaccinium scoparium (1-6%), Equisetum arvense (1-5%), Calamagrostis canadensis (1-5%), Hydrophyllum fendleri (1-3%), Achillea millefolium var. occidentalis (1-5%), Mimulus guttatus (1-5%), Polemonium pulcherrimum ssp. delicatum (1-5%), Maianthemum stellatum (1-7%), Fragaria virginiana ssp. glauca (1-6%), Bromus ciliatus var. ciliatus (1-5%), Deschampsia caespitosa (1-5%), Urtica dioica ssp. gracilis (1-3%), Galium triflorum (1-3%), Orthilia secunda (1-3%), Thalictrum fendleri (1-3%), Viola canadensis var. scopulorum (1-2%), Osmorhiza depauperata (1-2%), Luzula parviflora (1%), Geum macrophyllum var. perincisum (1%), Taraxacum officinale (1%), Erigeron elatior (1%), Elymus glaucus (1-%), Angelica grayi (1%), Galium boreale (1%), Poa reflexa (1%), Poa pratensis (1%).

63

BLM_0035334

# Subalpine fir - Engelmann spruce / Drummond willow Forest
## *Abies lasiocarpa - Picea engelmannii / Salix drummondiana*



**Global rank/State rank:**
G5 / S4

**HGM subclass:** R2, R3/4

**Colorado elevation range:**
8,400-10,900 ft (2,600-3,300 m)



## General Description

This association is a heavily forested type found along second and third-order streams above 8,400 ft (2,600 m) where *Abies lasiocarpa-Picea engelmannii* (subalpine fir-Engelmann spruce) forests also occur on adjacent hillslopes. Tall *Alnus incana* ssp. *tenuifolia* (thinleaf alder) and *Salix drummondiana* (Drummond willow) grow in a thick band along the edge of the stream. At lower elevations, *Alnus incana* is more abundant than *Salix drummondiana*. At mid-elevations, the two shrubs can be co-dominant. At higher elevations, *Salix drummondiana* becomes dominant and *Alnus incana* drops out, forming the *Abies lasiocarpa-Picea engelmannii/Salix drummondiana* plant association. *Picea pungens* (blue spruce) is occasionally present at the stream edge and represents a variation of this type.

This common and well-documented plant association occurs in the San Juan Mountains and the Colorado, Gunnison, Arkansas, and South Platte River Basins. It is commonly found on steep (2-25% gradient), narrow (<35 ft, 10 m), first-order streams in moderate to deep V-shaped valleys. The thick shrub canopy is restricted to a narrow band along the rocky stream bank. It can also occur in wider valleys along moderate gradient reaches with channel bottoms that range from bedrock to gravel and one site in the Gunnison River Basin occurs along a braided stream channel. Soils are typically shallow (<3 ft, 1 m) sandy loams to sandy clay loams packed between large angular boulders and cobbles with a thin layer of partially decomposed organic matter under the litter layer.

## Vegetation Description

This association does not generally form a mosaic and is often the only riparian association along a stream reach. It typically has a dense canopy of 20-90% cover of *Abies lasiocarpa* (subalpine fir) and/or *Picea engelmannii* (Engelmann spruce). *Picea*

64

BLM_0035335

*pungens* (blue spruce) is occasionally present in lower elevation, wet stands, and *Pinus contorta* (lodgepole pine) may be present in drier, early-seral stands. *Salix drummondiana* (Drummond willow) is always present as part of a narrow but dense strip of shrubs. Other shrubs that occur with less frequency include *Salix monticola* (mountain willow), *Salix brachycarpa* (barrenground willow), *Salix planifolia* (planeleaf willow), *Lonicera involucrata* (twinberry honeysuckle), *Alnus incana* ssp. *tenuifolia* (thinleaf alder) and *Cornus sericea* (red-osier dogwood). The dense herbaceous undergrowth is formed by a variety of species.

## Ecological Processes

The dense overstory, thick shrub canopy, and thick forb undergrowth of this association indicate that it is late-seral. High forb cover suggests that with time, further upper canopy closure, and a continued high water table, this association may shift to an *Abies lasiocarpa-Picea engelmannii/Mertensia ciliata* (subalpine fir/bluebells) plant association. With a more open forest canopy, shrubs such as *Alnus incana* ssp. *tenuifolia* (thinleaf alder) or *Salix drummondiana* (Drummond willow) may have higher abundance. Stands with high cover of both *Salix drummondiana* and *Alnus incana* in the understory may be transitional as *Salix drummondiana* replaces *Alnus incana* at higher elevations.

| Avg. Cover % | (Range) | Species Name | # Plots (N=55) |
|---|---|---|---|
| 36 | (1-90%) | Salix drummondiana | 53* |
| 32 | (3-100%) | Picea engelmannii | 52 |
| 15 | (1-40%) | Alnus incana ssp. tenuifolia | 15 |
| 13 | (3-21%) | Pinus contorta | 11 |
| 12 | (1-40%) | Populus tremuloides | 11 |
| 10 | (1-40%) | Salix monticola | 29 |
| 10 | (1-36%) | Abies lasiocarpa | 37 |
| 9 | (1-34%) | Vaccinium myrtillus var. oreophilum | 7 |
| 7 | (1-20%) | Heracleum maximum | 34 |
| 7 | (1-30%) | Ribes inerme | 8 |
| 7 | (1-12%) | Picea pungens | 8 |
| 6 | (1-44%) | Streptopus amplexifolius var. chalazatus | 14 |
| 6 | (1-30%) | Calamagrostis canadensis | 31 |
| 6 | (1-31%) | Lonicera involucrata | 38 |
| 6 | (1-19%) | Equisetum arvense | 22 |
| 6 | (1-30%) | Mertensia ciliata | 41 |
| 6 | (1-12%) | Salix bebbiana | 7 |
| 5 | (1-13%) | Carex aquatilis | 11 |
| 5 | (1-27%) | Salix brachycarpa | 8 |
| 5 | (1-30%) | Senecio triangularis | 29 |

**Other species with < 5% average cover present in at least 10% of plots:**

Oxypolis fendleri (1-16%), Orthilia secunda (1-12%), Cardamine cordifolia (1-15%), Mertensia franciscana (1-12%), Symphoricarpos oreophilus (1-10%), Arnica cordifolia (1-13%), Equisetum pratense (1-14%), Rosa woodsii (1-10%), Geranium richardsonii (1-12%), Ligusticum porteri (1-10%), Saxifraga odontoloma (1-17%), Chamerion latifolium (1-6%), Viola canadensis var. scopulorum (1-17%), Carex disperma (1-13%), Chamerion angustifolium ssp. circumvagum (1-9%), Conioselinum scopulorum (1-12%), Maianthemum stellatum (1-20%), Actaea rubra ssp. arguta (1-8%), Galium triflorum (1-8%), Taraxacum officinale (1-10%), Juncus compressus (1-3%), Aconitum columbianum (1-10%), Osmorhiza depauperata (1-10%), Fragaria virginiana ssp. glauca (1-5%), Poa pratensis (1-7%), Thalictrum fendleri (1-10%), Rubus idaeus ssp. strigosus (1-5%), Pseudocymopterus montanus (1-8%), Pyrola minor (1-3%), Deschampsia caespitosa (1-3%), Mitella pentandra (1-3%), Geum macrophyllum var. perincisum (1-3%), Galium boreale (1-3%), Achillea millefolium var. occidentalis (1-10%), Luzula parviflora (1-3%), Polygonum viviparum (1-3%), Mimulus guttatus (1-2%), Polygonum bistortoides (1-2%).

* Salix drummondiana occurred in all stands, but was not captured in every sample plot.

BLM_0035336

# Rocky Mountain juniper / Red-osier dogwood Woodland

### *Juniperus scopulorum / Cornus sericea*



**Global rank/State rank:**
G4 / S2

**HGM subclass:** R3/4

**Colorado elevation range:**
6,400-6,900 ft (2,000-2,100 m)



### General Description

This association has an open canopy of *Juniperus scopulorum* (Rocky Mountain juniper) and an occasional upland species, such as *Juniperus osteosperma* or *J. monosperma* (Utah or one-seed juniper). The understory contains few shrubs and little herbaceous growth. This plant association is common along desert streams and arroyos and can occur on upper terraces with *Populus angustifolia-Juniperus scopulorum* (narrowleaf cottonwood-Rocky Mountain juniper) on the lower floodplain. Although *Cornus sericea* (red-osier dogwood) was present in fewer than half of the plots sampled, the overall species composition closely matches the *Juniperus scopulorum/Cornus sericea* (Rocky Mountain juniper/red-osier dogwood) type described from Montana.

This plant association appears to be limited to a distinct band at the high water mark of gently meandering, moderate-gradient stream channels having little to moderate floodplain development. Stands sampled along the Colorado River appeared to be mature, relic stands surviving only on upper stream banks and terraces approximately 7 ft (2 meters) above the active stream channel. Only a few stands of this community have been documented in Colorado.

The shallow soils are derived from coarse alluvial substrates. Soil textures are sandy clay loams to sandy loams with a high percentage of coarse fragments.

### Vegetation Description

The upper canopy is dominated by *Juniperus scopulorum* (Rocky Mountain juniper) (30-80% cover) with a few scattered *Populus angustifolia* (narrowleaf cottonwood) (<10%) individuals. The shrub layer is very patchy along the streambank. *Cornus sericea* (red-osier dogwood) is the most frequently present shrub species (40% constancy). Other infrequently encountered shrubs, with an average of about 1%

66

BLM_0035337

cover, include *Quercus gambelii* (Gambel oak), *Rhus trilobata* (skunkbush sumac), *Rosa woodsii* (Woods rose), *Salix exigua* (sandbar willow), *S. monticola* (mountain willow), and *Symphoricarpos oreophilus* (mountain snowberry).

The herbaceous undergrowth occurs within the shade of the tree canopy as well as on exposed point bars. No species were consistently present, but commonly encountered native species ranging from 1-8% cover include *Panicum virgatum* (switchgrass), *Equisetum hyemale* (scouringrush horsetail), and *Equisetum arvense* (field horsetail). Commonly present non-native grasses include *Agrostis stolonifera* (creeping bentgrass), *Poa pratensis* (Kentucky bluegrass), and *Elytrigia repens* (quackgrass). Forb cover is sparse and consists of only a few scattered individuals.

### Ecological Processes

In riparian areas, *Juniperus scopulorum* (Rocky Mountain juniper) generally occurs with *Populus angustifolia* (narrowleaf cottonwood). However, in narrow, V-shaped canyons and at the margins of older terraces in wider valleys, *Juniperus scopulorum* can occur as the single dominant tree species. The *Populus angustifolia-Juniperus scopulorum* (narrowleaf cottonwood-Rocky Mountain juniper) plant association may convert to *Juniperus scopulorum* as *Populus angustifolia* dies and does not regenerate. Therefore, the dominance of *Juniperus scopulorum* indicates a late seral stage of a riparian community.



**Juniperus scopulorum**

| Avg. Cover % | (Range) | Species Name | # Plots (N=5) |
|---|---|---|---|
| 52 | (34-81%) | Juniperus scopulorum | 5 |
| 16 | (1-30%) | Cornus sericea | 2 |
| 15 | (14-15%) | Agrostis stolonifera | 2 |
| 7 | (1-10%) | Poa pratensis | 3 |
| 6 | — | Elymus repens | 1 |
| 5 | — | Pinus edulis | 1 |
| 5 | (2-7%) | Medicago lupulina | 2 |

**Other species with < 5% average cover present in at least 10% of plots:**
Panicum virgatum (1-8%), Melilotus officinalis (4%), Equisetum arvense (1-7%), Elymus elymoides (3%), Maianthemum stellatum (3%), Phalaris arundinacea (3%), Equisetum hyemale var. affine (1-8%), Trifolium repens (2-3%), Juncus balticus var. montanus (1-3%), Eleocharis palustris (1-3%), Pseudotsuga menziesii (1-3%), Antennaria rosulata (2%), Pascopyrum smithii (2%), Leymus cinereus (1-3%), Lepidium virginicum (1-2%), Achillea millefolium var. occidentalis (1%), Salix exigua (1%), Taraxacum officinale (1%), Rhus trilobata var. trilobata (1%), Thlaspi montanum (1%), Allium cernuum (1%), Artemisia frigida (1%), Campanula rotundifolia (1%), Carex utriculata (1%), Descurainia incana (1%), Symphoricarpos oreophilus (1%), Salix monticola (1%), Heterotheca villosa (1%), Physaria floribunda (1%), Rosa woodsii (1%), Juniperus monosperma (1%), Ribes inerme (1%), Quercus gambelii (1%), Populus angustifolia (1%), Mertensia ciliata (1%), Hesperostipa comata (1%).

67

BLM_0035338

**Blue spruce / Thinleaf alder Woodland**

*Picea pungens / Alnus incana* ssp. *tenuifolia*



**Global rank/State rank:**
G3 / S3

**HGM subclass:**
R2, R3/4

**Colorado elevation range:**
6,100-10,650 ft (1,900-3,200 m)



<u>General Description</u>

The *Picea pungens/Alnus incana* ssp. *tenuifolia* (blue spruce/thinleaf alder) plant association occurs in montane riparian areas in Colorado. It occurs in deep, shaded canyons and narrow valleys along relatively straight stream reaches. It generally forms small patches, but can be continuous for several river miles.

This plant association occurs along narrow to moderately wide floodplains and stream benches in canyons subject to cold air drainage and limited sunlight. Stream channels are steep and narrow, moderately broad and slightly sinuous, or broad and highly sinuous. Soils are generally shallow and range from loamy sand to silty clay loams with heavy organic matter content over gravel, cobbles, and boulders.

<u>Vegetation Description</u>

*Picea pungens* (blue spruce) dominates the overstory with 1-70% cover. There are typically many seedling and saplings as well as mature trees. *Abies lasiocarpa* (subalpine fir) is usually present with up to 50% cover. Other tree species that occurred in half or fewer of the stands sampled include *Picea engelmannii* (Engelmann spruce), *Populus tremuloides* (quaking aspen), *Pinus contorta* (lodgepole pine) and *Pinus ponderosa* (ponderosa pine).

The thick shrub understory is confined to a narrow band lining the stream channel. *Alnus incana* ssp. *tenuifolia* (thinleaf alder) was present in all stands sampled, and ranged in cover from 1 to 80%. Other shrub species present were highly variable, with constancy of less then 40%, but often appearing with abundant cover when present. These shrubs include *Salix drummondiana* (Drummond willow), *Cornus sericea* (red-osier dogwood), *Ribes lacustre* (current), *Acer glabrum* (Rocky Mountain maple),

68

BLM_0035339

*Vaccinium* spp. (whortleberry), *Salix boothii* (Booth willow), and *Salix wolfii* (Wolf willow).

The forb canopy layer is thick, up to 50% total cover and species-rich, often with more than 40 species represented in one stand.  Species include *Actaea rubra* (red baneberry), *Conioselinum scopulorum* (Rocky Mountain hemlockparsley), *Oxypolis fendleri* (cowbane), *Geranium richardsonii* (Richardson geranium), *Heracleum maximum* (common cowparsnip), *Maianthemum stellatum* (starry false Solomon seal), *Mertensia ciliata* (tall fringed bluebells), *Rudbeckia laciniata* var. *ampla* (cutleaf cornflower), and *Equisetum arvense* (field horsetail).

## Ecological Processes

In deep, narrow canyons with swift-moving streams and narrow floodplains and benches, *Picea pungens* (blue spruce) appears to be a climax riparian species, and will remain until removed or damaged by a catastrophic flood.  In Colorado, the closely related *Picea pungens/Equisetum arvense* (blue spruce/field horsetail) plant association is considered an indicator of frequent flooding.  With less frequent flooding, this association may gradually change to a *Picea pungens/Alnus incana* ssp. *tenuifolia* (blue spruce/thinleaf alder) plant association.

| Avg. Cover % | (Range) | Species Name | # Plots (N=35) |
|---|---|---|---|
| 32 | (1-70%) | Picea pungens | 35 |
| 28 | (1-80%) | Alnus incana ssp. tenuifolia | 34* |
| 12 | (1-85%) | Calamagrostis canadensis | 13 |
| 12 | (1-55%) | Salix exigua | 5 |
| 12 | (1-50%) | Abies lasiocarpa | 15 |
| 9 | (1-28%) | Acer glabrum | 6 |
| 9 | (1-32%) | Salix bebbiana | 7 |
| 9 | (1-28%) | Salix monticola | 7 |
| 9 | (1-18%) | Populus tremuloides | 8 |
| 8 | (1-45%) | Equisetum arvense | 27 |
| 8 | (1-40%) | Salix drummondiana | 16 |
| 8 | (1-20%) | Ribes lacustre | 7 |
| 7 | (1-32%) | Ribes inerme | 10 |
| 7 | (1-18%) | Pinus contorta | 6 |
| 5 | (1-25%) | Poa pratensis | 20 |
| 5 | (1-30%) | Lonicera involucrata | 26 |
| 5 | (0.1-20%) | Rudbeckia laciniata var. ampla | 14 |
| 5 | (1-10%) | Cornus sericea | 8 |
| 5 | (0.1-20%) | Trifolium repens | 8 |

**Other species with < 5% average cover present in at least 10% of plots:**
Saxifraga ocontoloma (1-10%), Symphoricarpos oreophilus (1-20%), Heracleum maximum (1-15%), Rubus idaeus ssp. strigosus (0.1-20%), Mertensia ciliata (1-10%), Thalictrum fendleri (1-10%), Streptopus amplexifolius var. chalazatus (1-10%), Senecio triangularis (1-10%), Erigeron speciosus var. speciosus (1-9%), Maianthemum stellatum (0.1-13%), Geranium richardsonii (0.1-10%), Bromus ciliatus var. ciliatus (1-11%), Actaea rubra ssp. arguta (1-10%), Salix ligulifolia (1-5%), Rosa woodsii (1-10%), Aconitum columbianum (1-10%), Taraxacum officinale (0.1-15%), Poa palustris (1-5%), Amelanchier alnifolia (1-10%), Phleum pratense (1-10%), Cardamine cordifolia (1-10%), Urtica dioica ssp. gracilis (1-10%), Elymus glaucus (1-10%), Galium triflorum (1-10%), Luzula parviflora (0.1-8%), Conioselinum scopulorum (0.1-5%), Dasiphora floribunda (1-7%), Chamerion angustifolium ssp. circumvagum (1-10%), Osmorhiza depauperata (0.1-10%), Fragaria virginiana ssp. glauca (1-5%), Glyceria striata (0.1-5%), Achillea millefolium var. occidentalis (1-5%), Galium boreale (1-5%), Orthilia secunda (1-3%), Viola canadensis var. scopulorum (0.1-3%), Carex microptera (1-3%), Vicia americana (1-5%), Oxypolis fendleri (1-3%), Osmorhiza berteroi (1-3%), Geum macrophyllum var. perincisum (0.1-5%), Prunella vulgaris (1%), Ranunculus macounii (1%).
*Alnus incana ssp. tenuifolia occurred in all stands, but was not captured in every sample plot.

BLM_0035340

**Blue spruce / River birch Woodland**

*Picea pungens / Betula occidentalis*



**Global rank/State rank:**
G2 / S2

**HGM subclass:** R2

**Colorado elevation range:**
6,160-8,860 ft (1,870-2,700 m)



### General Description

The *Picea pungens/Betula occidentalis* (blue spruce/river birch) plant association is a cool, moist riparian woodland occurring in deep, narrow canyons in the foothills and at lower montane elevations. *Betula occidentalis* (river birch) forms a thick band along the stream banks with branches overhanging the stream. Mature *Picea pungens* (blue spruce) shade the *Betula occidentalis* along narrow floodplains.

This association is limited to deep, 100-600 ft (30-180 m), narrow canyons where it occurs on terraces, stream banks, and narrow floodplains. Stream channels are steep (6-10% gradient) and narrow or moderately wide with a moderate gradient (1-2%). Soils are generally sandy loams to clay loams with mottling 15-45 inches (35-110 cm) deep.

### Vegetation Description

*Picea pungens* (blue spruce) dominates the canopy. *Populus tremuloides* (quaking aspen) may also be present. The shrub canopy is dominated by *Betula occidentalis* (river birch). Other shrubs that may be present include *Alnus incana* ssp. *tenuifolia* (thinleaf alder), *Salix exigua* (sandbar willow), *Salix bebbiana* (Bebb willow), and *Cornus sericea* (red-osier dogwood). The herbaceous undergrowth can be dense to open. Forb species that may be present include *Rudbeckia laciniata* var. *ampla* (cutleaf coneflower), *Heracleum maximum* (common cowparsnip), *Fragaria virginiana* (strawberry), and *Mertensia ciliata* (tall fringed bluebells). Graminoid species that may be present include *Calamagrostis canadensis* (bluejoint reedgrass)

70

BLM_0035341

and *Agrostis stolonifera* (creeping bentgrass). *Equisetum arvense* (field horsetail) may be sparse to dense.

## Ecological Processes

This association appears to be stable and late-seral. In deep, narrow canyons with swift-moving streams and narrow floodplains and benches, *Picea pungens* (blue spruce) appears to be a climax riparian species and will remain until removed or damaged by a catastrophic flood.

*Picea pungens* (blue spruce) is a slow-growing, long-lived tree which regenerates from seed. Seedlings are shallow rooted and require perennially moist soils for establishment and optimal growth. *P. pungens* (blue spruce) is intermediate in shade tolerance, being somewhat more tolerant than *Pinus ponderosa* (ponderosa pine) or *Pseudotsuga menziesii* (Douglas-fir), and less tolerant than *Abies lasiocarpa* (subalpine fir) or *Picea engelmannii* (Engelmann spruce). *Betula occidentalis* (river birch) can tolerate flooding but not permanent inundation. Fire disturbance results in *Betula occidentalis* (river birch) resprouting and the replacement of this type with an early-seral plant association such as *Populus tremuloides/Betula occidentalis* (quaking aspen/river birch).

| Avg. Cover % | (Range) | Species Name | # Plots (N=13) |
|---|---|---|---|
| 37 | (10-70%) | Picea pungens | 13 |
| 27 | (10-50%) | Betula occidentalis | 12* |
| 25 | (20-30%) | Carex peiiita | 2 |
| 16 | (1-30%) | Salix monticola | 2 |
| 14 | (2-41%) | Calamagrostis canadensis | 5 |
| 13 | (1-34%) | Alnus incana ssp. tenuifolia | 7 |
| 11 | (1-20%) | Symphoricarpos oreophilus | 2 |
| 9 | (2-28%) | Agrostis stolonifera | 5 |
| 9 | (1-30%) | Populus tremuloides | 7 |
| 8 | (1-30%) | Equisetum arvense | 8 |
| 8 | (1-20%) | Juncus balticus var. montanus | 3 |
| 8 | (1-30%) | Poa pratensis | 9 |
| 7 | (1-22%) | Salix bebbiana | 7 |
| 6 | (1-40%) | Rosa woodsii | 11 |
| 6 | (3-10%) | Cornus sericea ssp. sericea | 4 |
| 6 | (1-11%) | Heracleum maximum | 8 |
| 6 | (1-15%) | Lonicera involucrata | 4 |
| 5 | (1-10%) | Equisetum hyemale var. affine | 3 |

Other species with < 5% average cover present in at least 10% of plots:
Rudbeckia laciniata var. ampla (1-15%), Poa compressa (1-10%), Juniperus scopulorum (2-6%), Glyceria striata (0.1-5%), Symphyotrichum foliaceum (1-5%), Leucanthemum vulgare (1-5%), Aconitum columbianum (1-5%), Geranium richardsonii (0.1-5%), Taraxacum officinale (1-7%), Equisetum pratense (1-7%), Vicia americana (1-5%), Trifolium repens (1-5%), Mentha arvensis (0.1-6%), Fragaria virginiana ssp. glauca (1-4%), Cardamine cordifolia (1-3%), Achillea millefolium var. occidentalis (1-5%), Dodecatheon puicheiium (1-3%), Maianthemum steiiatum (1-5%), Mertensia ciliata (0.1-4%), Galium boreale (1-2%), Ranunculus macounii (0.1-2%), Geum macrophyllum var. perincisum (1%), Chamerion angustifoiium ssp. circumvagum (1%), Thaiictrum fendleri (1%), Poa palustris (1%), Prunella vulgaris (1%), Ribes inerme (1%), Ribes cereum (1%), Phleum pratense (1%), Symphoricarpos albus (1%), Luzula parviflora (0.1-1%), Conioselinum scopulorum (0.1%).
*Betula occidentalis occurred in all stands but was not captured in every sample plot.

BLM_0035342