## Blue spruce / Red-osier dogwood Woodland

### *Picea pungens / Cornus sericea*



**Global rank/State rank:**
G4 / S2

**HGM subclass:** R2?, R3/4

**Colorado elevation range:**
7,000-8,500 ft (2,100-2,600 m)



### General Description

The *Picea pungens/Cornus sericea* (blue spruce/red-osier dogwood) plant association is a cool, moist riparian woodland occurring in deep narrow canyons. It was once a more common type and represents slightly more stable habitats than those of the *Picea pungens/Alnus incana* ssp. *tenuifolia* (blue spruce/thinleaf alder) plant association. The *Picea pungens/Cornus sericea* association is characterized by an open to thick understory of *Cornus sericea* (red-osier dogwood), deeply shaded by *Picea pungens* (blue spruce).

This plant association occurs on floodplains and benches in narrow valleys, 20-100 ft (7-30 m) wide, with variable stream gradients (1-10%). It occurs along broad, slightly meandering channel reaches and occasionally along steep and narrow reaches. Soils are deep, dark-colored clay loams to sandy loams, often with signs of mottling. There may be high organic matter in the top layers.

### Vegetation Description

The upper canopy of this plant association is dominated by *Picea pungens* (blue spruce), which is present in all stands. Other tree species present with less than 40% frequency include *Populus tremuloides* (quaking aspen), *Populus angustifolia* (narrowleaf cottonwood), *Abies lasiocarpa* (subalpine fir) and *Picea engelmannii* (Engelmann spruce). The shrub canopy is dominated by *Cornus sericea* (red-osier dogwood), which is present in all stands and forms an open to dense thicket with 5-

72

BLM_0035343

80% cover. *Symphoricarpos oreophilus* (mountain snowberry) and *Lonicera involucrata* (twinberry honeysuckle) are present in >60% of sampled stands. Other shrubs with lower frequency but noticeably high abundance include *Alnus incana* ssp. *tenuifolia* (thinleaf alder), *Betula occidentalis* (river birch), *Salix monticola* (mountain willow), *Salix drummondiana* (Drummond willow), *Acer glabrum* (Rocky Mountain maple), *Prunus virginiana* (chokecherry), and *Amelanchier utahensis* (Utah serviceberry).

The herbaceous understory is highly variable, depending on the site conditions and the amount of past disturbance. No one forb or graminoid species is present in all stands. Frequently encountered (>50% frequency) herbaceous species include *Equisetum arvense* (field horsetail), *Maianthemum stellatum* (starry false Solomon seal), and *Geranium richardsonii* (Richardson geranium).

## Ecological Processes

In deep, narrow canyons with swift-moving streams and narrow floodplains and benches, *Picea pungens* (blue spruce) appears to be a climax riparian species, and will remain until removed or damaged by a catastrophic flood. *Cornus sericea* (red-osier dogwood) is more abundant on level sites where water tables are periodically high. *Picea pungens* (blue spruce) is a slow-growing, long-lived tree which regenerates from seed. Seedlings are shallow rooted and require perennially moist soils for establishment and optimal growth. *P. pungens* (blue spruce) is intermediate in shade tolerance, being somewhat more tolerant than *Pinus ponderosa* (ponderosa pine) or *Pseudotsuga menziesii* (Douglas-fir), and less tolerant than *Abies lasiocarpa* (subalpine fir) or *Picea engelmannii* (Engelmann spruce).

| Avg. Cover % | (Range) | Species Name | # Plots (N=10) |
|---|---|---|---|
| 36 | (19-63%) | Picea pungens | 9* |
| 28 | (3-78%) | Cornus sericea ssp. sericea | 10 |
| 18 | (1-50%) | Populus tremuloides | 3 |
| 16 | (1-40%) | Populus angustifolia | 4 |
| 16 | (1-30%) | Picea engelmannii | 2 |
| 13 | (5-20%) | Acer glabrum | 3 |
| 10 | (10-10%) | Betula occidentalis | 2 |
| 9 | (3-20%) | Salix drummondiana | 4 |
| 7 | (1-19%) | Alnus incana ssp. tenuifolia | 8 |
| 7 | (3-10%) | Abies lasiocarpa | 2 |
| 6 | (3-10%) | Geranium richardsonii | 3 |
| 6 | (1-25%) | Rosa woodsii | 6 |
| 5 | (1-10%) | Ribes inerme | 3 |
| 5 | (1-20%) | Salix bebbiana | 5 |
| 5 | (1-10%) | Amelanchier utahensis | 3 |

**Other species with < 5% average cover present in at least 10% of plots:**
Salix ligulifolia (1-10%), Lonicera involucrata (1-10%), Rudbeckia laciniata var. ampla (1-10%), Salix exigua (3-5%), Symphoricarpos oreophilus (1-10%), Heracleum maximum (1-7%), Calamagrostis canadensis (1-5%), Amelanchier alnifolia (1-5%), Actaea rubra ssp. arguta (1-5%), Mahonia repens (1-5%), Paxistima myrsinites (1-5%), Rubus parviflorus (1-5%), Maianthemum stellatum (1-10%), Poa pratensis (1-5%), Osmorhiza depauperata (1-3%), Equisetum arvense (1-3%), Taraxacum officinale (1-3%), Maianthemum racemosum ssp. amplexicaule (1%), Fragaria virginiana ssp. glauca (1%), Achillea millefolium var. occidentalis (1%), Conioselinum scopulorum (1%), Quercus gambelii (1%), Viola canadensis var. scopulorum (1%), Juncus compressus (1%), Geum macrophyllum var. perincisum (1%), Galium triflorum (1%), Bromus inermis (1%), Galium boreale (1%).
* Picea pungens occurred in all stands, but was not captured in every sample plot.

BLM_0035344

**Blue spruce / Field horsetail Woodland**

*Picea pungens / Equisetum arvense*



*Picea pungens*

**Global rank/State rank:**
G3? / S2?

**HGM subclass:** R3/4

**Colorado elevation range:**
8,400-9,400 ft (2,560-2,900 m)



### General Description

The *Picea pungens/Equisetum arvense* (blue spruce/field horsetail) plant association is restricted to narrow canyons and cool ravines. Dense stands of *Picea pungens* with a thick carpet of *Equisetum arvense* and few shrubs characterize the vegetation. Occurrences tend to be limited to narrow stream benches and banks that are frequently flooded.

This plant association occurs in narrow, V-shaped valleys with cold-air drainage, forming small bands along narrow benches and floodplains. Stream channels dominated by *Picea pungens* (blue spruce) are generally wide with narrow, developed floodplains. Streambed material is coarse (boulders and cobbles). Soils are relatively heavy and somewhat poorly drained. Soil textures are clay loams and silty clay loams with alternating layers of sandy loams.

### Vegetation Description

The overstory is a dense canopy of *Picea pungens* (blue spruce), *Pseudotsuga menziesii* (Douglas-fir), and *Pinus contorta* (lodgepole pine). Shrub cover is minor, yet diverse. Shrub species with at least 1% cover each include *Betula nana (=glandulosa)* (bog birch), *Salix geyeriana* (Geyer willow), *Salix monticola* (Rocky Mountain willow), and *Rosa woodsii* (Woods rose). The herbaceous undergrowth consists of a few species including *Equisetum arvense* (field horsetail), *Carex aquatilis* (water sedge), and *Juncus balticus* var. *montanus* (mountain rush).

### Ecological Processes

In deep, narrow canyons with swift-moving streams and narrow floodplains and benches, *Picea pungens* (blue spruce) appears to be a climax riparian species. *Picea pungens* will remain until removed or damaged by a catastrophic flood.

74

BLM_0035345

A closely related community, the *Picea/Equisetum arvense* (spruce/field horsetail), reported from Montana, Wyoming, Idaho, and Utah, is considered a late-seral to near climax riparian type. In Colorado, the *Picea pungens/Equisetum arvense* (blue spruce/field horsetail) plant association is considered an indicator of frequent flooding. While many of the trees are fairly large, the understory of *Equisetum arvense* (field horsetail) indicates frequent flooding. Some stands remain undisturbed and occur in persistently wet areas of the floodplain. With less frequent flooding, this association may gradually change to a *Picea pungens/Alnus incana* ssp. *tenuifolia* (blue spruce/thinleaf alder) plant association.

| Avg. Cover % | (Range) | Species Name | # Plots (N=2) |
|---|---|---|---|
| 29 | — | Pseudotsuga menziesii | 1 |
| 25 | (5-44%) | Picea pungens | 2 |
| 24 | — | Pinus contorta | 1 |
| 18 | (11-25%) | Equisetum arvense | 2 |
| 8 | (1-15%) | Salix monticola | 2 |
| 8 | (1-15%) | Salix geyeriana | 2 |
| 8 | — | Carex aquatilis | 1 |
| 6 | — | Rosa woodsii | 1 |
| 5 | (4-5%) | Juncus balticus var. montanus | 2 |

**Other species with < 5% average cover present in at least 10% of plots:**
Juniperus scopulorum (3%), Pseudocymopterus montanus (3%), Betula nana (2%), Thlaspi montanum (2%), Poa alpina (2%), Salix ligulifolia (2%), Salix planifolia (2%), Antennaria parvifolia (1%), Chamerion angustifolium ssp. circumvagum (1%), Deschampsia caespitosa (1%), Fragaria virginiana ssp. glauca (1%), Geum macrophyllum var. perincisum (1%), Lonicera involucrata (1%), Maianthemum stellatum (1%), Agrostis stolonifera (1%), Poa compressa (1%), Populus tremuloides (1%), Sedum lanceolatum ssp. lanceolatum (1%), Taraxacum officinale (1%), Mimulus tilingii (1%).



*Equisetum arvense*

75

**Douglas-fir / River birch Woodland**

*Pseudotsuga menziesii / Betula occidentalis*



**Global rank/State rank:**
G3? / S3

**HGM subclass:**  R3/4

**Colorado elevation range:**
6,600-8,400 ft (2,000-2,560 m)



**General Description**

The *Pseudotsuga menziesii/Betula occidentalis* (Douglas-fir/river birch) association occurs in narrow foothill canyons of the Colorado Front Range in the upper Arkansas and South Platte River Basins and in the Rio Grande National Forest.  This plant association occurs in narrow canyons with small streams and is limited to a narrow band along stream banks.  Stream channels are steep and narrow with mostly rocky beds.

The soils, derived from alluvial and colluvial deposits, are fairly shallow (60-135 in, 25-55 cm) and become skeletal with depth.  Surface layers are sandy loams, clay loams, and loams.  Subsurface layers are sandy loams with 10-30% cobbles and gravels.  Organic matter from accumulated litter appears to be concentrated in the upper layers.

**Vegetation Description**

This association is characterized by a dominance of *Pseudotsuga menziesii* (Douglas-fir) and *Betula occidentalis* (river birch), which are key indicators for this type, even if other tree and shrub species present are abundant.  The overstory canopy of this plant association is dominated by 25-50% cover of *Pseudotsuga menziesii* (Douglas-fir).  Other tree species that may be present include *Populus angustifolia* (narrowleaf cottonwood), *Juniperus scopulorum* (Rocky Mountain juniper), *Pinus ponderosa*

76

BLM_0035347

(ponderosa pine), *Abies concolor* (white fir), *Abies lasiocarpa* (subalpine fir), *Picea pungens* (blue spruce), and *Populus tremuloides* (quaking aspen).

The shrub canopy is fairly thick and diverse with 20-80% cover of *Betula occidentalis* (river birch). Other shrubs that may be present include *Alnus incana* ssp. *tenuifolia* (thinleaf alder), *Acer glabrum* (Rocky Mountain maple), *Rosa woodsii* (Woods rose), *Jamesia americana* (wax flower), *Cornus sericea* (red-osier dogwood), *Quercus gambelii* (Gambel oak), *Salix bebbiana* (Bebb willow), *Salix ligulifolia* (strapleaf willow), *Salix monticola* (mountain willow), and *Salix irrorata* (bluestem willow).

The herbaceous undergrowth is sparse and limited by heavy shade. Some of the more abundant species that may be present include *Maianthemum stellatum* (starry false Solomon seal), *Equisetum arvense* (field horsetail), *Carex disperma* (softleaf sedge), and *Melilotus officinalis* (yellow sweetclover).

## Ecological Processes

The *Pseudotsuga menziesii/Betula occidentalis* (Douglas-fir/river birch) plant association appears to be in a late-seral stage since *Pseudotsuga menziesii* is successfully reproducing. It also appears that this association is limited to perennial streams where the cold-air drainage and perennial stream flow provide a cool and moist environment to support a diverse shrub canopy.

| Avg. Cover % | (Range) | Species Name | # Plots (N=7) |
|---|---|---|---|
| 36 | (26-50%) | Pseudotsuga menziesii | 7 |
| 34 | (16-86%) | Betula occidentalis | 7 |
| 31 | (5-52%) | Alnus incana ssp. tenuifolia | 5 |
| 24 | (9-38%) | Populus tremuloides | 2 |
| 22 | (8-36%) | Abies concolor | 2 |
| 18 | (10-25%) | Quercus gambelii | 2 |
| 16 | (5-26%) | Cornus sericea | 2 |
| 11 | (2-19%) | Salix bebbiana | 2 |
| 10 | (4-20%) | Populus angustifolia | 4 |
| 7 | (3-20%) | Rosa woodsii | 5 |
| 7 | (1-23%) | Juniperus scopulorum | 4 |
| 7 | (6-8%) | Carex disperma | 2 |
| 7 | (1-13%) | Acer glabrum | 5 |
| 6 | (1-15%) | Equisetum arvense | 3 |
| 6 | (2-10%) | Pinus ponderosa var. scopulorum | 4 |
| 5 | (1-9%) | Salix irrorata | 2 |
| 5 | (3-7%) | Poa pratensis | 2 |
| 5 | (1-13%) | Jamesia americana | 4 |

**Other species with < 5% average cover present in at least 10% of plots:**
Juncus compressus (3-5%), Mertensia ciliata (2-3%), Prunus virginiana var. melanocarpa (1-3%), Heracleum maximum (1-3%), Rubus idaeus ssp. strigosus (1-3%), Symphoricarpos oreophilus (1-3%), Galium trifidum ssp. subbiflorum (1-3%), Taraxacum officinale (1-3%), Toxicodendron rydbergii (1-2%), Maianthemum stellatum (1-3%), Fragaria virginiana ssp. glauca (1%), Chamerion angustifolium ssp. circumvagum (1%), Mentha arvensis (1%), Conioselinum scopulorum (1%), Agrostis stolonifera (1%).

77

## Douglas-fir / Red-osier dogwood Woodland

### *Pseudotsuga menziesii / Cornus sericea*



**Global rank/State rank:**
G4 / S2

**HGM subclass:**  R3/4

**Colorado elevation range:**
5,600-8,500 ft (1,700-2,400 m)



### General Description

In Colorado, this is an uncommon association that naturally occurs in small patches.  It occurs in the San Juan and Rio Grande National Forests, the San Miguel and Dolores River Basins, Gunnison River Basin, and White River Basin.

This plant association occurs in narrow valleys with variable stream gradients (5-25%) on narrow floodplains and elevated benches.  Stands occur well above the stream channel bankfull height, 1-10 ft (0.16-3 m).  Stream channels are steep and narrow. The soils are generally well-drained, well-developed colluvial clay loams to sandy loams.  Coarse fragments range from 0 to 25%.  The water table is at least one meter below the surface.

### Vegetation Description

*Pseudotsuga menziesii* (Douglas-fir) dominates the overstory with 10-60% cover. Other tree species that may be present include *Populus angustifolia* (narrowleaf cottonwood), *Populus tremuloides* (quaking aspen), *Abies concolor* (white fir), *Acer negundo* (boxelder), and *Picea pungens* (blue spruce).  *Cornus sericea* (red-osier dogwood) forms a dense shrub layer with 20-75% cover.  Other shrub species that may be present include *Acer glabrum* (mountain maple), *Quercus gambelii* (Gambel oak), *Alnus incana* (thinleaf alder), *Ribes* (currant), and *Prunus virginiana* (chokecherry).  The ground is covered with a thick layer of duff and few herbaceous plants. This association is often the only type within a narrow valley profile.  Adjacent

78

BLM_0035349

riparian areas may have *Cornus sericea* (red-osier dogwood) and *Acer glabrum* (Rocky Mountain maple) shrubland communities.

## Ecological Processes

*Pseudotsuga menziesii* (Douglas-fir) is a non-obligate riparian species. This plant association is limited to narrow canyon bottoms where upland *Pseudotsuga menziesii* forests on north-facing slopes grade into riparian corridors. Narrow canyons with steep slopes create pockets of moist, cool air by funneling cold-air drainage and providing a microsite for *Pseudotsuga menziesii*. *Cornus sericea* (red-osier dogwood) is more abundant on level sites where water tables are periodically high. At lower elevations, *Pseudotsuga menziesi* can occur in cool valley bottoms where it cannot survive on warmer and drier valley slopes. Well drained colluvial soils also favor *Pseudotsuga menziesii* establishment.

| Avg. Cover % | (Range) | Species Name | # Plots (N=7) |
|---|---|---|---|
| 35 | (20-74%) | Cornus sericea | 7 |
| 34 | (10-66%) | Pseudotsuga menziesii | 7 |
| 30 | (3-70%) | Acer glabrum | 4 |
| 14 | (5-32%) | Alnus incana ssp. tenuifolia | 4 |
| 12 | (5-19%) | Populus tremuloides | 2 |
| 11 | (1-30%) | Rosa woodsii | 4 |
| 11 | (4-18%) | Picea pungens | 2 |
| 10 | (10-10%) | Rhus trilobata var. trilobata | 2 |
| 9 | (5-13%) | Ribes inerme | 2 |
| 7 | (1-20%) | Populus angustifolia | 4 |
| 7 | (3-10%) | Salix exigua | 2 |
| 6 | (1-16%) | Prunus virginiana var. melanocarpa | 3 |
| 6 | (3-10%) | Amelanchier utahensis | 3 |
| 5 | (1-10%) | Equisetum hyemale var. affine | 3 |
| 5 | (2-11%) | Abies concolor | 3 |
| 5 | (1-10%) | Paxistima myrsinites | 3 |

**Other species with < 5% average cover present in at least 10% of plots:**
Actaea rubra ssp. arguta (2-5%), Geranium richardsonii (1-5%), Fragaria vesca ssp. bracteata (1-4%), Equisetum arvense (1-5%), Maianthemum racemosum ssp. amplexicaule (1-5%), Quercus gambelii (1-6%), Heracleum maximum (1-3%), Rubus parviflorus (1-2%), Maianthemum stellatum (1-2%), Osmorhiza depauperata (1-2%), Symphoricarpos oreophilus (1-2%), Poa pratensis (1%), Vicia americana (1%), Galium triflorum (1%).

79

BLM_0035350

**Douglas-fir / Snowberry Forest**

*Pseudotsuga menziesii / Symphoricarpos* spp**.**



**Global rank/State rank:**
G5 / S4

**HGM subclass:**   R3/4

**Colorado elevation range:**
6,500-8,400 ft (2,000-2,500 m)



<u>**General Description**</u>

*Pseudotsuga menziesii* (Douglas-fir) is not an obligate riparian species.  It often occurs in ravines, canyons, and along narrow riparian areas and on the uplands as well.  The *Pseudotsuga menziesii/Symphoricarpos* spp. (Douglas-fir/snowberry) plant association occurs on north-facing slopes in moist, cool, narrow canyons where *Pseudotsuga menziesii* occurs on the uplands and continues down into the riparian area.  The steep slopes and dense shade limit the shrub or herbaceous understory.

In the eastern half of the White River Basin, this plant association appears to be restricted to steep north facing draws and ravines.  It occurs along steep, mostly first-order, often ephemeral streams with steep side slopes.  Stream channels are very steep (up to 16%) and narrow. The soil textures are coarse sandy loams with a high percentage of coarse rock fragments.

<u>**Vegetation Description**</u>

The overstory is 10-30% cover of *Pseudotsuga menziesii* (Douglas-fir) with 5-20% cover of *Symphoricarpos* spp. (snowberry) in the understory.  Other shrub species include *Rosa woodsii* (Woods rose), *Amelanchier utahensis* (Utah serviceberry), and *Quercus gambelii* (Gambel oak).  The herbaceous undergrowth is minor.  This is usually the only riparian community along the river reach.

80

BLM_0035351

## Ecological Processes

Because *Pseudotsuga menziesii* (Douglas-fir) is not an obligate riparian species, this association can also occur in large stands on the uplands where rainfall is adequate to maintain the community. The *Pseudotsuga menziesii/Symphoricarpos* spp. (Douglas-fir/snowberry) riparian association appears to be limited to very narrow canyon bottoms where upland *Pseudotsuga menziesii* forests on north facing slopes grade into riparian corridors. Narrow canyons with steep slopes create pockets of moist, cool air which create microsites for *Pseudotsuga menziesii*. Well-drained colluvial soils also aid in establishing *Pseudotsuga menziesii*. Steep slopes and coarse substrates also make this association highly susceptible to soil erosion.

| Avg. Cover % | (Range) | Species Name | # Plots (N=3) |
|---|---|---|---|
| 20 | (10-30%) | Pseudotsuga menziesii | 3 |
| 20 | — | Populus tremuloides | 1 |
| 15 | (5-20%) | Symphoricarpos oreophilus | 3 |
| 12 | (5-20%) | Rosa woodsii | 3 |
| 10 | (1-20%) | Poa pratensis | 3 |
| 6 | (1-10%) | Juncus balticus var. montanus | 2 |
| 5 | (1-10%) | Juniperus scopulorum | 3 |
| 5 | (5%) | Achillea millefolium var. occidentalis | 2 |
| 5 | — | Amelanchier alnifolia | 1 |
| 5 | — | Galium triflorum | 1 |
| 5 | — | Galium mexicanum ssp. asperrimum | 1 |
| 5 | — | Veronica anagallis-aquatica | 1 |
| 5 | — | Thermopsis montana | 1 |
| 5 | — | Ranunculus cymbalaria | 1 |
| 2 | (1-5%) | Prunus virginiana var. melanocarpa | 3 |

**Other species with < 5% average cover present in at least 10% of plots:**
Taraxacum officinale (1%), Ipomopsis aggregata (1%), Maianthemum stellatum (1%), Geranium richardsonii (1%), Ericameria nauseosa ssp. nauseosa var. glabrata (1%), Hydrophyllum fendleri (1%), Vicia americana (1%), Urtica dioica ssp. gracilis (1%), Bromus inermis (1%), Erigeron subtrinervis (1%), Artemisia tridentata (1%), Heterotheca villosa (1%), Heracleum maximum (1%), Hedysarum boreale (1%), Glyceria striata (1%), Geum macrophyllum var. perincisum (1%), Elymus trachycaulus ssp. trachycaulus (1%), Galium boreale (1%), Alyssum desertorum (1%), Erigeron flagellaris (1%), Corydalis aurea (1%), Bromus tectorum (1%), Artemisia ludoviciana (1%), Carex geyeri (1%), Carex microptera (1%), Achnatherum hymenoides (1%), Comandra umbellata ssp. pallida (1%), Chenopodium fremontii (1%), Chenopodium foliosum (1%), Viola adunca (1%), Verbascum thapsus (1%), Vaccinium myrtillus var. oreophilum (1%), Thlaspi montanum (1%), Sium suave (1%), Sisymbrium loeselii (1%), Rumex crispus (1%), Rudbeckia laciniata var. ampla (1%), Ribes inerme (1%), Koeleria macrantha (1%), Pseudostellaria jamesiana (1%), Heuchera parvifolia var. parvifolia (1%), Penstemon barbatus (1%), Paxistima myrsinites (1%), Packera multilobata (1%), Osmorhiza depauperata (1%), Oenothera caespitosa (1%), Mentha arvensis (1%), Melilotus officinalis (1%), Lolium arundinaceum (1%), Viola canadensis var. scopulorum (1%), Ligusticum porteri (1%), Acer glabrum (1%), Juncus compressus (1%), Quercus gambelii (1%).

BLM_0035352



*Pseudotsuga menziesii*

82

BLM_0035353

# GROUP B:
# MIXED CONIFEROUS AND DECIDUOUS FORESTS AND WOODLANDS

**Association**        Page

*Abies concolor-(Picea pungens)-Populus angustifolia/Acer glabrum*    84
    White fir-(Blue spruce)-Narrowleaf cottonwood/Rocky Mountain
    maple Forest

*Abies lasiocarpa-Picea engelmannii-Populus angustifolia/(Lonicera)*    86
*involucrata*
    Subalpine fir-Engelmann spruce-Narrowleaf cottonwood/(Twinberry
    honeysuckle) Forest

*Populus angustifolia-Juniperus scopulorum*    88
    Narrowleaf cottonwood-Rocky Mountain juniper Woodland

*Populus angustifolia-Picea pungens/Alnus incana* ssp. *tenuifolia*    90
    Narrowleaf cottonwood-Blue spruce/Thinleaf alder Woodland

*Populus angustifolia-Pseudotsuga menziesii*    92
    Narrowleaf cottonwood-Douglas-fir Woodland



**Abies concolor**

83

**White fir - (Blue spruce) - Narrowleaf cottonwood / Rocky Mountain maple Forest**

*Abies concolor - (Picea pungens) - Populus angustifolia / Acer glabrum*



**Global rank/State rank:**
G2 / S2

**HGM subclass:**  R3/4

**Colorado elevation range:**
7,200-9,100 ft (2,200-2,770 m)



**General Description**

The *Abies concolor-(Picea pungens)-Populus angustifolia/Acer glabrum* (white fir-blue spruce-narrowleaf cottonwood/Rocky Mountain maple) plant association is a diverse, mixed conifer-deciduous forest occurring on active floodplains and stream banks of montane valley floors. The presence of *Abies concolor* distinguishes this community from the more common *Populus angustifolia-Picea pungens/Alnus incana* (narrowleaf cottonwood-blue spruce/thinleaf alder) plant association, and is indicative of the southern-most mountains in Colorado. *Picea pungens* (blue spruce) is often an upper canopy component but is not present in all stands. This is reflected in the association name by placing *Picea pungens* in parentheses.

This community is located in narrow to moderately wide valleys, 50-300 ft (17-100 m) on immediate stream banks, floodplains and upper terraces, 1-6.5 ft, 1.5 ft avg. (0.3-2.0 m, 0.35 avg. m), above the channel high-water level. Streams are steep to moderately steep, straight to moderately sinuous (2-6%, average 4% gradient). The soils are well drained and poorly developed mineral soils with shallow sandy loams over coarse alluvial materials.

**Vegetation Description**

The upper canopy is diverse, dominated by *Populus angustifolia* (narrowleaf cottonwood) and *Abies concolor* (white fir) and usually including several other tree species such as *Picea pungens* (blue spruce), *Abies lasiocarpa* (subalpine fir), and *Pseudotsuga menziesii* (Douglas-fir). Shrubs are thickest near the stream channel with *Acer glabrum* (Rocky Mountain maple) being the most commonly encountered and

84

BLM_0035355

abundant species.  Other shrubs often present include *Alnus incana* ssp. *tenuifolia* (thinleaf alder), *Betula occidentalis* (river birch), *Cornus sericea* (red-osier dogwood), *Amelanchier utahensis* (Utah serviceberry), *Jamesia americana* (wax flower), *Lonicera involucrata* (twinberry honeysuckle), *Mahonia repens* (Oregon grape), *Salix bebbiana* (Bebb willow), *S. drummondiana* (Drummond willow), *S. monticola* (mountain willow), *Symphoricarpos* spp. (snowberry), *Ribes* spp. (current), and *Rosa woodsii* (Woods rose).

The herbaceous undergrowth is variable, depending on site conditions, but is generally sparse, with less than 20% total cover.  No one species is present in all stands. Common forb species include *Heracleum maximum* (common cowparsnip), *Geranium richardsonii* (Richardson geranium), *Vicia americana* (American vetch), *Viola* spp. (violet), *Osmorhiza berteroi* (sweet cicely), *Maianthemum stellatum* (starry false Solomon seal), *Mertensia ciliata* (tall fringed bluebells).  Graminoid species include *Elymus glaucus* (blue wildrye), *Bromus inermis* (smooth brome), and *Poa pratensis* (Kentucky bluegrass).

## Ecological Processes

This plant association is a mid- to late-seral community.  High elevations and cool, shaded canyon bottoms create an environment for *Abies concolor* (white fir) and *Picea pungens* (blue spruce).  The active channel flooding and sediment deposition along the reach allows *Populus angustifolia* (narrowleaf cottonwood) to persist.  On higher terraces that no longer experience flooding, *Abies* and *Picea* may become the climax tree species.

| Avg. Cover % | (Range) | Species Name | # Plots (N=15) |
|---|---|---|---|
| 45 | (20-100%) | Populus angustifolia | 14 |
| 33 | (5-60%) | Picea pungens | 6 |
| 29 | (5-66%) | Abies concolor | 13* |
| 20 | (1-62%) | Acer glabrum | 12 |
| 15 | (1-50%) | Alnus incana ssp. tenuifolia | 10 |
| 13 | (1-36%) | Pseudotsuga menziesii | 10 |
| 12 | (1-27%) | Salix drummondiana | 5 |
| 8 | (1-30%) | Heracleum maximum | 5 |
| 7 | (1-30%) | Amelanchier alnifolia | 7 |
| 7 | (1-30%) | Elymus glaucus | 5 |
| 6 | (1-20%) | Lonicera involucrata | 8 |
| 5 | (1-10%) | Symphoricarpos oreophilus | 5 |

Other species with < 5% average cover present in at least 10% of plots:
Rudbeckia laciniata var. ampla (1-10%), Taraxacum officinale (1-7%), Rosa woodsii (1-10%), Geranium richardsonii (1-7%), Poa pratensis (1-11%), Maianthemum stellatum (1-4%). Thalictrum fendleri (1-3%), Chamerion angustifolium ssp. circumvagum (1-4%), Actaea rubra ssp. arguta (1-3%), Equisetum arvense (1-3%), Galium triflorum (1-3%), Mertensia ciliata (1-3%), Oxypolis fendleri (1%), Achillea millefolium var. occidentalis (1%).
*Abies concolor occurred in all stands, but was not captured in every sample plot.

85

**Subalpine fir - Engelmann spruce - Narrowleaf cottonwood / (Twinberry honeysuckle) Forest**

*Abies lasiocarpa - Picea engelmannii - Populus angustifolia / (Lonicera involucrata)*



*Lonicera involucrata*

**Global rank/State rank:**
G4 / S3

**HGM subclass:** R2, R3/4

**Colorado elevation range:**
8,300-9,500 ft (2,500-2,800 m)



## General Description

The *Abies lasiocarpa-Picea engelmannii-Populus angustifolia/(Lonicera involucrata)* (subalpine fir-Engelmann spruce-narrowleaf cottonwood/(twinberry honeysuckle)) plant association is an unusual combination occurring at the upper elevational limits of *Populus angustifolia* (narrowleaf cottonwood) and is generally restricted to the southern parts of the Colorado Rockies.  One plot from Routt County is tentatively plassed in this association as well.

The community occurs on active floodplains of larger rivers in the upper montane valleys, on terraces or elevated stream benches between 1.5-7 ft (0.5-1.2 m) above the active channel elevation. The rivers are wide and slightly sinuous.  Soils are fairly shallow (6-15 in, 10-40 cm) sandy loam and sand over deep, coarse alluvial materials.

## Vegetation Description

The overstory is a mix of *Picea engelmannii* (Engelmann spruce) and *Populus angustifolia* (narrowleaf cottonwood).  Other tree species that may be present include

86

*Abies lasiocarpa* (subalpine fir), *Abies concolor* (white fir) seedling and saplings, and *Pseudotsuga menziesii* (Douglas-fir). Overall, shrubs are not abundant and provide less than 50% cover. *Lonicera involucrata* (twinberry honeysuckle) is the most constant shrub species, but may not be abundant. Other species include *Acer glabrum* (Rocky Mountain maple), *Alnus incana* ssp. *tenuifolia* (thinleaf alder), *Salix geyeriana* (Geyer willow), and *Symphoricarpos oreophilus* (mountain snowberry). Herbaceous cover is sparse and no species is consistently present. The most typical species include *Bromus canadensis* (Canadian brome), *Festuca rubra* (red fescue), *Fragaria virginiana* (strawberry), *Heracleum maximum* (common cowparsnip), *Maianthemum stellatum* (starry false Solomon seal), and *Geranium richardsonii* (Richardson geranium).

## Ecological Processes

The *Abies lasiocarpa-Picea engelmannii-Populus angustifolia/(Lonicera involucrata)* (subalpine fir-Engelmann spruce-narrowleaf cottonwood/(twinberry honeysuckle)) plant association is a mid- to late-seral community. *Populus angustifolia* (narrowleaf cottonwood) will continue to co-occur with conifer species where fluvial activity (e.g., flooding, channel migration, sediment deposition, and scouring) persists. Higher elevations and cool, shaded canyon bottoms create an environment for *Abies lasiocarpa* (subalpine fir) and *Picea engelmannii* (Engelmann spruce). The active channel flooding and sediment deposition allows *Populus angustifolia* (narrowleaf cottonwood) to persist or regenerate. On higher terraces that no longer experience flooding, *Abies* and *Picea* may become the climax tree species.

| Avg. Cover % | (Range) | Species Name | # Plots (N=7) |
|---|---|---|---|
| 49 | (20-93%) | Populus angustifolia | 6* |
| 21 | (4-55%) | Abies lasiocarpa | 5 |
| 20 | (10-30%) | Picea engelmannii | 7 |
| 19 | (2-44%) | Pseudotsuga menziesii | 3 |
| 10 | (3-20%) | Alnus incana ssp. tenuifolia | 4 |
| 8 | (1-20%) | Lonicera involucrata | 6* |
| 7 | (3-10%) | Ribes lacustre | 2 |
| 6 | (1-10%) | Salix monticola | 2 |
| 6 | (1-10%) | Heterotheca villosa | 2 |
| 5 | (1-10%) | Geranium richardsonii | 5 |
| 4 | (3-5%) | Senecio atratus | 2 |

**Other species with < 5% average cover present in at least 10% of plots:**
Thalictrum fendleri (1-10%), Picea pungens (2-5%), Heracleum maximum (1-5%), Taraxacum officinale (1-7%), Populus tremuloides (1-4%), Acer glabrum (1-3%), Osmorhiza depauperata (1-5%), Cornus sericea ssp. sericea (1-3%), Solidago simplex ssp. simplex var. simplex (1-3%), Erigeron glabellus (1-3%), Pedicularis procera (1-3%), Maianthemum stellatum (1-5%), Fragaria virginiana ssp. glauca (1-3%), Symphoricarpos oreophilus (1-3%), Ligusticum porteri (1-3%), Actaea rubra ssp. arguta (1-3%), Achillea millefolium var. occidentalis (1-3%), Bromus inermis (1-2%), Bromus ciliatus var. ciliatus (1-2%), Mertensia ciliata (1-1%), Paxistima myrsinites (1-1%), Chamerion angustifolium ssp. circumvagum (1-1%), Galium triflorum (1-1%), Senecio triangularis (1-1%), Amelanchier alnifolia (1-1%), Ribes montigenum (1-1%), Vicia americana (1-1%), (-%),
* Populus angustifolia occurred in all stands, but was not captured in every sample plot.

BLM_0035358

## Narrowleaf cottonwood - Rocky Mountain juniper Woodland
### *Populus angustifolia - Juniperus scopulorum*



**Global rank/State rank:**
G2G3 / S3

**HGM subclass:**  R3/4

**Colorado elevation range:**
6,000-8,600 ft (1,800-2,600 m)



### General Description

*Populus angustifolia* (narrowleaf cottonwood) and *Juniperus scopulorum* (Rocky Mountain juniper) dominated riparian areas are uncommon. The community occurs along lower foothill streams with perennial to intermittent stream flows. Total biomass and canopy cover are often low. The association is characterized by an open canopy of *Populus angustifolia* (narrowleaf cottonwood) and *Juniperus scopulorum* (Rocky Mountain juniper), often with little else growing in the understory. The species composition and percent cover is variable and depends on aspect, elevation, and stream flow, in addition to the degree of disturbance by recreational use and livestock grazing.

Stream channels are steep and narrow with rocky to sandy bottoms. This association can also occur on upper terraces and elevated islands of wide, meandering river reaches such as those found along the Arkansas and Colorado Rivers. Valley widths are typically 700 ft (200 m) or less and stream gradients are generally low to moderate (0.5-2.5%). *Juniperus scopulorum* (Rocky Mountain juniper) is situated at the high water line and above, while the *Populus angustifolia* (narrowleaf cottonwood) grades into the active floodplain area. Soils of this plant association are derived from alluvial deposits. The surface soils consist of loamy sand, clay loams, silty clays or organic matter. Subsurface layers range from sandy loams and loamy sands to clay loams and sandy clay loams with 20-50% gravel and cobbles. Soil depth ranges from 15-25 inches (40 to 65 cm).

### Vegetation Description

This plant association is characterized by an open to closed canopy of 20-100% cover of *Populus angustifolia* (narrowleaf cottonwood) and scattered to abundant *Juniperus*

88

BLM_0035359

*scopulorum* (Rocky Mountain juniper) with 5-85% cover. Stands with northern aspects may include *Pseudotsuga menziesii* (Douglas-fir) or *Populus tremuloides* (quaking aspen). Two stands in the lower San Juan watershed with *Juniperus osteosperma* (Utah juniper), rather than *J. scopulorum* (Rocky Mountain juniper), are included in this type.

There is very little shrub canopy and little to no herbaceous undergrowth due to dry conditions. If present, the shrub canopy may include a wide variety of species, although none is present in every stand. Shrub species may include *Clematis ligusticifolia* (western white clematis), *Acer glabrum* (Rocky Mountain maple), *Rhus trilobata* (skunkbush sumac), *Symphoricarpos oreophilus* (mountain snowberry), *Quercus gambelii* (Gamble oak), and *Berberis fendleri* (Colorado barberry).

Non-native species are some of the more commonly encountered herbaceous components of this association, and generally occur in disturbed stands. Species include *Poa pratensis* (Kentucky bluegrass), *Taraxacum officinale* (dandelion), *Agrostis stolonifera* (creeping bentgrass), and *Melilotus officinalis* (sweet clover).

## Ecological Processes

As with all cottonwood woodlands, this association is found within a continually changing alluvial environment where riparian vegetation is constantly being "re-set" by flooding disturbance. Mature cottonwood stands do not regenerate in place, but regenerate by "moving" up and down a river reach. Over time, a healthy riparian area supports all stages of cottonwood communities. The process of cottonwood regeneration is dependent on flooding disturbance. Periodic flooding allows cottonwood seedlings to germinate and become established on newly deposited, moist sandbars. Natural river processes of bank erosion, deposition and channel migration result in a dynamic patchwork of different age classes, plant associations and habitats.

| Avg. Cover % | (Range) | Species Name | # Plots (N=20) |
|---|---|---|---|
| 51 | (12-97%) | Populus angustifolia | 20 |
| 29 | (3-86%) | Juniperus scopulorum | 18 |
| 12 | (6-22%) | Quercus gambelii | 3 |
| 11 | (3-24%) | Carex utriculata | 3 |
| 10 | (1-29%) | Poa pratensis | 13 |
| 9 | (0.1-30%) | Maianthemum stellatum | 6 |
| 9 | (6-12%) | Pseudotsuga menziesii | 3 |
| 9 | (1-23%) | Alnus incana ssp. tenuifolia | 3 |
| 8 | (1-18%) | Acer glabrum | 4 |
| 7 | (1-17%) | Agrostis stolonifera | 6 |
| 6 | (1-27%) | Clematis ligusticifolia | 10 |
| 6 | (1-12%) | Melilotus officinalis | 6 |

Other species with < 5% average cover present in at least 10% of plots:
Leymus cinereus (1-10%), Medicago lupulina (1-8%), Equisetum arvense (1-8%), Thermopsis divaricarpa (2-7%), Trifolium repens (1-7%), Thalictrum fendleri (1-4%), Juncus balticus var. montanus (1-6%), Rhus trilobata var. trilobata (1-6%), Equisetum hyemale var. affine (1-6%), Rosa woodsii (0.1-5%), Salix exigua (1-3%), Achillea millefolium var. occidentalis (1-3%), Symphoricarpos oreophilus (1-2%), Taraxacum officinale (1-3%), Artemisia ludoviciana (1-2%), Bromus tectorum (1%), Pascopyrum smithii (1%), Tragopogon dubius (1%).

89

BLM_0035360

**Narrowleaf cottonwood - Blue spruce / Thinleaf alder Woodland**

*Populus angustifolia - Picea pungens / Alnus incana* ssp. *tenuifolia*



**Global rank/State rank:**
G4 / S4

**HGM subclass:** R2?, R3/4

**Colorado elevation range:**
6,800-9,600 ft (2,070-2,925 m)



### General Description

This is a common mixed deciduous-evergreen community of montane valleys, where *Populus angustifolia* (narrowleaf cottonwood) and *Picea pungens* (blue spruce) are co-dominant along a stream reach. Frequently, other conifer trees are present, but not as abundant as *Picea pungens* (blue spruce). The shrub understory is typically dense and diverse. *Alnus incana* ssp. *tenuifolia* (thinleaf alder) is almost always present. Only a handful of good condition stands are known, and the community is highly threatened by improper livestock grazing, heavy recreational use, and stream flow alterations.

This association occurs in valleys with narrow to moderately wide floodplains, 30-600 ft (10-200 m), and in deep canyons. This association is commonly found on slightly meandering to meandering floodplains of broad reaches. Occasionally, stands occur along steep reaches. Soils range from shallow sandy loams to silty clay loams and clays over cobbles and boulders. Profiles are generally highly stratified, with layers of fine soils over layers of coarser sediments.

### Vegetation Description

The upper canopy is dominated by *Populus angustifolia* (narrowleaf cottonwood) and either *Picea pungens* (blue spruce) or *Picea engelmannii* (Engelmann spruce). Other less frequently encountered tree species may also be present and include *Pseudotsuga menziesii* (Douglas-fir), *Abies concolor* (white fir), *Populus tremuloides* (quaking aspen), and *Abies lasiocarpa* (subalpine fir). *Alnus incana* ssp. *tenuifolia* (thinleaf alder) is almost always present in the shrub canopy layer, although cover amounts vary and other shrub species may be more abundant. *Lonicera involucrata* (twinberry honeysuckle) is the most frequently encountered species after *Alnus.* Many other shrub species can occur within this association, including *Amelanchier alnifolia*

90

(Saskatoon serviceberry), *Acer glabrum* (Rocky Mountain maple), *Salix drummondiana* (Drummond willow), *S. exigua* (sandbar willow), *S. lucida* ssp. *caudata* (shining willow), *S. geyeriana* (Geyer willow), *S. boothii* (Booth willow), *Prunus virginiana* (chokecherry), and *Symphoricarpos oreophilus* (mountain snowberry).

The undergrowth is diverse and can be sparse or dense, depending on local conditions. Total herbaceous cover rarely exceeds 40%. *Maianthemum stellatum* (starry false Solomon seal) and *Geranium richardsonii* (Richardson geranium) are frequently found. Graminoid cover is less diverse than forb cover.

## Ecological Processes

This mixed deciduous-evergreen plant association is a mid-seral community. With continued fluvial activity, such as flooding, channel migration, sediment deposition, and scouring, narrowleaf cottonwood and blue spruce will continue to co-occur along the reach. Gradual and slightly sinuous stream channels that have overbank flow and sediment deposition favor establishment of *Populus angustifolia*. *Picea pungens* is favored along reaches in deep valleys with steep canyon walls that provide conditions for strong cold-air drainage. If the floodplain is no longer active, i.e., is no longer flooded because the stream channel has become lower (surface becomes a terrace) or upstream dams control floods, then cottonwoods will eventually die and the conifers may persist.

| Avg. Cover % | (Range) | Species Name | # Plots (N=51) |
|---|---|---|---|
| 34 | (2-90%) | Populus angustifolia | 51* |
| 28 | (1-60%) | Betula occidentalis | 8 |
| 27 | (0.1-90%) | Alnus incana ssp. tenuifolia | 41 |
| 25 | (1-80%) | Picea pungens | 51 |
| 17 | (1-50%) | Picea engelmannii | 9 |
| 17 | (1-96%) | Cornus sericea ssp. sericea | 31 |
| 11 | (1-50%) | Salix ligulifolia | 15 |
| 11 | (1-25%) | Pseudotsuga menziesii | 17 |
| 9 | (1-50%) | Acer glabrum | 12 |
| 7 | (1-40%) | Lonicera involucrata | 33 |
| 7 | (1-28%) | Populus tremuloides | 8 |
| 7 | (1-23%) | Abies concolor | 9 |
| 7 | (1-15%) | Salix drummondiana | 11 |
| 6 | (2-20%) | Salix exigua | 8 |
| 6 | (1-30%) | Calamagrostis canadensis | 8 |
| 5 | (1-30%) | Salix monticola | 15 |
| 5 | (1-20%) | Prunus virginiana var. melanocarpa | 8 |
| 5 | (1-15%) | Amelanchier alnifolia | 17 |

**Other species with < 5% average cover present in at least 10% of plots:**
Rudbeckia laciniata var. ampla (1-16%), Symphoricarpos rotundifolius (1-30%), Salix bebbiana (0.1-15%), Equisetum arvense (1-10%), Maianthemum stellatum (0.1-30%), Elymus glaucus (1-20%), Equisetum hyemale var. affine (1-20%), Geranium richardsonii (1-10%), Heracleum maximum (1-11%), Osmorhiza depauperata (1-30%), Poa pratensis (1-16%), Actaea rubra ssp. arguta (1-10%), Taraxacum officinale (0.1-16%), Mertensia franciscana (1-9%), Ligusticum porteri (1-10%), Fragaria virginiana ssp. glauca (1-9%), Rosa woodsii (0.1-9%), Thalictrum fendleri (1-10%), Pseudocymopterus montanus (1-10%), Ribes inerme (1-5%), Viola canadensis var. scopulorum (1-10%), Amelanchier utahensis (0.1-3%), Paxistima myrsinites (1-4%), Galium triflorum (1-10%), Chamerion angustifolium ssp. circumvagum (1-3%), Equisetum pratense (1-4%), Rubus idaeus ssp. strigosus (1-5%), Geum macrophyllum var. perincisum (0.1-4%), Cardamine cordifolia (1-4%), Achillea millefolium var. occidentalis (1-5%), Vicia americana (1-5%), Galium boreale (0.1-5%), Oxypolis fendleri (1-4%), Mertensia ciliata (1-5%).
*Populus angustifolia occurred in all stands, but was not captured in every sample plot.

91

BLM_0035362

## Narrowleaf cottonwood - Douglas-fir Woodland

### *Populus angustifolia - Pseudotsuga menziesii*



**Global rank/State rank:**
G3 / S2

**HGM subclass:**  R3/4

**Colorado elevation range:**
7,100-8,700 ft (2,150-2,700 m)



### General Description

This plant association occurs in the San Juan National Forest and in parts of the upper Arkansas River Basin.  It is also expected to occur in narrow foothill canyons of the Colorado Front Range.  The *Populus angustifolia-Pseudotsuga menziesii* (narrowleaf cottonwood-Douglas-fir) plant association is limited to narrow canyon bottoms and V-shaped valleys where a northern or protected aspect creates cool micro-environments. This association represents a transition from lower montane to upper montane habitats. Nearly all stands observed have an adjacent north-facing slope with *Pseudotsuga menziesii* (Douglas-fir) forests.

The association grows in wash bottoms and on immediate stream banks, cobble bars, and terraces.  Stream channels are steep and narrow with streambeds of bedrock, sand, or silt.  This association also occurs on slightly meandering floodplains of broad reaches with coarse channel bed material.  The soils are derived from alluvial and colluvial deposits and are fairly shallow, 10-30 inches (25-75 cm) thick.  The soils become skeletal with depth.  Surface layers are sandy loams, clay loams, and loams. Subsurface layers are sandy loams with 10-30% cobbles and gravels.  Organic matter from accumulated litter is concentrated in the upper layers.

### Vegetation Description

The upper canopy of this plant association is dominated by *Pseudotsuga menziesii* (Douglas-fir) and *Populus angustifolia* (narrowleaf cottonwood).  The mix of these two species as mature trees in the overstory canopy is the diagnostic characteristic for

92

BLM_0035363

this plant association. *Juniperus scopulorum* (Rocky Mountain juniper) or *Abies concolor* (white fir) may also be present. Several other conifer tree species may be present, but with less than 1% cover. Shrub cover is typically low, but is highly variable and diverse. No single species was present in all stands sampled. Shrub species include *Acer glabrum* (Rocky Mountain maple), *Salix exigua* (sandbar willow), *Betula occidentalis* (river birch), *Alnus incana* ssp. *tenuifolia* (thinleaf alder), *Quercus gambelii* (Gambel oak), *Salix lucida* ssp. *caudata* (shining willow), *Clematis ligusticifolia* (western white clematis), and *Ribes cereum* (wax currant).

The herbaceous undergrowth can be sparse and is usually limited by heavy shade and dry soil conditions. Herbaceous species include *Poa pratensis* (Kentucky bluegrass), *Taraxacum officinale* (dandelion), *Achillea millefolium* var. *occidentalis* (western yarrow), *Trifolium repens* (white clover), and *Agrostis stolonifera* (creeping bentgrass).

## Ecological Processes

*Pseudotsuga menziesii* (Douglas-fir) is a non-obligate riparian species and in Colorado riparian communities dominated by this species are uncommon. Observed stands of the *Populus angustifolia-Pseudotsuga menziesii* plant association were composed of mature trees, appear to be late-seral, and were limited to narrow canyon bottoms where upland *Pseudotsuga menziesii* forests grade into the riparian corridor or invade late successional terraces. Narrow canyons with steep slopes create pockets of moist, cool air by funneling cold-air downwards and providing a microsite for *Pseudotsuga menziesii*. Well-drained colluvial soils favor *Pseudotsuga menziesii* establishment.

Along broader, meandering rivers, *Pseudotsuga menziesii* can occur on upper terraces with stands of *Populus angustifolia*. These stands likely represent a drier occurrence of a *Populus angustifolia* community where *Pseudotsuga menziesii* is not an indicator of riparian condition. However, at lower elevations and in narrow valleys with cold air drainage, *Pseudotsuga menziesii*, co-dominating with *Populus angustifolia* on stream banks and floodplains, represents a perpetual riparian community.

| Avg. Cover % | (Range) | Species Name | # Plots (N=9) |
|---|---|---|---|
| 39 | (26-59%) | Populus angustifolia | 9 |
| 24 | (8-45%) | Pseudotsuga menziesii | 9 |
| 11 | (5-17%) | Clematis ligusticifolia | 2 |
| 10 | (5-15%) | Trifolium repens | 3 |
| 8 | (1-18%) | Acer glabrum | 5 |
| 7 | (4-13%) | Alnus incana ssp. tenuifolia | 3 |
| 6 | (1-14%) | Ribes cereum | 3 |
| 6 | (2-8%) | Juniperus scopulorum | 6 |
| 6 | (1-10%) | Melilotus officinalis | 2 |
| 5 | (2-11%) | Salix exigua | 3 |
| 4 | (1-13%) | Poa pratensis | 8 |

**Other species with < 5% average cover present in at least 10% of plots:**
Geranium richardsonii (1-15%), Abies concolor (2-5%), Achnatherum hymenoides (1-6%), Agrostis stolonifera (1-6%), Elymus repens (2-3%), Bromus inermis (2-3%), Taraxacum officinale (1-4%), Holodiscus dumosus (1-2%), Rosa woodsii (1-2%), Thalictrum fendleri (1-2%), Symphoricarpos oreophilus (1-2%), Achillea millefolium var. occidentalis (1%), Bromus tectorum (1%), Medicago lupulina (1%), Heterotheca villosa (1%), Heracleum maximum (1%), Elymus trachycaulus ssp. trachycaulus (1%), Ribes inerme (1%).

93

BLM_0035364

94

BLM_0035365

# GROUP C:
## DECIDUOUS DOMINATED FORESTS AND WOODLANDS

| **Association** | **Page** |
|---|---|
| *Acer negundo/Betula occidentalis*<br>Boxelder/River birch Woodland | 98 |
| *Acer negundo/Cornus sericea*<br>Boxelder/Red-osier dogwood Forest | 100 |
| *Acer negundo-Populus angustifolia/Celtis laevigata* var. *reticulata*<br>Boxelder-Narrowleaf cottonwood/Netleaf hackberry Forest | 102 |
| *Acer negundo-Populus angustifolia/Cornus sericea*<br>Boxelder-Narrowleaf cottonwood/Red-osier dogwood Forest | 104 |
| *Acer negundo/Prunus virginiana*<br>Boxelder/Chokecherry Forest | 106 |
| *Populus angustifolia* Sand Dune<br>Narrowleaf cottonwood Sand Dune Forest | 108 |
| *Populus angustifolia/Alnus incana* ssp. *tenuifolia*<br>Narrowleaf cottonwood/Thinleaf alder Woodland | 110 |
| *Populus angustifolia/Betula occidentalis*<br>Narrowleaf cottonwood/River birch Woodland | 112 |
| *Populus angustifolia/Cornus sericea*<br>Narrowleaf cottonwood/Red-osier dogwood Woodland | 114 |
| *Populus angustifolia/Crataegus rivularis*<br>Narrowleaf cottonwood/River hawthorn Woodland | 116 |
| *Populus angustifolia/Prunus virginiana*<br>Narrowleaf cottonwood/Chokecherry Woodland | 118 |
| *Populus angustifolia/Rhus trilobata*<br>Narrowleaf cottonwood/Skunkbush sumac Woodland | 120 |
| *Populus angustifolia/Salix drummondiana-Acer glabrum*<br>Narrowleaf cottonwood/Drummond willow-Rocky Mountain maple Woodland | 122 |
| *Populus angustifolia/Salix exigua*<br>Narrowleaf cottonwood/Sandbar willow Woodland | 124 |
| *Populus angustifolia/Salix irrorata*<br>Narrowleaf cottonwood/Bluestem willow Woodland | 126 |
| *Populus angustifolia/Salix ligulifolia-Shepherdia argentea*<br>Narrowleaf cottonwood/Strapleaf willow-Silver buffaloberry Woodland | 128 |
| *Populus angustifolia/Salix lucida* ssp. *caudata* or ssp. *lasiandra*<br>Narrowleaf cottonwood/Shining willow Woodland | 130 |

BLM_0035366

*Populus angustifolia/Salix (monticola, drummondiana, lucida)*   132
    Narrowleaf cottonwood/Mixed willow Woodland

*Populus angustifolia/Symphoricarpos albus*   134
    Narrowleaf cottonwood/Common snowberry Woodland

*Populus balsamifera*   136
    Balsam poplar Forest

*Populus deltoides/Bromus inermis*   138
    Plains cottonwood/Smooth brome Woodland

*Populus deltoides/Carex pellita (=lanuginosa)*   140
    Plains cottonwood/Woolly sedge Woodland

*Populus deltoides/Distichlis spicata*   142
    Plains cottonwood/Inland saltgrass Woodland

*Populus deltoides/Elymus trachycaulus*   144
    Plains cottonwood/Slender wheatgrass Woodland

*Populus deltoides/Forestiera pubescens*   146
    Plains cottonwood/Wild-privet Woodland

*Populus deltoides/Muhlenbergia asperifolia*   148
    Plains cottonwood/Alkali muhly Forest

*Populus deltoides/Panicum virgatum-Schizachyrium scoparium*   150
    Plains cottonwood/Switchgrass-Little bluestem Woodland

*Populus deltoides/Pascopyrum smithii-Panicum obtusum*   152
    Plains cottonwood /Western wheatgrass-Vine mesquite
    Woodland

*Populus deltoides/Prunus virginiana*   154
    Plains cottonwood/Chokecherry Woodland

*Populus deltoides/Rhus trilobata*   156
    Plains cottonwood/Skunkbush sumac Woodland

*Populus deltoides-(Salix amygdaloides)/Salix exigua*   158
    Plains cottonwood-(Peachleaf willow)/Sandbar willow
    Woodland

*Populus deltoides-(Salix nigra)/Spartina pectinata-Carex* spp.   160
    Plains cottonwood-(Black willow)/Prairie cordgrass-Sedge
    Woodland

*Populus deltoides/Sporobolus airoides*   162
    Plains cottonwood/Alkali sacaton Woodland

*Populus deltoides/Sporobolus compositus* var. *compositus*   164
    Plains cottonwood/Composite dropseed Woodland

*Populus deltoides/Sporobolus cryptandrus*   166
    Plains cottonwood /Sand dropseed Woodland

*Populus deltoides/Symphoricarpos occidentalis*   168
    Plains cottonwood/Western snowberry Woodland

96

BLM_0035367

*Populus tremuloides/Acer glabrum*                                170
    Quaking aspen/Rocky Mountain maple Forest

*Populus tremuloides/Alnus incana* ssp. *tenuifolia*             172
    Quaking aspen/Thinleaf alder Forest

*Populus tremuloides/Betula occidentalis*                        174
    Quaking aspen/River birch Forest

*Populus tremuloides/Cornus sericea*                             176
    Quaking aspen/Red-osier dogwood Forest

*Populus tremuloides/Corylus cornuta*                            178
    Quaking aspen/Beaked hazelnut Forest

*Populus tremuloides/*Tall forb                                  180
    Quaking aspen/Tall forb Forest

*Salix amygdaloides*                                             182
    Peachleaf willow Woodland

97

BLM_0035368

**Boxelder / River birch Woodland**

*Acer negundo / Betula occidentalis*



**Global rank/State rank:**
G1G2 / S1

**HGM subclass:** R3/4

**Colorado elevation range:**
5,000-6,100 ft (1,500-1,900 m)



## General Description

The *Acer negundo/Betula occidentalis* (boxelder/river birch) plant association is a medium-tall (8-15 ft, 2.5-5.5 m) deciduous woodland. It grows in narrow, sandstone box canyons of western Colorado where it is known from only three locations on the extreme western edge of the state. It appears to be a very unusual combination, and is considered a rare plant association.

The association occurs on immediate stream banks within 10 ft (2 m) of the channel. The stream channel is highly sinuous with well developed sandy point bars. The soils are shallow to deep sand or loam over cobbles.

## Vegetation Description

*Acer negundo* (boxelder) dominates the overstory, typically with 40-70% cover. The shrub layer is dominated by 20-80% cover of *Betula occidentalis* (river birch). Other shrub species include *Salix exigua* (sandbar willow), *Forestiera pubescens* (wild privet), and *Clematis ligusticifolia* (western white clematis). Herbaceous undergrowth is sparse, with *Poa pratensis* (Kentucky bluegrass), *Equisetum hyemale* (scouringrush horsetail), and *Elymus repens* (quackgrass).

## Ecological Processes

Stands dominated by *Acer negundo* (boxelder) may be a riparian climax type until the site becomes drier from channel migrating or downcutting. This association appears to flourish in narrow canyons with natural flood regimes or altered flows (e.g., Black Canyon of the Gunnison). With scouring floods, *Acer negundo* may survive only if it

98

BLM_0035369

grows on upper colluvial slopes.  This may provide a seed source for regeneration after flooding and deposition.

The age-class distribution of *Acer negundo* along riparian corridors is distinct. Juvenile trees obtain water directly from the stream channel or from the upper soil horizons that have been recharged by stream water.  Mature trees, however, tap into the deeper groundwater.  The use of groundwater by adult trees may provide a constant source of water as stream flows drop in the late summer, thus reducing their chance of mortality during summer droughts.

| Avg. Cover % | (Range) | Species Name | # Plots (N=4) |
|---|---|---|---|
| 53 | (20-80%) | Betula occidentalis | 3* |
| 41 | (5-70%) | Acer negundo var. interius | 4 |
| 16 | (1-30%) | Forestiera pubescens | 2 |
| 12 | (1-30%) | Salix exigua | 3 |
| 10 | — | Elymus repens | 1 |
| 6 | (1-10%) | Equisetum hyemale var. affine | 2 |
| 6 | (1-10%) | Rosa woodsii | 2 |
| 5 | (1-10%) | Poa pratensis | 3 |
| 5 | (1-10%) | Clematis ligusticifolia | 3 |
| 5 | (5%) | Elymus trachycaulus ssp. trachycaulus | 2 |
| 5 | — | Glycyrrhiza lepidota | 1 |

**Other species with < 5% average cover present in at least 10% of plots:**
Artemisia ludoviciana (1-5%), Bromus tectorum (1-5%), Equisetum laevigatum (1%), Phalaris arundinacea (1%), Agrostis stolonifera (1%), Salix monticola (1%), Artemisia tridentata (1%), Brickellia grandiflora (1%), Ericameria nauseosa ssp. nauseosa var. glabrata (1%), Elymus elymoides (1%), Lolium pratense (1%), Juncus balticus var. montanus (1%), Verbascum thapsus (1%), Eurybia glauca (1%), Poa fendleriana (1%).
*Betula occidantalis occurred in all stands, but was not captured in every sample plot.



*Betula occidentalis*

*Acer negundo*

99

## Boxelder / Red-osier dogwood Forest

### *Acer negundo / Cornus sericea*



**Global rank/State rank:**
G3? / S2

**HGM subclass:** R3/4

**Colorado elevation range:**
6,800-7,700 ft (2,070-2,300 m)



### General Description

The *Acer negundo/Cornus sericea* (boxelder/red-osier dogwood) plant association is a medium-tall (5-15 ft, 1.5-4.5 m) deciduous forest.  It flourishes in narrow, shady canyons, often with a controlled stream flow and is known from lower montane canyons in Utah and western Colorado.

This plant association occurs within narrow, 40 ft (12 m) wide, box canyons about 10 ft (2-3 m) above the channel bankfull level.  Stream channels are steep and narrow  or moderately wide and sinuous.  The soil textures are sandy loams to clay loams.

### Vegetation Description

*Acer negundo* (boxelder) dominates the overstory with 15-70% cover.  The shrub layer is dense and diverse with *Cornus sericea* (red-osier dogwood) (40-60% cover) as the dominant shrub.  Other shrub species (present with 50% or less frequency) include *Ribes inerme* (whitestem gooseberry), *Alnus incana* ssp. *tenuifolia* (thinleaf alder), *Acer glabrum* (Rocky Mountain maple), *Salix exigua* (sandbar willow), *Quercus gambelii* (Gambel oak), *Rubus idaeus* (American red raspberry), and *Salix irrorata* (bluestem willow).  Forb and graminoid species include *Heracleum maximum* (common cowparsnip), *Geranium richardsonii* (Richardson geranium), *Actaea rubra* (red baneberry), and *Mertensia franciscana* (Franciscan bluebells).

### Ecological Processes

*Acer negundo* (boxelder) may be a riparian climax type, unless the site becomes too dry due to channel migration and downcutting.  This association appears to flourish in narrow canyons with natural flood regimes or altered flows (e.g., Black Canyon of the Gunnison).  With scouring floods, *Acer negundo* may survive only if it grows on upper colluvial slopes.  This may provide a seed source for regeneration after flooding and deposition.

100

BLM_0035371

| Avg. Cover % | (Range) | Species Name | # Plots (N=4) |
|---|---|---|---|
| 47 | (40-60%) | Cornus sericea | 3* |
| 33 | (15-70%) | Acer negundo var. interius | 4 |
| 33 | (5-60%) | Ribes inerme | 2 |
| 19 | (12-26%) | Alnus incana ssp. tenuifolia | 2 |
| 11 | (7-14%) | Picea pungens | 2 |
| 8 | (1-15%) | Heracleum maximum | 2 |
| 8 | (5-10%) | Rubus idaeus ssp. strigosus | 2 |
| 7 | (5-10%) | Actaea rubra ssp. arguta | 3 |
| 6 | (4-8%) | Carex geyeri | 2 |
| 6 | (1-10%) | Geranium richardsonii | 4 |
| 5 | (4-5%) | Rosa woodsii | 3 |

**Other species with < 5% average cover present in at least 10% of plots:**
Abies concolor (4-5%), Viola canadensis var. scopulorum (1-5%), Poa pratensis (1-5%), Aconitum columbianum (1-5%), Rudbeckia laciniata var. ampla (1-5%), Dactylis glomerata (1-5%), Elymus glaucus (1-5%), Angelica ampla (1-5%), Equisetum pratense (1-4%), Ligusticum porteri (1-5%), Galium triflorum (1-5%), Lonicera involucrata (1-3%), Vicia americana (1-3%), Fragaria vesca ssp. bracteata (1-2%), Taraxacum officinale (1-2%), Agrostis gigantea (1-2%), Maianthemum stellatum (1%), Galium boreale (1%), Maianthemum racemosum ssp. amplexicaule (1%), Achillea millefolium var. occidentalis (1%).

*Cornus sericea occurred in all stands, but was not captured in every sample plot.



*Cornus sericea*

101

**Boxelder - Narrowleaf cottonwood / Netleaf hackberry Forest**

*Acer negundo - Populus angustifolia / Celtis laevigata* **var.** *reticulata*



**Global rank/State rank:**
G1Q / S1Q

**HGM subclass:** R3/4

**Colorado elevation range:**
5,900 ft (1,800 m)



### General Description

The *Acer negundo-Populus angustifolia/Celtis laevigata* var. *reticulata* (boxelder-narrowleaf cottonwood/netleaf hackberry) plant association is a tall (12-25 ft, 4-8 m), multi-layered deciduous forest. It is a provisionally described community known from only one location on a seep in Unaweep Canyon in Mesa County. This forest occurs in a complex wetland with several other provisionally described woody and herbaceous plant associations. The forest occurs in dense patches around several small channels fed by the seep. Along these rivulets are wet meadow communities dominated by *Eleocharis palustris* (common spikerush) with *Schoenoplectus tabernaemontani* (softstem bulrush) and *Phragmites australis* (common reed). The hillside seep drains into a fast moving creek with *Alnus incana* ssp. *tenuifolia* with abundant *Eupatorium maculatum* (spotted joepyeweed) in the undergrowth and *Salix exigua* (sandbar willow) riparian shrublands.

This plant association occurs on a hillside seep above a moderately wide valley. Stream channels are tiny rivulets draining the hillside seep. Soils are shallow silty clay loam and sandy loam.

### Vegetation Description

This plant association is characterized by a deciduous tree canopy of *Celtis laevigata* var. *reticulata* (netleaf hackberry), *Populus angustifolia* (narrowleaf cottonwood) and scattered cover of *Acer negundo* (boxelder). The shrub understory includes *Clematis ligusticifolia* (western white clematis), *Rhus trilobata* (skunkbush sumac), *Betula occidentalis* (river birch) and the non-native *Rubus discolor* (Himalayan blackberry). The herbaceous undergrowth is dense, but dominated by non-native weedy species, such as *Melilotus officinalis* (yellow sweetclover), *Taraxacum officinale* (dandelion), and *Nepeta cataria* (catnip).

102

## Ecological Processes

This plant association appears similar to the *Acer negundo-Populus angustifolia/ Cornus sericea* association, but does not occur on an alluvial floodplain. Seed deposition and establishment of the dominant canopy species in the *Acer negundo-Populus angustifolia/Celtis laevigata* var. *reticulata* association is not dependent on alluvial processes, but bare ground for seedling establishment is created by ground slumping.

| Avg. Cover % | (Range) | Species Name | # Plots (N=1) |
|---|---|---|---|
| 70 | — | Clematis ligusticifolia | 1 |
| 50 | — | Celtis laevigata var. reticulata | 1 |
| 20 | — | Bidens frondosa | 1 |
| 20 | — | Phalaris arundinacea | 1 |
| 20 | — | Rhus trilobata var. trilobata | 1 |
| 20 | — | Rubus discolor | 1 |
| 20 | — | Holcus lanatus | 1 |
| 10 | — | Betula occidentalis | 1 |
| 10 | — | Glyceria striata | 1 |
| 10 | — | Melilotus officinalis | 1 |
| 10 | — | Toxicodendron rydbergii | 1 |
| 10 | — | Nepeta cataria | 1 |
| 10 | — | Phleum pratense | 1 |
| 10 | — | Populus angustifolia | 1 |
| 10 | — | Taraxacum officinale | 1 |
| 5 | — | Equisetum arvense | 1 |
| 5 | — | Eupatorium maculatum | 1 |
| 5 | — | Arctium minus | 1 |

**Other species with < 5% average cover present in at least 10% of plots:**
Mentha arvensis (1%), Bromus tectorum (1%), Crataegus rivularis (1%), Plantago major (1%), Quercus gambelii (1%), Sisymbrium altissimum (1%).



*Celtis laevigata var. reticulata*

103

BLM_0035374

## Boxelder - Narrowleaf cottonwood / Red-osier dogwood Forest
### *Acer negundo - Populus angustifolia / Cornus sericea*



**Global rank/State rank:**
G2 / S2

**HGM subclass:** R3/4

**Colorado elevation range:**
5,700-7,700 ft (1,730-2,350 m)



### General Description

The *Acer negundo-Populus angustifolia/Cornus sericea* (box elder-narrowleaf/red-osier dogwood) plant association is a tall (12-25 ft, 4-8 m), multi-layered, deciduous riparian forest. It is grows on broad alluvial floodplains with strongly meandering stream channels, where it can form extensive riparian forests. It can also occur as small stands on narrow streams at high elevations.

This plant association occurs along moderately sinuous stream reaches within narrow valleys or broad alluvial floodplains. It occurs at 2-10 ft (0.5-2 m) above the bankfull channel level. Stream channels are slightly meandering to strongly meandering. Soil textures range from loamy sand to silty clay loam with minimal skeletal fraction. Mottling may occur at about 20-25 inches (50-60 cm).

### Vegetation Description

This community is characterized by a tall gallery forest of *Populus angustifolia* (narrowleaf cottonwood) and a subcanopy of *Acer negundo* (boxelder). In most of the stands sampled, *Acer negundo* (boxelder) formed a subcanopy underneath the taller canopy of narrowleaf cottonwoods. However, patches of *Acer negundo* (boxelder) do occur on the floodplain without the cottonwood overstory as part of the overall mosaic of different aged stands. These are thought to be older stands where the cottonwood has died. *Juniperus scopulorum* (Rocky Mountain juniper), *Pseudotsuga menziesii* (Douglas-fir), and *Picea pungens* (blue spruce) are occasionally present in small amounts.

Mesic shrubs form a dense and diverse mid-canopy layer. *Cornus sericea* (red-osier dogwood) is the most abundant and dominant shrub. Other shrub species which may be present include *Alnus incana* ssp. *tenuifolia* (thinleaf alder), *Rosa woodsii* (Woods rose), *Acer glabrum* (Rocky Mountain maple), *Rhus trilobata* (skunkbush sumac), *Salix ligulifolia* (strapleaf willow), *Salix monticola* (mountain willow), *Salix boothii*

104

BLM_0035375

(Booth willow), and *Salix lucida* ssp. *caudata* (shining willow). Forb and graminoid cover vary from low to abundant. Species include *Maianthemum racemosum* (feathery false Solomon seal), *Rudbeckia laciniata* var. *ampla* (cutleaf coneflower), and *Solidago gigantea* (giant goldenrod). In disturbed stands *Cirsium arvense* (Canada thistle), *Agrostis gigantea* (redtop), and *Taraxacum officinale* (dandelion) can occur.

## Ecological Processes

The *Acer negundo-Populus angustifolia/Cornus sericea* (boxelder-narrowleaf cottonwood/red-osier dogwood) plant association appears to be late-seral. This is evident from the mature *Populus angustifolia* trees and dense stands of *Cornus sericea* within the closed forest canopy. Young, early-seral stands of regenerating cottonwoods may be found on the inside bends of the channel and on point bars and lower terraces. Channel migration and meander movement may cut into the mature forest on the outside of meander bends, leaving the stands immediately adjacent to, yet potentially several meters above, the channel. Over time, the riparian communities can convert to upland plant associations.

| Avg. Cover % | (Range) | Species Name | # Plots (N=21) |
|---|---|---|---|
| 41 | (3-90%) | Populus angustifolia | 19* |
| 33 | (1-90%) | Cornus sericea ssp. sericea | 21 |
| 27 | (1-80%) | Acer negundo var. interius | 20* |
| 19 | (5-80%) | Solidago gigantea | 6 |
| 19 | (1-50%) | Prunus virginiana var. melanocarpa | 5 |
| 18 | (1-80%) | Bromus inermis | 7 |
| 11 | (1-30%) | Clematis ligusticifolia | 5 |
| 10 | (1-40%) | Poa pratensis | 15 |
| 10 | (1-30%) | Crataegus rivularis | 9 |
| 10 | (1-30%) | Agrostis gigantea | 4 |
| 8 | (1-27%) | Pseudotsuga menziesii | 5 |
| 8 | (1-15%) | Alnus incana ssp. tenuifolia | 4 |
| 7 | (1-20%) | Ribes inerme | 6 |
| 7 | (5-10%) | Osmorhiza depauperata | 4 |
| 7 | (1-20%) | Maianthemum racemosum ssp. amplexicaule | 5 |
| 7 | (1-20%) | Rosa woodsii | 17 |
| 7 | (1-23%) | Geranium richardsonii | 6 |
| 6 | (1-30%) | Dactylis glomerata | 9 |
| 6 | (1-20%) | Phalaris arundinacea | 7 |
| 6 | (1-20%) | Rudbeckia laciniata var. ampla | 11 |
| 6 | (1-20%) | Elymus glaucus | 6 |
| 5 | (1-30%) | Maianthemum stellatum | 11 |
| 5 | (1-20%) | Taraxacum officinale | 14 |
| 5 | (1-11%) | Quercus gambelii | 5 |

**Other species with < 5% average cover present in at least 10% of plots:**
Rhus trilobata var. trilobata (1-10%), Amelanchier alnifolia (1-10%), Juniperus scopulorum (1-10%), Rubus idaeus ssp. strigosus (1-7%), Elymus repens (1-10%), Amelanchier utahensis (1-5%), Phleum pratense (1-10%), Mahonia repens (1-5%), Galium triflorum (1-5%), Symphoricarpos oreophilus (1-5%), Geum macrophyllum var. perincisum (1-5%), Lonicera involucrata (1-5%), Urtica dioica ssp. gracilis (1-5%), Vicia americana (1-3%), Melilotus officinalis (1-3%), Achillea millefolium var. occidentalis (1-2%), Galium boreale (1%), Mentha arvensis (1%)
*Populus angustifolia and Acer negundo were present in all stands, but were not captured in every sample plot.

105

BLM_0035376

**Boxelder / Chokecherry Forest**

*Acer negundo / Prunus virginiana*



**Global rank/State rank:**
G3 / S2

**HGM subclass:** R3/4

**Colorado elevation range:**
6,000-7,500 ft (1,800-2,290 m)



<u>**General Description**</u>

The *Acer negundo/Prunus virginiana* (box elder/chokecherry) plant association is characterized by dense to scattered cover of *Acer negundo* (boxelder) and a dense thicket of *Prunus virginiana* (chokecherry). It grows on broad alluvial floodplains at low elevations. When left undisturbed, the shrub canopy can be very thick and nearly impenetrable. However, many stands in Colorado are in severely degraded states with very sparse shrub canopies.

This association occurs on moderately wide, flat valley bottoms. It can also occur on colluvial deposits and narrow, confined terraces where the stream channel has been downcut. Stream channels are mostly straight, narrow and steep. Some channels are wider and slightly sinuous; occasionally a channel may be very steep and entrenched.

<u>**Vegetation Description**</u>

The overstory of this plant association is dominated by 10-100% cover of different age classes of *Acer negundo* (boxelder). Other tree species that may be present include *Populus angustifolia* (narrowleaf cottonwood) and *Pseudotsuga menziesii* (Douglas-fir). The shrub diversity can be high in less disturbed stands, with *Prunus virginiana* (chokecherry), *Amelanchier utahensis* (Utah serviceberry), *Symphoricarpos oreophilus* (mountain snowberry), *Ribes inerme* (whitestem gooseberry), *Acer glabrum* (Rocky Mountain maple), *Cornus sericea* (red-osier dogwood), *Holodiscus dumosus* (rockspirea), and *Rhamnus smithii* (Smith buckthorn).

The understory can be dense with forb species including up to 50% cover of *Geranium richardsonii* (Richardson geranium) and up to 40% cover of *Urtica dioica* (stinging nettle). Graminoid cover is minor.

106

## Ecological Processes

*Acer negundo* (boxelder) appears to flourish in narrow canyons with natural flood regimes or altered flows (e.g., Black Canyon of the Gunnison). With scouring floods, *Acer negundo* may survive only if it grows on upper colluvial slopes. This may provide a seed source for regeneration after flooding and deposition.

In Montana, an *Acer negundo/Prunus virginiana* (boxelder/chokecherry) habitat type occurs in the Great Plains region of the state. It establishes along alluvial fans, narrow streams or woody draws. In Colorado, many stands of this association appear to be in advanced stages of degradation. They are open with little to no regeneration of boxelder, little shrub cover, and compacted soils. With time, the boxelder trees will die and topple.

| Avg. Cover % | (Range) | Species Name | # Plots (N=15) |
|---|---|---|---|
| 57 | (10-100%) | Acer negundo var. interius | 15 |
| 26 | (1-50%) | Geranium richardsonii | 2 |
| 16 | (1-60%) | Osmorhiza depauperata | 4 |
| 15 | (1-34%) | Populus angustifolia | 6 |
| 13 | (1-60%) | Prunus virginiana var. melanocarpa | 11* |
| 13 | (5-20%) | Hackelia floribunda | 2 |
| 8 | (1-30%) | Symphoricarpos oreophilus | 13 |
| 7 | (1-20%) | Cornus sericea | 5 |
| 7 | (1-20%) | Mertensia ciliata | 3 |
| 7 | (1-40%) | Mahonia repens | 7 |
| 6 | (1-40%) | Urtica dioica ssp. gracilis | 11 |
| 6 | (1-20%) | Ribes inerme | 7 |
| 6 | (1-20%) | Amelanchier utahensis | 10 |
| 6 | (1-10%) | Acer glabrum | 4 |
| 6 | (1-10%) | Rhamnus smithii | 2 |
| 6 | (1-10%) | Elymus glaucus | 2 |
| 5 | (1-20%) | Poa pratensis | 11 |

**Other species with < 5% average cover present in at least 10% of plots:**
Rhus trilobata var. trilobata (1-10%), Holodiscus dumosus (1-10%), Pseudotsuga menziesii (1-10%), Descurainia incana (1-10%), Senecio eremophilus var. kingii (1-5%), Cynoglossum officinale (1-5%), Lonicera involucrata (1-3%), Rosa woodsii (1-5%), Clematis ligusticifolia (1-3%), Maianthemum stellatum (1-3%), Quercus gambelii (1-3%), Rubus idaeus ssp. strigosus (1-3%), Heracleum maximum (1%), Viola adunca (1%), Rorippa teres (1%).
*Prunus virginiana was present in all stands, but was not captured in every sample plot.

107

**Narrowleaf cottonwood Sand Dune Forest**

*Populus angustifolia* **Sand Dune Forest**



**Global rank/State rank:**
G1 / S1

**HGM subclass:** R3/4

**Colorado elevation range:**
7,600 ft (2,300 m)



## General Description

The *Populus angustifolia* (narrowleaf cottonwood) Sand Dune Forest is an extremely rare association which occurs in an unusual environmental setting on braided, sandy streams adjacent to wind-driven, actively moving sand dunes. It is known only from the east side of the San Luis Valley, at the base of the Sangre de Cristo Mountains, just northwest of Great Sand Dunes National Monument.

The *Populus angustifolia* Sand Dune Forest community occurs on a series of sand dunes stabilized by vegetation. The cottonwoods occur on the ridges of the sand dunes and increase in age with distance from the active stream channel. The cottonwood stands may have created the sand dunes by trapping wind-borne sand. The stream channel is braided with additional dry channels on either side of the active channel, giving the impression of an alluvial fan. The soil is deep (30 inches, 73 cm) loamy sand with little horizon development.

## Vegetation Description

This community is a mature stand of up to 90% *Populus angustifolia* (narrowleaf cottonwood) with no shrubs or herbaceous species under the canopy. The ground is covered with a thick layer of cottonwood leaves (65%), wood (cottonwood branches) (15%), and bare sand (20%).

## Ecological Processes

The *Populus angustifolia* Sand Dune Forest appears to be a product of a unique environment in Colorado. As the cottonwoods increase in age and distance from the

108

BLM_0035379

active stream channel, trees trap wind-borne sand and create ridges of sand, or sand dunes.  As trees are buried, the cottonwoods send out aerial roots and grow taller, much in the same way that the species responds to burial by flooding and fluvial deposition.  Several large old trees, up to 8 ft (2 m) in diameter were found near the center of the sand dune forest.  Younger trees (2 inch, 4.5 cm) occur in thick bands on slightly lower sand dune ridges.  These sapling and pole-sized trees produced sucker shoots, creating another band of seedling-sized cottonwoods.

| Avg. Cover % | (Range) | Species Name | # Plots (N=1) |
|---|---|---|---|
| 92 | n/a | Populus angustifolia | 1 |



*Populus angustifolia*

fruiting spike

109

BLM_0035380

## Narrowleaf cottonwood / Thinleaf alder Woodland
### *Populus angustifolia / Alnus incana* ssp. *tenuifolia*



**Global rank/State rank:**
G3 / S3

**HGM subclass:** R3/4

**Colorado elevation range:**
6,000-9,600 ft (1,830-2,930 m)



### General Description

The *Populus angustifolia/Alnus incana* ssp. *tenuifolia* (narrowleaf cottonwood/thinleaf alder) plant association is characterized by a dense stand of *Alnus incana* lining the stream bank and an open to nearly closed canopy of *Populus angustifolia*. Other shrubs may occur but *Alnus incana* ssp. *tenuifolia* (thinleaf alder) usually has at least 10-20% cover and is the most abundant of all other shrubs within the stand. It occurs along narrow, fast-moving stream reaches in montane areas.

This plant association occurs on active floodplains in narrow to broad valleys. It forms a narrow, dense band along stream banks and benches. Some of the stands have signs of recent flooding. Stream gradient and channel width are highly variable. Some sites occur along steep, narrow reaches with little sinuosity. Other sites occur along low gradient, moderately sinuous, broad channel reaches, low gradient, highly sinuous reaches, or very narrow and highly sinuous stream sections. Soils are mostly coarse textured ranging from deep sands to shallow sandy loams. Some profiles show stratification with loams to clay loams alternating with sands. Most profiles become skeletal at an average depth of 12 inches (30 cm).

### Vegetation Description

The dominance of *Populus angustifolia* (narrowleaf cottonwood) and *Alnus incana* ssp. *tenuifolia* (thinleaf alder) are the key diagnostic characteristics of this association. Several other tree and shrub species may be present, but they rarely equal the abundance of the diagnostic species. The overstory is an open to dense canopy of *Populus angustifolia*, which is always present, if sometimes only as sapling-sized individuals. Other tree species that may be present include *Pseudotsuga menziesii* (Douglas-fir), *Juniperus scopulorum* (Rocky Mountain juniper), *Populus tremuloides* (quaking aspen), *Pinus ponderosa* (ponderosa pine), *Populus x acuminata* (lanceleaf cottonwood), *Abies concolor* (white fir), or *Picea pungens* (blue spruce). The shrub understory is dominated by a dense band of *Alnus incana* ssp. *tenuifolia* (thinleaf alder) lining the stream bank. A variety of other shrubs may be present, intermingling

110

BLM_0035381

with the alder but usually providing less than the total alder cover.  Other shrub species include *Salix bebbiana* (Bebb willow), *Salix monticola* (mountain willow), *Salix drummondiana* (Drummond willow), *Salix ligulifolia* (strapleaf willow), *Salix lucida* ssp. *caudata* (shining willow), *Salix exigua* (sandbar willow), *Cornus sericea* (red-osier dogwood), *Rosa woodsii* (Woods rose), *Acer glabrum* (Rocky Mountain maple), and *Betula occidentalis* (river birch).

The herbaceous undergrowth is generally sparse.  Herbaceous species include *Poa pratensis* (Kentucky bluegrass), *Taraxacum officinale* (dandelion), *Equisetum arvense* (field horsetail), *Rudbeckia laciniata* var. *ampla* (cutleaf coneflower), *Heracleum maximum* (common cowparsnip), *Maianthemum stellatum* (starry false Solomon seal), *Trifolium repens* (white clover), *Calamagrostis canadensis* (bluejoint reedgrass), *Oxypolis fendleri* (Fendler cowbane), and *Cardamine cordifolia* (heartleaf bittercress).

## Ecological Processes

The *Populus angustifolia/Alnus incana* ssp. *tenuifolia* (narrowleaf cottonwood/thinleaf alder) plant association is considered a mid-seral community (not the youngest and not the oldest stands of cottonwoods within a reach).  With time and without flooding disturbance, stands may become dominated by invading conifers from adjacent upland communities such as *Pseudotsuga menziesii* (Douglas-fir), *Juniperus* spp. (juniper), or *Picea engelmannii* (Engelmann spruce).

| Avg. Cover % | (Range) | Species Name | # Plots (N=37) |
|---|---|---|---|
| 37 | (3-84%) | Populus angustifolia | 37 |
| 35 | (1-80%) | Alnus incana ssp. tenuifolia | 37 |
| 18 | (1-40%) | Agrostis gigantea | 5 |
| 13 | (1-30%) | Salix lucida ssp. caudata, lasiandra | 14 |
| 13 | (3-28%) | Betula occidentalis | 5 |
| 12 | (1-48%) | Trifolium repens | 7 |
| 11 | (3-35%) | Salix drummondiana | 10 |
| 10 | (1-30%) | Poa pratensis | 26 |
| 10 | (1-30%) | Cornus sericea ssp. sericea | 12 |
| 10 | (1-34%) | Populus tremuloides | 5 |
| 8 | (1-32%) | Salix exigua | 8 |
| 7 | (1-15%) | Agrostis stolonifera | 6 |
| 7 | (1-14%) | Salix monticola | 9 |
| 6 | (1-22%) | Cardamine cordifolia | 5 |
| 6 | (0.1-40%) | Dactylis glomerata | 9 |
| 6 | (1-20%) | Rubus idaeus ssp. strigosus | 6 |
| 6 | (1-17%) | Calamagrostis canadensis | 8 |
| 6 | (1-14%) | Pseudotsuga menziesii | 7 |
| 5 | (1-14%) | Salix bebbiana | 8 |
| 5 | (1-11%) | Ribes inerme | 5 |
| 5 | (1-20%) | Rudbeckia laciniata var. ampla | 12 |

**Other species with < 5% average cover present in at least 10% of plots:**
Acer glabrum (1-10%), Rosa woodsii (1-30%), Heracleum maximum (0.1-15%), Pyrola asarifolia ssp. asarifolia (1-10%), Poa palustris (1-10%), Taraxacum officinale (1-20%), Juniperus scopulorum (1-11%), Salix ligulifolia (1-10%), Lonicera involucrata (0.1-10%), Equisetum arvense (0.1-18%), Oxypolis fendleri (1-11%), Urtica dioica ssp. gracilis (1-10%), Prunus virginiana var. melanocarpa (1-7%), Maianthemum stellatum (0.1-10%), Osmorhiza depauperata (1-4%), Achillea millefolium var. occidentalis (0.1-12%), Clematis ligusticifolia (1-3%), Juncus balticus var. montanus (1-6%), Vicia americana (1-5%), Mertensia ciliata (1-5%), Galium triflorum (1-4%), Thalictrum fendleri (1-5%), Geum macrophyllum var. perincisum (1-6%), Geranium richardsonii (1-5%), Fragaria virginiana ssp. glauca (1-5%), Chamerion angustifolium ssp. circumvagum (1-3%), Galium boreale (1-3%), Mentha arvensis (1-4%), Symphoricarpos oreophilus (1-3%), Galium trifidum ssp. subbiflorum (1-3%), Actaea rubra ssp. arguta (0.1-3%), Phleum pratense (1%), Equisetum laevigatum (0.1-1%).

111

**Narrowleaf cottonwood / River birch Woodland**

*Populus angustifolia / Betula occidentalis*



**Global rank/State rank:**
G3 / S2

**HGM subclass:** R3/4

**Colorado elevation range:**
6,000-8,400 ft (1,830-2,600 m)



<u>**General Description**</u>

This plant association is a lush deciduous community of *Populus angustifolia* (narrowleaf cottonwood) and *Betula occidentalis* (river birch) growing in a thick band along the stream banks. The community is one of the wetter *Populus angustifolia* plant associations, which indicates a perennial source of water and possibly lateral seepage to the channel. Some stands occur on hillside seeps.

This plant association occurs on stream banks and benches along narrow, somewhat steep streams with little to moderate floodplain development. It also occurs on immediate stream banks or steep-sided overflow channel areas along larger streams with well-developed floodplains. Stream channels are steep and narrow with rocky beds or broad and meandering. Soils have a surface layer of partially decomposed organic matter 2-4 inches (5-10 cm) thick. Subsurface layers are very coarse with 10-60% gravel or cobbles. Subsurface textures range from clay loams to loamy sands.

<u>**Vegetation Description**</u>

This plant association is characterized by an overstory of 5-80% cover of *Populus angustifolia* (narrowleaf cottonwood) and a thick shrub understory of *Betula occidentalis* (river birch). Other tree species that can be present include *Pseudotsuga menziesii* (Douglas-fir) and *Juniperus scopulorum* (Rocky Mountain juniper). Other shrubs that can be abundant, but never more than birch include *Alnus incana* ssp. *tenuifolia* (thinleaf alder), *Acer glabrum* (mountain maple), *Cornus sericea* (red-osier dogwood), *Salix bebbiana* (Bebb willow), *Crataegus rivularis* (river hawthorn), *Ribes*

112

BLM_0035383

*inerme* (whitestem gooseberry), *Salix ligulifolia* (strapleaf willow), *Rhus trilobata* (skunkbush sumac), *Salix irrorata* (bluestem willow), *Rubus parviflorus* (thimbleberry), and *Prunus virginiana* (chokecherry).

Graminoid and forb cover is minor, except in degraded stands, where introduced, non-native species can be abundant.  These include *Poa pratensis* (Kentucky bluegrass), *Taraxacum officinale* (dandelion), *Melilotus* spp. (sweetclover).  Native herbaceous species include *Maianthemum stellatum* (starry false Solomon seal), *Rudbeckia laciniata* var. *ampla* (cutleaf coneflower), *Carex utriculata* (beaked sedge), and *Angelica ampla* (giant angelica).

## Ecological Processes

The *Populus angustifolia/Betula occidentalis* (narrowleaf cottonwood/river birch) plant association is considered to be early- to mid-seral.  *Betula occidentalis* becomes abundant along stream banks with perennial stream flow and well-aerated soils.  With continued aggradation of the alluvial surface and shading from a thick shrub canopy, successful *Populus angustifolia* reproduction may cease and the stand may become a *Betula occidentalis* dominated shrubland with a graminoid understory.  *Populus angustifolia* appears to be reproducing in two of the stands sampled, however, the individuals may be sprouting from roots rather than developing from seeds.

| Avg. Cover % | (Range) | Species Name | # Plots (N=24) |
|---|---|---|---|
| 41 | (4-80%) | Populus angustifolia | 24 |
| 35 | (8-67%) | Betula occidentalis | 24 |
| 19 | (1-59%) | Alnus incana ssp. tenuifolia | 10 |
| 16 | (1-63%) | Agrostis gigantea | 5 |
| 11 | (1-20%) | Cornus sericea | 7 |
| 10 | (2-18%) | Poa compressa | 5 |
| 9 | (1-24%) | Pseudotsuga menziesii | 8 |
| 9 | (1-22%) | Acer glabrum | 5 |
| 8 | (0.1-23%) | Salix lucida ssp. caudata, lasiandra | 3 |
| 8 | (0.1-28%) | Melilotus officinalis | 5 |
| 8 | (1-20%) | Poa pratensis | 12 |
| 7 | (1-20%) | Glyceria striata | 3 |
| 6 | (1-14%) | Trifolium repens | 8 |
| 6 | (0.1-20%) | Dactylis glomerata | 4 |
| 6 | (0.1-30%) | Rudbeckia laciniata var. ampla | 8 |
| 6 | (1-10%) | Clematis ligusticifolia | 5 |
| 6 | (1-18%) | Salix bebbiana | 7 |

**Other species with < 5% average cover present in at least 10% of plots:**
Calamagrostis canadensis (1-10%), Salix exigua (1-7%), Salix ligulifolia (1-10%), Geranium richardsonii (1-7%), Juniperus scopulorum (1-15%), Equisetum arvense (0.1-15%), Medicago lupulina (1-5%), Ribes inerme (0.1-10%), Prunus virginiana var. melanocarpa (1-11%), Carex microptera (1-5%), Taraxacum officinale (1-11%), Conioselinum scopulorum (1-7%), Heracleum maximum (1-5%), Cirsium arvense (1-5%), Rosa woodsii (1-7%), Populus tremuloides (1-5%), Urtica dioica ssp. gracilis (1-4%), Deschampsia caespitosa (1-3%), Quercus gambelii (0.1-5%), Bromus inermis (0.1-5%), Osmorhiza depauperata (1-3%), Maianthemum stellatum (0.1-5%), Amelanchier utahensis (1-3%), Thalictrum fendleri (0.1-5%), Achillea millefolium var. occidentalis (0.1-2%), Oxypolis fendleri (1%), Bromus ciliatus var. ciliatus  (1%), Equisetum hyemale var. affine (1%), Senecio triangularis (1%), Cynoglossum officinale (0.1-1%), Veronica americana (0.1-1%), Equisetum laevigatum (0.1-1%).

113

# Narrowleaf cottonwood / Red-osier dogwood Woodland

## *Populus angustifolia / Cornus sericea*



**Global rank/State rank:**
G4 / S3

**HGM subclass:** R3/4

**Colorado elevation range:**
5,400-8,700 ft (1,800-2700 m)



## General Description

The *Populus angustifolia/Cornus sericea* (narrowleaf cottonwood/red-osier dogwood) plant association is found along moderate-size rivers in the montane zone. It is highly variable in the number of conifer and shrub species present along the reach. However, it is generally recognized by a clear dominance of *Populus angustifolia* (narrowleaf cottonwood), which is often twice the abundance of other tree species, and a thick understory of *Cornus sericea* (red-osier dogwood).

This association occurs in two distinct settings - one in narrow valleys (30 ft, 10 m) with swift, steep streams (4% gradient) where it occurs on narrow benches, and the other in wide valleys (500 ft, 150 m) on broad floodplains along, moderately steep, meandering rivers (2% gradient). This association usually occurs 2-6 ft (0.5-2 m) above the stream channel. Stream channels vary widely in slope and width and are either broad, moderately sinuous with moderate gradients or broad, highly sinuous with low gradients. Occasionally, stream channels are steep and narrow. Soils are highly variable and stratified. Soil textures include silty clays, silty clay loams, clay loams, sandy clays, sandy clay loam, and loamy sands.

## Vegetation Description

This is one of the most diverse cottonwood-dominated riparian plant associations. The upper canopy can consist of several species, but *Populus angustifolia* (narrowleaf cottonwood) is almost always dominant with 5-85% cover. Other tree species that may be present include *Picea pungens* (blue spruce), *Populus tremuloides* (quaking aspen), *Pseudotsuga menziesii* (Douglas-fir), *Pinus ponderosa* (ponderosa pine), and *Abies lasiocarpa* (subalpine fir).

The shrub layer is dense and diverse with 1-98% cover of *Cornus sericea* (red-osier dogwood). Other shrub species may be as abundant, but not exceeding *Cornus*. Shrub species include *Alnus incana* ssp. *tenuifolia* (thinleaf alder), *Amelanchier* spp. (serviceberry), *Rosa woodsii* (Woods rose), *Symphoricarpos oreophilus* (mountain

114

BLM_0035385

snowberry), *Acer glabrum* (Rocky Mountain maple), *Prunus virginiana* (chokecherry), *Quercus gambelii* (Gambel oak), *Salix ligulifolia* (strapleaf willow), *Crataegus rivularis* (river hawthorn), *Lonicera involucrata* (twinberry honeysuckle), *Salix exigua* (sandbar willow), *Betula occidentalis* (river birch), *Salix drummondiana* (Drummond willow), *Salix lucida* ssp. *caudata* (shining willow), and *Salix monticola* (mountain willow).  Stands vary in aspect and shade provided, some are relatively moist and shady, others are relatively dry and open.  In the moister environments, the herbaceous cover can be high (>50%).

### Ecological Processes

In Colorado, some stands of this association appear to be mid- to late-seral mature cottonwood forests that are isolated from frequent flooding and sediment deposition. A seasonally high water table is required to maintain a vigorous *Cornus sericea* layer. Stands of this association growing at lower elevations and on high, drier terraces have greater cover of *Amelanchier utahensis* (Utah serviceberry), *Amelanchier alnifolia* (Saskatoon serviceberry) and *Crataegus rivularis* (river hawthorn) and may have undergone over-grazing in the past.

| Avg. Cover % | (Range) | Species Name | # Plots (N=46) |
|---|---|---|---|
| 44 | (5-85%) | Populus angustifolia | 46 |
| 36 | (1-98%) | Cornus sericea ssp. sericea | 46 |
| 18 | (3-50%) | Alnus incana ssp. tenuifolia | 25 |
| 14 | (1-30%) | Crataegus rivularis | 7 |
| 14 | (1-30%) | Salix lucida ssp. caudata, lasiandra | 6 |
| 12 | (1-50%) | Picea pungens | 10 |
| 12 | (1-30%) | Amelanchier utahensis | 9 |
| 10 | (1-22%) | Salix ligulifolia | 13 |
| 8 | (1-40%) | Rosa woodsii | 41 |
| 8 | (0.1-30%) | Populus tremuloides | 8 |
| 8 | (1-30%) | Acer glabrum | 13 |
| 8 | (1-30%) | Solidago gigantea | 7 |
| 8 | (1-30%) | Lonicera involucrata | 16 |
| 7 | (1-30%) | Rudbeckia laciniata var. ampla | 19 |
| 7 | (1-20%) | Salix drummondiana | 10 |
| 7 | (1-30%) | Clematis ligusticifolia | 6 |
| 7 | (1-20%) | Pseudotsuga menziesii | 8 |
| 7 | (1-70%) | Poa pratensis | 31 |
| 7 | (1-44%) | Ribes inerme | 17 |
| 7 | (1-29%) | Quercus gambelii | 14 |
| 7 | (1-30%) | Prunus virginiana var. melanocarpa | 19 |
| 6 | (1-25%) | Actaea rubra ssp. arguta | 9 |
| 6 | (1-31%) | Salix exigua | 11 |
| 5 | (1-20%) | Heracleum maximum | 16 |
| 5 | (1-20%) | Maianthemum stellatum | 37 |
| 5 | (1-10%) | Salix monticola | 6 |
| 5 | (1-12%) | Symphoricarpos oreophilus | 23 |

**Other species with < 5% average cover present in at least 10% of plots:**
Dactylis glomerata (1-20%), Amelanchier alnifolia (1-10%), Juniperus scopulorum (1-20%), Agrostis gigantea (1-10%), Rubus idaeus ssp. strigosus (1-20%), Taraxacum officinale (1-20%), Geranium richardsonii (1-30%), Fragaria virginiana ssp. glauca (1-20%), Mentha arvensis (1-10%), Osmorhiza depauperata (1-10%), Elymus glaucus (1-5%), Phleum pratense (1-10%), Equisetum arvense (0.1-10%), Calamagrostis canadensis (1-5%), Ligusticum porteri (1-10%), Viola canadensis var. scopulorum (1-5%), Vicia americana (1-10%), Paxistima myrsinites (1-5%), Galium boreale (1-5%), Geum macrophyllum var. perincisum (1-5%), Equisetum laevigatum (1-5%), Chamerion angustifolium ssp. circumvagum (1-8%), Mertensia ciliata (1-5%), Galium triflorum (1-3%), Thalictrum fendleri (1-5%), Equisetum hyemale var. affine (1-5%), Glyceria striata (1-3%), Achillea millefolium var. occidentalis (1-3%), Conioselinum scopulorum (1-2%), Solidago canadensis (1%).

115

BLM_0035386

**Narrowleaf cottonwood / River hawthorn Woodland**

*Populus angustifolia / Crataegus rivularis*



**Global rank/State rank:**
G2? / S2

**HGM subclass:** R3/4

**Colorado elevation range:**
6,900-8,000 ft (2,100-2,400 m)



<u>**General Description**</u>

The *Populus angustifolia/Crataegus rivularis* (narrowleaf cottonwood/river hawthorn) plant association is characterized by having dense to sparse canopy cover of mature *Populus angustifolia* (narrowleaf cottonwood) trees. The understory is typically very dense and consists of *Crataegus rivularis* (river hawthorn) and other shrub species including *Cornus sericea* (red-osier dogwood) and various tall *Salix* (willow) species. Graminoid and forb cover is minimal. This association generally occurs away from the immediate stream bank in moderately wide valleys. It also occurs along dry backchannels or ephemeral streams.

Stream channels are wide and moderately to highly sinuous. The soils are sandy clays and highly stratified alluvium.

<u>**Vegetation Description**</u>

*Populus angustifolia* (narrowleaf cottonwood) forms an open to dense overstory canopy with 4-63% cover. *Crataegus rivularis* (river hawthorn) forms a dense shrub canopy with 10-70% cover, and *Rosa woodsii* (Woods rose) forms a sub-shrub canopy. These three species were present in every stand sampled. Other tree species may be present, including *Pinus ponderosa* (ponderosa pine) and *Pseudotsuga menziesii* (Douglas-fir). Shrub species may include *Symphoricarpos oreophilus* (mountain snowberry), *Quercus gambelii* (Gambel oak), *Dasiphora floribunda* (shrubby cinqefoil), *Cornus sericea* (red-osier dogwood), *Salix bebbiana* (Bebb willow), *Salix ligulifolia* (strapleaf willow), and *Salix monticola* (mountain willow).

Graminoid and forb cover is typically low due to dry soil conditions. *Taraxacum officinale* (dandelion) and *Iris missouriensis* (wild iris) are present in nearly all sampled stands. Other herbaceous species present include *Maianthemum stellatum* (starry false Solomon seal), *Poa pratensis* (Kentucky bluegrass), *Thermopsis montana*

116

(mountain goldenbanner), *Thalictrum fendleri* (Fendler meadowrue), *Rudbeckia laciniata* var. *ampla* (cutleaf coneflower), *Carex praegracilis* (clustered field sedge), and *Delphinium nuttallianum* (Nuttal larkspur).

## Ecological Processes

An abundance of *Crataegus rivularis* (river hawthorn) may indicate a late seral stage of the cottonwood stand. *Crataegus* occupies the driest part of the riparian habitat, and may indicate the surface is no longer flooded. In Montana, thickets of *Crataegus* are considered a grazing disclimax. Cattle will browse *Crataegus* and heavy pressure can cause thickets to become open and increaser species such as *Rosa woodsii* (Woods rose), *Symphoricarpos* (snowberry) and *Poa pratensis* (Kentucky bluegrass) become established and abundant.

| Avg. Cover % | (Range) | Species Name | # Plots (N=10) |
|---|---|---|---|
| 44 | (4-63%) | Populus angustifolia | 10 |
| 35 | (1-100%) | Ribes inerme | 3 |
| 25 | (10-70%) | Crataegus rivularis | 10 |
| 14 | (1-30%) | Cornus sericea | 5 |
| 14 | (3-40%) | Symphoricarpos oreophilus | 6 |
| 10 | (1-20%) | Salix monticola | 3 |
| 10 | (1-30%) | Rosa woodsii | 10 |
| 10 | (3-20%) | Pinus ponderosa var. scopulorum | 4 |
| 8 | (1-50%) | Maianthemum stellatum | 9 |
| 6 | (1-15%) | Quercus gambelii | 5 |
| 6 | (1-20%) | Amelanchier alnifolia | 6 |

**Other species with < 5% average cover present in at least 10% of plots:**
Rudbeckia laciniata var. ampla (1-10%), Dasiphora floribunda (1-10%), Poa pratensis (1-10%), Osmorhiza depauperata (1-6%), Melilotus officinalis (1-10%), Thalictrum fendleri (1-9%), Geranium richardsonii (1-6%), Thermopsis montana (1-3%), Juncus balticus var. montanus (1-3%), Phleum pratense (1-3%), Fragaria virginiana ssp. glauca (1-3%), Vicia americana (1-5%), Bromus inermis (1-3%), Taraxacum officinale (1-3%), Achillea millefolium var. occidentalis (1%), Iris missouriensis (1%), Galium triflorum (1%), Pseudocymopterus montanus (1%), Trifolium longipes (1%).

117

BLM_0035388

**Narrowleaf cottonwood / Chokecherry Woodland**

*Populus angustifolia / Prunus virginiana*



**Global rank/State rank:**
G2Q / S1

**HGM subclass:**   R3/4, R5

**Colorado elevation range:**
5,950-7,000 ft (1,800-2,130 m)



## General Description

The *Populus angustifolia/Prunus virginiana* (narrowleaf cottonwood/chokecherry) plant association occurs only along low elevation, foothill streams.  It is characterized by a thick growth of *Prunus virginiana* with an open overstory of *Populus angustifolia* and occasionally *Populus x acuminata* (lanceleaf cottonwood) or *Populus deltoides* (plains cottonwood).  *Prunus virginiana* is considered a non-obligate riparian species because it grows on the outer edge of the riparian area.

This plant association occurs on narrow, elevated, or steeply sloping stream banks and benches in narrow to moderately broad valleys, 100-400 ft (30-120 m) wide.  Stream channels are broad, low gradient, and slightly sinuous.  Soils are shallow sandy clay loams with many fine layers from fluvial deposition.  Soils become skeletal at a depth of approximately 8 inches (20 cm).

## Vegetation Description

This plant association is characteristic of ephemeral streams of the Front Range foothills and of lower elevation Western Slope streams.  The overstory is dominated by *Populus angustifolia* (narrowleaf cottonwood) and *Populus x acuminata* (lanceleaf cottonwood).  The shrub layer is thick with *Prunus virginiana* (chokecherry), *Symphoricarpos occidentalis* (snowberry), *Alnus incana* ssp. *tenuifolia* (thinleaf alder), and *Clematis ligusticifolia* (western white clematis).  The herbaceous undergrowth is diverse, depending on local site conditions and amount of past disturbance, and may include *Poa pratensis* (Kentucky bluegrass), *Bromus tectorum* (cheat grass), *Solidago canadensis* (Canada goldenrod), *Agrostis stolonifera* (creeping bentgrass), and *Carex pellita* (woolly sedge).

## Ecological Processes

The *Populus angustifolia/Prunus virginiana* (narrowleaf cottonwood/ chokecherry) plant association is a late-seral community.  With time, the *Populus angustifolia* die,

118

BLM_0035389

leaving patches of *Prunus virginiana*, which will persist as long as water reaches the tap roots.

| Avg. Cover % | (Range) | Species Name | # Plots (N=3) |
|---|---|---|---|
| 33 | (8-52%) | Populus angustifolia | 3 |
| 32 | — | Bromus tectorum | 1 |
| 31 | — | Populus x acuminata | 1 |
| 25 | — | Solidago canadensis | 1 |
| 25 | — | Symphoricarpos occidentalis | 1 |
| 19 | (6-31%) | Salix amygdaloides | 2 |
| 18 | (1-39%) | Poa pratensis | 3 |
| 16 | (3-40%) | Prunus virginiana var. melanocarpa | 3 |
| 13 | — | Agrostis stolonifera | 1 |
| 8 | — | Carex pellita | 1 |
| 7 | — | Ambrosia artemisiifolia var. elatior | 1 |
| 7 | — | Alnus incana ssp. tenuifolia | 1 |
| 7 | — | Prunus americana | 1 |
| 6 | (4-8%) | Juniperus scopulorum | 2 |
| 5 | — | Melilotus officinalis | 1 |
| 5 | — | Ratibida columnifera | 1 |

**Other species with < 5% average cover present in at least 10% of plots:**
Taraxacum officinale (1-7%), Thalictrum dasycarpum (4%), Arctium minus (4%), Elymus lanceolatus (4%), Rubus deliciosus (4%), Ranunculus sceleratus var. sceleratus (4%), Clematis ligusticifolia (3%), Holodiscus dumosus (3%), Symphyotrichum lanceolatum ssp. hesperium var. hesperium (3-3%), Acer negundo var. interius (1-4%), Rosa woodsii (1-3%), Thermopsis divaricarpa (2%), Epilobium ciliatum ssp. glandulosum (2%), Pinus ponderosa var. scopulorum (2%), Rumex crispus (2%), Verbascum thapsus (2%), Equisetum arvense (1-2%), Lolium pratense (1-2%), Plantago major (1-2%), Trifolium repens (1%), Dodecatheon pulchellum (1%), Thalictrum fendleri (1%), Geranium viscosissimum var. incisum (1%), Equisetum laevigatum (1%), Eleocharis palustris (1%), Cynoglossum officinale (1%), Toxicodendron rydbergii (1%), Brickellia californica (1%), Ptelea trifoliata (1%), Stellaria crassifolia (1%), Symphoricarpos oreophilus (1%), Ribes aureum (1%), Maianthemum stellatum (1%), Quercus gambelii (1%), Medicago lupulina (1%), Vitis riparia (1%), Tragopogon dubius (1%), Nepeta cataria (1%). Symphoricarpos albus (1%).

BLM_0035390

**Narrowleaf cottonwood / Skunkbush sumac Woodland**

*Populus angustifolia / Rhus trilobata*



**Global rank/State rank:**
G3 / S3

**HGM subclass:** R3/4

**Colorado elevation range:**
5,000-8,000 ft (1,500-2,440 m)



<u>General Description</u>

The *Populus angustifolia/Rhus trilobata* (narrowleaf cottonwood/skunkbush sumac) plant association is characterized by a scattered overstory of *Populus angustifolia* with an occasional *P.* x *acuminata* (lanceleaf cottonwood) or *P. deltoides* ssp. *wislizeni* (Rio Grande cottonwood). The shrub understory is a dense layer of *Rhus trilobata*. It occurs in sandstone canyons and on streams adjacent to sand dunes.

This plant association occurs on immediate river banks, floodplain meanders, and narrow benches in narrow to wide, 65-500 ft (20-150 m), sandstone canyons. Stands generally occur within 3 ft (1 m) of the high water mark, but can also occur on higher terraces, up to 10 ft (3 m) above the channel. In the western portion of the Colorado River drainage, this association occurs on small streams in shale canyon areas. Stream channels are wide and highly sinuous or wide and moderately sinuous. Occasionally, stream channels are narrow and steep. The soils associated with this plant association are often alkaline and of a calcareous parent material. The soil textures are fine sandy loams, clay loams, silty clay loams, and silty clay.

<u>Vegetation Description</u>

This plant association is characterized by the presence and abundance of *Rhus trilobata* (skunkbush sumac) with *Populus angustifolia* (narrowleaf cottonwood), or *P.* x *acuminata* (lanceleaf cottonwood). The cottonwoods may be young or mature trees. Other trees that may be present in the overstory include *Acer negundo* (boxelder), *Juniperus osteosperma* (Utah juniper), *Juniperus scopulorum* (Rocky Mountain juniper), *Pinus ponderosa* (ponderosa pine), *Pseudotsuga menziesii* (Douglas-fir), *Pinus edulis* (pinyon pine), and *Ulmus pumila* (Siberian elm), an introduced species found in a single plot.

120

BLM_0035391

The shrub layer is dominated by *Rhus trilobata* (skunkbush sumac). Other shrubs that may be present include *Clematis ligusticifolia* (western white clematis), *Rosa woodsii* (Woods rose), *Quercus gambelii* (Gambel oak), *Salix exigua* (sandbar willow), *Amelanchier utahensis* (Utah serviceberry), *Cornus sericea* (red-osier dogwood), *Forestiera pubescens* (wild privet), *Prunus virginiana* (chokecherry), *Berberis fendleri* (Colorado barberry), *Shepherdia argentea* (silver buffaloberry), and *Acer glabrum* (Rocky Mountain maple). The herbaceous undergrowth is usually sparse.

## Ecological Processes

In southwestern Colorado, *Rhus trilobata* is present in both young and old cottonwood stands. As the stand matures, *Rhus trilobata* becomes denser and excludes other shrubs. On higher terraces that are less frequently flooded, *Populus angustifolia* does not reproduce. This indicates succession to an upland community. The presence of *Quercus gambelii* (Gambel oak) in some stands may indicate a trend toward an upland oak shrub community.

As with all cottonwood woodlands, this association is found within a continually changing alluvial environment where riparian vegetation is constantly being "re-set" by flooding disturbance. The process of cottonwood regeneration is dependent on flooding disturbance. Periodic flooding allows cottonwood seedlings to germinate and become established on newly deposited, moist sandbars. Natural river processes of bank erosion, deposition and channel migration result in a dynamic patchwork of different age classes, plant associations and habitats.

| Avg. Cover % | (Range) | Species Name | # Plots (N=34) |
|---|---|---|---|
| 37 | (1-99%) | Rhus trilobata var. trilobata | 32* |
| 33 | (1-80%) | Populus angustifolia | 32* |
| 20 | (1-50%) | Mahonia repens | 5 |
| 20 | (1-60%) | Populus x acuminata | 6 |
| 19 | (3-40%) | Forestiera pubescens | 6 |
| 18 | (1-40%) | Acer negundo var. interius | 8 |
| 17 | (3-31%) | Prunus virginiana var. melanocarpa | 5 |
| 16 | (1-26%) | Berberis fendleri | 5 |
| 11 | (1-30%) | Shepherdia argentea | 4 |
| 10 | (1-21%) | Maianthemum stellatum | 9 |
| 9 | (1-30%) | Salix exigua | 11 |
| 9 | (1-20%) | Crataegus rivularis | 4 |
| 8 | (1-56%) | Clematis ligusticifolia | 22 |
| 8 | (1-20%) | Quercus gambelii | 13 |
| 7 | (1-30%) | Poa pratensis | 19 |
| 7 | (1-21%) | Pascopyrum smithii | 5 |
| 6 | (1-10%) | Cornus sericea | 7 |
| 6 | (0.1-30%) | Rosa woodsii | 18 |
| 6 | (1-10%) | Artemisia tridentata | 8 |
| 5 | (1-10%) | Juniperus scopulorum | 6 |
| 5 | (1-20%) | Symphoricarpos oreophilus | 9 |
| 5 | (1-10%) | Toxicodendron rydbergii | 6 |

**Other species with < 5% average cover present in at least 10% of plots:**
Ericameria nauseosa ssp. nauseosa var. glabrata (0.1-10%), Amelanchier utahensis (1-10%), Melilotus officinalis (0.1-10%), Equisetum arvense (1-5%), Glyoyrrhiza lepidota (1-5%), Taraxacum officinale (1-5%), Vicia americana (1-5%), Artemisia ludoviciana (1-3%), Bromus tectorum (1-3%), Heterotheca villosa (1%), Eleocharis palustris (1%), Achillea millefolium var. occidentalis (0.1-1%), Equisetum laevigatum (0.1-1%).

* Populus angustifolia and Rhus trilobata occurred in all stands, but were not captured in every sample plot.

121

## Narrowleaf cottonwood / Drummond willow - Rocky Mountain maple Woodland

### *Populus angustifolia / Salix drummondiana - Acer glabrum*



**Global rank/State rank:**
G2? / S1

**HGM subclass:**  R2?, R3/4

**Colorado elevation range:**
8,400-8,600 ft (2,560-2,620 m)



### General Description

The *Populus angustifolia/Salix drummondiana-Acer glabrum* (narrowleaf cottonwood/Drummond willow-Rocky Mountain maple) community is a lush deciduous woodland known from one large, nearly pristine stand located on an active alluvial floodplain of Sand Creek in the Sangre de Cristo Mountains.  It is characterized by a dense overstory of *Populus angustifolia* (narrowleaf cottonwood) and *Salix drummondiana* (Drummond willow) along the immediate stream bank and scattered *Acer glabrum* (Rocky Mountain maple) and *Salix lucida* ssp. *caudata* (shining willow) across the floodplain.

This plant association occurs on a fairly wide, 300 ft (100 m), and active floodplain in a deep, U-shaped valley.  The floodplain shows signs of active flooding, mud and debris flows, as well as avalanches from the steep valley side slopes.  The ground surface is relatively flat with trenches, scour holes, debris deposits and downed logs.  The community occurs across the entire floodplain, from the immediate stream edge to the toeslopes of the valley walls.  The stream channel gradient is moderately steep (3.5%), and wide (12-30 ft, 6-10 m) with pool-drop sequences in some sections.  Surface horizon textures are sandy loams and loam sands grading to pure sand.  Coarse alluvial cobbles appear at a depth of 15 inches (40 cm).

122

BLM_0035393

**Vegetation Description**

*Populus angustifolia* (narrowleaf cottonwood), which are mostly young trees, dominate the upper canopy. Other trees that may be present include *Abies concolor* (white fir), *Populus tremuloides* (quaking aspen), and *Pseudotsuga menziesii* (Douglas-fir).

*Salix drummondiana* (Drummond willow) occurs across the floodplain, but it is notably more concentrated at the stream edge; total canopy cover ranges from 20 to 80%. *Acer glabrum* (Rocky Mountain maple) also occurs along the stream edge and scattered across the floodplain. *Rosa woodsii* (Woods rose) was present in all sampled stands. Other shrubs that may be present include *Alnus incana* ssp. *tenuifolia* (thinleaf alder), *Jamesia americana* (wax flower), *Salix lucida* ssp. *caudata* (shining willow), and *Prunus virginiana* (chokecherry).

Herbaceous cover is generally low. Species present include *Orthilia secunda* (sidebells wintergreen), *Maianthemum stellatum* (starry false Solomon seal), *Pyrola asarifolia* (liverleaf wintergreen), and *Oxypolis fendleri* (Fendler cowbane).

**Ecological Processes**

As with all cottonwood woodlands, this association is found within a continually changing alluvial environment where riparian vegetation is constantly being "re-set" by flooding disturbance. Mature cottonwood stands do not regenerate in place, but regenerate by "moving" up and down a river reach. Over time, a healthy riparian area supports all stages of cottonwood communities. The process of cottonwood regeneration is dependent on flooding disturbance. Periodic flooding allows cottonwood seedlings to germinate and become established on newly deposited, moist sandbars. Natural river processes of bank erosion, deposition and channel migration result in a dynamic patchwork of different age classes, plant associations and habitats.

| Avg. Cover % | (Range) | Species Name | # Plots (N=3) |
|---|---|---|---|
| 59 | (32-86%) | Populus angustifolia | 3 |
| 47 | (19-62%) | Salix drummondiana | 3 |
| 16 | (8-23%) | Populus tremuloides | 2 |
| 14 | (6-20%) | Acer glabrum | 3 |
| 14 | (5-30%) | Maianthemum stellatum | 3 |
| 13 | (5-30%) | Rosa woodsii | 3 |
| 10 | — | Pyrola asarifolia ssp. asarifolia | 1 |
| 10 | (1-20%) | Orthilia secunda | 3 |
| 8 | (2-13%) | Pseudotsuga menziesii | 2 |
| 6 | — | Chamerion angustifolium ssp. circumvagum | 1 |
| 6 | (1-11%) | Abies concolor | 3 |
| 5 | — | Picea pungens | 1 |

**Other species with < 5% average cover present in at least 10% of plots:**
Salix lucida ssp. caudata, lasiandra (1-7%), Juncus compressus (4%), Juniperus scopulorum (3%), Oxypolis fendleri (3%), Galium triflorum (1-4%), Alnus incana ssp. tenuifolia (1-4%), Jamesia americana (2%), Bromus hordeaceus (1-2%), Prunus virginiana var. melanocarpa (1-2%), Fragaria virginiana ssp. glauca (1%), Osmorhiza depauperata (1%), Heracleum maximum (1%), Achillea millefolium var. occidentalis (1%), Senecio triangularis (1%), Cinna latifolia (1%), Carex disperma (1%), Senecio integerrimus (1%), Taraxacum officinale (1%).

123

BLM_0035394

## Narrowleaf cottonwood / Sandbar willow Woodland

### *Populus angustifolia / Salix exigua*



**Global rank/State rank:**
G4 / S4

**HGM subclass:**  R3/4, R5

**Colorado elevation range:**
5,200-8,500 ft (1,580-2,600 m)



### General Description

This is a very common plant association of young seedling and sapling *Populus angustifolia* (narrowleaf cottonwood) intermixed with *Salix exigua* (sandbar willow). The association occupies point bars, gravel bars, benches and low areas that are flooded annually.

This plant association occurs on recently flooded point bars, low terraces, and stream benches.  It is usually well within the active channel and immediate floodplain of the stream and does not occur more than 3-6 ft (1-2 m) above the high-water mark. Stream channels are wide and slightly sinuous, or wide and moderately sinuous.  Soils are skeletal (40% gravel and 10-20% cobbles) and shallow, 15 in (35 cm) deep, sands, sandy loams, sandy clay loams, or silty clays over coarse alluvial material.

### Vegetation Description

This plant association represents the early, successional stage of nearly all *Populus angustifolia* (narrowleaf cottonwood) dominated plant associations, and is characterized by an open to dense stand of *Populus angustifolia* (narrowleaf cottonwood) young trees, seedlings and saplings with *Salix exigua* (sandbar willow). *Populus* x *acuminata* (lanceleaf cottonwood) may also be present in similar age classes.  Other more widely scattered trees occurring in fewer than 20% of sampled stands include *Abies lasiocarpa* (subalpine fir), *Picea engelmannii* (Engelmann spruce), *Pinus ponderosa* (ponderosa pine), and *Picea pungens* (blue spruce).

The shrub canopy is typically at the same height of the seedling and sapling cottonwood trees, although older, transitional, stands will have taller, more mature trees with *Salix exigua* as an understory.  Other shrubs that may be present include *Alnus incana* ssp. *tenuifolia* (thinleaf alder), *Salix lucida* ssp. *caudata* or ssp. *lasiandra* (shining willow), *Salix ligulifolia* (strapleaf willow), *Salix drummondiana* (Drummond willow), and *Salix bebbiana* (Bebb willow).

124

BLM_0035395

The herbaceous undergrowth is generally invasive, non-native and sparse from frequent flooding disturbance.  Non-native species include *Poa pratensis* (Kentucky bluegrass), *Trifolium repens* (white clover), *Agrostis stolonifera* (creeping bentgrass), *Linaria vulgaris* (butter and eggs), *Taraxacum officinale* (dandelion), *Medicago lupulina* (black medick), *Phleum pratense* (timothy), *Melilotus officinalis* (yellow sweetclover), *Dactylis glomerata* (orchardgrass), and *Elymus repens* (quackgrass). Native herbaceous species that can be present include *Equisetum arvense* (field horsetail), *Achillea millefolium* var. *occidentalis* (western yarrow), *Rudbeckia laciniata* var. *ampla* (cutleaf coneflower), *Carex microptera* (big head sedge), *Carex pellita* (woolly sedge), and *Mentha arvensis* (wild mint).

## Ecological Processes

*Populus angustifolia/Salix exigua* (narrowleaf cottonwood/sandbar willow) is one of the earliest successional stages of a cottonwood-dominated plant association.  *Populus angustifolia* and *Salix exigua* seeds often germinate together on freshly deposited sandbars.  If the site becomes more stable and less frequently flooded (i.e., the stream channel migrates away from the site), the *Populus angustifolia* saplings mature, but the *Salix exigua* population eventually declines.  The association can become one of several mid- or late-seral floodplain types including *Populus angustifolia/Alnus incana* ssp. *tenuifolia* (narrowleaf cottonwood/thinleaf alder) and *Populus angustifolia/ Cornus sericea* (narrowleaf cottonwood/red-osier dogwood).

| Avg. Cover % | (Range) | Species Name | # Plots (N=27) |
|---|---|---|---|
| 38 | (15-80%) | Populus angustifolia | 27 |
| 22 | (1-64%) | Salix exigua | 24* |
| 17 | (0.1-40%) | Agrostis gigantea | 5 |
| 13 | (1-70%) | Poa pratensis | 19 |
| 11 | (1-40%) | Trifolium pratense | 5 |
| 10 | (1-88%) | Equisetum arvense | 11 |
| 8 | (1-20%) | Salix lucida ssp. caudata, lasiandra | 6 |
| 6 | (1-30%) | Melilotus officinalis | 10 |
| 6 | (1-38%) | Trifolium repens | 12 |
| 6 | (1-20%) | Medicago lupulina | 9 |
| 5 | (1-12%) | Salix ligulifolia | 5 |
| 5 | (1-19%) | Bromus inermis | 6 |
| 5 | (2-10%) | Alnus incana ssp. tenuifolia | 7 |
| 5 | (1-10%) | Dactylis glomerata | 4 |

**Other species with < 5% average cover present in at least 10% of plots:**
Phleum pratense (1-10%), Poa compressa (1-15%), Heterotheca villosa (1-10%), Juncus balticus var. montanus (0.1-10%), Juniperus scopulorum (1-8%), Eleocharis palustris (1-5%), Taraxacum officinale (0.1-20%), Rudbeckia laciniata var. ampla (0.1-5%), Clematis ligusticifolia (0.1-6%), Mentha arvensis (1-5%), Rosa woodsii (0.1-5%), Achillea millefolium var. occidentalis (1-3%), Carex microptera (1%),.

*Salix exigua was present in all stands, but was not captured in every sample plot.

BLM_0035396

## Narrowleaf cottonwood / Bluestem willow Woodland

### *Populus angustifolia / Salix irrorata*



**Global rank/State rank:**
G2 / S2

**HGM subclass:** R3/4

**Colorado elevation range:**
5,600-7,300 ft (1,700-2,200 m)



### General Description

The *Populus angustifolia/Salix irrorata* (narrowleaf cottonwood/bluestem willow) plant association is a provisional type representing young, early-seral stands of *Populus angustifolia*. Some stands of this association in the upper South Platte River Basin have significant cover of *Populus deltoides* ssp. *monilifera* (plains cottonwood). These stands are in the transition zone where *Populus deltoides*, typically a low elevation species, and *Populus angustifolia* occur together.

This plant association occupies immediate stream banks and point bars of meandering rivers. It is located very close to, or well within, the high-water line of a stream. Stream channels can be moderately steep (8-9% gradient) and sinuous with a narrow floodplain, or less steep (1-2% gradient) and highly sinuous, or braided. Soils are shallow and skeletal, 30-50% cobbles at 6 inches (15 cm) depth, sandy clay loams alternating with loamy sands and silty clay loams.

### Vegetation Description

This plant association is characterized by 4-75% cover of all age classes of *Populus angustifolia* (narrowleaf cottonwood). Other trees that may be present include *Populus deltoides* ssp. *monilifera* (plains cottonwood), *Populus* x *acuminata* (lanceleaf cottonwood), and *Salix amygdaloides* (peachleaf willow).

The shrub canopy consists of *Salix irrorata* (bluestem willow) creating a thick band along the streambank. In fact, some stands would be dense *Salix irrorata* (bluestem willow) shrublands if it were not for the nearby *Populus angustifolia* (narrowleaf cottonwood) that overhang the bank. Other shrubs that may be present include *Salix exigua* (sandbar willow), *Salix monticola* (mountain willow), and *Alnus incana* ssp. *tenuifolia* (thinleaf alder).

Herbaceous undergrowth is sparse due to frequent flooding. However, non-native species can be abundant, including *Agrostis stolonifera* (creeping bentgrass), *Poa*

126

BLM_0035397

*pratensis* (Kentucky bluegrass), and *Bromus inermis* (smooth brome). Herbaceous natives can also be present, and include *Rudbeckia laciniata* var. *ampla* (cutleaf coneflower), *Carex nebrascensis* (Nebraska sedge), *Glyceria grandis* (American mannagrass), *Schoenoplectus acutus* (hardstem bulrush), and *Epilobium* spp. (willowherb).

## Ecological Processes

The *Populus angustifolia/Salix irrorata* (narrowleaf cottonwood/bluestem willow) plant association is considered an early-seral community following the establishment of *Populus angustifolia*. A dense cover of *Salix irrorata* or *Salix exigua* (sandbar willow) indicates frequent flooding. With time, the vegetation traps sediment and the land surface aggrades. With continued flooding and sediment deposition, this plant association will shift to a more mature floodplain community.

| Avg. Cover % | (Range) | Species Name | # Plots (N=7) |
|---|---|---|---|
| 43 | (7-90%) | Salix irrorata | 7 |
| 29 | (4-75%) | Populus angustifolia | 7 |
| 26 | (13-37%) | Agrostis stolonifera | 3 |
| 14 | (13-14%) | Populus deltoides | 2 |
| 13 | (1-22%) | Salix exigua | 3 |
| 13 | (1-25%) | Mertensia ciliata | 2 |
| 11 | (9-17%) | Poa pratensis | 5 |
| 8 | (1-15%) | Poa compressa | 2 |
| 8 | (1-15%) | Agrostis gigantea | 2 |
| 7 | (1-20%) | Clematis ligusticifolia | 3 |
| 7 | (2-11%) | Elymus lanceolatus | 3 |
| 5 | (0.1-10%) | Acer glabrum | 2 |
| 5 | (5-5%) | Alnus incana ssp. tenuifolia | 2 |

**Other species with < 5% average cover present in at least 10% of plots:**
Rudbeckia laciniata var. ampla (2-6%), Trifolium repens (1-7%), Epilobium ciliatum ssp. glandulosum (2-6%), Salix amygdaloides (1-7%), Elymus trachycaulus ssp. trachycaulus (2-5%), Lolium pratense (2-5%), Cirsium arvense (1-5%), Betula occidentalis (1-3%), Rosa woodsii (1-2%), Stellaria crassifolia (1%), Taraxacum officinale (1%), Oxalis stricta (1%), Mentha arvensis (1%), Centaurea diffusa (1%), Arctium minus (1%).

127

## Narrowleaf cottonwood / Strapleaf willow - Silver buffaloberry Woodland

### *Populus angustifolia / Salix ligulifolia - Shepherdia argentea*



**Global rank/State rank:**
G2 / S2

**HGM subclass:** R3/4

**Colorado elevation range:**
6,000-7,100 ft (1,800-2,200 m)



### General Description

*Populus angustifolia/Salix ligulifolia-Shepherdia argentea* (narrowleaf cottonwood/ strapleaf willow-silver buffaloberry) is an extremely limited plant association in western Colorado. Historically, it was more widespread and common in broad river valleys. Intense, long-term use by livestock and alterations in the river flow regime have caused a decline in its distribution.

This plant association occurs in narrow to broad, 1,000 ft (300 m) wide, alluvial valleys. Mature stands occur on terraces up to 10 ft (2.5 m) above the active channel. Mature stands spread out across wide floodplains, but also occur on narrow floodplains of constricted reaches. Stream channels are wide and sinuous with low to moderate gradients (1-5%). The soils are deep, sandy loams.

### Vegetation Description

This plant association is characterized by an overstory canopy of *Populus angustifolia* (narrowleaf cottonwood) and the presence of *Shepherdia argentea* (silver buffaloberry). The tree canopy consists of mature *Populus angustifolia* (narrowleaf cottonwood), with seeding and sapling sized *P. angustifolia* that can occur in bands close to the river's edge. Other trees that may be present include *Pinus edulis* (pinyon pine) and *Populus* x *acuminata* (lanceleaf cottonwood).

The shrub layer is diverse and widely spaced. *Shepherdia argentea* (silver buffaloberry) is the key characteristic shrub for this association. Low abundance may indicate a degraded occurrence. *Salix ligulifolia* (strapleaf willow) is so widely spaced that it may not be sampled. Other shrub species which may be present include *Rhus trilobata* (skunkbush sumac), *Alnus incana* ssp. *tenuifolia* (thinleaf alder), *Cornus sericea* (red-osier dogwood), *Rosa woodsii* (Woods rose), *Crataegus rivularis* (river

128

hawthorne), *Quercus gambelii* (Gambel oak), *Salix exigua* (sandbar willow), *Salix irrorata* (bluestem willow), and *Betula occidentalis* (river birch).

The herbaceous undergrowth is typically dominated by introduced hay grasses including *Agrostis stolonifera* (creeping bentgrass), *Poa pratensis* (Kentucky bluegrass), and *Dactylis glomerata* (orchardgrass). A few native species also occur, including *Maianthemum stellatum* (starry false Solomon seal), *Equisetum arvense* (field horsetail), *Glycyrrhiza lepidota* (American licorice), *Thlaspi montanum* (alpine pennycress), and *Pascopyrum smithii* (western wheatgrass).

## Ecological Processes

No undisturbed stands of the *Populus angustifolia/Salix ligulifolia-Shepherdia argentea* (narrowleaf cottonwood/strapleaf willow-silver buffaloberry) plant association are known in Colorado. The predominance of non-native grasses in the undergrowth and widely spaced shrubs indicate heavy utilization by cattle.

| Avg. Cover % | (Range) | Species Name | # Plots (N=7) |
|---|---|---|---|
| 34 | (1-85%) | Populus angustifolia | 7 |
| 33 | (3-59%) | Shepherdia argentea | 7 |
| 28 | — | Salix irrorata | 1 |
| 26 | — | Salix lucida ssp. caudata, lasiandra | 1 |
| 20 | — | Agrostis stolonifera | 1 |
| 18 | (1-69%) | Poa pratensis | 6 |
| 18 | — | Populus x acuminata | 1 |
| 16 | (1-30%) | Clematis ligusticifolia | 5 |
| 11 | (1-28%) | Rosa woodsii | 4 |
| 10 | — | Crataegus rivularis | 1 |
| 10 | — | Thlaspi montanum | 1 |
| 10 | — | Quercus gambelii | 1 |
| 10 | — | Salix ligulifolia | 1 |
| 10 | — | Symphoricarpos oreophilus | 1 |
| 9 | (1-40%) | Rhus trilobata var. trilobata | 5 |
| 9 | (1-22%) | Alnus incana ssp. tenuifolia | 4 |
| 9 | — | Deschampsia caespitosa | 1 |
| 9 | (3-14%) | Betula occidentalis | 2 |
| 8 | (1-27%) | Salix exigua | 4 |
| 4 | (1-11%) | Trifolium repens | 3 |

**Other species with < 5% average cover present in at least 10% of plots:**
Melilotus officinalis (3-5%), Poa compressa (4-4%), Dactylis glomerata (3-3%), Symphyotrichum laeve var. geyeri (3-3%), Thalictrum fendleri (3-3%), Chamerion angustifolium ssp. circumvagum (3-3%), Amelanchier alnifolia (3-3%), Salix monticola (3-3%), Pinus edulis (3-3%), Heterotheca villosa (3-3%), Prunella vulgaris (3-3%), Cornus sericea ssp. sericea (1-3%), Taraxacum officinale (1-3%), Pascopyrum smithii (1-3%), Glycyrrhiza lepidota (1-3%), Elymus lanceolatus (2%), Hedysarum boreale (2%), Equisetum arvense (1-3%), Maianthemum stellatum (1-3%), Cirsium arvense (1-2%), Phleum pratense (1%), Juncus balticus var. montanus (1%), Carduus nutans ssp. macrolepis (1%), Elymus trachycaulus ssp. trachycaulus (1%), Dasiphora floribunda (1%), Symphyotrichum spathulatum (1%), Mahonia repens (1%), Equisetum laevigatum (1%), Calamagrostis canadensis (1%), Toxicodendron rydbergii (1%), Asparagus officinalis (1%), Arctium minus (1%), Apocynum cannabinum (1%), Trifolium pratense (1%), Poa reflexa (1%), Ribes cereum (1%), Equisetum hyemale var. affine (1%), Achillea millefolium var. occidentalis (1%), Solidago canadensis (1%), Ipomopsis aggregata (1%), Streptopus amplexifolius var. chalazatus (1%), Galium triflorum (1%), Galium boreale (1%), Oxypolis fendleri (1%).

129

## Narrowleaf cottonwood / Shining willow Woodland

### *Populus angustifolia / Salix lucida* ssp. *caudata* or ssp. *lasiandra*



**Global rank/State rank:**
G1Q / S1

**HGM subclass:**  R3/4

**Colorado elevation range:**
6,580-7,640 ft (2,000-2,330 m)



### General Description

The *Populus angustifolia/Salix lucida* ssp. *caudata* or ssp. *lasiandra* (narrowleaf cottonwood/shining willow) plant association is a provisional association known from only a few locations in western and south central Colorado.  It is a mature stand of *Populus angustifolia* (narrowleaf cottonwood) with a sub-canopy of *Salix lucida* var. *caudata* (shining willow).

The *Populus angustifolia/Salix lucida* ssp. *caudata* or ssp. *lasiandra* community occurs on low terraces and floodplains.  The low terrace is a flat, nutrient-rich surface approximately 3 ft (1 m) above the active channel and may be an old beaver pond that was drained by the stream.  The soil is a deep loamy sand with 10-25% organic matter that accumulated in the once-present beaver pond.  Lower layers have no coarse fragments and little horizon development.

### Vegetation Description

Tall (25-40 ft, 7-10 m), mature *Populus angustifolia* (narrowleaf cottonwood) with 20-35% cover create the upper canopy.  The second canopy is made up of tall (10-15 ft, 3-4 m) *Salix lucida* (shining willow).  *Alnus incana* ssp. *tenuifolia* (thinleaf alder) or *Salix exigua* (sandbar willow) may also be present in low amounts.  The herbaceous undergrowth is sparse and includes *Poa pratensis* (Kentucky bluegrass), *Solidago canadensis* (Canada goldenrod), *Cirsium arvense* (Canada thistle), *Agrostis gigantea* (redtop), *Taraxacum officinale* (dandelion), and *Melilotus officinalis* (yellow sweetclover).

### Ecological Processes

*Salix lucida* is often associated with abandoned beaver ponds or found along steep stream reaches below beaver ponds.  It appears to colonize areas that have filled with

130

silt or are in the process of doing so. Eventually, this association will be replaced by slightly drier-site willow species. However, with disturbance such as overuse by livestock, willow cover may decline. With severe disturbance, the willows will completely disappear.

As with all cottonwood woodlands, this association is found within a continually changing alluvial environment where riparian vegetation is constantly being "re-set" by flooding disturbance. Mature cottonwood stands do not regenerate in place, but regenerate by "moving" up and down a river reach. Over time, a healthy riparian area supports all stages of cottonwood communities. The process of cottonwood regeneration is dependent on flooding disturbance. Periodic flooding allows cottonwood seedlings to germinate and become established on newly deposited, moist sandbars. Natural river processes of bank erosion, deposition and channel migration result in a dynamic patchwork of different age classes, plant associations and habitats.

| Avg. Cover % | (Range) | Species Name | # Plots (N=3) |
|---|---|---|---|
| 37 | (10-80%) | Salix lucida ssp. caudata, lasiandra | 3 |
| 28 | (20-35%) | Populus angustifolia | 3 |
| 18 | (10-25%) | Poa pratensis | 2 |
| 11 | (1-20%) | Solidago canadensis | 2 |
| 10 | — | Carex nebrascensis | 1 |
| 10 | — | Pseudostellaria jamesiana | 1 |
| 10 | — | Salix exigua | 1 |
| 5 | (5-5%) | Agrostis gigantea | 2 |
| 5 | — | Juncus balticus var. montanus | 1 |
| 5 | — | Alnus incana ssp. tenuifolia | 1 |
| 5 | — | Phalaris arundinacea | 1 |
| 5 | — | Poa palustris | 1 |
| 5 | — | Trifolium hybridum | 1 |

**Other species with < 5% average cover present in at least 10% of plots:**
Melilotus officinalis (1-5%), Cirsium arvense (1%), Taraxacum officinale (1%), Phleum pratense (1%), Maianthemum stellatum (1%), Geum macrophyllum var. perincisum (1%), Equisetum hyemale var. affine (1%), Elymus repens (1%), Cardamine cordifolia (1%), Bromus inermis (1%), Carex praegracilis (1%), Achillea millefolium var. occidentalis (1%), Vicia americana (1%), Potentilla gracilis (1%), Rudbeckia laciniata var. ampla (1%), Sidalcea candida (1%), Symphyotrichum foliaceum (1%), Trifolium pratense (1%), Mentha arvensis (1%).

131

BLM_0035402

## Narrowleaf cottonwood/Mixed willow Woodland

### *Populus angustifolia / Salix (monticola, drummondiana, lucida)*



**Global rank/State rank:**
G3 / S3

**HGM subclass:** R3/4

**Colorado elevation range:**
7,900-8,900 ft (2,400-2,700 m)



### General Description

The *Populus angustifolia/Salix (monticola, drummondiana, lucida)* (narrowleaf cottonwood/mixed willow) plant association is an early to mid-seral stage of more mature *Populus angustifolia* dominated plant associations. The cottonwoods are fairly young trees (5-15 in, 12-38 cm dbh), with a diverse mix of willows and other shrubs in the understory canopy.

This community occurs on active floodplains, stream benches and low terraces, generally within 1-4.5 ft (0.3-1.4 m) of the active channel elevation. Stream channels range from steep and narrow to broad, moderate gradient and more sinuous. Sites show signs of active flooding. One stand occurs on an overflow or back channel. Soils are somewhat deep (about 3 ft, 1 m), loamy to clay sands over very coarse alluvial layers with at least 25% gravel and other coarse fragments present in all layers.

### Vegetation Description

The upper canopy is dominated by young (sapling, pole and medium-sized 5-15 in, 12-35 cm in diameter) *Populus angustifolia* (narrowleaf cottonwood) trees with 25-90% cover. The understory has a consistent mixture of two or more willow species, which can include *Salix exigua* (sandbar willow), *S. ligulifolia* (strapleaf willow), *S. monticola* (mountain willow), *S. lucida* ssp. *caudata* (shining willow), *S. drummondiana* (Drummond willow), and *S. geyeriana* (Geyer willow). Total cover of the shrub layer is between 15-70%. Other, non-willow shrubs are usually present as well, and include *Rosa woodsii* (Woods rose), *Ribes* spp. (gooseberry), *Alnus incana* ssp. *tenuifolia* (thinleaf alder), *Crataegus rivularis* (river hawthorn), *Dasiphora floribunda* (shrubby cinquefoil), and *Symphoricarpos* spp. (snowberry).

The herbaceous undergrowth is generally low in total cover, with 10-40% forbs and 5-15% graminoids. Common species include *Maianthemum stellatum* (starry false

132

Solomon seal), *Trifolium* spp. (clover), *Erigeron* spp. (fleabane), *Poa pratensis* (Kentucky bluegrass), and *Bromus inermis* (smooth brome).

## Ecological Processes

As with all cottonwood woodlands, this association is found within a continually changing alluvial environment where riparian vegetation is constantly being "re-set" by flooding disturbance. Mature cottonwood stands do not regenerate in place, but regenerate by "moving" up and down a river reach. Over time, a healthy riparian area supports all stages of cottonwood communities. The process of cottonwood regeneration is dependent on flooding disturbance. Periodic flooding allows cottonwood seedlings to germinate and become established on newly deposited, moist sandbars. Natural river processes of bank erosion, deposition and channel migration result in a dynamic patchwork of different age classes, plant associations and habitats.

| Avg. Cover % | (Range) | Species Name | # Plots (N=4) |
|---|---|---|---|
| 57 | (23-89%) | Populus angustifolia | 4 |
| 17 | (6-36%) | Salix monticola | 3 |
| 13 | (10-16%) | Alnus incana ssp. tenuifolia | 2 |
| 12 | — | Salix drummondiana | 1 |
| 11 | — | Juniperus monosperma | 1 |
| 7 | — | Ribes cereum | 1 |
| 6 | (1-13%) | Poa pratensis | 4 |
| 5 | (1-9%) | Ribes inerme | 2 |
| 5 | (4-6%) | Salix exigua | 2 |
| 5 | (3-7%) | Salix lucida ssp. caudata, lasiandra | 2 |
| 5 | — | Maianthemum stellatum | 1 |

**Other species with < 5% average cover present in at least 10% of plots:**
Symphyotrichum foliaceum (4%), Symphoricarpos albus (4%), Rosa woodsii (1-8%), Lonicera involucrata (3%), Equisetum arvense (3%), Heracleum maximum (3%), Bromus ciliatus var. ciliatus (3%), Galium triflorum (3%), Equisetum pratense (3%), Crataegus rivularis (3%), Cornus sericea ssp. sericea (3%), Trifolium pratense (3%), Thermopsis montana (3%), Symphoricarpos oreophilus (3%), Salix geyeriana (3%), Rudbeckia laciniata var. ampla (3%), Pseudocymopterus montanus (3%), Phleum pratense (3%), Pedicularis procera (3%), Medicago lupulina (3%), Salix ligulifolia (2-3%), Taraxacum officinale (2-3%), Achillea millefolium var. occidentalis (1-2%), Juncus balticus var. montanus (1%), Glyceria striata (1%), Fragaria virginiana ssp. glauca (1%), Dasiphora floribunda (1%), Iris missouriensis (1%), Thalictrum fendleri (1%), Dactylis glomerata (1%), Amelanchier alnifolia (1%), Angelica pinnata (1%), Geranium richardsonii (1%), Bromus inermis (1%), Chamerion angustifolium ssp. circumvagum (1%), Calamagrostis canadensis (1%), Carex pellita (1%), Cardamine cordifolia (1%), Carex microptera (1%), Mertensia ciliata (1%), Castilleja sulphurea (1%), Castilleja miniata (1%), Carex utriculata (1%), Elymus glaucus (1%), Vicia americana (1%), Trifolium repens (1%), Solidago canadensis (1%), Ribes lacustre (1%), Heterotheca villosa (1%), Platanthera sparsiflora var. ensifolia (1%), Pinus ponderosa var. scopulorum (1%), Oxypolis fendleri (1%), Mimulus guttatus (1%), Zigadenus elegans ssp. elegans (1%), Maianthemum racemosum ssp. amplexicaule (1%), Rubus idaeus ssp. strigosus (1%).

133

BLM_0035404

## Narrowleaf cottonwood / Common snowberry Woodland

### *Populus angustifolia / Symphoricarpos albus*



**Global rank/State rank:**
G2Q / S2Q

**HGM subclass:** R3/4

**Colorado elevation range:**
5,500-8,350 ft (1,700-2,550 m)



### General Description

The *Populus angustifolia/Symphoricarpos albus* (narrowleaf cottonwood/common snowberry) plant association is limited to small patches in Front Range canyons, and along narrow streams on the Colorado Western Slope. In Colorado, we include stands dominated by a variety of *Symphoricarpos* species within this community. *Symphoricarpos albus* is used in the name of this association because most of the snowberry species encountered in stand data are identified as *Symphoricarpos albus*. However, since Weber does not recognize *Symphoricarpos albus* from the Western Slope, these may be a different species.

This plant association occurs on upper terraces and outer edges of floodplains in medium to wide valleys, 500-1,800 ft (150-550 m). This association generally occurs 5-30 ft (1.5-6 m) above the channel bankfull level. Stream channels are wide and shallow and slightly meandering. Soils are deep sandy loams and clay loams, highly stratified, and with little coarse material present.

### Vegetation Description

The overstory of this plant association is characterized by 40-100% cover of mature *Populus angustifolia* (narrowleaf cottonwood). The shrub layer in mesic stands is dominated by *Symphoricarpos albus* (common snowberry) on the Eastern Slope, and by *Symphoricarpos oreophilus* (mountain snowberry) on the Western Slope. Other shrub species, which may or may not be present include *Prunus virginiana* (chokecherry), *Quercus gambelii* (Gambel oak), *Ribes lacustre* (prickly currant), *Ribes cereum* (wax currant), *Alnus incana* ssp. *tenuifolia* (thinleaf alder), *Betula occidentalis* (river birch), and *Salix bebbiana* (Bebb willow). Xeric stands are less diverse and have a higher abundance of *Symphoricarpos* spp. and may represent older, more mature stands.

134

BLM_0035405

Graminoid cover is mostly non-native grasses including *Poa pratensis* (Kentucky bluegrass) and *Agrostis stolonifera* (creeping bentgrass). Forb cover is sparse but diverse, including *Thalictrum fendleri* (Fendler meadowrue), *Maianthemum stellatum* (starry false Solomon seal), *Osmorhiza depauperata* (bluntseed sweetroot) and *Achillea millefolium* var. *occidentalis* (western yarrow).

### Ecological Processes

The *Populus angustifolia/Symphoricarpos albus* (narrowleaf cottonwood/common snowberry) plant association is a late-seral cottonwood community that will not regenerate in place as it occurs on elevated toeslopes away from the scoured, bare soils needed for cottonwood seedling establishment. *Symphoricarpos* will persist after the mature cottonwoods die and fall over.

| Avg. Cover % | (Range) | Species Name | # Plots (N=4) |
|---|---|---|---|
| 68 | (40-100%) | Populus angustifolia | 4 |
| 30 | — | Actaea rubra ssp. arguta | 1 |
| 25 | (20-30%) | Amelanchier alnifolia | 2 |
| 21 | — | Symphoricarpos oreophilus | 1 |
| 20 | — | Juniperus scopulorum | 1 |
| 16 | (1-31%) | Pinus ponderosa | 2 |
| 15 | (1-27%) | Symphoricarpos albus | 3 |
| 14 | (13-15%) | Quercus gambelii | 2 |
| 10 | — | Galium triflorum | 1 |
| 10 | — | Elymus repens | 1 |
| 10 | — | Lonicera involucrata | 1 |
| 10 | — | Luzula spicata | 1 |
| 6 | (1-10%) | Maianthemum stellatum | 3 |
| 6 | (1-10%) | Rosa woodsii | 3 |
| 6 | (0.1-11%) | Paxistima myrsinites | 2 |
| 5 | — | Elymus lanceolatus | 1 |
| 5 | — | Dactylis glomerata | 1 |
| 5 | — | Poa palustris | 1 |
| 5 | — | Portulaca halimoides | 1 |
| 5 | (0.1-10%) | Achillea millefolium var. occidentalis | 4 |

**Other species with < 5% average cover present in at least 10% of plots:**
Prunus virginiana var. melanocarpa (4-%), Poa pratensis (1-5%), Hedysarum boreale (3%), Berberis fendleri (3%), Melilotus officinalis (3%), Mahonia repens (1-3%), Thalictrum fendleri (0.1-4%), Vicia americana (0.1-2%), Galium boreale (1%), Iris missouriensis (1%), Deschampsia caespitosa (1%), Fragaria vesca ssp. bracteata (1%), Chamerion angustifolium ssp. circumvagum (1%), Carex geyeri (1%), Bromus tectorum (1%), Bromus inermis (1%), Bromus ciliatus var. ciliatus (1%), Bidens cernua (1%), Alnus incana ssp. tenuifolia (1%), Poa glauca ssp. rupicola (1%), Trifolium pratense (1%), Trifolium longipes (1%), Sium suave (1%), Pseudostellaria jamesiana (1%), Phleum pratense (1%), Mentha arvensis (1%), Ligusticum porteri (1%), Juniperus osteosperma (1%), Cynoglossum officinale (0.1%), Symphyotrichum lanceolatum ssp. hesperium var. hesperium (0.1%), Taraxacum officinale (0.1%), Geum rivale (0.1%), Osmorhiza depauperata (0.1%), Gentianella amarella ssp. heterosepala (0.1%), Artemisia ludoviciana (0.1%), Convolvulus arvensis (0.1%), Urtica dioica ssp. gracilis (0.1%), Tragopogon dubius (0.1%), Potentilla hippiana (0.1-0.1%), Helianthus annuus (0.1%), Pedicularis procera (0.1%), Medicago lupulina (0.1%), Linaria vulgaris (0.1%).

135

**Balsam poplar Forest**

*Populus balsamifera*



**Global rank/State rank:**
GU / S2

**HGM subclass:**  R2, R3/4

**Colorado elevation range:**
7,300-8,900 ft (2,225-2,700 m)



### General Description

The *Populus balsamifera* (balsam poplar) plant association is a minor type in Colorado.  It occurs in the Routt National Forest, on tributaries of the Colorado River near Eagle, along the Cache la Poudre River, and within the Gunnison River Basin. Colorado appears to be the southern limit of the range of *Populus balsamifera,* which has a limited distribution and rarely forms stands larger than a few hundred yards long. *Populus balsamifera* is distinguished from *Populus angustifolia* (narrowleaf cottonwood) by its broad leaves with pale undersides and large, sticky-resinous buds.

This plant association occurs along a variety of streams (first through fourth order) in moderate to wide, 200-600 ft (60-180 m), glacial out-wash valleys.  This association appears to be limited to immediate stream banks, overflow channels, and floodplains. Stream channels are broad and slightly meandering.  Soils are fairly deep, fine sandy and silty loams over skeletal alluvial deposits.

### Vegetation Description

Mature trees and saplings of *Populus balsamifera* (balsam poplar) create an overstory canopy.  *Picea pungens* (blue spruce) may also be present.  A thick band of shrubs can occur along the stream edge including *Alnus incana* ssp. *tenuifolia* (thinleaf alder), *Salix drummondiana* (Drummond willow), *Rosa woodsii* (Woods rose), *Lonicera involucrata* (twinberry honeysuckle), *Ribes inerme* (whitestem gooseberry), and *Sambucus racemosa* (red elderberry).  The herbaceous undergrowth includes mesic species such as *Heracleum maximum* (common cowparsnip), *Geranium richardsonii* (Richardson geranium), *Osmorhiza depauperata* (bluntseed sweetroot), *Equisetum arvense* (field horsetail), *Poa pratensis* (Kentucky bluegrass), *Hydrophyllum fendleri* (Fendler waterleaf), and *Maianthemum stellatum* (starry false Solomon seal).

136

BLM_0035407

## Ecological Processes

*Populus balsamifera* (balsam poplar) is a common horticultural addition to urban landscapes and may become established from cultivated areas.  Careful observation is required to determine if stands in the wild are dominated by the native species.

| Avg. Cover % | (Range) | Species Name | # Plots (N=6) |
|---|---|---|---|
| 59 | (23-91%) | Populus balsamifera | 6 |
| 29 | (5-60%) | Alnus incana ssp. tenuifolia | 4 |
| 26 | (1-70%) | Heracleum maximum | 5 |
| 18 | (3-33%) | Salix drummondiana | 2 |
| 14 | (10-20%) | Picea pungens | 3 |
| 12 | (1-30%) | Rudbeckia laciniata var. ampla | 3 |
| 6 | (1-20%) | Equisetum arvense | 6 |
| 6 | (1-10%) | Calamagrostis canadensis | 2 |
| 5 | (2-10%) | Mertensia ciliata | 3 |
| 5 | (1-10%) | Geranium richardsonii | 5 |

**Other species with < 5% average cover present in at least 10% of plots:**
Osmorhiza depauperata (1-8%), Hydrophyllum fendleri (1-8%), Rosa woodsii (1-10%), Ribes inerme (0.1-10%), Maianthemum racemosum ssp. amplexicaule (1-5%), Cardamine cordifolia (3-3%), Populus tremuloides (1-5%), Poa pratensis (1-6%), Taraxacum officinale (0.1-7%), Cicuta douglasii (1-4%), Salix bebbiana (0.1-4%), Lonicera involucrata (1-3%), Geum macrophyllum var. perincisum (1-2%), Fragaria virginiana ssp. glauca (1-2%), Achillea millefolium var. occidentalis (1-2%), Galium boreale (0.1-3%), Oxypolis fendleri (1-1%). Phleum alpinum (1%), Viola canadensis var. scopulorum (1%), Conioselinum scopulorum (0.1-1%).



*Populus balsamifera*

137

BLM_0035408

**Plains cottonwood / Smooth brome Woodland**

*Populus deltoides / Bromus inermis*



**Global rank/State rank:**
Not Applicable

**HGM subclass:**  R3/4, R5

**Colorado elevation range:**
4,900-6,800 ft (1,500-2,070 m)



<u>**General Description**</u>

The *Populus deltoides/Bromus inermis* (plains cottonwood/smooth brome) plant association is a human-created and grazing-induced riparian woodland.  It is the result of seeding *Bromus inermis*, an aggressive rhizomatous species, as a hay meadow grass.  This association has an open to closed canopy of large *Populus deltoides* trees.  There is little to no shrub understory and a near monotypic carpet of *Bromus inermis*.  The native undergrowth has been almost completely replaced by introduced grasses.

This plant association occupies broad alluvial floodplains and upper terraces of narrow to broad meandering streams, as well as ephemeral washes.  The soils of this plant association are deep and pale in color.  Soil textures are mostly sandy loam to silty clay alternating with slightly coarser sands.

<u>**Vegetation Description**</u>

Mature *Populus deltoides* ssp. *monilifera* or ssp. *wislizenii* (plains or Rio Grande cottonwood) trees form an open to nearly closed canopy, typically with 30-80% cover.  The understory is dominated by 10-85% cover of the non-native grass, *Bromus inermis* (smooth brome).  Few other shrub and herbaceous species are present.  When other shrubs and forbs are present in some abundance (>10% cover), the stand may be a degraded occurrence of a different *Populus deltoides* (plains cottonwood) plant association.

<u>**Ecological Processes**</u>

The undergrowth of the *Populus deltoides /Bromus inermis* (plains cottonwood/ smooth brome) plant association is a product of direct seeding.  Altered hydrology (usually a lowered water table) combined with season-long livestock grazing within a

138

BLM_0035409

floodplain can allow *Bromus inermis* (smooth brome) to invade from adjacent pastures. With heavy grazing pressure, native grasses lose their competitive advantage in the presence of *Bromus inermis* and disappear entirely from the area. Therefore, with continual heavy grazing and no regeneration of *Populus deltoides* due to the altered hydrology, this plant association will eventually become a *Bromus inermis* meadow.

| Avg. Cover % | (Range) | Species Name | # Plots (N=16) |
|---|---|---|---|
| 47 | (10-85%) | Bromus inermis | 16 |
| 44 | (2-85%) | Populus deltoides | 16 |
| 43 | (15-70%) | Anemone canadensis | 2 |
| 27 | (1-43%) | Poa pratensis | 8 |
| 20 | (2.5-37.5%) | Euphorbia esula var. esula | 4 |
| 10 | (0.1-25%) | Salix amygdaloides | 8 |
| 9 | (2.5-15%) | Elymus repens | 4 |
| 7 | (2-16%) | Taraxacum officinale | 3 |
| 7 | (2.5-15%) | Ambrosia psilostachya | 3 |
| 6 | (2.5-15%) | Salix exigua | 5 |
| 6 | (1-14.5%) | Pascopyrum smithii | 4 |
| 5 | (0.1-15%) | Agrostis gigantea | 5 |

**Other species with < 5% average cover present in at least 10% of plots:**
Medicago sativa (2-7%), Juncus balticus var. montanus (1-15%), Achillea millefolium var. occidentalis (1-7%), Ambrosia artemisiifolia var. elatior (2-4%), Dactylis glomerata (1-5%), Artemisia ludoviciana (2-4%), Elymus canadensis (2.5%), Urtica dioica ssp. gracilis (2-2.5%), Melilotus officinalis (1.5-2.5%), Symphoricarpos occidentalis (1-2.5%), Juncus articulatus (1-3%), Tragopogon dubius (1-2.5%), Lactuca serriola (1-2.5%), Poa compressa (1-2.5%), Equisetum laevigatum (1-3%), Equisetum arvense (1-2%), Medicago lupulina (1-2%), Verbena hastata (1%).



**Bromus inermis**

BLM_0035410

**Plains cottonwood / Woolly sedge Woodland**

*Populus deltoides / Carex pellita (=lanuginosa)*



**Global rank/State rank:**
G2 / S1

**HGM subclass:** R5

**Colorado elevation range:**
3,700-4,900 ft (1,100-1,500 m)



**General Description**

The *Populus deltoides/Carex pellita* (plains cottonwood/woolly sedge) plant association is an open to closed canopy woodland of large *Populus deltoides* trees with a dense layer of *Carex pellita* covering the ground. It occurs in swales and other depressions on the floodplain. This association occurs most commonly along the floodplain of the lower South Platte River from Greeley to Julesburg. One occurrence of the association is known form the extreme southeast corner of the state.

This plant association occurs along broad, braided channels in low-lying swales and overflow channels that are slightly less well drained than *Spartina pectinata* (prairie cordgrass) dominated areas. It occurs in small, easily overlooked patches but can form long bands in the bottoms of overflow troughs. Soils are predominately heavy clays with signs of mottling often present.

**Vegetation Description**

Mature *Populus deltoides* ssp. *monilifera* (plains cottonwood) trees form a nearly closed canopy. The undergrowth in undisturbed sites is predominately *Carex pellita* (woolly sedge). Other trees that can be present include *Salix amygdaloides* (peachleaf willow); often these are so widely spread they may be missed altogether. There is no consistent shrub canopy, but a few species may be present, including *Prunus virginiana* (chokecherry), *Celtis laevigata* var. *reticulata* (netleaf hackberry), *Vitis riparia* (riverbank grape), and *Parthenocissus quinquefolia* (Virginia creeper). The herbaceous undergrowth is dominated by *Carex pellita* (woolly sedge). Other species include *Elymus lanceolatus* (streambank wheatgrass), *Bromus inermis* (smooth brome), *Muhlenbergia asperifolia* (alkali muhly), and *Phalaris arundinacea* (reed canarygrass).

140

BLM_0035411

## Ecological Processes

The *Populus deltoides*/*Carex pellita* (plains cottonwood/woolly sedge) association appears to be a mid- to late-seral stage that has experienced over-bank flooding deposition. Cottonwoods can tolerate burial by sending out new shoots just below the new substrate surface. *Carex pellita* (woolly sedge) occurs in the wetter swales beneath the cottonwood canopy and is stimulated by fluvial deposition. This plant association can therefore replace other cottonwood associations by only changing the understory. Without over-bank flooding, *Carex pellita* will give way to dry grasses and less mesic shrubs such as *Symphoricarpos occidentalis* (western snowberry) and *Prunus virginiana* (chokecherry).

| Avg. Cover % | (Range) | Species Name | # Plots (N=6) |
|---|---|---|---|
| 57 | (1-86%) | Populus deltoides | 6 |
| 52 | (14-76%) | Carex pellita | 6 |
| 34 | (27-40%) | Salix amygdaloides | 3 |
| 23 | (5-40%) | Phalaris arundinacea | 2 |
| 18 | (3-42%) | Elymus lanceolatus | 3 |
| 13 | — | Bromus inermis | 1 |
| 9 | — | Celtis laevigata var. reticulata | 1 |
| 8 | — | Glycyrrhiza lepidota | 1 |
| 6 | — | Muhlenbergia asperifolia | 1 |
| 5 | — | Euphorbia esula var. esula | 1 |
| 5 | — | Parthenocissus quinquefolia | 1 |

**Other species with < 5% average cover present in at least 10% of plots:**
Vitis riparia (2-8%), Asclepias speciosa (4%), Prunus virginiana var. melanocarpa (4%), Ratibida columnifera (4%), Poa pratensis (4%), Polygonum pensylvanicum (2-4%), Cirsium arvense (3%), Artemisia ludoviciana (2%), Apocynum androsaemifolium (2%), Schoenoplectus pungens (2%), Elymus canadensis (2%), Plantago major (2%), Rumex crispus (2%), Spartina pectinata (1-2%), Xanthium strumarium (1%), Ribes aureum (1%), Chenopodium glaucum (1%), Convolvulus arvensis (1%), Conyza canadensis (1%), Chenopodium album (1%), Bromus hordeaceus (1%), Juniperus scopulorum (1%), Bothriochloa laguroides ssp. toreyana (1%), Bidens tripartita (1%), Bidens frondosa (1%), Ambrosia artemisiifolia var. elatior (1%), Viola canadensis var. scopulorum (1%), Ulmus pumila (1%), Toxicodendron rydbergii (1%), Solidago canadensis (1%), Schoenoplectus acutus\tabernaemontani (1%), Acer negundo var. interius (1%), Euphorbia dentata (1%).

141

BLM_0035412

## Plains cottonwood / Inland saltgrass Woodland

*Populus deltoides / Distichlis spicata*



**Global rank/State rank:**
G2 / S2

**HGM subclass:** R5

**Colorado elevation range:**
3,300-6,300 ft (1,005-1,920 m)



### General Description

This plant association occurs on upper terraces of the floodplains of mature rivers. It is a transitional community in both the spatial and temporal sense. Spatially, it is transitional between the active floodplain with a more mesic understory and xeric upland shortgrass prairie communities. Temporally, it marks the abandonment of a terrace by a river; cottonwood does not regenerate in this community. The loss of mesic shrubs such as sandbar willow and its replacement by saltgrass marks the retreat of the water table. This association often has a park-like appearance and is characterized by an open canopy of scattered, mature cottonwood with an understory dominated by grasses, especially the low-growing saltgrass. *Pascopyrum smithii* (Western wheatgrass) may be co-dominant, and many other grasses and forbs are usually present with low cover. Shrub cover is also low.

Rivers that support this association occupy broad valleys filled with their own alluvium, deposited since the middle Pliocene. Elevations range from about 5,000 ft (1,525 m) on the Yampa and Green Rivers to 3,350 ft (1,020 m) on the South Platte and Arkansas Rivers near the Kansas and Nebraska borders. The highest river flows result from spring snowmelt (generally peaking in late-May through mid-June), and more rarely, from isolated heavy summer thunderstorms. The *Populus deltoides/ Distichlis spicata* association occurs on middle and upper terraces of floodplains of geologically mature rivers. The floodplains of these rivers are typically wide and flat and include depositional and erosional features typical of mature rivers, such as active channels, overflow channels, meander scrolls, oxbows, and terraces. This association occurs on higher terraces away from the active floodplain, where the water table is several feet below the surface, but mature trees are able to tap the deeper water table.

142

BLM_0035413

These terraces flood extremely rarely. Soils are derived primarily from fine-textured alluvium, secondarily from aeolian deposits. These soils are often poorly developed and typically consist of unaltered bands or lenses of sand, clay, silt and gravel. They are well drained, low in organic matter, and are often alkaline (pH > 7.0).

## Vegetation Description

This association is characterized by a relatively open canopy of *Populus deltoides*, (plains cottonwood). In most stands the trees are large and uniformly sized, but density can vary greatly. Although not always recorded in stand data, other deciduous trees are occasionally present, including the natives *Salix amygdaloides* (peachleaf willow), *Fraxinus pennsylvanica* (green ash) and *Acer negundo* (boxelder), and introduced species such as *Ulmus pumila* (Siberian elm), *Tamarix ramosissima* (saltcedar), and *Elaeagnus angustifolia* (Russian olive). The shrub layer is often poorly developed, but patches of broad-leaved deciduous shrubs occasionally occur.

The herbaceous layer is dominated by the perennial grass *Distichlis spicata* (inland saltgrass), with highly variable cover (from 2% to more than 70%). This variation is apparently related to the degree of tree canopy closure, in that more open stands of *Populus* have denser graminoid cover in the understory. *Sporobolus cryptandrus* (sand dropseed) and *Pascopyrum smithii* (western wheatgrass) are other common perennial grasses, but usually with less cover than *Distichlis spicata*. The herbaceous layer generally also contains a mix of other graminoid and forb species. Most stands include weedy native species such as povertyweed (*Iva axillaris*) and exotic species such as *Bromus tectorum* (cheatgrass), *Melilotus officinalis* (yellow sweetclover), or *Poa pratensis* (Kentucky bluegrass). Total herbaceous cover is highly variable and cryptograms are very uncommon.

## Ecological Processes

This plant association usually represents floodplain terraces that are rarely, if ever flooded. Regeneration of cottonwoods is dependent on floods that scour sand and gravel bars, preparing them for seed germination. If rivers do not experience flood events at appropriate times of the year, cottonwood stands will not regenerate.

| Avg. Cover % | (Range) | Species Name | # Plots (N=6) |
|---|---|---|---|
| 40 | (2-70.5%) | Distichlis spicata | 6 |
| 39 | (20-62%) | Populus deltoides | 6 |
| 18 | (1.3-30%) | Pascopyrum smithii | 5 |
| 16 | (1-27.8%) | Bromus tectorum | 3 |
| 15 | — | Medicago sativa | 1 |
| 14 | (0.1-37%) | Chrysothamnus viscidiflorus | 4 |
| 13 | (1-37%) | Melilotus officinalis | 3 |
| 12 | — | Glycyrrhiza lepidota | 1 |
| 12 | (4.8-18%) | Iva axillaris | 4 |
| 10 | — | Elymus canadensis | 1 |
| 9 | (5.8-10.9%) | Elymus trachycaulus ssp. trachycaulus | 4 |
| 7 | — | Salsola tragus | 1 |
| 7 | (0.1-14.5%) | Poa compressa | 2 |
| 5 | (3.1-6.5%) | Kochia americana | 2 |

**Other species with < 5% average cover present in at least 10% of plots:**
Descurainia pinnata (1.3-6.5%), Juncus balticus var. montanus (3.6%), Sporobolus airoides (0.1-7.4%), Poa pratensis (0.1-5%), Conyza canadensis (1%), Descurainia sophia (1%), Equisetum hyemale var. affine (1%), Artemisia ludoviciana (1%), Tragopogon dubius (0.1-1%), Taraxacum officinale (0.1%), Symphyotrichum lanceolatum ssp. hesperium var. hesperium (0.1%), Symphoricarpos occidentalis (0.1%), Medicago lupulina (0.1%), Erigeron pumilus (0.1%), Gratiola neglecta (0.1%).

143

BLM_0035414

**Plains cottonwood / Slender wheatgrass Woodland**

*Populus deltoides / Elymus trachycaulus*



**Global rank/State rank:**
GU / S2

**HGM subclass:** R5

**Colorado elevation range:**
5,900-6,000 ft (1,798-1,829 m)



<u>General Description</u>

This plant association occurs on upper terraces of the floodplains of mature streams or rivers. Spatially, this community is transitional between the active floodplain with a more mesic understory and xeric upland communities. Temporally, this community marks the abandonment of a terrace by a river; cottonwood does not regenerate in this community. The loss of mesic shrubs such as sandbar willow and its replacement by slender wheatgrass marks the retreat of the water table. This association often has a park-like appearance and is characterized by an open canopy of scattered, mature *Populus deltoides* (plains cottonwood) with an understory dominated by grasses, especially *Elymus trachycaulus* (slender wheatgrass). Many other grasses and forbs may be present with low cover. Shrub cover is also low.

Rivers that support *Populus deltoides/Elymus trachycaulus* (plains cottonwood/ slender wheatgrass) communities occupy broad valleys filled with alluvium, deposited since the middle Pliocene. Described occurrences come from a narrow elevational range around 6,000 ft. *Populus deltoides/Elymus trachycaulus* occurs on middle and upper terraces of floodplains of geologically mature rivers. The floodplains of these rivers are typically wide and flat and include depositional and erosional features typical of mature rivers, such as active channels, overflow channels, meander scrolls, oxbows, and terraces. This association occurs on higher terraces away from the active floodplain, where the water table is several feet below the surface, but mature trees are able to tap the deeper water table. These terraces flood extremely rarely.

Streams supporting this association are broad, relatively shallow, low-gradient and sinuous. Soils are derived primarily from fine-textured alluvium, secondarily from aeolian deposits. These soils are often poorly developed and typically consist of

144

BLM_0035415

unaltered bands or lenses of sand, clay, silt and gravel. They are well drained and low in organic matter.

## Vegetation Description

This association is characterized by relatively open to dense canopies of the broad-leaved deciduous tree *Populus deltoides*, (plains cottonwood). In most stands the trees are large and uniformly sized, but density can vary greatly. The shrub layer is often poorly developed, but may include small patches of *Salix exigua* (sandbar willow) at wetter sites. The herbaceous layer is dominated by the perennial grass *Elymus trachycaulus* (slender wheatgrass), with highly variable cover. The herbaceous layer generally also contains a mix of other graminoid and forb species. Introduced species are common in the shrub and herbaceous layers; exotics may include *Tamarix ramosissima* (saltcedar), *Elaeagnus angustifolia* (Russian olive), *Poa pratensis* (Kentucky bluegrass), *Cirsium arvense* (Canada thistle), *Elymus repens* (quackgrass), and others. Most stands also include weedy native species such as *Iva axillaris* (povertyweed). Total herbaceous cover is highly variable and cryptograms are very uncommon.



*Elymus trachycaulus*

## Ecological Processes

This plant association usually represents floodplain terraces that are rarely, if ever, flooded. Regeneration of cottonwoods typically occurs on lower bars and is dependent on floods that scour sands and gravels, preparing them for seed germination. If rivers do not experience flood events at appropriate times of the year, cottonwood stands will not regenerate. With extended grazing pressure the understory of this association is likely to be dominated by non-native species, especially *Poa pratensis* (Kentucky bluegrass).

| Avg. Cover % | (Range) | Species Name | # Plots (N=5) |
|---|---|---|---|
| 63 | (37.5-88%) | Populus deltoides | 5 |
| 44 | (37-62%) | Elymus trachycaulus ssp. trachycaulus | 4 |
| 38 | — | Elymus lanceolatus | 1 |
| 38 | — | Clematis ligusticifolia | 1 |
| 24 | (20-28.5%) | Iva axillaris | 2 |
| 15 | (14.5-15%) | Cirsium arvense | 3 |
| 10 | (1-15%) | Poa pratensis | 5 |
| 9 | (2.5-15%) | Symphyotrichum lanceolatum ssp. hesperium var. hesperium | 2 |

**Other species with < 5% average cover present in at least 10% of plots:**
Bromus inermis (3.5%), Elaeagnus angustifolia (0.1-5%), Asclepias speciosa (2.5%), Cardamine breweri (2.5%), Artemisia ludoviciana (2.5%), Ambrosia trifida (2.5%), Achillea millefolium var. occidentalis (2.5%), Tamarix ramosissima (2.5%), Symphyotrichum falcatum (2.5%), Potentilla norvegica (2.5%), Phleum pratense (2.5%), Elymus canadensis (1-2.5%), Symphoricarpos occidentalis (1-3%), Glycyrrhiza lepidota (1-2.5%), Salix exigua (1-2.5%), Pascopyrum smithii (1%), Elymus repens (1%), Ceratocephala testiculata (1%), Apocynum cannabinum (1%), Agrostis gigantea (1%), Toxicodendron rydbergii (1%), Rosa woodsii (1%), Forestiera pubescens (1%), Equisetum arvense (1%), Mentha spicata (1%), Melilotus officinalis (1%), Maianthemum stellatum (1%), Lepidium latifolium (1%), Vitis riparia (1%), Equisetum laevigatum (1%), Equisetum hyemale var. affine (0.1-1.5%), Poa compressa (0.1%), Dactylis glomerata (0.1%), Artemisia tripartita ssp. tripartita (0.1%), Bromus tectorum (0.1%), Muhlenbergia asperifolia (0.1%), Taraxacum officinale (0.1%), Plantago major (0.1%), Helianthus annuus (0.1-0.1%), Acer glabrum (0.1%), Plantago lanceolata (0.1%).

145

## Plains cottonwood / Wild-privet Woodland

### *Populus deltoides / Forestiera pubescens*



**Global rank/State rank:**
GU / S2

**HGM subclass:** R5

**Colorado elevation range:**
5,450-5,850 ft (1,661-1,783 m)



### General Description

This plant association occurs on terraces along low-gradient rivers and is characterized by a fairly dense forest of *Populus deltoides* (plains cottonwood) with a shrub understory dominated by *Forestiera pubescens* (wild privet).   This plant association occurs in the Animas River drainage in southwestern Colorado. Soils are generally coarse alluvium derived from igneous bedrock.

### Vegetation Description

*Populus deltoides* (plains cottonwood) dominates this type forming a fairly dense canopy with 40-90% cover.   *Forestiera pubescens* dominates the shrub layer. *Eleagnus angustifolia* (Russian olive) is often present.  Other shrubs that may be present include *Salix exigua* (sandbar willow), *Rhus trilobata* (skunkbush sumac), *Chrysothamnus viscidiflorus* (yellow rabbitbrush), and *Ericameria nauseosa* (=*Chrysothamnus nauseosos* - rubber rabbitbrush).

The herbaceous layer is often sparse, and usually includes some exotic species. *Agrostis gigantea* (redtop) and *Dactylis glomerata* (orchardgrass) had 15% cover each in one stand.  Other graminoids usually have less than 5% cover and include *Muhlenbergia asperifolia* (alkali muhly), *Sporobolus airoides* (alkali sacaton), *Poa pratensis* (Kentucky bluegrass), *Elytrigia intermedia* (slender wheatgrass), and *Elymus lanceolatus* (streambank wheatgrass).  Forbs usually provide less than 5% cover  and may include *Glycyrrhiza lepidota* (American licorice), *Mentha spicata* (spearmint), and *Clematis ligusticifolia* (western white clematis).  Forb cover may be much higher when exotic species such as *Cardaria pubescens* (hairy whitetop) and *Acroptilon repens* (Russian knapweed ) are present.

### Ecological Processes

As with all cottonwood woodlands, this association is found within a continually changing alluvial environment where riparian vegetation is constantly being "re-set"

146

BLM_0035417

by flooding disturbance.  Mature cottonwood stands do not regenerate in place, but regenerate by "moving" up and down a river reach.  Over time, a healthy riparian area supports all stages of cottonwood communities.  The process of cottonwood regeneration is dependent on flooding disturbance.  Periodic flooding allows cottonwood seedlings to germinate and become established on newly deposited, moist sandbars.  Natural river processes of bank erosion, deposition and channel migration result in a dynamic patchwork of different age classes, plant associations and habitats.

| Avg. Cover % | (Range) | Species Name | # Plots (N=6) |
|---|---|---|---|
| 80 | (38-88%) | Populus deltoides | 6 |
| 43 | (1-100%) | Elaeagnus angustifolia | 6 |
| 38 | — | Cardaria pubescens | 1 |
| 31 | (1-63%) | Forestiera pubescens | 6 |
| 23 | (1-63%) | Acroptilon repens | 3 |
| 15 | — | Chrysothamnus viscidiflorus | 1 |
| 15 | — | Salix exigua | 1 |
| 8 | (1-15%) | Dactylis glomerata | 2 |
| 6 | (1-15%) | Agrostis gigantea | 3 |
| 5 | (5-5%) | Muhlenbergia asperifolia | 3 |
| 5 | — | Elytrigia intermedia | 1 |

**Other species with < 5% average cover present in at least 10% of plots:**
Elymus lanceolatus (0.1-5%), Rhus trilobata var. trilobata (0.1-5%), Xanthium strumarium (1%), Medicago sativa (1%), Pascopyrum smithii (1%), Plantago lanceolata (1%), Plantago major (1%), Tamarix ramosissima (1%), Sporobolus airoides (0.1-1%), Bromus inermis (0.1-1%), Poa pratensis (0.1-1%), Chenopodium album (0.1-1%), Clematis ligusticifolia (0.1-1%), Ericameria nauseosa ssp. nauseosa var. glabrata (0.1-1%), Mentha spicata (0.1-1%), Equisetum laevigatum (0.1%), Elymus canadensis (0.1%), Asclepias subverticillata (0.1%), Glycyrrhiza lepidota (0.1%), Gratiola neglecta (0.1%), Phleum pratense (0.1%), Toxicodendron rydbergii (0.1%), Euphorbia esula var. esula (0.1%).

147

BLM_0035418

**Plains cottonwood / Alkali muhly Forest**

*Populus deltoides / Muhlenbergia asperifolia*



*Populus deltoides*

**Global rank/State rank:**
G3 / S1

**HGM subclass:** R5

**Colorado elevation range:**
3,850 ft (1,180 m)



## General Description

The *Populus deltoides/Muhlenbergia asperifolia* (plains cottonwood/alkali muhly) association is a widely spaced, open riparian forest or woodland with very little shrub canopy, and thick layer of warm-season grasses covering the ground.

This association lies in an old overflow channel of the Arkansas River, that is now flooded more frequently and for a longer duration due to its upstream proximity to the John Martin Reservoir. Here the Arkansas River is a wide, slightly meandering river that is becoming entrenched. At this location the river is impounded by a dam and frequently inundated by John Martin Reservoir. Soils are deep silty clays, high in organic matter, and have mottles at 8 inches (21 cm) depth.

## Vegetation Description

Tall, mature, and widely spaced *Populus deltoides* ssp. *monilifera* (plains cottonwood) and infrequent *Salix amygdaloides* (peachleaf willow) make up the overstory canopy of this association. The herbaceous undergrowth is dominated by graminoids, including *Muhlenbergia asperifolia* (alkali muhly), *Distichlis spicata* (inland saltgrass), *Scirpus microcarpus* (panicled bulrush), *Panicum virgatum* (switchgrass), and *Eleocharis palustris* (common spikerush). A few forbs include *Apocynum cannabinum* (Indianhemp) and *Ambrosia artemisiifolia* (annual ragweed).

## Ecological Processes

Little is known about the *Populus deltoides/Muhlenbergia asperifolia* (plains cottonwood/alkali muhly) plant association. It appears to be mid-seral stage of cottonwood regeneration. Alkali muhly is known to prefer moist alkaline soils.

148

BLM_0035419

| Avg. Cover % | (Range) | Species Name | # Plots (N=1) |
|---|---|---|---|
| 31 | n/a | Muhlenbergia asperifolia | 1 |
| 24 | n/a | Populus deltoides | 1 |
| 20 | n/a | Salix amygdaloides | 1 |
| 20 | n/a | Distichlis spicata | 1 |
| 13 | n/a | Scirpus microcarpus | 1 |
| 6 | n/a | Panicum virgatum | 1 |
| 6 | n/a | Eleocharis palustris | 1 |
| 5 | n/a | Elaeagnus angustifolia | 1 |

**Other species with < 5% average cover present in at least 10% of plots:**
Bassia hyssopifolia (4%), Tamarix ramosissima (2%), Schoenoplectus pungens (1%), Elymus canadensis (1%), Chenopodium album (1%), Apocynum cannabinum (1%), Ambrosia artemisiifolia var. elatior (1%).



*Muhlenbergia asperifolia*

149

BLM_0035420

**Plains cottonwood / Switchgrass - Little bluestem Woodland**

*Populus deltoides / Panicum virgatum - Schizachyrium scoparium*



**Global rank/State rank:**
G2 / S2

**HGM subclass:**  R5

**Colorado elevation range:**
3,300-5,650 ft (1,000-1,720 m)



## General Description

This is a mature *Populus deltoides* (plains cottonwood) woodland with an open to closed canopy and little to no shrub cover.  The undergrowth is a thick prairie of several tall-grass species, especially *Panicum virgatum* (switchgrass) and *Spartina pectinata* (prairie cordgrass).  *Schizachyrium scoparium* (little bluestem) is a more common element of this association in the Great Plains outside Colorado.

This plant association occurs on low floodplain ridges, slightly elevated point bars, and stream banks.  It is found along strongly meandering rivers with moderate to low gradients.  Channel substrates range from heavy clays to sand.  Soil textures of this association range from fine, sandy loams to silty clay.  Soils are deep and stratified by depositional layers with no coarse fragments.

## Vegetation Description

The overstory canopy of this association is scattered *Populus deltoides* ssp. *monilifera* (plains cottonwood) (15-75% cover) growing individually or in small stands.  *Salix amygdaloides* (peachleaf willow) is often present, but can be so widely spaced that it is missed in sampling.  In other stands, the opposite is true and *Salix amygdaloides* (peachleaf willow) outnumbers the widely spaced *Populus deltoides* ssp. *monilifera* (plains cottonwood).

The most distinguishing feature of this association, however, is the lush herbaceous undergrowth of graminoid species including *Panicum virgatum* (switchgrass), *Spartina pectinata* (prairie cordgrass), *Bouteloua gracilis* (blue grama), *Calamovilfa longifolia* (prairie sandreed), *Sporobolus cryptandrus* (sand dropseed), *Sporobolus*

150

BLM_0035421

*airoides* (alkali sacaton), *Carex pellita* (woolly sedge), *Carex nebrascensis* (Nebraska sedge), *Schizachyrium scoparium* (little bluestem), and *Bouteloua curtipendula* (sideoats grama). Kansas and Nebraska ecologists report that *Schizachyrium scoparium* (little bluestem) is more common in this plant association farther east. Other herbaceous species present include *Medicago sativa* (alfalfa), *Psoralidium tenuiflorum* (slimflower scurfpea), and *Melilotus officinalis* (yellow sweetclover).

## Ecological Processes

Because the regeneration and establishment of new stands of cottonwood is dependent upon flooding events, any alterations to the natural flow regime of a river can affect the cottonwood ecosystem. Upstream dams stabilize stream flows and reduce flooding frequency and magnitude. This results in fewer flood events that would allow for cottonwood stand regeneration. Without periodic disturbance by flooding, riparian areas become dominated by late-seral communities dominated by upland species.



*Panicum virgatum*

| Avg. Cover % | (Range) | Species Name | # Plots (N=9) |
|---|---|---|---|
| 54 | (14-77%) | Populus deltoides | 9 |
| 46 | (1-87%) | Salix amygdaloides | 6 |
| 23 | (11-34%) | Carex pellita | 2 |
| 19 | (2-47%) | Panicum virgatum | 8 |
| 15 | (1-33%) | Eleocharis palustris | 3 |
| 13 | (7-18%) | Spartina gracilis | 2 |
| 12 | (4-25%) | Spartina pectinata | 3 |
| 10 | (1-43%) | Poa pratensis | 8 |
| 10 | (1-19%) | Elymus lanceolatus | 3 |
| 10 | (1-18%) | Schoenoplectus pungens | 2 |
| 8 | (2-20%) | Medicago sativa | 3 |
| 8 | (5-11%) | Sporobolus airoides | 2 |
| 7 | (1-11%) | Sporobolus cryptandrus | 3 |
| 7 | (3-10%) | Bouteloua gracilis | 4 |
| 5 | (1-10%) | Pascopyrum smithii | 4 |
| 5 | (2-8%) | Poa palustris | 2 |
| 4 | (1-10%) | Glycyrrhiza lepidota | 3 |

**Other species with < 5% average cover present in at least 10% of plots:**
Toxicodendron rydbergii (1-7%), Bromus japonicus (1-8%), Salix exigua (1-7%), Juncus articulatus (1-5%), Muhlenbergia asperifolia (2-4%), Bromus tectorum (1-3%), Calamovilfa longifolia (1-3%), Euphorbia dentata (1-4%), Ambrosia artemisiifolia var. elatior (1-5%), Elymus canadensis (1-2%), Taraxacum officinale (1-2%), Artemisia ludoviciana (1-2%), Mirabilis linearis (1%), Buchloe dactyloides (1%), Rumex crispus (1%), Lactuca serriola (1%).

151

## Cottonwood / Western wheatgrass - Vine mesquite Woodland

### *Populus deltoides / Pascopyrum smithii - Panicum obtusum*



**Global rank/State rank:**
G2 / S2

**HGM subclass:** R3/4?, R5

**Colorado elevation range:**
3,500-5,900 ft (1,060-1,800 m)



<u>**General Description**</u>

The *Populus deltoides/Pascopyrum smithii-Panicum obtusum* (cottonwood/ western wheatgrass-vine mesquite) riparian woodland occurs on silty clay soils along rivers and streams of the southeastern Colorado plains and along large rivers on the Western Slope. Mature *Populus deltoides* (cottonwood) provide a nearly continuous overhead canopy. High-quality stands have few shrubs, creating an open, park-like structure. Many stands in Colorado along the lower Arkansas and Purgatory Rivers have a thick subcanopy of *Tamarix ramosissima* (saltcedar), an invasive non-native shrub.

This association occurs in wide valleys on floodplains and terraces. Stands are located 61-533 ft (20-175 m) lateral distance from the active channel, although one plot occurred right at the channel edge. Stands are 2-3 ft (0.65-1 m) above the height of the average annual high water mark, with the exception of one stand, that occurred right at the active channel average high water level. Stream channels are wide and meandering with sand and gravel beds, or wide and braided with sand beds. Soils are deep silty clay and silty clay loams to over 30 inches (60 cm) deep. Some profiles have loamy sands and sands at depth.

<u>**Vegetation Description**</u>

*Populus deltoides* ssp. *monilifera* or ssp. *wislizenii* (plains or Rio Grande cottonwood) dominates the overstory canopy. *Salix amygdaloides* (peachleaf willow) may be present in small amounts. *Ericameria nauseosa* ssp. *nauseosa* var. *glabrata* (rubber rabbitbrush), when present, is the only native shrub. *Tamarix ramosissima* (saltcedar) was frequently abundant although plot selection attempted to avoid it. The herbaceous undergrowth is dominated by a mix of *Pascopyrum smithii* (western wheatgrass) and *Panicum obtusum* (vine mesquite). Other grass species that may be present include *Distichlis spicata* (inland saltgrass), *Panicum virgatum* (switchgrass), *Muhlenbergia asperifolia* (alkali muhly), *Sporobolus airoides* (alkali sacaton), *Sporobolus*

152

*cryptandrus* (sand dropseed), *Elymus canadensis* (Canada wildrye), *Bouteloua gracilis* (blue grama), and *Bothriochloa laguroides* ssp. *torreyana* (silver beardgrass).

## Ecological Processes

The *Populus deltoides/Pascopyrum smithii-Panicum obtusum* (cottonwood/western wheatgrass-vine mesquite) riparian woodland is a late-seral community of active floodplains. This association occurs only on fine-textured soils in very subtle topographic swales on the floodplain. Large patches of *Sporobolus cryptandrus* (sand dropseed) occur underneath the same cottonwood stand, on the same terrace or floodplain, where pockets of very dry and sandy soils occur on subtle topographic ridges, forming the *Populus deltoides/Sporobolus cryptandrus* (cottonwood/sand dropseed) plant association.

| Avg. Cover % | (Range) | Species Name | # Plots (N=13) |
|---|---|---|---|
| 33 | (7-84.5%) | Pascopyrum smithii | 13 |
| 33 | (1-83%) | Populus deltoides | 13 |
| 30 | (2-79%) | Panicum obtusum | 6 |
| 28 | (1-76%) | Tamarix ramosissima | 5 |
| 17 | (0.1-62%) | Melilotus officinalis | 4 |
| 16 | (2.5-25%) | Poa compressa | 3 |
| 14 | (2.5-24.5%) | Iva axillaris | 3 |
| 11 | (0.1-38%) | Bromus tectorum | 4 |
| 11 | (0.1-23%) | Sporobolus airoides | 7 |
| 9 | (0.1-20.5%) | Poa pratensis | 4 |
| 9 | (1-15%) | Distichlis spicata | 4 |
| 8 | (1-15%) | Artemisia tripartita ssp. tripartita | 2 |
| 6 | (1-15%) | Ericameria nauseosa ssp. nauseosa var. glabrata | 3 |
| 5 | (1-10%) | Ambrosia artemisiifolia var. elatior | 4 |

**Other species with < 5% average cover present in at least 10% of plots:**
Medicago sativa (1-5%), Sporobolus cryptandrus (1-5%), Elymus canadensis (1-8%), Glycyrrhiza lepidota (0.1-5%), Chenopodium album (1-4%), Ambrosia trifida (1-4%), Muhlenbergia asperifolia (1-4%), Conyza canadensis (1-3%), Equisetum hyemale var. affine (1-3%), Gratiola neglecta (1-2.5%), Symphyotrichum lanceolatum ssp. hesperium var. hesperium (0.1-2.5%), Bouteloua gracilis (1%), Ratibida columnifera (1%), Opuntia polyacantha (1%), Lactuca serriola (0.1-1%), Tragopogon dubius (0.1-1%).



*Pascopyrum smithii*



*Panicum obtusum*

153

## Plains cottonwood / Chokecherry Woodland
### *Populus deltoides / Prunus virginiana*



**Global rank/State rank:**
G1Q / S1

**HGM subclass:**  R3/4, R5

**Colorado elevation range:**
5,600 ft (1,700 m)



### General Description

This is a mature plains cottonwood (*Populus deltoides* ssp. *monilifera*) association with large trees that form an open to closed canopy.  Open meadows dotted with small, thick pockets of *Prunus virginiana* (chokecherry) shrubs characterize the understory.  This association is known from only one degraded occurrence on a foothill tributary to the South Platte River in Colorado.

The *Populus deltoides/Prunus virginiana* (plains cottonwood/chokecherry) plant association occurs on upper terraces and elevated stream banks.  The stream channel is narrow and braided with shifting islands and point bars.  The soils consist of deep 28-32+ inches (70-80 cm) loamy sands alternating with layers of coarse sands and silty clays having high organic content.

### Vegetation Description

This association is characterized by an open to closed canopy of 20-80% cover of tall, mature *Populus deltoides* (plains cottonwood).  The shrub canopy includes *Prunus virginiana* (chokecherry), *Symphoricarpos occidentalis* (western snowberry), and *Celtis laevigata* var. *reticulata* (netleaf hackberry).  A low-stature shrub canopy about 1.5 ft (0.3 m) high consisting of *Symphoricarpos occidentalis* (western snowberry) can occur underneath the taller shrubs.  The shrub canopy is discontinuous and occurs in patches that are interspersed with meadows of mostly non-native grasses including *Elymus canadensis* (Canada wildrye), *Bromus inermis* (smooth brome), and *Elytrigia intermedia* (intermediate wheatgrass).

154

BLM_0035425

## Ecological Processes

In Montana, other plant associations such as *Fraxinus pennsylvanica/Prunus virginiana* (green ash/chokecherry) and *Acer negundo/Prunus virginiana* (box-elder/chokecherry), indicate that the *Populus deltoides/Prunus virginiana* (plains cottonwood/chokecherry) plant association in Colorado may be a southern extension of one of the *Prunus virginiana* associations. The location of this association on terraces above the current stream channel and the large size of the trees indicate that it is a late-seral association.

| Avg. Cover % | (Range) | Species Name | # Plots (N=3) |
|---|---|---|---|
| 70 | — | Populus x acuminata | 1 |
| 58 | (19-78%) | Populus deltoides | 3 |
| 53 | — | Elytrigia intermedia | 1 |
| 31 | (27-36%) | Prunus virginiana var. melanocarpa | 3 |
| 30 | (6-53%) | Salix fragilis | 2 |
| 23 | — | Pascopyrum smithii | 1 |
| 20 | (4-44%) | Symphoricarpos occidentalis | 3 |
| 18 | — | Rosa woodsii | 1 |
| 16 | — | Elymus lanceolatus | 1 |
| 14 | (8-21%) | Cynoglossum officinale | 3 |
| 14 | (3-26%) | Bromus inermis | 3 |
| 11 | — | Celtis laevigata var. reticulata | 1 |
| 11 | (2-19%) | Galium triflorum | 2 |
| 8 | — | Carex pellita | 1 |
| 7 | (3-10%) | Poa pratensis | 2 |
| 4 | (1-7%) | Prunus americana | 2 |

**Other species with < 5% average cover present in at least 10% of plots:**
Clematis ligusticifolia (3%), Cirsium arvense (3%), Agropyron cristatum (3%), Parthenocissus quinquefolia (1-3%), Maianthemum stellatum (2%), Glycyrrhiza lepidota (2%), Rhus trilobata var. trilobata (1%), Mirabilis nyctaginea (1%), Dactylis glomerata (1%), Conium maculatum (1%), Convolvulus arvensis (1%), Apocynum androsaemifolium (1%), Ribes aureum (1%), Ribes cereum (1%), Salix amygdaloides (1%).

BLM_0035426

## Plains cottonwood / Skunkbush sumac Woodland

### *Populus deltoides / Rhus trilobata*



**Global rank/State rank:**
G2 / S2

**HGM subclass:**  R3/4, R5

**Colorado elevation range:**
4,800-6,000 ft (1,450-1,830 m)



### General Description

The *Populus deltoides/Rhus trilobata* (cottonwood/skunkbush sumac) woodland is documented from western Colorado in the Colorado, Yampa, and San Miguel/Dolores River Basins below 6,000 ft in elevation and represents a late-seral stage of maturing cottonwoods.  The trees are usually large and widely-spaced with thick patches of *Rhus trilobata* (skunkbush sumac) between and underneath the overstory trees.

The *Populus deltoides/Rhus trilobata* (cottonwood/skunkbush sumac) plant association is found on immediate stream banks and the upper terraces of wide alluvial floodplains.  The stream channels are highly sinuous, low gradient, and less sinuous, slightly steeper gradient streams.  Soils are deep, stratified clay loams to sandy loams with fresh, alluvial sand and gravels on point bars.

### Vegetation Description

This association has large, spreading *Populus deltoides* ssp. *wislizeni* (Rio Grande cottonwood) trees, and an open shrub canopy of *Rhus trilobata* (skunkbush sumac). Other trees that may be present include *Populus* x *acuminata* (lanceleaf cottonwood), *Picea pungens* (blue spruce), and *Acer negundo* (boxelder).  Other shrubs that may be present include *Shepherdia argentea* (silver buffaloberry), *Tamarix ramosissima* (saltcedar), *Betula occidentalis* (river birch), *Alnus incana* ssp. *tenuifolia* (thinleaf alder), *Lonicera involucrata* (twinberry honeysuckle), *Symphoricarpos occidentalis* (western snowberry), *Berberis fendleri* (Colorado barberry), *Salix lucida* ssp. *lasiandra* (shining willow), and *Salix exigua* (sandbar willow).

The herbaceous understory is usually sparse and consists mainly of *Elytrigia repens* (creeping quackgrass), *Solidago canadensis* (Canada goldenrod), *Maianthemum stellatum* (starry false Solomon seal), *Bromus tectorum* (cheatgrass), *Carex aquatilis* (water sedge), *Cirsium arvense* (Canadian thistle), *Asclepias speciosa* (showy

156

BLM_0035427

milkweed), *Melilotus alba* (white sweetclover), *Poa pratensis* (Kentucky bluegrass), and *Bromus inermis* (smooth brome).

## Ecological Processes

As *Populus deltoides* individuals mature and grow large, *Rhus trilobata* shrubs first become more abundant and then more widely spaced.  The presence of *Artemisia tridentata* (sagebrush) indicates that *Populus deltoides/Rhus trilobata* (cottonwood/skunkbush sumac) on higher terraces may be a successional stage to an upland shrub or woodland community dominated by *Artemisia tridentata*.

| Avg. Cover % | (Range) | Species Name | # Plots (N=15) |
|---|---|---|---|
| 41 | (2.5-88%) | Populus deltoides | 15 |
| 19 | (1-50%) | Elymus repens | 5 |
| 19 | (1-50%) | Rhus trilobata var. trilobata | 14* |
| 16 | (1-40%) | Populus angustifolia | 9 |
| 11 | (1-30%) | Poa pratensis | 11 |
| 10 | (0.1-38%) | Agrostis gigantea | 10 |
| 10 | (5-15.1%) | Elaeagnus angustifolia | 4 |
| 10 | (10-10%) | Cirsium arvense | 2 |
| 9 | (1-30%) | Elymus trachycaulus ssp. trachycaulus | 5 |
| 9 | (0.1-30%) | Forestiera pubescens | 4 |
| 8 | (1-30%) | Bromus tectorum | 5 |
| 8 | (5-10%) | Sporobolus airoides | 2 |
| 7 | (1-20%) | Shepherdia argentea | 5 |
| 7 | (1-20%) | Clematis ligusticifolia | 6 |
| 6 | (1-10%) | Iva axillaris | 2 |
| 6 | (1-10%) | Maianthemum stellatum | 2 |
| 5 | (0.1-20%) | Bromus inermis | 9 |

**Other species with < 5% average cover present in at least 10% of plots:**
Solidago canadensis (1-10%), Asclepias speciosa (1-5%), Juncus balticus var. montanus (1-5%), Muhlenbergia asperifolia (0.1-5%), Elymus lanceolatus (0.1-5%), Dactylis glomerata (0.1-5%), Acroptilon repens (1-5%), Conyza canadensis (1-5%), Equisetum laevigatum (0.1-5%), Tamarix ramosissima (1-5%), Rosa woodsii (0.1-5%), Ericameria nauseosa ssp. nauseosa var. glabrata (0.1-5%), Melilotus officinalis (1-2.5%), Glycyrrhiza lepidota (0.1-2.5%), Asparagus officinalis (1%), Verbascum thapsus (1%), Cynoglossum officinale (1%), Artemisia biennis (1%), Elymus canadensis (0.1-1%), Hordeum jubatum ssp. jubatum (0.1-1%), Mentha spicata (0.1-1%), Apocynum cannabinum (0.1%), Asclepias subverticillata (0.1%).

*Rhus trilobata occurred in all stands, but was not captured in every sample plot.

157

BLM_0035428

**Plains cottonwood - (Peachleaf willow) / Sandbar willow Woodland**

*Populus deltoides - (Salix amygdaloides) / Salix exigua*



**Global rank/State rank:**
G3G4 / S3

**HGM subclass:**  R3/4, R5

**Colorado elevation range:**
3,450-6,500 ft (1,050-2,000 m)



### General Description

This is an early-seral association with a mix of sapling and pole sized *Populus deltoides*, either ssp. *monilifera* or ssp. *wislizeni* (plains or Rio Grande cottonwood) intermixed with *Salix exigua* (sandbar willow).  It is the younger stage of plains cottonwood associations that when older have more widely spaced trees.  This association is often located on low streambanks and islands, but can also occur on overflow channels away from the main stream channel.  It typically has a fairly dense tree canopy with little herbaceous ground cover.

This plant association occurs on young, alluvial surfaces such as point bars, low stream banks, and overflow areas.  It occurs on immediate stream banks and low overflow areas near the main river channel, and on the floodplain of meandering, low to moderate gradient (0.5-3%) streams with silt and sand stream beds.  Channels are broad and braided.  Along smaller washes and incised reaches (e.g., Kiowa and West Bijou Creeks), the plant association occurs on higher terraces, where periodic summer flash floods disturb the entire floodplain.  The washes have flat-bottomed, sandy beds.  Soils are typically fresh alluvial material with little soil development.  Textures are predominately loose, friable sands interspersed with narrow bands of clay loams and sandy clays.

### Vegetation Description

This association is characterized by seedling, sapling, and pole-sized *Populus deltoides*, either ssp. *monilifera* or ssp. *wislizeni* (plains or Rio Grande cottonwood), mixed with *Salix exigua* (sandbar willow) on sandbars, point bars, and other low, frequently flooded areas.  Canopy cover of *Populus deltoides* ranges from 1-70%; cover of *Salix exigua* (sandbar willow) ranges from 2-85%.  The total height of this association is often under 4 ft (1.5 m), but a few stands have near-mature sized cottonwood trees, and represent the

158

BLM_0035429

last transition to older cottonwood types as the *Salix exigua* (sandbar willow) is shaded out by the overstory canopy of cottonwoods. Other sapling and seedling tree species may be present, including *Salix amygdaloides* (peachleaf willow), *Fraxinus pennsylvanica* (green ash), and *Ulmus pumila* (Siberian elm). Other shrubs that may be present include *Salix ligulifolia* (strapleaf willow) and *Vitis riparia* (riverbank grape).

The herbaceous understory is relatively sparse with *Xanthium strumarium* (rough cocklebur), *Melilotus officinalis* (yellow sweetclover), *Poa pratensis* (Kentucky bluegrass), *Bromus inermis* (smooth brome), and *Bromus tectorum* (cheatgrass). If the stand is very moist, up to 22% cover may be *Carex* spp. (sedge) with some *Scirpus* spp. (bulrush) and *Eleocharis palustris* (common spikerush) present.

## Ecological Processes

The *Populus deltoides/Salix exigua* (broad-leaf cottonwood/sandbar willow) plant association is an early to mid-seral stage. With time and tree growth, *Salix exigua* (sandbar willow) is shaded by taller cottonwoods, and becomes less important. This vegetation type may be transitional between a *Salix exigua* (sandbar willow) dominated association and a *Populus deltoides* (cottonwood) dominated association. However, this plant association is thought to be a response to intermediate environmental conditions, especially intermediate soil moisture where *Salix exigua* dominates the wettest soils and *Populus deltoides* dominates the driest. *Salix amygdaloides* (peachleaf willow), commonly present in Eastern Slope occurrences of this association, also requires stream flooding for regeneration. This and similar associations are located throughout the western Great Plains, and on larger, low elevation rivers on the Western Slope. It was once a patchy type scattered along the South Platte and Platte Rivers. Presently it may be more abundant than it was historically due to the altered hydrologic character of the river. It may decline as the South Platte River becomes more narrow and entrenched.

| Avg. Cover % | (Range) | Species Name | # Plots (N=33) |
|---|---|---|---|
| 33 | (1-70%) | Populus deltoides | 33 |
| 29 | (2-85 %) | Salix exigua | 33 |
| 17 | (1-42%) | Equisetum arvense | 4 |
| 17 | (2-50%) | Salix amygdaloides | 13 |
| 14 | (2-40%) | Bromus inermis | 8 |
| 12 | (1-38%) | Juncus balticus var. montanus | 6 |
| 11 | (1-63%) | Tamarix ramosissima | 9 |
| 10 | (1-38%) | Poa pratensis | 9 |
| 9 | (1-20%) | Phalaris arundinacea | 5 |
| 9 | (3-15%) | Conyza canadensis | 4 |
| 9 | (0.1-19%) | Bromus tectorum | 4 |
| 8 | (0.1-24%) | Hordeum jubatum ssp. jubatum | 7 |
| 8 | (1-33%) | Pascopyrum smithii | 6 |
| 8 | (0.1-30%) | Schoenoplectus pungens | 5 |
| 6 | (1-21%) | Fraxinus pennsylvanica | 6 |
| 6 | (0.1-26%) | Melilotus officinalis | 10 |
| 5 | (0.1-13%) | Poa compressa | 4 |

**Other species with < 5% average cover present in at least 10% of plots:**
Plantago major (1-18%), Iva axillaris (0.1-16%), Xanthium strumarium (1-10%), Eleocharis palustris (1-7%), Panicum capillare (1-6.4%), Mentha arvensis (0.1-5%), Elymus canadensis (0.1-3%), Equisetum laevigatum (1-3%), Echinochloa crus-galli (0.1-2%), Verbascum thapsus (0.1-2%), Gratiola neglecta (0.1-1%).

159

**Plains cottonwood - (Black willow) / Prairie cordgrass - Sedge spp. Woodland**

*Populus deltoides - (Salix nigra) / Spartina pectinata - Carex* spp.



**Global rank/State rank:**
G1G2 / S1

**HGM subclass:** R5

**Colorado elevation range:**
3,500-4,200 ft (1,000-1,300 m)



<u>**General Description**</u>

In Colorado, where it is known only from the South Platte and Republican Rivers, this association is equivalent to the *Populus deltoides-(Salix amygdaloides)/Spartina pectinata* association. This plant association has mature, widely spaced *Populus deltoides* (plains cottonwood) and occasional *Salix amygdaloides* (peachleaf willow) trees. There is little to no shrub cover and the herbaceous undergrowth is a luxuriant layer of tall *Spartina pectinata* (prairie cordgrass). This association is largely confined to swales and low areas on the floodplain where soils are fine textured and water accumulates in early summer.

This plant association occurs on wet, but well drained low-lying areas, such as swales and depressions, within overflow channels on broad floodplains. The low-lying areas are often separated by higher ridges. The stream channels are broad, shallow, and braided. Soils of this plant association show signs of continual flooding and fine-sediment deposition. Soils are stratified with alternating layers of fine and coarse particles. There are signs of faint to moderate mottling with moderate soil development.

<u>**Vegetation Description**</u>

The overstory canopy can be very open (20-30% cover) to nearly closed (up to 80% cover) of mature *Populus deltoides* ssp. *monilifera* (plains cottonwood) and 1-55% cover of *Salix amygdaloides* (peachleaf willow). In some stands, the *Populus deltoides* (plains cottonwood) or *Salix amygdaloides* (peachleaf willow) are far enough apart that they can be missed by the sampling technique used. The herbaceous undergrowth is dominated by *Spartina pectinata* (prairie cordgrass) and sometimes *Carex pellita* (woolly sedge). A few scattered shrubs may also be present, including

160

BLM_0035431

*Salix exigua* (sandbar willow), *Vitis riparia* (riverbank grape), and *Symphoricarpos occidentalis* (western snowberry). A few scattered forbs may be present, including *Polygonum pennsylvanicum* (Pennsylvania smartweed), *Glycyrrhiza lepidota* (American licorice), and *Asclepias* spp. (milkweed).

## Ecological Processes

The *Populus deltoides - (Salix amygdaloides)/Spartina pectinata-Carex* spp. (plains cottonwood-(peachleaf willow)/prairie cordgrass-sedge) plant association appears to be a mid- to late-seral stage that has experienced over-bank flooding deposition. Cottonwoods can tolerate burial by sending out new shoots just below the new substrate surface. *Spartina pectinata* (prairie cordgrass) occurs in the wetter swales beneath the cottonwood canopy and is stimulated by fluvial deposition. This plant association can therefore replace other cottonwood associations by only changing the understory. Without over-bank flooding, *Spartina pectinata* will give way to dry grasses and less mesic shrubs such as *Symphoricarpos occidentalis* (western snowberry) and *Prunus virginiana* (chokecherry).

| Avg. Cover % | (Range) | Species Name | # Plots (N=14) |
|---|---|---|---|
| 50 | (1-78%) | Populus deltoides | 14 |
| 44 | (25-97.5%) | Spartina pectinata | 13* |
| 30 | (1-88%) | Chenopodium album | 3 |
| 16 | (1-42%) | Elymus lanceolatus | 5 |
| 14 | (3-36%) | Carex pellita | 6 |
| 10 | (5-15%) | Celtis laevigata var. reticulata | 2 |
| 9 | (1-53%) | Salix amygdaloides | 14 |
| 9 | (1-26%) | Glycyrrhiza lepidota | 4 |
| 7 | (1-20%) | Vitis riparia | 7 |
| 7 | (1-12%) | Pascopyrum smithii | 2 |
| 6 | (1-12%) | Fraxinus pennsylvanica | 4 |
| 5 | (1-10%) | Salix exigua | 8 |

**Other species with < 5% average cover present in at least 10% of plots:**
Poa pratensis (0.1-9%), Xanthium strumarium (1-7%), Toxicodendron rydbergii (2-2.5%), Symphoricarpos occidentalis (1-4%), Cirsium arvense (0.1-3%), Echinochloa crus-galli (1-2%), Polanisia dodecandra (1-2%), Convolvulus arvensis (1-2%), Apocynum androsaemifolium (1-2%), Polygonum pensylvanicum (1%).
*Spartina pectinata occurred in all stands, but was not captured in every sample plot.

161

BLM_0035432

## Plains cottonwood / Alkali sacaton Woodland
### *Populus deltoides / Sporobolus airoides*



**Global rank/State rank:**
G2Q / S2

**HGM subclass:** R5

**Colorado elevation range:**
3,400-6,300 ft (1,000-1,340 m)



### General Description

The *Populus deltoides/Sporobolus airoides* (plains cottonwood/alkali sacaton) riparian woodland is a late-seral, mature cottonwood woodland on upper terraces. The woodland is very open with widely spaced trees. The distance between trees may be more than twice their canopy widths. Shrubs are few and far between. The ground is covered with thick grasses. Although originally described from the eastern plains, a similar association from the Western Slope is included here.

This association occurs on upper terraces. It is located 120-1,000 ft (37-300 m) lateral distance from the active channel, and 3.6-4.1 ft (1.1-1.25 m) above the channel high water mark. Stream channels are wide and meandering with distinct point-bars and cut-banks at curves. The stream gradient is < 1%. Predominant bed material is gravel and sand. Soils are deep loamy sands with silt loam and silty clay textures in the upper layers 2-6 inches (5-15 cm). One profile had distinct mottles starting at 2 inches (5 cm) depth.

### Vegetation Description

Large, widely spaced *Populus deltoides* (plains cottonwood) characterize this association. Shrubs form a minor component of this type. The introduced *Tamarix ramosissima* (saltcedar) occurs at all sampled sites. *Chrysothamnus viscidiflorus* (yellow rabbitbrush) is fairly abundant at the Green River site.

The herbaceous undergrowth is dominated by *Sporobolus airoides* (alkali sacaton). Other herbaceous species that may be present include *Kochia scoparia* (kochia), *Panicum obtusum* (vine mesquite), *Bouteloua gracilis* (blue grama), *Aristida purpurea* (purple threeawn), *Helianthus annuus* (common sunflower), and *Ambrosia artemisiifolia* (annual ragweed).

162

BLM_0035433

## Ecological Processes

The *Populus deltoides/Sporobolus airoides* (plains cottonwood/alkali sacaton) riparian woodland is a late-seral community of active floodplains. *Sporobolus airoides* (alkali sacaton) is a salt tolerant plant and is commonly found in low-lying alkaline bottoms and wash banks.

Pockets of *Panicum obtusum* (vine mesquite), *Pascopyrum smithii* (western wheatgrass), and *Distichlis spicata* (saltgrass) can also occur on the same terrace, under the same stand of cottonwood trees, but on finer textured soils in very subtle topographic swales. Pockets of *Sporobolus cryptandrus* (sand dropseed) can also occur on drier, sandy soils on minor ridges on the same floodplain surface. It would appear that the graminoid species in the undergrowth of these cottonwood communities are responding to soil texture, moisture holding capacities and degree of soil salinity, while the cottonwoods are well established with much deeper, phreatophytic roots. Subsequent to cottonwood establishment, successive flooding events have unevenly deposited different sediments on the floodplain surface, creating a micro-mosaic of different habitats underneath the cottonwood canopy.

| Avg. Cover % | (Range) | Species Name | # Plots (N=3) |
|---|---|---|---|
| 49 | (30-61%) | Sporobolus airoides | 3 |
| 24 | — | Equisetum hyemale var. affine | 1 |
| 23 | — | Bassia hyssopifolia | 1 |
| 15 | (9-19%) | Populus deltoides | 3 |
| 15 | — | Chrysothamnus viscidiflorus | 1 |
| 10 | — | Erigeron pumilus | 1 |
| 7 | — | Tragopogon dubius | 1 |
| 5 | — | Distichlis spicata | 1 |
| 5 | — | Bromus tectorum | 1 |
| 5 | — | Panicum obtusum | 1 |
| 5 | (1-8%) | Helianthus annuus | 2 |

**Other species with < 5% average cover present in at least 10% of plots:**
Melilotus officinalis (4%), Bouteloua gracilis (3%), Solidago gigantea (3%), Gratiola neglecta (1-3%), Aristida purpurea (2%), Ambrosia artemisiifolia var. elatior (2%), Lepidium latifolium (2%), Sporobolus cryptandrus (2%), Tamarix ramosissima (1%), Bromus hordeaceus (1%), Bothriochloa laguroides ssp. toreyana (1%), Juniperus monosperma (1%), Triglochin maritimum (1%), Pascopyrum smithii (1%), Poa pratensis (1%), Solanum rostratum (1%), Heterotheca villosa (1%), Elymus canadensis (0.1-1%).

163

BLM_0035434

## Plains cottonwood / Composite dropseed Woodland

*Populus deltoides / Sporobolus compositus* **var.** *compositus*



**Global rank/State rank:**
G1Q / S1

**HGM subclass:** R5

**Colorado elevation range:**
3,400-3,900 ft (1,040-1,200 m)



### General Description

In Colorado, the *Populus deltoides/Sporobolus compositus* (plains cottonwood/ composite dropseed) riparian woodland is a late-seral, mature *Populus deltoides* ssp. *monilifera* (plains cottonwood) woodland on upper terraces. The woodland is very open with widely spaced trees. The distance between trees may be more than twice their canopy widths. Shrubs are few and far between. The ground is sparsely covered with grasses (30% cover) and patches of sand (70%). This association is known only from the southeastern corner of Colorado.

This association occurs on wide valley floodplains. It is located 1,835-2,100 ft (560-640 m) lateral distance from the active channel, and 1-3 ft (0.32-1.0 m) above the high water mark in the channel. Stream channels are broad and slightly sinuous, becoming entrenched in places, with stream gradients of 0.5-3%. Soils are deep, sandy clays to silt clays, with no coarse fragments and mottles at 6 inches (15 cm).

### Vegetation Description

This association is dominated by an open canopy of large *Populus deltoides* ssp. *monilifera* (plains cottonwood) trees. *Salix amygdaloides* (peachleaf willow) is usually present on the floodplain in scattered amounts. Other trees that may be present include *Elaeagnus angustifolia* (Russian olive). There are very few shrubs, but *Artemisia filifolia* (sand sagebrush) and *Tamarix ramosissima* (saltcedar) can be present.

The herbaceous undergrowth is dominated by *Sporobolus compositus* var. *compositus* (=*Sporobolos asper*) (composite dropseed). Other graminoid species that may be present include *Sporobolus cryptandrus* (sand dropseed), *Sporobolus airoides* (alkali sacaton), *Panicum obtusum* (vine mesquite), *Elymus canadensis* (Canada wildrye),

164

BLM_0035435

and *Distichlis spicata* (inland saltgrass). Other herbaceous species include *Ambrosia artemisiifolia* (annual ragweed), *Helianthus annuus* (common sunflower), and *Senecio* spp. (ragwort).



*Sporobolus compositus var. compositus (=Sporobolus asper)*

## Ecological Processes

The *Populus deltoides/ Sporobolus compositus* var. *compositus* (plains cottonwood/composite dropseed) riparian woodland is a late-seral community of active floodplains. *Sporobolus compositus* var. *compositus* occurs on very dry, often sandy soils and is common east of the Rocky Mountains.

It would appear that the graminoid species in the understory of these cottonwood communities are responding to soil texture, moisture holding capacity, and salinity, while the cottonwoods are well established with much deeper, phreatophytic roots. Subsequent to cottonwood establishment, successive flooding events have unevenly deposited different sediments on the floodplain surface, creating a micro-mosaic of different habitats underneath the cottonwood canopy.

| Avg. Cover % | (Range) | Species Name | # Plots (N=2) |
|---|---|---|---|
| 68 | (61-75%) | Populus deltoides | 2 |
| 26 | (12-39%) | Sporobolus compositus var. compositus | 2 |
| 12 | — | Panicum obtusum | 1 |
| 9 | — | Sporobolus cryptandrus | 1 |
| 8 | — | Sporobolus airoides | 1 |
| 7 | (6-7%) | Ambrosia artemisiifolia var. elatior | 2 |
| 5 | — | Convolvulus arvensis | 1 |
| 5 | — | Pascopyrum smithii | 1 |
| 4 | (1-7%) | Elymus canadensis | 2 |

**Other species with < 5% average cover present in at least 10% of plots:**
Bromus hordeaceus (4%), Salix amygdaloides (4%), Distichlis spicata (2-3%), Artemisia filifolia (2%), Elaeagnus angustifolia (2%), Muhlenbergia asperifolia (2%), Mentzelia chrysantha (1%), Bothriochloa laguroides ssp. toreyana (1%), Eragrostis trichodes (1%), Euphorbia dentata (1%), Medicago sativa (1%), Tamarix ramosissima (1%), Panicum virgatum (1%), Helianthus annuus (1%).

165

## Plains cottonwood / Sand dropseed Woodland

*Populus deltoides / Sporobolus cryptandrus*



**Global rank/State rank:**
G1G2Q / S1S2

**HGM subclass:** R5

**Colorado elevation range:**
3,900-5,800 ft (1,200-1,770 m)



<u>General Description</u>

In Colorado, the *Populus deltoides/Sporobolus cryptandrus* (plains cottonwood/sand dropseed) woodland occurs on sandy floodplain soils within the Arkansas River basin. A nearly continuous overhead canopy is provided by mature *Populus deltoides* ssp. *monilifera* (plains cottonwood). There are few native shrubs, which often leads to an open, park-like structure; however, *Tamarix ramosissima* (saltcedar), a non-native, introduced invasive shrub has become a thick subcanopy in many stands along the lower Arkansas River in Colorado.

Stands occur in wide valley bottoms on active floodplains, located 144-570 ft (44-173 m) laterally away from the active stream channel, and 2-5 ft (0.6-2.15 m) above the annual high water mark. Streams ranged from wide, meandering cobble or sand-bed channels to broad, braided sand-bed ephemeral washes. Soils are deep ranging from 19-31 inches (49-80+ cm). Textures ranged from silty and sandy clay loams over sand on the larger, perennial river floodplains, to loamy sands over sand on the dry wash floodplains.

<u>Vegetation Description</u>

*Populus deltoides* ssp. *monilifera* (plains cottonwood) creates a distinct overstory gallery canopy. *Salix amygdaloides* (peach leaf willow) may be present in small amounts. Native shrubs are not present or are very scattered, and include *Artemisia filifolia* (sand sage). The introduced *Tamarix ramosissima* (saltcedar) is thick on the floodplains of perennial rivers.

The herbaceous understory is dominated by *Sporobolus cryptandrus* (sand dropseed). Other grass species that may be present include *Pascopyrum smithii* (western

166

BLM_0035437

wheatgrass), *Sporobolus airoides* (alkali sacaton), *Panicum obtusum* (vine mesquite), *Elymus canadensis* (Canada wildrye), *Andropogon hallii* (sand bluestem), and *Hesperostipa comata* ssp. *comata* (needle and thread grass).

## Ecological Processes

The *Populus deltoides/Sporobolus cryptandrus* (plains cottonwood/sand dropseed) riparian woodland is a late-seral community of active floodplains.  It appears to develop only on very dry and sandy soils, on higher terraces that are less frequently flooded.  *Sporobolus cryptandrus* (sand dropseed) is limited to sandy soils, but can be an indicator of disturbed sites.

| Avg. Cover % | (Range) | Species Name | # Plots (N=5) |
|---|---|---|---|
| 30 | (21-40%) | Populus deltoides | 5 |
| 18 | (3-40%) | Sporobolus cryptandrus | 5 |
| 13 | — | Psoralidium tenuiflorum | 1 |
| 9 | (1-16%) | Panicum obtusum | 2 |
| 8 | — | Juniperus scopulorum | 1 |
| 6 | — | Paspalum setaceum | 1 |
| 6 | (3-8%) | Andropogon gerardii | 2 |
| 5 | (1-11%) | Elymus canadensis | 3 |

Other species with < 5% average cover present in at least 10% of plots:
Psoralidium lanceolatum (4%), Panicum virgatum (4%), Lactuca serriola (4%), Sporobolus airoides (1-5%), Calamovilfa longifolia (3%), Buchloe dactyloides (3%), Tamarix ramosissima (3%), Bromus tectorum (1-4%), Ambrosia artemisiifolia var. elatior (1-4%), Pascopyrum smithii (1-6%), Helianthus annuus (1-4%), Euphorbia hexagona (1-3%), Hesperostipa comata (1-3%), Artemisia ludoviciana (2%), Bromus inermis (2%), Bromus hordeaceus (2%), Achnatherum hymenoides (2%), Medicago sativa (1-2%), Bassia hyssopifolia (1%), Euphorbia dentata (1%), Gratiola neglecta (1%), Schizachyrium scoparium (1%), Conyza canadensis (1%), Artemisia filifolia (1%), Artemisia dracunculus ssp. glauca (1%), Aristida purpurea (1%), Bothriochloa laguroides ssp. toreyana (1%), Chenopodium album (1%), Mirabilis linearis (1%), Poa pratensis (1%), Taraxacum officinale (1%), Heterotheca villosa (1%), Juniperus monosperma (1%), Melilotus officinalis (1%), Mentzelia chrysantha (1%), Cenchrus longispinus (1%).



*Sporobolus cryptandrus*

167

BLM_0035438

**Plains cottonwood / Western snowberry Woodland**

*Populus deltoides / Symphoricarpos occidentalis*



**Global rank/State rank:**
G2G3 / S2

**HGM subclass:** R3/4?, R5

**Colorado elevation range:**
3,400-6,250 ft (1,030-1,900 m)



## General Description

This is a mature *Populus deltoides* (plains cottonwood) plant association with widely-spaced, large trees and low-stature thickets 2-3 ft (0.5-1 m) high of *Symphoricarpos occidentalis* (western snowberry) underneath the cottonwood canopy. Open areas of dry, weedy grasses occur between clumps of shrubs. Dips and swales of the floodplain may hold other wet plant associations such as stands of *Salix exigua* (sandbar willow) or *Carex pellita* (woolly sedge).

This plant association occupies elevated ridges and flat areas of the floodplain that are well-drained and slightly higher than most of the other surfaces. These sites tend to be further from the main channel. This association can also occur close to the active channel, but is always on an elevated surface. The stream channel is broad and braided. Soils of this plant association show the most development of all the low elevation floodplain vegetation types. Typically, the profile is highly stratified, but with distinct soil development (B) layers. Soil textures range from silty clays to loamy sands. Following flooding in this plant association, there may be fresh sediment on the surface and mottling down to 15 inches (40 cm) in depth. A thin clay lens in each layer indicates that floods can reach heights up to 7 ft (2 m) above the active channel.

## Vegetation Description

This plant association has mature, widely spaced *Populus deltoides* ssp. *monilifera* (plains cottonwood) (19-90% cover). *Salix amygdaloides* (peachleaf willow) is usually present, although sometimes so widely spaced it can easily be missed. Other trees that may be present include *Fraxinus pennsylvanica* (green ash), *Ulmus pumila* (Siberian elm), *Salix fragilis* (crack willow), and *Acer negundo* (box elder). The low-stature (1-3 ft, 0.3-1 m) shrub canopy contains *Symphoricarpos occidentalis* (western snowberry). Other shrubs species that may be present include *Toxicodendron rydbergii* (western poison ivy). The herbaceous cover is low in undisturbed stands

168

BLM_0035439

and thick with introduced species in disturbed stands. Herbaceous species include *Spartina pectinata* (prairie cordgrass), *Elymus lanceolatus* (streambank wheatgrass), *Poa pratensis* (Kentucky bluegrass), *Bromus inermis* (smooth brome) and *Agrostis stolonifera* (creeping bentgrass).

## Ecological Processes

The *Populus deltoides/Symphoricarpos occidentalis* (plains cottonwood/western snowberry) plant association appears to be one of the last stages of cottonwood dominance on the floodplain. The trees are large and widely spaced. As they topple and die, *Symphoricarpos occidentalis* (western snowberry) becomes the remaining dominant woody species. This late-seral plant association is located on the highest surfaces within the floodplain. Its lateral position varies greatly. Presumably, as islands throughout the wide braided channel become more stable and vegetated, thereby aggregating more sediments and experiencing fewer floods, succession advances to this late stage.

| Avg. Cover % | (Range) | Species Name | # Plots (N=16) |
|---|---|---|---|
| 51 | (19-90%) | Populus deltoides | 16 |
| 26 | (3-66%) | Symphoricarpos occidentalis | 16 |
| 15 | (1-38%) | Elymus lanceolatus | 9 |
| 13 | (2-41%) | Spartina pectinata | 10 |
| 12 | (1-37%) | Poa pratensis | 10 |
| 12 | (1-22%) | Bromus inermis | 6 |
| 11 | (4-16%) | Fraxinus pennsylvanica | 6 |
| 10 | (2-35%) | Vitis riparia | 5 |
| 9 | (1-20%) | Pascopyrum smithii | 7 |
| 9 | (1-23%) | Ulmus pumila | 3 |
| 7 | (2-13%) | Toxicodendron rydbergii | 4 |
| 7 | (4-11%) | Euphorbia esula var. esula | 3 |
| 7 | (1-12%) | Cirsium arvense | 6 |
| 6 | (1-16%) | Salix exigua | 7 |
| 5 | (1-8%) | Bidens frondosa | 3 |
| 5 | (1-14%) | Salix amygdaloides | 6 |

**Other species with < 5% average cover present in at least 10% of plots:**
Glycyrrhiza lepidota (1-9%), Bromus japonicus (1-5%), Xanthium strumarium (1-4%), Rosa woodsii (1-7%), Rumex crispus (1-3%), Ambrosia artemisiifolia var. elatior (1-4%), Elymus canadensis (1-3%), Chamaesyce serpyllifolia (1%).

169

BLM_0035440

## Quaking aspen / Rocky Mountain maple Forest

### *Populus tremuloides / Acer glabrum*



**Global rank/State rank:**
G1G2 / S1S2

**HGM subclass:**  R2, R3/4

**Colorado elevation range:**
8,200-9,600 ft (2,500-2,930 m)



### General Description

The *Populus tremuloides/Acer glabrum* (quaking aspen/Rocky Mountain maple) forest occurs along narrow streams and gulches and in broader valleys where shading, aspect, or hillslope springs create moist soil conditions away from the stream channel. This forest is not restricted to riparian habitats, and will occur on steep, moist hillsides as well as following stream courses.  This association is known from fewer than 10 locations in the central and south-central mountain regions of Colorado.

This association occurs on north to north-east facing slopes on alluvial terraces in narrow and medium valleys, on stream banks, floodplains and moist steep hillslopes. It is located 1-15 ft (0.3-5.0 m) lateral distance from the channel, and 0.25-6 ft (0.1-1.7 m) above the annual high water mark in the channel.  Streams are often quite steep (5-7%), and very rocky.  Soils are shallow sandy loams and silty clay loams, highly skeletal, with high organic matter in the top 4 inches (10 cm).

### Vegetation Description

This association is dominated by an overhead canopy of *Populus tremuloides* (quaking aspen).  Other trees that may be present include *Populus angustifolia* (narrowleaf cottonwood), *P. balsamifera* (balsam poplar), *Abies lasiocarpa* (subalpine fir), and *Picea engelmannii* (Englemann spruce).  The shrub canopy is dominated by *Acer glabrum* (Rocky Mountain maple).  Other shrubs that may be present include *Cornus sericea* (red-osier dogwood), *Ribes* spp. (currant), *Sambucus racemosa* (scarlet elderberry), *Amelanchier alnifolia* (Saskatoon serviceberry), *Mahonia repens* (Oregon grape), and *Prunus virginiana* (chokecherry).

The herbaceous undergrowth is often rich in forbs, their combined total cover sometimes reaching as much as 60%.  Forb species that may be present include *Thalictrum fendleri* (Fendler meadowrue), *Epilobium angustifolium* ssp. *circumvagum*

170

BLM_0035441

(fireweed), *Maianthemum stellatum* (starry false Solomon seal), and *Actaea rubra* (red baneberry). Graminoids, including *Calamagrostis canadensis* (bluejoint reedgrass) and *Elymus* spp. (wildrye), are less abundant.

## Ecological Processes

In the San Juan National Forest, this association may be seral to the *Abies lasiocarpa/ Cornus sericea* (subalpine fir/red-osier dogwood) or *Abies concolor/Cornus sericea* (white fir/red-osier dogwood) plant associations.

| Avg. Cover % | (Range) | Species Name | # Plots (N=3) |
|---|---|---|---|
| 52 | (3-87%) | Populus tremuloides | 3 |
| 35 | (20-61%) | Acer glabrum | 3 |
| 16 | (8-23%) | Rosa woodsii | 2 |
| 14 | (1-26%) | Chamerion angustifolium ssp. circumvagum | 2 |
| 10 | — | Ribes wolfii | 1 |
| 6 | — | Juncus compressus | 1 |
| 6 | — | Pyrola asarifolia ssp. asarifolia | 1 |
| 6 | (4-7%) | Maianthemum stellatum | 2 |
| 5 | — | Amelanchier alnifolia | 1 |
| 5 | — | Populus angustifolia | 1 |
| 5 | — | Mahonia repens | 1 |
| 5 | (1-8%) | Calamagrostis canadensis | 2 |

**Other species with < 5% average cover present in at least 10% of plots:**
Cornus sericea (1-8%), Thalictrum fendleri (4%), Amelanchier utahensis (3%), Lonicera involucrata (3%), Rubus parviflorus (3%), Abies lasiocarpa (3%), Actaea rubra ssp. arguta (2%), Heracleum maximum (1%), Aquilegia caerulea (1%), Ambrosia artemisiifolia var. elatior (1%), Corallorrhiza maculata (1%), Fragaria virginiana ssp. glauca (1%), Galium triflorum (1%), Aconitum columbianum (1%), Arnica cordifolia (1%), Symphoricarpos oreophilus (1%), Streptopus amplexifolius var. chalazatus (1%), Solidago canadensis (1%), Shepherdia canadensis (1%), Sambucus racemosa var. racemosa (1%), Picea engelmannii (1%), Osmorhiza depauperata (1%), Orthilia secunda (1%), Urtica dioica ssp. gracilis (1%), Salix bebbiana (1%).



*Populus tremuloides*

*Acer glabrum*

171

## Quaking aspen / Thinleaf alder Forest
### *Populus tremuloides / Alnus incana* ssp. *tenuifolia*



**Global rank/State rank:**
G3 / S3

**HGM subclass:** R3/4

**Colorado elevation range:**
7,850-9,700 ft (2,400-2,950 m)



### General Description

The *Populus tremuloides/Alnus incana* ssp. *tenuifolia* (quaking aspen/thinleaf alder) plant association is located in narrow ravines and along first- and second-order streams where upland *Populus tremuloides* forests intermix with riparian shrub vegetation and at lower elevations where *Populus tremuloides* persists only in the riparian zone. The presence of obligate riparian species distinguish this association from upland *Populus tremuloides* communities. This plant association is known from throughout the Western Slope.

This plant association occurs in narrow, 25-225 ft (10-70 m) wide, valleys along stream banks of first- and second-order streams. Stream channels are steep and narrow and occasionally, of moderate gradient and width. Stream gradients range from 1-30%. Soils are generally skeletal, shallow, sandy and sandy clay loams or deeper sandy clay loams.

### Vegetation Description

This plant association has a tall, 20-40 ft (6-12 m), overstory of *Populus tremuloides* (quaking aspen). Several conifer species can occur, but aspen is clearly the dominant canopy tree, at least along the streambanks. Other tree species that may be present include *Pinus contorta* (lodgepole pine), *Abies lasiocarpa* (subalpine fir), *Picea pungens* (blue spruce), and *Pseudotsuga menziesii* (Douglas-fir).

The shrub and forb canopy along the immediate stream bank distinguish this riparian plant association from the adjacent forests. The shrub layer is dominated by *Alnus incana* ssp. *tenuifolia* (thinleaf alder). Other shrubs that may be present in this association include *Salix drummondiana* (Drummond willow), *Lonicera involucrata* (twinberry honeysuckle), *Rosa woodsii* (Woods rose), *Salix bebbiana* (Bebb willow), and *Cornus sericea* (red-osier dogwood). The forb undergrowth can be dense and includes *Cardamine cordifolia* (heartleaf bittercress), *Mertensia ciliata* (tall fringed

172

BLM_0035443

bluebells), *Osmorhiza depauperata* (bluntseed sweetroot) and *Senecio triangularis* (arrowleaf ragwort). Graminoid cover includes *Calamagrostis canadensis* (bluejoint reedgrass), *Equisetum arvense* (field horsetail) and *Carex disperma* (softleaf sedge).

## Ecological Processes

*Populus tremuloides* (quaking aspen) forests and woodlands can be self-perpetuating climax plant associations or early-seral stages of coniferous types. *Populus tremuloides* (quaking aspen) is a non-obligate riparian species and often occurs in upland communities. Where valley bottoms are moist and stable, *Populus tremuloides* can dominate the riparian area, while also occurring on adjacent mesic hillslopes. *Alnus incana* ssp. *tenuifolia* (thinleaf alder) is a long-lived, early-seral species. It is one of the first species to establish on fluvial or glacial deposits as well as the spoils of placer mining. After establishment, young stands of *Alnus incana* are continually flooded. As stands mature, the stems can slow flood waters and trap sediment. Fine-textured sediments accumulate on top of the coarser alluvial material and the land surface eventually rises above annual flood levels. Flooding is then less frequent and soils begin to develop.

| Avg. Cover % | (Range) | Species Name | # Plots (N=22) |
|---|---|---|---|
| 44 | (3-100%) | Populus tremuloides | 22 |
| 37 | (5-89%) | Alnus incana ssp. tenuifolia | 22 |
| 14 | (3-22%) | Salix drummondiana | 3 |
| 13 | (3-20%) | Picea pungens | 4 |
| 11 | (1-20%) | Picea engelmannii | 6 |
| 10 | (1-52%) | Abies lasiocarpa | 9 |
| 8 | (1-40%) | Mertensia ciliata | 18 |
| 8 | (3-10%) | Rudbeckia laciniata var. ampla | 5 |
| 8 | (1-30%) | Heracleum maximum | 14 |
| 8 | (3-10%) | Pseudotsuga menziesii | 3 |
| 7 | (1-20%) | Carex utriculata | 3 |
| 7 | (1-10%) | Corydalis caseana ssp. brandegeei | 3 |
| 6 | (3-12%) | Actaea rubra ssp. arguta | 3 |
| 6 | (1-11%) | Ribes montigenum | 3 |
| 6 | (1-20%) | Calamagrostis canadensis | 13 |
| 6 | (1-20%) | Equisetum arvense | 11 |
| 6 | (1-25%) | Bromus inermis | 5 |
| 6 | (1-15%) | Arnica cordifolia | 5 |
| 6 | (1-20%) | Salix bebbiana | 4 |
| 6 | (1-13%) | Acer glabrum | 4 |
| 5 | (1-30%) | Cardamine cordifolia | 16 |

**Other species with < 5% average cover present in at least 10% of plots:**
Senecio triangularis (1-16%), Poa compressa (1-9%), Geranium richardsonii (1-25%), Taraxacum officinale (1-15%), Lonicera involucrata (1-10%), Ribes inerme (1-13%), Orthilia secunda (1-10%), Oxypolis fendleri (1-8%), Aconitum columbianum (1-15%), Galium triflorum (1-8%), Osmorhiza depauperata (1-10%), Rosa woodsii (1-10%), Streptopus amplexifolius var. chalazatus (1-9%), Chamerion angustifolium ssp. circumvagum (1-9%), Fragaria virginiana ssp. glauca (1-7%), Carex microptera (1-5%), Poa pratensis (1-5%), Hydrophyllum fendleri (1-4%), Glyceria striata (1-5%), Geum macrophyllum var. perincisum (1-5%), Bromus ciliatus var. ciliatus  (1-3%), Conioselinum scopulorum (1-9%), Maianthemum stellatum (1-4%), Saxifraga odontoloma (1-4%), Trifolium repens (1-3%), Viola canadensis var. scopulorum (1-3%), Achillea millefolium var. occidentalis (1-3%), Urtica dioica ssp. gracilis (1-3%), Galium boreale (1-3%), Rubus parviflorus (1-2%), Poa palustris (1%), Mahonia repens (1%), Sambucus racemosa var. racemosa (1%), Veronica americana (0.1-1%).

173

**Quaking aspen / River birch Forest**

*Populus tremuloides / Betula occidentalis*



**Global rank/State rank:**
G3 / S2

**HGM subclass:** R3/4

**Colorado elevation range:**
7,540-10,400 ft (2,300-3,100 m)



<u>**General Description**</u>

The *Populus tremuloides/Betula occidentalis* (quaking aspen/river birch) plant association is a lush, deciduous riparian woodland with a diverse canopy of aspen and conifer trees. The understory has a high structural diversity of shrubs and an herbaceous undergrowth ranging from a thick carpet of grasses and forbs to a very sparse ground cover in heavily shaded areas. The presence of obligate riparian shrub species distinguish this association from upland *Populus tremuloides* communities. This plant association is known only from foothill streams of the west side of the Sangre de Cristo Mountains and along the Colorado Front Range.

This plant association occurs along stream banks, benches and narrow floodplains in narrow valleys, 40-200 ft (130-660 m) wide, and steep, first-order gulches. Stream channels are steep and narrow or moderately steep and slightly meandering. The soils are uniformly sandy loams becoming skeletal at a 3 ft (1 m) depth. A sandy clay layer consistently appears at an average depth of 5 inches.

<u>**Vegetation Description**</u>

This plant association is characterized by an open to dense canopy of *Populus tremuloides* (quaking aspen). *Betula occidentalis* (river birch) forms a thick band along the stream banks. Associated tree species vary with elevation. *Pinus ponderosa* (ponderosa pine) and *Populus* x *acuminata* (lanceleaf cottonwood) occur at lower elevations, while *Abies lasiocarpa* (subalpine fir) and *Pseudotsuga menziesii* (Douglas-fir) occur at higher elevations. Other shrub species that may be present include *Rosa woodsii* (Woods rose), *Salix bebbiana* (Bebb willow), *S. monticola* (mountain willow), *S. planifolia* (planeleaf willow), *Acer glabrum* (Rocky Mountain maple), *Alnus incana* ssp. *tenuifolia* (thinleaf alder), and *Cornus sericea* (red-osier dogwood).

174

BLM_0035445

The herbaceous undergrowth is sparse to thick, depending on local site conditions. Species include *Maianthemum stellatum* (starry false Solomon seal), *Equisetum arvense* (field horsetail), *Heracleum maximum* (common cowparsnip), *Aconitum columbianum* (Columbian monkshood), and *Dactylis glomerata* (orchardgrass).

## Ecological Processes

*Populus tremuloides* (quaking aspen) forests and woodlands can be self perpetuating climax plant associations or early-seral stages of coniferous types. *Populus tremuloides* is a non-obligate riparian species and often occurs in upland communities. Where valley bottoms are moist and stable, *Populus tremuloides* can dominate the riparian area, while also occurring on adjacent mesic hillslopes.

*Betula occidentalis* (river birch) becomes abundant along stream banks with perennial stream flow and well-aerated soils. The presence of seedling and sapling conifers in some stands of this plant association indicates the potential to become a conifer/*Betula occidentalis* type. The suppression of fire in this plant association may allow conifer species to gain dominance since *Populus tremuloides* and *Betula occidentalis* sprout following fires.

| Avg. Cover % | (Range) | Species Name | # Plots (N=8) |
|---|---|---|---|
| 47 | (24-77%) | Betula occidentalis | 8 |
| 45 | (20-85%) | Populus tremuloides | 8 |
| 28 | (5-50%) | Pinus ponderosa | 2 |
| 13 | (1-30%) | Heracleum maximum | 4 |
| 13 | (1-34%) | Juncus compressus | 3 |
| 12 | (1-30%) | Salix monticola | 3 |
| 11 | (1-21%) | Pseudotsuga menziesii | 3 |
| 11 | (1-30%) | Equisetum arvense | 3 |
| 9 | (1-30%) | Thalictrum fendleri | 4 |
| 8 | (1-14%) | Abies lasiocarpa | 2 |
| 8 | (5-10%) | Acer glabrum | 2 |
| 7 | (6-8%) | Carex disperma | 2 |
| 7 | (1-18%) | Maianthemum stellatum | 4 |
| 6 | (1-15%) | Salix bebbiana | 6 |
| 6 | (1-11%) | Poa pratensis | 3 |
| 5 | (1-14%) | Rosa woodsii | 8 |
| 5 | (1-8%) | Phleum pratense | 2 |

Other species with < 5% average cover present in at least 10% of plots:
Aconitum columbianum (0.1-12%), Chamerion angustifolium ssp. circumvagum (1-8%), Agrostis stolonifera (3-4%), Mertensia ciliata (1-5%), Calamagrostis canadensis (1-7%), Lonicera involucrata (1-5%), Galium boreale (0.1-7%), Fragaria virginiana ssp. glauca (1-7%), Alnus incana ssp. tenuifolia (2%), Arnica cordifolia (2%), Achillea millefolium var. occidentalis (1-4%), Ribes inerme (1-2%), Taraxacum officinale (1-2%), Orthilia secunda (1%), Stellaria crassifolia (1%), Geranium richardsonii (0.1-1%).

175

BLM_0035446

## Quaking aspen / Red-osier dogwood Forest

### *Populus tremuloides / Cornus sericea*



**Global rank/State rank:**
G4 / S2S3

**HGM subclass:** R3/4

**Colorado elevation range:**
6,600-8,200 ft (2,000-2,500)



### General Description

The *Populus tremuloides/Cornus sericea* (quaking aspen/red-osier dogwood) plant association is located in narrow ravines where upland *Populus tremuloides* (quaking aspen) forests intermix with the riparian shrub vegetation. Obligate riparian shrub species distinguish this association from upland *Populus tremuloides* communities. This association occurs in the Colorado River Basin and the San Juan National Forest.

This plant association occurs in deep, narrow (6-20 m) valleys along banks of first-order streams. Stands are located 1-3 ft (0.25-1 m) above the channel bankfull level. Stream channels are narrow and have relatively steep gradients (5-40%). Occasionally stream channels are somewhat wider and more gradual. Soils range from skeletal, shallow, sandy and sandy clay loams to deeper sandy and silty clay loams.

### Vegetation Description

This association is characterized by an overstory canopy of *Populus tremuloides* (quaking aspen), with an abundance of *Cornus sericea* (red-osier dogwood) in the shrub canopy. Several other tree species may be present, but none as consistently or in as high abundance as *Populus tremuloides* (quaking aspen). Other tree species include *Abies concolor* (white fir) and *Pseudotsuga menziesii* (Douglas-fir). Other shrub species include *Lonicera involucrata* (twinberry honeysuckle), *Salix drummondiana* (Drummond willow), *Salix boothii* (Booth willow), *Salix ligulifolia* (strapleaf willow), *Symphoricarpos oreophilus* (mountain snowberry), and *Alnus incana* ssp. *tenuifolia* (thinleaf alder).

The herbaceous undergrowth is relatively sparse, but diverse, with *Osmorhiza depauperata* (bluntseed sweetroot), *Rudbeckia laciniata* var. *ampla* (cutleaf coneflower), *Heracleum maximum* (common cowparsnip), *Maianthemum stellatum* (starry false Solomon seal), *Aconitum columbianum* (Columbian monkshood), *Mertensia franciscana* (Franciscan bluebells), and *Equisetum arvense* (field horsetail).

176

## Ecological Processes

*Populus tremuloides* (quaking aspen) forests and woodlands can be self-perpetuating climax plant associations or early-seral stages of coniferous types. *Populus tremuloides* is a non-obligate riparian species and often occurs in upland settings. Where valley bottoms are moist and stable, *Populus tremuloides* can dominate the riparian area, while also occurring on adjacent mesic hillslopes. Mesic shrub understories composed of *Alnus incana* ssp. *tenuifolia* (thinleaf alder) or *Cornus sericea* (red-osier dogwood) can become dominated by *Symphoricarpos* spp. (snowberry) with heavy grazing. This is likely to occur in valley bottom stands where grazing has dried the soil and dropped the water table.

| Avg. Cover % | (Range) | Species Name | # Plots (N=3) |
|---|---|---|---|
| 49 | (23-90%) | Cornus sericea | 3 |
| 37 | (20-59%) | Populus tremuloides | 3 |
| 29 | (25-32%) | Lonicera involucrata | 2 |
| 22 | (12-31%) | Rudbeckia laciniata var. ampla | 2 |
| 18 | (5-30%) | Maianthemum stellatum | 2 |
| 14 | — | Salix drummondiana | 1 |
| 14 | — | Abies concolor | 1 |
| 13 | — | Heracleum maximum | 1 |
| 11 | — | Salix boothii | 1 |
| 10 | (2-18%) | Pseudotsuga menziesii | 2 |
| 10 | — | Salix ligulifolia | 1 |
| 10 | — | Mertensia franciscana | 1 |
| 9 | — | Equisetum arvense | 1 |
| 6 | (5-7%) | Aconitum columbianum | 2 |
| 6 | — | Elymus glaucus | 1 |
| 5 | — | Geranium richardsonii | 1 |

**Other species with < 5% average cover present in at least 10% of plots:**
Chamerion angustifolium ssp. circumvagum (4%), Alnus incana ssp. tenuifolia (4%), Equisetum pratense (1-6%), Sorbus scopulina (3%), Salix geyeriana (3%), Oxypolis fendleri (3%), Ligusticum porteri (3%), Quercus gambelii (3%), Carex geyeri (2%), Carex capillaris (2%), Osmorhiza depauperata (1-3%), Viola canadensis var. scopulorum (1-2%), Taraxacum officinale (1%), Galium trifidum ssp. subbiflorum (1%), Galium boreale (1%), Abies lasiocarpa (1%), Acer glabrum (1%), Actaea rubra ssp. arguta (1%), Amelanchier utahensis (1%), Angelica grayi (1%), Poa pratensis (1%), Symphoricarpos oreophilus (1%), Rubus idaeus ssp. strigosus (1%), Juncus balticus var. montanus (1%), Pseudostellaria jamesiana (1%), Glyceria striata (1%), Paxistima myrsinites (1%), Mertensia brevistyla (1%).

177

BLM_0035448

## Quaking aspen / Beaked hazelnut Forest

### *Populus tremuloides / Corylus cornuta*



**Global rank/State rank:**
G3 / S1

**HGM subclass:** R3/4

**Colorado elevation range:**
6,500-7,500 ft (2,000-2,300 m)



### General Description

In Colorado this association is also know as the *Corylus cornuta* (beaked hazelnut) association. The association is a thicket of medium-tall (4-6 ft, 1.5-2 m) shrubs, especially *Corylus cornuta* (beaked hazelnut). Stands usually have an overstory canopy of *Populus tremuloides* (quaking aspen), but may have a canopy of other trees, such as *Pseudotsuga menziesii* (Douglas-fir). In Colorado, this plant association occurs only in narrow, cool, foothill canyon ravines of the Front Range.

This plant association occurs on steep, well-defined stream banks in very narrow (less than 160 ft, (50 m) wide) valley bottoms. Stream channels are generally quite rocky and steep (5% gradient) with little sinuosity. Some soils have a top layer of organic matter, covered with a thick litter layer, and subsurface horizons of loamy sands with many thick roots and gravel. Other soils are moist, dark-colored, sandy loam over cobbles.

### Vegetation Description

This plant association occurs in small stands with an overstory of *Populus tremuloides* (quaking aspen), *Pseudotsuga menziesii* (Douglas-fir), or *Picea pungens* (blue spruce). One atypical stand has 25% cover of *Populus deltoides* ssp. *monilifera* (plains cottonwood) at 7,500 ft (2,300 m). The dense shrub layer is dominated by *Corylus cornuta* (beaked hazelnut). Stands may include a wide variety of shrubs, ranging from merely present to co-dominant in abundance, but no one species is consistently present with *Corylus cornuta* (beaked hazelnut). Shrub species include *Betula occidentalis* (river birch), *Prunus americana* (American plum), *Acer glabrum* (Rocky Mountain maple), *Alnus incana* ssp. *tenuifolia* (thinleaf alder), *Physocarpus monogynus* (mountain ninebark), *Cornus sericea* (red-osier dogwood), *Rubus idaeus* (American red raspberry), and *Prunus virginiana* (chokecherry), ranging in cover from 5 to 30%. Few herbaceous species occur in the undergrowth due to the dense shrub cover, thick coniferous litter, and rocky soils.

178

BLM_0035449

## Ecological Processes

In the northwestern U.S., *Corylus cornuta* (beaked hazelnut) is widespread and grows in large thickets on well-drained soils at lower elevations.  In Wyoming, it occurs in woods and thickets in the northeastern corner of the state.  In the Great Plains (North Dakota, southeast South Dakota, Minnesota, and the Black Hills), *Corylus cornuta* occurs in upland forests and thickets.  In Colorado, *Corylus cornuta* is limited to riparian areas in deep, cool canyons that receive more moisture and have a high humidity.  These stands appear to be long-lived and stable and increase in size under the right growing conditions and lack of disturbance.

| Avg. Cover % | (Range) | Species Name | # Plots (N=10) |
|---|---|---|---|
| 72 | (17-100%) | Corylus cornuta | 10 |
| 19 | (10-32%) | Picea pungens | 3 |
| 17 | (0.1-50%) | Carex deweyana | 3 |
| 16 | (1-44%) | Populus tremuloides | 5 |
| 13 | (3-26%) | Acer glabrum | 4 |
| 13 | (3-37%) | Alnus incana ssp. tenuifolia | 7 |
| 10 | (4-15%) | Betula occidentalis | 3 |
| 10 | (1-19%) | Salix bebbiana | 2 |
| 9 | (1-19%) | Pseudotsuga menziesii | 5 |
| 7 | (3-14%) | Cornus sericea | 3 |
| 7 | (1-17%) | Aralia nudicaulis | 4 |
| 6 | (1-10%) | Juniperus scopulorum | 2 |
| 5 | (2-11%) | Rosa woodsii | 4 |
| 5 | (1-8%) | Rudbeckia laciniata var. ampla | 4 |
| 5 | (1-9%) | Poa pratensis | 2 |
| 5 | (0.1-11%) | Prunus virginiana var. melanocarpa | 5 |

**Other species with < 5% average cover present in at least 10% of plots:**
Equisetum arvense (1-6%), Prunus pensylvanica var. pensylvanica (1-5%), Actaea rubra ssp. arguta (0.1-10%), Rubus idaeus ssp. strigosus (0.1-7%), Galium boreale (1-6%), Lonicera involucrata (1-4%), Fragaria virginiana ssp. glauca (1-4%), Calamagrostis canadensis (2-3%), Maianthemum stellatum (0.1-5%), Viola canadensis var. scopulorum (0.1-3%), Osmorhiza depauperata (0.1-3%), Heracleum maximum (1-2%), Symphoricarpos occidentalis (1-2%), Hydrophyllum fendleri (0.1-2%), Ligusticum porteri (0.1-2%), Taraxacum officinale (0.1-2%), Geranium richardsonii (1-1%), Apocynum cannabinum (1%), Ribes inerme (1%), Stellaria crassifolia (1%), Maianthemum racemosum ssp. amplexicaule (0.1-2%), Mahonia repens (0.1-1%), Achillea millefolium var. occidentalis (0.1-1%), Unidentified (0.1-1%).



*Corylus cornuta*

179

**Quaking aspen / Tall forb Forest**

*Populus tremuloides /* **Tall forb**



**Global rank/State rank:**
G5 / S5

**HGM subclass:** R2, R3/4

**Colorado elevation range:**
7,000-10,200 ft (2,100-3,100 m)



### General Description

This community is common on the uplands and in riparian areas of the Colorado Western Slope. *Populus tremuloides* (quaking aspen) forests are abundant in the Rocky Mountains. The *Populus tremuloides/*Tall forb plant association is found on steep hill sides and often along narrow riparian areas. The undergrowth is characterized by a thick carpet of 1-3 foot (<1 m) tall forbs with no one species dominant. Forb species along stream bank stands can be different from hillside stands.

This plant association occurs on broad, gently sloping hillsides and valley bottoms. Stream channels are high-gradient and very narrow, moderately wide and moderately sinuous, or wide and sinuous. The soils are derived from alluvial deposition of a variety of parent materials. The soils are deep, well-drained loams, sandy loams to clay loams.

### Vegetation Description

The *Populus tremuloides /*Tall forb (quaking aspen/tall forb) association is not restricted to riparian habitats. It is often found on very steep slopes on mesic hillsides throughout the Southern Rocky Mountains. *Populus tremuloides* (quaking aspen) is the dominant tree species in this plant association. Other tree species, usually coming in from the upland, include *Abies concolor* (white fir), *Pinus ponderosa* (ponderosa pine), *Picea pungens* (blue spruce), and *Abies lasiocarpa* (subalpine fir).

Shrub cover is typically minor. A few low-stature shrubs that may be present include *Juniperus communis* (common juniper), *Symphoricarpos oreophilus* (mountain snowberry), *Lonicera involucrata* (twinberry honeysuckle), *Ribes inerme* (whitestem gooseberry), *Sambucus racemosa* (scarlet elderberry), and *Vaccinium* spp. (blueberry).

180

BLM_0035451

Taller shrubs, typically lining the stream channel, include *Salix bebbiana* (Bebb willow), *S. monticola* (mountain willow), and *Ribes montigenum* (gooseberry currant).

The undergrowth is characterized by the presence of many species of mesic forbs, some of which can be quite tall.  Forb species include *Mertensia ciliata* (tall fringed bluebells), *Geranium richardsonii* (Richardson geranium), *Heracleum maximum* (common cowparsnip), *Osmorhiza occidentalis* (western sweetroot), *Hydrophyllum fendleri* (Fendler waterleaf) *Delphinium barbeyi* (tall larkspur), *Senecio triangularis* (arrowleaf ragwort), *Aconitum columbianum* (Columbian monkshood), *Rudbeckia laciniata* var. *ampla* (cutleaf coneflower), *Achillea millefolium* var. *occidentalis* (western yarrow), *Galium boreale* (northern bedstraw), *Galium triflorum* (fragrant bedstraw), *Maianthemum stellatum* (starry false Solomon seal), *Thalictrum fendleri* (Fendler meadowrue), and *Viola* spp. (violet).  Graminoid species include *Equisetum arvense* (field horsetail), *Calamagrostis canadensis* (bluejoint reedgrass), *Carex* spp. (sedge), *Elymus glaucus* (blue wildrye), and the ever present *Poa pratensis* (Kentucky bluegrass).

## Ecological Processes

*Populus tremuloides* (quaking aspen) forests and woodlands can be self-perpetuating climax plant associations or early-seral stages of coniferous types.  *Populus tremuloides* is a non-obligate riparian species and often occurs in upland communities. Where valley bottoms are moist and stable, *Populus tremuloides* can dominate the riparian area, while also occurring on adjacent mesic hillslopes.

| Avg. Cover % | (Range) | Species Name | # Plots (N=20)* |
|---|---|---|---|
| 44 | (10-80%) | Populus tremuloides | 19* |
| 22 | (1-50%) | Hydrophyllum fendleri | 4 |
| 18 | (1-50%) | Heracleum maximum | 12 |
| 14 | (4-30%) | Thalictrum fendleri | 5 |
| 12 | (1-30%) | Bromus ciliatus var. ciliatus | 5 |
| 11 | (2-32%) | Equisetum arvense | 6 |
| 9 | (2-20%) | Senecio triangularis | 4 |
| 9 | (1-27%) | Rosa woodsii | 8 |
| 8 | (3-14%) | Juncus compressus | 5 |
| 8 | (3-20%) | Elymus glaucus | 6 |
| 8 | (3-10%) | Mertensia franciscana | 4 |
| 8 | (1-18%) | Conioselinum scopulorum | 5 |
| 8 | (0.1-24%) | Picea pungens | 4 |
| 7 | (1-20%) | Poa pratensis | 12 |
| 7 | (3-10%) | Salix monticola | 4 |
| 7 | (1-15%) | Poa palustris | 5 |
| 6 | (1-14%) | Fragaria virginiana ssp. glauca | 7 |
| 6 | (1-15%) | Senecio serra var. serra | 5 |
| 5 | (0.1-19%) | Chamerion angustifolium ssp. circumvagum | 4 |
| 5 | (0.1-10%) | Lonicera involucrata | 6 |

**Other species with < 5% average cover present in at least 10% of plots:**
Ribes inerme (2-10%), Galium boreale (1-7%), Mertensia ciliata (1-15%), Oxypolis fendleri (1-14%), Aconitum columbianum (1-10%), Glyceria striata (1-6%), Geranium richardsonii (0.1-15%), Vicia americana (1-9%), Geum macrophyllum var. perincisum (1-5%), Prunus virginiana var. melanocarpa (1-6%), Taraxacum officinale (1-7%), Calamagrostis canadensis (1-4%), Achillea millefolium var. occidentalis (1-5%), Maianthemum stellatum (1-5%), Symphoricarpos oreophilus (1-3%), Urtica dioica ssp. gracilis (1-3%), Cardamine cordifolia (1%).

*Populus tremuloides occurred in all stands, but was not captured in every sample plot.

181

**Peachleaf willow Woodland**

*Salix amygdaloides*



**Global rank/State rank:**
G3 / S1

**HGM subclass:**  R3/4, R5

**Colorado elevation range:**
6,000-7,500 ft (1,828-2,286 m)



### General Description

This is an uncommon community in Colorado, although it was probably more common in the past. Stands are located in backwater areas and overflow channels of large rivers, on narrow floodplains of small creeks, and on the edges of ponds and lakes. Often it occurs in small isolated clumps adjacent to streams and rivers. The water table is usually within three ft (1 m) of the soil surface during the growing season and the vegetation is tolerant of flooding.

*Salix amygdaloides* associations may occur on a range of soil types, except heavy clays. It is most common on silty to sandy soils. It is tolerant of flooding and weakly saline or alkali soils. Soils may be saturated to within three ft (1 m) of the surface during much of the growing season.

### Vegetation Description

*Salix amygdaloides* (peachleaf willow) provides a low, multi-stemmed canopy that may vary in cover from 25% to 85%. The understory varies considerably depending on the hydrologic regime and past disturbance of the site. There was little constancy of understory vegetation species in the four plots used to describe this type. *Populus angustifolia* (narrowleaf cottonwood) or *Populus deltoides* (plains cottonwood) can occur in very small amounts. The distinguishing characteristic of this association is the dominance of *Salix amygdaloides* and the near lack of cottonwoods. The shrub layer may include *Ribes aureum* (golden currant), *Salix exigua* (sandbar willow), or *Symphoricarpos occidentalis* (western snowberry).

The herbaceous layer composition varies from very wet emergent species such as *Schoenoplectus pungens* (common threesquare), *Scirpus pallidus* (cloaked bulrush), and *Eleocharis palustris* (common spikerush) to indicators of drier and disturbed

182

conditions, such as *Bromus inermis* (smooth brome), *Chenopodium album* (lambsquarters), and *Elymus repens* (quackgrass).

## Ecological Processes

Increased disturbance results in a non-native herbaceous understory.  If the disturbance includes livestock grazing, the weak, multi-stemmed *Salix amygdaloides* (peachleaf willow) may easily break, producing a great deal of downed wood.  Drying conditions and grazing may reduce reproduction of the willows.

| Avg. Cover % | (Range) | Species Name | # Plots (N=4) |
|---|---|---|---|
| 53 | (26-85%) | Salix amygdaloides | 4 |
| 35 | — | Lepidium latifolium | 1 |
| 35 | (32-37.5%) | Bromus inermis | 2 |
| 20 | (1-38%) | Carex pellita | 2 |
| 18 | — | Ribes aureum | 1 |
| 14 | — | Populus angustifolia | 1 |
| 12 | (11-13%) | Cirsium arvense | 2 |
| 5 | (4-5%) | Pascopyrum smithii | 2 |

**Other species with < 5% average cover present in at least 10% of plots:**
Juncus articulatus (4%), Juncus balticus var. montanus (4%), Chamerion angustifolium ssp. circumvagum (3%), Phragmites australis (3%), Poa pratensis (3%), Epilobium ciliatum ssp. glandulosum (2.5%), Elymus repens (2.5%), Eleocharis palustris (2.5%), Conium maculatum (2.5%), Ambrosia trifida (2.5%), Urtica dioica ssp. gracilis (2.5%), Schoenoplectus pungens (2.5%), Scirpus pallidus (2.5%), Solidago canadensis (2.5-2.5%), Symphoricarpos occidentalis (2-2.5%), Taraxacum officinale (2%), Glycyrrhiza lepidota (1%), Chenopodium album (1%), Crataegus succulenta (1%), Ribes inerme (1%), Rosa woodsii (1%), Salix exigua (1%), Lactuca serriola (0.1%).



*Salix amygdaloides*

catkin

183

BLM_0035454

184

BLM_0035455

# GROUP D:
## TALL WILLOW SHRUBLANDS

| Association | Page |
|---|---|
| *Alnus incana* ssp. *tenuifolia-Salix drummondiana*<br>Thinleaf alder-Drummond willow Shrubland | 188 |
| *Salix bebbiana*<br>Bebb willow Shrubland | 190 |
| *Salix boothii/Carex utriculata*<br>Booth willow/Beaked sedge Shrubland | 192 |
| *Salix boothii*/Mesic forb<br>Booth willow/Mesic forb Shrubland | 194 |
| *Salix boothii*/Mesic graminoid<br>Booth willow/Mesic graminoid Shrubland | 196 |
| *Salix drummondiana/Calamagrostis canadensis*<br>Drummond willow/Bluejoint reedgrass Shrubland | 198 |
| *Salix drummondiana/Carex aquatilis*<br>Drummond willow/Water sedge Shrubland | 200 |
| *Salix drummondiana*/Mesic forb<br>Drummond willow/Mesic forb Shrubland | 202 |
| *Salix exigua*/Barren ground<br>Sandbar willow/Barren ground Shrubland | 204 |
| *Salix exigua*/Mesic graminoid<br>Sandbar willow/Mesic graminoid Shrubland | 206 |
| *Salix exigua-Salix liguifolia (=S. eriocephala* var. *ligulifolia)*<br>Sandbar willow-Strapleaf willow Shrubland | 208 |
| *Salix geyeriana/Calamagrostis canadensis*<br>Geyer willow/Bluejoint reedgrass Shrubland | 210 |
| *Salix geyeriana/Carex aquatilis*<br>Geyer willow/Water sedge Shrubland | 212 |
| *Salix geyeriana/Carex utriculata*<br>Geyer willow/Beaked sedge Shrubland | 214 |
| *Salix geyeriana*/Mesic forb<br>Geyer willow/Mesic forb Shrubland | 216 |
| *Salix geyeriana-Salix monticola/Calamagrostis canadensis*<br>Geyer willow-Mountian willow/Bluejoint reedgrass Shrubland | 218 |
| *Salix geyeriana-Salix monticola*/Mesic forb<br>Geyer willow-Mountain willow/Mesic forb Shrubland | 220 |
| *Salix liguifolia (=S. eriocephala* var. *ligulifolia)*<br>Strapleaf willow Shrubland | 222 |
| *Salix lucida* ssp. *lasiandra* or ssp. *caudata*<br>Shining willow Shrubland | 224 |

185

*Salix monticola/Calamagrostis canadensis*                 226
    Mountain willow/Bluejoint reedgrass Shrubland

*Salix monticola/Carex aquatilis*                 228
    Mountain willow/Water sedge Shrubland

*Salix monticola/Carex utriculata*                 230
    Mountain willow/Beaked sedge Shrubland

*Salix monticola/Equisetum arvense*                 232
    Mountain willow/Field horsetail Shrubland

*Salix monticola*/Mesic forb                 234
    Mountain willow/Mesic forb Shrubland

*Salix monticola*/Mesic graminoid                 236
    Mountain willow/Mesic graminoid Shrubland

186

BLM_0035457

187

BLM_0035458

## Thinleaf alder-Drummond willow Shrubland

### *Alnus incana* ssp. *tenuifolia - Salix drummondiana*



**Global rank/State rank:**
G3 / S3

**HGM subclass:** R2, R3/4

**Colorado elevation range:**
7,300-9,700 ft (2,200-3,000m)



### General Description

*Alnus incana* ssp. *tenuifolia-Salix drummondiana* (thinleaf alder-Drummond willow) is a relatively common plant association on the Western Slope. The association is generally found along steep-gradient streams with stable, shaded stream banks. This association occurs in the Gunnison, Arkansas, and St. Vrain River Basins and the San Juan and Rio Grande National Forests.

This association occurs along very steep, fast-moving streams in sheer-walled, confined canyons. It also occurs along or within the active channel of moderately to slightly entrenched channels in wider valleys. Stream channels are steep and rocky, less steep with limited floodplains and gravel and cobble bottoms, or wide and sinuous. Soils of this association are highly variable, but most are stratified alluvium with buried A horizons. Stands with a rich, herbaceous undergrowth have a thick layer, 5-10 inches (10-30 cm), of fine sandy loam and sandy clay loam over a coarse alluvial deposit. Stands with little shrub cover and herbaceous growth have coarse, skeletal soils without an accumulated fine layer at the surface.

### Vegetation Description

This plant association is characterized by a dense, closed canopy of *Alnus incana* ssp. *tenuifolia* (thinleaf alder) and *Salix drummondiana* (Drummond willow) bordering the stream. Other willows that may be present include *Salix monticola* (mountain willow), *S. boothii* (Booth willow), *S. exigua* (sandbar willow), *S. lucida* (ssp. *caudata* or ssp. *lasiandra*) (shining willow), and *S. geyeriana* (Geyer willow). Other shrubs occasionally present include *Lonicera involucrata* (twinberry honeysuckle), *Ribes inerme* (whitestem gooseberry), *Cornus sericea* (red-osier dogwood), *Rosa woodsii* (Woods rose), *Amelanchier utahensis* (Utah serviceberry), *Acer glabrum* (Rocky Mountain maple), *Symphoricarpos oreophilus* (mountain snowberry), and *Ribes montigenum* (gooseberry currant).

188

BLM_0035459

Some stands have a rich herbaceous understory that includes *Oxypolis fendleri* (Fendler cowbane), *Heracleum maximum* (common cowparsnip), *Equisetum pratense* (field horsetail), *Mertensia ciliata* (tall fringed bluebells) *Rudbeckia laciniata* var. *ampla* (cutleaf coneflower), and *Angelica ampla* (giant angelica). In some stands, the herbaceous undergrowth is sparse (less than 10% cover) due to shading and flood-scouring.

## Ecological Processes

The *Alnus incana* ssp. *tenuifolia-Salix drummondiana* (thinleaf alder-Drummond willow) plant association is an early to midseral community restricted to stream margins, rarely forming large, extensive stands. Both species are prolific seed producers and are the first to colonize coarse-textured cobble bars and recently scoured alluvial surfaces. When young, these shrubs are flexible, can tolerate most flood events, and readily resprout. With time, *Salix drummondiana* may become more abundant by taking advantage of the nitrogen-rich soils associated with *Alnus incana* ssp. *tenuifolia*.

| Avg. Cover % | (Range) | Species Name | # Plots (N=22) |
|---|---|---|---|
| 46 | (14-98%) | Alnus incana ssp. tenuifolia | 22 |
| 27 | (7-60%) | Salix drummondiana | 22 |
| 13 | (2-70%) | Heracleum maximum | 13 |
| 11 | (2-30%) | Carex utriculata | 4 |
| 10 | (1-43%) | Salix monticola | 12 |
| 9 | (1-30%) | Calamagrostis canadensis | 13 |
| 8 | (1-30%) | Equisetum arvense | 10 |
| 7 | (1-23%) | Picea pungens | 7 |
| 6 | (1-25%) | Salix lucida ssp. caudata, lasiandra | 6 |
| 6 | (1-20%) | Lonicera involucrata | 11 |
| 6 | (1-16%) | Equisetum pratense | 5 |
| 6 | (1-10%) | Geranium richardsonii | 9 |
| 5 | (1-15%) | Mertensia ciliata | 14 |
| 5 | (1-11%) | Abies lasiocarpa | 4 |
| 5 | (1-10%) | Poa pratensis | 10 |

**Other species with < 5% average cover present in at least 10% of plots:**
Cardamine cordifolia (1-11%), Rudbeckia laciniata var. ampla (1-10%), Taraxacum officinale (1-13%), Salix bebbiana (3-7%), Picea engelmannii (0.1-10%), Cornus sericea (1-10%), Ribes inerme (1-6%), Oxypolis fendleri (0.1-14%), Carex microptera (1-9%), Fragaria vesca ssp. bracteata (1-8%), Thalictrum fendleri (1-5%), Rubus idaeus ssp. strigosus (1-5%), Mertensia franciscana (1-6%), Achillea millefolium var. occidentalis (1-8%), Fragaria virginiana ssp. glauca (1-10%), Viola canadensis var. scopulorum (1-4%), Osmorhiza depauperata (1-3%), Galium triflorum (1-3%), Senecio triangularis (1-5%), Geum macrophyllum var. perincisum (0.1-4%), Galium boreale (1-5%), Conioselinum scopulorum (0.1-4%), Chamerion angustifolium ssp. circumvagum (1-2%), Luzula parviflora (0.1-4%), Maianthemum stellatum (1-2%), Rosa woodsii (1%).

189

BLM_0035460

**Bebb willow Shrubland**

*Salix bebbiana*



**Global rank/State rank:**
G3? / S2

**HGM subclass:** R2, R3/4

**Colorado elevation range:**
7,300-9,400 ft (2,225-2,870 m)



<u>**General Description**</u>

This association occurs in canyon country at lower elevations in the San Juan National Forest, the Rio Grande River Basin and in foothill canyons of the South Platte River Basin.  The *Salix bebbiana* (Bebb willow) plant association is a minor type in Colorado.  It is a tall (5-15 ft, 1.5-3 m), deciduous, shrubland with an open to closed canopy, generally forming small thickets within larger riparian mosaics or long and thin continuous thickets in narrow tributary canyons.

This plant association occurs on briefly flooded, low-gradient streams or along narrow alluvial terraces of canyons.  It can also occur on broad, seep-fed meadows.  Stream channels are steep and narrow, wider, less steep, and moderately sinuous, or moderately wide and sinuous.

Soils are highly stratified layers of sandy loams, clay loams, and silty clay with mottling near the surface.  Soils can also be deep, dark-colored silty clay loams with high organic content and mottling or they can be shallow, becoming skeletal at about 10 inches (25 cm) depth.  In the spring and early summer, soils are saturated for several days to weeks and then slowly dry out over the rest of the growing season.

<u>**Vegetation Description**</u>

*Salix bebbiana* (Bebb willow) rarely forms large willow shrublands in Colorado and commonly appears in small patches within other plant associations.  On occasion, however, it will form a small and dense shrubland with an overstory.  Other shrubs that may be present include *Alnus incana* ssp. *tenuifolia* (thinleaf alder), *Cornus sericea* (red-osier dogwood), *Dasiphora floribunda* (shrubby cinqfoil), *Ribes montigenum* (gooseberry currant), and *Salix ligulifolia* (strapleaf willow).

 The herbaceous undergrowth is characterized by a sparse to moderately dense forb layer on raised, better-drained hummocks and ridges beneath the willow canopy.

190

BLM_0035461

Herbaceous species include *Achillea millefolium* var. *occidentalis* (western yarrow), *Poa pratensis* (Kentucky bluegrass), *Calamagrostis canadensis* (bluejoint reedgrass), *Geranium richardsonii* (Richardson geranium), *Juncus balticus* var. *montanus* (mountain rush), and *Heracleum maximum* (common cowparsnip).

## Ecological Processes

In Colorado, stands of *Salix bebbiana* (Bebb willow) do not frequently occur. *Salix bebbiana* appears to be very sensitive to grazing, and forms the classic "mushroom" shape with overgrazing. *Salix bebbiana* rarely forms large willow carrs and is limited to small patches within larger riparian mosaics or in protected, narrow canyon bottoms that preclude livestock grazing.



*Salix bebbiana*

| Avg. Cover % | (Range) | Species Name | # Plots (N=14) |
|---|---|---|---|
| 35 | (10-69%) | Salix bebbiana | 14 |
| 27 | (1-80%) | Poa compressa | 3 |
| 22 | (6-36%) | Ribes montigenum | 3 |
| 16 | (1-70%) | Calamagrostis canadensis | 8 |
| 13 | (10-18%) | Salix monticola | 3 |
| 11 | (2-36%) | Dasiphora floribunda | 6 |
| 11 | (1-30%) | Juncus balticus var. montanus | 5 |
| 10 | (1-22%) | Populus tremuloides | 3 |
| 10 | (2-21%) | Carex utriculata | 6 |
| 8 | (3-17%) | Ribes inerme | 4 |
| 8 | (1-20%) | Poa pratensis | 9 |
| 6 | (2-13%) | Carex aquatilis | 3 |
| 6 | (2-10%) | Agrostis gigantea | 3 |
| 5 | (1-10%) | Geum macrophyllum var. perincisum | 3 |

**Other species with < 5% average cover present in at least 10% of plots:**
Rudbeckia laciniata var. ampla (2-6%), Geranium richardsonii (1-7%), Conioselinum scopulorum (1-10%), Thermopsis divaricarpa (1-8%), Lonicera involucrata (2-5%), Fragaria virginiana ssp. glauca (1-8%), Mertensia ciliata (1-5%), Chamerion angustifolium ssp. circumvagum (1-5%), Equisetum arvense (1-5%), Galium boreale (1-7%), Glyceria striata (1-5%), Taraxacum officinale (1-5%), Pedicularis groenlandica (1-5%), Potentilla pulcherrima X hippiana (1-3%), Thalictrum fendleri (1-5%), Trifolium repens (1-5%), Maianthemum stellatum (1-4%), Equisetum pratense (1-3%), Achillea millefolium var. occidentalis (0.1-3%), Rubus idaeus ssp. strigosus (1-2%), Mentha arvensis (1-2%), Dodecatheon pulchellum (1-2%), Phleum pratense (1%).

191

BLM_0035462

**Booth willow / Beaked sedge Shrubland**

*Salix boothii / Carex utriculata*



**Global rank/State rank:**
G4 / S3

**HGM subclass:** R2

**Colorado elevation range:**
7,100-8,600 ft (2,160-2,620 m)



### General Description

This association is generally restricted to northern Colorado. It occurs in the Routt National Forest, and in the Yampa and White River Basins. The *Salix boothii/Carex utriculata* (Booth willow/beaked sedge) plant association is a tall, 4-12 ft (1-4 m) closed canopy shrubland. It commonly occurs in the wettest micro-habitats of the floodplain including low floodplains adjacent to beaver ponds and low areas between beaver dams. The ground is very wet and the water table is at or near the soil surface all season long.

This plant association is generally found along wide riparian corridors in areas adjacent to beaver ponds with saturated soils. In the Yampa River Basin, this association occurs on gently sloping floodplains in soils saturated from irrigation runoff and hillside seepage. Stream channels are wide and meandering, or narrow and steep. The upper soil layers generally contain a deep organic layer with some minerals, fine sands, loams, and clays. Some mottling is evident. The lower layers are gravel or cobble.

### Vegetation Description

*Salix boothii* (Booth willow) dominates the canopy of this association. Other shrub species that may be present include *Salix geyeriana* (Geyer willow), *Salix wolfii* (Wolf willow), *Salix lucida* (ssp. *caudata* or ssp. *lasiandra*) (shining willow), *Salix monticola* (mountain willow), and *Salix planifolia* (planeleaf willow). *Salix serissima* (autumn willow), a rare disjunct species in Colorado, occurred at one site in the Yampa River Basin.

The saturated soils support a dense graminoid layer dominated by *Carex utriculata* (beaked sedge). Other graminoid species that may be present include *Carex aquatilis* (water sedge), *Carex pellita* (woolly sedge), *Calamagrostis canadensis* (bluejoint reedgrass), *Glyceria grandis* (American mannagrass), and *Juncus balticus* var. *montanus* (mountain rush). Forb cover is minimal.

192

BLM_0035463

## Ecological Processes

This plant association commonly becomes established following beaver pond siltation. When an area is flooded by beaver activity, *Carex utriculata* (beaked sedge) becomes established and grows successfully even as the site begins to dry. With further drying of the site, *Salix boothii* (Booth willow) will become established. *Salix boothii* appears to establish on relatively mesic sites with soils that become neither completely saturated nor dry during the growing season. With continued drying, the undergrowth will be replaced with less hydrophytic species. With disturbance, such as excessive grazing, this plant association may be replaced with a *Salix boothii/Poa pratensis* (Booth willow/Kentucky bluegrass) plant association.

| Avg. Cover % | (Range) | Species Name | # Plots (N=9) |
|---|---|---|---|
| 58 | (30-91%) | Salix boothii | 8* |
| 29 | (3-90%) | Carex utriculata | 9 |
| 16 | (1-30%) | Carex pellita | 2 |
| 12 | (5-25%) | Salix geyeriana | 6 |
| 11 | (1-30%) | Salix lucida ssp. caudata, lasiandra | 3 |
| 10 | (10-10%) | Glyceria grandis | 2 |
| 9 | (2-30%) | Carex aquatilis | 8 |
| 8 | (3-16%) | Salix wolfii | 3 |
| 8 | (5-10%) | Lonicera involucrata | 2 |
| 8 | (5-10%) | Calamagrostis stricta | 2 |
| 7 | (5-10%) | Salix planifolia | 3 |
| 7 | (1-13%) | Calamagrostis canadensis | 6 |
| 5 | (1-10%) | Rosa woodsii | 3 |
| 5 | (4-6%) | Salix drummondiana | 3 |

**Other species with < 5% average cover present in at least 10% of plots:**
Ribes inerme (1-5%), Poa pratensis (1-10%), Mertensia ciliata (1-5%), Heracleum maximum (1-5%), Pedicularis groenlandica (1-3%), Ligusticum porteri (1-3%), Equisetum arvense (1-3%), Maianthemum stellatum (1-4%), Thalictrum fendleri (1-2%), Mentha arvensis (1%), Geum macrophyllum var. perincisum (1%), Achillea millefolium var. occidentalis (1%), Carex microptera (1%), Galium trifidum ssp. subbiflorum (1%), Galium boreale (1%), Fragaria virginiana ssp. glauca (1%), Cardamine cordifolia (1%), Alopecurus aequalis (1%), Galium triflorum (1%), Polygonum bistortoides (1%), Senecio bigelovii var. hallii (1%).

*Salix bcothii occurred in all stands, but was not captured in every sample plot.

BLM_0035464

**Booth willow / Mesic forb Shrubland**

*Salix boothii / Mesic forb*



**Global rank/State rank:**
G3 / S3

**HGM subclass:** S1/2, R2

**Colorado elevation range:**
7,000-9,500 ft (2,130-2,900 m)



**General Description**

The *Salix boothii*/mesic forb (Booth willow/mesic forb) plant association is a tall (4-5 ft, 1-2 m) shrubland that often forms extensive thickets (willow carrs) on broad montane floodplains. This association is common in the northern half of Colorado.

This association occurs on wetter sites within the floodplain environment. It is usually found within 2.5 ft (0.75 m) of the water table, but is occasionally located above the channel on low terraces of straighter sections of river. The ground surface is often uneven and hummocky due to past flooding and beaver activity. A narrow to broad, low-gradient floodplain is common along all of the river reaches. Stream channels are steep and narrow, broad and sinuous, narrow and meandering, or recently eroding. Soils are highly stratified with alternating layers of sandy loams and clay loams and mottled within the top 4 inches (10 cm). Others are finely textured, dark-colored, highly organic soils with silty clay loam mottling. Lower profiles contain a gravel or cobble layer which may indicate that the soil section is a silted-in beaver pond.

**Vegetation Description**

*Salix boothii* (Booth willow) forms large stands with a canopy ranging from 20-80% cover. Other shrub species can be as abundant but do not exceed that of *Salix boothii* nor are they consistently present. Other shrub species include *Salix drummondiana* (Drummond willow), *Salix geyeriana* (Geyer willow), *Salix monticola* (mountain willow), *Dasiphora floribunda* (shrubby cinquefoil), *Betula nana* (=*glandulosa*) (bog birch), and *Alnus incana* ssp. *tenuifolia* (thinleaf alder).

The undergrowth is characterized by a sparse to lush forb layer growing on raised hummocks. No one forb species is dominant, instead several abundant species have a

194

BLM_0035465

combined cover of 40-60%. Forb species include *Swertia perennis* (star gentian), *Pedicularis groenlandica* (elephanthead lousewort), *Polygonum bistortoides* (American bistort), *Heracleum maximum* (common cowparsnip), and *Achillea millefolium* var. *occidentalis* (western yarrow). Graminoid cover is typically low (< 20%), but it can be as high as 80%. Graminoid species include *Carex aquatilis* (water sedge), *Carex utriculata* (beaked sedge), and *Calamagrostis canadensis* (bluejoint reedgrass).

## Ecological Processes

The *Salix boothii* (Booth willow)/mesic forb plant association appears to be a stable and long-lived community on sites that are neither completely saturated nor dry throughout the growing season. The undergrowth of *Salix boothii* dominated associations varies according to the substrate and water regime. Wetter stands have an understory of *Carex utriculata* (beaked sedge), while drier stands may have *Calamagrostis canadensis* (bluejoint reedgrass) and various forb species. It is unclear whether grazing increases the dominance of either mesic forbs or graminoids or if there are subtle environmental differences between sites that contribute to this. With excessive grazing, this community may be replaced by a *Salix boothii*/*Poa pratensis* (Booth willow/Kentucky bluegrass) type with native forbs once dominant in the *Salix boothii*/mesic forb plant association growing under the protection of shrub bases.

| Avg. Cover % | (Range) | Species Name | # Plots (N=20) |
|---|---|---|---|
| 58 | (20-80%) | Salix boothii | 20 |
| 31 | (1-80%) | Salix drummondiana | 7 |
| 13 | (1-34%) | Salix geyeriana | 8 |
| 11 | (1-80%) | Calamagrostis canadensis | 11 |
| 10 | (1-20%) | Salix wolfii | 6 |
| 9 | (1-40%) | Heracleum maximum | 13 |
| 9 | (1-40%) | Poa pratensis | 11 |
| 9 | (1-20%) | Agrostis gigantea | 4 |
| 9 | (1-50%) | Fragaria virginiana ssp. glauca | 16 |
| 7 | (1-30%) | Alnus incana ssp. tenuifolia | 6 |
| 6 | (1-20%) | Rudbeckia laciniata var. ampla | 8 |
| 5 | (1-30%) | Sidalcea candida | 7 |
| 5 | (1-20%) | Phleum pratense | 11 |
| 5 | (1-20%) | Carex utriculata | 8 |

**Other species with < 5% average cover present in at least 10% of plots:**
Urtica dioica ssp. gracilis (1-10%), Taraxacum officinale (1-50%), Maianthemum stellatum (1-30%), Elymus repens (1-10%), Symphyotrichum foliaceum (1-10%), Lonicera involucrata (1-5%), Galium boreale (1-20%), Poa palustris (1-10%), Elymus glaucus (1-7%), Cardamine cordifolia (1-10%), Geranium richardsonii (1-10%), Ribes inerme (1-10%), Mertensia ciliata (1-5%), Equisetum arvense (1-6%), Achillea millefolium var. occidentalis (1-10%), Thalictrum fendleri (1-5%), Solidago canadensis (1-5%), Symphyotrichum lanceolatum ssp. hesperium var. hesperium (1-5%), Rubus idaeus ssp. strigosus (1-5%), Dactylis glomerata (1-5%), Geum macrophyllum var. perincisum (1-5%), Hymenoxys hoopesii (1-5%), Senecio bigelovii var. hallii (1-4%), Vicia americana (1-5%), Aconitum columbianum (1-2%), Carex microptera (1%), Conioselinum scopulorum (1%), Senecio triangularis (1%), Glyceria striata (1%), Chamerion angustifolium ssp. circumvagum (1%).

195

BLM_0035466

## Booth willow / Mesic graminoid Shrubland

### *Salix boothii* / Mesic graminoid



**Global rank/State rank:**
G3? / S3

**HGM subclass:**  R2

**Colorado elevation range:**
7,800-8,900 ft (2,370-2,700 m)



### General Description

*Salix boothii* (Booth willow) is a medium to tall shrub that often forms dense thickets on moist stream terraces and drier alluvial terraces.  This plant association is generally found along wide riparian corridors, often surrounding beaver ponds.

In the Yampa River Basin, this association occurs on gently sloping floodplains in soils saturated from irrigation runoff and hillside seepage.  Stream channels are wide and meandering.  The upper soil layers are generally mineral soils that may be fine sands, loams, and clays.  Some mottling is evident.  Lower layers are gravel or cobble.

### Vegetation Description

*Salix boothii* (Booth willow) provides a fairly dense canopy in this association, usually with about 70% cover.  Other shrub species that may be present include *Salix geyeriana* (Geyer willow) and *Salix wolfii* (Wolf willow).

Wetter sites support a dense graminoid layer dominated by *Calamagrostis canadensis* (bluejoint reedgrass), with smaller amounts of *Carex utriculata* (beaked sedge) and *Carex pellita* (woolly sedge).  In drier sites, the graminoid component often includes *Agrostis gigantea* (redtop), *Agrostis stolonifera* (creeping bentgrass), or *Poa pratensis* (Kentucky bluegrass).  Forb cover is often minor but may include *Vicia americana* (American vetch) or *Fragaria virginiana* (strawberry).

### Ecological Processes

This plant association commonly becomes established following beaver pond siltation and some drying.  *Salix boothii* appears to establish on relatively mesic sites with soils that become neither completely saturated nor dry during the growing season.  With continued drying, the undergrowth will be replaced with less hydrophytic species.  With disturbance, such as excessive grazing, this plant association may be replaced

196

with a *Salix boothii/Poa pratensis* (Booth willow/Kentucky bluegrass) plant association.

| Avg. Cover % | (Range) | Species Name | # Plots (N=3) |
|---|---|---|---|
| 54 | (22-70%) | Salix boothii | 3 |
| 20 | — | Agrostis gigantea | 1 |
| 20 | — | Salix exigua | 1 |
| 20 | — | Poa palustris | 1 |
| 19 | — | Salix lucida ssp. caudata, lasiandra | 1 |
| 16 | — | Potentilla pulcherrima X hippiana | 1 |
| 10 | (5-15%) | Phleum pratense | 2 |
| 10 | — | Carex hoodii | 1 |
| 10 | — | Carex pellita | 1 |
| 10 | — | Symphyotrichum foliaceum | 1 |
| 10 | — | Salix wolfii | 1 |
| 10 | — | Salix monticola | 1 |
| 10 | — | Salix geyeriana | 1 |
| 9 | — | Calamagrostis canadensis | 1 |
| 9 | (1-16%) | Mentha arvensis | 2 |
| 8 | (5-10%) | Vicia americana | 2 |
| 8 | (5-10%) | Poa pratensis | 2 |
| 5 | — | Carex norvegica ssp. stevenii | 1 |
| 5 | — | Solidago canadensis | 1 |
| 5 | — | Ribes inerme | 1 |

**Other species with < 5% average cover present in at least 10% of plots:**
Equisetum arvense (1-10%), Carex aquatilis (4%), Iris missouriensis (4%), Thalictrum fendleri (1-9%), Taraxacum officinale (1-9%), Fragaria virginiana ssp. glauca (1-5%), Deschampsia caespitosa (3%), Maianthemum stellatum (1-4%), Salix bebbiana (2%), Carex utriculata (1-2%), Galium boreale (1%), Geum macrophyllum var. perincisum (1%), Achillea millefolium var. occidentalis (1%), Fragaria vesca ssp. bracteata (1%), Aconitum columbianum (1%), Bromus tectorum (1%), Chamerion angustifolium ssp. circumvagum (1%), Sidalcea candida (1%), Geranium richardsonii (1%), Mertensia ciliata (1%).

197

BLM_0035468

## Drummond willow / Bluejoint reedgrass Shrubland

### *Salix drummondiana / Calamagrostis canadensis*



**Global rank/State rank:**
G3 / S3

**HGM subclass:** S1/2, R2

**Colorado elevation range:**
8,000-9,800 ft (2,400-3,000 m)



### General Description

The *Salix drummondiana/Calamagrostis canadensis* (Drummond willow/bluejoint reedgrass) plant association is characterized by a dense canopy of *Salix drummondiana* and a thick undergrowth of *Calamagrostis canadensis*. This association is often associated with beaver activity along streams and can also occur within the riparian mosaic with *Abies lasiocarpa-Picea engelmannii* (subalpine fir-Engelmann spruce) forests. This plant association occurs in scattered locations on the West Slope in the Yampa, Colorado and Gunnison River Basins and in the Routt National Forest.

This plant association occurs as small, isolated patches in forest and shrubland openings along channels in narrow valley bottoms. *Salix drummondiana* (Drummond willow) usually occurs along steep, narrow stream margins. It is often associated with beaver activity and can occasionally occur along low-gradient streams.

### Vegetation Description

*Salix drummondiana* (Drummond willow) dominates the shrub overstory. Other shrubs can be present and abundant, such as *Salix planifolia* (planeleaf willow) and *Alnus incana* ssp. *tenuifolia* (thinleaf alder). The graminoid layer is dominated by *Calamagrostis canadensis* (bluejoint reedgrass). Other abundant graminoids include *Carex aquatilis* (water sedge), *Carex utriculata* (beaked sedge), and *Glyceria striata* (fowl mannagrass). Forb cover is typically low and includes *Galium boreale* (northern bedstraw), *Geranium richardsonii* (Richardson geranium), and *Mertensia ciliata* (tall fringed bluebells).

### Ecological Processes

The *Salix drummondiana/Calamagrostis canadensis* (Drummond willow/bluejoint reedgrass) plant association is often an early colonizer of first-order, boulder-strewn, steep streams. Only a few stands representing the *Salix drummondiana/Calamagrostis canadensis* (Drummond willow/bluejoint reedgrass) plant association have been found

198

BLM_0035469

in Colorado, and livestock grazing has probably altered the species composition of these stands.  This association appears to be limited to saturated wetland environments and therefore may be dependent on beaver populations that maintain a high water table.  In addition, near beaver activity, this association may be a mid-successional community that will eventually become a *Salix planifolia* (planeleaf willow) or *Salix monticola* (mountain willow) type as the area dries slightly and accumulates sediment.

| Avg. Cover % | (Range) | Species Name | # Plots (N=12) |
|---|---|---|---|
| 54 | (20-95%) | Salix drummondiana | 12 |
| 34 | (3-80%) | Calamagrostis canadensis | 11 |
| 15 | (5-30%) | Carex utriculata | 3 |
| 14 | (5-30%) | Carex aquatilis | 4 |
| 13 | (5-20%) | Salix geyeriana | 2 |
| 11 | (1-20%) | Salix planifolia | 2 |
| 10 | (1-20%) | Salix monticola | 3 |
| 9 | (5-11%) | Glyceria striata | 3 |
| 8 | (0.1-30%) | Heracleum maximum | 8 |
| 4 | (1-7%) | Equisetum arvense | 6 |

**Other species with < 5% average cover present in at least 10% of plots:**
Chamerion angustifolium ssp. circumvagum (1-5%), Galium triflorum (1-5%), Veronica americana (1-4%), Deschampsia caespitosa (2-3%), Geranium richardsonii (1-5%), Alnus incana ssp. tenuifolia (2-3%), Mertensia ciliata (1-5%), Taraxacum officinale (1-3%), Poa pratensis (1-3%), Fragaria virginiana ssp. glauca (1-3%), Cardamine cordifolia (1-3%), Veratrum tenuipetalum (1-2%), Thalictrum sparsiflorum (1-2%), Geum macrophyllum var. perincisum (1-3%), Senecio triangularis (1-3%), Conioselinum scopulorum (0.1-2%), Achillea millefolium var. occidentalis (1%), Galium boreale (1%), Rubus idaeus ssp. strigosus (1%), Lonicera involucrata (1%), Bromus ciliatus var. ciliatus  (1%), Epilobium lactiflorum (0.1-1%).



*Salix drummondiana*

199

## Drummond willow / Water sedge Shrubland

### *Salix drummondiana / Carex aquatilis*



**Global rank/State rank:**
G2G3 / S2S3

**HGM subclass:**  S1/2?, R2

**Colorado elevation range:**
8,430-10,460 ft (2,570-3,190 m)



### General Description

The *Salix drummondiana/Carex aquatilis* (Drummond willow/water sedge) plant association forms a narrow band of tall (5-8 ft, 1.5-2.5 m) willows lining steep to moderately steep streams in the montane zone of the Rocky Mountains. The dominance of *Carex aquatilis* (water sedge) in the undergrowth is an indication of a wet, stable site. This association represents one of the wettest types within the *Salix drummondiana* Alliance.

*Salix drummondiana* (Drummond willow) typically becomes the dominant willow on floodplains of high-gradient streams in narrow, V-shaped valleys. Stream channels are steep and incised. Soils are deep sandy clays with high organic content in the top layers. Mottling is infrequent (10%) 6-20 inches (15-50 cm) below the surface and the soil profile becomes skeletal at a depth of 13 inches (33 cm).

### Vegetation Description

*Salix drummondiana* (Drummond willow) forms a thick band of tall, 5-8 ft (1.5-2.5 m), shrubs overhanging the stream channel. Other shrubs that may be present include *Salix monticola* (mountain willow), *Dasiphora floribunda* (shrubby cinquefoil), and *Cornus sericea* (red-osier dogwood). The undergrowth is a thick carpet of grasses, grass-like plants and forbs including *Carex aquatilis* (water sedge), *Carex utriculata* (beaked sedge), *Carex microptera* (smallwing sedge), *Conioselinum scopulorum* (Rocky Mountain hemlockparsley), *Equisetum arvense* (field horsetail), *Fragaria virginiana* (strawberry), and *Senecio triangularis* (arrowleaf ragwort).

### Ecological Processes

The *Salix drummondiana/Carex aquatilis* (Drummond willow/water sedge) plant association is early- to mid-seral. *Salix drummondiana* is a prolific seed producer and one of the first to colonize coarse-textured cobble bars and recently scoured alluvial

200

BLM_0035471

surfaces. *Salix drummondiana* is flexible and can tolerate most flood events. With time, fine-textured particles are deposited on the alluvial surface, raising the ground level above the annual flood stage. These fine-textured particles along with litter develop into more nutrient-rich soils. If the site remains close to the water table, but is not heavily disturbed by flooding (no scouring), grasses and grass-like plants will become established. The presence of *Carex aquatilis* and other sedge species is a good indication of a wet-mesic and stable site. With time, this association may become dominated by conifer trees.

| Avg. Cover % | (Range) | Species Name | # Plots (N=3) |
|---|---|---|---|
| 36 | (30-42%) | Salix drummondiana | 3 |
| 28 | (20-45%) | Carex aquatilis | 3 |
| 21 | (11-30%) | Calamagrostis canadensis | 2 |
| 15 | — | Juncus tracyi | 1 |
| 11 | (5-16%) | Salix monticola | 3 |
| 10 | — | Equisetum pratense | 1 |
| 10 | — | Dodecatheon pulchellum | 1 |
| 10 | — | Dasiphora floribunda | 1 |
| 9 | (3-15%) | Picea engelmannii | 2 |
| 9 | — | Pinus contorta | 1 |
| 6 | — | Fragaria virginiana ssp. glauca | 1 |
| 6 | — | Juncus compressus | 1 |
| 6 | (1-10%) | Conioselinum scopulorum | 2 |
| 5 | — | Cornus sericea | 1 |
| 5 | — | Alnus incana ssp. tenuifolia | 1 |
| 5 | — | Carex simulata | 1 |
| 5 | — | Erigeron eximius | 1 |
| 5 | — | Caltha leptosepala | 1 |
| 5 | — | Salix lucida ssp. caudata, lasiandra | 1 |
| 5 | — | Ribes montigenum | 1 |

**Other species with < 5% average cover present in at least 10% of plots:**
Arnica cordifolia (4%), Fragaria vesca ssp. bracteata (4%), Salix planifolia (2-5%), Arnica mollis (3%), Vaccinium scoparium (3%), Senecio triangularis (3%), Saxifraga odontoloma (3%), Festuca thurberi (3%), Pinus aristata (3%), Pedicularis groenlandica (3%), Oxypolis fendleri (0.1-5%), Taraxacum officinale (0.1-6%), Poa compressa (1-3%), Carex utriculata (2%), Equisetum arvense (2%), Aconitum columbianum (2%), Carex interior (2%), Carex occidentalis (2%), Chamerion angustifolium ssp. circumvagum (1%), Carex microptera (1%), Epilobium hornemannii (1%), Clematis ligusticifolia (1%), Angelica grayi (1%), Carex albonigra (1%), Cardamine cordifolia (1%), Cerastium arvense ssp. strictum (1%), Streptopus amplexifolius var. chalazatus (1%), Salix brachycarpa (1%), Pyrola asarifolia ssp. asarifolia (1%), Potentilla pulcherrima (1%), Polygonum viviparum (1%), Orthilia secunda (1%), Mitella pentandra (1%), Maianthemum stellatum (1%), Lupinus argenteus (1%), Vahlodea atropurpurea (1%), Juncus balticus var. montanus (1%), Abies lasiocarpa (1%), Poa pratensis (1%), Geum macrophyllum var. perincisum (0.1%), Achillea millefolium var. occidentalis (0.1%), Trifolium pratense (0.1%), Platanthera hyperborea var. hyperborea (0.1%).

201

BLM_0035472

## Drummond willow / Mesic forb Shrubland

### *Salix drummondiana /* Mesic forb



**Global rank/State rank:**
G4 / S4

**HGM subclass:** S3/4, R2, R3/4

**Colorado elevation range:**
7,500-11,300 ft (2,400-3,500 m)



### General Description

The *Salix drummondiana*/mesic forb (Drummond willow/mesic forb) plant association most commonly occurs on relatively steep streams and rarely forms more than a narrow, 5-25 ft (1.5-7.5 m) wide, band along streambanks. The closed to partially open canopy of *Salix drummondiana* and a thick carpet of many forb species characterize this plant association. This plant association occurs throughout the Western Slope and in montane regions along the Colorado Front Range.

The association occurs as a narrow band along high gradient streams in narrow, V-shaped valleys and as large willow carrs in the broad valleys of low gradient (1-3%), moderately sinuous streams. It is also located along broad, highly sinuous streams and broad, actively downcutting channels. This association also occurs near seeps. Soils range from deep sandy loams and sandy clay loams with no coarse fragments to shallow silty clay loams and sandy clay loams over coarse, angular cobbles.

### Vegetation Description

*Salix drummondiana* (Drummond willow) forms an open to closed, narrow canopy of tall shrubs lining the stream bank. Other shrub species may be present with cover equal to but not exceeding that of *Salix drummondiana*. Mature trees may be present as a few individuals scattered through the shrubland or as canopy from an adjacent forested association. Stands with an overstory canopy of aspen are currently included in this association, although a *Populus tremuloides Salix drummondiana* type may be separated at a later date. The herbaceous undergrowth may be sparse or richly diverse.

202

BLM_0035473

In general, total forb cover exceeds that of graminoid cover, and no single species is dominant.

## Ecological processes

The *Salix drummondiana*/mesic forb (Drummond willow/mesic forb) association is often an early colonizer of first-order, boulder-strewn, steep streams. This association could be an early-seral stage of the *Abies lasiocarpa-Picea engelmannii* (subalpine fir-Engelmann spruce) plant association which also occurs along steep streams and alternates with the willow carrs. In wider valleys, this association occurs as a broad willow carr on well-developed soils near seeps or downstream from beaver dams. It appears to be a stable community in these environments.

| Avg. Cover % | (Range) | Species Name | # Plots (N=60) |
|---|---|---|---|
| 55 | (20-98%) | Salix drummondiana | 60 |
| 15 | (2-37%) | Salix planifolia | 7 |
| 13 | (1-75%) | Populus tremuloides | 10 |
| 12 | (1-21%) | Alnus incana ssp. tenuifolia | 17 |
| 11 | (0.1-40%) | Salix monticola | 33 |
| 10 | (0.1-44%) | Mertensia ciliata | 41 |
| 9 | (1-29%) | Carex utriculata | 12 |
| 8 | (1-40%) | Heracleum maximum | 39 |
| 8 | (1-26%) | Mertensia franciscana | 9 |
| 8 | (1-34%) | Picea engelmannii | 21 |
| 8 | (1-30%) | Delphinium barbeyi | 8 |
| 8 | (1-60%) | Equisetum arvense | 30 |
| 7 | (1-20%) | Carex aquatilis | 7 |
| 6 | (0.1-30%) | Lonicera involucrata | 36 |
| 6 | (1-40%) | Cardamine cordifolia | 44 |
| 6 | (1-24%) | Ligusticum porteri | 12 |
| 6 | (0.1-30%) | Calamagrostis canadensis | 31 |
| 6 | (1-30%) | Oxypolis fendleri | 24 |
| 5 | (1-20%) | Ribes inerme | 14 |
| 5 | (1-20%) | Agrostis gigantea | 7 |
| 5 | (1-21%) | Arnica cordifolia | 8 |
| 5 | (1-13%) | Picea pungens | 10 |
| 5 | (1-34%) | Saxifraga odontoloma | 19 |

**Other species with < 5% average cover present in at least 10% of plots:**
Hydrophyllum fendleri (1-17%), Rudbeckia laciniata var. ampla (1-14%), Dasiphora floribunda (1-19%), Senecio triangularis (1-24%), Abies lasiocarpa (1-12%), Geranium richardsonii (1-20%), Aconitum columbianum (1-20%), Elymus glaucus (1-10%), Osmorhiza depauperata (1-10%), Sambucus racemosa var. racemosa (1-10%), Chamerion angustifolium ssp. circumvagum (1-12%), Maianthemum stellatum (1-10%), Poa pratensis (1-20%), Conioselinum scopulorum (1-8%), Bromus ciliatus var. ciliatus (1-5%), Carex microptera (1-10%), Deschampsia caespitosa (1-7%), Thalictrum fendleri (1-5%), Veratrum tenuipetalum (1-5%), Viola canadensis var. scopulorum (1-10%), Geum macrophyllum var. perincisum (1-10%), Taraxacum officinale (0.1-8%), Galium triflorum (1-5%), Fragaria virginiana ssp. glauca (1-6%), Phleum pratense (1-5%), Urtica dioica ssp. gracilis (1-5%), Achillea millefolium var. occidentalis (0.1-5%), Streptopus amplexifolius var. chalazatus (1-5%), Rubus idaeus ssp. strigosus (1-5%), Mitella pentandra (1-4%), Symphoricarpos oreophilus (1-5%), Mimulus guttatus (1-3%), Glyceria striata (1-4%), Thlaspi montanum (1%), Pedicularis groenlandica (1%), Descurainia incana (1%).

203

## Sandbar willow / Barren Ground Shrubland
### *Salix exigua /* Barren Ground



**Global rank/State rank:**
G5 / S5

**HGM subclass:** D4/5, R3/4, R5

**Colorado elevation range:**
3,600-9,900 ft (1,100-3,000 m)



### General Description

This association occurs throughout Colorado, in every major watershed without exception. *Salix exigua* (sandbar willow) is one of the most common willow species in Colorado and occurs as a dominant in two associations, the *Salix exigua*/mesic graminoid and the *Salix exigua*/barren ground. These are easy to recognize as they are nearly pure stands of the willow, with few other species present. An undergrowth of a few, widely scattered forbs and grasses, where exposed cobbles or sand characterizes the ground cover, constitutes the *Salix exigua*/barren ground association, while an undergrowth of dense grasses and forbs covering at least 30% of the ground falls into the mesic graminoid type. *Salix exigua*/barren ground association occurs within the annual flood zone of a river on point bars, islands, sand or cobble bars and stream banks, while the *Salix exigua*/mesic graminoid association generally occurs along backwater channels and other perennially wet, but less scoured sites, such as floodplain swales and irrigation ditches.

This early seral plant association occurs primarily on sand and cobble bars of larger (second order and up) rivers. It is associated with annual flooding and inundation and will grow well into the channel, where it is flooded, even in drier years. It can form large, wide stands on mid-channel islands on larger rivers such as the Gunnison, Colorado and South Platte, or narrow stringer bands on small, rocky tributaries. This plant association occurs along a wide variety of stream reaches from moderately sinuous and moderate gradient reaches, to broad, meandering rivers with wide floodplains or broad, braided channels. Many stands also occur within highly entrenched or eroding gullies.

Soils of this association are typically coarse alluvial deposits of sand, silt and cobbles that are highly stratified with depth from flooding scour and deposition. Highly stratified profiles consist of alternating layers of clay loam and organic material with coarser sand or thin layers of sandy loam over very coarse alluvium. Occasionally, this association occurs on deep pockets of sand.

BLM_0035475

## Vegetation Description

This association is characterized by an almost exclusive canopy of *Salix exigua* (sandbar willow) (1-98% cover) with very little herbaceous cover. Other shrubs and tree species may be present, but these rarely have greater cover than *Salix exigua*. Because this is such a widespread and common association, many other species can be present. A variety of other woody species may include *Populus angustifolia* (narrowleaf cottonwood), *P. deltoides* (plains cottonwood), *Abies lasiocarpa* (subalpine fir), *Salix ligulifolia* (strapleaf willow), *S. lucida* ssp. *caudata* (shining willow), *S. monticola* (mountain willow), *Acer negundo* (boxelder), and *Alnus incana* ssp. *tenuifolia* (thinleaf alder).

The herbaceous cover is typically very low, but can be as high as 30%. No single key herbaceous species is an indicator for this association, rather is it the combined amount of bare soil (dirt), gravel, cobble, or boulders that make up the ground cover that is the diagnostic indicator for this association. Common herbaceous species include *Poa pratensis* (Kentucky bluegrass), *Carex* spp. (sedge), *Melilotus officinalis* (yellow sweetclover), and *Cirsium* spp. (thistle). Although some species may appear high in cover, it is usually not representative of the whole stand, or it occurs between cobbles and boulders. Another key indicator for this association is the lack of soil development, and high ground cover of coarse alluvial material.

## Ecological Processes

The *Salix exigua*/barren ground (sandbar willow/barren ground) plant association is considered an early seral community, capable of colonizing freshly deposited sand and gravel bars. *Salix exigua* is an excellent soil stabilizer with a deep root system and flexible stems that can withstand flooding. *Salix exigua* reduces erosion potential by increasing the friction of stream flow, trapping sediments and building a protected seed bed for a number of tree and shrub species. Succession without disturbance may lead to a greater understory cover, which, in turn, facilitates the establishment of shrub and tree seedlings. The presence of cottonwood seedlings within this association indicates succession to a cottonwood stand, if seedlings survive subsequent flooding events.

| Avg. Cover % | (Range) | Species Name | # Plots (N=73) |
|---|---|---|---|
| 61 | (0.1-98%) | Salix exigua | 73 |
| 10 | (0.1-60%) | Clematis ligusticifolia | 9 |
| 8 | (1-40%) | Melilotus officinalis | 10 |
| 6 | (1-15%) | Cirsium arvense | 10 |
| 6 | (1-22%) | Trifolium repens | 7 |
| 5 | (1-20%) | Rosa woodsii | 13 |
| 5 | (0.1-30%) | Cornus sericea | 13 |

**Other species with < 5% average cover present in at least 10% of plots:**
Agrostis gigantea (0.1-10%), Poa pratensis (1-15%), Populus deltoides (0.1-10%), Glycyrrhiza lepidota (0.1-10%), Equisetum hyemale var. affine (0.1-7%), Xanthium strumarium (0.1-5%), Apocynum cannabinum (0.1-10%), Bromus inermis (1-5%), Eleocharis palustris (0.1-10%), Medicago lupulina (1-5%), Echinochloa crus-galli (0.1-5%), Equisetum arvense (1-3%), Mentha arvensis (0.1-3%), Taraxacum officinale (0.1-1%).

205

BLM_0035476

## Sandbar willow / Mesic graminoid Shrubland
### *Salix exigua /* Mesic graminoid



**Global rank/State rank:**
G5 / S5

**HGM subclass:**  R3/4, R5

**Colorado elevation range:**
3,400-9,600 ft (1,040-2,930 m)



### General Description

*Salix exigua* (sandbar willow) is one of the most common willow species in Colorado. and is characteristic of two associations, the *Salix exigua*/mesic graminoid and the *Salix exigua*/barren ground.  Both may be nearly pure stands of the willow, with few other species present.  An undergrowth of dense grasses and forbs covering at least 30% of the ground falls into the mesic graminoid type, while an undergrowth of a few, widely scattered forbs and grasses, where exposed cobbles or sand characterizes the ground cover, constitutes the *Salix exigua*/barren ground association.  The *Salix exigua*/mesic graminoid association generally occurs along backwater channels and other perennially wet, but less scoured sites, such as floodplain swales and irrigation ditches while the *Salix exigua*/barren ground association occurs within the annual flood zone of a river on point bars, islands, sand or cobble bars and stream banks.

This plant association usually occurs within 3 feet (1 m) vertical distance of the stream channel on point bars, low floodplains, terraces and along overflow channels.  It can also occur away from the stream channel in mesic swales or along the margins of beaver ponds.  Stream channels are broad to narrow and meandering with sand or cobble beds.  Soils are typically somewhat more developed than the *Salix exigua*/barren ground plant association due to a slightly more stable environment and greater input of organic matter.  Textures are typically loamy sands interspersed with layers of silty clays and alternating with coarse sands.  Upper layers (10-30 cm) often have 25-30% organic matter.

### Vegetation Description

*Salix exigua* (sandbar willow) dominates the canopy of this association, giving the association its characteristic grayish-green color.  Other shrub species can also be

206

BLM_0035477

present including *Rosa woodsii* (Woods rose), *Salix bebbiana* (Bebb willow), *Salix ligulifolia* (strapleaf willow), *Salix monticola* (mountain willow), *Salix lucida* (ssp. *caudata* or ssp. *lasiandra*) (shining willow), *Salix planifolia* (planeleaf willow), *Salix geyeriana* (Geyer willow), and *Alnus incana* ssp. *tenuifolia* (thinleaf alder).  The undergrowth has at least 20-35% cover of various graminoid (and sometimes forb) species, although no single species is consistently present.  Species include *Poa pratensis* (Kentucky bluegrass), *Juncus balticus* var. *montanus* (mountain rush), *Cirsium* spp. (thistle), *Carex pellita* (woolly sedge), and *Eleocharis palustris* (common spikerush).  Forb cover is generally low, but can include a high percentage of non-native species such as *Medicago lupulina* (black medick) and *Melilotus officinalis* (yellow sweetclover).

## Ecological Processes

This plant association is typical of recent floodplains and highly disturbed, low, wet areas and is considered early-seral.  The amount of herbaceous growth in the understory is an indication of the amount of time since the last scouring (or depositional) flood event.  *Salix exigua* (sandbar willow) is an excellent soil stabilizer with a deep root system and flexible stems that can withstand flooding.  *Salix exigua* reduces erosion potential by increasing the friction of stream flow, trapping sediments and building a protected seed bed for a number of tree and shrub species.  The presence of cottonwood seedlings within this association indicates succession to a cottonwood stand (and may represent the *Populus angustifolia* or *Populus deltoides/Salix exigua* plant associations), if seedlings survive subsequent flooding events.

| Avg. Cover % | (Range) | Species Name | # Plots (N=118) |
|---|---|---|---|
| 64 | (5-100%) | Salix exigua | 118 |
| 22 | (1-88%) | Agrostis gigantea | 48 |
| 21 | (0.1-63%) | Elymus lanceolatus | 16 |
| 17 | (2-38%) | Agrostis stolonifera | 14 |
| 16 | (0.1-100%) | Poa pratensis | 58 |
| 16 | (0.1-60%) | Carex pellita | 28 |
| 14 | (0.1-63%) | Juncus balticus var. montanus | 33 |
| 12 | (0.1-85%) | Bromus inermis | 22 |
| 12 | (0.1-38%) | Tamarix ramosissima | 12 |
| 10 | (0.1-38%) | Schoenoplectus pungens | 23 |
| 10 | (1-80%) | Rosa woodsii | 22 |
| 9 | (0.1-31%) | Melilotus officinalis | 27 |
| 8 | (0.1-40%) | Eleocharis palustris | 29 |
| 7 | (1-20%) | Salix monticola | 14 |
| 7 | (1-38%) | Equisetum arvense | 34 |
| 7 | (1-15%) | Symphyotrichum lanceolatum ssp. hesperium var. hesperium | 17 |
| 7 | (1-38%) | Glycyrrhiza lepidota | 16 |
| 6 | (0.1-38%) | Cirsium arvense | 28 |
| 6 | (0.1-23%) | Salix ligulifolia | 15 |
| 5 | (1-18%) | Trifolium repens | 13 |
| 5 | (0.1-38%) | Populus deltoides | 22 |

Other species with < 5% average cover present in at least 10% of plots:
Plantago major (0.1-24%), Hordeum jubatum ssp. jubatum (1-22%), Achillea millefolium var. occidentalis (0.1-38%), Mentha arvensis (0.1-30%), Taraxacum officinale (0.1-10%), Epilobium ciliatum ssp. glandulosum (0.1-5%), Elymus canadensis (0.1-10%), Verbascum thapsus (0.1-16%), Equisetum laevigatum (0.1-5%).

BLM_0035478

**Sandbar willow - Strapleaf willow Shrubland**

*Salix exigua - Salix liguifolia* (=*S. eriocephala* **var.** *ligulifolia*)



**Global rank/State rank:**
G2G3 / S2S3

**HGM subclass:** R3/4, R5

**Colorado elevation range:**
5,700-8,000 ft (1,700-2,450 m)



<u>**General Description**</u>

The *Salix exigua-Salix ligulifolia* (sandbar willow-strapleaf willow) plant association is a medium- to tall-willow shrubland occurring on saturated pointbars and active stream channels of foothill tributary streams. In the mountains, *Salix ligulifolia* mixes with *Salix monticola* (mountain willow) and *Salix drummondiana* (Drummond willow), forming the *Salix ligulifolia* (strapleaf willow) plant association. In the foothills, *Salix ligulifolia* mixes with *Salix exigua* (sandbar willow) and *Salix lucida* (shining willow), forming the *Salix exigua-Salix ligulifolia* (sandbar willow-strapleaf willow) plant association.

This plant association occurs in the wettest part of the riparian area, usually adjacent to the channel on low point bars, islands, low stream banks and overflow channels. The streams are broad and meandering with sandy beds or braided channels. Soils of foothill sites are shallow sandy clay loams and sands over unconsolidated alluvial material with thin buried layers of organic material.

<u>**Vegetation Description**</u>

This plant association is predominantly tall stands of *Salix ligulifolia* (strapleaf willow) mixed with *Salix exigua* (sandbar willow). Other shrubs that may be present include *Salix lucida* ssp. *caudata* (shining willow), *Rosa woodsii* (Woods rose), *Quercus gambelii* (Gambel oak), *Symphoricarpos* spp. (snowberry), *Prunus virginiana* (chokecherry), *Crataegus rivularis* (river hawthorn), *Alnus incana* ssp. *tenuifolia* (thinleaf alder), and *Betula occidentalis* (river birch). The herbaceous undergrowth is dominated by any number of species, including *Carex pellita* (woolly sedge), *Carex nebrascensis* (Nebraska sedge), *Eleocharis palustris* (common spikerush), *Lactuca serriola* (prickly lettuce), *Juncus balticus* var. *montanus* (mountain rush), *Muhlenbergia asperifolia* (alkali muhly), *Rudbeckia laciniata* var. *ampla* (cutleaf coneflower), *Calamagrostis stricta* (slimstem reedgrass), *Cirsium arvense* (Canadian thistle), *Bromus tectorum* (cheatgrass), and *Bromus inermis* (smooth brome).

208

BLM_0035479

## Ecological Processes

This plant association appears to be an early- to mid-seral community.  It occupies point bars and low stream banks that are flooded annually in the spring.  It may be a transition zone between the common low elevation *Salix exigua* (sandbar willow) plant association and the less common montane elevation *Salix ligulifolia* (strapleaf willow) dominated associations.

| Avg. Cover % | (Range) | Species Name | # Plots (N=12) |
|---|---|---|---|
| 38 | (15-70%) | Salix ligulifolia | 12 |
| 31 | (8-85%) | Salix exigua | 11 |
| 21 | (1-40%) | Bromus inermis | 2 |
| 18 | (10-25%) | Alnus incana ssp. tenuifolia | 2 |
| 16 | (1-46%) | Carex pellita | 6 |
| 16 | (10-21%) | Cornus sericea | 2 |
| 12 | (1-37%) | Maianthemum stellatum | 4 |
| 12 | (8-15%) | Rudbeckia laciniata var. ampla | 2 |
| 10 | (7-13%) | Muhlenbergia asperifolia | 2 |
| 10 | (1-26%) | Populus deltoides | 3 |
| 8 | (1-20%) | Cirsium arvense | 4 |
| 8 | (1-20%) | Lactuca serriola | 3 |
| 7 | (1-12%) | Salix lucida ssp. caudata, lasiandra | 3 |
| 7 | (1-12%) | Betula occidentalis | 2 |
| 6 | (1-9%) | Dactylis glomerata | 3 |
| 6 | (2-10%) | Equisetum hyemale var. affine | 2 |
| 6 | (1-10%) | Bromus tectorum | 2 |
| 5 | (1-10%) | Juncus balticus var. montanus | 4 |
| 5 | (5-5%) | Geranium richardsonii | 2 |
| 5 | (1-9%) | Agrostis stolonifera | 2 |
| 5 | (1-12%) | Poa pratensis | 9 |

**Other species with < 5% average cover present in at least 10% of plots:**
Symphyotrichum lanceolatum ssp. hesperium var. hesperium (4-5%), Galium boreale (1-6%), Symphoricarpos oreophilus (1-6%), Populus angustifolia (2-5%), Equisetum laevigatum (1-7%), Taraxacum officinale (1-5%), Iris missouriensis (2-3%), Clematis ligusticifolia (1-4%), Rosa woodsii (1-6%), Carex microptera (1-3%), Medicago lupulina (1-3%), Alopecurus aequalis (1-3%), Apocynum androsaemifolium (1-3%), Mentha arvensis (1-3%), Eleocharis palustris (1-3%), Vicia americana (1-4%), Glycyrrhiza lepidota (1-3%), Achillea millefolium var. occidentalis (1-2%), Equisetum arvense (1-3%), Elymus trachycaulus ssp. trachycaulus (1%), Plantago major (1%), Medicago sativa (1%), Trifolium repens (1%), Verbascum thapsus (1%), Schoenoplectus acutus\tabernaemontani (1%), Rhus trilobata var. trilobata (1%).



*Salix exigua*

209

BLM_0035480

# Geyer willow / Bluejoint reedgrass Shrubland
## *Salix geyeriana / Calamagrostis canadensis*



**Global rank/State rank:**
G5 / S3

**HGM subclass:** R2

**Colorado elevation range:**
7,700-10,000 ft (2,350-3,050 m)



## General Description

The *Salix geyeriana/Calamagrostis canadensis* (Geyer willow/bluejoint reedgrass) plant association is a tall (6-10 ft, 2-3 m), deciduous shrubland, often forming large expanses of willows on broad montane valley floors. The ground is usually hummocky with a thick carpet of grasses and grass-like plants. These shrublands are often associated with beaver-created wetlands. Although this association has been reported from several states, it is relatively uncommon in Colorado where it occurs in the Colorado River Basin, the upper South Platte River Basin, and on the Routt, Arapaho, Roosevelt, Rio Grande, and Gunnison National Forests.

This plant association occurs along sinuous, moderate to low gradient (0.1-8%) rivers and adjacent to beaver ponds on hummocky land surfaces. Stream channels are wide and strongly meandering. Soil textures are fine silty clay loams with high organic content.

## Vegetation Description

*Salix geyeriana* (Geyer willow) dominates the tall-shrub overstory. Other shrubs that may be present include *Salix monticola* (mountain willow), *Salix planifolia* (planeleaf willow), *Salix drummondiana* (Drummond willow), and *Alnus incana* ssp. *tenuifolia* (thinleaf alder). The undergrowth is always dominated by *Calamagrostis canadensis* (bluejoint reedgrass). Other graminoids that may be present include *Carex aquatilis* (water sedge) and *Carex utriculata* (beaked sedge). Forb cover is relatively low.

## Ecological Processes

The *Salix geyeriana* (Geyer willow) dominated associations appear to be long-lived and late-seral, remaining in areas where a shallow water table saturates soils, not dropping below 3 ft (1 m) for much of the growing season. Stands are limited to cold, wet environments of broad valley bottoms at high elevations. Due to the colder environments, organic matter builds up in the soils and succession to other

210

associations is likely to be slow. Beaver activity is also important in maintaining this association since it may be the last successional community to establish on naturally silted-in beaver ponds.

*Carex utriculata* (beaked sedge), *Carex aquatilis* (water sedge), and *Calamagrostis canadensis* (bluejoint reedgrass) are common dominant undergrowth of several *Salix* plant associations. These three graminoids indicate different micro-environments, generally separating out along a moisture gradient related to the depth of the water table, and can represent different stages of succession of the floodplain.

*Carex utriculata* (beaked sedge) occurs on the wettest sites, such as shallow pond margins, low-lying swales, and overflow channels with the shallowest water tables. *Carex aquatilis* (water sedge) occurs on intermediate sites that have saturated but not inundated soils. *Calamagrostis canadensis* (bluejoint reedgrass) dominates the drier sites with lower water tables.

| Avg. Cover % | (Range) | Species Name | # Plots (N=21) |
|---|---|---|---|
| 53 | (20-100%) | Salix geyeriana | 21 |
| 33 | (1-80%) | Calamagrostis canadensis | 21 |
| 15 | (5-25%) | Thalictrum fendleri | 2 |
| 13 | (1-20%) | Salix boothii | 3 |
| 13 | (3-25%) | Ribes lacustre | 3 |
| 11 | (3-20%) | Salix planifolia | 3 |
| 10 | (1-16%) | Alnus incana ssp. tenuifolia | 3 |
| 9 | (3-16%) | Salix wolfii | 5 |
| 9 | (1-15%) | Fragaria virginiana ssp. glauca | 6 |
| 9 | (1-30%) | Carex aquatilis | 6 |
| 8 | (1-30%) | Poa pratensis | 13 |
| 8 | (0.1-20%) | Salix monticola | 10 |
| 7 | (1-15%) | Phleum pratense | 4 |
| 7 | (1-20%) | Carex utriculata | 10 |
| 6 | (1-10%) | Carex microptera | 2 |
| 5 | (1-10%) | Ribes inerme | 4 |
| 5 | (1-30%) | Heracleum maximum | 8 |

**Other species with < 5% average cover present in at least 10% of plots:**
Lonicera involucrata (1-15%), Agrostis scabra (1-20%), Geum macrophyllum var. perincisum (1-10%), Dasiphora floribunda (1-10%), Taraxacum officinale (1-10%), Juncus balticus var. montanus (1-5%), Mertensia ciliata (1-7%), Achillea millefolium var. occidentalis (1-5%), Deschampsia caespitosa (1-3%), Trisetum wolfii (1-3%), Scirpus microcarpus (1-3%), Conioselinum scopulorum (1-5%), Galium boreale (0.1-3%), Equisetum arvense (0.1-4%), Glyceria striata (1-2%), Betula nana (1-2%), Cardamine cordifolia (1-2%), Polemonium occidentale ssp. occidentale (0.1-2%), Geranium richardsonii (1%), Pedicularis groenlandica (1%), Oxypolis fendleri (1%), Aconitum columbianum (1%), Solidago canadensis (1%), Senecio triangularis (1%), Castilleja sulphurea (1%), Eleocharis palustris (1%), Caltha leptosepala (1%), Symphyotrichum foliaceum (0.1-1%).

211

BLM_0035482

# Geyer willow / Water sedge Shrubland

## *Salix geyeriana / Carex aquatilis*



**Global rank/State rank:**
G3 / S3

**HGM subclass:** S1/2, R2

**Colorado elevation range:**
8,400-10,500 ft (2,500-3,200 m)



## General Description

*Salix geyeriana* (Geyer willow) forms a tall willow shrubland with smaller shrubs often occurring under the canopy.  The canopy is nearly closed and a thick carpet of mesic grasses and forbs blanket the ground.  The ground surface is often hummocky with willows establishing on the raised mounds and grasses dominating in the swales. The association also occurs on hillside seeps.  This association is relatively uncommon in Colorado.  Few stands are in pristine condition.  It may be less common than it was historically due to heavy grazing at the turn of the century.

This association occurs on floodplains that have an undulating topography with hummocks, ridges and swales that create a microenvironment for its heterogeneous understory.  The floodplains tend to be broad, are usually flooded in early spring/summer, and have saturated soils throughout the growing season.  This plant association occurs on narrow, flat benches along steep stream reaches.  It also occurs on floodplains of narrow, subalpine, low gradient, braided or highly sinuous steams.  Stream channels can also be broad and sinuous.  Soils are shallow to deep with mottling often occurring near the surface.  Soil textures are fine sandy clay loams, clay loams and silty loams often alternating with layers of coarse sand.

## Vegetation Description

This plant association is characterized by a tall willow canopy dominated by *Salix geyeriana* (Geyer willow).  Other shrubs may include *Betula nana (=glandulosa)* (bog birch), *Salix brachycarpa* (barrenground willow), *S. boothii* (Booth willow), *S. monticola* (mountain willow), and *S. planifolia* (planeleaf willow).

Graminoid cover is greater than forb cover and is dominated by *Carex aquatilis* (water sedge).  Other graminoids that may be present include *Carex utriculata* (beaked sedge), *Deschampsia caespitosa* (tufted hairgrass), and *Calamagrostis canadensis* (bluejoint reedgrass).  Forb cover is concentrated on elevated micro-ridges and higher areas where shrubs are rooted.  Forb species that may be present include *Senecio*

212

BLM_0035483

*triangularis* (arrowleaf ragwort), *Achillea millefolium* var. *occidentalis* (western yarrow), *Conioselinum scopulorum* (Rocky Mountain hemlockparsley), and *Geum macrophyllum* (largeleaf avens).

## Ecological Processes

*Salix geyeriana* dominated associations appear to be long-lived and late-seral, remaining in areas where a shallow water table saturates soils, not dropping below 3 ft (1 m) for much of the growing season.  Stands are limited to cold, wet environments of broad valley bottoms at high elevations.  Due to the colder environments, organic matter builds up in the soils and succession to other associations is likely to be slow. Beaver activity is also important in maintaining this association since it may be the last successional community to establish on naturally silted-in beaver ponds.

*Carex utriculata* (beaked sedge), *Carex aquatilis* (water sedge), and *Calamagrostis canadensis* (bluejoint reedgrass) are common dominant undergrowth of several *Salix* plant associations.  These three graminoids indicate different micro-environments, generally separating out along a moisture gradient related to the depth of the water table, and can represent different stages of succession of the floodplain.

*Carex utriculata* (beaked sedge) occurs on the wettest sites, such as shallow pond margins, low-lying swales, and overflow channel with the shallowest water tables. *Carex aquatilis* (water sedge) occurs on intermediate sites that have saturated but not inundated soils.  *Calamagrostis canadensis* (bluejoint reedgrass) dominates the drier sites with lower water tables.

| Avg. Cover % | (Range) | Species Name | # Plots (N=9) |
|---|---|---|---|
| 37 | (12-80%) | Salix geyeriana | 9 |
| 29 | (10-60%) | Carex aquatilis | 9 |
| 16 | (1-30%) | Salix brachycarpa | 2 |
| 14 | (1-30%) | Salix boothii | 3 |
| 11 | (1-25%) | Equisetum arvense | 4 |
| 10 | (5-16%) | Salix monticola | 3 |
| 10 | (3-20%) | Calamagrostis canadensis | 6 |
| 10 | (5-14%) | Carex utriculata | 4 |
| 8 | (1-19%) | Juncus balticus var. montanus | 3 |
| 7 | (1-20%) | Salix planifolia | 6 |
| 6 | (2-14%) | Senecio triangularis | 3 |
| 6 | (1-15%) | Thalictrum fendleri | 3 |
| 6 | (1-20%) | Poa pratensis | 5 |
| 5 | (1-9%) | Agrostis stolonifera | 2 |
| 5 | (1-9%) | Stellaria longifolia | 2 |

**Other species with < 5% average cover present in at least 10% of plots:**
Conioselinum scopulorum (1-10%), Fragaria virginiana ssp. glauca (1-11%), Dasiphora floribunda (1-10%), Deschampsia caespitosa (1-10%), Lonicera involucrata (3-4%), Geum macrophyllum var. perincisum (1-10%), Phleum pratense (1-5%), Cardamine cordifolia (1-6%), Luzula parviflora (1-4%), Achillea millefolium var. occidentalis (1-4%), Aconitum columbianum (1-3%), Mertensia ciliata (1-4%), Vicia americana (1-3%), Pedicularis groenlandica (1-3%), Taraxacum officinale (1-3%), Oxypolis fendleri (1-2%), Galeopsis bifida (1-2%), Heracleum maximum (1%), Geranium richardsonii (1%), Glyceria striata (1%), Chamerion angustifolium ssp. circumvagum (1%), Thlaspi montanum (1%).

BLM_0035484

**Geyer willow / Beaked sedge Shrubland**

*Salix geyeriana / Carex utriculata*



**Global rank/State rank:**
G5 / S3

**HGM subclass:** R2

**Colorado elevation range:**
6,800-9,000 ft (2,100-2,800 m)



### General Description

The *Salix geyeriana/Carex utriculata* (Geyer willow/beaked sedge) plant association is a tall (5-15 ft, 1.5-2.5 m), deciduous shrubland with a nearly closed canopy of willows and thick carpet of sedges in the undergrowth. It is often wet, with saturated soils throughout much of the growing season. This association is well documented from many western states, but is relatively uncommon in Colorado.

This association occurs in moderately wide to wide valley bottoms in swales and overflow channels of active floodplains adjacent to wide stream channels. This association often occurs near beaver activity. Stream channels are slightly meandering or braided from beaver activity. Soils textures are silty clay loam, clay, and sandy clay, usually forming thick, cohesive layers interspersed with layers of gravel or sand. Mottling or gleying is often present.

### Vegetation Description

*Salix geyeriana* (Geyer willow) dominates the shrub overstory with 20-70% cover. Other willow species that may be present include *Salix monticola* (mountain willow), *Salix drummondiana* (Drummond willow), *Salix wolfii* (Wolf willow), and *Salix planifolia* (planeleaf willow). Other shrubs that may be present include *Alnus incana* spp. *tenuifolia* (thinleaf alder) and *Lonicera involucrata* (twinberry honeysuckle). The graminoid layer is dominated by 20-80% cover of *Carex utriculata* (beaked sedge). Other graminoids that may be present include *Carex aquatilis* (water sedge), *Calamagrostis canadensis* (bluejoint reedgrass), and *Carex praegracilis* (clustered field sedge). Forb cover is generally minor.

214

BLM_0035485

## Ecological Processes

*Salix geyeriana* dominated associations appear to be long-lived and late-seral, remaining in areas where a shallow water table saturates soils, not dropping below 3 ft (1 m) for much of the growing season. Stands are limited to cold, wet environments of broad valley bottoms at high elevations. Due to the colder environments, organic matter builds up in the soils and succession to other associations is likely to be slow. Beaver activity is also important in maintaining this association since it may be the last successional community to establish on naturally silted-in beaver ponds.

*Carex utriculata* (beaked sedge), *Carex aquatilis* (water sedge), and *Calamagrostis canadensis* (bluejoint reedgrass) are common dominant undergrowth of several *Salix* plant associations. These three graminoids indicate different micro-environments, generally separating out along a moisture gradient related to the depth of the water table, and can represent different stages of succession of the floodplain.

*Carex utriculata* (beaked sedge) occurs on the wettest sites, such as shallow pond margins, low-lying swales, and overflow channel with the shallowest water table. *Carex aquatilis* (water sedge) occurs on intermediate sites that have saturated but not inundated soils. *Calamagrostis canadensis* (bluejoint reedgrass) dominates the drier sites with lower water tables.

| Avg. Cover % | (Range) | Species Name | # Plots (N=16) |
|---|---|---|---|
| 47 | (20-70%) | Salix geyeriana | 15* |
| 36 | (5-80%) | Carex utriculata | 16 |
| 18 | (1-70%) | Poa pratensis | 6 |
| 15 | (9-20%) | Salix monticola | 5 |
| 13 | (1-31%) | Equisetum arvense | 4 |
| 12 | (1-30%) | Calamagrostis canadensis | 7 |
| 11 | (2-27%) | Carex aquatilis | 11 |
| 10 | (2-30%) | Salix planifolia | 7 |
| 9 | (1-24%) | Aconitum columbianum | 3 |
| 9 | (1-16%) | Bromus ciliatus var. ciliatus | 2 |
| 8 | (1-20%) | Ribes inerme | 3 |
| 8 | (1-20%) | Deschampsia caespitosa | 3 |
| 8 | (5-10%) | Salix wolfii | 2 |
| 8 | (5-10%) | Salix boothii | 2 |
| 7 | (1-16%) | Phleum pratense | 4 |
| 6 | (1-10%) | Poa palustris | 2 |
| 5 | (1-16%) | Cardamine cordifolia | 4 |
| 5 | (3-7%) | Potentilla pulcherrima X hippiana | 2 |
| 5 | (3-7%) | Conioselinum scopulorum | 2 |
| 5 | (1-20%) | Fragaria virginiana ssp. glauca | 5 |

**Other species with < 5% average cover present in at least 10% of plots:**
Saxifraga odontoloma (1-10%), Alnus incana ssp. tenuifolia (1-10%), Taraxacum officinale (1-11%), Senecio triangularis (1-12%), Geranium richardsonii (1-10%), Juncus balticus var. montanus (1-5%), Heracleum maximum (1-5%), Galium triflorum (1-5%), Agrostis stolonifera (1-5%), Geum macrophyllum var. perincisum (1-10%), Pedicularis groenlandica (1-7%), Trifolium repens (1-7%), Achillea millefolium var. occidentalis (1-10%), Lonicera involucrata (1-5%), Dasiphora floribunda (1-3%), Thalictrum fendleri (1-3%), Mentha arvensis (1-4%), Carex microptera (1-3%), Maianthemum stellatum (1-3%), Cicuta douglasii (1-2%), Rumex crispus (1-2%), Mertensia ciliata (1-2%), Oxypolis fendleri (1%), Vicia americana (1%), Pinus contorta (1%), Cirsium tioganum var. coloradense (1%), Rosa woodsii (1%), Galium boreale (1%).
* Salix geyeriana occurred in all stands, but was not captured in every sample plot.

215

**Geyer willow / Mesic forb Shrubland**

*Salix geyeriana /* Mesic forb



**Global rank/State rank:**
G3 / S3

**HGM subclass:** R2, R3/4

**Colorado elevation range:**
8,100-9,900 ft (2,460-3,000 m)



<u>General Description</u>

The *Salix geyeriana*/mesic forb (Geyer willow/mesic forb) plant association is a tall (5-15 ft, 1.5-2.5 m), deciduous shrubland confined to a narrow band along stream banks. The herbaceous undergrowth is dominated by mosses and forbs. This association is well documented in several western states. However, large, pristine stands without introduced species in the undergrowth are extremely rare.

This plant association generally occurs along moderately wide, low-gradient valley bottoms with sinuous stream channels. It can also occur in narrow valley bottoms (65-165 ft, 20-50 m), and on flood benches of moderately sinuous stream channels. Soils are coarse skeletal sandy loams and sandy clay loams overlying gravel and cobble horizons. Soils of this plant association tend to have more coarse fragments than other more moist *Salix geyeriana* associations.

<u>Vegetation Description</u>

*Salix geyeriana* (Geyer willow) dominates the tall shrub canopy. Other willow species that may be present include *Salix monticola* (mountain willow), *Salix drummondiana* (Drummond willow), *Salix planifolia* (planeleaf willow), *Salix wolfii* (Wolf willow), and *Salix brachycarpa* (barrenground willow). *Alnus incana* ssp. *tenuifolia* (thinleaf alder) can also be present. Forb cover is low to fairly dense and includes *Mertensia ciliata* (tall fringed bluebells), *Heracleum maximum* (common cowparsnip), *Senecio triangularis* (arrowleaf ragwort), *Oxypolis fendleri* (Fendler cowbane), and *Fragaria virginiana* (strawberry). Graminoid cover is sparse.

<u>Ecological Processes</u>

The *Salix geyeriana*/mesic forb (Geyer willow/mesic forb) plant association appears to be a long-lived, late-seral community that will remain dominant where a high water table saturates soils for much of the growing season. However, if the stand has predominantly non-native species in the undergrowth, such as *Trifolium repens* (white

216

BLM_0035487

clover) and *Taraxacum officinale* (dandelion), it is likely a grazing-induced community.  With appropriate grazing management, the stand can revert back to the *Salix geyeriana*/mesic forb (Geyer willow/mesic forb) or the *Salix geyeriana* /mesic graminoid (Geyer willow/mesic graminoid) plant association.

| Avg. Cover % | (Range) | Species Name | # Plots (N=10) |
|---|---|---|---|
| 54 | (30-75%) | Salix geyeriana | 10 |
| 28 | (15-50%) | Alnus incana ssp. tenuifolia | 4 |
| 20 | (6-32%) | Salix monticola | 4 |
| 14 | (7-20%) | Salix boothii | 2 |
| 12 | (3-20%) | Salix wolfii | 2 |
| 11 | (1-28%) | Heracleum maximum | 6 |
| 9 | (1-17%) | Juncus balticus var. montanus | 2 |
| 9 | (1-34%) | Mertensia ciliata | 6 |
| 8 | (6-10%) | Trifolium repens | 2 |
| 8 | (1-16%) | Picea engelmannii | 3 |
| 7 | (1-18%) | Cardamine cordifolia | 4 |
| 7 | (3-11%) | Carex utriculata | 2 |
| 6 | (1-20%) | Poa pratensis | 4 |
| 6 | (1-11%) | Trifolium longipes | 2 |
| 6 | (2-9%) | Senecio triangularis | 5 |
| 6 | (1-10%) | Castilleja sulphurea | 2 |
| 5 | (1-13%) | Taraxacum officinale | 7 |
| 5 | (2-8%) | Erigeron speciosus var. speciosus | 2 |
| 5 | (1-9%) | Pinus contorta | 2 |
| 5 | (1-18%) | Carex aquatilis | 5 |

**Other species with < 5% average cover present in at least 10% of plots:**
Prunella vulgaris (4-5%), Veratrum tenuipetalum (3-7%), Geranium richardsonii (2-10%), Aconitum columbianum (1-9%), Thalictrum fendleri (1-6%), Carex microptera (1-10%), Achillea millefolium var. occidentalis (1-23%), Dasiphora floribunda (1-9%), Calamagrostis canadensis (2-6%), Salix planifolia (1-10%), Ligusticum tenuifolium (2-5%), Viola macloskeyi ssp. pallens (1-6%), Oxypolis fendleri (1-10%), Conioselinum scopulorum (1-5%), Erigeron peregrinus ssp. callianthemus (3-3%), Galium boreale (1-5%), Fragaria virginiana ssp. glauca (1-5%), Lonicera involucrata (2-3%), Equisetum arvense (1-5%), Aster alpinus var. vierhapperi (1-3%), Osmorhiza depauperata (1-3%), Carex foenea (1-3%), Carex norvegica (1-3%), Trisetum spicatum (1-3%), Vicia americana (1-4%), Pedicularis groenlandica (1-3%), Luzula parviflora (1-3%), Phleum alpinum (1-3%), Maianthemum stellatum (1-2%), Galium triflorum (1-2%), Castilleja miniata (1-2%), Ribes montigenum (1-2%), Mitella pentandra (1-2%), Saxifraga odontoloma (1-2%), Geum macrophyllum var. perincisum (1%), Deschampsia caespitosa (1%), Caltha leptosepala (1%), Bromus ciliatus var. ciliatus  (1%), Bromus lanatipes (1%), Chamerion angustifolium ssp. circumvagum (1%), Elymus glaucus (1%), Stellaria longifolia (1%), Streptopus amplexifolius var. chalazatus (1%).

217

BLM_0035488

## Geyer willow - Mountain willow / Bluejoint reedgrass Shrubland
### *Salix geyeriana - Salix monticola / Calamagrostis canadensis*



**Global rank/State rank:**
G3 /S3

**HGM subclass:** R2

**Colorado elevation range:**
8,200-9,200 ft (2,500-2,800 m)



### General Description

The *Salix geyeriana-Salix monticola/Calamagrostis canadensis* (Geyer willow-mountain willow/bluejoint reedgrass) plant association is a tall (4-8 ft, 1.5-2.5 m), deciduous shrubland that occurs in small and large stands interspersed with wet meadows, open stream channels, and beaver ponds. The willow canopy is nearly a homogeneous mix of the two willow species.

This plant association occurs on wide floodplains that are flat or hummocky and occurs within 2 ft (0.5 m) of the channel high water mark. Stream channels are narrow and highly sinuous or braided by beaver activity. Soil textures range from sandy loam to silty clay, with up to 50% organic matter in the upper layers. Water table depths range from 8-25 inches (20-60 cm).

### Vegetation Description

The shrub canopy is dominated by 22-40% cover of *Salix geyeriana* (Geyer willow) and 15-50% cover of *Salix monticola* (mountain willow). Other shrubs that may be present include *Salix planifolia* (planeleaf willow), *Salix drummondiana* (Drummond willow), *Lonicera involucrata* (twinberry honeysuckle), and *Ribes inerme* (whitestem gooseberry). The undergrowth can be patchy, but generally dominated by *Calamagrostis canadensis* (bluejoint reedgrass). Other herbaceous species that may be present include *Carex aquatilis* (water sedge), *Geum macrophyllum* (largeleaf avens), and *Heracleum maximum* (common cowparsnip).

### Ecological Processes

Stands dominated by *Salix geyeriana* (Geyer willow) appear to be stable, long-lived communities. *Salix geyeriana* is most stable where the water table does not drop below 3 ft (1 m) of the surface. It appears to be limited to cold, wet environments of broad valley bottoms at high elevations. Due to the colder environments, organic matter builds up in the soils and succession to other associations is likely to be slow.

218

BLM_0035489

Beaver activity is also important in maintaining this association since it may be the last successional community to establish on naturally silted-in beaver ponds.

| Avg. Cover % | (Range) | Species Name | # Plots (N=3) |
|---|---|---|---|
| 31 | (16-50%) | Salix monticola | 3 |
| 31 | (20-47%) | Calamagrostis canadensis | 3 |
| 28 | (22-40%) | Salix geyeriana | 3 |
| 21 | — | Heracleum maximum | 1 |
| 15 | — | Carex disperma | 1 |
| 15 | — | Urtica dioica ssp. gracilis | 1 |
| 13 | — | Carex aquatilis | 1 |
| 11 | — | Lonicera involucrata | 1 |
| 9 | (4-13%) | Salix planifolia | 2 |
| 7 | — | Rubus idaeus ssp. strigosus | 1 |
| 7 | (1-12%) | Geum macrophyllum var. perincisum | 2 |
| 5 | — | Cardamine cordifolia | 1 |
| 5 | — | Fragaria virginiana ssp. glauca | 1 |
| 5 | — | Rudbeckia laciniata var. ampla | 1 |
| 5 | — | Salix drummondiana | 1 |

**Other species with < 5% average cover present in at least 10% of plots:**
Carex utriculata (4%), Viola canadensis var. scopulorum (4%), Rosa woodsii (4%), Cicuta douglasii (3%), Rhodiola rhodantha (2%), Cirsium arvense (2%), Pinus ponderosa var. scopulorum (2%), Trifolium repens (2%), Chamerion angustifolium ssp. circumvagum (1-2%), Equisetum arvense (1%), Ribes inerme (1%), Stellaria crassifolia (1%), Taraxacum officinale (1%), Thalictrum alpinum (1%), Mertensia ciliata (1%).



*Salix geyeriana*

219

BLM_0035490

**Geyer willow - Mountain willow / Mesic forb Shrubland**

*Salix geyeriana - Salix monticola /* Mesic forb



**Global rank/State rank:**
G3 / S3

**HGM subclass:**  R2

**Colorado elevation range:**
7,700-9,800 ft (2,300-3,000 m)



<u>**General Description**</u>

The *Salix geyeriana-Salix monticola*/mesic forb plant association is a tall, mixed-willow shrubland with an undergrowth species composition that is grazing-induced. The undergrowth is a carpet of grasses and forbs on a hummocky ground surface. Season-long grazing has increased the non-native grass cover and reduced the native forbs in most occurrences.

This plant association occurs on broad alluvial floodplains with steep side slopes. Stream channels are broad and moderately sinuous to highly sinuous or narrow, entrenched, ephemeral gullies. Soils are silt, silty loams, silty clay loams, sandy clay loams and deep sands. Several stands in the San Miguel River Basin occur on deep clay loams of old beaver ponds. Some soil profiles have considerable coarse materials while others are relatively fine textured. Mottling is evident near the surface indicating elevated water tables during part of the year.

<u>**Vegetation Description**</u>

This plant association is characterized by a tall, nearly closed canopy of *Salix monticola* (mountain willow) and *Salix geyeriana* (Geyer willow), with a combined cover between 10-90% and usually so near in abundance, one cannot determine which is the dominant willow in the stand. Other shrubs that may be present include *Ribes inerme* (whitestem gooseberry), *Alnus incana* ssp. *tenuifolia* (thinleaf alder), *Salix drummondiana* (Drummond willow), and *Dasiphora floribunda* (shrubby cinquefoil).

The undergrowth in undisturbed stands is a thick carpet of forbs including *Mertensia ciliata* (tall fringed bluebells), *Achillea millefolium* var. *occidentalis* (western yarrow), *Heracleum maximum* (common cowparsnip), *Conioselinum scopulorum* (Rocky Mountain hemlockparsley), *Senecio triangularis* (arrowleaf ragwort), and *Cardamine cordifolia* (heartleaf bittercress). The graminoid layer is usually sparse, but includes *Carex utriculata* (beaked sedge) and *Carex aquatilis* (water sedge). Disturbed stands

220

BLM_0035491

have a high cover of non-native grasses including *Agrostis stolonifera* (creeping bentgrass) and *Poa pratensis* (Kentucky bluegrass).

## Ecological Processes

The *Salix geyeriana-Salix monticola*/mesic forb plant association differs from the *Salix geyeriana*/mesic forb plant association because *Salix monticola* is always present with a significant cover and sometimes in a greater abundance than *Salix geyeriana*. The presence of *Salix monticola* may be due to differences in environmental factors or may represent a different successional stage of the *Salix geyeriana*/mesic forb association. This plant association may be a grazing-induced type due to the abundance of non-native grasses in some stands. With removal of season-long grazing, this association may return to a native forb dominated undergrowth or a dominance of *Calamagrostis canadensis* (bluejoint reedgrass), becoming a *Salix geyeriana-Salix monticola/Calamagrostis canadensis* plant association.

| Avg. Cover % | (Range) | Species Name | # Plots (N=19) |
|---|---|---|---|
| 45 | (8-86%) | Salix monticola | 18* |
| 38 | (10-80%) | Salix geyeriana | 18* |
| 20 | (1-52%) | Agrostis stolonifera | 6 |
| 13 | (10-20%) | Alnus incana ssp. tenuifolia | 3 |
| 10 | (1-35%) | Ribes inerme | 11 |
| 10 | (1-20%) | Poa pratensis | 12 |
| 8 | (1-15%) | Poa palustris | 3 |
| 7 | (1-30%) | Carex aquatilis | 5 |
| 7 | (1-30%) | Trifolium repens | 5 |
| 7 | (1-20%) | Lonicera involucrata | 8 |
| 7 | (5-10%) | Rudbeckia laciniata var. ampla | 3 |
| 6 | (1-30%) | Fragaria virginiana ssp. glauca | 7 |
| 6 | (1-20%) | Juncus balticus var. montanus | 7 |
| 5 | (1-20%) | Taraxacum officinale | 14 |
| 5 | (1-10%) | Carex utriculata | 3 |
| 5 | (1-9%) | Senecio triangularis | 3 |
| 5 | (1-14%) | Heracleum maximum | 10 |

Other species with < 5% average cover present in at least 10% of plots:
Dasiphora floribunda (1-22%), Cirsium tioganum var. coloradense (1-10%), Mertensia ciliata (1-14%), Geranium richardsonii (1-20%), Maianthemum stellatum (1-10%), Equisetum arvense (1-20%), Phleum pratense (1-10%), Rubus idaeus ssp. strigosus (3-5%), Urtica dioica ssp. gracilis (1-10%), Thalictrum fendleri (1-5%), Aconitum columbianum (1-5%), Achillea millefolium var. occidentalis (1-14%), Bromus ciliatus var. ciliatus  (1-5%), Vicia americana (1-5%), Conioselinum scopulorum (1-4%), Ligusticum porteri (1-5%), Potentilla pulcherrima (1-5%), Geum macrophyllum var. perincisum (1-10%), Chamerion angustifolium ssp. circumvagum (1-5%), Hymenoxys hoopesii (1-3%), Rosa woodsii (1-3%), Carex microptera (1-2%), Cardamine cordifolia (1-3%), Deschampsia caespitosa (1-2%), Oxypolis fendleri (1%), Moehringia lateriflora (1%), Mentha arvensis (1%), Erigeron coulteri (1%), Galium boreale (1%), Cirsium parryi (1%), Senecio bigelovii var. hallii (1%).

*Salix geyeriana and Salix monticola occurred in all stands, but were not captured in every sample plot.

221

**Strapleaf willow Shrubland**

*Salix liguifolia* **(=*S. eriocephala* var. *ligulifolia*)**



**Global rank/State rank:**
G2G3 / S2S3

**HGM subclass:** S1/2, R2, R3/4

**Colorado elevation range:**
6,350-10,200 ft (1,900-3,100 m)



<u>General Description</u>

The *Salix liguifolia* (strapleaf willow) plant association is a medium- to tall-willow shrubland occurring on saturated floodplains and stream banks of montane and lower subalpine elevations. *Salix liguifolia* often mixes with *Salix exigua* (sandbar willow) and *Salix lucida* (shining willow) in the foothills, forming the *Salix exigua-Salix liguifolia* (sandbar willow-strapleaf willow) plant association. In the mountains, *Salix liguifolia* mixes with *Salix monticola* (mountain willow) and *Salix drummondiana* (Drummond willow) where it grows in relatively broad valley bottoms.

This association occurs in moderately wide valleys along low terraces and floodplains, and stream banks of narrower reaches. The plant association occurs along reaches with vegetated islands between multiple channels below an active beaver pond, along slightly sinuous broad channels, along more sinuous channels with well developed floodplains, and along steep narrow gullies. Soils are saturated sandy loams and clay loams with a high organic matter content in the upper layers.

<u>Vegetation Description</u>

This association has a canopy dominated by *Salix liguifolia* (strapleaf willow), usually mixed with several other willow species. *Salix liguifolia* (strapleaf willow) is the key diagnostic species, other willows may have equal cover, but in general do not exceed that of *Salix liguifolia*. Other willows that may be present include *Salix monticola* (mountain willow), *Salix geyeriana* (Geyer willow), *Salix bebbiana* (Bebb willow), *Salix lucida* (ssp. *caudata* or ssp. *lasiandra*) (shining willow), *Salix wolfii* (Wolf willow), and *Salix planifolia* (planeleaf willow). Additional shrubs that may be present include *Alnus incana* ssp. *tenuifolia* (thinleaf alder), *Cornus sericea* (red-osier dogwood), and *Dasiphora floribunda* (shrubby cinquefoil).

The herbaceous undergrowth can be dense in undisturbed stands with *Carex utriculata* (beaked sedge), *Carex nebrascensis* (Nebraska sedge), *Carex pellita* (woolly sedge), *Juncus balticus* var. *montanus* (mountain rush), and *Calamagrostis canadensis*

222

BLM_0035493

(bluejoint reedgrass). Forb cover is generally low, but some species are abundant, including *Taraxacum officinale* (dandelion), *Achillea millefolium* var. *occidentalis* (western yarrow), *Thalictrum fendleri* (Fendler meadowrue), and *Fragaria virginiana* (strawberry). No herbaceous species was consistantly present with high abundance, so none was chosen as diagnostic.

## Ecological Processes

This association appears to be a long-lived mid to late-seral type since it is associated with beaver activity and saturated soils throughout the growing season.

| Avg. Cover % | (Range) | Species Name | # Plots (N=13) |
|---|---|---|---|
| 34 | (18-66%) | Salix ligulifolia | 13 |
| 26 | (15-36%) | Carex nebrascensis | 2 |
| 20 | (3-41%) | Carex utriculata | 5 |
| 17 | (1-35%) | Salix lucida ssp. caudata, lasiandra | 7 |
| 15 | (3-43%) | Salix monticola | 9 |
| 13 | (1-25%) | Salix exigua | 6 |
| 12 | (2-27%) | Calamagrostis canadensis | 6 |
| 12 | (6-21%) | Salix planifolia | 3 |
| 11 | (2-26%) | Carex aquatilis | 3 |
| 10 | (1-19%) | Thalictrum fendleri | 2 |
| 10 | (1-28%) | Poa pratensis | 10 |
| 9 | (1-25%) | Juncus balticus var. montanus | 6 |
| 8 | (3-13%) | Typha latifolia | 2 |
| 8 | (1-34%) | Trifolium repens | 6 |
| 7 | (5-8%) | Scirpus microcarpus | 2 |
| 6 | (3-10%) | Alnus incana ssp. tenuifolia | 3 |
| 6 | (5-7%) | Betula nana | 2 |
| 5 | (1-10%) | Taraxacum officinale | 8 |
| 5 | (2-8%) | Chamerion angustifolium ssp. circumvagum | 2 |
| 5 | (3-6%) | Poa palustris | 2 |

**Other species with < 5% average cover present in at least 10% of plots:**
Dasiphora floribunda (1-10%), Salix geyeriana (1-12%), Carex pellita (1-8%), Mentha arvensis (1-9%), Fragaria virginiana ssp. glauca (1-12%), Eleocharis palustris (1-7%), Cirsium arvense (2-4%), Salix bebbiana (3%), Equisetum arvense (1-6%), Mertensia ciliata (1-4%), Achillea millefolium var. occidentalis (1-7%), Conioselinum scopulorum (2-3%), Geranium viscosissimum var. incisum (1-4%), Agrostis stolonifera (2-3%), Geum macrophyllum var. perincisum (1-4%), Deschampsia caespitosa (1-4%), Trifolium pratense (1-3%), Carex microptera (1-3%), Phleum pratense (1-3%), Heracleum maximum (1-2%), Iris missouriensis (1-2%), Juncus articulatus (1-2%), Picea pungens (1-2%), Bromus inermis (1-2%), Potentilla pulcherrima (1-2%), Cicuta douglasii (1-2%), Oxypolis fendleri (1%), Platanthera dilatata var. albiflora (1%), Plantago major (1%), Populus angustifolia (1%), Galium triflorum (1%), Medicago lupulina (1%), Ambrosia artemisiifolia var. elatior (1%), Maianthemum stellatum (1%), Rumex crispus (1%), Carex hassei (1%).

223

## Shining willow Shrubland

### *Salix lucida* ssp. *lasiandra* or ssp. *caudata*



**Global rank/State rank:**
G3Q / S2S3

**HGM subclass:**  R2, R3/4

**Colorado elevation range:**
6,500-9,500 ft (1,980-2,900 m)



<u>General Description</u>

The *Salix lucida* ssp. *caudata* or ssp. *lasiandra* (shining willow) plant association is a tall willow community often found within a mosaic of several other riparian communities.  It is generally a small patch type on large floodplain ecosystems and is more or less confined to the montane to lower subalpine belt (5,000-8,000 ft) in Colorado.

This plant association occurs in saturated areas, usually adjacent to the channel flow. It is found on low point bars and islands, as well as on low stream banks and overflow channels of larger rivers.  It also occurs in steep foothill tributary streams.  Soils have high organic matter content with reduced conditions.

<u>Vegetation Description</u>

This association is dominated by *Salix lucida*, either ssp. *caudata* or ssp. *lasiandra* (shining willow).  Stands may consist of one or several willow species.  The particular composition of willows is highly variable, depending on the stand's elevation and location.  Other willows that may be present include *Salix ligulifolia* (strapleaf willow), *Salix boothii* (Booth willow), and *Salix geyeriana* (Geyer willow).  Other shrub species that may be present included: *Ribes montigenum* (gooseberry currant), *Alnus incana* ssp. *tenuifolia* (thinleaf alder), and *Betula occidentalis* (river birch).  One higher elevation stand had *Pinus contorta* (lodgepole pine).

The undergrowth is dominated by mesic grasses and sedges including *Calamagrostis canadensis* (bluejoint reedgrass), and several *Carex* (sedge) species.  Forb cover is insignificant.  In degraded stands, the undergrowth includes non-native grasses such as *Agrostis gigantea* (redtop), *Phleum pratense* (timothy), and *Poa pratensis* (Kentucky bluegrass).

224

BLM_0035495

## Ecological Processes

The *Salix lucida* (shining willow) plant association establishes on deep alluvial materials and is considered to be early-seral. It is often associated with abandoned beaver ponds or occurs along steeper reaches below beaver ponds. It appears to colonize areas that have been or are currently filling in with silt. This association will eventually be replaced by slightly drier-site willow species. However, with disturbance such as overuse by livestock, willow cover may decline. With severe disturbance, the willows will disappear. This association will then become dominated by *Rosa woodsii* (Woods rose) and eventually *Poa pratensis* (Kentucky bluegrass).



*Salix lucida*

| Avg. Cover % | (Range) | Species Name | # Plots (N=13) |
|---|---|---|---|
| 44 | (8-82%) | Salix lucida ssp. caudata, lasiandra | 12* |
| 35 | (1-80%) | Salix ligulifolia | 4 |
| 21 | (12-30%) | Salix boothii | 2 |
| 18 | (10-30%) | Agrostis gigantea | 4 |
| 16 | (8-23%) | Calamagrostis canadensis | 2 |
| 14 | (1-30%) | Poa pratensis | 7 |
| 13 | (4-25%) | Alnus incana ssp. tenuifolia | 7 |
| 13 | (1-40%) | Salix monticola | 4 |
| 10 | (1-42%) | Phleum pratense | 6 |
| 9 | (3-14%) | Carex pellita | 2 |
| 8 | (6-10%) | Salix geyeriana | 3 |
| 8 | (3-21%) | Juncus balticus var. montanus | 5 |
| 8 | (2-13%) | Equisetum pratense | 2 |
| 7 | (1-15%) | Trifolium repens | 5 |
| 5 | (1-12%) | Mertensia ciliata | 3 |
| 5 | (1-9%) | Thermopsis montana | 2 |
| 5 | (3-7%) | Bromus inermis | 2 |
| 5 | (1-9%) | Taraxacum officinale | 8 |

**Other species with < 5% average cover present in at least 10% of plots:**
Geranium richardsonii (1-15%), Rosa woodsii (1-12%), Salix exigua (1-10%), Eleocharis palustris (1-5%), Ribes montigenum (1-7%), Prunella vulgaris (1-5%), Carex aquatilis (1-6%), Rudbeckia laciniata var. ampla (1-5%), Carex utriculata (1-4%), Mentha arvensis (1-5%), Dasiphora floribunda (1-4%), Equisetum arvense (1-4%), Fragaria virginiana ssp. glauca (1-2%), Maianthemum stellatum (1-3%), Deschampsia caespitosa (1-2%), Galium boreale (1-2%), Achillea millefolium var. occidentalis (1-5%), Heracleum maximum (1-2%), Conioselinum scopulorum (1-1%), Ribes aureum (1-1%), Geum macrophyllum var. perincisum (1-1%), Dactylis glomerata (1-1%), Melilotus officinalis (1-1%), Glyceria striata (1-1%), Castilleja sulphurea (1-1%), Epilobium ciliatum ssp. glandulosum (1-1%), Potentilla diversifolia (1-1%), Thalictrum fendleri (1-1%), Amelanchier alnifolia (1-1%), Vicia americana (1-1%), (-%).
*Salix lucida occurred in all stands, but was not captured in every sample plot.

225

## Mountain willow / Bluejoint reedgrass Shrubland

### *Salix monticola / Calamagrostis canadensis*



**Global rank/State rank:**
G3 / S3

**HGM subclass:** R2

**Colorado elevation range:**
7,500-10,000 ft (2,280-3,050 m)



### General Description

The *Salix monticola/Calamagrostis canadensis* (mountain willow/bluejoint reedgrass) plant association is a tall (4-5 ft, 1.5-2 m) shrubland with an open to closed canopy of willows and a lush carpet of grasses. It occurs along broad floodplains and narrow streams in the montane and upper montane elevations.

This plant association occurs on narrow to wide, (100-1,000 ft; 30-300 m), low-gradient (2-3.5%) valley bottoms and floodplains. In wider valleys, large stands of this association occur between meanders and at the edges of beaver ponds. Stream channels are steep and narrow, moderately steep and wide, wide and sinuous, or braided from beaver activity. Soils are finely textured sandy clays to silty clay loams, often saturated to within 10 inches (30 cm) of the surface. Soils can also be silty loams over sand and coarse sand. Mottling often occurs at 5-15 inches (20-40 cm) depth.

### Vegetation Description

This plant association has a closed, mixed canopy of willows with *Salix monticola* (mountain willow) being the dominant or matrix willow. The matrix species is the willow with the highest abundance, even though other willow species combined may have greater canopy cover. Other willows that may be present include *Salix drummondiana* (Drummond willow), *S. boothii* (Booth willow), *S. geyeriana* (Geyer willow), and *S. wolfii* (Wolf willow).

*Calamagrostis canadensis* (bluejoint reedgrass) forms an open to dense graminoid layer. Other graminoids that may be present include *Carex aquatilis* (water sedge), *C. utriculata* (beaked sedge), *C. microptera* (small-wing sedge), *Deschampsia caespitosa* (tufted hairgrass), and *Glyceria grandis* (American mannagrass). Total forb cover ranges from 20-50% cover and may include *Cardamine cordifolia* (heartleaf

226

BLM_0035497

bittercress), *Geranium richardsonii* (Richardson geranium), *Mertensia ciliata* (tall fringed bluebells), *Oxypolis fendleri* (Fendler cowbane), *Geum macrophyllum* (largeleaf avens), *Solidago canadensis* (Canada goldenrod), *Senecio bigelovii* var. *hallii* (Hall ragwort), and *Galium boreale* (northern bedstraw).

## Ecological Processes

*Salix monticola* (mountain willow) dominated plant associations appear to be long-lived and stable. They occur on mesic sites that support a diversity of graminoids and forbs. *Salix monticola* appears to grow only where the water table does not drop below 3 ft (1 m) of the surface. It appears to be limited to cold, wet environments in broad valley bottoms at high elevations. The presence of dying conifer trees in these associations may indicate a rise in the water table. A higher water table allows for the increase in cover of *Calamagrostis canadensis* (bluejoint reedgrass) and the conversion from a conifer/*Calamagrostis canadensis* type to a *Salix* spp./ *Calamagrostis canadensis* type.

*Carex utriculata* (beaked sedge), *Carex aquatilis* (water sedge), and *Calamagrostis canadensis* (bluejoint reedgrass) are common dominant undergrowth of several *Salix* plant associations. These three graminoids indicate different micro-environments, generally separating out along a moisture gradient related to the depth of the water table, and can represent different stages of succession of the floodplain. *Carex utriculata* (beaked sedge) occurs on the wettest sites, such as shallow pond margins, low-lying swales, and overflow channels with the shallowest water tables. *Carex aquatilis* (water sedge) occurs on intermediate sites that have saturated but not inundated soils. *Calamagrostis canadensis* (bluejoint reedgrass) dominates the drier sites with lower water tables.

| Avg. Cover % | (Range) | Species Name | # Plots (N=37) |
|---|---|---|---|
| 57 | (17-99%) | Salix monticola | 37 |
| 39 | (1-95%) | Calamagrostis canadensis | 37 |
| 12 | (2-40%) | Salix drummondiana | 15 |
| 12 | (1-25%) | Salix geyeriana | 10 |
| 11 | (1-18%) | Alnus incana ssp. tenuifolia | 8 |
| 10 | (0.1-33%) | Angelica ampla | 5 |
| 10 | (3-15%) | Ribes lacustre | 5 |
| 8 | (1-20%) | Carex aquatilis | 6 |
| 7 | (1-19%) | Carex microptera | 5 |
| 7 | (0.1-30%) | Heracleum maximum | 19 |
| 7 | (1-25%) | Salix planifolia | 10 |
| 6 | (1-17%) | Salix bebbiana | 10 |
| 6 | (0.1-20%) | Equisetum arvense | 18 |
| 6 | (3-10%) | Salix liguifolia | 5 |
| 6 | (0.1-20%) | Cirsium arvense | 4 |
| 6 | (1-20%) | Poa pratensis | 16 |
| 5 | (0.1-15%) | Mertensia ciliata | 15 |
| 5 | (1-20%) | Fragaria virginiana ssp. glauca | 10 |

**Other species with < 5% average cover present in at least 10% of plots:**
Ribes montigenum (1-12%), Lonicera involucrata (0.1-15%), Betula nana (1-11%), Taraxacum officinale (0.1-17%), Rudbeckia laciniata var. ampla (0.1-7%), Carex utriculata (1-8%), Conioselinum scopulorum (0.1-15%), Chamerion angustifolium ssp. circumvagum (1-8%), Equisetum pratense (1-5%), Dasiphora floribunda (1-5%), Achillea millefolium var. occidentalis (1-8%), Geranium richardsonii (0.1-12%), Montia chamissoi (1-4%), Maianthemum stellatum (0.1-5%), Phleum pratense (1-5%), Viola canadensis var. scopulorum (1-6%), Geum macrophyllum var. perincisum (0.1-5%), Rosa woodsii (1-3%), Picea pungens (0.1-4%), Cardamine cordifolia (1-4%), Picea engelmannii (1-3%), Mentha arvensis (1-2%), Ribes inerme (0.1-3%), Oxypolis fendleri (1%), Stellaria crassifolia (1-1%), Galium boreale (0.1-2%), Aconitum columbianum (0.1-2%)

227

BLM_0035498

## Mountain willow / Water sedge Shrubland

### *Salix monticola / Carex aquatilis*



**Global rank/State rank:**
G3 / S3

**HGM subclass:** R2

**Colorado elevation range:**
7,700-10,800 ft (2,350-3,300 m)



### General Description

The *Salix monticola/Carex aquatilis* (mountain willow/water sedge) plant association is a tall (5-8 ft, 1.5-2.5 m), deciduous shrubland with a fairly open willow canopy and a thick carpet of grasses and sedges in the undergrowth. It occurs on open floodplains, often occupying the entire valley floor. The undergrowth is dominated by patches of *Carex aquatilis* (water sedge). This association often includes *Carex utriculata* (beaked sedge) and *Calamagrostis canadensis* (bluejoint reedgrass), but is distinguished from the *Salix monticola/Carex utriculata* (mountain willow/beaked sedge) and *Salix monticola / Calamagrostis canadensis* (mountain willow/bluejoint reedgrass) associations because *Carex aquatilis* (water sedge) is either the clear dominant or most consistently present of the three throughout the stand.

This plant association occurs in narrow valleys on coarse-textured stream banks. Stream channels are narrow and highly sinuous or braided by beaver activity. Soils are sandy clay loams to sandy loams with layers of gravel and organic matter. Mottles appear at 8 inches (20 cm) depth.

### Vegetation Description

This plant association forms a tall willow carr dominated by *Salix monticola* (mountain willow) as the matrix species. The matrix species is the willow with the highest abundance, even though other willow species combined may have greater canopy cover. Other shrubs that may be present include *Salix bebbiana* (Bebb willow), *Salix drummondiana* (Drummond willow), *Cornus sericea* (red-osier dogwood), and *Lonicera involucrata* (twinberry honeysuckle).

The herbaceous undergrowth is dominated by *Carex aquatilis* (water sedge). Cover of other graminoid and forb species is low due to shading and flood disturbance. Stands with abundant *Carex utriculata* (beaked sedge) or *Calamagrostis canadensis*

228

BLM_0035499

(bluejoint reedgrass) may indicate a transitional stage to another *Salix monticola* (mountain willow) association.

## Ecological Processes

*Salix monticola* (mountain willow) dominated plant associations appear to be long-lived and stable. They occur on mesic sites that support a diversity of graminoids and forbs. *Salix monticola* appears to grow only where the water table does not drop below 3 ft (1 m) of the surface. It appears to be limited to cold, wet environments in broad valley bottoms at high elevations. The presence of dying conifer trees in these associations may indicate a rise in the water table.

*Carex utriculata* (beaked sedge), *Carex aquatilis* (water sedge), and *Calamagrostis canadensis* (bluejoint reedgrass) are common dominant undergrowth of several *Salix* plant associations. These three graminoids indicate different micro-environments, generally separating out along a moisture gradient related to the depth of the water table, and can represent different stages of succession of the floodplain. *Carex utriculata* (beaked sedge) occurs on the wettest sites, such as shallow pond margins, low-lying swales, and overflow channel with the shallowest water tables. *Carex aquatilis* (water sedge) occurs on intermediate sites that have saturated but not inundated soils. *Calamagrostis canadensis* (bluejoint reedgrass) dominates the drier sites with lower water tables.

| Avg. Cover % | (Range) | Species Name | # Plots (N=11) |
|---|---|---|---|
| 48 | (10-88%) | Salix monticola | 11 |
| 24 | (9-51%) | Carex aquatilis | 10 |
| 19 | (1-70%) | Salix geyeriana | 5 |
| 18 | (1-90%) | Calamagrostis canadensis | 7 |
| 16 | (1-30%) | Salix drummondiana | 2 |
| 14 | (7-20%) | Alnus incana ssp. tenuifolia | 2 |
| 12 | (7-17%) | Salix bebbiana | 2 |
| 9 | (2-16%) | Salix boothii | 2 |
| 7 | (6-10%) | Salix planifolia | 3 |
| 7 | (4-10%) | Picea engelmannii | 3 |
| 6 | (1-16%) | Carex utriculata | 4 |
| 5 | (1-12%) | Poa pratensis | 5 |
| 5 | (1-11%) | Cardamine cordifolia | 7 |
| 5 | (1-12%) | Deschampsia caespitosa | 6 |
| 5 | (4-6%) | Ribes montigenum | 2 |
| 5 | (1-13%) | Dasiphora floribunda | 8 |

**Other species with < 5% average cover present in at least 10% of plots:**
Mertensia ciliata (1-10%), Salix lucida ssp. caudata, lasiandra (1-7%), Equisetum arvense (1-10%), Carex microptera (1-6%), Mentha arvensis (1-6%), Salix brachycarpa (1-8%), Conioselinum scopulorum (1-6%), Caltha leptosepala (1-5%), Achillea millefolium var. occidentalis (1-8%), Trifolium repens (1-7%), Pedicularis groenlandica (2-3%), Taraxacum officinale (1-5%), Fragaria virginiana ssp. glauca (1-5%), Juncus balticus var. montanus (1-4%), Salix ligulifolia (1-3%), Ligusticum porteri (1-3%), Geranium richardsonii (1-5%), Aconitum columbianum (1-3%), Chamerion angustifolium ssp. circumvagum (1-3%), Oxypolis fendleri (1-3%), Agrostis stolonifera (1-2%), Luzula parviflora (1-2%), Maianthemum stellatum (1-2%), Ribes inerme (1-2%), Trifolium longipes (1-2%), Geum macrophyllum var. perincisum (1-2%), Phleum alpinum (1%), Veronica wormskjoldii (1%), Thalictrum fendleri (1%), Abies lasiocarpa (1%), Vicia americana (1%), Phleum pratense (1%), Equisetum pratense (1%), Dodecatheon pulchellum (1%), Galium boreale (1%).

229

**Mountain willow / Beaked sedge Shrubland**

*Salix monticola / Carex utriculata*



**Global rank/State rank:**
G3 / S3

**HGM subclass:**  S1/2, R2

**Colorado elevation range:**
6,600-10,300 ft (2,000-3,100 m)



## General Description

The *Salix monticola/Carex utriculata* (mountain willow/beaked sedge) plant association is a tall (5-8 ft, or 1.5-2.5 m), deciduous shrubland with an open canopy of willows and a thick understory of grasses and sedges. It occurs on open floodplains and often occupies the entire valley floor. The undergrowth is dominated by patches of *Carex utriculata* (beaked sedge). This association often includes *Carex aquatilis* (water sedge) and *Calamagrostis canadensis* (bluejoint reedgrass), but is distinguished from the *Salix monticola/Carex aquatilis* (mountain willow/water sedge) and *Salix monticola/Calamagrostis canadensis* (mountain willow/bluejoint reedgrass) associations because *Carex utriculata* is either the clear dominant or most consistently present of the three throughout the stand.

This plant association commonly occurs near beaver ponds. Willows establish on hummocks of higher ground and *Carex utriculata* (beaked sedge) establishes at the pond margins. This association also occurs along wet stream banks and terraces of low gradient (<3%), broad valley bottoms. Stream reaches can be moderately wide with a gentle gradient, wide and meandering, or altered by beaver activity, creating multiple channels. Soils are clay loam, sandy clay loam and heavy silty clay textures with occasional mottling. Some profiles have a buried organic layer. Others have up to 40% organic matter in the top 20 inches (50 cm).

## Vegetation Description

This association is characterized by a thick canopy dominated by *Salix monticola* (mountain willow) as the matrix species. The matrix species is the willow with the highest abundance, even though other willow species combined may have greater canopy cover. Other shrub species that may be present include *Salix geyeriana* (Geyer

230

willow), *Salix brachycarpa* (barrenground willow), *Salix drummondiana* (Drummond willow), *Salix. ligulifolia* (strapleaf willow), and *Salix boothii* (Booth willow).

*Carex utriculata* (beaked sedge) is the most abundant graminoid. Other graminoid cover is minor and includes *Carex aquatilis* (water sedge), *Poa pratensis* (Kentucky bluegrass), and *Deschampsia caespitosa* (tufted hairgrass). Total forb cover is generally less than 10%. Forb species include *Cardamine cordifolia* (heartleaf bittercress), *Mertensia ciliata* (tall fringed bluebells), and *Heracleum maximum* (common cowparsnip).

## Ecological Processes

This plant association requires a high water table and saturated soils for much of the growing season and may be an early successional stage of the *Salix monticola/Carex aquatilis* and the *Salix monticola/Calamagrostis canadensis* associations.

*Carex utriculata* (beaked sedge), *Carex aquatilis* (water sedge), and *Calamagrostis canadensis* (bluejoint reedgrass) are common dominant undergrowth of several *Salix* plant associations. These three graminoids indicate different micro-environments, generally separating out along a moisture gradient related to the depth of the water table, and can represent different stages of succession of the floodplain. *Carex utriculata* (beaked sedge) occurs on the wettest sites, such as shallow pond margins, low-lying swales, and overflow channel with the shallowest water tables. *Carex aquatilis* (water sedge) occurs on intermediate sites that have saturated but not inundated soils. *Calamagrostis canadensis* (bluejoint reedgrass) dominates the drier sites with lower water tables.

| Avg. Cover % | (Range) | Species Name | # Plots (N=30) |
|---|---|---|---|
| 52 | (10-95%) | Salix monticola | 30 |
| 39 | (1-80%) | Carex utriculata | 30 |
| 18 | (1-60%) | Carex aquatilis | 9 |
| 16 | (7-30%) | Cirsium arvense | 3 |
| 15 | (4-40%) | Salix geyeriana | 9 |
| 11 | (1-25%) | Salix wolfii | 7 |
| 9 | (1-28%) | Salix brachycarpa | 8 |
| 7 | (2-10%) | Ribes lacustre | 4 |
| 7 | (1-20%) | Salix drummondiana | 9 |
| 6 | (1-20%) | Salix planifolia | 4 |
| 6 | (1-11%) | Salix ligulifolia | 5 |
| 6 | (1-20%) | Cardamine cordifolia | 12 |
| 6 | (3-9%) | Equisetum pratense | 3 |
| 5 | (1-15%) | Betula nana | 5 |
| 5 | (1-15%) | Equisetum arvense | 17 |
| 5 | (1-25%) | Calamagrostis canadensis | 9 |

**Other species with < 5% average cover present in at least 10% of plots:**
Poa pratensis (1-24%), Phleum pratense (1-10%), Juncus balticus var. montanus (2-8%), Conioselinum scopulorum (1-10%), Glyceria striata (0.1-15%), Swertia perennis (0.1-10%), Juncus tracyi (1-9%), Fragaria virginiana ssp. glauca (1-9%), Heracleum maximum (1-10%), Mertensia ciliata (1-20%), Oxypolis fendleri (1-7%), Trifolium repens (0.1-8%), Geum macrophyllum var. perincisum (0.1-15%), Alnus incana ssp. tenuifolia (1-5%), Lonicera involucrata (1-7%), Dasiphora floribunda (1-5%), Picea pungens (1-6%), Pedicularis groenlandica (1-6%), Taraxacum officinale (1-5%), Achillea millefolium var. occidentalis (0.1-5%), Deschampsia caespitosa (1-4%), Senecio triangularis (1-3%), Angelica ampla (1-3%), Chamerion angustifolium ssp. circumvagum (1-3%), Aconitum columbianum (1-3%), Geranium richardsonii (0.1-3%), Ribes inerme (1%), Rosa woodsii (1%), Castilleja miniata (1%).

231

**Mountain willow / Field horsetail Shrubland**

*Salix monticola / Equisetum arvense*



*Salix monticola*

**Global rank/State rank:**
G2? / S2

**HGM subclass:** R2

**Colorado elevation range:**
7,600-9,400 ft (2,300-2,865 m)



### General Description

The *Salix monticola/Equisetum arvense* (mountain willow/field horsetail) plant association is a tall (5-8 ft, 1.5-2.5 m), deciduous shrubland with a dense canopy and an herbaceous layer dominated by *Equisetum arvense* (field horsetail) and a variety of forbs and grasses.

The *Salix monticola/Equisetum arvense* (mountain willow/field horsetail) plant association occurs in areas with low to medium channel gradients. The water sources documented in plots are groundwater and streamflow. Soils are peat, fine and organic; they range in moisture from dry to permanently wet.

### Vegetation Description

*Salix monticola* (mountain willow) forms a fairly dense canopy and is the dominant willow. Other willow species are less common in this association than in some *Salix monticola* associations. Other willow species which may be present include *Salix bebbiana* (Bebb willow) and *Salix drummondiana* (Drummond willow). Other shrubs that may be present in low numbers include *Ribes* (currant) spp. and *Lonicera involucrata* (twinberry honeysuckle).

Total herbaceous cover ranges from 50-100%. *Equisetum arvense* (field horsetail) is the dominant understory species. Most other herbaceous species make up less than 10% cover and no species is consistently present in all stands. Forb species that may be present include *Angelica ampla* (giant angelica), *Heracleum maximum* (common cowparsnip) and *Conioselinum scopulorum* (Rocky Mountain hemlockparsley). Graminoid cover is minor, and in general never exceeds the total forb cover. Graminoid species that may be present include *Calamagrostis canadensis* (bluejoint reedgrass) *Carex utriculata* (beaked sedge), and *Poa palustris* (fowl bluegrass).

232

BLM_0035503

Exotic graminoid and forb species indicating grazing pressure in the past include *Poa pratensis* (Kentucky bluegrass) and *Taraxacum officinale* (dandelion).

## Ecological Processes

*Salix monticola* (mountain willow) dominated plant associations appear to be long-lived and stable. They occur on mesic sites that support a diversity of graminoids and forbs. *Salix monticola* appears to grow only where the water table does not drop below 3 ft (1 m) of the surface. It appears to be limited to cold, wet environments in broad valley bottoms at high elevations. Due to the colder environments, organic matter builds up in the soils, and it is likely that succession to other associations is slow. The presence of dying conifer trees in these associations may indicate an increase in the water table.

The *Salix monticola/Equisetum arvense* (mountain willow/field horsetail) plant association occurs on mesic sites and supports a rich diversity of forbs. On broad, hummocky floodplains stands can form extensive willow carrs. At higher elevations, this association grades into the *Salix planifolia*/mesic forb (planeleaf willow/mesic forb) association. Stands with abundant *Salix planifolia* present may indicate a transition between higher sites dominated by *Salix planifolia* and the wider, lower montane areas where *Salix monticola* becomes more abundant.

| Avg. Cover % | (Range) | Species Name | # Plots (N=6) |
|---|---|---|---|
| 75 | (60-95%) | Salix monticola | 6 |
| 48 | (30-70%) | Equisetum arvense | 6 |
| 20 | (15-25%) | Angelica ampla | 2 |
| 16 | (1-30%) | Alnus incana ssp. tenuifolia | 2 |
| 9 | (3-14%) | Carex utriculata | 2 |
| 7 | (1-19%) | Calamagrostis canadensis | 3 |
| 7 | (1-10%) | Heracleum maximum | 3 |
| 7 | (3-10%) | Lonicera involucrata | 4 |
| 6 | (2-10%) | Conioselinum scopulorum | 3 |
| 5 | (0.1-16%) | Taraxacum officinale | 5 |

**Other species with < 5% average cover present in at least 10% of plots:**
Poa pratensis (3-5%), Poa palustris (1-5%), Glyceria striata (0.1-8%), Chamerion angustifolium ssp. circumvagum (1-5%), Achillea millefolium var. occidentalis (1-5%), Geranium richardsonii (0.1-5%), Aconitum columbianum (2%), Galium boreale (1%), Geum macrophyllum var. perincisum (0.1-2%).

233

## Mountain willow / Mesic forb Shrubland

### *Salix monticola /* Mesic forb



**Global rank/State rank:**
G4 / S3

**HGM subclass:** S1/2, R2, R3/4

**Colorado elevation range:**
6,800-10,700 ft (2,070-3,260 m)



### General Description

The *Salix monticola*/mesic forb (mountain willow/mesic forb) plant association is a tall (5-8 ft, 1.5-2.5 m), deciduous shrubland with a dense or open canopy and an herbaceous layer dominated by a variety of forbs and grasses. While no single herbaceous species is a clear dominant, total forb cover is generally greater than 30% and exceeds total graminoid cover.

This association occurs along broad, swift-moving streams and active floodplains in narrow to moderately wide valleys. The ground surface is usually undulating, from past flooding or beaver activity. Stands form narrow bands at the stream edge, ranging from 1-6 ft (0.1-2 m) above the channel elevation. In wider valley bottoms, stands occur further from the bank, but never more than 2.5 ft (0.75 m) above the annual high water mark. Most stands occur adjacent to straight, wide, and shallow channels ranging from bedrock to silty-bottomed reaches. A few stands occur on meandering, cobble-bottomed reaches or streams braided by beaver activity. Soils are fine textured sandy clays to silty and sandy clay loams.

### Vegetation Description

*Salix monticola* (mountain willow) forms a dense to open canopy, and if not the clear dominant, then it is the matrix willow. The matrix species is the willow with the highest abundance, even though other willow species combined may have greater canopy cover. Other shrub species that may be present include *Ribes inerme* (whitestem gooseberry), *Salix drummondiana* (Drummond willow), *S. planifolia* (planeleaf willow), *S. bebbiana* (Bebb willow), *S. geyeriana* (Geyer willow), *S. brachycarpa* (barrenground willow), *S. wolfii* (Wolf willow), *S. lucida* ssp. *caudata* or *lasiandra* (shining willow), *Alnus incana* ssp. *tenuifolia* (thinleaf alder) and *Lonicera involucrata* (twinberry honeysuckle).

234

Total forb cover ranges from 10-70%. No one forb species is noticeably more abundant than any other, nor is any species consistently present in all stands. Forb species that may be present include *Heracleum maximum* (common cowparsnip), *Rudbeckia laciniata* var. *ampla* (cutleaf coneflower), *Mertensia ciliata* (tall fringed bluebells), and *Fragaria virginiana* (strawberry). Graminoid cover may be absent or up to 50% cover; in general it does not exceed the total forb cover. Graminoid species that may be present include *Calamagrostis canadensis* (bluejoint reedgrass) and *Carex utriculata* (beaked sedge). Generally, forbs are dominant under shrubs on hummocks and ridges while graminoids dominate the undergrowth in low-lying, wetter swales. Exotic graminoid and forb species include *Poa pratensis* (Kentucky bluegrass), *Trifolium repens* (white clover), and *Taraxacum officinale* (dandelion).

## Ecological Processes

*Salix monticola* (mountain willow) dominated plant associations appear to be long-lived and stable. They occur on mesic sites that support a diversity of graminoids and forbs. *Salix monticola* appears to grow only where the water table does not drop below 3 ft (1 m) of the surface. It appears to be limited to cold, wet environments in broad valley bottoms at high elevations. Due to the colder environments, organic matter builds up in the soils, and it is likely that succession to other associations is slow. This plant association occurs on mesic sites and supports a rich diversity of forbs. On broad, hummocky floodplains stands can form extensive willow carrs. Sites with a higher abundance of exotic forbs and graminoids may be grazing-induced. At higher elevations, this association grades into the *Salix planifolia*/mesic forb (planeleaf willow/mesic forb) association.

| Avg. Cover % | (Range) | Species Name | # Plots (N=93) |
|---|---|---|---|
| 58 | (1-100%) | Salix monticola | 93 |
| 17 | (1-40%) | Ribes lacustre | 26 |
| 16 | (0.1-60%) | Salix drummondiana | 31 |
| 16 | (1-75%) | Heracleum maximum | 49 |
| 12 | (1-70%) | Ribes inerme | 23 |
| 11 | (1-40%) | Alnus incana ssp. tenuifolia | 16 |
| 10 | (1-30%) | Salix geyeriana | 15 |
| 9 | (1-50%) | Poa pratensis | 42 |
| 9 | (0.1-30%) | Salix bebbiana | 15 |
| 9 | (1-20%) | Salix brachycarpa | 11 |
| 9 | (0.1-60%) | Mertensia ciliata | 55 |
| 9 | (1-30%) | Salix planifolia | 18 |
| 8 | (1-28%) | Rudbeckia laciniata var. ampla | 13 |
| 6 | (0.1-30%) | Calamagrostis canadensis | 31 |
| 7 | (1-60%) | Juncus balticus var. montanus | 10 |
| 7 | (1-22%) | Trifolium repens | 10 |
| 6 | (1-14%) | Picea pungens | 14 |
| 6 | (0.1-30%) | Cardamine cordifolia | 22 |
| 6 | (1-20%) | Lonicera involucrata | 43 |
| 6 | (1-25%) | Urtica dioica ssp. gracilis | 21 |
| 5 | (0.1-20%) | Equisetum arvense | 44 |
| 5 | (1-16%) | Aconitum columbianum | 18 |
| 5 | (1-20%) | Carex utriculata | 13 |

**Other species with < 5% average cover present in at least 10% of plots:**
Picea engelmannii (1-13%), Bromus ciliatus var. ciliatus (0.1-20%), Conioselinum scopulorum (0.1-15%), Hydrophyllum fendleri (1-10%), Carex aquatilis (1-10%), Dasiphora floribunda (0.1-13%), Fragaria virginiana ssp. glauca (0.1-10%), Geranium richardsonii (0.1-10%), Senecio triangularis (1-10%), Taraxacum officinale (0.1-12%), Maianthemum stellatum (0.1-12%), Achillea millefolium var. occidentalis (1-10%), Chamerion angustifolium ssp. circumvagum (0.1-11%), Thalictrum fendleri (0.1-9%), Ligusticum porteri (0.1-10%), Geum macrophyllum var. perincisum (1-5%), Rosa woodsii (0.1-5%), Oxypolis fendleri (1-5%), Vicia americana (0.1-5%).

235

BLM_0035506

**Mountain willow / Mesic graminoid Shrubland**

*Salix monticola* **/ Mesic graminoid**



**Global rank/State rank:**
G3 / S3

**HGM subclass:** S1/2, S3/4, R2

**Colorado elevation range:**
6,600-11,000 ft (2,000-3,350 m)



### General Description

The *Salix monticola*/mesic graminoid (mountain willow/mesic graminoid) plant association is a tall (5-8 ft, 1.5-2.5 m), deciduous shrubland, with an open to closed canopy of willows on broad, gentle floodplains, or in narrow canyon bottoms. The herbaceous undergrowth is diverse, with a variety of graminoid and forb species. This association is distinguished from the *Salix monticola*/mesic forb association by having a higher cover of graminoid species. Stands with predominantly non-native graminoid species in the undergrowth are considered grazing-induced. Stands are considered high quality when their undergrowth is predominantly native graminoid species.

The *Salix monticola*/mesic graminoid (mountain willow/mesic graminoid) plant association dominates stream reaches in narrow to wide valleys, 65-400 ft (20-120 m) wide, with active floodplains and broad, swift-moving streams. Stands usually occur > 2 ft (0.5 m) above the bankfull channel along the stream edge or away from the channel up to 50 ft (15 m). The ground surface is usually undulating due to past flooding or beaver activity. Stream channels can be fairly steep and narrow with cobble beds, moderately wide and sinuous with cobble beds or broad, meandering rivers with a developed floodplain. Some stands also occur along channels that are braided due to beaver activity. Soils are fine textured clay loams and sandy clay loams of varying depths, 4-18 inches (10-45 cm). Mottling and gleyed layers often occur within 5 inches (12 cm) of the ground surface.

### Vegetation Description

*Salix monticola* (mountain willow) forms a dense to open canopy. If it is not the clear dominant, then it is the matrix willow. The matrix species is the willow with the highest abundance, even though other willow species combined may have greater canopy cover. Other shrubs that may be present at higher elevations include *Salix planifolia* (planeleaf willow), *S. geyeriana* (Geyer willow), and *S. brachycarpa*

236

BLM_0035507

(barrenground willow).  At lower elevations, other shrubs that may be present include *Salix irrorata* (bluestem willow), *S. lucida* ssp. *caudata* (shining willow), *Alnus incana* ssp. *tenuifolia* (thinleaf alder) and *Dasiphora floribunda* (shrubby cinquefoil).

Total graminoid cover ranges from 10-55% and exceeds that of total forb cover.  No single species is particularly dominant over the others, and no one species is present in every stand.  Graminoid species that may be present include *Poa pratensis* (Kentucky bluegrass), *Juncus balticus* var. *montanus* (mountain rush), *Carex aquatilis* (water sedge), and *Equisetum arvense* (field horsetail).  Forb cover ranges from 5-20% and forbs generally are not as abundant as graminoids.  Forb species that may be present include *Heracleum maximum* (common cowparsnip), *Fragaria virginiana* (strawberry) and *Achillea millefolium* var. *occidentalis* (western yarrow).  In stands with pronounced hummock micro-topography underneath the willow canopy, graminoids will typically dominate the low-lying swales, while forbs will dominate the better drained hummocks and ridge tops.

## Ecological Processes

The *Salix monticola*/mesic graminoid (mountain willow/mesic graminoid) plant association appears to be a stable, long-lived community.  Stands with an abundance of *Poa pratensis* (Kentucky bluegrass) or *Agrostis stolonifera* (creeping bentgrass) may be a grazing-induced disclimax.  Stands with abundant *Salix planifolia* (planeleaf willow) may indicate a transition between higher elevational sites dominated by *Salix planifolia* and lower elevational sites where *Salix monticola* is more abundant.

| Avg. Cover % | (Range) | Species Name | # Plots (N=31) |
|---|---|---|---|
| 52 | (7-90%) | Salix monticola | 31 |
| 25 | (5-48%) | Salix drummondiana | 5 |
| 22 | (2-40%) | Salix planifolia | 6 |
| 18 | (0.1-60%) | Juncus balticus var. montanus | 13 |
| 17 | (1-50%) | Carex aquatilis | 11 |
| 15 | (4-20%) | Alnus incana ssp. tenuifolia | 4 |
| 14 | (1-40%) | Poa pratensis | 18 |
| 12 | (0.1-40%) | Carex utriculata | 13 |
| 11 | (1-30%) | Salix geyeriana | 8 |
| 8 | (1-20%) | Calamagrostis canadensis | 10 |
| 7 | (0.1-21%) | Dasiphora floribunda | 11 |
| 7 | (1-30%) | Deschampsia caespitosa | 6 |
| 6 | (0.1-25%) | Salix lucida ssp. caudata, lasiandra | 7 |
| 6 | (1-15%) | Phleum pratense | 4 |
| 5 | (0.1-22%) | Taraxacum officinale | 19 |
| 5 | (1-15%) | Picea pungens | 5 |
| 5 | (0.1-16%) | Salix bebbiana | 7 |

**Other species with < 5% average cover present in at least 10% of plots:**
Equisetum arvense (0.1-20%), Lonicera involucrata (1-10%), Carex microptera (1-10%), Trifolium repens (0.1-6%), Dodecatheon pulchellum (0.1-10%), Achillea millefolium var. occidentalis (0.1-8%), Mertensia ciliata (0.1-10%), Ribes inerme (1-5%), Salix brachycarpa (1-5%), Geranium richardsonii (1-4%), Conioselinum scopulorum (1-5%), Fragaria virginiana ssp. glauca (1-3%), Heracleum maximum (1-3%), Geum macrophyllum var. perincisum (0.1-3%), Equisetum pratense (1-3%), Cardamine cordifolia (0.1-3%).

237

238

BLM_0035509

# GROUP E:
# SHORT WILLOW SHRUBLANDS

**Association**                                                    Page

*Salix brachycarpa/Carex aquatilis*      240
   Barrenground willow/Water sedge Shrubland

*Salix brachycarpa/Mesic forb*      242
   Barrenground willow/Mesic forb Shrubland

*Salix candida/Triglochin maritimum*      244
   Hoary willow/Seaside arrowgrass Extreme Rich Fen

*Salix planifolia/Calamagrostis canadensis*      246
   Planeleaf willow/Bluejoint reedgrass Shrubland

*Salix planifolia/Caltha leptosepala*      248
   Planeleaf willow/Marsh-marigold Shrubland

*Salix planifolia/Carex aquatilis*      250
   Planeleaf willow/Water sedge Shrubland

*Salix planifolia/Carex utriculata*      252
   Planeleaf willow/Beaked sedge Shrubland

*Salix planifolia/Mesic forb*      254
   Planeleaf willow/Mesic forb Shrubland

*Salix wolfii/Calamagrostis canadensis*      256
   Wolf willow/Bluejoint reedgrass Shrubland

*Salix wolfii/Carex aquatilis*      258
   Wolf willow/Water sedge Shrubland

*Salix wolfii/Carex utriculata*      260
   Wolf willow/Beaked sedge Shrubland

*Salix wolfii/Mesic forb*      262
   Wolf willow/Mesic forb Shrubland

BLM_0035510

**Barrenground willow / Water sedge Shrubland**

*Salix brachycarpa / Carex aquatilis*



**Global rank/State rank:**
G2? / S2

**HGM subclass:**  S1/2, S3/4

**Colorado elevation range:**
8,300-11,000 ft (2.530-3,350 m)



<u>**General Description**</u>

The *Salix brachycarpa/Carex aquatilis* (barrenground willow/water sedge) plant association is a short-stature (2-3 ft; 0.4-1 m) willow shrubland with an open canopy. It grows along narrow, sinuous floodplains in the upper montane or subalpine zones of the Rocky Mountains.  Since *Salix brachycarpa* (barrenground willow) is typically not associated with the hydric sedge, *Carex aquatilis*, this plant association may indicate that the site was once wetter and is now becoming drier allowing *Salix brachycarpa* to become established.  This plant association occurs in the South Platte and Arkansas River Basins on the Eastern Slope and on San Juan National Forest in the San Juan Mountains on the Western Slope.

This plant association occurs on low floodplains immediately adjacent to the stream channel.  Stream gradients are low with channels either broad and meandering or braided.  Soils include deep, 24 inches (60 cm), organic soils or loam, sandy clay loam, and silty clay loam.  The water table can be within the first 8 inches (20 cm) of soil early in the season.  Mottles may also be present in the first layer of the profile.

<u>**Vegetation Description**</u>

*Salix brachycarpa* (barrenground willow) is the dominant shrub in this plant association.  Other shrubs that may be present include *Dasiphora floribunda* (shrubby cinquefoil), *Salix wolfii* (Wolf willow), and *S. monticola* (mountain willow).  The herbaceous undergrowth is a thick carpet of graminoids dominated by *Carex aquatilis* (water sedge).  Other graminoids that may be present include *Carex utriculata* (beaked sedge), *Carex scopulorum* (mountain sedge), *Carex interior* (inland sedge), *Juncus balticus* var. *montanus* (mountain rush), and *Deschampsia caespitosa* (tufted hairgrass).  Forbs are diverse and include *Thermopsis divaricarpa* (spreadfruit goldenbanner), *Maianthemum stellatum* (starry false Solomon seal), and *Potentilla* spp. (cinquefoil).

240

BLM_0035511

## Ecological Processes

*Salix brachycarpa* (barrenground willow) typically grows on sites that are drier than those occupied by *Carex aquatilis* (water sedge) and it is unusual for them to occur together. Soil data indicate that occurrences of this plant association are perennially wet or have been in the past. It may be that with a drop in the water table, possibly due to heavy grazing and recreational use, these sites have begun to dry out and *Salix brachycarpa* is becoming established. In the South Platte River Basin, occurrences of this plant association also have abundant *Dasiphora floribunda* (shrubby cinquefoil) and *Juncus balticus* var. *montanus* (mountain rush) which are increaser species under long-term livestock grazing. These sites may be shifting from wetter *Salix monticola* (mountain willow) or *S. planifolia* (planeleaf willow) associations to drier *S. brachycarpa* or *Dasiphora floribunda* associations.

| Avg. Cover % | (Range) | Species Name | # Plots (N=8) |
|---|---|---|---|
| 29 | (6-80%) | Salix brachycarpa | 8 |
| 23 | (6-40%) | Carex aquatilis | 8 |
| 14 | (1-22%) | Juncus balticus var. montanus | 4 |
| 11 | (4-25%) | Carex utriculata | 5 |
| 11 | (0.1-21%) | Carex scopulorum | 2 |
| 10 | (1-15%) | Thalictrum alpinum | 3 |
| 10 | (5-15%) | Kobresia simpliciuscula | 2 |
| 7 | (4-10%) | Carex interior | 2 |
| 6 | (2-11%) | Picea pungens | 3 |
| 6 | (3-9%) | Dasiphora floribunda | 4 |
| 6 | (3-10%) | Deschampsia caespitosa | 3 |
| 5 | (2-7%) | Salix wolfii | 2 |

**Other species with < 5% average cover present in at least 10% of plots:**
Salix monticola (3-5%), Poa pratensis (1-8%), Swertia perennis (0.1-5%), Cardamine cordifolia (1-6%), Triglochin palustre (1-5%), Betula nana (1-5%), Calamagrostis canadensis (2-2.9%), Equisetum arvense (1-4%), Senecio triangularis (1-3%). Pedicularis groenlandica (0.1-5%), Fragaria virginiana ssp. glauca (1-2%), Trifolium repens (1-2%), Mertensia ciliata (1%), Taraxacum officinale (1%), Achillea millefolium var. occidentalis (1%), Geum macrophyllum var. perincisum (1%), Carex aurea (1%), Aconitum columbianum (1%).



*Salix brachycarpa*

241

**Barrenground willow / Mesic forb Shrubland**

*Salix brachycarpa /* **Mesic forb**



**Global rank/State rank:**
G4 / S4

**HGM subclass:** S1/2, R1, R2

**Colorado elevation range:**
8,500-11,500 ft (2,600-3,500 m)



### General Description

Typically, the *Salix brachycarpa*/mesic forb (barrenground willow/mesic forb) plant association occurs on well-drained slopes in subalpine valleys. This association may be considered part of a *Salix planifolia-Salix brachycarpa* (planeleaf willow-barrenground willow) mixed type. However, *Salix brachycarpa* occurs on slightly drier sites and is often adjacent to wetter, pure stands of *Salix planifolia*. The two species intermix at the ecotone between the wetter and drier sites. This plant association occurs in subalpine areas of the San Juan Mountains, the San Miguel/Dolores, Gunnison, Colorado and White River Basins, the Routt National Forest, and Rio Grande/Closed Basin.

The *Salix brachycarpa*/mesic forb (barrenground willow/mesic forb) plant association occurs along the drier fringes of broad, glaciated basins and along broad, straight streams in the subalpine zone. This association occupies elevated hummocks and drier side slopes, often surrounding wetter, low areas vegetated with *Salix planifolia* (planeleaf willow) associations. Stream channels are wide and shallow, or narrow, deep and sinuous. Soil textures range from silty clay loams to fine sandy loams with some mottling.

### Vegetation Description

*Salix brachycarpa* (barrenground willow) occurs in almost pure stands on hummocks and well-drained slopes adjacent to the valley floor. *Salix planifolia* (planeleaf willow) dominated associations occur within the same riparian/wetland mosaic in lower, poorly-drained areas and intermix with the *Salix brachycarpa* (barrenground willow) association at their ecotone. Within the *Salix brachycarpa* (barrenground willow) association, *Salix planifolia* (planeleaf willow) may occur with 2-30% cover. Other shrubs may include *Salix wolfii* (Wolf willow) and *Betula nana (=glandulosa)* (bog birch) in high, subalpine stands; and *Salix monticola* (mountain willow), and *S. drummondiana* (Drummond willow).

242

BLM_0035513

The herbaceous undergrowth is dominated by forb cover, which exceeds total graminoid cover, although no one forb species is dominant nor present in every stand. Forb species include *Senecio triangularis* (arrowleaf ragwort), *Mertensia ciliata* (tall fringed bluebells), *Cardamine cordifolia* (heartleaf bittercress), *Caltha leptosepala* (marsh marigold), *Thalictrum* spp. (meadowrue), *Pseudocymopterus montanus* (alpine false springparsley), *Fragaria virginiana* (strawberry), *Oxypolis fendleri* (Fendler cowbane) and *Ligusticum* spp. (licoriceroot). Graminoid species may include *Deschampsia caespitosa* (tufted hairgrass), *Carex aquatilis* (water sedge) and *Calamagrostis canadensis* (bluejoint reedgrass). Lichen and moss-covered boulders are often present.

## Ecological Processes

*Salix planifolia* (planeleaf willow), *Salix brachycarpa* (barrenground willow) and *Salix wolfii* (Wolf willow) are abundant low-stature (1-3 ft, 0.3-1 m) willows of first- and second-order streams of subalpine elevations of Colorado. *Salix planifolia* and *Salix brachycarpa* can form extensive stands, often creating intricate mosaics in broad, subalpine valleys. In general, *Salix planifolia* occupies the wettest micro-habitats on peat soils, although it can grow well on mineral soils. *Salix brachycarpa* is more often found on slightly drier and more well-drained micro-habitats than *Salix planifolia*. *Salix wolfii* grows on deep, undecomposed peat, while *Salix planifolia* tends to grow on more decomposed (humified) organic soils. *Salix brachycarpa* grows on lateral moraines, coarse-textured stream banks, ridge tops and on small hummocks. This plant association appears to be stable, but little is known about its successional trends. It is sometimes intensely grazed by sheep, which may alter the species composition.

| Avg. Cover % | (Range) | Species Name | # Plots (N=20) |
|---|---|---|---|
| 48 | (10-98%) | Salix brachycarpa | 20 |
| 20 | (3-70%) | Salix wolfii | 5 |
| 16 | (10-22%) | Carex aquatilis | 6 |
| 15 | (3-50%) | Salix monticola | 8 |
| 14 | (2-30%) | Salix planifolia | 10 |
| 12 | (2-30%) | Caltha leptosepala | 6 |
| 10 | (1-25%) | Picea engelmannii | 7 |
| 8 | (1-20%) | Fragaria virginiana ssp. glauca | 9 |
| 7 | (1-20%) | Thalictrum alpinum | 5 |
| 6 | (1-10%) | Dasiphora floribunda | 9 |
| 6 | (1-20%) | Senecio triangularis | 11 |
| 6 | (1-20%) | Carex utriculata | 5 |
| 6 | (1-20%) | Ligusticum porteri | 7 |
| 6 | (1-26%) | Deschampsia caespitosa | 11 |
| 5 | (1-16%) | Taraxacum officinale | 12 |
| 5 | (1-13%) | Hymenoxys hoopesii | 7 |
| 5 | (1-13%) | Calamagrostis canadensis | 8 |

**Other species with < 5% average cover present in at least 10% of plots:**
Geranium richardsonii (1-11%), Mertensia ciliata (1-16%), Oxypolis fendleri (1-13%), Bromus ciliatus var. ciliatus  (1-10%), Aconitum columbianum (3-5%), Carex microptera (1-10%), Cardamine cordifolia (1-14%), Valeriana edulis (1-6%), Equisetum arvense (1-6%), Poa pratensis (1-10%), Achillea millefolium var. occidentalis (1-8%), Geum macrophyllum var. perincisum (1-5%), Erigeron coulteri (1-7%), Phleum alpinum (1-5%), Rhodiola rhodantha (1-9%), Pedicularis groenlandica (1-3%), Stellaria longifolia (1%), Luzula parviflora (1%), Veronica wormskjoldii (1%).

243

## Hoary willow / Seaside arrowgrass Extreme Rich Fen

### *Salix candida / Triglochin maritimum*



**Global rank/State rank:**
G1? / S1?

**HGM subclass:** S1/2

**Colorado elevation range:**
8,500-10,000 ft (2,590-3,050 m)



### General Description

*Salix candida/Triglochin maritimum* (hoary willow/seaside arrowgrass) is a rare association that occurs between 8,500 and 10,000 ft elevation in the extreme rich fens of South Park in Colorado. Levels of calcium, magnesium, and other plant nutrients in the groundwater that feeds these fens are very high. This association is restricted to continuously wet, anaerobic histosolic soils of peatlands. The association is characterized by widely scattered clumps of 3-5 ft (1-1.5 m) tall *Salix candida* (hoary willow), with lesser amounts of other low willow species such as *Salix planifolia* (planeleaf willow) or *Salix brachycarpa* (barrenground willow) and/or *Dasiphora floribunda* (shrubby cinquefoil).

This association occurs in one of the large intermountain basins in the Southern Rocky Mountains. The floor of the park is covered with glacial debris washed from the limestone and dolomite peaks of the Mosquito Range at the western boundary of the park. The minerals in these glacial deposits create the unusual water chemistry of the extreme rich fens. Within the fens a complex of drier hummocks above water-filled rills has developed. The *Salix candida/Triglochin maritimum* association occurs on the raised hummocks.

Soils are characterized by organic horizons greater than one meter. Water tables normally remain at or near the soil surface throughout the growing season. Because of the cold dry climate of South Park, peat accumulates at the rate of approximately four inches per one thousand years, a rate slower than that of intermediate and rich fens. For that reason, peat depth in extreme rich fens tends to be shallower than in other types of fens.

### Vegetation Description

Communities within this alliance are defined as seasonally flooded cold-deciduous shrublands. They are dominated by *Salix candida* (hoary willow) which is a short

244

BLM_0035515

shrub that can reach heights of 10 ft (3 m), but usually is less than 3 ft (1 m) tall.  The short shrub layer is characterized by scattered clumps of *Salix candida*, making up approximately 15% of the vegetation cover.  Other willow species and *Dasiphora floribunda* may be present in lesser amounts.  *Triglochin maritimum* (seaside arrowgrass) is often present and may contribute more cover than *Salix candida*.  Graminoids that may be present include *Kobresia simpliciuscula* (simple bog sedge), *Carex simulata* (analogue sedge), *Carex microptera* (smallwing sedge) and *Juncus balticus* var. *montanus* (mountain rush).  In addition to *Salix candida* (hoary willow, ranked G5S2), two other state rare plant species, *Salix myrtillifolia* (blueberry willow, G5S1) and *Primula egaliksensis* (Greenland primrose, G4S2) have been documented in this association; other rare plants of extreme rich fens may also occur.

## Ecological Processes

The *Salix candida/Triglochin maritimum* (hoary willow/seaside arrowgrass) association is stable as long as the water regime is constant.  *Salix candida* is a low vigor sprouting species after browsing, thus, heavy browsing can eliminate *Salix candida* from the community.  Water diversion and groundwater pumping may lower the water table and dessicate the peatland soils necessary for this association to persist. Because of its restriction to very wet organic soils, if the hydrologic conditions reach a certain threshold of dryness, the loss of this association would probably be rapid.

| Avg. Cover % | (Range) | Species Name | # Plots (N=7) |
|---|---|---|---|
| 60 | — | Campylium stellatum | 1 |
| 40 | — | Kobresia simpliciuscula | 1 |
| 26 | (5-60%) | Triglochin maritimum | 4 |
| 15 | — | Carex simulata | 1 |
| 12 | (3-20%) | Salix candida | 7 |
| 5 | — | Salix myrtillifolia | 1 |
| 4 | (2-5%) | Carex microptera | 2 |

**Other species with < 5% average cover present in at least 10% of plots:**
Juncus balticus var. montanus (2%), Polygonum viviparum (1-2%), Primula egaliksensis (1%), Triglochin palustre (1%), Deschampsia caespitosa (1%), Kobresia myosuroides (1%), Carex aquatilis (1%), Carex hassei (1%), Dasiphora floribunda (1%), Equisetum variegatum var. variegatum (1%), Juncus saximontanus (1%), Parnassia palustris var. parviflora (1%), Thalictrum alpinum (1%).



*Salix candida*

245

**Planeleaf willow / Bluejoint reedgrass Shrubland**

*Salix planifolia / Calamagrostis canadensis*



**Global rank/State rank:**
G4 / S3

**HGM subclass:** S1/2, R1

**Colorado elevation range:**
8,900-11,800 ft (2,700-3,600 m)



### General Description

The *Salix planifolia/Calamagrostis canadensis* (planeleaf willow/bluejoint reedgrass) plant association is the least common of the *Salix planifolia* plant associations. It is frequently grazed to the point of shifting the dominant undergrowth grasses. It may have been more abundant historically.

This is a high elevation wetland plant association, usually occurring in broad, glacial valleys and swales where direct snow melt is the primary moisture source throughout the growing season. Stream channels are wide and moderately sinuous, often associated with beaver ponds. This association also occurs in narrow valleys with sinuous streams and wet floodplains. *Salix planifolia* shrublands occur on peat or mineral soils, deep clay loams and sandy clay loams, derived from glacial till. The mineral soils can have a high organic content.

### Vegetation Description

*Salix planifolia* (planeleaf willow) forms a dense shrub layer with 30-100% cover. Other willow species that may be present include *Salix brachycarpa* (barrenground willow), and *Salix wolfii* (Wolf willow). *Calamagrostis canadensis* (bluejoint reedgrass) dominates the dense and sometimes rich herbaceous layer. Several *Carex* (sedge) species can also be present including *Carex utriculata* (beaked sedge), *Carex microptera* (smallwing sedge), and *Carex aquatilis* (water sedge). The forb layer can be diverse, but often has less than 20% total cover. Forb species can include *Caltha leptosepala* (marsh marigold), *Cardamine cordifolia* (heartleaf bittercress), *Pedicularis groenlandica* (elephanthead lousewort), and *Mertensia ciliata* (tall fringed bluebells).

246

## Ecological Processes

*Salix planifolia* (planeleaf willow), *Salix brachycarpa* (barrenground willow) and *Salix wolfii* (Wolf willow) are abundant low-stature willows of first- and second-order streams of subalpine elevations of Colorado.  *Salix planifolia* and *Salix brachycarpa* can form extensive stands, often creating intricate mosaics in broad, subalpine valleys.  In general, *Salix planifolia* occupies the wettest micro-habitats on peat soils, although it can grow well on mineral soils.  *Salix brachycarpa* is more often found on slightly drier and more well-drained micro-habitats than *Salix planifolia*.  *Salix wolfii* grows on deep, undecomposed peat, while *Salix planifolia* tends to grow on more decomposed (humified) organic soils.  *Salix planifolia* also grows at elevations below the subalpine and becomes a much taller willow due to a longer growing season. In montane elevations, *Salix planifolia* is often a co-dominant in *Salix monticola* plant associations.



female catkin

*Salix planifolia*

The *Salix planifolia/Calamagrostis canadensis* association may represent an ecotonal community to the conifer/*Calamagrostis canadensis* community type.  In Colorado, *Salix planifolia/Calamagrostis canadensis* stands have been observed at the ecotone to the conifer/*Calamagrostis canadensis* plant association.

| Avg. Cover % | (Range) | Species Name | # Plots (N=19) |
|---|---|---|---|
| 72 | (30-100%) | Salix planifolia | 19 |
| 39 | (5-90%) | Calamagrostis canadensis | 19 |
| 18 | (1-51%) | Betula nana | 4 |
| 16 | (2-30%) | Salix brachycarpa | 2 |
| 9 | (1-30%) | Mertensia ciliata | 13 |
| 8 | (1-25%) | Senecio triangularis | 11 |
| 8 | (5-10%) | Carex microptera | 2 |
| 7 | (1-20%) | Cardamine cordifolia | 7 |
| 7 | (3-10%) | Salix monticola | 2 |
| 6 | (5-7%) | Swertia perennis | 2 |
| 5 | (1-10%) | Carex utriculata | 7 |
| 5 | (5-5%) | Deschampsia caespitosa | 2 |
| 5 | (1-10%) | Caltha leptosepala | 6 |

**Other species with < 5% average cover present in at least 10% of plots:**
Dasiphora floribunda (3-5%), Equisetum arvense (1-5%), Trisetum wolfii (2-5%), Conioselinum scopulorum (1-5%), Aconitum columbianum (1-7%), Saxifraga odontoloma (1-7%), Salix wolfii (1-5%), Carex aquatilis (0.1-5%), Stellaria calycantha (0.1-10%), Oxypolis fendleri (1-5%), Veronica wormskjoldii (1-6%), Chamerion latifolium (1-3%), Chamerion angustifolium ssp. circumvagum (1-2%), Viola macloskeyi ssp. pallens (1-2%), Phleum alpinum (1%), Achillea millefolium var. occidentalis (1%), Stellaria longifolia (1%), Thalictrum sparsiflorum (1%), Galium trifidum ssp. subbiflorum (1%), Taraxacum officinale (1%), Erigeron coulteri (1%), Pedicularis groenlandica (0.1-1%), Geum macrophyllum var. perincisum (0.1-1%), Picea engelmannii (0.1-1%), Agrostis scabra (0.1-1%), Rhodiola rhodantha (0.1-1%), Lonicera involucrata (0.1-1%), Poa reflexa (0.1-1%).

247

BLM_0035518

## Planeleaf willow / Marsh-marigold Shrubland
### *Salix planifolia / Caltha leptosepala*



**Global rank/State rank:**
G4 / S4

**HGM subclass:**  S1/2, R1

**Colorado elevation range:**
8,900-11,800 ft (2,700-3,600 m)



### General Description

The *Salix planifolia/Caltha leptosepala* (planeleaf willow/marsh marigold) plant association is a common and abundant upper montane and subalpine community occurring on very wet to saturated soils.  This association is characterized by low-stature shrubs, less than 2 ft (0.5 m) tall, and a thick carpet of forbs in the undergrowth.  There may be scattered patches of other willows present. This is a major subalpine wetland plant association that occurs throughout the Rocky Mountains of Colorado.

This plant association typically occurs in wide, glaciated valleys adjacent to streams.  It occurs in swales, depressions, and on slopes where snowmelt runoff saturates soils for much of the growing season.  The ground may be flat or uneven with raised hummocks.  Stream gradients range from <1% in broad floodplains to 14% in steep snowmelt basins.  Stream channels vary.  Channels may be steep and narrow, first-order streams in snow melt basins, relatively wide and straight, narrow, relatively deep, and meandering in broad, glaciated valleys or braided, multiple channels below beaver dams.  Soil textures are highly variable.  Mineral soils vary along a moisture gradient.  Wet sites have soil textures of silty clays and silt loams, while slightly drier sites have loamy sands and sandy loams overlying gravelly alluvium.  Some stands occur on well-drained, mineral soils with well-oxygenated water and no mottled or gleyed layers.  Other sites have a shallow organic layer overlying a gravel or cobble layer within 10-20 inches (20-50 cm) of the surface.  The water table at these sites is usually near the surface throughout the growing season and may be perched by a clay horizon.  Still other stands occur on deep, dark clay loams with high organic content or a fibrous layer on top.

### Vegetation Description

*Salix planifolia* (planeleaf willow) may form nearly pure stands with 10-100% cover.  Other willows that may be present at lower elevations include *Salix geyeriana* (Geyer willow) and *S. monticola* (mountain willow).  At higher elevations, other shrubs that

248

BLM_0035519

may be present include *Salix brachycarpa* (barrenground willow) on drier sites, or *Betula nana (=glandulosa)* (bog birch) and *Salix wolfii* (Wolf willow) on wetter sites. *Picea engelmannii* (Engelmann spruce) is occasionally scattered throughout the stand.

Typically, the willow canopy is nearly closed and an herbaceous undergrowth occurs only in openings between willow patches. The undergrowth is characterized by an abundance of forbs with few graminoids. *Caltha leptosepala* (marsh marigold) is usually present. Other wet species such as *Trollius laxus* (American globeflower), *Cardamine cordifolia* (heartleaf bittercress), *Senecio triangularis* (arrowleaf ragwort), *Mertensia ciliata* (tall fringed bluebells), *Pedicularis groenlandica* (elephanthead lousewort) and *Rhodiola rhodantha* (redpod stonecrop) are also indicators of this type. Graminoid species that may be present include *Calamagrostis canadensis* (bluejoint reedgrass) and *Carex aquatilis* (water sedge).

## Ecological Processes

*Salix planifolia* (planeleaf willow), *S. brachycarpa* (barrenground willow) and *S. wolfii* (Wolf willow) are abundant low-stature willows of first- and second-order streams of subalpine elevations of Colorado. *Salix planifolia* and *Salix brachycarpa* can form extensive stands, often creating intricate mosaics in broad, subalpine valleys. In general, *Salix planifolia* occupies the wettest micro-habitats on peat soils, although it can grow well on mineral soils. *Salix brachycarpa* is more often found on slightly drier and more well-drained micro-habitats than *Salix planifolia*. *Salix wolfii* grows on deep, undecomposed peat, while *Salix planifolia* tends to grow on more decomposed (humified) organic soils. *Salix planifolia* also grows at elevations below the subalpine, and becomes a much taller willow due to a longer growing season. In montane elevations, *Salix planifolia* is often a co-dominant in *Salix monticola* plant associations. This association occurs in wet swales that are saturated throughout most or all of the growing season. It is a long-lived, stable association that changes with fluctuations in the water table and degree of soil saturation.

| Avg. Cover % | (Range) | Species Name | # Plots (N=73) |
|---|---|---|---|
| 65 | (12.4-100%) | Salix planifolia | 73 |
| 19 | (1-64%) | Caltha leptosepala | 69 |
| 11 | (0.1-30%) | Salix brachycarpa | 15 |
| 9 | (1-48%) | Salix wolfii | 14 |
| 9 | (1-40%) | Salix monticola | 13 |
| 9 | (0.1-40%) | Carex aquatilis | 46 |
| 7 | (1-30%) | Senecio triangularis | 51 |
| 7 | (1-58%) | Cardamine cordifolia | 43 |
| 7 | (0.1-36%) | Calamagrostis canadensis | 34 |
| 6 | (1-18%) | Picea engelmannii | 21 |
| 5 | (1-20%) | Erigeron peregrinus ssp. callianthemus | 13 |
| 5 | (1-20%) | Geranium richardsonii | 15 |
| 5 | (0.1-20%) | Mertensia ciliata | 46 |
| 5 | (1-11%) | Carex utriculata | 13 |

**Other species with < 5% average cover present in at least 10% of plots:**
Aconitum columbianum (1-20%), Saxifraga odontoloma (1-16%), Oxypolis fendleri (1-14%), Conioselinum scopulorum (0.1-10%), Pedicularis groenlandica (0.1-19%), Fragaria virginiana ssp. glauca (1-10%), Deschampsia caespitosa (1-11%), Rhodiola rhodantha (0.1-11%), Swertia perennis (0.1-10%), Chamerion angustifolium ssp. circumvagum (1-6%), Achillea millefolium var. occidentalis (1-5%), Polygonum bistortoides (1-10%), Phleum alpinum (1-10%), Veronica wormskjoldii (0.1-8%), Polygonum viviparum (1-6%), Taraxacum officinale (1-5%), Luzula parviflora (1-4%).

249

## Planeleaf willow / Water sedge Shrubland

### *Salix planifolia / Carex aquatilis*



**Global rank/State rank:**
G5 / S4

**HGM subclass:** S1/2

**Colorado elevation range:**
8,300-11,700 ft (2,530-3,560 m)



### General Description

The *Salix planifolia/Carex aquatilis* (planeleaf willow/water sedge) plant association is a low-stature willow shrubland that grows in wet to saturated soils, ususally above 9,000 ft (2,800 m). It is a common plant association of subalpine glacial valleys. *Salix planifolia* occasionally mixes with *Salix brachycarpa* (barrenground willow) or *Salix wolfii* (Wolf willow) at higher elevations and grades into taller willow carrs with *Salix monticola* (mountain willow) at lower elevations. This plant association is a common type and occurs throughout the Rocky Mountains of Colorado.

This plant association occurs in wide, wet valleys on snow-melt fed swales. It also occurs in narrow valleys with sinuous streams and wet floodplains associated with beaver ponds. Stream channels are wide and moderately sinuous, narrow and sinuous, or highly braided by beaver activity. Soils have an organic peat top layer over mineral silty clays, heavy silty clay loams, silty loams, sandy loams, or loamy sands. Mottling is often evident.

### Vegetation Description

This plant association is characterized by low-stature (1.5-5 ft; 0.5-1.5 m) *Salix planifolia* (planeleaf willow). Other willows that may be present include *Salix monticola* (mountain willow), *Salix wolfii* (Wolf willow), *Salix boothii* (Booth willow), *Salix geyeriana* (Geyer willow), and *Salix drummondiana* (Drummond willow)

The herbaceous undergrowth is dominated by *Carex aquatilis* (water sedge). Other graminoid species that may be present include *Carex utriculata* (beaked sedge), *Calamagrostis canadensis* (bluejoint reedgrass), and *Deschampsia caespitosa* (tufted hairgrass). Total forb cover is often less than 30%. Species that may be present include *Caltha leptosepala* (marsh marigold), *Cardamine cordifolia* (heartleaf

250

BLM_0035521

bittercress), *Pedicularis groenlandica* (elephanthead lousewort), and *Conioselinum scopulorum* (Rocky Mountain hemlockparsley).

## Ecological Processes

*Salix planifolia* (planeleaf willow), *Salix brachycarpa* (barrenground willow) and *Salix wolfii* (Wolf willow) are abundant low-stature willows of first- and second-order streams of subalpine elevations of Colorado. *Salix planifolia* and *Salix brachycarpa* can form extensive stands, often creating intricate mosaics in broad, subalpine valleys. In general, *Salix planifolia* occupies the wettest micro-habitats on peat soils, although it can grow well on mineral soils. *Salix brachycarpa* is often found on slightly drier and more well-drained micro-habitats than *Salix planifolia*. *Salix wolfii* grows on deep, undecomposed peat, while *Salix planifolia* tends to grow on more decomposed (humified) organic soils. *Salix planifolia* also grows at elevations below the subalpine, and becomes a much taller willow due to a longer growing season. At montane elevations, *Salix planifolia* is often a co-dominant in *Salix monticola* plant associations.

The *Salix planifolia/Carex aquatilis* (planeleaf willow/water sedge) plant association occurs in wet swales that are saturated throughout the growing season. The dense canopy layers and thick undergrowth indicate stable conditions. Both *Carex aquatilis* (water sedge) and *Caltha leptosepala* (marsh marigold) can tolerate saturated soils, and occasionally they co-dominate the undergrowth.

| Avg. Cover % | (Range) | Species Name | # Plots (N=69) |
|---|---|---|---|
| 51 | (6.4-96%) | Salix planifolia | 69 |
| 32 | (1-90%) | Carex aquatilis | 69 |
| 15 | (1-40%) | Salix wolfii | 20 |
| 13 | (1-70%) | Caltha leptosepala | 31 |
| 13 | (1-30%) | Carex utriculata | 23 |
| 13 | (0.1-24%) | Salix drummondiana | 8 |
| 10 | (1-38%) | Salix monticola | 12 |
| 9 | (1-33%) | Salix brachycarpa | 9 |
| 8 | (0.1-40%) | Calamagrostis canadensis | 40 |
| 8 | (1-53%) | Picea engelmannii | 19 |
| 7 | (0.1-27%) | Betula nana | 19 |
| 6 | (1-20%) | Ligusticum tenuifolium | 7 |
| 6 | (1-20%) | Saxifraga odontoloma | 14 |
| 5 | (1-20%) | Salix geyeriana | 7 |
| 5 | (1-20%) | Senecio triangularis | 29 |
| 5 | (1-20%) | Trisetum wolfii | 7 |

**Other species with < 5% average cover present in at least 10% of plots:**
Deschampsia caespitosa (1-20%), Carex canescens (0.1-12%), Viola canadensis var. scopulorum (1-8%), Conioselinum scopulorum (1-13%), Cardamine cordifolia (1-13%), Pedicularis groenlandica (0.1-20%), Dasiphora floribunda (1-8%), Polygonum bistortoides (1-10%), Veronica wormskjoldii (1-12%), Rhodiola rhodantha (0.1-9%), Mertensia ciliata (1-9%), Equisetum arvense (1-4%), Chamerion angustifolium ssp. circumvagum (1-7%), Fragaria virginiana ssp. glauca (1-13%), Carex microptera (1-10%), Polygonum viviparum (1-9%), Luzula parviflora (1-6%), Aconitum columbianum (1-7%), Achillea millefolium var. occidentalis (1-6%), Oxypolis fendleri (1-9%), Swertia perennis (0.1-6%), Taraxacum officinale (1-4%), Phleum alpinum (1-4%), Poa pratensis (1-4%), Geum macrophyllum var. perincisum (1-5%).

251

BLM_0035522

**Planeleaf willow / Beaked sedge Shrubland**

*Salix planifolia / Carex utriculata*



**Global rank/State rank:**
G3G4 / S2

**HGM subclass:** S1/2

**Colorado elevation range:**
8,900-10,760 ft (2,700-3,280 m)



## General Description

The *Salix planifolia/Carex utriculata* (planeleaf willow/beaked sedge) plant association is a low-stature willow shrubland that grows in wet to saturated soils above 8,900 ft (2,700 m). It appears to be much less common than the related *Salix planifolia/Carex aquatilis* (planeleaf willow/water sedge) association, and is probably indicative of wetter sites.

This plant association occurs in wide, wet valleys on snowmelt fed swales. It also occurs in narrow valleys with sinuous streams and wet floodplains associated with beaver ponds. Soils have an organic peat top layer over mineral silty clays, heavy silty clay loams, silty loams, sandy loams, or loamy sands.

## Vegetation Description

This plant association is characterized by 30-90% cover of low-stature (1-5 ft, 0.5-1.5 m) *Salix planifolia* (planeleaf willow). Other willows that may be present include *Salix monticola* (mountain willow), *Salix wolfii* (Wolf willow) and *Salix geyeriana* (Geyer willow). *Betula nana* (=*glandulosa*) (bog birch) and *Dasiphora floribunda* (shrubby cinquefoil) may also be components of the shrub layer.

Diversity of associated forb and graminoid species is typically low, although one plot from North Park had 22 herbaceous species present with cover values <5%. The herbaceous undergrowth is dominated by 11-80% cover of *Carex utriculata* (beaked sedge). Other graminoid species that may be present include *Carex aquatilis* (water sedge), *Calamagrostis canadensis* (bluejoint reedgrass), and *Bromus ciliatus* var. *ciliatus* (fringed brome). Total forb cover is typically less than 20%. Species that were most frequently present include *Conioselinum scopulorum* (Rocky Mountain hemlockparsley), *Geum macrophyllum* var. *perincisum* (largeleaf avens) and *Swertia perennis* (star gentian).

252

BLM_0035523

## Ecological Processes

*Salix planifolia* (planeleaf willow), *Salix brachycarpa* (barrenground willow) and *Salix wolfii* (Wolf willow) are abundant low-stature willows of first- and second-order streams of subalpine elevations of Colorado. *Salix planifolia* and *Salix brachycarpa* can form extensive stands, often creating intricate mosaics in broad, subalpine valleys. In general, *Salix planifolia* occupies the wettest micro-habitats on peat soils, although it can grow well on mineral soils. *Salix brachycarpa* is more often found on slightly drier and more well-drained micro-habitats than *Salix planifolia*. *Salix planifolia* also grows at elevations below the subalpine, and becomes a much taller willow due to a longer growing season. At montane elevations, *Salix planifolia* is often a co-dominant in *Salix monticola* plant associations.

*Carex utriculata* (beaked sedge), *Carex aquatilis* (water sedge), and *Calamagrostis canadensis* (bluejoint reedgrass) are common dominant undergrowth of several *Salix* plant associations. These three graminoids indicate different micro-environments, generally separating out along a moisture gradient related to the depth of the water table, and can represent different stages of succession of the floodplain.

*Carex utriculata* (beaked sedge) occurs on the wettest sites, such as shallow pond margins, low-lying swales, and overflow channel with the shallowest water tables. *Carex aquatilis* (water sedge) occurs on intermediate sites that have saturated but not inundated soils. *Calamagrostis canadensis* (bluejoint reedgrass) dominates the drier sites with lower water tables. As wetter sites become drier, it can colonize stands of *Carex utriculata* (beaked sedge) and *Carex aquatilis* (water sedge).

| Avg. Cover % | (Range) | Species Name | # Plots (N=7) |
|---|---|---|---|
| 65 | (30-89%) | Salix planifolia | 7 |
| 48 | (11-80%) | Carex utriculata | 7 |
| 10 | — | Salix wolfii | 1 |
| 10 | — | Salix monticola | 1 |
| 7 | (1-20%) | Carex aquatilis | 3 |
| 6 | (2-10%) | Betula nana | 2 |
| 5 | — | Dasiphora floribunda | 1 |

**Other species with < 5% average cover present in at least 10% of plots:**
Conioselinum scopulorum (1-6%), Swertia perennis (2-5%), Calamagrostis canadensis (1-5%), Campylium stellatum (3%), Luzula parviflora (3%), Geum macrophyllum var. perincisum (1-3%), Bromus ciliatus var. ciliatus (2%), Climacium dendroides (2%), Stellaria umbellata (2%), Agrostis scabra (1%), Mertensia ciliata (1%), Pedicularis groenlandica (1%), Cardamine cordifolia (1%), Caltha leptosepala (1%), Dodecatheon pulchellum (1%), Fragaria virginiana ssp. glauca (1%), Galium trifidum ssp. subbiflorum (1%), Galium triflorum (1%), Rhodiola rhodantha (1%), Viola canadensis var. scopulorum (1%), Veronica wormskjoldii (1%), Symphyotrichum foliaceum (1%), Senecio triangularis (1%), Geranium richardsonii (1%), Salix geyeriana (1%), Gentianopsis thermalis (1%), Poa pratensis (1%), Phleum alpinum (1%), Lonicera involucrata (1%), Viola macloskeyi ssp. pallens (1%), Juncus drummondii (1%).

253

BLM_0035524

## Planeleaf willow / Mesic forb Shrubland
### *Salix planifolia* / Mesic forb



**Global rank/State rank:**
G4 / S4

**HGM subclass:**  S1/2, R2

**Colorado elevation range:**
8,900-12,100 ft (2,700-3,700 m)



### General Description

The *Salix planifolia*/mesic forb (planeleaf willow/mesic forb) plant association is a low stature (<2 ft, 0.5 m) shrubland with abundant and diverse forbs under the willow canopy.  It is a common community of the sublapine and lower alpine areas.  It occurs on mesic soils.  This plant association typically occurs in wide, glaciated valleys adjacent to streams.  It occurs in swales, depressions and on slopes where snow melt runoff saturates soils for much of the growing season.  The ground may be flat or uneven with raised hummocks.  Stream gradients range from <1% in broad floodplains to 14% in steep snowmelt basins.  Stream channels vary.  Channels may be steep and narrow, first-order streams in snow melt basins, relatively wide and straight, narrow, relatively deep, and meandering in broad, glaciated valleys or braided, multiple channels below beaver dams.

Soil textures are highly variable.  Mineral soils vary along a moisture gradient.  Wet sites have soil textures of silty clays and silt loams, while slightly drier sites have loamy sands and sandy loams overlying gravelly alluvium.  Some stands occur on well-drained, mineral soils with well-oxygenated water and no mottled or gleyed layers.  Other sites have a shallow organic layer overlying a gravel or cobble layer within 10-20 inches (20-50 cm) of the surface.  The water table at these sites is usually near the surface throughout the growing season and may be perched by a clay horizon.  Still other stands occur on deep, dark clay loams with high organic content or a fibric or hemic layer on top.

### Vegetation Description

*Salix planifolia* (planeleaf willow) often forms nearly pure stands.  Other willows that may be present include *Salix monticola* (mountain willow), *S. brachycarpa* (barrenground willow), *S. boothii* (Booth willow), *S. drummondiana* (Drummond willow), and *S. wolfii* (Wolf willow).  *Picea engelmannii* (Engelmann spruce) can occur along the outer edges of the stand.

254

BLM_0035525

Typically, the willow canopy is nearly closed and an herbaceous undergrowth occurs only in openings between willow patches.  The undergrowth is characterized by an abundance of forbs with few graminoids.  Forb species include *Achillea millefolium* var. *occidentalis* (western yarrow), *Mertensia ciliata* (tall fringed bluebells), and *Senecio triangularis* (arrowleaf ragwort).

## Ecological Processes

*Salix planifolia* (planeleaf willow), *Salix brachycarpa* (barrenground willow) and *Salix wolfii* (Wolf willow) are abundant low-stature willows of first- and second-order streams of subalpine elevations of Colorado.  In general, *Salix planifolia* occupies the wettest micro-habitats on peat soils, although it can grow well on mineral soils.  *Salix brachycarpa* is more often found on slightly drier and more well-drained micro-habitats than *Salix planifolia*.  *Salix wolfii* grows on deep, undecomposed peat, while *Salix planifolia* tends to grow on more decomposed (humified) organic soils.  *Salix planifolia* also grows at elevations below the subalpine, and becomes a much taller willow due to a longer growing season.  In montane elevations, *Salix planifolia* is often a co-dominant in *Salix monticola* plant associations.

The *Salix planifolia*/mesic forb (planeleaf willow/mesic forb) plant association occurs in wet swales that are saturated throughout most or all of the growing season.  It is a long-lived, stable association that changes with fluctuations in the water table and degree of soil saturation.  The *Salix planifolia*/mesic forb association may be a grazing-induced phase of the *Salix planifolia/Caltha leptosepala* (planeleaf willow/marsh marigold) association.  Many stands in the Routt National Forest are heavily grazed and contain a high number of exotic and increaser species such as *Taraxacum officinale* (dandelion) and *Fragaria virginiana* (strawberry).  Other stands in Colorado, however, do not show an increase in non-native species.

| Avg. Cover % | (Range) | Species Name | # Plots (N=17) |
|---|---|---|---|
| 59 | (14-90%) | Salix planifolia | 17 |
| 17 | (9-28%) | Salix brachycarpa | 7 |
| 16 | (1-34%) | Picea engelmannii | 6 |
| 14 | (1-35%) | Mertensia ciliata | 11 |
| 8 | (1-12%) | Caltha leptosepala | 6 |
| 8 | (1-18%) | Oxypolis fendleri | 8 |
| 8 | (1-30%) | Salix monticola | 5 |
| 6 | (0.1-22%) | Senecio triangularis | 10 |
| 5 | (1-13%) | Conioselinum scopulorum | 5 |
| 5 | (1-16%) | Deschampsia caespitosa | 8 |
| 5 | (1-10%) | Pseudocymopterus montanus | 4 |

Other species with < 5% average cover present in at least 10% of plots:
Carex aquatilis (1-9%), Primula parryi (1-10%), Calamagrostis canadensis (1-10%), Saxifraga odontoloma (1-9%), Hymenoxys hoopesii (1-9%), Achillea millefolium var. occidentalis (1-13%), Cardamine cordifolia (1-9%), Dasiphora floribunda (1-7%), Pedicularis groenlandica (1-11%), Geranium richardsonii (1-7%), Rhodiola integrifolia (1-7%), Aconitum columbianum (1-5%), Geum macrophyllum var. perincisum (1-5%), Bromus ciliatus var. ciliatus (1-4%), Polygonum viviparum (1-4%), Rhodiola rhodantha (1-4%), Taraxacum officinale (1-4%), Veronica wormskjoldii (1-2%), Phleum alpinum (1-2%), Polygonum bistortoides (1-2%), Castilleja rhexifolia (1%), Luzula parviflora (1%), Potentilla pulcherrima (1%).

255

BLM_0035526

# Wolf willow / Bluejoint reedgrass Shrubland

## *Salix wolfii / Calamagrostis canadensis*



**Global rank/State rank:**
G3 / S3

**HGM subclass:**  S1/2, R1

**Colorado elevation range:**
8,700-9,800 ft (2,650-3,000 m)



## General Description

In Colorado, *Salix wolfii* (Wolf willow) grows in small patches and does not form large, expansive willow carrs like *Salix planifolia* (planeleaf willow). *Salix wolfii* often forms a mosaic with stands of *Salix planifolia*, *Salix brachycarpa* (barrenground willow) and open *Carex* spp. (sedge) meadows.

This plant association occurs in moderately wide to wide valleys along flat to rolling floodplains. Stream channels are wide and sinuous or sinuous and braided from beaver activity. Soil textures are silty loam, clay, sandy clay loam, and loamy sand with mottling.

## Vegetation Description

The shrub layer is a mix of 30-80% cover of *Salix wolfii* (Wolf willow) and 10-30% cover of *Salix planifolia* (planeleaf willow). *Salix monticola* (mountain willow) and *Salix geyeriana* (Geyer willow) may also be present. A dense and rich graminoid undergrowth is dominated by *Calamagrostis canadensis* (bluejoint reedgrass). *Carex utriculata* (beaked sedge), *Carex aquatilis* (water sedge), and *Deschampsia caespitosa* (tufted hairgrass) are also present. Forb cover may be sparse but is diverse.

## Ecological Processes

*Salix planifolia* (planeleaf willow), *Salix brachycarpa* (barrenground willow), and *Salix wolfii* (Wolf willow) are abundant low-stature willows of first- and second-order streams of subalpine elevations of Colorado. Stands of *Salix wolfii* are less frequently encountered, and are usually limited in size. *Salix wolfii* dominated stands are more common on the Western Slope. *Salix wolfii* grows on deep, undecomposed peat, while *Salix planifolia* tends to grow on more decomposed (humified) organic soils.

256

BLM_0035527

| Avg. Cover % | (Range) | Species Name | # Plots (N=5) |
|---|---|---|---|
| 52 | (30-80%) | Salix wolfii | 5 |
| 36 | (20-50%) | Calamagrostis canadensis | 5 |
| 24 | (10-30%) | Salix planifolia | 4 |
| 20 | — | Cardamine cordifolia | 1 |
| 10 | — | Vicia americana | 1 |
| 8 | (5-10%) | Senecio triangularis | 2 |
| 7 | (3-10%) | Carex utriculata | 2 |
| 6 | (3-10%) | Carex aquatilis | 3 |
| 6 | (1-15%) | Mertensia ciliata | 4 |
| 5 | — | Valeriana edulis | 1 |

**Other species with < 5% average cover present in at least 10% of plots:**
Poa pratensis (1-10%), Dasiphora floribunda (1-5%), Alopecurus aequalis (3%), Veronica americana (3%), Conioselinum scopulorum (1-5%), Deschampsia caespitosa (1-3%), Salix geyeriana (1-3%), Salix monticola (1-3%), Phleum pratense (2%), Geum macrophyllum var. perincisum (1-2%), **P**edicularis groenlandica (1%), Taraxacum officinale (1%), Carex pellita (1%), Trisetum spicatum (1%), Castilleja sulphurea (1%), Chamerion angustifolium ssp. circumvagum (1%), Trifolium repens (1%), Descurainia incana (1%), Elymus glaucus (1%), Fragaria virginiana ssp. glauca (1%), Achillea millefolium *var.* occidentalis (1%), Senecio bigelovii var. hallii (1%), Scirpus microcarpus (1%), Rhodiola integrifolia (1%), Salix boothii (1%), Thalictrum alpinum (1%).

257

BLM_0035528

**Wolf willow / Water sedge Shrubland**

*Salix wolfii / Carex aquatilis*



*Salix wolfii*

**Global rank/State rank:**
G4 / S3

**HGM subclass:  S1/2, R1**

**Colorado elevation range:**
8,400-11,400 ft (2,600-3,500 m)



### General Description

The *Salix wolfii/Carex aquatilis* (Wolf willow/water sedge) plant association is an uncommon community of very wet subalpine sites in western Colorado.  In Colorado, *Salix wolfii* grows in small patches and does not form as large, expansive willow carrs as *Salix planifolia* (planeleaf willow).  *Salix wolfii* often forms a mosaic with stands of *Salix planifolia*, *Salix brachycarpa* (barrenground willow) and open *Carex* spp. (sedge) meadows.

The *Salix wolfii/Carex aquatilis* (Wolf willow/water sedge) plant association occurs in moderately narrow to wide valleys and glacial basins.  It occurs on saturated peat wetlands and floodplains with lateral seepage of groundwater.  Stream reaches can be moderately steep (gradient of 3-7%).  Stream channels are deep, narrow, and sinuous, shallow, broad, and gently meandering, and highly divided by beaver activity.  Soils vary from highly organic or peat to mineral-based.  Soil textures include heavy silty clay loams, silty loams, and sandy clay loams with mottling.  Some stands occur on deep sandy clays, often with a high organic content, and others occur on shallow silty clays over gravels and rocks.

### Vegetation Description

The shrub layer is dominated by 20-70% cover of *Salix wolfii* (Wolf willow).  Other willow species that may be present include *Salix planifolia* (planeleaf willow), *Salix boothii* (Booth willow), *Salix monticola* (mountain willow) and *Salix brachycarpa*

258

BLM_0035529

(barrenground willow).  *Betula nana (=glandulosa)* (bog birch) may also be present.
The herbaceous graminoid cover is generally dense and rich, dominated by *Carex
aquatilis* (water sedge).  Other graminoid species that may be present include *Carex
utriculata* (beaked sedge) and *Deschampsia caespitosa* (tufted hairgrass).  Forb cover
varies from sparse (< 10% cover) to very dense (70%) and species are generally
diverse.  Forb species that may be present include *Caltha leptosepala* (marsh
marigold), *Ligusticum tenuifolium* (Idaho licoriceroot) and *Thalictrum alpinum* (alpine
meadowrue).

## Ecological Processes

The dense shrub canopy and thick undergrowth of the *Salix wolfii/Carex aquatilis*
(Wolf willow/water sedge) plant association indicate stable conditions.  *Carex
utriculata* (beaked sedge), *Carex aquatilis* (water sedge), and *Calamagrostis
canadensis* (bluejoint reedgrass) separate out along a moisture gradient related to the
depth of the water table at a particular site.  *Carex utriculata* occurs on the wettest
sites, such as low-lying swales, with the highest water tables.  *Carex aquatilis* occurs
on intermediate sites.  *Calamagrostis canadensis* dominates the driest sites with the
lowest water tables and often colonizes clumps of *Carex utriculata* and *Carex
aquatilis*.  *Carex aquatilis* is well-suited to wet, organic soils and succession will
occur slowly under these conditions.  If the water table is lowered, other herbaceous
species may become dominant in the undergrowth and eventually give way to non-
native graminoid species.

| Avg. Cover % | (Range) | Species Name | # Plots (N=19) |
|---|---|---|---|
| 42 | (10-80%) | Carex aquatilis | 18* |
| 40 | (20-70%) | Salix wolfii | 19 |
| 13 | (1-30%) | Salix planifolia | 9 |
| 12 | (1-30%) | Betula nana | 7 |
| 9 | (2-20%) | Salix brachycarpa | 4 |
| 8 | (1-20%) | Caltha leptosepala | 10 |
| 8 | (5-13%) | Salix monticola | 4 |
| 8 | (1-20%) | Polygonum bistortoides | 3 |
| 8 | (1-20%) | Aconitum columbianum | 3 |
| 6 | (1-19%) | Carex utriculata | 5 |
| 6 | (2-20%) | Dasiphora floribunda | 13 |
| 6 | (1-25%) | Mertensia ciliata | 6 |
| 5 | (1-20%) | Fragaria virginiana ssp. glauca | 5 |
| 5 | (1-20%) | Geum macrophyllum var. perincisum | 7 |
| 5 | (1-7%) | Swertia perennis | 3 |
| 5 | (1-13%) | Thalictrum alpinum | 6 |

**Other species with < 5% average cover present in at least 10% of plots:**
Juncus balticus var. montanus (1-10%), Conioselinum scopulorum (0.1-8%), Deschampsia
caespitosa (1-7%), Achillea millefolium var. occidentalis (1-5%), Cardamine cordifolia (1-6%),
Taraxacum officinale (1-5%), Carex microptera (1-5%), Antennaria corymbosa (1-3%), Pedicularis
groenlandica (1-7%), Poa pratensis (1-3%), Calamagrostis canadensis (1-2%), Veronica
wormskjoldii (1-2%), Polygonum viviparum (1-2%), Castilleja sulphurea (1-2%), Equisetum
arvense (1%), Carex aurea (1%), Luzula parviflora (1%).
* Carex aquatilis occurred in all stands, but was not captured in every sample plot.

BLM_0035530

## Wolf willow / Beaked sedge Shrubland
### *Salix wolfii / Carex utriculata*



**Global rank/State rank:**
G4 / S3

**HGM subclass:**  S1/2, R1

**Colorado elevation range:**
8,500-10, 700 ft (2,600-3,260 m)



## General Description

The *Salix wolfii/Carex utriculata* (Wolf willow/beaked sedge) plant association is a community of very wet subalpine sites in western Colorado.  In Colorado, *Salix wolfii* grows in small patches and does not form as large, expansive willow carrs (i.e., shrubland thickets) as *Salix planifolia* (planeleaf willow).  *Salix wolfii* often forms a mosaic with stands of *Salix planifolia*, *Salix brachycarpa* (barrenground willow) and open *Carex* spp. (sedge) meadows.

This plant association occurs on saturated floodplains in broad to narrow valleys.  It is often associated with beaver pond wetlands.  Soil textures are silty loams to silty clay loams.

## Vegetation Description

This plant association is characterized by a low, dense shrub layer dominated by 15-60% cover of *Salix wolfii* (Wolf willow).  Other shrubs that may be present include *Salix planifolia* (planeleaf willow) and *Dasiphora floribunda* (shrubby cinqefoil).  *Carex utriculata* (beaked sedge) dominates the lush graminoid undergrowth.  Other graminoid species that may be present include *Calamagrostis canadensis* (bluejoint reedgrass) and *Carex aquatilis* (water sedge).

## Ecological Processes

*Salix planifolia* (planeleaf willow), *Salix brachycarpa* (barrenground willow) and *Salix wolfii* (Wolf willow) are abundant low-stature willows of first- and second-order streams of subalpine elevations of Colorado.  Stands of *Salix wolfii* are less frequently encountered, and are usually limited in size.  *Salix wolfii* dominated stands are more common on the Western Slope.  *Salix wolfii* grows on deep, undecomposed peat, while *Salix planifolia* tends to grow on more decomposed (humified) organic soils.

260

BLM_0035531

*Carex utriculata* (beaked sedge), *Carex aquatilis* (water sedge), and *Calamagrostis canadensis* (bluejoint reedgrass) separate out along a moisture gradient related to the depth of the water table at a particular site. *Carex utriculata* occurs on the wettest sites, such as low-lying swales, with the highest water tables. *Carex aquatilis* occurs on intermediate sites. *Calamagrostis canadensis* dominates the driest sites with the lowest water tables and often colonizes drier microsites in clumps of *Carex utriculata* and *Carex aquatilis*.

The *Salix wolfii/Carex utriculata* plant association occurs on saturated floodplains and wetlands. If the water table is lowered and the site begins to dry out, the *Salix wolfii/Carex utriculata* association may become a *Salix wolfii/Deschampsia caespitosa* (Wolf willow/tufted hairgrass) or *Salix wolfii/*mesic forb type.

| Avg. Cover % | (Range) | Species Name | # Plots (N=9) |
|---|---|---|---|
| 44 | (15-60%) | Salix wolfii | 9 |
| 34 | (10-80%) | Carex utriculata | 9 |
| 23 | (10-40%) | Salix planifolia | 3 |
| 11 | (1-20%) | Salix boothii | 2 |
| 10 | (1-25%) | Carex aquatilis | 6 |
| 10 | (3-20%) | Calamagrostis canadensis | 4 |
| 7 | (3-10%) | Deschampsia caespitosa | 5 |
| 7 | (3-10%) | Salix geyeriana | 2 |
| 6 | (1-15%) | Phleum pratense | 3 |
| 4 | (1-7%) | Caltha leptosepala | 4 |

**Other species with < 5% average cover present in at least 10% of plots:**
Betula nana (3-5%), Geum macrophyllum var. perincisum (1-5%), Conioselinum scopulorum (1-6%), Salix brachycarpa (2-3%), Dasiphora floribunda (1-5%), Heracleum maximum (1-5%), Pedicularis groenlandica (1-2%), Fragaria virginiana ssp. glauca (1%), Polygonum viviparum (1%), Cardamine cordifolia (1%), Glyceria striata (1%), Trisetum wolfii (1%).

BLM_0035532

## Wolf willow / Mesic forb Shrubland
### *Salix wolfii /* Mesic forb



**Global rank/State rank:**
G3 / S3

**HGM subclass:**  S1/2, R1

**Colorado elevation range:**
7,900-11,000 ft (2,400-3,400 m)



### General Description

The *Salix wolfii*/mesic forb (Wolf willow/mesic forb) plant association occurs at mid to upper montane and lower subalpine elevations. It frequently covers wide, open, gently sloping areas near first- and second-order streams. It can be recognized by the generally dense layer of low-growing, silvery *Salix wolfii* (Wolf willow) dominating the overstory with a variety of mesic forbs and some graminoids in the undergrowth. In Colorado, *Salix wolfii* (Wolf willow) grows in small patches and does not form aslarge, expansive willow carrs (i.e., shrubland thickets) like *Salix planifolia* (planeleaf willow). *Salix wolfii* often forms a mosaic with stands of *S. planifolia*, *S. brachycarpa* (barrenground willow) and open *Carex* spp. (sedge) meadows.


This association occurs in wide mountain valleys, along first- or second-order streams on well-drained slopes and hummocks on the valley floor. The water table is usually within the top 3 ft (1 m) of soil and groundwater slowly seeps to the surface. Stream channels are narrow, relatively deep and sinuous. The soils may be saturated in the spring and early summer, but dry somewhat during the summer as the water table drops. Soil textures often have a high organic content and are silty clays, silty clay loams, silty loams, or deep sandy clays, clay loams, and sandy clay loams over gravels and rocks. Some stands have a loamy horizon underlain by a clay horizon.

### Vegetation Description

*Salix wolfii* (Wolf willow) dominates the shrub layer with 10-90% cover. Other willow species that may be present include *Salix planifolia* (planeleaf willow), *Salix boothii* (Booth willow), and *Salix geyeriana* (Geyer willow). Total forb cover exceeds that of total graminoid cover. No single forb species is particularly more abundant than any other, and no one species is present in every stand. Forb species that may be present include *Caltha leptosepala* (marsh marigold), *Mertensia ciliata* (tall fringed

262

BLM_0035533

bluebells), *Senecio triangularis* (arrowleaf ragwort), *Ligusticum porteri* (Porter licoriceroot), *Fragaria virginiana* (strawberry), *Cardamine cordifolia* (heartleaf bittercress), *Geum macrophyllum* (large-leaved avens), and *Heracleum maximum* (common cowparsnip).  Graminoid species present are diverse, yet generally have a low cover relative to the amount of total forb cover.  Graminoid species may include *Deschampsia caespitosa* (tufted hairgrass), *Calamagrostis canadensis* (bluejoint reedgrass), and various *Carex* (sedge) species.

## Ecological Processes

*Salix planifolia* (planeleaf willow), *Salix brachycarpa* (barrenground willow) and *Salix wolfii* (Wolf willow) are abundant low-stature willows of first- and second-order streams of subalpine elevations of Colorado.  Stands of *Salix wolfii* are less frequently encountered, and are usually limited in size.  *Salix wolfii* grows on deep, undecomposed peat, while *Salix planifolia* tends to grow on more decomposed (humified) organic soils.

When non-native and increaser species are abundant, the *Salix wolfii*/mesic forb association may be a grazing-induced phase of the *Salix wolfii/Carex aquatilis* (Wolf willow/water sedge) association.  Many stands in the Routt National Forest are heavily grazed and contain a high number of exotic and increaser species such as *Taraxacum officinale* (dandelion) and *Fragaria virginiana* (strawberry).  However, other stands in Colorado without abundant increaser or non-native species do not appear to be grazing induced.

| Avg. Cover % | (Range) | Species Name | # Plots (N=36) |
|---|---|---|---|
| 58 | (10-98%) | Salix wolfii | 36 |
| 25 | (1-80%) | Salix planifolia | 15 |
| 21 | (3-40%) | Salix boothii | 9 |
| 12 | (1-40%) | Carex aquatilis | 20 |
| 10 | (1-60%) | Caltha leptosepala | 18 |
| 10 | (1-70%) | Carex utriculata | 12 |
| 10 | (3-20%) | Betula nana | 12 |
| 8 | (1-20%) | Calamagrostis canadensis | 13 |
| 7 | (1-40%) | Deschampsia caespitosa | 20 |
| 6 | (1-22%) | Mertensia ciliata | 16 |
| 5 | (1-15%) | Fragaria virginiana ssp. glauca | 22 |
| 5 | (1-20%) | Thalictrum alpinum | 10 |
| 5 | (1-10%) | Juncus balticus var. montanus | 6 |
| 5 | (1-15%) | Dasiphora floribunda | 23 |

**Other species with < 5% average cover present in at least 10% of plots:**
Coni004selinum scopulorum (1-15%), Maianthemum stellatum (1-16%), Carex microptera (1-15%), Swertia perennis (0.1-10%), Symphyotrichum foliaceum (1-8%), Poa pratensis (1-10%), Taraxacum officinale (1-10%), Rhodiola rhodantha (1-5%), Aconitum columbianum (1-9%), Geranium richardsonii (1-10%), Senecio triangularis (1-8%), Cardamine cordifolia (1-10%), Geum macrophyllum var. perincisum (1-10%), Pedicularis groenlandica (1-10%), Phleum alpinum (1-10%), Achillea millefolium var. occidentalis (1-6%), Gentianopsis thermalis (0.1-5%), Galium boreale (1-6%), Saxifraga odontoloma (1-5%), Equisetum arvense (1-3%), Trisetum wolfii (1-5%), Vicia americana (1-3%), Thalictrum fendleri (1-3%), Luzula parviflora (1-2%), Castilleja sulphurea (0.1-2%), Oxypolis fendleri (1%), Veronica wormskjoldii (1%), Polygonum viviparum (0.1-1%).

263

BLM_0035534

264

BLM_0035535

# GROUP F:
# NON-WILLOW SHRUBLANDS

| Association | Page |
|---|---|
| *Alnus incana* ssp. *tenuifolia*-*Cornus sericea*<br>Thinleaf alder-Red-osier dogwood Shrubland | 268 |
| *Alnus incana* ssp. *tenuifolia*/*Equisetum arvense*<br>Thinleaf alder/Field horsetail Shrubland | 270 |
| *Alnus incana* ssp. *tenuifolia*/Mesic forb<br>Thinleaf alder/Mesic forb Shrubland | 272 |
| *Alnus incana* ssp. *tenuifolia*/Mesic graminoid<br>Thinleaf alder/Mesic graminoid Shrubland | 274 |
| *Alnus incana* ssp. *tenuifolia*-*Salix drummondiana*<br>Thinleaf alder-Drummond willow Shrubland | 188 |
| *Alnus incana* ssp. *tenuifolia*-*Salix (monticola, lucida, ligulifolia)*<br>Thinleaf alder-Willow (Rocky Mountain, Shining, Strapleaf Shrubland | 276 |
| *Betula nana (=glandulosa)*/Mesic forb-Mesic graminoid<br>Bog birch/Mesic forb-Mesic graminoid Shrubland | 278 |
| *Betula occidentalis*/Mesic forb<br>River birch/Mesic forb Shrubland | 280 |
| *Betula occidentalis*/Mesic graminoid<br>River birch/Mesic graminoid Shrubland | 282 |
| *Celtis laevigata* var. *reticulata*<br>Netleaf hackberry Woodland | 284 |
| *Cornus sericea*<br>Red-osier dogwood Shrubland | 286 |
| *Crataegus rivularis*<br>River Hawthorn Shrubland | 288 |
| *Dasiphora (=Pentaphylloides) floribunda*/*Deschampsia caespitosa*<br>Shrubby-Cinquefoil/Tufted hairgrass Shrubland | 290 |
| *Dasiphora (=Pentaphylloides) floribunda*/*Juncus balticus* var. *montanus*<br>Shrubby Cinquefoil/Mountain rush Shrubland | 292 |
| *Forestiera pubescens*<br>Wild-privet Shrubland | 294 |
| *Kalmia microphylla*-*Gaultheria humifusa*<br>Bog Laurel-Alpine Spicywintergreen Shrubland | 296 |
| *(Picea engelmannii)/Betula nana (=glandulosa)/Carex aquatilis/ Sphagnum*<br>(Engelmann spruce)/Bog birch/Water sedge/Sphagnum moss Iron Fen | 298 |
| *Prunus virginiana*-*(Prunus americana)*<br>Chokecherry-(American plum) Shrubland | 298 |

265

*Rhus trilobata-(Salix exigua)*      302
    Skunkbush sumac-(Sandbar willow) Shrubland

*Sarcobatus vermiculatus*/Barren ground      304
    Black greasewood/Barren ground Shrubland

*Sarcobatus vermiculatus/Distichlis spicata*      306
    Black greasewood/Inland saltgrass Shrubland

*Shepherdia argentea*      306
    Silver buffaloberry Shrubland

*Symphoricarpos occidentalis*      310
    Western snowberry Shrubland

*Tamarix ramosissima*      312
    Saltcedar Shrubland

266

267

BLM_0035538

## Thinleaf alder - Red-osier dogwood Shrubland
### *Alnus incana* ssp. *tenuifolia - Cornus sericea*



**Global rank/State rank:**
G3Q/ S3

**HGM subclass:** R3/4

**Colorado elevation range:**
5600-9,000 ft (1,700-2,750 m)



### General Description

The *Alnus incana* ssp. *tenuifolia-Cornus sericea* (thinleaf alder-red-osier dogwood) plant association is a narrow thicket of medium to tall shrubs lining the stream bank. Due to heavy shading, there is usually a limited herbaceous understory.

This plant association occurs on narrow, rocky banks and benches of small channels as well as narrow, constricted reaches of larger rivers. It can also occur along overflow channels and narrow tributaries. Stream channels are steep and narrow, wider and moderately sinuous, or wider and highly sinuous. Soils range from loamy sand to sandy clay loam. Mottling is evident at approximately 12 inches (30 cm) and gravel or cobble layers appear at 20-40 inches (50-100 cm) beneath the surface.

### Vegetation Description

This plant association is characterized by a dense thicket of shrubs dominated by *Alnus incana* ssp. *tenuifolia* (thinleaf alder) and *Cornus sericea* (red-osier dogwood). *Salix exigua* (sandbar willow) is often present. A wide variety of other shrub species may be present, including *Salix bebbiana* (Bebb willow), *Salix ligulifolia* (strapleaf willow), *Salix lucida* (ssp. *caudata* or ssp. *lasiandra*) (shining willow), *Salix monticola* (mountain willow), *Lonicera involucrata* (twinberry honeysuckle), *Rosa woodsii* (Woods rose), *Betula occidentalis* (river birch), and *Rubus idaeus* (American red raspberry). Tree species are scattered and only occasionally present.
Forb cover is highly variable depending on the amount of light that penetrates the canopy. Forb species include *Rudbeckia laciniata* (cutleaf coneflower), *Heracleum*

268

BLM_0035539

*maximum* (common cowparsnip), *Maianthemum stellatum* (starry false Solomon seal), *Osmorhiza depauperata* (bluntseed sweetroot) and *Ligusticum porteri* (Porter licoriceroot).  Graminoid cover is usually low, but can include *Poa pratensis* (Kentucky bluegrass).  *Equisetum arvense* (field horsetail) is sometimes present.

## Ecological Processes

*Alnus incana* ssp. *tenuifolia* (thinleaf alder) is a long-lived, early-seral species.  It is one of the first species to establish on fluvial or glacial deposits as well as the spoils of placer mining.  After establishment, young stands of *Alnus* are continually flooded.  As stands mature, the stems can slow flood waters and trap sediment.  Fine-textured sediments accumulate on top of the coarser alluvial material and the land surface eventually rises above annual flood levels.  Flooding is then less frequent and soils begin to develop.  *Alnus incana* ssp. *tenuifolia* is shade-intolerant, and many mature stands in Colorado are restricted to stream bank edges, possibly because these are the only sites where light can penetrate the neighboring overstory canopy.

In Colorado, the *Alnus incana* ssp. *tenuifolia-Cornus sericea* (thinleaf alder-red-osier dogwood) plant association is tolerant of flooding and requires a high water table each spring.  It appears to be a stable, long-lived association where succession to other types can be very slow.

| Avg. Cover % | (Range) | Species Name | # Plots (N=25) |
|---|---|---|---|
| 47 | (1-100%) | Alnus incana ssp. tenuifolia | 25 |
| 35 | (5-83%) | Cornus sericea ssp. sericea | 25 |
| 31 | (8-70%) | Salix bebbiana | 3 |
| 11 | (3-20%) | Betula occidentalis | 6 |
| 10 | (1-20%) | Salix drummondiana | 4 |
| 10 | (1-33%) | Juniperus scopulorum | 4 |
| 10 | (3-30%) | Salix ligulifolia | 7 |
| 9 | (1-30%) | Rudbeckia laciniata var. ampla | 14 |
| 8 | (1-20%) | Lonicera involucrata | 10 |
| 8 | (0.1-30%) | Heracleum maximum | 15 |
| 7 | (1-20%) | Salix monticola | 7 |
| 7 | (1-45%) | Poa pratensis | 11 |
| 6 | (1-25%) | Calamagrostis canadensis | 8 |
| 6 | (1-20%) | Rubus idaeus ssp. strigosus | 8 |
| 5 | (1-20%) | Rosa woodsii | 18 |

**Other species with < 5% average cover present in at least 10% of plots:**
Carex pellita (1-10%), Ribes inerme (1-10%), Populus angustifolia (1-13%), Salix exigua (1-10%), Agrostis gigantea (0.1-10%), Equisetum pratense (2-7%), Osmorhiza depauperata (1-10%), Poa palustris (1-5%), Urtica dioica ssp. gracilis (1-5%), Equisetum arvense (0.1-10%), Solidago gigantea (1-9%), Symphoricarpos oreophilus (1-5%), Maianthemum stellatum (1-10%), Aconitum columbianum (1-5%), Actaea rubra ssp. arguta (1-5%), Streptopus amplexifolius var. chalazatus (1-3%), Glyceria striata (1-5%), Rhus trilobata var. trilobata (1-3%), Geranium richardsonii (1-3%), Amelanchier alnifolia (1-3%), Ligusticum porteri (1-3%), Prunus virginiana var. melanocarpa (1-3%), Amelanchier utahensis (1-3%), Geum macrophyllum var. perincisum (0.1-5%), Elymus glaucus (1-3%), Mentha arvensis (1-2%), Mertensia ciliata (1-2%), Taraxacum officinale (1-2%), Achillea millefolium var. occidentalis (1%), Fragaria virginiana ssp. glauca (1%), Cardamine cordifolia (1%), Chamerion angustifolium ssp. circumvagum (1%), Phleum pratense (1%).

269

BLM_0035540

## Thinleaf alder / Field horsetail Shrubland

### *Alnus incana* ssp. *tenuifolia / Equisetum arvense*



**Global rank/State rank:**
G3 / S3

**HGM subclass:** R3/4

**Colorado elevation range:**
7,800-8,900 ft (2,370-2,700 m)



### General Description

The *Alnus incana* ssp. *tenuifolia/Equisetum arvense* (thinleaf alder/field horsetail) plant association is a frequently flooded tall shrubland community. It occurs on stream banks and swales. *Equisetum arvense* (field horsetail) forms a thick carpet beneath young to mature alder shrubs. Few grasses or forbs occur with *Equisetum arvense* in the understory.

This plant association occurs on stream banks and in meadows adjacent to streams. Soils are shallow 25 inches (60 cm). Textures range from sandy to silty clay loam. Water tables appear to be shallow with mottling near the soil surface.

### Vegetation Description

*Alnus incana* ssp. *tenuifolia* (thinleaf alder) dominates the overstory of this plant association with 30-70% cover. Other shrubs include *Lonicera involucrata* (twinberry honeysuckle), *Ribes inerme* (whitestem gooseberry), *Salix ligulifolia* (strapleaf willow), *Salix geyeriana* (Geyer willow), *Salix lucida* ssp. *caudata* (shining willow), and *Salix monticola* (mountain willow). The herbaceous understory is dominated by *Equisetum arvense* (field horsetail). Additional herbs include *Epilobium angustifolium* ssp. *circumvagum* (fireweed), *Heracleum maximum* (common cowparsnip), and *Taraxacum officinale* (dandelion) but each with less than 10% cover.

### Ecological Processes

*Alnus incana* ssp. *tenuifolia* (thinleaf alder) is a long-lived, early-seral species. It is one of the first species to establish on fluvial or glacial deposits as well as the spoils of placer mining. After establishment, young stands of *Alnus* are continually flooded. As stands mature, the stems can slow flood waters and trap sediment. Fine-textured sediments accumulate on top of the coarser alluvial material and the land surface eventually rises above annual flood levels. Flooding is then less frequent and soils

270

BLM_0035541

begin to develop. *Alnus incana* ssp. *tenuifolia* is shade-intolerant, and many mature stands in Colorado are restricted to stream bank edges, possibly because these are the only sites where light can penetrate the neighboring overstory canopy.

The dominance of *Equisetum arvense* in the understory of this plant association is an indication of recent scouring by floods.

| Avg. Cover % | (Range) | Species Name | # Plots (N=3) |
|---|---|---|---|
| 53 | (30-70%) | Alnus incana ssp. tenuifolia | 3 |
| 50 | — | Carex disperma | 1 |
| 32 | (15-50%) | Equisetum arvense | 3 |
| 15 | — | Pyrola chlorantha | 1 |
| 10 | — | Cardamine cordifolia | 1 |
| 10 | — | Poa pratensis | 1 |
| 10 | — | Picea engelmannii | 1 |
| 7 | (3-10%) | Chamerion angustifolium ssp. circumvagum | 2 |
| 6 | (1-10%) | Heracleum maximum | 2 |
| 6 | (1-10%) | Taraxacum officinale | 2 |
| 5 | — | Swertia perennis | 1 |

**Other species with < 5% average cover present in at least 10% of plots:**
Carex hassei (3-3%), Thalictrum sparsiflorum (3-3%), Agrostis stolonifera (3-3%), Actaea rubra ssp. arguta (3-3%), Salix lucida ssp. caudata, lasiandra (3-3%), Rudbeckia laciniata var. ampla (3-3%), Salix ligulifolia (3-3%), Ribes inerme (3-3%), Populus angustifolia (3-3%), Picea pungens (3-3%), Salix geyeriana (3-3%), Salix monticola (3-3%), Lonicera involucrata (3-3%), Geum macrophyllum var. perincisum (1-5%), Rosa woodsii (1-3%), Ligusticum porteri (1%), Geranium richardsonii (1%), Mertensia ciliata (1%), Oxypolis fendleri (1%), Vicia americana (1%), Hydrophyllum fendleri (1%), Galium boreale (1%), Fragaria virginiana ssp. glauca (1%), Erigeron speciosus var. speciosus (1%), Elymus repens (1%), Dactylis glomerata (1%), Cirsium eatonii (1%), Carex microptera (1%), Geranium viscosissimum var. incisum (1%), Carex aquatilis (1%), Betula nana (1%), Arnica cordifolia (1%), Arctostaphylos uva-ursi (1%), Carex utriculata (1%), Rubus idaeus ssp. strigosus (1%), Galium triflorum (1%), Phleum alpinum (1%), Nassella viridula (1%), Mentha arvensis (1%), Viola adunca (1%), Solidago simplex ssp. simplex var. simplex (1%), Aconitum columbianum (1%), Glyceria striata (1%), Streptopus amplexifolius var. chalazatus (1%), Phleum pratense (1%).



*Alnus incana* ssp. *tenuifolia*

*Equisetum arvense*

271

BLM_0035542

**Thinleaf alder / Mesic forb Shrubland**

*Alnus incana* ssp. *tenuifolia /* **Mesic forb**



**Global rank/State rank:**
G3 / S3

**HGM subclass:**  R2, R3/4

**Colorado elevation range:**
5,800-9,600 ft (1,750-2,930 m)



### General Description

This association is characterized by stands of medium-tall, deciduous shrubs and a thick, herbaceous undergrowth of forbs and wetland grasses.  A low canopy of shorter shrubs may also be present with *Ribes* (currant) and *Salix* (willow) species and *Cornus sericea* (red-osier dogwood).  Undisturbed stands have abundant forbs and native grasses.  Stands disturbed by season-long livestock grazing have reduced forb cover and an increase in non-native grasses including *Poa pratensis* (Kentucky bluegrass) and *Agrostis stolonifera* (creeping bentgrass).  Large stands (>0.5 acre, 0.2 ha) with the native herbaceous undergrowth intact are uncommon.

This plant association occurs along narrow, 130-230 ft (40-70 m) wide, alluvial benches and terraces of canyons and valleys.  It also occurs as narrow bands in wider valleys and occasionally forms a wide band on the floodplain.  Stream channels are highly variable.  They can be steep (3-12%) gradient and narrow or wider, rocky, and moderately sinuous.  Occasionally, stream channels are low gradient and highly sinuous, narrow and highly sinuous, or braided.  Soils are well drained silt loams, loams, sandy clay loams, sandy loams, or just sand.  Some profiles have a high percentage of organic matter and are either skeletal or stratified with skeletal layers.  Some profiles have significant silt fractions in the upper layers.

### Vegetation Description

*Alnus incana* ssp. *tenuifolia* (thinleaf alder) creates a dense, tall shrub canopy.  Other shrubs occasionally present include *Lonicera involucrata* (twinberry honeysuckle), *Ribes inerme* (whitestem gooseberry), *R. montigenum* (gooseberry currant) *Rosa woodsii* (Woods rose), *Salix bebbiana* (Bebb willow), *S. drummondiana* (Drummond willow), *S. geyeriana* (Geyer willow), *S. lucida* ssp. *caudata* (shining willow) and *S. monticola* (mountain willow).  A few trees, including *Picea engelmannii* (Engelmann

272

BLM_0035543

spruce), *Populus tremuloides* (quaking aspen), and *Populus angustifolia* (narrowleaf cottonwood) may be present along the edges of the stand.

The ground is generally very wet and covered with tall, 3-7 ft (1-2 m), forbs and graminoids. Forb cover is high in undisturbed stands, with total cover often exceeding 60%. Dominant forb species include *Heracleum maximum* (common cowparsnip), *Angelica ampla* (giant angelica), *Aconitum columbianum* (Columbian monkshood), *Mertensia ciliata* (tall fringed bluebells), *Rudbeckia laciniata* var. *ampla* (cutleaf coneflower), *Viola canadensis* var. *scopulorum* (Canada white violet) and *Streptopus amplexifolius* (claspleaf twistedstalk). Graminoid species include *Glyceria striata* (fowl mannagrass), *Calamagrostis canadensis* (bluejoint reedgrass), *Carex microptera* (smallwing sedge), and *C. utriculata* (beaked sedge). A dense ground cover also includes *Equisetum arvense* (field horsetail), *Equisetum hyemale* (scouringrush horsetail) and *Equisetum pratense* (meadow horsetail).

## Ecological Processes

*Alnus incana* ssp. *tenuifolia* (thinleaf alder) is a long-lived, early-seral species. It is one of the first species to establish on fluvial or glacial deposits as well as the spoils of placer mining. After establishment, young stands of *Alnus incana* are continually flooded. As stands mature, the stems can slow flood waters and trap sediment. Fine-textured sediments accumulate on top of the coarser alluvial material and the land surface eventually rises above annual flood levels. Flooding is then less frequent and soils begin to develop.

| Avg. Cover % | (Range) | Species Name | # Plots (N=56) |
|---|---|---|---|
| 56 | (10-98%) | Alnus incana ssp. tenuifolia | 56 |
| 14 | (0.1-70%) | Heracleum maximum | 42 |
| 12 | (1-70%) | Aconitum columbianum | 27 |
| 9 | (0.1-18%) | Picea engelmannii | 14 |
| 8 | (1-62.5%) | Senecio triangularis | 27 |
| 7 | (1-40%) | Mertensia ciliata | 40 |
| 7 | (1-20%) | Salix drummondiana | 15 |
| 7 | (1-20%) | Rudbeckia laciniata var. ampla | 13 |
| 7 | (1-20%) | Populus tremuloides | 14 |
| 7 | (1-18%) | Salix geyeriana | 8 |
| 7 | (1-70%) | Rosa woodsii | 14 |
| 6 | (1-30%) | Ribes inerme | 12 |
| 6 | (1-32%) | Salix lucida ssp. caudata, lasiandra | 11 |
| 6 | (1-30%) | Lonicera involucrata | 25 |
| 6 | (1-16%) | Salix monticola | 13 |
| 6 | (1-30%) | Equisetum arvense | 39 |
| 5 | (1-25%) | Cardamine cordifolia | 21 |
| 5 | (1-13%) | Urtica dioica ssp. gracilis | 13 |
| 5 | (1-20%) | Calamagrostis canadensis | 31 |
| 5 | (1-11%) | Salix bebbiana | 7 |

**Other species with < 5% average cover present in at least 10% of plots:**
Maianthemum stellatum (0.1-27%), Glyceria striata (0.1-15%), Geranium richardsonii (1-15%), Elymus glaucus (1-10%), Mentha arvensis (1-14%), Oxypolis fendleri (1-37.5%), Rubus idaeus ssp. strigosus (1-15%), Carex utriculata (1-6%), Poa pratensis (1-12%), Streptopus amplexifolius var. chalazatus (0.1-10%), Saxifraga odontoloma (1-6%), Taraxacum officinale (1-13%), Conioselinum scopulorum (1-10%), Abies lasiocarpa (1-6%), Arnica cordifolia (1-11%), Mitella pentandra (1-6%), Galium boreale (1-10%), Carex aquatilis (1-5%), Galium triflorum (1-5%), Osmorhiza depauperata (1-5%), Thalictrum fendleri (1-5%), Achillea millefolium var. occidentalis (1-8%), Actaea rubra ssp. arguta (1-5%), Phleum pratense (0.1-10%), Bromus inermis (1-5%), Fragaria virginiana ssp. glauca (1-3%), Geum macrophyllum var. perincisum (0.1-3%), Carex microptera (1-3%), Chamerion angustifolium ssp. circumvagum (1%).

273

**Thinleaf alder / Mesic graminoid Shrubland**

*Alnus incana* ssp. *tenuifolia /* **Mesic graminoid**



**Global rank/State rank:**
G3/ S3

**HGM subclass:**  S3/4, R2, R3/4

**Colorado elevation range:**
6,400-9,800 ft (2,000-3,000 m)



<u>General Description</u>

The *Alnus incana* ssp. *tenuifolia*/mesic graminoid plant association is a stand of medium-tall deciduous shrubs with a thick herbaceous cover of mostly native forb and grass species and little to no overstory tree canopy.  Heavily disturbed stands have abundant non-native grasses.  While many stands in Colorado fit the latter description, there are also several stands that remain undisturbed where the undergrowth is dominated by native graminoid cover.

This plant association occurs on narrow to moderately wide floodplains, stream benches, frequently flooded pointbars, recently deposited islands, and dredged stream banks.  It also occurs on isolated hillside seeps.  Stream channels can be steep and straight to highly sinuous or moderately steep and sinuous.  Where this association occurs on point bars, stream channels are low gradient (<1%) and highly sinuous. Soils are mostly coarse alluvium, but characteristically have silt loams or sandy clay loams at the surface with a high percentage of organic matter.  Soils are shallow to moderately deep, 15-30 inches (35-62 cm), and become increasingly skeletal with depth.  Most profiles have 10-50% mottles at 7-10 inches (18-25 cm) depth.

<u>Vegetation Description</u>

*Alnus incana* ssp. *tenuifolia* (thinleaf alder) dominates the upper canopy.  Other shrubs occasionally present include *Rosa woodsii* (Woods rose), *Rubus deliciosus* (Boulder raspberry), *Salix bebbiana* (Bebb willow), *S. drummondiana* (Drummond willow), *S. exigua* (sandbar willow), and *S. monticola* (mountain willow).  Trees are infrequent and may be scattered throughout the shrubland or they may occur along one edge. Tree species include *Pinus ponderosa* (ponderosa pine), *Populus tremuloides* (quaking aspen), and *Picea engelmannii* (Engelmann spruce).

274

The undergrowth is a thick carpet of grasses.  Native graminoids include *Calamagrostis canadensis* (bluejoint reedgrass), *Carex utriculata* (beaked sedge), *Glyceria striata* (fowl mannagrass), *Carex aquatilis* (water sedge), *Carex pellita* (woolly sedge) and *Festuca rubra* (red fescue).  Some stands are dominated by introduced, non-native grasses, including *Poa pratensis* (Kentucky bluegrass), *Agrostis stolonifera* (creeping bentgrass), and *Bromus inermis* (smooth brome).  Forb cover is usually low relative to the amount of graminoid cover in both disturbed and undisturbed stands, but can include a high variety of species, including *Mertensia ciliata* (tall fringed bluebells), *Mentha arvensis* (wild mint), *Cardamine cordifolia* (heartleaf bittercress) and *Caltha leptosepala* (marsh marigold).

## Ecological Processes

*Alnus incana* ssp. *tenuifolia* (thinleaf alder) is a long-lived, early-seral species.  It is one of the first species to establish on fluvial or glacial deposits as well as the spoils of placer mining.  After establishment, young stands of *Alnus* are continually flooded.  As stands mature, the stems can slow flood waters and trap sediment.  Fine-textured sediments accumulate on top of the coarser alluvial material and the land surface eventually rises above annual flood levels.  Flooding is then less frequent and soils begin to develop.  *Alnus incana* ssp. *tenuifolia* is shade-intolerant, and many mature stands in Colorado are restricted to stream bank edges, possibly because these are the only sites where light can penetrate the neighboring overstory canopy.

| Avg. Cover % | (Range) | Species Name | # Plots (N=25) |
|---|---|---|---|
| 56 | (8-95%) | Alnus incana ssp. tenuifolia | 25 |
| 27 | (1-65%) | Calamagrostis canadensis | 14 |
| 15 | (1-41%) | Poa pratensis | 16 |
| 12 | (2-26%) | Salix exigua | 8 |
| 11 | (2-26%) | Glyceria striata | 6 |
| 10 | (1-19%) | Carex disperma | 4 |
| 10 | (1-29%) | Salix bebbiana | 4 |
| 10 | (3-19%) | Betula occidentalis | 4 |
| 9 | (1-48%) | Rosa woodsii | 8 |
| 9 | (1-25%) | Agrostis stolonifera | 6 |
| 9 | (1-32%) | Carex utriculata | 7 |
| 7 | (1-23%) | Bromus inermis | 5 |
| 6 | (1-10%) | Pinus ponderosa var. scopulorum | 5 |
| 6 | (1-14%) | Salix ligulifolia | 5 |
| 6 | (1-20%) | Carex aquatilis | 8 |
| 6 | (1-15%) | Mertensia ciliata | 12 |
| 5 | (3-7%) | Carex microptera | 5 |

**Other species with < 5% average cover present in at least 10% of plots:**
Heracleum maximum (1-11%), Salix monticola (1-16%), Juncus balticus var. montanus (1-10%), Mentha arvensis (0.1-14%), Equisetum arvense (1-14%), Cardamine cordifolia (1-8%), Ribes inerme (1-8%), Taraxacum officinale (1-14%), Trifolium repens (1-7%), Achillea millefolium var. occidentalis (1-13%), Geum macrophyllum var. perincisum (1-5%), Urtica dioica ssp. gracilis (1-5%), Galium boreale (1-3%), Rubus idaeus ssp. strigosus (1-5%), Geranium richardsonii (1-4%), Phleum pratense (1-2%), Fragaria virginiana ssp. glauca (1-2%), Oxypolis fendleri (1-2%), Maianthemum stellatum (0.1-2%).

BLM_0035546