## Thinleaf alder - Mixed willow (Mountain willow, Shining willow, Strapleaf willow) Shrubland

### *Alnus incana* ssp. *tenuifolia - Salix (monticola, lucida, ligulifolia)*



**Global rank/State rank:**
G3 / S3

**HGM subclass:**  R3/4

**Colorado elevation range:**
5,600-9,600 ft (1,700-2,930 m)



### General Description

The *Alnus incana* ssp. *tenuifolia/Salix (monticola, lucida, ligulifolia)* (thinleaf alder/mixed willow species) plant association is a more general type than other *Alnus incana* ssp. *tenuifolia* types.  It has a high diversity of associated shrub species, unlike the nearly pure stands of alder found in other *Alnus incana* ssp. *tenuifolia* dominated plant associations.  The abundance of other shrubs may represent a transition in the physical setting, for example, from a broad floodplain dominated by *Salix* to a narrow valley bottom and channel lined with only *Alnus incana* ssp. *tenuifolia* (thinleaf alder).

This association occurs along narrow, moderately steep streams (30-65 ft (10-20 m) wide with a gradient of 3-10%) and in moderately wide to wide river valleys on cobble point bars, islands, flat alluvial benches, and large alluvial floodplains.  Stream channels are steep and narrow, moderately steep and wide, or wide and sinuous.  Soils are poorly developed with loamy sands, sand, sandy loams, and silt loams over coarse alluvium.

### Vegetation Description

This plant association is characterized by the dominance of *Alnus incana* ssp. *tenuifolia* (thinleaf alder).  There is considerable variation of associated shrub species in the stands.  Several willow species are often present, but no single willow species consistently occurred in all stands.  Other shrubs frequently present include *Salix lucida* (ssp. *caudata* or ssp. *lasiandra*) (shining willow), *S. monticola* (mountain willow), *S. drummondiana* (Drummond willow), *S. bebbiana* (Bebb willow), *S. exigua* (sandbar willow), *S. geyeriana* (Geyer willow), *S. ligulifolia* (strapleaf willow), *Acer glabrum* (Rocky Mountain maple), and *Amelanchier utahensis* (Utah serviceberry).  Tree cover is sparse, but can include *Picea pungens* (blue spruce), *Populus tremuloides* (quaking aspen), *P. angustifolia* (narrowleaf cottonwood) and *Picea engelmannii* (Engelmann spruce).

276

BLM_0035547

The herbaceous undergrowth is varied with 10-90% total cover.  Native herbaceous species include *Equisetum arvense* (field horsetail), *Heracleum maximum* (common cowparsnip), *Rudbeckia laciniata* var. *ampla* (cutleaf coneflower), *Mertensia ciliata* (tall fringed bluebells) , *Calamagrostis canadensis* (bluejoint reedgrass) *Cardamine cordifolia* (heartleaf bittercress) and *Carex utriculata* (beaked sedge). Introduced species include *Trifolium repens* (white clover), *Taraxacum officinale* (dandelion) and *Poa pratensis* (Kentucky bluegrass)

## Ecological Processes

In Colorado, the *Alnus incana* ssp. *tenuifolia* -mixed *Salix* species plant association may represent response to recent changes in the environment.  Several stands occur on abandoned beaver dams, for example.  This shift in the physical environment may explain the diverse mix of shrub species in the canopy.  If the water table lowers, this plant association may succeed to a more stable, drier community dominated by *Salix geyeriana* (Geyer willow) or *Populus tremuloides* (quaking aspen).  Other stands appear to be disturbed by livestock grazing and may represent a grazing-induced stage of the *Alnus incana* ssp. *tenuifolia*/mesic forb plant association.

| Avg. Cover % | (Range) | Species Name | # Plots (N=28) |
|---|---|---|---|
| 44 | (5-100%) | Alnus incana ssp. tenuifolia | 28 |
| 20 | (3-50%) | Salix lucida ssp. caudata, lasiandra | 17 |
| 19 | (1-40%) | Salix ligulifolia | 11 |
| 17 | (1-57%) | Salix monticola | 16 |
| 15 | (3-39%) | Salix bebbiana | 8 |
| 13 | (1-70%) | Poa pratensis | 20 |
| 12 | (3-30%) | Salix geyeriana | 6 |
| 12 | (1-39%) | Salix exigua | 13 |
| 10 | (1-38%) | Calamagrostis canadensis | 10 |
| 9 | (1-27%) | Ribes inerme | 11 |
| 9 | (1-40%) | Salix drummondiana | 10 |
| 8 | (1-27%) | Trifolium repens | 8 |
| 8 | (1-30%) | Equisetum arvense | 17 |
| 7 | (3-13%) | Populus angustifolia | 9 |
| 7 | (1-21%) | Heracleum maximum | 18 |
| 7 | (1-15%) | Aconitum columbianum | 5 |
| 7 | (1-25%) | Mertensia ciliata | 12 |
| 7 | (1-22%) | Rudbeckia laciniata var. ampla | 11 |
| 6 | (1-30%) | Rosa woodsii | 15 |
| 6 | (1-20%) | Phleum pratense | 10 |
| 6 | (1-20%) | Picea pungens | 6 |
| 6 | (1-22%) | Mertensia franciscana | 5 |
| 6 | (1-18%) | Poa palustris | 5 |
| 6 | (1-15%) | Agrostis gigantea | 5 |
| 5 | (1-20%) | Dactylis glomerata | 5 |
| 5 | (1-20%) | Taraxacum officinale | 21 |

**Other species with < 5% average cover present in at least 10% of plots:**
Glyceria striata (1-15%), Rubus idaeus ssp. strigosus (1-11%), Geranium richardsonii (1-17%), Cardamine cordifolia (1-19%), Lonicera involucrata (1-15%), Oxypolis fendleri (1-15%), Mentha arvensis (1-10%), Carex utriculata (1-10%), Achillea millefolium var. occidentalis (1-10%), Geum macrophyllum var. perincisum (0.1-10%), Juncus balticus var. montanus (1-8%), Urtica dioica ssp. gracilis (1-4%), Carex microptera (1-5%), Maianthemum stellatum (0.1-5%), Vicia americana (1-3%), Osmorhiza depauperata (1-3%), Galium boreale (1-2%).

277

BLM_0035548

## Bog birch / Mesic forb - Mesic graminoid Shrubland

### *Betula nana (=glandulosa) /* Mesic forb - Mesic graminoid



**Global rank/State rank:**
G3G4 / S3

**HGM subclass:** S1/2, R1, R2

**Colorado elevation range:**
8,200-11,000 ft (2,500-3,350 m)



### General Description

The *Betula nana (=glandulosa)*/mesic forb-mesic graminoid (bog birch/mesic forb-mesic graminoid) plant association is a low stature (2-3 ft, 0.3-1 m) open shrubland of subalpine and lower alpine elevations. It occurs intermixed with *Salix* (willow) shrublands and *Carex* (sedge) meadows, forming complex wetland mosaics. It typically grows in very wet peat fens. This association is documented throughout high mountain ranges of Colorado, although typically occurring only in small stands.

Most stands of this association occur within a mosaic of subalpine meadows or willow communities. It grows in areas where soils are saturated from snowmelt runoff for a significant part of the growing season, often in fens, where the vegetation receives water from seeps and springs. Stream channels may be wide and slightly sinuous. Soils are deep peats and moderately deep (9-12 in, 23-30 cm) silty clay loams over gravels with a water table 10-48 inches (25-120 cm) deep.

### Vegetation Description

*Betula nana (=glandulosa)* (bog birch) is the dominant shrub in the canopy. Several other shrubs may be present; however, none are as abundant as *Betula*. Shrub species occasionally present include *Dasiphora floribunda* (shrubby cinquefoil), *Salix wolfii* (Wolf willow), *S. planifolia* (planeleaf willow), *S. brachycarpa* (barrenground willow), *S. monticola* (mountain willow), and *Lonicera involucrata* (twinberry honeysuckle).

The herbaceous undergrowth grows on small hummocks and is usually dominated by a dense mixture of mesic forbs and graminoids. Mesic graminoid species include

278

BLM_0035549

*Calamagrostis canadensis* (bluejoint reedgrass), *Carex aquatilis* (water sedge), *C. utriculata* (beaked sedge), *C. norvegica* (Norway sedge), *Deschampsia caespitosa* (tufted hairgrass), and *Phleum alpinum* (alpine timothy). Forb species include *Achillea millefolium* var. *occidentalis* (western yarrow), *Fragaria virginiana* (strawberry), *Galium boreale* (northern bedstraw), *Epilobium angustifolium* (fireweed), *Caltha leptosepala* (marsh marigold), *Ligusticum tenuifolium* (Idaho licoriceroot), *Angelica pinnata* (small-leaf angelica), *Mertensia ciliata* (tall fringed bluebells), *Thalictrum alpinum* (alpine meadowrue), and *Conioselinum scopulorum* (Rocky Mountain hemlockparsley).

Due to their small size, *Betula nana (=glandulosa)* (bog birch) communities often inter-grade with surrounding communities.

## Ecological Processes

This plant association appears to be a long-lived mid- to late-seral community. As peatland hummocks develop or become more pronounced, they may become more heavily dominated by *Salix* (willow) species. Due to cold temperatures and a short growing season, this process may take several decades to occur.

| Avg. Cover % | (Range) | Species Name | # Plots (N=10) |
|---|---|---|---|
| 44 | (20-80%) | Betula nana | 10 |
| 21 | (3-80%) | Carex aquatilis | 5 |
| 17 | (3-50%) | Picea engelmannii | 4 |
| 16 | (10-25%) | Salix planifolia | 5 |
| 13 | (3-30%) | Poa pratensis | 3 |
| 12 | (3-20%) | Salix monticola | 4 |
| 12 | (3-30%) | Salix brachycarpa | 5 |
| 11 | (3-20%) | Pinus contorta | 3 |
| 9 | (1-30%) | Calamagrostis canadensis | 4 |
| 9 | (1-21%) | Salix wolfii | 7 |
| 9 | (1-20%) | Dasiphora floribunda | 8 |
| 9 | (3-11%) | Ligusticum tenuifolium | 4 |
| 8 | (1-10%) | Chamerion angustifolium ssp. circumvagum | 4 |
| 6 | (1-11%) | Lonicera involucrata | 4 |
| 6 | (1-25%) | Fragaria virginiana ssp. glauca | 7 |
| 6 | (1-10%) | Caltha leptosepala | 4 |
| 6 | (1-20%) | Trisetum wolfii | 4 |
| 6 | (1-10%) | Carex utriculata | 2 |
| 5 | (1-10%) | Deschampsia caespitosa | 5 |

**Other species with < 5% average cover present in at least 10% of plots:**
Bromus ciliatus var. ciliatus (1-8%), Galium boreale (1-13%), Poa reflexa (1-10%), Taraxacum officinale (1-12%), Conioselinum scopulorum (1-10%), Salix boothii (3-3%), Mertensia ciliata (1-10%), Geum macrophyllum var. perincisum (1-4%), Polygonum bistortoides (1-7%), Geum triflorum var. triflorum (1-4%), Thalictrum alpinum (2-3%), Arnica cordifolia (1-3%), Geranium richardsonii (1-3%), Juncus drummondii (1-3%), Trollius laxus ssp. albiflorus (1-3%), Symphyotrichum foliaceum (1-3%), Maianthemum stellatum (1-3%), Castilleja sulphurea (1-3%), Valeriana edulis (1-2%), Phleum alpinum (1-3%), Achillea millefolium var. occidentalis (1-3%), Luzula parviflora (1-2%), Polygonum viviparum (1%), Aconitum columbianum (1%), Veronica wormskjoldii (1%), Stellaria umbellata (1%), Pedicularis groenlandica (1%), Luzula comosa (1%), Trisetum spicatum (1%), Carex norvegica (1%), Equisetum arvense (1%), Rhodiola rhodantha (0.1%).

BLM_0035550

**River birch / Mesic forb Shrubland**

*Betula occidentalis /* Mesic forb



**Global rank/State rank:**
G3 / S2

**HGM subclass:** R3/4

**Colorado elevation range:**
6,300-8,800 ft (1,900-2,700 m)



### General Description

This association is characterized by a tall, narrow band of shrubs lining the stream channel. The undergrowth can be sparse or a thick carpet of grasses and forbs. In undisturbed stands, forb species richness can be high.

This association occupies moderately wide stream benches and floodplains in narrow to moderately wide valleys and on hillside seeps. At lower elevations along sunny valley bottoms, well-developed, large occurrences occupy relatively flat stream benches and often extend away from the channel edge. Stream channels are wide, rocky/cobble-bottomed, moderately steep, and sinuous, wide, cobble-bottomed, less steep, and highly sinuous, or braided from beaver activity. This association also occurs along small floodplains of steep-gradient, narrow streams where the valley side slope meets the stream edge. In such settings *Betula occidentalis* (river birch) is squeezed between large boulders and herbaceous growth is limited to small pockets, or is found around seeps adjacent to the stream channel and along isolated springs on hillslopes away from the valley bottom (these may be in different HGM subclasses). Soils are fairly shallow, ranging from 12 to 25+ inches (30-60+ cm), and have a surface layer of 50-90% organic matter. Subsurface layers are clay loams, sandy clays, and sandy loams. Stands along narrow, steep stream channels occur between large alluvial and colluvial boulders and have almost no soil development.

### Vegetation Description

*Betula occidentalis* (river birch) forms a nearly continuous tall-shrub to small-tree canopy along the stream bank. Other shrubs may include *Alnus incana* ssp. *tenuifolia* (thinleaf alder), *Cornus sericea* (red-osier dogwood), *Salix exigua* (sandbar willow), *Jamesia americana* (cliffbush), *Amelanchier utahensis* (Utah serviceberry), *Prunus*

280

BLM_0035551

*virginiana* (chokecherry), and *Salix monticola* (mountain willow). Along narrow valleys at higher elevations, conifers may overhang the stream edge. Conifer species include *Pseudotsuga menziesii* (Douglas-fir), *Abies lasiocarpa* (subalpine fir), *Picea pungens* (blue spruce) and *Pinus ponderosa* (ponderosa pine).

Although some stands have considerable herbaceous cover, herbaceous undergrowth is usually limited due to the dense shrub canopy. Forb cover can include *Maianthemum stellatum* (starry false Solomon seal), *Heracleum maximum* (common cowparsnip), *Thalictrum fendleri* (Fendler meadowrue) and *Rudbeckia laciniata* var. *ampla* (cutleaf coneflower). Graminoid cover is usually low, but can include *Poa pratensis* (Kentucky bluegrass), *Carex utriculata* (beaked sedge), *Juncus balticus* var. *montanus* (mountain rush), *Calamagrostis canadensis* (bluejoint reedgrass), and *Agrostis stolonifera* (creeping bentgrass). *Equisetum arvense* (field horsetail) may also be present.

## Ecological Processes

This association is considered a mid-seral type. With prolonged heavy grazing, it may succeed to a *Salix* (willow) dominated association. It may also be an early successional stage for conifer-dominated associations. *Betula occidentalis* can tolerate flooding, but not permanent inundation. *Betula occidentalis* occurs at slightly lower elevations and on lower- gradient stream reaches than *Alnus incana* ssp. *tenuifolia* (thinleaf alder). Because *Betula occidentalis* communities occupy low elevation, foothill habitats in Colorado, they are more threatened by development and stream impoundments than *Alnus incana* ssp. *tenuifolia* or *Cornus sericea* (red-osier dogwood) riparian communities.

| Avg. Cover % | (Range) | Species Name | # Plots (N=26) |
|---|---|---|---|
| 55 | (14-98%) | Betula occidentalis | 26 |
| 18 | (1-53%) | Cornus sericea ssp. sericea | 11 |
| 16 | (1-66%) | Pseudotsuga menziesii | 7 |
| 16 | (1-60%) | Angelica ampla | 5 |
| 12 | (8-21%) | Picea pungens | 5 |
| 11 | (1-38%) | Salix monticola | 8 |
| 10 | (1-40%) | Alnus incana ssp. tenuifolia | 16 |
| 10 | (1-30%) | Lonicera involucrata | 5 |
| 10 | (1-40%) | Maianthemum stellatum | 19 |
| 9 | (1-34%) | Poa pratensis | 16 |
| 8 | (1-34%) | Heracleum maximum | 11 |
| 7 | (1-16%) | Calamagrostis canadensis | 5 |
| 7 | (1-25%) | Salix exigua | 8 |
| 7 | (1-23%) | Carex utriculata | 5 |
| 7 | (4-13%) | Agrostis stolonifera | 5 |
| 6 | (1-17%) | Juniperus scopulorum | 9 |
| 6 | (1-36%) | Equisetum arvense | 15 |
| 6 | (1-17%) | Juncus balticus var. montanus | 12 |
| 5 | (1-18%) | Rosa woodsii | 19 |
| 5 | (1-17%) | Prunus virginiana var. melanocarpa | 6 |

**Other species with < 5% average cover present in at least 10% of plots:**
Thalictrum fendleri (1-21%), Equisetum hyemale var. affine (1-10%), Geranium richardsonii (1-10%), Rubus idaeus ssp. strigosus (1-10%), Rudbeckia laciniata var. ampla (1-10%), Ribes inerme (0.1-10%), Cirsium arvense (0.1-5%), Mertensia ciliata (1-2%), Achillea millefolium var. occidentalis (1-3%), Vicia americana (1-2%), Galium boreale (0.1-2%), Taraxacum officinale (0.1-2%).

BLM_0035552

## River birch / Mesic graminoid Shrubland
### *Betula occidentalis /* Mesic graminoid



**Global rank/State rank:**
G3 / S2

**HGM subclass:** R3/4

**Colorado elevation range:**
6,900-9,300 ft (2,100-2840 m)



### General Description

The *Betula occidentalis*/mesic graminoid (water birch/mesic graminoid) plant association is a tall (5-8 ft, 1.5-2.5 m), narrow band of shrubs lining a stream channel. When equally commingled with *Alnus incana* ssp. *tenuifolia* (thinleaf alder) or *Salix* spp. (willows), *Betula occidentalis* is the diagnostic species, and will key to a *Betula* (birch) type. The undergrowth is a sparse to thick carpet of grasses and grass-like plants with only a few forbs present. It occupies wetter sites than the *Betula occidentalis*/mesic forb (water birch/mesic forb) plant association. In Colorado, large, near-pristine stands are rare.

This plant association generally occurs on moderately wide to wide floodplains in bands up to 115 ft (35 m) wide, that often extend well away from the channel edge. This association also occurs in small patches at higher elevations and around seeps and isolated springs on hillslopes away from the valley bottom. Stream channels are wide, meandering, and cobble-bottomed. Soils are deep pockets of sandy loams with signs of mottling within the top 12 inches (30 cm).

### Vegetation Description

*Betula occidentalis* (river birch) is the diagnostic species. It may be co-dominant with *Alnus incana* ssp. *tenuifolia* (thinleaf alder) or a variety of *Salix* spp. (willows). *Betula occidentalis* (river birch) forms a dense canopy of 40-75% cover. *Salix monticola* (mountain willow), *S. planifolia* (planeleaf willow), and *S. bebbiana* (Bebb willow) may be present. *Picea pungens* (blue spruce) and *Juniperus scopulorum* (Rocky Mountain juniper) may occur in the overstory, but with only about 1% cover each. Due to the dense shrub canopy, the herbaceous undergrowth may be limited in cover, but contains a diversity of species. Total graminoid cover generally exceeds that of total forb cover, but no single species is dominant. Graminoid species that may be present include *Carex pellita* (woolly sedge), *C. deweyana* (Dewey sedge), and *C. utriculata* (beaked sedge). Forb species that may be present include *Achillea*

282

BLM_0035553

*millefolium* var. *occidentalis* (western yarrow), *Cardamine cordifolia* (heartleaf bittercress), *Heracleum maximum* (common cowparsnip), *Maianthemum stellatum* (starry false Solomon seal), and *Vicia americana* (American vetch).

## Ecological Processes

The *Betula occidentalis*/mesic graminoid (river birch/mesic graminoid) plant association occupies wetter habitats than the *Betula occidentalis*/mesic forb plant association. Stands dominated by *Carex pellita* (woolly sedge) or *Carex deweyana* (Dewey sedge) indicate undisturbed sites. Grazing pressure can eliminate native sedges, which are then replaced by non-native grasses, including *Agrostis stolonifera* (creeping bentgrass) and *Poa pratensis* (Kentucky bluegrass).



*Betula occidentalis*

*Betula occidentalis* (river birch) can tolerate flooding, but not a permanent inundation of water. *Betula occidentalis* occurs at slightly lower elevations and on lower- gradient stream reaches than *Alnus incana* ssp. *tenuifolia* (thinleaf alder). Because *Betula occidentalis* communities occupy low elevation, foothill habitats in Colorado, they are more threatened by development and stream impoundments than *Alnus incana* ssp. *tenuifolia* or *Cornus sericea* (red-osier dogwood) riparian communities. Consequently, few undisturbed and unaltered stands exist today.

| Avg. Cover % | (Range) | Species Name | # Plots (N=5) |
|---|---|---|---|
| 57 | (40-75%) | Betula occidentalis | 5 |
| 22 | (3-40%) | Carex pellita | 2 |
| 16 | (1-41%) | Poa pratensis | 4 |
| 16 | (1-30%) | Picea pungens | 2 |
| 13 | (1-25%) | Heracleum maximum | 2 |
| 12 | (3-20%) | Alnus incana ssp. tenuifolia | 2 |
| 7 | (3-10%) | Carex utriculata | 2 |
| 7 | (3-10%) | Phleum pratense | 2 |
| 6 | (2-10%) | Ribes inerme | 2 |
| 6 | (1-10%) | Calamagrostis canadensis | 2 |
| 5 | (1-9%) | Glyceria striata | 2 |

**Other species with < 5% average cover present in at least 10% of plots:**
Rosa woodsii (1-7%), Juniperus scopulorum (2-5%), Achillea millefolium var. occidentalis (1%), Galium boreale (1%), Populus angustifolia (1%), Rubus idaeus ssp. strigosus (1%), Vicia americana (1%), Taraxacum officinale (1%), Maianthemum stellatum (0.1-1%).

283

BLM_0035554

## Netleaf hackberry Woodland
### *Celtis laevigata* var. *reticulata*



**Global rank/State rank:**
G1G2Q / S1S2

**HGM subclass:** R3/4

**Colorado elevation range:**
4,700-5,500 ft (1,400-1,700 m)



### General Description

In southwestern Colorado, the *Celtis laevigata* var. *reticulata* (netleaf hackberry) riparian shrubland occurs as small pockets or groves of netleaf hackberry trees at the base of sandstone cliffs at the head of box canyons where permanent springs feed an ephemeral stream. In southeastern Colorado, it occurs in small stands along elevated streambanks and terraces of perennial, spring-fed streams. The trees are of small stature, so from a distance it looks like a shrubland. However, in southwestern Colorado, individual trees growing right out of a spring can be quite large, more than 30 ft (9 m) tall and 2 ft (0.6 m) dbh, and exceed the height of the canyon rim by several feet.

In southwest Colorado, streams are first order, steep for the first 100 feet or so, sandy-bottom ephemeral channels originating from springs. In southeast Colorado, streams are second and third order, have gravel or bedrock beds, and are spring-fed perennial channels. Deep pools 30-65 ft (10-20 m) long and up to 6 ft (2 m) deep form at some bedrock constrictions. Soils are shallow sands to pure rock in southwestern Colorado. In southeastern Colorado, soils are deep silty loams over cobble-sized alluvium.

### Vegetation Description

This association is characterized by small pockets or groves of *Celtis laevigata* var. *reticulata* (netleaf hackberry). *Celtis* (hackberry) is typically a small or stunted tree, but individuals growing right in springs at Hovenweep National Monument are large, straight trees, more than 30 ft (9 m) tall and 2 ft (0.6 m) dbh. The stand in the Arkansas River drainage may have been dominated by *Celtis occidentalis* (common hackberry), as the soil type might suggest. However, specimens were not collected, so the stand will be tracked as *Celtis laevigata* var. *reticulata* (netleaf hackberry) until more information is gathered to suggest otherwise.

Other woody species that may be present include *Salix gooddingii* (Gooding willow), *Fraxinus anomala* (single-leaf ash), *Rhus trilobata* (skunkbush sumac), and *Artemisia*

284

BLM_0035555

*tridentata* (big sagebrush). The herbaceous undergrowth is dry and weedy with *Bromus tectorum* (cheatgrass), *Arctium minus* (lesser burdock), *Chrysothamnus* spp. seedlings (rabbitbrush), *Heterotheca villosa* (hairy goldenaster) and *Ambrosia artemisiifolia* (annual ragweed). One stand had 20% cover of *Typha angustifolia* (narrowleaf cattail) growing in a pool underneath the *Celtis* canopy.

## Ecological Processes

The successional status of *Celtis* shrublands is not known. Although *Celtis laevigata* var. *reticulata* (netleaf hackberry) is now found along watercourses in the western United States and northern Mexico, this plant has not always been restricted to intermittent and perennial streams. Several million years ago, the regional climate was much wetter and many tree species now found only along many steams thrived on slopes and plains. This deciduous forest included hackberry, cottonwood, willow, sycamore and many other sizable trees. Today, in a more arid climate, these species have retreated to the riparian zone, where they can find adequate and a more consistent source of water.

| Avg. Cover % | (Range) | Species Name | # Plots (N=4) |
|---|---|---|---|
| 77 | — | Salix gooddingii | 1 |
| 44 | (32-54%) | Celtis laevigata var. reticulata | 4 |
| 23 | (2-46%) | Bromus tectorum | 4 |
| 20 | — | Typha angustifolia | 1 |
| 11 | — | Juniperus osteosperma | 1 |
| 10 | (3-17%) | Rhus trilobata var. trilobata | 2 |
| 8 | — | Deschampsia caespitosa | 1 |
| 8 | — | Elymus canadensis | 1 |
| 7 | — | Ambrosia artemisiifolia var. elatior | 1 |
| 7 | — | Verbascum thapsus | 1 |
| 5 | — | Carduus nutans ssp. macrolepis | 1 |

**Other species with < 5% average cover present in at least 10% of plots:**
Cercocarpus montanus (4%), Chrysothamnus linifolius (4%), Sporobolus cryptandrus (4%), Artemisia tridentata (3%), Ambrosia trifida (2%), Heterotheca villosa (2%), Ericameria nauseosa ssp. nauseosa var. glabrata (1%), Artemisia filifolia (1%), Equisetum arvense (1%), Fraxinus anomala (1%), Opuntia polyacantha (1%), Pascopyrum smithii (1%), Salsola tragus (1%).

285

BLM_0035556

## Red-osier dogwood Shrubland

*Cornus sericea*



**Global rank/State rank:**
G4Q / S3

**HGM subclass:** R3/4, R5

**Colorado elevation range:**
5,800-8,800 ft (1,760-2,680 m)



### General Description

The *Cornus sericea* (red-osier dogwood) plant association is a medium-height (3-6 ft, 1-2 m), shrubland that often forms continuous, narrow bands along stream banks, benches, and bars. It can form very dense, small stands with limited disturbance, often at the base of a cliff.

This plant association occurs adjacent to stream channels and near seeps on moist toeslopes of canyon walls. It also occurs on narrow benches in ravines and on narrow terraces of wider valleys. Stream channels are narrow and moderately steep with gravel streambeds. The soils are relatively deep silty to sandy clay loams with stratified layers.

### Vegetation Description

This plant association is characterized by a dense stand of *Cornus sericea* (red-osier dogwood). Other abundant shrub species, which may be present include *Rosa woodsii* (Woods rose), *Symphoricarpos oreophilus* (mountain snowberry), *Ribes inerme* (whitestem gooseberry), *Betula occidentalis* (river birch), *Acer glabrum* (Rocky Mountain maple), and *Alnus incana* ssp. *tenuifolia* (thinleaf alder). While trees occasionally occur in or adjacent to and overhang some stands, typically this shrubland has no overstory canopy. Scattered tree species may include mature *Populus angustifolia* (narrowleaf cottonwood), *Picea pungens* (blue spruce), *Pinus ponderosa* (ponderosa pine), or *Pseudotsuga menziesii* (Douglas-fir). The herbaceous undergrowth is highly variable and depends on the amount of sunlight reaching the ground. Commonly encountered forbs include *Maianthemum stellatum* (starry false Solomon seal), *Geranium richardsonii* (Richardson geranium), *Mertensia ciliata* (tall fringed bluebells), and *Urtica dioica* (stinging nettle). Some stands are without an herbaceous understory.

286

## Ecological Processes

*Cornus sericea* (red-osier dogwood) forms a relatively stable community because of its ability to form dense thickets through vegetative reproduction. Subsequent succession takes place over a long period of time. In Montana, this plant association is considered to be early-seral since it colonizes stream bars and adjacent floodplains. With time, the association may eventually become dominated by conifer or deciduous tree species.

| Avg. Cover % | (Range) | Species Name | # Plots (N=18) |
|---|---|---|---|
| 50 | (20-99%) | Cornus sericea ssp. sericea | 18 |
| 22 | (5-40%) | Equisetum hyemale var. affine | 3 |
| 20 | (1-50%) | Ribes aureum | 3 |
| 18 | (3-40%) | Betula occidentalis | 7 |
| 12 | (1-40%) | Salix exigua | 8 |
| 11 | (1-30%) | Clematis ligusticifolia | 3 |
| 9 | (1-20%) | Picea pungens | 7 |
| 9 | (1-20%) | Alnus incana ssp. tenuifolia | 8 |
| 8 | (1-21%) | Populus angustifolia | 3 |
| 8 | (1-16%) | Abies lasiocarpa | 4 |
| 7 | (1-20%) | Acer glabrum | 7 |
| 6 | (1-20%) | Salix drummondiana | 8 |
| 5 | (1-10%) | Phleum pratense | 3 |
| 5 | (1-10%) | Prunus virginiana var. melanocarpa | 5 |
| 5 | (1-10%) | Pseudotsuga menziesii | 3 |

**Other species with < 5% average cover present in at least 10% of plots:**
Rudbeckia laciniata var. ampla (1-10%), Rosa woodsii (1-20%), Rhus trilobata var. trilobata (1-10%), Lonicera involucrata (1-10%), Poa pratensis (1-10%), Ribes inerme (1-10%), Humulus lupulus var. lupuloides (1-10%), Heracleum maximum (1-10%), Aconitum columbianum (1-5%), Juniperus scopulorum (2-5%), Maianthemum stellatum (1-19%), Symphoricarpos oreophilus (1-10%), Solidago canadensis (1-5%), Elymus glaucus (1-5%), Equisetum arvense (1-10%), Populus tremuloides (1-5%), Osmorhiza depauperata (1-5%), Amelanchier utahensis (1-10%), Juncus balticus var. montanus (1-5%), Bromus lanatipes (1-5%), Geum macrophyllum var. perincisum (1-5%), Angelica ampla (1-5%), Taraxacum officinale (1-5%), Geranium richardsonii (1-5%), Urtica dioica ssp. gracilis (1-10%), Viola canadensis var. scopulorum (1-5%), Thalictrum fendleri (1-5%), Galium triflorum (1-5%), Mertensia ciliata (1-5%), Actaea rubra ssp. arguta (1-5%), Carex utriculata (1-3%), Agrostis gigantea (1-2%), Cardamine cordifolia (1%), Maianthemum racemosum ssp. amplexicaule (1%), Rubus idaeus ssp. strigosus (1%), Sambucus racemosa var. racemosa (1%), Chamerion angustifolium ssp. circumvagum (1%), Paxistima myrsinites (1%), Symphyotrichum ascendens (1%), Salix ligulifolia (1%).



*Cornus sericea*

287

**River hawthorn Shrubland**

*Crataegus rivularis*



**Global rank/State rank:**
G2Q / S2

**HGM subclass:**  R2, R3/4

**Colorado elevation range:**
5,500-8,000 ft (1,670-2,450 m)



## General Description

The *Crataegus rivularis* (river hawthorn) plant association is a medium-tall (3-6 ft, 1-2 m) shrubland.  It occurs on dry floodplains of ephemeral rivers and creeks, and is most often intermixed with cottonwood forests.  This association is known from the San Juan National Forest.  A closely related community dominated by *Crataegus succulenta* (fleshy hawthorn) is known from Boulder County and is is placed in this association until more information suggests otherwise.

This association occurs on narrow draws and valley floors that are approximately 65-100 ft (20-30 m) wide.  One area had signs of beaver activity.  Streams appeared to be mostly ephemeral streams with seeps along the sides of the valley, making for a complex wetland/riparian area.  Stream channels are narrow, straight and steep or braided by beaver activity.  Soils are sandy clay with 20-50% coarse material over highly stratified alluvial parent material.

## Vegetation Description

*Crataegus rivularis* (river hawthorn) forms a dense shrub canopy.  One plot is dominated by *Crataegus succulenta* (fleshy hawthorn).  *Salix bebbiana* (Bebb willow), *Salix ligulifolia* (strapleaf willow), and *Salix monticola* (mountain willow) may also be present.  Other shrub species present include *Rosa woodsii* (Woods rose), *Dasiphora floribunda* (shrubby cinquefoil), *Symphoricarpos oreophilus* (mountain snowberry), and *Ribes* spp. (currant).  *Populus angustifolia* (narrowleaf cottonwood) seedlings and saplings occurred in one stand with less than 10% total cover.  Forb and graminoid cover is insignificant.

## Ecological Processes

*Crataegus* occupies the driest part of the riparian habitat, and may indicate the surface is no longer flooded.  In Montana, thickets of *Crataegus* are considered a grazing

288

BLM_0035559

disclimax. Cattle will browse *Crataegus* and heavy pressure can cause thickets to become open and increaser species such as *Rosa woodsii* (Woods rose), *Symphoricarpos* (snowberry) and *Poa pratensis* (Kentucky bluegrass) become established and abundant.

The presence of seedling and sapling *Populus angustifolia* (narrowleaf cottonwood) indicate the stand may mature into a *Populus angustifolia/Crataegus rivularis* (narrowleaf cottonwood/river hawthorn) plant association.



*Crataegus rivularis*

| Avg. Cover % | (Range) | Species Name | # Plots (N=3) |
|---|---|---|---|
| 55 | — | Crataegus succulenta | 1 |
| 50 | (30-70%) | Crataegus rivularis | 2 |
| 31 | (1-60%) | Salix monticola | 2 |
| 21 | — | Centaurea diffusa | 1 |
| 20 | (20-20%) | Salix bebbiana | 2 |
| 17 | — | Leersia oryzoides | 1 |
| 15 | (10-20%) | Salix ligulifolia | 2 |
| 13 | — | Prunus americana | 1 |
| 12 | — | Agrostis stolonifera | 1 |
| 11 | — | Eleocharis palustris | 1 |
| 7 | — | Populus deltoides | 1 |
| 7 | — | Equisetum laevigatum | 1 |
| 7 | (3-10%) | Rudbeckia laciniata var. ampla | 2 |
| 6 | — | Bromus inermis | 1 |
| 6 | — | Echinocystis lobata | 1 |
| 6 | — | Rorippa nasturtium-aquaticum | 1 |
| 6 | (1-10%) | Poa pratensis | 2 |
| 5 | — | Dactylis glomerata | 1 |
| 5 | — | Lolium pratense | 1 |
| 4 | — | Salix exigua | 1 |

**Other species with < 5% average cover present in at least 10% of plots:**
Populus angustifolia (4%), Rosa woodsii (3%), Geranium richardsonii (3%), Cornus sericea (3%), Carex praegracilis (3%), Ribes inerme (3%), Mertensia ciliata (1-3%), Glyceria striata (1-3%), Symphoricarpos oreophilus (1-3%), Thermopsis montana (1-3%), Galium triflorum (1-3%), Clematis ligusticifolia (2%), Elymus lanceolatus (2%), Maianthemum stellatum (1%), Zigadenus elegans ssp. elegans (1%), Achillea millefolium var. occidentalis (1%), Thalictrum fendleri (1%), Allium brandegeei (1%), Vicia americana (1%), Carex hassei (1%), Asclepias speciosa (1%), Artemisia ludoviciana (1%), Arabis hirsuta var. pycnocarpa (1%), Angelica pinnata (1%), Amelanchier alnifolia (1%), Ambrosia artemisiifolia var. elatior (1%), Carex microptera (1%), Veronica americana (1%), Valeriana occidentalis (1%), Trifolium longipes (1%), Taraxacum officinale (1%), Senecio integerrimus (1%), Pseudocymopterus montanus (1%), Juncus balticus var. montanus (1%), Potentilla pulcherrima (1%), Epilobium ciliatum ssp. glandulosum (1%), Poa annua (1%), Pascopyrum smithii (1%), Moehringia lateriflora (1%), Juncus parryi (1%), Iris missouriensis (1%), Frasera speciosa (1%).

BLM_0035560

**Shrubby cinquefoil / Tufted hairgrass Shrubland**

***Dasiphora (=Pentaphylloides) floribunda / Deschampsia caespitosa***



**Global rank/State rank:**
G4 / S3S4

**HGM subclass:** S1/2?, S3/4

**Colorado elevation range:**
8,300-10,700 ft (2,500-3,300 m)



## General Description

The *Dasiphora floribunda/Deschampsia caespitosa* (shrubby cinquefoil/tufted hairgrass) plant association is an open, low shrubland with thick cover of bunch grasses. Most stands of this association in Colorado appear to be grazing-induced. *Dasiphora floribunda* (shrubby cinquefoil) increases in abundance with continuous, season long grazing within a riparian area.

This association occurs on terraces above the stream channel and along the drier edges of isolated wetlands and rich fens. Stream channels are narrow and highly sinuous. The soils are sandy loams over sand and gravel layers.

## Vegetation Description

The shrub layer of this association may be dense or open with individual shrubs widely and uniformly spaced with about 20-30% total canopy cover. *Dasiphora floribunda (=Pentaphylloides floribunda)* (shrubby cinquefoil) is the dominant, and often the only shrub species present. The graminoid layer is usually very thick. *Deschampsia caespitosa* (tufted hairgrass) is the grass most consistently present (i.e., occuring in all stands) and often in the highest relative abundance, even when its absolute abundance is not particularly high. Other graminoids that have high abundance but are not consistently present include *Poa secunda* (Sandberg bluegrass), *Festuca rubra* (red fescue), and *Juncus balticus* var. *montanus* (mountain rush).

Stands in excellent condition (i.e., neither grazing-induced nor in a degraded condition from over-grazing) have high cover of *Carex aquatilis* (water sedge) and *Trifolium longipes* (longstalk clover). Disturbed stands often have *Rumex aquaticus* (western dock), *Fragaria virginiana* (strawberry), and abundant *Taraxacum officinale* (dandelion).

290

## Ecological Processes

Grazing induced stands of this association are in mid-seral stages of secondary succession.  Under longterm heavy grazing, *Dasiphora floribunda* will increase in abundance because it is unpalatable to livestock.  Other species that increase with grazing in this association are *Poa pratensis* (Kentucky bluegrass), *Juncus balticus* var. *montanus* (mountain rush), and *Taraxacum officinale* (dandelion).  Extended grazing may cause this plant association to convert to a *Dasiphora floribunda/Poa pratensis* (shrubby cinquefoil/Kentucky bluegrass) plant association.

| Avg. Cover % | (Range) | Species Name | # Plots (N=10) |
|---|---|---|---|
| 40 | (15-80%) | Dasiphora floribunda | 10 |
| 20 | (1-60%) | Deschampsia caespitosa | 10 |
| 16 | (3-35%) | Carex microptera | 5 |
| 16 | (7-25%) | Fragaria virginiana ssp. glauca | 4 |
| 12 | (1-37%) | Juncus balticus var. montanus | 5 |
| 10 | (5-15%) | Antennaria microphylla | 2 |
| 10 | (1-30%) | Poa pratensis | 6 |
| 7 | (1-20%) | Potentilla gracilis | 4 |
| 6 | (1-10%) | Danthonia intermedia | 3 |
| 5 | (2-10%) | Taraxacum officinale | 5 |
| 5 | (5-5%) | Hordeum brachyantherum ssp. brachyantherum | 2 |
| 5 | (1-9%) | Carex aurea | 2 |
| 5 | (1-8%) | Trifolium longipes | 2 |

**Other species with < 5% average cover present in at least 10% of plots:**
Caltha leptosepala (1-10%), Conioselinum scopulorum (1-7%), Achillea millefolium var. occidentalis (0.1-8%), Salix wolfii (1-5%), Geum macrophyllum var. perincisum (0.1-5%), Galium boreale (1-3%), Trifolium repens (1-2%), Geum triflorum var. triflorum (1-2%), Calamagrostis canadensis (1-2%), Agrostis scabra (1%), Iris missouriensis (1%), Phleum alpinum (1%), Agoseris glauca (1%), Symphyotrichum foliaceum (0.1-2%), Argentina anserina (0.1-1%).



*Dasiphora floribunda*



*Deschampsia cespitosa*

spikelet

BLM_0035562

**Shrubby cinquefoil / Mountain rush Shrubland**

*Dasiphora (=Pentaphylloides) floribunda / Juncus balticus* var. *montanus*



**Global rank/State rank:**
G3 / S3

**HGM subclass:** S1/2?, S3/4

**Colorado elevation range:**
8,400-9,900 ft (2,560-3,018 m)



### General Description

The *Dasiphora (=Pentaphylloides) floribunda/Juncus balticus* var. *montanus* (shrubby cinquefoil/mountain rush) plant association is an open, low shrubland with thick cover of mountain rush and various grasses. Most stands of this association in Colorado appear to be grazing-induced, and in at least some situations, it may be a degraded form of the *Dasiphora floribunda/Deschampsia caespitosa* (shrubby cinquefoil/tufted hairgrass) association. *Dasiphora floribunda* (shrubby cinquefoil) increases in abundance with continuous, season-long grazing within a riparian area; *Deschampsia caespitosa* (tufted hairgrass) is highly palatable to livestock and decreases with grazing. As *Deschampsia* decreases in abundance due to grazing or drying conditions, *Juncus balticus* var. *montanus* (mountain rush) may become more abundant. This association occurs along the drier margins of fens or wet meadows.

### Vegetation Description

The shrub layer of this association is open to moderately dense, and is dominated by *Dasiphora floribunda* (shrubby cinquefoil) with about 10-60% total canopy cover. Although *Dasiphora floribunda* is often the only shrub species present, other woody species such as *Salix wolfii* (Wolf willow), *Salix brachycarpa* (barrenground willow), *Salix planifolia* (planeleaf willow) or *Betula nana (=glandulosa)* (bog birch) may be present in some stands with low cover amounts.

The herbaceous layer is usually very thick and varied. *Juncus balticus* var. *montanus* (mountain rush) is the most consistently present associated species. It often has the highest abundance relative to other graminoid species present, even when present with lower absolute cover percentage (range 10-85%). Other common graminoid species include *Deschampsia caespitosa* (tufted hairgrass), *Elymus trachycaulus* (slender wheatgrass), and *Poa pratensis* (Kentucky bluegrass). Forb species are variable; the

292

BLM_0035563

most common include *Achillea millefolium* var. *occidentalis* (western yarrow), *Argentina anserina* (silverweed cinquefoil), *Thalictrum alpinum* (alpine meadowrue), and *Cirsium scariosum* (meadow thistle).

### Ecological Processes

Grazing induced stands of this association are in mid-seral stages of secondary succession. Under longterm heavy grazing, *Dasiphora floribunda* (shrubby cinquefoil) and *Juncus balticus* var. *montanus* (mountain rush) will increase in abundance because they are unpalatable to livestock. Other species that increase with grazing in this association are *Poa pratensis* (Kentucky bluegrass) and *Taraxacum officinale* (dandelion). Both *Dasiphora floribunda* and *Juncus balticus* var. *montanus* persist as soils dry out; the presence of this association does necessarily indicate true wetland conditions.

| Avg. Cover % | (Range) | Species Name | # Plots (N=15) |
|---|---|---|---|
| 41 | (20-60%) | Dasiphora floribunda | 15 |
| 39 | (10-75%) | Juncus balticus var. montanus | 15 |
| 25 | (10-40%) | Antennaria corymbosa | 3 |
| 17 | (1-30%) | Muhlenbergia filiformis | 3 |
| 12 | (5-20%) | Poa pratensis | 5 |
| 11 | (1-20%) | Iris missouriensis | 2 |
| 9 | (0.1-40%) | Thalictrum alpinum | 5 |
| 8 | (1-15%) | Carex simulata | 2 |
| 7 | (1-15%) | Argentina anserina | 6 |
| 7 | (5-10%) | Salix wolfii | 3 |
| 6 | (1-25%) | Deschampsia caespitosa | 7 |
| 6 | (1-10%) | Symphyotrichum foliaceum | 2 |
| 5 | (0.1-15%) | Potentilla gracilis | 4 |
| 5 | (1-10%) | Carex aquatilis | 4 |
| 5 | (1-10%) | Taraxacum officinale | 4 |

**Other species with < 5% average cover present in at least 10% of plots:**
Salix brachycarpa (2-5%), Carex praegracilis (1-5%), Elymus trachycaulus ssp. trachycaulus (1-5%), Achillea millefolium var. occidentalis (0.1-5%), Geum macrophyllum var. perincisum (0.1-5%), Polygonum viviparum (1-5%), Valeriana edulis (1-3%), Carex capillaris (0.1-3%), Agrostis scabra (1-2%), Kobresia myosuroides (1-2%), Trifolium longipes (1-2%), Cirsium scariosum (1-2%), Dodecatheon pulchellum (1%), Gentiana affinis (1%), Campanula parryi (1%), Juncus longistylis (1%), Pedicularis crenulata (1%), Sisyrinchium pallidum (1%), Primula incana (1%).

293

BLM_0035564

## Wild-privet Shrubland

### *Forestiera pubescens*



**Global rank/State rank:**
G1G2 / S1

**HGM subclass:** R3/4

**Colorado elevation range:**
5,120-6,500 ft (1,560-1,980 m)



### General Description

The *Forestiera pubescens* (wild privet) plant association is a medium tall (3-5 ft, 1-1.5 m) shrubland that often occurs as dense thickets. It grows at the interface between the riparian area and the adjacent upland in desert areas of the southwest.

This plant association forms a narrow, but continuous, band about 10 ft (3 m) above the channel on streambanks and natural levees. It occurs on the outer edge of the active floodplain. The stream channel is wide and very sinuous. Soils are deep silty clays over clay loam and sandy loam.

### Vegetation Description

This plant association is characterized by a shrub layer of *Forestiera pubescens* (wild privet) (15-90% cover) and *Rhus trilobata* (skunkbush) (15-40% cover). *Salix exigua* (sandbar willow) or *Tamarix ramosissima* (saltcedar) may overlap from adjacent stands and *Artemisia tridentata* (big sagebrush) may be present in the stands at the upland edge of the community. Forb and graminoid cover is low to moderate. *Clematis ligusticifolia* (western white clematis), *Rosa woodsii* (Woods rose), *Symphyotrichum lanceolatum* (white panicle aster) and *Glycyrrhiza lepidata* (American licorice) are the most common other non-graminoid species. Common graminoid species include *Elymus lanceolatus* (streambank wheatgrass), *Agrostis gigantea* (redtop), *Bromus tectorum* (cheatgrass), *Bromus japonicus* (Japanese brome) and *Bromus inermis* (smooth brome).

### Ecological Processes

*Forestiera pubescens* (wild privet) appears to tolerate occasional flooding; it usually occupies slightly drier ground than *Salix exigua* (sandbar willow). More research is needed to determine the establishment conditions, long-term stability, and ecology of this unique plant association.

294

| Avg. Cover % | (Range) | Species Name | # Plots (N=6) |
|---|---|---|---|
| 67 | (15-90%) | Forestiera pubescens | 6 |
| 30 | (15-38%) | Rosa woodsii | 3 |
| 30 | (15-38%) | Agrostis gigantea | 3 |
| 26 | (1-38%) | Salix exigua | 3 |
| 23 | (15-40%) | Rhus trilobata var. trilobata | 4 |
| 18 | (1-38%) | Elymus lanceolatus | 3 |
| 15 | (15-15%) | Xanthium strumarium | 2 |
| 10 | (5-15%) | Bromus tectorum | 2 |
| 10 | (5-15%) | Bromus inermis | 2 |
| 10 | (5-15%) | Equisetum arvense | 2 |
| 10 | (5-15%) | Cirsium arvense | 2 |
| 10 | (5-15%) | Schoenoplectus pungens | 2 |
| 10 | (5-15%) | Mentha arvensis | 2 |
| 8 | (5-15%) | Clematis ligusticifolia | 3 |
| 8 | (0.1-15%) | Equisetum laevigatum | 2 |
| 5 | (5-5%) | Tamarix ramosissima | 2 |

**Other species with < 5% average cover present in at least 10% of plots:**
Symphyotrichum lanceolatum ssp. hesperium var. hesperium (1-5%), Glycyrrhiza lepidota (1-5%), Bromus japonicus (1%).

295

BLM_0035566

**Alpine laurel - Alpine spicywintergreen Dwarf Shrubland**

*Kalmia microphylla - Gaultheria humifusa*



**Global rank/State rank:**
G3G4 / S2

**HGM subclass:** S1/2

**Colorado elevation range:**
10,400-11,155 ft (3,170-3,400 m)



<u>**General Description**</u>

The *Kalmia microphylla-Gaultheria humifusa* (bog laurel-alpine spicywintergreen) association occurs on raised areas in hummocky topography or on peat plateaus at the edges of fens in the alpine and subalpine. Water tables are often at or near the surface for much of the growing season, but flooding is rare. Habitats are cold and snowy, with snowfields lingering into June or later.

This association occurs in moist subalpine and alpine meadows, snowbeds, lake margins, and other low gradient wet areas of the subalpine. Soils are frigid, derived from bedrock or aggraded alluvium, usually high in organic matter, and strongly acidic.

<u>**Vegetation Description**</u>

This association is characterized by a dwarf-shrub layer of *Kalmia microphylla* (bog laurel) and *Gautheria humifusa* (alpine spicywintergreen). Their combined cover varies between approximately 20% and 70%. A dense graminoid layer is often present, and may include *Carex aquatilis* (water sedge), *Juncus drummondiana* (Drummond rush), *Deschampsia caespitosa* (tufted hairgrass), and *Juncus mertensiana* (Mertens rush). *Carex nigricans* (black alpine sedge) may be abundant, but the shrub canopy is conspicuous and characteristic. Forb composition is variable but often includes *Erigeron peregrinus* (subalpine fleabane), *Caltha leptosepala* (marsh marigold), *Trollius laxus* ssp. *albiflorus* (American globeflower), and *Pedicularis groenlandica* (elephanthead lousewort). *Sphagnum russowii* (Russow sphagnum) is usually abundant in the ground layer.

296

## Ecological Processes

Habitats where this association occurs are usually saturated most of the year and typically develop acidic peat soils.  Frost heaving may create changes in microtopography that allow coexistence of various wetland species.

| Avg. Cover % | (Range) | Species Name | # Plots (N=5) |
|---|---|---|---|
| 46 | (3-90%) | Carex nigricans | 4 |
| 20 | (10-40%) | Gaultheria humifusa | 5 |
| 17 | (3-25%) | Kalmia microphylla | 5 |
| 6 | (3-10%) | Erigeron peregrinus ssp. callianthemus | 4 |
| 5 | (5-5%) | Ligusticum tenuifolium | 2 |

**Other species with < 5% average cover present in at least 10% of plots:**
Carex aquatilis (1-7%), Juncus mertensianus (0.1-7%), Vaccinium caespitosum (0.1-5%), Trollius laxus ssp. albiflorus (1-3%), Juncus drummondii (0.1-3%), Deschampsia caespitosa (0.1-3%), Caltha leptosepala (0.1-5%), Agrostis humilis (1-2%), Arnica mollis (0.1-2%), Carex scopulorum (1%), Viola macloskeyi ssp. pallens (1%), Pedicularis groenlandica (0.1-1%), Gentiana parryi (0.1%).



*Kalmia microphylla*

*Gautheria humifusa*

297

BLM_0035568

**(Engelmann spruce) / Bog birch / Water sedge / Sphagnum moss Iron Fen**

*(Picea engelmannii) / Betula nana (=glandulosa) / Carex aquatilis / Sphagnum angustifolium*



**Global rank/State rank:**
G2 / S2

**HGM subclass:** S1/2

**Colorado elevation range:**
9,800-11,300 ft (2,987-3,444 m)



## General Description

This community occurs in habitats commonly referred to as iron fens. These are peatlands with acidic waters and high concentrations of dissolved ions. Two of the most striking features of iron fens are their limonite ledges and their characteristic suite of acid-tolerant plants. Limonite ledges form when iron precipitates into and solidifies the substrate (often thick layers of peat), forming hard rock ledges many meters thick. Springs often bubble up from the tops of the ledges continually depositing more iron. Iron fens often have networks of small pools and ponds.

Fens and bogs (peatlands) are generally classified according to pH and dissolved concentrations of mineral ions in the water supply. Peatlands fed primarily by rain contain low ion concentrations and have low pH values. This type of acid peatland does not occur in Colorado. Peatlands fed by calcareous groundwaters have high ion concentrations and high pH values. High Creek Fen in South Park is an example of this type, referred to as an extreme rich fen. In contrast, iron fens have a low pH (acidic waters) and high concentrations of dissolved ions. Consequently they look very different from other fens in Colorado.

This plant association usually occurs on very wet, gentle, lower slopes in fairly wide valleys in the subalpine zone. Water sources for these fens originate on hillsides of iron pyrite-rich fractured bedrock and talus. Soils are deep peats, often solidified by iron pyrite deposits.

298

BLM_0035569

## Vegetation Description

Only a few plant species can tolerate the acidic conditions in iron fens. This association is typically dominated by *Betula nana (=glandulosa)* (bog birch) shrubs, *Carex aquatilis* (water sedge), and the small shrubs *Vaccinium scoparium* (grouse whortleberry), *V. myrtillus* (whortleberry), *V. cespitosum* (dwarf bilberry), *Gaultheria humifusa* (alpine spicywintergreen), and/or *Kalmia microphylla* (alpine laurel). *Calamagrostis canadensis* (bluejoint reedgrass) is also common in the understory. Patches of *Picea engelmannii* (Engelmann spruce), *Abies lasiocarpa* (subalpine fir), or *Pinus contorta* (lodgepole pine) may occur in areas raised slightly above the level of standing water.

Thick *Sphagnum* groundcover is an indicator for this type. Sphagna and other mosses form a continuous carpet in all microsites except pools deeper than 4-8 inches (10-20 cm). Fens are the only Colorado ecosystems that support continuous *Sphagnum* carpets and hummock complexes. Dr. David Cooper found three disjunct boreal species in Colorado iron fens:

- *Sphagnum balticum* in shallow pools at one site, the first record for the coterminous U.S.
- The liverwort, *Gymnocolea inflata,* in springs and water tracks at sites where limonite was exposed at the surface.
- Reindeer lichen, *Cladina ragiferina,* on fen margins under spruce trees.

## Ecological Processes



These communities are stable and long-lived. Iron-saturated peat layers may be up to 10 to 15 ft (3-5 m) deep. As long as iron-rich waters flow from springs in these sites, thicker layers of peat will continue to accumulate, acidic conditions will prevail, and the same suite of plants will persist. Drier conditions could lead, over time, to a reduction in the acidity of soils and to replacement of the iron fen community with the surrounding spruce-fir forest and subsequent loss of rare species habitat.

*Betula nana (=glandulosa)*

| Avg. Cover | | | |
|---|---|---|---|
| % | (Range) | Species Name | # Plots (N=6) |
| 32 | (6-65%) | Sphagnum spp. | 6 |
| 26 | (5-70%) | Carex aquatilis | 6 |
| 21 | — | Carex utriculata | 1 |
| 20 | (10-30%) | Betula nana | 5 |
| 12 | (3-20%) | Calamagrostis canadensis | 5 |
| 5 | (0.3-15%) | Picea engelmannii | 5 |
| 5 | — | Vaccinium caespitosum | 1 |
| 5 | — | Pinus contorta | 1 |
| 5 | — | Deschampsia caespitosa | 1 |

**Other species with < 5% average cover present in at least 10% of plots:**
Dasiphora floribunda (3%), Vaccinium myrtillus var. oreophilum (2%), Gaultheria humifusa (0.3-5%), Carex canescens (1%).

299

## Chokecherry - (American plum) Shrubland

### *Prunus virginiana - (Prunus americana)*



**Global rank/State rank:**
G4Q / S3

**HGM subclass:**  R3/4

**Colorado elevation range:**
5,300-5,400 ft, (1,600-1,650 m)



### General Description

The *Prunus virginiana-(Prunus americana)* (chokecherry-(American plum)) plant association is a medium-height (4-6 ft, 1.5-2 m) shrubland with dense vegetation. *Symphoricarpos occidentalis* (western snowberry) forms a low (1-2 ft, 0.3-0.75 m) shrub canopy layer, underneath the *Prunus*, further contributing to the stand's impenetrability.  This association grows at the interface between the riparian areas and the adjacent upland.  It usually occurs as small pockets on higher terraces or as narrow bands along the high water mark of steep banks and incised channels.  It can also grow at the base of cliffs adjacent to rivers and streams where it forms impenetrable thickets.

On Colorado's Eastern Slope, this plant association occurs in steep gullies along rock outcrops and arroyos.  Stream channels are steep-sided gullies.  Soils are shallow to deep alluvial deposits that lie directly on bedrock.  Textures are mostly silty loams, becoming skeletal at depth.

### Vegetation Description

This association is characterized by a tall, dense layer of shrubs with 20-40% cover each of *Prunus virginiana* (chokecherry) and *Symphoricarpos occidentalis* (snowberry).  In Nevada and Montana, *Prunus americana* (American plum) is occasionally a codominant in this association.  Stands of mixed *Prunus virginiana* and *P. americana* have been observed in Colorado but these stands have yet to be sampled.  Other shrub species present include *Ribes aureum* (golden currant) and *Toxicodendron rydbergii* (poison ivy).  A few scattered *Juniperus scopulorum* (Rocky Mountain juniper) trees also occur within this association.  The herbaceous

300

undergrowth is dominated by *Poa pratensis* (Kentucky bluegrass) and *Bromus tectorum* (smooth brome). Forb cover is scattered and includes *Maianthemum stellatum* (starry false Solomon seal), *Glycyrrhiza lepidota* (wild licorice), and *Descurainia sophia* (tansy mustard).

## Ecological Processes

The *Prunus virginiana-(Prunus americana)* plant association appears to be limited to small, protected pockets within incised gullies and washes on the plains. These shrub species require more moisture than the surrounding uplands and occur in areas where runoff can quickly reach their roots, mainly at the bottom of rock outcrops and within the riparian zone. In Nevada, this association is considered a "marginal" riparian type and represents succession away from riparian conditions. In Montana, this association may be a grazing-induced successional stage of the *Fraxinus pennsylvanica/Prunus virginiana* (green ash/chokecherry) community type. In Colorado, this association appears to be a "marginal" riparian type and probably represents the site potential in ungrazed conditions.

| Avg. Cover % | (Range) | Species Name | # Plots (N=2) |
|---|---|---|---|
| 34 | — | Rhus trilobata var. trilobata | 1 |
| 31 | (20-42%) | Prunus virginiana var. melanocarpa | 2 |
| 30 | (20-40%) | Symphoricarpos occidentalis | 2 |
| 25 | (20-30%) | Maianthemum stellatum | 2 |
| 22 | (3-40%) | Bromus tectorum | 2 |
| 11 | (1-20%) | Poa pratensis | 2 |
| 11 | (1-20%) | Ribes aureum | 2 |
| 7 | (1-13%) | Juniperus scopulorum | 2 |
| 7 | (3-10%) | Toxicodendron rydbergii | 2 |

**Other species with < 5% average cover present in at least 10% of plots:**
Glycyrrhiza lepidota (3%), Hesperostipa comata (3%), Artemisia ludoviciana (3%), Thlaspi arvense (3%), Ribes cereum (1-2%), Descurainia sophia (1%), Convolvulus arvensis (1%), Eleocharis palustris (1%), Pascopyrum smithii (1%), Vicia americana (1%), Rosa woodsii (1%), Melilotus officinalis (1%).



*Prunus virginiana*          *Prunus americana*

BLM_0035572

# Skunkbush sumac - (Sandbar willow) Shrubland

## *Rhus trilobata - (Salix exigua)*



*Rhus trilobata*

**Global rank/State rank:**
G2 / S2

**HGM subclass:** R3/4

**Colorado elevation range:**
5,100-6,500 ft (1,600-2,000 m)



## General Description

The *Rhus trilobata-(Salix exigua)* (skunkbush sumac-(sandbar willow)) plant association is a small shrubland that forms linear bands on rocky, well-drained benches and toeslopes. It is often confined between the high water mark of a river and adjacent cliff faces. On the West Slope *Rhus trilobata* is limited to riparian areas, but it occurs as an upland species in the Colorado Front Range foothills.

This plant association occurs at the bottom of cliffs and on toeslopes in very narrow, rocky river reaches having little floodplain development due to bedrock confinement. It often occurs as a narrow band on rocky, well-drained benches located between the high water line and the upland slopes in moderately wide valleys and along narrow reaches of larger rivers. Stream channels are wide and sinuous. Soil textures are shallow sandy loams or loamy sands over coarse alluvium or bedrock.

## Vegetation Description

This plant association is characterized by a dense shrub layer dominated by 1-98% cover of *Rhus trilobata* (skunkbush). *Salix exigua* (sandbar willow) is present with moderate cover in about 30% of stands. In cooler, mesic sites *Cornus sericea* (red-osier dogwood) may be abundant. Other shrubs that may be present include *Salix. ligulifolia* (strapleaf willow), *Clematis ligusticifolia* (western white clematis), *Ribes aureum* (golden currant), *Chrysothamnus viscidiflorus* (green rabbitbrush), *Rosa woodsii* (Woods rose), and *Berberis fendleri* (Colorado barberry). The herbaceous undergrowth is sparse.

302

BLM_0035573

## Ecological Processes

The *Rhus trilobata-(Salix exigua)* (skunkbush sumac-(sandbar willow)) plant association appears to be late-seral because it occurs at or above the high-water mark of the channel. *Rhus trilobata* can tolerate well-drained, rocky soils by remaining close to the river. This shrub species has roots that penetrate the water table through cracks in the bedrock or into areas where the roots can take advantage of summer rainfall events. This type appears to be a non-obligate riparian plant association because it occurs on the driest sites within a riparian zone and also occurs on Eastern Slope uplands in Colorado.

| Avg. Cover % | (Range) | Species Name | # Plots (N=16) |
|---|---|---|---|
| 31 | (0.1-97.5%) | Rhus trilobata var. trilobata | 16 |
| 21 | (5-37.5%) | Toxicodendron rydbergii | 2 |
| 21 | (1-40%) | Ribes aureum | 2 |
| 18 | (15-20%) | Lepidium latifolium | 2 |
| 15 | (1-50%) | Clematis ligusticifolia | 5 |
| 11 | (10-11.9%) | Juniperus osteosperma | 2 |
| 10 | (1-20%) | Salix ligulifolia | 3 |
| 10 | (10-10%) | Cornus sericea ssp. sericea | 3 |
| 9 | (2.5-15%) | Tamarix ramosissima | 2 |
| 9 | (1-15%) | Bromus tectorum | 4 |
| 7 | (1-20%) | Salix exigua | 5 |
| 7 | (1-15%) | Melilotus officinalis | 3 |
| 6 | (0.1-15%) | Glycyrrhiza lepidota | 5 |
| 6 | (1-10%) | Elymus trachycaulus ssp. trachycaulus | 2 |
| 4 | (1-10%) | Maianthemum stellatum | 4 |

**Other species with < 5% average cover present in at least 10% of plots:**
Chrysothamnus viscidiflorus (1-10%), Taraxacum officinale (1-10%), Rosa woodsii (0.1-10%), Elymus repens (2.5-5%), Bromus inermis (0.1-10%), Juncus balticus var. montanus (1-5%), Medicago lupulina (1-5%), Plantago major (1-5%), Berberis fendleri (1-5%), Artemisia tridentata (1-5%), Amelanchier alnifolia (0.1-5%), Sporobolus cryptandrus (2.5%), Poa pratensis (1-5%), Iva axillaris (1-2.5%), Artemisia tripartita ssp. tripartita (0.1-5%), Apocynum cannabinum (0.1-5%), Pinus edulis (0.1-2.5%), Pascopyrum smithii (0.1-2%), Trifolium repens (1%), Asclepias speciosa (1%), Plantago lanceolata (1%), Mentha arvensis (1%), Equisetum arvense (1-1%), Equisetum laevigatum (0.1-1%), Equisetum hyemale var. affine (0.1-2%), Achillea millefolium var. occidentalis (0.1-1%), Ambrosia tomentosa (0.05-0.1%).

303

BLM_0035574

**Black greasewood / Barren ground Shrubland**

*Sarcobatus vermiculatus /* **Barren ground**



**Global rank/State rank:**
GU / S2

**HGM subclass:** F1

**Colorado elevation range:**
7,500-7,700 ft (2,280-2,350 m)



## General Description

*Sarcobatus vermiculatus* (black geasewood) forms expansive shrublands on alkaline soils with a perennially high water table in southern and western Colorado. Stands of this long-lived deciduous shrub are patchy in western Colorado and are extensive in the San Luis Valley. This association of almost pure greasewood with very little understory has been documented only from the San Luis Valley and North Park. The community typically has an open canopy and extensive bare ground with a hard crusty surface and a deposit of salts during the dry season.

The *Sarcobatus vermiculatus* (black greasewood) plant association occurs where the water table is close to the surface of the soil for a large portion of the growing season and where the soil salinity is high. *Sarcobatus vermiculatus* is an indicator of saline-sodic or relatively moist soils, and grows on clay-loam, silt-loam, or deep, fine sandy loam soils with high salinity or alkalinity.

## Vegetation Description

*Sarcobatus vermiculatus* (black greasewood) typically forms an open shrubland community with 20-60% cover. The understory is primarily bare ground, although sparse cover of *Suaeda calceoliformis* (Pursh seepweed) or *Spartina gracilis* (alkali cordgrass) may be present. One stand also had 3% cover of the rare *Cleome multicaulis* (slender spiderflower).

## Ecological Processes

*Sarcobatus vermiculatus* (black greasewood) shrublands are long-lived and self perpetuating. Seedlings can survive under parent shrubs, despite high levels of salinity. Seeds germinate during spring runoff when surface moisture dilutes salinity.

304

BLM_0035575

*Sarcobatus vermiculatus* may occur as a band of vegetation around a salt flat or depression.  This visible zonation is caused by the relative tolerances to soil salinity and depth to groundwater of the dominant species.  Soil characteristics may also play a role in the mosaic of shrub species on the landscape.

In the San Luis Valley, the effects of groundwater pumping and surface water diversions have the potential to be detrimental to the persistence this association.

| Avg. Cover % | (Range) | Species Name | # Plots (N=4) |
|---|---|---|---|
| 36 | (20-62.5%) | Sarcobatus vermiculatus | 4 |
| 26 | (15-37.5%) | Suaeda calceoliformis | 2 |
| **Other species with < 5% average cover present in at least 10% of plots:** | | | |
| Spartina gracilis (2-5%), Cleome multicaulis (3%). | | | |



***Sarcobatus vermiculatus***

305

BLM_0035576

## Black greasewood / Inland saltgrass Shrubland

### *Sarcobatus vermiculatus / Distichlis spicata*



**Global rank/State rank:**
G4 / S2

**HGM subclass:** F1

**Colorado elevation range:**
5,500-7,650 ft (1,700-2,300 m)



### General Description

*Sarcobatus vermiculatus* (black greasewood) forms expansive shrublands on alkaline soils with a perennial high water table in southern and western Colorado.  In the San Luis valley, it grows between playa lakes on sandy hummocks.  The shrubs are 2-4 ft (0.6-1.2 m) tall and usually have non-overlapping canopies.  The understory is sparse, open herbaceous cover of *Distichlis spicata* (inland saltgrass) and other salt tolerant species.

This community occurs on the highest ground between salt flat depressions called playa lakes in the northern part of the San Luis Valley.  The shrubs occur on hummocks, approximately 4 ft (1.2 m) above the lake bed.  Soils are deep, fine-textured sandy loams to clay loams.  The surface soil is very hard when dry, but the subsurface soils, below 12 in (30 cm), are of a friable loamy texture.

### Vegetation Description

The shrub canopy is fairly open with 18-30% cover of *Sarcobatus vermiculatus* (black greasewood).  *Ericameria nauseosa* ssp. *nauseosa* var. *glabrata* (rubber rabbitbrush) may also occur.  The herbaceous understory is a dry carpet of *Distichlis spicata* (inland saltgrass) with up to 40% cover.  Other graminoid species which may be present are *Juncus balticus* var. *montanus* (mountain rush) and *Spartina gracilis* (alkali cordgrass).  Forb cover is minimal.

### Ecological Processes

*Sarcobatus vermiculatus* (black greasewood) and other salt flat vegetation often occur as bands or rings of species around a salt flat or depression.  This visible zonation is caused by the change in dominant species and their relative tolerances to soil salinity

306

BLM_0035577

and depth to groundwater.  Soil characteristics may also play a role in the mosaic of shrub species on the landscape.

In the San Luis Valley, a large playa lake ecosystem supports the largest and most pristine example of *Sarcobatus vermiculatus* (black greasewood) shrublands in the state.  The playas are ephemeral to perennial shallow lakes, depending on the variation in the annual precipitation.

*Sarcobatus vermiculatus* (black greasewood) shrublands are long-lived, self-perpetuating communities.  Seedlings can survive under parent shrubs, where salinity is the highest.  Seeds germinate in spring when surface soils are wet with spring runoff, and the salinity is most diluted.  Although characteristic of desert climates, greasewood cannot tolerate droughts and grows only at the edges of lakes or arroyos or in sites with high water table.  Greasewood has salt glands adapted for excreting excess salts, often increasing the soil salinity over time.

| Avg. Cover % | (Range) | Species Name | # Plots (N=7) |
|---|---|---|---|
| 25 | (18-30%) | Sarcobatus vermiculatus | 7 |
| 25 | (10-40%) | Distichlis spicata | 7 |
| 11 | (1-20%) | Spartina gracilis | 2 |
| 8 | (5-10%) | Ericameria nauseosa ssp. nauseosa var. glabrata | 2 |
| 6 | (3-8%) | Juncus balticus var. montanus | 2 |

**Other species with < 5% average cover present in at least 10% of plots:**
Suaeda calceoliformis (2%), Lepidium latifolium (1%), Almutaster pauciflorus (1%), Lepidium alyssoides (0.1-2%).

BLM_0035578

## Silver buffaloberry Shrubland

### *Shepherdia argentea*



**Global rank/State rank:**
G3G4 / S1

**HGM subclass:**  R3/4

**Colorado elevation range:**
5,600-7,200 ft (1,700-2,200 m)



### General Description

The *Shepherdia argentea* (silver buffaloberry) plant association is a medium-tall (4-6 ft, 1.2-2 m) shrubland.  It occurs within a mosaic of deciduous tree and willow plant associations in the riparian corridor on broad floodplains of larger rivers on the Western Slope.  Most stands in Colorado are severely degraded by improper grazing and stream flow alterations.  Stands generally occur in wide valleys.

This plant association occurs on moderate to wide floodplains, 250-1000 ft (80-300 m) wide, with gravel and cobble streambed materials.  Stream channels are low gradient, 0.3-4%, and moderately sinuous  or highly sinuous.  Some stream channels are heavily entrenched.  Soils are deep, fine, silty and sandy clay loams over stratified alluvial material.

### Vegetation Description

*Shepherdia argentea* (silver buffaloberry) dominates the dense, but patchy, tall-shrub layer of this plant association.  Other shrubs that may be present include *Rosa woodsii* (woods rose), *Salix exigua* (sandbar willow) and *Rhus trilobata* (skunkbush sumac).  *Artemisia tridentata* (big sagebrush), and *Chrysothamnus linifolius* (spearleaf rabbitbrush) may also be present.

The herbaceous undergrowth varies from a sparse to dense cover.  Forb species that may be present include *Solidago canadensis* (Canada goldenrod), *Maianthemum stellatum* (starry false Solomon seal), *Clematis ligusticifolia* (western white clematis), and *Rudbeckia laciniata* var. *ampla* (cutleaf coneflower).  Some stands have a thick litter layer between clumps of the native bunchgrass *Leymus cinereus* (basin wild-rye).  Non-native grasses, including *Poa pratensis* (Kentucky bluegrass), *Bromus tectorum* (cheatgrass), and *Bromus inermis* (smooth brome) are present in disturbed stands.

BLM_0035579

## Ecological Processes

In Colorado, *Shepherdia argentea* (silver buffaloberry) was probably once more widespread, but is on the decline with the loss of lower elevation riparian habitats. *Shepherdia argentea* is now an uncommon riparian shrub and is being replaced by *Elaeagnus angustifolia* (Russian olive). A few stands of the *Shepherdia argentea* association have *Populus angustifolia* (narrowleaf cottonwood) present. Historically, the *Shepherdia argentea* plant association may have been part of a riparian woodland dominated by *Populus angustifolia*. More information is needed about the historical range, regeneration requirements, and drought tolerance of *Shepherdia argentea*.

| Avg. Cover % | (Range) | Species Name | # Plots (N=7) |
|---|---|---|---|
| 56 | (25-73%) | Shepherdia argentea | 7 |
| 22 | (1-47%) | Rosa woodsii | 5 |
| 16 | (1-31%) | Prunus virginiana var. melanocarpa | 2 |
| 13 | (1-24%) | Solidago canadensis | 2 |
| 11 | (1-20%) | Leymus cinereus | 2 |
| 11 | (1-20%) | Clematis ligusticifolia | 2 |
| 10 | (1-31%) | Salix exigua | 5 |
| 10 | (1-36%) | Poa pratensis | 5 |
| 9 | (1-22%) | Maianthemum stellatum | 4 |
| 8 | (1-22%) | Rhus trilobata var. trilobata | 3 |
| 8 | (1-14%) | Salix ligulifolia | 2 |
| 6 | (1-16%) | Elymus trachycaulus ssp. trachycaulus | 3 |
| 6 | (1-10%) | Rudbeckia laciniata var. ampla | 2 |

**Other species with < 5% average cover present in at least 10% of plots:**
Cirsium arvense (1-7%), Berberis fendleri (1-5%), Symphoricarpos oreophilus (2-3%), Bromus inermis (1-5%), Taraxacum officinale (1-3%), Ribes inerme (1-2%), Juncus balticus var. montanus (1%), Equisetum arvense (1%), Erigeron flagellaris (1%), Equisetum laevigatum (1%).



*Shepherdia argentia*

309

## Western snowberry Shrubland
### *Symphoricarpos occidentalis*



**Global rank/State rank:**
G4G5 / S3

**HGM subclass:** R5

**Colorado elevation range:**
3,900-6,600 ft (1,180-2,000 m)



### General Description

The *Symphoricarpos occidentalis* (western snowberry) plant association occurs in small draws and on toeslopes within foothill canyons of the Colorado Front Range. Along the South Platte River floodplain, this association forms large, patchy stands of low to medium height on higher terraces and islands. Generally, few other shrub species are present.

Along the South Platte River, this plant association occurs on higher terraces and open rises of the broad floodplain. Along smaller tributaries, it occurs on draws and rocky ledges. *Symphoricarpos occidentalis* (western snowberry) can occur in narrow bands or as widely spaced individuals, but is most often found in large, thick patches. The streams have large braided channels and narrow, steep tributaries. Soils are silty clay loams and silty loams with moderately deep top layers (3-5 ft, 1-1.5 m).

### Vegetation Description

*Symphoricarpos occidentalis* (western snowberry) forms a moderately dense low stature (3 ft, 1.1 m) shrub layer with 30-90% cover. Other shrub species present in small amounts are *Ribes aureum* (golden currant) and *Salix exigua* (sandbar willow). The herbaceous undergrowth is sparse.

### Ecological Processes

The *Symphoricarpos occidentalis* (western snowberry) plant association occupies the driest sites in the riparian area and may be a transitional community between riverine and upland habitats. This plant association is one of the last successional stages of the pioneering floodplain forest of the South Platte River in eastern Colorado. As the older *Populus deltoides* ssp. *monilifera* (plains cottonwood) die and fall over, they leave an open shrubland of *Symphoricarpos occidentalis*.

310

BLM_0035581

| Avg. Cover % | (Range) | Species Name | # Plots (N=6) |
|---|---|---|---|
| 57 | (30-90%) | Symphoricarpos occidentalis | 6 |
| 51 | (5-96%) | Toxicodendron rydbergii | 2 |
| 18 | (6-29%) | Poa pratensis | 6 |
| 12 | (4-20%) | Bromus inermis | 2 |
| 8 | (1-27%) | Pascopyrum smithii | 4 |
| 7 | (1-13%) | Elymus lanceolatus | 2 |
| 7 | (1-15%) | Salix exigua | 4 |

**Other species with < 5% average cover present in at least 10% of plots:**
Rosa woodsii (1-7%), Cirsium arvense (3-4%), Quercus gambelii (2-4%), Ambrosia artemisiifolia var. elatior (1-5%), Humulus lupulus var. lupuloides (1-4%), Ribes aureum (1-3%), Mentha arvensis (1-3%), Glycyrrhiza lepidota (1-3%), Taraxacum officinale (1-3%), Mirabilis nyctaginea (1-2%), Elymus canadensis (1-2%), Urtica dioica ssp. gracilis (1%).



*Symphoricarpos occidentalis*

BLM_0035582

## Saltcedar Shrubland

### *Tamarix ramosissima*



**Global rank/State rank:**
Not Applicable

**HGM subclass:** R3/4, R5

**Colorado elevation range:**
5,289-6,490 ft (1,612-1,978 m)



### General Description

*Tamarix ramosissima* (saltcedar) is a small deciduous shrub or tree that was introduced from Eurasia and is now naturalized in the southwestern United States where it is replacing native cottonwood and willow species. It is extremely adaptive, becomes established in disturbed areas, and often displaces native vegetation. It is tolerant of environmental extremes and is very long-lived.

### Vegetation Description

*Tamarix ramosissima* (saltcedar) often occurs as a near monoculture (5-100% cover). In some stands, however, understory species have as much or more cover than *Tamarix*. Abundant understory species include *Elymus lanceolatus* (wild rye), *Phalaris arundinacea* (reed canarygrass), *Bromus tectorum* (cheatgrass), and *Chrysothamnus viscidiflorus* (green rabbitbrush). Other species that may occur include *Hordeum jubatum* (foxtail barley), *Distichlis spicata* (inland saltgrass), and *Sporobolus airoides* (alkali sacaton).

### Ecological Processes

*Tamarix ramosissima* (saltcedar) pioneers on newly exposed point bars and islands with little understory vegetation present. The species also invades grasslands dominated by *Distichlis spicata* (inland saltgrass) and *Sporobolus airoides* (alkali sacaton). Seedlings grow slowly and are susceptible to shading. The plant is considered to be a facultative phreatophyte that can draw from groundwater, but after establishment no longer needs groundwater to survive. *Tamarix* is extremely aggressive, tenacious, and persistent once established.

312

BLM_0035583

| Avg. Cover % | (Range) | Species Name | # Plots (N=56) |
|---|---|---|---|
| 47 | (5-100%) | Tamarix ramosissima | 56 |
| 20 | (1-90%) | Bromus tectorum | 12 |
| 20 | (1-88%) | Juncus balticus var. montanus | 6 |
| 16 | (0.1-37.5%) | Lepidium latifolium | 8 |
| 15 | (1-50%) | Heterotheca villosa | 9 |
| 14 | (1-60%) | Elymus repens | 5 |
| 12 | (0.1-62%) | Chrysothamnus viscidiflorus | 8 |
| 12 | (0.1-50%) | Agrostis gigantea | 18 |
| 12 | (0.1-40%) | Lepidium montanum | 9 |
| 9 | (0.1-32.9%) | Iva axillaris | 18 |
| 8 | (0.1-20%) | Equisetum hyemale var. affine | 14 |
| 7 | (2-30.7%) | Sporobolus airoides | 8 |
| 6 | (1-15%) | Distichlis spicata | 10 |
| 6 | (0.1-15%) | Pascopyrum smithii | 7 |
| 5 | (1-10%) | Elymus trachycaulus ssp. trachycaulus | 6 |
| 5 | (0.1-30.2%) | Melilotus officinalis | 24 |
| 4 | (0.1-15%) | Acer negundo var. interius | 5 |

**Other species with < 5% average cover present in at least 10% of plots:**
Sporobolus cryptandrus (0.1-10%), Poa pratensis (1-15%), Chrysothamnus linifolius (1-15%), Ericameria nauseosa ssp. nauseosa var. glabrata (1-10%), Elymus canadensis (0.1-10%), Muhlenbergia asperifolia (1-5%), Hordeum jubatum ssp. jubatum (0.1-5%), Cirsium arvense (0.1-7%), Asclepias speciosa (0.1-9%), Conyza canadensis (0.1-8%), Salix exigua (0.1-5%), Populus deltoides (0.1-8%), Xanthium strumarium (0.1-5%), Plantago major (0.1-3%), Apocynum cannabinum (0.1-3%), Mentha arvensis (0.1-2%), Machaeranthera canescens (0.1-1%), Gratiola neglecta (0.1-1%), Tragopogon dubius (0.1-1%).



flower

*Tamarix ramosissima*

313

BLM_0035584

314

BLM_0035585

## GROUP G:
## HERBACEOUS VEGETATION

| Association | Page |
|---|---|
| *Agrostis gigantea*<br>Redtop Herbaceous Vegetation | 318 |
| *Alopecurus aequalis*<br>Shortawn foxtail Herbaceous Vegetation | 320 |
| *Andropogon gerardii-Sorghastrum nutans-(Spartina pectinata)*<br>Big bluestem/Yellow indiangrass-(Prairie cordgrass) Herbaceous<br>Vegetation | 322 |
| *Aquilegia micrantha-(Mimulus eastwoodiae)*<br>Mancos columbine-(Eastwood monkeyflower) Hanging Garden | 324 |
| *Bidens cernua-Bidens frondosa*<br>Beggartick Herbaceous Vegetation | 326 |
| *Calamagrostis canadensis*<br>Bluejoint reedgrass Herbaceous Vegetation | 328 |
| *Caltha leptosepala*<br>Marsh marigold Herbaceous Vegetation | 330 |
| *Cardamine cordifolia-Mertensia ciliata-Senecio triangularis*<br>Heartleaf bittercress-Tall fringed bluebells-Arrowleaf ragwort<br>Herbaceous Vegetation | 332 |
| *Carex aquatilis*<br>Water sedge Herbaceous Vegetation | 334 |
| *Carex aquatilis-Carex utriculata*<br>Water sedge-Beaked sedge Herbaceous Vegetation | 336 |
| *Carex capillaris-Polygonum viviparum*<br>Hairlike sedge-Serpent-grass Herbaceous Vegetation | 338 |
| *Carex emoryi*<br>Emory sedge Herbaceous Vegetation | 340 |
| *Carex illota*<br>Small-head sedge Herbaceous Vegetation | 342 |
| *Carex microptera*<br>Smallwing sedge Herbaceous Vegetation | 344 |
| *Carex nebrascensis*<br>Nebraska sedge Herbaceous Vegetation | 346 |
| *Carex nigricans -Juncus drummondii*<br>Black alpine sedge-Drummond rush Herbaceous Vegetation | 348 |
| *Carex pellita (=lanuginosa)*<br>Woolly sedge Herbaceous Vegetation | 350 |
| *Carex praegracilis*<br>Clustered field sedge Herbaceous Vegetation | 352 |

315

BLM_0035586

*Carex saxatilis*                                                           354
    Rock sedge Herbaceous Vegetation

*Carex scopulorum-Caltha leptosepala*                                       356
    Mountain sedge-Marsh-marigold Herbaceous Vegetation

*Carex simulata*                                                            358
    Analogue sedge Herbaceous Vegetation

*Carex utriculata*                                                          360
    Beaked sedge Herbaceous Vegetation

*Carex vernacula*                                                           362
    Native sedge Herbaceous Vegetation

*Carex vesicaria*                                                           364
    Blister sedge Herbaceous Vegetation

*Corydalis caseana* ssp. *brandegei-Mertensia ciliata*                      366
    Brandegee fumewort-Tall fringed bluebells Herbaceous
    Vegetation

*Deschampsia caespitosa*                                                    368
    Tufted hairgrass Herbaceous Vegetation

*Distichlis spicata*                                                        370
    Inland saltgrass Herbaceous Vegetation

*Echinochloa crus-galli*                                                    372
    Barnyard grass

*Eleocharis acicularis*                                                     374
    Needle spikerush Herbaceous Vegetation

*Eleocharis palustris*                                                      376
    Common spikerush Herbaceous Vegetation

*Eleocharis parvula*                                                        378
    Dwarf spikerush Herbaceous Vegetation

*Eleocharis quinqueflora*                                                   380
    Few-flower spikerush Herbaceous Vegetation

*Eleocharis rostellata*                                                     382
    Beaked spikerush Herbaceous Vegetation

*Equisetum hyemale*                                                         384
    Scouringrush horsetail Herbaceous Vegetation

*Glaux maritima*                                                            386
    Sea milkwort Herbaceous Vegetation

*Glyceria grandis*                                                          388
    American mannagrass Herbaceous Vegetation

*Glyceria striata-Mimulus guttatus-Epilobium lactiflorum*                   390
    Fowl mannagrass-Seep monkeyflower-Milkflower willowherb
    Herbaceous Vegetation

*Glycyrrhiza lepidota-Equisetum hyemale*                                    392
    American licorice-Scouringrush horsetail Herbaceous Vegetation

*Hordeum (=Critesion) jubatum*                                              394
    Foxtail barley Herbaceous Vegetation

316

*Juncus balticus* var. *montanus* — 396
    Mountain rush Herbaceous Vegetation

*Kobresia myosuroides-Thalictrum alpinum* — 398
    Bellardi bog sedge-Alpine meadowrue Herbaceous Vegetation

*Kobresia simpliciuscula-(Trichophorum pumilum)* — 400
    Simple bog sedge-(Rolland bulrush) Herbaceous Vegetation

*Leersia oryzoides* — 402
    Rice cutgrass Herbaceous Vegetation

*Muhlenbergia asperifolia* — 404
    Alkali muhly Herbaceous Vegetation

*Phalaris arundinacea* — 406
    Reed canarygrass Western Herbaceous Vegetation

*Phragmites australis* — 408
    Common reed Western North America Temperate Semi-natural
    Herbaceous Vegetation

*Polygonum* spp.-Mesic graminoid — 410
    Knotweed spp.-Mesic graminoid Herbaceous Vegetation

*Puccinellia nuttalliana (=airoides)* — 412
    Nuttall alkaligrass Herbaceous Vegetation

*Saxifraga odontoloma* — 414
    Brook saxifrage Herbaceous Vegetation

*Schoenoplectus acutus* var. *acutus-Schoenoplectus tabernaemontani* — 416
    Hardstem bulrush-Softstem bulrush Herbaceous Vegetation

*Schoenoplectus maritimus (=Bolboschoenus maritimus)* — 418
    Cosmopolitan bulrush Herbaceous Vegetation

*Schoenoplectus pungens* — 420
    Common threesquare Herbaceous Vegetation

*Scirpus nevadensis (=Amphiscirpus nevadensis)* — 422
    Nevada bulrush Herbaceous Vegetation

*Spartina gracilis* — 424
    Alkali cordgrass Herbaceous Vegetation

*Spartina pectinata* — 426
    Prairie cordgrass Western Herbaceous Vegetation

*Sporobolus airoides* — 428
    Alkali sacaton Southern Plains Herbaceous Vegetation

*Suaeda calceoliformis* — 430
    Pursh seepweed Herbaceous Vegetation

*Triglochin maritimum-Triglochin palustre* — 432
    Seaside arrowgrass-Marsh arrowgrass Herbaceous Vegetation

*Typha angustifolia - Typha latifolia - (Typha domingensis)* — 434
    Cattail Herbaceous Vegetation

*Veronica anagallis-aquatica-(Juncus bufonius)* — 436
    Water speedwell-(Toad rush) Herbaceous Vegetation

*Xanthium strumarium* — 438
    Rough cocklebur Herbaceous Vegetation

BLM_0035588

**Redtop Herbaceous Vegetation**

*Agrostis gigantea*



*Agrostis gigantea*

**Global rank/State rank:**
Not Applicable

**HGM subclass:**  D4/5?, S3/4

**Colorado elevation range:**
5,200-8,760 ft (1,580-2,670 m)



### General Description

*Agrostis gigantea* (redtop) is a pasture grass of Eurasian origin that is widely cultivated as hay.  This species readily escapes cultivation and can be found in many wet meadows in the western U.S., including those that are no longer cultivated or have never been cultivated.  *Agrostis gigantea* (redtop) is a facultative wetland species which grows in mesic to semi-hydric conditions and is tolerant of some flooding.  The association is typically found in or near irrigated hay meadows or along streams and ditches.

*Agrostis gigantea* (redtop) grows on a wide variety of soil types and textures.  It is tolerant of moderately acidic soils and soils low in calcium, phosphorus, and potassium.  Soils in Colorado plots were fine to coarse alluvial and colluvial deposits over various substrates.

### Vegetation Description

*Agrostis gigantea* (redtop) is typically the dominant species of this association, with an average cover of about 60% (range 15-90%).  Other introduced pasture grassses are common associated species, and include *Poa pratensis* (Kentucky bluegrass), *Phleum pratense* (timothy), *Phalaris arundinacea* (reed canarygrass) and *Bromus inermis* (smooth brome).  A variety of native and non-native graminoids and forbs also occur,

318

BLM_0035589

the most common species include *Carex pellita* (woolly sedge), *Epilobium ciliatum* ssp. *glandulosum* (fringed willowherb), *Rumex crispus* (curly dock), *Plantago lanceolata* (narrowleaf plantain) and *Juncus balticus* var. *montanus* (mountain rush).

## Ecological Processes

*Agrostis gigantea* (redtop) colonizes disturbed sites.  Older stands may be replaced by forbs.

| Avg. Cover % | (Range) | Species Name | # Plots (N=12) |
|---|---|---|---|
| 60 | (15-90%) | Agrostis gigantea | 12 |
| 26 | (1-50%) | Trifolium pratense | 2 |
| 20 | (1-38%) | Rorippa nasturtium-aquaticum | 2 |
| 18 | (5-30%) | Bromus inermis | 2 |
| 15 | (10-20%) | Sporobolus compositus var. compositus | 2 |
| 14 | (1-38%) | Iris missouriensis | 3 |
| 7 | (1-15%) | Juncus balticus var. montanus | 5 |
| 7 | (1-15%) | Muhlenbergia asperifolia | 3 |
| 6 | (1-15%) | Poa pratensis | 5 |
| 5 | (1-15%) | Phleum pratense | 5 |
| 5 | (5-5%) | Crataegus rivularis | 2 |
| 5 | (5-5%) | Dactylis glomerata | 2 |
| 5 | (5-5%) | Festuca arizonica | 2 |
| 5 | (5-5%) | Hordeum jubatum ssp. jubatum | 2 |

**Other species with < 5% average cover present in at least 10% of plots:**
Phalaris arundinacea (1-5%), Medicago lupulina (1-5%), Eleocharis palustris (1-5%), Plantago lanceolata (1-5%), Carex nebrascensis (0.1-5%), Melilotus officinalis (1-5%), Chenopodium incanum (0.1-5%), Plantago virginica (2%), Epilobium ciliatum ssp. glandulosum (1-5%), Symphyotrichum falcatum (1-2.5%), Oligoneuron rigidum (1-3%), Symphyotrichum laeve var. geyeri (1-2%), Carex pellita (1-2%), Taraxacum officinale (1%), Cirsium arvense (1%), Symphyotrichum lanceolatum ssp. hesperium var. hesperium (1%), Carduus nutans ssp. macrolepis (1%), Polypogon monspeliensis (1%), Rosa woodsii (1%), Rumex crispus (0.1-2%), Plantago major (0.1-1%), Cirsium vulgare (0.1-1%).

319

BLM_0035590

**Shortawn foxtail Herbaceous Vegetation**

*Alopecurus aequalis*



**Global rank/State rank:**
G3G4 / S2

**HGM subclass:**  D2/3, D4/5

**Colorado elevation range:**
6,000-10,400 ft (1,830-3,170 m)



*Alopecurus aequalis*

spikelet

## General Description

The *Alopecurus aequalis* (shortawn foxtail) association is an herbaceous association of lower to mid montane wet meadows and areas around beaver ponds, or other depressions.  A perennial graminoid native to North America,  *Alopecurus aequalis* under natural conditions is almost always found in wetlands.  Although indigenous to North America, it is sometimes regarded as weedy here, and is considered a pest species in other countries.

## Vegetation Description

*Alopecurus aequalis* (shortawn foxtail) is the characteristic species of this association, and is always present with cover ranging from low (2.5%) to high (85%).  In some instances, one other herbaceous species may equal or exceed the percent cover of *Alopecurus aequalis*.  Trees and shrubs are usually absent, although stems of *Salix exigua* (sandbar willow) may be sometimes be present.  Herbaceous cover is usually sparse to moderate, and includes a variety of forb and graminoid species such as *Ranunulus repens* (creeping buttercup), *Hippuris vulgaris* (common mare's-tail), *Beckmannia syzigachne* (American sloughgrass), *Eleocharis palustris* (common spikerush), *Carex utriculata* (beaked sedge) and *Glyceria striata* (fowl mannagrass).

320

BLM_0035591

Weedy species such as *Echinochloa crus-galli* (barnyard grass) and *Xanthium strumarium* (rough cocklebur) may also be present.

## Ecological Processes

Little information is available about the successional processes of this association.

| Avg. Cover % | (Range) | Species Name | # Plots (N=12) |
|---|---|---|---|
| 31 | (3-85%) | Alopecurus aequalis | 12 |
| 19 | (0.1-38%) | Echinochloa crus-galli | 2 |
| 16 | (2-31%) | Ranunculus repens | 4 |
| 8 | (0.1-15%) | Hippuris vulgaris | 2 |
| 8 | (0.1-15%) | Rumex salicifolius var. mexicanus | 2 |

**Other species with < 5% average cover present in at least 10% of plots:**
Beckmannia syzigachne (2.5-3%), Carex utriculata (0.1-3%), Glyceria striata (1-2%), Eleocharis palustris (0.1-2%).

321

BLM_0035592

# Big bluestem - Yellow indiangrass - (Prairie cordgrass) Herbaceous Vegetation

## *Andropogon gerardii - Sorghastrum nutans - (Spartina pectinata)*



**Global rank/State rank:**
G2 / S1S2

**HGM subclass:** R5

**Colorado elevation range:**
3,700-5,700 ft (1,110-1,740m)



### General Description

The *Andropogon gerardii-Sorghastrum nutans-(Spartina pectinata))* (big bluestem-Indiangrass-(prairie cordgrass)) plant association is a tall-grass, wet meadow. It occurs in riparian areas and low lying swales on the plains in eastern Colorado and in small patches along the Front Range foothills. Stands east of Colorado are less riparian dependent as the amount of annual rainfall increases. Eastern Colorado plains and foothills appear to be the westernmost extent of this plant association's range.

This plant association occupies low, flat floodplains and terraces. The sites are usually not more than 5 ft (1.5 m) from the water table and occur 300-1,200 ft (100-365 m) from the active stream channel. The channel is low gradient with a well developed floodplain and strong meander pattern. Soils are well-drained compared to the soils of the nearby floodplain environment. Soil textures range from fine sands to loamy sand.

### Vegetation Description

This plant association is characterized by a thick stand of grasses dominated by *Panicum virgatum* (switchgrass), *Carex praegracilis* (clustered field sedge), *Sorghastrum nutans* (yellow Indiangrass), and *Andropogon gerardii* (big bluestem). Other graminoid species include *Schoenoplectus pungens* (common threesquare), *Spartina pectinata* (prairie cordgrass) and *Poa pratensis* (Kentucky bluegrass). Forb species are scattered and include *Glycyrrhiza lepidota* (American licorice), and *Cichorium intybus* (chicory). *Solidago* spp. (goldenrod) and *Equisetum laevigatum* (smooth horsetail) are also present. A few stems of shrubs, such as *Salix exigua* (sandbar willow), may grade in from adjacent plant associations.

### Ecological Processes

This plant association occurs in an environment that is intermediate between palustrine and terrestrial. The water table is often near the surface and standing water may be

322

BLM_0035593

present in winter, spring, or after a heavy rainfall. Along the Arikaree River in northeastern Colorado, summer precipitation and spring run-off from neighboring sand hills keep the water table within 16 inches (40 cm) of the surface. This raised water table is conducive to the growth of *Andropogon gerardii* (big bluestem). This association may also be dependent on fire to keep shrubs and trees from becoming established.

| Avg. Cover % | (Range) | Species Name | # Plots (N=2) |
|---|---|---|---|
| 46 | (23-68%) | Panicum virgatum | 2 |
| 43 | — | Poa pratensis | 1 |
| 15 | (9-21%) | Sorghastrum nutans | 2 |
| 11 | — | Hordeum jubatum ssp. jubatum | 1 |
| 8 | (7-9%) | Glycyrrhiza lepidota | 2 |
| 7 | (2-12%) | Schoenoplectus pungens | 2 |
| 7 | — | Elymus lanceolatus | 1 |
| 6 | — | Ambrosia artemisiifolia var. elatior | 1 |
| 6 | (3-8%) | Cichorium intybus | 2 |

**Other species with < 5% average cover present in at least 10% of plots:**
Juncus articulatus (2-4%), Equisetum laevigatum (1-5%), Elytrigia intermedia (3%), Schizachyrium scoparium (2%), Juncus balticus var. montanus (2%), Poa compressa (2%), Geranium richardsonii (2%), Salix exigua (1%), Artemisia ludoviciana (1%), Bouteloua curtipendula (1%), Eleocharis palustris (1%), Elymus canadensis (1%), Rumex crispus (1%), Spartina pectinata (1%), Melilotus officinalis (1%).



*Andropogon gerardii*

*Sorghastrum nutans*

323

## Mancos columbine - (Eastwood monkeyflower) Hanging Garden

### *Aquilegia micrantha - (Mimulus eastwoodiae)*



**Global rank/State rank:**
G2G3 / S2S3

**HGM subclass:**  S3/4

**Colorado elevation range:**
5,200-6,500 ft (1,585-1,980 m)



### General Description

Hanging gardens flourish in the sandstone canyons of the Colorado River drainage. Three main garden types have been described: alcove, terrace, or windowblind.  The type is determined by the nature of the geological formation and the presence or absence of joint systems.  In general, the hanging gardens result from ancient swales or valleys in a sand dune-swale system that developed between the Cretaceous and Pennsylvanian periods (65-310 mya).  The formations with greatest development are the Navajo and Entrada, both of them cross-bedded, massive formations composed of wind-blown sand and containing ancient pond bottoms that serve as impervious bedding planes.  In Colorado, this plant association is often found in seeps at the base of the Wingate sandstone formation just above contact with the underlying Chinle formation.

The *Aquileiga micrantha-(Mimulus eastwoodiae)* (Mancos columbine-(Eastwood monkyflower)) plant association occurs on seeping sandstone walls and in alcoves. Known localities are in overhanging caverns cut into steep, sheer Wingate sandstone walls by springs and seeps.  These tend to occur in small draws on the southeast-facing sides of canyons, but probably are not restricted to this exposure.

### Vegetation Description

The seeps are often under overhanging cliffs or emerge from a vertical sandstone face. *Aquilegia micrantha* (Mancos columbine) is typically abundant while *Mimulus eastwoodiae* (Eastwood monkeyflower) is less so. A few shrubs, such as *Prunus virginiana* (chokecherry), *Ribes aureum* (golden currant), or *Betula occidentalis* (river birch) may occur nearby.

Other species found in these seeps include the fern *Adiantum capillus-veneris* (common maidenhair), *Epipactis gigantea* (giant helleborine or stream orchid), and occassionaly the globally imperiled (G2) *Erigeron kachinensis* (Kachina daisy).

324

BLM_0035595

Species growing at the base of these seeps, where soil development can occur include *Cirsium calcareum* (Cainville thistle), *Calamagrostis scopulorum* (ditch reedgrass), *Phragmites australis* (common reed), *Aster laevis* (smooth blue aster), and *Muhlenbergia andina* (foxtail muhly).

## Ecological Processes

*Aquileiga micrantha-(Mimulus eastwoodiae)* (Mancos columbine-(Eastwood monkyflower)) hanging gardens are often lush, stable and long-lived wetlands. Their physical location reduces the risk of disturbance, although disturbance of the water source can eliminate the association.

| Avg. Cover % | (Range) | Species Name | # Plots |
|---|---|---|---|
| | | No stand data available | |

325

BLM_0035596

## Beggartick Herbaceous Vegetation
### *Bidens cernua-Bidens frondosa*





**Global rank/State rank:**
G3 / S3

**HGM subclass:** D2/3

**Colorado elevation range:**
6,000-7,500 ft (1,830-2,290 m)

### General Description

The *Bidens cernua-Bidens frondosa* (nodding beggartick-devil's beggartick) association is an adventitious community that occurs on highly disturbed pond and lake margins and river backwaters. The two *Bidens* (beggartick) species are tall, rapid growing, annual forbs of wet soils and disturbed areas. In the Cherry Creek basin these two species are often found dominating a nitrophilous community on river bank edges.

This association is typically found on low gradient streams where seasonal inundation and hydrological disturbance are factors influencing community structure. In Colorado it is often found in muddy swales and on pond margins on the plains and in the intermountain basins. Stands typically occur on clayey or sandy wet loams. Soils are generally saturated seasonally or occasionally.

### Vegetation Description

*Bidens cernua* (nodding beggartick) often occurs in a near monoculture, contributing 2-98% of the cover of documented stands. *Hordeum jubatum* (foxtail barley) makes up 63% of the cover in one plot. In all other stands associated species provide less than 15% of the cover. *Eleocharis palustris* (common spikerush) is one of the more common associates. Typically the vegetation varies widely from site to site, with the graminoids *Typha latifolia* (broadleaf cattail), *Schoenoplectus pungens* (common threesquare), *Scirpus lacustris* (hard/softstem bulrush), and *Glyceria grandis* (American mannagrass) being possible associates. Forbs other than *Bidens* generally makes up less than 5% of the vegetation cover. Aquatic plants such as *Sagittaria cuneata* (arumleaf arrowhead), *Myriophyllum sibiricum* (shortspike watermilfoil), and *Lemna* spp. (duckweed) may occur.

326

## Ecological Processes

The *Bidens cernua-Bidens frondosa* (nodding beggartick-devil's beggartick) association is a nitrophilous community, which may indicate eutrophication of the habitat in which it is found. On wet soils other adventitious species may be found with *Bidens*; in standing water a variety of native aquatic plants may co-occur. The presence of this association may indicate excessive trampling of the shoreline where it occurs.

| Avg. Cover % | (Range) | Species Name | # Plots (N=9) |
|---|---|---|---|
| 65 | (2-98%) | Bidens cernua | 9 |
| 63 | — | Bidens frondosa | 1 |
| 63 | — | Hordeum jubatum ssp. jubatum | 1 |
| 17 | (2-63%) | Eleocharis palustris | 5 |
| 15 | — | Alopecurus aequalis | 1 |
| 15 | — | Typha latifolia | 1 |
| 9 | — | Juncus ensifolius | 1 |
| 8 | (0.1-15%) | Polygonum lapathifolium | 2 |
| 5 | — | Spirodela polyrhiza | 1 |
| 5 | — | Phleum pratense | 1 |

**Other species with < 5% average cover present in at least 10% of plots:**
Mentha arvensis (2.5-8%), Agrostis gigantea (2.5-4%), Carduus acanthoides (3%), Epilobium ciliatum ssp. ciliatum (3%), Rudbeckia laciniata var. ampla (3%), Lycopus americanus (2.5%), Veronica anagallis-aquatica (2.5%), Epilobium ciliatum ssp. glandulosum (2.5%), Equisetum laevigatum (2.5%), Glyceria grandis (2.5%), Schoenoplectus pungens (2.5%), Scirpus pallidus (2.5%), Polygonum persicaria (2.5%), Rorippa nasturtium-aquaticum (2.5%), Rorippa palustris ssp. hispida (2.5%), Salix exigua (2.5%), Schoenoplectus acutus\tabernaemontani (0.1-2.5%), Lolium pratense (0.1%), Carex nebrascensis (0.1%), Phalaris arundinacea (0.1%), Juncus torreyi (0.1%), **Rumex crispus** (0.1%), Sagittaria cuneata (0.1%).



*Bidens frondosa*

*Bidens cernua*

BLM_0035598

## Bluejoint reedgrass Herbaceous Vegetation

### *Calamagrostis canadensis*



**Global rank/State rank:**
G4 / S4

**HGM subclass:**  R1, R2

**Colorado elevation range:**
7,700-11,200 ft (2,350-3,400 m)



### General Description

The *Calamagrostis canadensis* (bluejoint reedgrass) plant association is a relatively small meadow association that occurs in broad glaciated valleys, openings in moist forests, silted-in beaver ponds, and narrow floodplains of lower montane canyons.  It generally has few shrubs and fairly dense cover of grasses.

This plant association is found throughout the western and central mountains of Colorado.  It is a common and well documented association throughout the western states.  Channel types are narrow and sinuous to steeper, broad and somewhat sinuous.  Soils are silty loams to skeletal loamy sands.

### Vegetation Description

This plant association is characterized by a dense cover of *Calamagrostis canadensis* (bluejoint reedgrass).  Other graminoids can be abundant, but never exceed the cover of *Calamagrostis canadensis* (bluejoint reedgrass).  Other frequently occurring species include *Carex aquatilis* (water sedge) and *Equisetum arvense* (field horsetail).  Other less frequently occurring species include *Carex microptera* (small winged sedge), *C. utriculata* (beaked sedge), *Luzula parviflora* (smallflowered woodrush), and *Glyceria striata* (fowl mannagrass).

Forb cover is usually minor, but may include *Geum macrophyllum* (largeleaf avens), *Cardamine cordifolia* (heartleaf bittercress), *Senecio triangularis* (arrowleaf ragwort), and *Symphyotrichum foliaceum* var. *foliaceum* (alpine leafybract aster).  A few shrubs and trees may occur in or near the stand, usually with less than 10% individual cover.  Species present may include *Abies lasiocarpa* (subalpine fir).  *Picea engelmannii* (Engelmann spruce), *Cornus sericea* (red-osier dogwood), *Ribes* spp. (currant), *Rosa woodsii* (Woods rose) and *Symphoricarpos* spp. (snowberry).

328

## Ecological Processes

The *Calamagrostis canadensis* (bluejoint reedgrass) plant association appears to be a long-lived, mid-seral meadow association. At one site in the Routt National Forest *Calamagrostis canadensis* occurred on stable banks of an older channel and *Equisetum arvense* (field horsetail) and *Carex* (sedge) species were colonizing recently eroded banks. In Utah, this plant association often occurs adjacent to *Pinus contorta* (lodgepole pine) associations. When the pine trees die from pine bark beetle infestations, the water table rises as a result of reduced evapotranspiration. Increased available soil moisture allows for the expansion of the *Calamagrostis canadensis* plant association at the meadow/forest ecotone. This appears to be the case in Colorado as well. At subalpine elevations, *Calamagrostis canadensis* commonly occupies the outermost ring of vegetation around kettle ponds occurring within stands of *Pinus contorta*.

| Avg. Cover % | (Range) | Species Name | # Plots (N=28) |
|---|---|---|---|
| 66 | (17-100%) | Calamagrostis canadensis | 28 |
| 10 | (1-15%) | Erigeron peregrinus ssp. callianthemus | 3 |
| 5 | (1-8%) | Glyceria striata | 3 |
| 5 | (1-18%) | Carex aquatilis | 12 |
| 5 | (2-10%) | Senecio triangularis | 9 |

**Other species with < 5% average cover present in at least 10% of plots:**
Equisetum arvense (2-7%), Geum macrophyllum var. perincisum (1-10%), Carex utriculata (1-7%), Heracleum maximum (1-10%), Mertensia ciliata (1-13%), Conioselinum scopulorum (0.1-10%), Caltha leptosepala (1-5%), Galium triflorum (0.1-5%), Cardamine cordifolia (0.1-5%), Mentha arvensis (1-3%), Oxypolis fendleri (0.1-2%), Lonicera involucrata (1%), Achillea millefolium var. occidentalis (0.1-1%).



*Calamagrostis canadensis*

329

BLM_0035600

**Marsh marigold Herbaceous Vegetation**

*Caltha leptosepala*



**Global rank/State rank:**
G4 / S4

**HGM subclass:** S1/2

**Colorado elevation range:**
8,900-13,100 ft (2,700-3,990 m)



### General Description

The frequently seen *Caltha leptosepala* (marsh marigold) plant association occurs in the subalpine and lower alpine on perennially saturated ground. This association is often associated with shallow seeps on hillslopes. It can be recognized by the prominence of *Caltha leptosepala*, a near absence of shrubs, and low cover of *Rhodiola rhodantha* (redpod stonecrop). This association occurs in mountainous regions throughout Colorado.

This association typically occupies seeps, streamsides, springs, and wet, sub-irrigated meadows on slopes up to 30%.

### Vegetation Description

A dense, conspicuous layer of *Caltha leptosepala* (marsh marigold) dominates the plant association. Many graminoids and forbs that tolerate long-term soil saturation may also be present. *Carex aquatilis* (water sedge) is very common and is sometimes a co-dominant with *Caltha leptosepala*. *Deschampsia caespitosa* (tufted hairgrass) may be present, but in small amounts. Other forb species present may include *Pedicularis groenlandica* (elephant head), *Stellaria umbellata* (umbell starwort), *Swertia perennis* (star gentian), *Sedum rhodanthum* (pink stonecrop), and several others.

### Ecological Processes

*Caltha leptosepala* is considered a stable community type. This association receives little use by livestock due to the wet conditions and the bitter, acrid taste of the foliage. Elk and deer may use this association heavily.

330

| Avg. Cover % | (Range) | Species Name | # Plots (N=38) |
|---|---|---|---|
| 42 | (3-87%) | Caltha leptosepala | 38 |
| 10 | (0.1-40%) | Erigeron peregrinus ssp. callianthemus | 10 |
| 9 | (0.1-25%) | Ligusticum tenuifolium | 4 |
| 9 | (0.1-20%) | Calamagrostis canadensis | 5 |
| 8 | (1-20%) | Carex aquatilis | 15 |
| 8 | (3-15%) | Oxypolis fendleri | 4 |
| 8 | (0.1-20%) | Cardamine cordifolia | 6 |
| 7 | (0.1-17%) | Senecio triangularis | 6 |
| 6 | (0.1-15%) | Arnica mollis | 6 |
| 5 | (0.1-25%) | Carex scopulorum | 10 |
| 5 | (0.1-28%) | Deschampsia caespitosa | 21 |
| 5 | (0.1-10%) | Trollius laxus ssp. albiflorus | 4 |

**Other species with < 5% average cover present in at least 10% of plots:**
Geum rossii var. turbinatum (0.1-17%), Swertia perennis (0.1-14%), Carex nigricans (0.1-25%), Saxifraga odontoloma (0.1-6%), Salix planifolia (0.1-10%), Veronica wormskjoldii (0.1-8%), Rhodiola rhodantha (0.1-15%), Pedicularis groenlandica (0.1-14%), Saxifraga oregana (0.1-7%), Polygonum bistortoides (0.1-5%), Juncus drummondii (0.1-7%), Primula parryi (0.1-6.8%), Potentilla diversifolia (0.1-4 %), Packera crocata (0.1-3%), Poa arctica (0.1-3%), Phleum alpinum (0.1-2%), Epilobium anagallidifolium (0.1-2%), Stellaria umbellata (0.1%).



*Caltha leptosepala*

331

## Heartleaf bittercress - Tall fringed bluebells - Arrowleaf ragwort Herbaceous Vegetation

### *Cardamine cordifolia - Mertensia ciliata - Senecio triangularis*



**Global rank/State rank:**
G4 / S4

**HGM subclass:**  S1/2, R1, R2

**Colorado elevation range:**
8,450-12,300 ft (2,570-3,800 m)



### General Description

The generally small stands of the *Cardamine cordifolia-Mertensia ciliata-Senecio triangularis* (heartleaf bittercress-tall fringed bluebells-arrowleaf groundsel) plant association are found in and near running water of small streams, seeps, and springs. Associated taxa may vary greatly with this plant association, but the dominance of *Cardamine cordifolia*, *Mertensia ciliata* or *Senecio triangularis* is clear.  All of these species, or only one of the three, may be present.  If trees form a canopy above the forbs, the stand may belong to the *Abies lasiocarpa-Picea engelmannii/Mertensia ciliata* (subalpine fir-Engelmann spruce/tall fringed bluebells) association.

This association typically occurs on moderately steep to very steep first order streams, but can occur on less steep stream reaches as well.  In many cases this habitat probably experiences a long period of snow cover.  Soils can be moderately deep (15 in, 40 cm) sandy clay loam and sand, but in general are quite thin and skeletal.

### Vegetation Description

This association is easy to recognize.  It is a narrow band of forbs and mosses with one or more of the following three forb species being abundantly present: *Cardamine cordifolia* (heartleaf bittercress), *Mertensia ciliata* (tall fringed bluebells) and *Senecio triangularis* (arrowleaf ragwort).  All of these species may be present or only one of them.  In addition, this type is always rich in other forbs.  Stands generally have at least fifteen species, and often have as many as 45 forb species present.  This diversity is made up of a wide variety of forb species; some can be quite abundant.  Other forb species include *Saxifraga odontoloma* (brook saxifrage), *Mitella pentandra* (fivestamen miterwort), *Oxypolis fendleri* (Fendler cowbane), *Delphinium barbeyi* (tall larkspur), *Epilobium* spp. (willowherb), *Caltha leptosepala* (marsh marigold), *Geranium richardsonii* (Richardson geranium), *Arnica cordifolia* (heartleaf arnica), *Conioselinum scopulorum* (Rocky Mountain hemlockparsley), *Rhodiola integrifolia* ssp. *integrifolia* (ledge stonecrop), *Primula parryi* (Parry primrose), *Corydalis*

332

*caseana* ssp. *brandegei* (Brandegee fumewort), *Senecio taraxacoides* (dandelion ragwort), *Heracleum maximum* (common cowparsnip), and *Ligusticum porteri* (Porter licoriceroot), among others.

## Ecological Processes

This association is found in a habitat which is early-seral and experiences frequent fluvial depositions, keeping any invading conifers from advancing beyond the sapling stage. Although it is an early-seral community, the *Cardamine cordifolia-Mertensia ciliata-Senecio triangularis* plant association is reasonably stable because it is maintained by frequent disturbance. However, with excessive grazing by sheep, it may be converted to communities dominated by various increaser species.

| Avg. Cover % | (Range) | Species Name | # Plots (N=57) |
|---|---|---|---|
| 33 | (1-87%) | Cardamine cordifolia | 51 |
| 27 | (1-80%) | Mertensia ciliata | 36 |
| 24 | (0.1-90%) | Senecio triangularis | 37 |
| 11 | (1-30%) | Heracleum maximum | 10 |
| 8 | (0.1-30%) | Oxypolis fendleri | 19 |
| 8 | (0.1-30%) | Rhodiola integrifolia | 5 |
| 8 | (0.1-37%) | Saxifraga odontoloma | 31 |
| 7 | (2-20%) | Equisetum arvense | 11 |
| 7 | (1-25%) | Carex aquatilis | 7 |
| 7 | (0.1-20%) | Calamagrostis canadensis | 10 |
| 6 | (0.1-30%) | Caltha leptosepala | 24 |
| 6 | (0.1-15%) | Carex scopulorum | 6 |
| 6 | (1-18%) | Geranium richardsonii | 8 |
| 5 | (0.1-28%) | Picea engelmannii | 10 |
| 5 | (1-24%) | Arnica mollis | 8 |

**Other species with < 5% average cover present in at least 10% of plots:**
Aconitum columbianum (1-15%), Juncus mertensianus (0.1-15%), Deschampsia caespitosa (0.1-20%), Carex utriculata (1-7%), Conioselinum scopulorum (1-5%), Rhodiola rhodantha (1-3.1%), Primula parryi (0.1-13%), Mitella pentandra (0.1-6%), Taraxacum officinale (1-9%), Mimulus guttatus (1-3%), Poa leptocoma (0.1-5%), Erigeron peregrinus ssp. callianthemus (0.1-7%), Castilleja rhexiifolia (0.1-3%), Phleum alpinum (0.1-3%), Trollius laxus ssp. albiflorus (0.1-3%), Achillea millefolium var. occidentalis (1-3%), Sibbaldia procumbens (0.1-3%), Luzula parviflora (1-3%), Juncus drummondii (0.1-3%), Polygonum bistortoides (0.1-3%), Epilobium anagallidifolium (0.1-4%), Stellaria umbellata (0.1-1%), Veronica wormskjoldii (0.1-1%), Poa reflexa (0.1-1%).



*Cardamine cordifolia*     *Mertensia ciliata*     *Senecio triangularis*

333

BLM_0035604

**Water sedge Herbaceous Vegetation**

*Carex aquatilis*



**Global rank/State rank:**
G5 / S4

**HGM subclass:** S1/2

**Colorado elevation range:**
7,600-11,800 ft (2,300-3,600 m)



### General Description

*Carex aquatilis* (water sedge) is a common, widespread plant association that can occur as large meadows in high montane valleys or as narrow strips bordering ponds and streams at lower elevations. It occurs in a variety of environmental settings in the montane and subalpine zones. A clear dominance by *Carex aquatilis* and low cover of *C. utriculata* (beaked sedge) or *Pedicularis groenlandica* (elephanthead lousewort) set this plant association apart from closely related types.

This plant association occurs in a variety of valley types, but the largest expanses occur in broad, low-gradient valleys where large snow-melt fed swales and slopes dominate the landscape. It can also grow in fine sediments at the margins of lakes and beaver ponds. The largest occurrences are found adjacent to narrow, deep, sinuous streams. Some stands occur along steep streams, others along wide, shallow streams, as well as where beaver dams and ponds have altered the channel morphology. Soils are mostly deep, dark colored heavy clays, silts or organic layers over more skeletal layers. Soils are often saturated to the surface, and if not, mottling is commonly present within 10 cm of the surface.

### Vegetation Description

This plant association is characterized by a dense rhizomatous meadow of *Carex aquatilis* (water sedge), usually accompanied by a few other graminoids species such as *Calamagrostis canadensis* (bluejoint reedgrass) or *Deschampsia caespitosa* (tufted hairgrass). *Eleocharis quinqueflora* (fewflower spikerush) can be abundant on organic substrates. *Carex utriculata* (beaked sedge) may be present. When present, *Carex utriculata* (beaked sedge) is usually not more than one third the cover of *C. aquatilis* (water sedge) cover. If it is more than that, the stand may be a *Carex aquatilis - Carex utriculata* (water sedge- beaked sedge) or *Carex utriculata* (beaked sedge) plant association. Forbs are often present, although sometimes inconspicuously. Species include *Epilobium* spp. (willowweed), *Pedicularis groenlandica* (elephanthead

334

BLM_0035605

lousewort), *Caltha leptosepala* (marsh marigold), *Cardamine cordifolia* (heartleaf bittercress), and *Mertensia ciliata* (tall fringed bluebells).

## Ecological Processes

Presence of *Carex utriculata* (beaked sedge) may indicate the site has progressed from the more wet *Carex utriculata* community to the current less mesic conditions, and may become dominated by *Salix planifolia* (planeleaf willow) or *Salix wolfii* (Wolf willow). *Carex aquatilis* (water sedge) associations trap sediment from overbank flows which forms a clay pan, eventually raising the water table. This process drives retrogressive succession and a plant association dominated by *Carex utriculata* takes over on these sites.

| Avg. Cover % | (Range) | Species Name | # Plots (N=133) |
|---|---|---|---|
| 60 | (5-95%) | Carex aquatilis | 133 |
| 13 | (0.1-48%) | Caltha leptosepala | 30 |
| 10 | (1-30%) | Carex utriculata | 35 |
| 9 | (1-40%) | Calamagrostis canadensis | 27 |
| 6 | (0.1-31%) | Deschampsia caespitosa | 40 |
| 6 | (1-30%) | Juncus balticus var. montanus | 19 |
| 5 | (0.1-30%) | Salix planifolia | 32 |

**Other species with < 5% average cover present in at least 10% of plots:**
Taraxacum officinale (0.1-20%), Cardamine cordifolia (1-15%), Achillea millefolium var. occidentalis (1-36%), Poa pratensis (1-7%), Geum macrophyllum var. perincisum (0.1-5%), Pedicularis groenlandica (0.1-10%), Rhodiola rhodantha (0.1-5%).



*Carex aquatilis*

335

## Water sedge - Beaked sedge Herbaceous Vegetation

### *Carex aquatilis - Carex utriculata*



**Global rank/State rank:**
G4 / S4

**HGM subclass:** D1, S1/2, S3/4

**Colorado elevation range:**
8,200-11,100 ft (2,500-3,400 m)



### General Description

This plant association is recognized by the presence of both *Carex aquatilis* (water sedge) and *Carex utriculata* (beaked sedge) in roughly equal proportions. This is a common association that generally occurs in small to moderate size patches in very shallow, slow-moving to still water or on saturated soils near low-order streams, lakes, and backwater areas of larger rivers.

This plant association occurs in broad, glaciated, subalpine meadows that remain saturated with snowmelt runoff for most of the growing season. It is also often associated with beaver activity. Stream channels are narrow, deep, and sinuous, or wide and shallow. Soils are often organic, thick peat or sandy clays and sandy clay loams originating from glacial till.

### Vegetation Description

This plant association has relatively low species diversity due to saturated soil conditions. *Carex aquatilis* (water sedge) and *Carex utriculata* (beaked sedge) co-dominate the association. Both species are present in equal or near equal amounts. For example, a stand with 10% cover of each *Carex* (sedge) species would classify as this type, however a stand with 10% *Carex aquatilis* (water sedge) and 80% *Carex utriculata* (beaked sedge) would classify as a *Carex utriculata* (beaked sedge) plant association. Other graminoid and forb species may also be present. Graminoid species include *Carex microptera* (smallwing sedge), *Deschampsia caespitosa* (tufted hairgrass), *Poa pratensis* (Kentucky bluegrass), *Juncus balticus* var. *montanus* (mountain rush), *Carex nebrascensis* (Nebraska sedge), and *Carex canescens* (pale sedge). Forb species include *Caltha leptosepala* (marsh marigold), *Rhodiola rhodantha* (redpod stonecrop), *Cardamine cordifolia* (heartleaf bittercress), *Senecio triangularis* (arrowleaf ragwort), *Pedicularis groenlandica* (elephanthead lousewort), and *Epilobium* spp. (willowweed).

336

BLM_0035607

## Ecological Processes

The difficulty in classifying mixed stands of *Carex aquatilis* (water sedge) and *Carex utriculata* (beaked sedge) has been discussed in the literature and attempts have been made to differentiate the types based on soil characteristics. In some cases a dominance of *Carex utriculata* on organic soils and *Carex aquatilis* on mineral soils has been noted, while in other cases the opposite trend where *Carex aquatilis* appears to occur more often on rich organic soils, while *Carex utriculata* occurs on less nutrient rich soils is observed.

In stands observed for this study, water availability appears to be a stronger factor in determining relative dominance of these two sedge species. *Carex utriculata* appears to tolerate standing water and may be a pioneering species since it readily establishes on exposed, saturated mineral soil. In Colorado, *Carex utriculata* occurs more often in standing water and often grades into a mesic terrestrial habitat where *Carex aquatilis* is commonly dominant. The *Carex aquatilis-Carex utriculata* plant association may, therefore, represent a spatial transition between a wet *Carex utriculata* association and a mesic *Carex aquatilis* association.

| Avg. Cover % | (Range) | Species Name | # Plots (N=20) |
|---|---|---|---|
| 32 | (9-65%) | Carex utriculata | 19* |
| 30 | (6-90%) | Carex aquatilis | 20 |
| 18 | (1-40%) | Deschampsia caespitosa | 6 |
| 10 | (3-20%) | Caltha leptosepala | 4 |
| 7 | (2-10%) | Carex canescens | 3 |

**Other species with < 5% average cover present in at least 10% of plots:**
Carex microptera (1-10%), Poa pratensis (1-11%), Calamagrostis canadensis (1-13%), Juncus balticus var. montanus (1-7%), Pedicularis groenlandica (1-5%), Cardamine cordifolia (1-5%), Senecio triangularis (1-5%), Taraxacum officinale (1-3%), Achillea millefolium var. occidentalis (1-3%), Dasiphora floribunda (1-3%), Equisetum arvense (1-3%), Salix wolfii (1-3%).

*Carex utriculata occurred in all stands, but was not captured in every sample plot.



*Carex utriculata*

337

## Hairlike sedge - Serpent-grass Herbaceous Vegetation

### *Carex capillaris - Polygonum viviparum*



*Polygonum viviparum*

pistil

**Global rank/State rank:**
G2 / S2

**HGM subclass:** S1/2

**Colorado elevation range:**
10,700-13,200 ft (3,300-4,000 m)



### General Description

This plant association occurs in alpine marshy areas adjacent to streams and melting snow fields, often at the headwaters of creeks. The association is characterized by a moderately dense cover of *Carex capillaris* (hairlike sedge) and or *Polygonum viviparum* (serpent-grass), together covering less than half the surface area. Numerous other herbaceous species are present but with very little cover. Close to half the ground surface is often bare soil or rock.

### Vegetation Description

*Carex capillaris* (hairlike sedge) and/or *Polygonum viviparum* (serpent-grass) dominate the association. Either species may be absent from the stand; when present these species typically will have 15-37% cover. Numerous other forb and graminoid species may be present, but rarely contribute as much as 5% cover. The most frequently occurring species include *Gentiana algida* (whitish gentian), *Geum rossii* var. *turbinatum* (Ross' avens), *Lloydia serotina* (common alplily), *Juncus biglumis* (twoflowered rush), *Artemisia scopulorum* (alpine sagebrush), *Campanula uniflora* (arctic bellflower), *Kobresia myosuroides* (Bellardi bog sedge), *Rhodiola integrifolia* (ledge stonecrop) and *Pedicularis groenlandica* (elephanthead lousewort). The remainder of the stand is bare ground or rock.

### Ecological Processes

Presence of this association in wet alpine areas indicates long-term stability and no disturbances of any kind. Moderate disturbance may convert this community to a mesic forb type while continued disturbance may result in bare ground.

338

| Avg. Cover % | (Range) | Species Name | # Plots (N=9) |
|---|---|---|---|
| 20 | (15-37%) | Polygonum viviparum | 9 |
| 9 | (0.1-15%) | Carex capillaris | 9 |

**Other species with < 5% average cover present in at least 10% of plots:**
Geum rossii var. turbinatum (0.1-3.1%), Rhodiola integrifolia (0.1-3.1%), Lloydia serotina (0.1-3.1%), Carex rupestris var. drummondiana (0.1-3.1%), Primula angustifolia (0.1-3.1%), Carex scopulorum (0.1-3.1%), Juncus triglumis (0.1-3.1%), Artemisia scopulorum (0.1-3.1%), Gentiana algida (0.1%), Juncus biglumis (0.1%), Campanula uniflora (0.1%), Kobresia myosuroides (0.1%), Pedicularis groenlandica (0.1%), Silene acaulis (0.1%), Festuca brachyphylla ssp. coloradensis (0.1%), Dasiphora floribunda (0.1%), Polygonum bistortoides (0.1%), Rhodiola rhodantha (0.1%), Trifolium parryi (0.1%), Carex nelsonii (0.1%), Carex misandra (0.1%), Potentilla diversifolia (0.1%), Juncus castaneus (0.1%), Eriogonum strictum ssp. proliferum var. proliferum (0.1%), Zigadenus elegans ssp. elegans (0.1%), Erigeron simplex (0.1%), Chionophila jamesii (0.1%), Deschampsia caespitosa (0.1%), Trisetum spicatum (0.1%), Minuartia obtusiloba (0.1%).



*Carex capillaris*

339

BLM_0035610

**Emory sedge Herbaceous Vegetation**

*Carex emoryi*



**Global rank/State rank:**
G2? / S2

**HGM subclass:** R5

**Colorado elevation range:**
5,800-6,400 ft (1,760-1,950 m)



### General Description

*Carex emoryi* (Emory sedge) is a tall sedge that forms dense, near monocultures on the banks of streams and ditches at low elevations. Sites have seasonal to permanent soil moisture and seasonal to occasional inundation. Although not documented from other states, this association may occur throughout the midwestern and Rocky Mountain states.

Soils are generally coarse alluvium from sedimentary bedrock.

### Vegetation Description

*Carex emoryi* (Emory sedge) propagates by rhizomes, and consequently, tends to form dense patches where it occurs. Cover values range from 40 to 98%. Other species in the association are highly variable, usually herbaceous, often weedy, and rarely abundant. The most commonly found species include *Apocynum cannabinum* (Indianhemp), *Equisetum arvense* (field horsetail), *Mentha arvensis* (wild mint) and *Polygonum amphibium* var. *emersum* (longroot smartweed). Small amounts of shrubs from adjacent communities, such as *Salix exigua* (sandbar willow) or *Tamarix ramosissima* (saltcedar) may occur in some plots.

### Ecological Processes

*Carex emoryi* (Emory sedge) forms dense stands that are fairly stable but could be disturbed by heavy use. *Carex emoryi* is an obligate wetland plant in Colorado. Lowering of the water table or prolonged drought could threaten this community. This small patch community is not well documented, possibly because *Carex emoryi*

340

BLM_0035611

sets fruit early in the season and may be overlooked by scientists and managers identifying sedges later in the season.

| Avg. Cover % | (Range) | Species Name | # Plots (N=8) |
|---|---|---|---|
| 68 | (40-97%) | Carex emoryi | 8 |
| 9 | (3-15%) | Xanthium strumarium | 2 |
| **Other species with < 5% average cover present in at least 10% of plots:** Equisetum arvense (0.1-5%), Salix exigua (0.1-5%), Helenium autumnale var. montanum (0.1-2.5%), Apocynum cannabinum (0.1-2.5%), Polygonum amphibium var. emersum (0.1-2.5%), Mentha arvensis (0.1-1%), Equisetum hyemale var. affine (0.1%). | | | |

341

BLM_0035612

**Small-head sedge Herbaceous Vegetation**

*Carex illota*



**Global rank/State rank:**
GUQ / S2

**HGM subclass:** S1/2

**Colorado elevation range:**
10,900-12,300 ft (3,320-3,750 m)



<u>General Description</u>

This association is found on lake shores, near springs, and below snow patches in a narrow altitudinal range in the lower alpine. It is characterized by a near monoculture of *Carex illota* (small-head sedge), low cover of other graminoids and forbs, and bare ground over at least one-third of the stand. Surface water is present for extended periods during the growing season, but is absent by the end of the growing season in most years.

Sites are flat to gently sloping, stable and snow-covered in winter. Soils from stands in Colorado are loess, with accumulations of organic matter. The average pH of the surface horizon is 5.2. The pH increases with depth; clay and organic matter, moisture retention capacity and available water decrease sharply with depth.

<u>Vegetation Description</u>

The *Carex illota* (small-head sedge) association is a seasonally flooded subpolar grassland. *Carex illota* (small-head sedge) often forms a near monoculture, usually with over 50% cover. Other forb and graminoid species that may be present, usually with less than 1% cover include *Carex scopulorum* (mountain sedge), *Juncus drummondii* (Drummond rush), *Carex nigricans* (black alpine sedge), *Caltha leptosepala* (marsh marigold), *Rhodiola rhodantha* (redpod stonecrop), and *Pedicularis groenlandica* (elephanthead lousewort). The shrub *Salix planifolia* (planeleaf willow) may also be present with less than 1% cover. The non-vascular layer is highly developed and almost equally as abundant as the vascular cover.

342

## Ecological Processes

This plant association usually occurs under high quality undisturbed conditions with no introduced species, no advanced soil erosion or signs of trampling or soil compaction.  Chronic disturbance from overgrazing or recreational use can result in plant trampling, damage or death, and increasing bare ground.

| Avg. Cover % | (Range) | Species Name | # Plots (N=8) |
|---|---|---|---|
| 57 | (37-70%) | Carex illota | 8 |
| 10 | — | Deschampsia caespitosa | 1 |
| 5 | (0.1-20%) | Caltha leptosepala | 4 |

**Other species with < 5% average cover present in at least 10% of plots:**
Juncus drummondii (0.1-10%), Pedicularis groenlandica (0.1-3%), Castilleja rhexiifolia (1%), Packera dimorphophylla (1%), Phleum alpinum (1%), Primula parryi (1%), Saxifraga odontoloma (1%), Carex nigricans (0.1-1%), Carex vernacula (0.1-1%), Carex scopulorum (0.1%), Rhodiola rhodantha (0.1%), Carex praegracilis (0.1%), Juncus biglumis (0.1%), Stellaria umbellata (0.1%), Salix planifolia (0.1%), Epilobium anagallidifolium (0.1%).



perigynia

*Carex illota*

343

BLM_0035614

**Smallwing sedge Herbaceous Vegetation**

*Carex microptera*



**Global rank/State rank:**
G4 / S2?

**HGM subclass:** S1/2

**Colorado elevation range:**
8,900-11,700 ft (2,700-3,570 m)



## General Description

The *Carex microptera* (smallwing sedge) association probably has a wide distribution throughout the state, but is overlooked due to its relatively small patch size. It has been documented from north-central Colorado and the San Juan National Forest in southwestern Colorado. This plant association typically forms small meadows on fine-textured, mesic soils. Its relationship with past heavy grazing may explain the relatively small occurrences. *Carex microptera* (smallwing sedge) typically dominates the association, but other graminoids are usually present and forb cover is minor.

This community is usually associated with meadows and stream terraces in wide, 350-500 ft (100-150 m), low-gradient valleys with narrow and sinuous stream channels. It also occurs near beaver dams and marshes. Soil textures range from fine, stratified alluvial material to clay with a thin organic layer on the surface.

## Vegetation Description

*Carex microptera* (smallwing sedge) forms a dense graminoid layer with 10-85% cover. Other graminoid species typically have less than 1% cover and include *Juncus triglumis* (threehulled rush), *Juncus castaneus* (chestnut rush), *Juncus longistylis* (longstyle rush), *Deschampsia caespitosa* (tufted hairgrass), *Carex capillaris* (hairlike sedge), *Carex saxatilis* (rock sedge) and other sedge species. Forb cover is usually not more than 20%, and is more commonly less than 5%. Common forb species include *Rhodiola integrifolia* (ledge stonecrop), *Polygonum viviparum* (alpine bistort), *Gentiana algida* (whitish gentian), *Artemisia scopulorum* (alpine sagebrush), *Pedicularis groenlandica* (elephanthead lousewort), *Achillea millefolium* var. *occidentalis* (western yarrow), *Epilobium hornemannii* (Hornemann willowherb), and *Potentilla diversifolia* (varileaf cinquefoil).

344

## Ecological Processes

Little is known about the successional status of this plant association, but it appears to be a stable community on moist to wet sites along streams.

| Avg. Cover % | (Range) | Species Name | # Plots (N=13) |
|---|---|---|---|
| 61 | (10-87%) | Carex microptera | 13 |
| 20 | (2-50%) | Juncus longistylis | 3 |
| 18 | (10-25%) | Carex aquatilis | 2 |
| 13 | (5-20%) | Poa pratensis | 2 |
| 12 | (8-15%) | Deschampsia caespitosa | 2 |
| 6 | (1-10%) | Phleum pratense | 2 |
| 5 | (5-5%) | Agrostis scabra | 2 |
| 5 | (1-10%) | Achillea millefolium var. occidentalis | 3 |

**Other species with < 5% average cover present in at least 10% of plots:**
Taraxacum officinale (1-10%), Salix monticola (3-5%), Epilobium hornemannii (3-5%), Geum macrophyllum var. perincisum (2-5%), Pedicularis groenlandica (0.1-5%), Phleum alpinum (2-2%), Glyceria striata (1-2%), Veronica americana (1-2%), Polygonum viviparum (0.1-5%), Carex saxatilis (0.1-3.1%), Carex capillaris (0.1-2%), Potentilla diversifolia (0.1-1%), Salix planifolia (0.1-1%), Rhodiola rhodantha (0.1-1%), Juncus castaneus (0.1-1%), Gentiana algida (0.1%), Rhodiola integrifolia (0.1%), Juncus triglumis (0.1%), Artemisia scopulorum (0.1%), Pedicularis sudetica ssp. scopulorum (0.1%), Dasiphora floribunda (0.1%), Carex scopulorum (0.1%), Juncus biglumis (0.1%), Polygonum bistortoides (0.1%).



*Carex microptera*

345

## Nebraska sedge Herbaceous Vegetation

### *Carex nebrascensis*



**Global rank/State rank:**
G4 / S3

**HGM subclass:** D2/3, S3/4

**Colorado elevation range:**
4,000-9,600 ft (1,220-2,930 m)



### General Description

*Carex nebrascensis* (Nebraska sedge) is a widespread species and generally forms small- to medium-size meadows. It forms an open wetland meadow occurring along the margins of stream banks, lakes and seeps from the plains to the lower subalpine. The soils are generally saturated for much of the growing season and are subject to compaction by livestock.

This plant association appears to be restricted to saturated soils of flat floodplains bordering ponds or pools adjacent to stream channels. It can also occur along flat, marshy areas surrounding springs. Stream channels are low-gradient, moderately narrow, and sinuous or very narrow and sinuous. Soils are heavy clays and silty clay loams with high organic matter content. Anoxic conditions often occur within 8 inches (20 cm) of the surface either in the form of a gleyed layer or abundant mottling.

### Vegetation Description

*Carex nebrascensis* (Nebraska sedge) forms the dominant cover and is the diagnostic species for this type. A wide variety of other graminoids and forbs may be present, depending on the elevation and moisture level of the site. Other graminoid species that can be abundant include *Eleocharis palustris* (common spikerush), *Carex praegracilis* (clustered field sedge), and *Schoenoplectus tabernaemontani* (softstem bulrush). Forb cover is generally low, but can be high in moist locations. Common forb species include *Ranunculus cymbalaria* (alkali buttercup), *Mentha arvensis* (wild mint), *Mimulus glabratus* (roundleaf monkeyflower), and *Melilotus officinalis* (yellow sweetclover).

346

BLM_0035617

**Ecological Processes**

In Montana, the *Carex nebrascensis* (Nebraska sedge) type is considered a grazing-disclimax. Under season-long grazing, *Carex nebrascensis* increases in abundance, replacing former dominant species. However, under extreme grazing conditions and a resulting drop in the water table, *Juncus balticus* var. *montanus* (mountain rush) or *Poa pratensis* (Kentucky bluegrass) can eventually replace *Carex nebrascensis*. In Nevada, sites dominated by *Carex nebrascensis* are considered the Potential Natural Community, which appears to be the case in undisturbed stands in Colorado.

| Avg. Cover % | (Range) | Species Name | # Plots (N=74) |
|---|---|---|---|
| 69 | (5-100%) | Carex nebrascensis | 74 |
| 12 | (0.1-43%) | Eleocharis palustris | 23 |
| 7 | (0.1-60%) | Juncus balticus var. montanus | 26 |
| 6 | (0.1-15%) | Epilobium leptophyllum | 7 |
| 5 | (0.1-20%) | Veronica anagallis-aquatica | 9 |
| 5 | (1-15%) | Carex pellita | 7 |

**Other species with < 5% average cover present in at least 10% of plots:**
Epilobium ciliatum ssp. glandulosum (0.1-15%), Mentha arvensis (0.1-20%), Poa pratensis (0.1-15%), Agrostis gigantea (0.1-15%).



*Carex nebrascensis*

347

**Black alpine sedge - Drummond rush Herbaceous Vegetation**

*Carex nigricans  - Juncus drummondii*



**Global rank/State rank:**
GU / S2

**HGM subclass:**  S1/2

**Colorado elevation range:**
10,400-11,800 ft (3,170-3,500 m)

*Carex nigricans*

## General Description

The *Carex nigricans-Juncus drummondii* (black alpine sedge-Drummond rush) association is found in small depressions below late-melting snow patches and at the edges of wet sedge fens at high elevations, often at or above treeline.  It has primarily been reported from the Indian Peaks area but may be common in other alpine areas of the state.  It is not continually flooded, but has a high water table throughout the summer.  The association often consists of hummocks of peat with *Carex nigricans* (black alpine sedge) above wetter areas with *Carex aquatilis* (water sedge).

This association occurs in meadows and on streambanks in alpine and subalpine areas. Soils are thin peats overlying gravels and other glacial deposits.

## Vegetation Description

*Carex nigricans* (black alpine sedge) forms a low mat with high average cover and frequency.  Cover is variable, but usually is greater than 50%.  *Juncus drummondii* (Drummond rush) is usually present, but with less than 5% cover.  Other graminoids, including *Deschampsia caespitosa* (tufted hairgrass), *Phleum alpinum* (alpine timothy), *Festuca brachyphylla* (Colorado fescue), and other *Carex* (sedge) spp. may be present with low cover.  Forbs are typically more abundant than associated

348

graminoids. Typical forbs include *Caltha leptosepala* (marsh marigold), *Pedicularis groenlandica* (elephanthead lousewort), *Antemaria media* (Rocky Mountain pussytoes), *Polygonum viviparum* (alpine bistort), *Ligusticum tenuifolium* (Idaho licoriceroot), *Stellaria umbellata* (umbrella starwort) and *Sibbaldia procumbens* (creeping sibbaldia).

## Ecological Processes

This is a stable association. Soils are saturated during the entire growing season, but are not continually flooded.

| Avg. Cover % | (Range) | Species Name | # Plots (N=9) |
|---|---|---|---|
| 83 | (63-87%) | Carex nigricans | 9 |
| 0.5 | (0.1-3%) | Juncus drummondii | 8 |

**Other species with < 5% average cover present in at least 10% of plots:**
Caltha leptosepala (0.1-10%), Antennaria media (0.1-3%), Ligusticum tenuifolium (0.1-3%), Sibbaldia procumbens (0.1-3%), Deschampsia caespitosa (0.1-3%), Phleum alpinum (0.1%), Pedicularis groenlandica (0.1%), Stellaria umbellata (0.1%), Veronica wormskjoldii (0.1%), Erigeron simplex (0.1%), Erigeron melanocephalus (0.1%), Agrostis mertensii (0.1%), Carex phaeocephala (0.1%), Carex scopulorum (0.1%), Salix petrophila (0.1%), Epilobium anagallidifolium (0.1%), Polygonum douglasii (0.1%), Viola adunca (0.1%), Potentilla diversifolia (0.1%).



*Juncus drummondii*

349

## Woolly sedge Herbaceous Vegetation

### *Carex pellita (=lanuginosa)*



**Global rank/State rank:**
G3 / S3

**HGM subclass:**  D2/3, S3/4, R5

**Colorado elevation range:**
4,600-9,300 ft (1,400-2,830 m)



### General Description

*Carex pellita* is the name currently used by the USDA Plants Database for both *Carex lanuginosa* and *Carex lasiocarpa*.  These species are recognized separately in Colorado, where *C. lasiocarpa* is much less common than *C. lanuginosa*.  The *Carex lasiocarpa* association is ranked as S1 in Colorado and is currently known only from the subalpine fens on the east side of the Park Range.

*Carex pellita (=C. lanuginosa)* (woolly sedge) is a distinctive wetland-indicator sedge that forms small- to medium sized meadows.  It occurs in depressions and swales at the saturated edge of stream channels or in standing water.  On the eastern plains of Colorado, it can occur under the canopy of cottonwood trees, forming the *Populus deltoides/Carex pellita* (plains cottonwood/wooly sedge) plant association.

This plant association occurs in very wet conditions, generally at the saturated edge of the stream channel or in standing water.  Stream channels are sinuous with a moderate gradient.  Soils are deep silt loams to clays.  Mottling often occurs throughout the profile.

### Vegetation Description

This plant association is characterized by a nearly monotypic stand of *Carex lanuginosa* (woolly sedge).  Other graminoid cover is minor, but includes *Phalaris arundinacea* (reed canarygrass), *Carex nebrascensis* (Nebraska sedge), *Schoenoplectus pungens* (threesquare bulrush), and *Poa pratensis* (Kentucky bluegrass).  Scattered forbs include *Mentha arvensis* (wild mint), and *Cirsium arvense* (Canada thistle).  *Equisetum arvense* (field horsetail) and *Equisetum hyemale* (scouringrush horsetail) may also be present.

350

BLM_0035621

## Ecological Processes

The *Carex pellita* (woolly sedge) plant association appears to be a fairly stable community because of its strongly rhizomatous roots and well developed soils. In Montana, the *Carex pellita* plant association can be associated with large amounts of *Carex lasiocarpa* (slender sedge). With season-long grazing, *Carex pellita* decreases in abundance, shifting dominance towards *Poa pratensis* (Kentucky bluegrass). In Colorado, stands of *Carex pellita* that occur on stream banks with a consistent water table depth and heavy, cohesive clay soils, appear stable and long-lived as long as the water table level remains consistent.

| Avg. Cover % | (Range) | Species Name | # Plots (N=22) |
|---|---|---|---|
| 73 | (20 -98%) | Carex pellita | 22 |
| 25 | (10-40%) | Phalaris arundinacea | 2 |
| 12 | (3-20%) | Polygonum amphibium var. emersum | 2 |
| 11 | (0.1-40%) | Mentha arvensis | 6 |
| 10 | (0.1-20%) | Muhlenbergia asperifolia | 2 |
| 10 | (0.1-30%) | Poa pratensis | 7 |
| 10 | (1-20%) | Argentina anserina | 7 |
| 9 | (1-40%) | Eleocharis palustris | 7 |
| 8 | (5-10%) | Calamagrostis stricta | 2 |
| 6 | (5-7%) | Lycopus asper | 2 |

**Other species with < 5% average cover present in at least 10% of plots:**
Deschampsia caespitosa (1-10%), Carex praegracilis (2-5%), Hordeum jubatum ssp. jubatum (0.1-10%), Carex nebrascensis (0.1-5%), Agrostis gigantea (2.5-3%), Schoenoplectus pungens (1-5%), Cirsium arvense (1-4%), Juncus balticus var. montanus (0.1-5%), Polygonum lapathifolium (0.1-2%), **R**umex crispus (0.1-1%), Equisetum arvense (0.1-1%), Juncus torreyi (0.1-1%).



*Carex pellita (=lanuginosa)*

351

**Clustered field sedge Herbaceous Vegetation**

*Carex praegracilis*



**Global rank/State rank:**
G3G4 / S2

**HGM subclass:  S3/4**

**Colorado elevation range:**
4,900-12,000 ft (1,500-3,650 m)



<u>**General Description**</u>

The *Carex praegracilis* (clustered sedge) plant association forms small meadows in swales and along stream channels from the shortgrass prairie in eastern Colorado to alpine areas throughout the state.

This plant association occurs along small, shallow drainages, usually no more than 7-17 ft (2-5 m) wide.  The stream banks are gentle and flat.  Stream channels are wide and flat, with little sinuosity, low gradient (0.5-1%), and little to no floodplain development.  Soils are deep and range from heavy clays to sandy clay loams with mottling.

<u>**Vegetation Description**</u>

In this plant association the vegetation completely covers the ground in narrow bands following the stream bed and is dominated by *Carex praegracilis* (clustered sedge), with associated *Carex nebrascensis* (Nebraska sedge), *Eleocharis palustris* (common spikerush), and *Equisetum laevigatum* (smooth horsetail).  Tree or shrub cover is minimal.

The *Carex praegracilis* (clustered field sedge) plant association often occurs as the only vegetation type along small streams.  It can occur with patches of *Carex nebrascensis* (Nebraska sedge) and *Pascopyrum smithii* (western wheatgrass) or patches of *Schoenoplectus pungens* (threesquare bulrush) and *Schoenoplectus acutus* (hardstem bulrush) in adjacent pools within the channel.

<u>**Ecological Processes**</u>

Little is known about the successional pattern of *Carex praegracilis* (clustered sedge) dominated areas.

352

BLM_0035623

| Avg. Cover % | (Range) | Species Name | # Plots (N=7) |
|---|---|---|---|
| 55 | (20-85%) | Carex praegracilis | 7 |
| 30 | (30-30%) | Spartina pectinata | 2 |
| 15 | (10-20%) | Carex utriculata | 2 |
| 10 | (10-10%) | Juncus longistylis | 2 |
| 8 | (5-11.9%) | Deschampsia caespitosa | 4 |
| 8 | (5-10%) | Cicuta douglasii | 2 |
| 6 | (1-15%) | Juncus balticus var. montanus | 4 |
| 5 | (1-10%) | Carex aquatilis | 3 |
| 5 | (5-5%) | Eleocharis palustris | 2 |

**Other species with < 5% average cover present in at least 10% of plots:**
Schoenoplectus acutus\tabernaemontani (1-3%), Poa pratensis (0.1-1%), Senecio hydrophilus (0.1-1%).



*Carex praegracilis*

BLM_0035624

## Rock sedge Herbaceous Vegetation

### *Carex saxatilis*



*Carex saxatilis*

**Global rank/State rank:**
G3 / S2

**HGM subclass:**  S1/2, S3/4

**Colorado elevation range:**
8,900-10,700 ft (2,700-3,260 m)



### General Description

The *Carex saxatilis* (rock sedge) plant association occurs on organic soils near streams and occurs as narrow meadows along shorelines of ponds and small lakes.  The distinctive shiny, reddish color of the inflorescence of *Carex saxatilis* is the distinguishing characteristic of this sedge community.

In Colorado, this plant association occurs along shallow, partially peat-filled ponds and on seeps in wide meadows.  The soil is highly organic and usually saturated to the surface, but may dry seasonally in the upper horizons.  Seasonal drying may explain why some of the soils beneath this association exhibit a higher degree of decomposition than Histosols found under other *Carex* communities.

### Vegetation Description

The total vegetative cover of this association is not high, due to saturated substrates and cold soil temperatures for much of the growing season.  *Carex saxatilis* (rock sedge) dominates the graminoid cover with 25-70% cover.  *Carex aquatilis* (water sedge), *Eleocharis quinqueflora* (fewflower spikerush), *Caltha leptosepala* (marsh marigold), and *Deschampsia caespitosa* (tufted hairgrass) are also associated with 10-

354

BLM_0035625

20% cover, but are not always present in every stand.  Litter and peat cover much of the remaining area in some stands.

The *Carex saxatilis* (rock sedge) plant association occurs with *C. utriculata* (beaked sedge), *Eleocharis quinqueflora* (fewflower spikerush), or *Betula nana (=glandulosa)* (bog birch) communities on pond and lake margins and with various aquatic plant communities in adjacent standing water.  On adjacent drier habitats, this association occurs with the *Salix planifolia/Carex aquatilis* (planeleaf willow/water sedge) association.

## Ecological Processes

Little is known about the successional processes of this plant association.  The environment of the *Carex saxatilis* community is similar to that of *Carex aquatilis* (water sedge).  The two communities are closely allied and grade into each other.  The *Carex saxatilis* type appears to be a stable community.

| Avg. Cover % | (Range) | Species Name | # Plots (N=4) |
|---|---|---|---|
| 42 | (25-70%) | Carex saxatilis | 4 |
| 20 | — | Eleocharis quinqueflora | 1 |
| 20 | — | Carex aquatilis | 1 |
| 10 | — | Deschampsia caespitosa | 1 |
| 10 | — | Caltha leptosepala | 1 |
| 5 | — | Argentina anserina | 1 |

**Other species with < 5% average cover present in at least 10% of plots:**
Rhodiola rhodantha (3%), Mentha arvensis (3%), Eriophorum angustifolium (3%), Carex utriculata (1%), Pedicularis groenlandica (1%), Packera dimorphophylla (1%), Epilobium saximontanum (1%), Carex canescens (1%), Agrostis scabra (1%).

355

BLM_0035626

## Mountain sedge - Marsh-marigold Herbaceous Vegetation

### *Carex scopulorum - Caltha leptosepala*



**Global rank/State rank:**
G4 / S4

**HGM subclass:** S1/2

**Colorado elevation range:**
10,700-13,200 ft (3,300-4,000 m)



### General Description

This plant association occurs in marshy areas adjacent to streams and melting snow fields, often at the headwaters of creeks (stream channels are moderately steep). It is characterized by a moderately dense to dense cover of *Carex scopulorum* (mountain sedge) with a few other graminoid species present. *Caltha leptosepala* (marsh marigold) dominates the forb cover. This is a common association and widely distributed throughout the Rocky Mountain states. Soils are generally poorly drained but not highly organic. Soil textures range from loamy with mottles present near the surface to organic surface layers overlying clay loam.

### Vegetation Description

*Carex scopulorum* (mountain sedge) dominates the vegetation. Other graminoids that can be abundant, but are not consistently present in all stands include *Carex jonesii* (Jones sedge), *Carex illota* (sheep sedge), *Deschampsia caespitosa* (tufted hairgrass), and *Agrostis thurberiana* (Thurber bentgrass). Forbs are generally a conspicuous component of the stand, contributing 10-50+% of the vegetative cover. *Caltha leptosepala* (marsh marigold) is almost always present and often conspicuous and abundant. Other forbs may be more abundant; they include *Ligusticum filicinum* (fernleaf licoriceroot), *Saxifraga odontoloma* (brook saxifrage), and *Pedicularis groenlandica* (elephanthead lousewort).

*Carex aquatilis* (water sedge) and *Eleocharis quinqueflora* (fewflower spikerush) meadows occur in adjacent lower swales and *Deschampsia caespitosa* (tufted hairgrass) meadows occur on adjacent hummocks and toeslopes. *Salix planifolia* (planeleaf willow) and *Salix brachycarpa* (barrenground willow) shrublands also occur in adjacent riparian areas.

### Ecological Processes

This plant association is usually a stable, long-lived community that represents undisturbed sites. Moderate disturbance can convert this community to a "mesic forb"

356

type where *Carex scopulorum* (mountain sedge) cover is reduced and multiple forb species form the bulk of the biomass of the community. Non-native species may be present and abundant. Continued disturbance can result in bare ground. Moderately disturbed sites can improve rapidly with protection from trampling and grazing due to the abundance of moisture and the dense rhizomatous nature of *Carex scopulorum*.

| Avg. Cover % | (Range) | Species Name | # Plots (N=18) |
|---|---|---|---|
| 49 | (16-87%) | Carex scopulorum | 18 |
| 16 | (0.1-47%) | Caltha leptosepala | 14 |
| 14 | (3-23%) | Ligusticum tenuifolium | 4 |
| 12 | (1-22%) | Saxifraga odontoloma | 2 |
| 9 | (3-15%) | Packera crocata | 2 |
| 8 | (1-20%) | Carex illota | 3 |
| 7 | (3-10%) | Juncus mertensianus | 2 |
| 6 | (0.1-15%) | Carex nigricans | 4 |
| 6 | (0.1-24%) | Deschampsia caespitosa | 10 |
| 5 | (0.1-10%) | Agrostis humilis | 2 |
| 5 | (0.1-9.4%) | Sibbaldia procumbens | 2 |

**Other species with < 5% average cover present in at least 10% of plots:**
Rhodiola rhodantha (0.1-15%), Pedicularis groenlandica (0.1-10%), Cardamine cordifolia (1-4%), Rhodiola integrifolia (0.1-5%), Eleocharis quinqueflora (1-3%), Geum rossii var. turbinatum (0.1-3%), Carex nelsonii (0.1-3%), Swertia perennis (0.1-3%), Poa reflexa (1-2%), Polygonum bistortoides (0.1-3.5%), Poa arctica (0.1-3%), Artemisia scopulorum (0.1-3%), Calamagrostis canadensis (1-1.2%), Polygonum viviparum (0.1-3%), Trisetum wolfii (14%), Trifolium parryi (0.1-3.1%), Veronica wormskjoldii (0.1-2%), Juncus biglumis (0.1-1.5%), Phleum alpinum (0.1-1%), Juncus drummondii (0.1-1%), Epilobium anagallidifolium (0.1-1%), Carex nova (0.1-1%), Stellaria umbellata (0.1-1%), Potentilla diversifolia (0.1-1%), Carex capillaris (0.1%), Poa glauca ssp. rupicola (0.1%), Gentiana algida (0.1%), Festuca brachyphylla ssp. coloradensis (0.1%), Salix planifolia (0.1%), Stellaria longifolia (0.1%).



*Carex scopulorum*

BLM_0035628

## Analogue sedge Herbaceous Vegetation

### *Carex simulata*



**Global rank/State rank:**
G4 / S3

**HGM subclass:** S1/2

**Colorado elevation range:**
5,600-11,700 ft (1,700-3,560 m)



### General Description

*Carex simulata* (analogue sedge) is found only on quaking fens in Colorado (occasionally may persist on drying fens). It is commonly found with many other sedge species, but its presence is associated with deep organic soils and a perennially high water table. *Carex simulata* (analogue sedge) fens are known from Larimer County south to the San Luis Valley, and are more or less restricted to the high mountain valleys in the central part of the state.

This community is located on saturated organic soils in moderate to wide valleys. The surface of the ground is hummocky, and "quakes" when walked or jumped on. Streams are low gradient and highly sinuous to broader and slightly steeper. Soils are deep, dark brown to black, 100% peat, saturated to the surface.

### Vegetation Description

Graminoids dominate this meadow association with 90-100% vegetative cover. *Carex simulata* (analogue sedge) may not be the most abundant species, but it is always present, and serves as the indicator species for this association. A variety of other *Carex* (sedge) species may be present, and even more abundant, including *Carex aquatilis* (water sedge), *Carex utriculata* (beaked sedge), and *Carex nebrascensis* (Nebraska sedge). *Juncus balticus* var. *montanus* (mountain rush) and other graminoids may also be present. A variety of forbs may be inconspicuously present (total cover <10%). A few scattered shrubs, usually in stunted form, contribute little cover when present. They may include *Salix geyeriana* (Geyer willow), *Salix monticola* (mountain willow), and *Dasiphora floribunda* (shrubby cinqefoil).

Concentric rings or a mosaic of patches of other herbaceous wetland types can be adjacent and intermixed with *Carex simulata* (analogue sedge) fens. Herbaceous wetland plants include *Carex nebrascensis* (Nebraska sedge), *Carex utriculata* (beaked sedge) and *Juncus balticus* var. *montanus* (mountain rush).

358

BLM_0035629

## Ecological Processes

Little is known about the successional processes of this plant association. Deep accumulations of peat suggest long-term stability. Changes in the natural hydrological regime have the potential to greatly affect the composition of this association.

| Avg. Cover % | (Range) | Species Name | # Plots (N=33) |
|---|---|---|---|
| 67 | (5-90%) | Carex simulata | 33 |
| 21 | (1-45%) | Carex utriculata | 4 |
| 16 | (1-47%) | Carex aquatilis | 10 |
| 11 | (1-30%) | Carex nebrascensis | 5 |
| 11 | (1-28%) | Juncus balticus var. montanus | 9 |

**Other species with < 5% average cover present in at least 10% of plots:**
Deschampsia caespitosa (1-10%), Triglochin maritimum (1-10%), Eleocharis palustris (1-7%), Ranunculus cymbalaria (1-5%), Poa pratensis (1-5%), Pedicularis groenlandica (1-2%), Calamagrostis stricta (1-3%), Dodecatheon pulchellum (0.1-1%), Epilobium lactiflorum (0.1-1%).



*Carex simulata*

359

**Beaked sedge Herbaceous Vegetation**

*Carex utriculata*



**Global rank/State rank:**
G5 / S5

**HGM subclass:** D1, D2/3, R2,
S1/2?, S3/4

**Colorado elevation range:**
5,600-11,000 ft (1,700-3,350 m)



## General Description

The *Carex utriculata* (beaked sedge) plant association is a common wet meadow community that occurs around the edges of montane lakes and beaver ponds, along the margins of slow-moving reaches of streams and rivers, and in marshy swales and overflow channels on broad floodplains. The water table is usually near the surface for most of the growing season. This association is well documented throughout the western states. A clear dominance of *Carex utriculata* over other *Carex* species including *C. aquatilis* (water sedge), sets this association apart from closely related types.

*Carex utriculata* (beaked sedge) grows in standing water or saturated soils. It also occurs along the margins of lakes and beaver ponds. Stream channels are wide and slightly sinuous, to wide and more sinuous. Soils are saturated organics or fine silty clays to clays over cobbles and alluvium. Mottling often occurs within a few centimeters of the surface.

## Vegetation Description

This plant association is characterized by stands dominated by *Carex utriculata* (beaked sedge). Stands often appear to be nearly pure *Carex utriculata* (beaked sedge), but a variety of other graminoid species may be present as well. *Carex aquatilis* can be abundant, but if equal in cover to *C. utriculata*, see the *Carex aquatilis-Carex utriculata* association on page 336. Other *Carex* (sedge) species present include *Carex lenticularis* (shore sedge) and *C. microptera* (small-wing sedge), but usually with low cover relative to the amount of *C. utriculata* (beaked sedge) present. Other graminoid species that may be present include *Glyceria striata* (fowl mannagrass), *Calamagrostis canadensis* (bluejoint reedgrass), and *Juncus balticus* var. *montanus* (mountain rush). Forb cover is very inconspicuous and can include *Mentha arvensis* (wild mint), *Mimulus guttatus* (seep monkeyflower), and *Geum macrophyllum* (largeleaf avens). Willow carrs (i.e., shrubland thickets) are often adjacent and a few scattered willows will occur within the *Carex utriculata*

360

BLM_0035631

(beaked sedge) stand. Individual willows tend to be very short if present, either from limiting growth conditions (extremely cold and/or extremely wet), or because of heavy browsing by wildlife or livestock. The elevation of the site determines which willow species are in and adjacent to *Carex utriculata* (beaked sedge) stands. Willow species that are present may include *Salix monticola* (mountain willow), *S. drummondiana* (Drummond willow), *S. geyeriana* (Geyer willow), *S. planifolia* (planeleaf willow), and *S. exigua* (sandbar willow).

## Ecological Processes

The *Carex utriculata* (beaked sedge) plant association occurs on the wettest sites of the riparian or wetland area, such as low-lying swales, and shallow margins of lakes and ponds, often in standing water. It is an early-seral community and is known to invade margins of newly formed beaver ponds, as well as the freshly exposed silt beds of drained beaver ponds. With time, the *Carex utriculata* plant association will grade into *Carex aquatilis* (water sedge) and *Calamagrostis canadensis* (bluejoint reedgrass) associations.

Successional shifts in species composition can be initiated by a change in the physical environment of the riparian area. Flooding events can result in sediments deposited on the floodplain, raising the surface higher above the water table. As aggradation, or build up, of the floodplain proceeds, the site can become drier and the dominant graminoid cover changes.

Abandoned beaver ponds also go through a similar succession. With time, ponds become silted-in and *Carex utriculata* establishes on the new, saturated substrate. As the site becomes firm and raised above the old pond level, *Carex aquatilis* and willows may become established. With further aggradation and time *Calamagrostis canadensis* may become established in the undergrowth. Depending on site characteristics, various willow species may become established in the overstory as well, creating the *Salix monticola/Carex utriculata* (mountain willow/beaked sedge) plant association or the *Salix geyeriana/Calamagrostis canadensis* (Geyer willow/bluejoint reedgrass) plant association, for example.

Distance from the stream channel can also differentiate the graminoid dominance spatially within the riparian mosaic. *Carex utriculata* commonly occurs at the stream channel or pond edge where the water table is close to or at the ground surface. As the floodplain surface becomes higher with increased distance from the channel edge, the ground becomes slightly less saturated and shifts to mesic meadows of *Carex aquatilis*, or on higher surfaces, to slightly drier meadows of *Calamagrostis canadensis*.

| Avg. Cover % | (Range) | Species Name | # Plots (N=143) |
|---|---|---|---|
| 72 | (7-100%) | Carex utriculata | 143 |
| 9 | (0.1-50%) | Carex aquatilis | 40 |
| 7 | (1-20%) | Carex microptera | 15 |
| 7 | (0.1-30%) | Calamagrostis canadensis | 20 |
| 7 | (1-20%) | Juncus balticus var. montanus | 16 |
| 6 | (1-10%) | Salix monticola | 15 |
| 5 | (0.1-15%) | Mentha arvensis | 15 |

Other species with < 5% average cover present in at least 10% of plots:
Equisetum arvense (0.1-20%), Glyceria striata (0.1-10%), Deschampsia caespitosa (1-10%), Geum macrophyllum var. perincisum (0.1-15%), Poa pratensis (1-10%).

361

BLM_0035632

**Native sedge Herbaceous Vegetation**

*Carex vernacula*



**Global rank/State rank:**
GU / S1

**HGM subclass:**  S1/2

**Colorado elevation range:**
12,200-12,400 ft (3,700-3,800 m)



*Carex vernacula*

## General Description

This plant association occurs along narrow and sinuous stream channels in gently-sloping, glaciated, alpine basins.  *Carex vernacula* (native sedge) dominates the vegetation cover with *Caltha leptosepala* (marsh marigold) and *Deschampsia caespitosa* (tufted hairgrass) as common sub-dominants.  *Carex vernacula* (native sedge) is known to occur from Wyoming and Colorado to Washington.  However, stands of the *Carex vernacula* plant association have not been documented outside of Colorado where it is known from three stands in the San Juan National Forest in southwestern Colorado.

This plant association occurs in moderately wide, 85 ft (25 m), gently sloping, snow-melt basins.  Stream channels are narrow and sinuous.  The soils are stratified alluvial layers overlying gravel.

## Vegetation Description

*Carex vernacula* (native sedge) dominates the graminoid layer with 25-75% cover. *Deschampsia caespitosa* (tufted hairgrass) is often present with up to 20% cover. *Caltha leptosepala* (marsh marigold) is usually the only forb with more than 10% cover.

*Caltha leptosepala* (marsh marigold) and *Eriophorum altaicum* (whitebristle cottongrass) meadows occur in adjacent swales, while *Deschampsia caespitosa* (tufted hairgrass) meadows occur on drier sites.

362

BLM_0035633

**Ecological Processes**

The *Carex vernacula* plant association is probably stable and long-lived. It is likely to recover very slowly from any disturbance due to cold soil temperatures and the short growing season at such high altitudes.

| Avg. Cover % | (Range) | Species Name | # Plots (N=3) |
|---|---|---|---|
| 48 | (25-75%) | Carex vernacula | 3 |
| 25 | — | Juncus drummondii | 1 |
| 14 | (8-19%) | Deschampsia caespitosa | 2 |
| 12 | (5-22%) | Caltha leptosepala | 3 |
| 10 | — | Salix planifolia | 1 |
| 10 | — | Salix brachycarpa | 1 |
| 5 | — | Pedicularis groenlandica | 1 |
| 5 | — | Eriophorum altaicum var. neogaeum | 1 |

**Other species with < 5% average cover present in at least 10% of plots:**

Carex microglochin (2%), Stellaria umbellata (1%), Primula parryi (1%), Carex microptera (1%).

363

**Blister sedge Herbaceous Vegetation**

*Carex vesicaria*



**Global rank/State rank:**
G4Q / S1

**HGM subclass:** S1/2, R3/4

**Colorado elevation range:**
8,000-9,700 ft (2,430-3,000 m)



<u>General Description</u>

The *Carex vesicaria* (blister sedge) plant association forms open meadows similar to the *Carex utriculata* (beaked sedge) plant association. As with *Carex utriculata*, it occurs along the shores of lakes and ponds in shallow water, as well as in poorly drained basins and along rivers and streams. The water table typically remains above the ground surface throughout the year. A single stand of *Carex vesicaria* found on the Colorado West Slope has significant cover of *Carex utriculata*, but is distinct from the *Carex utriculata* plant association because of the high cover of *Carex vesicaria*.

Soils are typically Histosols, except in young stands along streambanks where the soil is coarse- to fine-textured alluvium.

<u>Vegetation Description</u>

*Carex vesicaria* (blister sedge) forms nearly monotypic stands, however, *Carex utriculata* may be present. On wetter sites, emergent wetland plants such as *Sparganium* spp. (burreed) may be sparsely present. On drier sites, *Deschampsia caespitosa* (tufted hairgrass) and *Galium trifidum* (three petal bedstraw) may be present in low amounts.

<u>Ecological Processes</u>

A persistently high water table and thick organic soil horizons provide conditions favorable to the long-term dominance of *Carex vesicaria* (blister sedge). As with other wetland communities, vegetation composition will likely change with the alteration of the hydrology. If water levels remain below the soil surface permanently, the dominant species may shift to *Carex utriculata* (beaked sedge).

364

BLM_0035635

| Avg. Cover % | (Range) | Species Name | # Plots (N=2) |
|---|---|---|---|
| 68 | (50-85%) | Carex vesicaria | 2 |
| 40 | — | Carex aquatilis | 1 |
| 30 | — | Fragaria virginiana ssp. glauca | 1 |
| 10 | — | Potentilla gracilis | 1 |
| 10 | — | Carex utriculata | 1 |
| 5 | — | Salix monticola | 1 |
| 1 | — | Thalictrum fendleri | 1 |

**Other species with < 5% average cover present in at least 10% of plots:**
Taraxacum officinale (1%), Symphyotrichum foliaceum (1%), Poa palustris (1%), Phleum pratense (1%), Geum macrophyllum var. perincisum (1%), Dasiphora floribunda (1%), Calamagrostis stricta (1%).



*Carex vesicaria*

BLM_0035636

## Brandegee fumewort -Tall fringed bluebells Herbaceous Vegetation

### *Corydalis caseana* ssp. *brandegei - Mertensia ciliata*



**Global rank/State rank:**
G2 / S2

**HGM subclass:** R1, R2

**Colorado elevation range:**
8,800-9,000 ft (2,680-2,750 m)



### General Description

This plant association has been described only from the vicinity of Crested Butte in Colorado, where it occurs along spring-fed slopes in the subalpine. This association is similar to the *Cardamine cordifolia-Mertensia ciliata-Senecio triangularis* (heartleaf bittercress-tall fringed bluebells-arrowleaf groundsel) association, and may actually be a variation of this type. It is distinguished by the abundance of *Corydalis caseana* ssp. *brandegei* (Brandegee fumewort).

This plant association occurs on moderate slopes with a high water table but with standing water only in the early summer. Soils are generally fine, mineral and saturated seasonally.

### Vegetation Description

This community is composed of tall (2.5-3 ft, 0.75-1 m), conspicuous plants, with *Corydalis caseana* ssp. *brandegei* (Brandegee fumewort) or *Mertensia ciliata* (tall fringed bluebells) usually dominant. Other species that are commonly present include *Heracleum maximum*, (common cowparsnip) *Senecio serra* (tall ragwort), and *Delphinium barbeyi* (subalpine larkspur).

### Ecological Processes

This plant association is usually stable and long-lived as long as hydrologic conditions persist. The saturated soils and easily broken stems of *Corydalis caseana* ssp. *brandegei* (Brandegee fumewort) make this association highly susceptible to trampling by livestock or people.

BLM_0035637

| Avg. Cover % | (Range) | Species Name | # Plots (N=5) |
|---|---|---|---|
| 52 | (40-60%) | Corydalis caseana ssp. brandegeei | 5 |
| 35 | (20-50%) | Mertensia ciliata | 5 |
| 26 | (20-30%) | Heracleum maximum | 4 |
| 26 | (20-30%) | Delphinium barbeyi | 4 |
| 15 | — | Senecio triangularis | 1 |
| 10 | — | Aconitum columbianum | 1 |
| 6 | (2-10%) | Senecio serra var. serra | 3 |

**Other species with < 5% average cover present in at least 10% of plots:**
Elymus trachycaulus ssp. trachycaulus (1-5%), Poa leptocoma (0.1-2%), Veronica peregrina ssp. xalapensis (1%).



*inflorescence*

*Corydalis caseana*

367

BLM_0035638

**Tufted hairgrass Herbaceous Vegetation**

*Deschampsia caespitosa*



**Global rank/State rank:**
G4 / S4

**HGM subclass:** S1/2, S3/4

**Colorado elevation range:**
7,900-12,300 ft (2,400-3,750 m)



<u>General Description</u>

This dense, bunch-grass meadow occurs in broad, nearly flat, valley bottoms in openings of willow carrs (i.e., shrubland thickets) and coniferous forests in subalpine regions across Colorado. It is characterized by uniform to patchy cover of *Deschampsia caespitosa* (tufted hairgrass) with minor cover of other graminoids and forbs. Drier phases of this association grow on gentle slopes above the valley floor.

This meadow plant association generally occurs in broad, glaciated valleys on well-drained ridges and hummocks adjacent to low to moderate gradient streams. It occurs on sites with a moderately high water table, indicated by the presence of mottles or gleying in the soil at a depth of 8 in (20 cm). Stream channels are wide and moderately sinuous or narrow and highly sinuous. Soils are a shallow to deep organic layer over stratified sandy or silty loams and loamy sands.

<u>Vegetation Description</u>

This plant association is a meadow dominated by *Deschampsia caespitosa* (tufted hairgrass). Other graminoids may be abundant depending on local conditions, but no other species are consistently present. These include *Carex aquatilis* (water sedge), *Carex utriculata* (beaked sedge), and *Calamagrostis canadensis* (bluejoint reedgrass). Forb cover is highly variable, *Caltha leptosepala* (marsh marigold) is present in about half of all stands. Other forbs often, but not always, present include *Ranunculus alismifolius* (plantainleaf buttercup), *Rhodiola rhodantha* (redpod stonecrop), *Veronica wormskjoldii* (American alpine speedwell), and *Pedicularis groenlandica* (elephanthead lousewort). Occasionally, a few shrub stems from adjacent stands occur within this association, including *Dasiphora floribunda* (shrubby cinquefoil), *Salix planifolia* (planeleaf willow), and *Salix brachycarpa* (barrenground willow).

368

**Ecological Processes**

The *Deschampsia caespitosa* (tufted hairgrass) plant association can continue to occupy sites indefinitely under relatively stable conditions. *Deschampsia caespitosa* occurs along a broad moisture gradient from mesic and dry-mesic environments to those that are very wet. As sites become drier, *Deschampsia caespitosa* cover gradually decreases and *Dasiphora floribunda* (shrubby cinquefoil) cover may increase on sites with well-drained soils. In contrast, if a site becomes wetter, *Carex* (sedge) species may become dominant.

The presence of native increaser species such as *Juncus balticus* var. *montanus* (mountain rush) and exotic species such as *Poa pratensis* (Kentucky bluegrass) and *Taraxacum officinale* (dandelion) may indicate disturbed conditions. As disturbance levels increase, *Poa pratensis* may replace *Deschampsia caespitosa*. Many subalpine areas now dominated by *Poa pratensis* may have supported *Deschampsia caespitosa* communities in the past.

This is a common association in Colorado, however few pristine stands have been documented. It is highly threatened by heavy livestock grazing, invasion by non-native species, and reduced fire frequency.

| Avg. Cover % | (Range) | Species Name | # Plots (N=31) |
|---|---|---|---|
| 39 | (10-80%) | Deschampsia caespitosa | 31 |
| 16 | (1-38%) | Ligusticum tenuifolium | 6 |
| 16 | (2-30%) | Juncus balticus var. montanus | 6 |
| 13 | (1-90%) | Poa pratensis | 9 |
| 13 | (1-50%) | Carex aquatilis | 19 |
| 12 | (6-20%) | Calamagrostis canadensis | 3 |
| 11 | (1-40%) | Carex microptera | 7 |
| 11 | (5-26%) | Argentina anserina | 5 |
| 10 | (1-20%) | Carex utriculata | 3 |
| 10 | (3-20%) | Arnica mollis | 4 |
| 10 | (1-45%) | Caltha leptosepala | 16 |
| 9 | (3-15%) | Hordeum jubatum ssp. jubatum | 3 |
| 9 | (1-15%) | Hordeum brachyantherum ssp. brachyantherum | 3 |
| 8 | (5-12%) | Carex illota | 5 |
| 7 | (2-11%) | Erigeron peregrinus ssp. callianthemus | 4 |
| 6 | (1-11%) | Trollius laxus ssp. albiflorus | 4 |

**Other species with < 5% average cover present in at least 10% of plots:**
Carex scopulorum (3-4%), Trisetum wolfii (1-7%), Juncus drummondii (1-11%), Phleum alpinum (1-12%), Senecio triangularis (1-8%), Taraxacum officinale (1-9%), Salix planifolia (1-7%), Packera dimorphophylla (1-5%), Carex nigricans (1-8%), Symphyotrichum foliaceum (1-5%), Potentilla diversifolia (2-3%), Pedicularis groenlandica (0.1-5%), Achillea millefolium var. occidentalis (1-5%), Cardamine cordifolia (1-3%), Viola macloskeyi ssp. pallens (1-3%), Agrostis humilis (1-4%), Veronica wormskjoldii (1-4%), Polygonum bistortoides (0.1-5%), Plantago tweedyi (1-2%), Carex ebenea (1-2%), Ranunculus alismifolius var. montanus (1-3%), Juncus mertensianus (1-2%), Rhodiola rhodantha (0.1-3%), Fragaria virginiana ssp. glauca (1%), Castilleja sulphurea (1%), Antennaria corymbosa (1%), Stellaria umbellata (1%).

369

## Inland saltgrass Herbaceous Vegetation

### *Distichlis spicata*



**Global rank/State rank:**
G5 / S3

**HGM subclass:**  F1

**Colorado elevation range:**
3,800-8,900 ft (1,150-2,700 m)



### General Description

This plant association is characterized by sparse to thick stands of pure *Distichlis spicata* (inland saltgrass) growing on alkaline or saline soils in shallow basins, swales or on pond margins.  This is a common association in Colorado, however, it has declined in abundance since European settlement.  Large, pristine stands are virtually unknown.  This association is threatened by agricultural conversion and groundwater development.

This plant association occurs on alkaline or saline soils (soils that have been formed from the accumulation of bases and soluble salts in poorly drained areas).  This association occurs along narrow streams or the margins of playa lakes.  Soil textures include sandy clay, sandy loam, or sandy clay loam with gravel and cobbles.  The soils may be heavily gleyed and can have fine, distinct mottles at a depth of about 20 inches (50 cm).

### Vegetation Description

This plant association is characterized by almost pure stands of *Distichlis spicata* (inland saltgrass) with up to 95% cover.  Occasionally several clumps of *Ericameria nauseosa* ssp. *nauseosa* var. *glabrata* (rubber rabbitbrush) or *Sarcobatus vermiculatus* (black greasewood) can be present.  In degraded stands, *Iva axillaris* (povertyweed) or *Bromus tectorum* (cheatgrass) can be present.

### Ecological Processes

*Distichlis spicata* (inland saltgrass) is a warm season grass and grows from early summer until fall primarily from rhizomes.  *Distichlis spicata* can tolerate low to moderately alkaline soils and is resistant to trampling by livestock.  Cover of *Distichlis spicata* increases when grazing reduces competition from other plants, but eventually *Hordeum jubatum* (foxtail barley) or weedy species will take over if heavy grazing persists.

370

| Avg. Cover % | (Range) | Species Name | # Plots (N=37) |
|---|---|---|---|
| 45 | (2-95%) | Distichlis spicata | 37 |
| 13 | (5-30%) | Suaeda calceoliformis | 5 |
| 9 | (5-10%) | Puccinellia nuttalliana | 4 |
| 8 | (2-10%) | Iva axillaris | 6 |
| 5 | (0.1-15%) | Sporobolus airoides | 5 |

**Other species with < 5% average cover present in at least 10% of plots:**
Schoenoplectus pungens (1-11.1%), Pascopyrum smithii (1-5%), Muhlenbergia asperifolia (0.1-6%), Juncus balticus var. montanus (1-8%), Hordeum jubatum ssp. jubatum (0.1-10%), Triglochin maritimum (0.1-5%), Cirsium arvense (0.1-5%).



*Distichlis spicata*

371

BLM_0035642

**Barnyard grass Herbaceous Vegetation**

*Echinochloa crus-galli*



**Global rank/State rank:**
Not Applicable

**HGM subclass:** D4/5

**Colorado elevation range:**
4,930-6,000 ft (1,500-1,830 m)



*Echinochloa crus-galli*

<u>**General Description**</u>

*Echinochloa crus-galli* (barnyard grass) is a non-rhizomatous, warm-season annual grass of Eurasian origin that occurs throughout the continental United States and southern Canada. It is locally common in floodplains, river bottoms and seasonally wet habitats, but is also found in drier areas, and is most often found on disturbed sites. It can occur in a variety of forest, grassland and wetland communities, but as a sole dominant it is most likely to occur in disturbed sites.

<u>**Vegetation Description**</u>

*Echinochloa crus-galli* (barnyard grass) is the indicator species for this community, and is dominant or co-dominant with cover percentages ranging from 3 to 98%. This association has no shrub or tree component. Associated forb and graminoid species are quite variable, although *Polygonum lapathifolium* (curlytop knotweed) was present in over half of the stands sampled, with cover values ranging from 3 to 38%. Some of the most frequent associated species include *Amaranthus albus* (prostrate pigweed), *Xanthium strumarium* (rough cocklebur), *Alopecurus aequalis* (shortawn foxtail),

372

BLM_0035643

*Eleocharis palustris* (common spikerush), and *Juncus bufonius* (toad rush), all generally occurring with moderate to low cover.

## Ecological Processes

*Echinochloa crus-galli* (barnyard grass) is a pioneer species that readily invades disturbed sites and is found most often in open, unshaded areas.

| Avg. Cover % | (Range) | Species Name | # Plots (N=11) |
|---|---|---|---|
| 33 | (3-98%) | Echinochloa crus-galli | 11 |
| 20 | (1-38%) | Amaranthus albus | 4 |
| 8 | (3-38%) | Polygonum lapathifolium | 6 |
| 8 | (0.1-15%) | Juncus bufonius | 4 |
| 7 | (3-15%) | Veronica anagallis-aquatica | 3 |
| 7 | (3-15%) | Eleocharis palustris | 3 |

**Other species with < 5% average cover present in at least 10% of plots:**
Xanthium strumarium (0.1-15%), Alopecurus aequalis (3%), Hordeum jubatum ssp. jubatum (3%), Sagittaria latifolia (1-3%), Limosella aquatica (0.1-3%).

373

BLM_0035644

**Needle spikerush Herbaceous Vegetation**

*Eleocharis acicularis*



**Global rank/State rank:**
G4? / S3

**HGM subclass:**  D2/3, D4/5

**Colorado elevation range:**
4,800-11,000 ft (1,460-3,350 m)



*Eleocharis acicularis*

<u>**General Description**</u>

This association is characterized by diminutive, rhizomatous, very slender perennial graminoids that form dense tufts.  The canopy cover can range from open (10%) to closed (85%).  The association may be found on the edges of marshes, on muddy shores, and other wet places from the lowlands to high elevations in the western United States.  Stands typically occur in wet basins, exposed pond bottoms, or concave areas in meadows or grasslands.  Sites generally have a high water table throughout the growing season but are only occasionally or seasonally inundated. Widely fluctuating water tables are typical.

This plant association occurs in shallow playas on the northeastern plains of Colorado, and may also be found in intermittently flooded areas of the foothills, montane, and subalpine.  Soils vary from fine to coarse, alluvial to colluvial; in the playa lakes they are often fine textured mineral soils with thick dark profiles.

<u>**Vegetation Description**</u>

Species diversity and vegetation cover are generally low in this association. *Eleocharis acicularis* (needle spikerush) usually provides more cover than other species (4-85%).  Other species that may occur include *Eleocharis palustris* (common spikerush)*, Pascopyrum smithii* (western wheatgrass)*, Rorippa sinuata* (spreading

374

yellowcress), *Marsilea vestita ssp. vestita* (hairy waterclover), and *Ambrosia tomentosa* (skeletonleaf burr ragweed). Non-native graminoids include *Bromus japonicus* (Japanese brome) and *Echinochloa crus-galli* (barnyard grass).

## Ecological Processes

Vegetation in this type is highly dependent on the hydrologic regime. Changing hydrologic conditions may result in changes to a more xeric or hydric vegetation type.

| Avg. Cover % | (Range) | Species Name | # Plots (N=10) |
|---|---|---|---|
| 36 | (4-85%) | Eleocharis acicularis | 10 |
| 19 | (1-38%) | Bromus japonicus | 2 |

**Other species with < 5% average cover present in at least 10% of plots:**
Buchloe dactyloides (1-7 %), Ambrosia tomentosa (2-4%), Echinochloa crus-galli (2-3%), Pascopyrum smithii (0.1-8%), Marsilea vestita ssp. vestita (0.1-3%), Oenothera canescens (0.1-2%), Eleocharis palustris (0.1-2%), Rorippa sinuata (0.1%), Ratibida columnifera (0.1%).

375

BLM_0035646

**Common spikerush Herbaceous Vegetation**

*Eleocharis palustris*



**Global rank/State rank:**
G5 / S4

**HGM subclass:** D2/3, D4/5, S1/2

**Colorado elevation range:**
3,800-11,400 ft (1,150-3,500 m)



<u>**General Description**</u>

The *Eleocharis palustris* (common spikerush) plant association is a conspicuous, if small, common emergent association that occurs in shallow, mostly still water. Most of the sites where it occurs experience water levels that fluctuate to some degree throughout the growing season. It is recognized by the clear dominance, although sometimes sparse cover, of *Eleocharis palustris*. The largest known occurrence consists of broad concentric rings around a series of playa lakes at The Nature Conservancy's Mishak Lake Preserve in the San Luis Valley in south central Colorado.

This association occurs on wet sand bars and on finer substrates in backwater areas within the stream channel at low elevations and in shallow waters of ponds in montane and subalpine regions. This association often occurs along narrow, sinuous headwater rivulets where groundwater flow is lateral, primarily fed from toeslope seeps. High elevation stands consistently occur on organic soils, or on a thick organic horizon that overlies fine to coarse alluvial material. Lower elevation stands occur on fresh alluvial deposits of fine-textured loamy sands, clays, clay loams, and sandy clays.

<u>**Vegetation Description**</u>

This community can be very sparse to quite dense, but *Eleocharis palustris* (common spikerush) is always the dominant species, and the only species always present. Because the *Eleocharis palustris* (common spikerush) plant association occurs within a wide elevational range, the species composition can be quite variable, but this community is easily recognized by its single, low herbaceous canopy cover of bright green, nearly pure stands of *Eleocharis palustris* (common spikerush). Other species, when present, can contribute as much as 40% cover, but never exceed that of the *Eleocharis palustris*. On the Colorado Western Slope in low elevation stands, co-occurring species can include *Phalaris arundinacea* (reed canarygrass) and *Juncus balticus* var. *montanus* (mountain rush) as well as the introduced *Melilotus officinalis* (yellow sweetclover) and *Bromus inermis* (smooth brome). Other species may include

376

BLM_0035647

*Sparganium angustifolium* (narrowleaf burreed), *Lemna* spp. (duckweed) and *Potamogeton* spp. (pondweed). On the eastern plains, co-occurring species can include *Leersia oryzoides* (rice cutgrass), *Schoenoplectus pungens* (threesquare bulrush), *Panicum virgatum* (switchgrass), *Carex pellita* (woolly sedge), and *Spartina pectinata* (prairie cordgrass).

At higher, montane elevations other graminoids present include *Carex aquatilis* (water sedge), *C. utriculata* (beaked sedge), and *Deschampsia caespitosa* (tufted hairgrass). Forb cover is typically low, but can occasionally be abundant in some stands. Common forb species include *Pedicularis groenlandica* (elephanthead lousewort), *Rhodiola integrifolia* (ledge stonecrop), and *Caltha leptosepala* (marsh marigold).

## Ecological Processes

At lower elevations the *Eleocharis palustris* (common spikerush) plant association occurs well within the active channel and is inundated annually. This early seral community colonizes backwater eddies and shallow edges of slow moving reaches of small and larger rivers. It is probably an ephemeral community, scoured out each year during high spring flows. At montane elevations, this association occurs in ponded sites on faster moving streams. If siltation occurs, sites may become dominated by *Carex utriculata* (beaked sedge). At higher elevations, this association appears to be stable. It occurs near seeps on soils with deep organic layers, often sapric, and saturated throughout the growing season.

| Avg. Cover % | (Range) | Species Name | # Plots (N=142) |
|---|---|---|---|
| 47 | (3-100%) | Eleocharis palustris | 142 |
| 14 | (0.1-63%) | Agrostis gigantea | 12 |
| 8 | (0.1-88%) | Hordeum jubatum ssp. jubatum | 32 |
| 6 | (0.1-29%) | Schoenoplectus pungens | 25 |
| 5 | (1-15%) | Beckmannia syzigachne | 11 |
| 5 | (0.1-40%) | Polygonum amphibium var. emersum | 12 |

**Other species with < 5% average cover present in at least 10% of plots:**
Juncus balticus var. montanus (0.1-15%), Xanthium strumarium (0.1-15%), Schoenoplectus acutus\tabernaemontani (0.1-23%), Epilobium ciliatum ssp. glandulosum (0.1-15%), Argentina anserina (0.1-10%), Mentha arvensis (0.1-5%), Salix exigua (0.1-5%).



*Eleocharis palustris*

377

**Dwarf spikerush Herbaceous Vegetation**

*Eleocharis parvula*





**Global rank/State rank:**
GU / S2

**HGM subclass:** D2/3, D4/5

**Colorado elevation range:**
4,500-8,900 ft (1,370-2,700 m)

*Eleocharis parvula*

## General Description

*Eleocharis parvula* (dwarf spikerush) is a diminutive, perennial graminoid that often forms a dense cover in shallow ephemeral wetlands, saturated playas, and drying mudflats. The association occurs primarily at low elevations, but may be found up to 9,000 ft. *Eleocharis parvula* cover typically ranges from 30% to 85%. Species diversity is low.

This plant association occurs in shallow playas on the northeastern plains of Colorado, and along Cherry Creek. Soils vary from fine to coarse, alluvial to colluvial; in playa lakes they are often fine textured mineral soils with thick dark profiles and occasionally a significant organic layer.

## Vegetation Description

Species diversity and vegetation cover may both be low in this association. *Eleocharis parvula* (dwarf spikerush) usually provides more cover than other species (15-85%). Other species that may occur include *Limosella aquatica* (water mudwort), *Hippuris vulgaris* (common mare's-tail), *Polygonum arenastrum* (oval-leaf knotweed), *Polygonum amphibiaum* var. *emersum* (longroot smartweed), *Eleocharis acicularis* (needle spikerush), *Eleocharis palustris* (common spikerush), *Pascopyrum smithii* (western wheatgrass) and *Alopecurus aequalis* (shortawn foxtail).

378

BLM_0035649

## Ecological Processes

In the eastern US, *Eleocharis parvula* (dwarf spikerush) occurs in saline marshes or brackish swales.  In Colorado this association tends to occur in slightly drier sites, but will disappear where soils do not remain saturated for much of the growing season.  On the plains, under drier conditions *Eleocharis parvula* may be replaced by *Pascopyrum smithii* (western wheatgrass) or *Buchloe dactyloides* (buffalograss).  At all elevations higher water levels may cover the extremely small *Eleocharis parvula* and emergent marsh vegetation may become more abundant.

| Avg. Cover % | (Range) | Species Name | # Plots (N=10) |
|---|---|---|---|
| 53 | (15-85%) | Eleocharis parvula | 10 |
| 15 | (0.1-30%) | Limosella aquatica | 5 |
| 9 | (2-15%) | Alisma triviale | 2 |
| 5 | (0.1-15%) | Alopecurus aequalis | 4 |

**Other species with < 5% average cover present in at least 10% of plots:**
Eleocharis palustris (2%), Echinochloa crus-galli (2%), Eleocharis acicularis (2%), Polygonum arenastrum (2%), Xanthium strumarium (0.1%).

379

## Few-flower spikerush Herbaceous Vegetation

### *Eleocharis quinqueflora*



**Global rank/State rank:**
G4 / S3S4

**HGM subclass:** S1/2

**Colorado elevation range:**
8,700-12,300 ft (2,650-3,800 m)



### General Description

The *Eleocharis quinqueflora* (fewflower spikerush) plant association is a uniform peatland community found in upper subalpine and lower alpine wetlands. It is easily recognized by its homogeneity, the presence of usually little more than *Eleocharis quinqueflora* and *Carex aquatilis* (water sedge), and the sparse nature of the vegetation growth. This is a common association of upper subalpine elevations. It is widespread and is well documented throughout the western states.

The *Eleocharis quinqueflora* (fewflower spikerush) plant association occurs in high elevation, marshy meadows associated with seeps where the water table is at the soil surface. Valley bottoms are moderately wide to wide and usually have a gentle to moderate gradient (0.4-6%). Adjacent stream channels are narrow and sinuous headwater rivulets with lateral seepage from surrounding toeslopes. This association occurs on peat occasionally as deep as 7 ft (2 m). The soils remain saturated throughout the growing season and may not be very rich in nutrients.

### Vegetation Description

This plant association is characterized by widely-spaced *Eleocharis quinqueflora* (fewflower spikerush) with *Pedicularis groenlandica* (elephanthead lousewort) often present. *Carex aquatilis* (water sedge) is present in 85% of stands. Other forb and graminoid species present are variable. Some of the more frequently encountered species include *Caltha leptosepala* (marsh marigold), *Carex scopulorum* (mountain sedge), *Carex utriculata* (beaked sedge), *Carex illota* (small-headed sedge), and *Carex jonesii* (Jones sedge).

### Ecological Processes

*Eleocharis quinqueflora* (fewflower spikerush) is an early colonizer and persists under wet conditions. *Carex aquatilis* (water sedge) can be a co-dominant in this plant

380

BLM_0035651

association.  Grazing can increase the cover of increaser and invader species such as *Agrostis stolonifera* (creeping bentgrass) and *Juncus balticus* var. *montanus* (mountain rush), and will damage the wet soils.

| Avg. Cover % | (Range) | Species Name | # Plots (N=41) |
|---|---|---|---|
| 56 | (7-90%) | Eleocharis quinqueflora | 41 |
| 11 | (0.1-31%) | Carex aquatilis | 30 |
| 9 | (1-30%) | Carex utriculata | 5 |
| 8 | (1-20%) | Triglochin palustre | 5 |
| 8 | (0.1-30%) | Carex scopulorum | 5 |
| 5 | (0.1-16%) | Carex illota | 4 |

**Other species with < 5% average cover present in at least 10% of plots:**
Caltha leptosepala (0.1-20%), Salix planifolia (0.1-10%), Carex canescens (1-5%), Deschampsia caespitosa (1-8%), Pedicularis groenlandica (0.1-10%), Ligusticum tenuifolium (0.1-3%), Rhodiola rhodantha (0.1-1%), Juncus mertensianus (0.1-1%).



*Eleocharis quinqueflora*

BLM_0035652

**Beaked spikerush Herbaceous Vegetation**

*Eleocharis rostellata*



**Global rank/State rank:**
G3 / S2

**HGM subclass:**  S3/4

**Colorado elevation range:**
3,950-5,600 ft (1,200-1,700 m)



### General Description

This association is uncommon and localized to calcareous wet meadows, seeps and stream margins, often associated with mineral springs.  Stands often form small or narrow patches, restricted to areas of saturated, spring-fed (often alkaline and/or thermally influenced) soils.  These areas are restricted in size and irregularly distributed on the landscape.

*Eleocharis rostellata* (beaked spikerush) is a member of the sedge family and is unique within that family by being stoloniferous.  The community type forms near monocultures in saturated sites associated with warm springs or fens.  There are two distinct phases of this community: stands with approximately 90% cover of *Eleocharis rostellata*, occurring on relatively deep organic soils and sometimes forming a quaking mat; and stands with less than 70% cover that are more open, with considerable areas of bare soil, gravel, rock, and open water on the surface.  The open phase appears to be restricted to mineral substrates and occurs on gentle as well as very steep slopes.

Substrates are composed of travertine and *Chara* (a green algae which precipitates calcium carbonate) deposits.  A thin (2 in, 5 cm) layer of undecomposed *Eleocharis* stems covers much of the substrate surface.  This type is located in perennially flowing warm water.  Electrical conductivity is also high.

### Vegetation Description

Species diversity of this plant association is low.  In addition to *Eleocharis rostellata* (beaked spikerush), *Scirpus acutus* (hardstem bulrush), *Symphyotrichum eatonii* (Eaton aster), and *Polypogon monspeliensis* (annual rabbitsfoot grass) may be present in small amounts.  Colorado stands included *Carex raynoldsii* (Raynolds' sedge), *Juncus balticus* var. *montanus* (mountain rush), *Schoenoplectus pungens* (threesquare bulrush) and *Equisetum hyemale* (scouringrush horsetail).  A dense layer of algae is also typically found overlying the travertine substrate.  The community type forms

382

BLM_0035653

near monocultures, and may occur as a quaking mat, or may be more open with considerable areas of bare soil, gravel, rock, and open water.

## Ecological Processes

Because of its stoloniferous growth habit, *Eleocharis rostellata* (beaked spikerush) forms dense patches that are resistant to disturbance. Waterfowl eat the stems, roots and achenes of *Eleocharis rostellata*, but palatability is low for livestock and wildlife. Prolonged disturbance or hydrologic changes may result in loss of this community. *Eleocharis rostellata* is considered threatened and endangered in a number of states, mostly in the midwest and northeast, and it is uncommon to rare in Colorado.

| Avg. Cover % | (Range) | Species Name | # Plots (N=2) |
|---|---|---|---|
| 57 | (16-98%) | Eleocharis rostellata | 2 |
| 13 | — | Carex raynoldsii | 1 |

**Other species with < 5% average cover present in at least 10% of plots:**
Juncus balticus var. montanus (2%), Schoenoplectus pungens (1%), Panicum virgatum (1%), Muhlenbergia asperifolia (1%), Equisetum hyemale var. affine (1%), Carex pellita (1%), Veronica anagallis-aquatica (0.1%), Juncus confusus (0.1%), Hordeum jubatum ssp. jubatum (0.1%), Eleocharis palustris (0.1%).



*Eleocharis rostellata*

383

## Scouringrush horsetail Herbaceous Vegetation

### *Equisetum hyemale*



**Global rank/State rank:**
G3 / S3

**HGM subclass:**  R3/4, R5

**Colorado elevation range:**
5,700-6,800 ft (1,730-2,070 m)



### General Description

This plant association occurs on level to moderately sloping sandbars and terraces adjacent to rivers in far western Colorado.  One plot from the upper Arkansas drainage, dominated by *Equisetum laevigatum* but with some cover of *E. hymale*, is included here.  It generally occurs in small patches composed mainly of *Equisetum hyemale* (scouringrush horsetail) with minor cover of associated species.  Sites have a high water table and may be seasonally flooded.

Soils are generally coarse alluvium from sedimentary rock.

### Vegetation Description

*Equisetum hyemale* (scouringrush horsetail) typically provides between 10 and 70% cover in these stands.  Other vegetation may be sparse.  Associated species include *Apocynum cannibinum* (Indianhemp), *Helenium autumnale* (mountain sneezeweed), *Sporobolus airoides* (alkali sacaton), *Distichlis spicata* (inland saltgrass), *Glycyrrhiza lepidota* (American licorice), *Populus deltoides* (plains cottonwood), and *Salix exigua* (sandbar willow).

### Ecological Processes

*Equisetum hyemale* (scouringrush horsetail) is typically an early colonizer of sandbars. It requires wet conditions to become established but can apparently persist as conditions become drier.

384

BLM_0035655

| Avg. Cover % | (Range) | Species Name | # Plots (N=26) |
|---|---|---|---|
| 26 | (3-70%) | Equisetum hyemale var. affine | 26 |
| 15 | (1-30%) | Heterotheca villosa | 3 |
| 5 | (0.1-15%) | Tamarix ramosissima | 3 |
| 5 | (0.1-10%) | Rorippa palustris ssp. hispida | 3 |
| 5 | (1-7%) | Bromus tectorum | 4 |

**Other species with < 5% average cover present in at least 10% of plots:**
Glycyrrhiza lepidota (0.1-10%), Poa pratensis (1-7%), Chrysothamnus linifolius (0.1-10%), Apocynum cannabinum (0.1-10%), Melilotus officinalis (0.1-3%), Populus deltoides (0.1-4%), Asclepias speciosa (0.1-3%), Helenium autumnale var. montanum (0.1-3%), Elymus canadensis (1-1%), Eleocharis palustris (0.1-1%), Argentina anserina (0.1-1%), Salix exigua (0.1-1%), Mentha arvensis (0.1-1%).



*Equisetum hymale*

385

BLM_0035656

## Sea milkwort Herbaceous Vegetation

### *Glaux maritima*



**Global rank/State rank:**
G3 / S2

**HGM subclass:** F1, S3/4

**Colorado elevation range:**
7,900-9,500 ft (2,400-2,900 m)



### General Description

*Glaux maritima* (sea milkwork) is a low-growing, somewhat succulent plant with small, inconspicuous flowers. It dominates sparse stands on alkaline flats that have a high water table and are seasonally wet. The combination of high salt content and high water table limits the species diversity of these sites. This plant association has been described from South Park and the San Luis Valley in Colorado.

This plant association occurs on level or nearly level sites in two of Colorado's intermountain basins. Soils are generally fine, poorly drained, and not highly organic.

### Vegetation Description

Vegetation is usually sparse and limited to halophytes. *Glaux maritima* is usually the dominant species or co-dominant with another species (10-60% cover). No other species are constant in all stands, but the suite of associated species includes *Poa secunda* (Sandberg bluegrass), *Distichlis spicata* (inland saltgrass), *Puccinellia nuttalliana* (Nuttall alkaligrass), *Plantago eriopoda* (redwool plantain), *Juncus balticus* var. *montanus* (mountain rush) and *Hordeum jubatum* (foxtail barley).

### Ecological Processes

Little is known about the successional processes of this plant association.

386

BLM_0035657

| Avg. Cover % | (Range) | Species Name | # Plots (N=7) |
|---|---|---|---|
| 38 | (15-60%) | Juncus balticus var. montanus | 3 |
| 36 | (10-60%) | Glaux maritima | 7 |
| 30 | — | Schoenoplectus pungens | 1 |
| 18 | (2-60%) | Plantago eriopoda | 4 |
| 16 | (2-40%) | Puccinellia nuttalliana | 3 |
| 15 | (5-25%) | Distichlis spicata | 2 |
| 15 | — | Argentina anserina | 1 |
| 15 | — | Poa secunda | 1 |
| 12 | (1-30%) | Hordeum jubatum ssp. jubatum | 3 |
| 10 | — | Scirpus nevadensis | 1 |
| 7 | (5-10%) | Triglochin maritimum | 4 |
| 5 | — | Eleocharis palustris | 1 |
| 5 | — | Spartina gracilis | 1 |
| 5 | — | Deschampsia caespitosa | 1 |

**Other species with < 5% average cover present in at least 10% of plots:**
Pascopyrum smithii (2-5%), Iva axillaris (3%), Polygonum amphibium var. emersum (2%), Ranunculus repens (1%), Sisyrinchium pallidum (1%).



*Glaux maritima*

387

## American mannagrass Herbaceous Vegetation

### *Glyceria grandis*



**Global rank/State rank:**
G2? / S2

**HGM subclass:**  D2/3, D4/5

**Colorado elevation range:**
5,200-8,900 ft (1,580-2,700 m)



### General Description

This tall grass plant association occurs in small depressions along the edges of ditches, small streams, or sloughs.  It may develop where a gentle current occurs, or in the wet sands on the edge of the active channel.  Stands are seasonally or permanently flooded (Depressional 2/3) or occasionally flooded (Depressional 4/5).

This association occurs in wet areas along the Front Range in the transition zone between the foothills and the plains and in valleys in the mountains at low to moderate elevations, often associated with beaver ponds.  Soils are generally coarse, but may be fine, usually sedimentary and alluvial.  Soils vary from mineral to organic; mineral soils may have a thick layer of muck-like organic material.

### Vegetation Description

*Glyceria grandis* (American mannagrass) is generally the most abundant species, with cover values up to 90%.  Occasionally it may be the only species present.  More often a variety of forbs and graminoids, usually with fairly low cover and constancy occur with the *Glyceria grandis*.  Forbs that may occur include *Bidens cernua* (nodding beggartick), *Mentha arvensis* (wild mint), *Solidago* spp. (goldenrod), and *Persicaria* spp. (smartweed).  Graminoid species typically provide greater cover than forbs and may include *Eleocharis palustris* (common spikerush), *Phalaris arundinacea* (reed canarygrass), *Agrostis gigantea* (redtop), *Beckmannia syzigachne* (American sloughgrass) and *Leersia oryzoides* (rice cutgrass).  *Carex nebrascensis* (Nebraska sedge) was present in one stand in the San Luis Valley.

### Ecological Processes

This plant association is usually an indicator of stable water table levels.  A drop in water table will eliminate this association.  Saturated soils are highly susceptible to damage by livestock.

388

BLM_0035659

| Avg. Cover % | (Range) | Species Name | # Plots (N=13) |
|---|---|---|---|
| 57 | (15-90%) | Glyceria grandis | 13 |
| 37 | (10-85%) | Lemna minor | 3 |
| 29 | (15-62%) | Eleocharis palustris | 5 |
| 26 | (2-37%) | Leersia oryzoides | 3 |
| 19 | (0.1-37%) | Juncus nodosus | 2 |
| 18 | (2-37%) | Bidens cernua | 4 |
| 16 | (1-30%) | Carex nebrascensis | 2 |
| 15 | (15-15%) | Carex emoryi | 2 |
| 9 | (2-15%) | Salix exigua | 2 |
| 9 | (2-15%) | Polygonum lapathifolium | 2 |
| 8 | (2-15%) | Agrostis gigantea | 3 |
| 7 | (2-15%) | Beckmannia syzigachne | 3 |
| 7 | (2 -15%) | Schoenoplectus acutus\tabernaemontani | 3 |
| 6 | (2-15%) | Epilobium ciliatum ssp. glandulosum | 4 |
| 6 | (1-15%) | Salix amygdaloides | 3 |
| 5 | (0.1-15%) | Phalaris arundinacea | 4 |

**Other species with < 5% average cover present in at least 10% of plots:**
Polygonum persicaria (0.1-15%), Schoenoplectus pungens (2-5%), Conyza canadensis (2%), Solidago canadensis (2 %), Lycopus americanus (2%), Bidens frondosa (2%), Rorippa nasturtium-aquaticum (2%), Mentha arvensis (0.1-5%), Veronica anagallis-aquatica (0.1-2.5%), Juncus balticus var. montanus (1-2%), Alopecurus aequalis (0.1-2%), Hordeum jubatum ssp. jubatum (0.1-2%), Juncus dudleyi (0.1-1%), Xanthium strumarium (0.1%).



*Glyceria grandis*

389

BLM_0035660

**Fowl mannagrass - Seep monkeyflower - milkflower willowherb Herbaceous Vegetation**

*Glyceria striata - Mimulus guttatus - Epilobium lactiflorum*



*Glyceria striata*

**Global rank/State rank:**
G3 / S3

**HGM subclass:** R1

**Colorado elevation range:**
7,800-10,990 ft (2,380-3,350 m)

### General Description

The *Glyceria striata-Mimulus guttatus-Epilobium lactiflorum* (fowl mannagrass-seep monkeyflower-milkflower willowherb) association typically occurs in small patches along small creeks and brooks in the montane to subalpine zones. The association includes only herbaceous species, but may occupy a small opening in spruce-fir forests.

This association typically occurs on moderately steep to very steep first order streams, but can occur on less steep stream reaches as well. This association occurs on mud or gravel substrates.

### Vegetation Description

This is a small patch community composed of a variable suite of species; either of the three species in the association name may be the dominant species. *Glyceria striata* (fowl mannagrass) is often the most abundant. *Mimulus guttatus* (seep monkeyflower) and *Epilobium lactiflorum* (Milkflower willowherb) are usually present or may occur without *Glyceria striata*. Other species that may occur include *Veronica americana* (American speedwell), *Juncus tracyi* (Tracy rush) and *Carex microptera* (smallwing sedge).

390

BLM_0035661

**Ecological Processes**

This community may be quite unstable due to fluctuating water levels and disturbance from flooding. Successional patterns are unknown, but may vary depending on site topography.

Wet soils, steep gradients, and a short growing season make this association vulnerable to heavy disturbance. These same conditions also deter livestock use somewhat. Forage value and productivity are high for *Glyceria striata* (fowl mannagrass), and low for the other two dominant species. Wet soils are susceptible to compaction and churning by livestock.

| Avg. Cover % | (Range) | Species Name | # Plots (N=12) |
|---|---|---|---|
| 43 | (5-95%) | Glyceria striata | 12 |
| 18 | (5-30%) | Chamerion latifolium | 2 |
| 16 | (2-50%) | Mimulus guttatus | 7 |
| 14 | (3-40%) | Epilobium lactiflorum | 10 |
| 11 | (5-20%) | Veronica americana | 7 |
| 7 | (2-15%) | Juncus tracyi | 6 |
| 6 | (1-15%) | Alopecurus aequalis | 3 |

Other species with < 5% average cover present in at least 10% of plots:
Agrostis stolonifera (2-5%), Oxypolis fendleri (1-5%), Carex microptera (0.1-2%), Equisetum arvense (1%).



*Mimulus guttatus*

lower leaf

391

**American licorice - Scouringrush horsetail Herbaceous Vegetation**

*Glycyrrhiza lepidota - Equisetum hyemale*



**Global rank/State rank:**
GU / S3

**HGM subclass:**  R3/4, R5

**Colorado elevation range:**
5,700-5,850 ft (1,740-1,780 m)



### General Description

Although *Glycyrrhiza lepidota* (American licorice), is a common riparian plant, it rarely forms stands.  In western Colorado, *Glycyrrhiza lepidota-Equisetum hyemale* (American licorice-scouringrush horsetail) forms a minor, small patch association that occurs on sloping banks, low terraces, and recent alluvial surfaces adjacent to streams and rivers at low elevations.

This plant association occurs in medium gradient sections of larger rivers at low elevations, on sloping banks, low terraces, and recent alluvial surfaces.  Soils are generally coarse alluvium derived from sedimentary bedrock.

### Vegetation Description

Vegetation cover is typically low; over 50% of the stand may be bare ground. *Glycyrrhiza lepidota* (American licorice) dominates this plant association with 5 to 40% cover.  *Equisetum hyemale* (scouringrush horsetail) is present with low cover values in most, but not all, stands.  Graminoids that can be present include *Panicum capillare* (witchgrass), *Pascopyrum smithii* (western wheatgrass), *Distichlis spicata* (inland saltgrass),and *Spartina pectinata* (prairie cordgrass).  Forb cover is usually sparse; it may include *Helenium autumnale* (mountain sneezeweed), *Asclepias speciosa* (showy milkweed), *Apocynum cannabinum* (Indianhemp).  Shrubs and trees may occur in small amounts, including *Populus deltoides* (plains cottonwood), *Salix exigua* (sandbar willow), *Rhus trilobata* (skunkbush sumac), and *Tamarix ramosissima* (saltcedar).

### Ecological Processes

In Colorado, this plant association is an early successional community established after disturbance by flood events.  Sampled stands along the Green River in Colorado tend to be inaccessible and rarely grazed by livestock.  Patches of *Glycyrrhiza lepidota*

392

(American licorice) have also been observed on large floodplains on the Front Range and plains. *Glycyrrhiza lepidota* will increase with heavy grazing and can be an indicator of past disturbances of any kind.

| Avg. Cover % | (Range) | Species Name | # Plots (N=11) |
|---|---|---|---|
| 23 | (5-40%) | Glycyrrhiza lepidota | 11 |
| **Other species with < 5% average cover present in at least 10% of plots:** Spartina pectinata (2-5%), Distichlis spicata (0.1-7%), Astragalus pinonis (2-3%), Equisetum hyemale var. affine (0.1-7%), Tamarix ramosissima (1-2%), Pascopyrum smithii (0.1-3%), Populus deltoides (0.1-2%), Helenium autumnale var. montanum (1%), Elymus canadensis (0.1-1%), Asclepias speciosa (0.1-2%), Apocynum cannabinum (0.1-1%), Salix exigua (0.1-1%), Celtis laevigata var. reticulata (0.1%). | | | |



*Glycyrrhiza lepidota*

393

BLM_0035664

**Foxtail barley Herbaceous Vegetation**

*Hordeum (=Critesion) jubatum*



**Global rank/State rank:**
G4 / S4

**HGM subclass:** D2/3, D4/5

**Colorado elevation range:**
5,400-7,700 ft (1,650-2,350 m)



### General Description

*Hordeum jubatum* (foxtail barley) is a short-lived perennial native grass of wet meadows. Stands are common in Colorado but are rarely reported in the literature. Documented stands include a playa on the eastern plains, Cherry Creek near Denver and sites in La Plata, Alamosa and Saguache counties. These documented sites are low elevation shallow basins that may be either seasonally to permanently flooded (the D2/3 HGM subclass) or intermittently to temporarily flooded (D4/5). Intermittently flooded basins tend to be nearly flat; seasonally and permanently flooded basins typically are deeper and *Hordeum jubatum* occurs on pond edges, or in the drawdown zone. Soils are fine to coarse and poorly to very poorly drained. Soil salinity is variable. The soil surface may be covered with white salt crusts with moderately to strongly saline soils.

### Vegetation Description

Vegetation in *Hordeum jubatum* meadows is sparse to dense with *Hordeum jubatum* making up 5 to 85% cover of documented stands. Associated species rarely contribute more than 15% cover. Species composition is highly variable between stands, reflecting the moisture and soil differences between sites. *Eleocharis palustris* (common spikerush) is present in about half the stands.

Stands may have an assortment of weedy annual or perennial forbs and graminoids, including *Polygonum* (knotweed) spp., *Echinochloa crus-galli* (barnyard grass), *Xanthium strumarium* (rough cocklebur). *Plantago major* (common plantain), *Erodium cicutarium* (redstem storksbill), *Convolvulus arvensis* (field bindweed), *Bromus japonicus* (Japanese brome), *Chenopodium album* (lambsquarters) and numerous others.

394

BLM_0035665

Wetter sites adjacent to *Hordeum jubatum* stands are often open water. Surrounding uplands can be dominated by a variety of grasslands or shrublands.

## Ecological Processes

*Hordeum jubatum* is a common, short-lived pioneer species. It may represent a seral stage that will be taken over by more permanent grasses as conditions change. It is moderately salt tolerant and can densely colonize areas disturbed by flooding along drainages, around playas, and more permanent ponds. Often around playas, this association occupies a zone of intermediate salinity between halophytic vegetation dominated by *Distichlis spicata* (inland saltgrass), *Puccinellia nuttalliana (=airoides)* (Nuttall alkaligrass), or *Salicornia rubra* (red swampfire), and non-saline mesic prairie vegetation dominated by *Pascopyrum smithii* (western wheatgrass), *Poa* spp. (bluegrass), or *Elymus* spp (wild rye). Vegetation cover, species composition, and soil salinity, as well as the direction of succession of this type, depend on the amount and timing of precipitation and flooding.

| Avg. Cover % | (Range) | Species Name | # Plots (N=13) |
|---|---|---|---|
| 37 | (5-85%) | Hordeum jubatum ssp. jubatum | 13 |
| 20 | (2-37%) | Polygonum douglasii | 2 |
| 9 | (2-15%) | Scirpus pallidus | 2 |
| 9 | (2-15%) | Alopecurus aequalis | 2 |
| 6 | (2-15%) | Echinochloa crus-galli | 5 |
| 5 | (2-15%) | Eleocharis palustris | 6 |

**Other species with < 5% average cover present in at least 10% of plots:**
Polygonum arenastrum (2%), Elymus trachycaulus ssp. trachycaulus (2%), Veronica anagallis-aquatica (2%), Xanthium strumarium (1-2%), Plantago major (1-2%), Conyza canadensis (0.1-2%), Salix amygdaloides (0.1-2%), Rumex salicifolius var. mexicanum (0.1%).



*Hordeum jubatum*

395

## Mountain rush Herbaceous Vegetation

### *Juncus balticus* var. *montanus*



**Global rank/State rank:**
G5 / S5

**HGM subclass:** D2/3, D4/5,
S3/4, R3/4

**Colorado elevation range:**
4,900-10,000 ft (1,500-3,050 m)



### General Description

This plant association occurs as small, dense patches on flat stream benches, along overflow channels, near springs, and around ponds. It is characterized by a dense sward of *Juncus balticus* var. *montanus* (mountain rush) and often minor cover of *Carex* (sedge) species. Forb cover is generally low. This association is often considered to be a grazing-induced community since it is not palatable to livestock and increases with grazing.

Adjacent stream channels are highly variable and can be narrow and deeply entrenched, moderately wide and moderately sinuous, moderately wide and very sinuous, narrow and very sinuous, or braided. Soil textures are also variable. They range from sandy and well drained, to silty clay loams, to pure organic matter, however most stands occur on coarse-textured sandy loams with a high percentage of cobbles and gravel. Mottles or gleyed horizons are often present.

### Vegetation Description

This plant association is very easy to recognize with its band of dark green following the channel path or surrounding depressions. *Juncus balticus* var. *montanus* (mountain rush) is the dominant and indicator species for this community. Because it occurs over a broad elevational and latitudinal range in Colorado, associated species are variable. Some of the more frequently encountered species include *Carex aquatilis* (water sedge), *Carex praegracilis* (clustered field sedge), *Carex utriculata* (beaked sedge), *Glyceria striata* (fowl mannagrass), *Distichlis spicata* (inland saltgrass) and *Eleocharis palustris* (common spikerush).

Forb cover is usually minor, and may include *Argentina anserina* (silverweed cinquefoil), *Achillea millefolium* var. *occidentalis* (western yarrow), *Mentha arvensis* (wild mint) or *Trifolium* spp.(clover). Degraded stands and grazing-induced stands of *Juncus balticus* var. *montanus* (mountain rush) can have high abundance of *Agrostis*

396

BLM_0035667

*gigantea* (redtop), *Poa pratensis* (Kentucky bluegrass), *Phleum pratense* (timothy), and *Taraxacum officinale* (dandelion). Occasionally, a few tree or shrub seedlings may be present with 3-15% cover, including *Populus angustifolia* (narrowleaf cottonwood), *Dasiphora floribunda* (shrubby cinquefoil), and *Salix exigua* (sandbar willow).

### Ecological Processes



*Juncus balticus*
*var. montanus*

In low-disturbance areas, this plant association appears to be a stable, climax community, often persisting in the absence of wetland conditions. It occupies frequently inundated swales and wet, low- to mid-elevation sites. However, in some areas, this association is considered to be grazing-induced. *Juncus balticus* var. *montanus* (mountain rush) is considered an increaser due to its low forage value and high tolerance to grazing. It usually increases in abundance on sites formerly dominated by *Deschampsia caespitosa* (tufted hairgrass) or *Calamagrostis canadensis* (bluejoint reedgrass). Nearly pure stands of *Juncus balticus* var. *montanus* (mountain rush) indicate that the site may have been heavily grazed in the past.

| Avg. Cover % | (Range) | Species Name | # Plots (N=178) |
|---|---|---|---|
| 54 | (1-100%) | Juncus balticus var. montanus | 178 |
| 19 | (0.1-63%) | Agrostis gigantea | 24 |
| 17 | (1-55%) | Argentina anserina | 67 |
| 16 | (0.1-85%) | Poa pratensis | 60 |
| 9 | (0.1-40%) | Carex praegracilis | 34 |
| 9 | (1-25%) | Carex simulata | 20 |
| 8 | (0.1-30%) | Deschampsia caespitosa | 67 |
| 8 | (0.1-45%) | Phleum pratense | 27 |
| 7 | (0.1-30%) | Hordeum jubatum ssp. jubatum | 40 |
| 6 | (0.1-20%) | Plantago eriopoda | 24 |
| 6 | (0.1-15%) | Dasiphora floribunda | 18 |
| 5 | (0.1-30%) | Iris missouriensis | 28 |
| 5 | (0.1-30%) | Taraxacum officinale | 48 |

Other species with < 5% average cover present in at least 10% of plots:
Poa secunda (0.1-10%), Potentilla gracilis (0.1-10%), Juncus longistylis (1-15%), Elymus trachycaulus ssp. trachycaulus (0.1-25%), Mentha arvensis (0.1-25%), Triglochin maritimum (0.1-15%), Pedicularis crenulata (0.1-15%), Calamagrostis stricta (0.1-15%), Achillea millefolium var. occidentalis (0.1-15%), Crepis runcinata ssp. runcinata (0.1-10%).

BLM_0035668

## Bellardi bog sedge - Alpine meadowrue Extreme Rich Fen

### *Kobresia myosuroides - Thalictrum alpinum*



**Global rank/State rank:**
G2 / S1

**HGM subclass:** S1/2

**Colorado elevation range:**
8,950-9,900 ft (2,730-3,000 m)



### General Description

The *Kobresia myosuroides-Thalictrum alpinum* (Bellardi bog sedge-alpine meadowrue) association is found in extreme rich fens (fens with high levels of calcium, magnesium, and other plant nutrients in the groundwater that feeds this system) in the intermountain valley of South Park, Colorado.  This plant association tends to occur on the outer, somewhat drier edges of the peatland, growing on the tops of hummocks that it builds as it grows.  Where best developed, these hummocks may be up to 20 inches (50 cm) high.

A similar association occurs in California's Convict Creek Basin.  There it occurs in depressions which are very wet or have standing water in early summer.  These areas have a long-persisting snow cover and a peaty sod with hummocks or solifluction.  Soils are generally deep peats somewhat better drained than lower, surrounding soils.

### Vegetation Description

This association is characterized by *Kobresia myosuroides* (10-60% cover) and *Thalictrum alpinum* (5-25% cover) occurring on hummocks often up to 20 inches (50 cm) tall in the drier end of the hydrologic gradient of the fen.  The exreme rich fen setting and the presence of *Thalictrum alpinum* at 100% constancy in the community separates this association from the *Kobresia myosuroides*-dominated alpine communities.  Associated plant species occurring in at least half of the plots include *Salix brachycarpa* (barrenground willow), *Ptilagrostis porteri* (=*Ptilagrostis mongholica* ssp. *porteri,* Porter false needlegrass), *Juncus balticus* var. *montanus* (mountain rush), *Kobresia simpliciuscula* (simple bog sedge) *Polygonum viviparum* (alpine bistort), *Deschampsia caespitosa* (tufted hairgrass), *Muhlenbergia filiformis* (pullup muhly), *Dasiphora floribunda* (shrubby cinquefoil), *Carex aquatilis* (water sedge), and *Carex capillaris* (hairlike sedge).

398

BLM_0035669

A number of rare plant species may occur in this association: *Ptilagrostis porteri* (Porter false needlegrass)*, Sisyrinchium pallidum* (pale blue-eyed grass), *Primula egaliksensis* (Greenland primrose), *Packera pauciflora* (alpine groundsel), and *Carex scirpoidea* (northern singlespike sedge).

### Ecological Processes

Extreme rich fens are small-patch communities confined to specific environments defined by groundwater discharge, soil chemistry, and peat accumulation of at least 40 cm. Fens form at low points in the landscape at or near slopes where groundwater intercepts the soil surface. The water chemistry is distinct in that it contains high levels of calcium and magnesium.



*Kobresia myosuroides*

Saturated soils in the fens and the cool climate in South Park produce the conditions necessary for the formation of layers of peat in the fens. The rate of peat accumulation in extreme rich fens is even slower than in the rich and intermediate fens found in other parts of the state. While rich fens accumulate 10 to 16 inches of peat in one thousand years, the extreme rich fens of South Park accumulate only about 4.3 inches in one thousand years.

| Avg. Cover % | (Range) | Species Name | # Plots (N=11) |
|---|---|---|---|
| 48 | (40-60%) | Kobresia myosuroides | 11 |
| 15 | (5-30%) | Juncus balticus var. montanus | 10 |
| 12 | (1-25%) | Muhlenbergia filiformis | 6 |
| 10 | (1-20%) | Salix brachycarpa | 9 |
| 9 | (5-20%) | Thalictrum alpinum | 11 |
| 7 | (2-10%) | Ptilagrostis porteri | 5 |
| 6 | (2-10%) | Deschampsia caespitosa | 5 |
| 6 | (3-10%) | Kobresia simpliciuscula | 4 |
| 5 | (1-20%) | Dasiphora floribunda | 7 |
| 5 | (1-20%) | Parnassia palustris var. parviflora | 5 |

**Other species with < 5% average cover present in at least 10% of plots:**
Argentina anserina (3-5%), Polygonum viviparum (1-5%), Carex praegracilis (1-5%), Festuca arizonica (1-5%), Antennaria corymbosa (1-5%), Carex capillaris (1-5%), Carex aquatilis (1-5%), Elymus trachycaulus ssp. trachycaulus (1-5%), Carex scirpoidea (1-3%), Zigadenus elegans ssp. elegans (2%), Galium boreale (2%), Gentianopsis thermalis (1-3%), Packera pauciflora (1-4%), Symphyotrichum foliaceum (1-2%), Pedicularis crenulata (1%), Primula incana (1%), Valeriana edulis (1%), Campanula parryi (1%), Crepis runcinata ssp. runcinata (1%), Triglochin palustre (1%), Trifolium longipes (1%), Dodecatheon pulchellum (1%), Potentilla gracilis (1%), Symphyotrichum spathulatum (1%), Primula egaliksensis (1%), Sisyrinchium pallidum (0.1-1%), Lomatogonium rotatum (0.1-1%).

399

BLM_0035670

## Simple bog sedge - (Rolland bulrush) Extreme Rich Fen

### *Kobresia simpliciuscula - (Trichophorum pumilum)*



**Global rank/State rank:**
G2 / S1

**HGM subclass:**  S1/2

**Colorado elevation range:**
8,900-9,800 ft (2,700-3,000 m)



### General Description

The *Kobresia simpliciuscula-(Trichophorum pumilum)* (simple bog sedge-(Rolland bulrush)) plant association is generally found growing on hummocks (mounds of organic soil) in wet parts of extreme rich fens (fens with high levels of calcium, magnesium, and other plant nutrients in the groundwater that feeds this system). Depressions beneath the hummocks are usually inundated to the surface throughout most of the growing season and contain stands of species that tolerate saturated conditions.

This plant association occurs on hummocks in level to gently sloping fens.  Soils are generally poorly drained and highly organic.

### Vegetation Description

*Kobresia simpliciuscula* (simple bog sedge) is the most conspicuous species in this association, with cover values between 15 and 60%.  *Trichophorum pumilum* (Rolland bulrush) occurs almost exclusively in this community, but may not always be present. Cover varies from 0 to 30%.  *Thalictrum alpinum* (alpine meadowrue) is the most common and abundant forb in these stands.  Typical graminoids include *Juncus balticus* var. *montanus* (mountain rush), *Carex aquatilis* (water sedge), and *Kobresia myosuroides* (Bellardi bog sedge).  Shrubs which may be present include *Salix brachycarpa* (barrenground willow), *Salix candida* (hoary willow) and *Salix myrtillifolia* (blueberry willow).

*Trichophorum pumilum, Salix candida* and *Salix myrtillifolia* are rare in Colorado.  A number of other rare plant species may occur in this association:  *Ptilagrostis porteri* (Porter false needlegrass), *Sisyrinchium pallidum* (pale blue-eyed grass), *Primula egaliksensis* (Greenland primrose), and *Carex scirpoidea* (northern singlespike sedge).

400

Extreme rich fens consist of a mosaic of associations. *Carex aquatilis* (water sedge) and *Eleocharis quinqueflora* (fewflower spikerush) often occur in the water tracks separating hummocks.

## Ecological Processes

This community appears to be stable unless disturbed by grazing, mining, or changes in the hydrologic regime. The community is sensitive to grazing, especially from mid-June through the end of the summer. Peat mining destroys the community and restoration is generally impossible since the peat substrate takes thousands of years to develop. Reduced water levels would result in drying of the substrate and a change to a shrub dominated community. Reduced mineral content of the water supporting the fens would be expected to change the species composition of this community.

| Avg. Cover % | (Range) | Species Name | # Plots (N=13) |
|---|---|---|---|
| 38 | (15-60%) | Kobresia simpliciuscula | 13 |
| 25 | (10-60%) | Thalictrum alpinum | 8 |
| 11 | (1-30%) | Trichophorum pumilum | 6 |
| 10 | (5-15%) | Kobresia myosuroides | 3 |
| 7 | (1-15%) | Carex aquatilis | 7 |
| 6 | (2-10%) | Juncus balticus var. montanus | 7 |
| 6 | (1-10%) | Carex scirpoidea | 4 |
| 5 | (2-10%) | Salix brachycarpa | 6 |

**Other species with < 5% average cover present in at least 10% of plots:**
Carex simulata (1-5%), Polygonum viviparum (1-10%), Salix candida (1-5%), Eleocharis quinqueflora (1-5%), Ptilagrostis porteri (1-5%), Triglochin maritimum (1-5%), Muhlenbergia filiformis (1-5%), Carex capillaris (1-5%), Carex microptera (1-5%), Carex hassei (1-3%), Dasiphora floribunda (1-2%), Triglochin palustre (1-2%), Primula egaliksensis (1%), Deschampsia caespitosa (1%), Juncus alpinoarticulatus (1%), Primula incana (1%), Carex aurea (1%), Gentiana fremontii (1%), Sisyrinchium pallidum (1%), Dodecatheon pulchellum (1%), Gentianopsis thermalis (1%), Parnassia palustris var. parviflora (1%), Pedicularis groenlandica (1%).



*Kobresia simpliciuscula*

401

BLM_0035672

# Rice cutgrass Herbaceous Vegetation

## *Leersia oryzoides*



**Global rank/State rank:**
GU / S2

**HGM subclass:** D2/3

**Colorado elevation range:**
5,100-6,000 ft (1,550-1,830 m)



*Leersia oryzoides*

## General Description

*Leersia oryzoides* (rice cutgrass) is a perennial native species of wet meadows, sloughs, ditches, and streamsides. A tall rhizomatous grass growing to four feet (1.2 m), it is a common component of nitrophilous communities, growing on nutrient-rich mud or sands close to stream edges. Seasonal inundation and regular disturbance provide the areas of bare mud and open vegetation structure that favor this species.

This association is typically found along ditches, small streams, and sloughs where small currents occur during some part of the growing season. Soils are typically nitrogen rich alluvial deposits.

## Vegetation Description

*Leersia oryzoides* (rice cutgrass) is the characteristic species of this association, and is usually dominant with cover ranging from 2 to 90%. Associated species can include a wide variety of both native and introduced herbaceous species. The most common include *Eleocharis palustris* (common spikerush), *Polygonum douglasii* (Douglas' knotweed) and *Epilobium ciliatum* ssp. *glandulosum* (fringed willowherb). Occasional plots may include small amounts of woody vegetation such as *Salix amygdaloides* (peachleaf willow) from adjacent riparian communities.

## Ecological Processes

This is an early seral association. Given the rhizomatous growth habit of the dominant species, it is likely to persist and spread over time.

402

BLM_0035673

| Avg. Cover % | (Range) | Species Name | # Plots (N=4) |
|---|---|---|---|
| 42 | (2-90%) | Leersia oryzoides | 4 |
| 38 | — | Geum macrophyllum var. perincisum | 1 |
| 15 | — | Juncus articulatus | 1 |
| 15 | — | Glyceria grandis | 1 |
| 9 | (2-15%) | Polygonum douglasii | 2 |
| 3 | (1-5%) | Eleocharis palustris | 4 |

**Other species with < 5% average cover present in at least 10% of plots:**
Epilobium ciliatum ssp. glandulosum (2%), Beckmannia syzigachne (2%), Bidens cernua (2%), Echinochloa crus-galli (2%), Mentha arvensis (2%), Polygonum lapathifolium (2%), Polygonum persicaria (2%), Rorippa nasturtium-aquaticum (2%), Schoenoplectus acutus\tabernaemontani (2%), Sagittaria cuneata (1%), Berula erecta (0.1%), Bidens frondosa (0.1%), Asclepias incarnata (0.1%), Sparganium eurycarpum (0.1%), Salix amygdaloides (0.1%).

403

BLM_0035674

## Alkali muhly Herbaceous Vegetation
### *Muhlenbergia asperifolia*



*Muhlenbergia asperifolia*

**Global rank/State rank:**
G3? / S3?

**HGM subclass:**  F1, R5

**Colorado elevation range:**
3,450-5,950 ft (1,050-1,800 m)



### General Description

The *Muhlenbergia asperifolia* (alkali muhly) plant association occurs as small, patchy meadows or strips of grass along stream courses and low-lying swales associated with alkaline soils.  It occurs in nearly pure stands in saline or alkaline bottomlands where the water table is high.

Associated stream channels were sandy braided systems or meandering, low gradient, broad rivers.  This association also occurs in low swales away from riparian areas, and can be found in brackish marshes and roadside ditches.  Soils are deep (20-24 in, 50-60 cm) silty clays and sand over sandy loams.

### Vegetation Description

Stands of this grassland are small and open, with a generally patchy nature. *Muhlenbergia asperifolia* (alkali muhly) is the dominant graminoid.  Other graminoids that may be present include *Spartina gracilis* (alkali cordgrass), *Eleocharis palustris* (common spikerush), *Elymus canadensis* (Canada wildrye).  *Bromus tectorum* (cheatgrass) and *Iva axillaris* (povertyweed) may also be present, indicating the site has been disturbed in the recent past.

The surrounding riparian area may include *Scirpus* (bulrush) marshes, *Salix exigua* (sandbar willow) or *Tamarix ramosissima* (saltcedar) shrublands, young *Populus deltoides* (cottonwood) thickets on lower terraces and streambanks, and older, widely spaced, mature cottonwoods on upper terraces.

404

## Ecological Processes

Little information is available on the successional status of this plant association. *Muhlenbergia asperifolia* (alkali muhly) is an indicator of saline or alkaline soil conditions.  It appears to be an early-seral community as it occurs in moist alkaline meadows, margins of playa lakes and streams.  It invades newly disturbed roadsides and alluvial deposits.

| Avg. Cover % | (Range) | Species Name | # Plots (N=10) |
|---|---|---|---|
| 44 | (10-88%) | Muhlenbergia asperifolia | 9* |
| 31 | (15-63%) | Eleocharis palustris | 3 |
| 17 | (0.1-38%) | Distichlis spicata | 4 |
| 6 | (1-10%) | Iva axillaris | 2 |
| 5 | (0.1-15%) | Cirsium arvense | 3 |
| 5 | (1-15%) | Schoenoplectus pungens | 4 |
| 5 | (2-7%) | Elymus canadensis | 2 |

**Other species with < 5% average cover present in at least 10% of plots:**
Glycyrrhiza lepidota (1-5%), Artemisia tridentata (1-5%), Castilleja miniata (0.1-5%), **Polypogon monspeliensis** (1-5%), Helianthus annuus (1-4%), Hordeum jubatum ssp. jubatum (1-5%), Melilotus officinalis (1-2%), Medicago sativa (0.1-3%), Tamarix ramosissima (1%), Chenopodium album (1%), Equisetum laevigatum (1%), Epilobium ciliatum ssp. glandulosum (0.1-1%), Sonchus asper (0.1-1%), Asclepias speciosa (0.1-1%), **R**umex crispus (0.1-1%),.

\* Muhlenbergia asperifolia occurred in all stands, but was not captured in every sample plot.

405

BLM_0035676

**Reed canarygrass Western Herbaceous Vegetation**

*Phalaris arundinacea*



**Global rank/State rank:**
G5 / S5

**HGM subclass:** D2/3, S3/4?

**Colorado elevation range:**
5,180-8,900 ft (1,580-2,700 m)



<u>**General Description**</u>

The *Phalaris arundinacea* (reed canarygrass) association occurs at lower to middle elevations in Colorado on stream banks, pond and lake margins, and in wet meadows. Flooding can vary from brief to extended periods.

This association occurs in relatively flat to rolling sites, at the edges of streams or ponds or in meadows that remain inundated part of the year. Soils are commonly fine-textured, but can be coarser. Subsoil is often mottled and gleyed due to frequent inundation of the site during the growing season.

<u>**Vegetation Description**</u>

This association is characterized by a dense, tall herbaceous layer dominated by *Phalaris arundinacea* (reed canarygrass), which often forms near monocultures. Other vegetation in the stands depends on the typical amount and duration of the water level. *Schoenoplectus acutus* var. *acutus* (hardstem bulrush) is a common associate in the wettest sites. Other species that may be present include *Hordeum jubatum* (foxtail barley), *Elymus* spp. (rye grasses) and *Eleocharis palustris* (common spikerush). The non-native species, *Poa pratensis* (Kentucky bluegrass), *Agrostis gigantea* (redtop), *Phleum pratense* (timothy), *Trifolium* spp. (clovers) and *Cirsium arvense* (Canada thistle) may be fairly abundant in drier, disturbed sites.

<u>**Ecological Processes**</u>

*Phalaris arundinacea* (reed canarygrass) has been widely distributed as a forage grass, and readily escapes from pastures into wetlands, displacing other wetland species. It is highly competitive because of the thick sod produced by its rhizomes. It often completely dominates stands, excluding other species. It is extremely difficult to

406

remove once established.  Fire may be used to control the spread of reed canarygrass, but success of this method is usually limited due to the high water table where stands occur.

This community often occurs in disturbed wetland sites where the water table has been artificially lowered by stream diversion and channel downcutting.  Reed canarygrass is a rapid colonizer of damp, highly organic substrates.  Stands are usually wet or poorly drained.  Soils are flooded or saturated for much of the growing season.  The association has some tolerance for short periods of drought.  Soil conditions may be acidic or alkaline.

| Avg. Cover % | (Range) | Species Name | # Plots (N=11) |
|---|---|---|---|
| 74 | (15-100%) | Phalaris arundinacea | 11 |
| 38 | (38-38%) | Schoenoplectus acutus\tabernaemontani | 2 |
| 34 | (5-88%) | Poa pratensis | 3 |
| 10 | (5-30%) | Agrostis gigantea | 5 |
| 10 | (5-15%) | Eleocharis palustris | 2 |
| 10 | (5-15%) | Hordeum jubatum ssp. jubatum | 2 |
| 5 | (5-5%) | Elymus canadensis | 2 |
| **Other species with < 5% average cover present in at least 10% of plots:** | | | |
| Cirsium arvense (1-5%), Phleum pratense (0.1-1%). | | | |



*Phalaris arundinacea*

407

BLM_0035678

**Common reed Herbaceous Vegetation**

*Phragmites australis*



**Global rank/State rank:**
G5 / S3

**HGM subclass:**  R5

**Colorado elevation range:**
3,900-6,500 ft (1,200-1,980 m)



## General Description

The *Phragmites australis* (common reed) plant association is a tall (3-5 ft, 1-1.5 m) reed community often growing in small wet patches at seeps and backwater areas of large floodplains, around the fringes of irrigation ponds, and ditches, and along railroad embankments that have poor drainage.  The *Phragmites australis* (common reed) plant association was once thought to be widespread throughout western Colorado.  Now, it occurs only in small, isolated patches where water has become impounded, such as adjacent to raised railroad beds, irrigation ditches, oxbow lakes, and other low-lying swampy areas.  It is threatened by stream flow alterations, road building and maintenance.

This plant association occurs in seeps, along irrigation ditches and outflows, and in oxbow lakes.  Soils are deep silty clay loams and sands, often with rich mottling at the level of the fluctuating water table.

## Vegetation Description

This vegetation is characterized by tall (5-8 ft, 1.6-2.6 m) grasses in small pockets and stands in marshes and wetlands on broad floodplains.  *Phragmites australis* (common reed) is the dominant and diagnostic species.  While stands appear to be pure, monotypic stands of the grass, there are almost always a few other, if highly variable, species present.  These include *Salix exigua* (sandbar willow), *Conyza canadensis* (Canadian horseweed), and *Apocynum androsaemifolium* (spreading dogbane).

## Ecological Processes

*Phragmites australis* (common reed) generally requires seasonal flooding in the spring.  This species has strong rhizomes that allow it to out compete all but the most aggressive weedy species.  With heavy disturbance, however, exotic species such as *Cirsium arvense* (Canada thistle) may invade this plant association.

BLM_0035679

| Avg. Cover % | (Range) | Species Name | # Plots (N=3) |
|---|---|---|---|
| 78 | (65-88%) | Phragmites australis | 3 |
| 38 | — | Atriplex argentea | 1 |
| 15 | — | Bromus tectorum | 1 |
| 15 | — | Chrysothamnus viscidiflorus | 1 |
| 10 | (5-15%) | Conyza canadensis | 2 |
| 5 | — | Kobresia sibirica | 1 |
| 5 | — | Lactuca serriola | 1 |

**Other species with < 5% average cover present in at least 10% of plots:**
Lepidium virginicum (4%), Salix exigua (1-5%), Bassia hyssopifolia (2%), Chenopodium album (2%), Cirsium arvense (2%), Asparagus officinalis (1%), Bromus commutatus (1%), Cardamine cordifolia (1%), Carduus nutans ssp. macrolepis (1%), Apocynum androsaemifolium (1%), Cirsium vulgare (1%), Glycyrrhiza lepidota (1%), Helianthus annuus (1%), Maianthemum stellatum (1%), Poa palustris (1%), Rudbeckia laciniata var. ampla (1%), Salix amygdaloides (1%), Artemisia michauxiana (0.1%).



*Phragmites australis*

409

BLM_0035680

**Knotweed spp. - Mesic Graminoid Herbaceous Vegetation**

*Polygonum* **spp. - Mesic Graminoid**



**Global rank/State rank:**
Not Applicable

**HGM subclass:** D4/5

**Colorado elevation range:**
5,280-6000 ft (1,610-1830 m)



<u>**General Description**</u>

This is a small patch type at lower elevations along the edges of reservoirs, lakes, ponds, marshes, swales, and other low areas. This ephemeral pond community type occurs widely throughout the Midwestern region of the United States. Stands occur in shallow depressions that may flood for several weeks in the spring, then draw down during the summer. The community may be found in low spots on the plains or in depressions on floodplains.

Soils include most textures from fine clays to sandy loams. The dominant plants of the association are usually intolerant of alkaline or saline conditions.

<u>**Vegetation Description**</u>

One or two species of *Polygonum* (knotweed), usually introduced species, typically dominate this type with sparse to dense cover (15-98%). Dominants are usually *Polygonum lapathifolium* or *Polygonum arenastrum,* and other knotweed species including *Polygonum hydropiper* and *Polygonum douglasii* may also be present in minor amounts.

Associated species are often introduced and are highly variable from stand to stand. Graminoids tend to be more common than forbs. The most commonly occurring graminoid species include *Echinochloa crus-galli* (barnyard grass), *Hordeum jubatum* (foxtail barley), *Alopecurus aequalis* (shortawn foxtail) and *Eleocharis palustris* (common spikerush). Common forbs include *Xanthium strumarium* (rough cocklebur) and *Rumex salicifolius* var. *mexicanus* (willow dock).

410

BLM_0035681

## Ecological Processes

*Polygonum* (knotweed) species are aggressive invaders of shallow water and exposed mud flats. Shore vegetation tends to be a mosaic or bands of short-lived plant communities that survive or disappear depending on water depth in the basin. The vegetation is composed of mostly early successional species that become established when water levels are low. When the shore is inundated for longer periods, some species may be eliminated, but the *Polygonum* species are usually tolerant of longer periods of flooding.

In some areas of the Midwest this association supports rare marsh vegetation. Associated ephemeral ponds may be very important for certain amphibians and invertebrates.

| Avg. Cover % | (Range) | Species Name | # Plots (N=16) |
|---|---|---|---|
| 64 | (2-97%) | Polygonum lapathifolium | 9 |
| 26 | (15-37%) | Polygonum arenastrum | 8 |
| 13 | (2-37%) | Hordeum jubatum ssp. jubatum | 6 |
| 9 | (2-37%) | Echinochloa crus-galli | 9 |

**Other species with < 5% average cover present in at least 10% of plots:**
Xanthium strumarium (2%), Alopecurus aequalis (1-2%), Rumex salicifolius var. mexicanus (1-2%), Eleocharis palustris (0.1-2%).



*Polygonum lapathifolia*

411

## Nuttall alkaligrass Herbaceous Vegetation

### *Puccinellia nuttalliana (=airoides)*



**Global rank/State rank:**
G3? / S3

**HGM subclass:**  F1

**Colorado elevation range:**
4,950-9,500 ft (1,510-2,900 m)



### General Description

*Puccinellia nuttalliana* (Nuttall alkaligrass) forms a short grassland (15-30 in, 4-8 dm) with small amounts of forbs and other grasses present.  *Puccinellia nuttalliana* needs moist soils of intermediate salinity in seasonally wet meadows.  The topography of the area is generally flat, with poor drainage.  Much of the ground surface may be bare.

This association is generally found on flat, seasonally wet meadows with fine soil. These moist soils are saline and alkaline and in South Park, Colorado are derived from calcareous shales.  The soils usually dry out during the growing season.  Soils are generally fine colluvial material and range in moisture from dry to permanently wet.

### Vegetation Description

*Puccinellia nuttalliana* (Nuttall alkaligrass) is the characteristic and diagnostic species of this association, and is always present.  Cover values range from 5-100%.  It is usually the dominant species, but in a few plots was secondary to *Spergularia maritima* (media sandspurry) or *Trifolium pratense* (red clover).  Associated species are usually herbaceous, and commonly include *Hordeum jubatum* ssp. *jubatum* (foxtail barley), *Triglochin maritmum* (seaside arrowgrass) and *Spergularia maritima* (media sandspurry).

### Ecological Processes

In playas, salt flats and saline lakes this community forms a ring around concentrated stands of species that are more tolerant of inundation.  In this type of community it is common for *Puccinellia nuttalliana* (Nuttall alkaligrass) to dominate the graminoid layer.  *Distichlis spicata* (inland saltgrass) or *Hordeum jubatum* (foxtail barley) can co-dominate some stands.  *Hordeum jubatum* can replace *Puccinellia nuttalliana* if a stand receives prolonged disturbance.

412

BLM_0035683

| Avg. Cover % | (Range) | Species Name | # Plots (N=20) |
|---|---|---|---|
| 50 | (5-100%) | Puccinellia nuttalliana | 20 |
| 46 | (10-90%) | Spergularia maritima | 4 |
| 9 | (3-25%) | Hordeum jubatum ssp. jubatum | 10 |
| 9 | (0.1-20%) | Triglochin maritimum | 4 |
| 8 | (5-10%) | Distichlis spicata | 2 |
| 8 | (5-10%) | Iva axillaris | 2 |

**Other species with < 5% average cover present in at least 10% of plots:**

Suaeda calceoliformis (2-7%), Muhlenbergia asperifolia (2-3%), Ranunculus cymbalaria (0.1-1%).



*Puccinellia nuttaliana
(= airoides)*

413

BLM_0035684

## Brook saxifrage Herbaceous Vegetation

### *Saxifraga odontoloma*



**Global rank/State rank:**
GU / S2

**HGM subclass:** R1

**Colorado elevation range:**
8,900-11,800 ft (2,700-3,600 m)



### General Description

The *Saxifraga odontoloma* (brook saxifrage) plant association occurs adjacent to streamsides, seeps, marshes, and springs in the subalpine and lower alpine areas. It has been documented from the Indian Peaks Wilderness and Gunnison County in Colorado and is probably widespread in mountainous areas of the state. Documented sites are located on stabilized, west-facing slopes. Soils are skeletal and slightly acidic. This association is characterized by *Saxifraga odontoloma*, a perennial forb that dominates the herbaceous stratum. The graminoid layer is often present and can reach high cover. The non-vascular layer is present, typically at equal percent cover with the forb layer.

### Vegetation Description

This association is temporarily flooded during the growing season. *Saxifraga odontoloma* (brook saxifrage) dominates the forb layer. Other constants include *Epilobium anagallidifolium* (pimpernel willowherb), *Deschampsia caespitosa* (tufted hairgrass), *Juncus drummondii* (Drummond rush), and *Primula parryi* (Parry primrose). Several species can co-dominate in the moss layer, most often *Philonotis tomentella* (philonotis moss) and *Drepanocladus exannulatus* (warnstorfia moss).

This association is similar to the *Cardamine cordifolia-Mertensia cilliata-Senecio triangularis* association. It may occur in patches adjacent to that association and may include small amounts of these species. It may be considered a variation of that type, but can be distinguished by the high cover (or dominance) of *Saxifraga odontoloma* (brook saxifrage).

414

BLM_0035685

## Ecological Processes

*Saxifraga odontoloma* (brook saxifrage) grows in widely varying light conditions and may occur along small streams in forest openings or may occur in dense forest. It may not bloom, however, when growing in deep shade. This association is unstable due to its frequency on the edges of small streams. Changing hydrologic conditions may influence the composition and structure of the association.

*Saxifraga odontoloma* (brook saxifrage) is an effective streambank stabilizer when it forms dense stands. Streambank build-up is also common on low-gradient streams associated with this plant association. Residual vegetation cover acts to slow spring flows and filter sediments.

| Avg. Cover % | (Range) | Species Name | # Plots (N=7) |
|---|---|---|---|
| 58 | (15-87%) | Saxifraga odontoloma | 7 |

**Other species with < 5% average cover present in at least 10% of plots:**
Senecio triangularis (0.1-3%), Cardamine cordifolia (0.1-3%), Deschampsia caespitosa (0.1%), Epilobium anagallidifolium (0.1%), Juncus drummondii (0.1%), Primula parryi (0.1%), Carex nigricans (0.1%), Caltha leptosepala (0.1%), Stellaria umbellata (0.1%), Carex scopulorum (0.1%), Polygonum bistortoides (0.1%), Phleum alpinum (0.1%), Ligusticum tenuifolium (0.1%), Oxyria digyna (0.1%), Poa arctica (0.1%), Ranunculus eschscholtzii (0.1%).



*Saxifraga odontoloma*

415

BLM_0035686

## Hardstem bulrush - Softstem bulrush Herbaceous Vegetation

### *Schoenoplectus acutus* **var.** *acutus* **-** *Schoenoplectus tabernaemontani*



**Global rank/State rank:**
G3 / S2S3

**HGM subclass:**  D2/3, D4/5?

**Colorado elevation range:**
4,300-10,000 ft (1,300-3,050 m)



### General Description

The *Schoenoplectus acutus* var. *acutus-Schoenoplectus tabernaemontani* (hardstem bulrush-softstem bulrush) plant association occurs in marshes, along the margins of lakes and ponds, and in backwater areas of rivers in water up to 3 ft (1 m) deep.  This association occurs in small patches, below 10,000 ft (3,050 m).  It is highly threatened by development, agricultural conversion, stream flow alterations, and wetland filling activities.

The *Schoenoplectus acutus* var. *acutus-Schoenoplectus tabernaemontani* (hardstem bulrush-softstem bulrush) plant association occurs in wet swales and overflow channels with standing water.  It also occurs at the edges of beaver ponds, ditches, and railroad embankments.  One stand occurred on a saturated floodplain where a perched water table emerged from the surrounding bedrock.  Streams are large and slightly meandering.  Soils of this association are deep heavy clays and silty loams with a high organic matter content.  Soils remain saturated for most of the growing season and often have an anoxic gleyed layer within 20 inches (50 cm) of the soil surface, although the water table can drop as far as 3 ft (1 m) below the surface.

### Vegetation Description

This association is characterized by nearly pure stands of *Schoenoplectus acutus* var. *acutus* (=*Scirpus acutus*) (hardstem bulrush) and/or *Schoenoplectus tabernaemontani* (=*Scirpus tabernaemontani*) (softstem bulrush), with a few other wetland species that may include *Eleocharis palustris* (common spikerush), *E. rostellata* (beaked spikerush), *Mimulus guttatus* (seep monkeyflower), *Sagittaria* spp. (arrowhead), *Carex* spp. (sedge), and *Nuphar lutea* ssp. *polysepala* (Rocky Mountain pondlily).

416

Other emergent wetland vegetation is commonly found with this plant association, such as stands of *Typha* spp. (cattail) and other *Scirpus* or *Schoenoplectus* spp. (bulrush species). Within the riparian zone, *Populus deltoides* (cottonwood) and *Salix amygdaloides* (peachleaf willow) may be present on the floodplain. On the open prairies along small streams, adjacent riparian vegetation types include stands of *Carex nebrascensis* (Nebraska sedge).

## Ecological Processes

*Schoenoplectus* spp. (bulrush) stands are generally considered permanent wetland communities. They will remain in place unless the hydrologic regime is severely altered. Stands of *Schoenoplectus* are important to wildlife species, especially birds, for cover and nesting habitat.

| Avg. Cover % | (Range) | Species Name | # Plots (N=29) |
|---|---|---|---|
| 77 | (5-100%) | Schoenoplectus acutus\tabernaemontani | 29 |
| 12 | (1-38%) | Typha latifolia | 8 |
| 9 | (1-30%) | Eleocharis palustris | 10 |
| 8 | (0.1-38%) | Rorippa palustris ssp. hispida | 5 |
| 7 | (1-15%) | Rorippa nasturtium-aquaticum | 3 |
| 6 | (0.1-15%) | Lemna minor | 4 |
| 5 | (0.1-15%) | Epilobium ciliatum ssp. glandulosum | 7 |

**Other species with < 5% average cover present in at least 10% of plots:**

Hippuris vulgaris (1-5%), Mentha arvensis (1%), Ranunculus cymbalaria (1%).



*Schoenoplectus acutus*

417

BLM_0035688

## Cosmopolitan bulrush Herbaceous Vegetation

### *Schoenoplectus maritimus (=Bolboschoenus maritimus)*



**Global rank/State rank:**
G4 / S2

**HGM subclass:**  F1

**Colorado elevation range:**
3,800-8,950 ft (1,150-2,700 m)



### General Description

This wetland plant association often occurs in standing water.  The vegetation is characterized by a sparse cover of *Schoenoplectus maritimus* (cosmopolitan bulrush), few associated species and mostly open water.  Livestock grazing is limited in this association due to the wet conditions.

This plant association occurs in wet swales and along narrow channels, spring-fed creeks, and back-water eddies of larger rivers.

### Vegetation Description

*Schoenoplectus maritimus* dominates this sparsely vegetated wetland with 15-60% cover.  Associated species can include *Salix exigua* (sandbar willow) and *Muhlenbergia asperifolia* (alkali muhly).

Adjacent riparian areas may support *Juncus balticus* var. *montanus* (mountain rush) wetlands, *Salix exigua* (sandbar willow) shrublands, and *Populus deltoides* (cottonwood) forests

### Ecological Processes

*Schoenoplectus maritimus* (cosmopolitan bulrush) is an early colonizer and is able to persist under wet conditions.  The wet conditions limit most forms of disturbance to this plant association.

*Schoenoplectus maritimus* helps filter sediments to build stream banks.  This species is a prolific seed producer.  Its rhizomes spread quickly into exposed areas and colonize mudflats and drawdown areas.

BLM_0035689

| Avg. Cover % | (Range) | Species Name | # Plots (N=3) |
|---|---|---|---|
| 32 | (14-60%) | Schoenoplectus maritimus | 3 |
| 25 | — | Melilotus officinalis | 1 |
| 20 | — | Salix exigua | 1 |
| 20 | — | Argentina anserina | 1 |
| 6 | (1-10%) | Muhlenbergia asperifolia | 2 |
| 5 | — | Puccinellia nuttalliana | 1 |
| 5 | — | Hordeum jubatum ssp. jubatum | 1 |
| 5 | — | Equisetum arvense | 1 |

**Other species with < 5% average cover present in at least 10% of plots:**

Suaeda calceoliformis (3%).



*Schoenoplectus maritimus*

BLM_0035690

## Common threesquare Herbaceous Vegetation

### *Schoenoplectus pungens*



**Global rank/State rank:**
G3G4 / S3

**HGM subclass:** D2/3

**Colorado elevation range:**
3,800-7,800 ft (1,050-2,400 m)



### General Description

The *Schoenoplectus pungens (=Scirpus pungens)* (threesquare bulrush) plant association forms small low stature (1-3 ft, 0.3-1 m) marshes in low-lying swales, abandoned channels, and overflow channels where soils remain saturated. This association is characterized by pure stands of *Schoenoplectus pungens,* occasionally associated with a few other graminoid species.

This association also occurs on silt and sand bars within the active channel where the water velocity is lowest. Soils from the Colorado River Basin are black, anoxic, organic soils and gleyed, clay-loam, alkaline soils.

### Vegetation Description

This plant association can be pure stands of *Schoenoplectus pungens* (threesquare bulrush). Some stands include other graminoids such as *Juncus balticus* var. *montanus* (mountain rush), *Hordeum jubatum* (foxtail barley), *Phragmites australis* (common reed), *Spartina gracilis* (alkali cordgrass), *Muhlenbergia asperifolia* (alkali muhly), and *Eleocharis palustris* (common spikerush). On alkaline soils, *Distichlis spicata* (inland saltgrass) is a common associate.

### Ecological Processes

*Schoenoplectus pungens* (threesquare bulrush) is an early colonizer and is adapted to saturated conditions on streamsides, sandy shores, marshes, and reservoir margins. Because of the wet soil conditions and aggressive growth of *Schoenoplectus pungens*, most other species are precluded from the sites. Disturbance can cause the establishment of increaser species such as *Juncus balticus* var. *montanus* (mountain rush) and *Hordeum jubatum* (foxtail barley). Lowering the water table may dry the

420

BLM_0035691

site and result in decreased cover of *Schoenoplectus pungens*.  An increase in salinity may increase alkaline tolerant species.

| Avg. Cover % | (Range) | Species Name | # Plots (N=94) |
|---|---|---|---|
| 59 | (6.5-100%) | Schoenoplectus pungens | 94 |
| 19 | (1-62%) | Agrostis gigantea | 26 |
| 19 | (0.1-90%) | Eleocharis palustris | 34 |
| 14 | (1-38%) | Juncus balticus var. montanus | 21 |
| 9 | (0.1-80%) | Mentha arvensis | 17 |
| 5 | (0.1-37%) | Hordeum jubatum ssp. jubatum | 31 |
| 5 | (1-15%) | Polygonum douglasii | 9 |

**Other species with < 5% average cover present in at least 10% of plots:**
Schoenoplectus acutus\tabernaemontani (0.1-10%), Lycopus americanus (0.1-15%), Cirsium arvense (0.1-25%), Epilobium ciliatum ssp. glandulosum (0.1-15%), Muhlenbergia asperifolia (0.1-10%), Typha latifolia (1-5%).



*Schoenoplectus pungens*

421

BLM_0035692

## Nevada bulrush Herbaceous Vegetation

### *Scirpus nevadensis (=Amphiscirpus nevadensis)*



**Global rank/State rank:**
G4 / S2

**HGM subclass:**  F1

**Colorado elevation range:**
7,500-9,000 ft (2,280-2,740 m)



### General Description

*Scirpus nevadensis (=Amphiscirpus nevadensis,* Nevada bulrush*)* is an association of moist to seasonally flooded alkaline flats in desert and semidesert regions in Canada and northwestern United States.  In Colorado, this association occurs in intermountain valleys and parks, typically with low rainfall and alkaline water sources.  Although these areas may not look like typical deserts, they can qualify as desert or semidesert based on annual precipitation amounts of about 10 inches.  *Scirpus nevadensis* is superficially similar to *Schoenoplectus pungens* (threesquare bulrush), but the arrangement of the spikes and the achenes of each are distinctive.

### Vegetation Description

In North and South Park sites, the *Scirpus nevadensis* association tends to be monotypic (3-40% cover) with sparse coverage by other species such as *Hordeum jubatum* (foxtail barley), *Distichlis spicata* (inland saltgrass), *Puccinellia nuttalliana (=Puccinellia airoides)* (Nuttall alkaligrass), and *Glaux maritima* (sea milkwort).

Species diversity in the San Luis Valley sites is higher.  *Scirpus nevadensis* provides 10 to 80% cover; other species include *Juncus balticus* var. *montanus* (mountain rush), *Spartina gracilis* (alkali cordgrass), *Schoenoplectus pungens* (threesquare bulrush) and *Hordeum jubatum* (foxtail barley).  Forb cover is minimal.

### Ecological Processes

The *Scirpus nevadensis* association always occurs on saline soils and can tolerate a range of moisture conditions.  Stands in the San Luis Valley tend to occur on drier sites than those in South Park.  In the San Luis Valley this association is typically found above the zone of *Juncus balticus* var. *montanus* (mountain rush) where soils are periodically saturated, but flooding is rare; in South Park stands have seasonal

422

standing water.  Soils in South Park stands have extremely high salinity and low species diversity.

| Avg. Cover % | (Range) | Species Name | # Plots (N=15) |
|---|---|---|---|
| 21 | (3-40%) | Scirpus nevadensis | 15 |
| 9 | (2-15%) | Spartina gracilis | 6 |
| 6 | (2-10%) | Juncus balticus var. montanus | 5 |
| 6 | (0.1-25%) | Triglochin maritimum | 5 |
| 5 | (2-10%) | Hordeum jubatum ssp. jubatum | 3 |

**Other species with < 5% average cover present in at least 10% of plots:**
Ranunculus cymbalaria (0.1-7%), Distichlis spicata (2.5-5%), Glaux maritima (0.1-10%), Schoenoplectus pungens (2-3%), Pyrrocoma lanceolata (1-2%), Cleome multicaulis (1-2%), Puccinellia nuttalliana (0.1-3%), Almutaster pauciflorus (1%).



*Scirpus nevadensis*

423

BLM_0035694

## Alkali cordgrass Herbaceous Vegetation

### *Spartina gracilis*



*Spartina gracilis*

spikelet

**Global rank/State rank:**
GU / S2

**HGM subclass:** F1

**Colorado elevation range:**
5,800-7,650 ft (1,760-2,330 m)



### General Description

The *Spartina gracilis* (alkali cordgrass) plant association is a wetland meadow with sparse to thick cover of grasses and grass-like plants.

This association occurs on moist sandy overflow channels and backwater areas of large rivers, and poorly drained swales. One plot occurred adjacent to a strongly meandering, low gradient channel. The soils are fine-textured silt-loam and clay loam.

### Vegetation Description

*Spartina gracilis* (alkali cordgrass) is clearly the dominant species, although cover can be sparse (15-60%). Other graminoids that may be present include *Distichlis spicata* (inland saltgrass), *Triglochin maritimum* (seaside arrowgrass), *Schoenoplectus pungens* (common threesquare), *Elymus repens* (quackgrass) and *Agrostis gigantea* (redtop). Forbs species tend to be weedy and present in lesser amounts.

### Ecological Processes

The *Spartina gracilis* (alkali cordgrass) plant association tolerates alkaline soils to the exclusion of other species. It also tolerates burial by flood deposition and readily re-sprouts, pushing up sharp shoots. If soil alkalinity drops, other species that are less tolerant of alkaline conditions will increase in abundance.

424

BLM_0035695

| Avg. Cover % | (Range) | Species Name | # Plots (N=8) |
|---|---|---|---|
| 29 | (15-60%) | Spartina gracilis | 8 |
| 20 | — | Elymus repens | 1 |
| 14 | (10-15%) | Distichlis spicata | 4 |
| 13 | (5-20%) | Schoenoplectus pungens | 2 |
| 7 | — | Carex praegracilis | 1 |
| 5 | — | Melilotus officinalis | 1 |
| 5 | — | Pascopyrum smithii | 1 |
| 5 | — | Sarcobatus vermiculatus | 1 |
| 5 | — | Scirpus nevadensis | 1 |

**Other species with < 5% average cover present in at least 10% of plots:**
Suaeda calceoliformis (0.1-7%), Juncus balticus *var.* montanus (3%), Hordeum jubatum ssp. jubatum (1-3%), Symphyotrichum spathulatum (2%), Cleome multicaulis (1-2%), Crepis runcinata ssp. runcinata (0.1-2%), Triglochin maritimum (1%), Almutaster pauciflorus (1%), Plantago eriopoda (1%), Taraxacum officinale (1%), Lepidium alyssoides (1%), Pyrrocoma lanceolata (0.1-1%), Agrostis gigantea (0.1-1%), Panicum capillare (0.1%), Clematis ligusticifolia (0.1%), Elymus trachycaulus ssp. trachycaulus (0.1%), Euphorbia chamaesula (0.1%), Glycyrrhiza lepidota (0.1%), Conyza canadensis (0.1%), Xanthium strumarium (0.1%), Plantago lanceolata (0.1%), Verbena bracteata (0.1%), Vulpia octoflora (0.1%).

425

BLM_0035696

## Prairie cordgrass Western Herbaceous Vegetation

### *Spartina pectinata*



*Spartina pectinata*

**Global rank/State rank:**
G3? / S3

**HGM subclass:**  R5

**Colorado elevation range:**
3,370-5,800 ft (1,030-1,770 m)

### General Description

This is a tall-grass meadow consisting almost entirely of *Spartina pectinata* (prairie cordgrass).  It occurs in small swales on the plains as well as on floodplains of larger rivers.  Stands of this grass have been included in other tall-grass prairie plant associations.  On large river floodplains, this type occurs as distinct patches and is distinguished from adjacent riparian types by micro-topography and degree of soil saturation.  Historically, large stands of *Spartina pectinata* (prairie cordgrass) occurred on mud flats of the Missouri River.  This association once formed large wet meadows on the Platte River.  It is now restricted to smaller tributaries.

*Spartina pectinata* (prairie cordgrass) stands occur in low swales and overflow areas of large river floodplains and on moist swales on the plains.  Stands may be found in shallow overflow areas between two slightly raised ridges with linear bands of *Populus deltoides* (cottonwood), on large meandering rivers with a mostly sand bed. The soil is a fine loam to silty clay with mottles abundant below a depth of 5 inches (12 cm).

### Vegetation Description

*Spartina pectinata* (prairie cordgrass) can co-dominate with *Panicum virgatum* (switchgrass).  Other tall graminoids that may be present include *Andropogon gerardii*

426

BLM_0035697

(big bluestem), *Carex praegracilis* (clustered field sedge) and *Schoenoplectus pungens* (common threesquare).  A non-native weed, *Cirsium arvense* (Canada thistle), is abundant in some stands, indicating chronic disturbance.

## Ecological Processes

*Spartina pectinata* (prairie cordgrass) is tolerant of sediment deposition and has sharp-pointed shoots that push their way upward through a foot (0.3 m) of new soil.  On the South Platte River floodplain it appears to be an early colonizer of the fresh sediments laid down by the 1995 flood.

| Avg. Cover % | (Range) | Species Name | # Plots (N=14) |
|---|---|---|---|
| 75 | (30-100%) | Spartina pectinata | 14 |
| 15 | (0.1-30%) | Panicum virgatum | 3 |
| 7 | (0.1-20%) | Cirsium arvense | 3 |
| 5 | (5-5%) | Schoenoplectus pungens | 2 |

**Other species with < 5% average cover present in at least 10% of plots:**
Glycyrrhiza lepidota (2-2.5%), Agrostis stolonifera (0.1-2.5%), Verbena hastata (0.1-2%), Equisetum hyemale var. affine (0.1-2.5%), Elymus canadensis (0.1%), Equisetum laevigatum (0.1%), Apocynum cannabinum (0.1%), Distichlis spicata (0.1%), Carex emoryi (0.1%), Medicago lupulina (0.1%).

427

BLM_0035698

## Alkali sacaton Southern Plains Herbaceous Vegetation

### *Sporobolus airoides*



**Global rank/State rank:**
G3Q / S3

**HGM subclass:** F1, R3/4, R5

**Colorado elevation range:**
4,900-9,000 ft (1,900-3,550 m)



### General Description

This plant association occurs on alkaline or saline soils in floodplain depressions and on sandy stream banks. *Sporobolus airoides* (alkali sacaton) dominates the vegetative cover with a few woody species also present. The association occurs in small but frequent patches on the Western Slope.

This plant association occurs in floodplain depressions and on sandy stream banks. Soils are alkaline (basic) or saline (contain a high concentration of soluble salts).

### Vegetation Description

This plant association is characterized by a dense, narrow stand of *Sporobolus airoides* (alkali sacaton) lining and overhanging the stream bank or by a monotypic stand in playa lakes. Other grass species that may be present include *Panicum obtusum* (vine mesquite), *Bouteloua gracilis* (blue grama), *Schizachyrium scoparium* (little bluestem), and *Sporobolus cryptandrus* (sand dropseed). Woody species which can be present along streams and rivers, include *Populus angustifolia* (narrowleaf cottonwood), *Fraxinus anomala* (singleleaf ash), *Rhus trilobata* (skunkbush sumac), *Amelanchier alnifolia* (Saskatoon serviceberry), and *Salix exigua* (sandbar willow). Forb cover is minimal.

### Ecological Processes

This is an early-seral community that occurs on floodplains and depressions with moderately alkaline or saline soils. Stands may be flooded infrequently, or have high water tables. The intermittent flood regime affects soil moisture and salinity which can alter species composition. Sudden increases in salinity will result in a decrease in cover of *Sporobolus airoides* (alkali sacaton). With no change in salinity, this plant association will form hummocks that accumulate sand. Gradually the sites will decrease in salinity and moisture and invasion by other grasses will follow.

428

BLM_0035699

*Sporobolus airoides* (alkali sacaton) will decrease in abundance with increased soil salinity.

| Avg. Cover % | (Range) | Species Name | # Plots (N=10) |
|---|---|---|---|
| 41 | (10-100%) | Sporobolus airoides | 10 |
| 13 | (10-15%) | Distichlis spicata | 3 |
| 7 | (3-10%) | Spartina gracilis | 2 |

Other species with < 5% average cover present in at least 10% of plots:
Juncus balticus var. montanus (1-10%), Suaeda calceoliformis (1-7%), Sarcobatus vermiculatus (1-5%), Triglochin maritimum (3-3%), Iva axillaris (0.1-6%), Lepidium alyssoides (2-3%), Pascopyrum smithii (0.1-5%), Gutierrezia sarothrae (1-2%), Plantago eriopoda (1%), Equisetum hyemale var. affine (0.1-1%).



*Sporobolus airoides*

BLM_0035700

## Pursh seepweed Herbaceous Vegetation

### *Suaeda calceoliformis*



*Suaeda calceoliformis*

**Global rank/State rank:**
GU / S2

**HGM subclass:** F1

**Colorado elevation range:**
5,600-9,400 ft (1,700-2,870 m)



### General Description

This plant association has been described from seasonally flooded, alkaline or saline mud flats near Antero Reservoir in South Park, the San Luis Valley, and Arapahoe County. In Montana, the association has been described as also occurring in seeps, basins, swales, and on pond and lake margins. The association is characterized by dominance of the annual forb *Suaeda calceoliformis* (Pursh seepweed) and bare soil often covered with white salt crusts. Other species may occur, but the seasonally deep water and the high salinity limit the species that can occur.

This plant association occurs in nearly level, seasonally flooded sites. Soils are generally poorly drained, ranging from fine clay soils to silt loams. The association tolerates highly alkaline and saline conditions.

### Vegetation Description

*Suaeda calceoliformis* (Pursh seepweed) may occur as a near monoculture or with other species. *Suaeda calceoliformis* cover values range from 25 to 70%. Other species that may be present include *Puccinellia airoides* (Nuttall alkaligrass), *Hordeum jubatum* (foxtail barley), *Triglochin maritima* (seaside arrowgrass), and *Salicornia rubra* (red swampfire). The rare plant, *Thellungiella salsuginea* (salt-lick mustard) may be associated with these sites.

### Ecological Processes

*Suaeda calceoliformis* (Pursh seepweed) is an annual species and may be much more abundant in some years than in others, depending mainly on moisture conditions. Associations occupying these sites may change as salinity and alkalinity and hydrologic regime change.

430

| Avg. Cover % | (Range) | Species Name | # Plots (N=4) |
|---|---|---|---|
| 54 | (25-70%) | Suaeda calceoliformis | 4 |
| 15 | (10-20%) | Salicornia rubra | 2 |
| 10 | — | Triglochin maritimum | 1 |
| 6 | (1-10%) | **Puccinellia nuttalliana** | 2 |
| 5 | — | Hordeum jubatum ssp. jubatum | 1 |

**Other species with < 5% average cover present in at least 10% of plots:**

Schoenoplectus pungens (3%).

431

BLM_0035702

### Seaside arrowgrass - Marsh arrowgrass Herbaceous Vegetation

*Triglochin maritimum - Triglochin palustre*



**Global rank/State rank:**
GU / S3

**HGM subclass:** F1, S1/2

**Colorado elevation range:**
7,645-9,400 ft (2,330-2,870 m)



#### General Description

The *Triglochin maritimum-Triglochin palustre* (seaside arrowgrass-marsh arrowgrass) association occurs at calcareous springs in extreme rich fens and has been documented from high-elevation intermountain parks in Colorado. These habitats are flooded throughout the growing season in most years.

Soils are poorly drained, deep, saline and alkaline, often derived from calcareous clays or limestone. Soils remain saturated even if the water table drops below the surface during periods of drought. This saturation permits the development of organic peat.

#### Vegetation Description

This association is characterized by a sparse to moderately dense herbaceous layer dominated by rhizomatous perennial graminoids. Generally, vegetation height, cover, and species diversity tend to vary inversely with salinity.

In general, vegetation is dominated by *Triglochin maritimum*, with cover of 5-70%. *Triglochin palustre* often co-occurs or substitutes for *T. maritimum* with cover of 1-60%. *Schoenoplectus maritimus* (cosmopolitan bulrush) or *Eleocharis quinqueflora* (fewflower spikerush) may also occur with greater than 10% cover.

Other species which may occur with less than 5% cover include *Puccinellia nuttalliana* (Nuttall alkaligrass), *Pedicularis groenlandica* (elephanthead lousewort), *Ranunculus cymbalaria* (alkali buttercup), *Schoenoplectus acutus* var. *acutus/S. tabernaemontani* (softstem/hardstem bulrush), *Salicornia rubra* (red swampfire) and *Salix candida* (hoary willow).

432

BLM_0035703

## Ecological Processes

Cover and species composition is primarily determined by soil salinity, which in turn is dependent on the amount and timing of precipitation and flooding. Flooding saturates the soil and dilutes growth-inhibiting salt concentrations, allowing the growth of less salt tolerant species. Conversely, as soils dry, salts are concentrated and precipitate on the soil surface. This process may result in the stratification of species abundance by salt tolerance in some sites. Hummocks formed by soil accumulation may also support less salt-tolerant species.

| Avg. Cover % | (Range) | Species Name | # Plots (N=24) |
|---|---|---|---|
| 30 | (2-60%) | Triglochin palustre | 12 |
| 28 | (5-70%) | Triglochin maritimum | 18 |
| 13 | (5-20%) | Eleocharis quinqueflora | 2 |
| 10 | (10-10%) | Campylium stellatum | 2 |
| 7 | (1-20%) | Ranunculus cymbalaria | 3 |
| 6 | (2-10%) | Argentina anserina | 2 |
| 6 | (2-10%) | Eleocharis palustris | 2 |

**Other species with < 5% average cover present in at least 10% of plots:**
Carex aquatilis (1-10%), Hordeum jubatum ssp. jubatum (2%), Schoenoplectus acutus\tabernaemontani (1-2%), Puccinellia nuttalliana (1-2%), Pedicularis groenlandica (1%), Deschampsia caespitosa (1%).



*Triglochin palustre*

*Triglochin maritimum*

433

## Cattail Herbaceous Vegetation

### *Typha angustifolia - Typha latifolia - (Typha domingensis)*



**Global rank/State rank:**
G5 / S4

**HGM subclass:** D2/3, D4/5?

**Colorado elevation range:**
3,900-8,900 ft (1,530-3,500 m)



### General Description

The *Typha angustifolia-Typha latifolia-(Typha domingensis)* (cattail) plant association is a commonly seen tall, dark green community growing in 2-4 feet of standing water. It is found in the shallow edges of ponds and lakes, and can occur in backwaters of larger river floodplains. This association is a common wetland community occurring throughout the western and midwestern states.

This plant association occurs in standing water at least 1 foot (0.3 m) in depth, although it will persist during drier periods. It is found along the margins of beaver ponds, overflow channels, backwater sloughs, floodplain swales, drainage ditches, behind railroad embankments, and any place where water collects and remains for two-thirds of the growing season. This association can be found on nearly every type of stream channel, but typically along meandering, low gradient streams. Soils are deep, heavy silty clay loam and organic mucks. Some profiles have 10-30% coarse material and are fairly well drained, others remain anoxic throughout most of the year.

### Vegetation Description

*Typha angustifolia* (narrowleaf cattail) and/or *Typha latifolia* (broadleaf cattail) forms near-monotypic (70-85%) stands between 3 and 6 feet tall (1-2 m). *Typha domingensis* (southern cattail) is much less common than the other two species. It may or may not be present and is restricted to Western Slope stands. *Schoenoplectus acutus* and *Schoenoplectus tabernaemontani* are common associates. Other species which may be present include *Potamogeton* (pondweed) spp., *Spartina pectinata* (prairie cordgrass), and *Veronica* (speedwell) spp.

### Ecological Processes

*Typha angustifolia* (narrowleaf cattail) occupies inundated and disturbed grounds and can tolerate deeper water and higher alkalinity levels than *T. latifolia* (broadleaf cattail). *Typha* species are prolific seed producers, spreading rapidly to become the

434

BLM_0035705

early colonizers of wet mineral soil, and will persist under wet conditions.  The roots and lower stems are well adapted to prolonged submergence but germination and establishment require periods of drawdown to expose bare soil.

This association may be declining in Colorado.  It is threatened by development, wetland draining, and stream flow alterations.  However it is also a natural invader to newly created wetlands, and will appear in newly ponded areas on its own.

| Avg. Cover % | (Range) | Species Name | # Plots (N=107) |
|---|---|---|---|
| 75 | (0.1-100%) | Typha latifolia | 97 |
| 55 | (2 -99%) | Typha angustifolia | 18 |
| 36 | (0.1-85%) | Lemna minor | 23 |
| 17 | (1-88%) | Eleocharis palustris | 22 |
| 9 | (0.1-37%) | Schoenoplectus acutus\tabernaemontani | 36 |
| 7 | (0.1-62%) | Polygonum lapathifolium | 12 |
| 6 | (0.1-37%) | Epilobium ciliatum ssp. glandulosum | 27 |
| 5 | (0.1-20%) | Schoenoplectus pungens | 12 |

**Other species with < 5% average cover present in at least 10% of plots:**

Scirpus pallidus (0.1-10%).



*Typha angustifolia*

*Typha latifolia*

435

BLM_0035706

**Water speedwell - (Toad rush) Herbaceous Vegetation**

*Veronica anagallis-aquatica - (Juncus bufonius)*



**Global rank/State rank:**
GU / S2

**HGM subclass:** D4/5

**Colorado elevation range:**
6,000-6,350 ft (1,830-1,940m)



<u>**General Description**</u>

The *Veronica anagallis-aquatica-(Juncus bufonius)* (water speedwell-toad rush) association is common along creeks in the Great Plains, where it typically occurs on stream margins in slow moving shallow water.  On Cherry Creek above Cherry Creek Reservoir, the combination of these two species is usually found on seasonally disturbed sand bars.  The biennial/perennial *Veronica anagallis-aquatica* is native to Eurasia, but is now widely naturalized throughout North and South America.  The associated species *Juncus bufonius* (toad rush) is a common, widely distributed native annual.

This plant association occurs on low to medium gradient streams where seasonal disturbance from flooding is common.  It is normally found on flooded alluvial sands and gravels.  Soil development is minimal.

<u>**Vegetation Description**</u>

This association is characterized by the presence of *Veronica anagallis-aquatica* (water speedwell), which is present with cover ranging from 0.1 to 70%.  *Juncus bufonius* (toad rush) is present in most, but not all plots, with cover values ranging from 15 to 63%.  Although one of these two species is usually dominant, other disturbance tolerant species such as *Agrostis gigantea* (redtop), *Eragrostis pilosa* (Indian lovegrass) and *Echinochloa crus-galli* (barnyard grass) may be present with equal or greater cover.

Total vegetative cover varies widely from extremely sparse to dense, but averages about 70%.  Stands may include occasional stems of *Populus deltoides* (cottonwood) or *Salix amygdaloides* (peachleaf willow), but normally the associated species are strictly herbaceous.  The most common associated species include *Echinochloa crus-galli* (barnyard grass), *Polygonum lapathifolium* (curlytop knotweed), *Epilobium ciliatum* ssp. *glandulosum* (fringed willowherb), *Alopecurus aequalis* (shortawn foxtail), *Polygonum douglasii* (Douglas' knotweed), *Eleocharis palustris* (common

436

spikerush), *Conyza canadensis* (Canadian horseweed), *Bidens cernua* (nodding beggartick) and *Typha latifolia* (cattail).

## Ecological Processes

The *Veronica anagallis-aquatica-(Juncus bufonius)* (water speedwell-toad rush) association is an early seral vegetation type and is unstable, due to its reliance on seasonal flood events which prohibit the growth of longer-lived species.

On Cherry Creek above the reservoir, these two species are the primary colonizers of bare sand bars in the braided stream channel, where, as nitrophilous species, they are able to grow in the enriched water.

| Avg. Cover % | (Range) | Species Name | # Plots (N=12) |
|---|---|---|---|
| 32 | (15-63%) | Juncus bufonius | 7 |
| 26 | (15-37%) | Eragrostis pilosa | 2 |
| 23 | (0.1-70%) | Veronica anagallis-aquatica | 12 |
| 11 | (0.1-25%) | Alopecurus aequalis | 4 |
| 9 | (2-15%) | Hordeum jubatum ssp. jubatum | 2 |
| 8 | (0.1-15%) | Populus deltoides | 2 |
| 7 | (2-15%) | Eleocharis palustris | 3 |
| 6 | (0.1-15%) | Typha latifolia | 3 |
| 5 | (0.1-15%) | Echinochloa crus-galli | 9 |
| 5 | (0.1-15%) | Epilobium ciliatum ssp. glandulosum | 5 |

**Other species with < 5% average cover present in at least 10% of plots:**
Polygonum lapathifolium (2%), Polygonum douglasii (2%), Xanthium strumarium (2%), Juncus nodosus (2%), Schoenoplectus pungens (2%), Juncus interior (2%), Conyza canadensis (0.1-2%), Bidens cernua (0.1-2%), Polygonum persicaria (0.1-2%).



*Veronica anagallis-aquatica*



*Juncus bufonius*

437

BLM_0035708

**Rough cocklebur Herbaceous Vegetation**

*Xanthium strumarium*



**Global rank/State rank:**
Not Applicable

**HGM subclass:** D4/5

**Colorado elevation range:**
5,700-6,000 ft (1,740-1,830 m)



<u>General Description</u>

*Xanthium strumarium* (rough cocklebur) is a broadleaved, taprooted, annual forb which produces bur-like fruits covered with hooked prickles.  It is widespread across most of the contiguous United States, southern Canada, and Mexico.  *Xanthium strumarium* (rough cocklebur) occurs primarily in disturbed, open habitats, and as a riparian association in Colorado is found primarily in river floodplains or reservoir and pond drawdown zones.

Soil conditions range from moist clay to dry sand.  *Xanthium strumarium* is tolerant of flooding at all growth stages and favors compact sandy soil that is slightly moist below the soil surface and that contains a small amount of organic matter.

<u>Vegetation Description</u>

This association is characterized by the presence of *Xanthium strumarium* (rough cocklebur) varying from extremely sparse to dense coverage (0.1-98%).  In cases where the coverage of *Xanthium strumarium* (rough cocklebur) is sparse, it is likely to be the only species present.  Associated species are primarily other disturbance or open ground specialists, and include *Polygonum arenastrum* (oval-leaf knotweed), *Hordeum jubatum* (foxtail barley), *Echinochloa crus-galli* (barnyard grass), *Helianthus annuus* (annual sunflower), *Polygonum lapathifolium* (curlytop knotweed), *Rumex salicifolius* var. *mexicanus* (Mexican dock), *Amaranthus albus* (prostrate pigweed), *Verbena bracteata* (bigbract verbena) and *Chamaesyce glyptosperma* (ribseed sandmat).

438

BLM_0035709

## Ecological Processes

Because *Xanthium strumarium* (rough cocklebur) is a pioneer species requring open ground, this association will only persist under situations where disturbance regimes are maintained.

The bur-like fruits are dispersed as they cling to the fur of animals and the clothing of humans.  In riparian habitats, fruits on the soil surface may later be dispersed by water.

| Avg. Cover % | (Range) | Species Name | # Plots (N=14) |
|---|---|---|---|
| 57 | (0.1-98%) | Xanthium strumarium | 14 |
| 33 | (2.5-63%) | Amaranthus albus | 2 |
| 13 | (0.1-37%) | Polygonum lapathifolium | 3 |
| 13 | (0.1-37%) | Rumex salicifolius var. mexicanus | 3 |
| 11 | (2-37%) | Polygonum arenastrum | 4 |
| 9 | (2-15%) | Verbena bracteata | 2 |
| 9 | (2-15%) | Chamaesyce glyptosperma | 2 |
| 7 | (2-15%) | Hordeum jubatum ssp. jubatum | 3 |
| 7 | (2-15%) | Echinochloa crus-galli | 3 |

**Other species with < 5% average cover present in at least 10% of plots:**

Helianthus annuus (0.1-2%), Alopecurus aequalis (0.1-2%).



*Xanthium strumarium*

439

## LIST OF UNDESCRIBED ASSOCIATIONS

Associations incorporated into the USNVC, but not described in this guide (these associations may be described from other states or in other sources):

*Artemisia tridentata* spp. */ Leymus cinereus* Shrubland
*Betula occidentalis / Cornus sericea* Shrubland
*Carex limosa* Herbaceous Vegetation
*Carex nebrascensis - Catabrosa aquatica* Herbaceous Vegetation
*Glyceria borealis* Herbaceous Vegetation
*Panicum obtusum - Buchloe dactyloides* Herbaceous Vegetation
*Pascopyrum smithii - Bouteloua gracilis* Herbaceous Vegetation
*Pascopyrum smithii - Eleocharis spp.* Herbaceous Vegetation
*Pascopyrum smithii* Herbaceous Vegetation
*Picea engelmannii / Caltha leptosepala* Forest
*Picea engelmannii / Cornus sericea* Woodland
*Pinus ponderosa / Alnus incana* ssp. *tenuifolia* Woodland
*Populus fremontii / Salix goodingii* Woodland
*Populus tremuloides / Calamagrostis canadensis* Forest
*Populus tremuloides / Salix drummondiana* Forest
*Pseudotsuga menziesii / Acer glabrum* Forest
*Quercus gambelii / Symphoricarpos oreophilus* Shrubland
*Salicornia rubra* Herbaceous Vegetation
*Salix boothii / Calamagrostis canadensis* Shrubland
*Salix drummondiana / Carex utriculata* Shrubland
*Salix planifolia / Deschampsia caespitosa* Shrubland
*Sarcobatus vermiculatus / Suaeda moquinii* Shrubland

Associations not listed in the USNVC, needing further verification:

*Acer negundo - Juniperus scopulorum/Salix exigua* Woodland
*Artemisia cana* Shrubland
*Baccharis salicina* Shrubland
*Bothriochloa springfieldii* Herbaceous Vegetation
*Calamagrostis stricta* Western Herbaceous Vegetation
*Carex scirpoidea* Herbaceous Vegetation
*Catabrosa aquatica - Mimulus ssp.* Herbaceous Vegetation
*Elaeagnus angustifolia* Woodland
*Eleocharis quinqueflora - Triglochin spp.* Herbaceous Vegetation
*Fraxinus anomala - Quercus gambelii* Shrubland
*Heterotheca villosa* Herbaceous Vegetation
*Hippurus vulgaris* Herbaceous Vegetation
*Menyanthes trifoliata* Herbaceous Vegetation
*Pascopyrum smithii - (Buchloe dactyloides) - Ambrosia linearis - Ratibida tagetes* Playa Herbaceous Vegetation
*Populus* X *acuminata* Woodland
*Populus angustifolia /* Mesic graminoid Woodland
*Salix exigua / Eleocharis palustris* Shrubland
*Salix exigua / Equisetum hyemale* Shrubland

440

BLM_0035711

*Salix exigua / Schoenoplectus pungens* Shrubland
*Salix fragilis* Woodland
*Salix geyeriana - Salix monticola / Carex aquatilis* Shrubland
*Salix geyeriana - Salix monticola /* Mesic graminoid Shrubland
*Scirpus pallidus* Herbaceous Vegetation
*Sparganium eurycarpum* Herbaceous Vegetation
*Sporobolus airoides - Panicum obtusum* Herbaceous Vegetation
*Sullivantia hapemanii* var. *purpusii* Hanging Garden

441

BLM_0035712

442

BLM_0035713

# APPENDIX A:
# ASSOCIATIONS BY HGM SUBCLASS

| **FLATS 1** |
| --- |
| *Distichlis spicata* Herbaceous Vegetation |
| *Glaux maritima* Herbaceous Vegetation |
| *Muhlenbergia asperifolia* Herbaceous Vegetation |
| *Puccinellia nuttalliana (=airoides)* Herbaceous Vegetation |
| *Sarcobatus vermiculatus* / Barren ground Shrubland |
| *Sarcobatus vermiculatus* / *Distichlis spicata* Shrubland |
| *Schoenoplectus maritimus (=Bolboschoenus maritimus)* Herbaceous Vegetation |
| *Scirpus nevadensis (=Amphiscirpus nevadensis)* Herbaceous Vegetation |
| *Spartina gracilis* Herbaceous Vegetation |
| *Sporobolus airoides* Southern Plains Herbaceous Vegetation |
| *Suaeda calceoliformis* Herbaceous Vegetation |
| *Triglochin maritimum - Triglochin palustris* Herbaceous Vegetation |

| **DEPRESSIONAL 1** |
| --- |
| *Carex aquatilis - Carex utriculata* Herbaceous Vegetation |
| *Carex utriculata* Herbaceous Vegetation |

| **DEPRESSIONAL 2 and 3** |
| --- |
| *Alopecurus aequalis* Herbaceous Vegetation |
| *Bidens cernua - Bidens frondosa* Herbaceous Vegetation |
| *Carex nebrascensis* Herbaceous Vegetation |
| *Carex pellita (=lanuginosa)* Herbaceous Vegetation |
| *Carex utriculata* Herbaceous Vegetation |
| *Eleocharis acicularis* Herbaceous Vegetation |
| *Eleocharis palustris* Herbaceous Vegetation |
| *Eleocharis parvula* Herbaceous Vegetation |
| *Glyceria grandis* Herbaceous Vegetation |
| *Hordeum (=Critesion) jubatum* Herbaceous Vegetation |
| *Juncus balticus* var. *montanus* Herbaceous Vegetation |
| *Leersia oryzoides* Herbaceous Vegetation |
| *Phalaris arundinacea* Western Herbaceous Vegetation |
| *Schoenoplectus acutus* var. *acutus - Schoenoplectus tabernaemontani* Herbaceous Vegetation |
| *Schoenoplectus pungens* Herbaceous Vegetation |
| *Typha angustifolia - Typha latifolia - (Typha domingensis)* Herbaceous Vegetation |

| **DEPRESSIONAL 4 and 5** |
| --- |
| *Alopecurus aequalis* Herbaceous Vegetation |
| *Carex pellita (=lanuginosa)* Herbaceous Vegetation |
| *Echinochloa crus-galli* Herbaceous Vegetation |
| *Eleocharis acicularis* Herbaceous Vegetation |
| *Eleocharis palustris* Herbaceous Vegetation |
| *Eleocharis parvula* Herbaceous Vegetation |
| *Glyceria grandis* Herbaceous Vegetation |
| *Hordeum (=Critesion) jubatum* Herbaceous Vegetation |
| *Juncus balticus* var. *montanus* Herbaceous Vegetation |

443

BLM_0035714

*Polygonum* spp. - Mesic graminoid Herbaceous Vegetation
*Salix exigua* / Barren ground Shrubland
*Veronica anagallis-aquatica* - *Juncus bufonius* Herbaceous Vegetation
*Xanthium strumarium* Herbaceous Vegetation

**SLOPE 1 and 2**

*Abies lasiocarpa* - *Picea engelmannii* / *Carex aquatilis* Forest
*Betula nana* (=*glandulosa*) / Mesic forb - Mesic graminoid Shrubland
*Caltha leptosepala* Herbaceous Vegetation
*Cardamine cordifolia* - *Mertensia ciliata* - *Senecio triangularis* Herbaceous Vegetation
*Carex aquatilis* - *Carex utriculata* Herbaceous Vegetation
*Carex aquatilis* Herbaceous Vegetation
*Carex capillaris* - *Polygonum viviparum* Herbaceous Vegetation
*Carex illota* Herbaceous Vegetation
*Carex microptera* Herbaceous Vegetation
*Carex nigricans* - *Juncus drummondii* Herbaceous Vegetation
*Carex saxatilis* Herbaceous Vegetation
*Carex scopulorum* - *Caltha leptosepala* Herbaceous Vegetation
*Carex simulata* Herbaceous Vegetation
*Carex vernacula* Herbaceous Vegetation
*Carex vesicaria* Herbaceous Vegetation
*Deschampsia caespitosa* Herbaceous Vegetation
*Eleocharis palustris* Herbaceous Vegetation
*Eleocharis quinqueflora* Herbaceous Vegetation
*Kalmia microphylla* - *Gaultheria humifusa* Dwarf Shrubland
*Kobresia myosuroides* - *Thalictrum alpinum* Herbaceous Vegetation (Extreme rich fens)
*Kobresia simpliciuscula* - (*Trichophorum pumilum*) Herbaceous Vegetation
(*Picea engelmannii*)/*Betula nana* (=*glandulosa*) / *Carex aquatilis* / *Sphagnum* Iron Fen
*Salix boothii* / Mesic forb Shrubland
*Salix brachycarpa* / *Carex aquatilis* Shrubland
*Salix brachycarpa* / Mesic forb Shrubland
*Salix candida* - *Triglochin maritimum* Shrubland
*Salix drummondiana* / *Calamagrostis canadensis* Shrubland
*Salix geyeriana* / *Carex aquatilis* Shrubland
*Salix ligulifolia* (=*Salix eriocephala* var. *ligulifolia*) Shrubland
*Salix monticola* / *Carex utriculata* Shrubland
*Salix monticola* / Mesic forb Shrubland
*Salix monticola* / Mesic graminoid Shrubland
*Salix planifolia* / *Calamagrostis canadensis* Shrubland
*Salix planifolia* / *Caltha leptosepala* Shrubland
*Salix planifolia* / *Carex aquatilis* Shrubland
*Salix planifolia* / *Carex utriculata* Shrubland
*Salix planifolia* / Mesic forb Shrubland
*Salix wolfii* / *Calamagrostis canadensis* Shrubland
*Salix wolfii* / *Carex aquatilis* Shrubland
*Salix wolfii* / *Carex utriculata* Shrubland
*Salix wolfii* / Mesic forb Shrubland
*Triglochin maritimum* - *Triglochin palustris* Herbaceous Vegetation

**SLOPE 3 and 4**

*Agrostis gigantea* Herbaceous Vegetation

444

BLM_0035715

*Alnus incana* ssp. *tenuifolia* / Mesic graminoid Shrubland
*Aquilegia micrantha* -(*Mimulus eastwoodiae*) Hanging Garden
*Carex aquatilis - Carex utriculata* Herbaceous Vegetation
*Carex nebrascensis* Herbaceous Vegetation
*Carex pellita* (=*lanuginosa*) Herbaceous Vegetation
*Carex praegracilis* Herbaceous Vegetation
*Carex saxatilis* Herbaceous Vegetation
*Carex utriculata* Herbaceous Vegetation
*Dasiphora* (=*Pentaphylloides*) *floribunda  / Deschampsia caespitosa* Shrubland
*Dasiphora* (=*Pentaphylloides*) *floribunda  / Juncus balticus* var. *montanus* Shrubland
*Deschampsia caespitosa* Herbaceous Vegetation
*Eleocharis rostellata* Herbaceous Vegetation
*Glaux maritima* Herbaceous Vegetation
*Juncus balticus* var. *montanus* Herbaceous Vegetation
*Salix brachycarpa / Carex aquatilis* Shrubland
*Salix drummondiana* / Mesic forb Shrubland
*Salix monticola* / Mesic graminoid Shrubland

**RIVERINE 1**
*Betula nana* (=*glandulosa*) / Mesic forb - Mesic graminoid Shrubland
*Calamagrostis canadensis* Herbaceous Vegetation
*Cardamine cordifolia - Mertensia ciliata - Senecio triangularis* Herbaceous Vegetation
*Corydalis caseana* ssp. *brandegei - Mertensia ciliata* Herbaceous Vegetation
*Glyceria striata - Mimulus guttatus - Epilobium lactiflorum* Herbaceous Vegetation
*Salix brachycarpa* / Mesic forb Shrubland
*Salix planifolia / Calamagrostis canadensis* Shrubland
*Salix planifolia / Caltha leptosepala* Shrubland
*Salix wolfii / Calamagrostis canadensis* Shrubland
*Salix wolfii / Carex aquatilis* Shrubland
*Salix wolfii / Carex utriculata* Shrubland
*Salix wolfii* / Mesic forb Shrubland
*Saxifraga odontoloma* Herbaceous Vegetation

**RIVERINE 2**
*Abies lasiocarpa - Picea engelmannii - Populus angustifolia / (Lonicera involucrata)* Forest
*Abies lasiocarpa - Picea engelmannii / Alnus incana* ssp. *tenuifolia* Forest
*Abies lasiocarpa - Picea engelmannii / Calamagrostis canadensis* Forest
*Abies lasiocarpa - Picea engelmannii / Carex aquatilis* Forest
*Abies lasiocarpa - Picea engelmannii / Equisetum arvense* Forest
*Abies lasiocarpa - Picea engelmannii / Mertensia ciliata* Forest
*Abies lasiocarpa - Picea engelmannii / Ribes* spp. Forest
*Abies lasiocarpa - Picea engelmannii / Salix drummondiana* Forest
*Alnus incana* ssp. *tenuifolia* / Mesic forb Shrubland
*Alnus incana* ssp. *tenuifolia* / Mesic graminoid Shrubland
*Alnus incana* ssp. *tenuifolia - Salix drummondiana* Shrubland
*Betula nana* (=*glandulosa*) / Mesic forb - Mesic graminoid Shrubland
*Calamagrostis canadensis* Herbaceous Vegetation
*Cardamine cordifolia - Mertensia ciliata - Senecio triangularis* Herbaceous Vegetation
*Carex utriculata* Herbaceous Vegetation
*Corydalis caseana* ssp. *brandegei-Mertensia ciliata* Herbaceous Vegetation
*Crataegus rivularis* Shrubland

445

BLM_0035716

*Picea pungens / Alnus incana* ssp. *tenuifolia* Woodland
*Picea pungens / Betula occidentalis* Woodland
*Populus angustifolia - Picea pungens / Alnus incana* ssp. *tenuifolia* Woodland
*Populus balsamifera* Forest
*Populus tremuloides / Acer glabrum* Forest
*Populus tremuloides* / Tall forb Forest
*Salix bebbiana* Shrubland
*Salix boothii / Carex utriculata* Shrubland
*Salix boothii* / Mesic forb Shrubland
*Salix boothii* / Mesic graminoid Shrubland
*Salix brachycarpa* / Mesic forb Shrubland
*Salix drummondiana / Calamagrostis canadensis* Shrubland
*Salix drummondiana / Carex aquatilis* Shrubland
*Salix drummondiana* / Mesic forb Shrubland
*Salix geyeriana - Salix monticola / Calamagrostis canadensis* Shrubland
*Salix geyeriana - Salix monticola* / Mesic forb Shrubland
*Salix geyeriana / Calamagrostis canadensis* Shrubland
*Salix geyeriana / Carex aquatilis* Shrubland
*Salix geyeriana / Carex utriculata* Shrubland
*Salix geyeriana* / Mesic forb Shrubland
*Salix ligulifolia (=Salix eriocephala* var. *ligulifolia)* Shrubland
*Salix lucida (*ssp. *caudata* or ssp. *lasiandra)* Shrubland
*Salix monticola / Calamagrostis canadensis* Shrubland
*Salix monticola / Carex aquatilis* Shrubland
*Salix monticola / Carex utriculata* Shrubland
*Salix monticola /Equisetum arvense* Shrubland
*Salix monticola* / Mesic forb Shrubland
*Salix monticola* / Mesic graminoid Shrubland
*Salix planifolia* / Mesic forb Shrubland
*Saxifraga odontoloma* Herbaceous Vegetation

**RIVERINE 3 and 4**

*Abies concolor - (Picea pungens) - Populus angustifolia / Acer glabrum* Forest
*Abies lasiocarpa - Picea engelmannii / Alnus incana* ssp. *tenuifolia* Forest
*Abies lasiocarpa - Picea engelmannii / Equisetum arvense* Forest
*Abies lasiocarpa - Picea engelmannii / Mertensia ciliata* Forest
*Abies lasiocarpa - Picea engelmannii / Salix drummondiana* Forest
*Abies lasiocarpa - Picea engelmannii - Populus angustifolia / (Lonicera involucrata)* Forest
*Acer negundo - Populus angustifolia / Celtis laevigata* var. *reticulata* Forest
*Acer negundo - Populus angustifolia / Cornus sericea* Forest
*Acer negundo / Betula occidentalis* Woodland
*Acer negundo / Cornus sericea* Forest
*Acer negundo / Prunus virginiana* Forest
*Alnus incana* ssp. *tenuifolia - Cornus sericea* Shrubland
*Alnus incana* ssp. *tenuifolia* / Mesic forb Shrubland
*Alnus incana* ssp. *tenuifolia* / Mesic graminoid Shrubland
*Alnus incana* ssp. *tenuifolia - Salix (monticola, lucida, ligulifolia)* Shrubland
*Alnus incana* ssp. *tenuifolia - Salix drummondiana* Shrubland
*Alnus incana* ssp. *tenuifolia / Equisetum arvense* Shrubland
*Betula occidentalis* / Mesic forb Shrubland
*Betula occidentalis* / Mesic graminoid Shrubland

446

*Carex vesicaria* Herbaceous Vegetation
*Celtis laevigata* var. *reticulata* Shrubland
*Cornus sericea* Shrubland
*Crataegus rivularis* Shrubland
*Equisetum hyemale* Herbaceous Vegetation
*Forestiera pubescens* Shrubland
*Glycyrrhiza lepidota-Equisetum hymale* Herbaceous Vegetation
*Juncus balticus* var. *montanus* Herbaceous Vegetation
*Juniperus scopulorum / Cornus sericea* Woodland
*Picea pungens / Alnus incana* ssp. *tenuifolia* Woodland
*Picea pungens / Cornus sericea* Woodland
*Picea pungens / Equisetum arvense* Woodland
*Populus angustifolia - Juniperus scopulorum* Woodland
*Populus angustifolia - Pseudotsuga menziesii* Woodland
*Populus angustifolia / Alnus incana* ssp. *tenuifolia* Woodland
*Populus angustifolia / Betula occidentalis* Woodland
*Populus angustifolia / Cornus sericea* Woodland
*Populus angustifolia / Crataegus rivularis* Woodland
*Populus angustifolia / Prunus virginiana* Woodland
*Populus angustifolia / Rhus trilobata* Woodland
*Populus angustifolia / Salix (monticola, drummondiana, lucida)* Woodland
*Populus angustifolia / Salix drummondiana - Acer glabrum* Woodland
*Populus angustifolia / Salix exigua* Woodland
*Populus angustifolia / Salix irrorata* Woodland
*Populus angustifolia / Salix liguifolia (=Salix eriocephala* ssp. *ligulifolia) - Shepherdia argentea* Woodland
*Populus angustifolia / Salix lucida* ssp. *caudata* or ssp. *lasiandra* Woodland
*Populus angustifolia / Symphoricarpos albus* Woodland
*Populus angustifolia* Sand Dune Forest
*Populus balsamifera* Forest
*Populus deltoides / Bromus inermis* Woodland
*Populus deltoides / Prunus virginiana* Woodland
*Populus deltoides / Rhus trilobata* Woodland
*Populus deltoides - (Salix amygdaloides) / Salix exigua* Woodland
*Populus tremuloides / Acer glabrum* Forest
*Populus tremuloides / Alnus incana* ssp. *tenuifolia* Forest
*Populus tremuloides / Betula occidentalis* Forest
*Populus tremuloides / Cornus sericea* Forest
*Populus tremuloides / Corylus cornuta* Forest
*Populus tremuloides /* Tall forb Forest
*Prunus virginiana - (Prunus americana)* Shrubland
*Pseudotsuga menziesii / Betula occidentalis* Woodland
*Pseudotsuga menziesii / Cornus sericea* Woodland
*Pseudotsuga menziesii / Symphoricarpos* ssp. Forest
*Rhus trilobata - (Salix exigua)* Shrubland
*Salix amygdaloides* Woodland
*Salix bebbiana* Shrubland
*Salix drummondiana /* Mesic forb Shrubland
*Salix exigua /* Barren ground Shrubland
*Salix exigua /* Mesic graminoid Shrubland
*Salix exigua - Salix liguifolia (=Salix eriocephala* ssp. *ligulifolia)* Shrubland

447

BLM_0035718

*Salix geyeriana / Carex utriculata* Shrubland
*Salix geyeriana* / Mesic forb Shrubland
*Salix ligulifolia (=Salix eriocephala* var. *ligulifolia)* Shrubland
*Salix lucida (*ssp. *caudata* or ssp. *lasiandra)* Shrubland
*Salix monticola* / Mesic forb Shrubland
*Salix planifolia / Calamagrostis canadensis* Shrubland
*Shepherdia argentea* Shrubland
*Sporobolus airoides* Southern Plains Herbaceous Vegetation
*Tamarix ramosissima* Shrubland

**RIVERINE 5**

*Andropogon gerardii - Sorghastrum nutans - (Spartina pectinata)* Herbaceous Vegetation
*Carex emoryi* Herbaceous Vegetation
*Carex pellita (=lanuginosa)* Herbaceous Vegetation
*Cornus sericea* Shrubland
*Equisetum hyemale* Herbaceous Vegetation
*Glycyrrhiza lepidota-Equisetum hymale* Herbaceous Vegetation
*Muhlenbergia asperifolia* Herbaceous Vegetation
*Phragmites australis* Herbaceous Vegetation
*Picea pungens / Alnus incana* ssp. *tenuifolia* Woodland
*Populus angustifolia / Prunus virginiana* Woodland
*Populus angustifolia / Salix exigua* Woodland
*Populus deltoides - (Salix amygdaloides) / Salix exigua* Woodland
*Populus deltoides - (Salix nigra) / Spartina pectinata - Carex* spp. Woodland
*Populus deltoides / Bromus inermis* Woodland
*Populus deltoides / Carex pellita (=lanuginosa)* Woodland
*Populus deltoides / Distichlis spicata* Woodland
*Populus deltoides / Elymus trachycaulus* Woodland
*Populus deltoides / Forestiera pubescens* Woodland
*Populus deltoides / Muhlenbergia asperifolia* Forest
*Populus deltoides / Panicum virgatum-Schizachyrium scoparium* Woodland
*Populus deltoides / Pascopyrum smithii - Panicum obtusum* Woodland
*Populus deltoides / Prunus virginiana* Woodland
*Populus deltoides / Rhus trilobata* Woodland
*Populus deltoides / Sporobolus airoides* Woodland
*Populus deltoides / Sporobolus compositus* var. *compositus* Woodland
*Populus deltoides / Sporobolus cryptandrus* Woodland
*Populus deltoides / Symphoricarpos occidentalis* Woodland
*Salix amygdaloides* Woodland
*Salix exigua - Salix ligulifolia (=Salix eriocephala* ssp. *ligulifolia)* Shrubland
*Salix exigua* / Barren ground Shrubland
*Salix exigua* / Mesic graminoid Shrubland
*Spartina pectinata* Western Herbaceous Vegetation
*Sporobolus airoides* Southern Plains Herbaceous Vegetation
*Symphoricarpos occidentalis* Shrubland
*Tamarix ramosissima* Shrubland

448

BLM_0035719

# APPENDIX B:
## GLOSSARY OF TERMS

**alkaline** - Water or soils containing an amount of alkali substances (strongly basic substances such as soda, potash, etc.) sufficient to raise the pH value above 7.0 and be harmful to the growth of plants. Generally, the term alkaline is applied to water with a pH greater than 7.4.

**alluvial** - (1) Pertaining to processes or materials associated with transportation or deposition by running water. (2) Pertaining to or composed of alluvium, or deposited by a stream or running water. (3) An adjective referring to soil or earth material which has been deposited by running water, as in a riverbed, flood plain, or delta.

**alluvium** - (1) A general term for deposits of clay, silt, sand, gravel, or other particulate material that has been deposited by a stream or other body of running water in a streambed, on a flood plain, on a delta, or at the base of a mountain. (2) A general term for such unconsolidated detrital material deposited during comparatively recent geologic time by a stream or other body of running water as a sorted or semi-sorted sediment in the bed of the stream or its flood plain or delta, or as a cone or fan at the base of a mountain slope; especially such a deposit of fine-grained texture (silt or silty clay) deposited during time of flood.

**alpine** - That portion of mountains above tree growth; or organisms living there. In Colorado, generally above 11,400 feet.

**annual plant** - Living through one season only.

**arroyo** - A water-carved channel or gully in an arid country which is usually rather small with steep banks and is dry much of the time due to infrequent rainfall and the shallowness of the cut, which does not penetrate below the level of permanent ground water.

**aspect** - The compass direction toward which a sloping land area faces. The direction is measured downslope and normal to the contours of elevation.

**association** - A plant community type of definite floristic composition, uniform habitat conditions, and uniform physiognomy.

**backwater** - A small, generally shallow body of water attached to the main channel, with little or no current of its own.

**bankfull channel** - The stream channel that is formed by the dominant discharge, also referred to as the active channel, which meanders across the floodplain as it forms pools, riffles, and point bars.

**bankfull stage** - The stage at which a stream first begins to overflow its natural banks. More precisely, an established river stage at a given location along a river which is intended to represent the maximum safe water level that will not overflow the river banks or cause any significant damage within the river reach.

**basin** - A geographic area drained by a single major stream; consists of a drainage system comprised of streams and often natural or man-made lakes.

**bed material** - The sediment mixture of which a streambed, lake, pond, reservoir, or estuary bottom is composed.

**biennial plant** - A plant that lives two years, usually producing vegetative growth the first year and reproducing the second year.

**bottoms** - Low-lying alluvial land adjacent to a river, also referred to as bottomland.

449

**bottomland, also bottom land** - A general term describing generally rich, loamy or fine-textured and poorly drained soils, overlying a shallow water table or possibly adjacent to a stream, lake or other body of water, that exhibits relatively good water holding capacity and slow to moderate infiltration of irrigation water; often associated with a river's floodplain.

**braided stream** - (1) A stream which divides into a network of channels branching and reuniting, separated by islands. (2) A complex tangle of converging and diverging stream channels *(Anabranches)* separated by sand bars or islands. Characteristic of flood plains where the amount of debris is large in relation to the discharge.

**calcareous** - Formed of calcium carbonate or magnesium carbonate by biological deposition or inorganic precipitation in sufficient quantities to effervesce carbon dioxide visibly when treated with cold 0.1 normal hydrochloric acid. Calcareous sands are usually formed of a mixture of fragments of mollusk shell, echinoderm spines and skeletal material, coral, foraminifera, and algal platelets.

**calcareous fens** - Peatlands formed in areas of groundwater discharge, where cold, anoxic, mineral-rich water provides a specialized large habitat for disproportionately large numbers of rare and endangered plants. Many of the plants found in calcareous fens are species which would be typical of more northern habitats. The health of such fens is inextricably linked to the presence of the upwelling mineral-rich groundwater.

**canopy** - (1) The overhanging cover formed by leaves, needles, and branches of vegetation. (2) The more or less continuous cover of branches and foliage formed collectively by the crowns of adjacent trees and shrubs.

**catkin** - A dense, scaly spike of flowers that fall after flowering or fruiting, as in the willow or birch; an ament.

**channel** - (1) (Watercourse) A natural stream that conveys water; a natural or artificial watercourse with definite bed and banks to confine and conduct flowing water; a ditch or channel excavated for the flow of water.  River, creek, run, branch, anabranch, and tributary are some of the terms used to describe natural channels, which may be single or braided. (2) (Landform) The bed of a single or braided watercourse that commonly is barren of vegetation and is formed of modern alluvium.  Channels may be enclosed by banks or splayed across and slightly mounded above a fan surface and include bars and dumps of cobbles and stones.  Channels, excepting floodplain playas, are landform elements.

**channelization** - (1) The artificial enlargement or realignment of a stream channel. (2) Straightening a stream or river to allow water to travel through the area more quickly. (3) The process of changing and straightening the natural path of a waterway.  Although channelization is often used as a means of flood control, it often damages wetlands which would otherwise provide natural amelioration of flood damage.

**clay** - (1) A sedimentary material with grains smaller than 0.2 millimeters in diameter. (2) Moist, sticky earth; mud.

**climax community** - The final stage of vegetation succession; a climax community reproduces itself and is in equilibrium with the existing environment.

**closed basin** - A hydrographic basin (basin, area or sub-area) is considered closed with respect to surface water flow if its topography prevents the occurrence of visible surface water outflow. It is closed hydrologically if neither surface nor underground water outflow can occur.

**colluvial** - Pertaining to material consisting of alluvium in part and also containing angular fragments of the original rocks. Typically found at the bottom or on the lower slopes of a hill.

**colluvium** - (1) A general term used to describe loose and incoherent deposits of rock moved downslope by gravitational force in the form of soil creep, slides, and local wash. (2) A general

450

BLM_0035721

term applied to any loose, heterogeneous, and incoherent mass of soil material or rock fragments deposited chiefly by gravity-driven mass wasting usually at the base of a steep slope or cliff, for example, talus, cliff debris, and avalanche material. (3) Alluvium deposited by unconcentrated surface run-off or sheet erosion, usually at the base of a slope.

**conifer -** A plant that produces cones such as a plant belonging to the family Coniferae, such as Pines, Cypresses, Junipers and Cedars.

**cut bank -** The outside bank of a bend, often eroding opposite a *point bar*.

**dbh -** Diameter (of a tree) at breast height.

**deciduous -** (1) A plant with leaves falling at maturity or at the end of a growing season.  (2) A community where greater than 75% of the total woody cover sheds its foliage simultaneously in connection with the unfavorable season.

**deposition -** The accumulation of material dropped because of a slackening movement of the transporting medium, e.g., water or wind.

**diagnostic species -** A species which is characteristic of an association, and is always present in occurrences of that association.

**disclimax -** A stable community that has replaced the normal climax in a given area, owing to disturbance by humans or domestic animals.

**dominant -** The species having the most influence on community composition and form.  Often used in reference to the largest or most abundant species.

**drainage class, soils -** The relative terms used to describe natural drainage and corresponding types of soils are as follows:
[1] *Excessive* – Excessively drained soils are commonly very porous and rapidly permeable, and have low water-holding capacity;
[2] *Somewhat Excessive* – Somewhat excessively drained soils are also very permeable and are free from mottling throughout their profile;
[3] *Good* – Well drained soils that are nearly free of mottling and are commonly of intermediate texture;
[4] *Moderately Good* – Moderately well drained soils that commonly have a slowly permeable layer in or immediately beneath the developed layers of the soil. They have uniform color in the surface layers and upper subsoil, and mottling in the lower subsoils and substrata;
[5] *Somewhat Poor* – Somewhat poorly drained soils are wet for significant periods, but not all the time. They commonly have a slowly permeable layer in their profile, a high water table, additions through seepage, or a combination of these conditions;
[6] *Poor* – Poorly drained soils are wet for long periods of time. They are light gray and generally are mottled from the surface downward, although mottling may be absent or nearly so in some soils.

**draw -** A ravine or small intermittent stream drainage.

**dwarf shrubland -** A community characterized by low-growing shrubs usually under 2 feet (0.5 m) tall. Individuals or clumps overlapping to not touching (generally forming more than 25% cover, trees and tall shrubs generally less than 25% cover). Dwarf shrub cover may be less than 25% where it exceeds tree, shrub, herb, and nonvascular cover.

**fen -** A groundwater driven wetland with organic material accumulation (peat).

**floristic -** In vegetation classification, a system based on species composition or species groups.

**fluvial -** Of or pertaining to rivers and streams; growing or living in streams or ponds; produced by the action of a river, stream or flood flow, as in a fluvial plain.

451

BLM_0035722

**forb** - Broad-leaved herbaceous plant that dies back to the ground each year and is generally known as a wildflower.

**forest** - A community characterized by trees with their crowns overlapping (generally forming 60-100% cover).

**friable** - (1) Said of a rock or mineral that crumbles naturally or is easily broken, pulverized, or reduced to powder, such as a soft or poorly cemented sandstone. (2) Said of a soil consistency in which moist soil material crushes easily under gentle to moderate pressure (between thumb and forefinger) and coheres when pressed together.

**frost heave** - Ruptured soil, rock, or pavement caused by the expansion of freezing water immediately beneath the surface.

**geomorphology** - That branch of both physiography and geology that deals with the form of the earth, the general configuration of its surface, and the changes that take place in the evolution of land forms. The term usually applies to the origins and dynamic morphology (changing structure and form) of the earth's land surfaces, but it can also include the morphology of the sea floor and the analysis of extraterrestrial terrains.  Sometimes included in the field of physical geography, geomorphology is really the geological aspect of the visible landscape.

**gleyed** - A soil condition resulting from prolonged soil saturation, which is manifested by the presence of bluish or greenish colors through the soil mass or in mottles (spots or streaks) among the colors. Gleying occurs under reducing conditions, by which iron is reduced predominantly to the ferrous state.

**graminoids** - Grasses and grass-like plants such as sedges and rushes.

**herbaceous** - Not woody.

**herbaceous vegetation** - Herbs (graminoids, forbs, and ferns) dominant (generally forming at least 25% cover, trees, shrubs, and dwarf-shrubs generally with less than 25% cover). Herb cover may be less than 25% where it exceeds tree, shrub, dwarf-shrub, and nonvascular cover.

**histosols** - Organic soils.

**hummock** - A small but steep, irregular mound or ridge of earth rising above the general level of the surrounding land.

**hydric soil** - A soil that, in its undrained condition, is saturated, flooded, or ponded long enough during the growing season to develop anaerobic conditions that affect the growth of plants.

**hydrogeomorphic -** Taking into account the hydrologic (i.e., water source and hydrodynamics) and geomorphic (i.e., landscape position) factors which control the functions and distribution of wetlands.  The hydrogeomorphic approach differs from other wetland assessment procedures in that it classifies wetlands based on hydrologic and geomorphic features.

**introduced** - A plant species which is NOT indigenous to the state of Colorado or to the natural plant community in which it is found.

**inundated** - Covered with water, especially floodwaters.

**litter** - The vegetative material on the surface of the soil.

**loam** - (1) A soil consisting of a friable mixture of varying proportions of clay, silt, and sand. A soil which has nearly equal proportions of silt, sand and clay. The word is used by gardeners to mean a soil that is rich in organic material, does not compact easily, and drains well after watering. (2) A rich, permeable soil composed of a friable mixture of relatively equal and moderate proportions of clay, silt, and sand particles, and usually containing organic matter

452

(humus) with a minor amount of gravelly material. It has somewhat gritty feel yet is fairly smooth and slightly plastic.

**loamy** - Said of a soil (such as a clay loam and a loamy sand) whose texture and properties are intermediate between a coarse-textured or sandy soil and a fine-textured or clayey soil.

**matrix species** - The species that makes up the bulk of the structure and biomass of an association.

**mesic** - (from Greek. *mesos*, middle) Conditioned by temperate moist climate; neither xeric nor hydric; pertaining to conditions of medium moisture supply.

**microsite** - A small area where environmental conditions differ from those of the surrounding area.

**mineral soil** - Soil composed of predominantly mineral rather than organic materials.

**monotypic** - Consisting almost entirely of one species.

**montane** - In Colorado, the ecological zone occurring between approximately 7,500 and 9,300 feet in elevation. The lower montane or foothills extends from about 6,000 to 7,500 feet.

**mottles** - Spots or blotches of different color interspersed with the dominant soil color. Indicative of anoxic soil conditions.

**native** - A plant species which is indigenous to the state of Colorado or to the natural plant community in which it is found.

**obligate** - Of necessity, by requirement. Said of species which are always found in a certain habitat, or which require certain conditions to exist.

**organic soil** - Soil composed of predominantly organic rather than mineral material. Equivalent to Histosol.

**peat** - Any mass of semi-carbonized vegetable tissue formed by partial decomposition in water of various plants, especially mosses of the genus *Sphagnum*. Peat varies in consistency from turf to slime. As it decomposes its color deepens, old peat being dark brown or black, and keeping little of the plant texture.

**perennial plant** - A plant living more than two years

**perennial stream** - See entry under *stream*

**perigynium** - The inflated sac enclosing the ovary in *Carex* spp.

**phreatophyte** - Literally, a water-loving plant, one that thrives in wet sites and/or has the ability to tap deep saturation zones. A deep rooted plant that obtains its water from the water table.

**physiognomic** - In vegetation classification, a system based on the physical features of the vegetation, such as height and spacing, growth form, leaf characters etc.

**playa** - (1) Generally, a dry or intermittently dry lakebed in the lowest spot of a closed valley. (2) An ephemerally flooded, barren area on a basin floor that is veneered with fine textured sediment and acts as a temporary or the final sink for drainage water (3) Also, a nearly level area at the bottom of an undrained desert basin, sometimes temporarily covered with water. Salt contents are generally quite high.

**point bar** - A bank on the inside of a meander bend that has built up due to sediment deposition opposite a pool.

BLM_0035724

**quaking fen -** A fen formed of peat, wholly or partially floating, so that it shakes when trodden upon.

**ravine -** (1) A deep, narrow valley or gorge in the earth's surface worn by running water. (2) A small narrow steep-sided valley that is larger than a gully and smaller than a canyon and that is usually worn by running water.

**reach (of river) -** (1) Most generally, any specified length of a stream, channel, or conveyance. (2) A length of channel which is uniform in its discharge depth, area, and slope; a relatively homogeneous length of stream having a similar sequence of characteristics.

**riparian -** Pertaining to the banks of a river, stream, waterway, or other, typically, flowing body of water as well as to plant and animal communities along such bodies of water. This term is also commonly used for other bodies of water, e.g., ponds, lakes, etc., although littoral is the more precise term for such stationary bodies of water.

**riparian ecosystem -** A transitional ecosystem located between aquatic (usually riverine) and terrestrial (upland) environments. Riparian ecosystems are identified by distinctive soil characteristics and vegetation communities that require free water.

**rivulet -** A small stream or brook; a streamlet.

**runoff -** (1) That portion of precipitation that moves from the land to surface water bodies. (2) That portion of precipitation which is not intercepted by vegetation, absorbed by the land surface or evaporated, and thus flows overland into a depression, stream lake or ocean (runoff called "immediate subsurface runoff" also takes place in the upper layers of the soil). (3) That part of the precipitation, snow melt, or irrigation water that appears in uncontrolled surface streams, rivers, drains or sewers. It is the same as streamflow unaffected by artificial diversions, imports, storage, or other works of man in or on the stream channels. Runoff may be classified according to speed of appearance after rainfall or melting snow as direct runoff or base runoff, and according to source as surface runoff, storm interflow, or ground-water runoff. (4) The total discharge described in (1), above, during a specified period of time. (5) Also defined as the depth to which a drainage area would be covered if all of the runoff for a given period of time were uniformly distributed over it.

**saline soil -** A nonalkali soil containing soluble salts (sodium chloride or salts of the alkali metals or magnesium) in such quantities that they interfere with the growth of most plants.

**saturated soils -** Soils that have absorbed, to the maximum extent possible, water from rainfall, snowmelt, or groundwater. Any further precipitation on saturated soils will result in surface runoff with down-gradient effects on flooding and erosion.

**scour -** (1) To clear, dig, or remove by or as if by a powerful current of water. (2) The erosive action of running water in streams, which excavates and carries away material from the bed and banks. Scour may occur in both earth and solid rock material. (3) The powerful and concentrating clearing and digging action of flowing air or water, especially the downward erosion by stream water in sweeping away mud and silt on the outside curve of a bend, or during time of flood. (4) A place in a stream bed swept (scoured) by running water, generally leaving a gravel bottom. (5) The process by which flood waters remove soil around objects that obstruct flow, such as the foundation walls of a house.

**seep -** A spot where water contained in the ground oozes slowly to the surface and often forms a pool; a small spring.

**seral –** In a transitional stage in plant succession. Environmental conditions, species, or biotic communities may be described as seral in contrast to climax.

**shrub -** A woody plant which at maturity is usually less than 20 feet (6 m) tall and generally exhibits several erect, spreading, or prostrate stems and has a bushy appearance.

454

BLM_0035725

**shrubland** - Characterized by shrubs generally greater than 2 feet (0.5 m) tall with individuals or clumps overlapping to not touching (generally forming more than 25% cover, trees generally less than 25% cover).  Shrub cover may be less than 25% if it still exceeds the cover of other strata. Vegetation dominated by woody vines is generally treated in this class.

**silt** - (1) Sedimentary particles smaller than sand particles, but larger than clay particles. (2) An intermediate soil textural class consisting of particles between 0.05 and 0.002 millimeters in diameter.

**skeletal soil** - Soil in which limited amounts of organic material are found and in which soil horizons have had insufficient time to form.

**slongh** - A place of deep mud or mire; a wet or marshy place as a swamp or marshland creek. Also a side channel or inlet as from a river; ordinarily found on or at the edge of the flood plain or a river.

**snowmelt** - (1) The runoff from melting snow. (2) The net decrease in water equivalent of the snowpack after allowing for increases due to precipitation. It does not include water which refreezes or is retained as liquid water within the snowpack. (3) A period or season when such runoff occurs.

**sodic** (soils) - Soils having an excess concentration of sodium ions.  Excess sodium results in poor aeration, slow infiltration rates, and causes serious nutritional disturbances in plants by affecting the availability of calcium, magnesium, and other ions required by plants.

**soil horizon** - A layer of soil that can be distinguished from the surrounding soil by such features as chemical composition, color, and texture.

**spp.**- Species, plural.

**ssp.**- Subspecies.

**stand** - A biotic community, particularly of trees, possessing sufficient uniformity of composition, age, and spatial arrangement to be distinguishable from adjacent communities. Stand structure refers to the composition, age, and arrangement of the trees in a delimited biotic community.

**stratified** - Having distinct horizontal layers (strata) in geological deposits. Each layer may differ from adjacent layers in terms of texture, grain size, chemical composition, or other geological criteria. The term is also applied to layering of other material such as the atmosphere.

**stream** - A general term for a body of flowing water; natural water course containing water at least part of the year. In hydrology, the term is generally applied to the water flowing in a natural channel as distinct from a canal.  Some classifications of streams include, in relation to time:
    [1] *Ephemeral Streams* - Streams which flow only in direct response to precipitation and whose channel is at all times above the water table.
    [2] *Intermittent or Seasonal Streams* - Streams which flow only at certain times of the year when receiving water from springs, rainfall, or from surface sources such as melting snow.
    [3] *Perennial Streams* - Streams which flow continuously.
And, in relation to ground water:
    [4] *Gaining Streams* - Streams or a reach of a stream that receive water from the zone of saturation. Also referred to as an effluent stream.
    [5] *Insulated Streams* - Streams or a reach of a stream that neither contribute water to the zone of saturation nor receive water from it. Such streams are separated from the zones of saturation by an impermeable bed.
    [6] *Losing Streams* - Streams or a reach of a stream that contribute water to the zone of saturation. Also referred to as an influent stream.
    [7] *Perched Streams* - Perched streams are either losing streams or insulated streams that are separated from the underlying ground water by a zone of aeration.

BLM_0035726

**stream order -** (1) Designation of stream segments within a drainage basin; a system of numbering streams according to sequence of tributary size. The smallest perennial tributary is designated as order 1, the junction of two first-order streams produces a stream segment of order 2, and so on, the main stream being always of the highest order.

**stream terrace -** (1) A surface representing remnants of a stream's channel or flood plain when the stream was flowing at a higher level. Subsequent downward cutting by the stream leaves remnants of the old channel or flood plain standing as a terrace above the present level of the stream. (2) A transversely level erosional remnant of a former axial stream or major desert stream floodplain that slopes in the same direction as the adjacent, incised stream, and is underlain by well sorted and stratified sand and gravel or by loamy or clayey sediments.

**subalpine -** In Colorado, the ecological zone between approximately 9,300 and 11,400 feet in elevation.

**succession -** The progressive replacement of one community by another until a climax community is established.

**toeslope -** The outermost gently inclined surface at base of a slope. In profile, commonly gentle and linear and characterized by alluvial deposition.

**var. -** Variety

**willow carr -** A wetland shrubland or thicket dominated by willows.

**woodland -** Open stands of trees with crowns not usually touching (generally forming 25-60% cover). Canopy tree cover may be less than 25% in cases where it exceeds shrub, dwarf-shrub, herb, and nonvascular cover.

**xeric -** (from Greek. *xeros*, dry) Characterized by a scanty supply of moisture, tolerating, or adapted to, arid conditions.

---

Most of the above definitions were adapted from the following sources:

Horton, Gary A. 2000. *Water Words Dictionary, A Compilation of Technical Water, Water Quality, Environmental, and Water-Related Terms.* Nevada Division of Water Resources, Department of Conservation and Natural Resources. Available at: http://water.nv.gov/Water%20planning/dict-1/ww-index.htm

Weber, W.A, and R.C. Wittmann. 2001. *Colorado Flora: Eastern Slope.* 3rd ed. University Press of Colorado, Niwot, CO.

BLM_0035727

# APPENDIX C:
# USEFUL REFERENCES

Benedict, A.D. 1991. *A Sierra Club Naturalist's Guide, The Southern Rockies*. Sierra Club Books, San Francisco, CA.

Carter, J.L.  1988.  *Trees and Shrubs of Colorado*.  Johnson Books, Boulder, CO.

Colorado Weed Management Association.  1993.  *Colorado's 30 Troublesome Weeds – Plants That Threaten Our Natural Resources*.  Colorado Weed Management Association.

Dorn, R. D. 1997. *Rocky Mountain Region Willow Identification Field Guide, R2-RR-97-01*. USDA, US Forest Service, Denver, CO.

Harris, J.G. and M.W. Harris.  1994.  *Plant Identification Terminology:  An Illustrated Glossary*.  Spring Lake Publishing, Payson UT.

Hurd, E.G., N.L. Shaw, J. Mastrogiuseppe, L.C. Smithman and S. Goodrich.  1998.  *Field Guide to Intermountain Sedges*.  Rocky Mountain Research Station General Technical Report RMRS-GTR-10, USDA Forest Service, Ogden, UT.

Hurd, E.G., S. Goodrich and N.L. Shaw.  1997.  *Field Guide to Intermountain Rushes*.  Rocky Mountain Research Station General Technical Report INT-306, USDA Forest Service, Ogden, UT.

Johnston, B.C.  2001.  *Field Guide to the Sedge Species of the Rocky Mountain Region: The genus* Carex *in Colorado, Wyoming, western South Dakota, western Nebraska, and western Kansas*.  Renewable Resources R2-RR-01-03.  Denver, CO:  USDA Forest Service, Rocky Mountain Region.

Kittel, G.  2002.  *A Vegetative Key to the Willows of Colorado: A Preponderance of the Evidence*.  Available on Colorado Native Plant Society website: http://carbon.cudenver.edu/%7Eshill/plantlist.html

Weber, W.A, and R.C. Wittmann.  2001.  *Colorado Flora: Eastern Slope*. 3rd ed.  University Press of Colorado, Niwot, CO.

Weber, W.A, and R.C. Wittmann.  2001.  *Colorado Flora: Western Slope*. 3rd ed.  University Press of Colorado, Niwot, CO.

Whitson, T.D. (Ed.) et al.  1996.  *Weeds of the West*.  Western Society of Weed Science in cooperation with Cooperative Extension Services, University of Wyoming.Laramie, Wyoming. 630pp.

Wingate, J.L.  1994.  *Illustrated Keys to the Grasses of Colorado*.  Wingate Consulting, Denver, CO.

BLM_0035728

# APPENDIX D:
# NATURAL HERITAGE METHODOLOGY

The Natural Heritage Methodology is used by Natural Heritage Programs throughout North, Central, and South America, forming an international database network. The 85 Natural Heritage Network data centers are located in each of the 50 U.S. states, five provinces of Canada, and 13 countries in South and Central America and the Caribbean. This network enables scientists to monitor the status of species or natural communities from a state, national, and global perspective. Information collected by the Natural Heritage Programs can provide a means to protect species before the need for legal endangerment status arises. It can also enable conservationists and natural resource managers to make informed, objective decisions in prioritizing and focusing conservation efforts.

The Natural Heritage Methodology ranks species and communities according to their rarity or degree of imperilment. The ranking system is scientifically based upon the number of known locations of the element as well as its ecology and known threats. By ranking the relative rareness or imperilment of a species or community, the quality of its populations, and the importance of associated conservation sites, the methodology can facilitate the prioritization of conservation efforts so the most rare and imperiled elements may be preserved first. Because plant communities are as important as individual species, this methodology has also been applied to ranking and preserving rare plant communities, as well as the best examples of common communities.

Element imperilment ranks are assigned both in terms of the element's degree of imperilment within Colorado (its State or S-rank) and the element's imperilment over its entire range (its Global or G-rank). Taken together, these two ranks indicate the degree of imperilment of an element. For example, the lynx, which is thought to be secure in northern North America but is known from fewer than 5 current locations in Colorado, is ranked G5S1 (globally secure, but critically imperiled in this state). The Rocky Mountain Columbine (*Aquilegia saximontana*), which is known only in Colorado from about 30 locations, is ranked a G3S3 (vulnerable both in the state and globally, since it only occurs in Colorado and then in small numbers). A narrowleaf cottonwood sand dune forest community that is only known from one location in the world at the Great Sand Dunes National Monument is ranked G1S1 (critically imperiled both in the state and globally, because it exists in a single location).

## Definition of Natural Heritage Imperilment Ranks

Global imperilment ranks are based on the range-wide status of a species or community. State imperilment ranks are based on the status of an element in an individual state. State and Global ranks are denoted with an "S" or a "G" respectively, followed by a number or letter. **These ranks should not be interpreted as legal designations.**

| | |
|---|---|
| **G/S1** | Critically imperiled globally/state because of rarity (5 or fewer occurrences in the world/state; or 1,000 or fewer individuals), or because some factor of its biology makes it especially vulnerable to extinction. |
| **G/S2** | Imperiled globally/state because of rarity (6 to 20 occurrences, or |

458

BLM_0035729

| | |
|---|---|
| | 1,000 to 3,000 individuals), or because other factors demonstrably make it very vulnerable to extinction throughout its range. |
| G/S3 | Vulnerable through its range or found locally in a restricted range (21 to 100 occurrences,  or 3,000 to 10,000 individuals). |
| G/S4 | Apparently secure globally/state, though it may be quite rare in parts of its range, especially at the periphery. Usually  more than 100 occurrences and 10,000 individuals. |
| G/S5 | Demonstrably secure globally/state, though it may be quite rare in parts of its range, especially at the periphery. |
| G/SX | Presumed extinct globally, or extirpated within the state. |
| G#? | Indicates uncertainty about an assigned global rank. |
| G/SU | Unable to assign rank due to lack of available information. |
| GQ | Indicates uncertainty about taxonomic status. |
| S? | Unranked. Some evidence that species may be imperiled, but awaiting formal rarity ranking. |
| Not Applicable | Indicates that the community is not eligible for Heritage ranking, due to its status as an invasive, weedy, cultural, modified or highly managed type. |

**Note: Where two numbers appear in a state or global rank  (for example, S2S3), the rank of the element is unclear but likely within the stated range.**
**Element Occurrence Ranking**

Actual locations of elements, whether they are single organisms, populations, or plant communities, are referred to as **element occurrences**.  The element occurrence is considered the most fundamental unit of conservation interest and is at the heart of the Natural Heritage Methodology.  To prioritize element occurrences for a given species or community, an element occurrence rank (EO-Rank) is assigned according to the ecological quality of the occurrences whenever sufficient information is available. This ranking system is designed to indicate which occurrences are the healthiest and ecologically the most viable, thus focusing conservation efforts where they will be most successful.  The EO-Rank is based on three factors:

Size – a measure of the area or abundance of the element's occurrence, relative to other known, and/or presumed viable, examples.  Takes into account factors such as area of occupancy, population abundance, population density,  population fluctuation, and minimum dynamic area (which is the area needed to ensure survival or re-establishment of an element after natural disturbance).

Condition/Quality – an integrated measure of the composition, structure, and biotic interactions that characterize the occurrence.  This includes factors such as reproduction, age structure, biological composition (such as the presence of exotic versus native species), structure (for example, canopy, understory, and ground cover in a forest community), and biotic interactions (such as levels of competition, predation, and disease).

Landscape Context – an integrated measure of two factors: the dominant environmental regimes and processes that establish and maintain the element, and connectivity.  *Dominant environmental regimes and processes* include herbivory, hydrologic and water chemistry regimes (surface and groundwater), geomorphic processes, climatic regimes (temperature and precipitation), fire regimes, and many kinds of natural disturbances.

459

BLM_0035730

*Connectivity* includes such factors as a species having access to habitats and resources needed for life cycle completion, fragmentation of ecological communities and systems, and the ability of the species to respond to environmental change through dispersal, migration, or re-colonization.

Each of these factors is rated on a scale of A through D, with A representing an excellent grade and D representing a poor grade. These grades are then averaged to determine an appropriate EO-Rank for the occurrence. If not enough information is available to rank an element occurrence, an EO-Rank of E is assigned. EO-Ranks and their definitions are as follows:

| EO Rank | Description |
|---------|-------------|
| A | excellent estimated viability |
| B | good estimated viability |
| C | fair estimated viability |
| D | poor estimated viability |
| E | verified extant (viability not assessed) |
| H | historical |
| F | failed to find |
| X | extirpated |

460

# INDEX OF ILLUSTRATIONS

*Abies concolor* ........................................ 83

*Abies lasiocarpa* ................................... 59

*Acer glabrum* ........................................ 171

*Acer negundo* ......................................... 99

*Agrostis gigantea* ................................. 318

*Almus incana* ssp. *tenuifolia* ............... 271

*Aloepecurus aequalis* ........................... 320

*Andropogon gerardii* ........................... 323

*Betula glandulosa* ................................ 299

*Betula occidentalis* ......................... 99, 283

*Bidens cernua* ...................................... 327

*Bidens frondosa* .................................. 327

*Bromus inermis* .................................... 139

*Calamagrostis canadensis* ................. 329

*Caltha leptosepala* .............................. 331

*Cardamine cordifolia* ......................... 333

*Carex aquatilis* .................................... 335

*Carex capillaris* ................................... 339

*Carex illota* ......................................... 343

*Carex microptera* ................................ 345

*Carex nebrascensis* ............................. 347

*Carex nigricans* ................................... 348

*Carex pellita (lanuginosa)* ................. 351

*Carex praegracilis* .............................. 353

*Carex saxatilis* .................................... 354

*Carex scopulorum* ............................... 357

*Carex simulata* .................................... 359

*Carex utriculata* .................................. 337

*Carex vernacula* .................................. 362

*Carex vesicaria* ................................... 365

*Celtis laevigata* var. *reticulata* ........... 103

*Cornus sericea* ............................. 101, 287

*Corydalis caseana* ssp. *brandegei* ...... 367

*Corylus cornuta* .................................. 179

*Crataegus rivularis* ............................. 289

*Dasiphora floribunda* .......................... 291

*Deschampsia caespitosa* .................... 291

*Distichlis spicata* ................................ 371

*Echinochloa crus-galli* ......................... 372

*Eleocharis acicularis* .......................... 374

*Eleocharis palustris* ............................ 377

*Eleocharis parvula* .............................. 378

*Eleocharis quinqueflora* .................... 381

*Eleocharis rostellata* .......................... 383

*Elymus trachycaulus* ........................... 145

*Equisetum arvense* ....................... 75, 271

*Equisetum hyemale* ............................ 385

*Gaultheria humifusa* .......................... 297

*Glaux maritima* ................................... 387

*Glyceria grandis* ................................. 389

*Glyceria striata* ................................... 390

*Glycyrrhiza lepidota* .......................... 393

*Hordeum jubatum* ............................... 395

*Juncus balticus* var. *montanus* ........... 397

*Juncus bufonius* ................................... 437

*Juncus drummondii* ............................ 349

*Juniperus scopulorum* ......................... 67

*Kalmia microphylla* ............................ 297

*Kobresia myosuroides* ......................... 399

*Kobresia simpliciuscula* ...................... 401

*Leersia oryzoides* ................................ 402

*Lonicera involucrata* ............................ 86

*Mertensia ciliata* ................................ 333

*Mimulus guttatus* ................................ 391

*Muhlenbergia asperifolia* ........... 149, 404

*Panicum obtusum* ................................ 153

*Panicum virgatum* ................................ 151

*Pascopyum smithii* .............................. 153

*Pentaphylloides floribunda* ................. 291

*Phalaris arundinacea* ......................... 407

*Phragmites australis* ........................... 409

*Picea engelmannii* ................................ 57

*Picea pungens* ....................................... 74

*Polygonum lapathifolia* ...................... 411

461

*Polygonum viviparum* ........................ 338

*Populus angustifolia* ......................... 109

*Populus balsamifera* ......................... 137

*Populus deltoides* .............................. 148

*Populus tremuloides* .......................... 171

*Prunus americana* ............................. 301

*Prunus virginiana* ............................. 301

*Pseudotsuga menziesii* ......................... 82

*Puccinellia nuttaliana (airoides)* ........ 413

*Rhus trilobata* .................................... 302

*Ribes inerme* ........................................ 63

*Salix amygdaloides* ............................ 183

*Salix bebbiana* .................................... 191

*Salix brachycarpa* ............................... 241

*Salix candida* ...................................... 245

*Salix drummondiana* .......................... 199

*Salix exigua* ........................................ 209

*Salix geyeriana* .................................. 219

*Salix lucida* ........................................ 225

*Salix monticola* .................................. 232

*Salix planifolia* ................................... 247

*Salix wolfii* ......................................... 258

*Sarcobatus vermiculatus* .................... 305

*Saxifraga odontoloma* ........................ 415

*Schoenoplectus acutus* ....................... 417

*Schoenoplectus maritimus* .................. 419

*Schoenoplectus pungens* ..................... 421

*Scirpus nevadensis* ............................ 423

*Senecio triangularis* ........................... 333

*Shepherdia argentea* .......................... 309

*Sorghastrum nutans* ........................... 323

*Spartina gracilis* ................................ 424

*Spartina pectinata* ............................. 426

*Sporobolus airoides* ........................... 429

*Sporobolus compositus var. compositus (Sporopolus asper)* ............................. 165

*Sporobolus cryptandrus* ..................... 167

*Suaeda calceoliformis* ........................ 430

*Symphoricarpos occidentalis* .............. 311

*Tamarix ramosissima* ......................... 313

*Triglochin maritima* ........................... 433

*Triglochin palustris* ............................ 433

*Typha angustifolia* .............................. 435

*Typha latifolia* .................................... 435

*Veronica anagallis-aquatica* .............. 437

*Xanthium strumarium* ......................... 439

BLM_0035733

# INDEX OF ASSOCIATIONS

*Abies concolor - (Picea pungens) - Populus angustifolia / Acer glabrum* ........................ 84
*Abies lasiocarpa - Picea engelmannii - Populus angustifolia / (Lonicera involucrata)* .... 86
*Abies lasiocarpa - Picea engelmannii / Alnus incana* ssp. *tenuifolia* ................................. 52
*Abies lasiocarpa - Picea engelmannii / Calamagrostis canadensis* .................................. 54
*Abies lasiocarpa - Picea engelmannii / Carex aquatilis* .................................................. 56
*Abies lasiocarpa - Picea engelmannii / Equisetum arvense* ............................................. 58
*Abies lasiocarpa - Picea engelmannii / Mertensia ciliata* ............................................... 60
*Abies lasiocarpa - Picea engelmannii / Ribes* spp. .......................................................... 62
*Abies lasiocarpa - Picea engelmannii / Salix drummondiana* ........................................... 64
*Acer negundo - Populus angustifolia / Celtis laevigata* var. *reticulata* ............................ 102
*Acer negundo - Populus angustifolia/Cornus sericea* ...................................................... 104
*Acer negundo / Betula occidentalis* ................................................................................ 98
*Acer negundo / Cornus sericea* .................................................................................... 100
*Acer negundo / Prunus virginiana* ................................................................................ 106
*Agrostis giantea* .......................................................................................................... 318
*Alnus incana* ssp. *tenuifolia - Cornus sericea* ............................................................... 268
*Alnus incana* ssp. *tenuifolia - Salix drummondiana* ....................................................... 188
*Alnus incana* ssp. *tenuifolia / Equisetum arvense* .......................................................... 270
*Alnus incana* ssp. *tenuifolia / Mesic forb* ..................................................................... 272
*Alnus incana* ssp. *tenuifolia / Mesic graminoid* ............................................................. 274
*Alnus incana* ssp. *tenuifolia / Salix (monticola, lucida, ligulifolia)* .................................. 276
*Alopecurus aequalis* ..................................................................................................... 320
*Andropogon gerardii - Sorghastrum nutans-(Spartina pectinata)* ..................................... 322
*Aquilegia micrantha - (Mimulus eastwoodiae)* ............................................................... 324
*Betula nana (=glandulosa) / Mesic forb-Mesic graminoid* ............................................... 278
*Betula occidentalis / Mesic forb* ................................................................................... 280
*Betula occidentalis / Mesic graminoid* ........................................................................... 282
*Bidens cernua - Bidens frondosa* .................................................................................. 326
*Calamagrostis canadensis* ............................................................................................ 328
*Caltha leptosepala* ...................................................................................................... 330
*Cardamine cordifolia - Mertensia ciliata - Senecio triangularis* ...................................... 332
*Carex aquatilis - Carex utriculata* ................................................................................ 336
*Carex aquatilis* ........................................................................................................... 334
*Carex capillaris-Polygonum viviparum* ......................................................................... 338
*Carex emoryi* .............................................................................................................. 340
*Carex illota* ................................................................................................................ 342
*Carex microptera* ........................................................................................................ 344
*Carex nebrascensis* ..................................................................................................... 346
*Carex nigricans -Juncus drummondii* ............................................................................ 348
*Carex pellita (=lanuginosa)* ......................................................................................... 350
*Carex praegracilis* ...................................................................................................... 352
*Carex saxatilis* ........................................................................................................... 354
*Carex scopulorum-Caltha leptosepala* ........................................................................... 356
*Carex simulata* ........................................................................................................... 358
*Carex utriculata* ......................................................................................................... 360
*Carex vernacula* .......................................................................................................... 362
*Carex vesicaria* ........................................................................................................... 364
*Celtis laevigata* var. *reticulata* .................................................................................... 284

BLM_0035734

*Cornus sericea*.................................................................................286
*Corydalis caseana* ssp. *brandegei-Mertensia ciliata*..........................366
*Crataegus rivularis*............................................................................288
*Dasiphora (=Pentaphylloides floribunda)/Deschampsia caespitosa*.....................290
*Dasiphora (=Pentaphylloides floribunda)/Juncus balticus* var. *montanus*..................292
*Deschampsia caespitosa*........................................................................368
*Distichlis spicata* ...............................................................................370
*Echinochloa crus-galli* ......................................................................372
*Eleocharis acicularis*..........................................................................374
*Eleocharis palustris* ...........................................................................376
*Eleocharis parvula* .............................................................................378
*Eleocharis quinqueflora* .....................................................................380
*Eleocharis rostellata*...........................................................................382
*Equisetum hyemale* .............................................................................384
*Forestiera pubescens* ..........................................................................294
*Glaux maritima*..................................................................................386
*Glyceria grandis* ................................................................................388
*Glyceria striata-Mimulus guttatus-Epilobium lactiflorum* ......................390
*Glycyrrhiza lepidota-Equisetum hymale* .............................................392
*Hordeum (=Critesion) jubatum*............................................................394
*Juncus balticus* var. *montanus*.............................................................396
*Juniperus scopulorum/Cornus sericea Woodland* .................................66
*Kalmia microphylla-Gaultheria humifusa* ...........................................296
*Kobresia myosuroides-Thalictrum alpinum*..........................................398
*Kobresia simpliciuscula-(Trichophorum pumilum)*...............................400
*Leersia oryzoides*................................................................................402
*Muhlenbergia asperifolia* ...................................................................404
*Phalaris arundinacea* .........................................................................406
*Phragmites australis*...........................................................................408
*(Picea engelmannii)/Betula nana (=glandulosa) / Carex aquatilis / Sphagnum* ......298
*Picea pungens/Alnus incana* ssp. *tenuifolia*...........................................68
*Picea pungens/Betula occidentalis*........................................................70
*Picea pungens/Cornus sericea*...............................................................72
*Picea pungens/Equisetum arvense* .........................................................74
*Polygonum lapathifolia-Polygonum arenastrum*...................................410
*Populus angustifolia - Juniperus scopulorum*.........................................88
*Populus angustifolia - Picea pungens / Alnus incana* ssp. *tenuifolia* ..................90
*Populus angustifolia - Pseudotsuga menziesii* .......................................92
*Populus angustifolia* Sand Dune ........................................................108
*Populus angustifolia/Salix ligulifolia-Shepherdia argentea*.....................128
*Populus angustifolia/Alnus incana* ssp. *tenuifolia* ...............................110
*Populus angustifolia/Betula occidentalis* ............................................112
*Populus angustifolia/Cornus sericea* ...................................................114
*Populus angustifolia/Crataegus rivularis* ............................................116
*Populus angustifolia/Prunus virginiana* ..............................................118
*Populus angustifolia/Rhus trilobata* ....................................................120
*Populus angustifolia/Salix (monticola, drummondiana, lucida)* ..............132
*Populus angustifolia/Salix drummondiana-Acer glabrum* .......................122
*Populus angustifolia/Salix exigua* .......................................................124
*Populus angustifolia/Salix irrorata* .....................................................126
*Populus angustifolia/Salix lucida* ssp. *caudata* or ssp. *lasiandra* .......130

464

*Populus angustifolia/Symphoricarpos albus* ........................................................... 134
*Populus balsamifera* ........................................................................................... 136
*Populus deltoides-(Salix amygdaloides)/Salix exigua* ............................................. 158
*Populus deltoides-(Salix nigra)/Spartina pectinata-Carex* spp. ............................. 160
*Populus deltoides/Bromus inermis* ....................................................................... 138
*Populus deltoides/Carex pellita (=lamuginosa)* ..................................................... 140
*Populus deltoides/Distichlis spicata* .................................................................... 142
*Populus deltoides/Elymus trachycaulus* ............................................................... 144
*Populus deltoides/Forestiera pubescens* ............................................................... 146
*Populus deltoides/Muhlenbergia asperifolia* ......................................................... 148
*Populus deltoides/Panicum virgatum-Schizachyrium scoparium* ............................ 150
*Populus deltoides/Pascopyrum smithii-Panicum obtusum* ..................................... 152
*Populus deltoides/Prunus virginiana* ................................................................... 154
*Populus deltoides/Rhus trilobata* ........................................................................ 156
*Populus deltoides/Sporobolus airoides* ................................................................. 162
*Populus deltoides/Sporobolus compositus* var. *compositus* ................................. 164
*Populus deltoides/Sporobolus cryptandrus* .......................................................... 166
*Populus deltoides/Symphoricarpos occidentalis* ................................................... 168
*Populus tremuloides/Acer glabrum* ..................................................................... 170
*Populus tremuloides/Alnus incana* ssp. *tenuifolia* ............................................. 172
*Populus tremuloides/Betula occidentalis* ............................................................. 174
*Populus tremuloides/Cornus sericea* .................................................................... 176
*Populus tremuloides/Corylus cornuta* .................................................................. 178
*Populus tremuloides/Tall forb* ............................................................................ 180
*Prunus virginiana-(Prunus americana)* ............................................................... 298
*Pseudotsuga menziesii/Betula occidentalis* ........................................................... 76
*Pseudotsuga menziesii/Cornus sericea* ................................................................. 78
*Pseudotsuga menziesii/Symphoricarpos* spp. ....................................................... 80
*Puccinellia nuttalliana* ...................................................................................... 412
*Rhus trilobata-(Salix exigua)* ............................................................................. 302
*Salix amygdaloides* ............................................................................................ 182
*Salix bebbiana* ................................................................................................... 190
*Salix boothii/Carex utriculata* ............................................................................ 192
*Salix boothii/Mesic forb* ..................................................................................... 194
*Salix boothii/Mesic graminoid* ........................................................................... 196
*Salix brachycarpa/Carex aquatilis* ...................................................................... 240
*Salix brachycarpa/Mesic forb* ............................................................................. 242
*Salix candida/Triglochin maritimum* .................................................................. 244
*Salix drummondiana/Calamagrostis canadensis* .................................................. 198
*Salix drummondiana/Carex aquatilis* .................................................................. 200
*Salix drummondiana/Mesic forb* ......................................................................... 202
*Salix exigua/Barren ground* ............................................................................... 204
*Salix exigua/Mesic graminoid* ............................................................................ 206
*Salix exigua-Salix ligulifolia (=S. eriocephala* var. *ligulifolia)* ......................... 208
*Salix geyeriana/Calamagrostis canadensis* .......................................................... 210
*Salix geyeriana/Carex aquatilis* .......................................................................... 212
*Salix geyeriana/Carex utriculata* ........................................................................ 214
*Salix geyeriana/Mesic forb* ................................................................................. 216
*Salix geyeriana-Salix monticola/Calamagrostis canadensis* .................................. 218
*Salix geyeriana-Salix monticola/Mesic forb* ........................................................ 220
*Salix ligulifolia (=S. eriocephala* var. *ligulifolia)* ............................................. 222

465

*Salix lucida* ssp. *lasiandra* or *caudata* ................................................................. 224
*Salix monticola/Calamagrostis canadensis* ............................................................ 226
*Salix monticola/Carex aquatilis* ............................................................................ 228
*Salix monticola/Carex utriculata* .......................................................................... 230
*Salix monticola/Equisetum arvense* ....................................................................... 232
*Salix monticola/Mesic forb* ................................................................................... 234
*Salix monticola/Mesic graminoid* ......................................................................... 236
*Salix planifolia/Calamagrostis canadensis* ........................................................... 246
*Salix planifolia/Caltha leptosepala* ...................................................................... 248
*Salix planifolia/Carex aquatilis* ............................................................................ 250
*Salix planifolia/Carex utriculata* .......................................................................... 252
*Salix planifolia/Mesic forb* ................................................................................... 254
*Salix wolfii/Calamagrostis canadensis* .................................................................. 256
*Salix wolfii/Carex aquatilis* ................................................................................... 258
*Salix wolfii/Carex utriculata* ................................................................................. 260
*Salix wolfii/Mesic forb* .......................................................................................... 262
*Sarcobatus vermiculatus/Barren ground* ............................................................... 304
*Sarcobatus vermiculatus/Distichlis spicata* .......................................................... 306
*Saxifraga odontoloma* ........................................................................................... 414
*Schoenoplectus acutus* var. *acutus-Schoenoplectus tabernaemontani* ................. 416
*Schoenoplectus maritimus (=Bolboschoenus maritimus)* ...................................... 418
*Schoenoplectus pungens* ........................................................................................ 420
*Scirpus nevadensis (=Amphiscirpus nevadensis)* ................................................. 422
*Shepherdia argentea* .............................................................................................. 306
*Spartina gracilis* .................................................................................................... 424
*Spartina pectinata* ................................................................................................. 426
*Sporobolus airoides* ............................................................................................... 428
*Suaeda calceoliformis* ............................................................................................ 430
*Symphoricarpos occidentalis* ................................................................................. 310
*Tamarix ramosissima* ............................................................................................ 312
*Triglochin maritimum-Triglochin palustris* ........................................................... 432
*Typha angustifolia - Typha latifolia - (Typha domingensis)* ................................. 434
*Veronica anagallis-aquatica-(Juncus bufonius)* .................................................... 436
*Xanthium strumarium* ............................................................................................ 438

466

BLM_0035737

# Colorado Division of Reclamtion, Mining and Safety
## Monthly Coal Detail Report
Period    1/2010    through    12/2010

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|-----------|----------|--------|-----|-----|-----------|-------------|----------|-------------|-------------------|----------|------------|----------------|
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergroun | Producing | 310 | 31 | 288,465 | 1 | 0 | 1/2010 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergroun | Producing | 299 | 28 | 321,504 | 1 | 0 | 2/2010 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergroun | Producing | 302 | 31 | 142,632 | 2 | 0 | 3/2010 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergroun | Producing | 294 | 30 | 65,610 | 6 | 0 | 4/2010 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergroun | Producing | 269 | 31 | 81,885 | 2 | 0 | 5/2010 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergroun | Producing | 271 | 30 | 98,141 | 1 | 0 | 6/2010 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergroun | Producing | 270 | 31 | 105,230 | 5 | 0 | 7/2010 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergroun | Producing | 293 | 31 | 66,426 | 5 | 0 | 8/2010 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergroun | Producing | 242 | 30 | 23,207 | 3 | 0 | 9/2010 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergroun | Producing | 238 | 31 | 39,285 | 1 | 0 | 10/2010 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergroun | Producing | 244 | 30 | 33,187 | 2 | 0 | 11/2010 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergroun | Producing | 264 | 31 | 59,636 | 4 | 0 | 12/2010 |
| | | | | | | **MINE TOTALS :** | | | 365 | 1,325,208 | 33 | 0 | |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface/UG | Producing | 250 | 30 | 196,376 | 0 | 0 | 1/2010 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface/UG | Producing | 237 | 28 | 178,039 | 0 | 0 | 2/2010 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface/UG | Producing | 235 | 31 | 249,404 | 0 | 0 | 3/2010 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface/UG | Producing | 234 | 30 | 252,315 | 0 | 0 | 4/2010 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface/UG | Producing | 235 | 30 | 58,032 | 0 | 0 | 5/2010 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface/UG | Producing | 233 | 30 | 267,339 | 0 | 0 | 6/2010 |

BLM_0035738

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|-----------|----------|--------|-----|-----|-----------|-------------|----------|-------------|-------------------|----------|------------|----------------|
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface/UG | Producing | 232 | 30 | 256,268 | 0 | 0 | 7/2010 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface/UG | Producing | 230 | 31 | 255,209 | 0 | 0 | 8/2010 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface/UG | Producing | 230 | 30 | 290,492 | 1 | 0 | 9/2010 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface/UG | Producing | 227 | 31 | 173,838 | 0 | 0 | 10/2010 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface/UG | Producing | 225 | 28 | 222,219 | 0 | 0 | 11/2010 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface/UG | Producing | 223 | 29 | 197,098 | 0 | 0 | 12/2010 |
| | | | | | | | **MINE TOTALS :** | 358 | | 2,596,629 | 1 | 0 | |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergroun | Producing | 170 | 24 | 144,130 | 0 | 0 | 1/2010 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergroun | Producing | 167 | 24 | 63,896 | 1 | 0 | 2/2010 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergroun | Producing | 163 | 24 | 148,001 | 1 | 0 | 3/2010 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergroun | Producing | 162 | 26 | 58,329 | 0 | 0 | 4/2010 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergroun | Producing | 156 | 25 | 88,619 | 1 | 0 | 5/2010 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergroun | Producing | 155 | 26 | 183,082 | 1 | 0 | 6/2010 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergroun | Producing | 166 | 26 | 194,429 | 1 | 0 | 7/2010 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergroun | Producing | 167 | 26 | 230,100 | 0 | 0 | 8/2010 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergroun | Producing | 170 | 24 | 191,407 | 3 | 0 | 9/2010 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergroun | Producing | 171 | 25 | 179,714 | 1 | 0 | 10/2010 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergroun | Producing | 171 | 22 | 114,489 | 0 | 0 | 11/2010 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergroun | Producing | 175 | 23 | 127,019 | 1 | 0 | 12/2010 |
| | | | | | | | **MINE TOTALS :** | 295 | | 1,723,215 | 10 | 0 | |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergroun | Producing | 330 | 30 | 499,553 | 0 | 0 | 1/2010 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergroun | Producing | 328 | 28 | 328,809 | 0 | 0 | 2/2010 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergroun | Producing | 327 | 31 | 530,191 | 0 | 0 | 3/2010 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergroun | Producing | 328 | 29 | 362,270 | 2 | 0 | 4/2010 |

Date of Report:   Tuesday, February 15, 2011

BLM_0035739

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|-----------|----------|--------|-----|-----|-----------|-------------|----------|-------------|-------------------|----------|------------|----------------|
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergroun | Producing | 324 | 30 | 385,482 | 0 | 0 | 5/2010 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergroun | Producing | 332 | 30 | 75,808 | 0 | 0 | 6/2010 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergroun | Producing | 331 | 30 | 45,736 | 0 | 0 | 7/2010 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergroun | Producing | 346 | 31 | 170,179 | 0 | 0 | 8/2010 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergroun | Producing | 342 | 28 | 453,844 | 2 | 0 | 9/2010 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergroun | Producing | 345 | 31 | 356,323 | 1 | 0 | 10/2010 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergroun | Producing | 340 | 28 | 221,674 | 0 | 0 | 11/2010 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergroun | Producing | 335 | 28 | 364,395 | 2 | 0 | 12/2010 |
| | | | | | | | **MINE TOTALS :** | 354 | | 3,794,264 | 7 | 0 | |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergroun | Producing | 484 | 31 | 617,389 | 0 | 0 | 1/2010 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergroun | Producing | 477 | 28 | 842,759 | 2 | 0 | 2/2010 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergroun | Producing | 472 | 31 | 739,635 | 0 | 0 | 3/2010 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergroun | Producing | 474 | 29 | 793,799 | 1 | 0 | 4/2010 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergroun | Producing | 476 | 29 | 694,388 | 1 | 0 | 5/2010 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergroun | Producing | 476 | 25 | 669,786 | 0 | 0 | 6/2010 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergroun | Producing | 467 | 24 | 603,928 | 0 | 0 | 7/2010 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergroun | Producing | 444 | 30 | 784,596 | 2 | 0 | 8/2010 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergroun | Producing | 436 | 29 | 609,086 | 0 | 0 | 9/2010 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergroun | Producing | 437 | 31 | 631,991 | | 0 | 10/2010 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergroun | Producing | 434 | 29 | 215,367 | 0 | 0 | 11/2010 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergroun | Producing | 432 | 24 | 522,801 | 0 | 0 | 12/2010 |
| | | | | | | | **MINE TOTALS :** | 340 | | 7,725,525 | 6 | 0 | |
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergroun | Idle | 0 | 0 | 0 | 0 | 0 | 1/2010 |
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergroun | Idle | 0 | 0 | 0 | 0 | 0 | 2/2010 |

Date of Report:   Tuesday, February 15, 2011

Page 3 of 7

BLM_0035740

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergroun | Idle | 0 | 0 | 0 | 0 | 0 | 3/2010 |
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergroun | Idle | 0 | 0 | 0 | 0 | 0 | 4/2010 |
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergroun | Idle | 0 | 0 | 0 | 0 | 0 | 5/2010 |
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergroun | Idle | 0 | 0 | 0 | 0 | 0 | 6/2010 |
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergroun | Reclamation | 0 | 0 | 0 | 0 | 0 | 7/2010 |
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergroun | Reclamation | 0 | 0 | 0 | 0 | 0 | 8/2010 |
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergroun | Reclamation | 0 | 0 | 0 | 0 | 0 | 9/2010 |
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergroun | Reclamation | 0 | 0 | 0 | 0 | 0 | 10/2010 |
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergroun | Reclamation | 0 | 0 | 0 | 0 | 0 | 11/2010 |
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergroun | Reclamation | 0 | 0 | 0 | 0 | 0 | 12/2010 |
| | | | | | | | **MINE TOTALS :** | | 0 | 0 | 0 | 0 | |
| 1046 | King Il Mine | National King Coal LLC | La Plata | 35N | 12W | Undergroun | Producing | 57 | 15 | 31,294 | 1 | 0 | 1/2010 |
| 1046 | King Il Mine | National King Coal LLC | La Plata | 35N | 12W | Undergroun | Producing | 56 | 14 | 24,413 | 1 | 0 | 2/2010 |
| 1046 | King Il Mine | National King Coal LLC | La Plata | 35N | 12W | Undergroun | Producing | 57 | 19 | 44,077 | 1 | 0 | 3/2010 |
| 1046 | King Il Mine | National King Coal LLC | La Plata | 35N | 12W | Undergroun | Producing | 62 | 17 | 24,708 | 1 | 0 | 4/2010 |
| 1046 | King Il Mine | National King Coal LLC | La Plata | 35N | 12W | Undergroun | Producing | 65 | 18 | 41,896 | 0 | 0 | 5/2010 |
| 1046 | King Il Mine | National King Coal LLC | La Plata | 35N | 12W | Undergroun | Producing | 62 | 22 | 54,067 | 0 | 0 | 6/2010 |
| 1046 | King Il Mine | National King Coal LLC | La Plata | 35N | 12W | Undergroun | Producing | 77 | 31 | 35,941 | 0 | 0 | 7/2010 |
| 1046 | King Il Mine | National King Coal LLC | La Plata | 35N | 12W | Undergroun | Producing | 75 | 31 | 54,510 | 1 | 0 | 8/2010 |
| 1046 | King Il Mine | National King Coal LLC | La Plata | 35N | 12W | Undergroun | Producing | 76 | 30 | 59,307 | 1 | 0 | 9/2010 |
| 1046 | King Il Mine | National King Coal LLC | La Plata | 35N | 12W | Undergroun | Producing | 78 | 31 | 57,293 | 0 | 0 | 10/2010 |
| 1046 | King Il Mine | National King Coal LLC | La Plata | 35N | 12W | Undergroun | Producing | 82 | 28 | 64,828 | 0 | 0 | 11/2010 |
| 1046 | King Il Mine | National King Coal LLC | La Plata | 35N | 12W | Undergroun | Producing | 81 | 27 | 31,080 | 0 | 0 | 12/2010 |
| | | | | | | | **MINE TOTALS :** | | 283 | 523,413 | 5 | 0 | |

Date of Report:   Tuesday, February 15, 2011

BLM_0035741

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|-----------|----------|--------|-----|-----|-----------|-------------|----------|-------------|-------------------|----------|------------|----------------|
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergroun | Producing | 24 | 16 | 17,320 | 1 | 0 | 1/2010 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergroun | Producing | 24 | 16 | 20,550 | 0 | 0 | 2/2010 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergroun | Producing | 22 | 15 | 19,000 | 0 | 0 | 3/2010 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergroun | Producing | 22 | 12 | 17,770 | 0 | 0 | 4/2010 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergroun | Producing | 24 | 15 | 14,630 | 0 | 0 | 5/2010 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergroun | Producing | 24 | 18 | 17,250 | 0 | 0 | 6/2010 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergroun | Producing | 23 | 13 | 15,170 | 0 | 0 | 7/2010 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergroun | Producing | 23 | 17 | 25,610 | 0 | 0 | 8/2010 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergroun | Producing | 23 | 17 | 20,270 | 0 | 0 | 9/2010 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergroun | Producing | 24 | 16 | 15,600 | 0 | 0 | 10/2010 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergroun | Producing | 24 | 12 | 12,380 | 1 | 0 | 11/2010 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergroun | Producing | 24 | 18 | 4,100 | 0 | 0 | 12/2010 |
| | | | | | | **MINE TOTALS :** | | | 185 | 199,650 | 2 | 0 | |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 22 | 21 | 36,737 | 0 | 0 | 1/2010 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 22 | 20 | 30,050 | 0 | 0 | 2/2010 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 21 | 23 | 34,617 | 0 | 0 | 3/2010 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 22 | 21 | 30,691 | 0 | 0 | 4/2010 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 21 | 20 | 31,130 | 0 | 0 | 5/2010 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 22 | 22 | 34,331 | 0 | 0 | 6/2010 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 22 | 21 | 31,512 | 0 | 0 | 7/2010 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 22 | 22 | 34,927 | 0 | 0 | 8/2010 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 22 | 21 | 12,375 | 1 | 0 | 9/2010 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Reclamation | 21 | 21 | 0 | 0 | 0 | 10/2010 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Reclamation | 5 | 20 | 0 | 0 | 0 | 11/2010 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 21 | 20 | 16,439 | 0 | 0 | 12/2010 |

Date of Report:   Tuesday, February 15, 2011

BLM_0035742

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | MINE TOTALS : | | 252 | 292,809 | 1 | 0 | |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 161 | 30 | 143,636 | 0 | 0 | 1/2010 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 160 | 27 | 156,685 | 1 | 0 | 2/2010 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 159 | 31 | 156,177 | 3 | 0 | 3/2010 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 159 | 30 | 163,975 | 0 | 0 | 4/2010 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 163 | 30 | 189,926 | 0 | 0 | 5/2010 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 166 | 30 | 188,537 | 4 | 0 | 6/2010 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 166 | 30 | 205,121 | 0 | 0 | 7/2010 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 163 | 31 | 215,872 | 0 | 0 | 8/2010 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 166 | 30 | 135,440 | 1 | 0 | 9/2010 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 165 | 31 | 163,993 | 1 | 0 | 10/2010 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 161 | 28 | 274,950 | 1 | 0 | 11/2010 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 162 | 29 | 193,855 | 0 | 0 | 12/2010 |
| | | | | | | | MINE TOTALS : | | 357 | 2,188,167 | 11 | 0 | |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergroun | Producing | 311 | 31 | 361,980 | 1 | 0 | 1/2010 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergroun | Producing | 314 | 28 | 345,309 | 1 | 0 | 2/2010 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergroun | Producing | 314 | 31 | 367,560 | 0 | 0 | 3/2010 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergroun | Producing | 308 | 30 | 345,948 | 0 | 0 | 4/2010 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergroun | Producing | 311 | 31 | 315,507 | 0 | 0 | 5/2010 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergroun | Producing | 314 | 30 | 376,038 | 0 | 0 | 6/2010 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergroun | Producing | 336 | 31 | 115,834 | 0 | 0 | 7/2010 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergroun | Producing | 316 | 31 | 400,991 | 1 | 0 | 8/2010 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergroun | Producing | 325 | 30 | 530,844 | 0 | 0 | 9/2010 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergroun | Producing | 326 | 31 | 402,463 | 0 | 0 | 10/2010 |

Date of Report:   Tuesday, February 15, 2011

BLM_0035743

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|-----------|----------|--------|-----|-----|-----------|-------------|----------|-------------|-------------------|----------|------------|----------------|
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergroun | Producing | 326 | 30 | 629,806 | 1 | 0 | 11/2010 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergroun | Producing | 324 | 29 | 644,251 | 0 | 0 | 12/2010 |
| | | | | | | | **MINE TOTALS :** | | 363 | 4,836,531 | 4 | 0 | |
| | | | | | | | **GRAND TOTALS :** | | 3,152 | 25,205,411 | 80 | 0 | |

BLM_0035744

# Colorado Division of Reclamtion, Mining and Safety
## Monthly Coal Detail Report
### Period    1/2009    through    12/2009

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|-----------|----------|--------|-----|-----|-----------|-------------|----------|-------------|-------------------|----------|------------|----------------|
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergrou | Producing | 308 | 31 | 30,697 | 1 | 0 | 1/2009 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergrou | Producing | 294 | 28 | 46,726 | 0 | 0 | 2/2009 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergrou | Producing | 287 | 31 | 69,327 | 1 | 0 | 3/2009 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergrou | Producing | 308 | 30 | 35,263 | 1 | 0 | 4/2009 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergrou | Producing | 308 | 31 | 24,597 | 0 | 0 | 5/2009 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergrou | Producing | 299 | 31 | 22,198 | 2 | 0 | 6/2009 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergrou | Producing | 292 | 31 | 131,342 | 1 | 0 | 7/2009 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergrou | Producing | 302 | 31 | 124,265 | 3 | 0 | 8/2009 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergrou | Producing | 293 | 30 | 190,711 | 0 | 0 | 9/2009 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergrou | Producing | 285 | 31 | 132,131 | 0 | 0 | 10/2009 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergrou | Producing | 291 | 30 | 140,393 | 0 | 0 | 11/2009 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergrou | Producing | 301 | 31 | 265,327 | 1 | 0 | 12/2009 |
| | | | | | | | **MINE TOTALS :** | | 366 | 1,212,977 | 10 | 0 | |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface/UG | Producing | 287 | 31 | 230,762 | 0 | 0 | 1/2009 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface/UG | Producing | 283 | 28 | 227,962 | 0 | 0 | 2/2009 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface/UG | Producing | 288 | 31 | 411,168 | 0 | 0 | 3/2009 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface/UG | Producing | 287 | 30 | 343,279 | 0 | 0 | 4/2009 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface/UG | Producing | 288 | 31 | 118,889 | 0 | 0 | 5/2009 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface/UG | Producing | 285 | 30 | 363,007 | 0 | 0 | 6/2009 |

Date of Report:   Wednesday, February 24, 2010

BLM_0035745

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|-----------|----------|--------|-----|-----|-----------|-------------|----------|-------------|-------------------|----------|------------|----------------|
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface/UG | Producing | 270 | 30 | 206,968 | 0 | 0 | 7/2009 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface/UG | Producing | 300 | 31 | 315,169 | 0 | 0 | 8/2009 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface/UG | Producing | 299 | 30 | 396,137 | 0 | 0 | 9/2009 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface/UG | Producing | 305 | 31 | 301,950 | 0 | 0 | 10/2009 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface/UG | Producing | 274 | 30 | 373,404 | 0 | 0 | 11/2009 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface/UG | Producing | 268 | 30 | 201,464 | 0 | 0 | 12/2009 |
| | | | | | | | **MINE TOTALS :** | | 363 | 3,490,159 | 0 | 0 | |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergrou | Producing | 165 | 20 | 177,133 | 0 | 0 | 1/2009 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergrou | Producing | 160 | 20 | 220,567 | 3 | 0 | 2/2009 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergrou | Producing | 168 | 18 | 192,222 | 2 | 0 | 3/2009 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergrou | Producing | 158 | 20 | 254,739 | 2 | 0 | 4/2009 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergrou | Producing | 176 | 25 | 226,062 | 0 | 0 | 5/2009 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergrou | Producing | 176 | 26 | 227,012 | 1 | 0 | 6/2009 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergrou | Producing | 172 | 24 | 166,155 | 0 | 0 | 7/2009 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergrou | Producing | 175 | 27 | 180,423 | 0 | 0 | 8/2009 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergrou | Producing | 175 | 25 | 123,534 | 3 | 0 | 9/2009 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergrou | Producing | 168 | 26 | 136,842 | 0 | 0 | 10/2009 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergrou | Producing | 170 | 21 | 172,379 | 1 | 0 | 11/2009 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergrou | Producing | 169 | 23 | 137,360 | 0 | 0 | 12/2009 |
| | | | | | | | **MINE TOTALS :** | | 275 | 2,214,428 | 12 | 0 | |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergrou | Producing | 313 | 30 | 290,853 | 3 | 0 | 1/2009 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergrou | Producing | 322 | 28 | 610,481 | 0 | 0 | 2/2009 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergrou | Producing | 323 | 31 | 783,056 | 3 | 0 | 3/2009 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergrou | Producing | 319 | 29 | 633,976 | 2 | 0 | 4/2009 |

BLM_0035746

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|-----------|----------|--------|-----|-----|-----------|-------------|----------|-------------|-------------------|----------|------------|----------------|
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergrou | Producing | 319 | 30 | 336,488 | 0 | 0 | 5/2009 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergrou | Producing | 324 | 30 | 480,028 | 0 | 0 | 6/2009 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergrou | Producing | 334 | 30 | 529,963 | 3 | 0 | 7/2009 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergrou | Producing | 333 | 31 | 380,685 | 0 | 0 | 8/2009 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergrou | Producing | 338 | 28 | 628,660 | 0 | 0 | 9/2009 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergrou | Producing | 334 | 31 | 67,024 | 3 | 0 | 10/2009 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergrou | Producing | 334 | 28 | 503,405 | 0 | 0 | 11/2009 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergrou | Producing | 333 | 28 | 458,260 | 0 | 0 | 12/2009 |
| | | | | | | | **MINE TOTALS :** | | 354 | 5,702,879 | 14 | 0 | |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergrou | Producing | 539 | 31 | 708,863 | 4 | 0 | 1/2009 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergrou | Producing | 561 | 28 | 751,045 | 2 | 0 | 2/2009 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergrou | Producing | 553 | 31 | 850,960 | 5 | 0 | 3/2009 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergrou | Producing | 561 | 30 | 975,794 | 1 | 0 | 4/2009 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergrou | Producing | 564 | 31 | 603,839 | 7 | 0 | 5/2009 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergrou | Producing | 561 | 30 | 652,148 | 0 | 0 | 6/2009 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergrou | Producing | 546 | 30 | 907,612 | 1 | 0 | 7/2009 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergrou | Producing | 524 | 31 | 786,524 | 3 | 0 | 8/2009 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergrou | Producing | 523 | 30 | 737,081 | 0 | 0 | 9/2009 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergrou | Producing | 516 | 31 | 528,625 | 2 | 0 | 10/2009 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergrou | Producing | 511 | 29 | 213,165 | 2 | 0 | 11/2009 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergrou | Producing | 503 | 31 | 111,423 | 2 | 0 | 12/2009 |
| | | | | | | | **MINE TOTALS :** | | 363 | 7,827,079 | 29 | 0 | |
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergrou | Producing | 18 | 21 | 2,019 | 0 | 0 | 1/2009 |
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergrou | Producing | 8 | 20 | 0 | 0 | 0 | 2/2009 |

Date of Report:   Wednesday, February 24, 2010

BLM_0035747

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|-----------|----------|--------|-----|-----|-----------|-------------|----------|-------------|-------------------|----------|------------|----------------|
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergrou | Producing | 9 | 18 | 0 | 0 | 0 | 3/2009 |
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergrou | Idle | 6 | 20 | 0 | 0 | 0 | 4/2009 |
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergrou | Idle | 4 | 19 | 0 | 1 | 0 | 5/2009 |
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergrou | Idle | 0 | 0 | 0 | 0 | 0 | 6/2009 |
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergrou | Idle | 0 | 0 | 0 | 0 | 0 | 7/2009 |
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergrou | Idle | 0 | 0 | 0 | 0 | 0 | 8/2009 |
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergrou | Idle | 0 | 0 | 0 | 0 | 0 | 9/2009 |
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergrou | Idle | 0 | 0 | 0 | 0 | 0 | 10/2009 |
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergrou | Idle | 0 | 0 | 0 | 0 | 0 | 11/2009 |
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergrou | Idle | 0 | 0 | 0 | 0 | 0 | 12/2009 |
| | | | | | | | **MINE TOTALS :** | | 98 | 2,019 | 1 | 0 | |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Undergrou | Producing | 71 | 30 | 36,079 | 0 | 0 | 1/2009 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Undergrou | Producing | 64 | 20 | 46,658 | 0 | 0 | 2/2009 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Undergrou | Producing | 62 | 18 | 34,903 | 1 | 0 | 3/2009 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Undergrou | Producing | 68 | 17 | 33,093 | 1 | 0 | 4/2009 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Undergrou | Producing | 75 | 19 | 41,001 | 0 | 0 | 5/2009 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Undergrou | Producing | 84 | 26 | 55,890 | 0 | 0 | 6/2009 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Undergrou | Producing | 87 | 30 | 60,897 | 0 | 0 | 7/2009 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Undergrou | Producing | 92 | 31 | 58,910 | 2 | 0 | 8/2009 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Undergrou | Producing | 87 | 30 | 51,119 | 0 | 0 | 9/2009 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Undergrou | Producing | 76 | 31 | 24,666 | 0 | 0 | 10/2009 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Undergrou | Producing | 57 | 15 | 25,985 | 0 | 0 | 11/2009 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Undergrou | Producing | 56 | 15 | 33,011 | 1 | 0 | 12/2009 |
| | | | | | | | **MINE TOTALS :** | | 282 | 502,212 | 5 | 0 | |

Date of Report:    Wednesday, February 24, 2010

BLM_0035748

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|-----------|----------|--------|-----|-----|-----------|-------------|----------|-------------|-------------------|----------|------------|----------------|
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergrou | Producing | 23 | 16 | 24,410 | 0 | 0 | 1/2009 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergrou | Producing | 24 | 18 | 27,190 | 0 | 0 | 2/2009 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergrou | Producing | 24 | 18 | 26,330 | 0 | 0 | 3/2009 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergrou | Producing | 24 | 17 | 23,270 | 0 | 0 | 4/2009 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergrou | Producing | 24 | 17 | 18,370 | 0 | 0 | 5/2009 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergrou | Producing | 24 | 20 | 23,980 | 0 | 0 | 6/2009 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergrou | Producing | 24 | 14 | 17,970 | 0 | 0 | 7/2009 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergrou | Producing | 24 | 17 | 22,780 | 0 | 0 | 8/2009 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergrou | Producing | 24 | 20 | 23,380 | 0 | 0 | 9/2009 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergrou | Producing | 24 | 17 | 21,680 | 0 | 0 | 10/2009 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergrou | Producing | 24 | 17 | 13,250 | 0 | 0 | 11/2009 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergrou | Producing | 24 | 13 | 17,770 | 0 | 0 | 12/2009 |
| | | | | | | | **MINE TOTALS :** | | 204 | 260,380 | 0 | 0 | |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 23 | 21 | 38,593 | 0 | 0 | 1/2009 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 23 | 21 | 30,844 | 0 | 0 | 2/2009 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 23 | 23 | 27,989 | 0 | 0 | 3/2009 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 23 | 22 | 29,534 | 0 | 0 | 4/2009 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 23 | 20 | 34,549 | 0 | 0 | 5/2009 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 22 | 22 | 37,955 | 1 | 0 | 6/2009 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 21 | 22 | 34,003 | 0 | 0 | 7/2009 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 21 | 21 | 30,627 | 0 | 0 | 8/2009 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 22 | 21 | 13,669 | 0 | 0 | 9/2009 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 23 | 22 | 32,793 | 0 | 0 | 10/2009 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 23 | 19 | 30,580 | 0 | 0 | 11/2009 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 23 | 21 | 32,622 | 0 | 0 | 12/2009 |

Date of Report:   Wednesday, February 24, 2010

BLM_0035749

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **MINE TOTALS :** | | | 255 | 373,758 | 1 | 0 | |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 151 | 29 | 212,170 | 0 | 0 | 1/2009 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 151 | 27 | 199,717 | 0 | 0 | 2/2009 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 150 | 31 | 208,900 | 1 | 0 | 3/2009 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 149 | 29 | 210,084 | 1 | 0 | 4/2009 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 153 | 30 | 173,587 | 1 | 0 | 5/2009 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 158 | 30 | 193,751 | 2 | 0 | 6/2009 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 160 | 30 | 171,135 | 2 | 0 | 7/2009 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 154 | 31 | 121,433 | 2 | 0 | 8/2009 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 156 | 29 | 140,729 | 0 | 0 | 9/2009 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 156 | 31 | 126,154 | 1 | 0 | 10/2009 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 157 | 28 | 134,258 | 1 | 0 | 11/2009 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 162 | 29 | 219,036 | 2 | 0 | 12/2009 |
| | | | | | | **MINE TOTALS :** | | | 354 | 2,110,954 | 13 | 0 | |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergrou | Producing | 381 | 31 | 313,633 | 0 | 0 | 1/2009 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergrou | Producing | 384 | 28 | 437,277 | 0 | 0 | 2/2009 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergrou | Producing | 384 | 31 | 414,619 | 0 | 0 | 3/2009 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergrou | Producing | 382 | 30 | 456,588 | 0 | 0 | 4/2009 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergrou | Producing | 391 | 31 | 406,690 | 0 | 0 | 5/2009 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergrou | Producing | 364 | 30 | 338,076 | 0 | 0 | 6/2009 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergrou | Producing | 323 | 31 | 271,879 | 0 | 0 | 7/2009 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergrou | Producing | 320 | 31 | 422,511 | 0 | 0 | 8/2009 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergrou | Producing | 320 | 30 | 332,664 | 1 | 0 | 9/2009 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergrou | Producing | 317 | 31 | 646,178 | 0 | 0 | 10/2009 |

Date of Report:   Wednesday, February 24, 2010

BLM_0035750

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|-----------|----------|--------|-----|-----|-----------|-------------|----------|-------------|-------------------|----------|------------|----------------|
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergrou | Producing | 316 | 29 | 398,450 | 2 | 0 | 11/2009 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergrou | Producing | 314 | 29 | 447,016 | 0 | 0 | 12/2009 |
| | | | | | | | MINE TOTALS : | | 362 | 4,885,581 | 3 | 0 | |
| | | | | | | | GRAND TOTALS | | 3,276 | 28,582,426 | 88 | 0 | |

BLM_0035751

# Colorado Division of Reclamtion, Mining and Safety
## Monthly Coal Detail Report
Period    1/2008    through    12/2008

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|-----------|----------|--------|-----|-----|-----------|-------------|----------|-------------|-------------------|----------|------------|----------------|
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergroun | Producing | 274 | 31 | 262,201 | 0 | 0 | 1/2008 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergroun | Producing | 266 | 29 | 411,843 | 1 | 0 | 2/2008 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergroun | Producing | 266 | 31 | 48,408 | 0 | 0 | 3/2008 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergroun | Producing | 262 | 30 | 104,506 | 1 | 0 | 4/2008 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergroun | Producing | 266 | 31 | 80,703 | 1 | 0 | 5/2008 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergroun | Producing | 260 | 30 | 61,373 | 0 | 0 | 6/2008 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergroun | Producing | 259 | 31 | 99,131 | 1 | 0 | 7/2008 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergroun | Producing | 251 | 31 | 436,155 | 0 | 0 | 8/2008 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergroun | Producing | 259 | 30 | 450,368 | 1 | 0 | 9/2008 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergroun | Producing | 264 | 31 | 479,323 | 1 | 0 | 10/2008 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergroun | Producing | 263 | 30 | 271,897 | 2 | 0 | 11/2008 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Undergroun | Producing | 263 | 31 | 156,030 | 2 | 0 | 12/2008 |
| | | | | | | | **MINE TOTALS :** | | 366 | 2,861,938 | 10 | 0 | |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 264 | 30 | 359,626 | 1 | 0 | 1/2008 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 264 | 29 | 330,582 | 1 | 0 | 2/2008 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 263 | 31 | 418,488 | 1 | 0 | 3/2008 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 264 | 30 | 417,696 | 0 | 0 | 4/2008 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 263 | 31 | 373,209 | 0 | 0 | 5/2008 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 260 | 30 | 384,272 | 0 | 0 | 6/2008 |

BLM_0035752

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 254 | 31 | 438,872 | 0 | 0 | 7/2008 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 253 | 31 | 451,079 | 0 | 0 | 8/2008 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 265 | 30 | 388,822 | 0 | 0 | 9/2008 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 270 | 31 | 444,159 | 0 | 0 | 10/2008 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 270 | 30 | 527,088 | 0 | 0 | 11/2008 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 286 | 31 | 380,470 | 0 | 0 | 12/2008 |
| | | | | | | | **MINE TOTALS :** | | 365 | 4,914,363 | 3 | 0 | |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergroun | Producing | 135 | 9 | 39,760 | 1 | 0 | 1/2008 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergroun | Producing | 139 | 21 | 153,999 | 1 | 0 | 2/2008 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergroun | Producing | 145 | 23 | 184,478 | 1 | 0 | 3/2008 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergroun | Producing | 152 | 19 | 195,343 | 2 | 0 | 4/2008 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergroun | Producing | 163 | 23 | 301,520 | 0 | 0 | 5/2008 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergroun | Producing | 157 | 24 | 351,071 | 1 | 0 | 6/2008 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergroun | Producing | 162 | 25 | 336,123 | 3 | 0 | 7/2008 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergroun | Producing | 151 | 23 | 119,345 | 2 | 0 | 8/2008 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergroun | Producing | 153 | 24 | 12,778 | 2 | 0 | 9/2008 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergroun | Producing | 152 | 23 | 968 | 2 | 0 | 10/2008 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergroun | Producing | 155 | 18 | 176,479 | 0 | 0 | 11/2008 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101 | Undergroun | Producing | 151 | 17 | 195,145 | 0 | 0 | 12/2008 |
| | | | | | | | **MINE TOTALS :** | | 249 | 2,067,009 | 15 | 0 | |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergroun | Producing | 304 | 30 | 616,372 | 0 | 0 | 1/2008 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergroun | Producing | 304 | 29 | 505,997 | 0 | 0 | 2/2008 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergroun | Producing | 309 | 30 | 357,195 | 3 | 0 | 3/2008 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergroun | Producing | 311 | 30 | 492,310 | 4 | 0 | 4/2008 |

BLM_0035753

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergroun | Producing | 316 | 30 | 425,689 | 1 | 0 | 5/2008 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergroun | Producing | 310 | 30 | 136,409 | 0 | 0 | 6/2008 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergroun | Producing | 311 | 30 | 463,421 | 1 | 0 | 7/2008 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergroun | Producing | 314 | 31 | 740,122 | 5 | 0 | 8/2008 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergroun | Producing | 313 | 29 | 455,861 | 1 | 0 | 9/2008 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergroun | Producing | 313 | 31 | 367,658 | 1 | 0 | 10/2008 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergroun | Producing | 310 | 28 | 360,646 | 1 | 0 | 11/2008 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Undergroun | Producing | 308 | 28 | 305,537 | 2 | 0 | 12/2008 |
| | | | | | | **MINE TOTALS :** | | | 356 | 5,227,217 | 19 | 0 | |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergroun | Producing | 460 | 31 | 780,391 | 1 | 0 | 1/2008 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergroun | Producing | 462 | 29 | 430,913 | 2 | 0 | 2/2008 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergroun | Producing | 466 | 30 | 726,551 | 2 | 0 | 3/2008 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergroun | Producing | 464 | 30 | 838,472 | 3 | 0 | 4/2008 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergroun | Producing | 465 | 31 | 349,032 | 1 | 0 | 5/2008 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergroun | Producing | 482 | 30 | 1,001,297 | 0 | 0 | 6/2008 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergroun | Producing | 482 | 31 | 805,118 | 2 | 0 | 7/2008 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergroun | Producing | 470 | 31 | 407,703 | 5 | 0 | 8/2008 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergroun | Producing | 468 | 30 | 603,748 | 2 | 0 | 9/2008 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergroun | Producing | 485 | 31 | 935,798 | 0 | 0 | 10/2008 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergroun | Producing | 498 | 30 | 699,586 | 0 | 0 | 11/2008 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Undergroun | Producing | 515 | 30 | 425,567 | 0 | 0 | 12/2008 |
| | | | | | | **MINE TOTALS :** | | | 364 | 8,004,176 | 18 | 0 | |
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergroun | Producing | 74 | 29 | 41,952 | 0 | 0 | 1/2008 |
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergroun | Producing | 72 | 29 | 18,426 | 0 | 0 | 2/2008 |

Date of Report:   Monday, February 09, 2009

Page 3 of 7

BLM_0035754

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergroun | Producing | 61 | 25 | 26,313 | 0 | 0 | 3/2008 |
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergroun | Producing | 55 | 24 | 21,860 | 0 | 0 | 4/2008 |
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergroun | Producing | 59 | 21 | 19,180 | 0 | 0 | 5/2008 |
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergroun | Producing | 59 | 21 | 17,751 | 0 | 0 | 6/2008 |
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergroun | Producing | 52 | 22 | 12,833 | 0 | 0 | 7/2008 |
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergroun | Producing | 53 | 21 | 9,164 | 1 | 0 | 8/2008 |
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergroun | Producing | 52 | 21 | 12,105 | 1 | 0 | 9/2008 |
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergroun | Producing | 55 | 22 | 18,828 | 0 | 0 | 10/2008 |
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergroun | Producing | 47 | 18 | 15,026 | 2 | 0 | 11/2008 |
| 120 | King Coal Mine | National King Coal Inc. | La Plata | 35N | 11W | Undergroun | Producing | 46 | 20 | 23,244 | 0 | 0 | 12/2008 |
| | | | | | | | **MINE TOTALS :** | | 273 | 236,683 | 4 | 0 | |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Undergroun | Producing | 8 | 18 | 4,115 | 0 | 0 | 1/2008 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Undergroun | Producing | 10 | 21 | 5,693 | 0 | 0 | 2/2008 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Undergroun | Producing | 15 | 20 | 1,637 | 0 | 0 | 3/2008 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Undergroun | Producing | 26 | 22 | 19,835 | 0 | 0 | 4/2008 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Undergroun | Producing | 27 | 22 | 18,198 | 0 | 0 | 5/2008 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Undergroun | Producing | 28 | 21 | 11,135 | 1 | 0 | 6/2008 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Undergroun | Producing | 44 | 22 | 14,027 | 0 | 0 | 7/2008 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Undergroun | Producing | 40 | 22 | 21,792 | 0 | 0 | 8/2008 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Undergroun | Producing | 42 | 21 | 16,479 | 0 | 0 | 9/2008 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Undergroun | Producing | 39 | 22 | 15,584 | 2 | 0 | 10/2008 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Undergroun | Producing | 45 | 18 | 10,871 | 0 | 0 | 11/2008 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Undergroun | Producing | 44 | 20 | 16,300 | 1 | 0 | 12/2008 |
| | | | | | | | **MINE TOTALS :** | | 249 | 155,666 | 4 | 0 | |

Date of Report:    Monday, February 09, 2009

BLM_0035755

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|-----------|----------|--------|-----|-----|-----------|-------------|----------|-------------|-------------------|----------|------------|----------------|
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergroun | Producing | 22 | 23 | 19,130 | 0 | 0 | 1/2008 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergroun | Producing | 22 | 19 | 23,390 | 0 | 0 | 2/2008 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergroun | Producing | 23 | 19 | 26,890 | 0 | 0 | 3/2008 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergroun | Producing | 23 | 17 | 24,870 | 0 | 0 | 4/2008 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergroun | Producing | 23 | 22 | 23,390 | 0 | 0 | 5/2008 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergroun | Producing | 25 | 22 | 24,170 | 0 | 0 | 6/2008 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergroun | Producing | 25 | 19 | 20,160 | 0 | 0 | 7/2008 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergroun | Producing | 21 | 22 | 22,260 | 0 | 0 | 8/2008 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergroun | Producing | 22 | 18 | 23,580 | 1 | 0 | 9/2008 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergroun | Producing | 23 | 19 | 26,880 | 0 | 0 | 10/2008 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergroun | Producing | 23 | 17 | 24,310 | 0 | 0 | 11/2008 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102 | Undergroun | Producing | 23 | 16 | 24,060 | 0 | 0 | 12/2008 |
| | | | | | | | **MINE TOTALS :** | | 233 | 283,090 | 1 | 0 | |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 23 | 22 | 34,207 | 0 | 0 | 1/2008 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 23 | 22 | 39,277 | 0 | 0 | 2/2008 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 23 | 21 | 34,593 | 0 | 0 | 3/2008 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 23 | 21 | 37,184 | 0 | 0 | 4/2008 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 23 | 23 | 32,447 | 0 | 0 | 5/2008 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 23 | 21 | 31,687 | 0 | 0 | 6/2008 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 23 | 22 | 27,029 | 0 | 0 | 7/2008 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 23 | 23 | 36,426 | 0 | 0 | 8/2008 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 23 | 12 | 20,636 | 0 | 0 | 9/2008 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 23 | 23 | 40,469 | 0 | 0 | 10/2008 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 23 | 21 | 31,754 | 0 | 0 | 11/2008 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 23 | 22 | 37,521 | 0 | 0 | 12/2008 |

BLM_0035756

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|-----------|----------|--------|-----|-----|-----------|-------------|----------|-------------|-------------------|----------|------------|----------------|
| | | | | | | **MINE TOTALS :** | | | 253 | 403,230 | 0 | 0 | |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 154 | 30 | 211,481 | 0 | 0 | 1/2008 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 151 | 28 | 225,427 | 0 | 0 | 2/2008 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 150 | 31 | 184,276 | 0 | 0 | 3/2008 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 149 | 30 | 187,120 | 3 | 0 | 4/2008 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 149 | 31 | 177,780 | 0 | 0 | 5/2008 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 146 | 30 | 194,972 | 0 | 0 | 6/2008 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 147 | 30 | 182,446 | 1 | 0 | 7/2008 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 146 | 31 | 190,169 | 0 | 0 | 8/2008 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 152 | 29 | 145,022 | 1 | 0 | 9/2008 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 152 | 31 | 277,254 | 1 | 0 | 10/2008 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 152 | 28 | 160,260 | 1 | 0 | 11/2008 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 152 | 29 | 184,245 | 2 | 0 | 12/2008 |
| | | | | | | **MINE TOTALS :** | | | 358 | 2,320,452 | 9 | 0 | |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergroun | Producing | 362 | 31 | 594,541 | 0 | 0 | 1/2008 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergroun | Producing | 366 | 29 | 293,189 | 2 | 0 | 2/2008 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergroun | Producing | 370 | 31 | 834,809 | 4 | 0 | 3/2008 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergroun | Producing | 369 | 30 | 648,729 | 0 | 0 | 4/2008 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergroun | Producing | 372 | 31 | 702,998 | 0 | 0 | 5/2008 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergroun | Producing | 378 | 30 | 702,959 | 1 | 0 | 6/2008 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergroun | Producing | 387 | 31 | 203,157 | 1 | 0 | 7/2008 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergroun | Producing | 384 | 31 | 285,586 | 2 | 0 | 8/2008 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergroun | Producing | 375 | 30 | 648,220 | 0 | 0 | 9/2008 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergroun | Producing | 377 | 31 | 652,470 | 0 | 0 | 10/2008 |

Date of Report:    Monday, February 09, 2009

BLM_0035757

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|-----------|----------|--------|-----|-----|-----------|-------------|----------|-------------|-------------------|----------|------------|----------------|
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergroun | Producing | 378 | 30 | 89,246 | 0 | 0 | 11/2008 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Undergroun | Producing | 382 | 31 | 205,800 | 0 | 0 | 12/2008 |
| | | | | | | | **MINE TOTALS :** | | 366 | 5,861,704 | 10 | 0 | |
| | | | | | | | **GRAND TOTALS :** | | 3,432 | 32,335,527 | 93 | 0 | |

Date of Report:    Monday, February 09, 2009

BLM_0035758

State Wildlife Areas | Colorado Parks and Wildlife

Colorado Department of Natural Resources          Home   Jobs   Volunteer   News & Media   Calendar   Commission   Park Finder      Search Parks and Wildlife

# C O L O R A D O   P A R K S   &   W I L D L I F E

Hunting    Fishing    Reser...

Land/Water > **State Wildlife Areas**

## State Wildlife Areas

- Habitat Stamp
- **State Wildlife Areas**
- State Trust Lands
- Private Land Programs
- Energy
- CO Wildlife Habitat Protection Program
- Water
- River Watch
- Wetland Wildlife Conservation Program
- Impact Assistance Grants to Counties/PILT
- Colorado Wildlife Action Plan
- Colorado Wildlife Heritage Foundation
- Resources/Tips

**Helpful Links:**

- State Trust Lands
- Regulations regarding CPW Properties (pdf)
- Weed Free Forage Program

## Billy Creek SWA                                                                 <-Back



Printable Map
Interactive Map

| Billy Creek SWA detail information | |
|---|---|
| **County:** | Ouray |
| **Region:** | Southwest |
| **Location:** | GMUs 62 & 65:<br>**Billy Creek Tract:** From Montrose, go 16 miles S on Hwy550 to Ouray CR2, then turn left. Road also leads to Nicoll & Porter tracts.<br>**Colona Tract:** From Montrose, go 7 miles S on Hwy550 to Government Springs Rd. Continue on Horsefly Rd to signed access road.<br>**Carmichael Tract:** From Montrose, go 21 miles S on Hwy550 to Ouray CR8, turn left on lower road. Go through ranch yard; then go 1 1/4 miles on main road to access road.<br>**Beckett Tract:** From Montrose, go 18 miles S on Hwy550 to Ouray CR4; turn left. Go 1/2 mile. |
| **Elevation:** | min. 6,254 ft - max 9,046 ft |
| **Acreage:** | Approx. 5,393 acres |
| **Hunting:** | **Colona tract in in GMU 62, all other tracts in GMU 65.**<br>Deer, elk, rabbit, dove. |
| **Fishing:** | Coldwater stream (1/2 mile of Uncompahgre River). |
| **Recreation:** | Hunting, fishing, camping, hiking, wildlife viewing. |
| **Facilities:** | None. |
| **Restrictions:** | **Public access is prohibited from January 1 through April 30.**<br>Colorado Parks and Wildlife reminds visitors to check current hunting, fishing and land use regulations when planning to visit a State Wildlife Area. Refer to the **Recreational Lands Brochure**, as well as the **Fishing and Hunting Regulation Brochures** located on the Regulations Brochures Page. State Wildlife Area visitors can also find rules and regulations information in Chapter 9 Regulations. |
| **Comments:** | Vegetation consists primarily of sagebrush, oakbrush and pinon-juniper. Some cottonwood habitat exists on the Uncompahgre and Billy Creek riparian zones. A man-made pond exists on the property.<br><br>Sheriff's Office: Ouray, (970) 325-7272; Montrose, (970) 249-6606.<br>Area CPW Office: Montrose, (970) 252-6000.<br>**Last updated:** 6/12 |

BLM_0035759

State Wildlife Areas | Colorado Parks and Wildlife

http://wildlife.state.co.us/Landwater/statewildlifeareas/Pages/swa.aspx[8/23/2013 10:59:23 AM]

BLM_0035760

Wildlife at Ridgway | Colorado Parks and Wildlife



Colorado Department of Natural Resources

Home | Jobs | Volunteer | News & Media | Calendar | Commission | Park Finder

Search Parks and Wildlife

Colorado Parks and Wildlife  >  Parks  >  Ridgway  >  Nature  >  **Wildlife**

### Wildlife
- Plants
- Geology
- **Wildlife**

## Wildlife



### Mammals and Reptiles

Elk, bobcat, mountain lion, coyote, yellow-bellied marmot, red fox and cottontail rabbit are a few of the mammal wildlife species at Ridgway. Mule deer often graze through the campgrounds at any time of year. Black bear mainly inhabit higher, more alpine environments but occasionally enter the park when food sources are scarce. The western side of the reservoir is particularly good habitat for reptile species, such as sagebrush lizard, short-horned lizard and collared lizard.

### Birds

More than 140 species of migratory and resident birds have been identified in the park, including many species of waterfowl and shorebirds attracted to the reservoir. Confirmed breeders in the park include the American dipper, black-chinned hummingbird, red-naped sapsucker, white-throated swift, red-tailed hawk and many others. Northern harrier and osprey are common raptors, and Northern goshawks and American Peregrine falcons have been observed as well. Bald eagles winter in the Uncompahgre Valley from November to April while golden eagles are year-round residents.

### Aquatic Species

Anglers on the reservoir and in-flowing streams fish for rainbow trout, brown trout, Kokanee salmon and the occasional yellow perch. At the south end of the reservoir there is a snagging season for Kokanee trout beginning in September and continuing until the end of the year. Crayfish are also abundant in the reservoir. In the tailwaters below the dam, rainbow trout, brown trout and cutthroat trout challenge fly fishermen in all seasons of the year. The two ponds in Pa-Co-Chu-Puk are stocked with rainbow trout for three youth fishing events held during the summer months.

Last Modified Date: 3/15/2011 2:59 PM

Contact Us | FAQ | Donate | About Us | Request a Parks Guide | GOCO | Lottery | TOPS | Site Map | Privacy Policy

   

BLM_0035761

# STATE OF COLORADO

**DIVISION OF RECLAMATION, MINING & SAFETY**

Department of Natural Resources

1313 Sherman St., Room 215
Denver, Colorado 80203
Phone: (303) 866-3567
FAX: (303) 832-8106



COLORADO
DIVISION OF
RECLAMATION
MINING
— & —
SAFETY

John W. Hickenlooper
Governor

Mike King
Executive Director

Loretta E. Piñeda
Director

**Uranium Mining in Colorado**
**2012**
**(Updated July 18, 2012)**

The Uravan mineral belt is the oldest uranium mining area in the U.S., and historically the most productive uranium and vanadium region in Colorado. The Uravan mineral belt has an estimated 1,200 historic mines that produced over 63 million pounds of uranium and 330 million pounds of vanadium from 1948 to 1978. In Eastern Colorado, "roll-front" type uranium deposits similar to those in the Uravan belt are found primarily in the northeast section of the state. Colorado ranks third among the states for uranium reserves, behind Wyoming and New Mexico.

### Recent Activity Overview:

In 2005, the Colorado Geological Survey (CGS) estimated total Colorado uranium production to be 255,544 pounds. This production came primarily from the four Cotter Corporation mines in Western Colorado. The 2005 uranium production from these mines had a gross value of $7.3 million based on the average 2005 uranium ($U_3O_8$) price of $28.52 per pound. The uranium-vanadium ore was trucked from the Western Slope mines to Cotter's mill in Cañon City. Cotter's Cañon City uranium ore mill is one of only four uranium mills in the U.S. The company ceased production at all four of these mines in November 2005. High energy costs and the long haulage distance (~300 miles) from the mines to the Cañon City mill played a large role in the economic difficulties of the operations. In December 2011, Cotter indicated that it would not seek renewal of its expiring radioactive materials license from the Colorado Department of Public Health and Environment (CDPHE) Radiation Control Division, and would begin the process of mill closure.

In 2007 Denison Mines (USA) Corp., formerly International Uranium (USA) Corporation began producing ore from three of its permitted mines in San Miguel County. Denison shipped ore from these sites to its White Mesa Mill near Blanding, Utah. Ore production activities were halted in the fall of 2009 due to decreased uranium prices. In March 2012, Denison received approvals from DRMS for the Environmental Protection Plans (EPPs) that were amended to all six of its active Colorado permits.

In January of 2011, the CDPHE's Radiation Control Division approved Energy Fuels' application to build a uranium mill in the Paradox Valley of Western Colorado. The U.S. Environmental Protection Agency (EPA) approved an application for the design and construction of the mill tailings and evaporation ponds on October 27, 2011. The Piñon Ridge Mill will be the first conventional uranium mill constructed in the United States in almost 25 years if all permits are issued. Currently litigation on the permitting process has postponed plans Energy Fuels plans to begin construction in late 2012.

No uranium ore production in Colorado was reported from 2009 through 2011. Rimrock Exploration and Development completed an Environmental Protection Plan (EPP) to comply with Designated Mining Operation requirements in 2010. The J-Bird Mine is currently developing access drifts and construction of surface EPP infrastructure. Some incidental ore is being produced. A uranium reclamation project by Nuvemco, LLC began in

BLM_0035762

*Uranium Mining in Colorado-2012*
*Page 2*

Mesa County but ore grade issues suspended the project indefinitely for re-evaluation. Energy Fuels Corporation gained approvals in September of 2008 for the Whirlwind Mine also in Mesa County. The mine is not in production but Energy Fuels continues to do maintenance in the mine and on the surface while monitoring groundwater as required.

Mine permitting and regulations have changed significantly since the last uranium boom in the 1970's. On August 12, 2010, the Mined Land Reclamation Board (MLRB) approved changes to the Rules and Regulations of the Colorado Mined Land Reclamation Board for Hard Rock, Metal, and Designated Mining Operations that became effective on September 30, 2010. The new Rules implement changes to the Colorado Mined Land Reclamation Act, which was amended by the passage of three bills in 2008: SB 08-228, SB 08-169 and HB 08- 1161. The trio of laws established new rules to protect Colorado's groundwater during in-situ uranium mining, revised existing rules regarding the disclosure of additional information during prospecting activities, and updated hard rock mining fees.

### Prospecting Notice of Intent Activity:

The Division has seen a decline in uranium prospecting activities. There are 71 total uranium prospect Notices of Intent (NOI) in Weld, Summit, Fremont, Grand, San Miguel, Mesa, Montrose, Dolores, and Moffat counties. This is a decline from a peak of 101 active prospecting NOIs in 2009. An overwhelming number of the projects have been completed and are in the final reclamation phase. In-situ-leach exploration projects in Weld County have been suspended for the foreseeable future primarily due to economics.

### Current Reclamation Permit Activity:

There are 33 actively permitted uranium mining projects in Colorado. There is one new 110d permit which was approved in July 2012. The site still needs to complete federal permitting requirements prior to beginning mining. There is one mine currently producing ore while two mines are conducting development activities such as underground access and ore body characterization.

On September 30, 2011, the Division notified all uranium operators that an EPP must be submitted, file for an exemption, or commence final site reclamation by October 1, 2012. Also, on October 18, 2011, the U.S. District Court issued an injunction regarding the Department of Energy (DOE) uranium leasing program (ULP). The injunction prohibits any activities on the DOE ULP tracts until the DOE fully complies with the National Environmental Policy Act (NEPA) and Endangered Species Act (ESA). At this juncture, it is unclear what process will be required or how long that process will take. While the injunction prohibits active site activity it does not preclude the Division from moving forward with the implementation of the State law requirements for EPP submittals, review, and approvals. The Division is also currently evaluating the permit status for the mines to ensure proper classification in reference to Temporary Cessation or Intermittent Status as well as working with operators who have DOE leases. A list of permits, operators, and EPP status is attached to this report.

Currently the Division is working with the CDPHE and numerous local jurisdictions on environmental impacts at Cotter's Schwartzwalder Mine in Jefferson County.

The Division notes that the uranium industry has been significantly affected by the economic downturn. If the proposed Piñon Ridge Mill in Paradox Valley is constructed, the Division anticipates a surge in uranium mining and prospecting operations and associated permitting activities.

BLM_0035763

BLM_0035764

| Permit No. | Site name | Permittee | Permit Status | County | Site Status* | EPP |
|---|---|---|---|---|---|---|
| M1977004 | Pitch Project | Homestake Mining Company | AC | Saguache | Reclamation | N/A |
| M1977248 | C-JD-5 | Gold Eagle Mining, Inc. | INT | Montrose | Maintenance | NO |
| M1977284 | Mineral Joe Claims | Cotter Corporation | INT | Montrose | Tied to JD-6 | NO |
| M1977285 | Sunday Mine | Denison Mines (USA) Corp. | TC | San Miguel | Maintenance | Yes |
| M1977288 | Deremo-Snyder | Umetco Minerals Corporation | AC | San Miguel | Reclaimed | N/A |
| M1977293 | Monogram-Jo Dandy | Nuvemco, LLC | INT | Montrose | Reclaimed | Yes |
| M1977297 | Burros Mine | Gold Eagle Mining, Inc. | INT | San Miguel | Maintenance | NO |
| M1977300 | Schwartzwalder | Cotter Corporation | AC | Jefferson | Reclamation | Pending |
| M1977305 | C-LP-21 Mine | Cotter Corporation | INT | Montrose | Reclaimed | NO |
| M1977306 | JD-9 Mine | Cotter Corporation | INT | Montrose | Maintenance | NO |
| M1977307 | CM-25 Mine | Cotter Corporation | INT | Montrose | Reclaimed | NO |
| M1977308 | C-JD-7 UG | Cotter Corporation | INT | Montrose | Tied to JD-7 Pit | NO |
| M1977310 | JD-6 Mine | Cotter Corporation | INT | Montrose | Maintenance | NO |
| M1977311 | SR-13A Mine | Cotter Corporation | INT | San Miguel | Reclaimed | NO |
| M1977416 | Carnation Mine | Denison Mines (USA) Corp. | TC | San Miguel | Maintenance | Yes |
| M1977417 | Sego Mine | Sutherland Drilling | INT | San Miguel | Maintenance | NO |
| M1977451 | Ike No 1 Mine | Cotter Corporation | INT | San Miguel | Maintenance | NO |
| M1978039HR | St Jude Mine | Denison Mines (USA) Corp. | TC | San Miguel | Maintenance | Yes |
| M1978116 | SM-18 Mine | Cotter Corporation | INT | Montrose | Maintenance | NO |
| M1978222UG | Monogram Mines | Nuvemco, LLC | INT | Montrose | Maintenance | NO |
| M1978311 | Hawkeye Mine | Gold Eagle Mining, Inc. | INT | San Miguel | Maintenance | NO |
| M1978342 | Ellison Mine | Gold Eagle Mining, Inc. | INT | San Miguel | Maintenance | NO |
| M1979094HR | JD-7 Pit | Cotter Corporation | INT | Montrose | Maintenance | NO |
| M1979118HR | Wright Group | Cotter Corporation | INT | Montrose | Tied to SM-18 | NO |
| M1980055HR | Topaz Mine | Denison Mines (USA) Corp. | TC | San Miguel | Maintenance | Yes |
| M1981021 | West Sunday Mine | Denison Mines (USA) Corp. | TC | San Miguel | Maintenance | Yes |
| M1984014 | C-JD-8 | Cotter Corporation | INT | Montrose | Maintenance | Yes |
| M1989068 | Centennial | B-Mining Company | INT | San Miguel | Maintenance | Oct |
| M1997032 | Van 4 Shaft | Denison Mines (USA) Corp. | AC | Montrose | Maintenance | Yes |
| M2005050 | J Birds | Rimrock Exploration & Development, Inc. | INT | Montrose | Mining | Yes |
| M2007044 | Whirlwind Mine | Energy Fuels Resources Corporation | INT | Mesa | Maintenance | Yes |
| M2008012 | Last Chance #3 & #4 | Nuvemco LLC | INT | Montrose | drilling | Yes |
| M2008050 | October Ore Pile Reclamation | Nuvemco, LLC | AC | Mesa | Maintenance | Yes |
| M2011040 | Prince Albert | Rimrock Exploration & Development, Inc. | AW | Montrose | permitting | Yes |

*Maintenance includes general upkeep as required for operations with Intermittent status (INT) or in Temporary Cessation (TC) but does not include development or production activities. Permit Status Codes: AC= Active; AW= Awaiting Warranty; TC= Temporary Cessation; INT= Intermittant

*Wilderness Geologist*

# Dolores River

## Wild and Scenic River Study Report

Colorado Department of Natural Resources

U.S. Department of Agriculture – Forest Service

U.S. Department of The Interior – Bureau of Outdoor Recreation

December 1975   (Revised March 1976)



BLM_0035765

BLM_0035766

TABLE OF CONTENTS

Page

SUMMARY OF FINDINGS AND RECOMMENDATIONS . . . . . . . . . . .   iii

CHAPTER I    - INTRODUCTION  . . . . . . . . . . . . . . . . .   1

CHAPTER II  - DOLORES RIVER BASIN DESCRIPTION . . . . . . . . .   5

CHAPTER III - DOLORES RIVER CORRIDOR DESCRIPTION  . . . . . . .   19

    A.   Review of Segments . . . . . . . . . . . . . . . . . .   19
    B.   Geology and Physiography . . . . . . . . . . . . . . .   25
    C.   Soils  . . . . . . . . . . . . . . . . . . . . . . . .   27
    D.   Vegetation . . . . . . . . . . . . . . . . . . . . . .   27
    E.   Fish and Wildlife  . . . . . . . . . . . . . . . . . .   30
    F.   Waterflow  . . . . . . . . . . . . . . . . . . . . . .   34
    G.   Water Quality  . . . . . . . . . . . . . . . . . . . .   36
    H.   Water Rights . . . . . . . . . . . . . . . . . . . . .   42
    I.   Water Uses and Related Developments  . . . . . . . . .   42
    J.   Access . . . . . . . . . . . . . . . . . . . . . . . .   45
    K.   Landownership and Use  . . . . . . . . . . . . . . . .   47
    L.   Minerals . . . . . . . . . . . . . . . . . . . . . . .   50
    M.   Recreation . . . . . . . . . . . . . . . . . . . . . .   53
    N.   History  . . . . . . . . . . . . . . . . . . . . . . .   58

CHAPTER IV  - WILD AND SCENIC RIVER CLASSIFICATION
                SUITABILITY . . . . . . . . . . . . . . . . . .   60

    Segment I     - Main Stem to Rico  . . . . . . . . . . .   67
    Segment II    - West Dolores . . . . . . . . . . . . . .   67
    Segment III-A - McPhee Dam to Bradfield  . . . . . . . .   68
    Segment III-B - Bradfield to Disappointment  . . . . . .   69
    Segment III-C - Disappointment to Little Gypsum  . . . .   70
    Segment III-D - Little Gypsum to Bedrock . . . . . . . .   70
    Segment IV-A  - San Miguel to Gateway  . . . . . . . . .   71
    Segment IV-B  - Gateway to State Line  . . . . . . . . .   72

CHAPTER V   - ANALYSIS OF ALTERNATIVES  . . . . . . . . . . .   73

    Management Authorities and Programs  . . . . . . . . . . .   74

    No Action Plan . . . . . . . . . . . . . . . . . . . . . .   79

i

National Economic Plans . . . . . . . . . . . . . . . . . . 81

    Plan A . . . . . . . . . . . . . . . . . . . . . . . 82
    Plan B . . . . . . . . . . . . . . . . . . . . . . . 83

Wild and Scenic River Plans . . . . . . . . . . . . . . . 85

    Plan A - Colorado Department of Natural
            Resources Recommendation . . . . . . . . . . . 86
    Plan B - Federal Recommendation . . . . . . . . . . . . . 88
    Plan C . . . . . . . . . . . . . . . . . . . . . . . 91
    Plan D . . . . . . . . . . . . . . . . . . . . . . . 93
    Plan E . . . . . . . . . . . . . . . . . . . . . . . 95

CHAPTER VI  - CONCLUSIONS AND RECOMMENDATIONS . . . . . . . . 98

## Appendixes

APPENDIX A - Wild and Scenic Rivers Act and Guidelines . . . . A-1

APPENDIX B - List of Data Sources . . . . . . . . . . . . . . B-1

APPENDIX C - The Dolores Project:  An Overview . . . . . . . . C-1

APPENDIX D - Nearby Rivers Offering Similar
          Recreational Opportunities . . . . . . . . . . . D-1

APPENDIX E - Outline and Application of Principles
          and Standards Procedures to
          Alternative Actions . . . . . . . . . . . . . . E-1

APPENDIX F - Paradox Valley Unit, Colorado River
          Basin Salinity Control Program . . . . . . . . . F-1

APPENDIX G - Federal Reserved Water Rights . . . . . . . . . . G-1

APPENDIX H - Wildlife and Vegetation Lists . . . . . . . . . . H-1

APPENDIX I - Geology and Mineral Resources of
          the Dolores River Basin . . . . . . . . . . . . I-1

APPENDIX J - Water Rights Listing . . . . . . . . . . . . . . J-1

APPENDIX K - Official Comments on November 1975
          Draft Report . . . . . . . . . . . . . . . . . . K-1

BLM_0035768

SUMMARY OF FINDINGS AND RECOMMENDATIONS

On January 3, 1975 President Ford signed Public Law 93-621 amending the
Wild and Scenic Rivers Act (P.L. 90-542). This amendment authorized
study of the Dolores River along with 28 other streams. However, unlike
the other rivers, the Dolores was singled out for accelerated study,
and the report is to be submitted by January 3, 1976. P.L. 93-621 also
defined the segments of the Dolores River to be studied. These are:

- - The main stem from Rico upstream to its source, including its
    headwaters;

- - The West Dolores from its source, including its headwaters,
    downstream to its confluence with the main stem;

- - And the segment from the west boundary, Section 2, Township 38
    North, Range 16 West, NMPM, below the proposed McPhee Dam,
    downstream to the Colorado-Utah border, excluding the segment
    from one mile above Highway 90 to the confluence of the San
    Miguel River.

The exclusion of six miles in the last described segment and the major
differences in the characteristics of the River and its corridor below
the San Miguel confluence resulted in division of the Dolores into
four major segments for study purposes. Map 1 shows the River setting
and the segments studied.

Findings

1.  Two study segments--the Dolores River main stem, from the source
    to Rico and from the San Miguel confluence to Gateway--are
    ineligible for inclusion in the National System due to a lack of
    outstanding values and substantial alterations in the natural
    environment, including paralleling State highways and other
    intrusions.

2.  Two segments of the River, the West Dolores and the main stem
    between Section 2, Township 38 North, Range 16 West, NMPM, below
    McPhee Dam and one mile above Highway 90, are eligible for
    inclusion in the National System.

iii

BLM_0035769

BLM_0035770



BLM_0035772

3.  The main stem from below McPhee Dam to 1 mile above Highway 90 possesses outstanding scenic, geologic, historic, and cultural values.  The West Dolores River possesses outstanding scenic and geologic values.  The Colorado Department of Natural Resources also believes that the West Dolores has outstanding fish and wildlife values.

4.  Although the West Dolores River generally meets the minimum criteria for inclusion in the National System, the Federal Study Team believes it is the nine-mile portion of the West Dolores above Dunton that contains the outstandingly remarkable scenic and geo- logic values (Table IV-1).  That portion of the stream is entirely National Forest land that is being considered for addition to the National Wilderness Preservation System.

    Below Dunton, the West Dolores is an attractive stream typical of high mountain valleys throughout the Rocky Mountains.  The segment below Dunton has extensive intermingling of private lands with many houses, barns, mines, fences, and water diversions.  Because of the short length of the outstandingly remarkable section and the poten- tially difficult and costly administration of the lower segment, the Federal agencies do not recommend inclusion of the West Dolores River in the National System.

5.  The Colorado Department of Natural Resources finds that the entire West Dolores fully meets the criteria for inclusion in the National Wild and Scenic Rivers System.  The West Dolores traverses three of the five western life zones represented in the Dolores River Basin and possesses outstanding scenic, geologic, and fish and wildlife values.  The West Dolores provides a variety of recreational activity commensurate with the natural variety inherent in the three life zones.  The fact that the upper 9 miles are being considered for addition to the National Wilderness System is immaterial.  If the costs of including and thereafter maintaining the West Dolores as a recreational component of the National System are excessive for the preservation of a unique national heritage, then it appears that the provisions of the National Wild and Scenic Rivers Act have no meaning.

6.  The 33-mile long Slick Rock Canyon possesses a high mineral potential and a variable-width, sheer-walled canyon.  The Wild and Scenic Rivers Act calls for mining withdrawal of an area one-quarter mile wide on either side of the river.  However, boundaries conforming to the topography would protect the canyon while allowing maximum utilization of the minerals outside the canyon.  Therefore, any legislation designating the Dolores River should contain a provision to allow modification of the withdrawn area specifications outlined in Section 9(a)(iii) of the Wild and Scenic Rivers Act, with the modification to be determined during the management planning period.

iv

7. The 8-mile reach of the Dolores River between Gateway and the Utah State line (lower portion of Segment 4) is eligible for inclusion but is too short to be included by itself.

8. Wild and Scenic River designation for portions of the Dolores River would be compatible with the authorized Dolores Project (McPhee Dam and Reservoir). Although there will be a slight reduction in the total number of river boating days, the reservoir can be regulated so boating quality is increased and opportunities can be predicted, scheduled, and grouped together at desirable flow levels. In addition, sufficient reservoir water has been allocated to maintain a continuous yearlong streamflow that will enhance many fish and wildlife and scenic values below McPhee Dam.

The recommendations expressed below are based on the premise that the Dolores Project will be constructed. Its construction and operation will enhance most wild and scenic values of the Dolores River and insure that a live streamflow will be maintained below McPhee Dam.

## Recommendations

1. The 105 miles of the Dolores River between the west boundary of Section 2, T 38 N, R 16 W, NMPM, to 1 river mile above the Colorado Highway 90 bridge at Bedrock should be designated a component of the National System of Wild and Scenic Rivers under the management of the Forest Service and Bureau of Land Management, with classification of subsegments as follows:

   (a) West boundary of Section 2, T 38 N, R 16 W, NMPM
       (1.3 miles below McPhee Damsite to the Bridge
       at Bradfield Ranch) (11 miles)--------------------Recreational

   (b) Bridge at Bradfield Ranch to
       Disappointment Creek (41 miles)-------------------Scenic

   (c) Disappointment Creek to the Little Gypsum
       Valley Bridge at the San Miguel/Montrose
       County line (20 miles)----------------------------Recreational

   (d) Little Gypsum Valley Bridge to 1 mile above
       the Colorado Highway 90 Bridge near Bedrock
       (33 miles)----------------------------------------Wild

v

2.  Draft legislation which would include the Dolores River in the
    National Wild and Scenic Rivers System should include a provision
    to modify the area withdrawn from mineral development.  The pro-
    vision should consist of the following or language similar:

>   Notwithstanding the provisions of Section 9(a)(iii) of the
>   Wild and Scenic Rivers Act, the detailed boundaries of
>   the area to be withdrawn from appropriation under the
>   mining laws and from operation of the mineral leasing
>   laws, shall be established as part of the management plan
>   developed pursuant to Section 3(b) of the Wild and Scenic
>   Rivers Act.

>   A provision such as this will permit the location of logical
>   boundaries for the area to be withdrawn.

3.  The 8-mile portion of the river between Gateway and the Utah State
    Line should be included in the National System at such time as the
    river in Utah is included.  Appropriate classification of this
    8 miles will be determined if and when the Utah study is made.

In addition to the above consensus recommendations, the Colorado Depart-
ment of Natural Resources recommends that:

4.  The 35-mile West Dolores River be included in the National Wild and
    Scenic Rivers System, classified as a Recreational River, under the
    management of the Forest Service in cooperation with the State of
    Colorado.

Map 2 shows the classification recommendations.

vi

BLM_0035775

Estimated Costs of the Proposed Action  1/

1. For the addition of the 105-mile segment only, the costs
   are estimated to be:

   | | |
   |---|---|
   | Recreation development | $453,000 |
   | Land acquisition in fee | 2/ |
   | Easements | 220,000 |
   | Annual operation and maintenance | 50,000 |
   | Annual plan administration | 40,000 |

2. For the addition of the 35-mile West Dolores, as recommended by the
   Colorado Department of Natural Resources, the costs are estimated
   to be:

   | | |
   |---|---|
   | Recreation development | $327,000 |
   | Land acquisition in fee | None |
   | Easements | 103,000 |
   | Annual operation and maintenance | 20,000 |
   | Annual plan administration | 45,000 |

---

1/ Estimated costs for examination and validation (but not acquisition)
   of mining claims are not included in this table, although this
   information is included in Chapter VI of the report.  These costs
   are estimated to be:

   | | |
   |---|---|
   | On lands presently under Bureau of Land Management jurisdiction (about 4,000 claims) | $2,000,000 |
   | On lands presently under Forest Service jurisdiction (about 1,000 claims) | $ 500,000 |

2/ No acquisition anticipated with construction of the Dolores Project
   as planned.  If recreation acquisition below the Reservoir is
   eliminated from final plans, a minimum of 10 acres will be needed
   at a cost to this proposal of about $10,000.

vii



MAP 2

**WILD AND SCENIC RIVER STUDY**

**DOLORES RIVER BASIN**
COLORADO and UTAH

PROPOSED CLASSIFICATION STUDY TEAM CONSENSUS
RECOMMENDATIONS

WILD RIVER
SCENIC RIVER
RECREATIONAL RIVER

STATE OF COLORADO ADDITIONAL RECOMMENDATIONS
RECREATIONAL RIVER

LOCATION MAP

LEGEND

U.S.D.A. FOREST SERVICE, COLORADO, 1975

BLM_0035777

BLM_0035778

CHAPTER   I

INTRODUCTION

Background

The Wild and Scenic Rivers Act, P. L. 90-542, became law on October 2, 1968.  It preserves "certain selected rivers" that "possess outstandingly remarkable scenic, recreational, geologic, fish and wildlife, historic, cultural, or other similar values ... in their free-flowing condition ... for the benefit and enjoyment of present and future generations."

The Act defines three possible classifications for eligible rivers: wild, scenic, and recreational.  It deals with such matters as land acquisition, right and use of occupancy, water resource developments, mining, and administration.  The Act named eight rivers as initial components of the National Wild and Scenic Rivers System.  Twenty-seven others were listed as potential additions, and a procedure was framed for assessing their eligibility.

Since its original passage, the Act has been amended three times.  Two more rivers have been added to the National System through Congressional action, and two others were added as State-administered components. Twenty-nine (29) have been added to the list of potential candidates, and procedures for evaluating the latter have been refined.

The most recent of these amendments, P.L. 93-621, became law on January 3, 1975.  It listed the 29 new "study rivers," 12 of them in Colorado. Among these was - "(56) Dolores, Colorado:  The segment of the main stem from Rico upstream to its source, including its headwaters; the West Dolores from its source, including its headwaters, downstream to its confluence with the main stem; and the segment from the west boundary, section 2, township 38 north, range 16 west, NMPM, below the proposed McPhee Dam to the Colorado-Utah border, excluding the segment from one mile above Highway 90 to the confluence of the San Miguel River." Thus, of the 293 miles of total length of the Dolores, 194 miles were studied as potential inclusion in the National Wild and Scenic River System.  Because of the 6-mile exclusion between the San Miguel confluence and a mile above Highway 90, the 194-mile study portion was viewed as four distinct segments.

1

This amendment specified that the Dolores wild and scenic river study and the report must be completed within one year. The purpose of this provision was to speed up identification of any possible conflicts that might exist between the proposed Dolores Project and wild and scenic rivers designation and to avoid delay on the Project.

The following map shows the regional setting of the Dolores River and the locations of the study segments. The full text of the Wild and Scenic Rivers Act, as now amended, appears in Appendix A of this report.

The Study

In February 1975, a joint Federal-State team (hereinafter referred to as the "study team") was formed to carry out the Dolores River study. Three agencies shared leadership responsibilities: the Forest Service, the Bureau of Outdoor Recreation, and the Colorado Department of Natural Resources (represented by the Colorado Water Conservation Board).

One of the study team's first tasks was to determine its philosophy toward the Dolores Project. Because of language in the 1968 Act, which authorized the Project; because of the continued Congressional funding required to advance the Project to its present status; and because of the intent of the 1975 amendment to the Wild and Scenic Rivers Act which authorized this study, the study team concluded that it was appropriate to consider the Dolores Project--which includes McPhee Dam--as "in place" and evaluate the two segments below its site accordingly. 1/

The study effort proceeded in four basic phases:

Study Data. Because of limited time to complete this study, the study team used existing data sources to full advantage. A substantial amount of information concerning the Dolores River basin was included in various reports available to the study team. In addition, data was provided by a broad range of federal and state agencies, regional and local organizations, citizen groups, and knowledgeable individuals. (See Appendix B for a list of these sources.)

_____

1/  In his remarks introducing the bill for the Wild and Scenic River Study of the Dolores and 13 other Colorado rivers on August 1, 1973, former U. S. Senator Peter H. Dominick stated, "It is my feeling that the Dolores Project, which will include the building of the McPhee Dam, can be reconciled with the inclusion of the Dolores River under the Wild and Scenic Rivers Act. I have included a provision in this bill to insure that the two endeavors are achieved in a manner compatible with each other."

2

BLM_0035780



MAP 1

**WILD AND SCENIC RIVER STUDY**

**DOLORES RIVER BASIN**
COLORADO and UTAH

REGIONAL SETTING AND LOCATION OF DESIGNATED STUDY SEGMENTS

However, the study required development of much new data. Segments of the Dolores River were examined on foot, from horseback, by raft, by motor vehicle, and from the air. A steering committee, open to all interested parties, was created to advise and assist the study team. Two series of public input meetings and workshops were held - a total of seven sessions in four Colorado communities: Cortez, Norwood, Grand Junction, and Denver. Over 400 letters and statements were received from various citizens and organizations. These are available for inspection at the Forest Service and Bureau of Outdoor Recreation Regional Offices in Denver.

The basic information gathered on the Dolores River and its basin is presented in Chapters II and III.

Suitability. Next, the four Dolores River segments were evaluated to determine their suitability for inclusion in the National Wild and Scenic Rivers System. Direction for this phase was found in the Wild and Scenic Rivers Act and supplemented in "Guidelines for Evaluating Wild, Scenic and Recreational River Areas Proposed for Inclusion in the National Wild and Scenic Rivers System under Section 2, Public Law 90-542." The latter document was issued jointly by the Secretaries of Agriculture and Interior in February 1970. These guidelines are included in Appendix A.

A four-step process for determining suitability was used:

1) the four segments were evaluated in terms of eligibility for inclusion in the national system;

2) those segments considered eligible were divided into classifiable units on the basis of length and similar characteristics;

3) the most protective classification (wild, scenic, or recreational) for which each unit qualifies was determined; and

4) all inputs from the public - including information obtained at the public meetings, in letters and workshop responses, and from the University of Colorado Wilderness Study Group - were carefully evaluated. This information was utilized by the study team to review its suitability determinations and to check for errors and oversights.

The results of this process are presented in Chapter IV.

Alternatives. An additional study requirement was imposed by the recent adoption of "Principles and Standards for Planning Water and Related Land Resources," which was published in the Federal Register,

3

Vol. 38, No. 184, Part III (September 10, 1973).  These "Principles and Standards" prescribe some complex economic and environmental evaluations. Basically, they require formulation of alternative plans based on a national economic development objective and an environmental quality objective.  A recommended plan is supposed to have net economic benefits, except when the deficiency in net benefits results from benefits fore-gone or additional costs incurred to serve the environmental quality objective.  In other words, a plan with no net economic benefit can be recommended if it has overriding long-term environmental benefits. This process also requires assessment of the effects that the various plans have on regional development and social well-being.  An outline of this procedure is included in Appendix E, and the results are presented in Chapter V.

Public Response.  The public responded vigorously to the Dolores Wild and Scenic River study and, for the most part, reaction was polarized by two dissimilar philosophies.  On one hand, citizens living in the river area value and desire the Dolores Project and view wild and scenic river designation as a direct and serious threat to McPhee Dam, center piece of the Dolores Project.  These individuals also expressed concern about the effects that designation may have on privately owned lands and resource developments (especially agriculture and water use) and thought there was already enough federal control of the river.  On the other hand, conservationists and white water enthusiasts, usually living in areas remote from the river, supported maximum wild and scenic river designation; some even suggested that the study be done on the entire river, including those segments excluded in P.L. 93-621.

Conclusions and Recommendations.  The final step was evaluation of data, public response, and selection criteria.  The findings and recom-mendations presented at the beginning of the report and in Chapter VI are the results of this evaluation.

4



MAP 2
WILD AND SCENIC RIVER STUDY

DOLORES RIVER BASIN
COLORADO and UTAH

PROPOSED CLASSIFICATION STUDY TEAM CONSENSUS
RECOMMENDATIONS

WILD RIVER

SCENIC RIVER

RECREATIONAL RIVER

STATE OF COLORADO ADDITIONAL RECOMMENDATIONS

RECREATIONAL RIVER

LOCATION MAP

LEGEND

Cities and Towns
Reservoir
County Line
State Line
National Forest,
Primitive and
Natural Areas

U.S.D.A. FOREST SERVICE, COLORADO, 1975

BLM_0035785

BLM_0035786

CHAPTER   II

DOLORES RIVER BASIN DESCRIPTION

Preface

The following description of the Dolores River basin presents a broad
picture of the natural and human environments of a potential Wild and
Scenic River.  Its purpose is to sketch a general view of the larger
province for which the Dolores is a primary geographic and economic
lifeline.  In some cases, this information was used only indirectly in
the Study Team's subsequent evaluations; it nonetheless serves as a
basic framework for viewing the river.

In choosing the hydrologic basin parameter, rather than political
boundaries (such as counties), the intent is to show the Dolores as
part of a living system.  In this typically Western province, every
ecosystem and every human activity is somehow shaped by the presence
or absence of water.  About 44 percent of its annual flow can be diverted
south at the town of Dolores by the Montezuma Valley Irrigation Company
to irrigate crops in the adjoining San Juan River Basin.  With the
Dolores Project in place the flow volume, as measured at the McPhee Dam
Site, would be reduced 70 percent.  This reduction would be 39 percent
non-project diversion and 31 percent project (including evaporation from
McPhee Reservoir) diversion.  Though the river has erratic flows ranging
from floods to nearly dry, the Dolores remains a central and vital artery
for the basin it drains.

Location, Size

The Dolores River is a major tributary to the Colorado River, draining
a northwest-southeast trending basin which includes 4,093 square miles
in southwestern Colorado and 522 in east-central Utah.  This basin is
approximately 100 miles long and varies from 30 to 70 miles in width.

Physiography

Like many river basins on the Western Slope of the central and southern
Rockies, this is an extremely diverse physiographic area.  Along its
southeastern rim, the rugged peaks of the San Juan Range - born of a
long, complex and violent geologic sequence - lift to heights above
14,200 feet.  This is typical mountainous terrain with many high

5

BLM_0035787

BLM_0035788



The West Dolores River at timberline immediately below Navajo Lake.   In the
background is Gladstone Peak (13,913') in the Wilson Mountains Primitive Area.
July 1973.   Note the snowfields.

BLM_0035789

BLM_0035790

summits, knife-edged ridges, cirques and U-shaped valleys.  Both the Dolores and the West Dolores rise in broad bowls above timberline (11,500 feet), drop quickly from the high country, and join at an elevation of 7,400 feet.  Soon after, the angular mountain landforms give way to a sequence of rolling, rumpled foothills.

Further west lie the table lands of the Colorado Plateau, by far the largest physiographic region of the Dolores River basin.  Over all, the relief of this region is less dramatic than that of the mountains, but it is broken by deep canyons and high mesas.  The Uncompahgre Plateau - a broad, arched uplift - forms the northeastern margin of the lower basin; to the southwest, Utah's La Sal Range - a tight cluster of volcanic peaks - border and partially drain into the Dolores.  This river and its tributaries - some perennial, some seasonal - carve their desert canyons through the relatively flat lands between these two, higher geographic areas.

Peak elevation in the basin is 14,256 feet, the summit of Mount Wilson in the San Miguel Range (a westward spur of the San Juans); low point is 4,095 feet where the Dolores flows into the Colorado River near Cisco, Utah.

Climate

Predictably, climatic extremes in the Dolores River basin parallel its physiographic diversity.  In the high country of the San Juans, and also in Utah's La Sal Range, a wet, alpine climate prevails.  Annual precipitation ranges between 40 and 50 inches, most of it coming as snow between November and April.  The summers here may be as brief as six weeks in July and August.  At the town of Rico - elevation 8,827 feet in the southwestern San Juans - mean annual temperature is $39^{0}$F, and the growing season is 90 days.  At the other end of the scale, much of the lower basin is high, semi-desert, with a yearly precipitation of only 7-9 inches.  At Gateway the mean annual temperature is $54^{0}$, and the growing season extends for 194 days.  Throughout the basin, January is usually the coldest month and July distinctly the warmest.

Soils

The soils of the Dolores River basin are as varied as its physiography and climate and are closely related to both.  The division between mountain and desert types is almost equal - 51 percent of the former, 49 percent of the latter.

Among the more prominent characteristics of the eight types surveyed in the basin is their propensity for erosion, both gully and sheet.  Over 70 percent of the region is overlain by soils that are easily washed away.  The most prevalent of these types is the shallow soil complex of

6

the lower elevation canyons which, along with rock outcrops, occupies 32.5 percent of the basin. Only the three high mountain soil types experience little erosion. Sediment yield from the desert soil types in some areas is as high as three acre feet per square mile per year, but from the mountain types it is largely insignificant where good vegetative cover is maintained.

The desert soils tend to be shallow, in many cases 20 inches or less, somewhat saline and low in organic content. Save for those of the alpine tundra, the mountain types are deeper; all high country soils are neutral to acid and are moderate to high in organic content.

Table II-1 shows the distribution of soil types in the Dolores River basin and also includes physiographic and climatic data to give the reader an overview of these three elements of the region. The location, extent, and relationships of the soils types are displayed in the General Soils Map.

Vegetation

This basin is a region of ecological diversity; large areas of the five major Western life zones are present. Above timberline in the high San Juans and also in the La Sals is the alpine life zone with its diminutive plants and brief growing season. Below, a sequence of coniferous communities occur: spruce-fir, 11,500 feet down to 9,000 feet, predominantly in the subalpine zone; Douglas-fir - white fir, 9,500 feet down to 8,000 feet, predominantly in the montane zone; and ponderosa pine, 8,500 down to 6,500 feet, in the montane and foothills zones. Across the mid-range of these zones, where wildfire has occurred, the aspen community is common.

Below these forested areas is the Upper Sonoran growth of the high desert, by far the most extensive zone in the basin. Most of this is pinon-juniper woodland, oakbrush, or sage, with salt desert shrub at the lower elevations. Modest portions of each have been cleared for either dry or irrigated cropland - now cultivated primarily for dry beans and winter wheat, or hay and pasture, respectively. An Upper Sonoran browse-grass-shrub mixture (sometimes called chapparal) is also common and is an important vegetative community for wildlife, especially as winter range for deer and elk. Major vegetation types are shown on the Map of Cropland and Vegetative Cover.

Appendix H of this report lists several plant genera which have been determined by the Smithsonian Institute to be endangered or threatened. It remains to be determined whether those listed occur within the Dolores River Basin and the wild and scenic study area.

7

Table II-1--Composition and characteristics of soil mapping units of the Dolores River Basin in Colorado and Utah

| Composition<br>1966 Great Group, Sub-group or Land Type | Dominant elevation (feet) | Mean annual precipitation (inches) | Mean annual temperature (F°) | Frost free period (days) | Dominant parent materials | Dominant slope (percent) | Estimated sediment yield (Ac. ft./ sq. mi./ yr.) | Erosion problems | Major land uses |
|---|---|---|---|---|---|---|---|---|---|
| Light-colored soils of the deserts | 5,000-6,000 | 7-12 | 45-50 | 115-145 | Shale and alluvium | 1-25 | 1.0-3.0 | Moderate to severe sheet and gully erosion | Winter range |
| Reddish-brown soils of the very dry valleys. | 5,000-7,000 | 7-12 | 45-50 | 115-145 | Sandstone and shale alluvium | 2-15 | 0.5-3.0 | Moderate to severe sheet and gully erosion | Winter range, irrigated cropland |
| Rock outcrops and very shallow soils of the canyons | 4,200-9,000 | 7-18 | 42-52 | 100-160 | Sandstone with some shale and alluvium | 25-100 | <0.2-1.0 | Moderate sheet erosion, many gullies, damage severe locally | Range, wildlife |
| Moderately dark-colored deep soils of the mesas and valleys | 5,700-7,200 | 12-15 | 45-49 | 110-125 | Eolian, residual and alluvium from sandstone and shale | 3-20 | 0.2-1.0 | Moderate sheet and gully erosion | Range, dry land and irrigated cropland, wildlife |
| Dark-colored soils of the cold mountain slopes | 6,800-9,500 | 15-20 | 40-45 | 75-115 | Sandstone shale and outwash | 3-35 | 0.2-1.0 | Moderate sheet erosion, gullies locally | Range, wild-life, irri-gated crop-land |
| Light-colored soils of the cold mountain slopes | 8,500 11,500 | 20-40 | 25-42 | Usually frost every month | Mixed sand-stone shale volcanics rocks | 10-60 | < 0.2 | Geological, slight gully erosion | Timber, range, wildlife, watershed |
| Dark-colored soils with light colored subsurface horizons of the cold mountain slopes | 7,400-11,000 | 20-40 | 25-40 | Usually frost every month | Mixed shale sandstone outwash, and alluvium | 15-65 | < 0.2 | Geological, slight sheet and gully erosion | Range, timber, recreation, watershed |
| Dark-colored soils and rock outcrop of the alpine region | 10,500-14,250 | 25-45 | 25-30 | Usually frost every month | Granite, sedimentary talus | 10-80 | < 0.2 | Geological | Wildlife, range, water-shed |

BLM_0035793

BLM_0035794

See

General Soils Map

BLM_0035795

BLM_0035796

See

Cropland and Vegetative Map

BLM_0035797

BLM_0035798



Imposing groves of ponderosa pines line the stream terrace in the upper portion of Dolores Canyon.   May 1975.

BLM_0035799

BLM_0035800

## Fish and Wildlife

Because the Dolores River basin includes five life zones, there is a variety of wildlife including the Rocky Mountain bighorn sheep, the pika and the water pipit, all of the high country; and the collared lizard, roadrunner and ringtail cat, all of the high desert.

In the clear streams of the mountains are four species of trout: cutthroat, rainbow, brown, and brook. In the Dolores River near its confluence with the Colorado there are green sunfish, channel catfish and sand shiners (among others). Fish and aquatic life are diminished in the middle reaches of the river. This diversity of fish and wildlife is typical of major drainage basins of the central and southern Rocky Mountains.

Among the more common animal species in the basin are: mule deer, elk, black bear, mountain lion, coyote, bobcat. A herd of 54 pronghorn antelope were transplanted to the Disappointment Creek area in 1970, and their numbers have remained stable. Bighorn sheep appear to exist only as remnant populations; a small herd (no more than 10 to 15 animals) was reported several times in the 1960's and early 1970's in the Wilson Mountains Primitive Area near the headwaters of the West Dolores, but this species is now apparently extinct in the lower basin.

Upland game bird populations are moderate, and over 20 species of waterfowl and shorebirds have been inventoried as "common" in the basin. Fourteen different raptor species have been observed in the region, including the prairie falcon, golden eagle, ferruginous hawk and the bald eagle. Habitat suitable for the endangered peregrine falcon is present and, while the bird has not actually been observed, it is assumed to be present as a migrant. A total of 67 resident and migratory passerines (mostly songbirds) have been identified. The endangered butterfly, nokomis fritillary, is known to be present in the Basin.

The fish and aquatic life present at higher elevations indicates that water quality is excellent, but it deteriorates with decreasing elevations and increasingly erosive soils. Salinity and suspended sediments are the prime factors in this decline. Man-related depletions increase the concentration of dissolved solids in the Dolores River, but natural sources are far more significant. A salt anticline in the Paradox Valley contributes about one-third of the salinity leaving the basin.

8

BLM_0035801

BLM_0035802



Bull elk on intermediate range, ponderosa pine-grassland habitat type.
Spring 1975.



Cattle graze summer pasture along the West Dolores.

BLM_0035803

BLM_0035804

## Water Resources

During the period 1943-1960, had there been no man-made diversions, the
water flow of the Dolores would have averaged 716,400 acre feet annually
where the river joins the Colorado River.  Man-related in-basin
depletions averaged 56,700 acre feet, while water exported averaged
115,700 feet.  Actual discharge, after all man-related depletions
(primarily for irrigation) averaged 544,000 acre feet annually; the
Colorado portion of the basin contributed 96 percent of this, Utah the
remainder.  Most of this water yield comes from melting winter snowpack -
much of it from the San Juan Mountains.

With the Dolores Project, out-of-basin exports would average 238,700 acre
feet annually.  This value does not include the average annual evaporation
loss from McPhee Reservoir of 5,400 acre feet.  Therefore, the total
reduction in volume is 244,100 acre feet annually.  The average annual
discharge of the Dolores River at its confluence with the Colorado River
would be reduced to 415,600 acre feet annually.  A total of 25,000 acre
feet of the reduction due to project diversions would be returned to the
Colorado River as return flows to the San Juan River.

Lesser amounts come from the Uncompahgre Plateau and the La Sal Range;
contributions from groundwater are slight.  Peak run-off occurs in May;
about 72 percent of the annual yield occurs during the three-month period
from April to June.  Total yearly flow from the Basin amounts to 5.35
percent of the combined flow of the Colorado and Paria Rivers at Lee's
Ferry, Arizona.

## Geology and Minerals

The geology of the basin is diverse, and in its mountainous areas also
highly complex.  The San Juan Mountains are the product of six distinct
mountain building epochs.  The most recent occurred in Tertiary times
during a period of intense volcanic activity.  Folding and faulting
occurred before and during the last period, making the geologic history
of the San Juans extremely difficult to unravel.  On the Colorado
Plateau area of the lower Dolores River Basin, the story is simpler;
this is a region of relatively undisturbed sedimentary strata:  nearly
15,000 feet of sandstones, siltstones, mudstones and shales.  A sequence
of anticlines and synclines tilt and fold these strata intermittently
in the central part of the basin.

Historic mineral production within the Basin focuses in the San Juans.
The first major gold strike came in 1875 in Marshall Basin above the
town of Telluride on the upper San Miguel River.  Base minerals mining
continues in this general area today.  Gold was discovered along the
Dolores near the present site of Rico in 1866, but the site didn't boom
until 1879 when lead carbonates rich in silver were discovered on a hill-
side above the river.  Lead, copper and zinc are frequently mined in

9

BLM_0035805

conjunction with them.  Sulphuric acid is produced from pyrite mined in the basin.  Like Telluride, Rico is a currently active mining center; two nearby but lesser camps of the late 19th century, Ophir and Dunton, are now quiet.  Because of increasing demand for the above metals, prospecting has been stepped up in a number of locations in this upper, mountainous reach of the Dolores River basin.  In Navajo Basin, site of the headwaters of the West Dolores, there is a possible copper deposit. Calico Peak, on the divide between the West Dolores and the Dolores, is being investigated as a possible source of alunite (aluminum ore which may become economically recoverable in the future).  The West Dolores basin contains both old and new mining claims, but there is little mining activity at present.

In 1898, two French chemists visited southwestern Colorado, investigated several uranium deposits in the basin, and consequently the world's first uranium concentrating plant was built at Slick Rock in the lower basin. Since the late 1950's, this commodity (and vanadium which is often found in association with it) has been the most actively mined of any in the basin, and in 1966, the two accounted for over 80 percent of the region's mineral production.  In 1966, 27 percent of the Nation's vanadium and 3 percent of its uranium came from the Dolores River basin.  Most of the uranium lies in the Uravan mineral belt which rings the southern and eastern fringes of the La Sal Mountains and includes substantial reaches of the lower Dolores River corridor.  Most of the proven deposits are found in the Salt Wash Member of the Jurassic Morrison Formation which is on the canyon rims and mesa tops.

The Chinle formation, which is exposed in some reaches of the canyon bottoms, may also contain uranium ore deposits.

Other mineral production in the basin is presently limited, though in many cases estimated reserves are high.  About 60,000 tons of coal is mined here annually, and there is an estimated reserve of three million tons, grade A bituminous.  Presently there are two small productive oil and gas fields and nine active units within the basin.  Gas has been discovered on two of these units.  About two-thirds of the basin has good potential for oil and gas; speculative recoverable reserves include 75 million barrels of oil and 3 billion cubic feet of natural gas. Sodium, potassium salts, and gypsum are also present under large areas of the basin, but have yet to be significantly exploited because of difficulties in extraction and/or processing.  Sand, stone, and gravel are mined to meet local demand.  The following four maps show the general location of the basin's mineral resources.

10

## Population and Way of Life

Primarily because the basin is a land of rugged relief, harsh climate
and little water, it is sparsely populated.  In 1970, only 9,328 people
lived here, and the average density was but 2.3 people per square mile
(compared with 21 per square mile in Colorado and 57 in the U. S.).
Growth has been slow; between 1920 and 1970, population in the basin
increased by only 16 percent (compared with 137 percent in Colorado and
91 percent in the U. S.).  In 1970, Uravan, on the San Miguel River
just above its confluence with the Dolores, was the basin's largest town
with an estimated population of 1,000.  The same year, Rico and Dolores,
the two principal communities on the river, numbered 275 and 820 people
respectively.  Telluride on the upper San Miguel is the only basin town
to experience rapid growth in the 1970's; in the last five years its
population increased approximately 115 percent to 1,200, mainly because
of the new Telluride Ski Area and related resort development.  Pro-
jections derived from the Office of Business Economics - Economic Research
Service (OBERS) data for the entire basin show modest growth over the
next five decades as follows:

| Year | Population |
|------|-----------|
| 1980 | 9,724 |
| 1990 | 10,309 |
| 2000 | 10,992 |
| 2010 | 11,903 |
| 2020 | 12,944 |

Save for Telluride, which is taking on some urban social and cultural
attributes, the basin is rural in life-style.  A distinctively "small
town" ambience prevails in the seven other towns of significance in the
basin:  Dolores, Naturita, Norwood, Nucla, Rico, Gateway, and Uravan.
In each of these, mining, agriculture (ranching or farming), and secondary
services are the major employers.  In 1970, over 50 percent of the basin's
population lived in these eight small communities.

Table II-2 gives a socio-economic profile of the basin.  While many of
the figures for this local area are below those for Colorado and the
Nation, these should not be taken as an indication of sub-standard
conditions; comparison with other rural areas of the West shows them
to be generally typical.

11

BLM_0035808



BLM_0035809



WILD AND SCENIC RIVER STUDY

DOLORES RIVER BASIN
COLORADO and UTAH

BLM_0035810



WILD AND SCENIC RIVER STUDY

DOLORES RIVER BASIN
COLORADO and UTAH

Lands potentially valuable for leaseable Coal Resources.

LOCATION MAP

U.S.D.A., FOREST SERVICE, COLORADO, 1975

BLM_0035811



# WILD AND SCENIC RIVER STUDY

## DOLORES RIVER BASIN
### COLORADO and UTAH

Lands potentially valuable for leasable Oil and Gas Resources.

LOCATION MAP

LEGEND

Cities and Towns
Reservoir
County Line
State Line
National Forest,
Primitive and
Natural Areas

U.S.D.A., FOREST SERVICE, COLORADO, 1975

BLM_0035812



BLM_0035813

BLM_0035814

Table II-2.--The Dolores River Basin, a Socio-Economic Profile
       and Comparisons

|  | Basin | Colorado | U.S. |
|---|---|---|---|
| Per capita income (1970) | $2,351 | $3,106 | $3,119 |
| Median family income (1970) | $7,341 | $9,552 | $9,586 |
| Unemployment (1972) | 5.6% | 4.2% | 4.4% |
| Population below low-level income (1972) | 17.6% | 11.9% | 13.3% |
| Median age (1970) | 28.1 | 26.3 | 29.4 |
| Median school years completed (1970) | 12.0 | 12.4 | 12.1 |
| Completed college (1970) | 7.6% | 14.9% | 10.7% |

Sources:  U. S. Bureau of Census, U. S. Department of Commerce

Economy

The present economy of the Dolores River basin is highly resource
oriented.  Primary industries such as mining, agriculture and forestry
are obviously dependent on the regional resources and collectively employ
54 percent of the local work force.  In addition, many of the basin's
secondary and tertiary service-type industries are significantly (though
often only seasonally) tied to its natural endowments and the
recreationists these attract.

Approximately 20 percent of the work force is engaged in mining,
another 18 percent in agriculture, and 3 percent in wood industries.
Manufacturing accounts for only 2 percent of the work force, producing
primary metals, food and related products and chemicals.  Retail trade
occupies about 20 percent of the total work force and has shown
constant growth in the last decade.

Tables II-3 and II-4 show the production values of the mining and
agricultural industries in the Dolores River basin in 1964-1966.
These tables are structured similarly to allow a comparison of the
region's two major economic activities.

12

BLM_0035815

BLM_0035816



The livestock industry is a mainstay of the Basin economy.
Here cattle graze and water in the Dolores River near McPhee
Dam site.  October 1974.  Bureau of Reclamation Photo.



Cattle in alpine meadows above the West Dolores.

BLM_0035817

BLM_0035818

Table II-3.--Agricultural Production Values, by Commodity,
Dolores River Basin, Colorado and Utah, 1964.

| Commodity | Estimated Value in $1,000 |
|---|---|
| Field Crops | 358 |
| Vegetables | .4 |
| Fruits, Nuts | 8.3 |
| Dairy Products | 76.8 |
| Poultry, Related Products | 39.5 |
| Livestock, Related Products | 4,496 |
| Forest Products, Horticultural Specialties | 11.4 |
| Total | 4,612.5 |

Sources:  U. S. Bureau of the Census, Census of Agriculture
Colorado Crop and Livestock Reporting Service

(from Type 4 Study, p. IV-26)

Table II-4.--Mineral Production Values, by Resource,
Dolores River Basin, Colorado and Utah, 1966.

| Mineral | Estimated Value in $1,000 |
|---|---|
| Copper | 1,652 |
| Gold | 651 |
| Lead | 3,004 |
| Silver | 802 |
| Zinc | 4,402 |
| Uranium | 18,596 |
| Vanadium | 16,282 |
| Coal | 427 |
| Oil | NA |
| Gas | NA |
| Sand, Gravel | 433 |
| Stone | 106 |
| Total | 46,365 |

Source:  Colorado Bureau of Mines

13

BLM_0035819

## Transportation

The combination of rugged terrain and small population have kept the Dolores River basin relatively isolated from the main flow of national highway, rail and air traffic.  With the demise of the Rio Grande Southern Railroad in the 1950's, rail transport in the region ceased to exist; today the nearest tracks are about 60 miles north of Bedrock where the Denver and Rio Grande Western RR passes through Grand Junction en route to Salt Lake City.  Commercial air traffic is limited to Grand Junction, Montrose and Cortez, all outside the basin; the one commercial carrier into Cortez has petitioned the Federal Aviation Administration to discontinue this service, and route flights into Durango 46 miles to the east.  Private aircraft may land in the basin at small airports (open to the public) at Norwood, Nucla, Uravan and Gateway.  No scheduled bus lines serve any of the towns in the basin, though service is provided to several of the cities on its fringe.

Six paved state highways, Colorado 90, 97, 141, 145 and 147 and Utah 46, wind through the basin, skirting natural barriers and generally following major drainages.  These two-lane routes form the major transportation network in the area and total 309 miles in length.  About 250 miles of improved gravel road and several hundred miles of rougher road round out the system and reach to some of the more remote areas.

## Land Use and Ownership

Throughout the West in general and the Dolores River basin in particular, historic settlement patterns have led to fairly predictable land ownership patterns today.  Since 1862, the choice productive agricultural lands, especially those with water and an ample growing season, have been homesteaded and thereby taken out of public domain.  Today in the basin, all cropland is privately owned, as are over 500,000 acres of grazing and forest land.  Patented mining claims, the largest concentrations being around Telluride and Rico, make up the remaining private lands - an aggregate of 25 percent of the basin.

From 1905 onward, large portions of unclaimed public domain in the basin - especially productive timber land and associated areas (most of these at medium to high elevations) - became National Forests.  These now comprise 39 percent of the basin.  Since 1946, administration of the "land no one wanted" has been managed by the Bureau of Land Management; these national resource lands now make up 35 percent of the basin. The State of Colorado lands amount to only one percent of the area.

About 94 percent of the basin is used for some form of agricultural production - 68 percent of it for grazing, 24 percent of it nongrazeable timber, and 2 percent cropland.  Plans developed by the San Juan and

14

BLM_0035820



The Bradfield Ranch is a favorite launching point for whitewater boaters. The bridge in the background is for a graveled road that runs between the town of Dolores and Cahone.   May 1975.

BLM_0035821

BLM_0035822

Grand Mesa-Uncompahgre National Forests have designated 740,000 acres (or 25 percent of the basin) as commercial forest land.

At present, there are two reserved areas in the basin. The 27,300-acre Wilson Mountains Primitive Area was established on the San Juan and Uncompahgre National Forests in 1932; portions of this and contiguous areas are now under consideration for inclusion in the National Wilderness Preservation System. In addition, the 2,800-acre Narraguinnep Natural Area in the San Juan National Forest has been set aside to preserve an exemplary ponderosa pine ecosystem. Landownership is shown on the following Land Status Map.

## Recreation and Scenery

Recreational opportunities in the Dolores River basin are diverse. There is a high proportion of public federal land in the basin (both Forest Service and BLM) encompassing a wide variety of landscapes. In addition, a number of state, local government and private facilities and areas are available - some developed, some not. Nearly three-quarters of the public camping units in the basin are found along the West Dolores and Upper Dolores Rivers within the San Juan National Forest.

The recreational use on the West Dolores and Upper Dolores occurs in the late spring, summer and early fall. Cold-water fishing is the most popular water-based activity; mountain streams, lakes, and reservoirs in the area are often heavily fished, and most of these are stocked with trout by the Colorado Division of Wildlife. Eight privately owned irrigation reservoirs in the basin are normally open to the public without charge, and six of them allow power boating. The Wilson Mountains Primitive Area and the San Juans around Telluride are moderately popular backpacking areas, and Telluride is a terminus for two well-used, high country four-wheel-drive routes (Imogene and Black Bear Passes). Float-boaters use the Dolores and San Miguel Rivers. Auto sightseeing and photography are especially popular in the Telluride-Lizard Head Pass area.

When completed, the McPhee Reservoir will substantially increase the basin's recreational opportunities. Planned developments around and downstream of this 4,470-acre lake include trails, overlooks, swimming, and boating sites and a substantial number of camping and picnicking units.

In the fall, deer and elk hunting are the primary recreational pursuits in the basin. Colorado Division of Wildlife figures show that 7,154 deer and 1,390 elk were harvested from the region's three principal game management units in 1973. The same year, the Dolores Unit, which includes a large portion of the upper and central basin, was among the

15

BLM_0035824



BLM_0035825