attained within the upper portion of this segment. The Commission included the lower portions of the segment (below Routt County Road 53 (Sec. 22, T6N, R88W)), on the 2008 M&E List for dissolved lead.

6. <u>Uncompahgre segment 3b, Ridgeway Reservoir (COGUUN03b)</u>:  Listing methods for temperature in lakes were changed in the *Section 303(d) Listing Methodology – 2008 Listing Cycle* to reflect changes in the temperature standards in *Regulation No. 31*.  *In the Listing Methodology (p. 25)* it states:  "If the refuge is not adequate because of low dissolved oxygen, the lake or reservoir may be listed as impaired for dissolved oxygen rather than for temperature." The Division proposed a few segments for the M&E List that are listed for dissolved oxygen due to exceedances of temperature in the epilimnion where there was not adequate refugia in the lower levels of the lake or reservoir.  Ridgeway Reservoir was one of those segments.  The data showed that the temperature standard was exceeded in the epilimnion on 7/21/05.   An adequate refuge from high temperatures in the epilimnion was not present on that day due to inadequate dissolved oxygen in the lower portion of the lake.  Due to confusion that this type of listing caused, the parameter notation in Regulation No. 94 was changed to indicate that the D.O. listing was due to exceedances of the temperature standard.  The Commission added Ridgeway Reservoir; segment COGUUN03b, to the M&E List for "D.O. (temperature)".

7. <u>Fountain Creek segment 2a (COARFO02a)</u>:  Fountain Creek segment COARFO02a includes the mainstem from its confluence with Monument Creek to the State Highway 47 Bridge.  This segment was assigned an ambient-based chronic selenium standard of 8.0 ug/L during the Arkansas River Basin RMH in 2007.  The Aquatic Life Use-based acute standard was set at TVS.  Two acute exceedances were found during the data assessment for this rulemaking hearing that could place this segment on the 303(d) List.  Further investigation of these acute exceedances showed discrepancies in the USGS and the WQCD data.  The Division, as well as Colorado Springs, believed that because of the inconsistent nature of this data it may not be representative, and together the parties will investigate the validity of these data.  For this reason, the Commission placed this segment on the M&E as opposed to the 303(d) List until further study of selenium in this segment can take place.

8. <u>Upper Colorado segment 2, Shadow Mountain Reservoir (COUCUC02)</u>:  The Division originally proposed to include Shadow Mountain Reservoir on the 2008 303(d) List for dissolved oxygen.  In their RPHS, Northern opposed the listing of Shadow Mountain for dissolved oxygen on the 303(d) List.  They stated that the data was not representative because it was not spatially distributed, it did not have temporal variability, and it followed a temporary event, namely fall turn over following a historic drought. The Division disagreed regarding the representative nature of the sampling program but points out that there are questions about the validity of the September 2003 sample profile that was evaluated.  For example, the Division believed that D.O. readings taken on September 16, 2003 may have been a calibration error.  Moreover, that was the only reading that exceeded the standard during the entire period of record and thus may not have been representative.  For these reasons the reservoir was placed on the M&E List as opposed to the 303(d) List until further evaluation can take place.

9. <u>Upper Colorado segments 6 and 8, Camp Cr, Jones Gulch, Keystone Cr, and Mozart Creek (COUCBL06 and COUCBL08)</u>:  During the 2004 rulemaking process, the four identified tributaries in these two segments were placed on the M&E List based upon measured pH levels during one spring one runoff season when pH levels are expected to be relatively low due to natural causes.  Subsequent water quality monitoring conducted over a period of four years has found that these streams meet the pH standards and have 15th percentile values that are above the minimum 6.5 s.u. pH standard.  Based upon these findings, the Commission removed segments COUCBL06 and COUCBL08 from the M&E List.

BLM_0036509

10.   Upper Colorado segment 10 (COUCUC10):  The Division proposed that segment COUCUC10 be placed on the M&E List for copper based on data from WQCD station 12193, located on the Fraser River at the Town of Fraser.  Additional stations were assessed on this segment.  The Districts questioned the data used in the assessment and upon reevaluation of data for five stations along the Fraser River, the Division revised its proposal to only list a portion of the segment on the M&E List.  The WQCC placed the Fraser River from the Town of Fraser to the confluence with the Colorado River on the M&E List based on this data analysis.  The Division will work with the Grand County Districts and the Grand County Water Information Network (GCWIN) to collect more data and look into copper issues on the Fraser River.

PARTIES TO THE RULEMAKING HEARING

1.   The Metro Wastewater Reclamation District
2.   Bear Creek Watershed Association
3.   Keystone Resort
4.   City of Colorado Springs and Colorado Springs Utilities
5.   CAM-Colorado LLC and CAM Mining LLC
6.   Colorado Division of Wildlife
7.   Southeastern Colorado Water Conservancy District
8.   Shell Frontier Oil and Gas, Inc.
9.   The Grand County Water and Sanitation District #1, the Winter Park West Water and Sanitation District, the Fraser Sanitation District and the Winter Park Sanitation District
10.   Trout Unlimited, Colorado Trout Unlimited, and the Evergreen Chapter of Trout Unlimited
11.   Northern Colorado Water Conservancy District
12.   Seneca Coal Company
13   Colorado River Water Conservation District
14.   U.S. Environmental Protection Agency, Region 8
15.   City of Black Hawk and Black Hawk/Central City Sanitation District
16.   Cripple Creek & Victor Gold Mining Company
17.   Town of Minturn
18.   Homestake Mining Company of California
19.   CBS Operations Inc

**93.13   STATEMENT OF BASIS, SPECIFIC STATUTORY AUTHORITY AND PURPOSE; FEBRUARY, 2010 RULEMAKING, EFFECTIVE DATE OF APRIL 30, 2010**

The provisions of C.R.S. 25-8-202(1)(a), (b) and (i), (2) and (6); 25-8-203; 25-8-204; and 25-8-401; provide the specific statutory authority for adoption of these regulatory amendments.  The Commission also adopted in compliance with 24-4-103(4) C.R.S. the following statement of basis and purpose.

**BASIS AND PURPOSE**

**A.   Consolidation of Regulations #93 and #94**

Prior to the 2010 listing cycle, Colorado's list of Water-Quality-Limited Segments Requiring Total Maximum Daily Loads was set forth in this Regulation #93, and Colorado's Monitoring and Evaluation List was set forth in Regulation #94.  In this hearing, the Commission has approved the Division staff proposal to combine both lists into Regulation #93, and to repeal the former Regulation #94.  The primary benefit of combining the regulations is to make the status of water segments in Colorado easier to understand by setting forth both lists in one table.  This new structure will also make it easier to understand proposed revisions to either list during future rulemaking hearings.  These benefits will be seen by the Division, the Commission and interested stakeholders.

68

BLM_0036510

Both regulations were heard by the Commission at the same rulemaking hearings in the past and decisions were made for both regulations at the same time.  One reason for maintaining separate lists in the past is that Colorado's list of Water-Quality-Limited Segments Requiring Total Maximum Daily Loads is subject to EPA approval, while Colorado's Monitoring and Evaluation List is not. Although the Commission is now combining both lists into one regulation for simplicity and ease of use, it will continue to be only the list of Water-Quality-Limited Segments Requiring Total Maximum Daily Loads that requires EPA approval.  In submitting the revised "Section 303(d) List" to EPA, the Commission will note that only that list is submitted for approval and that the separate Colorado Monitoring and Evaluation List is maintained as state-only information.

**B.**   **Revisions to 303(d) List**

1.   Introduction

This regulation updates Colorado's List of Water-Quality-Limited Segments Requiring Total Maximum Daily Loads ("TMDLs") to reflect additional water quality information available since the Regulation was promulgated in 2008.  This list was prepared to fulfill Section 303(d) of the federal Clean Water Act ("Act") which requires that states submit to the U.S. Environmental Protection Agency ("EPA") a list of those waters for which technology-based effluent limitations and other required controls are not stringent enough to implement water quality standards.

2.   List Development

a.   Listing Methodology

The "Section 303(d) Listing Methodology - 2010 Listing Cycle" contains a description of the listing process, the criteria for listing, and the criteria for determination of TMDL priority. The Listing Methodology was developed through a public process and finalized as a policy at a Water Quality Control Commission administrative action hearing on May 11, 2009.

This Listing Methodology sets forth the criteria that generally were used to make decisions regarding which waters to include on the 2010 Section 303(d) List and the 2010 M&E List. However, this methodology was not adopted by the Commission as a rule.  The Commission therefore has the flexibility to take into account other appropriate factors in making site-specific listing decisions.

b.   Information Considered

The Commission has considered all existing and readily available information in developing the 2010 Section 303(d) List.  In determining whether data and information are existing and readily available, it has taken into account such data and information as the Division has utilized in the preparation of those identification processes, calculations and models referenced in 40 CFR §130.7(a)(5)(i), (ii) and (iv) and that credible data and information presented in a readily usable format and submitted in reports provided to the Division as referenced in 40 CFR §130.7(a)(5)(iii).  In addition, the Commission accepted credible data and information that was submitted in accordance with the listing process schedule, whether submitted by EPA or any other interested party.  The Division also continues to independently collect and analyze new data on a rotating basin basis as part of its triennial review efforts and will utilize such data and information in making future listing determinations.  Existing data which was not brought forward through one of the above mechanisms or otherwise presented to the Commission in accordance with the schedule was not treated as "readily available" for purposes of making the 2010 listing decisions. Such information will be considered in the next listing cycle.

69

BLM_0036511

c.      Data Quality

In the Division's Quality Management Plan 2007 for the Collection and Utilization of Environmental Data, the WQCD states that "It is the expressed goal of the Division to use only those analytical data that are both reliable and have a defined level of quality."  In order to meet this goal, the WQCD required that all information submitted in response to its August 2009 call for data have a certification of quality included with the data.  All of the information received for this data call that was utilized to develop assessments for this rulemaking hearing had a quality certification submitted or has been identified as not having this certification.  Only a small fraction of the data is not certified.

3.     Prioritization

The objective of prioritization is to identify those waterbody segments where the Division and the public should concentrate their resources.  Priorities of High, Medium and Low were established according to section IV. of the 2010 Section 303(d) Listing Methodology.

4.     Fish Consumption Advisory Listings

The 2010 Section 303(d) Listing Methodology, states:

Fish Consumption Advisories are issued by the Colorado Department of Public Health and Environment ("CDPHE") in instances where analysis of fish tissue samples provides documentation of a public health risk.  Issuance of a FCA by CDPHE indicates impairment of an Aquatic Life Use classification for any waters so classified.

The Commission has included 17 segments on the 2010 303(d) List for non-attainment of the aquatic life use due to mercury fish consumption advisories for 22 lakes or reservoirs.  The Commission also included one listing based on non-attainment of the aquatic life use due to a PCE fish consumption advisory in Willow Springs Ponds, Fountain Creek, Segment 7a.

The following segments have been added to the 2010 303(d) List due to new Fish Consumption Advisories:

▪      Lower Gunnison Segment 4b, Juniata Reservoir
▪      Lower Colorado Segment 20, Rifle Gap Reservoir
▪      San Juan Segment 6a, Echo Canyon Reservoir
▪      Upper Colorado Segment 12, Lake Granby
▪      Yampa River Segment 2b, Elkhead Reservoir, Catamount Lake

5.     New Table Value Standards

Cadmium and Zinc:  As part of the Basic Standards hearing of 2005, new zinc and cadmium table values were adopted. The acute and chronic zinc and cadmium equations in each basin were modified to conform to Regulation No. 31 over the last four years.  An increase in cadmium listings were the result of a more stringent cadmium standard.

The following segments were added to the 303(d) List for cadmium:
▪      Big Thompson Segment 2
▪      Clear Creek Segments 2a, 2b, 2c, 9b, 11, 13b
▪      Cache la Poudre Segment 7
▪      Upper South Platte Segments 2b, 2c, 5a, 5b, 15
▪      Blue River Segment 12

BLM_0036512

- Eagle River Segment 5c
- Upper South Platte Segments 3 (Hawkins Gulch), 5a

Temperature:  As part of the Temperature Standards hearing of 2007, new temperature table values were adopted. The acute and chronic temperature standards in the Upper and Lower Colorado and the South Platte River Basins were modified to conform to Regulation No. 31 over the last two years.

The following segments were added to the 303(d) List for temperature:

- Upper Colorado Segments 3, 4, 7b and 10c

6.      Listings Due to Exceedances of the Secondary Water Supply Standards

For the secondary water supply standards of dissolved iron, manganese and sulfate, the less restrictive of the following two options will apply as the numeric standard: existing quality as of January 1, 2000 or the table value criteria in Regulation No. 31, Tables II and III.  For dissolved iron this value is 300 ug/l.  For manganese this value is 50 ug/l.  For sulfate this value is 250 ug/l.

The Division evaluated the water quality as of January 1, 2000 to determine in some cases where standards exceeded the water supply criteria in Tables II and III.  The following segments were proposed for listing based on exceedances of the standards:

- Lower South Platte Segment 1: Manganese

7.      Relisting Segments with Approved TMDLs Due to Standards Changes

Once a TMDL has been completed, impaired waters are removed from the 303(d) List and placed into Integrated Reporting Category 4a.  TMDLs are written to the adopted standards at the time they are submitted to EPA.  As standards are periodically reviewed they may become more stringent.  In these cases the TMDL may no longer be protective of the current standards.  The Division reviewed segments where both TMDLs have been written and new, more restrictive standards have been adopted by the Commission.  The Commission has relisted the following segments:

South Platte Basin:
- Clear Creek Segments 09b, 11, and 13b: Cadmium
- Clear Creek Segment 02b: Zinc
- Upper South Platte Segments 2b, 2c and 15: Cadmium

8.      Delisting of Segments with Recently Approved TMDLs

The Division submitted 64 TMDLs to EPA in the last biennium that have been approved.  The following segments and parameters have been removed from the 303(d) List:

- Upper Arkansas Segment 2a: Zinc
- Upper Arkansas Segments 2b, 2c and 3: Cadmium and Zinc
- Upper Arkansas Segment 5: Lead and Cadmium
- Upper Arkansas Segment 7: Zinc
- Upper Arkansas Segment 11: pH, Aluminum, Cadmium, Copper and Zinc
- Upper Arkansas Segment 12a: Lead and Zinc
- San Miguel Segment 3a: Zinc
- San Miguel Segment 3b: Cadmium and Zinc

71

BLM_0036513

- San Miguel Segments 6a and 6b: Zinc
- Uncompahgre Segments 2, 3a, 6a: Cadmium, Copper, Iron, and Zinc
- Rio Grande Segment 4:  Cadmium and Zinc
- Rio Grande Segment 30, Sanchez Reservoir: Aquatic Life Use (Hg FCA)
- Closed Basin Segment 9a: Cadmium
- Closed Basin Segment 9b: Copper
- Dolores River Segment 9: Cadmium and Zinc
- Boulder Creek Segment 4a: pH, Cadmium, Copper and Zinc
- Clear Creek Segment 2: Copper and Zinc
- Clear Creek Segment 3a: Zinc
- Clear Creek Segment 3b: Lead and Zinc
- Clear Creek Segment 9a: Copper
- Clear Creek Segment 9b: Copper, Lead and Zinc
- Clear Creek Segment 11: Lead and Zinc
- Clear Creek Segment 13b: Total Recoverable Iron, Manganese, Zinc, and Aquatic Life Use
- Upper South Platte Segment 4: Copper
- Upper South Platte Segment 5b: Zinc
- Blue River Segment 6: pH, Cadmium, Copper, Lead and Zinc
- Blue River Segment 7: pH, Cadmium, Copper, Lead, Manganese and Zinc
- Blue River Segment 12: Zinc
- Eagle River Segment 5a: Copper and Zinc
- Eagle River Segment 5b: Zinc
- Eagle River Segment 5c: Zinc
- Eagle River Segment 7b: Copper and Zinc

9.    <u>Delisting of Segments where Water Quality is Currently Meeting Standards</u>

As additional water quality data is collected and assessed, new data may show attainment of the standards.  The following segments and parameters have been removed from the 303(d) List due to attainment of current water quality standards:

- Upper Arkansas Segment 2a:  $NO_3$
- Uncompahgre River Segment 14, Sweitzer Lake: D.O.
- Lower Colorado Segment 3: Total Recoverable Iron
- White River Segment 13b, Corral Creek: Selenium
- La Plata Segment 4a: Zinc
- Rio Grande Grande Segment 9 (Beaver Creek Reservoir): D.O.
- Closed Basin Segment 6, San Luis Lake: D.O.
- Cherry Creek Segment 2, Cherry Creek Reservoir: chlorophyll a
- Upper Colorado Segment 7a: Total Recoverable Iron
- Yampa River Segment 16: Total Recoverable Iron
- Lower Yampa Segment 20: *E. coli*
- Cache La Poudre Segment 14 (Horsetooth Reservoir):  D.O.
- Upper Colorado Segment 5 (Wolford Reservoir):  D.O.

10.    <u>Dissolved Oxygen Standard in Lakes and Reservoirs</u>

In 2008, the Commission directed the Division to work with outside parties and stakeholders on changes to the Listing Methodology with regards to the assessment of dissolved oxygen in lakes and reservoirs.  Refinement of assessment methods were discussed in workgroup meetings and updates to the dissolved oxygen methods were included in the 2010 Listing Methodology.

BLM_0036514

The revised 2010 Listing Methodology states that if the average temperature in the epilimnion of lakes and reservoirs exceeds the temperature standard, temperature and dissolved oxygen below the epilimnion will be evaluated for adequate refuge.  Refuge is defined as the concurrent attainment of the temperature and dissolved oxygen standard at lower depths.  If adequate refuge is not present in a single profile, the segment is listed as impaired for dissolved oxygen rather than for temperature. The Commission added the following segments to the 303(d) List due to exceedances of the temperature standard where adequate refuge was not found:

- Lower Arkansas Segment 5b, Trinidad Lake
- Clear Creek Segment 17a, Arvada Reservoir

The Listing Methodology also states that if the average dissolved oxygen concentration in the epilimnion falls below the standard in any profile, the lake will be placed on the 303(d) list.  Where the dissolved oxygen standard is not attained in the metalimnion, but it is attained in the epilimnion, the lake may be placed on the M&E list, according to the Listing Methodology.  The Commission added 25 new lakes to the M&E list due to exceedances in the dissolved oxygen standard in the metalimnion.  The following twelve lakes and reservoirs were added to the 303(d) List due to exceedances in the dissolved oxygen standard in the epilimnion:

- Cache la Poudre Segment 20, Seaman Reservoir
- Middle South Platte Segment 4, Milton Reservoir
- Middle South Platte Segment 7, Prospect Lake
- Upper South Platte Segment 17a, Berkeley Lake, Duck Lake
- Upper South Platte Segment 17b, Sloan's Lake
- Upper South Platte Segment 23, Barnum Lake, Garfield Lake, Harvey Lake,        Parkfield Lake and Houston Lake
- Upper Colorado Segment 2, Shadow Mountain Lake

The dissolved oxygen standard is slated for revisions in the 2010 Basic Standards and Methodology, Regulation No. 31, rule-making hearing in June 2010.  The attainment decision for these lakes and reservoirs may be different when they are reassessed with the revised standard.

11.   Seasonal Listings of *E. Coli*

The 2010 Listing Methodology included a provision to allow assessment of the *E. coli* standard on a seasonal basis.  The Division proposed the following segments be placed on the 303(d) List based on seasonal impairments of the *E. coli* standard:

- Arkansas River Basin, Fountain Creek Segments 2b and 6
- South Platte Basin, Big Thompson Segment 9
- South Platte Basin, Cache la Poudre Segments 12 and 13a
- South Platte Basin, Bear Creek Segment 2
- South Platte, Clear Creek Segment 15
- South Platte, Upper South Platte Segment 16c:  Harvard, West Harvard and Lakewood Gulches

The Commission adopted all proposed seasonal listings onto the 303(d) List as proposed by the Division.

12.   Listing of Segments where Water Quality is not Meeting Standards not Identified Above

The following segments were added to the 303(d) List due to exceedances of water quality standards not identified above:

73

BLM_0036515

- South Platte, Bear Creek Segment 5: Swede Gulch/Kerr Gulch, *E. coli*
- South Platte, Cherry Creek Segment 3: *E. coli* and Se
- South Platte, Clear Creek Segment 2b: Zn
- South Platte, Clear Creek Segment 3a: Cu
- South Platte, Clear Creek Segment 9a: Silver Creek, Cu and Pb
- South Platte, Clear Creek Segment 9b: pH
- Upper Gunnison Segment 29a, Deadman Gulch: pH, Cd, Cu, Mn, Zn, Fe(Trec)
- Lower Colorado Segment 10:  Se
- Lower Colorado, White River Segment 9d: Se
- South Platte, Bear Creek Segment 1c (Bear Creek Reservoir): Chl a, Phosphorus
- South Platte, Bear Creek Segment 5: *E. coli*
- South Platte, Boulder Creek Segment 2a, 2b and 3: Cu
- South Platte, Boulder Creek Segment 8: Se
- South Platte, Boulder Creek Segment 9: As
- South Platte, Big Thompson Segment 2: Cu, Zn
- South Platte, Big Thompson Segment 3, 6, 7: Cu
- South Platte, Big Thompson Segment 4a, 4b: Se
- South Platte, Big Thompson Segment 8: D.O
- South Platte, Big Thompson Segment 16 (Lake Estes): Cu
- South Platte, Cache La Poudre Segment 7: Pb
- South Platte, Cache La Poudre Segment 11: Se
- South Platte, Lower South Platte Segment 1: Se, Mn
- South Platte, Lower South Platte Segment 2b: Se
- South Platte, Middle South Platte Segment 1a: *E. coli*
- South Platte, Middle South Platte Segment 1b: Se
- South Platte, Middle South Platte Segment 4 (Barr and Milton Reservoirs): $NH_3$
- South Platte, Middle South Platte Segment 7 (Horse Creek Reservoir and Prospect Lake): pH, NH3
- South Platte, Republican Segment 4: *E. coli*
- South Platte, St. Vrain Segment 2a: Zn
- South Platte, St. Vrain Segment 4c: Cu, As
- South Platte, Upper South Platte Segment 2c: Zn
- South Platte, Upper South Platte Segment 3 (Hawkins Gulch): Se
- South Platte, Upper South Platte Segment 3 (Horse Creek): D.O., Fe(trec)
- South Platte, Upper South Platte Segment 3 (West Creek): As, Hg
- South Platte, Upper South Platte Segment 3 (Goose Creek): D.O.
- South Platte, Upper South Platte Segment 3 (Trail & Wigwam Creeks): Fe(trec)
- South Platte, Upper South Platte Segment 4: pH
- South Platte, Upper South Platte Segment 5a: Cu, Zn
- South Platte, Upper South Platte Segment 5c: $NH_3$
- South Platte, Upper South Platte Segment 14: As
- South Platte, Upper South Platte Segment 17a (Berkeley Lake): As
- South Platte, Upper South Platte Segment 23 (Barnum Lake): *E. coli*
- Upper Colorado,Yampa River Segment 13b: Total Recoverable Iron

13. <u>Segment- Specific Issues</u>

    a.    Upper South Platte Segment 15 and Middle South Platte Segment 1a – Category 4b Demonstration Plan

Metro Wastewater Reclamation submitted a Category 4b Demonstration Plan to the Division for two segments on the mainstem of the South Platte: Upper South Platte Segment 15 and Middle South Platte Segment 1a.   Category 4b is an alternative to listing an impaired segment on the 303(d) List.  A Category 4b Demonstration Plan, when

74

implemented, must ensure attainment with all applicable water quality standards through pollution control mechanisms within a reasonable time period.  This plan was accepted by the U.S. Environmental Protection Agency prior to the development of the Division's proposed 303(d) List.  As a result, the Division did not include these segments in their proposal. No further discussion or comments were received by other parties.  The Commission did not include Upper South Platte Segment 15 and Middle South Platte Segment 1a on the 303(d) List for ammonia and nitrate, for which the Category 4b Demonstration Plan was written.   The Commission expects that after a reasonable period of time as defined in the Category 4b Demonstration Plan, water quality will be reexamined on these segments.  If water quality standards are not achieved at this time the segment will be considered impaired and placed on the 303(d) List.

b.      South Platte River (COSPUS14 and COSPUS15) - Trash

Two proposals were originally submitted in prehearing statements by P.U.R.E. and Wild Earth Guardians to list the South Platte River from Bowles Avenue to the confluence of Sand Creek as impaired for trash.  Wild Earth Guardians withdrew their proposal but P.U.R.E maintained their proposal.  The Division met prior to the Rulemaking hearing with representatives of P.U.R.E and discussed the issue.  The Division maintained that a method to determine impairment for trash did not exist and that this must be determined before a decision of impairment can be made.  The Division and P.U.R.E agreed to begin to address this issue in the 2012 303d Listing Methodology development stakeholder process that is to begin in the summer of 2010.

After listening to all of the testimony on this topic, the Commission took no action on listing these segments for trash at this time.  It is expected that P.U.R.E, the Division and other stakeholders will work collaboratively to develop an appropriate methodology for determining impairment for trash through the 2012 303d Listing Methodology development process and other appropriate collaborative processes.

c.      Muddy Creek (COUCUC07b) – Temperature

The Division proposed to list Muddy Creek (COUCUC07b) on the 303(d) List for temperature.  The River Water Conservation District (River District) opposed this listing stating that exceedances at an upper station were due to a temporary construction at the outlet of Wolford Reservoir.  Exceedances were still found at the lower station.  The Commission adopted the Division's alternate proposal to include the upper portion from Wolford Reservoir to Cow Gulch on the M&E List the and lower portion from Cow Gulch to the Colorado River on the 303(d) List.

d.      Colorado River (COUCUC03) – Temperature

The Division proposed to place all of the Colorado River mainstem from Lake Granby to the Roaring Fork River (COUCUC03) on the 303(d) List for temperature exceedances. Northern Colorado River Conservancy District (Northern) proposed an alternative portion of 578 Road bridge to the William Fork confluence.  The Commission found that the portion that Northern recommended, omitted sites with exceedances both above and below their recommended portion.  To encompass the entire scope of temperature exceedances, the Commission adopted the portion from 578 Road to immediately above the confluence with the Blue River.

e.      Lower Colorado Segment 2b – Selenium

75

BLM_0036517

In 2008, the Commission adopted only the portion at Humphrey Backwaters Area onto the 303(d) List for selenium.  For this cycle, the Division proposed to list the entire segment for selenium.  The City of Grand Junction and the River District opposed this listing claiming that the Riverwatch data used in the assessment was not representative or of good quality.  The Division supported the quality of this data but since the data was older than five years, the Division agreed that additional data collection was needed before a decision to list the entire segment could be made.  The Commission placed the remainder of this segment on the M&E List while leaving the Humphrey Backwaters Area on the 303(d) List.  Grand Junction and the River District have offered to collect data throughout the segment before the next 303(d) rulemaking hearing in 2012.

f.      Upper South Platte Segment 16c

Upper South Platte Segment 16c is an all tributary segment and the Division proposed to place the entire segment on the 303(d) List for exceedances of *E. coli* and selenium.

*E. coli*:  Denver Environmental Health (DEH) opposed listing all tributaries for both parameters.  DEH put forward an alternative proposal for *E. coli* on this segment with some tributaries to be included on the 303(d) annually, some listed seasonally and one for the M&E List based on the attainment conclusions for each tributary individually.  Those tributaries attaining the standard were not proposed for either list.  The Division reviewed their proposal and agreed that it is a reasonable approach for *E. coli*. The Commission adopted the alternative proposal as presented by DEH.

Selenium:  DEH also asked that the Commission to only list those tributaries that have selenium data on the 303(d) List.  The Division opposed this alternative proposal.  The Division pointed out that unlike the data found on *E. coli* for these tributaries, everywhere that selenium data was collected, exceedances were found.  The Commission chose to place the entire segment on the 303(d) List for selenium.

g.      Fountain Creek Segments 2a and 2b

The Division originally proposed to change the *E. coli* listing on Segment 2a from annual to seasonal (May through October) and to add Segment 2b to the 303(d) List seasonally.  Rocky Mountain Environmental Labor Coalition/Sierra Club and Bill Thiebaut, District Attorney for the 10th Judicial District, asked that the listing be considered for the entire year for both segments as there are recreation uses in Fountain Creek year round.  Through further investigation and reassessment of the data by the Division and the  parties, data indicates that in Segment 2a, the *E. coli* standards are exceeded annually as opposed to seasonally as originally thought.  In Segment 2b the exceedances were only found from May – October. The Commission chose to retain the listing on Segment 2a for E. coli annually and to add Segment 2b to the 303(d) List from May-October.

The Division also originally proposed to remove the selenium listings on Segment 2a and 2b.  This proposal also received opposition from RMELC/Sierra Club and Bill Thiebaut as there are ongoing studies regarding selenium in Fountain Creek.  Colorado Springs supported the Division's original proposal.  Further investigation of acute selenium exceedances in Segment 2b in July 2005 prompted the Division and EPA to change their position prior to the hearing to retain this segment on the 303(d) List.  The Commission agreed that this listing should remain on the 303(d) List until further evidence exist to support delisting. The Commission agreed with the Division that the data is meeting the ambient based standards in Segment 2a and removed the M&E listing for that segment.

BLM_0036518

h.     Bear Creek (COSPBE05) – Swede Gulch and Kerr Gulch  -*E. coli*

The Division originally proposed to list only Swede Gulch based on the Division's sampling at the mouth of the gulch.  The Bear Creek Watershed Association (BCWA) identified this sampling location as Kerr Gulch.  The Division used USGS and other maps indicating this as Swede Gulch.  The Colorado Department of Transportation (CDOT) and residents identify this as Kerr Gulch.  The Division met with the BCWA and agreed that the watershed, whatever the name of the stream, may be impacted by septic systems and livestock.  The BCWA agreed to the development and implementation of a monitoring plan in the watershed to identify *E. coli* sources.  The Division agreed that if the plan were implemented the priority of the listing should be changed from high to low to allow time for sampling and development of stakeholder involvement.  The Commission agreed with the Division and the BCWA's plan for Swede Gulch and Kerr Gulch.

i.     Clear Creek (COSPCL14b) – Manganese

The Division proposed to add manganese to the list of impairment parameters of Clear Creek segment 14b.  During the 2009 South Platte River Basin RMH a new site-specific manganese standard was established for the segment.  In the development of the new site-specific standard for segment 14b, data from both Clear Creek segments 14a and 14b were combined to determine a single standard for both segments.  This procedure was used since segment 14a has very limited data and it was felt averaging would establish a more realistic standard.  As it turns out when segment 14b only data is assessed against the new standard developed using data from both segments, the few samples from segment 14a with a lower ambient manganese concentration skewed the development of the site-specific standard enough that segment 14b data exceeds the new standard.

Based on the fact that the segment 14b site-specific standard was developed using data from the upstream segment it is not possible to evaluate if the segment is in attainment of the manganese standard.  The proper site-specific standard indicating ambient conditions should be equivalent to the current assessment value and would not indicate impairment since they are the same dataset.

After reviewing the development of the segment 14b site-specific manganese standard, the Division agreed with MillerCoors that the Clear Creek segment should not be listed for exceeding the manganese standard.  The Commission agreed with the Division and MillerCoors that Clear Creek segment 14b should not be listed for manganese.

j.     Juniata Reservoir (COGULG04a)

The Division originally proposed to list Juniata Reservoir on the 303(d) List for impairment of the Aquatic Life Use due to a Fish Consumption Advisory (FCA).  A mercury FCA was issued for Juniata Reservoir in 2009.  The Section 303(d) Listing Methodology 2010 Listing Cycle states at III.D.6 "Issuance of a FCA by CDPHE indicates impairment of an Aquatic Life Use classification for any waters so classified."  The City of Grand Junction and Colorado Division of Wildlife proposed to either close the reservoir or change the reservoir to "catch and release" in order for the Division to remove the FCA and therefore remove the basis for inclusion on the 303(d) List.  The Division stated that the FCA would not be lifted if the reservoir changed to catch and release and the only way that the FCA could be lifted at Juniata is if the reservoir was completely fenced and fishing access was prohibited.  At the time of the hearing, no action had been taken and the FCA was still in effect.   Therefore the Commission chose to add this segment to the 303(d) List.

BLM_0036519

k.      Marston Reservoir (COSPUS22)

The Division proposed that Marston Reservoir as part of COSPUS22 be placed on the M & E List for non-attainment of the DO standard in the metalimnion. The Denver Water Board argued that Marston was not waters of the state and was not used for aquatic life uses. There was discussion about what constitutes waters of the state and it was decided that that decision was not appropriate for this hearing, since this hearing addresses all waters for which classifications and standards have been adopted. The Commission decided to include Marston Reservoir on the 2010 M & E List because it fits within the description of waters in Upper South Platte segment 22.

**C.      Revisions to Monitoring and Evaluation List**

1.      Introduction

This regulation updates Colorado's Monitoring and Evaluation List (M&E List) to reflect additional water quality information available since the Regulation was promulgated in 2008.

2.      List Development

See the discussion of list development under subsection B.2 above.

3.      Prioritization and Scheduling

The Division remains committed to establishing a plan for monitoring and evaluating these water bodies prior to the list submission date for the subsequent listing cycle. Further, the Commission has committed to determining their appropriate status (as either impaired or fully supporting) within ten years of their placement on the M&E List.

4.      Data Quality

See the discussion of data quality under subsection B.2.c above.

5.      New Table Value Standards

Cadmium and Zinc:  As part of the Basic Standards hearing of 2005, new zinc and cadmium table values were adopted. The acute and chronic zinc and cadmium equations in each basin were modified to conform to Regulation No. 31 over the last four years. An increase in cadmium listings were the result of a more stringent cadmium standard.

The following segments were added to the M&E List for cadmium:

- Gunnison River, San Miguel Segment 3a
- South Platte, Boulder Creek Segment 14, Barker Reservoir
- Boulder Creek Segments 2a, 2b, 3, 9 10 and 14
- Clear Creek Segment 6, Hoop Creek
- Cache la Poudre Segment 13a
- Upper South Platte Segment 3, Hawkins Gulch
- Cache La Poudre Segment 9

6.      Listings Due to Exceedances of the Secondary Water Supply Standards

BLM_0036520

For the secondary water supply standards of dissolved iron, manganese and sulfate, the less restrictive of the following two options will apply as the numeric standard: existing quality as of January 1, 2000 or the table value criteria in Regulation No. 31, Tables II and III. For dissolved iron this value is 300 ug/l. For manganese this value is 50 ug/l. For sulfate this value is 250 ug/l.

The Division evaluated the water quality as of January 1, 2000 to determine in some cases where standards exceeded the water supply criteria in Tables II and III. The following segments were proposed for listing based on exceedances of the standards:

- Upper Colorado, Yampa River Segments 2a: Manganese
- Upper Colorado, Yampa River Segments 3: Manganese and Dissolved Iron

7. <u>Delisting of Segments where Water Quality is Currently Meeting Standards</u>

As additional water quality data is collected and assessed, new data may show attainment of the standards. The following segments and parameters have been removed from the M&E List due to attainment of current water quality standards:

- Fountain Creek Segment 2a: Selenium
- Fountain Creek Segment 3, Bear Creek and Cheyenne Creek: Sediment
- Middle Arkansas Segment 14: *E. coli*
- Upper Arkansas Segment 5, Turquiose Lake: D.O.
- Upper Arkansas Segment 13: Sediment
- Lower Colorado Segment 4a: Selenium
- Lower Colorado Segment 11h: Total Recoverable Iron
- Lower Colorado Segment 13b: D.O. and *E. coli*
- St. Vrain Segment 2: Sediment
- St. Vrain Segment 3: *E. coli*
- Upper South Platte Segment 2a: Sediment
- Upper South Platte Segment 3: Sediment and Temperature
- Upper South Platte Segment 4 (North Fork South Platte and Buffalo Creek): Sediment
- Upper South Platte Segment 6a: Sediment
- Upper Colorado, Yampa River Segment 3 (First Creek): Sediment
- Upper Colorado, Yampa River Segment 19 (Oliver Creek): Sediment
- Upper Colorado, North Platte River Segment 4a: Sediment
- Gunnison River, Uncompahgre Segment 3b, Ridgway Reservoir: D.O.
- Gunnison River, San Miguel Segment 7a: Total Recoverable Iron
- Lower Colorado, White River Segment 22: Sediment
- Upper Colorado, Blue River Segment 18: *E. coli*

8. <u>Segments Moved to the 303(d) List</u>

As additional water quality data is collected and assessed, a segment may be moved from the M&E List to the 303(d) List once the non-attainment is confirmed. In general, segments with less than 10 data points will be placed on the M&E List until more data is collected. The following segments and parameters have been moved from the M&E List to the 303(d) List due to additional data collection:

- Lower Arkansas Segment 5b: D.O.
- San Miguel Segment 3a: Cadmium
- Upper Gunnison Segment 29a, Deadman Gulch: Cd, Cu, Mn, Zn, Fe(Trec)
- Big Thompson Segment 4b: Selenium
- Boulder Creek Segment 8: Selenium
- Upper Colorado Segment 12, Shadow Mountain Lake: D.O.

BLM_0036521

- Upper Colorado, Yampa River Segment 3 (Bushy Creek): Sediment
- Upper South Platte 5a: Cadmium, copper and zinc

9. Dissolved Oxygen Standard in Lakes and Reservoirs

In 2008 the Commission directed the Division to work with parties in 2008 and 2009 on changes to the Listing Methodology in regards to dissolved oxygen. Refinement of assessment methods were discussed in workgroup meetings and included in the 2010 Listing Methodology. The dissolved oxygen standard is slated for revisions in the 2010 Basic Standards and Methodology, Regulation No. 31, RMH in June 2010.

The following segments were added to the M&E List due to exceedances of the dissolved oxygen standard in the metalimnion in at least one profile:

- Gunnison River, Uncompahgre Segment 14, Sweitzer Lake
- Rio Grande Segment 9, Beaver Creek Reservoir
- Big Dry Creek Segment 2, Standley Lake
- Boulder Creek Segment 14, Barker Reservoir
- Big Thompson Segment 12, Lake Loveland, Horseshoe Lake and Boyd Lake
- Big Thompson Segment 14, Lon Hagler Reservoir and Lonetree Reservoir
- Cache la Poudre Segment 14, Horsetooth Reservoir
- Lower South Platte Segment 3, North Sterling Reservoir
- Middle South Platte Segment 4, Barr Lake
- Middle South Platte Segment 7, Horse Creek Reservoir
- St. Vrain Creek Segment 7, Boulder Reservoir
- St. Vrain Segment 9, Union Reservoir
- St. Vrain Segment 13, Lake Thomas
- Upper South Platte Segment 16b, Aurora Reservoir
- Upper South Platte Segment 19, Tarryall Reservoir, Cheesman Reservoir, Elevenmile Reservoir, Spinney Mountain Reservoir
- Upper South Platte Segment 22, Marston Reservoir, Quincy Reservoir,
- Upper South Platte Segment 23, Vanderbilt Reservoir
- Upper Colorado Segment 5, Wolford Mountain Reservoir
- Upper Colorado, Yampa River Segment 2b, Stagecoach Reservoir

PARTIES TO THE RULEMAKING HEARING

1. Protect Urban River Environments (Confluence Kayaks and Telemark, Colorado Whitewater Association, Denver Trout Unlimited, The Shimoda Group, The Greenway Foundation)
2. Summit Water Quality Committee
3. Northwest Colorado Council of Governments
4. City of Boulder
5. City of Colorado Springs and Colorado Springs Utilities
6. City of Aurora
7. Denver Water
8. City and County of Denver
9. Bear Creek Watershed Association
10. City of Grand Junction
11. Northern Colorado Water Conservancy District
12. Metro Wastewater Reclamation District
13. Alamosa Riverkeeper
14. Bill Thiebaut, District Attorney for 10th Judicial District, Colorado
15. Farmers Reservoir and Irrigation Company

BLM_0036522

16.     Barr Lake and Milton Reservoir Watershed Association
17.     Colorado Division of Wildlife
18.     City of Black Hawk and Black Hawk/Central City Sanitation District
19.     Cherry Creek Basin Water Quality Authority
20.     South Platte Coalition for Urban River Evaluation
21.     Colorado River Water Conservation District
22.     Grand County Water and Sanitation District #1, Winter Park Ranch Water and Sanitation District, Fraser Sanitation District, Winter Park Sanitation District
23.     City of Westminster
24.     The Rocky Mountain Environmental Labor Coalition and the Sierra Club
25.     Colorado Stormwater Council
26.     Seneca Coal Company
27.     Littleton/Englewood Wastewater Treatment Plant
28.     City of Arvada
29.     MillerCoors LLC
30.     Ute Water Conservancy District, acting by and through the Ute Water Activity Enterprise
31.     US Environmental Protection Agency

**93.14   STATEMENT OF BASIS, SPECIFIC STATUTORY AUTHORITY AND PURPOSE; DECEMBER 2011 RULEMAKING, EFFECTIVE DATE OF MARCH 30, 2012**

The provisions of C.R.S. 25-8-202(1)(a), (b) and (i), (2) and (6); 25-8-203; 25-8-204; and 25-8-401; provide the specific statutory authority for adoption of these regulatory amendments.  The Commission also adopted in compliance with 24-4-103(4) C.R.S. the following statement of basis and purpose.

**BASIS AND PURPOSE**

**A.      Revisions to 303(d) List**

1.      Introduction

This regulation updates Colorado's List of Water-Quality-Limited Segments Requiring Total Maximum Daily Loads (TMDLs) to reflect additional water quality information available since the Regulation was revised in 2010.  This list was prepared to fulfill section 303(d) of the federal Clean Water Act (Act) which requires that states submit to the U.S. Environmental Protection Agency (EPA) a list of those waters for which technology-based effluent limitations and other required controls are not stringent enough to implement water quality standards.

This regulation also updates Colorado's Monitoring and Evaluation List (M&E List) to reflect additional water quality information available since the Regulation was revised in 2010.

2.      List Development

a.      Listing Methodology

The "Section 303(d) Listing Methodology - 2012 Listing Cycle" contains a description of the listing process, the criteria for listing, and the criteria for determination of TMDL priority. The Listing Methodology was developed through a public process and finalized as a policy at a Water Quality Control Commission administrative action hearing in March 2011.

This Listing Methodology sets forth the criteria that generally were used to make decisions regarding which waters to include on the 2012 Section 303(d) List and the  2012 M&E List. However, this methodology was not adopted by the Commission as a rule.  The

BLM_0036523

Commission therefore has the flexibility to take into account other appropriate factors in making site-specific listing decisions.

b.      Information Considered

The Commission has considered all existing and readily available information in developing the 2012 Section 303(d) List.  In determining whether data and information are existing and readily available, it has taken into account such data and information as the Division has utilized in the preparation of those identification processes, calculations and models referenced in 40 CFR §130.7(a)(5)(i), (ii) and (iv) and that credible data and information presented in a readily usable format and submitted in reports provided to the Division as referenced in 40 CFR §130.7(a)(5)(iii).  In addition, the Commission accepted credible data and information that was submitted in accordance with the listing process schedule, whether submitted by EPA or any other interested party.  The Division also continues to independently collect and analyze new data on a rotating basin basis as part of its triennial review efforts and will utilize such data and information in making future listing determinations.  Existing data which was not brought forward through one of the above mechanisms or otherwise presented to the Commission in accordance with the schedule was not treated as "readily available" for purposes of making the 2012 listing decisions.  Such information will be considered in the next listing cycle.

c.      Data Quality

In the Water Quality Control Division's (WQCD) Quality Management Plan 2011 for the Collection and Utilization of Environmental Data, the WQCD states that "It is the expressed goal of the Division to use only those analytical data that are both reliable and have a defined level of quality."

3.      Prioritization

The objective of prioritization is to identify those waterbody segments where the Division and the public should concentrate their resources.  Priorities of High, Medium and Low were established according to section IV. of the 2012 Section 303(d) Listing Methodology.

The Division remains committed to establishing a plan for monitoring and evaluating water bodies on the M&E List prior to the list submission date for the subsequent listing cycle. Further, the Commission has committed to determining their appropriate status (as either impaired or fully supporting) within ten years of their placement on the M&E List.

4.      Fish Mercury (Hg) Listings

The 303(d) Listing Methodology was revised in 2012 for the assessment of Fish Mercury (Hg).  The newly adopted methods compare the median fish Hg for each waterbody and species to a 0.3 ppm threshold.    A sample size requirement of 30 fish tissue samples per waterbody/species was also introduced in order to list new waterbodies for Fish Hg.  Waterbodies can also be listed if there is overwhelming evidence of impairment (>0.45 ppm Hg) and a sample size of at least 10 fish tissue samples.

The Commission retained the following 6 lakes on the 303(d) List because these lakes have a median Hg above the 0.3 ppm threshold and either meet the sample size requirements or show overwhelming evidence of impairment:

82

BLM_0036524

- Upper South Platte Segment 23, Berkeley Lake (COSPUS23)
- Upper Arkansas Segment 27, Brush Hollow Reservoir (COARUA27)
- Cache la Poudre Segment 14, Horsetooth Reservoir (COSPCP14)
- Upper South Platte Segment 17a, Rocky Mountain Lake (COSPUS17a)
- Lower Arkansas Segment 5b, Trinidad Reservoir (COARLA05b)
- Los Pinos Segment 3, Vallecito Reservoir (COSJPN03)

The Commission retained the following 10 lakes on the 303(d) List because they were on the 303(d) List prior and have a median Hg of greater than 0.3 ppm. Although the 2012 Listing Methodology requires a minimum sample size of thirty fish, the Commission chose to retain these segments on the 303(d) List as opposed to the Monitoring and Evaluation List:

- Big Thompson Segment 11, Carter Reservoir (COSPBT11)
- Yampa River Segment 2b, Catamount Reservoir (COUCYA02b)
- San Juan Segment 6a, Echo Canyon Reservoir (COSJSJ06a)
- Yampa River Segment 2b, Elkhead Reservoir (COUCYA02b)
- Middle Arkansas Segment 16, Horseshoe Lake– Lathrop (COARMA16)
- Dolores River Segment 4, McPhee Reservoir (COSJDO04)
- Los Pinos, Segment 11, Narraguinnep Reservoir (COSJLP11)
- Lower Colorado Segment 20, Rifle Gap Reservoir (COLCLC20)
- La Plata Segment 11, Totten Reservoir (COSJLP11)
- Upper Arkansas Segment 14b, Teller Reservoir (COARUA14b)

The Commission retained the following 2 lakes on the 303(d) List because they were on the 303(d) List prior to the adoption of the new assessment methods.  With median Fish Hg concentrations below 0.3 ppm, they will not be removed from the 303(d) List, however, until a minimum of 30 fish are collected:

- Big Thompson Segment 12, Boyd Lake (COSPBT12)
- Upper Colorado Segment 12, Lake Granby (COUCUC12)

The Commission added the following 3 lakes on the Monitoring and Evaluation List because they have a median Fish Hg of greater than 0.3 ppm but the sample size is insufficient for Listing:

- North Platte Segment 4a, Big Creek Lake (COUCNP04a)
- Boulder Segment 15, Gross Reservoir (COSPBO15)
- Big Thompson Segment 14, Lonetree Reservoir (COSPBT14)

The Commission removed the following lake from the 303(d) List.  Additional data was collected meeting the minimum sample size requirement of thirty fish.  Median Fish Hg concentrations are below the 0.3 ppm, threshold.

- Lower Gunnison Segment 4, Juniata Reservoir (COGULG04)

The Commission retained one listing based on non-attainment of the aquatic life use due to a PCE fish consumption advisory in Willow Springs Ponds, Fountain Creek, Segment 7a.

5.    Aquatic Life Listings

280 Multimetric Index (MMI) scores were calculated for the 2012 listing cycle, utilizing the Water Quality Control Commission's (WQCC) Policy 10-1, Aquatic Life Use Attainment.  Of the 280 MMI scores generated, 48 segments were found to be not attaining the Aquatic Life Use standard.  From those segments, or portions of segments, determined to be in non-attainment, 31 will be

BLM_0036525

provisionally listed, as there is currently no water quality data available to indicate impairment.  This is in accordance with the Section 303(d) Listing Methodology for the 2012 Listing Cycle, approved by the Commission in March 2011.  The Commission anticipates that the Division will collect additional data for these segments in the next two years to continue the investigation into potential sources.  Because of the site-specific nature of macroinvertebrate data, waterbodies in all tributary segments that were identified as impaired for their Aquatic Life Use were listed individually.

The following segment was 303(d) listed for non-attainment of the Aquatic Life Use based on Policy 10-1:

- White River, Segment 13c, Yellow Creek (COLCWH13c)

The following segments were provisionally 303(d) listed for non-attainment of their Aquatic Life Use based on Policy 10-1:

- Upper Arkansas Segment 21a, Cripple Creek (COARUA21a)
- San Miguel Segment 12, Maverick Draw (COGUSM12)
- Upper Gunnison Segment 6b, Cement Creek (COGUUG06b)
- Upper Gunnison Segment 15, S. Beaver Creek (COGUUG15)
- Upper Gunnison Segment 24, Cochetopa Creek from Forest Road 3076/Co. Rd 43 to confluence with Tomichi Creek (COGUUG24)
- Upper Gunnison Segment 29a, Lake Fork Gunnison River between Cooper and Silver Creek (COGUUG29a)
- Uncompahgre Segment 11, Deer Creek (COGUUN11)
- Lower Yampa Segment 22a, Talamantes Creek COLCLY22a)
- White River Segment 15, Piceance Creek (COLCWH15)
- White River Segment 20, Black Sulphur Creek (COLCWH20)
- White River Segment 23, West Douglas Creek (COLCWH23)
- Rio Grande Segment 12, Rio Grande River (CORGRG12)
- Bear Creek Segment 1a, Bear Creek from Witter Gulch to inlet to Evergreen Lake (COSPBE01a)
- Boulder Creek Segment 9, Boulder Creek from 107th Street to confluence with Coal Creek (COSPBO09)
- Clear Creek Segment 14a, Clear Creek from Croke Canal diversion to McIntyre Street (COSPCL14a)
- St. Vrain Segment 3, St. Vrain Creek (COSPSV03), from Left Hand Creek confluence to confluence with Boulder Creek
- Upper South Platte Segment 3, Horse Creek (COSPUS03)
- Upper South Platte Segment 10a, West Plum Creek (COSPUS10a)
- Upper South Platte Segment 11a, Cook Creek (COSPUS11a)
- Eagle River Segment 6, Lake Creek (from below the confluence with East and West Lake Creek to the mouth), and Red Sandstone Creek (from north side I-70 Frontage Road to the confluence with Gore Creek) (COUCEA06)
- Eagle River Segment 8, Gore Creek (COUCEA08)
- Roaring Fork Segment 3a, Roaring Fork from Hunter Creek to Brush Creek confluence, Cattle Creek from Bowers Gulch to Mouth, W. Sopris Creek (COUCRF03a)
- Roaring Fork Segment 4, Brush Creek (COUCRF04)
- Roaring Fork Segment 7, South Fork Frying Pan River from transbasin diversion to confluence with unnamed tributary (COUCRF07)
- Upper Colorado Segment 10a, Fraser River, Vasquez Creek (COUCUC10a)
- Yampa River Segment 15, Elkhead Creek (COUCYA15)

BLM_0036526

The following segments were included on the M&E List for possible non-attainment of their Aquatic Life Use based on Policy 10-1:

- Bear Creek Segment 1e, Bear Creek (COSPBE01e)
- White River Segment 13b, Duck Creek (COLCWH13b)
- Eagle River Segment 6, Black Gore Creek Beaver Creek (from Wayne Creek to Mouth), Red Sandstone Creek (from USFS boundary to north side I-70 Frontage Road) (COUCEA06)
- Eagle River Segment 9a, Eagle River (from confluence with Berry Creek to confluence with Squaw Creek) (COUCEA09a)

Several segments were found to have data outside of the standard index period for data collection. The Commission included these segments on the Monitoring and Evaluation (M&E) List in order to gather more information within the standard index period. The following segments were listed on the M&E List for possible non-attainment of their Aquatic Life Use based on Policy 10-1:

- Fountain Creek Segment 4, Sand Creek (COARFO04)
- Upper Arkansas Segment 5, Lake Fork Creek (COARUA05)
- Upper Gunnison Segment 8, Slate River (COGUUG08)
- Saint Vrain Segment 3, Saint Vrain Creek from Hover Road to the confluence with Left Hand Creek (COSPSV03)
- Boulder Creek Segment 7b, Coal Creek (COSPBO07b)
- Bear Creek Segment 2, Bear Creek (COSPBE02)
- Clear Creek Segment 1,  Kearney Gulch, Grizzly Gulch (COSPCL01)

Various parties questioned whether or not the data collected below reservoirs should be evaluated as being representative of an entire stream segment. They recommend that listings below reservoirs be placed on the M&E List while the applicability of the current thresholds below reservoirs is investigated. The Division agreed that a study was warranted and changed its proposal to the M&E List.  The Commission placed the following segments on the M&E List for possible non-attainment of their Aquatic Life Use:

- COUCBL17, Blue River from outlet of Dillon Reservoir to N. Rock Creek confluence
- COARUA05, Lake Fork below Sugarloaf Dam
- COSPUS02a, South Fork South Platte River below Antero
- COSPUS06a, South Platte River below Cheesman at Cheesman Canyon
- COSPUS03, Trout Creek below Manitou Reservoir Dam
- COUCUC03, Colorado River from below Windy Gap Reservoir to FR 538

Several segments were found to have data outside of the assessed period of record.  Therefore, the Division proposed to remove them from both the 303(d) and M&E Lists.  The Commission did not include these segments on either list:

- Upper Arkansas Segment 5, S. Cottonwood Creek (COARUA05)
- Upper Arkansas Segment 18, Currant Creek (COARUA18)
- San Miguel Segment 2, Howard Fork (COGUSM02)
- Rio Grande Segment 2, South Clear Creek (CORGRG02)
- Animas and Florida Segment 13c, Salt Creek (COSJAF13c)
- Big Thompson Segment 2, Big Thompson River (COSPBT02)
- Blue River Segment 17, Blue River from N. Rock Creek confluence to Colorado River (COUCBL17)
- North Platte Segment 4a, Snyder Creek (COUCNP04a)
- Upper Colorado Segment 7a, Big Alkali Creek (COUCUC07a)

BLM_0036527

Other issues were raised in this rulemaking hearing in regards to listing decisions based on the assessment of macroinvertebrate data. In October 2010, the Commission adopted the Aquatic Life Use Attainment WQCC Policy 2010-1 which determined that the Colorado MMI is an appropriate tool for the quantitative bioassessment of the health of aquatic communities. The Commission adopted the 2012 Listing Methodology in March 2011. This Regulation No. 93 rulemaking hearing is the first occasion where the policies adopted by the Commission in Policy 2010-1 are being implemented into regulation. The Division followed the policies as defined in the methodologies to the intent for which they were adopted. The Commission recognizes that some of the policy decisions that were questioned by various parties may need additional review. The Commission directs the Division and interested parties to review WQCC Policy 2010-1 and the 2012 Listing Methodology and make appropriate changes in regards to the use of data for the MMI tool.

6.      Listings Due to Exceedances of the Secondary Water Supply Standards

For the secondary water supply standards of dissolved iron, manganese and sulfate, the less restrictive of the following two options will apply as the numeric standard: existing quality as of January 1, 2000 or the table value criteria in Regulation No. 31, Tables II and III. For dissolved iron this value is 300 ug/l. For manganese this value is 50 ug/l. For sulfate this value is 250 mg/l.

The Division evaluated the water quality as of January 1, 2000 to determine in some cases where standards exceeded the water supply criteria in Tables II and III. The following segments were included on the 303(d) listing based on exceedances of the standards:

- Lower Gunnison Segment 4a, Whitewater Creek from below Brandon Ditch to confluence with Gunnison River: Manganese, Sulfate (COGULG04a)
- North Fork Segment 6b, Alum Gulch: Sulfate (COGUNF06b)
- Upper Gunnison Segment 11, Coal Creek: Manganese (COGUUG11)
- Upper Gunnison Segment 29a, Lake Fork Gunnison River: Manganese (COGUUG29a)
- Upper Gunnison Segment 32, N. Fork Henson Creek: Manganese (COGUUG32)
- Uncompahgre Segment 2, Uncompahgre River: Manganese (COGUUN02)
- Animas and Florida Segment 5a, Animas River: Manganese (COSJAF05a)
- La Plata Segment 4a, E. Mancos River, Manganese (COSJLP04a)
- Big Thompson Segment 8, Little Thompson River: Sulfate (COSPBT08)
- Clear Creek Segment 15, Clear Creek: Manganese (COSPCL15)
- Saint Vrain Segment 5, Left Hand Creek: Manganese (COSPSV05)
- Blue River Segment 2a, Blue River: Manganese (COUCBL02a)
- Upper Colorado Segment 3, Colorado River: Manganese (COUCUC03)

The following segments were included on the M&E List:

- Lower Gunnison Segment 4a, Callow Creek, Cummings Gulch, Peach Valley Creek: Sulfate (COGULG04a)
- Lower Gunnison Segment 4b, Kannah Creek: Sulfate (COGULG04b)
- North Fork Segment 6b, Cottonwood Creek: Manganese, Sulfate (COGUNF06b)
- San Miguel Segment 8, S. Fork San Miguel River: Manganese (COGUSM08)
- Upper Gunnison Segment 15, S. Beaver Creek: Manganese, Dissolved Iron (COGUUG15)
- Upper Gunnison Segment 17, Antelope Creek: Manganese (COGUUG17)
- Upper Gunnison Segment 23, Cochetopa Creek: Dissolved Iron (COGUUG23)
- Uncompahgre Segment 11, Cow Creek: Sulfate (COGUUN11)
- Piedra River Segment 6a, Stollsteimer Creek: Sulfate (COSJPI06a)

7.      Delisting of Segments with Recently Approved TMDLs

86

BLM_0036528

The Division submitted 26 TMDLs to EPA in the last biennium that have been approved. The following segments and parameters have been removed from the 303(d) List:

- Arkansas, Upper Arkansas Segment 10, Lake Creek: Cu (COARUA10)
- Gunnison, Lower Gunnison Segment 2, Gunnison River: Se (COGULG02)
- Gunnison, Lower Gunnison Segment 4a, Tributaries to Gunnison River: Se (COGULG04a)
- Gunnison, Lower Gunnison Segment 4c, Red Rock Creek: Se (COGULG04c)
- Gunnison, North Fork Segment 3, North Fork Gunnison River: Se (COGUNF03)
- Gunnison, North Fork Segment 5, Leroux Creek, Jay Creek: Se (COGUNF05)
- Gunnison, North Fork Segment 6a, Short Draw: Se (COGUNF06a)
- Gunnison, North Fork Segment 6b, Big Gulch, Cottonwood Creek: Se (COGUNF06b)
- Gunnison, San Miguel Segment 3a, San Miguel River: Cd (COGUSM03a)
- Gunnison, San Miguel Segment 6a, Ingram Creek: Cd (COGUSM06a)
- Gunnison, San Miguel Segment 6b, Marshall Creek: Cd (COGUSM06b)
- Gunnison, Upper Gunnison Segment 30, Henson Creek: Cd, Zn(sc) (COGUUG30)
- Gunnison, Upper Gunnison Segment 31, Palmetto Gulch: Cd, Zn (COGUUG31)
- Gunnison, Uncompahgre Segment 4b, Uncompahgre River: Se (COGUUN04b)
- Gunnison, Uncompahgre Segment 4c, Uncompahgre River: Se (COGUUN04c)
- Gunnison, Uncompahgre Segment 12, Tributaries to Uncompahgre River: Se (COGUUN12)
- South Platte, Boulder Segment 2b, Boulder Creek from 13th Street to the confluence with South Boulder Creek: *E. coli* (COSPBO02b)
- South Platte, Boulder Segment 4a, Gamble Gulch: Cd (COSPBO04a)
- South Platte, Upper South Platte Segment 5a, Geneva Creek: Cd, Cu, Zn (COSPUS05a)
- South Platte, Upper South Platte Segment 5b, Geneva Creek: Cd (COSPUS05b)
- South Platte, Upper South Platte Segment 15, South Platte River: Cd (COSPUS15)
- Upper Colorado, Blue River Segment 12, Illinois Gulch: Cd (COUCBL12)

8.    Delisting of Segments where Water Quality is Currently Meeting Standards

As additional water quality data is collected and assessed, new data may show attainment of the standards. The following segments and parameters have been removed from the 303(d) List due to attainment of current water quality standards:

- Arkansas, Fountain Creek Segment 1a, Fountain Creek: Se (COARFO01a)
- Arkansas, Fountain Creek Segment 2b, Fountain Creek: Se (COARFO02b)
- Arkansas, Fountain Creek Segment 6, Monument Creek below Mesa Road: Se (COARFO06)
- Arkansas, Lower Arkansas Segment 4, Lorencito Canyon: Se (COARLA04)
- Arkansas, Lower Arkansas Segment 5a, Purgatoire River: Se (COARLA05a)
- Gunnison, Lower Dolores Segment 1, Dolores River: Fe(Trec) (COGULD01)
- Gunnison, Lower Gunnison Segment 2, Gunnison River: SO$_4$ (COGULG02)
- Gunnison, Lower Gunnison Segment 8, Kannah Creek: Se (COGULG08)
- Gunnison, Upper Gunnison Segment 11, Coal Creek: Pb (COGUUG11)
- Lower Colorado, Lower Colorado Segment 3, Colorado River mainstem: Se (COLCLC03)
- South Platte, Middle South Platte Segment 4, Barr Lake: NH$_3$ (COSPMS04)
- South Platte, Upper South Platte Segment 23, Barnum Lake: *E. coli* (COSPUS23)

The following segments and parameters have been removed from the M&E List due to attainment of current water quality standards:

BLM_0036529

- Arkansas, Upper Arkansas Segment 20, North Fork Wilson Creek: Cu (COARUA20)
- Arkansas, Upper Arkansas Segment 27, Brush Hollow Reservoir: pH (COARUA27)
- Gunnison, Lower Gunnison Segment 7, Surface Creek: Fe(Trec) (COGULG07)
- Gunnison, Lower Gunnison Segment 7, Ward Creek: Se (COGULG07)
- Gunnison, San Miguel Segment 2, Bilk Creek: Cd (COGUSM02)
- Gunnison, Upper Gunnison Segment 7, Slate River: Cd (COGUUG07)
- Gunnison, Upper Gunnison Segment 16, Ohio Creek: Zn(sculpin) (COGUUG16)
- Upper Gunnison Segment 17, Antelope Creek: Dissolved Oxygen (COGUUG17)
- Gunnison, Upper Gunnison Segment 18, Tomichi Creek: *E. coli* (COGUUG18)
- Gunnison, Upper Gunnison Segment 32, N. Fork Henson Creek: Pb, Zn(sculpin) (COGUUG32)
- Gunnison, Uncompahgre Segment 8, Mineral Creek: Cd (COGUUN08)
- Lower Colorado, Lower Colorado Segment 2b, Colorado River mainstem: Se (COLCLC02b)
- Rio Grande, Alamosa Segment 11, La Jara Reservoir: Cu, Se, Zn (CORGAL11)
- South Platte, Big Thompson Segment 11, Carter Lake: Cu (COSPBT11)
- South Platte, Big Thompson Segment 16, Lake Estes: As (COSPBT16)
- South Platte, Cache la Poudre Segment 14, Horsetooth Reservoir: D.O. (COSPCP14)
- South Platte, Lower South Platte Segment 3, N. Sterling and Jumbo Reservoirs: pH (COSPLS03)

9. Dissolved Oxygen Standard in Lakes and Reservoirs

Twenty-eight lakes were previously on the M&E List due to low dissolved oxygen (DO) in the metalimnion. With the adoption of a revised DO standard in 2011, the Division proposed to remove 24 of these lakes from the M&E list because the lakes are now in attainment. Barr Lake was proposed for the 303(d) List for DO because recent data show non-attainment. The Division proposed that Horse Creek Reservoir, North Sterling Reservoir and Lake Thomas remain on the M&E list for DO either because of a minimal sample size (n=1) or due to concerns of the representative nature of the data. The Commission supported the Division's proposal.

Lakes now in attainment with the revised DO standard:

- Upper South Platte Segment 16b, Aurora Reservoir (COSPUS16b)
- Boulder Segment 14, Barker Reservoir (COSPBO14)
- Bear Creek Segment 1c, Bear Creek (COSPBE01C)
- Rio Grande Segment 9, Beaver Creek Reservoir (CORGRG09)
- St. Vrain Segment 7, Boulder Reservoir (COSPSV07)
- Big Thompson Segment 12, Boyd Lake (COSPBT12)
- Upper South Platte Segment 19, Cheesman Reservoir (COSPUS19)
- Cherry Creek Segment 2, Cherry Creek Reservoir (COSPCH02)
- Upper South Platte Segment 19, Elevenmile Reservoir (COSPUS19)
- Big Thompson Segment 12, Horseshoe (Loveland) Lake (COSPBT12)
- Cache la Poudre Segment 14, Horsetooth Reservoir (COSPCP14)
- Big Thompson Segment 14, Lon Hagler Reservoir (COSPBT14)
- Big Thompson Segment 14, Lonetree Reservoir (COSPBT14)
- Big Thompson Segment 12, Lake Loveland (COSPBT12)
- Upper South Platte Segment 22, Marston Reservoir (COSPUS22) - Now identified as Bear Creek Segment 11 (COSPBE11)
- Upper South Platte Segment 16c, Quincy Reservoir (COSPUS16c)
- Upper South Platte Segment 19, Spinney Mountain Reservoir (COSPUS19)
- Yampa River Segment 2b, Stagecoach Reservoir (COUCYA02b)
- Big Dry Segment 2, Standley Lake (COSPBD02)
- Uncompahgre River Segment 14, Sweitzer Reservoir (COGUUN14)

88

BLM_0036530

- Upper South Platte Segment 2a, Tarryall Reservoir (COSPUS02a)
- St. Vrain Segment 9, Union Reservoir (COSPSV09)
- Upper South Platte Segment 23, Vanderbilt Lake, Harvey Lake, Duck Lake (COSPUS23)
- Upper Colorado Segment 5, Wolford Mountain Reservoir (COUCUC05)

The Commission moved the following lakes to the 303(d) List for D.O.:

- Middle South Platte Segment 4, Barr Lake (COSPMS04)
- Middle South Platte Segment 7, Horse Creek Reservoir (COSPMS07)
- Upper South Platte Segment 23, Vanderbilt Lake (COSPUS23)

The Commission retained the following lakes on the M&E List for D.O.:

- Lower South Platte Segment 3, North Sterling Reservoir (COSPLS03)
- St. Vrain Segment 7, Thomas Reservoir (COSPSV07)

10.    Listing of Segments where Water Quality is not Meeting Standards not Identified Above

The following segments or parameters were added to the 303(d) List due to exceedances of water quality standards not identified above:

- Arkansas, Upper Arkansas Segment 20, North Fork Wilson Creek: As (COARUA20)
- Gunnison River, Lower Gunnison Segment 3, Eggleston Reservoir: Fe(Trec) (COGULG03)
- Gunnison River, Lower Gunnison Segment 7, Tongue Creek: Fe(Trec) (COGULG07)
- Gunnison River, Lower Gunnison Segment 13, Crawford Reservoir: D.O. (temperature) (COGULG13)
- Gunnison River, North Fork Gunnison Segment 4, East Muddy Creek: Fe(Trec) (COGUNF04)
- Gunnison River, North Fork Gunnison Segment 6b, Alum Gulch: $SO_4$, Fe(Trec) (COGUNF06b)
- Gunnison River, San Miguel Segment 2, Bear Creek: Cd, Zn(sc) (COGUSM02)
- Gunnison River, San Miguel Segment 2, Howard Fork abv Swamp Gulch: pH, D.O. (COGUSM02)
- Gunnison River, San Miguel Segment 11, Miramonte Reservoir: D.O. (temperature) (COGUSM11)
- Gunnison River, Upper Gunnison Segment 9, Coal Creek: As (COGUUG09)
- Gunnison River, Upper Gunnison Segment 11, Elk Creek: As (COGUUG11)
- Gunnison River, Upper Gunnison Segment 11, Coal Creek: Cd, Zn, As (COGUUG11)
- Gunnison River, Upper Gunnison Segment 12, Coal Creek: Cu (COGUUG12)
- Gunnison River, Upper Gunnison Segment 26, Blue Creek: Cu (COGUUG26)
- Gunnison River, Uncompahgre Segment 4c, Uncompahgre River: Fe(Trec) (COGUUN04c)
- Gunnison River, Uncompahgre Segment 6a, Red Mountain Creek: Ag, Cu (COGUUN06a)
- Gunnison River, Uncompahgre Segment 7, Gray Copper Gulch: Cu (COGUUN007)
- Gunnison River, Uncompahgre Segment 9, Sneffels Creek: Cd, (COGUUN09)
- Gunnison River, Uncompahgre Segment 12, Dry Creek: Fe(Trec) (COGUUN12)
- Gunnison River, Uncompahgre Segment 12, Loutzenhizer Arroyo: Fe(Trec) (COGUUN12)
- Gunnison River, Lower Dolores Segment 5, Roc Creek: Cu, Fe(Trec) (COGULD05)
- Lower Colorado, Lower Colorado Segment 13b, Leach Creek:  E. coli, Fe(Trec) (COLCLC013b)
- Lower Colorado, White River Segment 13c, Yellow Creek: Fe(Trec) (COLCWH13c)

BLM_0036531

- Lower Colorado, White River Segment 14a, Piceance Creek from Willow Creek to Hunter Creek: Fe(Trec) (COLCWH14a)
- San Juan/Dolores Rivers, Animas and Florida Segment 3c, Arrastra Gulch: Cd, Zn COSJAF03c)
- San Juan/Dolores Rivers, Animas and Florida Segment 4a, Animas River: Al(Trec) (COSJAF04a)
- San Juan/Dolores Rivers, La Plata Segment 1, La Plata River: Ag (COSJLP01)
- San Juan/Dolores Rivers, La Plata Segment 4a, E. Mancos River: D.O. (COSJLP04a)
- San Juan/Dolores Rivers, La Plata Segment 4a, Mancos River: D.O. (COSJLP04a)
- San Juan/Dolores Rivers, La Plata Segment 7a, McElmo Creek: Fe(Trec), *E. coli* (COSJLP07a)
- San Juan/Dolores Rivers, La Plata Segment 8a, Mud Creek: Se (COSJLP08a)
- San Juan/Dolores Rivers, La Plata Segment 8a, Trail Canyon: Fe(Trec) (COSJLP08a)
- San Juan/Dolores Rivers, San Juan Segment 6a, Echo Canyon Reservoir:  DO (Temperature) (COSJSJ06a)
- South Platte, Bear Creek Segment 1a, Bear Creek: Temperature (COSPBE01a)
- South Platte, Bear Creek Segment 1e, Bear Creek: Temperature (COSPBE01e)
- South Platte, Cherry Creek Segment 3, Cherry Creek: Fe(Trec) (COSPCH03)
- South Platte, Clear Creek Segment 17b, Ralston Creek: U (COSPCL17b)
- South Platte, Upper South Platte Segment 17a, Smith Lake: $NH_3$ (COSPUS17a)
- South Platte, St. Vrain River Segment 5, Left Hand Creek: Cu (COSPSV05)
- Upper Colorado, Eagle River Segment 9a, Eagle River from Ute Creek to Rube Creek: Temperature (COUCEA09a)
- Upper Colorado, Eagle River Segment 9a, Eagle River from Berry Creek to Squaw Creek: Sediment (COUCEA09a)
- Upper Colorado, North Platte Segment 9, Lake John: D.O. (COUCNP09)
- Upper Colorado, Upper Colorado Segment 2, Willow Creek Reservoir: Mn (COUCUC02)

The following segments or parameters were added to the M&E List where there is a reason to suspect water quality problems, but there is also uncertainty.:

- Arkansas River, Fountain Creek Segment 2a, Fountain Creek: Fe(Trec)
- Gunnison River, Lower Gunnison Segment 3, Eggleston Reservoir: pH, Zn, Fe(Trec) (COGULG03)
- Gunnison River, Lower Gunnison Segment 4a, Callow Creek: *E. coli* (COGULG04a)
- Gunnison River, Lower Gunnison Segment 4a, Peach Valley Creek: Fe(Trec) (COGULG04a)
- Gunnison River, Lower Gunnison Segment 4a, Wells Gulch: pH (COGULG04a)
- Gunnison River, Lower Gunnison Segment 7, Ward Creek: Se (COGULG07)
- Gunnison River, Lower Gunnison Segment 7, Surface Creek: Pb (COGULG07)
- Gunnison River, Lower Gunnison Segment 12, Muddy Creek: *E. coli* (COGULG12)
- Gunnison River, North Fork Gunnison Segment 4, East Muddy Creek: Pb, Se (COGUNF04)
- Gunnison River, North Fork Gunnison Segment 4, Muddy Creek: *E. coli* (May-Oct) (COGUNF04)
- Gunnison River, North Fork Gunnison Segment 4, Island Reservoir: pH, Zn (COGUNF04)
- Gunnison River, North Fork Gunnison Segment 5, Leroux Creek: *E. coli* (COGUNF05)
- Gunnison River, North Fork Gunnison Segment 6a, Unnamed Tributary: Se (COGUNF06a)
- Gunnison River, North Fork Gunnison Segment 6b, Alum Gulch: Fe(Trec) (COGUNF06b)
- Gunnison River, North Fork Gunnison Segment 7, Paonia Reservoir: Zn (COGUNF07)
- Gunnison River, San Miguel Segment 2, Bear Creek: Pb (COGUSM02)
- Gunnison River, San Miguel Segment 2, Cornet Creek: Pb (COGUSM02)

90

- Gunnison River, San Miguel Segment 3b, San Miguel River: Pb (COGUSM03b)
- Gunnison River, San Miguel Segment 4a, San Miguel River: Pb (COGUSM04a)
- Gunnison River, San Miguel Segment 7a, Chapman Creek: Fe(Trec) (COGUSM07a)
- Gunnison River, San Miguel Segment 7a, Iron Bog Creek: pH, D.O. (COGUSM07a)
- Gunnison River, San Miguel Segment 10, Naturita Creek: *E. coli*, D.O. (COGUSM10)
- Gunnison River, San Miguel Segment 12, Mesa Creek: Se (COGUSM12)
- Gunnison River, San Miguel Segment 12, Calamity Draw: D.O. (COGUSM12)
- Gunnison River, San Miguel Segment 12, Specie Creek: D.O. (COGUSM12)
- Gunnison River, Upper Gunnison Segment 4, Taylor River: Pb (COGUUG04)
- Gunnison River, Upper Gunnison Segment 10, Redwell Creek: pH (COGUUG10)
- Gunnison River, Upper Gunnison Segment 15, S. Beaver Creek: Fe(Trec) (COGUUG15)
- Gunnison River, Upper Gunnison Segment 16, Ohio Creek: *E. coli* (COGUUG16)
- Gunnison River, Upper Gunnison Segment 17, Antelope Creek: *E. coli* (COGUUG17)
- Gunnison River, Upper Gunnison Segment 23, Stewart Creek: Fe(Trec) (COGUUG23)
- Gunnison River, Upper Gunnison Segment 26, Mesa Creek: Cu (COGUUG26)
- Gunnison River, Upper Gunnison Segment 31, Palmetto Gulch: Ag (COGUUG31)
- Gunnison River, Uncompahgre Segment 2, Uncompahgre River: Pb (COGUUN02)
- Gunnison River, Uncompahgre Segment 3b, Ridgway Reservoir: Pb, Zn (COGUUN03b)
- Gunnison River, Uncompahgre Segment 4c, Uncompahgre River: Pb (COGUUN04c)
- Gunnison River, Uncompahgre Segment 7, Gray Copper Gulch: pH (COGUUN007)
- Gunnison River, Lower Dolores Segment 2, Dolores River: *E. coli* (COGULD02)
- Gunnison River, Lower Dolores Segment 3a, Disappointment Creek: Se, *E. coli* (COGULD03a)
- Gunnison River, Lower Dolores Segment 4, West Paradox Creek: *E. coli*, Fe(Trec) (COGULD04)
- Gunnison River, Lower Dolores Segment 5, Roc Creek: *E. coli* (COGULD05)
- Lower Colorado, Lower Colorado Segment 4b, South Canyon Hot Springs: Pb (COLCLC04b)
- San Juan/Dolores Rivers, Animas and Florida Segment 3c, Arrastra Gulch: Pb (COSJAF03c)
- San Juan/Dolores Rivers, Animas and Florida Segment 12a, Electra Reservoir: Ag, Zn (COSJAF12a)
- San Juan/Dolores Rivers, Animas and Florida Segment 13a, Junction Creek: Ag, *E. coli* (COSJAF13a)
- San Juan/Dolores Rivers, Upper Dolores Segment 11, Lost Canyon Creek: *E. coli* (COSJDO11)
- San Juan/Dolores Rivers, La Plata Segment 3a, Cherry Creek: Cu (COSJLP03a)
- San Juan/Dolores Rivers, La Plata Segment 4a, E. Mancos River: Pb (COSJLP04a)
- San Juan/Dolores Rivers, La Plata Segment 4a, Mancos River: Cu, Pb (COSJLP04a)
- San Juan/Dolores Rivers, La Plata Segment 8a, Tribs to McElmo Creek: *E. coli* (COSJLP08a)
- San Juan/Dolores Rivers, Piedra Segment 5, Williams Creek Reservoir: pH, Zn, Fe(Trec), D.O. (COSJPI05)
- San Juan/Dolores Rivers, Piedra Segment 8a, Williams Creek: pH, Cu (COSJPI05)
- San Juan/Dolores Rivers, Piedra Segment 6a, Stollsteimer Creek: Fe(Trec), *E. coli* (COSJPI06a)
- San Juan/Dolores Rivers, San Juan Segment 1, Navajo River: *E. coli* (COSJSJ01)
- San Juan/Dolores Rivers, San Juan Segment 5, San Juan River: Pb, (COSJSJ05)
- San Juan/Dolores Rivers, San Juan Segment 6a, San Juan River: Pb, Cu (COSJSJ06a)
- San Juan/Dolores Rivers, San Juan Segment 6a, Echo Canyon Reservoir: pH (COSJSJ06a)
- San Juan/Dolores Rivers, San Juan Segment 9a, Rio Blanco: Ag, Pb (COSJSJ09a)
- San Juan/Dolores Rivers, San Juan Segment 10, Rito Blanco: *E. coli* (COSJSJ10)
- South Platte, Upper South Platte Segment 17a, Rocky Mountain Lake: Cu, DO

BLM_0036533

- (COSPUS17a)
- South Platte, Upper South Platte Segment 23, Huston Lake: *E. coli* (COSPUS23)
- Upper Colorado, Eagle River Segment 9a, Eagle River from Berry Creek to Ute Creek: Temperature (COUCEA09a)
- Upper Colorado, Eagle River Segment 9a, Eagle River from Gore Creek to Berry Creek and from Squaw Creek to Rube Creek: Sediment (COUCEA09a)
- Upper Colorado, Upper Colorado Segment 10c, Fraser River:  Pb (COUCUC10c)

11.  Segments Moved to the 303(d) List

As additional water quality data is collected and assessed, a segment may be moved from the M&E List to the 303(d) List once the non-attainment is confirmed. In general, segments with less than 10 data points will be placed on the M&E List until more data is collected. The following segments and parameters have been moved from the M&E List to the 303(d) List due to additional data collection:

- Arkansas, Upper Arkansas Segment 10, Twin Lake West Cu (COARUA10)
- Gunnison, Lower Gunnison Segment 7, Tongue Creek: Se (COGULG07)
- Gunnison, Uncompahgre Segment 9, Sneffels Creek: Zn (COGUUN09)
- Lower Colorado, White River Segment 11, Rio Blanco Reservoir: pH (COLCWH11)
- South Platte, Boulder Creek Segment 9, Boulder Creek: Aquatic Life Use (COSPBO09)
- South Platte, Big Thompson Segment 11, Carter Lake: As (COSPBT11)
- South Platte, Big Thompson Segment 16, Lake Estes: Pb (COSPBT16)
- South Platte, Cache la Poudre Segment 14, Horsetooth Reservoir: Cu, As (COSPCP14)
- South Platte, Lower South Platte Segment 3, Jackson Reservoir: pH (COSPLS03)
- South Platte, Middle South Platte Segment 4, Barr Lake: D.O. (COSPMS04)
- South Platte, Middle South Platte Segment 7, Horse Creek Reservoir: D.O. (COSPMS07)
- South Platte, St. Vrain Segment 3, St. Vrain Creek from Left Hand Creek confluence to confluence with Boulder Creek: Aquatic Life Use (COSPSV03)
- South Platte, Upper South Platte Segment 17a, Rocky Mountain Lake: pH, Cu (COSPUS17a)
- South Platte, Upper South Platte Segment 17a, Ferril Lake, Smith Lake: pH (COSPUS17a)
- South Platte, Upper South Platte Segment 17a, Duck Lake: pH, $NH_3$ (COSPUS17a)
- South Platte, Upper South Platte Segment 23, Aqua Golf, Overland, Parkfield, and Huston Lakes: pH (COSPUS23)
- South Platte, Upper South Platte Segment 23, Vanderbilt Lake: DO (COSPUS23)

12.  *E. coli* Listings

In June of 2010, the Commission adopted a two-month averaging period for the existing *E. coli* criteria. Evaluation of the E. coli standard is over fixed two-month intervals.  Where adequate data were available two-month intervals were assessed.  Where adequate data were not available data were assessed either seasonally or for the entire period of record.

13.  Lakes and Reservoirs D.O. (temperature) listings

For lakes and reservoirs, the MWAT is assumed to be equivalent to the maximum WAT. When a lake or reservoir is stratified, the upper portion may exceed the applicable temperature standards in the basin regulations, provided that an adequate refuge exists in water below the upper portion. Adequate refuge depends on concurrent attainment within a given profile of the temperature standard and applicable dissolved oxygen standards. Attainment of the temperature standard below the upper portion is based on comparison with individual depths because of the need to verify concurrent attainment with the DO standard. If the refuge is not adequate because of low dissolved

BLM_0036534

oxygen levels, the lake or reservoir will be listed as impaired for dissolved oxygen rather than for temperature.

14.      Site-specific decisions made by the Commission are discussed below.

Eagle River Segments 6, 8 and 9a:

The Division originally proposed to list the following segments in the Eagle River Basin:  the mainstem of Eagle River Segment 9a for sediment, temperature, and Aquatic Life Use impairment, and several tributaries to the Eagle River for impairment of the Aquatic Life Use (Provisional) including Black Gore Creek, Beaver Creek, Lake Creek, Red Sandstone Creek and Gore Creek. Division staff worked with stakeholders in the Eagle River watershed to examine the data and further narrow the issues potentially in dispute.  Through this work additional data was made available.  Based upon the additional data received and reviewed by Division staff, the Division revised its proposal.  In general, parties agreed with the Division's refined proposal for the Aquatic Life Listings in the Eagle River Subbasin.  Eagle River stakeholders opposed the Division's proposal to list the mainstem of the Eagle River (Segment COUCEA09a) for temperature.  They presented an alternative proposal to M & E list a 6-mile long portion of the segment from Berry Creek to Ute Creek.  Evidence presented by the Eagle River Water & Sanitation District showed that the only temperature excursions in this stream reach occurred in the early part of the winter shoulder season and wastewater effluent did not cause the excursions.  The District will continue collecting data and will work with the Division to complete additional analysis to determine whether the temperature excursions are a result of anthropogenic activities in the watershed.  The Commission adopted the Eagle River Basin stakeholders' proposal.

Upper Colorado River Segment 3 (COUCUC03):

Trout Unlimited referenced a report prepared by the Division of Parks and Wildlife (Nehring 2011) which contained significant site-specific macroinvertebrate and other aquatic life information and analysis for the portion of the Colorado River mainstem between Windy Gap Reservoir and its confluence with the Blue River.  The Commission finds that given the fact that there are conflicting MMI scores on this segment, said portion of this segment should be placed on the Monitoring and Evaluation list at this time.

Western Resource Advocates White River Basin:

WRA proposed the addition of White River Segments COLCWH13b, COLCWH13c, COLCWH14a, COLCWH14b, COLCWH15 and COLCWH20 on either the 303(d) or M&E Lists for selenium (COLCWH13b) or total recoverable iron. Following additional data that was submitted by Shell in its Responsive Prehearing Statement, WRA modified its proposal.  WRA supported listing a portion of COLCWH13b, Duck Creek, on the 303(d) List for selenium.  However, the Commission agreed with the Division that the 2008 Statement of Basis and Purpose language in Regulation #37, Classifications and Numeric Standards for the Lower Colorado River Basin, identifies that the four sites used to create the ambient selenium standard should be assessed in aggregate. The Commission supports the Division's position to include COLCWH13c and a portion of COLCWH14a (the mainstem Piceance Creek from Willow Creek to Hunter Creek) for inclusion on the 303(d) List for total recoverable iron.

Southwestern Water Conservation District *E. coli:*

The Commission has placed several stream segments (COGULD02, COGULD03a, COGULD04, COGULD05, COSJAF13a, COSJDO11, COSJLP08a, COSJPI06a, COSJSJ10, and COSJSJ03) on the M&E List for *E. coli* based on data from four or fewer measurements as outlined in the Listing

BLM_0036535

Methodology.  Because of the limited number of data points, the listings were based on either a seasonal or annual geometric mean, rather than the two-month averaging period. As a result, the Commission has concluded that the data at these sites indicate potential impairment of the *E. coli* standard, warranting listing on the M&E List so that additional measurements can be collected.

<u>Lower Colorado Segment 3 (COLCLC03):</u>

Lower Colorado Segment 3 was proposed to be removed from the 303(d) List for selenium impairment due to attainment of standards.  USFWS opposed its removal from the list because the segment is critical habitat for the endangered Colorado pikeminnow and razorback sucker.  The Commission acknowledges the significance of this issue, but given the fact that the segment is in attainment of its selenium standard, the segment should be removed from the list.  If the USFWS feels that the standard is not protective of endangered fish species, the Commission recommends they pursue an alternative standard in the next Colorado basin rulemaking hearing.

<u>Animas River (COSJAF05a):</u>

La Plata Energy Council expressed concern with listing segment COSJAF05a as impaired for manganese.  In segment COSJAF05a there is an actual water supply use in the upper portion of the segment.  However, there is no actual water supply use in the lower reach below the intake to the Animas-La Plata Project.  In 2000, when the Commission adopted the table value criteria for manganese based on secondary water supply standards, the Commission adopted Statement of Basis and Purpose language in Section 31.37(iv)(H) indicating that its action could result in the situation facing La Plata – that is, a segment with a water supply classification but where the only actual water supply use is upstream of point source dischargers.  The Commission determined in 2000 that the appropriate course of action is for the Commission to consider resegmentation of that stream.  Accordingly the Commission encourages La Plata to pursue resegmentation in the Regulation #34 basin rulemaking hearing if they believe it is warranted.

<u>Marston Forebay (COSPUS22 or COSPBE11):</u>

Marston Forebay was listed as Segment COSPUS22 in the 2010 version of Regulation #93, when in fact, it is correctly included in COSPBE11.  Marston Forebay was originally placed on the M&E List in 2010 because dissolved oxygen (DO) concentrations were below the standard in the metalimnion (middle layer of the reservoir).  In 2010, the DO standard was revised in Regulation 31. The current DO standard only applies to the top 0.5-2 meters of the water column, unless assessing for refuge with regards to the temperature standard. When assessing against the revised standard, Marston is now attaining the DO standard, as DO readings are above 6 mg/L in the top 2 meters of the water column on all dates.  As a result, the Division proposed to remove Marston from the M&E List. The Commission agreed with the Division's recommendation and removed Marston from the M&E List for this reason.

Denver Water also requested a finding that Marston is not "waters of the state".  The Commission believes that a Regulation #38 rulemaking hearing is the appropriate forum in which to consider any formal regulatory conclusion regarding this issue.

<u>Ralston Creek (COSPCL17b):</u>

The Division originally placed Ralston Creek on the 303(d) List for impairment of its Water Supply Use-based uranium standard. Cotter Corporation opposed this listing and its high priority listing due to ongoing cleanup work at the Schwartzwalder Mine Site. The Division recognizes that Cotter Corporation is actively addressing non-attainment of the primary drinking water uranium standard in Ralston Creek, and the Division anticipates continued cooperation during development of a

BLM_0036536

Category 4b Plan.  However, pending revisions to the standard, the Commission finds that COSPCL17b should be retained on the 303(d) List in the interim with a high priority.

<u>Wildhorse Creek – Segment COARMA04a:</u>

Bill Thiebaut, District Attorney for the Tenth Judicial District, Colorado submitted an alternative proposal to add selenium to the existing listing for *E.coli* for Wildhorse Creek.  After review of the data submitted, the Division agreed with the alternative proposal.  Pueblo West opposed this listing as data for the middle portion of the segment attains the ambient based selenium chronic standard of 597 ug/L as well as the ambient based acute standard of 708 ug/L.  It has generally not been the practice of the Commission to 303(d) list the majority of a segment except for a portion in the middle. In addition, there was discussion in regards to the appropriateness of the adopted ambient based standard.  Pueblo West has expressed interest in reviewing this standard in a future rulemaking hearing. Until revisions to the standard can be made, the Commission has added the entire segment to the 303(d) List for selenium.

Pueblo West raised concerns about whether the current ambient based selenium standard for Middle Arkansas segment 4a is still the appropriate standard.  This issue was discussed and it was determined that revising the ambient based standard based on new data is not appropriate for this rulemaking but could be addressed in the next basin hearing for Regulation #32 in June 2013.  If the ambient based standard is modified during that proceeding, the appropriateness of the 303(d) listing for this segment would be revisited in the next rulemaking hearing for Regulation #93 in December 2013.  The Commission does not expect that the Division would proceed with development of a TMDL between now and the Regulation #32 hearing in June 2013.

PARTIES TO THE RULEMAKING HEARING

1.    Western Resource Advocates
2.    Bill Thiebaut, District  Attorney for the 10th Judicial District
3.    Colorado Division of Parks and Wildlife
4.    Town of Avon
5.    City of Grand Junction
6.    Eagle River Watershed Council Inc
7.    Town of Vail
8.    Shell Frontier Oil and Gas Inc.
9.    Denver Water
10.   Roaring Fork Conservancy
11.   City of Aurora
12.   Northern Colorado Water Conservancy District
13.   City and County of Denver
14.   City of Colorado Springs and Colorado Springs Utilities
15.   Cripple Creek & Victor Gold Mining Co
16.   MillerCoors, LLC
17.   Seneca Coal Company
18.   Tri-State Generation & Transmission Association
19.   Xcel Energy
20.   Eagle County
21.   City of Boulder
22.   Grand County Districts
23.   Gunnison County
24.   Eagle River Water and Sanitation District
25.   Upper Eagle Regional Water Authority
26.   Vail Corporation

BLM_0036537

27. Northwest Colorado Council of Governments
28. Littleton/Englewood Wastewater Treatment Plant
29. Southeastern Colorado Water Conservancy District
30. Colorado Department of Transportation
31. Pitkin County
32. Upper Gunnison River Water Conservancy District
33. Metro Wastewater Reclamation District
34. Bear Creek Watershed Association
35. Colorado River Water Conservation District
36. Cotter Corporation (N.S.L.)
37. Colorado Oil & Gas Association
38. Gunnison County Stockgrowers Association, Inc.
39. Trout Unlimited
40. Pioneer Natural Resources USA, Inc.
41. XTO Energy, Inc.
42. U.S. Fish and Wildlife Service
43. Colorado Petroleum Association
44. La Plata County Energy Council
45. Dolores Water Conservancy District
46. Southwestern Water Conservation District
47. Pueblo West Metropolitan District
48. Greeley Water & Sewer Department
49. City of Pueblo
50. Environmental Protection Agency
51. North Front Range Water Quality Planning Association
52. Board of County Commissioners of Montrose County
53. Wright Water Engineers, Inc
54. South Platte Coalition for Urban River Evaluation
55. Garfield County
56. Ruedi Water and Power Authority
57. Vail Recreation District
58. National Park Service
59. Town of Norwood, Norwood Water Commission and Norwood Sanitation District

BLM_0036538

# COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT

# WATER QUALITY CONTROL COMMISSION

## 5 CCR 1002-93

## REGULATION #93

## COLORADO'S SECTION 303(D) LIST OF IMPAIRED WATERS AND MONITORING AND EVALUATION LIST

| | |
|---|---|
| ADOPTED: | MARCH 17, 2004 |
| EFFECTIVE: | MAY 3, 2004 |
| ADOPTED: | MARCH 14, 2006 |
| EFFECTIVE: | APRIL 30, 2006 |
| ADOPTED: | MARCH 11, 2008 |
| EFFECTIVE: | APRIL 30, 2008 |
| ADOPTED: | MARCH 9, 2010 |
| EFFECTIVE: | APRIL 30, 2010 |
| ADOPTED: | FEBRUARY 13, 2012 |
| EFFECTIVE: | MARCH 30, 2012 |

# DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT

# WATER QUALITY CONTROL COMMISSION

## 5 CCR 1002-93

## REGULATION #93

## COLORADO'S SECTION 303(D) LIST OF IMPAIRED WATERS AND MONITORING AND EVALUATION LIST

**93.1**    <u>Authority</u>

These regulations are promulgated pursuant to section 25-8-101 et seq C.R.S. as amended, and in particular, 25-8-202 (1) (a), (b), (i), (2) and (6); 25-8-203 and 25-8-204.

**93.2**    <u>Purpose</u>

This regulation establishes Colorado's List of Water-Quality-Limited Segments Requiring Total Maximum Daily Loads ("TMDLs") and Colorado's Monitoring and Evaluation List.

(1)    The list of Water-Quality-Limited Segments Requiring TMDLs fulfills requirements of section 303(d) of the federal Clean Water Act which requires that states submit to the U.S. Environmental Protection Agency a list of those waters for which technology-based effluent limitations and other required controls are not stringent enough to implement water quality standards.

(2)    Colorado's Monitoring and Evaluation List identifies water bodies where there is reason to suspect water quality problems, but there is also uncertainty regarding one or more factors, such as the representative nature of the data. Water bodies that are impaired, but it is unclear whether the cause of impairment is attributable to pollutants as opposed to pollution, are also placed on the Monitoring and Evaluation List. This Monitoring and Evaluation list is a state-only document that is not subject to EPA approval.

**93.3**    <u>Water Bodies Requiring TMDLs or Identified for Monitoring and Evaluation</u>

Only those segments where a Clean Water Section 303(d) Impairment has been determined require TMDLs. For these segments, TMDLs are only required for those parameters that are identified as impairments. Listings marked with an asterisk (*) are carryover from the 1998 303(d) List. Consequently they are all high priority.

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|------|---------------------|---------|-------------------------------------------------|-------------------------------------------|-----------------|
| COAR | Arkansas River Basin | | | | |

1

BLM_0036540

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|---|---|---|---|---|---|
| COARFO01a | Fountain Creek and tributaries above Monument Creek | all | | *E. coli* | H |
| COARFO02a | Fountain Creek, Monument Creek to Hwy 47 | all | Fe(Trec) | *E. coli* | H |
| COARFO02b | Fountain Creek from Hwy 47 to the Arkansas River | all | | *E.coli* (May-October) | H |
| COARFO04 | All tribs to Fountain Creek, which are not on National Forest or Air Force Academy Land | all | | *E.coli* | H |
| COARFO04 | All tribs to Fountain Creek, which are not on National Forest or Air Force Academy Land | Sand Creek | Aquatic Life | | |
| COARFO06 | Monument Creek from National Forest to Fountain Creek | All (for *E. coli*) | | *E.coli* (May-October) | H |
| COARFO07a | Pikeview Reservoir, Willow Springs Ponds #1 and #2 | Willow Springs Ponds #1 & #2 | | Aquatic Life Use (PCE FCA) | M |
| COARLA01a | Arkansas River, Fountain Creek to Colorado Canal headgate | all | | Se, SO$_4$ | L |
| COARLA01b | Arkansas River, Colorado Canal headgate to John Martin Reservoir | all | | Se | L |
| COARLA01c | Arkansas River, John Martin Reservoir to stateline | all | | Se, U | L |
| COARLA04 | Apishapa River, Timpas Creek, Lorencito Canyon | Apishapa River, Timpas Creek | | Se | L |
| COARLA04 | Apishapa River, Timpas Creek, Lorencito Canyon | Timpas Creek | | Fe(Trec) | H |

2

BLM_0036541

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|------|---------------------|---------|------------------------------------------------|-------------------------------------------|-----------------|
| COARLA05b | Trinidad Reservoir, Long Canyon Reservoir, and Lake Dorothey | Trinidad Reservoir | | Aquatic Life Use (Hg Fish Tissue), D.O. (Temperature) | H |
| COARLA07 | Purgatoire River, I-25 to Arkansas River | all | Sediment | Se | L |
| COARLA09a | Mainstem of Adobe Creek and Gageby Creek… | all | | Se | L |
| COARLA09a | Mainstem of Adobe Creek and Gageby Creek… | Horse Creek | | Fe(Trec) | H |
| COARLA09a | Mainstem of Adobe Creek and Gageby Creek… | Adobe Creek | | *E. coli* | H |
| COARLA09b | Apache Creek, Breckenridge Creek, Little Horse Creek, Bob Creek, Wildhorse Creek, Wolf Creek, Big Sandy Creek | all | | Se | L |
| COARLA09c | Rule Creek, Muddy Creek, Caddoa Creek, Clay Creek, Cat Creek… | As specified to right | Zn (Rule Creek) | Fe(Trec), Se (Chicosa Creek) | L |
| COARLA10 | Two Buttes Res., Two Buttes Pond, Hasty Lake, Holbrook Res., Burchfield Lake, Nee-Skah (Queens) Res., Adobe Creek Res., Neeso Pah Res., Nee Nosha Res., Nee Gronda Res. | Adobe Creek Res., Nee Gronda Res | | Se | L |
| COARLA11 | John Martin Reservoir | all | | Se | L |
| COARLA12 | Lake Henry, Lake Meredith | all | | Se | L |
| COARMA04a | Wildhorse Creek | all | $NO_2$ | *E. coli*, Se | H/L |

BLM_0036542

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|------|---------------------|---------|--------------------------------------------------|-------------------------------------------|-----------------|
| COARMA06 | St. Charles River and tributaries, CF&I diversion to Arkansas River | all | U | Se | L |
| COARMA07 | Greenhorn Creek, including all tributiaries, from source to Greenhorn Highline Diversion Dam; Graneros Creek; North Muddy Creek | all | Cu, Zn | | |
| COARMA09 | Greenhorn Creek, including tributaries, from Greenhorn Highline Diversion Dam to the St. Charles River | all | Se | | |
| COARMA10 | Sixmile Creek | all | | Fe(Trec), Se | L |
| COARMA12 | Huerfano River, from Muddy Creek to the Arkansas River | all | | Se | L |
| COARMA14 | Cucharas River, from Walsenburg PWS diversion to the outlet of Cucharas Reservoir | all | | Se | L |
| COARMA16 | Huajatolla Reservoir, Diagre Reservoir, Walsenburg Lower Town Lake, Horseshoe Lake and Martin Lake (Ohem Lake) | Horseshoe Lake | | Aquatic Life Use (Hg Fish Tissue) | H |
| COARMA18a | Boggs Creek | all | | Se, Zn, U | H |
| COARUA05 | All tributaries to the Arkansas River from the source to immediately below the confluence with Browns Creek | Lake Fork below Sugarloaf Dam to the confluence with the Arkansas River | Aquatic Life | | |
| COARUA08b | Iowa Gulch from ASARCO water supply intake to Paddock #1 Ditch (Iowa Ditch) | all | | Cd, Pb, Zn | M |

4

BLM_0036543

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|---|---|---|---|---|---|
| COARUA10 | Mainstem of Lake Creek and all tributaries, lakes and reservoirs from source to Arkansas River (including Twin Lakes Reservoir) | all, excluding Twin Lakes Reservoir | | pH, D.O. | H |
| COARUA10 | Mainstem of Lake Creek and all tributaries, lakes and reservoirs from source to Arkansas River (including Twin Lakes Reservoir) | Twin Lake West | | Cu | H |
| COARUA14b | Tributaries to the Arkansas River, from Pueblo Reservoir to Colorado Canal headgate | Teller Reservoir | Aquatic Life Use (Hg Fish Tissue) | | |
| COARUA15 | Grape Creek including De Weese Res., Texas, Badger, Hayden, Hamilton, Stout and Big Cottonwood Creeks, Newland Creek | De Weese Reservoir | | D.O. | H |
| COARUA20 | Fourmile Creek and tributaries, Cripple Creek to Arkansas River | North Fork Wilson Creek below Independence Mine | | As | |
| COARUA21a | Mainstem of Cripple Creek from the source to a point 1.5 miles upstream of the confluence with Fourmile Creek. | all | | Aquatic Life (provisional) | L |
| COARUA27 | Mainstem of Eightmile Creek, including all tributaries, wetlands, lake and reservoirs, from the source to the mouth of Phantom Canyon; Brush Hollow Reservoir | Brush Hollow Reservoir | | Aquatic Life Use (Hg Fish Tissue), D.O. | H |
| **COGU** | **Gunnison River Basin** | | | | |

5

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|------|--------------------|---------|------------------------------------------------|------------------------------------------|-----------------|
| COGULG02 | Gunnison River, Uncompahgre River to Colorado River | all | Sediment | *E. coli* | H |
| COGULG03 | All tributaries to the Gunnison River which are on national forest lands from the outlet of Crystal Reservoir to the confluence with the Colorado River, | Eggleston Reservoir | pH, Zn, | Fe(Trec) | H |
| COGULG04a | Tributaries to Gunnison River, Crystal Reservoir to Colorado River | Callow Creek | $SO_4$, *E. coli* | | |
| COGULG04a | Tributaries to Gunnison River, Crystal Reservoir to Colorado River | Cummings Gulch | $SO_4$ | | |
| COGULG04a | Tributaries to Gunnison River, Crystal Reservoir to Colorado River | Whitewater Creekfrom below Brandon Ditch to confluence with Gunnison River | | $SO_4$, Mn (WS) | L |
| COGULG04a | Tributaries to Gunnison River, Crystal Reservoir to Colorado River | Wells Gulch | pH | | |
| COGULG04a | Tributaries to Gunnison River, Crystal Reservoir to Colorado River | Peach Valley Creek | Fe(Trec), $SO_4$ | | |
| COGULG04b | All lakes and reservoirs tributary to the Gunnison River and not on national forest lands from the outlet of Crystal Reservoir to the Colorado River | Kannah Creek | $SO_4$ | | |

6

BLM_0036545

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|------|--------------------|---------|------------------------------------------------|-------------------------------------------|-----------------|
| COGULG04b | All lakes and reservoirs tributary to the Gunnison River and not on national forest lands from the outlet of Crystal Reservoir to the Colorado River | Jatz Bottomlands | Se | | |
| COGULG07 | Surface, Ward, Tongue, Youngs, and Kiser Creeks not on USFS land | Tongue Creek | | Se, Fe(Trec) | M |
| COGULG07 | Surface, Ward, Tongue, Youngs, and Kiser Creeks not on USFS land | Ward Creek | Se | | |
| COGULG07 | Surface, Ward, Tongue, Youngs, and Kiser Creeks not on USFS land | Surface Creek | Pb | | |
| COGULG09 | Fruitgrowers Reservoir | all | | D.O. | H |
| COGULG11a | Tributaries to the Smith Fork | Lunch Creek | sediment | | |
| COGULG12 | All tributaries to the Smith Fork which are not on national forest lands | Muddy Creek | *E. coli* | | |
| COGULG13 | Crawford Reservoir | all | | D.O. (Temperature) | H |
| COGUNF04 | All tributaries to the North Fork of the Gunnison River Muddy Creek to Coal Creek; all tributaries to the North Fork of the Gunnison including the Grand Mesa Lakes which are on national forest lands | East Muddy Creek | Pb, Se | Fe(Trec) | H |

7

BLM_0036546

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|---|---|---|---|---|---|
| COGUNF04 | All tributaries to the North Fork of the Gunnison River Muddy Creek to Coal Creek; all tributaries to the North Fork of the Gunnison including the Grand Mesa Lakes which are on national forest lands | Muddy Creek | *E. coli (May-Oct)* | | |
| COGUNF04 | All tributaries to the North Fork of the Gunnison River Muddy Creek to Coal Creek; all tributaries to the North Fork of the Gunnison including the Grand Mesa Lakes which are on national forest lands | Island Reservoir | pH, Zn | | |
| COGUNF06a | Tributaries to N. Fork of Gunnison River not on USFS property | Unnamed tributary to North Fork Gunnsion River near Hotchkiss | Se | | |
| COGUNF06a | Tributaries to the North Fork of the Gunnison not on USFS lands | Coal Gulch, Hawksnest Creek, Gribble Gulch | Fe(Trec) | | |
| COGUNF06b | Bear Creek, Reynolds Creek, Bell Creek, McDonald Creek, Cottonwood Creek, Love Gulch, Cow Creek, Dever Creek, German Creek, Miller Creek, Stevens Gulch, Big Gulch, Stingley Gulch and Alum Gulch not on national forest lands from the source to the North Fork of the Gunnison River | Cottonwood Creek | Fe(Trec), Mn(WS), $SO_4$ | | |

8

BLM_0036547

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|---|---|---|---|---|---|
| COGUNF06b | Bear Creek, Reynolds Creek, Bell Creek, McDonald Creek, Cottonwood Creek, Love Gulch, Cow Creek, Dever Creek, German Creek, Miller Creek, Stevens Gulch, Big Gulch, Stingley Gulch and Alum Gulch not on national forest lands from the source to the North Fork of the Gunnison River | Alum Gulch | Fe(Trec) | $SO_4$ | M |
| COGUNF07 | Paonia Reservoir | all | Zn | | |
| COGUSM02 | Tributaries to the San Miguel River from the source to Leopard Creek | Bear Creek | Pb | Cd, Zn(sc) | H |
| COGUSM02 | Tributaries to the San Miguel River from the source to Leopard Creek | Cornet Creek | Pb | | |
| COGUSM02 | Tributaries to the San Miguel River from the source to Leopard Creek | Howard Fork above Swamp Canyon | | pH, D.O. | H |
| COGUSM03b | Mainstem of the San Miguel River Marshall Creek to South Fork San Miguel River. | all | Pb | | |
| COGUSM04a | Mainstem of the San Miguel River from the South Fork of the San Miguel to below the CC ditch. | From South Fork San Miguel to confluence with Leopard Creek | Pb | | |
| COGUSM06a | Ingram Creek, source to San Miguel River | all | Mn, Cu | | |
| COGUSM06b | Marshall Creek, source to San Miguel River | all | Cu | | |

9

BLM_0036548

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|---|---|---|---|---|---|
| COGUSM07a | Mainstem of Howard Fork and tributaries Swamp Gulch the South Fork of the San Miguel. | Chapman Creek | Fe(Trec) | | |
| COGUSM07a | Mainstem of Howard Fork and tributaries Swamp Gulch the South Fork of the San Miguel. | Iron Bog Creek | pH, D.O. | | |
| COGUSM08 | Mainstem of South Fork of San Miguel River from the Howard and Lake Forks to the San Miguel River. | all | Mn(WS) | | |
| COGUSM10 | Mainstem of Naturita Creek from the Uncompahgre National Forest boundary to its confluence with the San Miguel River, and Gurley Reservoir; Tabeguache Creek from its source to the confluence with San Miguel River. | Naturita Creek | D.O., *E. coli* | | |
| COGUSM11 | West Fork of Naturita Creek, Miramonte Reservoir, the mainstem of Beaver, Horsefly and Saltado Creeks from the Uncompahgre National Forest boundary to their confluence with the San Miguel River. | Miramonte Reservoir | | D.O. (Temperature) | H |
| COGUSM12 | All tributaries to the San Miguel River from the confluence of Leopard Creek to the Dolores | Mesa Creek | Se | | |
| COGUSM12 | All tributaries to the San Miguel River from the confluence of Leopard Creek to the Dolores | Calamity Draw, Specie Creek | D.O. | | |

BLM_0036549

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|---|---|---|---|---|---|
| COGUSM12 | All tributaries to the San Miguel River from the confluence of Leopard Creek to the Dolores | Maverick Draw | | Aquatic Life (provisional) | L |
| COGUUG04 | Mainstem of the Taylor River from the source to the confluence with the Gunnison River | Taylor River | Pb | | |
| COGUUG06b | Cement Creek and all its tributaries and all lakes, reservoirs, and wetlands in the East River Drainage tributary to Segment 6a. | Cement Creek | | Aquatic Life (provisional) | L |
| COGUUG07 | Slate River from source to Coal Creek | Below Oh-Be-Joyful Creek | | Zn(sculpin) | H |
| COGUUG08 | Slate River, Coal Creek to East River | all | Aquatic Life | Cd, Zn | H |
| COGUUG09 | All tributaries to the Slate River | Coal Creek | | As | H |
| COGUUG10 | Oh-Be-Joyful Creek and tributaries from wilderness to Slate River | all | | Cd, Cu, Pb, Zn | H |
| COGUUG10 | Oh-Be-Joyful Creek and tributaries from wilderness to Slate River | Redwell Creek | pH | | |
| COGUUG11 | Coal Creek from Elk Creek to Crested Butte water supply intake, plus Elk Creek | Elk Creek | | Cd, Pb, Zn, As | H |
| COGUUG11 | Coal Creek from Elk Creek to Crested Butte water supply intake, plus Elk Creek | Coal Creek | | Cd, Zn, As, Mn(WS) | H |

11

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|------|---------------------|---------|-------------------------------------------------|-------------------------------------------|-----------------|
| COGUUG12 | Coal Creek and tributaries from Crested Butte water supply intake to Slate River | Coal Creek | | Cd, Zn, Cu | H |
| COGUUG15 | Tributaries to the Gunnison River from the confluence of the East and Taylor Rivers to the inlet of Blue Mesa Reservoir | S. Beaver Creek | Mn (WS), Fe (Dis), Fe(Trec), | Aquatic Life (provisional) | L |
| COGUUG16 | Ohio Creek and tributaries source to Gunnison River | Ohio Creek | *E. coli* | | |
| COGUUG17 | Antelope Creek and tributaries source to Gunnison River | all | Mn (WS), *E. coli* | | |
| COGUUG23 | Mainstem of Cochetopa Creek and tributaries, from the source to a point immediately below the confluence with West Pass Creek | Stewart Creek | Fe(Trec) | | |
| COGUUG23 | Mainstem of Cochetopa Creek and tributaries, from the source to a point immediately below the confluence with West Pass Creek | Cochetopa Creek | Fe(Dis) | | |
| COGUUG24 | Mainstem of Cochetopa Creek from West Pass Creek to Tomichi Creek | Cochetopa Creek from Forest Road 3076/Co. Rd. 43 to the confluence with Tomichi Creek | | Aquatic Life (provisional) | L |

BLM_0036551

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|---|---|---|---|---|---|
| COGUUG26 | All tributaries, from the source, to those waters described in segment 25 including all lakes, reservoirs (including Silver Jack Reservoir), and wetlands, which are on Gunnison and Uncompahgre National Forest lands or which flow into or are present within Curecanti National Recreation Area | Blue Creek | Cu | | |
| COGUUG29a | Lake Fork of the Gunnison River and tributaries from source to Blue Mesa Reservoir | Deadman Creek | | pH, Cd, Cu, Mn, Zn, Se, Fe (Trec), Fe (Dis) | H |
| COGUUG29a | Mainstem of the Lake Fork of the Gunnison and tributaries from the source to Blue Mesa Reservoir | Lake Fork of the Gunnison River between Cooper and Silver Creek | | Mn (WS), Aquatic Life (provisional) | H |
| COGUUG31 | Palmetto Gulch | all | Cu, Ag | | |
| COGUUG32 | North Fork of Henson Creek and tributaries from source to Henson Creek | all | | Mn (WS) | L |
| COGUUN02 | Mainstem of the Uncompahgre River from the source at Como Lake to a point immediately above the confluence with Red Mountain Creek. | all | Pb | Mn (WS) | L |
| COGUUN03b | Ridgway Reservoir | all | Pb, Zn | | |
| COGUUN04a | Uncompahgre River, HWY 90 to La Salle Road | all | sediment | | |

13

BLM_0036552

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|------|---------------------|---------|--------------------------------------------------|-------------------------------------------|-----------------|
| COGUUN04b | Uncompahgre River, La Salle Road to Confluence Park | all | sediment | | |
| COGUUN04c | Uncompahgre River, Confluence Park to Gunnison River | all | Sediment, Pb | Fe(Trec) | H |
| COGUUN06a | Mainstem of Red Mountain Creek from the source to immediately above the confluence with the East Fork of Red Mountain Creek. | all | | Ag, Cu | M |
| COGUUN07 | Gray Copper Gulch from source to Red Mountain Creek | all | Fe(Trec), pH | Cu | M |
| COGUUN08 | Mineral Creek, source to Uncompahgre River | all | Cu, Zn | | |
| COGUUN09 | Canyon Creek, Imogene Creek, Sneffels Creek | Sneffels Creek | | Cd, Zn | H |
| COGUUN09 | Canyon Creek, Imogene Creek, Sneffels Creek | Canyon Creek | Pb | | |
| COGUUN10 | All tributaries to the Uncompahgre River from Dexter Creek to the South Canal | Alkali Creek | Se | | |
| COGUUN11 | Coal, Dallas, Cow, Billy, Onion, Beaton, Beaver and Pleasant Valley Creeks | Billy Creek, Onion Creek | Se | | |
| COGUUN11 | Coal, Dallas, Cow, Billy, Onion, Beaton, Beaver and Pleasant Valley Creeks | Deer Creek | | Aquatic Life (provisional) | L |

14

BLM_0036553

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|---|---|---|---|---|---|
| COGUUN11 | Coal, Dallas, Cow, Billy, Onion, Beaton, Beaver and Pleasant Valley Creeks | Cow Creek | $SO_4$ | | |
| COGUUN12 | Tributaries to Uncompahgre River, South Canal to Gunnison River | Dry Creek, Loutzenhizer Arroyo | | Fe(Trec) | H |
| COGUUN14 | Sweitzer Lake | all | | Se* | H |
| COGUUN15b | Dry Creek from East and West Forks to Coalbank Canyon Creek | Dry Creek Watershed | sediment | | |
| COGULD02 | Dolores River from Little Gypsum Valley bridge to Colorado/Utah border | all | *E. coli* | Fe(Trec) | H |
| COGULD03a | All tributaries to the Dolores River from the bridge at Bradfield Ranch to the Colorado/Utah border. | Disappointment Creek | Se, *E. coli* | | |
| COGULD04 | Mainstem of West Paradox Creek from the source to the confluence with the Dolores River. Mainstem and all tributaries to Blue Creek from the source to the confluence with the Dolores River. | West Paradox Creek | *E. coli*, Fe(Trec) | | |
| COGULD05 | Mainstem of West Creek from the source to the confluence with the Dolores River; Roc Creek; La Sal Creek and Mesa Creek from their sources to their confluences with Dolores River. | Roc Creek | *E. coli* | Cu, Fe(Trec) | H |
| **COLC** | **Lower Colorado River Basin** | | | | |

15

BLM_0036554

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|---|---|---|---|---|---|
| COLCLC01 | Colorado River, Roaring Fork River to Rifle Creek | all | sediment | | |
| COLCLC02a | Colorado River, Rifle Creek to Rapid Creek | all | sediment | | |
| COLCLC02b | Colorado River, Rapid Creek to Gunnison River | Humphrey Backwater area | | Se | M |
| COLCLC02b | Colorado River, Rapid Creek to Gunnison River | all | Sediment | | |
| COLCLC04a | Tributaries to Colorado River, Roaring Fork to Parachute Creek except for specific segments | all | | Se | M |
| COLCLC04a | Tributaries to Colorado River, Roaring Fork to Parachute Creek Exc. specific segments | Alkali Creek | *E.coli*, Cu, Fe(Trec), Pb, Zn | | |
| COLCLC04b | South Canyon Hot Springs | all | D.O., Pb | | |
| COLCLC04c | South Canyon Creek | all | Cu, Se, *E. coli* (May-Oct) | | |
| COLCLC10 | East Rifle Creek, West Rifle Creek and Rifle Creek, including tributaries from Rifle Gap to the Colorado River | West Rifle Creek | Fe(Trec) | | |
| COLCLC10 | East Rifle Creek, West Rifle Creek and Rifle Creek, including tributaries from Rifle Gap to the Colorado River | all | *E.coli* | Se | L |

16

BLM_0036555

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|---|---|---|---|---|---|
| COLCLC13b | Tributaries to Colorado River from Government Highline Canal Diversion to Salt Creek | Salt Creek | | sediment | L |
| COLCLC13b | Tributaries to Colorado River from Government Highline Canal Diversion to Salt Creek | all | | Se | M |
| COLCLC13b | Tributaries to Colorado River from Government Highline Canal Diversion to Salt Creek | Adobe Creek, Leach Creek | | *E.coli*, Fe(Trec) | H |
| COLCLC13b | Tributaries to Colorado River, Government Highline Canal to Salt Creek Exc. specific segments | Indian Wash | Fe(Trec) | | |
| COLCLC13c | Walker Wildlife Area Ponds | all | | Se | M |
| COLCLC14b | Clear Creek from Tom Creek to Roan Creek. Roan Creek, including tributaries from Clear Creek to Kimball Creek | all | *E.coli*, Fe(Trec) | | |
| COLCLC14c | Mainstem of Roan Creek including all tributaries from Kimball Creek to the Colorado River | Dry Fork | | Se | L |
| COLCLC15 | Plateau Creek, including tributaries from source to Hwy 330 Bridge.  Kimball Creek, Grove Creek, Big Creek, Cottonwood Creek, Bull Creek, Spring Creek, Coon Creek and Mesa Creek. | all | Fe(Trec), Se | | |

BLM_0036556

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|---|---|---|---|---|---|
| COLCLC19 | Lakes and reservoirs tributary to the Colorado River, Parachute Creek to the Colorado/Utah border. | See specifics to the right. | Se (Maggio Pond, Peters Ponds 1, 2, 3, & 4) | Se (West Pond Orchard Mesa Wildlife Area) | H |
| COLCLC20 | Rifle Gap Reservoir, Harvey Gap Reservoir and Vega Reservoir | Rifle Gap Reservoir | | Aquatic Life Use (Hg Fish Tissue) | H |
| COLCLY02 | Yampa River, Elkhead Creek to Green River | all | sediment | Fe(Trec) | H |
| COLCLY03c | Milk Creek and tributaries from CR 15 to the Yampa | Stinking Gulch | Cu, Fe(Trec), Se, Zn | | |
| COLCLY03e | Good Spring Creek above Wilson Reservoir | Wilson Creek | Se | | |
| COLCLY05 | Fortification Creek from North and South Fork to the Yampa River | all | | Se | L |
| COLCLY07 | Little Bear Creek, including all tributaries from source to Dry Creek | all | Cu, Zn | | |
| COLCLY16 | Little Snake River from Power Wash to the Yampa River | all | sediment | | |
| COLCLY18 | Slater Creek, including tributaries from source to Second Creek | all | *E. coli*, Fe (Trec),Se | | |

BLM_0036557

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|---|---|---|---|---|---|
| COLCLY22a | Mainstem of Vermillion Creek, including all tributaries and wetlands, from the Colorado/Wyoming border to a point just below the confluence with Talamantes Creek. | Talamantes Creek | | Aquatic Life (provisional) | L |
| COLCLY22c | Vermillion Creek from Hwy 318 to Green River | all | *E.coli*, Fe(Trec) | | |
| COLCWH07 | Mainstem of the White River from a point above the confluence with Miller Creek to a point immediately above the confluence with Piceance Creek | White River, blw Meeker | Cu | | |
| COLCWH09a | Tributaries to the White River from North and South Forks to Piceance Creek not within the boundary of national forest lands except segments 9b and 10b. | Strawberry Creek | Cu, Zn | | |
| COLCWH09d | Sulfur Creek and tributaries from Source to White River. Flag Creek and tributaries from the East Fork of Flag Creek to the White River | all | | Se | L |
| COLCWH10b | Mainstem of Big Beaver Creek, Miller Creek, and North Elk Creek, including tributaries, from their boundaries with the national forest lands to their confluences with the White River. Mainstem of Coal Creek, including all tributaries from the source to the confluence with the White River | Coal Creek | Se | | |

19

BLM_0036558

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|---|---|---|---|---|---|
| COLCWH11 | Rio Blanco Reservoir | Rio Blanco Reservoir | | pH | H |
| COLCWH13b | Mainstem of Yellow Creek from the source to the confluence with Barcus Creek. All tributaries to Yellow Creek from the source to the White River | Duck Creek | Aquatic Life | | |
| COLCWH13c | Mainstem of Yellow Creek from immediately below the confluence with Barcus Creek to the confluence with the White River. | All | | Fe (Trec), Aquatic Life | L |
| COLCWH14a | Mainstem of Piceance Creek from the source to a point just below the confluence with Hunter Creek | Willow Creek to Hunter Creek | | Fe(Trec) | H |
| COLCWH15 | Mainstem of Piceance Creek from Ryan Gulch to the confluence with the White River. The Dry Fork of Piceance Creek, from Little Reigan Gulch to Piceance Creek. | Piceance Creek | | Aquatic Life (provisional) | L |
| COLCWH16 | All tributaries to Piceance Creek, including all wetlands, lakes and reservoirs, from the source to the confluence with the White River | Ryan Gulch | *E.coli* | | |
| COLCWH20 | Mainstems of Black Sulphur Creek from the source to Piceance Creek. | Black Sulphur Creek | | Aquatic Life (provisional) | L |

20

BLM_0036559

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|------|-------------------|---------|-------------------------------------------------|-------------------------------------------|-----------------|
| COLCWH22 | Tributaries to White River, Douglas Creek to Colorado/Utah border | West Evacuation Wash, Douglas Creek | | sediment | L |
| COLCWH23 | Mainstem of East Douglas Creek and West Douglas Creek including all tributaries from their sources to the confluence | East Douglas Creek | Fe(Trec) | | |
| COLCWH23 | Mainstem of East Douglas Creek and West Douglas Creek including all tributaries from their sources to the confluence | West Douglas Creek | | Aquatic Life (provisional) | L |
| **CORG** | **Rio Grande River Basin** | | | | |
| CORGAL02 | Alamosa River, from source to confl with Alum Creek | Tribs to lower Iron Ck | | pH, Cu, Zn, Fe(Trec) | H |
| CORGAL02 | Alamosa River, from source to confluence with Alum Creek | All, except for the tributaries to Lower Iron Creek | pH, Fe(Trec) | | |
| CORGAL03b | Alamosa River, from Wightman Fork to Fern Creek | Above Jasper Creek | Se | Cd | H |
| CORGAL03d | Alamosa River, from Ranger Creek to Terrace Res. | all | | Al | H |
| CORGAL08 | Terrace Reservoir | all | | Fe(Trec) | M |
| CORGAL11 | La Jara Creek including tributaries, wetlands, lakes and reservoirs from source to Hot Creek | La Jara Reservoir | pH | D.O. | H |
| CORGAL13 | Hot Creek from source to La Jara Creek | all | | Fe(Trec) | H |

21

BLM_0036560

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|---|---|---|---|---|---|
| CORGAL14 | Conejos River including tributaries, wetlands, lakes, and reservoirs from source to Fox Creek | Platoro Reservoir | pH | | |
| CORGAL20 | Rio Grande, tribs within the Rio Grande Forest | all | pH, Cu,Cd, Fe(Trec), Mn, Zn | | |
| CORGCB02 | La Garita Creek, source to 38 Rd, Carnero Creek, source to 42 Rd | La Garita Creek | Fe(Trec) | | |
| CORGCB05 | San Luis Creek, from Piney Creek to San Luis Lake | Lower San Luis Creek | D.O. | | |
| CORGCB06 | San Luis Lake | all | | $NH_3$, Fe(Trec) | H |
| CORGCB08 | Kerber Creek, source to abv Cocomongo Mill Site, Squirrel Creek from source to abv Bear Creek. Brewery Creek from source to Elkhorn Gulch | Squirrel Creek | Cd, Cu, Zn, Fe(Trec) | | |
| CORGRG02 | Rio Grande River, source to Willow Creek | South Clear Creek | Fe(Trec), | | |
| CORGRG04 | Rio Grande River, Willow Creek to Alamosa County line | Del Norte to county line | | Cu | H |
| CORGRG05 | All tributaries to the Rio Grande River, abv Willow Creek to Del Norte | Nelson Creek | Cd, Cu, Pb, Mn, Zn, pH | | |
| CORGRG07 | West Willow Creek, East Willow Creek, Willow Creek and tributaries | Nelson Creek, West Willow Creek below Nelson Creek to East Willow Creek | | pH | H |

22

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|---|---|---|---|---|---|
| CORGRG12 | Mainstem of the Rio Grande from the Rio Grande/Alamosa County line to the Old State Bridge east of Lobatos (Conejos County Road G). | all | | Aquatic Life (provisional) | L |
| CORGRG13 | Rio Grande River, Conejos County Road G to Colorado/New Mexico border | all | sediment | | |
| CORGRG27 | Smith Reservoir | Smith Reservoir | pH | | |
| CORGRG28 | Rito Seco, from source to Salazar Reservoir | Upper Rito Seco blw Battle Mtn | | *E.coli* | H |
| CORGRG30 | Culebra Creek, including all tributaries, lakes, and reservoirs from HWY 159 to the Colorado/New Mexico border | Sanchez Reservoir | | D.O. | H |
| **COSJ** | **San Juan River Basin** | | | | |
| COSJAF03c | Arrastra Gulch including all lakes, tributaries, and wetlands from the source to the confluence with the Animas River. | all | Pb | Cd, Zn | M |
| COSJAF04a | Mainstem of the Animas River from a point immediately above the confluence with Mineral Creek to a point immediately above the confluence with Deer Park Creek. | all | | Al(Trec) | M |

23

BLM_0036562

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|---|---|---|---|---|---|
| COSJAF05a | Mainstem of the Animas River, including wetlands, from Bakers Bridge to the Southern Ute Indian Reservation boundary. | all | | Mn(WS) | L |
| COSJAF12a | All tributaries to the Animas River, from a point immediately above the confluence with Elk Cr. to a point immediately below the confluence with Hermosa Cr. All tributaries to the Florida from the source to the outlet of Lemon Reservoir Mainstems of True, Red and Shearer Creeks from their sources to their confluences with the Florida River. | Electra Reservoir | Ag, Zn | | |
| COSJAF13a | Mainstem of Junction Creek including all tributaries, from U.S. Forest Boundary to confluence with Animas River. | Junction Creek | Ag, *E. coli* | | |
| COSJDO04b | McPhee Reservoir and Summit Reservoir | McPhee Reservoir | | Aquatic Life Use(Hg* Fish Tissue) | H |
| COSJDO11 | All tributaries to the Dolores River, from the confluence of the West Dolores River, to the bridge at Bradfield Ranch (Forest Route 505, near Montezuma/Dolores County Line | Lost Canyon Creek | *E. coli* | | |
| COSJLP01 | Mainstem of the La Plata River, from the source to the Hay Gulch diversion south of Hesperus. | All | | Ag | H |

24

BLM_0036563

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|---|---|---|---|---|---|
| COSJLP03a | All Tributaries to the La Plata River from Hay Gulch to the Southern Ute Indian reservation boundary | Cherry Creek | Cu | Fe(Trec) | H |
| COSJLP04a | Mancos River and tributaries above HWY 160 | E. Mancos River | Pb | Cu,D.O., Mn (WS) | H |
| COSJLP04a | Mancos River and tributaries above HWY 160 | Mancos River | Cu, Pb | D.O., | H |
| COSJLP07a | Mainstem of McElmo Creek from the source to the Colorado/Utah border; Mainstem of Yellow Jacket Creek from the source to the confluence with McElmo Creek. | McElmo Creek | | Fe-Trec, *E. coli* | H |
| COSJLP08a | Tributaries to McElmo Creek | Mud Creek | | Se | M |
| COSJLP08a | Tributaries to McElmo Creek | Hartman Draw | Fe(Trec) | | |
| COSJLP08a | Tributaries to McElmo Creek | Trail Canyon | | Fe(Trec) | M |
| COSJLP08a | Tributaries to McElmo Creek | all | *E. coli* | | |
| COSJLP11 | Narraguinnep, Puett, and Totten Reservoir | Narraguinnep Reservoir, Totten Reservoir | | Aquatic Life Use(Hg* Fish Tissue) | H |
| COSJPI05 | All tributaries to the Piedra River, including all wetlands, lakes and reservoirs, from the boundary of the Weminuche Wilderness Area to a point immediately below the confluence with Devil Creek. Williams Creek Reservoir. | Williams Creek Reservoir | pH, Zn, Fe(Trec), D.O. | | |

25

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|---|---|---|---|---|---|
| COSJPI05 | All tributaries to the Piedra River, from the boundary of the Weminuche Wilderness Area to the confluence with Devil Creek. Williams Creek Reservoir. | Williams Creek | pH, Cu | | |
| COSJPI06a | Tributaries to the Piedra River | Stollsteimer Creek above Southern Ute Boundary | Sediment, *E. coli*, Fe(Trec), $SO_4$ | | |
| COSJPN03 | Vallecito Reservoir | Vallecito Reservoir | | Aquatic Life Use (Hg Fish Tissue) | H |
| COSJSJ01 | Mainstem of the Navajo River and the Little Navajo River from the boundary of the South San Juan Wilderness Area to the Colorado/New Mexico border | Navajo River | *E. coli* | | |
| COSJSJ03 | Little Navajo River, including tributaries from the San Juan-Chama diversion to the San Juan River | all | *E.coli* | | |
| COSJSJ05 | Mainstem of the San Juan River and the East Fork and West Fork of the San Juan River, from the boundary of the Weminuche Wilderness Area (West Fork) and the source (East Fork) to Fourmile Creek | Mainstem | Pb | | |
| COSJSJ06a | San Juan River from Fourmile Creek to Southern Ute Indian Reservation.  Mill Creek from source to San Juan River.  Echo Canyon Reservoir. | San Juan River | Pb, Cu | | |

26

BLM_0036565

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|---|---|---|---|---|---|
| COSJSJ06a | San Juan River from Fourmile Creek to Southern Ute Indian Reservation.  Mill Creek from source to San Juan River.  Echo Canyon Reservoir. | Echo Canyon Reservoir | pH | D.O. (Temperature)<br><br>Aquatic Life Use (Hg Fish Tissue) | H |
| COSJSJ08 | Navajo Reservoir | Navajo Reservoir | Aquatic Life Use (Hg Fish Tissue) | | |
| COSJSJ09a | Mainstem of the Rio Blanco from the boundary of South San Juan Wilderness Area to the Southern Ute Indian Reservation boundary, | | Ag, Pb | | |
| COSJSJ10 | Mainstem of the Rito Blanco River from Echo Ditch to the confluence with the Rio Blanco River. | | *E. coli* | | |
| **COSP** | **South Platte River Basin** | | | | |
| COSPBD01 | Mainstem of Big Dry Creek, including all tributaries, lakes, reservoirs and wetlands, from the source to the confluence with the South Platte River | all | | *E. coli*,<br><br>Se (4/1 thru 10/31) | H/L |
| COSPBE01a | Mainstem of Bear Creek from the boundary of the Mt. Evans Wilderness area to the inlet of Evergreen Lake. | Witter Gulch to inlet of Evergreen Lake | | Temperature, Aquatic Life (provisional) | H |
| COSPBE01c | Bear Creek Reservoir | all | | Chl-*a*, phosphorus | H |
| COSPBE01e | Mainstem of Bear Creek from the outlet of Evergreen Lake to the Harriman Ditch. | All | Aquatic Life | | |

BLM_0036566

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|------|-------------------|---------|------------------------------------------------|-------------------------------------------|-----------------|
| COSPBE01e | Mainstem of Bear Creek from the outlet of Evergreen Lake to the Harriman Ditch. | From the outlet of Evergreen Lake to Kerr/Swede Gulch | | Temperature | H |
| COSPBE02 | Bear Creek below Bear Creek Reservoir to South Platte River | Below Kipling Parkway (CO 390) | Aquatic Life | *E.coli* (May-Oct) | H |
| COSPBE05 | Swede, Kerr, Sawmill, Troublesome and Cold Springs Gulches and Cub Creek | Swede/Kerr Gulch | | *E.coli* | L |
| COSPBO01 | All tribs to Boulder Creek within the Indian Peaks Wilderness Area | all | Pb, Zn | | |
| COSPBO02a | Mainstem of Boulder Creek,from the boundary of the Indian Peaks Wilderness Area to a point immediately below the confluence with North Boulder Creek | all | Cd, Cu | | |
| COSPBO02b | Boulder Creek, from below the confluence with North Boulder Creek to above the confluence with South Boulder Creek | all | Cd, Cu | | |
| COSPBO03 | Mainstem of Middle Boulder Creek from source to the outlet of Barker Reservoir | all | Cd, Cu | | |
| COSPBO07b | Coal Creek, HWY 36 to Boulder Creek | all | Aquatic Life | *E. coli* | H |
| COSPBO08 | All tribs to South Boulder Creek and all tribs to Coal Creek | Rock Creek | *E. coli,* | Se | M |

28

BLM_0036567

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|------|---------------------|---------|--------------------------------------------------|---------------------------------------------|-----------------|
| COSPBO09 | Mainstem of Boulder Creek, from South Boulder Creek to Coal Creek | all | Cd, As | | |
| COSPBO09 | Mainstem of Boulder Creek, from South Boulder Creek to Coal Creek | From 107th Street to the confluence with Coal Creek | | Aquatic Life (provisional) | L |
| COSPBO10 | Boulder Creek, Coal Creek to St. Vrain Creek | all | Aquatic Life, Cd | E. coli | H |
| COSPBO14 | Lakes and reservoirs tributary to Boulder Creek from source to South Boulder Creek. | Barker Reservoir | Cd, Cu | | |
| COSPBO15 | South Boulder Creek and tributaries from source to outlet of Gross Reservoir | Gross Reservoir | Aquatic Life Use (Hg Fish Tissue) | | |
| COSPBT01 | Mainstem of the Big Thompson River, including all tributaries and wetlands, within Rocky Mountain National Park. | All | | Cu | H |
| COSPBT02 | Big Thompson River and tribs, RMNP to Home Supply Canal diversion | Fish Creek below Marys Lake | | pH | H |
| COSPBT02 | Big Thompson River and tribs, RMNP to Home Supply Canal diversion | all | Sulfide | Cu, Cd, Zn, temperature | H |
| COSPBT03 | Mainstem of the Big Thompson River from the Home Supply Canal diversion to the Big Barnes Ditch diversion. | All | | Cu | M |

BLM_0036568

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|---|---|---|---|---|---|
| COSPBT04a | Mainstem of the Big Thompson from the Big Barnes Ditch diversion of the Greeley-Loveland Canal diversion. | All | | Se | M |
| COSPBT04b | Big Thompson River, Greeley-Loveland Canal diversion to CR11H | all | | Se | M |
| COSPBT05 | Big Thompson River, I-25 to S. Platte River | all | | Se | L |
| COSPBT06 | All tributaries to the Big Thompson River, from Home Supply Canal to the confluence with the South Platte River. | All | | Cu | M |
| COSPBT06 | All Tribs to the Big Thompson River, from Home Supply Canal to the confluence with the South Platte River. | Dry Creek | *E. Coli* | | |
| COSPBT07 | Mainstem of the North Fork of the Big Thompson from RMNP to confluence with Big Thompson | North Fork of Big Thompson | | Cu | H |
| COSPBT08 | Mainstem of the Little Thompson River, from source to the Culver Ditch diversion. | All | | Temperature, D.O | H |
| COSPBT08 | Mainstem of the Little Thompson River, from source to the Culver Ditch diversion. | From source to St. Vrain Supply Canal | | SO$_4$ | H |
| COSPBT09 | Little Thompson River, Culver Ditch to Big Thompson River | all | | Cu, Se, *E. coli* (May-October), Aquatic Life Use | M/L/H/M |

30

BLM_0036569

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|------|--------------------|---------|-------------------------------------------------|-------------------------------------------|------------------|
| COSPBT10 | Tributaries To the Little Thompson River | Big Hollow | | Se | L |
| COSPBT11 | Carter Lake | all | | Aquatic Life Use (Hg Fish Tissue), As | H |
| COSPBT12 | Lake Loveland, Horseshoe Lake, Boyd Lake | Boyd Lake | | Aquatic Life Use (Hg Fish Tissue) | H |
| COSPBT14 | Welch Reservoir, Lonetree Reservoir, Boedecker Lake, Lon Hagler Reservoir | Lonetree Reservoir | Aquatic Life Use (Hg Fish Tissue) | | |
| COSPBT16 | Lakes and reservoirs tributary to the Big Thompson from RMNP to Home Supply Canal diversion. | Lake Estes | | Cu, Pb | H |
| COSPCH03 | Mainstem of Cherry Creek from Cherry Creek Reservoir to the South Platte. | All | | E.coli, Se | H/L |
| COSPCH03 | Mainstem of Cherry Creek from Cherry Creek Reservoir to the South Platte. | From Holly Street to South Platte confluence | | Fe(Trec) | M |
| COSPCH04 | Tributaries to Cherry Creek | Goldsmith Gulch, Cottonwood Creek | | Se | L |
| COSPCH06 | Lakes and reservoirs in the Cherry Creek watershed within the City and County of Denver. | Lollipop Lake | Se | D.O. | M |

BLM_0036570

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|---|---|---|---|---|---|
| COSPCL01 | Mainstem of Clear Creek, including all tributaries and wetlands, from the source to the I-70 bridge above Silver Plume. | Kearney Gulch, Grizzly Gulch | Aquatic Life | | |
| COSPCL02a | Mainstem of Clear Creek from Silver Plume to West Fork Clear Creek. | All | | Cd | H |
| COSPCL02b | Mainstem of Clear Creek from West Fork Clear to Mill Creek. | All | | Cd, Zn | H |
| COSPCL02c | Mainstem of Clear Creek from Mill Creek to Argo Tunnel. | All | | Cd | H |
| COSPCL03a | Mainstem of S. Clear Creek | all | | Cu | H |
| COSPCL03b | Leavenworth Creek | all | | Cu | M |
| COSPCL06 | West Clear Creek tributaries | Mad Creek | pH | Zn | M |
| COSPCL06 | All tributaries to West Clear Creek. | Hoop Creek | Cd, Pb, Zn | | |
| COSPCL09a | Fall River & tributaries, source to Clear Creek | Fall River | Zn, D.O. | | |
| COSPCL09a | Fall River & tributaries, source to Clear Creek | Silver Creek | | Cu, Pb | H |
| COSPCL09b | Trail Creek & tributaries, source to Clear Creek | all | | Cd, pH | H |
| COSPCL11 | Clear Creek, Argo Tunnel to Farmers Highline Canal | all | | Cd | H |
| COSPCL13b | N. Clear Creek & tributaries, lowest water supply intake to Clear Creek | Mainstem of N. Clear Creek | | Cd | M |

BLM_0036571

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|---|---|---|---|---|---|
| COSPCL14a | Mainstem of Clear Creek from the Farmers Highline Canal diversion in Golden, Colorado to the Denver Water conduit #16 crossing. | From Croke Canal Diversion to McIntyre Street | | Aquatic Life (provisional) | L |
| COSPCL14b | Clear Creek, Denver Water conduit #16 to Youngfield St. | all | Mn | Aquatic Life Use, organic sediment, | L |
| COSPCL15 | Clear Creek, Youngfield St. to S. Platte River | all | Pb | *E. coli* (May-October), Aquatic Life Use, organic sediment, Mn (WS) | H/L/L |
| COSPCL17a | Arvada Reservoir | all | | D.O.(Temperature) | H |
| COSPCL17b | Mainstem of Ralston Creek, including all tributaries and wetlands, from the source to the inlet of Arvada Reservoir. | all | | U | H |
| COSPCL18a | Ralston Creek and tributaries below Arvada Reservoir | Ralston Creek | | *E. coli* | H |
| COSPCP06 | Mainstem of the North Fork of the Cache La Poudre River, including all tribs from source to Halligan Res. | all | Cu | | |
| COSPCP07 | North Fork of the Cache la Poudre from Halligan Reservoir to the Cache la Poudre. | all | | Pb, Cd | M |
| COSPCP08 | All tributaries to the North Fork of the Cache La Poudre from Halligan Reservoir to the Cache La Poudre. | all | *E. coli* | | |

BLM_0036572

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|------|--------------------|---------|------------------------------------------------|-------------------------------------------|-----------------|
| COSPCP09 | Rabbit Creek and Lone Pine Creek | all | Cd, Pb | | |
| COSPCP10 | Cache la Poudre River, Monroe Canal to Shields Street | all | | Cu, Temperature | M |
| COSPCP11 | Mainstem of the Cache la Poudre River from Shields Street in Ft. Collins to a point immediately above the confluence with Boxelder Creek. | all | | Se | L |
| COSPCP12 | Cache la Poudre River, Box Elder Creek to S. Platte River | all | | Se, *E. coli* (May-October) | L/H |
| COSPCP13a | All tributaries to the Cache la Poudre River, including all wetlands, from the Monroe Gravity Canal to the confluence with the South Platte River. | all | | Se | L |
| COSPCP13a | All tributaries to the Cache la Poudre River, including all wetlands, from the Monroe Gravity Canal to the confluence with the South Platte River. | Spring Creek and Fossil Creek | | *E.coli,* (May-Oct) | H |
| COSPCP13b | Boxelder Creek from source to the Cache la Poudre River | all | | Se | L |
| COSPCP14 | Horsetooth Reservoir | all | . | Aquatic Life Use (Hg Fish Tissue), Cu, As | H |

BLM_0036573

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|---|---|---|---|---|---|
| COSPCP20 | Lakes and reservoirs tributary to the North Fork of the Cache la Poudre from Halligan Reservoir to the Cache la Poudre River. | Seaman Reservoir | | D.O. | M |
| COSPLA02a | Mainstem of Laramie River from the source to the NF boundary. | all | pH | | |
| COSPLS01 | Mainstem of the South Platte from the Weld/Morgan County line to the Colorado/Nebraska border. | all | Aquatic Life Use | Se, Mn | M |
| COSPLS02b | Tributaries to S Platte River, Beaver Creek, Bijou Creek and Kiowa Creek | Beaver Creek | | Se, *E. coli* | H |
| COSPLS03 | Jackson, Prewitt, North Sterling, Jumbo, Riverside, Empire and Vancil Reservoirs | North Sterling | D.O. | | |
| COSPLS03 | Jackson, Prewitt, North Sterling, Jumbo, Riverside, Empire and Vancil Reservoirs | North Sterling, Jackson and Jumbo Reservoirs | Se | | |
| COSPLS03 | Jackson, Prewitt, North Sterling, Jumbo, Riverside, Empire and Vancil Reservoirs | Jackson Reservoir | | pH | H |
| COSPMS01a | South Platte River from Big Dry Creek to St. Vrain Creek | all | | *E.coli* | H |
| COSPMS01b | South Platte River from St. Vrain Creek to Weld/Morgan County Line | all | | Se | L |
| COSPMS04 | Barr Lake and Milton Reservoir | Milton Reservoir | | D.O., pH, $NH_3$, | M/L |

35

BLM_0036574

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|---|---|---|---|---|---|
| COSPMS04 | Barr Lake and Milton Reservoir | Barr Lake | | pH, D.O. | M |
| COSPMS07 | All lakes and reservoirs trib to the South Platte River below Big Dry Creek to Weld/Morgan County Line | Horse Creek Reservoir | | pH, NH$_3$, D.O. | L |
| COSPMS07 | All lakes and reservoirs in watershed tributary to the South Platte from Chatfield to Big Dry Creek. | Prospect Lake | | D.O., pH, NH$_3$ | M |
| COSPRE04 | Mainstem of Arikaree River from the confluence of the North and South Forks to the Kansas border. | all | | *E.coli* | H |
| COSPRE05 | Mainstem of the Black Wolf Creek from the source to the confluence with the Arikaree River. | all | E. coli, Se | | H |
| COSPSV02a | Mainstem of St. Vrain from Indian Peaks Wilderness Area and RMNP to eastern boundary of Roosevelt Ntl Forest | all | | Zn | H |
| COSPSV02b | St. Vrain Creek, RMNP to Hygiene Road | all | | Cu, Temperature | H |
| COSPSV03 | St. Vrain Creek, Hygiene Rd. to S. Platte River | From the confluence with Left Hand Creek to the confluence with Boulder Creek | | Aquatic Life Use (provisional) | L |
| COSPSV03 | St. Vrain Creek, Hygiene Rd. to S. Platte River | From Hover Road to the confluence with Left Hand Creek | Aquatic Life Use, | | |

36

BLM_0036575

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|------|---------------------|---------|------------------------------------------------|-------------------------------------------|-----------------|
| COSPSV04a | Left Hand Creek, from source to blw confluence with James Creek | (Hwy 72 to James Ck); | | pH, Cu, Zn | M |
| COSPSV04b | James Creek, Little James Creek | Little James Creek | | Cu, Pb | M |
| COSPSV04c | Left Hand Creek from James Creek to HWY 36 | all | | Cu, As | H |
| COSPSV05 | Mainstem of Left Hand Creek, including all tributaries and wetlands from Highway 36 to the confluence with St. Vrain Creek. | Upstream Lefthand Feeder Canal | | Mn (WS) | L |
| COSPSV05 | Mainstem of Left Hand Creek, including all tributaries and wetlands from Highway 36 to the confluence with St. Vrain Creek. | Downstream Lefthand Feeder Canal | | Cu | M |
| COSPSV06 | Tributaries to the St Vrain River | Dry Creek | | *E. coli* | H |
| COSPSV06 | Tributaries to the St Vrain River | all | | Se | L |
| COSPSV13 | All lakes and reservoirs tributary to Left Hand Creek from Hwy 36 to St. Vrain Creek. | Lake Thomas | D.O. | | |
| COSPUS02a | Tributaries to S. Platte River, source to Tarryall Creek | Salt Creek d/s of N. Fork, on USFS Land | Temperature | | |
| COSPUS02a | Tributaries to S. Platte River, source to Tarryall Creek | Twin Creek, on USFS Land | Temperature | | |

37

BLM_0036576

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|------|--------------------|---------|------------------------------------------------|-------------------------------------------|-----------------|
| COSPUS02a | Tributaries to S. Platte River, headwaters to Tarryall Creek | S. Fork of S. Platte below Antero Reservoir | Aquatic Life | | |
| COSPUS02b | Mosquito Creek from South Mosquito Creek to the Middle Fork of the South Platte. | all | | Cd | H |
| COSPUS02c | South Mosquito Creek from the source to the confluence with Mosquito Creek and No Name Creek from the source to the confluence with Mosquito Creek | No Name Creek | | Cd, Zn | H |
| COSPUS03 | Tributaries to S.Platte River, Tarryall Creek to N.Fk.S.Platte R | Trout Creek and tributaries on USFS property | Aquatic Life | sediment* | H |
| COSPUS03 | Tributaries to S.Platte River, Tarryall Creek to N.Fk.S.Platte R | Pine Creek | | As | H |
| COSPUS03 | Tributaries to S.Platte River, Tarryall Creek to N. Fk. S. Platte River | Pine Creek, on USFS Land | sediment | | |
| COSPUS03 | Tributaries to S.Platte River, Tarryall Creek to N.Fk.S.Platte R | Fourmile Creek | | Fe(trec), As, Hg | H |
| COSPUS03 | Tributaries to S.Platte River, Tarryall Creek to N.Fk.S.Platte R | Sugar Creek, on USFS Land | sediment | | |
| COSPUS03 | Tributaries to S.Platte River, Tarryall Creek to N. Fk. S. Platte River | Hawkins Gulch | Cd, Se | | |
| COSPUS03 | Tributaries to S.Platte River, Tarryall Creek to N. Fk. S. Platte River | Horse Creek | D.O., Fe(trec) | Aquatic Life (provisional) | L |

38

BLM_0036577

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|---|---|---|---|---|---|
| COSPUS03 | Tributaries to S.Platte River, Tarryall Creek to N. Fk. S. Platte River | West Creek | As, Hg | | |
| COSPUS03 | Tributaries to S.Platte River, Tarryall Creek to N. Fk. S. Platte River | Goose Creek | D.O. | | |
| COSPUS03 | Tributaries to S.Platte River, Tarryall Creek to N. Fk. S. Platte River | Trail and Wigwam Creeks | Fe(trec) | | |
| COSPUS04 | N. Fk. S. Platte River & Tributaries, source to S.Platte R | Hall Valley area to Geneva Ck | | pH | H |
| COSPUS05c | Gooseberry Gulch and all tributaries from source to confluence with Elk Creek. | Unnamed Tributary to Gooseberry Creek | | $NH_3$ | M |
| COSPUS06a | Mainstem of the South Platte River from the outlet of Cheesman Reservoir to the inlet of Chatfield Reservoir. | South Platte River from outlet of Cheesman Reservoir to Fourmile Creek | Aquatic Life | | |
| COSPUS07 | Tributaries to the South Platte from the North Fork of the South Platte to the outlet of Chatfield Reservoir. | Willow Creek | Fe(Trec), Se | | |
| COSPUS09 | Mainstem of Bear Creek, including all tributaries and wetlands from the source to the inlet of Perry Park Reservoir (Douglas County). | Bear Creek | D.O. | | |

BLM_0036578

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|------|---------------------|---------|------------------------------------------------|-------------------------------------------|-----------------|
| COSPUS10a | Mainstems of East Plum Creek, West Plum Creek, and Plum Creek from the boundary of national forest lands to Chatfield Reservoir, mainstems of Stark Creek and Gove Creek from the boundary of national forest lands to their confluence. | West Plum Creek | | Aquatic Life (provisional) | L |
| COSPUS11a | Tributaries to East Plum Creek which are not on national forest lands. | all | pH, Fe(Trec) | | |
| COSPUS11a | Tributaries to East Plum Creek which are not on national forest lands. | Cook Creek | | Aquatic Life (provisional) | L |
| COSPUS11b | Tributaries to W. Plum Creek, not on USFS Land | Spring Creek, Bear Creek | Aquatic Life Use | | |
| COSPUS12 | Garber and Jackson Creeks | Jackson Creek | Pb | | |
| COSPUS14 | S. Platte River | all | | As | H |
| COSPUS15 | S. Platte River, Burlington Ditch to Big Dry Creek | all | | *E. coli* | H |
| COSPUS16a | Sand Creek | all | | Se, *E. coli* | L/H |
| COSPUS16c | Tributaries to S. Platte River, Chatfield Reservoir to Big Dry Creek except specific listings | all | | Se | L |
| COSPUS16c | Tributaries to S. Platte River, Chatfield Reservoir to Big Dry Creek except specific listings | Westerly Creek, Dry Creek | | *E. coli* | H |
| COSPUS16c | Tributaries to S. Platte River, Chatfield Reservoir to Big Dry Creek except specific listings | Weir Gulch, Sanderson Gulch, Humble Creek | *E. coli* | | |

40

BLM_0036579

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|------|--------------------|---------| -------------------------------------------------|-------------------------------------------|-----------------|
| COSPUS16c | Tributaries to S. Platte River, Chatfield Reservoir to Big Dry Creek except specific listings | Harvard, Harvard West, and Lakewood Gulches | | *E. coli* (May-Oct) | H |
| COSPUS17a | Washington Park Lakes, City Park Lake, Rocky Mountain Lake, Berkeley Lake | Berkeley Lake, Rocky Mountain Lake | | Aquatic Life Use (Hg Fish Tissue) | H |
| COSPUS17a | Washington Park Lakes, City Park Lake, Rocky Mountain Lake, Berkeley Lake | Rocky Mountain Lake | Cu, D.O. | pH | L |
| COSPUS17a | Washington Park Lakes, City Park Lake, Rocky Mountain Lake, Berkeley Lake | Ferril Lake, Smith Lake | | pH | H |
| COSPUS17a | Washington Park Lakes, City Park Lake, Rocky Mountain Lake, Berkeley Lake | Smith Lake | | $NH_3$ | H |
| COSPUS17a | Washington Park Lakes, City Park Lake, Rocky Mountain Lake, Berkeley Lake | Grasmere Lake | Cu | | |
| COSPUS17a | Washington Park Lakes, City Park Lake, Rocky Mountain Lake, Berkeley Lake | Berkeley Lake | | D.O., As | H |
| COSPUS17a | Washington Park Lakes, City Park Lake, Rocky Mountain Lake, Berkeley Lake | Duck Lake | | D.O., pH, $NH_3$ | H |
| COSPUS17b | Sloan's Lake | all | Fe (Trec) | D.O. | |

41

BLM_0036580

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|------|-------------------|---------|------------------------------------------------|-------------------------------------------|-----------------|
| COSPUS23 | All lakes and reservoirs in watershed tributary to the South Platte from Chatfield to Big Dry Creek. | Barnum Lake | | D.O. | L |
| COSPUS23 | Lakes and reservoirs in the Upper South Platte watershed within the City and County of Denver. | Vanderbilt Lake | | D.O. | |
| COSPUS23 | Lakes and reservoirs in the Upper South Platte watershed within the City and County of Denver. | Garfield Lake, Harvey Lake, Aqua Golf Lake | Fe(trec) | | |
| COSPUS23 | Lakes and reservoirs in the Upper South Platte watershed within the City and County of Denver. | Garfield Lake, , Parkfield Lake, Huston Lake | | D.O. | M |
| COSPUS23 | Lakes and reservoirs in the Upper South Platte watershed within the City and County of Denver. | Aqua Golf Lake, Huston Lake, Overland Lake, Parkfield Lake | | pH | M |
| COSPUS23 | Lakes and reservoirs in the Upper South Platte watershed within the City and County of Denver. | Huston Lake | E. coli | | |
| **COUC** | **Upper Colorado River Basin** | | | | |
| COUCBL02a | Mainstem of the Blue River from the confluence with French Gulch to a point one half mile below Summit County Road 3. | all | | Mn(WS) | L |
| COUCBL04a | All direct tributaries to Dillon Reservoir and all tributaries and wetlands in the Blue River drainage above Dillon Reservoir. | Gold Run Gulch below Jessie Mine | Cd, Zn | | |

42

BLM_0036581

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|---|---|---|---|---|---|
| COUCBL17 | Mainstem of the Blue River from the outlet of Dillon Reservoir to the confluence with the Colorado River. | Blue River from outlet of Dillon Reservoir to N. Rock Creek confluence | Aquatic Life | | |
| COUCBL20 | Mainstem of Elliott Creek and Spruce Creek including all tributaries and wetlands from their sources to the confluence with the Blue River | Spruce Creek | Fe(Trec) | | |
| COUCEA05c | Eagle River, Martin Creek to Gore Creek | all | | Cd | H |
| COUCEA06 | Tributaries to Eagle River, Belden to Lake Creek, except specific segments | Black Gore Creek, adjacent to I-70 | Aquatic Life | Sediment | H |
| COUCEA06 | Tributaries to Eagle River, Belden to Lake Creek, except specific segments | Mainstem of Lake Creek from below the confluence with East and West Lake Creek to the mouth | | Aquatic Life (provisional) | L |
| COUCEA06 | Tributaries to Eagle River, Belden to Lake Creek, except specific segments | Beaver Creek from confluence with Wayne Creek to Mouth | Aquatic Life | | |
| COUCEA06 | Tributaries to Eagle River, Belden to Lake Creek, except specific segments | Red Sandstone Creek from USFS Boundary to north side I-70 Frontage Road | Aquatic Life | | |

43

BLM_0036582

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|---|---|---|---|---|---|
| COUCEA06 | Tributaries to Eagle River, Belden to Lake Creek, except specific segments | Red Sandstone Creek from north side I-70 Frontage Road to confluence with Gore Creek | | Aquatic Life (provisional) | L |
| COUCEA08 | Mainstem of Gore Creek from the confluence with Black Gore Creek to the confluence with the Eagle River. | all | | Aquatic Life (provisional) | L |
| COUCEA09a | Mainstem of the Eagle River from Gore Creek to a point immediately below the confluence with Rube Creek. | From Berry Creek to confluence with Ute Creek | Temperature | | |
| COUCEA09a | Mainstem of the Eagle River from Gore Creek to a point immediately below the confluence with Rube Creek. | From Ute Creek to confluence with Rube Creek | Temperature | | H |
| COUCEA09a | Mainstem of the Eagle River from Gore Creek to a point immediately below the confluence with Rube Creek. | Eagle River from confluence with Berry Creek to confluence with Squaw Creek | Aquatic Life | Sediment | H |
| COUCEA09a | Mainstem of the Eagle River from Gore Creek to a point immediately below the confluence with Rube Creek. | Eagle River from Gore Creek to confluence with Berry Creek and from Squaw Creek to confluence with Rube Creek | Sediment | | |
| COUCEA10a | All tributaries to the Eagle River from Lake Creek to the Colorado River. | Eby Creek | Se | | |

44

BLM_0036583

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|---|---|---|---|---|---|
| COUCNP01 | Tribs to the N Platte & Encampment Rivers w/in Wilderness Areas | South Fork Big Creek | Cu, *E.coli* | | |
| COUCNP04a | Tributaries to the North Platte River except those tributaries in Segment 1, 4b, 6, 7a and 7b. | Canadian River | Fe(Dis), *E. coli* | | |
| COUCNP04a | All tributaries to N. Platte River except segments 4b, 6, 7a and 7b | Grizzly Creek, Little Grizzly Creek | Aquatic Life Use | | |
| COUCNP04a | All tributaries to N. Platte River except segments 4b, 6, 7a and 7b | Little Grizzly Creek | *E.coli*, Fe(Trec) | | |
| COUCNP04a | All tributaries to N. Platte River except segments 4b, 6, 7a and 7b | Lake Creek | pH, Fe(Trec) | | |
| COUCNP04a | All tributaries to N. Platte River except segments 4b, 6, 7a and 7b | Big Creek Reservoir | Aquatic Life Use (Hg Fish Tissue) | | |
| COUCNP04b | Mainstem of the Illinois and Canadian Rivers, including all tributaries of the Illinois from Indian Creek to Michigan River  except for specific listings in Segments 7a and 7b, and all tribs of Canadian entering the mainstem from the Southwest. | Illinois River | | Fe (Trec) | M |
| COUCNP07b | Government Creek, Spring Creek | Spring Creek | | D.O. | M |
| COUCNP09 | All lakes and reservoirs tributary to the North Platte and Encampment Rivers | Lake John, North Delaney Lake | pH | | |

BLM_0036584

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|---|---|---|---|---|---|
| COUCNP09 | All lakes and reservoirs tributary to the North Platte and Encampment Rivers | Lake John | | D.O. | H |
| COUCRF03a | Roaring Fork including all tributaries and wetlands from Hunter Creek to the Colorado River except segments 3b through 10 | Capitol Creek | Se | | |
| COUCRF03a | Roaring Fork including all tributaries and wetlands from Hunter Creek to the Colorado River | West Sopris Creek | | Aquatic Life (provisional) | L |
| COUCRF03a | Roaring Fork including all tributaries and wetlands from Hunter Creek to the Colorado River | Cattle Creek from Bowers Gulch to mouth | | Aquatic Life (provisional) | L |
| COUCRF03a | Roaring Fork including all tributaries and wetlands from Hunter Creek to the Colorado River | Roaring Fork from confluence with Hunter Creek to below Brush Creek confluence, | | Aquatic Life (provisional) | L |
| COUCRF03b | Red Canyon Creek including all tributaries and wetlands from the source to the Roaring Fork except Landis Creek from source to Hopkins Ditch Diversion | Landis Creek | Fe(Trec) | | |
| COUCRF04 | Mainstem of Brush Creek from the source to the confluence with the Roaring Fork River. | Mainstem Brush Creek | | Aquatic Life (provisional) | L |

46

BLM_0036585

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|---|---|---|---|---|---|
| COUCRF07 | All tributaries to the Fryingpan River | South Fork Frying Pan River from transbasin diversion to confluence with unnamed tributary (39.25128°N, -106.59442°W) | | Aquatic Life (provisional) | L |
| COUCRF10 | Thompson Creek including all tributaries and wetlands from the source to the Crystal River | Thompson Creek | Fe(Trec) | | |
| COUCUC02 | Mainstem of the Colorado River, including all tributaries and wetlands within or flowing into Arapahoe National Recreation Area. | Willow Creek Reservoir | | Mn | L |
| COUCUC03 | Mainstem of the Colorado River from Lake Granby to the Roaring Fork River. | From 578 Road Bridge to just above the confluence with the Blue River | | Temperature, Mn(WS) | H |
| COUCUC03 | Mainstem of the Colorado River from Lake Granby to the Roaring Fork River. | From the outlet of Windy Gap Reservoir to 578 Road Bridge | Aquatic Life | | |
| COUCUC06b | Mainstem of unnamed tributary from the headwaters to Willow Creek Reservoir Road | all | D.O. | | |

47

BLM_0036586

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|---|---|---|---|---|---|
| COUCUC07a | All tribs to the Colorado River, including wetlands from a point abv the confluence with the Blue River to blw confluence with the Roaring Fork, which are not on National Forest Lands except specific listings in segment 7b. | Alkali Slough | | Fe (Trec), Se | L |
| COUCUC07a | All tribs to the Colorado River, including wetlands from a point abv the confluence with the Blue River to blw confluence with the Roaring Fork, which are not on National Forest Lands except specific listings in segment 7b. | Muddy Creek and tribs | Temperature | | |
| COUCUC07b | Muddy Creek from Wolford Mountain Reservoir.  Rock Creek, Deep Creek, Sheephorn Creek Sweetwater Creek and Piney River. | Muddy Creek from Wolford Mountain Reservoir to Cow Gulch | Temperature | | |
| COUCUC07b | Muddy Creek from Wolford Mountain Reservoir.  Rock Creek, Deep Creek, Sheephorn Creek Sweetwater Creek and Piney River. | Muddy Creek from Cow Gulch to the Colorado River | | Temperature | H |
| COUCUC10a | Mainstem of the Fraser River from the source to a point immediately below the Rendezvous Bridge. All tributaries to the Fraser River, from the source to the Colorado River | Fraser River, Vasquez Creek | | Aquatic Life (provisional) | L |

48

BLM_0036587

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|---|---|---|---|---|---|
| COUCUC10a | Mainstem of the Fraser River from the source to a point immediately below the Rendezvous Bridge. All tributaries to the Fraser River, from the source to the Colorado River. | Ranch Creek | | Temperature | L |
| COUCUC10c | Mainstem of the Fraser River from Hammond Ditch to the Colorado River. | all | | Temperature | L |
| COUCUC10c | Mainstem of the Fraser River, from the Hammond Ditch to the confluence with the Colorado River | From the Town of Fraser to the confluence with the Colorado River. | Cu | | |
| COUCUC10c | Mainstem of the Fraser River, from the Hammond Ditch to the confluence with the Colorado River | From the Town of Tabernash to the Town of Granby | Pb | | |
| COUCUC12 | Colorado River and tributaries, wetlands, lakes and reservoirs within Arapahoe National Recreation Area | Shadow Mountain Lake | | D.O. | H |
| COUCUC12 | Lakes and Reservoirs within Arapahoe National Recreation Area including Grand Lake, Shadow Mountain Lake and Lake Granby | Lake Granby | | Aquatic Life Use (Hg Fish Tissue) | H |
| COUCYA02a | Mainstem of the Yampa River from Wheeler Creek to Oak Creek. | Yampa River below Stagecoach Reservoir | Mn, Se | | |

BLM_0036588

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|---|---|---|---|---|---|
| COUCYA02b | All lakes and reservoirs tributary to the Yampa River, Elkhead Creek, and the Little Snake River. | Elkhead Reservoir, Catamount | | Aquatic Life Use (Hg Fish Tissue) | H |
| COUCYA02c | Yampa River from Oak Creek to Elkhead Creek | all | Temperature | | |
| COUCYA03 | All tributaries to Yampa River except for specific listings, on USFS land | Bushy Creek | | Sediment | L |
| COUCYA03 | All tributaries to Yampa River except for specific listings, on USFS land | Walton Creek | Mn | | |
| COUCYA03 | All tributaries to Yampa River except for specific listings, on USFS land | Little Morrison Creek | Zn, Fe(dis) | | |
| COUCYA04 | Little White Snake Creek, source to Yampa River | all | D.O. | | |
| COUCYA08 | Elk River source to Yampa River | Elk River below Morin Ditch | | *E.coli* | H |
| COUCYA08 | Elk River including tributaries and wetlands from the source to Yampa River | Lost Dog Creek | Hg | | |
| COUCYA13b | Foidel Creek and tributaries, Fish Creek, Middle Creek and tributaries | Fish Creek | *E.coli* | | |
| COUCYA13d | Dry Creek including all wetlands and tributaries from source to the Yampa River | Below Seneca sample location 8 (WSD5) | | Se | L |

BLM_0036589

| WBID | Segment Description | Portion | Colorado's Monitoring & Evaluation Parameter(s) | Clean Water Act Section 303(d) Impairment | 303(d) Priority |
|---|---|---|---|---|---|
| COUCYA13d | Dry Creek including all tributaries and wetlands from source to the Yampa River | all | | Fe(Trec) (Snowmelt season) | L |
| COUCYA13d | Dry Creek including all tributaries and wetlands from the source to the Yampa River | Dry Creek below Routt County Road 53 (Sec. 22, T6N, R88W) | Pb, *E. Coli* | | |
| COUCYA13e | Sage Creek, Grassy Creek and tribs | Sage Creek below Routt County Road 51D | | Se | L |
| COUCYA15 | Mainstem of Elkhead Creek and tributaries Calf Creek and 80A Road on the Dry Fork of Elkhead Creek, to the confluence with the Yampa River. | Elkhead Creek | | Aquatic Life (provisional) | L |
| COUCYA18 | Little Snake River including all tributaries and wetlands from forest boundary to Wyoming border | all | Cu | | |

**93.4 - 93.9  Reserved**

**93.10    STATEMENT OF BASIS, SPECIFIC STATUTORY AUTHORITY AND PURPOSE; MARCH, 2004 RULEMAKING**

The provisions of C.R.S. 25-8-202(1)(a), (b) and (i), (2) and (6); 25-8-203; 25-8-204; and 25-8-401; provide the specific statutory authority for adoption of these regulatory amendments.  The Commission also adopted in compliance with 24-4-103(4) C.R.S. the following statement of basis and purpose.

**BASIS AND PURPOSE (303(d) List)**

**A.    Introduction**

This regulation establishes Colorado's List of Water-Quality-Limited Segments Requiring Total Maximum Daily Loads ("TMDLs").  This list was prepared to fulfill section 303(d) of the federal Clean Water Act ("Act") which requires that states submit to the U.S. Environmental Protection Agency ("EPA") a list of those waters

BLM_0036590

for which technology-based effluent limitations and other required controls are not stringent enough to implement water quality standards.

Once listed, the State is required to prioritize these water bodies or segments (rivers, streams, lakes reservoirs) based on the severity of pollution and other factors.  It will then determine the causes of the water quality problem and allocate the responsibility for controlling the pollution.  This analysis is called the TMDL Process, and results in the determination of: 1) the amount of a specific pollutant that a segment can receive without exceeding a water quality standard (the TMDL), and 2) the apportionment to the different contributing sources of the pollutant loading (the allocation).  The TMDL must include a margin of safety, waste load allocation (for point sources) and a load allocation (for non-point sources and natural background).  The TMDL must include upstream loads in the assessment and apportionment process.

## B.    List Development

### 1.    Listing Methodology

The "Section 303(d) Listing Methodology - 2004 Listing Cycle" contains a description of the listing process, the criteria for listing, and the criteria for determination of TMDL priority.  The Listing Methodology was developed through a public process and finalized as a policy at a Water Quality Control Commission administrative action hearing on September 9, 2003.

This Listing Methodology sets forth the criteria that generally were used to make decisions regarding which waters to include on the 2004 Section 303(d) List and the 2004 M&E List.  However, this methodology was not adopted by the Commission as a rule.  The Commission therefore has the flexibility to take into account other appropriate factors in making site-specific listing decisions.

### 2.    Information Considered

The Commission has considered all existing and readily available information in developing the 2004 Section 303(d) List.  In determining whether data and information are existing and readily available, it has taken into account such data and information as the Division has utilized in the preparation of those identification processes, calculations and models referenced in 40 CFR §130.7(a)(5)(i), (ii) and (iv) and that credible data and information presented in a readily usable format and submitted in reports provided to the Division as referenced in 40 CFR §130.7(a)(5)(iii).  In addition, the Commission accepted credible data and information that was submitted in accordance with the listing process schedule, whether submitted by EPA or any other interested party.  The Division also continues to independently collect and analyze new data on a rotating basin basis as part of its triennial review efforts and will utilize such data and information in making future listing determinations.  Existing data which was not brought forward through one of the above mechanisms or otherwise presented to the Commission in accordance with the schedule was not treated as "readily available" for purposes of making the 2004 listing decisions.  Such information will be considered in the next listing cycle.

## C.    Prioritization

The objective of prioritization is to identify those waterbody segments where the Division and the public should concentrate their resources.  Priorities of High, Medium and Low were established according to section IV. of the 2004 Section 303(d) Listing Methodology.  Segments/parameters where the Commission determined that an appropriate plan is in place to resolve the uncertainty as specified in section 93.4 have been denoted as "L*".  A Low priority may also be assigned to other segments as per section IV.

## D.    Discussion of Issues Raised in the Hearing

52

During the course of the hearing, the status of approximately 30 segments was debated. The basis for the Commission's decisions regarding the major issues for these segments is recorded below.

1.   Selenium:  Several parties questioned whether selenium, where the source is underlying native shale, should be considered a pollutant. The Commission found that selenium, like many other naturally occurring metals in Colorado is a pollutant and is classified as such on EPA's list of priority toxic pollutants (62 FR 42160). If the source of impairment is natural, that is grounds for consideration of an ambient quality-based, site-specific standard as described in Regulation No. 31 at 31.7 1(b)(ii). However, the listing decisions must be made based upon a comparison of the current adopted standard and the ambient condition for the segment. Although parties to the rulemaking submitted testimony questioning the decision to list several specific segments for selenium, such as Lower Colorado River segment 3 and Lower Arkansas River segment 1a, the evidence provided was directed largely at questioning the appropriateness of the current selenium standards. The Commission has determined, based on the evidence submitted, that these segments are not in attainment of the current selenium standards.

2.   Segments where there is no new data, but following the 2004 Listing Methodology resulted in a different conclusion than in 2002:  The following segments had no new data included in the assessments since the 2002 listing cycle. However, clarification and changes in the 2004 Listing Methodology resulted in the segments moving from the Monitoring and Evaluation List to the 303(d) List. The modifications that resulted in the most changes had to do with more clearly specifying that segments with small datasets where the ambient condition exceeds the standard by more than 50 percent should be listed. The following segments were affected:

    Gunnison River Basin:        Lower Gunnison segment 27
                                 Uncompahgre segment 2
    Lower Colorado River Basin:  White River segment 9b

3.   Segments with multiple tributaries:  Issues were raised regarding what is the appropriate way to handle segments with multiple tributaries where there is evidence of impairment. The Commission found that since segments are generally treated as having consistent uses and characteristics, their impairment should be handled in a similar fashion. Unless either water quality data or other evidence has been presented that shows that the impairment is not present in the entire segment, the entire segment has been listed as impaired. "Other evidence" may include changes in geology within a segment or the confluence with a stream known to be impaired. Nevertheless, it is anticipated that before any TMDL is developed and implemented in "all tributary" segments, work will be performed to determine the causes and locations of the impairment, such that efforts and controls are not inappropriately directed towards individual tributaries that are not truly of concern, and the Section 303(d) List can be modified accordingly. Where other evidence shows that some portions are in exceedance and other portions are not, only the impaired portion needs to be listed. The following segments were listed based on this rationale:

    Gunnison River Basin:        Lower Gunnison segments 4a and 4b
                                 North Fork segments 5 and 6
    Lower Colorado River Basin:  Lower Colorado segment 4a

E.   **Segment- Specific Issues**

1.   San Juan Basin, Dolores River below McPhee Reservoir:  Despite a recent decline in the fish population in this reach, the Commission found that there was not adequate readily available evidence to conclude that there exists an impairment of the aquatic life use due to other than extraordinary events associated with the long-term drought that has existed in southwest Colorado for several years. In view of evolving operations of McPhee Reservoir and varying (and generally

53

BLM_0036592

declining) hydrologic conditions, the Commission is not able at this time to identify an "expected condition" upon which to base a decision of impairment. Further, even if an impairment caused by other than the extraordinary events associated with the drought were found to exist, the Commission could not conclude based on this record that the decline was due to a "pollutant" as compared to "pollution." Nevertheless, the Commission encourages cooperation by all interested parties in the implementation of habitat improvement measures that may serve to enhance the quality of the fishery in the reach. The Commission is prepared to revisit the concept of "expected condition" as it applies to this reach should that be warranted by changes in habitat condition. Certainly the achievement of goals set under the 1996 Operating Agreement for McPhee Reservoir may influence the nature of the expected condition. Finally, any evidence of impairment due to pollutants can be brought forth at the next listing hearing.

2.   <u>South Platte Basin, Clear Creek, segments 14b and 15</u>:  Available data, with specific reference to biological information on fish species collected over time and visual observations of the physical condition of the stream bed, provide an indication of "use-impairment" for Clear Creek Segments 14b and 15 relative to aquatic life. Though organic sediment appears to be a significant contributor to the impairment, the exact interaction of potentially numerous causative factors need to be further explored. No single source or cause of the impairment has been identified to date. Coors Brewing Company has voluntarily come forward with a study plan for segments 14a, 14b and 15 as part of the "pilot study" approach outlined in the section 309 study report recently submitted to the State Legislature. This pilot study would assist in defining the expected condition for these segments in view of existing hydrological/habitat conditions and in fashioning the best approach to remedying the impairment. Should Coors decide to proceed with the pilot study, the Division will identify segments 14b and 15 as "low priority" and refrain from any further TMDL implementation measures until such time as the study results are known and an appropriate approach to rectifying the identified problems is crafted in cooperation with basin stakeholders.

3.   <u>Upper Colorado Basin, Blue River segments 6 and 8 (Camp Cr, Jones Gulch, Keystone Cr, and Mozart Creek):</u>  The four identified tributaries in these two segments were proposed by the Division to be listed as impaired relative to measured pH levels. The evidence submitted raised questions regarding the representativeness of the data showing a possible standards exceedance, particularly in the absence of data regarding seasonality of pH levels for multiple years. Therefore, the Commission determined that it is more appropriate to include these specific tributaries on the Monitoring and Evaluation List at this time. Keystone Resorts has stated that it will complete a Use Attainability Analysis for Camp Creek and Jones Gulch, and that it is willing to include Keystone Creek and Mozart Creek in this analysis. The Commission believes that it is appropriate to revisit the attainment status of these segments following completion of the UAA. Depending on the results of this analysis, the adoption of site-specific seasonal pH standards is one option that can be considered. Indeed, the Commission notes that the evidence submitted to it showed that nearby snowmaking actually mitigates pH levels in the snow.

4.   <u>Uncompahgre River, segment 6b (Red Mountain Creek):</u>  The Commission does not believe that an impairment of the aquatic life use of segment 6b relative to a realistic expected condition for this segment has been shown. The Commission found that the aquatic community in segment 6a is not the appropriate expected condition for this segment. The Commission endorses the Division's proposal not to list at this time, while moving forward to investigate segment 6b and make a recommendation to the Commission regarding the attainable aquatic life use and appropriate numeric standards in the context of the next basin-wide standards and classification rulemaking proceedings. However, it is uncertain at this time whether any future remediation activities in this area will improve the aquatic life use of this segment. In the absence of documentation that the attainable expected condition for this segment is an aquatic life use that is better than the current condition of this segment, it would be inappropriate to identify this segment as impaired.

BLM_0036593

5.     <u>Bear Creek segment 1a</u>: This segment was proposed by the Division and by Trout Unlimited to be included on the Section 303(d) List.  The evidence submitted demonstrated adverse impacts to the aquatic life use in this segment during 2002, and documented that the use had started to recover in 2003, although full recovery had not yet occurred.  The evidence also demonstrated that the unusual and extreme drought conditions in 2002 were the determinative cause of the adverse impacts to aquatic life.  Although there was evidence submitted indicating that ammonia concentrations or elevated temperatures may have adversely affected the aquatic life, the evidence demonstrated that these potentially harmful conditions would not have been present except for the drought.  The Commission has concluded that this segment should be included on the Monitoring and Evaluation List for potential aquatic life, ammonia and temperature impairments, and that its status should be reconsidered in future updates of Regulations No. 93 and No. 94.  Any evidence of impairment due to pollutants can be brought forth at the next listing hearing.

6.     <u>Lower Colorado segment 13b</u>:  This is an "all tributaries" segment that was proposed by the Division to be listed in its entirety for selenium.  All of the ambient water quality data available in the record for this hearing was from tributaries on the north side of the Colorado River.  In addition, there was testimony regarding significant differences in the geology on the north and south sides of the Colorado River in this area.  Therefore, the Commission determined that it is appropriate that only the tributaries on the north side of this segment should be listed as impaired for selenium.

7.     <u>West Fork of Clear Creek, segment 5</u>:  The Commission found that the acute zinc standard in the West Fork of Clear Creek was exceeded more than once in three years.  Because the chronic zinc standard is in attainment, and because Climax presented credible biological evidence that the aquatic life use classification is supported, the Commission determined that listing for acute zinc is not warranted in this instance.  This segment is included on the Section 303(d) List as impaired for copper.

8.     <u>Middle South Platte segment 1</u>:  The Division proposed that the portion of this segment from Big Dry Creek to Highway 60 be included on the Section 303(d) List as impaired for dissolved oxygen during the months of August and September.  The evidence submitted offered conflicting interpretations of what the available data for this segment show regarding attainment.  Because this segment appears to be in compliance with dissolved oxygen standards based on the established convention of looking at the 15th percentile of the available data for the entire segment, the Commission determined that it is more appropriate at this time to include this segment on the Monitoring and Evaluation List for further assessment of dissolved oxygen conditions.  The Commission also believes that future clarification of the appropriate methodology for assessing attainment of dissolved oxygen standards, e.g. within specific months of the year, would be helpful.

**F.     Plans to Resolve Uncertainty**

Three parties presented plans to resolve uncertainty for segments that have temporary modifications based on uncertainty [see Regulation No. 31.7(3)(a)(iii)].  These segments will not be subject to the development of a TMDL as long as there is a plan in place that addresses the following:

(1)     There is an appropriate plan in place to remove the uncertainty;

(2)     The plan includes an implementation schedule that will resolve the uncertainty in a time frame consistent with Colorado's timeline for the development of TMDLs; and

(3)     The plan is being implemented in accordance with its terms.

The Commission found that the following segments have adequate plans.  It is the Commission's intent to revisit these plans at the next listing cycle to determine if they continue to meet the Commission's intent.

BLM_0036594

1.  Fountain Creek segment 6 (Monument Creek from the National Forest boundary to Fountain Creek):  The selenium water quality standard for Fountain Creek segment 6 has a temporary modification for uncertainty pursuant to section 31.7(3)(a)(iii) of the Basic Standards.  The City of Colorado Springs submitted an appropriate plan to remove the uncertainty

2.  Lower Arkansas segment 1a (Arkansas River from Fountain Creek to the Colorado Canal):  The selenium water quality standard for Lower Arkansas segment 1a has a temporary modification for uncertainty pursuant to section 31.7(3)(a)(iii) of the Basic Standards.  The City of Pueblo submitted an appropriate plan to remove the uncertainty

3.  Upper Yampa segment 13d (Dry Creek):  In the 2003 Upper Colorado River rulemaking hearing, the Commission adopted a temporary modification (based on uncertainty) of 60 ug/L for selenium in Dry Creek.  This temporary modification was based on five WQCD samples collected in Dry Creek in 2001 and 2002 near its confluence with the Yampa River.  The Commission approved Seneca Coal Company's plan to monitor Dry Creek with the objective of determining the source or sources of selenium loading, where the loading is isolated in the lower portion of Dry Creek and to determine whether the loading is due to natural or irreversible man-induced sources.

**BASIS AND PURPOSE (Monitoring and Evaluation List)**

**A.    Introduction**

This regulation establishes Colorado's Monitoring and Evaluation List.  This list was prepared as part of the effort to identify water bodies for which technology-based effluent limitations and other required controls are not stringent enough to implement water quality standards (those impaired waters requiring TMDLs).  Regulation No. 93 is the list of impaired waters which require TMDLs.  This regulation is the Monitoring and Evaluation List  ("M&E List") that identifies water bodies where there is reason to suspect water quality problems, but there is also uncertainty regarding one or more listing factors, such as the representative nature of the available data.  Water bodies that are impaired but it is unclear whether the cause of impairment is attributable to pollutants as opposed to pollution are also included on the M&E List.

**B.    List Development**

The statement of basis and purpose for Regulation No. 93 contains a description of how the lists were developed.

**C.    Prioritization and Scheduling**

The Division has committed to establishing a plan for monitoring and evaluating these water bodies prior to the list submission date for the subsequent listing cycle.  Further, the Commission has committed to determining their appropriate status (as either impaired or fully supporting) within ten years of their placement on the M&E List.

**D.    Segment-Specific Issues**

1.  Blue River segment 3:  The Commission has included Gold Run Gulch below Jessie Mine (for cadmium and zinc) and the South Branch Swan River below Royal Tiger Mine (for zinc) on the Monitoring and Evaluation List.  The Royal Tiger Mine and the Jessie Mine are both part of a CERCLA remediation effort, for which remedial project design is currently out to bid.  Therefore, the Commission understands that the conditions in this area affecting water quality will be changing and that it is currently uncertain what uses or water quality can be supported in these waters in the future.  The Commission does not intend by including these waters on the Monitoring and Evaluation List to conclude that any actions other than those CERCLA-related activities already

56

underway are necessary or appropriate at this site.  The status of those efforts will be reviewed during the next update of this list.

2.      Segments proposed for the Section 303(d) List:  In several specific instances, the Commission made a determination in this rulemaking hearing that segments proposed by the Division or others for inclusion on the Section 303(d) List should instead be included on the Monitoring and Evaluation List.  This applies in particular to Bear Creek segment 1a and Middle South Platte segment 1 in the South Platte Basin and to four named tributaries in Blue River segments 6 and 8 in the Upper Colorado River Basin.  In each of these instances, the rationale for the Commission's decision to included these waters on the Monitoring and Evaluation List is set forth in the Statement of Basis and Purpose adopted for Regulation No. 93 as a result of this rulemaking.

**93.11   STATEMENT OF BASIS, SPECIFIC STATUTORY AUTHORITY AND PURPOSE; FEBRUARY, 2006 RULEMAKING, EFFECTIVE DATE OF APRIL 30, 2006**

The provisions of C.R.S. 25-8-202(1)(a), (b) and (i), (2) and (6); 25-8-203; 25-8-204; and 25-8-401; provide the specific statutory authority for adoption of these regulatory amendments.  The Commission also adopted in compliance with 24-4-103(4) C.R.S. the following statement of basis and purpose.

**BASIS AND PURPOSE (303(d) List)**

**A.      Introduction**

This regulation updates Colorado's List of Water-Quality-Limited Segments Requiring Total Maximum Daily Loads ("TMDLs") to reflect additional water quality information available since the Regulation was promulgated in 2004.  This list was prepared to fulfill section 303(d) of the federal Clean Water Act ("Act") which requires that states submit to the U.S. Environmental Protection Agency ("EPA") a list of those waters for which technology-based effluent limitations and other required controls are not stringent enough to implement water quality standards.

**B.      List Development**

1.      Listing Methodology

The "Section 303(d) Listing Methodology - 2006 Listing Cycle" contains a description of the listing process, the criteria for listing, and the criteria for determination of TMDL priority.  The Listing Methodology was developed through a public process and finalized as a policy at a Water Quality Control Commission administrative action hearing on May 9, 2005.

This Listing Methodology sets forth the criteria that generally were used to make decisions regarding which waters to include on the 2006 Section 303(d) List and the 2006 M&E List.  However, this methodology was not adopted by the Commission as a rule.  The Commission therefore has the flexibility to take into account other appropriate factors in making site-specific listing decisions.

2.      Information Considered

The Commission has considered all existing and readily available information in developing the 2006 Section 303(d) List.  In determining whether data and information are existing and readily available, it has taken into account such data and information as the Division has utilized in the preparation of those identification processes, calculations and models referenced in 40 CFR §130.7(a)(5)(i), (ii) and (iv) and that credible data and information presented in a readily usable format and submitted in reports provided to the Division as referenced in 40 CFR §130.7(a)(5)(iii).  In addition, the Commission accepted credible data and information that was submitted in accordance with the listing process schedule, whether submitted by EPA

BLM_0036596

or any other interested party.  The Division also continues to independently collect and analyze new data on a rotating basin basis as part of its triennial review efforts and will utilize such data and information in making future listing determinations.  Existing data which was not brought forward through one of the above mechanisms or otherwise presented to the Commission in accordance with the schedule was not treated as "readily available" for purposes of making the 2006 listing decisions.  If submitted, such information will be considered in the next listing cycle.

**C.**     **Prioritization**

The objective of prioritization is to identify those waterbody segments where the Division and the public should concentrate their resources.  Priorities of High, Medium and Low were established according to section IV. of the 2006 Section 303(d) Listing Methodology.

**D.**     **Temporary Modifications and Plans to Eliminate Uncertainty**

Consistent with the recent changes to the Basic Standards and Methodologies for Surface Water (Regulation No. 31) and the Discharge Permit Regulations (Regulation No. 61), the Commission deleted subsection 93.4 "Plans to Eliminate Uncertainty."  The Statement of Basis for the June 2005 rulemaking hearing for Regulation No. 31 states:

> The Commission recognizes that portions of the temporary modification provisions adopted in this rulemaking may be inconsistent with current provisions in Regulation No. 93.  The Commission intends that the provisions adopted in this rulemaking will govern until appropriate revisions will be adopted in the Regulation No. 93 in the next rulemaking hearing reviewing that regulation.

In 2004, this provision was added to Regulation No. 93 to identify those waterbodies where work independent of the TMDL process was proceeding to identify the appropriate underlying standards.  In these cases, TMDLs and permit limits were not to be based on the underlying standards until the uncertainty was resolved.  The intent was that dischargers should not be forced to comply with underlying standards where there is ongoing work being done to resolve acknowledged uncertainty regarding the appropriateness of those underlying standards.

Dischargers are now protected from complying with underlying standards before the uncertainty is resolved by recent changes in the Basic Standards and the Permit Regulations.  Now, for discharges to waters where a temporary modification has been adopted, a permit may contain compliance schedules that recognize this ongoing work and may extend beyond the end of the permit term.  The Commission believes it appropriate for dischargers to focus their available resources on addressing uncertainty with respect to appropriate water quality standards, rather than on complying with standards that may change in a short time.

Consistent with this new approach to temporary modifications, the Commission intends that a more thorough consideration will be given to the causes and sources of non-attainment before temporary modifications are proposed.  In cases where the appropriate way to address non-attainment of underlying standards is through the TMDL program, not through adoption of temporary modifications, the Commission may assign a higher TMDL priority to such waters.

**E.**     **Segment- Specific Issues**

Fountain Creek segment 2a:  The Division had proposed inclusion of this segment due to non-attainment of the assigned E. coli standard.  The Division noted that its proposal erroneously identified the listing as a "low" priority.  The Section 303(d) Listing Methodology, 2006 Listing Cycle indicates that TMDLs for waters in non-support of Recreation 1a use classifications be designated as "high" priority.  The Commission has therefore adopted a "high" priority designation for this segment.

BLM_0036597

Fountain Creek segment 2b:  This segment is the lowermost of three that comprise the mainstem of Fountain Creek.  Both of the upper two segments are included on the List of Impaired Waters for E. coli.  The Sierra Club had proposed that this lowermost segment should also be listed for E. coli.  The Commission has decided that the Division's analysis of the available data is consistent with the procedures contained in the Section 303(d) Listing Methodology, 2006 Listing Cycle and that the results of that analysis do not support inclusion of this segment on the Section 303(d) List of Water-Quality-Limited Segments Requiring TMDLs.

North Fork Gunnison River segment 6:  The Division had proposed that this "all tributary" segment be listed in its entirety for non-attainment of the aquatic life use-based chronic selenium standard.  The Colorado River Water Conservation District provided evidence that the standard is, in fact, attained at several locations within this segment.  It is therefore appropriate that only that portion of the segment for which non-attainment has been documented be included on the list.  The Commission has identified the affected portion of the segment as "Cottonwood Creek" and has revised the proposal accordingly.

Uncompahgre River segment 6b (Red Mountain Creek):  The Commission had in a February 2004 Rulemaking Hearing determined that there is not adequate data to support a finding of impaired Aquatic Life Use relative to the expected condition.  Information offered in the 2006 hearing further reinforces this conclusion by demonstrating that the Commission's classification assumes an extremely limited aquatic life use in this segment.  In a rulemaking hearing scheduled for June 12, 2006, the Commission will consider a proposal to delete the aquatic life use classification for this segment.  The Commission has therefore opted not to include Red Mountain Creek on the 2006 Section 303(d) List of Water-Quality-Limited Segments Requiring TMDLs.

Lower Gunnison segment 2:  The Division proposed that this segment be listed for selenium and temperature, with a "high" priority for each.  In view of evidence that it may be appropriate to reconsider the cold water aquatic life classification of this segment prior to initiating a TMDL, the Commission chose to change the priority for the temperature listing to "low".

Lower Colorado River segment 3:  The Division had initially proposed listing of this segment for ammonia.  During discussions with the City of Grand Junction it was noted that during the course of the Division's assessment an error had been made relative to the dataset utilized.  The Division subsequently modified its proposal to withdraw this segment from its proposal.  The Commission has not included the segment on the 2006 Section 303(d) List of Water-Quality-Limited Segments Requiring TMDLs.

Lower Colorado River segment 13a (Salt Creek):  Salt Creek was proposed by the Division to be listed for sediment based upon a study of this and other tributary segments performed in conjunction with the BLM and Chadwick and Associates.  Mesa County objected to the inclusion of Salt Creek on the Section 303(d) List of Water-Quality-Limited Segments Requiring TMDLs, arguing that the assessment protocols used were inconsistent with Commission Policy 98-1, the Implementation Guidance for Determining Sediment Deposition Impacts to Aquatic Life in Streams and Rivers.  The assessment performed utilized the same approach embodied in the Sediment Guidance with respect to comparison of the affected reach to an expected condition.  The validity of this comparative, expected condition analysis is not dependent on this being a high gradient, cobble bottom stream.   The Commission has determined that the assessment adequately demonstrated non-attainment of the narrative sediment standard and consequent impairment of Salt Creek.

Bear Creek segment 1a:  The Division proposed that this segment be retained on the Monitoring and Evaluation list for non-attainment of the assigned aquatic life use classification and for temperature.  The evidence submitted demonstrated adverse impacts to trout populations at two stations (Bear Creek cabins and O'Fallon Park) situated in the upper reach of this segment since 2002 and documented that the use continued to recover well into 2004, although full recovery had not yet occurred.  This evidence is consistent with the Commission's conclusion in 2004 that the demonstrative cause of adverse impacts to aquatic life

BLM_0036598

was the extreme drought in 2002. The 2006 Listing Methodology states that "Data collected during or immediately after temporary events influencing the waterbody that are not representative of normal conditions shall typically be discounted in making the listing decision." Several parties argued that water quality conditions might have adversely affected the aquatic life. However, there was no evidence submitted demonstrating exceedance of the Mean Average Weekly Temperature criterion during 2004 or 2005, or demonstrating that impairment was otherwise caused by pollutants. The Commission has decided that the Division's interpretation of the available data is consistent with the procedures contained in the Section 303(d) Listing Methodology, 2006 Listing Cycle and has determined that this segment should be retained on the Monitoring and Evaluation List for aquatic life impairments and temperature, and that its status should be reconsidered in future updates of Regulations No. 93 and No. 94.

The fact that impacts to Bear Creek aquatic life continue to appear to be related to the 2002 extreme drought is an adequate and appropriate basis for including this segment on the Monitoring and Evaluation List, rather than the Section 303(d) List. However, the Commission also notes that, even if continuing impacts did not appear to be tied to the drought, where there is no evidence that a numerical standard has been exceeded, the Commission's practice has been to place waters on the Monitoring and Evaluation List if there is not evidence that a use impairment has been caused by a pollutant. The 2006 Listing Methodology states "Water bodies that are impaired but it is unclear whether the cause of impairment is attributable to pollutants as opposed to pollution will be placed on the M&E List." EPA's guidance for such circumstances differs. EPA's guidance says that where there is an impairment but there has not been a demonstration that the impact is not caused by a pollutant, the water segment should be included on the Section 303(d) List. Because this provision appears in EPA guidance only, and the Commission is aware of no specific provisions of the Clean Water Act or EPA regulations that would dictate this result, the Commission believes that it has policy discretion to use different approach – i.e., to refrain from listing unless a pollutant has been identified as the cause of the use impairment.

Clear Creek segment 13b (North Fork Clear Creek): The Division had proposed this segment be retained on the Section 303(d) List of Water-Quality-Limited Segments Requiring TMDLs for several parameters and for non-attainment of the assigned aquatic life use classification. The Commission has adopted this proposal, but notes that the segment attains the assigned numeric copper standard. The listing therefore does not include copper. Further, the Commission notes that the Division had proposed a "high" priority for completion of TMDLs for this segment, due to the fact that the North Fork of Clear Creek was included on the 1998 List of Impaired Waters and is therefore subject to provisions of the 1999 Settlement Agreement addressing TMDL development by the Division. The Commission has determined that a "medium" priority will be assigned for TMDL development, while recognizing that the Division remains obligated to completion of TMDLs for this segment by June 30, 2008. If the underlying standards are revised in the 2009 South Platte River basin rulemaking, TMDLs and/or Wasteload Allocations based on the superceded standards should be revisited.

Cache la Poudre segment 14 (Horsetooth Reservoir): The Division proposed inclusion of Horsetooth Reservoir on the Section 303(d) List of Water-Quality-Limited Segments Requiring TMDLs due to non-attainment of the dissolved oxygen standard. Data for a ten-year period of record was found to be representative of conditions in the Reservoir. The Commission determined that in this instance it is appropriate to consider data for more than the most recent five years, in view of evidence that the most recent five years include a potentially unrepresentative period of reservoir drawdown. While the available data do not include samples spaced throughout a 24-hour period, the data are typical of that usually available for lakes and reservoirs. If diel variation were expected, it is likely that any such data would demonstrate a slight depression of dissolved oxygen concentration in the epilimnion during non-daylight hours. However, the area of non-attainment of dissolved oxygen in Horsetooth Reservoir is in the metalimnion, or middle layer of the reservoir. Testimony from Division staff indicated that it is unlikely that diel variation in dissolved oxygen levels would be expected in the metalimnion, since this deeper layer is unlikely to be affected by photosynthesis that occurs in the epiliminion. The Commission interprets the reference in the Listing Methodology to lake and reservoir samples representative of diel variation to apply

BLM_0036599

only in those factual circumstances (e.g. dissolved oxygen in the epilimnion) where such variation would be expected.

The assessments and recommendations by the Division regarding Horsetooth Reservoir were consistent with the Section 303(d) Listing Methodology, 2006 Listing Cycle. However, the Commission notes that this hearing identified a need to provide further clarifications regarding appropriate procedures for assessing compliance with dissolved oxygen standards, particularly for lakes and reservoirs. The Commission encourages the Division to pursue such clarifications in preparation of the 2008 Listing Methodology, including, e.g., addressing variations in attainment status from year-to-year and further clarification of what constitutes representative data.

Evidence regarding the status of aquatic life in Horsetooth Reservoir does not override the fact that the data demonstrate a long term standards exceedance. The Commission's practice has been to list waterbodies on the Section 303(d) List whenever representative data demonstrate non-attainment of a numerical standard, including dissolved oxygen. For other waters listed for non-attainment of dissolved oxygen, the Commission has not required evidence of the cause of the non-attainment. Although the provisions of the 2006 Listing Methodology arguably contain potentially conflicting language on this point, the Commission's practice has not been to apply the provision regarding "water bodies that are impaired but it is unclear whether the cause of impairment is attributable to pollutants" to waters with dissolved oxygen impairments. Moreover, although the Commission was willing to consider listing Horsetooth Reservoir on the M&E List if the cause of the dissolved oxygen impairment was recent reservoir draw downs (i.e., reservoir operations), the evidence did not support this conclusion.

Middle South Platte River segment 03a (Horse Creek Reservoir): The Division proposed that Horse Creek Reservoir be included on the Section 303(d) List of Water-Quality-Limited Segments Requiring TMDLs due to non-attainment of the assigned pH standard. The recommendation was based upon a representative dataset including four years of water quality monitoring results. The Commission has determined that inclusion of the Reservoir on the Section 303(d) List of Water-Quality-Limited Segments Requiring TMDLs for pH is appropriate and consistent with the Section 303(d) Listing Methodology, 2006 Listing Cycle. Dissolved oxygen data for the same four-year period demonstrate attainment of the dissolved oxygen standard. Although EPA questioned the Division's current practice of averaging dissolved oxygen data within the sampling profile or profiles for a single sampling event, the Commission has determined that this practice is acceptable and appropriate, and consistent with the 2006 Listing Methodology. EPA's proposal that Horse Creek Reservoir be listed for dissolved oxygen is based upon analytical procedures that are inconsistent with the Division's current assessment practice. The Commission has determined that the Reservoir is not impaired with respect to the dissolved oxygen standard.

Upper Colorado River segment 07b (Muddy Creek): The Division had proposed the listing of Muddy Creek for non-attainment of the assigned temperature standard. The Colorado River Water Conservation District objected to the Division's proposal and has provided evidence suggesting that the USGS sampling station (data from which formed the basis for the Division's proposal) is situated such that any temperature data generated is likely not representative. The Commission has therefore included the segment on the 2006 Monitoring and Evaluation List to allow further examination of temperature data from this station.

Upper Yampa River segment 07b: This segment comprises a portion of the Yampa River mainstem. The Division had proposed that this segment be listed for temperature, again based upon USGS monitoring data. The Colorado River Water Conservation District provided evidence concerning the location of the USGS sampling station below the Steamboat Springs hot springs discharge. Again parties have agreed that such data is likely not representative of instream conditions. The Commission has placed the segment on the 2006 Monitoring and Evaluation List.

Upper Yampa River segment 20 (First Creek, Elkhead Creek): These waters are classified for Recreation Use 1a, and are assigned a numeric E. coli standard of 126 org./100 mL. Ambient E. coli levels exceed the

61

assigned numeric standard. The U. S. Forest Service has raised concerns regarding the current assigned Recreation Use and the associated numeric standards. The Commission has included the segment on the 2006 Section 303(d) List of Water-Quality-Limited Segments Requiring TMDLs based upon the current classification and standards. However, it is the intent of the Commission that these issues be examined in the context of the 2008 Upper Colorado surface water standards rulemaking prior to the initiation of the TMDL development process.

## BASIS AND PURPOSE (Monitoring and Evaluation List)

### A.      Introduction

This regulation updates Colorado's Monitoring and Evaluation List to reflect additional water quality information available since the Regulation was promulgated in 2004.

### B.      List Development

The statement of basis and purpose for Regulation No. 93 contains a description of how the lists were developed.

### C.      Prioritization and Scheduling

The Division remains committed to establishing a plan for monitoring and evaluating these water bodies prior to the list submission date for the subsequent listing cycle. Further, the Commission has committed to determining their appropriate status (as either impaired or fully supporting) within ten years of their placement on the M&E List.

### D.      Segment-Specific Issues

In a number of instances, the Commission chose in this hearing to include on the Monitoring and Evaluation List waters that were initially proposed by the Division, or recommended by other rulemaking participants, for inclusion on the Section 303(d) List, Regulation #93. These waters include Bear Creek segment 1a, Upper Colorado River segment 07b (Muddy Creek), and Upper Yampa River segment 07b. In each instance, the Commission's rationale for these decisions is set forth in the statement of basis and purpose for Regulation #93.

## PARTIES TO THE RULEMAKING

1.      The City of Grand Junction
2.      The Colorado Division of Wildlife
3.      Evergreen Trout Unlimited and Colorado Trout Unlimited
4.      The City of Colorado Springs
5.      The City of Black Hawk
6.      The Colorado River Water Conservation District
7.      Friends of Bear Creek
8.      Big Thompson Watershed Forum
9.      The Bear Creek Watershed Association
10.     The Northern Colorado Water Conservancy District
11.     U.S. Environmental Protection Agency, Region 8
12.     Evergreen Metropolitan District and West Jefferson County Metropolitan District
13.     USDA Forest Service, Medicine Bow-Routt National Forests
14.     Colorado Rock Products Association
15.     City and County of Broomfield
16.     Climax Molybdenum Company

BLM_0036601

17.    The Metro Wastewater Reclamation District
18.    Mount Carbon Metropolitan District

**93.12    STATEMENT OF BASIS, SPECIFIC STATUTORY AUTHORITY AND PURPOSE; FEBRUARY, 2008 RULEMAKING, EFFECTIVE DATE OF APRIL 30, 2008**

The provisions of C.R.S. 25-8-202(1)(a), (b) and (i), (2) and (6); 25-8-203; 25-8-204; and 25-8-401; provide the specific statutory authority for adoption of these regulatory amendments.  The Commission also adopted in compliance with 24-4-103(4) C.R.S. the following statement of basis and purpose.

**BASIS AND PURPOSE (303(d) List)**

**A.    Introduction**

This regulation updates Colorado's List of Water-Quality-Limited Segments Requiring Total Maximum Daily Loads ("TMDLs") to reflect additional water quality information available since the Regulation was promulgated in 2006.  This list was prepared to fulfill section 303(d) of the federal Clean Water Act ("Act") which requires that states submit to the U.S. Environmental Protection Agency ("EPA") a list of those waters for which technology-based effluent limitations and other required controls are not stringent enough to implement water quality standards.

**B.    List Development**

1.    Listing Methodology

The "Section 303(d) Listing Methodology - 2008 Listing Cycle" contains a description of the listing process, the criteria for listing, and the criteria for determination of TMDL priority.  The Listing Methodology was developed through a public process and finalized as a policy at a Water Quality Control Commission administrative action hearing on May 15, 2007.

This Listing Methodology sets forth the criteria that generally were used to make decisions regarding which waters to include on the 2008 Section 303(d) List and the 2008 M&E List.  However, this methodology was not adopted by the Commission as a rule.  The Commission therefore has the flexibility to take into account other appropriate factors in making site-specific listing decisions.

2.    Information Considered

The Commission has considered all existing and readily available information in developing the 2008 Section 303(d) List.  In determining whether data and information are existing and readily available, it has taken into account such data and information as the Division has utilized in the preparation of those identification processes, calculations and models referenced in 40 CFR §130.7(a)(5)(i), (ii) and (iv) and that credible data and information presented in a readily usable format and submitted in reports provided to the Division as referenced in 40 CFR §130.7(a)(5)(iii).  In addition, the Commission accepted credible data and information that was submitted in accordance with the listing process schedule, whether submitted by EPA or any other interested party.  The Division also continues to independently collect and analyze new data on a rotating basin basis as part of its triennial review efforts and will utilize such data and information in making future listing determinations.  Existing data which was not brought forward through one of the above mechanisms or otherwise presented to the Commission in accordance with the schedule was not treated as "readily available" for purposes of making the 2008 listing decisions.  Such information will be considered in the next listing cycle.

**C.    Prioritization**

BLM_0036602

The objective of prioritization is to identify those waterbody segments where the Division and the public should concentrate their resources.  Priorities of High, Medium and Low were established according to section IV. of the 2008 Section 303(d) Listing Methodology.

**D.    Fish Consumption Advisory Listings**

Consistent with the 2008 Section 303(d) Listing Methodology, the Division proposed to include 12 segments on the 2008 303(d) List for non-attainment of the aquatic life use due to fish consumption advisories for mercury.  The 2008 Section 303(d) Listing Methodology, states:

Fish Consumption Advisories are issued by the Colorado Department of Public Health and Environment ("CDPHE") in instances where analysis of fish tissue samples provides documentation of a public health risk.  Issuance of a FCA by CDPHE indicates impairment of an Aquatic Life Use classification for any waters so classified.

The 2006 303(d) List included three of these reservoirs for impairment due to mercury:  one in the Rio Grande basin: Sanchez Reservoir (Rio Grande, segment 30), and two in the San Juan basin:  McPhee Reservoir (Dolores, segment 4) and Narraguinnep Reservoir (La Plata, segment 11).  These listing were changed by the Commission to specify that the listing was based on non-attainment of the aquatic life.  This is consistent with the 2008 Listing Methodology and avoids confusion that there is non-attainment of the mercury standard in the water column.

The Commission has included 12 segments on the 2008 303(d) List for non-attainment of the aquatic life use due to mercury fish consumption advisories for 13 lakes or reservoirs.  The Commission also included one listing based on non-attainment of the aquatic life use due to a PCE fish consumption advisory in Willow Springs Ponds, Fountain Creek, segment 7a.

**E.    Discussion of Issues Raised in the Hearing**

Dissolved Oxygen Standard in Lakes and Reservoirs: The issue of an appropriate D.O. standard in lakes and reservoirs was raised in this hearing by two parties, Northern and the River District.  The River District focused its attention to high elevation lakes and reservoirs while Northern discussed the concept of representative data and assessment methods as outlined in the 2008 Listing Methodology.  The Division agreed that work is needed to examine the D.O. standard for lakes and reservoirs and that additional refinement of the Listing Methodology is appropriate including consideration of whether and how refugia should be addressed.  This standard is scheduled for review in preparation for the 2010 Basic Standards and Methodology, Regulation No. 31, RMH in June 2010.  The Commission directs the Division to work with parties in 2008 and 2009 on any changes that are deemed appropriate for the 2010 Listing Methodology.  The Commission made listing decisions based on the available data using the adopted standards and the 2008 Listing Methodology.  Site-specific decisions made by the Commission are discussed below.

**F.    Segment- Specific Issues**

Fountain Creek segment 6, Monument Creek: Mainstem of Monument Creek from the boundary of National Forest Lands to the confluence with Fountain Creek:  The Division had proposed retaining the portion of Monument Creek below Mesa Road on the 2008 303(d) List because selenium concentrations in that portion exceed the water quality standard for Fountain Creek Segment 6.  The Commission has determined that it is appropriate at this time to include this portion of Monument Creek on the 2008 303(d) List.  However, because there is an appropriate plan in place to address the segment as a whole, the Commission directs the Division and Colorado Springs Utilities to revisit this plan to determine the causes and potential reversal of elevated Se concentrations and the appropriate long-term underlying standard for this section of COARFO06.

BLM_0036603

Lower Colorado segment 2, Colorado River (COLCLC02):   Mainstem of the Colorado River from Parachute Creek to the Gunnison River.  The Division originally proposed listing this segment based on non-attainment of the selenium standard.  The Division based its proposal on data from multiple sampling locations.  The River District questioned whether some of the sample locations, including the Humphrey backwater location and others, were in the segment.  The Division reviewed the sampling locations and determined that some of the sampling locations used in the original proposal were outside the segment.  The segment was reassessed and still showed impairment.  The parties disagree whether Humphrey Backwater is located within the segment but agreed that it demonstrated exceedences of the selenium standard.  The Commission ultimately decided to list the Humphrey Backwater portion of the Colorado River segment based on those data, rather than listing the entire segment.

White River segment 13b:  Shell Frontier Oil and Gas Inc. provided additional analytical results for a number of locations within the Yellow Creek drainage.  Re-assessment of several waters which had been proposed for inclusion on the Monitoring and Evaluation List indicated that Corral Creek, Box Elder Gulch, Stake Springs and Duck Creek, are all in attainment of the assigned standard for total recoverable iron.  This additional data, however, also demonstrated that the lower portion of Corral Creek and Duck Creek are in non-attainment of the Aquatic Life Use-based chronic selenium standard.  The Commission has added these waters to the 303(d) List for selenium.

Upper Colorado segment 5, Wolford Mountain Reservoir (COUCUC05):  The River District opposed the Division's proposal to move Wolford Reservoir from the 2006 M&E List to the 2008 303(d) List when no additional data has been collected.  In addition, the River District expressed their concerns with the current D.O. standard and Listing Methodology especially as it is applied to high alpine lakes and reservoirs.  The Commission moved Wolford Reservoir from the M&E List to the 303(d) List based on the current standards and listing methods.  The Commission has encouraged the Division, the River District and other parties to continue to work towards an improved D.O. standard for the 2010 Basic Standards Rulemaking Hearing.  The Commission adopted a low priority for this listing, since it is appropriate for the D.O. standard and listing methodology issues to be addressed before substantial resources are expended on development of a TMDL.

Uncompahgre segment 14, Sweitzer Lake (COGUUN14):  The Division proposed listing for Sweitzer Lake due to exceedances of the D.O. standard in the mixed layer.  The River District pointed out that there was no thermal stratification and adequate refugia present and therefore the segment should not be listed.  They also indicated that there is evidence of chemical stratification. The Commission listed Sweitzer Lake, segment COGUUN14, on the 303(d) List due to exceedances in the mixed layer as defined in the Listing Methodology.

Upper Yampa segment 13d, Dry Creek (COUCYA13d):  The Division proposed listing the Hubberson Gulch tributary of this segment due to non-attainment of the total recoverable iron standard.  Seneca Coal Company (Seneca) provided evidence that the tributary is in attainment of the standard.  The Commission did not list the segment for total recoverable iron on the 303(d) List.

Upper Yampa segment 13e, Sage and Grassy Creeks (COUCYA13e):  The Division proposed listing this segment due to non-attainment of the total recoverable iron and dissolved selenium standards.  Seneca provided evidence that the total recoverable iron standard is attained within the segment.  The Commission did not include the segment on the 303(d) List for total recoverable iron.  Seneca also provided evidence that the selenium standard is attained in the upper portions of the two creeks in the segment. The Commission did include the lower portion of the creeks (Sage Creek below Routt County Road 51D and Grassy Creek below Routt County Road 27A), on the 303(d) List for dissolved selenium.

## BASIS AND PURPOSE (Monitoring and Evaluation List)

### A.     Introduction

BLM_0036604

This regulation updates Colorado's Monitoring and Evaluation List to reflect additional water quality information available since the Regulation was promulgated in 2006.

**B.**     <u>**List Development**</u>

The statement of basis and purpose for Regulation No. 93 contains a description of how the lists were developed.

**C.**     <u>**Prioritization and Scheduling**</u>

The Division remains committed to establishing a plan for monitoring and evaluating these water bodies prior to the list submission date for the subsequent listing cycle.  Further, the Commission has committed to determining their appropriate status (as either impaired or fully supporting) within ten years of their placement on the M&E List.

**D.**     <u>**Segment Specific Issues**</u>

1.     <u>Lower Dolores segment 3 (COGULD03)</u>:  The Commission approved resegmentation of Lower Dolores segment 3 at the Regulation 35 Rulemaking Hearing in June 2006.  The resegmentation was based on the Division's investigation identifying Salt Creek draining the Sinbad Valley.  The Sinbad Valley is identified by the Colorado Geological Survey as a graben or a collapse feature that formed in response to salt migration and dissolution beneath the area.  Based on this information the selenium and zinc standards for the new Salt Creek segment were set at ambient conditions.  The Division proposed to delete this from the M&E List based on attainment of the new ambient standards.  The Commission removed this segment from the M&E List.

2.     <u>Bear Creek segment 1a (COSPBE01a)</u>:  This segment was removed from the M&E List based on assessment of annual fish surveys, water quality parameters and temperature data.  It is noted that Bear Creek has seen significant improvement but still requires continued cooperative efforts by the Division, DOW, the Bear Creek Watershed Authority, Trout Unlimited and others to prevent future impairment or re-listing.

3.     <u>Blue River segment 3 (COUCBL03)</u>:  The Commission has included Gold Run Gulch below Jessie Mine (for cadmium and zinc) and the South Branch Swan River below Royal Tiger Mine (for zinc) on the 2006 Monitoring and Evaluation List.  The Royal Tiger Mine and the Jessie Mine are both part of a CERCLA remediation effort completed in 2007.  Remediation results with respect to water quality are not yet available.  In the past the Commission did not intend by including these waters on the Monitoring and Evaluation List to conclude that any actions other than those completed CERCLA-related activities are necessary or appropriate at this site.  The status of those efforts will be reviewed during the next update of this list.

4.     <u>White River segment 16 (COLCWH16)</u>: The Commission has included Ryan Gulch on the Monitoring and Evaluation List for *E. coli*.  Shell had argued that Ryan Gulch should not be included on the Monitoring and Evaluation List for *E. coli* due to the lack of more than a single sample and because "*the segment does not appear to support classification as recreation class 2.*"  The Commission notes that placement of the water on the Monitoring and Evaluation List does not indicate a finding that Ryan Gulch is in non-attainment with the assigned Recreational Use, only that more data is needed to accurately assess the attainment status.  Further, the Commission would note that alternate Recreation Use designations have more stringent *E. coli* standards then that assigned with the current Recreation Use designation.

5.     <u>Upper Yampa segment 13d, Dry Creek (COUCYA13d)</u>:  The Division proposed listing this segment due to exceedances of the lead standard. Seneca provided evidence that the lead standard is

BLM_0036605

attained within the upper portion of this segment. The Commission included the lower portions of the segment (below Routt County Road 53 (Sec. 22, T6N, R88W)), on the 2008 M&E List for dissolved lead.

6.   <u>Uncompahgre segment 3b, Ridgeway Reservoir (COGUUN03b)</u>:  Listing methods for temperature in lakes were changed in the *Section 303(d) Listing Methodology – 2008 Listing Cycle* to reflect changes in the temperature standards in *Regulation No. 31. In the Listing Methodology (p. 25)* it states:  "If the refuge is not adequate because of low dissolved oxygen, the lake or reservoir may be listed as impaired for dissolved oxygen rather than for temperature." The Division proposed a few segments for the M&E List that are listed for dissolved oxygen due to exceedances of temperature in the epilimnion where there was not adequate refugia in the lower levels of the lake or reservoir.  Ridgeway Reservoir was one of those segments.  The data showed that the temperature standard was exceeded in the epilmnion on 7/21/05.   An adequate refuge from high temperatures in the epilimnion was not present on that day due to inadequate dissolved oxygen in the lower portion of the lake.  Due to confusion that this type of listing caused, the parameter notation in Regulation No. 94 was changed to indicate that the D.O. listing was due to exceedances of the temperature standard.  The Commission added Ridgeway Reservoir; segment COGUUN03b, to the M&E List for "D.O. (temperature)".

7.   <u>Fountain Creek segment 2a (COARFO02a)</u>:  Fountain Creek segment COARFO02a includes the mainstem from its confluence with Monument Creek to the State Highway 47 Bridge.  This segment was assigned an ambient-based chronic selenium standard of 8.0 ug/L during the Arkansas River Basin RMH in 2007.  The Aquatic Life Use-based acute standard was set at TVS.  Two acute exceedances were found during the data assessment for this rulemaking hearing that could place this segment on the 303(d) List.  Further investigation of these acute exceedances showed discrepancies in the USGS and the WQCD data.  The Division, as well as Colorado Springs, believed that because of the inconsistent nature of this data it may not be representative, and together the parties will investigate the validity of these data.  For this reason, the Commission placed this segment on the M&E as opposed to the 303(d) List until further study of selenium in this segment can take place.

8.   <u>Upper Colorado segment 2, Shadow Mountain Reservoir (COUCUC02)</u>:  The Division originally proposed to include Shadow Mountain Reservoir on the 2008 303(d) List for dissolved oxygen.  In their RPHS, Northern opposed the listing of Shadow Mountain for dissolved oxygen on the 303(d) List.  They stated that the data was not representative because it was not spatially distributed, it did not have temporal variability, and it followed a temporary event, namely fall turn over following a historic drought. The Division disagreed regarding the representative nature of the sampling program but points out that there are questions about the validity of the September 2003 sample profile that was evaluated.  For example, the Division believed that D.O. readings taken on September 16, 2003 may have been a calibration error.  Moreover, that was the only reading that exceeded the standard during the entire period of record and thus may not have been representative.  For these reasons the reservoir was placed on the M&E List as opposed to the 303(d) List until further evaluation can take place.

9.   <u>Upper Colorado segments 6 and 8, Camp Cr, Jones Gulch, Keystone Cr, and Mozart Creek (COUCBL06 and COUCBL08)</u>:  During the 2004 rulemaking process, the four identified tributaries in these two segments were placed on the M&E List based upon measured pH levels during one spring one runoff season when pH levels are expected to be relatively low due to natural causes.  Subsequent water quality monitoring conducted over a period of four years has found that these streams meet the pH standards and have 15th percentile values that are above the minimum 6.5 s.u. pH standard.  Based upon these findings, the Commission removed segments COUCBL06 and COUCBL08 from the M&E List.

BLM_0036606

10.     Upper Colorado segment 10 (COUCUC10):  The Division proposed that segment COUCUC10 be placed on the M&E List for copper based on data from WQCD station 12193, located on the Fraser River at the Town of Fraser.  Additional stations were assessed on this segment.  The Districts questioned the data used in the assessment and upon reevaluation of data for five stations along the Fraser River, the Division revised its proposal to only list a portion of the segment on the M&E List.  The WQCC placed the Fraser River from the Town of Fraser to the confluence with the Colorado River on the M&E List based on this data analysis.  The Division will work with the Grand County Districts and the Grand County Water Information Network (GCWIN) to collect more data and look into copper issues on the Fraser River.

PARTIES TO THE RULEMAKING HEARING

1.     The Metro Wastewater Reclamation District
2.     Bear Creek Watershed Association
3.     Keystone Resort
4.     City of Colorado Springs and Colorado Springs Utilities
5.     CAM-Colorado LLC and CAM Mining LLC
6.     Colorado Division of Wildlife
7.     Southeastern Colorado Water Conservancy District
8.     Shell Frontier Oil and Gas, Inc.
9.     The Grand County Water and Sanitation District #1, the Winter Park West Water and Sanitation District, the Fraser Sanitation District and the Winter Park Sanitation District
10.     Trout Unlimited, Colorado Trout Unlimited, and the Evergreen Chapter of Trout Unlimited
11.     Northern Colorado Water Conservancy District
12.     Seneca Coal Company
13     Colorado River Water Conservation District
14.     U.S. Environmental Protection Agency, Region 8
15.     City of Black Hawk and Black Hawk/Central City Sanitation District
16.     Cripple Creek & Victor Gold Mining Company
17.     Town of Minturn
18.     Homestake Mining Company of California
19.     CBS Operations Inc

**93.13    STATEMENT OF BASIS, SPECIFIC STATUTORY AUTHORITY AND PURPOSE; FEBRUARY, 2010 RULEMAKING, EFFECTIVE DATE OF APRIL 30, 2010**

The provisions of C.R.S. 25-8-202(1)(a), (b) and (i), (2) and (6); 25-8-203; 25-8-204; and 25-8-401; provide the specific statutory authority for adoption of these regulatory amendments.  The Commission also adopted in compliance with 24-4-103(4) C.R.S. the following statement of basis and purpose.

**BASIS AND PURPOSE**

A.     **Consolidation of Regulations #93 and #94**

Prior to the 2010 listing cycle, Colorado's list of Water-Quality-Limited Segments Requiring Total Maximum Daily Loads was set forth in this Regulation #93, and Colorado's Monitoring and Evaluation List was set forth in Regulation #94.  In this hearing, the Commission has approved the Division staff proposal to combine both lists into Regulation #93, and to repeal the former Regulation #94.  The primary benefit of combining the regulations is to make the status of water segments in Colorado easier to understand by setting forth both lists in one table.  This new structure will also make it easier to understand proposed revisions to either list during future rulemaking hearings.  These benefits will be seen by the Division, the Commission and interested stakeholders.

BLM_0036607

Both regulations were heard by the Commission at the same rulemaking hearings in the past and decisions were made for both regulations at the same time. One reason for maintaining separate lists in the past is that Colorado's list of Water-Quality-Limited Segments Requiring Total Maximum Daily Loads is subject to EPA approval, while Colorado's Monitoring and Evaluation List is not. Although the Commission is now combining both lists into one regulation for simplicity and ease of use, it will continue to be only the list of Water-Quality-Limited Segments Requiring Total Maximum Daily Loads that requires EPA approval. In submitting the revised "Section 303(d) List" to EPA, the Commission will note that only that list is submitted for approval and that the separate Colorado Monitoring and Evaluation List is maintained as state-only information.

**B.**    **Revisions to 303(d) List**

1.    Introduction

This regulation updates Colorado's List of Water-Quality-Limited Segments Requiring Total Maximum Daily Loads ("TMDLs") to reflect additional water quality information available since the Regulation was promulgated in 2008. This list was prepared to fulfill section 303(d) of the federal Clean Water Act ("Act") which requires that states submit to the U.S. Environmental Protection Agency ("EPA") a list of those waters for which technology-based effluent limitations and other required controls are not stringent enough to implement water quality standards.

2.    List Development

   a.    Listing Methodology

The "Section 303(d) Listing Methodology - 2010 Listing Cycle" contains a description of the listing process, the criteria for listing, and the criteria for determination of TMDL priority. The Listing Methodology was developed through a public process and finalized as a policy at a Water Quality Control Commission administrative action hearing on May 11, 2009.

This Listing Methodology sets forth the criteria that generally were used to make decisions regarding which waters to include on the 2010 Section 303(d) List and the 2010 M&E List. However, this methodology was not adopted by the Commission as a rule. The Commission therefore has the flexibility to take into account other appropriate factors in making site-specific listing decisions.

   b.    Information Considered

The Commission has considered all existing and readily available information in developing the 2010 Section 303(d) List. In determining whether data and information are existing and readily available, it has taken into account such data and information as the Division has utilized in the preparation of those identification processes, calculations and models referenced in 40 CFR §130.7(a)(5)(i), (ii) and (iv) and that credible data and information presented in a readily usable format and submitted in reports provided to the Division as referenced in 40 CFR §130.7(a)(5)(iii). In addition, the Commission accepted credible data and information that was submitted in accordance with the listing process schedule, whether submitted by EPA or any other interested party. The Division also continues to independently collect and analyze new data on a rotating basin basis as part of its triennial review efforts and will utilize such data and information in making future listing determinations. Existing data which was not brought forward through one of the above mechanisms or otherwise presented to the Commission in accordance with the schedule was not treated as "readily available" for purposes of making the 2010 listing decisions. Such information will be considered in the next listing cycle.

BLM_0036608

c.     Data Quality

In the Division's Quality Management Plan 2007 for the Collection and Utilization of Environmental Data, the WQCD states that "It is the expressed goal of the Division to use only those analytical data that are both reliable and have a defined level of quality." In order to meet this goal, the WQCD required that all information submitted in response to its August 2009 call for data have a certification of quality included with the data. All of the information received for this data call that was utilized to develop assessments for this rulemaking hearing had a quality certification submitted or has been identified as not having this certification. Only a small fraction of the data is not certified.

3.     Prioritization

The objective of prioritization is to identify those waterbody segments where the Division and the public should concentrate their resources. Priorities of High, Medium and Low were established according to section IV. of the 2010 Section 303(d) Listing Methodology.

4.     Fish Consumption Advisory Listings

The 2010 Section 303(d) Listing Methodology, states:

Fish Consumption Advisories are issued by the Colorado Department of Public Health and Environment ("CDPHE") in instances where analysis of fish tissue samples provides documentation of a public health risk. Issuance of a FCA by CDPHE indicates impairment of an Aquatic Life Use classification for any waters so classified.

The Commission has included 17 segments on the 2010 303(d) List for non-attainment of the aquatic life use due to mercury fish consumption advisories for 22 lakes or reservoirs. The Commission also included one listing based on non-attainment of the aquatic life use due to a PCE fish consumption advisory in Willow Springs Ponds, Fountain Creek, Segment 7a.

The following segments have been added to the 2010 303(d) List due to new Fish Consumption Advisories:

- Lower Gunnison Segment 4b, Juniata Reservoir
- Lower Colorado Segment 20, Rifle Gap Reservoir
- San Juan Segment 6a, Echo Canyon Reservoir
- Upper Colorado Segment 12, Lake Granby
- Yampa River Segment 2b, Elkhead Reservoir, Catamount Lake

5.     New Table Value Standards

Cadmium and Zinc:  As part of the Basic Standards hearing of 2005, new zinc and cadmium table values were adopted. The acute and chronic zinc and cadmium equations in each basin were modified to conform to Regulation No. 31 over the last four years. An increase in cadmium listings were the result of a more stringent cadmium standard.

The following segments were added to the 303(d) List for cadmium:
- Big Thompson Segment 2
- Clear Creek Segments 2a, 2b, 2c, 9b, 11, 13b
- Cache la Poudre Segment 7
- Upper South Platte Segments 2b, 2c, 5a, 5b, 15
- Blue River Segment 12

BLM_0036609

- Eagle River Segment 5c
- Upper South Platte Segments 3 (Hawkins Gulch), 5a

Temperature:  As part of the Temperature Standards hearing of 2007, new temperature table values were adopted. The acute and chronic temperature standards in the Upper and Lower Colorado and the South Platte River Basins were modified to conform to Regulation No. 31 over the last two years.

The following segments were added to the 303(d) List for temperature:

- Upper Colorado Segments 3, 4, 7b and 10c

6.    Listings Due to Exceedances of the Secondary Water Supply Standards

For the secondary water supply standards of dissolved iron, manganese and sulfate, the less restrictive of the following two options will apply as the numeric standard: existing quality as of January 1, 2000 or the table value criteria in Regulation No. 31, Tables II and III.  For dissolved iron this value is 300 ug/l.  For manganese this value is 50 ug/l.  For sulfate this value is 250 ug/l.

The Division evaluated the water quality as of January 1, 2000 to determine in some cases where standards exceeded the water supply criteria in Tables II and III.  The following segments were proposed for listing based on exceedances of the standards:

- Lower South Platte Segment 1: Manganese

7.    Relisting Segments with Approved TMDLs Due to Standards Changes

Once a TMDL has been completed, impaired waters are removed from the 303(d) List and placed into Integrated Reporting Category 4a.  TMDLs are written to the adopted standards at the time they are submitted to EPA.  As standards are periodically reviewed they may become more stringent.  In these cases the TMDL may no longer be protective of the current standards.  The Division reviewed segments where both TMDLs have been written and new, more restrictive standards have been adopted by the Commission.  The Commission has relisted the following segments:

South Platte Basin:
- Clear Creek Segments 09b, 11, and 13b: Cadmium
- Clear Creek Segment 02b: Zinc
- Upper South Platte Segments 2b, 2c and 15: Cadmium

8.    Delisting of Segments with Recently Approved TMDLs

The Division submitted 64 TMDLs to EPA in the last biennium that have been approved.  The following segments and parameters have been removed from the 303(d) List:

- Upper Arkansas Segment 2a: Zinc
- Upper Arkansas Segments 2b, 2c and 3: Cadmium and Zinc
- Upper Arkansas Segment 5: Lead and Cadmium
- Upper Arkansas Segment 7: Zinc
- Upper Arkansas Segment 11: pH, Aluminum, Cadmium, Copper and Zinc
- Upper Arkansas Segment 12a: Lead and Zinc
- San Miguel Segment 3a: Zinc
- San Miguel Segment 3b: Cadmium and Zinc

BLM_0036610

- San Miguel Segments 6a and 6b: Zinc
- Uncompahgre Segments 2, 3a, 6a: Cadmium, Copper, Iron, and Zinc
- Rio Grande Segment 4:  Cadmium and Zinc
- Rio Grande Segment 30, Sanchez Reservoir: Aquatic Life Use (Hg FCA)
- Closed Basin Segment 9a: Cadmium
- Closed Basin Segment 9b: Copper
- Dolores River Segment 9: Cadmium and Zinc
- Boulder Creek Segment 4a: pH, Cadmium, Copper and Zinc
- Clear Creek Segment 2: Copper and Zinc
- Clear Creek Segment 3a: Zinc
- Clear Creek Segment 3b: Lead and Zinc
- Clear Creek Segment 9a: Copper
- Clear Creek Segment 9b: Copper, Lead and Zinc
- Clear Creek Segment 11: Lead and Zinc
- Clear Creek Segment 13b: Total Recoverable Iron, Manganese, Zinc, and Aquatic Life Use
- Upper South Platte Segment 4: Copper
- Upper South Platte Segment 5b: Zinc
- Blue River Segment 6: pH, Cadmium, Copper, Lead and Zinc
- Blue River Segment 7: pH, Cadmium, Copper, Lead, Manganese and Zinc
- Blue River Segment 12: Zinc
- Eagle River Segment 5a: Copper and Zinc
- Eagle River Segment 5b: Zinc
- Eagle River Segment 5c: Zinc
- Eagle River Segment 7b: Copper and Zinc

9.     Delisting of Segments where Water Quality is Currently Meeting Standards

As additional water quality data is collected and assessed, new data may show attainment of the standards.  The following segments and parameters have been removed from the 303(d) List due to attainment of current water quality standards:

- Upper Arkansas Segment 2a:  $NO_3$
- Uncompahgre River Segment 14, Sweitzer Lake: D.O.
- Lower Colorado Segment 3: Total Recoverable Iron
- White River Segment 13b, Corral Creek: Selenium
- La Plata Segment 4a: Zinc
- Rio Grande Grande Segment 9 (Beaver Creek Reservoir): D.O.
- Closed Basin Segment 6, San Luis Lake: D.O.
- Cherry Creek Segment 2, Cherry Creek Reservoir: chlorophyll a
- Upper Colorado Segment 7a: Total Recoverable Iron
- Yampa River Segment 16: Total Recoverable Iron
- Lower Yampa Segment 20: *E. coli*
- Cache La Poudre Segment 14 (Horsetooth Reservoir):  D.O.
- Upper Colorado Segment 5 (Wolford Reservoir):  D.O.

10.     Dissolved Oxygen Standard in Lakes and Reservoirs

In 2008, the Commission directed the Division to work with outside parties and stakeholders on changes to the Listing Methodology with regards to the assessment of dissolved oxygen in lakes and reservoirs.  Refinement of assessment methods were discussed in workgroup meetings and updates to the dissolved oxygen methods were included in the 2010 Listing Methodology.

BLM_0036611

The revised 2010 Listing Methodology states that if the average temperature in the epilimnion of lakes and reservoirs exceeds the temperature standard, temperature and dissolved oxygen below the epilimnion will be evaluated for adequate refuge. Refuge is defined as the concurrent attainment of the temperature and dissolved oxygen standard at lower depths. If adequate refuge is not present in a single profile, the segment is listed as impaired for dissolved oxygen rather than for temperature. The Commission added the following segments to the 303(d) List due to exceedances of the temperature standard where adequate refuge was not found:

- Lower Arkansas Segment 5b, Trinidad Lake
- Clear Creek Segment 17a, Arvada Reservoir

The Listing Methodology also states that if the average dissolved oxygen concentration in the epilimnion falls below the standard in any profile, the lake will be placed on the 303(d) list. Where the dissolved oxygen standard is not attained in the metalimnion, but it is attained in the epilimnion, the lake may be placed on the M&E list, according to the Listing Methodology. The Commission added 25 new lakes to the M&E list due to exceedances in the dissolved oxygen standard in the metalimnion. The following twelve lakes and reservoirs were added to the 303(d) List due to exceedances in the dissolved oxygen standard in the epilimnion:

- Cache la Poudre Segment 20, Seaman Reservoir
- Middle South Platte Segment 4, Milton Reservoir
- Middle South Platte Segment 7, Prospect Lake
- Upper South Platte Segment 17a, Berkeley Lake, Duck Lake
- Upper South Platte Segment 17b, Sloan's Lake
- Upper South Platte Segment 23, Barnum Lake, Garfield Lake, Harvey Lake,        Parkfield Lake and Houston Lake
- Upper Colorado Segment 2, Shadow Mountain Lake

The dissolved oxygen standard is slated for revisions in the 2010 Basic Standards and Methodology, Regulation No. 31, rule-making hearing in June 2010. The attainment decision for these lakes and reservoirs may be different when they are reassessed with the revised standard.

11.   Seasonal Listings of *E. Coli*

The 2010 Listing Methodology included a provision to allow assessment of the *E. coli* standard on a seasonal basis. The Division proposed the following segments be placed on the 303(d) List based on seasonal impairments of the *E. coli* standard:

- Arkansas River Basin, Fountain Creek Segments 2b and 6
- South Platte Basin, Big Thompson Segment 9
- South Platte Basin, Cache la Poudre Segments 12 and 13a
- South Platte Basin, Bear Creek Segment 2
- South Platte, Clear Creek Segment 15
- South Platte, Upper South Platte Segment 16c:  Harvard, West Harvard and Lakewood Gulches

The Commission adopted all proposed seasonal listings onto the 303(d) List as proposed by the Division.

12.   Listing of Segments where Water Quality is not Meeting Standards not Identified Above

The following segments were added to the 303(d) List due to exceedances of water quality standards not identified above:

BLM_0036612

- South Platte, Bear Creek Segment 5: Swede Gulch/Kerr Gulch, *E. coli*
- South Platte, Cherry Creek Segment 3: *E. coli* and Se
- South Platte, Clear Creek Segment 2b: Zn
- South Platte, Clear Creek Segment 3a: Cu
- South Platte, Clear Creek Segment 9a: Silver Creek, Cu and Pb
- South Platte, Clear Creek Segment 9b: pH
- Upper Gunnison Segment 29a, Deadman Gulch: pH, Cd, Cu, Mn, Zn, Fe(Trec)
- Lower Colorado Segment 10:  Se
- Lower Colorado, White River Segment 9d: Se
- South Platte, Bear Creek Segment 1c (Bear Creek Reservoir): Chl a, Phosphorus
- South Platte, Bear Creek Segment 5: *E. coli*
- South Platte, Boulder Creek Segment 2a, 2b and 3: Cu
- South Platte, Boulder Creek Segment 8: Se
- South Platte, Boulder Creek Segment 9: As
- South Platte, Big Thompson Segment 2: Cu, Zn
- South Platte, Big Thompson Segment 3, 6, 7: Cu
- South Platte, Big Thompson Segment 4a, 4b: Se
- South Platte, Big Thompson Segment 8: D.O
- South Platte, Big Thompson Segment 16 (Lake Estes): Cu
- South Platte, Cache La Poudre Segment 7: Pb
- South Platte, Cache La Poudre Segment 11: Se
- South Platte, Lower South Platte Segment 1: Se, Mn
- South Platte, Lower South Platte Segment 2b: Se
- South Platte, Middle South Platte Segment 1a: *E. coli*
- South Platte, Middle South Platte Segment 1b: Se
- South Platte, Middle South Platte Segment 4 (Barr and Milton Reservoirs): $NH_3$
- South Platte, Middle South Platte Segment 7 (Horse Creek Reservoir and Prospect Lake): pH, NH3
- South Platte, Republican Segment 4: *E. coli*
- South Platte, St. Vrain Segment 2a: Zn
- South Platte, St. Vrain Segment 4c: Cu, As
- South Platte, Upper South Platte Segment 2c: Zn
- South Platte, Upper South Platte Segment 3 (Hawkins Gulch): Se
- South Platte, Upper South Platte Segment 3 (Horse Creek): D.O., Fe(trec)
- South Platte, Upper South Platte Segment 3 (West Creek): As, Hg
- South Platte, Upper South Platte Segment 3 (Goose Creek): D.O.
- South Platte, Upper South Platte Segment 3 (Trail & Wigwam Creeks): Fe(trec)
- South Platte, Upper South Platte Segment 4: pH
- South Platte, Upper South Platte Segment 5a: Cu, Zn
- South Platte, Upper South Platte Segment 5c: $NH_3$
- South Platte, Upper South Platte Segment 14: As
- South Platte, Upper South Platte Segment 17a (Berkeley Lake): As
- South Platte, Upper South Platte Segment 23 (Barnum Lake): *E. coli*
- Upper Colorado,Yampa River Segment 13b: Total Recoverable Iron

13. <u>Segment- Specific Issues</u>

    a.    Upper South Platte Segment 15 and Middle South Platte Segment 1a – Category 4b Demonstration Plan

        Metro Wastewater Reclamation submitted a Category 4b Demonstration Plan to the Division for two segments on the mainstem of the South Platte: Upper South Platte Segment 15 and Middle South Platte Segment 1a.   Category 4b is an alternative to listing an impaired segment on the 303(d) List.  A Category 4b Demonstration Plan, when

BLM_0036613

implemented, must ensure attainment with all applicable water quality standards through pollution control mechanisms within a reasonable time period.  This plan was accepted by the U.S. Environmental Protection Agency prior to the development of the Division's proposed 303(d) List.  As a result, the Division did not include these segments in their proposal. No further discussion or comments were received by other parties.  The Commission did not include Upper South Platte Segment 15 and Middle South Platte Segment 1a on the 303(d) List for ammonia and nitrate, for which the Category 4b Demonstration Plan was written.   The Commission expects that after a reasonable period of time as defined in the Category 4b Demonstration Plan, water quality will be reexamined on these segments.  If water quality standards are not achieved at this time the segment will be considered impaired and placed on the 303(d) List.

b.      South Platte River (COSPUS14 and COSPUS15) - Trash

Two proposals were originally submitted in prehearing statements by P.U.R.E. and Wild Earth Guardians to list the South Platte River from Bowles Avenue to the confluence of Sand Creek as impaired for trash.  Wild Earth Guardians withdrew their proposal but P.U.R.E maintained their proposal.  The Division met prior to the Rulemaking hearing with representatives of P.U.R.E and discussed the issue.  The Division maintained that a method to determine impairment for trash did not exist and that this must be determined before a decision of impairment can be made.  The Division and P.U.R.E agreed to begin to address this issue in the 2012 303d Listing Methodology development stakeholder process that is to begin in the summer of 2010.

After listening to all of the testimony on this topic, the Commission took no action on listing these segments for trash at this time.  It is expected that P.U.R.E, the Division and other stakeholders will work collaboratively to develop an appropriate methodology for determining impairment for trash through the 2012 303d Listing Methodology development process and other appropriate collaborative processes.

c.      Muddy Creek (COCUCUC07b) – Temperature

The Division proposed to list Muddy Creek (COCUCUC07b) on the 303(d) List for temperature.  The River Water Conservation District (River District) opposed this listing stating that exceedances at an upper station were due to a temporary construction at the outlet of Wolford Reservoir.  Exceedances were still found at the lower station.  The Commission adopted the Division's alternate proposal to include the upper portion from Wolford Reservoir to Cow Gulch on the M&E List the and lower portion from Cow Gulch to the Colorado River on the 303(d) List.

d.      Colorado River (COCUCUC03) – Temperature

The Division proposed to place all of the Colorado River mainstem from Lake Granby to the Roaring Fork River (COCUCUC03) on the 303(d) List for temperature exceedances.  Northern Colorado River Conservancy District (Northern) proposed an alternative portion of 578 Road bridge to the William Fork confluence.  The Commission found that the portion that Northern recommended, omitted sites with exceedances both above and below their recommended portion.  To encompass the entire scope of temperature exceedances, the Commission adopted the portion from 578 Road to immediately above the confluence with the Blue River.

e.      Lower Colorado Segment 2b – Selenium

75

BLM_0036614

In 2008, the Commission adopted only the portion at Humphrey Backwaters Area onto the 303(d) List for selenium.  For this cycle, the Division proposed to list the entire segment for selenium.  The City of Grand Junction and the River District opposed this listing claiming that the Riverwatch data used in the assessment was not representative or of good quality.  The Division supported the quality of this data but since the data was older than five years, the Division agreed that additional data collection was needed before a decision to list the entire segment could be made.  The Commission placed the remainder of this segment on the M&E List while leaving the Humphrey Backwaters Area on the 303(d) List.  Grand Junction and the River District have offered to collect data throughout the segment before the next 303(d) rulemaking hearing in 2012.

f.      Upper South Platte Segment 16c

Upper South Platte Segment 16c is an all tributary segment and the Division proposed to place the entire segment on the 303(d) List for exceedances of *E. coli* and selenium.

*E. coli*:  Denver Environmental Health (DEH) opposed listing all tributaries for both parameters.  DEH put forward an alternative proposal for *E. coli* on this segment with some tributaries to be included on the 303(d) annually, some listed seasonally and one for the M&E List based on the attainment conclusions for each tributary individually.  Those tributaries attaining the standard were not proposed for either list.  The Division reviewed their proposal and agreed that it is a reasonable approach for *E. coli*. The Commission adopted the alternative proposal as presented by DEH.

Selenium:  DEH also asked that the Commission to only list those tributaries that have selenium data on the 303(d) List.  The Division opposed this alternative proposal.  The Division pointed out that unlike the data found on *E. coli* for these tributaries, everywhere that selenium data was collected, exceedances were found.  The Commission chose to place the entire segment on the 303(d) List for selenium.

g.      Fountain Creek Segments 2a and 2b

The Division originally proposed to change the *E. coli* listing on Segment 2a from annual to seasonal (May through October) and to add Segment 2b to the 303(d) List seasonally.  Rocky Mountain Environmental Labor Coalition/Sierra Club and Bill Thiebaut, District Attorney for the 10th Judicial District, asked that the listing be considered for the entire year for both segments as there are recreation uses in Fountain Creek year round.  Through further investigation and reassessment of the data by the Division and the  parties, data indicates that in Segment 2a, the *E. coli* standards are exceeded annually as opposed to seasonally as originally thought.  In Segment 2b the exceedances were only found from May – October. The Commission chose to retain the listing on Segment 2a for E. coli annually and to add Segment 2b to the 303(d) List from May-October.

The Division also originally proposed to remove the selenium listings on Segment 2a and 2b.  This proposal also received opposition from RMELC/Sierra Club and Bill Thiebaut as there are ongoing studies regarding selenium in Fountain Creek.  Colorado Springs supported the Division's original proposal.  Further investigation of acute selenium exceedances in Segment 2b in July 2005 prompted the Division and EPA to change their position prior to the hearing to retain this segment on the 303(d) List.  The Commission agreed that this listing should remain on the 303(d) List until further evidence exist to support delisting. The Commission agreed with the Division that the data is meeting the ambient based standards in Segment 2a and removed the M&E listing for that segment.

76

BLM_0036615

h.  Bear Creek (COSPBE05) – Swede Gulch and Kerr Gulch  -*E. coli*

The Division originally proposed to list only Swede Gulch based on the Division's sampling at the mouth of the gulch. The Bear Creek Watershed Association (BCWA) identified this sampling location as Kerr Gulch. The Division used USGS and other maps indicating this as Swede Gulch. The Colorado Department of Transportation (CDOT) and residents identify this as Kerr Gulch. The Division met with the BCWA and agreed that the watershed, whatever the name of the stream, may be impacted by septic systems and livestock. The BCWA agreed to the development and implementation of a monitoring plan in the watershed to identify *E. coli* sources. The Division agreed that if the plan were implemented the priority of the listing should be changed from high to low to allow time for sampling and development of stakeholder involvement. The Commission agreed with the Division and the BCWA's plan for Swede Gulch and Kerr Gulch.

i.  Clear Creek (COSPCL14b) – Manganese

The Division proposed to add manganese to the list of impairment parameters of Clear Creek segment 14b. During the 2009 South Platte River Basin RMH a new site-specific manganese standard was established for the segment. In the development of the new site-specific standard for segment 14b, data from both Clear Creek segments 14a and 14b were combined to determine a single standard for both segments. This procedure was used since segment 14a has very limited data and it was felt averaging would establish a more realistic standard. As it turns out when segment 14b only data is assessed against the new standard developed using data from both segments, the few samples from segment 14a with a lower ambient manganese concentration skewed the development of the site-specific standard enough that segment 14b data exceeds the new standard.

Based on the fact that the segment 14b site-specific standard was developed using data from the upstream segment it is not possible to evaluate if the segment is in attainment of the manganese standard. The proper site-specific standard indicating ambient conditions should be equivalent to the current assessment value and would not indicate impairment since they are the same dataset.

After reviewing the development of the segment 14b site-specific manganese standard, the Division agreed with MillerCoors that the Clear Creek segment should not be listed for exceeding the manganese standard. The Commission agreed with the Division and MillerCoors that Clear Creek segment 14b should not be listed for manganese.

j.  Juniata Reservoir (COGULG04a)

The Division originally proposed to list Juniata Reservoir on the 303(d) List for impairment of the Aquatic Life Use due to a Fish Consumption Advisory (FCA). A mercury FCA was issued for Juniata Reservoir in 2009. The Section 303(d) Listing Methodology 2010 Listing Cycle states at III.D.6 "Issuance of a FCA by CDPHE indicates impairment of an Aquatic Life Use classification for any waters so classified." The City of Grand Junction and Colorado Division of Wildlife proposed to either close the reservoir or change the reservoir to "catch and release" in order for the Division to remove the FCA and therefore remove the basis for inclusion on the 303(d) List. The Division stated that the FCA would not be lifted if the reservoir changed to catch and release and the only way that the FCA could be lifted at Juniata is if the reservoir was completely fenced and fishing access was prohibited. At the time of the hearing, no action had been taken and the FCA was still in effect. Therefore the Commission chose to add this segment to the 303(d) List.

BLM_0036616

k.      Marston Reservoir (COSPUS22)

The Division proposed that Marston Reservoir as part of COSPUS22 be placed on the M & E List for non-attainment of the DO standard in the metalimnion. The Denver Water Board argued that Marston was not waters of the state and was not used for aquatic life uses. There was discussion about what constitutes waters of the state and it was decided that that decision was not appropriate for this hearing, since this hearing addresses all waters for which classifications and standards have been adopted. The Commission decided to include Marston Reservoir on the 2010 M & E List because it fits within the description of waters in Upper South Platte segment 22.

C.      **Revisions to Monitoring and Evaluation List**

1.      Introduction

This regulation updates Colorado's Monitoring and Evaluation List (M&E List) to reflect additional water quality information available since the Regulation was promulgated in 2008.

2.      List Development

See the discussion of list development under subsection B.2 above.

3.      Prioritization and Scheduling

The Division remains committed to establishing a plan for monitoring and evaluating these water bodies prior to the list submission date for the subsequent listing cycle. Further, the Commission has committed to determining their appropriate status (as either impaired or fully supporting) within ten years of their placement on the M&E List.

4.      Data Quality

See the discussion of data quality under subsection B.2.c above.

5.      New Table Value Standards

Cadmium and Zinc:  As part of the Basic Standards hearing of 2005, new zinc and cadmium table values were adopted. The acute and chronic zinc and cadmium equations in each basin were modified to conform to Regulation No. 31 over the last four years. An increase in cadmium listings were the result of a more stringent cadmium standard.

The following segments were added to the M&E List for cadmium:

- Gunnison River, San Miguel Segment 3a
- South Platte, Boulder Creek Segment 14, Barker Reservoir
- Boulder Creek Segments 2a, 2b, 3, 9 10 and 14
- Clear Creek Segment 6, Hoop Creek
- Cache la Poudre Segment 13a
- Upper South Platte Segment 3, Hawkins Gulch
- Cache La Poudre Segment 9

6.      Listings Due to Exceedances of the Secondary Water Supply Standards

BLM_0036617

For the secondary water supply standards of dissolved iron, manganese and sulfate, the less restrictive of the following two options will apply as the numeric standard: existing quality as of January 1, 2000 or the table value criteria in Regulation No. 31, Tables II and III.  For dissolved iron this value is 300 ug/l.  For manganese this value is 50 ug/l.  For sulfate this value is 250 ug/l.

The Division evaluated the water quality as of January 1, 2000 to determine in some cases where standards exceeded the water supply criteria in Tables II and III.  The following segments were proposed for listing based on exceedances of the standards:

- Upper Colorado, Yampa River Segments 2a: Manganese
- Upper Colorado, Yampa River Segments 3: Manganese and Dissolved Iron

7.    <u>Delisting of Segments where Water Quality is Currently Meeting Standards</u>

As additional water quality data is collected and assessed, new data may show attainment of the standards.  The following segments and parameters have been removed from the M&E List due to attainment of current water quality standards:

- Fountain Creek Segment 2a: Selenium
- Fountain Creek Segment 3, Bear Creek and Cheyenne Creek: Sediment
- Middle Arkansas Segment 14: *E. coli*
- Upper Arkansas Segment 5, Turquiose Lake: D.O.
- Upper Arkansas Segment 13: Sediment
- Lower Colorado Segment 4a: Selenium
- Lower Colorado Segment 11h: Total Recoverable Iron
- Lower Colorado Segment 13b: D.O. and *E. coli*
- St. Vrain Segment 2: Sediment
- St. Vrain Segment 3: *E. coli*
- Upper South Platte Segment 2a: Sediment
- Upper South Platte Segment 3: Sediment and Temperature
- Upper South Platte Segment 4 (North Fork South Platte and Buffalo Creek): Sediment
- Upper South Platte Segment 6a: Sediment
- Upper Colorado, Yampa River Segment 3 (First Creek): Sediment
- Upper Colorado, Yampa River Segment 19 (Oliver Creek): Sediment
- Upper Colorado, North Platte River Segment 4a: Sediment
- Gunnison River, Uncompahgre Segment 3b, Ridgway Reservoir: D.O.
- Gunnison River, San Miguel Segment 7a: Total Recoverable Iron
- Lower Colorado, White River Segment 22: Sediment
- Upper Colorado, Blue River Segment 18: *E. coli*

8.    <u>Segments Moved to the 303(d) List</u>

As additional water quality data is collected and assessed, a segment may be moved from the M&E List to the 303(d) List once the non-attainment is confirmed.  In general, segments with less than 10 data points will be placed on the M&E List until more data is collected.  The following segments and parameters have been moved from the M&E List to the 303(d) List due to additional data collection:

- Lower Arkansas Segment 5b: D.O.
- San Miguel Segment 3a: Cadmium
- Upper Gunnison Segment 29a, Deadman Gulch: Cd, Cu, Mn, Zn, Fe(Trec)
- Big Thompson Segment 4b: Selenium
- Boulder Creek Segment 8: Selenium
- Upper Colorado Segment 12, Shadow Mountain Lake: D.O.

BLM_0036618

- Upper Colorado, Yampa River Segment 3 (Bushy Creek): Sediment
- Upper South Platte 5a: Cadmium, copper and zinc

9.    Dissolved Oxygen Standard in Lakes and Reservoirs

In 2008 the Commission directed the Division to work with parties in 2008 and 2009 on changes to the Listing Methodology in regards to dissolved oxygen.  Refinement of assessment methods were discussed in workgroup meetings and included in the 2010 Listing Methodology.  The dissolved oxygen standard is slated for revisions in the 2010 Basic Standards and Methodology, Regulation No. 31, RMH in June 2010.

The following segments were added to the M&E List due to exceedances of the dissolved oxygen standard in the metalimnion in at least one profile:

- Gunnison River, Uncompahgre Segment 14, Sweitzer Lake
- Rio Grande Segment 9, Beaver Creek Reservoir
- Big Dry Creek Segment 2, Standley Lake
- Boulder Creek Segment 14, Barker Reservoir
- Big Thompson Segment 12, Lake Loveland, Horseshoe Lake and Boyd Lake
- Big Thompson Segment 14, Lon Hagler Reservoir and Lonetree Reservoir
- Cache la Poudre Segment 14, Horsetooth Reservoir
- Lower South Platte Segment 3, North Sterling Reservoir
- Middle South Platte Segment 4, Barr Lake
- Middle South Platte Segment 7, Horse Creek Reservoir
- St. Vrain Creek Segment 7, Boulder Reservoir
- St. Vrain Segment 9, Union Reservoir
- St. Vrain Segment 13, Lake Thomas
- Upper South Platte Segment 16b, Aurora Reservoir
- Upper South Platte Segment 19, Tarryall Reservoir, Cheesman Reservoir, Elevenmile Reservoir, Spinney Mountain Reservoir
- Upper South Platte Segment 22, Marston Reservoir, Quincy Reservoir,
- Upper South Platte Segment 23, Vanderbilt Reservoir
- Upper Colorado Segment 5, Wolford Mountain Reservoir
- Upper Colorado, Yampa River Segment 2b, Stagecoach Reservoir

PARTIES TO THE RULEMAKING HEARING

1.    Protect Urban River Environments (Confluence Kayaks and Telemark, Colorado Whitewater Association, Denver Trout Unlimited, The Shimoda Group, The Greenway Foundation)
2.    Summit Water Quality Committee
3.    Northwest Colorado Council of Governments
4.    City of Boulder
5.    City of Colorado Springs and Colorado Springs Utilities
6.    City of Aurora
7.    Denver Water
8.    City and County of Denver
9.    Bear Creek Watershed Association
10.    City of Grand Junction
11.    Northern Colorado Water Conservancy District
12.    Metro Wastewater Reclamation District
13.    Alamosa Riverkeeper
14.    Bill Thiebaut, District Attorney for 10th Judicial District, Colorado
15.    Farmers Reservoir and Irrigation Company

80

16.     Barr Lake and Milton Reservoir Watershed Association
17.     Colorado Division of Wildlife
18.     City of Black Hawk and Black Hawk/Central City Sanitation District
19.     Cherry Creek Basin Water Quality Authority
20.     South Platte Coalition for Urban River Evaluation
21.     Colorado River Water Conservation District
22.     Grand County Water and Sanitation District #1, Winter Park Ranch Water and Sanitation District, Fraser Sanitation District, Winter Park Sanitation District
23.     City of Westminster
24.     The Rocky Mountain Environmental Labor Coalition and the Sierra Club
25.     Colorado Stormwater Council
26.     Seneca Coal Company
27.     Littleton/Englewood Wastewater Treatment Plant
28.     City of Arvada
29.     MillerCoors LLC
30.     Ute Water Conservancy District, acting by and through the Ute Water Activity Enterprise
31.     US Environmental Protection Agency

**93.14    STATEMENT OF BASIS, SPECIFIC STATUTORY AUTHORITY AND PURPOSE; DECEMBER 2011 RULEMAKING, EFFECTIVE DATE OF MARCH 30, 2012**

The provisions of C.R.S. 25-8-202(1)(a), (b) and (i), (2) and (6); 25-8-203; 25-8-204; and 25-8-401; provide the specific statutory authority for adoption of these regulatory amendments.  The Commission also adopted in compliance with 24-4-103(4) C.R.S. the following statement of basis and purpose.

**BASIS AND PURPOSE**

**A.    Revisions to 303(d) List**

1.      Introduction

        This regulation updates Colorado's List of Water-Quality-Limited Segments Requiring Total Maximum Daily Loads (TMDLs) to reflect additional water quality information available since the Regulation was revised in 2010.  This list was prepared to fulfill section 303(d) of the federal Clean Water Act (Act) which requires that states submit to the U.S. Environmental Protection Agency (EPA) a list of those waters for which technology-based effluent limitations and other required controls are not stringent enough to implement water quality standards.

        This regulation also updates Colorado's Monitoring and Evaluation List (M&E List) to reflect additional water quality information available since the Regulation was revised in 2010.

2.      List Development

        a.      Listing Methodology

                The "Section 303(d) Listing Methodology - 2012 Listing Cycle" contains a description of the listing process, the criteria for listing, and the criteria for determination of TMDL priority. The Listing Methodology was developed through a public process and finalized as a policy at a Water Quality Control Commission administrative action hearing in March 2011.

                This Listing Methodology sets forth the criteria that generally were used to make decisions regarding which waters to include on the 2012 Section 303(d) List and the  2012 M&E List. However, this methodology was not adopted by the Commission as a rule.  The

81

Commission therefore has the flexibility to take into account other appropriate factors in making site-specific listing decisions.

b.  Information Considered

The Commission has considered all existing and readily available information in developing the 2012 Section 303(d) List.  In determining whether data and information are existing and readily available, it has taken into account such data and information as the Division has utilized in the preparation of those identification processes, calculations and models referenced in 40 CFR §130.7(a)(5)(i), (ii) and (iv) and that credible data and information presented in a readily usable format and submitted in reports provided to the Division as referenced in 40 CFR §130.7(a)(5)(iii).  In addition, the Commission accepted credible data and information that was submitted in accordance with the listing process schedule, whether submitted by EPA or any other interested party.  The Division also continues to independently collect and analyze new data on a rotating basin basis as part of its triennial review efforts and will utilize such data and information in making future listing determinations.  Existing data which was not brought forward through one of the above mechanisms or otherwise presented to the Commission in accordance with the schedule was not treated as "readily available" for purposes of making the 2012 listing decisions.  Such information will be considered in the next listing cycle.

c.  Data Quality

In the Water Quality Control Division's (WQCD) Quality Management Plan 2011 for the Collection and Utilization of Environmental Data, the WQCD states that "It is the expressed goal of the Division to use only those analytical data that are both reliable and have a defined level of quality."

3.  Prioritization

The objective of prioritization is to identify those waterbody segments where the Division and the public should concentrate their resources.  Priorities of High, Medium and Low were established according to section IV. of the 2012 Section 303(d) Listing Methodology.

The Division remains committed to establishing a plan for monitoring and evaluating water bodies on the M&E List prior to the list submission date for the subsequent listing cycle. Further, the Commission has committed to determining their appropriate status (as either impaired or fully supporting) within ten years of their placement on the M&E List.

4.  Fish Mercury (Hg) Listings

The 303(d) Listing Methodology was revised in 2012 for the assessment of Fish Mercury (Hg).  The newly adopted methods compare the median fish Hg for each waterbody and species to a 0.3 ppm threshold.   A sample size requirement of 30 fish tissue samples per waterbody/species was also introduced in order to list new waterbodies for Fish Hg.  Waterbodies can also be listed if there is overwhelming evidence of impairment (>0.45 ppm Hg) and a sample size of at least 10 fish tissue samples.

The Commission retained the following 6 lakes on the 303(d) List because these lakes have a median Hg above the 0.3 threshold and either meet the sample size requirements or show overwhelming evidence of impairment:

BLM_0036621

- Upper South Platte Segment 23, Berkeley Lake (COSPUS23)
- Upper Arkansas Segment 27, Brush Hollow Reservoir (COARUA27)
- Cache la Poudre Segment 14, Horsetooth Reservoir (COSPCP14)
- Upper South Platte Segment 17a, Rocky Mountain Lake (COSPUS17a)
- Lower Arkansas Segment 5b, Trinidad Reservoir (COARLA05b)
- Los Pinos Segment 3, Vallecito Reservoir (COSJPN03)

The Commission retained the following 10 lakes on the 303(d) List because they were on the 303(d) List prior and have a median Hg of greater than 0.3 ppm. Although the 2012 Listing Methodology requires a minimum sample size of thirty fish, the Commission chose to retain these segments on the 303(d) List as opposed to the Monitoring and Evaluation List:

- Big Thompson Segment 11, Carter Reservoir (COSPBT11)
- Yampa River Segment 2b, Catamount Reservoir (COUCYA02b)
- San Juan Segment 6a, Echo Canyon Reservoir (COSJSJ06a)
- Yampa River Segment 2b, Elkhead Reservoir (COUCYA02b)
- Middle Arkansas Segment 16, Horseshoe Lake– Lathrop (COARMA16)
- Dolores River Segment 4, McPhee Reservoir (COSJDO04)
- Los Pinos, Segment 11, Narraguinnep Reservoir (COSJLP11)
- Lower Colorado Segment 20, Rifle Gap Reservoir (COLCLC20)
- La Plata Segment 11, Totten Reservoir (COSJLP11)
- Upper Arkansas Segment 14b, Teller Reservoir (COARUA14b)

The Commission retained the following 2 lakes on the 303(d) List because they were on the 303(d) List prior to the adoption of the new assessment methods.  With median Fish Hg concentrations below 0.3 ppm, they will not be removed from the 303(d) List, however, until a minimum of 30 fish are collected:

- Big Thompson Segment 12, Boyd Lake (COSPBT12)
- Upper Colorado Segment 12, Lake Granby (COUCUC12)

The Commission added the following 3 lakes on the Monitoring and Evaluation List because they have a median Fish Hg of greater than 0.3 ppm but the sample size is insufficient for Listing:

- North Platte Segment 4a, Big Creek Lake (COUCNP04a)
- Boulder Segment 15, Gross Reservoir (COSPBO15)
- Big Thompson Segment 14, Lonetree Reservoir (COSPBT14)

The Commission removed the following lake from the 303(d) List.  Additional data was collected meeting the minimum sample size requirement of thirty fish.  Median Fish Hg concentrations are below the 0.3 ppm, threshold.

- Lower Gunnison Segment 4, Juniata Reservoir (COGULG04)

The Commission retained one listing based on non-attainment of the aquatic life use due to a PCE fish consumption advisory in Willow Springs Ponds, Fountain Creek, Segment 7a.

5.  Aquatic Life Listings

280 Multimetric Index (MMI) scores were calculated for the 2012 listing cycle, utilizing the Water Quality Control Commission's (WQCC) Policy 10-1, Aquatic Life Use Attainment.  Of the 280 MMI scores generated, 48 segments were found to be not attaining the Aquatic Life Use standard.  From those segments, or portions of segments, determined to be in non-attainment, 31 will be

83

BLM_0036622

provisionally listed, as there is currently no water quality data available to indicate impairment. This is in accordance with the Section 303(d) Listing Methodology for the 2012 Listing Cycle, approved by the Commission in March 2011. The Commission anticipates that the Division will collect additional data for these segments in the next two years to continue the investigation into potential sources. Because of the site-specific nature of macroinvertebrate data, waterbodies in all tributary segments that were identified as impaired for their Aquatic Life Use were listed individually.

The following segment was 303(d) listed for non-attainment of the Aquatic Life Use based on Policy 10-1:

- White River, Segment 13c, Yellow Creek (COLCWH13c)

The following segments were provisionally 303(d) listed for non-attainment of their Aquatic Life Use based on Policy 10-1:

- Upper Arkansas Segment 21a, Cripple Creek (COARUA21a)
- San Miguel Segment 12, Maverick Draw (COGUSM12)
- Upper Gunnison Segment 6b, Cement Creek (COGUUG06b)
- Upper Gunnison Segment 15, S. Beaver Creek (COGUUG15)
- Upper Gunnison Segment 24, Cochetopa Creek from Forest Road 3076/Co. Rd 43 to confluence with Tomichi Creek (COGUUG24)
- Upper Gunnison Segment 29a, Lake Fork Gunnison River between Cooper and Silver Creek (COGUUG29a)
- Uncompahgre Segment 11, Deer Creek (COGUUN11)
- Lower Yampa Segment 22a, Talamantes Creek COLCLY22a)
- White River Segment 15, Piceance Creek (COLCWH15)
- White River Segment 20, Black Sulphur Creek (COLCWH20)
- White River Segment 23, West Douglas Creek (COLCWH23)
- Rio Grande Segment 12, Rio Grande River (CORGRG12)
- Bear Creek Segment 1a, Bear Creek from Witter Gulch to inlet to Evergreen Lake (COSPBE01a)
- Boulder Creek Segment 9, Boulder Creek from 107th Street to confluence with Coal Creek (COSPBO09)
- Clear Creek Segment 14a, Clear Creek from Croke Canal diversion to McIntyre Street (COSPCL14a)
- St. Vrain Segment 3, St. Vrain Creek (COSPSV03), from Left Hand Creek confluence to confluence with Boulder Creek
- Upper South Platte Segment 3, Horse Creek (COSPUS03)
- Upper South Platte Segment 10a, West Plum Creek (COSPUS10a)
- Upper South Platte Segment 11a, Cook Creek (COSPUS11a)
- Eagle River Segment 6, Lake Creek (from below the confluence with East and West Lake Creek to the mouth), and Red Sandstone Creek (from north side I-70 Frontage Road to the confluence with Gore Creek) (COUCEA06)
- Eagle River Segment 8, Gore Creek (COUCEA08)
- Roaring Fork Segment 3a, Roaring Fork from Hunter Creek to Brush Creek confluence, Cattle Creek from Bowers Gulch to Mouth, W. Sopris Creek (COUCRF03a)
- Roaring Fork Segment 4, Brush Creek (COUCRF04)
- Roaring Fork Segment 7, South Fork Frying Pan River from transbasin diversion to confluence with unnamed tributary (COUCRF07)
- Upper Colorado Segment 10a, Fraser River, Vasquez Creek (COUCUC10a)
- Yampa River Segment 15, Elkhead Creek (COUCYA15)

BLM_0036623

The following segments were included on the M&E List for possible non-attainment of their Aquatic Life Use based on Policy 10-1:

- Bear Creek Segment 1e, Bear Creek (COSPBE01e)
- White River Segment 13b, Duck Creek (COLCWH13b)
- Eagle River Segment 6, Black Gore Creek Beaver Creek (from Wayne Creek to Mouth), Red Sandstone Creek (from USFS boundary to north side I-70 Frontage Road) (COUCEA06)
- Eagle River Segment 9a, Eagle River (from confluence with Berry Creek to confluence with Squaw Creek) (COUCEA09a)

Several segments were found to have data outside of the standard index period for data collection. The Commission included these segments on the Monitoring and Evaluation (M&E) List in order to gather more information within the standard index period. The following segments were listed on the M&E List for possible non-attainment of their Aquatic Life Use based on Policy 10-1:

- Fountain Creek Segment 4, Sand Creek (COARFO04)
- Upper Arkansas Segment 5, Lake Fork Creek (COARUA05)
- Upper Gunnison Segment 8, Slate River (COGUUG08)
- Saint Vrain Segment 3, Saint Vrain Creek from Hover Road to the confluence with Left Hand Creek (COSPSV03)
- Boulder Creek Segment 7b, Coal Creek (COSPBO07b)
- Bear Creek Segment 2, Bear Creek (COSPBE02)
- Clear Creek Segment 1,  Kearney Gulch, Grizzly Gulch (COSPCL01)

Various parties questioned whether or not the data collected below reservoirs should be evaluated as being representative of an entire stream segment. They recommend that listings below reservoirs be placed on the M&E List while the applicability of the current thresholds below reservoirs is investigated. The Division agreed that a study was warranted and changed its proposal to the M&E List.  The Commission placed the following segments on the M&E List for possible non-attainment of their Aquatic Life Use:

- COUCBL17, Blue River from outlet of Dillon Reservoir to N. Rock Creek confluence
- COARUA05, Lake Fork below Sugarloaf Dam
- COSPUS02a, South Fork South Platte River below Antero
- COSPUS06a, South Platte River below Cheesman at Cheesman Canyon
- COSPUS03, Trout Creek below Manitou Reservoir Dam
- COUCUC03, Colorado River from below Windy Gap Reservoir to FR 538

Several segments were found to have data outside of the assessed period of record.  Therefore, the Division proposed to remove them from both the 303(d) and M&E Lists.  The Commission did not include these segments on either list:

- Upper Arkansas Segment 5, S. Cottonwood Creek (COARUA05)
- Upper Arkansas Segment 18, Currant Creek (COARUA18)
- San Miguel Segment 2, Howard Fork (COGUSM02)
- Rio Grande Segment 2, South Clear Creek (CORGRG02)
- Animas and Florida Segment 13c, Salt Creek (COSJAF13c)
- Big Thompson Segment 2, Big Thompson River (COSPBT02)
- Blue River Segment 17, Blue River from N. Rock Creek confluence to Colorado River (COUCBL17)
- North Platte Segment 4a, Snyder Creek (COUCNP04a)
- Upper Colorado Segment 7a, Big Alkali Creek (COUCUC07a)

BLM_0036624

Other issues were raised in this rulemaking hearing in regards to listing decisions based on the assessment of macroinvertebrate data.  In October 2010, the Commission adopted the Aquatic Life Use Attainment WQCC Policy 2010-1 which determined that the Colorado MMI is an appropriate tool for the quantitative bioassessment of the health of aquatic communities. The Commission adopted the 2012 Listing Methodology in March 2011. This Regulation No. 93 rulemaking hearing is the first occasion where the policies adopted by the Commission in Policy 2010-1 are being implemented into regulation. The Division followed the policies as defined in the methodologies to the intent for which they were adopted. The Commission recognizes that some of the policy decisions that were questioned by various parties may need additional review.  The Commission directs the Division and interested parties to review WQCC Policy 2010-1 and the 2012 Listing Methodology and make appropriate changes in regards to the use of data for the MMI tool.

6.     Listings Due to Exceedances of the Secondary Water Supply Standards

For the secondary water supply standards of dissolved iron, manganese and sulfate, the less restrictive of the following two options will apply as the numeric standard: existing quality as of January 1, 2000 or the table value criteria in Regulation No. 31, Tables II and III. For dissolved iron this value is 300 ug/l. For manganese this value is 50 ug/l. For sulfate this value is 250 mg/l.

The Division evaluated the water quality as of January 1, 2000 to determine in some cases where standards exceeded the water supply criteria in Tables II and III. The following segments were included on the 303(d) listing based on exceedances of the standards:

- Lower Gunnison Segment 4a, Whitewater Creek from below Brandon Ditch to confluence with Gunnison River: Manganese, Sulfate (COGULG04a)
- North Fork Segment 6b, Alum Gulch: Sulfate (COGUNF06b)
- Upper Gunnison Segment 11, Coal Creek: Manganese (COGUUG11)
- Upper Gunnison Segment 29a, Lake Fork Gunnison River: Manganese (COGUUG29a)
- Upper Gunnison Segment 32, N. Fork Henson Creek: Manganese (COGUUG32)
- Uncompahgre Segment 2, Uncompahgre River: Manganese (COGUUN02)
- Animas and Florida Segment 5a, Animas River: Manganese (COSJAF05a)
- La Plata Segment 4a, E. Mancos River, Manganese (COSJLP04a)
- Big Thompson Segment 8, Little Thompson River: Sulfate (COSPBT08)
- Clear Creek Segment 15, Clear Creek: Manganese (COSPCL15)
- Saint Vrain Segment 5, Left Hand Creek: Manganese (COSPSV05)
- Blue River Segment 2a, Blue River: Manganese (COUCBL02a)
- Upper Colorado Segment 3, Colorado River: Manganese (COUCUC03)

The following segments were included on the M&E List:

- Lower Gunnison Segment 4a, Callow Creek, Cummings Gulch, Peach Valley Creek: Sulfate (COGULG04a)
- Lower Gunnison Segment 4b, Kannah Creek: Sulfate (COGULG04b)
- North Fork Segment 6b, Cottonwood Creek: Manganese, Sulfate (COGUNF06b)
- San Miguel Segment 8, S. Fork San Miguel River: Manganese (COGUSM08)
- Upper Gunnison Segment 15, S. Beaver Creek: Manganese, Dissolved Iron (COGUUG15)
- Upper Gunnison Segment 17, Antelope Creek: Manganese (COGUUG17)
- Upper Gunnison Segment 23, Cochetopa Creek: Dissolved Iron (COGUUG23)
- Uncompahgre Segment 11, Cow Creek: Sulfate (COGUUN11)
- Piedra River Segment 6a, Stollsteimer Creek: Sulfate (COSJPI06a)

7.     Delisting of Segments with Recently Approved TMDLs

BLM_0036625

The Division submitted 26 TMDLs to EPA in the last biennium that have been approved. The following segments and parameters have been removed from the 303(d) List:

- Arkansas, Upper Arkansas Segment 10, Lake Creek: Cu (COARUA10)
- Gunnison, Lower Gunnison Segment 2, Gunnison River: Se (COGULG02)
- Gunnison, Lower Gunnison Segment 4a, Tributaries to Gunnison River: Se (COGULG04a)
- Gunnison, Lower Gunnison Segment 4c, Red Rock Creek: Se (COGULG04c)
- Gunnison, North Fork Segment 3, North Fork Gunnison River: Se (COGUNF03)
- Gunnison, North Fork Segment 5, Leroux Creek, Jay Creek: Se (COGUNF05)
- Gunnison, North Fork Segment 6a, Short Draw: Se (COGUNF06a)
- Gunnison, North Fork Segment 6b, Big Gulch, Cottonwood Creek: Se (COGUNF06b)
- Gunnison, San Miguel Segment 3a, San Miguel River: Cd (COGUSM03a)
- Gunnison, San Miguel Segment 6a, Ingram Creek: Cd (COGUSM06a)
- Gunnison, San Miguel Segment 6b, Marshall Creek: Cd (COGUSM06b)
- Gunnison, Upper Gunnison Segment 30, Henson Creek: Cd, Zn(sc) (COGUUG30)
- Gunnison, Upper Gunnison Segment 31, Palmetto Gulch: Cd, Zn (COGUUG31)
- Gunnison, Uncompahgre Segment 4b, Uncompahgre River: Se (COGUUN04b)
- Gunnison, Uncompahgre Segment 4c, Uncompahgre River: Se (COGUUN04c)
- Gunnison, Uncompahgre Segment 12, Tributaries to Uncompahgre River: Se (COGUUN12)
- South Platte, Boulder Segment 2b, Boulder Creek from 13th Street to the confluence with South Boulder Creek: *E. coli* (COSPBO02b)
- South Platte, Boulder Segment 4a, Gamble Gulch: Cd (COSPBO04a)
- South Platte, Upper South Platte Segment 5a, Geneva Creek: Cd, Cu, Zn (COSPUS05a)
- South Platte, Upper South Platte Segment 5b, Geneva Creek: Cd (COSPUS05b)
- South Platte, Upper South Platte Segment 15, South Platte River: Cd (COSPUS15)
- Upper Colorado, Blue River Segment 12, Illinois Gulch: Cd (COUCBL12)

8.  Delisting of Segments where Water Quality is Currently Meeting Standards

As additional water quality data is collected and assessed, new data may show attainment of the standards. The following segments and parameters have been removed from the 303(d) List due to attainment of current water quality standards:

- Arkansas, Fountain Creek Segment 1a, Fountain Creek: Se (COARFO01a)
- Arkansas, Fountain Creek Segment 2b, Fountain Creek: Se (COARFO02b)
- Arkansas, Fountain Creek Segment 6, Monument Creek below Mesa Road: Se (COARFO06)
- Arkansas, Lower Arkansas Segment 4, Lorencito Canyon: Se (COARLA04)
- Arkansas, Lower Arkansas Segment 5a, Purgatoire River: Se (COARLA05a)
- Gunnison, Lower Dolores Segment 1, Dolores River: Fe(Trec) (COGULD01)
- Gunnison, Lower Gunnison Segment 2, Gunnison River: $SO_4$ (COGULG02)
- Gunnison, Lower Gunnison Segment 8, Kannah Creek: Se (COGULG08)
- Gunnison, Upper Gunnison Segment 11, Coal Creek: Pb (COGUUG11)
- Lower Colorado, Lower Colorado Segment 3, Colorado River mainstem: Se (COLCLC03)
- South Platte, Middle South Platte Segment 4, Barr Lake: $NH_3$ (COSPMS04)
- South Platte, Upper South Platte Segment 23, Barnum Lake: *E. coli* (COSPUS23)

The following segments and parameters have been removed from the M&E List due to attainment of current water quality standards:

87

BLM_0036626

- Arkansas, Upper Arkansas Segment 20, North Fork Wilson Creek: Cu (COARUA20)
- Arkansas, Upper Arkansas Segment 27, Brush Hollow Reservoir: pH (COARUA27)
- Gunnison, Lower Gunnison Segment 7, Surface Creek: Fe(Trec) (COGULG07)
- Gunnison, Lower Gunnison Segment 7, Ward Creek: Se (COGULG07)
- Gunnison, San Miguel Segment 2, Bilk Creek: Cd (COGUSM02)
- Gunnison, Upper Gunnison Segment 7, Slate River: Cd (COGUUG07)
- Gunnison, Upper Gunnison Segment 16, Ohio Creek: Zn(sculpin) (COGUUG16)
- Upper Gunnison Segment 17, Antelope Creek: Dissolved Oxygen (COGUUG17)
- Gunnison, Upper Gunnison Segment 18, Tomichi Creek: *E. coli* (COGUUG18)
- Gunnison, Upper Gunnison Segment 32, N. Fork Henson Creek: Pb, Zn(sculpin) (COGUUG32)
- Gunnison, Uncompahgre Segment 8, Mineral Creek: Cd (COGUUN08)
- Lower Colorado, Lower Colorado Segment 2b, Colorado River mainstem: Se (COLCLC02b)
- Rio Grande, Alamosa Segment 11, La Jara Reservoir: Cu, Se, Zn (CORGAL11)
- South Platte, Big Thompson Segment 11, Carter Lake: Cu (COSPBT11)
- South Platte, Big Thompson Segment 16, Lake Estes: As (COSPBT16)
- South Platte, Cache la Poudre Segment 14, Horsetooth Reservoir: D.O. (COSPCP14)
- South Platte, Lower South Platte Segment 3, N. Sterling and Jumbo Reservoirs: pH (COSPLS03)

9. Dissolved Oxygen Standard in Lakes and Reservoirs

Twenty-eight lakes were previously on the M&E List due to low dissolved oxygen (DO) in the metalimnion. With the adoption of a revised DO standard in 2011, the Division proposed to remove 24 of these lakes from the M&E list because the lakes are now in attainment. Barr Lake was proposed for the 303(d) List for DO because recent data show non-attainment. The Division proposed that Horse Creek Reservoir, North Sterling Reservoir and Lake Thomas remain on the M&E list for DO either because of a minimal sample size (n=1) or due to concerns of the representative nature of the data. The Commission supported the Division's proposal.

Lakes now in attainment with the revised DO standard:

- Upper South Platte Segment 16b, Aurora Reservoir (COSPUS16b)
- Boulder Segment 14, Barker Reservoir (COSPBO14)
- Bear Creek Segment 1c, Bear Creek (COSPBE01C)
- Rio Grande Segment 9, Beaver Creek Reservoir (CORGRG09)
- St. Vrain Segment 7, Boulder Reservoir (COSPSV07)
- Big Thompson Segment 12, Boyd Lake (COSPBT12)
- Upper South Platte Segment 19, Cheesman Reservoir (COSPUS19)
- Cherry Creek Segment 2, Cherry Creek Reservoir (COSPCH02)
- Upper South Platte Segment 19, Elevenmile Reservoir (COSPUS19)
- Big Thompson Segment 12, Horseshoe (Loveland) Lake (COSPBT12)
- Cache la Poudre Segment 14, Horsetooth Reservoir (COSPCP14)
- Big Thompson Segment 14, Lon Hagler Reservoir (COSPBT14)
- Big Thompson Segment 14, Lonetree Reservoir (COSPBT14)
- Big Thompson Segment 12, Lake Loveland (COSPBT12)
- Upper South Platte Segment 22, Marston Reservoir (COSPUS22) - Now identified as Bear Creek Segment 11 (COSPBE11)
- Upper South Platte Segment 16c, Quincy Reservoir (COSPUS16c)
- Upper South Platte Segment 19, Spinney Mountain Reservoir (COSPUS19)
- Yampa River Segment 2b, Stagecoach Reservoir (COUCYA02b)
- Big Dry Segment 2, Standley Lake (COSPBD02)
- Uncompahgre River Segment 14, Sweitzer Reservoir (COGUUN14)

88

BLM_0036627

- Upper South Platte Segment 2a, Tarryall Reservoir (COSPUS02a)
- St. Vrain Segment 9, Union Reservoir (COSPSV09)
- Upper South Platte Segment 23, Vanderbilt Lake, Harvey Lake, Duck Lake (COSPUS23)
- Upper Colorado Segment 5, Wolford Mountain Reservoir (COUCUC05)

The Commission moved the following lakes to the 303(d) List for D.O.:

- Middle South Platte Segment 4, Barr Lake (COSPMS04)
- Middle South Platte Segment 7, Horse Creek Reservoir (COSPMS07)
- Upper South Platte Segment 23, Vanderbilt Lake (COSPUS23)

The Commission retained the following lakes on the M&E List for D.O.:

- Lower South Platte Segment 3, North Sterling Reservoir (COSPLS03)
- St. Vrain Segment 7, Thomas Reservoir (COSPSV07)

10.   Listing of Segments where Water Quality is not Meeting Standards not Identified Above

The following segments or parameters were added to the 303(d) List due to exceedances of water quality standards not identified above:

- Arkansas, Upper Arkansas Segment 20, North Fork Wilson Creek: As (COARUA20)
- Gunnison River, Lower Gunnison Segment 3, Eggleston Reservoir: Fe(Trec) (COGULG03)
- Gunnison River, Lower Gunnison Segment 7, Tongue Creek: Fe(Trec) (COGULG07)
- Gunnison River, Lower Gunnison Segment 13, Crawford Reservoir: D.O. (temperature) (COGULG13)
- Gunnison River, North Fork Gunnison Segment 4, East Muddy Creek: Fe(Trec) (COGUNF04)
- Gunnison River, North Fork Gunnison Segment 6b, Alum Gulch: $SO_4$, Fe(Trec) (COGUNF06b)
- Gunnison River, San Miguel Segment 2, Bear Creek: Cd, Zn(sc) (COGUSM02)
- Gunnison River, San Miguel Segment 2, Howard Fork abv Swamp Gulch: pH, D.O. (COGUSM02)
- Gunnison River, San Miguel Segment 11, Miramonte Reservoir: D.O. (temperature) (COGUSM11)
- Gunnison River, Upper Gunnison Segment 9, Coal Creek: As (COGUUG09)
- Gunnison River, Upper Gunnison Segment 11, Elk Creek: As (COGUUG11)
- Gunnison River, Upper Gunnison Segment 11, Coal Creek: Cd, Zn, As (COGUUG11)
- Gunnison River, Upper Gunnison Segment 12, Coal Creek: Cu (COGUUG12)
- Gunnison River, Upper Gunnison Segment 26, Blue Creek: Cu (COGUUG26)
- Gunnison River, Uncompahgre Segment 4c, Uncompahgre River: Fe(Trec) (COGUUN04c)
- Gunnison River, Uncompahgre Segment 6a, Red Mountain Creek: Ag, Cu (COGUUN06a)
- Gunnison River, Uncompahgre Segment 7, Gray Copper Gulch: Cu (COGUUN007)
- Gunnison River, Uncompahgre Segment 9, Sneffels Creek: Cd, (COGUUN09)
- Gunnison River, Uncompahgre Segment 12, Dry Creek: Fe(Trec) (COGUUN12)
- Gunnison River, Uncompahgre Segment 12, Loutzenhizer Arroyo: Fe(Trec) (COGUUN12)
- Gunnison River, Lower Dolores Segment 5, Roc Creek: Cu, Fe(Trec) (COGULD05)
- Lower Colorado, Lower Colorado Segment 13b, Leach Creek:  *E. coli*, Fe(Trec) (COLCLC013b)
- Lower Colorado, White River Segment 13c, Yellow Creek: Fe(Trec) (COLCWH13c)

89

- Lower Colorado, White River Segment 14a, Piceance Creek from Willow Creek to Hunter Creek: Fe(Trec) (COLCWH14a)
- San Juan/Dolores Rivers, Animas and Florida Segment 3c, Arrastra Gulch: Cd, Zn COSJAF03c)
- San Juan/Dolores Rivers, Animas and Florida Segment 4a, Animas River: Al(Trec) (COSJAF04a)
- San Juan/Dolores Rivers, La Plata Segment 1, La Plata River: Ag (COSJLP01)
- San Juan/Dolores Rivers, La Plata Segment 4a, E. Mancos River: D.O. (COSJLP04a)
- San Juan/Dolores Rivers, La Plata Segment 4a, Mancos River: D.O. (COSJLP04a)
- San Juan/Dolores Rivers, La Plata Segment 7a, McElmo Creek: Fe(Trec), *E. coli* (COSJLP07a)
- San Juan/Dolores Rivers, La Plata Segment 8a, Mud Creek: Se (COSJLP08a)
- San Juan/Dolores Rivers, La Plata Segment 8a, Trail Canyon: Fe(Trec) (COSJLP08a)
- San Juan/Dolores Rivers, San Juan Segment 6a, Echo Canyon Reservoir:  DO (Temperature) (COSJSJ06a)
- South Platte, Bear Creek Segment 1a, Bear Creek: Temperature (COSPBE01a)
- South Platte, Bear Creek Segment 1e, Bear Creek: Temperature (COSPBE01e)
- South Platte, Cherry Creek Segment 3, Cherry Creek: Fe(Trec) (COSPCH03)
- South Platte, Clear Creek Segment 17b, Ralston Creek: U (COSPCL17b)
- South Platte, Upper South Platte Segment 17a, Smith Lake: $NH_3$ (COSPUS17a)
- South Platte, St. Vrain River Segment 5, Left Hand Creek: Cu (COSPSV05)
- Upper Colorado, Eagle River Segment 9a, Eagle River from Ute Creek to Rube Creek: Temperature (COUCEA09a)
- Upper Colorado, Eagle River Segment 9a, Eagle River from Berry Creek to Squaw Creek: Sediment (COUCEA09a)
- Upper Colorado, North Platte Segment 9, Lake John: D.O. (COUCNP09)
- Upper Colorado, Upper Colorado Segment 2, Willow Creek Reservoir: Mn (COUCUC02)

The following segments or parameters were added to the M&E List where there is a reason to suspect water quality problems, but there is also uncertainty.:

- Arkansas River, Fountain Creek Segment 2a, Fountain Creek: Fe(Trec)
- Gunnison River, Lower Gunnison Segment 3, Eggleston Reservoir: pH, Zn, Fe(Trec) (COGULG03)
- Gunnison River, Lower Gunnison Segment 4a, Callow Creek: *E. coli* (COGULG04a)
- Gunnison River, Lower Gunnison Segment 4a, Peach Valley Creek: Fe(Trec) (COGULG04a)
- Gunnison River, Lower Gunnison Segment 4a, Wells Gulch: pH (COGULG04a)
- Gunnison River, Lower Gunnison Segment 7, Ward Creek: Se (COGULG07)
- Gunnison River, Lower Gunnison Segment 7, Surface Creek: Pb (COGULG07)
- Gunnison River, Lower Gunnison Segment 12, Muddy Creek: *E. coli* (COGULG12)
- Gunnison River, North Fork Gunnison Segment 4, East Muddy Creek: Pb, Se (COGUNF04)
- Gunnison River, North Fork Gunnison Segment 4, Muddy Creek: *E. coli* (May-Oct) (COGUNF04)
- Gunnison River, North Fork Gunnison Segment 4, Island Reservoir: pH, Zn (COGUNF04)
- Gunnison River, North Fork Gunnison Segment 5, Leroux Creek: *E. coli* (COGUNF05)
- Gunnison River, North Fork Gunnison Segment 6a, Unnamed Tributary: Se (COGUNF06a)
- Gunnison River, North Fork Gunnison Segment 6b, Alum Gulch: Fe(Trec) (COGUNF06b)
- Gunnison River, North Fork Gunnison Segment 7, Paonia Reservoir: Zn (COGUNF07)
- Gunnison River, San Miguel Segment 2, Bear Creek: Pb (COGUSM02)
- Gunnison River, San Miguel Segment 2, Cornet Creek: Pb (COGUSM02)

BLM_0036629

- Gunnison River, San Miguel Segment 3b, San Miguel River: Pb (COGUSM03b)
- Gunnison River, San Miguel Segment 4a, San Miguel River: Pb (COGUSM04a)
- Gunnison River, San Miguel Segment 7a, Chapman Creek: Fe(Trec) (COGUSM07a)
- Gunnison River, San Miguel Segment 7a, Iron Bog Creek: pH, D.O. (COGUSM07a)
- Gunnison River, San Miguel Segment 10, Naturita Creek:  *E. coli*, D.O. (COGUSM10)
- Gunnison River, San Miguel Segment 12, Mesa Creek: Se (COGUSM12)
- Gunnison River, San Miguel Segment 12, Calamity Draw: D.O. (COGUSM12)
- Gunnison River, San Miguel Segment 12, Specie Creek: D.O. (COGUSM12)
- Gunnison River, Upper Gunnison Segment 4, Taylor River: Pb (COGUUG04)
- Gunnison River, Upper Gunnison Segment 10, Redwell Creek: pH (COGUUG10)
- Gunnison River, Upper Gunnison Segment 15, S. Beaver Creek: Fe(Trec) (COGUUG15)
- Gunnison River, Upper Gunnison Segment 16, Ohio Creek: *E. coli* (COGUUG16)
- Gunnison River, Upper Gunnison Segment 17, Antelope Creek: *E. coli* (COGUUG17)
- Gunnison River, Upper Gunnison Segment 23, Stewart Creek: Fe(Trec) (COGUUG23)
- Gunnison River, Upper Gunnison Segment 26, Mesa Creek:  Cu (COGUUG26)
- Gunnison River, Upper Gunnison Segment 31, Palmetto Gulch:  Ag (COGUUG31)
- Gunnison River, Uncompahgre Segment 2, Uncompahgre River: Pb (COGUUN02)
- Gunnison River, Uncompahgre Segment 3b, Ridgway Reservoir: Pb, Zn (COGUUN03b)
- Gunnison River, Uncompahgre Segment 4c, Uncompahgre River: Pb (COGUUN04c)
- Gunnison River, Uncompahgre Segment 7, Gray Copper Gulch: pH (COGUUN007)
- Gunnison River, Lower Dolores Segment 2, Dolores River: *E. coli* (COGULD02)
- Gunnison River, Lower Dolores Segment 3a, Disappointment Creek: Se, *E. coli* (COGULD03a)
- Gunnison River, Lower Dolores Segment 4, West Paradox Creek: *E. coli*, Fe(Trec) (COGULD04)
- Gunnison River, Lower Dolores Segment 5, Roc Creek:  *E. coli* (COGULD05)
- Lower Colorado, Lower Colorado Segment 4b, South Canyon Hot Springs:  Pb (COLCLC04b)
- San Juan/Dolores Rivers, Animas and Florida Segment 3c, Arrastra Gulch:  Pb (COSJAF03c)
- San Juan/Dolores Rivers, Animas and Florida Segment 12a, Electra Reservoir:  Ag, Zn (COSJAF12a)
- San Juan/Dolores Rivers, Animas and Florida Segment 13a, Junction Creek:  Ag, *E. coli* (COSJAF13a)
- San Juan/Dolores Rivers, Upper Dolores Segment 11, Lost Canyon Creek*: E. coli* (COSJDO11)
- San Juan/Dolores Rivers, La Plata Segment 3a, Cherry Creek:  Cu (COSJLP03a)
- San Juan/Dolores Rivers, La Plata Segment 4a, E. Mancos River:  Pb (COSJLP04a)
- San Juan/Dolores Rivers, La Plata Segment 4a, Mancos River:  Cu, Pb (COSJLP04a)
- San Juan/Dolores Rivers, La Plata Segment 8a, Tribs to McElmo Creek:  *E. coli* (COSJLP08a)
- San Juan/Dolores Rivers, Piedra Segment 5, Williams Creek Reservoir: pH, Zn, Fe(Trec), D.O. (COSJPI05)
- San Juan/Dolores Rivers, Piedra Segment 8a, Williams Creek:  pH, Cu (COSJPI05)
- San Juan/Dolores Rivers, Piedra Segment 6a, Stollsteimer Creek:  Fe(Trec), *E. coli* (COSJPI06a)
- San Juan/Dolores Rivers, San Juan Segment 1, Navajo River:  *E. coli* (COSJSJ01)
- San Juan/Dolores Rivers, San Juan Segment 5, San Juan River:  Pb, (COSJSJ05)
- San Juan/Dolores Rivers, San Juan Segment 6a, San Juan River:  Pb, Cu (COSJSJ06a)
- San Juan/Dolores Rivers, San Juan Segment 6a, Echo Canyon Reservoir:  pH (COSJSJ06a)
- San Juan/Dolores Rivers, San Juan Segment 9a, Rio Blanco: Ag, Pb (COSJSJ09a)
- San Juan/Dolores Rivers, San Juan Segment 10, Rito Blanco:  *E. coli* (COSJSJ10)
- South Platte, Upper South Platte Segment 17a, Rocky Mountain Lake: Cu, DO

BLM_0036630

(COSPUS17a)
- South Platte, Upper South Platte Segment 23, Huston Lake: *E. coli* (COSPUS23)
- Upper Colorado, Eagle River Segment 9a, Eagle River from Berry Creek to Ute Creek: Temperature (COUCEA09a)
- Upper Colorado, Eagle River Segment 9a, Eagle River from Gore Creek to Berry Creek and from Squaw Creek to Rube Creek: Sediment (COUCEA09a)
- Upper Colorado, Upper Colorado Segment 10c, Fraser River:  Pb (COUCUC10c)

11.    Segments Moved to the 303(d) List

As additional water quality data is collected and assessed, a segment may be moved from the M&E List to the 303(d) List once the non-attainment is confirmed. In general, segments with less than 10 data points will be placed on the M&E List until more data is collected. The following segments and parameters have been moved from the M&E List to the 303(d) List due to additional data collection:

- Arkansas, Upper Arkansas Segment 10, Twin Lake West Cu (COARUA10)
- Gunnison, Lower Gunnison Segment 7, Tongue Creek: Se (COGULG07)
- Gunnison, Uncompahgre Segment 9, Sneffels Creek: Zn (COGUUN09)
- Lower Colorado, White River Segment 11, Rio Blanco Reservoir: pH (COLCWH11)
- South Platte, Boulder Creek Segment 9, Boulder Creek: Aquatic Life Use (COSPBO09)
- South Platte, Big Thompson Segment 11, Carter Lake: As (COSPBT11)
- South Platte, Big Thompson Segment 16, Lake Estes: Pb (COSPBT16)
- South Platte, Cache la Poudre Segment 14, Horsetooth Reservoir: Cu, As (COSPCP14)
- South Platte, Lower South Platte Segment 3, Jackson Reservoir: pH (COSPLS03)
- South Platte, Middle South Platte Segment 4, Barr Lake: D.O. (COSPMS04)
- South Platte, Middle South Platte Segment 7, Horse Creek Reservoir: D.O. (COSPMS07)
- South Platte, St. Vrain Segment 3, St. Vrain Creek from Left Hand Creek confluence to confluence with Boulder Creek: Aquatic Life Use (COSPSV03)
- South Platte, Upper South Platte Segment 17a, Rocky Mountain Lake: pH, Cu (COSPUS17a)
- South Platte, Upper South Platte Segment 17a, Ferril Lake, Smith Lake: pH (COSPUS17a)
- South Platte, Upper South Platte Segment 17a, Duck Lake: pH, $NH_3$ (COSPUS17a)
- South Platte, Upper South Platte Segment 23, Aqua Golf, Overland, Parkfield, and Huston Lakes: pH (COSPUS23)
- South Platte, Upper South Platte Segment 23, Vanderbilt Lake: DO (COSPUS23)

12.    *E. coli* Listings

In June of 2010, the Commission adopted a two-month averaging period for the existing *E. coli* criteria. Evaluation of the E. coli standard is over fixed two-month intervals.  Where adequate data were available two-month intervals were assessed.  Where adequate data were not available data were assessed either seasonally or for the entire period of record.

13.    Lakes and Reservoirs D.O. (temperature) listings

For lakes and reservoirs, the MWAT is assumed to be equivalent to the maximum WAT. When a lake or reservoir is stratified, the upper portion may exceed the applicable temperature standards in the basin regulations, provided that an adequate refuge exists in water below the upper portion. Adequate refuge depends on concurrent attainment within a given profile of the temperature standard and applicable dissolved oxygen standards. Attainment of the temperature standard below the upper portion is based on comparison with individual depths because of the need to verify concurrent attainment with the DO standard. If the refuge is not adequate because of low dissolved

BLM_0036631

oxygen levels, the lake or reservoir will be listed as impaired for dissolved oxygen rather than for temperature.

14.    Site-specific decisions made by the Commission are discussed below.

Eagle River Segments 6, 8 and 9a:

The Division originally proposed to list the following segments in the Eagle River Basin:  the mainstem of Eagle River Segment 9a for sediment, temperature, and Aquatic Life Use impairment, and several tributaries to the Eagle River for impairment of the Aquatic Life Use (Provisional) including Black Gore Creek, Beaver Creek, Lake Creek, Red Sandstone Creek and Gore Creek. Division staff worked with stakeholders in the Eagle River watershed to examine the data and further narrow the issues potentially in dispute.  Through this work additional data was made available.  Based upon the additional data received and reviewed by Division staff, the Division revised its proposal.  In general, parties agreed with the Division's refined proposal for the Aquatic Life Listings in the Eagle River Subbasin.  Eagle River stakeholders opposed the Division's proposal to list the mainstem of the Eagle River (Segment COUCEA09a) for temperature.  They presented an alternative proposal to M & E list a 6-mile long portion of the segment from Berry Creek to Ute Creek.  Evidence presented by the Eagle River Water & Sanitation District showed that the only temperature excursions in this stream reach occurred in the early part of the winter shoulder season and wastewater effluent did not cause the excursions.  The District will continue collecting data and will work with the Division to complete additional analysis to determine whether the temperature excursions are a result of anthropogenic activities in the watershed.  The Commission adopted the Eagle River Basin stakeholders' proposal.

Upper Colorado River Segment 3 (COUCUC03):

Trout Unlimited referenced a report prepared by the Division of Parks and Wildlife (Nehring 2011) which contained significant site-specific macroinvertebrate and other aquatic life information and analysis for the portion of the Colorado River mainstem between Windy Gap Reservoir and its confluence with the Blue River.  The Commission finds that given the fact that there are conflicting MMI scores on this segment, said portion of this segment should be placed on the Monitoring and Evaluation list at this time.

Western Resource Advocates White River Basin:

WRA proposed the addition of White River Segments COLCWH13b, COLCWH13c, COLCWH14a, COLCWH14b, COLCWH15 and COLCWH20 on either the 303(d) or M&E Lists for selenium (COLCWH13b) or total recoverable iron. Following additional data that was submitted by Shell in its Responsive Prehearing Statement, WRA modified its proposal.  WRA supported listing a portion of COLCWH13b, Duck Creek, on the 303(d) List for selenium.  However, the Commission agreed with the Division that the 2008 Statement of Basis and Purpose language in Regulation #37, Classifications and Numeric Standards for the Lower Colorado River Basin, identifies that the four sites used to create the ambient selenium standard should be assessed in aggregate. The Commission supports the Division's position to include COLCWH13c and a portion of COLCWH14a (the mainstem Piceance Creek from Willow Creek to Hunter Creek) for inclusion on the 303(d) List for total recoverable iron.

Southwestern Water Conservation District *E. coli:*

The Commission has placed several stream segments (COGULD02, COGULD03a, COGULD04, COGULD05, COSJAF13a, COSJDO11, COSJLP08a, COSJPI06a, COSJSJ10, and COSJSJ03) on the M&E List for *E. coli* based on data from four or fewer measurements as outlined in the Listing

BLM_0036632

Methodology.  Because of the limited number of data points, the listings were based on either a
seasonal or annual geometric mean, rather than the two-month averaging period. As a result, the
Commission has concluded that the data at these sites indicate potential impairment of the *E. coli*
standard, warranting listing on the M&E List so that additional measurements can be collected.

Lower Colorado Segment 3 (COLCLC03):

Lower Colorado Segment 3 was proposed to be removed from the 303(d) List for selenium
impairment due to attainment of standards.  USFWS opposed its removal from the list because the
segment is critical habitat for the endangered Colorado pikeminnow and razorback sucker.  The
Commission acknowledges the significance of this issue, but given the fact that the segment is in
attainment of its selenium standard, the segment should be removed from the list.  If the USFWS
feels that the standard is not protective of endangered fish species, the Commission recommends
they pursue an alternative standard in the next Colorado basin rulemaking hearing.

Animas River (COSJAF05a):

La Plata Energy Council expressed concern with listing segment COSJAF05a as impaired for
manganese.  In segment COSJAF05a there is an actual water supply use in the upper portion of
the segment.  However, there is no actual water supply use in the lower reach below the intake to
the Animas-La Plata Project.  In 2000, when the Commission adopted the table value criteria for
manganese based on secondary water supply standards, the Commission adopted Statement of
Basis and Purpose language in Section 31.37(iv)(H) indicating that its action could result in the
situation facing La Plata – that is, a segment with a water supply classification but where the only
actual water supply use is upstream of point source dischargers.  The Commission determined in
2000 that the appropriate course of action is for the Commission to consider resegmentation of that
stream.  Accordingly the Commission encourages La Plata to pursue resegmentation in the
Regulation #34 basin rulemaking hearing if they believe it is warranted.

Marston Forebay (COSPUS22 or COSPBE11):

Marston Forebay was listed as Segment COSPUS22 in the 2010 version of Regulation #93, when
in fact, it is correctly included in COSPBE11.  Marston Forebay was originally placed on the M&E
List in 2010 because dissolved oxygen (DO) concentrations were below the standard in the
metalimnion (middle layer of the reservoir).  In 2010, the DO standard was revised in Regulation 31.
The current DO standard only applies to the top 0.5-2 meters of the water column, unless
assessing for refuge with regards to the temperature standard. When assessing against the revised
standard, Marston is now attaining the DO standard, as DO readings are above 6 mg/L in the top 2
meters of the water column on all dates.  As a result, the Division proposed to remove Marston from
the M&E List. The Commission agreed with the Division's recommendation and removed Marston
from the M&E List for this reason.

Denver Water also requested a finding that Marston is not "waters of the state". The Commission
believes that a Regulation #38 rulemaking hearing is the appropriate forum in which to consider any
formal regulatory conclusion regarding this issue.

Ralston Creek (COSPCL17b):

The Division originally placed Ralston Creek on the 303(d) List for impairment of its Water Supply
Use-based uranium standard. Cotter Corporation opposed this listing and its high priority listing due
to ongoing cleanup work at the Schwartzwalder Mine Site. The Division recognizes that Cotter
Corporation is actively addressing non-attainment of the primary drinking water uranium standard in
Ralston Creek, and the Division anticipates continued cooperation during development of a

BLM_0036633

Category 4b Plan.  However, pending revisions to the standard, the Commission finds that COSPCL17b should be retained on the 303(d) List in the interim with a high priority.

Wildhorse Creek – Segment COARMA04a:

Bill Thiebaut, District Attorney for the Tenth Judicial District, Colorado submitted an alternative proposal to add selenium to the existing listing for *E.coli* for Wildhorse Creek.  After review of the data submitted, the Division agreed with the alternative proposal.  Pueblo West opposed this listing as data for the middle portion of the segment attains the ambient based selenium chronic standard of 597 ug/L as well as the ambient based acute standard of 708 ug/L.  It has generally not been the practice of the Commission to 303(d) list the majority of a segment except for a portion in the middle. In addition, there was discussion in regards to the appropriateness of the adopted ambient based standard.  Pueblo West has expressed interest in reviewing this standard in a future rulemaking hearing. Until revisions to the standard can be made, the Commission has added the entire segment to the 303(d) List for selenium.

Pueblo West raised concerns about whether the current ambient based selenium standard for Middle Arkansas segment 4a is still the appropriate standard.  This issue was discussed and it was determined that revising the ambient based standard based on new data is not appropriate for this rulemaking but could be addressed in the next basin hearing for Regulation #32 in June 2013.  If the ambient based standard is modified during that proceeding, the appropriateness of the 303(d) listing for this segment would be revisited in the next rulemaking hearing for Regulation #93 in December 2013.  The Commission does not expect that the Division would proceed with development of a TMDL between now and the Regulation #32 hearing in June 2013.

PARTIES TO THE RULEMAKING HEARING

1.  Western Resource Advocates
2.  Bill Thiebaut, District  Attorney for the 10th Judicial District
3.  Colorado Division of Parks and Wildlife
4.  Town of Avon
5.  City of Grand Junction
6.  Eagle River Watershed Council Inc
7.  Town of Vail
8.  Shell Frontier Oil and Gas Inc.
9.  Denver Water
10. Roaring Fork Conservancy
11. City of Aurora
12. Northern Colorado Water Conservancy District
13. City and County of Denver
14. City of Colorado Springs and Colorado Springs Utilities
15. Cripple Creek & Victor Gold Mining Co
16. MillerCoors, LLC
17. Seneca Coal Company
18. Tri-State Generation & Transmission Association
19. Xcel Energy
20. Eagle County
21. City of Boulder
22. Grand County Districts
23. Gunnison County
24. Eagle River Water and Sanitation District
25. Upper Eagle Regional Water Authority
26. Vail Corporation

BLM_0036634

27. Northwest Colorado Council of Governments
28. Littleton/Englewood Wastewater Treatment Plant
29. Southeastern Colorado Water Conservancy District
30. Colorado Department of Transportation
31. Pitkin County
32. Upper Gunnison River Water Conservancy District
33. Metro Wastewater Reclamation District
34. Bear Creek Watershed Association
35. Colorado River Water Conservation District
36. Cotter Corporation (N.S.L.)
37. Colorado Oil & Gas Association
38. Gunnison County Stockgrowers Association, Inc.
39. Trout Unlimited
40. Pioneer Natural Resources USA, Inc.
41. XTO Energy, Inc.
42. U.S. Fish and Wildlife Service
43. Colorado Petroleum Association
44. La Plata County Energy Council
45. Dolores Water Conservancy District
46. Southwestern Water Conservation District
47. Pueblo West Metropolitan District
48. Greeley Water & Sewer Department
49. City of Pueblo
50. Environmental Protection Agency
51. North Front Range Water Quality Planning Association
52. Board of County Commissioners of Montrose County
53. Wright Water Engineers, Inc
54. South Platte Coalition for Urban River Evaluation
55. Garfield County
56. Ruedi Water and Power Authority
57. Vail Recreation District
58. National Park Service
59. Town of Norwood, Norwood Water Commission and Norwood Sanitation District

BLM_0036635

# STATE OF COLORADO

John W. Hickenlooper, Governor
Christopher E. Urbina, MD, MPH
   Executive Director and Chief Medical Officer

Dedicated to protecting and improving the health and environment of the people of Colorado

4300 Cherry Creek Dr. S.          Laboratory Services Division
Denver, Colorado 80246-1530     8100 Lowry Blvd.
Phone (303) 692-2000             Denver, Colorado 80230-6928
Located in Glendale, Colorado    (303) 692-3090

http://www.cdphe.state.co.us



Colorado Department
of Public Health
and Environment

March 7, 2011

Energy Fuels Resources Corporation
44 Union Boulevard, Suite 600
Lakewood, Colorado 80228

Attention: Steven Brown, Radiation Safety Officer

Re: Colorado Radioactive Materials License Number Colo. 1170-01

Enclosed is the final, corrected original Radioactive Materials License Number Colo. 1170-01, Amendment 00. Typographical errors within the text of the license have been corrected. Additionally, some of the language within the conditions of the license has been refined to clarify both the limitations of the authorized activities and the expectations of the Department in regard to the operational requirements which must be met in order to maintain compliance.

Specific corrections were made to clarify license conditions, including:

*   License Conditions 11 and 12 were adjusted to clarify that construction and ore stockpiling would take place in a staged manner and some requirements were matched to this staging.
*   License Condition 19 was clarified to limit maximum daily processing, but retain the 500 TPD annual average mill capacity.
*   License Condition 23 was clarified to correct an error in the due date for the final decommissioning warranty and to specify hard due dates.

Please review the provisions of your license thoroughly.

If you have any questions regarding this letter or your license please contact James Grice at 303-692-3371 or james.grice@state.co.us. Additional questions or comments can be directed to me at 303-692-3403 or jennifer.opila@state.co.us.

Jennifer T. Opila

Jennifer T. Opila, Unit Leader
Radioactive Materials Unit
Hazardous Materials and Waste Management Division

Enclosure: Colo. 1170-01

BLM_0036636

# STATE OF COLORADO
# **RADIOACTIVE MATERIALS LICENSE**



Colorado Department
of Public Health
and Environment

Pursuant to the *Colorado Radiation Control Act*, Title 25, Article 11, *Colorado Revised Statutes*, and the State of Colorado *Rules and Regulations Pertaining to Radiation Control* (the Regulations) and in reliance on statements and representations heretofore made by the licensee designated below; a license is hereby issued authorizing such licensee to transfer, receive, possess and use the radioactive material(s) designated below; and to use such radioactive material(s) for the purpose(s) and at the place(s) designated below. This license is subject to all applicable rules, regulations, and orders now or hereafter in effect of the Colorado Department of Public Health and Environment (the Department) and to any conditions specified below.

1.  Licensee: Energy Fuels Resources Corporation

2.  Mailing Address: 44 Union Boulevard, Suite 600, Lakewood, Colorado 80228

3.  License Number: Colo. 1170-01, Amendment Number: 00

4.  Expiration date: January 31, 2016

5.  Authorized Storage/Use Location: 16910 Highway 90, Bedrock, Colorado 81411

6.  Designated Radiation Safety Officer (RSO): Steven Brown

7.  Radiation Safety Officer Contact Number: 303-974-2140

8.  Fee Category: 2.A2 Class I

9.  Reference Number:

---

## CONDITIONS

### 10. **Authorized Radioactive Material and Uses:**

A.  The licensee is authorized to possess and use not more than 100,000 short tons of unrefined and unprocessed ore containing source material in any form for the commercial processing and recovery of uranium. The ore shall contain, on average, 0.23% uranium by weight.

B.  The licensee is authorized to process, store, and distribute to authorized recipients concentrated uranium product in the form of yellowcake ($U_3O_8$, $UO_2$, $UO_3$, $UO_4$). The licensee is authorized to possess and store yellowcake in quantities not to exceed 150 metric tons (330,690 pounds).

BLM_0036637

STATE OF COLORADO

RADIOACTIVE MATERIALS LICENSE

C. The licensee is authorized to possess and store within the Department-approved designated on-site impoundments not more than 1,850,000 cubic yards of tailings or wastes produced by the extraction or concentration of uranium from ore processed primarily for its source material content [Byproduct Material, type (2).]

D. The licensee is authorized to possess and use not more than 15 Thermo Fisher Scientific Model 6000 fixed nuclear gauges for process material density measurements. Each gauge contains, in sealed sources, not more than 7.4 GBq (200 mCi) of Cs-137.

## 11. Pre-Construction Requirements:

A. Prior to beginning any new construction or operation, or any other activity authorized by this license, the licensee shall obtain all applicable permits and other authorizations of local, state and federal agencies having authority over health, safety, and environmental protection aspects of the activities authorized by Condition 10 of this license. The licensee shall maintain in force such applicable permits.

B. Facility Construction:

   i. All construction related to handling and storage of materials in Condition 10 of this license shall be in accordance with detailed plans approved by the Department (and all other agencies as the Department designates) and referenced in this license prior to commencement of construction or any subsequent modification.

   ii. The licensee shall submit a written report to the Department within 90 days of completing construction activity describing the construction as-built, including drawings, any deviations from design plans and specifications, and the reasons for any deviations or deficiencies.

C. Prior to the beginning of any on-site construction the licensee shall obtain Department approval of an amended Earthworks Construction Quality Control (CQC) Plan, Section 01500.1 and/or the Earthworks Construction Quality Assurance (CQA) Plan, Section 01400.1 from the "Technical Specifications and Construction Quality Assurance (CQA) / Construction Quality Control (CQC) Plan, Revision B". The amended plans/specifications shall include frequencies for earthworks CQC and/or CQA testing that is generally consistent with what is recommended in EPA (1993) *Technical Guidance Document: Quality Assurance and Quality Control for Waste Containment Facilities*, EPA/600/R-93/182.

D. Prior to the beginning of any on-site construction the licensee shall obtain Department approval of a High-Density Polyethylene Lining Inspection and Maintenance Plan.

E. Prior to the beginning of any on-site construction the licensee shall obtain Department approval of a Concrete Surfaces Inspection, Maintenance, and Repair Plan.

BLM_0036638

# STATE OF COLORADO
## RADIOACTIVE MATERIALS LICENSE

F. Prior to the beginning of any on-site construction the licensee shall obtain Department approval of a Final Detailed Engineering Plan for each construction project or area as defined in the Energy Fuels Resources Corporation Facility Operating and Construction Plans. The Final Detailed Engineering Plan for each construction project or area shall include, as applicable, at a minimum:

    i.    a detailed Quality Assurance and Quality Control Plan for all aspects of on-site construction;

    ii.    piping and instrumentation diagrams and drawings;

    iii.    revised specifications for the ore pads, ore dumping platform, stormwater ponds, tailings cells, and evaporation ponds;

    iv.    aggregate testing results for acid-resistant concrete;

    v.    an inspection, maintenance, and monitoring plan for the leach scrubbers and dust collections systems;

    vi.    Detailed design drawings of the tailings line, the raffinate pipeline, the tailings boxes, and the bulk reagents unloading area;

    vii.    a Materials Containment Plan;

    viii.    a complete Hazard and Operability Analysis (HAZOP);

    ix.    a complete legal description, including metes and bounds, of the restricted area.

## 12. Pre-Operational Requirements:

A. Prior to receipt of any radioactive material, the licensee shall obtain Department approval of a technical basis and quality assurance document for off-site analysis of bioassay samples.

B. Prior to any commercial processing of radioactive material, the licensee shall obtain Department approval of the results of a baseline evaluation which establishes preliminary routine radiation and contamination survey locations.

C. Prior to receipt of any radioactive material, the licensee shall have all radiation and contamination survey instrumentation and air sampler equipment on site, calibrated, and personnel trained in their use.

D. Prior to receipt of any radioactive material, the licensee shall obtain Department approval of documents demonstrating that the detection limits for all instruments and samplers meet all regulatory and procedural requirements under mill operating conditions.

BLM_0036639

STATE OF COLORADO
RADIOACTIVE MATERIALS LICENSE

E. Prior to any commercial processing of radioactive material, the licensee shall obtain Department approval of the results of a baseline evaluation and airflow characterization which establishes the locations for preliminary placement of indoor workplace air sampling equipment within the restricted area.

F. Prior to receipt of any radioactive material, the licensee shall assure that Emergency Response related equipment and supplies, commensurate with site activities, are present on site and available for response to accidents, fires, and other emergencies as detailed in the Energy Fuels Resources Corporation Emergency Response Plan.

G. Prior to any commercial processing of radioactive material, the licensee shall conduct at least two emergency response exercises involving two different incident scenarios as described in the Energy Fuels Resources Corporation Emergency Response Plan. At least one of the exercises shall involve offsite response agencies to the extent possible.

H. Prior to receipt of any radioactive material authorized in Condition 10.D of this license, the licensee shall have the use areas for each item completely constructed and prepared for installation. Installation of the fixed nuclear gauges shall be completed within 10 days of receipt of the materials.

I. Prior to performing any non-routine activities, consisting of installation, initial radiation survey, repair, and maintenance of components related to the radiological safety of the gauge, gauge relocation, replacement and disposal of sealed sources, alignment, or removal of a gauge from service, performed on nuclear gauges containing radioactive material authorized in Condition 10.D of this license the licensee shall:

   i. obtain Department approval of procedures which meet all criteria of NUREG 1556, Volume 4, Appendix N for each non-routine operation that will be performed;

   ii. obtain Department approval of the documentation of manufacturer training in each non-routine operation that will be performed for each staff member who will perform non-routine operations; and

   iii. receive from the Department a license amendment which lists by name the individuals authorized to perform such non-routine operations.

**13. Authorized Radioactive Material Users:**

A. Radioactive material authorized in Conditions 10.A through 10.C shall be used by or under the supervision of individuals, designated as Authorized Users by the Radiation Safety Officer, who have successfully completed the Radiation Safety Training in accordance with the Energy Fuels Resources Corporation *Radiological Health and Safety Training Procedure*, RH-010, and been approved as Authorized Users by the Department.

BLM_0036640

STATE OF COLORADO
RADIOACTIVE MATERIALS LICENSE

B. One or more authorized users shall be physically present at the facility at all times when radioactive materials are being received, used, handled, processed, disposed, or analyzed. The number of authorized users present on site at any one time shall be sufficient to ensure adequate supervision of all persons within the restricted area. One or more authorized uses shall be immediately available at all other times.

C. Individuals working with radioactive material authorized in Conditions 10.A through 10.C, under the supervision of individuals designated as Authorized Users, shall have successfully completed the Radiation Safety Training in accordance with the Energy Fuels Resources Corporation *Radiological Health and Safety Training Procedure*, RH-010, and been approved to work with those materials by the Radiation Safety Officer.

D. Routine use, consisting of operation, leak testing, and shutter testing, of nuclear gauges containing the radioactive material authorized in Condition 10.D shall only be performed by individuals who have; been designated as authorized nuclear gauge users by the Radiation Safety Officer, successfully completed manufacturer training in operation, leak testing, and shutter testing, and successfully completed the Radiation Safety Training in accordance with the Energy Fuels Resources Corporation *Radiological Health and Safety Training Procedure*, RH-010.

E. Any non-routine operations performed on nuclear gauges containing the radioactive material authorized in Condition 10.D shall only be performed by individuals listed on this license who have; been designated as individuals authorized to perform non-routine operations on nuclear gauges by the Radiation Safety Officer, successfully completed manufacturer training in each non-routine operation, successfully completed the Radiation Safety Training in accordance with the Energy Fuels Resources Corporation *Radiological Health and Safety Training Procedure*, RH-010, and been approved by the Department.

F. The Radiation Safety Officer shall maintain written records indicating the date and basis of all training and subsequent approval of designated radioactive materials users.

**14. Training:**

A. A new employee shall not commence work in the restricted area until that individual has been adequately trained in the assignment and in radiation safety, in accordance with a program approved by the Department and specified in the Energy Fuels Resources Corporation Radiological Health and Safety Procedures.

B. The RSO shall document employee review of:

   i. safety procedures applicable to each employee's assignment; and

   ii. provisions of Part 10 of the Regulations.

BLM_0036641

# STATE OF COLORADO
## RADIOACTIVE MATERIALS LICENSE

C. The licensee shall provide and document as per the Energy Fuels Resources Corporation *Training Records Documentation and Tracking Procedure*, AD-060, at least ninety minutes of training meeting time per year, or an alternative amount approved by the Department and specified in the Energy Fuels Resources Corporation Radiological Health and Safety Procedures, for each radiation worker to review radiation protection topics, and retrain radiation workers annually on current developments in radiation safety.

D. The licensee shall maintain a record as per the Energy Fuels Resources Corporation *Training Records Documentation and Tracking Procedure,* AD-060, for each employee, signed by supervisor(s) and the RSO, which certifies that in addition to the training specified in Energy Fuels Resources Corporation's Radiation Protection Program Procedures, the employee has completed on-the-job training using an overall operation and maintenance competency checklist and work process competency checklists appropriate to the employees work locations.

## 15. General Requirements:

A. Radioactive materials may be received, stored, handled, processed and disposed in the ore storage, milling and mill tailings impoundment facilities located at the Pinon Ridge milling facility property as represented in the Boundary Survey found in Annex A of this license and described as follows:

SW¼SE¼, Section 5,
All of Section 8,
N½NW¼, SE¼NW¼ and N½NE¼, Section 17,
All in Township 46 North, Range 17 West, N.M.P.M.,
Less and except any portion of the land lying within Highway 90 (Colorado Department of Transportation) right-of-way,
County of Montrose,
State of Colorado

B. The licensee shall comply with the provisions of the State of Colorado *Rules and Regulations Pertaining to Radiation Control*: Part 3, "Licensing of Radioactive Material"; Part 4, "Standards for Protection Against Radiation"; Part 10, "Notices, Instructions and Reports to Workers; Inspections"; Part 17, "Transportation of Radioactive Material"; and Part 18, "Licensing Requirements for Uranium and Thorium Processing."

C. The licensee shall not transfer possession and/or control of radioactive materials or items contaminated with radioactive material except: by transfer of waste to an authorized recipient; by transfer to a specifically licensed recipient; or, as provided otherwise by specific condition of this license pursuant to the requirements of Part 3, Section 3.22 of the Regulations.

D. Radioactive material authorized by Condition 10 of this license shall be stored and used in a manner that will preclude use by unauthorized personnel.

BLM_0036642

# STATE OF COLORADO
## RADIOACTIVE MATERIALS LICENSE

E. The licensee shall ensure that information listed in this license is correct and accurate. The licensee shall notify the Department in writing within ten (10) days whenever the information contained in Items 1 through 7 above is no longer current or determined to be incorrect.

F. The licensee may transport radioactive material or deliver radioactive material to a carrier for transport in accordance with the provisions of Part 17 of the Regulations and the requirements of U.S. Department of Transportation (49 CFR).

G. The licensee shall not make any false statement, representation, or certification in any application, record, report, plan, or other document regarding radiation levels, tests performed or radiation safety conditions or practices.

## 16. Occupational Dose Monitoring:

A. All full time employees (including contract employees) at the site are deemed to require monitoring for occupational doses.

B. All individuals who work within the restricted area must be equipped with personnel monitoring devices capable of detecting both beta and gamma radiation.

C. The licensee shall maintain documentation of the technical basis which demonstrates that individual monitoring of external and internal occupational dose is not required as per Section 4.18 of the Regulations for each individual part-time employee (including contract employees) at the site who is not monitored.

D. Urine and/or In-Vivo Bioassays shall be performed in accordance with the Energy Fuels Resources Corporation *Uranium Bioassay Procedure*, RH-050, for each worker who is:

    i.    routinely exposed to airborne yellowcake or directly involved in maintenance tasks in which yellowcake dust may be produced;

    ii.    routinely exposed to airborne uranium ore dust;

    iii.    potentially exposed to a time-weighted exposure of 40 DAC hrs of natural uranium in a 40-hour work week;

    iv.    potentially exposed to a time-weighted exposure of $3E\text{-}11\ \mu Ci/mL$ of ore dust for one calendar quarter;

    v.    required to wear a respirator to maintain inhalation exposures below the limits listed above; or

    vi.    whenever it is suspected that a respirator has leaked or malfunctioned;

    vii.    whenever facial contamination is detected on a worker;

    viii.  when the Radiation Safety Officer deems it necessary.

BLM_0036643

STATE OF COLORADO
RADIOACTIVE MATERIALS LICENSE

E. The licensee shall require all mill personnel to submit at least one baseline urinalysis samples for analysis prior to conducting any activities on-site. Those mill personnel who have had a recent work history involving the processing of soluble uranium compounds shall be required to submit one additional baseline urinalysis sample.

F. The licensee shall ensure that all bioassay sample analysis is performed by a Clinical Laboratory Improvement Amendments (CLIA) Certified laboratory.

G. Occupational Air Sampling:

    i. General air and breathing zone sampling shall be conducted throughout the facility to characterize airborne levels of radioactive materials. The sampling frequency and locations shall be sufficient to demonstrate compliance with the requirements of Part 4 of the Regulations. The licensee shall ensure that the sampling frequency and locations adequately cover periods when there are changes in the operations at the facility (i.e. the facility goes from standby to production of uranium product). Minimum locations and frequencies shall be listed in the Energy Fuels Resources Corporation Radiological Health and Safety Procedures.

    ii. The licensee shall determine the inhalation class (for the assessment of occupational doses) for the primary radionuclides that compose the airborne contaminants following any significant change in the feed materials to the mill or substantial change in the operation of the mill that could change the inhalation class of materials contributing to occupational exposures.

    iii. In-plant air monitoring committed to in the Energy Fuels Resources Corporation Radiological Health and Safety Procedures shall be performed under conditions typical of employee exposures, including during periods of maintenance, decontamination or decommissioning.

    iv. Radon and radon daughter sampling shall be conducted throughout the facility to characterize airborne levels of radon and equilibrium levels for radon daughter products for the assessment of occupational doses to workers. The sampling frequency and locations shall be sufficient to demonstrate compliance with the requirements of Part 4 of the Regulations. The licensee shall ensure that the sampling frequency and locations adequately cover periods when there are changes in the operations at the facility (i.e. the facility goes from standby to active milling of ore). The minimum locations and frequencies shall be listed in the Energy Fuels Resources Corporation Radiological Health and Safety Procedures.

H. The Radiation Safety Officer shall maintain, for inspection by the Department, training and dose monitoring records for each worker at the site who receives an occupational dose. These records shall show the initial hire date, the specific training received, the date training was successfully completed, the date when dose monitoring was initiated, the date when employment terminated, and a copy of the annual total effective dose equivalent assessment for each year the individual works at the site.

BLM_0036644

STATE OF COLORADO
RADIOACTIVE MATERIALS LICENSE

I. The licensee shall upon completion of the final dose determination provide the Department with an electronic copy of all annual occupational dose summary reports and spreadsheets used to calculate the annual occupational doses, including bioassay data, and shall include at a minimum: employee identification, dates of sampling, and analytical results. Additionally, all laboratory results related to occupational dose calculation shall be maintained by the licensee for Department review.

**17. Public Dose Limits:**

A. The licensee shall conduct activities in such a manner as to provide reasonable assurance that the annual limits in Part 4 and Part 18 of the Regulations to any member of the public are not exceeded as the result of exposures to radioactive materials resulting from planned discharges of radioactive materials, radon and its progeny excepted, to the general environment.

**18. Specific Radiation Safety Requirements:**

A. The licensee shall not make any modification to an operating procedure, ongoing or proposed process without first evaluating the occupational, environmental and public health and safety or security impact of such change. The evaluations shall be documented with supporting information and be available for Department inspection.

B. Radiation Work Permits:

   i. The licensee shall have a Radiation Work Permit (RWP) as specified in Energy Fuels Resources Corporation Radiological Health and Safety Procedures which establishes and specifies appropriate radiological and safety controls for any work, including maintenance, at any location of the licensed facility or site, which has radiation safety implications and for which no written procedure exists. The Radiation Safety Officer shall be familiar with ongoing activities at the site, and make the determination if a RWP is required for a given task. All such RWPs shall be reviewed and approved in writing by the designated Radiation Safety Officer prior to any activity that a RWP governs. A copy of all RWPs shall be retained for no less than five years for inspection by the Department.

   ii. RWPs shall not be used as a substitute for written operating procedures. Should the activities governed under a RWP become routine or frequently performed activities, the licensee shall develop these work permits into written procedures and provide copies to the Department for review and incorporation into this license.

C. The licensee shall conduct periodic radiological surveys in accord with Department approved procedures and plans.

D. The licensee shall conduct surveys for contamination on materials and equipment prior to being released to unrestricted areas or for unrestricted use. The surveys shall be in accordance with the Energy Fuels Resources Corporation Radiological Health and Safety Procedures.

BLM_0036645

STATE OF COLORADO
RADIOACTIVE MATERIALS LICENSE

E. Each sealed source containing radioactive material authorized in Condition 10.D shall be tested for leakage and/or contamination at intervals not to exceed 36 months in accordance with the requirements of Part 4, Section 4.16 of the Regulations.

F. The licensee shall maintain on-site a sufficient number of operable and calibrated radiation monitoring and sampling devices. These devices shall be calibrated after any repair unless otherwise authorized by the Department. Handheld instrumentation shall conform to the specifications of ANSI N323B-2003. The inventory of monitoring equipment shall be such that a sufficient number of operable and calibrated units are always on hand.

G. The licensee shall ensure that inspections of tailings or waste retention systems by, or under the supervision of, a qualified engineer or scientist are conducted and documented daily once commercial processing and recovery of uranium operations have commenced.

H. The licensee shall control emissions to air according to procedures approved by the Radioactive Materials Unit of the Hazardous Materials and Waste Management Division and according to applicable permits of the Air Pollution Control Division (APCD) of the Department.

I. The licensee shall implement engineering controls to maintain all releases of radioactive materials into the environment to levels that are As Low As Reasonably Achievable (ALARA), and is prohibited from releasing radioactive materials into the environment above limits specifically authorized by the State of Colorado *Rules and Regulations Pertaining to Radiation Control* (the Regulations), the requirements of the site Air Emissions Construction Permit, or as established by the U.S. Environmental Protection Agency as reportable quantities at 40 CFR 302 or this license.

J. Environmental Monitoring and Reporting:

   i. The licensee's environmental monitoring and analysis program shall be sufficient to estimate total effective dose equivalent (TEDE) to individuals in populations near the licensed site, including the dose, if any, from soil, surface water and ground water contamination as specified in the Energy Fuels Resources Corporation Radiological Health and Safety Procedures.

   ii. The licensee shall conduct a comprehensive ground and surface water monitoring program in accord with a Department approved plan.

      (1) The compliance period begins when the Department sets secondary groundwater protection standards and ends when the owner or operator's license is terminated and the site is transferred to the State or Federal agency for long-term care.

      (2) The point of compliance is set at the hydrologically downgradient limit of the area below the activity potentially impacting groundwater quality.

   iii. The licensee shall conduct an air sampling program sufficient to demonstrate compliance with the public and occupational dose limits of Part 4, Sections 4.5.4, 4.6, 4.14, 4.18 and Part 18, Appendix A, Criterion 8 of the Regulations.

BLM_0036646

STATE OF COLORADO
RADIOACTIVE MATERIALS LICENSE

    iv. Environmental air monitoring for particulates shall be as in the Energy Fuels Resources Corporation Operational Monitoring Plan: continuous for uranium, $^{226}$Ra, $^{230}$Th, $^{210}$Pb, at three property boundaries, at two nearest feasible residences, and at a control location. $^{222}$Rn monitoring shall be as specified in the Energy Fuels Resources Corporation Operational Monitoring Plan. A soil sample shall be taken each calendar year adjacent to each air sampling location.

    v. A background level of Radon for comparison with effluent levels will be determined annually by taking the mean of at least twelve independent samples from at least two Department-approved offsite sampling locations. Sampling events will be evenly spaced in time throughout the year and split evenly between sampling locations. The metric of evaluation is the mean plus two standard deviations of the mean

K. The Department does not permit, authorize, concur in, or otherwise approve of, the prohibited release or threatened release of a hazardous substance, pollutant, or contaminant into the environment

L. The licensee shall ensure that:

    i. eating and the use of tobacco products is prohibited within the restricted area, except in specific designated areas that have been approved by the Department;

    ii. each designated eating area within the restricted area of the facility shall have a survey station and wash facilities for use by personnel prior to entering the designated area; and

    iii. that all individuals who have recently occupied or worked in the restricted area of the site follow the requirements of the Energy Fuels Resources Corporation *Personnel Release Surveys Procedure*, RH-200, prior to entering a designated eating or tobacco use area or leaving the restricted area.

M. The RSO, ARSO, or RSO's designee shall remove employees from a work environment or suspend the operation in a particular mill area if it has been determined that conditions that would likely result in an individual being exposed to radiation that may present an imminent health hazard exist.

## 19. Special License Requirements:

A. Special recordkeeping requirements:

    i. Documentation of the results of sampling, analyses, radiological surveys, instrument calibrations, inspections, audits, employee training, as well as any related reviews, investigations, and corrective actions, shall be maintained until Departmental approval of alternate disposition.

    ii. All occupational dose monitoring records shall be preserved indefinitely.

BLM_0036647

# STATE OF COLORADO
# RADIOACTIVE MATERIALS LICENSE

B.  Security:

    i.   The licensee shall fence a restricted area, access to which is limited by the licensee for the purpose of protecting individuals against undue risks from exposure to radiation and radioactive materials. The fence shall be posted per US NRC Reg. Guide 8.30, or its successors, and Part 4.27 of the Regulations.

    ii.  The licensee shall maintain a plan and schedule to implement and maintain additional security measures to prevent unauthorized access to the site's core facilities and radioactive and hazardous materials, to prevent loss, theft, or illegal use of radioactive or hazardous materials, and to provide monitoring and reporting of the safety and security conditions and status of the systems (e.g., establishing a secure zone that encompasses the core mill area, alarms, surveillance, etc.).

C.  General Maintenance:

    i.    The licensee shall maintain all equipment and facilities, essential to operations governed by this license, in operating condition.

    ii.   The licensee shall maintain safety systems for year-round operation.

    iii.  The licensee shall document a system of routine preventive maintenance so that safety equipment is checked for proper working order according to a regular schedule.

D.  The licensee shall not operate the mill beyond an annual average of 500 short tons of uranium ore processed per day with a daily maximum of 700 short tons per day of uranium ore processed via the leach circuit measured at the pre-leach point.

E.  When the Department reasonably and routinely consults with another party, the licensee shall:

    i.    Permit such party to inspect any Department -designated site, facility, or document;

    ii.   Submit Department -designated documents to the party for review; and

    iii.  As determined by the Department, conform applications and supporting documents to such party's written guidelines applicable to the project.

BLM_0036648

## STATE OF COLORADO
## RADIOACTIVE MATERIALS LICENSE

F.  Ownership and Control:

  i.  The licensee shall provide to the Department evidence of title and any change in title
      to the land described as represented in the Boundary Survey found in Annex A of this
      license and described as follows:

      SW¼SE¼, Section 5,
      All of Section 8,
      N½NW¼, SE¼NW¼ and N½NE¼, Section 17,
      All in Township 46 North, Range 17 West, N.M.P.M.,
      Less and except any portion of the land lying within Highway 90 (Colorado
      Department of Transportation) right-of-way,
      County of Montrose,
      State of Colorado

  ii.  The licensee shall provide the Department with ninety (90) days advance notification
       of any proposed change in ownership or control of the facility or other Energy Fuels
       Resources Corporation owned land subject to the conditions of this license.

  iii. No transfer of title to any portion of the licensed site may be made at any time
       without prior written authorization from the Department.  Any such transfer shall be
       in accordance with Section 3.15.2 of the Regulations unless otherwise authorized by
       the Department.

  iv.  No portion of the licensed site may be vacated without notification in accordance
       with Section 4.59 of the Regulations and prior written authorization from the
       Department.

  v.  Until the property is transferred to the State or federal government and in accord with
      Part 18, Appendix A, Criterion 9 of the Regulations, the licensee shall:

      (1) monitor and maintain the site;

      (2) not permit tailings material to remain exposed or be released to the surrounding
          area above permitted release and soil concentration limits.  Dust control methods
          shall be described in Department-approved plans and procedures;

      (3) prohibit the erection of any structures for residential occupancy by humans or
          animals;

      (4) prohibit establishment of private roads, trails, or rights of way across
          contaminated areas or the to be- reclaimed surface of the repository;

      (5) maintain any necessary fencing of the restricted area to preclude entry of people
          or grazing or browsing animals. The buffer zone shall also be fenced, however the
          fencing does not have to be able to preclude wildlife from access;

      (6) maintain postings in accordance with Part 4 of the Regulations.

BLM_0036649

STATE OF COLORADO
RADIOACTIVE MATERIALS LICENSE

G. The licensee shall annually commission an independent audit, including conclusions and recommendations from review of all audits, inspections, employee exposure data, effluent release data, and environmental data to determine if:

   i. the radiation, hazardous materials, and safety programs related to radioactive materials and byproduct materials (including chemicals used in the milling process) are adequate;

   ii. the quality assurance program is adequate;

   iii. any upward trend is developing in personnel exposure for an identifiable category of worker or type of operation or effluent release;

   iv. any exposure or effluent might be lowered under the concept of ALARA; and

   v. equipment for effluent and exposure control is being properly used, maintained, and inspected.

H. The licensee's management and radiation safety officer shall take prompt and appropriate action to correct known deficiencies in the facility's procedures, processes, equipment, and site conditions.

I. When required, by a condition of this license, Department "acceptance", "approval", "authorization", or "concurrence" shall be obtained in writing from the Department, unless otherwise provided in the Regulations, or Department policy.

## 20. Documents Required by the Department:

A. The licensee shall submit an update to the reclamation plan to the Department for review and approval no later than 30 days after Department approval of the Final Detailed Engineering Plan for each construction project or area.

B. The licensee shall submit a post closure plan to the Department for review and approval no later than one year after milling operations commence.

C. The licensee shall submit a test cover work plan to the Department for review and approval no later than one year prior to any test cover construction. The licensee shall obtain Department approval of the test cover work plan prior to any test cover construction.

D. The licensee shall submit a capillary barrier testing plan to the Department for review and approval no later than one year prior to any capillary barrier testing. The licensee shall obtain Department approval of the capillary barrier testing plan prior to any capillary barrier testing.

E. The licensee shall submit a comprehensive ground and surface water monitoring plan to the Department for review and approval no later than 90 days after the licensee receives Department approval of the final site layout.

BLM_0036650

# STATE OF COLORADO
# RADIOACTIVE MATERIALS LICENSE

F. The licensee shall submit a comprehensive water handling and control plan to the Department for review and approval no later than 120 days after the licensee receives Department approval of the final site layout.

## 21. Notifications to the Department:

A. The licensee shall notify the Department in writing on, or prior to, the date of filing of any application to a local, state or federal permitting agency for modification or renewal of such permit or other required authorization applicable to or having authority over health, safety, and environmental protection aspects of the activities authorized by Condition 10 of this license.

B. The licensee shall notify the Department in writing within thirty (30) days of receiving a violation of any local, state or federal permit applicable to or having authority over health, safety, and environmental protection aspects of the activities authorized by Condition 10 of this license.

C. Emergency Notifications: Immediately upon discovery of any failure, or imminent threat of failure, in any process, diversion, or retention system which results or may result in a release of radioactive material or hazardous substances outside the restricted area, the licensee shall notify the Department's Radioactive Materials Unit Emergency Response Duty Officer by telephone at 303-877-9757. Additionally, a written report shall be submitted to the Department within 30 days of the initial notification.

D. The licensee shall immediately notify the Department upon discovery of any failure, or imminent threat of failure, in any process vessel, storage tank, or process plumbing system which results or may result in the release of radioactive materials in excess of the reporting limits established in Section 4.52 of the Regulations or any reportable quantity of a hazardous substance, via the Department's Radioactive Materials Unit Emergency Response Duty Officer, at 303-877-9757, as well as the Colorado Environmental Release and Incident Reporting Line, at 877-518-5608, in the case of an event involving a reportable quantity of a hazardous substance.

E. The licensee shall notify the Department, within 24 hours of any unplanned spillage of non-reportable solutions containing radioactive material and which exceed 500 gallons in quantity.

F. The licensee shall notify the Department no less than three working days prior to scheduling any shipment of concentrated uranium product authorized in Condition 10.B of this license.

G. The licensee shall notify the Department, within thirty days of the discovery of unsafe or unanticipated site conditions, or practices that are not addressed by current plans or authorizations. The licensee shall provide to the Department an acceptable plan of action to eliminate or effectively control the cause of any unexpected harmful effects or irreversible damage detected and not otherwise previously identified by the licensee.

BLM_0036651

# STATE OF COLORADO
## RADIOACTIVE MATERIALS LICENSE

**22. Reports to the Department:**

A. The licensee shall, for the previous calendar year ending December 31st, provide the Department with an annual report by June 30th of each calendar year. That report shall, at a minimum, include or address the following:

    i.    A detailed summary of activities for the preceding year, including: a listing of classified materials received for processing; the amounts of classified materials processed, the amounts of materials placed into the designated on-site impoundments;

    ii.    Annual ALARA Report, including a summary of Occupational Doses;

    iii.    Independent ALARA Audit Report;

    iv.    Personnel and facility monitoring;

    v.    Estimates of Radiation Doses to Members of the Public;

    vi.    Environmental Monitoring and Analysis;

    vii.    Water Quality Monitoring Report;

    viii.    Air Emissions Controls;

    ix.    Quality assurance and quality control;

    x.    Liquids and Solids Management;

    xi.    Annual Land Use Report; and

    xii.    A summary of anticipated activities for coming year.

B. The licensee shall submit a report to the Department within 60 days after January 1 and July 1 of each year, specifying the quantity of each of the radioactive materials released to unrestricted areas in liquid and in gaseous effluents during the previous six months of operation, and such other information as the Department may require to estimate maximum potential annual radiation doses to the public resulting from effluent releases. If quantities of radioactive materials released during the reporting period are significantly above the licensee's design objectives previously reviewed as part of the licensing action, the report shall cover this specifically. On the basis of such reports and any additional information the Department may obtain from the licensee or others, the Department may from time to time require the licensee to take such action as the Department deems appropriate.

BLM_0036652

STATE OF COLORADO
RADIOACTIVE MATERIALS LICENSE

**23. Financial Assurance:**

A. The licensee shall maintain compliance in regard to financial assurance in accordance with the requirements of both Part 3, Sections 3.9.5, 3.9.6, and Part 18 of the Regulations by obtaining and maintaining:

   i. a Department approved financial warranty for decommissioning as per Section 3.9.5.5 and 18.5 of the Regulations which shall remain in effect for the duration of the license in the amount of $11,070,890, payable on the following schedule:

     (1) $1,373,900 due May 6, 2011,
     (2) $2,898,260 due September 7, 2011,
     (3) $6,401,920 due March 7, 2012, and
     (4) $396,810 due September 7, 2012.

   ii. a long term care fund in the amount of $844,400 deposited with the state treasury; and

   iii. a Department approved decommissioning funding plan as per Section 3.9.6.5. of the Regulations.

B. The financial assurance agreement and instruments required by this license shall be subject to annual review for adequacy by the Department, and such other agencies as the Department designates, in accordance with Sections 3.9.5.6 and 3.9.5.7 of the Regulations. Cost estimates may be adjusted upward or downward as current circumstances, including, but not limited to, inflation, regulations, and technology, require. The licensee shall submit proposed changes by June 30th each year.

C. The licensee shall not be released from the financial assurance requirements of the Regulations or this license until determination by the Department that performance required by this license has been complete and adequate. In the event of partial or complete default on the part of the licensee in the performance of the work, or failure of the licensee to provide acceptable replacement surety in the event of cancellation or non-renewal, the State may draw upon the financial assurance instruments as necessary to complete the reclamation.

**24. Decontamination and Decommissioning:**

A. The licensee shall clean up any residual radioactive material as low as is reasonably achievable toward background radiation ranges and hazardous constituent ranges based on statistically-defensible tests of soil contamination with depth, consistent at the time of site closure with federal and State law, and following Department-approved plans.

BLM_0036653

STATE OF COLORADO
RADIOACTIVE MATERIALS LICENSE

**25. Licensee Commitments and Reference Documents:**

The State of Colorado *Rules and Regulations Pertaining to Radiation Control* shall govern unless the licensee's statements, representations, and procedures contained in the application and correspondence are more restrictive than the Regulations. Except as specifically provided otherwise by this license, the licensee shall possess and use radioactive material described in Condition 10 of this license in accordance with the statements, representations, and procedures contained in:

A. the application and attachments dated November 6, 2009; and

B. the license correspondence and attachments dated April 12, 2010; April 29, 2010; May 14, 2010; May 25, 2010; July 8, 2010; September 22, 2010; October 14, 2010; October 18, 2010 (3 correspondences); October 27, 2010; November 3, 2010(2 correspondences); November 4, 2010; November 5, 2010; November 8, 2010; November 10, 2010 (provided by Golder Associates Inc.); and November 12, 2010.

**FOR THE COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT**

Date: *March 7, 2011*    By: *Jennifer T. Opila*

BLM_0036654

# STATE OF COLORADO
## RADIOACTIVE MATERIALS LICENSE

BLM_0036655

## ANNEX A



---



## Colorado Department of Public Health and Environment

# Decision Analysis and Environmental Impact Analysis Energy Fuels Piñon Ridge Uranium Mill

Colorado Department of Public Health and Environment
Hazardous Materials and Waste Management Division
Radiation Program

January 5, 2011

BLM_0036656

# Table of Contents

Acronyms .................................................................................................................................. i

Executive Summary ........................................................................................................ ES — 1

    Overview ....................................................................................................................... ES — 1

    Project Background ..................................................................................................... ES — 1

    The Review Process ................................................................................................... ES — 2

    License Decision ......................................................................................................... ES — 2

    License Conditions ..................................................................................................... ES — 3

    Public Process ............................................................................................................. ES — 3

    Description of Licensing Process ............................................................................. ES — 4

    For Further Information ............................................................................................. ES — 4

Decision Analysis ............................................................................................................ DA — 1

    Introduction .................................................................................................................. DA — 1

        Description of this Document .................................................................................. DA — 1

        Basis and Purpose ...................................................................................................... DA — 2

        Statutory Requirements ............................................................................................. DA — 3

        Regulatory Requirements .......................................................................................... DA — 6

        Scope of the Review .................................................................................................. DA — 8

        Sources of Information .............................................................................................. DA — 11

        Description of Licensing Process ............................................................................ DA — 14

    Proposed Milling Facility ........................................................................................... DA — 15

        Facility Layout and Restricted Area (Licensed) Area Boundary ................... DA — 15

        External Appearance of the Mill ............................................................................. DA — 18

        Ore Pad and Unloading Facility .............................................................................. DA — 19

        Mill Buildings and Equipment ................................................................................ DA — 21

        Mill Circuit .................................................................................................................. DA — 22

        Design Features to Mitigate Releases .................................................................... DA — 23

        Water Balance ............................................................................................................. DA — 27

        Chemical and Reagents Used in the Milling Process ....................................... DA — 27

        Sources of Mill Wastes and Effluents ................................................................... DA — 28

BLM_0036657

Review of Proposed Operations, Safety and Monitoring Programs ..............DA — 28

Corporate Organization and Administrative Procedures ...............................DA — 29

Management Control Program .........................................................................DA — 29

As Low as Reasonably Achievable (ALARA) Program ..............................DA — 29

Audit and Inspection Program .......................................................................DA — 30

Site Security ....................................................................................................DA — 30

Instrumentation and Process Control Equipment ..........................................DA — 30

Radiological Health and Safety Program.......................................................DA — 33

Management of Mill Wastes and Effluents ...................................................DA — 38

Environmental Baseline ........................................................................................DA — 47

Surface Water Hydrology and Erosion Protection.........................................DA — 47

Surface Water Monitoring Program...............................................................DA — 48

Ground Water Monitoring Control Program ..................................................DA — 48

Underdrain System..........................................................................................DA — 52

Secondary Containment ..................................................................................DA — 59

Contaminated Equipment Control and Release .............................................DA — 59

Solid Waste .....................................................................................................DA — 59

Effluent and Environmental Measurements and Monitoring Program .............DA — 59

Pre-Operational Monitoring and Sampling Plans .........................................DA — 59

Results of the Department Review of the Documents ...................................DA — 60

Land .................................................................................................................DA — 65

Radiological Surveys ......................................................................................DA — 71

Soil Sampling..................................................................................................DA — 73

Vegetation Survey...........................................................................................DA — 82

Wildlife Survey...............................................................................................DA — 84

Biological Survey............................................................................................DA — 86

Baseline Survey of Radionuclides in Animal Tissue....................................DA — 86

Ground Water and Surface Watering Monitoring Program...............................DA — 90

Decommissioning .................................................................................................DA — 90

Decommissioning and Reclamation ...............................................................DA — 90

Timeliness in Decommissioning ....................................................................DA — 92

Decommissioning Plan ...................................................................................DA — 92

Tailing Cell Closure Design Report...............................................................DA — 94

[Table of Contents — ii]

Disposal Cell Cover Engineering Design .......................................................DA — 94

Technical Evaluation ...................................................................................DA — 97

Summary of Impacts from Environmental Impact Analysis ...........................DA — 100

License Decision.............................................................................................LD — 1

License Authorizations and Conditions ............................................................LD — 1

Authorizations:...........................................................................................LD — 1

Pre-requisite Conditions: ............................................................................LD — 2

Decommissioning Cost Estimate and Financial Warranty ..............................LD — 2

Environmental Impact Analysis.....................................................................EIA — 1

Site Location and Layout...............................................................................EIA — 1

Alternatives to the Proposed Action ...............................................................EIA — 2

No Action Alternative..................................................................................EIA — 2

Site Location Alternatives............................................................................EIA — 3

Technical Alternatives .................................................................................EIA — 3

Environmental Approvals and Consultation ....................................................EIA — 3

Land Use, Locations and Proximity to Nearby Communities and Residences ..EIA — 5

Demography/Population Distribution............................................................EIA — 7

Socio-economic Resources ..........................................................................EIA — 7

Infrastructure..............................................................................................EIA — 9

Community Services....................................................................................EIA — 11

Tax Revenue ...............................................................................................EIA — 12

Historic, Archeological, Cultural and Architectural Resources....................EIA — 12

Scenic, Cultural, and Natural Landmarks, and Visual Resources ................EIA — 14

Geologic, Topographic, and Hydrologic Features...........................................EIA — 18

Stratigraphy................................................................................................EIA — 18

Soils............................................................................................................EIA — 19

Geomorphology ..........................................................................................EIA — 19

Structural and Tectonic Features .................................................................EIA — 19

Surface Water..............................................................................................EIA — 21

Ground Water..............................................................................................EIA — 21

Ground Water Quality.................................................................................EIA — 22

Meteorology, Climatology, and Air Quality...................................................EIA — 22

[Table of Contents — iii]

BLM_0036659

Meteorology ................................................................................EIA — 23

Atmospheric Stability ...............................................................EIA — 25

Climate.......................................................................................EIA — 26

Wind and Local Air Patterns.....................................................EIA — 27

Humidity ...................................................................................EIA — 27

Solar Radiation..........................................................................EIA — 28

Evaporation ...............................................................................EIA — 28

Climate Change.........................................................................EIA — 29

Air Quality ................................................................................EIA — 31

Site and Uranium Mill Tailings Characteristics.............................EIA — 33

Slope Stability...........................................................................EIA — 35

Settlement .................................................................................EIA — 36

Liquefaction Potential ..............................................................EIA — 37

Disposal Cell Cover Engineering Design ..................................EIA — 37

Construction Considerations......................................................EIA — 40

Disposal Cell Hydraulic Conductivity ......................................EIA — 41

Surface Water Hydrology and Erosion Protection.....................EIA — 41

Background Radiological Characteristics........................................EIA — 43

Background Soil Concentrations ...............................................EIA — 45

Subsurface Soil Sampling .........................................................EIA — 46

Other Radionuclides ..................................................................EIA — 46

Ambient Radon Monitoring.......................................................EIA — 46

Radon Flux Measurements ........................................................EIA — 46

Environmental Dose Rate Measurements...................................EIA — 46

Airborne Particulate ..................................................................EIA — 47

Vegetation .................................................................................EIA — 48

Surface Water.............................................................................EIA — 49

Ground Water.............................................................................EIA — 50

Background Non Radiological Characteristics................................EIA — 52

Other Environmental Features .........................................................EIA — 53

Vegetation .................................................................................EIA — 54

Terrestrial Wildlife....................................................................EIA — 54

Endangered Species ..................................................................EIA — 55

[Table of Contents — iv]

Aquatic Species/ Wetlands ..................................................................EIA — 56

Federally Listed, Candidate and BLM Sensitive Species ...........................EIA — 57

Proposed Mill Facilities ......................................................................EIA — 58

Area 100 – Ore Handling and Grinding ......................................................EIA — 61

Area 200 – Leaching, Pre-leaching, and Thickening ...................................EIA — 63

Area 300 – CCD Thickeners and Tailings Disposal ....................................EIA — 65

Area 400 – Uranium Solvent Extraction (SX) ............................................EIA — 66

Area 500 – Uranium Precipitation .........................................................EIA — 67

Area 600 – Vanadium Oxidation and Solvent Extraction (SX) ...................EIA — 68

Area 700 – Vanadium Precipitation .......................................................EIA — 69

Area 800 – Reagents ........................................................................EIA — 71

Area 900 – Utilities and Buildings ..........................................................EIA — 72

Area 1000 – General Plant ..................................................................EIA — 74

Facility Layout and Restricted Area (Licensed) Area Boundary .................EIA — 74

Mill Health and Safety ......................................................................EIA — 76

Radiological Safety ..........................................................................EIA — 77

Impact Analysis ..............................................................................EIA — 78

Environmental Effects of Site Preparation and Mill Construction .................EIA — 79

Land Use .......................................................................................EIA — 79

Transportation ................................................................................EIA — 79

Soil/Geology ..................................................................................EIA — 80

Water ...........................................................................................EIA — 83

Vegetation .....................................................................................EIA — 84

Threatened and Endangered Species .........................................................EIA — 84

Birds ............................................................................................EIA — 87

Air ...............................................................................................EIA — 87

Noise ...........................................................................................EIA — 88

Cultural Resources ...........................................................................EIA — 88

Visual Impacts ................................................................................EIA — 88

Environmental Effects of Operations ........................................................EIA — 89

Land Use .......................................................................................EIA — 89

Transportation ................................................................................EIA — 89

Geology/Soils .................................................................................EIA — 90

[Table of Contents — v]

Surface Water ................................................................................ EIA — 91

Ground Water ............................................................................... EIA — 92

Vegetation .................................................................................... EIA — 93

Threatened and Endangered Species ............................................ EIA — 93

Terrestrial Wildlife ....................................................................... EIA — 95

Air ................................................................................................ EIA — 96

Cultural Resources ....................................................................... EIA — 97

Visual Resources .......................................................................... EIA — 97

Emergency Plan ........................................................................... EIA — 98

Design Features to Mitigate Releases ........................................... EIA — 98

Exposure Impacts ......................................................................... EIA — 108

Radiological Exposure Pathways ................................................. EIA — 108

Radiological Impacts on Humans ................................................ EIA — 118

Summary of Occupational Dose .................................................. EIA — 119

Chemical Impacts on Humans .................................................... EIA — 120

Effects of Sanitary and Other Waste Discharges ......................... EIA — 126

Radiological Impacts on Ecological Receptors ........................... EIA — 128

Non-Radiological Impacts on Humans ........................................ EIA — 129

Radiological Impacts on Biota Other Than Humans .................... EIA — 129

Non-Radiological Impacts on Biota other than Humans .............. EIA — 131

Summary ...................................................................................... EIA — 131

Effects of Accidents ...................................................................... EIA — 133

Employment .................................................................................. EIA — 136

Land Use, Housing, and Infrastructure ......................................... EIA — 138

Recreation and Tourism ................................................................ EIA — 140

Community and Social Impacts ..................................................... EIA — 141

Transportation .............................................................................. EIA — 141

Specific Issues and Concerns ........................................................ EIA — 144

Cumulative Impacts ..................................................................... EIA — 144

Dust Control/Windblown Contamination .................................... EIA — 145

Alternate Feed .............................................................................. EIA — 156

Boom and Bust Cycles ................................................................. EIA — 159

Process Water Availability ........................................................... EIA — 161

[Table of Contents — vi]

Wildlife Impacts........................................................................EIA — 161

Tailings and Evaporation Impoundment Liner Systems............................EIA — 163

Catastrophic Emergency Conditions and Response ...................................EIA — 164

Taxpayer Funds Spent on Uranium Mill Cleanup .....................................EIA — 168

Financial Status of Energy Fuels .............................................................EIA — 169

Environmental Justice..............................................................................EIA — 169

Radiation Dangers....................................................................................EIA — 170

Evaluation of Impacts ....................................................................................EIA — 171

Costs and Benefits..........................................................................................EIA — 176

References...................................................................................................................R — 1

Appendix A: Colorado Radiation Control Act, Uranium Recovery Requirements
.............................................................................................................Appendix A — 1

Appendix B: Regulatory Guides and NUREG Documents Germane to
the Energy Fuels Application....................................................................Appendix B — 1

Appendix C: Radiation Regulations Germane to the Application............. Appendix C — 1

Appendix D: Relationship of Environmental Impact Analysis Sections, the License
Application and NUREG-1748..................................................................Appendix D — 1

Appendix E: Water Radiologic Data ........................................................ Appendix E — 1

Attachment: State of Colorado Radioactive Materials License

BLM_0036663

# Acronyms

| | |
|---|---|
| µg/L | Micrograms per Liter |
| ACAP | Alternative Cover Assessment Project |
| ACGIH | American Conference of Governmental Industrial Hygienists |
| ACI | American Concrete Institute |
| AEA | Atomic Energy Act |
| AEC | Atomic Energy Commission |
| ALARA | As Low as Reasonably Achievable |
| AMS | Air Monitoring Station |
| APA | Administrative Procedures Act |
| APCD | Air Pollution Control Division |
| APENS | Air Pollution Emission Notice |
| ASM | Abnormal Situation Management |
| ASME | American Society of Mechanical Engineers |
| ASTM | American Society for Testing and Materials |
| AUM | Animal Unit Month |
| BCC | Birds of Conservation Concern |
| BMPs | Best Management Practices |
| CAA | Clean Air Act |
| CAAQS | Colorado Ambient Air Quality Standards |
| CCD | Counter-Current Decantation |
| CCTV | Closed-Circuit Television |
| CDOW | Colorado Division of Wildlife |
| CDPHE | Colorado Department of Public Health & Environment |
| CFR | Code of Federal Regulations |
| cfs | cubic feet per second |
| COPC | Contaminants of Potential Concern |
| cpm | counts per minute |
| CQA | Construction Quality Assurance |
| CQC | Construction Quality Control |
| CSM | Conceptual Site Model |
| cy | cubic yards |
| DA | Decision Analysis |
| DO | Dissolved Oxygen |
| DOE | Department of Energy |
| DOI | U.S. Department of the Interior |
| EEMUA | Engineering Equipment and Materials Users' Association |
| EFR | Energy Fuels Resources Corporation |
| EIA | Environmental Impact Analysis |
| EMLC | Energy Minerals Law Center |
| EPA | Environmental Protection Agency |
| ER | Environmental Report (in the license application) |
| ERO | ERO Resources Corporation |
| ERP | Emergency Response Plan |
| ESA | Endangered Species Act |

BLM_0036664

| | |
|---|---|
| ET | Evapo-Transpiration |
| EX | Exploratory (hole) |
| FS | Factors of Safety |
| FUSRAP | Formerly Utilized Sits Remedial Action Project |
| GCL | Geosynthetic Clay Liner |
| gpm | gallons per minute |
| GRI | Geosynthetic Research Institute |
| HAP | Hazardous Air Pollutant |
| HAZOP: | Hazard and Operability Analysis |
| HDPE | high-density polyethylene |
| HMWMD | Hazardous Materials and Waste Management Division |
| IBC | International Building Code |
| ISA | Instrument Society of America |
| ISRM | International Society of Rock Mechanics |
| km | kilometers |
| LCRS | Leak collection and recovery system |
| LDPE | Low Density Polyethylene |
| MARSSIM | Multi-Agency Radiation Survey and Site Investigation Manual |
| MCE | maximum credible earthquake |
| MCL | Maximum Concentration Limit |
| MDL | Method Detection Limit |
| mGy/d | milliGrays per day |
| MPV | Maximum Permissible Velocity |
| MSHA | Mine Safety and Health Administration |
| Mt | Million tons |
| MW | Monitoring Well |
| Mya | Million years ago |
| NAAQS | National Ambient Air Quality Standards |
| NAAQS | National Ambient Air Quality Standards |
| NEPA | National Environmental Policy Act |
| NESHAP | National Emissions of Hazardous Air Pollutants |
| NFS | National Forest Service |
| NGO | Nongovernmental Organization |
| NRC | Nuclear Regulatory Commission |
| NRCS | Natural Resources Conservation Services |
| NRHP | National Register of Historic Places |
| NUREG | Nuclear Regulatory Commission document |
| OAHP | Colorado Office of Archaeology and Historic Preservation |
| ORP | Oxidation Reduction Potential |
| OSL | Optically Stimulated Luminescence |
| P&IDs | Piping and Instrumentation Diagrams or Drawings |
| pcf | pounds per cubic foot |
| pCi/g | picoCuries per gram |
| PCS | Process Control System |
| PIC | Pressurized Ionization Chamber |
| PMF | Probable Maximum Flood |

BLM_0036665

| | |
|---|---|
| PPE | Personal Protective Equipment |
| PSD | Prevention of Significant Deterioration |
| psf | pounds per square foot |
| PVSA | Paradox Valley Sustainability Association |
| PVU | Paradox Valley Unit |
| PW | Production Well |
| RACT | Reasonably Available Control Technology |
| RCA | Radiation Control Act, Title 25 Article 11 Part 101 et seq.  (25-11-101 et seq.) |
| RCRA | Resource Conservation and Recovery Act |
| RFI | Request for Information |
| RML | Radioactive Materials License |
| RMU | Radiation Management Unit |
| RQs | Reportable Quantities |
| RSO | Radiation Safety Officer |
| SAG | Semi-Autogenous Grinding (mill) |
| SHPO | State Historic Preservation Officer |
| SMA | Sheep Mountain Alliance |
| SPCC | Spill Control and Countermeasures |
| SWCC | Soil Water Characteristic Curve |
| SX | Solvent Extraction |
| TEDE | Total Effective Dose Equivalent |
| TESS | Threatened, Endangered and Sensitive Species |
| TLVs | Threshold Limit Values |
| tpd: | tons per day |
| tpy | tons per year |
| TSP | Total Suspended Particulates |
| UBC | Uniform Building Code |
| UMTRA | Uranium Mill Tailings Remedial Action |
| UMTRCA | Uranium Mill Tailings Radiation Control Act |
| USACOE | U.S. Army Corps of Engineers |
| USCS | Unified Soils Classification System |
| USDA | U.S. Department of Agriculture |
| USDOT | U.S. Department of Transportation |
| USFS | U.S. Forest Service |
| USFWS | U.S. Fish and Wildlife Service |
| USGS | U.S. Geologic Survey |
| VOC | Volatile Organic Compound |
| VRM | Visual Resource Management |
| WBO | Western Burrowing Owl |
| WWA | Western Water Assessment |
| μCi/g | microCuries per gram |

BLM_0036666

# Executive Summary

## Overview

This Decision Analysis and Environmental Impact Analysis report documents the department's evaluation of an application submitted by Energy Fuels Resources Corporation (EFR) for the proposed Piñon Ridge Uranium Mill in Montrose County, Colo. This Decision Analysis provides the basis for decisions made by the department in approving the license application. It describes the application, regulatory requirements, environmental and social impacts, the process undertaken to conduct the review (including outreach to stakeholders), and requests for additional information. In addition, the document discusses requirements the department is imposing on EFR for the license.

## Project Background

This is the first proposal for a new conventional uranium mill (as distinct from an in-situ leaching operation) in the United States in a generation. The November 2009 license application to the department comprised 15 volumes, and department staff submitted more than 400 technical questions during the technical review. The Montrose County Commissioners submitted comments on the Environmental Report, and public meetings held by Montrose County Commissioners, the applicant and the department yielded literally hundreds of stakeholder comments.

The site is located in the Paradox Valley of western Montrose County, approximately seven miles east of the unincorporated community of Bedrock and 12 miles west of the town of Naturita. The proposed facility includes an administration building, a 17-acre mill, tailing ponds totaling approximately 90 acres, a 40-acre evaporation pond (expansion capacity to 80 acres), an approximately six-acre ore storage pad, and access roads.

Eighty-eight percent of the land within five miles of the site is undeveloped land administered by the BLM and 12 percent is privately owned. Some lands within the vicinity of the site, including the site itself, are currently used to graze livestock. The Cotter JD-7 open pit uranium mine, currently inactive, is adjacent to the mill site on the east. Energy Fuels will obtain the bulk of the ore they process from their mines at Gateway, Colo. and La Sal, Utah.

The climate in the Paradox Valley is arid. The Dolores River crosses the east-west valley from southwest to northeast at Bedrock. The western end of the valley receives surface water runoff and ground water from the mountains to the west that flows east toward the Dolores River and is used extensively for irrigated agriculture. As a result, the west end of the valley contains fields, clusters of trees around ditches and streams, and a few orchards. The eastern end of the valley is stark and dry with desert vegetation. Only a few residences exist east of the Dolores River and no concentration of structures exists.

BLM_0036667

## The Review Process

Colorado is an Agreement State with the U.S. Nuclear Regulatory Commission (NRC) and therefore is the lead agency with authority to regulate uranium milling in Colorado. The department's Radiation Program is responsible for licensing the possession of radioactive materials in Colorado under the Radiation Control Act. In addition to the statutory requirements, the *Colorado Rules and Regulations Pertaining to Radiation Control* (the regulations) implement various provisions of the RCA.

The department regulations require that a preliminary decision to issue a uranium mill license include a written analysis of the basis for the decision. The purpose of this decision analysis serves to satisfy the requirement to document:
- the assessment of the radiological and non-radiological impacts to public health;
- the assessment of any impact on any waterway and ground water;
- consideration of alternatives to the activities to be conducted; and
- consideration of the long-term impacts of the licensed activities.

The Environmental Impact Analysis reviews the various projected social and economic impacts; geologic, hydrologic, radiological, chemical, and other physical parameters; transportation impacts; and proposed offsets or mitigations to identified impacts.

## License Decision

Based on the analyses conducted and documented in the Decision Analysis and Environmental Impact Analysis, the department is granting a radioactive materials license for a 500 ton-per-day uranium mill to Energy Fuels Resources Corporation for the Piñon Ridge project.

The department's evaluation includes a determination of the project's ability to meet statutory, regulatory, and guidance requirements and sound engineering practices. The mill design and operating procedures are keyed to these requirements, as discussed in this document. Furthermore, potential impacts to the environment, economic and social features, and transportation have been considered in the decision and mitigation measures identified, where applicable, as discussed in the Environmental Impact Analysis.

The facility license is being issued pursuant to Part 3 of the regulations with all of the conditions authorizing the receipt, possession, use, and transfer of radioactive material that are necessary for an operational uranium recovery facility, along with other additional requirements and conditions that the department has deemed appropriate or necessary for licensees engaged in uranium recovery operations.

The license is subject to all the provisions of the Radiation Control Act, now or hereafter in effect, and to all rules, regulations, and orders of the department. Additionally, the license contains a number of pre-requisite conditions that detail requirements that the department has deemed appropriate or necessary that must be met by the licensee during the pre-construction, construction, and pre-operational phases of facility development. As

[ES — 2]

BLM_0036668

the facility moves through these phases and moves closer to the operational phase, the license will be amended to revise, remove, and/or add additional conditions to better reflect the current conditions of the facility.

# License Conditions

The department has included conditions in the license to address specific operational or design requirements and specifies deliverables and schedules for construction, start-up and certain specific operations. Some license conditions mirror regulatory requirements important for specific activities or specify actions that go beyond the regulatory requirements where extra features or protections are desirable.

# Public Process

An extensive public process was conducted by Montrose County as part of the conditional use permit review for the mill beginning in 2008, and the department conducted significant outreach and public meetings related to the radioactive materials license in 2009 and 2010.

In addition, the team contacted and shared information with local government officials, and several state agencies including:
- Colorado Department of Local Affairs
- Colorado Department of Natural Resources, Division of Wildlife
- Colorado Department of Natural Resources, State Engineer
- Colorado Department of Public Safety
- Colorado Department of Public Health and Environment, Water Quality Control Division
- Colorado Department of Public Health and Environment, Air Pollution Control Division
- Colorado Department of Transportation
- Colorado  Office of Archaeology and Historic Preservation

Montrose County provided several documents for the review, including the April 20, 2010 Review of Piñon Ridge Project Environmental Report, the March 31, 2010 Draft Montrose County Socioeconomic Impact Study, and the Montrose County Master Plan 2010.

Materials generated from the numerous public meeting and hearings include meeting transcripts and notes, and supplemental information provided at these meetings. Specific meetings included:
- January 21, 2009:        First Required Public Hearing (Nucla)
- February 17, 2010:      Second Required Public Hearing (Montrose)
- February 18, 2010:      San Miguel County Commissioner Meeting (Telluride)
- June 8, 2010:              Public comment meeting (Montrose)
- June 9, 2010:              Public comment meeting (Telluride)

[ES — 3]

BLM_0036669

- June 10, 2010:        Availability session (Ophir)
- July 13, 2010:        Public comment meeting (Naturita)
- July 13, 2010:        Availability session (Paradox)

Numerous comment letters, e-mails, and cards were received and considered in the development of the license decision.

## Description of Licensing Process

A Radioactive Materials License is required for entities that handle radioactive materials in Colorado. Once a license is granted, it can be amended, and a periodic (usually every five years) license renewal is necessary to update information, verify proposed activities, and validate the ability of the operator to operate within license requirements, and to protect their workers, the public, and the environment. Changes to operation, key personnel, and other aspects of the activity will require a license amendment. The department conducts routine oversight of the facility through review of documents and reporting, and onsite inspections. In addition, department staff will be on site during critical construction and start-up activities.

As required under the RCA, the department must complete the application review and draft a license (if appropriate) and decision analysis in a specified time; for the EFR application a decision is required by Jan. 15, 2011. The applicant has 60 days to review the decision analysis (and license, if appropriate) and request a formal hearing on the license. If a hearing is not requested, the license becomes final.

If requested, a hearing must be held before a hearing officer near the location of the facility in accordance with the Administrative Procedures Act, which includes specific legal processes such as formal party status, discovery, depositions, formal testimony, cross-examination, etc. The hearing officer provides his/her recommendation to the executive director of the department, and a final department decision is rendered. This decision can be appealed to District Court through an appellate process that uses the existing record to review the department's decision.

## For Further Information

For further information, please contact:

Colorado Department of Public Health and Environment
Radiation Program
Steve Tarlton, Program Manager
4300 Cherry Creek Drive South
Denver, CO 80246-1530
steve.tarlton@state.co.us

BLM_0036670

# Decision Analysis

## <u>Introduction</u>

### Description of this Document

It is important to understand that this decision is not a federal action. Colorado is an Agreement State with the U.S. Nuclear Regulatory Commission (NRC) and as such, is the lead agency with authority to regulate uranium milling in Colorado. The Colorado Department of Public Health and Environment (department), Radiation Management Unit (RMU) of the Radiation Program of the Hazardous Materials and Waste Management Division (division) has responsibility for licensing the possession of radioactive materials in Colorado under the Radiation Control Act. The department has been involved with addressing uranium health and environmental issues for more than 60 years. The division believes this document adequately explains the basis for our decisions, and provides necessary documentation.

This Decision Analysis (DA) report documents the department's evaluation of an application submitted by Energy Fuels Resources Corporation (EFR) for the proposed Piñon Ridge Uranium Mill in Montrose County, Colo. This Decision Analysis provides the basis for decisions made by the department in approving the license application. It describes the application, regulatory requirements, environmental and social impacts, the process undertaken to conduct the review (including outreach to stakeholders), and requests for additional information. In addition, the document discusses requirements the department is imposing on EFR for the license. The application, additional information submitted as part of the review, and the license and this document can be found on the department's web page for the project, located at http://www.cdphe.state.co.us/hm/rad/rml/energyfuels/index.htm.

The basis for the department's decision is rooted in law designed to protect public health and the environment. The department does not make its decisions based on the economic values of uranium or vanadium at any point in time.

This is the first proposal for a new conventional uranium mill in the United States in a generation (a conventional mill processes native ores, as opposed to in situ recovery, which is a solution-mining based approach.) The application, submitted in November 2009, comprised 15 volumes of information. Department staff submitted more than 400 technical questions as part of the technical review of the application. The Montrose County Commissioners submitted comments on the Environmental Report as part of their review, and public meetings held by Montrose County Commissioners, the applicant, and the department yielded literally hundreds of stakeholder comments, both pro and con.

The department assembled an experienced team of engineers, physical scientists, other technical staff, and managers to conduct the internal review; the core group has more than 125 years of collective experience working with uranium recovery issues. The department's Radiation Program staff consulted with the department's Air Pollution Control Division to coordinate review of the required air permit for the facility. In

[DA — 1]

BLM_0036671

addition, the department reached out to other state agencies for input on relevant sections of the application (discussed in more detail below).

Division staff met with the applicant during the planning phase to ensure that a modern design would be considered, challenging the applicant to engineer a facility that will mitigate pollution and address past problems associated with older generation uranium mills (much of the guidance has not been updated since the 1980s). The proposed mill uses state-of-the-art engineering approaches and is designed to use less water than older mills, generate fewer emissions, and provide better protection of the environment and biota than previous-generation mills. The mill circuits are computer controlled and monitored and environmental releases are monitored using the latest available methods. The liners and caps for the tailings ponds are state-of-the-art and take into account lessons learned from previous mill tailings cells, reflecting best practices in tailings management.

This report is divided into major sections that correspond to major sections of the application, including:

1)  this introduction containing a description of the facility, the materials used in the process, the local and regional area;

2)  the environmental impact analysis that makes up a substantial portion of the review; and

3)  the health and safety, and environmental monitoring program.

Portions of this document are required by regulation; other sections are meant to be informative and to provide the basis for the department's decisions.

The entire application and additional information supplied by the applicant can be found on the department's web site: http://www.cdphe.state.co.us/hm/rad/rml/energyfuels/index.htm.

## Basis and Purpose

Energy Fuels Resources Corporation's (EFR) purpose of the mill in Section 1.3 of the Introduction to the Environmental Report (ER) is supplemented by additional information in this report. EFR is proposing to build the mill at its own risk (the department requires a surety bond be in place prior to construction to cover clean up should the venture fail).

The purpose of this document is to describe various statutory and regulatory requirements, along with industry standards of care, guides, expert input, and department and industry experience used to make the decision and document the basis for issuing a license. Statutory and regulatory requirements are spelled out in the next section. Two statutes are of particular note — the Administrative Procedures Act (APA) [24-4-104 and 105], and the Radiation Control Act (RCA) [CRS 25-11-101, et. seq.]. One of the provisions in the Administrative Procedures Act requires any action involving a regulatory decision to have the decision based on law:

"Every agency decision respecting the grant, renewal, denial, revocation,

[DA — 2]

BLM_0036672

> suspension, annulment, limitation, or modification of a license shall be based solely upon the stated criteria, terms, and purposes of the statute, or regulations promulgated thereunder, and case law interpreting such statutes and regulations pursuant to which the license is issued or required. Terms, conditions, or requirements limiting any license shall be valid only if reasonably necessary to effectuate the purposes, scope, or stated terms of the statute pursuant to which the license is issued or required."

The department is primary regulator of radioactive material in Colorado, and its authority is given through the RCA. It is the RCA that describes the transfer of authority over radioactive materials in Colorado from the NRC. We note that the RCA was amended four times in less than 10 years, including twice during the review of the Energy Fuels application. Those changes will also be discussed in the next section.

In addition to the statutory requirements, the *Colorado Rules and Regulations Pertaining to Radiation Control* (the regulations) implement various provisions of the RCA. Numerous sections are germane to the Energy Fuels project and will be discussed in more detail in the following sections; reference to the regulations is made throughout the DA.

The department regulations (in Part 18.4.1) require that a preliminary decision to issue a uranium mill license include a written analysis of the basis for the decision. The purpose of this decision analysis serves to satisfy the requirement to document:

- the assessment of the radiological and non-radiological impacts to public health
- the assessment of any impact on any waterway and ground water
- consideration of alternatives to the activities to be conducted
- consideration of the long-term impacts of the licensed activities

Later sections of this DA describe the resources utilized to scope and conduct the review, a description of the facility, the methods and procedures used for occupational health and safety, the monitoring of the public and environmental, the basis of the department's decision, and any required license conditions.

In addition to the DA, the Environmental Impact Analysis goes into detail on the various projected social and economic impacts; geologic, hydrologic, radiological, chemical, and other physical parameters; transportation impacts, and proposed offsets or mitigations to identified impacts.

## Statutory Requirements

**The Atomic Energy Act.** Following World War II, Congress passed the Atomic Energy Act of 1946 to secure domestic control over nuclear materials in the United States for both defense and civilian nuclear power. The act was amended significantly in 1954 to better define the role of civilian nuclear power (U.S. Nuclear Regulatory Commission, 2009). The act required that civilian uses of nuclear materials and facilities be licensed, and created and empowered the Atomic Energy Commission (AEC) to establish by rule or order, and to enforce, such standards to govern these uses as "…the Commission may

[DA — 3]

BLM_0036673

deem necessary or desirable in order to protect health and safety and minimize danger to life or property."

In 1974, the Energy Reorganization Act split the responsibility of the Atomic Energy Commission (U.S. Nuclear Regulatory Commission, 2009). The Department of Energy (DOE) became responsible for development of nuclear weapons and nuclear research, and the Nuclear Regulatory Commission (NRC) was created to regulate the civilian program.

Under section 274 of the act, the NRC may enter into an agreement with a state for discontinuance of the NRC's regulatory authority over some materials licensees within the state. The state must first show that its regulatory program is compatible with the NRC's and adequate to protect public health and safety. The NRC retains authority over, among other things, nuclear reactors within the state and exports from the state. Colorado entered into such an agreement with the NRC in 1968. Therefore, Colorado has the authority to regulate source, byproduct, and some special nuclear material in Colorado. Unlike a delegation of authority from the U.S. Environmental Protection Agency (EPA) to states over other regulatory programs (e.g., air, water), the NRC has ceded authority to Colorado.

The AEA was again amended in 1978 by the Uranium Mill Tailings Radiation Control Act (UMTRCA) (Public Law 95-604) (U.S. Nuclear Regulatory Commission, 2009). The purpose of UMTRCA is to control the hazards from mill tailings at abandoned sites, and to control mill tailings during operations and after termination of operations. It is the primary Statute used to address the hazards of uranium mill tailings. The department has significant experience with this Statute. Title I of the UMTRCA addresses abandoned sites that were the responsibility of DOE to clean up in cooperation with the states. Colorado participated (10 percent match) in the cleanups of abandoned uranium mills and vicinity properties in Grand Junction, Rifle (two sites), Naturita, Gunnison, Slick Rock, Maybell, and Durango. The division manages a post-UMTRCA program located in Grand Junction that continues to monitor tailings and additional cleanups. The federal funding for Title I ended in 1998. Title II of the UMTRCA addresses mills that had an active license in January 1978 and later. The department manages the license and regulates activities at the Cotter Canon City Milling Facility, and regulated operations and cleanup at Uravan, Maybell, and Durita. The UMTRCA also required EPA to promulgate standards of general application that NRC and the Agreement States would adopt for the protection of the public health, safety and the environment from radiological and non- radiological hazards associated with the processing, transfer, and disposal of mill tailings. The standards for non-radiological constituents (mostly ground water) are to be at least consistent with Subtitle C of the Solid Waste Disposal Act. These standards were published in 1983 and are found in Part 18 of the regulations, and will be discussed further in the next section.

**Other Pertinent Federal Statutes.** The EPA, Region 8, regulates the National Emissions of Hazardous Air Pollutants (NESHAP) Program under the Clean Air Act (CAA). Some states have the authority for this program delegated to the states; however, Colorado has

[DA — 4]

BLM_0036674

not sought that authority for radiation-related NESHAPS, so the Program resides with EPA. The standards address radon flux from operating uranium tailings impoundments. The implementing regulations are in the Code of Federal Regulations (CFR) at 40 CFR 61, Subpart W. Permitting actions under the CAA are not subject to the National Environmental Policy Act (NEPA).

**The Colorado Radiation Control Act.** The RCA designates the Colorado Department of Public Health and Environment as the sole regulatory control agency in Colorado with respect to radioactive materials and machine-generated radiation. The act gives the department authority over all forms of ionizing radiation, including naturally-occurring sources. It provides:

- authority for licensing and inspection of radioactive materials programs
- disposal of radioactive waste
- enforcement authority with the ability to levy civil penalties
- emergency response authority
- authority to require financial assurance for decommissioning and long term care
- authority to the Board of Health to establish the rules and to set fees for services provided by the department.

The RCA has certain definitions that pertain to uranium recovery and waste management, and forbids disposal of non-Colorado radioactive waste unless it meets certain requirements.

Section 25-11-203 of the RCA is particularly germane to applications for uranium recovery. It spells out conditions and requirements that must be met in order for a license to be granted or renewed. It was modified in 2002, 2003, and in May and June 2010 (after the application was submitted). Important requirements of Section 25-11-203 and how they pertain to the application can be found in Appendix A, "Colorado Radiation Control Act, Uranium Recovery Requirements." Sections pertaining solely to disposal of commercial low-level radioactive waste are not listed. Mill tailings are considered "classified material" by definition in the RCA.

**Other Pertinent Colorado Statutes.** In addition to the RCA, the following state statutes are germane to this application:

- Colorado Solid Waste Act [30 CRS 20, Pt.1], has requirements for Subtitle C disposal facilities design requirements to which UMTRA disposal cells are to be equivalent.
- Colorado Air Quality Control [25-7-101] provides for the basic standards for criteria and secondary pollutants, and provides that statutory basis for required air permits for the mill.
- Colorado Water Quality Control Act [25-8-101] provides authority to the department over surface and groundwater protection outside the restricted area boundary.

[DA — 5]

BLM_0036675

It must be noted that source and byproduct material (i.e., uranium ore and uranium mill tailings) are exempt from the requirements of the Resource Conservation and Recovery Act (RCRA), which establishes criteria for disposal of solid and hazardous wastes. The radiological and non-radiological components of byproduct material are both regulated under UMTRCA. Once outside the licensed area, ground water may be subject to state law. The APCD of the department regulates emissions from point and area sources relative to criteria and secondary air pollutants. Table 1.4-1 of the ER lists numerous regulatory requirements and permits that will need to be obtained for the project.

## Regulatory Requirements

**The Colorado Rules and Regulations Pertaining to Radiation Control (the regulations).**
The Colorado regulations that are germane to the Piñon Ridge mill include:
- Part 1 – General Provisions
- Part 3 – Licensing of Radioactive Material
- Part 4 – Standards for Protection Against Radiation
- Part 10 – Notices, Instructions, And Reports To Workers: Inspections
- Part 12 – Fees for Radiation Control Services
- Part 13 – Penalties for Violations
- Part 17 – Transportation of Radioactive Material
- Part 18 – Licensing Requirements for Uranium and Thorium Processing

The rules are compatible with those of the NRC, which is a requirement for maintaining Agreement State status. The NRC performed a full review of the Colorado Radiation Control Program in 2010, and deemed it satisfactory (the highest rating). In addition to regulatory requirements, there are guidance documents that also are considered, which will be discussed following this regulations section.

Part 1, General Provisions consists primarily of definitions, and provides the basic authorization to:
- conduct tests and inspections,
- impound materials,
- require recordkeeping,
- set basic enforcement requirements, and
- define the basic quality factors and organ dose weighting factors for calculating dose.

Part 3 provides the basic framework for licensing of radioactive materials:
- defines basic requirements for an application to qualify,
- sets requirements for an environmental report,
- requires decommissioning plans,
- requires decommissioning funding plans,

[DA — 6]

BLM_0036676

- requires financial assurance,
- requires bankruptcy contingencies,
- sets requirements for termination of licenses, and
- requires timeliness in decommissioning.

Part 4
- provides the occupational and public dose limits,
- requires radiation protection programs,
- calls for tests and monitoring,
- calls for recordkeeping,
- sets respiratory protection requirements,
- requires security and storage of radioactive material,
- requires reports of incidents,
- sets requirements for free and restricted release, and
- contains effluent limits.

Part 10 provides for effective communication to workers on their rights, and inspection notices.

Part 12 lists the fees that Energy Fuels will be required to provide the department for category 2.A uranium recovery operations. There is a fixed annual fee, plus the department bills by the hour for non-routine activities.

Part 13 spells out enforcement processes, penalties, and severity levels that may be imposed by the Program.

Part 17 addresses transportation of radioactive materials, essentially adopting the USDOT and NRC regulations for transport.

Part 18, in addition to the requirements in Part 3, provides the specifics for licensing a uranium recovery operation.
- performance objectives and procedural requirements for management of the tailings
- specific technical and financial requirements including siting, construction, operation, and decontamination, reclamation, and ultimate stabilization,
- requirements for license transfer and termination,
- long-term site monitoring and surveillance, and
- ownership and ultimate custody of the facilities and impoundments.

The most important regulatory requirements and where they are discussed in the application can be found in Appendix C, "Radiation Regulations Germane to the Application." There were many submittals by Energy Fuels to respond to department

[DA — 7]

BLM_0036677

Request For Information (RFI) questions. The RFIs and responses have been posted to the web site, and can be found at:
http://www.cdphe.state.co.us/hm/rad/rml/energyfuels/postap/10docs/index.htm

In addition to the Radiation Regulations, numerous other department regulations may have a role (mostly with respect to off-site groundwater and non-radioactive air emissions). They include:

- Hazardous Waste Commission Regulations [6 CCR 1007-3],
- Basic Standards for Groundwater [5 CCR 1002-41],
- Basic Standards and Methodologies for Protection of Surface Water [5 CCR 1002-31],
- Primary Drinking Water Regulations [5 CCR 1003-1],
- Regulations Pertaining to Solid Waste Disposal Sites and Facilities [6CCR 1007-2].

**Guidance Documents.** In addition to statutory and regulatory requirements, NRC has published numerous guidance documents that are used in evaluating the application. Guidance documents are not regulations, and therefore are not enforceable. However, they do provide a method of compliance with the regulations that is acceptable to NRC (and by extension, the Agreement States). The department has worked with EFR to mitigate the use of any outdated guidance documents.

There are two main types of guidance: Regulatory Guides and Nuclear Regulatory Commission documents (NUREGs). Regulatory guides and NUREG documents referenced as part of our review can be found in "Appendix B, Regulatory Guides and NUREG Documents Germane to the Energy Fuels Application." EFR also has listed numerous guidance documents and technical standards that are used for the design and construction of the mill.

In addition to the listed NRC-based guidance, numerous guidance documents from EPA and DOE were also referenced by the applicant and noted in the application.

## Scope of the Review

The scope of the application review was comprehensive, conducted in three major areas — technical safety, environmental impacts, and public policy.

Each area of the application was reviewed thoroughly based on the above-described statutory and regulatory requirements, as well as the numerous guidance documents cited.

The outline of the application and review are organizationally based on the NRC Regulatory Guide DG-3024, "Standard Format and Content of License Applications for Conventional Uranium Mills (U.S. Nuclear Regulatory Commission, 2008). The basic requirements of the Environmental Impact Analysis are defined in Part 18 of the regulations, and the format and outline are organizationally based on NUREG-1748. Reg. Guide 3.8 was also used to guide the scope of the Environmental Impact Analysis. Essentially, the Environmental Impact Analysis is a quantitative document that has the

[DA — 8]

BLM_0036678

same scope as an Environmental Impact Statement, but without the administrative requirements (e.g., Federal Register notice), and does not fall under the National Environmental Policy Act (NEPA).

Appendix D provides a cross walk between the application sections and locations of information in the application and a cross walk between the Environmental Impact Analysis sections and locations of information in the application based on NUREG-1748.

The radiation and chemical safety assessment is based on regulatory requirements (e.g., Parts 3, 4, and 18 of the regulations), and numerous NRC guidance documents cited in the previous section. The majority of the Energy Fuels radiation and chemical safety program is based on that of the Cotter Cañon City Milling Facility, which has been vetted by the department for years. The department conducted a detailed review of the procedures to make sure they reflect conditions at Piñon Ridge rather than Cañon City. Since the plant has not been constructed yet, many of the procedures reflect anticipated conditions, and will be adjusted as necessary during construction and start up.

**Review Team.** The Radiation Management Unit (RMU) of the Radiation Program of the Hazardous Materials and Waste Management Division is the primary review group. The core group consists of

- a Civil Engineer (MS) with more than 30 years experience in uranium recovery who focused on the social-economic portions;
- a Professional Engineer with more than 30 years experience with a focus on the mill circuit design, plant specifications, and secondary containment;
- another Professional Engineer with more than 25 years experience who specializes on the cap and liner design and geotechnical specifications;
- a physical scientist (MS) with more than 25 years experience who focused on geology and hydrology;
- a health physicist (MS) with more than 20 years experience who focused on the safety program review; and
- another health physicist (AAS) with more than 25 years experience who focused on the radiation dose and environmental pathways, and managed the project.

Together, this core group has more than150 combined years of experience with uranium milling and environmental remediation (in addition to other radiological, chemical, military, research, and medical sites). The Colorado Department of Public Health and Environment has more than 70 years experience in addressing the hazards with uranium mining and milling, and has been a leader in advancing environmental, occupational and public safety from this industry starting as far back as 1949. Supporting the review team were public information staff, administrative staff, web staff, and management.

In addition to the core group, the department's Air Pollution Control Division (APCD) reviewed the air permit, and provided technical support to the RMU for that part of the project. APCD reviewed the design of the instrumentation used on the meteorological, or

[DA — 9]

met towers, the scope of the air data to be collected, and reviews the raw data (some met data continues to be collected as the application review progresses).

It should be noted that in addition to the core staff working on this review, the department has decades of experiences addressing the legacy of uranium mining and milling not only in Colorado, but across the West. The team used the lessons learned from those experiences in its review of this application, and is imposing stricter requirements on this applicant than for those of past licenses. Management of the uranium legacy in part resides with the U.S. Department of Energy (DOE) in its Grand Junction Office of Legacy Management (LM). Department staff work with DOE/LM in its ongoing inspection of sites that have been cleaned up and closed, and continues to track uranium mill tailings in Grand Junction. The goal of the team is to only approve a design that addresses the major weaknesses of previous uranium mills.

**Pre-Licensing Review.** EFR contacted the department in 2007 to start discussions relative to the scope and requirements of the application. Since this is the first conventional mill application to be submitted to either the NRC or an Agreement State in more than 25 years, EFR asked for direction and guidance at numerous times during the application preparation process. EFR took a pro-active and transparent approach to the application process. The company hired numerous consultants with experience in various aspects of the design. As various reports were generated, they were provided to the department and the public through the Colorado Department of Public Health and Environment web site. While the department did not perform detailed review of the draft plans, the plans were reviewed for scope and methods used.

This transparent approach also helped the department in that the Radiation Control Act has specific time constraints relative to the review of a uranium mill application. This review window is very conservative when compared to the complexity of the application (~ 15 months). By having access to draft sections of the application ahead of time, the department was able to evaluate resource needs to accomplish the review in the allotted time, and to provide feedback to EFR in general terms. All department staff time on the review was billable to EFR, and no taxpayer dollars were used to pay for department staff to complete the review.

In addition, department staff attended public meetings that were held prior to the application being submitted. A list of the meetings is provided in section 1.5.1 of the ER. These were related to the Montrose County Conditional Use permit meetings, and meetings were also held by EFR, the department, and others after the application was submitted. Department staff made presentations to local groups (e.g., Montrose County Commissioners, San Miguel County Commissioners, and The Nature Conservancy) about the licensing process.

**Application Review.** The EFR application for Piñon Ridge was submitted in November 2009. It consisted of 15 volumes of information, and is posted to the department's RMU Energy Fuels web site. The department had 30 days to review the application for completeness (i.e., that all major aspects of the application were included, but not a

[DA — 10]

BLM_0036680

detailed technical review). Department staff concluded that the major portions of the application were included, so a completeness determination was made in December 2009. That determination triggered the adequacy review (and additional meetings discussed in later sections). As a result of the adequacy review, four requests for additional information were sent to EFR for clarification on a variety of issues and topics (discussed in more detail in the Specific Issues and Concerns section of the Environmental Impact Analysis). More than 400 individual questions were sent to EFR during the adequacy review. The department reached out to other state agencies for review and comment on specific portions of the application, as discussed in the Sources of Information section below. The Montrose County Commissioners submitted comments, and a report based on their review of the Environmental Report. The additional information was evaluated by the review team and incorporated into the decision analysis and license.

The results of the review, including specific conditions of licensing, are presented in this Decision Analysis, Environmental Impact Analysis, and the license.

## Sources of Information

The license is based on the license application dated November 18, 2009, consisting of the License Application and Environmental Assessment Report, and the following sections:

Volume 1
 License Application
 Cross Reference Checklist Reg. Draft Guide 3024 to Licensee Submittals
 Cross Reference Checklist NUREG-1748 to Licensee Submittals
 A1 Basic Engineering Report Selected Drawings - General Arrangements
  Basic Engineering Report Selected Drawings - Process Flows
 A2 Geotechnical Design Recommendations
 A3 Roadway Pavement Design Recommendations
 A4 Site Drainage Analysis and Design Report

Volume 2
 A5 Ore Stockpile Pad Design Report
 A6 Tailings Cell Design
 A7 Evaporation Pond Design
 A8 Technical Specifications

Volume 3
 B1 Construction Plan
 B2 Facility Operating Plan
 B3 Mine Operations Plan
 C1 Socioeconomics Baseline and Impact Analysis Report
 D1 Soil Survey
 D2 Vegetation Survey
 D3 Wildlife Survey
 D4 Biological Survey
 D5 Ecological Screening of Raffinate Process Water

Volume 4
 E1 Geologic Report

[DA — 11]

BLM_0036681

E2 Phase 2 Geotechnical Field and Laboratory Test Program
Volume 5
F1 Hydrogeologic Report
F2 Phase 3 Long Term Pumping Test Data Report
F3 Water Supply Evaluation
F4 Groundwater Monitoring Summary Report
Volume 6
G1 Baseline Surface Hydrology Modeling
G2 Surface Water Monitoring Summary Report
Volume 7
H1 Meteorology, Air Quality and Climatology Report
Volume 8
H2 Second Quarter 2009 Data Report for Ambient Air Monitoring
H3 Work Plan for Ambient Air Monitoring
Volume 9
I1 Baseline Radiological Investigation Report
Volume 10
I2 Baseline Survey of Radionuclides in Animal Tissue
Volume 11
J1 Mill Health and Safety Plan
J2 Estimates of Radiation Doses to Members of the Public
J3 Radiological Exposure Pathways Report
J4 Risk Assessment Report
Volume 12
J5 Emergency Response Plan
J6 Operational Monitoring Plan
J7 Material Containment Plan
J8 Spill Prevention, Control and Countermeasure Plan (SPCC)
Volume 13
K1 Mill Decommissioning Plan
K2 Tailings Cell Closure Design Report
K3 Specifications for Closure and Reclamation of Mill Facilities
K4 Decommissioning and Reclamation Cost Estimate
L1 Water Rights and Well Permits
L2 Water and Wastewater Plan
L3 Wetland and Jurisdictional Determination
L4 Stormwater Management Plan
Volume 14
L5 Colorado Department of Transportation Permanent Access Permit and Traffic Study
Colorado Department of Transportation Temporary Access Permit
L6 Colorado Department of Transportation Access Design Submittal
L7 Special Use Permit
L8 Air Pollutant Emission Notice
Volume 15 (Confidential Documents)
M1 Security Plan

[DA — 12]

M2 Class III Cultural Resource Inventory and Evaluation Testing Results
M3 Archaeological Treatment of Sites 5MN8269 and 5MN8270
M4 Class III Cultural Resource Inventory for Cooper Property
M5 Tribe Consultation Letters
M6 Appendix B to RACT Report

The department specifically requested additional information related to the application, as follows, and EFR's responses to these requests have been used in this review (NOTE: All RFIs and responses were posted on the department website):

- April 26, 2010: Request For Information (RFI) #1 to EFR
- April 12, 2010: Partial response to RFI #1
- May 25, 2010: RFI #2 to EFR
- May 26, 2010: Final response to RFI #1
- July 8, 2010: Response # 1 to RFI # 2
- August 19, 2010: RFI #3 to EFR
- September 22, 2010: Response # 2 to RFI # 2
- September 21, 2010: RFI #4 to EFR
- October 27, 2010: Replacement Figures for Response #2 to RFI #2
- November 4, 2010: Response to RFI #1,# 2, #3, and #4 (various parts)
- November 4, 2010: Response to RFI #3, Attachment 4 - Part 2
- November 4, 2010: Replacement Attachment D, the Tailings Cell Closure Design Report in Response #2 to RFI #2
- November 5, 2010: Response to RFI #3, Attachment 3, Part 3
- November 5, 2010: Exposure Pathways Report
- November 8, 2010: Water balance memorandum
- November 10, 2010: Clarification of Tailings Liquefaction Potential Discussed in Request for Information Number 4
- November 12, 2010: Response to RFI #3, Attachment 3, Parts 3 & 4

In addition, the team contacted and shared information with local government officials, as noted:

- Dave White, Montrose County District 3 Commissioner
- Steve White, Planning & Development Director, Montrose County
- Richard Thompson, Environmental Specialist, Montrose County
- Brian Wilson, Public Works Director, Montrose County

Documents provided by local governments include:

- April 20, 2010 Review of Piñon Ridge Project Environmental Report, Montrose County Commissioners
- March 31, 2010 Draft Montrose County Socioeconomic Impact Study
- Montrose County Master Plan 2010 (accessed electronically 05/04/10)

[DA — 13]

BLM_0036683

Several state agencies provided information or document review during the process, including:

- Colorado Department of Local Affairs
- Colorado Department of Natural Resources, Division of Wildlife
- Colorado Department of Natural Resources, State Engineer
- Colorado Department of Public Safety
- Colorado Department of Public Health and Environment, Water Quality Control Division
- Colorado Department of Public Health and Environment, Air Pollution Control Division
- Colorado Department of Transportation
- Colorado Office of Archaeology and Historic Preservation

Materials generated from the numerous public meeting and hearings include meeting transcripts and notes, and supplemental information provided at these meetings. Specific meetings included:

- January 21, 2009: First Required Public Hearing (Nucla)
- February 17, 2010: Second Required Public Hearing (Montrose)
- February 18, 2010: San Miguel County Commissioner Meeting (Telluride)
- June 8, 2010: Public comment meeting (Montrose)
- June 9, 2010: Public comment meeting (Telluride)
- June 10, 2010: Availability session (Ophir)
- July 13, 2010: Public comment meeting (Naturita)
- July 13, 2010: Availability session (Paradox)

Numerous comment letters, e-mails, and cards were received and considered in the development of the license decision.

The Montrose County Commissioners conducted a public process related to the special use permit for the proposed mill. Comments and documents created during this process were reviewed by the department and department staff attended several county public comment meetings.

The References section at the end of this document lists additional documents consulted during the course of the review.

## Description of Licensing Process

A Radioactive Materials License is required for entities that handle radioactive materials in Colorado. Once a license is granted, it can be amended, and a periodic (usually every five years) license renewal is necessary to update information, verify proposed activities, and validate the ability of the operator to operate within license requirements, and to

[DA — 14]

protect their workers, the public, and the environment. Changes to operation, key personnel, and other aspects of the activity will require a license amendment.

As required under the RCA, the department must complete the application review and draft a license (if appropriate) and decision analysis in a specified time; for the EFR application a decision is required by January 15, 2011. The applicant has 60 days to review the decision analysis (and license, if appropriate) and request a formal hearing on the license. If a hearing is not requested, the license becomes final.

The department may include conditions in the license. Generally, these license conditions could address specific operational or design requirements that may be different from those proposed, and may specify deliverables and schedules for construction, start-up, and certain specific operations. Some license conditions may mirror regulatory requirements important for specific activities, or may specify actions that go beyond the regulatory requirements where extra features or protections are desirable.

If requested, a hearing must be held before a hearing officer near the location of the facility in accordance with the Administrative Procedures Act, which includes specific legal processes such as formal party status, discovery, depositions, formal testimony, cross-examination, etc. The hearing officer provides his/her recommendation to the executive director of the department, and a final department decision is rendered. This decision can be appealed to District Court through an appellate process that uses the existing record to review the department's decision.

If issued, the license will specify authorized activities to be conducted. During construction, state staff will periodically inspect critical elements of the facility. In addition, department staff will be present during testing of specific equipment or operations, and department approval will be required prior to start-up. Once the facility is operational, inspectors will visit the facility at a frequency determined by the level of activity and degree of demonstrated compliance, but no less than annually. On an ongoing basis, department staff will also review the frequent reporting required in the license for operations, radiation protection and environmental protection.

## Proposed Milling Facility

### Facility Layout and Restricted Area (Licensed) Area Boundary

The site is located in Paradox Valley of western Montrose County, approximately seven miles east of the unincorporated community of Bedrock and 12 miles west of the town of Naturita. The site's legal description is the Southwest ¼ of the Southeast ¼ of Section 5, all of Section 8, the North ¼ of Section 17, and the Southeast ¼ of the Northwest ¼ of Section 17, Township 46 North, Range 17 West, of the New Mexico Principal Base and Meridian.

The facility layout and restricted area boundary is described in Vol. 1 of the application (design prints), Vol. 2, Facility Operations Plan, Vol. 11, Mill Health and Safety Plan, and the Environmental Report. The property boundary for the Proposed Action

[DA — 15]

BLM_0036685

encompasses approximately 880 acres along State Highway (SH) 90. The site address is 16910 Highway 90, Bedrock, CO 81411. The licensed portion of the site, known as the restricted area, lies within the 880 acre property and occupies approximately 300 acres. The balance of the site is considered buffer area.

The Piñon Ridge Mill facility includes an administration building, a 17-acre mill, tailing ponds totaling approximately 90 acres, a 40-acre evaporation pond (expansion capacity to 80 acres), an approximately six-acre ore storage pad, and access roads. The Site Plan from the Facility Operations Plan (Vol. 3) shows the locations of the project facilities. The mill layout is designed to limit the access to the restricted area by administrative and support services. All secondary buildings are located outside of the mill license boundary area. These include an administration building, change house and laboratory building, warehouse, truck shop, and guardhouse. The administration building, located east of the main access road at the north end of the project site, houses office facilities for both milling and mining personnel and includes a garage for the onsite ambulance. The change house and laboratory building, warehouse, and truck shop are located next to the primary process facilities at the mill. Gravel parking areas are located at the administration building and secondary mill buildings.

Ore trucks can back up to a dump wall located at the boundary and not enter the restricted area to dump their ore (some trucks will have to drive onto the ore pads to dump their loads). Delivery of reagents and materials to the warehouse also can be accomplished without entering the restricted area.

Functionally, the mill is organized into operating areas as follows:
- Area 100 – Ore Handling and Grinding
- Area 200 – Leaching
- Area 300 – CCD Thickeners and Tailings Disposal
- Area 400 – Uranium Solvent Extraction (SX)
- Area 500 – Uranium Precipitation
- Area 600 – Vanadium Oxidation and Solvent Extraction (SX)
- Area 700 – Vanadium Precipitation
- Area 800 – Reagents
- Area 900 – Utilities and Buildings
- Area 1000 – General Plant

[DA — 16]

BLM_0036686



**Figure 1 (Application Figure 0-3): Site Plan**

[DA — 17]

BLM_0036687

**External Appearance of the Mill**

The external appearance of the mill is discussed in Section 3.9 of the Piñon Ridge Project Environmental Report and is summarized here. Additional information is provided in the Basic Engineering Report Selected Drawings (Vol. 1), Facility Operating Plan (Vol. 2), and the Evaporation Pond Design Report (Vol. 2). The mill buildings will be constructed of metal. The tailings cells will be mostly underground, but the caps will be approximately 30 feet above-grade at closure. The evaporation ponds will be closest to the highway and have a low profile. The mill is set back from the road, and most buildings will have a low profile, and will utilize basic colors to blend in with the landscape (there are exceptions – the tallest buildings will be approximately 96 feet tall. While not a requirement, Energy Fuels Resources (EFR) followed the U.S. Bureau of Land Management's (BLM) Visual Resource Management (VRM) system, even though none of the BLM lands within immediate vicinity of the site have designated VRM classifications. An artist's rendering of the site from Davis Mesa is provided in Section 4.9 of the <u>Environmental Report</u> (ER), and is shown on the covers of most of the application documents. Impacts to visual resources would be the most prominent from ridge- and mesa-top viewpoints, although fewer observers frequent these locations. SH 90 can be seen running through the valley north of the evaporation ponds.



**Figure 2: Artist's conception of the external appearance of
the Piñon Ridge Uranium Mill.**

Visual resource impacts from the site would be most prominent when the evaporation ponds are completed to full 80-acre capacity sometime near the later portion of the mill's 40-year production life. Operation of the mill, and the initial series of evaporation ponds and tailings cells, would be noticeable in the middle-ground viewsheds for observers traveling on SH 90. The evaporation ponds and the administration building would be

[DA — 18]

approximately 675 feet from the road at their closest point. An approximately 9,000 square-foot administration building and associated parking area would be a similar distance from SH 90 and would be clearly visible to observers using the road. The ponds and eventual three tailings cells (covering 30 acres each) would have low-profile containment embankments, with the majority of their storage capacity located below the existing ground level. The embankments, protective eight-foot-high fencing and bird netting over the evaporation ponds may be noticeable to observers. Embankment soil color and shape would contrast with the existing foreground and background landscape features.

The mill facility and associated ore pad would be approximately 0.75 miles south of SH 90 and would sit about 100 feet higher in elevation than SH 90. The mill facility buildings would have varying heights up to ~95 feet and would be visible in the middle-background from SH 90 but are not expected to dominate the view of the casual observer. Tailings cell and pond embankments would screen some portions of the buildings. Outdoor lighting at the facility would change the nighttime viewshed in that the site would be illuminated in a place where no lights previously existed. However, the site utilizes down-pointing lighting for reduced nighttime light pollution.

To a large extent, the existing open-pit mine overburden pile, vegetation alterations, waste rock dumps, mine buildings and access roads present in the landscape around the site currently draw the attention of observers on SH 90. The site would be an obvious addition to the human developments in the area, but it would not dominate the landscape.

## Ore Pad and Unloading Facility

The ore pad and unloading facility are highly engineered and designed to minimize dust generation and to protect surface and ground water by capturing surface water. The ore pad and unloading facility is described in Vol. 2, "Ore Stockpile Pad Design." Numerous technical changes are proposed, but the overall layout of the pad is as in the submittal. The ore pad covers approximately six acres. The pad has two areas – a one-acre ore stockpile pad will be constructed with reinforced concrete immediately to the north and east of the dump hopper. A proposed five-acre ore stockpile pad will be constructed with a liner and protective cover around the one-acre pad to its north, south and east, geometrically designed to minimize the haul distance from all areas of the pad to the hopper. It is anticipated that the ore stockpile pad will be accessed via loaders and trucks. The five-acre ore stockpile pad will be lined with a reinforced geosynthetic clay liner (GCL) placed in contact with prepared subgrade materials. Cover soils will be constructed over the GCL layer to distribute loads and to minimize the potential for damage from truck and loader traffic. It also will have a built-in, year-round dust-suppression system.

The pad is designed to hold approximately one year of feed to the mill (~ 100,000 tons of ore piled to about 30 feet in height). The ore stockpile pad will be surrounded by berms on all sides to provide drainage isolation, with the base of the pad sloped to the northeast toward a lined channel connecting to the East Stormwater Collection Pond. The East Stormwater Collection Pond will be separated from the five-acre ore pad by a concrete

[DA — 19]

BLM_0036689

sediment trap, connected to a truck wash station. The composite liner system being considered for the East Stormwater Collection Pond includes reinforced GCL consisting of a layer of sodium bentonite encapsulated between two geotextiles, overlain by a 60-mil smooth high density polyethylene (HDPE) geomembrane. A sediment trap has been included along the channel leading from the ore pad to the East Stormwater Collection Pond. This sediment trap will act as a stilling basin to retain sediment captured in runoff from the ore pad and from the truck wash. All vehicles traveling onto the ore pad will be washed immediately after exiting the pad, and all resulting potentially contaminated water will flow directly into the sediment trap. Collected sediment will be periodically excavated from the sediment trap and deposited back onto the ore pad.

The unloading area is outside the restricted area so that end dumps will back up to and dump over a bumper extending above a retaining wall onto the five-acre ore pad and those trucks will not have to enter the restricted area to dump their loads (side dumps will have to empty their loads on the ore pad for safety reasons.) The 20 feet of the dumping platform closest to the wall will be surfaced with reinforced concrete, while the remaining 100 feet of platform width will be surfaced with aggregate-base coarse materials. The retaining wall is approximately 350 feet long, with a total constructed height of approximately 10 feet (plus an additional 1.5-foot bumper). This total height accounts for the 3.5 feet of cover fill placement over the ore pad liner material, with a minimum exposed wall height of approximately eight feet. The eight-foot exposed wall height is estimated to accommodate a full end dump. The face of the wall will be finished with reinforced shotcrete to provide protection to the Hilfiker wall facing units. The dump platform will be recessed 1.5 feet below the top of the wall to provide an axle-high bumper to prevent end dumps from backing over the wall. The bumper will be slotted so that ore spilled on the platform can be swept onto the pad.

Lined storm water collection ponds will receive runoff from the ore pads. A decontamination facility (truck wash) is included in the design for release of trucks that enter the restricted area. Numerous technical comments were submitted upon review of the report. Those comments were addressed and incorporated into a revised final design.

Since there are collapsible soils under the mill area, the design emphasizes construction of a continuous containment layer over a well-prepared foundation, covered as needed with a protective layer to minimize the potential for damage from truck and loader traffic. A second layer of defense against hydro-collapse settlements beneath the ore pads will be provided during operations in the form of a formal, regular inspection and maintenance program to identify locally distressed areas and to allow timely repairs. Many of the department's comments on this portion of the facility addressed the geotechnical considerations and were adequately addressed by the applicant.

The regulatory requirements for ore pads are minimal. Part 18, Appendix A, Criterion 5H of the radiation regulations states, "Steps must be taken during stockpiling of ore to minimize penetration of radionuclides into underlying soils; suitable methods include lining and/or compaction of ore storage areas." This guidance has not proven effective at some other uranium mills, as ore pads have been found to be a significant source of

[DA — 20]

BLM_0036690

contamination. For example, at the Cotter mill in Cañon City, ore pads are attributed with being a source of ground water contamination leaving the site. Those pads are constructed of compacted gravel and were not lined. Contamination recently found under former ore pads at the Dawn Mining site in Washington state have complicated cleanups and are contributing to ground water contamination (Washington Radiation Program, Dorothy Stoffel, pers. comm.). Those lessons have been adopted into the design of the ore pads at Piñon Ridge, which are more robust and designed to not allow infiltration to



the underlying environment.

**Figure 3 (Application Figure 3): Ore Stockpile Pad Grading Plan and Typical Sections**

## Mill Buildings and Equipment

The mill buildings and equipment for this proposed facility are of modern design with a concise placement layout. The buildings have been designed to promote the efficient processing of uranium/ vanadium ore. In addition, these buildings have many features associated with a containment structure, e.g. they are designed to prevent the release of chemicals to the environment. More detail on this aspect will be discussed in the secondary containment section.

Review of the proposed geotechnical earth preparation including cut and fills, engineered oil placements and excavations meet standards. There appear to be sufficient data to make foundation design and selection feasible, and the foundation types selected to support the various structures were each vetted through a decision process that matched

BLM_0036691

the appropriate foundation type with the anticipated loadings and geotechnical conditions. Depending on the anticipated loads and whether there were dynamic influences such as vibrations, the foundations selected were either spread footings on compacted fill or mat foundation on augered pressure-grouted piles (higher loadings exceeding 1,200 psf). Mat foundation with loadings less than 1,200 psf will be preloaded to minimize settlement. These foundation types were selected to minimize movement and the design allowable total settlement is one inch with allowable differential settlement of three-quarters of an inch.

The building slabs and footings were all designed to appropriate American Concrete Institute (ACI) standards and will be tested via accepted American Society for Testing and Materials (ASTM) test methods. Likewise, concrete mix design and rebar design are per standards sufficient to support the structures as designed. Per the reviewed drawings, building walls and roofs are of steel construction with post-and-beam support and/or truss roof support.

These design features are appropriate for the intended use.

## Mill Circuit

The proposed mill circuit is also of modern design using appropriate techniques to result in a compact footprint for the facility and buildings therein. Reviewed design drawings included general arrangement plan and sectional views, and process flow diagrams (see Process Flow Sheet).

For this mineral processing facility, the mill circuit consists of coarse ore feed to the comminution step consisting of a semi-autogenous grinding (SAG) mill with trommel and classifying screens to ensure reduction requirements are met. The pulp (water and solids) is pumped to the pre-leach thickener tank, agitator tanks, and then to pulp storage tanks. The pulp is then pumped to a series of leaching tanks, where the desired values (uranium/vanadium) are chemically separated from the waste rock, producing a pregnant liquor. The separated waste rock in slurry form (tailings) is pumped to the tailings cell. The pregnant liquor is then processed in separate steps to recover uranium and vanadium, which are dried to a solid form and placed in drums for shipment. When the uranium and vanadium are chemically stripped using solvent extraction from the pregnant liquors, a raffinate solution is produced, part of which is recycled and part of which is discharged to the evaporation ponds.

The chemical design for recovery of uranium and vanadium in the mill circuit is optimized for the anticipated feed ores. It is anticipated that minor "tweaking" of the process (flow rates, cycle times, temperatures, reagent additions, etc) will be a normal course of operations but the underlying process will remain the same. If the mill circuit were to be changed for some reason in the future, a license change would be required.

The raffinate has low concentrations of heavy metals, and there will be minor accumulations of these materials in the tailings and evaporation ponds. There will be some concentration increase in the evaporation ponds themselves, which highlights the

[DA — 22]

BLM_0036692

need for transmittance pipe and liners to be inspected and maintained to prevent releases. Potentially, there could be a metals recovery step prior to sending the raffinate to the evaporation pond; however, this has not been investigated as to feasibility.

There are no recommended changes for the mill circuit.

## Design Features to Mitigate Releases

Considerable thought was given to mitigating releases in the mill design. The department's philosophy to ensure environmental protection and prevent releases is to use defense in depth, e.g. layers where possible, and to institute rigorous inspection, maintenance and repair plans on critical-path systems such as secondary containment and liners. Equally important is personnel training and, for example, certification for repair of HDPE. The applicants have adopted these concepts in the license application as follows:

- The buildings foundations are designed (*Radioactive Material License Application Response No.2 to Request for Additional Information No.1 May 2010 – Building Foundation Selection and Settling Analysis*) to minimize movement due to total settlement and differential settlement (one inch and three-quarters of an inch respectively). This feature has important implications for preventing releases because as structures settle over time stress can build up in pipes and tanks. Minimizing the settlement will minimize the stress. Also, when the detailed engineering drawings including Piping and Instrumentation Diagrams or Drawings (P&IDs) are finalized and submitted, some design allowance will be included for expansion/contraction/movement at joints, hangers and supports due to thermal, seismic, wind, settlement, etc. that will meet American Society of Mechanical Engineers (ASME) requirements.
- Engineered fills will have the required compaction and other ASTM tests at appropriate frequencies and intervals. When detailed engineering is complete, a plan for these aspects will be submitted to the department for approval.
- Concrete slabs, secondary containment and sumps will be constructed with continuous, welded-construction waterstop at all expansion, construction and other joints. The stretching property of the waterstop will not be jeopardized by the three-quarter-inch design differential settlement.
- Concrete slabs have been designed with oiled horizontal pins to facilitate lateral movement but constrain vertical movement, which is necessary for thermal expansion /contraction allowance to assist in limiting cracking of concrete. Concrete cracking is also limited through the use of appropriately spaced construction joints equipped with waterstop as noted above.
- The concrete steel reinforcement (rebar) is designed with appropriate sizing, spacing and location to provide tensional strength to limit cracking.
- Acid-resistant concrete will be used in lieu of epoxy-based coatings (*Radioactive Material License Application Response to Request for Additional Information No.3, Attachment 1, October 2010* ). Revised specifications for the ore pads, ore dumping platform, storm water ponds, tailings cells and evaporation ponds will be provided during design. Acceptable specification (*Piñon Ridge Mill Radioactive Material License Application Response to Requests for Additional Information*

[DA — 23]

BLM_0036693

*Nos. 1, 2, 3 and 4 (various parts) Received Nov. 4, 2010)* note that all concrete will be designed to be acid-resistant and aggregates will be pretested to ensure conformability with this requirement. In areas where potential exposure to acids for prolonged periods could occur, a supplemental coating will be considered. Two concrete admixtures (Rheomac 330D and Xypex Admix C-500) are specified to be used in concrete slated for areas required to contain fluid in the event of a spill. These admixtures reduce the permeability of concrete to prevent penetration of water and aggressive chemicals and could serve to replace a coatings system under some circumstances. In addition, these admixtures seal static hairline cracks and enhance compressive strength.

- Process, fuel, chemical and process waste pipelines will have secondary containment in the form of buildings, containment piping or lined areas. Buried lines will have appropriate cathodic protection and there will be inspection, maintenance and repair of these piping systems.
- Pipes with process, fuel and chemical waste will have secondary containment and leak detection, and P&IDs will be submitted with detail engineering.
- There is extensive use of secondary containment for chemical and fuel tanks, process areas and various pipelines.
- The plan (HDPE Inspection and Maintenance Procedure) for inspection, maintenance and repair of all high-density polyethylene (HDPE) linings where used in the facility does not mention the training and certification required for repair of HDPE, and these items will be added prior to operations.
- Plans will be developed for inspection, maintenance and repair of concrete surfaces including but not limited to cracks, surface defects and other problems as might arise to compromise concrete integrity and facilitate releases to the environment. These plans include but are not limited to all secondary containments, sumps, basins and concrete isolation/support slabs inside and outside buildings.
- Per the design drawings, concrete isolation/support slabs have been sloped sufficiently to prevent the accumulation of precipitation, contaminated solutions and mixtures, and solids such that these drain either to collection sumps for pumping or drainage conveyances for management purposes.
- Dusts, vapors and other emissions will be generated by the facility at various points in ore processing. These waste streams are all managed by dust collection and/or treatment systems that collect and treat these to a minimum 99 percent removal level. Scrubber emission calculations were submitted in an *Air Pollution Notice for Permit to Construct* to the Air Pollution Control Division (APCD) of the Colorado Department of Public Health and Environment. A maintenance, inspection and monitoring plan will be developed for the leach scrubbers and dust collection systems to be submitted under detail engineering.
- Storm water run-on management for the facility consists of diversion berms and ditches that route storm water around the facility such that it does not come into contact with process waters or cause flooding concerns. The design calculations use accepted calculation methods with appropriate inputs to size the structures.
- Part of the storm water management system is water quality swale located at the end of the storm water system immediately before it exits the property. This

BLM_0036694

system consists of a stilling basin with velocity controls, a sinuous design with multiple curves and appropriate vegetation to collect sedimentation prior to discharge. Sediment will be removed when 25 percent capacity is reached.

- Diversion berms and topsoil piles will be vegetated for erosion protection. A revegetation and weed control plan using native species has also been developed.
- Run-off from the two ore pads, facility footprint and ore-dumping platform is collected in two storm water ponds, which are addressed in the <u>Sedimentation Trap, Stormwater and Evaporation Pond Cleanout Procedure</u>. These features will serve to keep contaminated runoff from exiting the site. Both ponds will be double-lined with leak detection/collection systems
- An automated truck wash station will remove attached dust from the haul vehicles before they exit the facility to prevent tracking off site.
- The tailings cells that hold process waste are double-lined with a leak detection/collection system.
- The evaporation ponds are also double-lined with a leak detection/collection system.
- Secondary containment structures have been examined by a Colorado Licensed Professional Engineer to ascertain that they will contain 110 percent of the volume of the largest tank within that containment. For approximately 20 percent of the secondary containments the volumes will be increased through raising the height of the containment walls. The revised drawings will be provided in the final detailed engineering submittal.
- The General Housekeeping Maintenance Procedure addresses removing dust from equipment on a periodic basis.
- A dust-suppression system for the ore-dumping platform and cleanout slots in the retaining wall bumper have been added to the design.
- The ore pads will be lined to prevent migration of constituents to ground water. The one-acre pad will have 12 to 16 inches of steel-reinforced concrete underlain with 12 to eight inches at the edges of compacted non-frost-susceptible soil base course. All joints will have continuous welded waterstop. The five-acre ore pad is lined with one foot of base aggregate on top, two and one-half feet of cushioning material, and a layer of overlapped, sewn bentonite Geosynthetic Clay Liner (GCL). The bentonite swells upon contact with water and inhibits downward movement of liquids. Both ore pads will carry the worst-case loading of a heap-loaded 992G Caterpillar front end loader as verified through supplied calculations. Low calcium soils and high loading factors should provide longer GCL lifespans.
- The tailings line will run in a lined ditch to the tailings cells.
- All sumps will be equipped with high-low sensor and transmitter with alarms interlocked with the sump pump motor and monitored remotely in the mill control room. The department requires that the level sensors in sumps be situated to keep the minimum water level (limit water head pressure) in sumps.
- The raffinate pipeline will be revised in *Radioactive Material License Application Response to Request for Additional Information No.3, Attachment 1, October 2010 during* final engineering and supported in an above-ground pipe rack.
- There will be two tailings boxes, one of which will be added in the final design.

[DA — 25]

BLM_0036695

- There is significant water recycling in the mill design with two-thirds of the raffinate returned to process along with liquids derived from the crud aqueous and crud organic tank returned to respective process streams. (In uranium milling, "crud" is an emulsified process waste resulting from solvent extraction.)
- The uranium steam dryer and feed hopper have been replaced with a vacuum dryer system that is an upgrade for dust control.
- The bulk-reagents unloading area will have a divider to prevent inadvertent mixing of hydrogen peroxide or sodium chlorate oxidizers with organics such as diesel fuel or kerosene during unloading operations when spills might occur. Mainly a safety issue, the prevention of contact can prevent a potential release.
- The bulk-reagent storage tanks will be equipped with level-indicating instruments warning the operator that the tank is approaching maximum fill height to prevent releases during filling.
- Chemicals for boiler feed water (anti-scalers, anti-corrosives, etc.) will be added to the Material Containment Plan during final detail engineering.
- The vanadium casting wheel-derived water return line will be rerouted to the process water tank during final design to ensure no cross contamination of the fresh water circuit occurs.
- Solid wastes will be disposed offsite.
- A Hazard and Operability Analysis (HAZOP) will be performed during detailed engineering for department review. This systematic approach to examining processes may result in changes that reduce the risk of releases to the environment.
- Haul loads of ore will be carried struck (level), not heaped, and covered with a tarp per USDOT requirements.
- The Material Containment Plan includes Material Safety Data Sheets, Process Chemical Data, Reportable Quantities, and Spill Notification Forms.
- The Spill Prevention Control and Countermeasures (SPCC) Plan identifies procedures for safe storage in tanks of reagent, chemicals and fuels.
- Piñon Ridge Mill Emergency Response Plan (ERP) identifies procedures for incident response.
- The mill facility area, tailings cells, and evaporation ponds are designed as zero-discharge areas capable of retaining the full storm water run-off of a 1,000-year, 24-hour storm event. Firefighting water and large spills that might escape secondary containment will be retained in on-site storm water impoundments.
- Tailings cells and evaporation ponds have been designed with double liners and leak detection systems.
- There are no floor drains or trenches beneath the structures, and sumps include secondary containment and are double-contained. Exterior trenches are lined for containment.

All of the above features are significant and important for protection of the environment and provide adequate environmental safeguards.

[DA — 26]

BLM_0036696

## Water Balance

The overall water balance for the facility is depicted on Drawing 000-PF-002, and intermittent water flows are shown on Drawing 000-PF-003. From the overall water balance, the raw water design value for the mill is 300 gallons per minute (gpm). Anticipated raw water needed to operate the plant is shown as 259 gpm. The difference between the two numbers (41 gpm) reflects the conservative estimate used for design and provides some "working room" in the event the anticipated raw water needs were underestimated. This approach is generally accepted procedure.

The second drawing depicts the intermittent flows that are ancillary to the plant needs for processing ore and include potable water system use for showers, sinks and the laboratory; storm water pond-derived water used for dust suppression on roadways and ore piles, and truck wash station usage; and external supplied water (off site derived) for the administration building and guard house. The total estimated flows on this drawing are 19.5 gpm. According to Note 1 on the overall balance, design flows include intermittent flows. Both the water balance model for the tailings cells (they are all the same size) and the water balance model for the evaporation ponds appear to be appropriate and reasonable. The tailings cells and the evaporation ponds have sufficient volume for the facility to operate at the design production rates.

## Chemical and Reagents Used in the Milling Process

- The Material Containment Plan includes a listing of the bulk reagents and chemicals used in the proposed mill site including (from Table 1 of Material Containment Plan):
    - Kerosene ......................................................................38,100        gal.
    - Ammonia........................................................................12,000        gal.
    - Ammonium Sulfate ........................................................6,280        CF
    - Ammonium Sulfate........................................................11,800      gal. sol'n.
    - Sodium Hydroxide (50%)...............................................1,100        gal.
    - Sodium Hydroxide (8%)................................................4,500        gal.
    - Sodium Carbonate (31%)..............................................26,400      gal.
    - Sodium Carbonate (15%)..............................................15,200      gal.
    - Sulfuric Acid.................................................................258,000    gal.
    - Sodium Chlorate (39%) ................................................98,100      gal.
    - Hydrogen Peroxide (50%) .............................................7,100        gal.
    - Alamine 336.................................................................1,100        gal.
    - Isodecanol ....................................................................1,100        gal.
    - Diesel Fuel ...................................................................15,900      gal.
    - Gasoline .......................................................................2,000        gal.
    - Propane .......................................................................36,000      gal.

Process chemical amounts include the following (from Table 2 of Material Containment Plan):
- Ore, Ore Slurry...............................................................100,000    tons
- Ore Acid Solution (Pre-leaching/CCD Thickeners) ......................2,086,000   gal.
- Ore Acid Solution (Leaching)............................................310,000    gal.

[DA — 27]

BLM_0036697

- Uranium SX – Acid Solution .................................................. 69,000   gal.
    - Organic Solution .................................................. 151,000   gal.
    - Sodium Carbonate Solution .................................... 4,000   gal.
- Vanadium SX – Organic Solution .................................... 159,000   gal.
    - Sodium Carbonate/Sodium Hydrox. Solution .......................... 5,000   gal.
- Uranium/Vanadium Precipitation & Packaging – Uranium Sol'n .... 117,000   gal.
    - Vanadium Solution ................................................. 48,000   gal.
    - Yellowcake .......................................................... 110,000   lbs.
    - Vanadium ............................................................ 114,000   lbs.
- Tailings Cells and Evaporation Pond – Tailings Liquor .......................... 150 ac.-ft.
    - Raffinate.............................................................. 256 ac.-ft.

The uranium and vanadium solutions are specific to this facility. The majority of the remaining chemicals are typically found in industrial and commercial environments. As such, the reportable Quantities (RQs) are fairly high (Table 3 Material Containment Plan), which reflects the lower risks involved with managing these reagents and chemicals. None of these chemicals would be considered exotic and are not considered acutely toxic for release or spill purposes; however, if released, these chemicals could contaminate soils, ground water, or surface waters. The fuels (diesel, gasoline and propane) plus the kerosene carrier for the solvent extraction (SX) circuit are all flammable, so there is a risk of fire. In addition the hydrogen peroxide (50 percent solution) and sodium chlorate (39 percent solution) must be kept separated from organic or carbon-containing chemical such as fuels to prevent an adverse reaction.

## Sources of Mill Wastes and Effluents

Sources of mill wastes include the process tailings stored in the tailings cells, the unrecycled (two-thirds is recycled back to process) raffinate or stripped pregnant liquor sent to the evaporation ponds and slurried with crud centrifuge solids routinely sent to the tailings cells, but occasionally sent to the evaporation ponds. The chemical and physical nature of these process wastes do not preclude their safe storage on site.

There will also be minor amounts of lubricants, greases, antifreeze, waste hydraulic fluid and other maintenance-derived chemicals including the generation of used oil, which along with solid wastes such as trash, will be shipped off-site for disposal.

Gaseous and particulate emissions are treated on-site with scrubbers and dust collectors in which the minimum removal efficiency is 99 percent.

## Review of Proposed Operations, Safety and Monitoring Programs

The operations, safety and monitoring programs were reviewed as part of the application process. The applicant has incorporated the necessary design, equipment and operational features to help ensure that the mill is operated in a safe, compliant and environmentally sound manner.

The Health and Safety Plan governs all aspects of safety at the mill site – radiological and non-radiological. The plan states certain expectations of mill management, safety

[DA — 28]

personnel and employees, and is consistent with the regulatory framework governing the operations at the proposed mill.

## Corporate Organization and Administrative Procedures

The applicant has provided a description of the proposed organization that outlines the corporate and on-site structure, and is consistent with other facilities of this type. The Health and Safety Program is established as a separate program to help avoid and minimize conflict with the objectives of mill production activities. Through the application process, the applicant has indicated a commitment to conduct operations in a safe and compliant manner through establishment of formal policies, commitments and written procedures. Responsibilities and authority of the various management levels are outlined in administrative and operational procedures in the Health and Safety Plan.

## Management Control Program

The management structure identified in the application is consistent with other licensees with radiation safety programs of this complexity and type. The radiation safety officer (RSO) and alternate radiation safety officer reside in the organization structure away from operations/production personnel and report to a senior regulatory affairs manager. This structure is intended to avoid sometimes conflicting interests between production activities and safety needs. The RSO has full- and part-time staff assigned to routine radiation safety tasks and other duties necessary to implement the radiological safety program.

Through written administrative and operational procedures, the applicant's management has established a commitment to help ensure all operations are conducted in a safe and compliant manner. Through administrative procedures, the applicant has established requirements for issuance of new procedures, revisions and review of written procedures by the RSO and other levels of management.

## As Low as Reasonably Achievable (ALARA) Program

The applicants' As Low as Reasonably Achievable (ALARA) program is a key provision of the mill Health and Safety Plan to ensure an appropriate level of radiological safety. The applicant implements the ALARA program through establishment of a formal ALARA policy and procedures that are carried out through establishment of radiological performance objectives, review of work activities and processes, and various operational procedures. The intent of the program is to ensure the ALARA concept effectively permeates site operations with the intent of reducing internal and external radiation exposure to all.

The ALARA program utilizes the Mill Safety Committee as a primary mechanism to review mill operations and make improvements to help ensure the ALARA program is implemented. The safety committee consists of management and operations personnel as well as the facility primary and alternate radiation safety officers. The applicant requires that meetings be held monthly or more frequently as necessary to address current issues and projects. The program also relies upon mill personnel to identify and help improve

[DA — 29]

BLM_0036699

the radiological environment on the site. The ALARA program, along with other procedures, emphasizes the use of engineering controls over PPE, which is consistent with regulatory requirements as well as guidance documents.

## Audit and Inspection Program

Through several administrative procedures within the Health and Safety Plan, the applicant has established an internal audit and inspection program to assess radiological safety. In a defense-in-depth approach, policies and administrative procedures also mandate that employees notify supervisors of unsafe conditions so they may be addressed appropriately. The applicant also has established a program for accident investigation/training based upon MSHA guidance. The establishment of such audit and related programs are consistent with Part 4 of the regulations.

## Site Security

EFR has planned for an above-normal degree of security for the Piñon Ridge Mill due to the nature of the perceived value placed on the uranium produced, stored and shipped from the site. For safety and security reasons, mill facility access is restricted to authorized personnel only. Visitors are restricted to those portions of the facilities at which they are conducting business. The remoteness of the Piñon Ridge Mill enhances security.

Security and operating personnel will conduct vehicular patrols and building inspections during operating hours, holidays and major shutdowns. All mill vehicles are equipped with two-way radios that allow contact with the mill control room, guard house and administration building. The mill control room is able to contact 24-hour emergency response personnel in the event of an unauthorized entry.

Access to the property is restricted by barbed wire fencing and gates, and to the mill license boundary by a manned guard house and chain link fence topped with barbed wire. Physical barriers in the form of mesas, drainages and sagebrush-covered landscape limit vehicle and foot access along the property perimeter.

## Instrumentation and Process Control Equipment

The Piñon Ridge Mill is designed for continuous monitoring of operational and environmental systems using computer technology previously not available or utilized at conventional uranium mills. Layered monitoring systems are utilized at the Piñon Ridge Mill to identify potential radiation concerns and to verify that the work environment is safe. These include:
- air sampling devices, including
  - perimeter high-volume particulate samplers
  - fixed air samplers throughout the mill
  - portable air samplers
  - personal breathing zone samplers
- radiation detectors, including

[DA — 30]

BLM_0036700

     ○  gamma radiation detectors

     ○  alpha and beta detectors for measurement of surface activity, and

- passive radon detectors.

These systems are described in the Operational Monitoring Plan and the Ambient Air Monitoring Plans.

Air monitoring stations have been established both on site and off site to measure radiation levels prior to, during and after milling operations. Five sampling stations have been established for the baseline monitoring that will also be used during the construction and operational phases. These include measurement of $PM_{10}$ particulates, radioparticulates, gamma radiation and radon. Based on recent changes in Colorado guidance, the site will switch to monitoring $PM_{2.5}$ particulates. These monitoring locations were originally chosen according to guidance outlined in USNRC Reg. Guide 3.63 (NRC 1988); USNRC Reg. Guide 4.14 (NRC 1980); and EPA Meteorological Monitoring Guidance for Regulatory Modeling Applications ("MMGRMA") (EPA-454/R-99-005).  CDPHE staff also had informal discussions with NRC staff. Two off site air stations were positioned upwind and downwind at the nearest residences, as well as three perimeter stations.

Meteorological stations also have been installed to measure wind direction, wind speed and other parameters. Both stations continually store the meteorological data. The data are routinely downloaded to the EFR field office. One of the meteorological stations is mounted on a 10-meter tower; the other is on a 30-meter tower, in part due to the fact that the highest emission point had not been determined at the time the towers were set. The 10-meter tower is more representative of the highest emission point, the tailings piles. There is no yellowcake stack at this mill, which traditionally was the highest emission point. The site-monitoring program meets or exceeds the cited guidance. Additional measuring points may be added in the future if warranted.

The mill buildings will be fitted with stationary air samplers located throughout the mill to monitor the concentrations of radioactive dust in the air. Air is pulled across the filter using a built-in vacuum system. The implementing procedures are in the facility Health and Safety Plan. Portable and breathing zone samplers also will be used to complement the permanent system.

**Process Control System.** Additionally, the mill circuit is monitored and controlled from the mill control room using a process control system (PCS). The PCS is used for monitoring and controlling the process and for safe operation of the plant, as well as the protection of personnel, equipment and the environment. The PCS would use a dedicated network to connect processors, operator interfaces and servers.

The PCS uses a variety of sensors and controllers. Motors and drives are normally controlled from the control system over a device link to the control system. Valves are controlled by the PCS. All valves are installed and configured with a fail-safe position in the event of PCS, power or air failure that drives the process to a safe state. The alarm philosophy follows the latest Instrument Society of America (ISA) and Engineering

[DA — 31]

BLM_0036701