Equipment and Materials Users' Association (EEMUA) guidelines on process control system alarms and includes the principles of abnormal situation management (ASM). Specifics can be found in the Operational Monitoring Plan and the Facility Operations Plan.

The control room is located on the third level of the control room building, which is adjacent to the west side of the grinding and leach building. A complete plant control system, the PCS provides automatic control of the circuit, regulatory and supervisory control of the process, configuration of batch processing operations, an operator interface, and historical data storage. The overall operating philosophy of the plant is that the process is sufficiently instrumented to allow automatic operation under normal, stable conditions.

Solution level indicators and flow and density gauges track organic and aqueous throughputs, and metering pumps track reagent additions. A closed-circuit television (CCTV) system displays images of the process areas on dedicated monitors in the control room and the control room operator controls the pan-tilt-zoom functions of the cameras.

Fixed-in-place measurement gauges containing cesium (Cs-137) also are used in the plant to monitor product flow through the circuit. Each device contains between 10 and 200 mCi of Cs-137. Gauge model numbers and locations will be identified during the detailed engineering phase. The gauges are listed on the radioactive materials license and maintenance staff must meet additional training requirements to service the gauges. The gauges will mostly be used in the CCD circuit, as noted in Figure 4, below.

**Hand-Held Radiation Detectors.** Radiation safety staff will use a variety of portable radiation detectors to measure radiation and radioactivity throughout the facility, as listed below. These are standard instrument/detector combinations. Additional instrumentation may be required as plans are implemented. Each instrument requires and annual calibration.

### Table 1: Hand-Held Radiation Detectors

| Manufacturer and Model of Instrument/Probe | Surface Area | Radiation Detected | Number Available | Sensitivity Ranges | Efficiency (4π geometry) | Background Reading |
|---|---|---|---|---|---|---|
| Ludlum 12S micro R meter | 1" dia. x 1" thick | Gamma | TBD | 175 cpm per μR/hr (137Cs) | N/A | N/A |
| Ludlum 43 series alpha detector | 75 sq cm detector or equivalent | Alpha | TBD | N/A | 35 % (239Pu) | ≤ 3 cpm |
| Ludlum 44-9 pancake GM probe | 12 sq cm Pancake detector or equivalent | Alpha Beta Gamma | TBD | 3300 cpm per mR/hr | < 1% - 32% | ≤ 60 cpm |

BLM_0036702

| Manufacturer and Model of Instrument/Probe | Surface Area | Radiation Detected | Number Available | Sensitivity Ranges | Efficiency (4π geometry) | Background Reading |
|---|---|---|---|---|---|---|
| Ludlum 44-10 gamma scintillation probe | 2" dia. x 2" thick | Gamma | TBD | 900 cpm per µR/hr (137Cs) | N/A | ≤ 9750 cpm |
| Ludlum 2241 series scaler/ratemeter | N/A | Alpha Beta Gamma | TBD | N/A | N/A | N/A |
| Ludlum 2929 alpha/beta sample counter | 20.3 sq cm | Alpha Beta/ Gamma | TBD | N/A | Alpha: 37% - 39% Beta: 8% - 29% | Alpha: ≤ 3 cpm Beta/ Gamma: ≤ 80 cpm |



**Figure 4 (Application Figure 1): Cesium137 Density Gauge Locations**

## Radiological Health and Safety Program

The Radiological Health and Safety Program is a component of the overall mill safety plan. The program incorporates the necessary elements to help ensure compliance with the regulatory requirements and conduct operations to limit dose to workers, the public and the environment well below legal limits.

[DA — 33]

BLM_0036703

**Standard Operating Procedures.** Through the Mill Health and Safety Plan, the applicant has established a series of administrative and operations-level procedures to implement the radiological safety program at the proposed mill. These procedures apply to all personnel, contractors and visitors working or visiting the site and address the necessary and required radiological safety elements. The procedures address all required components of a radiological health program, including personnel monitoring, routine area and airborne surveys, work review processes and planning, emergency response, and training. Also, although not within the direct purview of the department, additional procedures pertaining to non-radiological safety were reviewed to ensure a sufficient level of integration with the radiological safety program.

It was noted during the application review process and the review of the procedures that changes to the procedure were necessary to correct errors in regulatory references, and to ensure integration of the program. These comments and proposed changes were submitted by the department to the applicant, and the applicant made the necessary changes.

The department has reviewed the preliminary and amended procedures against the applicable regulatory requirements, federal guidance documents and industry standard practices and deems the Radiological Health and Safety Program acceptable for licensing purposes. As with other complex radiological safety programs, certain aspects of the program will require refinement and adjustment based on practical and on-site conditions. Any future changes to the radiological safety program will go through a standard review and possibly a license amendment process.

**External Radiation Exposure Monitoring.** External radiation exposure monitoring for occupational workers is accomplished through use of external dosimeters by workers, contractors and, under certain circumstances, visitors. The applicant has established written procedures for assigning, tracking and exchanging dose tracking devices similar to other licensee monitoring programs. The applicant has also established a program to investigate and evaluate unusual dosimeter readings, and to integrate dosimeter data with other monitoring data to evaluate occupational dose.

**Airborne Radioactivity Monitoring Program.** The applicant has established a program to measure, track and evaluate potential airborne radioactivity levels in the proposed mill. Occupational air monitoring is performed through use of workplace air monitors positioned in areas having greater potential for airborne radioactivity. Additionally, breathing zone samplers worn by workers involved with radiological operations are used to determine worker exposure to contaminants. The applicant has established methods to analyze the airborne radioactivity samples and to determine potential exposure to workers. Methods to incorporate this and other monitoring data for tracking worker exposure have been established through written procedures. The methods for monitoring airborne radioactivity described by the applicant are consistent with regulatory requirements, guidance documents and industry standard practices.

[DA — 34]

BLM_0036704

**Exposure Calculations.** The applicant has established a program to determine and calculate worker exposure through use of standard operating procedures consistent with the regulatory requirements and other federal guidance. Procedures outline the methodology and approach for performing exposure calculations for occupationally exposed workers. The procedures for exposure calculation are integrated with and rely upon numerous other procedures, including those for air sampling, bioassay and external radiation dosimeters for determining and tracking dose to individual workers. This program is consistent with regulatory requirements and generally exceeds the recommendations contained in guidance documents.

**Bioassay Program.** The applicant has established a bioassay program through use of standard operating procedures. The procedures outline the requirements specific to bioassay and is integrated with other operational health and safety procedures. In addition to baseline sampling requirements, bioassay samples are collected during operations on a routine frequency depending upon worker exposure potential (risk) and other factors. Under specific circumstances such as accident conditions, elevated or unusual contamination or airborne radioactivity survey results, or as otherwise directed by the RSO, there exist requirements for additional or special samples to be collected. The bioassay program procedure is integrated with other related procedures including those related to action levels, and dose calculations. The bioassay procedures incorporate the requirements of Part 4 of the regulations. Additionally, the approach used for bioassay by EFR is consistent with NRC Reg. Guide 8.22.

The applicant is not planning on having an on-site analytical lab for bioassay (urinalysis). EFR will be required to establish a contract for analytical services for bioassay samples. The department will require submission of the details of the program and will have to approve off-site analytical program prior to receipt of radioactive material at the EFR site. Analytical labs will have to demonstrate meeting the applicable requirements of NUREG-1576.

The EFR operational procedures discuss use of in-vivo bioassay measurements under certain circumstances. Similar to analytical services for urinalysis, EFR will be required to establish a contract for in-vivo bioassay measurements. The department will require submission of the details of this aspect of the program and will have to approve off-site in-vivo analysis methods and program prior to receipt of radioactive material at the EFR site.

**Contamination Control Program.** Contamination control at the proposed mill is carried out through the modern design of the facility, establishment of access control points and application of work planning and engineering controls and other mechanisms to contain and prevent or minimize the spread of unsealed radioactive materials. Contamination control at the proposed mill is implemented through a series of standard operating procedures that assess radiological conditions through ongoing routine contamination surveys in the mill and adjacent non-mill areas, and through surveys for release of personnel, equipment and vehicles from the mill's restricted area. Contamination control

[DA — 35]

BLM_0036705

for outgoing radioactive materials shipments is also implemented through procedures established in accordance with U.S. Department of Transportation requirements.

**Monitoring of Off-Site Doses to the Public.** Public dose limits from uranium milling are found in Parts 4 and 18 of the radiation regulations. Monitoring of off-site doses to the public is mandated by Part 4 of the regulations. The criteria that must be met are:

- Part 4.14.1.1 limits public dose to 100 mrem/y above background from licensed activities.
  - Part 4.5.4 has a dose constraint of 10 mrem/y from the air pathway (does not include radon or its short-lived progeny — this is for particulates, including uranium (U), Thorium ($^{230Th}$), Radium ($^{226}$Ra), lead ($^{210}$Pb) and Polonium ($^{210}$Po).
- Part 18 Appendix A has:
  - Ground water protection standards that are based on dose,
  - ALARA requirements for all milling operations and effluent releases,
  - Annual internal dose limits (dose equivalent) for whole body, thyroid, lung, bone, etc. (does not include dose from radon and its progeny) from normal operations.

The pathways for public exposure from the Piñon Ridge Mill during normal operations are described in the Revised Exposure Pathways Report (November 2010). A conceptual site model described in that report shows potential human pathways. There are no planned releases of any effluents in surface water from the site, so there is no surface water pathway to a human receptor. Ground water is more than 400 below the surface over most of the facility, so there is no ground water pathway to a human receptor (at this point in time). The predominant potential pathway will be through the air. Direct gamma exposure will be minimal due to limited public access to the site. Numerous studies were undertaken as part of the licensing process to determine background levels of radiation and radioactivity in the local environment, including biota and fauna. These studies are described in the Radiological Surveys sections of the Decision Analysis.

The monitoring program for public dose is described in detail in the Operational Monitoring Plan, and the Ambient Air Monitoring Plan. Hive-volume air samplers for monitoring radioparticulates are located at:

- Air Monitoring Site No. 1: This location is also referred to as Met Site No. 1 and is located near the northern boundary of the site. This location includes a 10-meter tall meteorological tower and is one of the two on-site PM-10 monitoring locations.
- Air Monitoring Site No. 2: This location is also referred to as Met Site No. 2 and is located near the eastern boundary of the site. This location includes a 30-meter tall meteorological tower and is one of the two on-site PM-10 monitoring locations.
- Air Monitoring Site No. 3: This location is also referred to as West Site and is located near the western boundary of the site.

[DA — 36]

BLM_0036706

- Air Monitoring Site No. 4: This location is also referred to as the Cooper Site and is located northwest of the site. This site is upwind and will be the background site following startup of operations.
- Air Monitoring Site No. 5: This location is also referred to as the Carver Site and is located southeast of the site. This site is downwind and was chosen as the location of the nearest residence.

Each of these sites also has passive gamma radiation and radon detectors. Soil samples and biota and fauna samples are also collected on a routine basis and tracked over time. The monitoring program was designed based on USNRC Reg. Guide 4.14, RG 4.15, and past experiences at other sites. Data are collected from each monitoring site. Gamma radiation and radon flux samples are collected quarterly. The high-volume air samplers are run continuously. The filters are changed weekly. They are composited monthly for analysis (they must be composited to get enough material for a statistically valid measurement.) The gamma monitors are used to calculate whole-body dose at the boundary. The air sample results are used to calculate internal dose (if any) to the public.

Computer models are used to estimate public dose, as described in the revised MILDOSE report. This process follows NRC guidance Reg. Guide 3.51 and Reg. Guide 3.59, DG-4018 and NUREG-0859 (now out of print). Specific procedures on calculating public dose are provided in the Health and Safety Manual.

In addition to routine operations, separate modeling efforts were undertaken to demonstrate that doses to the public are not exacerbated by high-wind events because there has been an increase in these storms, as well as community concerns. The Regional Dust Report shows that doses to the public are not impacted by these events.

Table 2 lists the coordinates of the five air monitoring stations.

**DA37**
**Table 2: Air Monitoring Station Location Coordinates**

| Locations | UTM Zone 12 (NAD83) | |
|---|---|---|
| | Easting | Northing |
| Site #1 (North Site) – 10m Tower | 695211.43 | 4237487.24 |
| Site #2 (East Site) – 30m Tower | 695930.42 | 4235452.56 |
| Site #3 (West Site) | 694443.09 | 4235724.28 |
| Site #4 – (Cooper Site) Upwind Resident | 691915.11 | 4239229.41 |
| Site #5 – (Carver Site) Downwind Resident | 700247.01 | 4232787.61 |

[DA — 37]



**Figure 5: Exposure Pathway Conceptual Site Model**

## Management of Mill Wastes and Effluents

Special attention has been given in the design and review to management of mill wastes and effluents, particularly liquid wastes and airborne particulates. Lessons learned from the legacy of early milling have been incorporated into the design of the Piñon Ridge Mill to reduce waste and effluents. Early uranium mills were not designed to mitigate releases, and were not required by regulation to control them. It wasn't until much later that milling became regulated. Early mills did not cover their tailings and they dried out to become a source of particulate contamination. Early mills also discharged raffinate and tailings directly to rivers, which of course is no longer allowed. Tailings piles are now regulated to minimize radon and particulates. Numerous changes in policy and regulation over time have increased focus on management of residuals. Water use at the mill is carefully controlled, and water is re-used when possible[1]. Therefore, the volume of liquid waste is minimized. The mill is designed with built-in dust suppression systems to limit

---

1 Refer to Exhibit A6- "Tailings Cell Design Report" by Golder Associates Inc. Section 3.7 "Water Balance Modeling"; Appendix I – "Tailings Cell Water Balance" and Exhibit A7- "Evaporation Pond Design Report" by Golder Associates Inc. Section 3.5 "Water Balance Modeling"; Appendix A- "Water Balance Evaluation" both located in Piñon Ridge Mill Radioactive Material License Application Volume 2. An updated version of the tailings cell design and tailings cell water balance is included in the Piñon Ridge Mill, "Application for Approval of Construction of Tailings Facility", submitted to the U.S. Environmental Protection Agency Region 8, Indoor Air Program in August 2010.

BLM_0036708

dusting from unloading and handling of ore. Mill tailings impoundments will remain saturated to limit dusting and radon flux. Process controls include baghouses and scrubbers to minimize the amount of airborne effluents. Particular attention has been given to construction specifications and secondary containment and monitoring to prevent leaks to the environment. All these measures result in a management approach to wastes and effluents that is much more effective than in the past.

Numerous documents in the application specifically address management of mill wastes and effluents. Details on management of liquids and solids, airborne effluent and environmental monitoring program, monitoring of gaseous and particulate materials, the APCD permit and its relationship to the radioactive materials license, and dust control/windblown contamination can be found in the following documents, with further discussion of each below:

     Vol. 1, Basic Design Drawings, Site Drainage Analysis and Design Report,
     Vol. 2, Ore Stockpile Plan Design Report, Tailings Cell Design, Evaporation
           Pond Design,
     Vol. 3, Facility Operations Plan,
     Vol. 12, Operational Monitoring Plan, Material Containment Plan, Secondary
           Containment Calculation Sheets and Drawings, Spill Prevention, Control
           and Countermeasure Plan (SPCC),
     Vol. 13, Water and Wastewater Plan, Stormwater Management Plan,

**Effluent and Environmental Monitoring Program.** The monitoring program for airborne effluents is described in detail in the Operational Monitoring Plan and the Ambient Air Monitoring Plan.

Specific procedures on calculating public dose are provided in the Health and Safety Manual.

Ground water and surface water monitoring are discussed in their own sections below.

Liquids. The facility is designed to contain all liquid wastes in secondary containment or double-lined pipes. Details on the secondary containment can be found in the updated Secondary Containment Calculation Sheets and Drawings (response to RFI No. 3). All sumps are lined and monitored with sensors. The mill is computer-controlled with sensors on all major tanks to avoid overflows. No floor drains are used in the facility design. A separate set of lined evaporation ponds is utilized, in addition to the tailings impoundments, for evaporation of raffinate that cannot be reused in the mill. They are described in detail in the Evaporation Pond Design report. The tailings cell design is state-of-the-art, and utilizes the latest science and industry consensus on liner and leachate collection systems, and is described in the Tailings Cell Design report. Surface water is collected in lined storm water ponds, which are described in the Site Drainage Analysis and Design Report. There is no discharge of surface water from the restricted area. Mill wastewater is created from three sources in the mill. The first is the barren process water that remains after the uranium and vanadium have been recovered from the process solution. The second is the gray water that comes from the sinks, showers and

[DA — 39]

BLM_0036709

laboratory drains. The third is the water from the commodes and urinals that is handled in the sanitary septic system.

The process water is utilized in all areas of the plant and is recycled wherever practicable. After uranium and vanadium have been recovered from the process stream in the solvent extraction building, the barren solution (i.e. raffinate) is used to dilute the tailings. The composition of the raffinate is discussed in the Raffinate Characterization report. Excess raffinate, which contains high salt levels, is pumped to the evaporation pond where the water is allowed to evaporate and the salts precipitate out in the bottom of the lined ponds. A large portion of the tailings water is recovered. A floating barge-mounted pump on top of the cell's water pool pumps process water back to the return water tank in the mill for reuse. There also is a drainage layer above the tailings liner system that collects water that percolates through the tailings, which is then pumped back to the water pool on top. A portion of the wastewater remains entrained within the tailings solids until cell closure.

All of the gray water (i.e., wastewater from sinks, showers and the laboratory area) is recycled. The water balance for the mill is a crucial component because water available for the mill is limited. The sanitary septic system handles waste from the urinals and commodes in the mill. The water from the potable water system flows to the bathrooms and then from the urinals and commodes into the septic system.

Additionally, there is a formal training plan and regulation that require daily inspections of tailings systems. There also is a formal HDPE Inspection and Maintenance Procedure. The Material Containment Plan outlines the administrative efforts to be undertaken in case of a spill. In short, the application shows that the facility and its operations will be managed in way that limits releases of liquid wastes and that meets or exceeds regulatory requirements.

Solids. Particulate effluents released to the air from the milling process come from area sources (e.g., ore stockpiles and tailings cells) as well as discrete (point) sources, such as stacks. These pathways are discussed in more detail in the Revised Exposure Pathways Report. The individual areas are discussed in the Facility Operations Plan. Point sources have baghouses or scrubbers on them to reduce concentrations prior to emission. Surfactants and dust suppression also minimize fugitive emissions from on-site gravel roads.

Ore delivery and handling can generate dust containing small amounts of radionuclides. The unloading area and ore pad have built-in dust suppression systems to limit the amount of particulates from handling the material. Ore stockpiles will be treated with surfactants or water to avoid erosion. All surface runoff from the ore pads (and associated truck washing station) flow to a lined sedimentation pond. Dust from the grizzly and conveyors are directed to a baghouse.

The Piñon Ridge Mill design does not use conventional crushers and fine-ore storage bins, both of which traditionally added to particulate emissions at conventional uranium

[DA — 40]

mills. Rather, an enclosed SAG mill is used to size the ore prior to leaching. The SAG mill uses a wet process, which minimizes dust releases from ore sizing. The SAG mill and conveyors vent to a scrubber with particulate removal of 99 percent. It should also be noted that there is no yellowcake stack at this mill, which eliminates a point source that traditionally contributed to radionuclide emissions. Rather, a vacuum dryer system is used that vents to a scrubber in the production building. Additional information about baghouses and scrubbers can be found in the Air Emission Control Data report.

The primary waste solids at the Piñon Ridge Mill will be uranium mill tailings. The tailings contain elevated concentrations of $^{230}$Th, $^{226}$Ra, $^{222}$Rn, $^{210}$Po, and $^{210}$Pb, as well as the short-lived radon daughters. Estimated radionuclide concentrations of the tailings are presented in the Revised MILDOSE Report. As noted throughout the application, the site is engineered from the ground up to contain all wastes and to minimize release to the environment. Mill tailings are generated as slurry when they first are pumped to the impoundment. The process lines from the mill to the impoundments will be in secondary containment in the form of a concrete catchment. Tailings will be disposed in the impoundment using spigots that can be moved around the cell to facilitate directed placement of fines and coarse materials in the cells. A drain system at the bottom of the impoundment will facilitate dewatering of the tailings. To minimize particulates from tailings beaches, all beaches will be kept moist using a dust-suppression system. The tailings cells are designed to minimize dusting. They are mostly below-grade (approximately 70 feet deep) and have a tall berm around the impoundment. Dust suppression also will be used for the tailings surface while the impoundments are dewatered prior to placement of the random fill layer. The closure scenario was specifically modeled in the Regional Dust Report to show that the public will not be impacted during this phase during normal operations. For high-wind events, a special effort was made to evaluate potential downwind impacts. That evaluation shows that because of the dust suppression requirements, plus dilution and dispersion from the wind events, that the Piñon Ridge Mill will not affect public health or the environment.

Dust Control/Windblown Contamination. Historically, uranium mills were a source of off-site contamination from uncontrolled windblown particulates. Early milling operations were not regulated, and tailings were left to dry out and became windblown. This was of particular concern in areas where mills were in urban environments, such as Durango, Cañon City, Monticello and Grand Junction. By the early 1960s, the Colorado and other states' radiation organizations had recognized the problem and tried to engage the Atomic Energy Commission (now the NRC) and industry. It took years to get the AEC to recognize the long-term hazards of mill tailings, and industry was reluctant to spend funds on stabilization. In 1966, Colorado was the first state to regulate mill tailings impoundments and require stabilization of the piles (Colorado Department of Health, 1966). Even though the requirements were not well-enforced, the dusting problem was reduced. By the time the UMTRA regulations were promulgated in 1983, many of the mills had closed and were abandoned, leaving stabilization to the DOE for the Title I sites and to the licensees for the Title II sites. Monticello was unique in that the mill was owned by the government, and stabilized its piles before going into closure in the 1960s. A radiometric survey conducted by Oak Ridge National Laboratory defined a windblown

[DA — 41]

BLM_0036711

line for Monticello, as shown in Figure 6 (tailings were left to dry and blow away prior to the stabilization). Similar survey efforts were undertaken for Rifle and Grand Junction. A more recent gamma survey around the Cotter Cañon City mill (Cotter 2008) shows that windblown contamination is real, but localized. Cotter operated as recently as 2005, although most of the windblown contamination goes back to the earlier years of operation (new impoundments that employ dust suppression were built around 1978.) Figure 7 shows the results of the GPS gamma scan at the Cotter mill.

Based on this legacy and regulatory requirements in the Colorado Radiation Regulations, Part 18, the Piñon Ridge technical review focused on dust suppression and control of windblown particulates.



Fig 1.   The 5- and 7-pCi/g windblown lines for contamination established for the Monticello, Utah, mill site and windblown sampling locations.

**Figure 6: Extent of Windblown Contamination at the Monticello Mill**

[DA — 42]

BLM_0036712



**Figure 7: Gamma Exposure Map for the Cotter Canon City Mill**

All operations at Piñon Ridge that can generate particulates have been addressed in the application. As noted above, there is a full-time dust suppression system built into the ore pad and unloading area design. Ore piles are required to be stabilized. Roads are required to be wetted to reduce dust under the air permit. Point source emissions have either baghouses or scrubbers that reduce emissions by 99 percent. Finally, the mill tailings will be kept saturated until cell closure. When the cells are being dewatered prior to placement of the final cap, EFR is required to keep the tailings surface moist to prevent dusting.

Gaseous Isotopes. The only gaseous isotope that is an effluent of concern at the Piñon Ridge facility is radon. A major health concern, radon is recognized as a carcinogen and is the basis of the UMTRA regulations (EPA no longer considers uranium to be a carcinogen). Indoor radon can be a concern at the mill for the workers. Workers cannot be exposed to annual limits on intake above the limits in Part 4 of the Radiation Regulations. The mill is monitored for radon and, more important, its progeny. Procedures for monitoring the mill for radon and short-lived progeny are discussed in the revised Health and Safety Standard Operating Procedures.

Outdoors, radon rapidly diffuses in air. Radon emanating from ore piles (along with conveyors) is calculated as part of the evaluation of public dose. The largest source of radon will be the tailings impoundments. To mitigate radon from the impoundments, the tailings are kept either saturated (under water) or moist using dust-suppression. Water is

[DA — 43]

BLM_0036713

effective at mitigating radon movement. The high-volume air particulate monitors at the five sampling locations include analysis of radon progeny. The sampling stations are described in Section 6 of the Operational Monitoring Plan. Radon monitors (cups) are also placed at the five monitor locations (two are offsite and three are on the perimeter of the property. Radon flux from the impoundments is also monitored and regulated by Region 8 of the USEPA under the National Emissions Standards for Hazardous Air Pollutants (NESHAPS) program. Additional performance requirements for radon flux from the final cap are in the regulations for closure of the site.

APCD Permit. In addition to the radioactive materials license, gaseous (e.g., volatile organics) and non-radiological particulate emissions from the site are regulated under the APCD air quality permit for the facility (which is in process and has not yet been issued). The requirements are discussed in the Work Plan for Ambient Air Monitoring, and the Air Dispersion Modeling Report. The APCD regulates criteria pollutants under the Colorado Department of Public Health and Environment Air Quality Control Commission Regulation No.3. The site is classified as a new minor source. Site operations are contingent upon issuance of the air permit.

Although the regulations do not require modeling for a minor source, the APCD requested that modeling be done for $PM_{10}$ emissions, which are related to dust in the air. Modeling was performed for the Piñon Ridge facility using conservative assumptions (24/7 operation, maximum exposed beaches, and 1,000 tpd) and site-specific data. Based on the modeled concentrations, the $PM_{10}$ results are below the National Ambient Air Quality Standards (NAAQS) and Colorado Ambient Air Quality Standards. The department has since requested that $PM_{2.5}$ evaluation be conducted because requirements have changed since the application was originally submitted. APCD did not require modeling of the other criteria pollutants or other secondary pollutants because those pollutants are below modeling thresholds. The impacts to air quality in the area of the proposed facility would be less than levels deemed to be protective of human health and the environment and would not degrade the existing air quality. More information about individual point and area sources at Piñon Ridge can be found in the APENS application, called the Air Pollution Emission Notice in Vol. 14 of the application.

In addition to evaluating the particulates released from the site, APCD evaluated emissions from volatile organics used at the mill, and technologies to reduce the emissions. Normally, the facility would not have to apply Reasonably Available Control Technology (RACT) for those regulated criteria pollutants because the site is located in an attainment area and is not under a maintenance program for any regulated criteria pollutants. Therefore RACT was not triggered for the regulated criteria pollutants. However, a facility may not dispose of a volatile organic compound (VOC) by evaporation or spillage unless RACT is utilized. Per discussion with the APCD, RACT was considered to be applicable at Piñon Ridge because the process results in VOC-containing liquids to be discharged to the evaporation ponds and tailings cells, where they can evaporate. Therefore, a RACT analysis specific to VOC reductions was required. The analysis is discussed in the Revised Reasonably Available Control Technology (RACT) Report, April 29, 2010.

[DA — 44]

BLM_0036714

EFR proposes to include a number of conservation strategies and processing upgrades within its solvent extraction (SX) circuits where kerosene along with smaller amounts of other organics are used to extract and concentrate uranium and vanadium in separate circuits. These strategies and upgrades include the use of covered processing tanks, containment and treatment of solutions with high levels of organic entrainment, and high-efficiency particle removal filters.

Traditionally the solvent extraction process tanks at uranium mills were not covered and organic solutions were exposed to airflow, causing accelerated evaporation. EFR will utilize enclosed mixer-settler tanks, which are designed as covered processing tanks. These state-of-the-art mixer-settler tanks would reduce VOC emissions by more than 90 percent. Although the covered tanks will reduce VOC emissions by 90 percent, the tanks are occasionally uncovered for maintenance or cleaning purposes and therefore, a more conservative covered tank parameter (75 percent) is applied for emission calculation purposes.

When the solvent extraction system is operating at steady state, the organic solution will effectively extract the metal ores from the aqueous solution. However, if the organic and aqueous solutions become emulsified as a result of high levels of suspended solids in the aqueous solution, then the two solutions cannot separate efficiently and an emulsified layer forms between the upper organic phase and the lower aqueous phase. Historically, facilities would dump the emulsified solution or "crud" when this type of upset condition occurred. The dumped solution would be directed to evaporation ponds and the process tanks were then refilled with new organic makeup solution. EFR added a crud centrifuge to its processing system to allow for treatment and recovery of the organic compounds from emulsified solutions. The emulsified material will be drained off and pumped to the crud centrifuge where the emulsification is separated into aqueous and organic phases (which are recycled in the processing system) and suspended solids (which are wasted to the tailings cell).

To prevent excessive loss of the organic solution, EFR proposes to add a holding tank (raffinate buffer tank) to collect the solvent-extraction waste solutions (i.e., raffinate) when certain conditions occur. Besides using the buffer tank for upset conditions, EFR proposes to use the tank for solvent extraction reconditioning purposes. EFR anticipates fewer problems with organic solution contamination because they will utilize pressure leaf filters, which are high-efficiency particle removal filters located prior to both the vanadium and uranium circuits. These filters are expected to reduce the amount of organic makeup solution that the facility would introduce to the system, thereby reducing the potential for organic losses.

In an effort to minimize water consumption at the Piñon Ridge Mill, EFR elected to utilize most (i.e., about 72 percent) of the vanadium raffinate stream to mix with the tailings pulp (i.e., solid waste from the leaching process) to allow it to be more easily pumped to the tailings cell. In the tailings cell, the solids settle out of solution and the clarified water is recovered and recycled back to the mill for use.

[DA — 45]

BLM_0036715

By employing these RACT strategies, the facility estimates the amount of kerosene entering the process will be reduced from 663 tons per year (tpy) to 198 tpy, a 70 percent reduction. Process emissions will be reduced by 75 percent, from 145 tpy to 36 tpy. Fugitive emissions will be reduced by 69 percent, from 518 tpy to 162 tpy.

Air Permit and the Radioactive Materials License. Emissions of gaseous (e.g., radon) and radioparticulates are regulated under Part 4 of the Colorado Radiation Regulations, in addition to the radioactive materials license and the APCD requirements. Part 4 sets emission limits to water and air from licensed activities that must be met. Those limits shall not be exceeded, and are further reduced by the ALARA requirement. EFR is required to monitor all effluents/emissions from the site and report them to the department semi-annually. Methods for monitoring releases from the site are discussed in the Operational Monitoring Plan and the Revised Health and Safety Standard Operating Procedures and discussed further below. Calculations of public dose from projected activities is presented in the revised MILDOSE report.

There is overlapping regulation of releases from the site; the license and Part 4 of the Radiation Regulations have emissions limits based on dose to a receptor (also subject to ALARA requirements), and the APCD has emissions limits on particulates and dust.

[DA — 46]

BLM_0036716



**Figure 8: Air and Meteorological Station Locations**

# Environmental Baseline

## Surface Water Hydrology and Erosion Protection

On the basis of the information presented in the application and the detailed review conducted of the flooding potential for the proposed Piñon Ridge Uranium Mill, the department concludes that the flood analysis and investigations adequately characterize the flood potential at the site, the analysis of hydraulic designs are appropriately documented, and the general reclamation plan with respect to surface water hydrology and erosion considerations represent a feasible plan for complying with the requirements of 6 CCR 1007-1, Part 18, Appendix A. The characterization of flood potential and the documentation of the site design conform to the requirements of Criterion 1 of 6 CCR 1007-1, Part 18, Appendix A, which requires a design that provides for permanent isolation of tailings and minimizes disturbance and dispersion by natural forces.

The mill tailings at the proposed Piñon Ridge facility will be protected from flooding and erosion by an engineered water balance cover with rock "mulch" that has been designed in accordance with the guidance provided in NRC NUREG-1623 (U.S. Nuclear Regulatory Commission, 2002). Flood analysis presented in the license application

[DA — 47]

BLM_0036717

demonstrates that the erosion protection is adequate based on 1) selection of proper rainfall and flooding events; 2) selection of appropriate parameters for determining flood discharges and 3) computation of flood discharges using appropriate and conservative methods.

The application presented analysis to show that the site is located in an area rarely flooded by off-site floods and that it is protected from direct on-site flooding. The erosion protection is large enough to resist flooding from the shallow depths and minimal forces of floods occurring from a probable maximum flood (PMF) in the upstream drainage area. The department therefore concludes that the erosion potential at the proposed site has been acceptably minimized, because flooding at the site is mitigated by erosion protection, and the forces associated with off-site floods are minimal. The department also concludes that, because the rainfall and flooding events have very low probabilities of occurrence over a 1,000 year period, no damage to erosion protection is expected from these, or more frequent events. Therefore, active maintenance or repair of damage is not anticipated.

On the basis of the information presented in the application and the detailed review conducted of the flooding potential for the proposed Piñon Ridge Mill, the department concludes that the flood analysis contributes to meeting the following requirements of 6 CCR 1007-1, Part 18, Appendix A: Criterion 1, requiring that erosion, disturbance and dispersion by natural forces over the long term are minimized and that the tailings are disposed in a manner that does not require active maintenance to preserve conditions at the site; Criterion 4(a), requiring that upstream rainfall catchment areas are minimized to decrease erosion potential and to resist floods that could erode or wash out sections of the tailings disposal area; and Criterion 6(1), requiring that the design be effective for a period of 200 to 1,000 years; and Criterion 12, requiring that active maintenance is not necessary to preserve isolation.

## Surface Water Monitoring Program

The surface water monitoring program consists of four monitoring points located in the dry drainages on the proposed facility. There is no permanent surface water at the proposed facility. The sampling points are below-grade boxes that catch flowing water during large precipitation events. The samples are heavily laden with sediment, which is filtered before testing.

## Ground Water Monitoring Control Program

Ground water monitoring at and near the proposed Piñon Ridge site has been performed at 20 locations. The locations are five monitoring wells, three ground water production wells, seven exploratory holes, four off-site wells, and one spring. Samples were collected using bailers, submersible pumps and low-flow bladder pumps. Throughout the sampling effort the following field and laboratory measurements were performed. Field measurements include pH, temperature, electrical conductivity, dissolved oxygen and oxidation/reduction potential. Laboratory measurements include dissolved metals (aluminum, arsenic, barium, boron, cadmium, calcium, cesium, chromium, copper, iron, lead, magnesium, manganese, mercury, molybdenum, nickel, potassium, selenium,

[DA — 48]

BLM_0036718

sodium, uranium, vanadium and zinc). General water quality parameters include alkalinity, carbonate, bicarbonate, chloride, fluoride, ammonia as n, nitrate/nitrite, silica, sulfate, sulfide, total organic carbon, total dissolved solids and total suspended solids. Dissolved radionuclides include gross alpha, gross beta and radium-226.

The quarterly monitoring of ground water over more than a year has yielded information on ground water characteristics and the background concentration of chemicals of concern. Ground water is not continuous over the site. It exists in fault-block contacts at depths ranging from 266 feet to 417 feet below grade. Off-site private wells have depth to water of 20 feet to 168 feet.

Chemically, the ground water found on the proposed Piñon Ridge site falls into two types: Chinle Formation water and Moenkopi Formation water. The Chinle water is an oxidizing sodium sulfate with high amounts of calcium and magnesium, and bicarbonate. It contains about 100 micrograms per liter uranium and about 10 to 20 micrograms per liter vanadium. It is neutral to slightly alkaline in pH.

The Moenkopi water is a reducing magnesium sulfate water with high amounts of calcium, potassium and sodium. It also has high levels of bicarbonate and chloride. For waters where the redox potential is less than 300 millivolts there is no dissolved uranium or vanadium. For water where the redox potential is near 200 millivolts, the dissolved uranium ranges from 10 to 60 micrograms per liter ($\mu$g/L).

Other area wells are used for domestic and stock watering. The Hurdle, Davis and Boren wells have oxidizing, pH neutral, magnesium bicarbonate waters with high levels of calcium, sodium and sulfate. The BLM well is reducing and has calcium bicarbonate water. Uranium concentrations run between 25 $\mu$g/L and 50 $\mu$g/L.

The mill water production wells are in a confined or partially confined aquifer system. The water can be either oxidizing or reducing. The waters are sulfate-rich with high levels of calcium, magnesium and sodium. Each well has a different dominant cation (a positively charged ion). Uranium concentrations range from 100 to three micrograms per liter with an average of 50 $\mu$g/L. The down-valley hydraulic velocity has an average range of 84 to 56 feet per year based on an average hydraulic conductivity of 3x10-3 cm/sec, a gradient of 0.0054 based on water elevations between as MW-6 and well #234136 or the Grey well, and an effective porosity between 20 percent and 30 percent. This is the bulk ground water velocity and does not include any retardation effects.

**Tailings and Evaporation Cell Design and Operation**
The original tailings cell design is described in Vol. 2 of the application in the Tailings Cell Design report. The evaporation cell design is also presented in Vol. 2 in the Evaporation Pond Design report. The storm water ponds design is found in the Site Drainage Analysis and Design Report located in Vol.1. Technical Specifications are discussed in Vol. 2. Note that numerous comments were submitted on the original designs as discussed below, so final drawings and plans are located in the Revised Tailing Cell Design Report and Closure Design Report. Updated figures were provided in

[DA — 49]

BLM_0036719

November 2010. Operation of the cells is discussed generally in the revised Facility Operations Plan.

The Piñon Ridge tailings cells and evaporation cells were designed based on state-of-the-practice designs from other uranium processing sites and similar industries (e.g., gold) that have been advancing the science of liner and cap design. Legacy issues of leaking cells, ground water pollution, flooding and windblown particulates, etc., pushed the design beyond NRC requirements and guidance. The design is based on regulatory requirements found in Part 18 of the Radiation Regulations, and are based on NRC and EPA requirements and guidance. The Piñon Ridge design includes separate evaporation ponds for raffinate, as well as separate storm water ponds to control runoff. The mill tailings impoundments are designed to manage placement of tailings to facilitate reduced radon flux, and include a drain system to facilitate dewatering of the tailings and a dust-suppression system.

EFR and some of its contractors met with department staff prior to design to better understand the regulatory requirements and the department position on design. Draft designs were submitted prior to the application, but only for high-level review. Department experience on other sites played a major role in our review of this proposal. The staff have been intimately involved in managing hazardous and radioactive wastes for decades at facilities including but not limited to Rocky Flats, the Rocky Mountain Arsenal, Fort Carson, Uravan, Cotter Cañon City, and Title I UMTRA sites (e.g., Maybell, Durango, Gunnison, Grand Junction and Rifle). Department engineers interface with the best consulting engineers on a routine basis and are expert at impoundment design reviews.

Department staff paid particular attention to the geotechnical requirements for the site due to near-surface soils morphology (collapsible soils). Construction of the facility (buildings and impoundments will require excavation and soil amendment and preparation in order to support the structures). Revised testing requirements were presented in: Borrow Source Characterization Addendum, Tailings Cell Foundation and Cover System Settlement Analysis Addendum.

The tailings cells are designed to have a total capacity of approximately 7.3 million tons (Mt). Three tailings cells (A, B and C) of approximately equal tailings storage volume have been designed to meet this total capacity. The plan area of the lined portions of each tailings cell is 30.5 acres. Based on a production rate of 500 tpd, each tailings cell has a design life of approximately 13 years and a minimum capacity to accommodate storage of 2.45 Mt of tailings with three feet of freeboard. The tailings cells are designed as permanent, zero-discharge, single-use facilities and are lined accordingly. The tailings cells are each designed with a primary and secondary liner system, an intervening leak collection and recovery system, and a tailings underdrain system.

Leak collection and recovery system (LCRS) sumps have been included in the design of each tailings cell, with Tailings Cell A having two LCRS sumps. The LCRS design provides for capture and conveyance of the seepage through the upper (primary) tailings

[DA — 50]

cell liner to a sump. Water collected in the LCRS sumps will be pumped back into the tailings pond. A critical consideration of this system is to maintain minimal hydraulic head on the lower (secondary) composite liner, thereby preventing a driving hydraulic force required for any seepage to occur to the environment. To that end, the tailings cells have been designed with an underdrain system installed on top of the primary geomembrane liner at the base of the impoundment. This feature provides added effectiveness to the proposed liner system by lowering the hydraulic pressure within the overlying tailings, thereby reducing the driving head for seepage.

The liner system consists of:

- 60-mil high-density polyethylene (HDPE) upper (primary) geomembrane. The upper primary liner will consist of a conductive textured 60-mil HDPE geomembrane. An HDPE geomembrane liner was chosen for its long-term performance characteristics. It has excellent chemical resistance properties. The liner system was designed for long-term exposure to solar radiation. The upper primary geomembrane liner has been designed with the upper exposed side of the liner covered with a light-reflective surface. The light-reflective surface is resistant to ultraviolet radiation and coextruded with the primary black geomembrane liner.

- LCRS consisting of HDPE geonet on the base of the tailings cells, and a drainage geocomposite on the side slopes. The drainage geocomposite is comprised of a geonet laminated on both sides to a nonwoven geotextile filtration media to increase frictional resistance with the overlying and underlying textured geomembrane liners. In the event that leakage occurs through the upper geomembrane liner, it will be collected in the LCRS layer and routed (via gravity flow) to a LCRS sump located in each tailings cell (or sub-cell in the case of a divided tailings cell).

- 60-mil HDPE lower (secondary) geomembrane. This liner provides secondary containment of process solutions should leakage occur through the upper primary geomembrane liner. The lower secondary geomembrane liner will be double-sided textured to increase frictional resistance with the overlying LCRS layer and the underlying low permeability GCL layer.

- Reinforced geosynthetic clay liner (GCL) as the underliner component of the secondary composite liner system which consists of a layer of sodium bentonite encapsulated between two geotextiles with an upper woven geotextile and lower nonwoven geotextile, needle-punched together to form a hydraulic barrier material (i.e., CETCO Bentomat ST, or equivalent). The GCL is approximately 0.4 inches thick with a reported hydraulic conductivity of $5 \times 10^{-9}$ centimeters per second (cm/sec). Since the mid-1980s, GCLs have been increasingly used as an alternative to compacted clay liners on containment projects due to ease of construction/installation, resistance to freeze-thaw and wet-dry cycles, and relatively low cost. As mentioned above, GCL liners have been used at White Mesa and Monticello. Anchor trenches, anchor benches, and buttressing of the liner were incorporated into the design to further enhance stability of the liner system. The liner materials were tested for chemical compatibility.

[DA — 51]

BLM_0036721

- Prepared subgrade. The requirements for the subgrade are presented in the Technical Specifications

## Underdrain System

Per Criterion 5E of 6 CCR 1007-1 (Part 18, Appendix A), tailings must be dewatered by a drainage system installed on top of the primary liner at the bottom of the impoundment to lower the phreatic surface and reduce the driving head of seepage, unless tests show tailings are not amenable to such a system. The tailings underdrain system comprises the following components:

- Perforated corrugated HDPE collection pipes (eight-inch diameter) to convey fluids to the underdrain sump. The pipes will be placed in trenches, which are backfilled with imported granular drainage materials;
- An underdrain sump constructed above the leak collection and recovery system sump with a depth of two feet to provide head for pumping of collected seepage. The sump will be backfilled with coarse underdrain fill overlain by fine underdrain fill to ensure filter compatibility with the overlying tailings; and
- Two underdrain riser pipes within each sump to add redundancy to the system, consisting of two 10-inch diameter, SDR-11 HDPE pipes. The lower ends of the pipes are slotted in the sump area to provide solution access into the risers. Solution is recovered via an automated submersible pump installed in the riser. Collected solutions will be returned to the mill circuit.

The underdrain collection trenches and underdrain sump area will be backfilled with granular drainage materials, with an underlying coarse underdrain fill in contact with the underdrain collection pipes and slotted portion of the underdrain riser pipes, and an overlying fine underdrain fill. The underdrain fill zones (coarse and fine) have been designed for filter compatibility with each other, the pipe perforations, and the overlying tailings materials. The perforated corrugated HDPE underdrain collection pipe and the solid HDPE underdrain riser pipes are designed to resist crushing and wall buckling due to the anticipated loading associated with the maximum height of overlying tailings.

The tailings cells were designed for construction predominantly in the existing subgrade, with a combined total excess cut of approximately 2.5 million cubic yards (cy) dedicated primarily to future closure cover construction. The bottom of the cells will be approximately 70 feet below grade.

Surface water design for the Piñon Ridge Mill includes diversion around the license boundary, including diversion around the tailings cells. Surface water run-on into the tailings cells is limited to surface water run-off from the perimeter access roads and direct precipitation onto the tailings cells.

BLM_0036722



**Figure 9 (Application Figure 2): General Project Layout and Location of Geotechnical Investigations**



**Figure 10: Tailings Cell Liner Concept**

[DA — 53]

BLM_0036723

The liner system is based on current design practice and is similar to Pond 4 at the White Mesa Mill in Blanding, Utah and to the Monticello, Utah EPA/DOE impoundment design (Monticello was cleaned up under Superfund and not UMTRA). The design of the liner system for the impoundments differs from most other cells in that there is a paucity of clay available in the area. Rather than a compacted clay liner, a geo-synthetic clay liner (GCL) liner is being utilized with a prepared subgrade.

The NRC and EPA have been looking at performance of past impoundments and current state of the practice for impoundments. In August 2010, the NRC held a workshop in Washington, D.C. that presented the state of the art in design and lessons learned. Department staff participated in that workshop and incorporated current technology and design into the review of the Piñon Ridge application. This topic is discussed in the revised Revised Tailing Cell Design Report.

In addition to the liner system, current state-of-the-art practices are planned for the cover system at Piñon Ridge. Experience has shown that highly engineered caps as originally required by Part 18 of Radiation Regulations do not perform well over time, particularly in semi-arid and arid environments. The design also takes into account the results of recent research and field investigations of arid climate closure covers conducted by Los Alamos National Laboratory (Dwyer et. al., 2007), Desert Research Institute (Albright et. al., 2002; Bolen et. al., 2001), and the Department Of Energy (Waugh, 2004; DOE, 2008). Those results, which include the assessments of performance of some of the UMTRA Title I tailing covers, indicate that the design concept used in the earlier generation of covers is not necessarily optimal.

The department submitted numerous comments on the draft design, and based on those comments and input from others, the cap was redesigned. The redesign is addressed in the Revised Tailing Cell Closure Design Report. The research referenced above shows that a more effective design consists of a multi-layered cover that includes the radon barrier as before but also overlying layers with specific barrier functions limiting infiltration, biological intrusion and erosion. This type of cover, called an evapo-transpiration (ET) cover or water balance cover, has been selected for the Piñon Ridge project tailings closure. The ET cover has been designed to fit the tailings cell (impoundment) design with only minor changes to the top of the cell embankment to accommodate the cover at the time of closure. The ET cover design concept is consistent with a risk-informed, performance-based regulation per SECY–98–144 (U.S. Nuclear Regulatory Commission, 1998), which provides a licensee with the flexibility to propose methods other than those in the regulations as long as the applicant demonstrates how a proposed method will meet regulatory requirements.

The cover will comprise multiple layers of natural earth materials, each layer designed for a particular function. The layers of the cover, from top to bottom are described below:
- Erosion barrier/ vegetative cover – provides protection against erosion and wind and water (runoff), limits infiltration to lower layers, and stores moisture to

BLM_0036724

support vegetation. A rock mulch may be considered, as local natural analogues suggest.

- Capillary break – provides the primary barrier to infiltration of water and a pathway to drain moisture laterally to the edges of the tailing cell
- Bio-intrusion barrier – provides a barrier against deep-rooted vegetation and burrowing animals as well as a pathway to drain moisture laterally to the edges of the tailing cell
- Radon barrier – provides the primary barrier to radon release from the tailing cell
- Geosynthetic liner (composite geosynthetic) – positioned in the upper portion of the radon barrier, provides an additional barrier to moisture
- Interim cover – provides immediate protection against windborne release of tailings after cessation of cell operation and prior to placement of radon barrier, serves as a firm base for radon barrier construction.

Most of the cover layers will consist of native soil derived from excavations of the tailing cells (the portions of the cells below original natural grade). They consist primarily of shallow windblown (eolian) deposits of fine sand and silt classified in the Unified Soil Classification System as silt (ML), silty sand (SM), or well-graded sand (SW) underlain by reworked eolian and alluvial sand and silt. Some clays (CL) or clayey sands (SC) occur, as well. At the lower depths of some cell excavation, sedimentary bedrock including sandstone, claystone, mudstone, shale and gypsum or anhydrite may be encountered.

The interim cover will consist of not less than two feet of uncontaminated native soil placed in lifts over the regraded tailings surface (see Section 5.2.2 of the application) and compacted to not less than 85 percent maximum dry density per ASTM D-698 (Standard Proctor). This compaction requirement takes into account the expected condition of the underlying tailings; although dewatered of free-draining moisture, the tailings are expected to retain substantial moisture content and remain uncompacted at the time of interim cover construction. These conditions are likely to make moisture conditioning of the native soil impractical and to limit the size of equipment used for interim cover placement to small dozers with low ground pressure treads. Consequently, the lift thickness, estimated initially at one foot, will be determined in the field under initial placement conditions dictated by tailing density and retained moisture.

The interim cover will extend across the final tailing surface, terminating laterally against the geomembrane liner on the inside slope of the tailing cell impoundment berm.

The radon barrier will consist of 0.9 foot to 5.7 feet of compacted native soil, based on the results of numerical modeling using the RADON code (the Visual Basic version of the RAECOM code). The radon barrier will extend across the interim cover and will terminate laterally against the inside slope of the tailing cell impoundment berm. The radon barrier thickness varies as a function of the thickness of underlying tailings. The radon barrier will be a minimum thickness of 0.9 foot at the perimeter of the tailings, where the tailings will be one foot or less, then thicken progressively to 5.7 feet over tailings that are 15 feet thick or more (five feet of sand tailings over 10 or more feet of

[DA — 55]

BLM_0036725

slime tailings). Due to the attenuation of radon in the upper 15 feet of tailings, no additional radon barrier is needed over tailings exceeding 15 feet of thickness. However, in order to establish the 0.02 grade needed in the overlying layers of the cover, the top surface of the radon barrier will be completed at a 0.02 grade towards the cell perimeter. As a result, the radon barrier may be more than 5.7 feet thick toward the center of the cells.

The bounding limits of radon barrier thicknesses were determined using the RADON code and the analytical procedures described in NRC Regulatory Guide 3.64, *Calculation of Radon Flux Attenuation by Earthen Uranium Mill Tailing Covers* (NRC, 1989). The RADON model included the tailings, interim cover, the geosynthetic liner, radon barrier, bio-intrusion layer, capillary break layer and erosion barrier/vegetative cover. The geosynthetic liner supplements the other cover layers, which would achieve the design objectives of radon attenuation and limiting of infiltration without the geosynthetic liner.

The radon barrier cover soil will be placed in lifts of not more than eight inches uncompacted thickness, moisture conditioned to within 2 percent of optimum moisture content and compacted to not less than 95 percent maximum dry density per ASTM D-698 (Standard Proctor). This is important to meet regulatory requirements of a low-permeability radon barrier.

The geosynthetic liner layer consists of a thin geomembrane (LDPE or HDPE plastic) laminated to a layer of sodium bentonite clay (geosynthetic clay liner or GCL) sandwiched between two geo-textiles that are needle-punched together. The geosynthetic liner is manufactured off-site and delivered in rolls. The geosynthetic liner is installed by rolling it out across the prepared surface on one of the lifts within the upper portion of the radon barrier.

The bio-intrusion layer will protect underlying layers of the tailing cell cover from burrowing animals and deep-rooted vegetation. It will consist of one-half foot of native soil matrix with nominal three-inch rock and will be compacted to 85 percent Standard Proctor or approximately 100 pounds per cubic foot (pcf) dry density. The cobbles will be placed so that they overlap within the soil matrix.

The cobble size was selected to be large enough to provide a barrier against burrowing by animals up to the size of prairie dogs. Minimum three-inch cobbles are too large for these animals to push aside or remove from the burrow. Larger predator animals such as coyotes and badgers are capable of moving three-inch cobbles but would have no incentive to dig deeper than their prey could reside. Thus, if the three-inch cobbles limit the burrowing depth of their prey, the predators will be similarly limited. The bio-intrusion layer will extend laterally beyond the outside edge of the underlying radon barrier and terminate at the tailing cell berm.

The capillary break layer will consist of one-half foot of granular soil (sand and gravel) satisfying a d15/d85 particle size ratio with the overlying vegetative cover soil. This granular soil will be imported from an off-site source. The layer will have approximately

[DA — 56]

BLM_0036726

50 percent relative density, or about 111 pounds per cubic foot (pcf) dry unit weight, to make it essentially incompressible under design loads but preserving substantial effective (drainable) porosity. Because of its low unsaturated hydraulic conductivity, the capillary break layer will have high air-entry pressures, causing moisture infiltrating downward from the cover surface to concentrate in the vegetative cover. In an unlikely case of exceeding the ET cover storage capacity (e.g. for the cover soil moisture close to saturation after prolonged periods of high rainfall and infiltration), the capillary break will intercept most of the downward percolating moisture and drain it laterally along this layer to the top of the tailings cell embankment, where the moisture will discharge to the rock blanket covering the tailings cell outslope.

Operating procedures for the impoundment have been prepared that describe how the tailings will be placed in the impoundments.

Sanitary and other Mill Waste Systems. Water use at Piñon Ridge is carefully controlled. The Water and Wastewater Plan describes the water supply, water consumption, wastewater streams and water recycling streams at the facilities. The mill facility and administration building will require potable and non-potable water.

Recycling features are employed at the mill site. Mill wastewater is created from three sources in the mill. The first is the barren process water that remains after the uranium and vanadium have been recovered from the process solution. The second is the gray water that comes from the sinks, showers and laboratory drains. The third is the water from the commodes and urinals that is handled in the sanitary septic system.

The supply water enters the mill through the supply water system as described previously. Once the supply water is utilized in the milling process, it is termed process water. The process water is utilized in all areas of the plant and is recycled wherever practicable. After uranium and vanadium have been recovered from the process stream in the solvent extraction (SX) building, the barren solution (i.e. raffinate) is pumped to the tailings box where it is used to dilute the tailings as described above. Excess raffinate, which contains high salt levels, is pumped to the evaporation pond where the water is allowed to evaporate and the salts precipitate out in the bottom of the lined ponds.

A large portion of the tailings water is recovered. A floating barge-mounted pump on top of the cell's water pool pumps process water back to the return water tank in the mill for reuse. There is also a drainage layer above the tailings liner system that collects water that percolates through the tailings, which is then pumped back to the water pool on top. A portion of the wastewater remains entrained within the tailings solids.

The gray water is used water from the showers, sinks and laboratory. It should be noted that 100 percent of the gray water is recycled into the process water system through the process water tank. The source water for the gray water is the potable water system.

The sanitary septic system handles waste from the urinals and commodes in the mill. The 3,475 square-foot septic system was designed to handle 3,885 gallons per day

[DA — 57]

(Kleinfelder, 2008). The water from the potable water system flows to the bathrooms and then from the urinals and commodes into the septic system.

The administration building has a potable water supply that feeds through the building. All building drains, water coolers, commodes and urinals drain to the sanitary septic system. The 544 square-foot system was designed to dispose of 608 gallons per day (Kleinfelder, 2008).





**Figure 11: (Application Figures 3.2A and 3.2B): Administration Building Potable and Septic Systems, Mill Facility Potable and Septic Systems**

The department commented that leach fields may not be appropriate because uranium from the laundry could potentially contaminate the area around the leach fields. EFR plans to connect only the toilets and urinals to the mill septic system and connect other sources of waste water (i.e., showers, sinks clothes washing machines) to a gray-water system that would recycle these waters (reference the Water and Wastewater Plan, L2, Vol. 13). This arrangement would result in the recycling of the trace amounts of radionuclides and metals that could otherwise collect in the leach field.

BLM_0036728

## Secondary Containment

Features of secondary containment that will mitigate releases are found under the Design Features to Mitigate Releases section of this document. The provisions of the design and the operations aspects provide appropriate secondary containment.

## Contaminated Equipment Control and Release

Through written radiological safety procedures as part of the mill Health and Safety Plan, the applicant has established a methodology and processes to survey potentially contaminated equipment and related items being released from the restricted area of the mill for unrestricted use. These procedures take a graded approach to release, the application of which is consistent with regulatory requirements and federal guidance documents. Items that exceed the release criteria are required to be decontaminated and re-surveyed to demonstrate the release criteria have been met. Items that cannot be shown to meet the release criteria or cannot be decontaminated, are retained and disposed of on-site in tailings cells used for process (and ultimately decommissioning related) wastes.

## Solid Waste

The applicant has established engineered facilities (tailings cells) on-site for disposal of the (radioactive) byproducts that remain after milling operations. The facilities are designed using common engineering practices and are designed to protect the environment and operate through the life of the mill, depending upon mill throughput/production rates. On-site disposal minimizes or eliminates off-site disposal requirements, which present waste characterization, packaging and transport challenges.

In accordance with the Facility Operations Plan and best practices, the applicant has established a process to ensure that any solid waste, special waste and any hazardous waste produced on-site is handled and disposed of at an off-site facility in accordance with all applicable regulations. Such solid waste consists of domestic office and lunchroom wastes, scrap metal, lumber, etc. Special solid wastes may include used batteries, tires, oil and used light bulbs. For items that must be released for off-site disposal that are generated in the restricted (licensed) area, the applicant has established radiological health procedures requiring characterization surveys to demonstrate the absence of contamination within specified limits prior to release. These procedures are written in accordance with the requirements of the regulations, and are based upon NRC guidance. Items which remain contaminated following decontamination processes, or are unable to be decontaminated due to process history will be disposed of on-site in the engineered tailings cell.

# Effluent and Environmental Measurements and Monitoring Program

## Pre-Operational Monitoring and Sampling Plans

The NRC and regulations in Parts 3 and 18 of Colorado Radiation Regulations require at least one year of baseline monitoring prior to submittal of the application. Understanding

[DA — 59]

BLM_0036729

the background or baseline values at Piñon Ridge is critical because of historic mining and milling in the area. The area has experienced legacy impacts. Additional guidance on baseline information is required by Reg. Guide 3.8, Reg. Guide 4.14, Reg. Guide 3.63, Draft Guide DG-3024, and NUREG-1748. Numerous baseline studies were conducted for the Piñon Ridge site. Investigations were undertaken for surface water, ground water, climate, geology, surface soils, radioactivity and heavy metals in plants and animals. In addition to environmental media, baseline data on social demographics were provided in the Socioeconomics Baseline and Impact Analysis Report for the Environmental Impact Analysis. Department staff evaluated the baseline reports for completeness and adequacy for meeting state requirements, regulations and the guidance. Plans were broken down into the following categories:

| Surface Water: | Baseline Surface Hydrology Modeling | Land: | Soil Survey. |
| Ground Water: | Hydrogeologic Report | | Geologic Report |
| | Phase 3 Long Term Pumping Test Data Report | Flora and Fauna: | Vegetation Survey |
| Air: | Meteorology, Air Quality and Climatology Report. | | Wildlife Survey |
| | Air Dispersion Modeling Report | | Biological Survey |
| Radiological Surveys: | Baseline Radiological Investigation Report | | Baseline Survey of Radionuclides in Animal Tissue |

## Results of the Department Review of the Documents

**Surface Water.** The staff has completed its review of the characterization of site surface water at the Piñon Ridge Uranium Mill. The applicant has acceptably described the surface water features by presenting an adequate description of the regional and site hydrology using published information and information collected for the specific purpose of supporting determinations of the stability of the site. Data gathering, investigations and analyses have used acceptable standards and practices. Data and interpretations are presented to allow effective incorporation into other site analyses.

**Ground Water.** The licensee has acceptably described ground water by presenting an adequate description of the local and site specific ground water regime by using information collected for the specific purpose of characterizing the ground water regime at the site. Data gathering, investigations and analyses have used acceptable standards and practices. Data and interpretations are presented to allow effective incorporation into other site analyses.

BLM_0036730

On the basis of the information and analysis presented in the environmental report on the surface water and ground water characteristics of the Piñon Ridge Mill site, the department staff conclude that the information presented is sufficient to support a decision with reasonable assurance that the requirements of 6 CCR 1007-1 Part 18 have been met.

**Air.**
Meteorology, Air Quality and Climatology Report. Baseline air monitoring is labor and equipment sensitive. Because future emissions will be compared to the baseline data, it is important to have good, representative data. Environmental air monitoring for Piñon Ridge consists of five sampling stations. Staff from the Hazardous Materials and Waste Management Division (HMWMD) and APCD met with EFR prior to purchase of the equipment for the meteorological towers. Both groups reviewed the proposed equipment and location of the towers and sampler locations. We also contacted the NRC for any new information it may have, because RG 3.63 is quite old and newer instrumentation can provide more precise data. Two tower heights (10 meters and 30 meters) were chosen because it was not known what the highest emission point from the mill would be at the time. State-of-the-practice instrumentation was fitted on the towers, equipped with data loggers that collect data continuously. Information can be downloaded remotely from the site by EFR staff. Now that the preliminary engineering is complete, the 10-meter tower has been chosen as representative of site emission points. Meteorological data is still collected from the 30-meter tower.

The two off-site locations were chosen to be representative of upwind and downwind locations, and nearest resident. Should Cotter reopen the JD-7 open pit mine, additional monitoring locations will likely be added, because the mine is located between Piñon Ridge and the nearest resident.

Stakeholder concerns in the region are focused in no small part on airborne radioactivity. The weather patterns in the Paradox Valley are such that under normal conditions, winds blow both up and down valley. Storms over recent winters have left thin layers of red dust on the alpine landscape. Allegations were made that Piñon Ridge and associated mining activities would pollute the watershed. The department requested that EFR evaluate these storms relative to the mill (See the Regional Dust Report).

EFR monitored and compiled air quality and meteorology data for a one year baseline period from April 2008 through March 2009. The baseline data were acquired from three air monitoring stations and two meteorology towers on the mill site and two additional off-site air monitoring stations. Data from the monitoring sites are summarized in quarterly reports. Overall, meteorological parameters at both sites had annual data recovery greater than 90 percent, exceeding the minimum annual acceptable data recovery requirement.

Partisol $PM_{10}$ monitors were installed at Sites 1 and 2 and $PM_{10}$ data were collected according to the EPA Ambient Particulate Monitoring Sample Day Schedule for one-in-six-day sampling. In comparison with the EFR PM10 results, both Site 1 and 2 had 24-

[DA — 61]

hour and annual $PM_{10}$ concentrations less that the EPA and Colorado Department of Public Health and Environment air quality standards. During the EFR monitoring program, the annual averages for EFR Sites 1 and 2 were nine $\mu g/m^3$ and eight $\mu g/m^3$, respectively, both well below the state's 50 $\mu g/m^3$ standard ($\mu g/m^3$ is equivalent to one millionth of a gram per cubic meter). The maximum 24-hour concentration recorded was 66 $\mu g/m^3$ recorded on April 30, 2008, at both Sites 1 and 2, which are much less than the EPA 24-hour standard of 150 $\mu g/m^3$. Additional modeling was performed and submitted to the APCD in the Air Dispersion Modeling Report. Additional monitoring will be implemented to measure $PM_{2.5}$, which recently was adopted in Colorado by the APCD.

Ambient Radionuclide Particulate Concentrations. Tisch Hi-Vol monitors were installed at Sites 1, 2, 3, 4 and 5 to collect radionuclide data. The monitors were run continuously on a 14-day filter exchange schedule. Daily, weekly and monthly checks were performed on the Hi-Vol monitors at each site. For data recovery, filters were collected from the Hi-Vol monitors and immediately placed in sample filter envelopes and into re-sealable plastic bags and stored in a secured location. The samples were shipped to the laboratory (ACZ) at the end of each quarter under standard chain-of-custody procedures. ACZ composited the sample filters by quarter. ACZ Labs reported a concentration of analyte per composited filter set. The average air flow rate was calculated for each filter exposure period based on the calibration values of the samplers and average stagnation pressure, temperature and pressure during the filter exposure period.

Baseline gamma radiation and radon are discussed below as part of the Baseline Radiological Investigation Report.

Based on a review of the data, the requirements for baseline air monitoring for radioparticulates has been met and is acceptable based on the requirements in Reg. Guide 4.14. Meteorological data meets the requirements of Reg. Guide 3.63 and EPA recommendations. If APCD staff approve the air permit for the facility, it will be issued separately. The site is designed to reduce and control all emissions and the site is projected to meet all emissions requirements. Operational monitoring is discussed below.

[DA — 62]

BLM_0036732



Figure 6a – Site 1 Wind Rose, 10-m Level, April 2008 through March 2009



Figure 6b – Site 1 Hourly Averaged Winds, 10-m Level, April 2008 through March 2009

**Figure 12 (Application figures 6a and 6b): Site 1 Wind Rose, 10-m Level,
April 2008 through March 2009;
Site 1 Hourly Averaged Winds, 10-m Level, April 2008 through March 2009**

Note: The wind rose, above, shows the frequency of winds blowing *from* particular directions over a set period (here, one year). The length of each "spoke" around the circle is related to the frequency that the wind blows from a particular direction per unit time.

[DA — 63]

BLM_0036733



Figure 7a – Site 2 Wind Rose, 30 m Level, April 2008 through March 2009



Figure 7b – Site 2 Hourly Averaged Winds, 30-m Level, April 2008 through March 2009

**Figure 13 (Application Figures 7a and 7b): Site 2 Wind Rose, 30-m Level,
April 2008 through March 2009;
Site 2 Hourly Averaged Winds, 30-m Level, April 2008 through March 2009**

Note: The wind rose, above, shows the frequency of winds blowing *from* particular directions over a set period (here, one year). The length of each "spoke" around the circle is related to the frequency that the wind blows from a particular direction per unit time.

[DA — 64]

**Table 3: Radionuclide Annual Average Concentrations**

| EFR Sites | Uranium | Lead-210 | Radium-226 | Thorium-230 |
|---|---|---|---|---|
| | uCi/mL | | | |
| Site 1 | 3.26E-18 | 2.52E-15 | 4.54E-19 | -1.85E-19 * |
| Site 2 | 3.36E-18 | 2.69E-15 | 6.82E-18 | 5.10E-18 |
| Site 3 | 3.46E-18 | 2.36E-15 | 1.37E-18 | 4.79E-18 |
| Site 4 | 3.33E-18 | 2.22E-15 | -2.01E-18 * | 3.91E-18 |
| Site 5 | 3.29E-18 | 2.54E-15 | 1.20E-18 | 2.28E-18 |

*As shown in Table 6-2, some radionuclides have annual averages less than zero. The negative concentrations are a result of quality control procedures by the analyzing laboratory. Occasionally, field samples have a lower radionuclide count than the laboratory blank sample used to set the "zero" point, thus, some samples have a negative concentration. Presenting negative concentrations rather than data qualifiers allows for temporal trend analysis of the data and is consistent with Section 7.5 of the United State Nuclear Regulatory Commission's Regulatory Guide 4.14. Therefore, the negative concentrations presented in Table 6-2 and in Appendix E are acceptable representation of the radionuclide concentrations collected in the Mill Site Area.

## Land

**Soil Survey Report.** Surface soil classifications were made to facilitate geotechnical investigations and for background information for future site restoration. The investigation is required by NUREG-1748. The purpose is to collect baseline information on geologic environmental impacts, such as soil compaction and erosion, subsidence, landslides, and disruption of natural drainage patterns prior to construction and operation of the mill. It also is to determine if hydric soils are located on the site. Hydric soils are formed under conditions of saturation, flooding or ponding long enough during the growing season to cause anaerobic conditions in the surface soils. Hydric soils are an indicator of potential jurisdictional water features for the U.S. Army Corps of Engineers (USACOE). Field investigations were undertaken as well as literature reviews. Methods utilized are outlined in the report and follow USACOE protocols (U.S. Army Corps of Engineers, 2006). All drainage features, pooled and inundated areas were observed and evaluated for soil types and characterized per Meyer (2008). Samples were compared to Munsell soil color charts to evaluate color, hue and chroma of representative soils. Soils were also observed for redox features associated with anaerobic soils.

Soils at the site are classified as Barx, Vanada, Begay, Mikim, Gypsiorthids and Paradox. USDA and USCOE literature did not identify any site soils as hydric. The majority of the soils (71.6 percent) are classified as fine sandy loam. The soils are derived from alluvium from the surrounding sandstone and shale bluffs to the north and south of the site. Soils within the site are well-drained. The water capacity varies among the different soil types. There was little or no soil horizon differentiation in the top 24 inches. None of the soils are hydric.

Drainage features across the site were characterized as discontinuous ephemeral streams. Biological soils crusts were observed on less than five percent of the site.

BLM_0036735



**Figure 14: NRCS Soils Data Map**

**Geologic Report.** The baseline study includes a description of the regional geology, the local geologic stratigraphy, and structures, seismicity and geologic hazards or conditions of potential concern at the site. The scope included a literature review, aerial photograph interpretation, site reconnaissance and geologic mapping, subsurface exploration using

[DA — 66]

BLM_0036736

trenching, geologic boreholes, and geophysical surveys, radiometric age dating, and data review and evaluation.

Based on an evaluation of the results of these investigations, the Piñon Ridge Mill site is suitable for development of the uranium mill facilities and for long term (1,000-plus years) containment of the byproduct material.

Following a literature review, geologic mapping was conducted in August 2007 on a topographic base map using a scale of one inch = 200 feet and a contour interval of two feet. Geologic mapping was conducted according to those practices generally accepted by industry. Soils were classified according to the Unified Soil Classification System (USCS). The geologic mapping was conducted in accordance with the Geological Investigations Work Plan (Kleinfelder, 2007).

Supplemental geologic reconnaissance and mapping was conducted in December 2008 in the northern half of the site and on the adjacent property to investigate potential sinkholes and karst features north of the site. The investigation included field reconnaissance of an observed sinkhole north of the site's boundary, field observations of multiple circular-shaped clearings observable in aerial photographs, and reconnaissance of the contact between the alluvial valley fill deposits to the south and the weathered surface of the Paradox member of the Hermosa Formation to the north.

**Geophysical Surveys.** A combined refraction and reflection geophysical survey was conducted in 2007 along three lines (S1 – west portion of the site; S2 – central; and S3 – east) oriented roughly north-south across the site to detect bedrock faults, to determine if faults could be detected in the Quaternary deposits, and if any evidence could be obtained regarding ground water in the area. The results of the geophysical surveys are provided in Appendices to the Geologic Report.

**Trenching Studies.** Exploration Trenches 1, 2, and 3 were excavated and mapped in December 2007 over the areas of possible subsurface faults inferred from the seismic refraction and reflection surveys. The purpose of the trench excavations was to assess if fault rupture or displacement has occurred in the near-surface Quaternary deposits in those areas overlying the inferred faults. The trenches were excavated using a track-mounted excavator from four to eight feet deep and from 600 feet (Trench 3) to 1,300 feet (Trench 1) in length. The vertical walls were scraped to expose soil layers and boundaries and were carefully examined for evidence of deformation and/or fault traces. Trench logs/maps were prepared at a scale of one inch = five feet. Selective soil and/or rock samples were collected from the trenches and sample locations were indicated on the logs and surveyed with a hand-held global positioning system. During the trench mapping activities, organic samples were collected for radiocarbon analysis to help in establishing the ages of the surficial alluvial deposits.

**Boreholes.** Several drilling programs were conducted at the site for purposes of geotechnical characterization, ground water characterization and monitoring, general site exploration, and water resources development, and are described in detail in the report. Geotechnical and stratigraphic discontinuity drilling consisted of continuous core or

BLM_0036737

hollow-stem auger drilling to identify soil types, depth to bedrock and evidence of recent fault movement or voids. These borings were generally advanced to depths of less than 100 feet. Coring in the bedrock was typically performed using wet coring methods. Samples of unconsolidated sediments were collected by split spoon sampling methods. Core samples were collected from borehole intervals selected by the rig geologist to be representative of lithologic units and stratigraphic/formational boundaries.

Ground water monitoring wells, production wells, observation borings and exploratory (EX) borings were drilled to depths of up to 1,020 feet using air rotary or down-the-hole hammer methods. Cuttings were collected from discrete intervals and logged by the rig geologist according to lithologic units and stratigraphic/formation boundaries. Representative samples were collected in chip trays for archival preservation.

Results. Structurally, the Paradox Valley is a graben formed by the collapsed and eroded anticline structure bounded on the northeast and southwest by a series of normal faults (Widmann, 1997). A regional geology map is presented in Figure 15; regional geologic cross-sections are presented on Figure 16. The oldest rocks exposed in the vicinity of the site belong to the Paradox member of the Hermosa Formation. These oldest rocks are found in the middle of the valley, while younger rocks of Triassic and Jurassic age bound the slopes on the southwest and northeast sides of the valley. Triassic-age rocks include the Moenkopi Formation and the Chinle Formation. Jurassic-age rocks include the Wingate Sandstone, the Kayenta Formation, the Navajo Sandstone and the Morrison Formation. Uranium-vanadium deposits occur in numerous locations in the Salt Wash member of the Jurassic Morrison Formation. Holocene deposits of eolian sands and sheet wash are widely distributed on the valley floors, along the benches and on top of the mesas. Volcanic rocks do not occur within the region. The nearest volcanic rocks occur at the western margin of the San Juan volcanic field, which includes several calderas and is located approximately 60 miles east of the site.

The site is located along the south side of the eastern end of Paradox Valley. The site geology observed during the course of these investigations is consistent with that reported in the literature by others (Cater, 1954, 1955b; Nuccio and Condon, 1996; Widmann, 1997). The Paradox Valley is a graben formed by the collapse and erosion of an anticline with an intrusive salt and gypsum core bounded on the northeast and southwest by a series of normal faults. The south-southwest part of the site is underlain by bedrock along the lower flank of Davis Mesa. As shown in Figure 16, rocks exposed south of the site on Davis Mesa include the Triassic Chinle Formation, the Jurassic Wingate Formation, Kayenta Formation, Entrada Formation, Summerville Formation and the Salt Wash and Brushy Basin members of the Morrison Formation.

The majority of the site is directly underlain by late Quaternary deposits of fine-grained alluvium and eolian (wind-blown) deposits with intermixed gravelly alluvial stream channel deposits. These sediments overlie the sandstone and siltstone of the Chinle Formation, sandstone of the Wingate Formation, and the shales and evaporites of the Hermosa Formation. The Hermosa Formation forms the core of the salt diapir that runs the length of the valley. Minor alluvial stream deposits are confined to the ephemeral

BLM_0036738

arroyo or wash channels that drain across the site and terminate near the middle of the valley north of the site. The surficial geology of the site is presented in Figure 17.

Much more detail is provided in the Geologic Report.



**Figure 15: Regional Geology Map**

BLM_0036739



**Figure 16: Regional Geologic Cross-Sections**

[DA — 70]

BLM_0036740



**Figure 17: Site Geology Map**

## Radiological Surveys

**Baseline Radiological Investigation Report.** Background, or baseline radiological conditions at the Piñon Ridge site were carefully measured due to the historic uranium mining in the area. Considering that one can see numerous mine adits above the site to the south, and there is a very large open pit uranium mine adjacent and to the east of the site (Cotter JD-7), it is important to document any insults to the site from these off-site sources.

Minimum requirements for baseline radiological data are given in Reg. Guide 4.14. Technology has improved greatly since the Reg. Guide was published, particularly the use of GPS surveys. Additionally, the mills no longer have yellowcake stacks that were a significant potential source (and so used to be the 0,0 coordinate). The production vent is still used as the 0,0 coordinate, even though it is not a source. The scope of the baseline survey for Piñon Ridge exceeds the Reg. Guide requirements.

Baseline radiological field investigations consisted of the following activities:

- A GPS-based gamma survey conducted at 50-meter to 100-meter transects spanning the proposed property;
- Surface soil sampling (0-15 cm) at 80 randomly selected and biased locations. Biased samples were concentrated in the proposed tailings area, drainages and at locations exhibiting elevated gamma readings;

[DA — 71]

BLM_0036741

- Subsurface soil sampling: two samples at each of five locations with depth intervals of 15-30 cm and 30-100 cm;
- Shallow (0-5 cm) surface soil sampling at all air monitoring station locations;
- Vegetation sampling at all air monitoring station locations;
- Radon flux measurements;
- Exposure rate measurements; and
- Ambient radon concentration measurements.

**GPS Gamma Exposure Rate Survey.** The survey was conducted using bare 2x2 sodium iodide (NaI) detectors, each of which was coupled to a ratemeter/scaler (set in ratemeter mode) and a Trimble Pro XRS GPS Receiver with Trimble TSCe Datalogger. Survey transects were spaced at approximately 100-meter intervals over much of the site. In the southern portion of the site coinciding with the mill area, the survey density was increased, with transects set at approximately 50 meters. The survey density in this area was increased to define the limits of elevated radioactivity identified in the initial 100-meter transects. In accordance with the Work Plan, transects were surveyed at a speed between two and five feet per second with x- and y-coordinates and gamma count rates recorded every second. The detector height was held relatively constant at approximately 18 inches above ground surface. Field personnel walked while carrying needed equipment in backpacks.

**Cross Correlation with PIC.** Standard practice is to convert instrument readings into units of exposure rate by comparing measurements at a series of locations with the NaI detector and a Pressurized Ionization Chamber (PIC). The PIC is a very sensitive instrument and is considered a secondary calibration standard when properly calibrated. Because the measurements are made on-site, the correlation is site-specific. Exposure rate ($\mu$R/hr) = (cpm * 0.0006) – 7.4103.
Plotting of the data from the PIC and NaI detectors yielded a strong linear correlation, with an $r^2$ of 0.99.

- The majority of the site exhibits exposure rate data points ranging between 11 and 20 $\mu$R/hr, coinciding closely with the summary statistics provided above for non-outlier ranges. The lower range or subpopulation of readings, ranging from 11 to 14 $\mu$R/hr, occurs in the northern portion of the site, coinciding with lower elevation areas.
- Readings between 14 and 20 $\mu$R/hr, corresponding to the range between the median and the non-outlier range, are found in the majority of the rest of the site (comprising approximately 40 percent of the site area), and appear to coincide with western and eastern drainages
- Elevated levels of radioactivity, as characterized by gamma readings greater than 20,000 cpm (counts per minute) and estimated exposure rates greater than 20 $\mu$R/hr, appear to be limited to three areas:
  - 1) An area in the southern portion of the site (south of the proposed mill area), located just north of and adjacent to the off-site topsoil pile. The approximate center of this area is located at 2061345.351 (easting) and

BLM_0036742

1591443.987 (northing). The interpolated exposure rates in this area range from 15.0 – 28.0 µR/hr.

- o 2) An area in the southwestern portion of the site, near the reach of the western drainage. This area is characterized by sparse vegetation, topsoil is present at depths exceeding one centimeter, and surficial deposits of fine-grained material appear to exist. The approximate center of this area is located at 2059711.097 (easting) and 1592152.881 (northing). The interpolated exposure rates in this area range from 15.2 – 44.4 µR/hr.
- o 3) Isolated points in the upper reaches of the eastern drainage, which are much more localized and less extensive than those noted above.

Patterns of slightly elevated radioactivity are also apparent in the three site drainages, where exposure rates range from approximately 15 to 17 µR/hr.

There is much more detailed discussion of anomalies found in the far south and southwest portions of the site in the report.

## Soil Sampling

**Surface Soil Sampling.** The soil sampling strategy for the Piñon Ridge site consisted of biased and random sampling at 80 locations. Biased samples were collected at 34 locations. Initial placement was focused on the proposed process areas (especially the mill area), drainages and areas where potential offsite impacts from nearby mines would be expected to accumulate. Additional locations were determined based on the gamma survey results (i.e., at locations exhibiting elevated radioactivity). Five of the 34 biased locations, two within the proposed mill area, two within the proposed evaporation pond area and one within the tailings area were sampled at depth (15-30 cm and 30-100 cm). Random samples were collected at the 46 locations.

Additionally, shallow (0-15 cm) surface soil samples were collected at the five air monitoring station (AMS) locations. Two AMS samples (AMS-04 and AMS-05) were collected offsite, approximately three miles northwest and southeast of the site, respectively. Given the diurnal nature of winds, at various times these stations would be representative of downwind and upwind locations. Corresponding soil sample results represent a preoperational baseline to compare soil samples collected at the same location and depth during the operational phase of the mill.

Consistent with Reg. Guide 4.14, the majority of baseline soil samples were analyzed for $^{226}$Ra only. A small subset was analyzed for an extended suite of analytical parameters, consisting of $^{228}$Th, $^{230}$Th, $^{232}$Th, Natural Uranium (U-Nat), and $^{210}$Pb.

Most of the surface $^{226}$Ra concentrations measured at the Piñon Ridge site are less than two pCi/g (picoCuries per gram — a picoCurie is to a Curie as a penny is to $10 billion. A Curie was originally based on the amount of radioactivity in one gram of pure $^{226}$Ra). Although most of the site exhibits $^{226}$Ra concentrations of approximately one pCi/g, areas in the southern portion of the site exhibit radiological anomalies from natural and potentially historic anthropogenic sources within the area. Additionally, as discussed in

[DA — 73]

BLM_0036743

Section 3, slightly elevated levels of surface soil $^{226}$Ra concentrations are apparent in all three major drainages—the western, central and eastern drainage. The median of the surface soil $^{226}$Ra data set is 0.97 pCi/g, with a corresponding non-outlier range of 0.13 to 2.6 pCi/g. The median is comparable to the mean of the data set excluding the outliers (0.98 pCi/g). Data for the other analytes is presented later.

**All Surface Data, Including AMS Onsite Locations**

| | | Valid N | Mean | Lower 95% UCL | Upper 95% UCL | GM | Median | Minimum | Maximum | Lower Quartile | Upper Quartile |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ra-226, All Data | | 83 | 1.96 | 1.08 | 2.84 | 0.99 | 0.97 | -0.01 | 24.00 | 0.52 | 1.60 |
| Ra-226, exc. extreme outliers | Ra-226 < 7.1 | 79 | 1.15 | 0.94 | 1.35 | 0.86 | 0.93 | 0.13 | 4.70 | 0.50 | 1.50 |
| exc all outliers | Ra-226 < 3.6 | 75 | 0.98 | 0.84 | 1.12 | 0.79 | 0.87 | 0.13 | 2.60 | 0.49 | 1.30 |
| **Biased Data** | | | | | | | | | | | |
| Ra-226 | | 34 | 2.70 | 0.74 | 4.66 | 1.19 | 1.10 | -0.01 | 24.00 | 0.64 | 1.70 |
| Ra-226 | Ra-226 < 7.1 | 31 | 1.17 | 0.83 | 1.50 | 0.92 | 0.94 | 0.18 | 4.70 | 0.60 | 1.60 |
| exc all outliers | Ra-226 < 3.8 | 30 | 1.05 | 0.81 | 1.28 | 0.87 | 0.90 | 0.18 | 2.40 | 0.60 | 1.50 |
| **Random Data** | | | | | | | | | | | |
| Ra-226, all data | | 46 | 1.15 | 0.86 | 1.44 | 0.85 | 0.93 | 0.13 | 4.60 | 0.45 | 1.50 |
| Ra-226, exc. extremes ( n=0) | Ra-226 < 7.1 | 46 | 1.15 | 0.86 | 1.44 | 0.85 | 0.93 | 0.13 | 4.60 | 0.45 | 1.50 |
| Ra-226, exc. outliers & extremes | Ra-226 < 3.6 | 43 | 0.95 | 0.76 | 1.13 | 0.76 | 0.83 | 0.13 | 2.60 | 0.40 | 1.30 |

GM = Geometric Mean

**Subsurface Soil Sampling.** Subsurface samples (15–30 cm, and 30–100 cm) were collected at six locations. Two of the locations had $^{226}$Ra concentrations > 1 pCi/g, the remainder were below 1 pCi/g. No trends were discerned.

**Other Radionuclides**. Consistent with Reg. Guide 4.14, 18 samples were analyzed for natural uranium (U-nat), $^{230}$Th, and $^{210}$Pb in addition to $^{226}$Ra. Concentrations correlate well to the $^{226}$Ra results.

[DA — 74]

| Sample ID | Depth (cm) | Date | Ra-226 pCi/g | Ra-226 Error (+/-) | Th-230 pCi/g | Th-230 Error (+/-) | Th-232 pCi/g | Th-232 Error (+/-) | U-Nat mg/kg | U-Nat pCi/g | Pb-210 pCi/g | Pb-210 Error (+/-) | LLDs Ra-226 | LLDs Th-230 | LLDs Th-232 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRB-01* | 0-15 | 10/22/07 | -0.01 | 0.1 | 0.1 | 0.4 | 0.3 | 0.39 | 0.62 | 0.42 | 0.17 | 1.0 | 0.35 | 0.62 | 0.24 |
| PRB-02A | 0-15 | 10/22/07 | 7.1 | 0.4 | 8.20 | 1.1 | 0.65 | 0.46 | 18.7 | 12.7 | 7.31 | 2.0 | 0.25 | 0.65 | 0.25 |
| PRB-02B | 15-30 | 10/22/07 | 4.0 | 0.4 | 2.90 | 0.7 | 0.32 | 0.37 | 4.21 | 2.85 | 2.79 | 2.0 | 0.45 | 0.57 | 0.22 |
| PRB-02C | 30-100 | 10/22/07 | 1.4 | 0.3 | 1.50 | 0.6 | 0.4 | 0.38 | 2.42 | 1.63 | 1.70 | 2.0 | 0.38 | 0.53 | 0.22 |
| PRB-03 | 0-15 | 10/22/07 | 0.64 | 0.2 | 0.96 | 0.5 | 0.13 | 0.35 | 1.94 | 1.31 | 2.98 | 2.0 | 0.46 | 0.59 | 0.22 |
| PRB-10 | 0-15 | 10/22/07 | 4.7 | 0.54 | 6.6 | 0.97 | 0.19 | 0.37 | 19.3 | 13.1 | 7.36 | 2.0 | 0.67 | 0.62 | 0.24 |
| PRB-25B* | 15-30 | 10/24/07 | 0.71 | 0.2 | 0.13 | 1.0 | 0.64 | 0.64 | 0.57 | 0.39 | 1.96 | 2.0 | 0.46 | 0.63 | 0.37 |
| PRB-25C* | 30-100 | 10/24/07 | 0.46 | 0.2 | 0.6 | 0.5 | 0.47 | 0.4 | 0.6 | 0.41 | 0.25 | 2.0 | 0.53 | 0.6 | 0.23 |
| PRR-03 | 0-15 | 10/22/07 | 0.4 | 0.15 | -0.02 | 0.34 | 0.41 | 0.37 | 0.57 | 0.39 | 1.64 | 2.0 | 0.30 | 0.55 | 0.21 |
| PRR-25 | 0-15 | 10/23/07 | 1.9 | 0.61 | 0.89 | 1.34 | 0.57 | 0.43 | 2.0 | 1.35 | 0.54 | 0.62 | 0.54 | 0.62 | 0.24 |
| PRR-39 | 0-15 | 10/24/07 | 0.65 | 0.22 | 0.49 | 0.43 | 0.41 | 0.39 | 0.66 | 0.45 | 1.71 | 2.0 | 0.49 | 0.58 | 0.22 |
| PRR-43* | 0-15 | 10/24/07 | 0.26 | 0.19 | 0.53 | 0.45 | 0.24 | 0.37 | 1.26 | 0.85 | 1.24 | 1.0 | 0.59 | 0.60 | 0.23 |
| PRR-46* | 0-15 | 10/23/07 | 0.92 | 0.22 | 1.0 | 0.47 | 0.52 | 0.38 | 1.65 | 1.11 | 2.06 | 1.0 | 0.39 | 0.54 | 0.21 |
| AMS-01 | 0-5 | 10/24/07 | 0.2 | 0.17 | 0.47 | 0.46 | 0.52 | 0.43 | 1.4 | 0.77 | 1.82 | 1.0 | 0.34 | 0.63 | 0.24 |
| AMS-02* | 0-5 | 10/24/07 | 17.00 | 0.69 | 1.50 | 0.54 | 0.53 | 0.4 | 52.10 | 35.3 | 21.31 | 4.0 | 0.39 | 0.57 | 0.22 |
| AMS-03 | 0-5 | 10/24/07 | 1.2 | 0.36 | 6.5 | 0.94 | 0.34 | 0.38 | 14.1 | 9.55 | 7.35 | 2.0 | 0.68 | 0.59 | 0.23 |
| AMS-04 | 0-5 | 10/25/07 | 0.21 | 0.25 | -0.05 | 0.37 | 0.43 | 0.41 | 0.47 | 0.32 | 2.1 | 2.0 | 0.64 | 0.61 | 0.23 |
| AMS-05 | 0-5 | 10/25/07 | 0.36 | 0.14 | 0.4 | 0.4 | 0.35 | 0.35 | 1.2 | 0.81 | 1.14 | 2.0 | 0.3 | 0.53 | 0.2 |
| *Summary Statistics* | | | | | | | | | | | | | | | |
| *Minimum* | | | -0.1 | | -0.05 | | 0.13 | | 0.47 | 0.32 | 0.17 | | | | |
| *Maximum* | | | 17 | | 8.20 | | 0.65 | | 52.10 | 35.30 | 21.31 | | | | |
| *Mean* | | | 2.3 | | 1.82 | | 0.4 | | 6.86 | 4.65 | 3.64 | | | | |
| *Std. Dev.* | | | 4.1 | | 2.55 | | 0.1 | | 12.90 | 8.74 | 4.98 | | | | |
| *Mean w/o max* | | | 1.5 | | 1.44 | | 0.4 | | 4.20 | 2.85 | 2.60 | | | | |
| *Std. Dev. w/o max* | | | 2.0 | | 2.05 | | 0.1 | | 6.43 | 4.36 | 3.42 | | | | |

Notes: * Denotes that a corresponding QA/QC sample was collected (see Table 5.1 for results).
Refer to the preceding table (Table 4.7) for Ra-226 summary statistics, as a summary based on the truncated data set above would not be reflective of the entire soil Ra-226 data set.
For U-Nat, Method Detection Limits (MDLs) and Practical Quantitation Limits (PQLs) were all 0.05 mg/kg and 0.3 mg/kg, respectively.

**Gamma Exposure Rate to 226Ra Correlation.** A gamma-soil radium correlation was established using the surface soil analytical results for all biased and random soil sample locations where gamma measurements were taken (n=79). One-minute integrated direct radiation measurements were collected at each of these locations, using the same radiation detection equipment used in the GPS gamma survey. These gamma survey point data were then correlated to soil $^{226}$Ra concentrations. These data were then interpolated using geostatistical natural neighbor estimation methods. As expected, these figures demonstrate the same spatial trends discussed above for exposure rates. Elevated areas, with estimated soil $^{226}$Ra concentrations exceeding 1.25 pCi/g, correspond to the areas defined above (i.e., the southern/southeastern portion of the site and portions of the western drainage).

**Radon Flux and Ambient Radon Monitoring.** Radon ($^{222}$Rn) emission rates were measured from nine locations within the proposed tailings area shown (soil samples coinciding with $^{222}$Rn flux measurements).

Nine canisters were deployed in the fall 2007, spring 2008 and summer 2008. These canisters were analyzed using U.S. Environmental Protection Agency (USEPA) Test Method 115, *Monitoring for Radon-222 Emissions*. Sampling for all periods yielded an average flux of 1.7 picocuries per meter squared second (pCi/m2-s). Radon-222 flux rates ranged between 0.41 and 3.78 pCi/m2-s. These values are one to two orders of magnitude below the National Emissions Standards for Hazardous Air Pollutants (NESHAPS) requirements of 20 pCi/m$^2$-s specified in 10 CFR 40, Appendix A, Criterion 6. Although the latter requirement applies to tailings and thus is not directly germane to this

BLM_0036745

characterization, it is useful as a context to demonstrate the relative magnitude of baseline radon flux levels measured in the central portion of the site. No correlation between $^{222}$Rn flux and $^{226}$Ra soil concentration data is evident.

Passive track etch detectors were placed at each of the five AMS locations to measure $^{222}$Rn air concentrations. Three AMS locations are on the site property. The remaining two locations are off-site and are located upwind and downwind from the site. The $^{222}$Rn measurements were collected for more than a year, March 8, 2008 through July 1, 2009, with detectors exchanged quarterly.

The ambient radon monitoring results are listed in Table 4. Quarter 1 ambient radon concentrations ranged from 0.6 to 0.9, averaging 0.8 pCi/L. Quarter 2 ambient radon concentrations ranged from 1.7 to 1.9, averaging 1.8 pCi/L. Quarter 3 concentrations ranged from 1.6 to 3.2, averaging 2.0 pCi/L. Quarter 4 concentrations ranged from 3.3 to 4.1, averaging 3.7 pCi/L. Quarter 5 concentrations ranged from 0.7 to 1.3, averaging 0.9 pCi/L.

There appear to be no spatial trends in the data set, other than the levels are within the same order of magnitude across the AMS locations.

### Table 4: Ambient Radon Monitoring Results

| Location | Starting Date | Ending Date | Radon-222 Conc. (pCi/L) | Error ± (pCi/L) | Percent Effluent Conc. | Average Rn-222 Conc. (pCi/L) | Standard Deviation of Average (pCi/L) | Minimum Rn-222 Conc. (pCi/L) | Maximum Rn-222 Conc. (pCi/L) |
|---|---|---|---|---|---|---|---|---|---|
| AMS-1 | 3/8/08 | 7/1/08 | 0.9 | - | 900 | 1.9 | 1.2 | 0.9 | 3.8 |
| | 7/1/06 | 10/1/08 | 1.9 | - | 1900 | | | | |
| | 10/1/08 | 1/1/09 | 1.8 | - | 1800 | | | | |
| | 1/1/09 | 4/3/09 | 3.8 | 0.2 | 3800 | | | | |
| | 4/3/09 | 7/1/09 | 0.9 | 0.9 | 900 | | | | |
| AMS-2 | 3/8/08 | 7/1/08 | 0.9 | - | 900 | 2.2 | 1.2 | 0.9 | 3.8 |
| | 7/1/08 | 10/1/08 | 1.9 | - | 1900 | | | | |
| | 10/1/08 | 1/1/09 | 3.2 | - | 3200 | | | | |
| | 1/1/09 | 4/3/09 | 3.8 | 0.2 | 3800 | | | | |
| | 4/3/09 | 7/1/09 | 1.3 | 0.1 | 1300 | | | | |
| AMS-3 | 3/8/08 | 7/1/08 | 0.6 | - | 600 | 1.7 | 1.4 | 0.6 | 4.1 |
| | 7/1/08 | 10/1/08 | 1.7 | - | 1700 | | | | |
| | 10/1/08 | 1/1/09 | 1.6 | - | 1600 | | | | |
| | 1/1/09 | 4/3/09 | 4.1 | 0.2 | 4100 | | | | |
| | 4/3/09 | 7/1/09 | 0.7 | 0.8 | 700 | | | | |
| AMS-4 | 3/8/08 | 7/1/08 | 0.9 | - | 900 | 1.8 | 1.1 | 0.9 | 3.6 |
| | 7/1/08 | 10/1/08 | 1.7 | - | 1700 | | | | |
| | 10/1/08 | 1/1/09 | 1.7 | - | 1700 | | | | |
| | 1/1/09 | 4/3/09 | 3.6 | 0.2 | 3600 | | | | |
| | 4/3/09 | 7/1/09 | 0.9 | 0.1 | 900 | | | | |
| AMS-5 | 3/8/08 | 7/1/08 | 0.8 | - | 800 | 1.9 | 1.0 | 0.8 | 3.3 |
| | 7/1/08 | 10/1/08 | 1.8 | - | 1800 | | | | |
| | 10/1/08 | 1/1/09 | 1.8 | - | 1800 | | | | |
| | 1/1/09 | 4/3/09 | 3.3 | 0.2 | 3300 | | | | |
| | 4/3/09 | 7/1/09 | 0.9 | 0.1 | 900 | | | | |

[DA — 76]

**Environmental Dose Rate Measurements.** Optically Stimulated Luminescence (OSL) dosimeters were placed at each of the five air monitoring locations to measure external ionizing radiation exposure. These exposure measurements were collected for a year with dosimeters exchanged quarterly by EFR personnel.

Assuming a μR/hr to μrem/hr conversion of 1, the ambient gamma dose rate monitoring results are consistent with the exposure rate results presented in Section 3.0 above. The ranges of observed gamma dose rates are 11.6 to 14.5 μrem/hr and 11 to 19 μR/hr as measured using the OSLs and PIC (via correlation of gamma count rates), respectively. All dose rates are within the average worldwide exposures to natural radiation sources comprised of cosmic radiation, cosmogenic radionuclides and external terrestrial radiation reported in the United Nations Scientific Committee on the Effects of Atomic Radiation (UNSCEAR) *Report to the General Assembly, Sources and Effects of Ionizing Radiation, Annex B.* The typical ranges of average worldwide exposures reported in this reference document are to 60 to 160 millirem per year (mrem/yr).

### Table 5: Ambient Gamma Dose Rates

| Location | Period (Quarter) | Dose (mrem) | Average Dose per Monitoring Period (mrem) | Projected Annual Dose (mrem) |
|---|---|---|---|---|
| AMS-01 | 3rd QTR 2008 | 27.0 | 25.5 | 101.8 |
| | 4th QTR 2008 | 23.2 | | |
| | 1st QTR 2009 | 24.3 | | |
| | 2nd QTR 2009 | 27.3 | | |
| AMS-02 | 3rd QTR 2008 | 36.2 | 31.8 | 127.2 |
| | 4th QTR 2008 | 30.1 | | |
| | 1st QTR 2009 | 31.1 | | |
| | 2nd QTR 2009 | 29.8 | | |
| AMS-03 | 3rd QTR 2008 | 30.0* | 30.2 | 120.8 |
| | 4th QTR 2008 | 30.1 | | |
| | 1st QTR 2009 | 30.0 | | |
| | 2nd QTR 2009 | 30.7 | | |
| AMS-04 | 3rd QTR 2008 | 31.2 | 28.4 | 113.4 |
| | 4th QTR 2008 | 25.5 | | |
| | 1st QTR 2009 | 27.0 | | |
| | 2nd QTR 2009 | 29.7 | | |
| AMS-05 | 3rd QTR 2008 | 34.0 | 31.3 | 125.1 |
| | 4th QTR 2008 | 30.1 | | |
| | 1st QTR 2009 | 28.8 | | |
| | 2nd QTR 2009 | 32.2 | | |

Notes:* Dosimeter was damaged during processing; result is an estimated value from the laboratory.

**Vegetation Sampling.** One vegetation sample was collected at each of the five AMS locations during the sampling periods described above. Samples were collected using grass clippers or shears and placed in large plastic lawn bags, labeled appropriately, and stored in a laboratory-supplied cooler until transferred to the laboratory. Only vegetation available to and likely eaten by locally grazed livestock was collected. No segregation by common or genus/species names was performed. The samples were analyzed for $^{226}$Ra, $^{230}$Th, U-Nat, $^{210}$Pb, and $^{210}$Po.

$^{226}$Ra and $^{230}$Th concentrations were detected at concentrations comparable to, and sometimes below the corresponding method detection limit (MDL). $^{226}$Ra concentrations ranged from 0.03 to 0.6 pCi/g; those for $^{230}$Th from –0.2 to 1.2 pCi/g. U-Nat

[DA — 77]

BLM_0036747

concentrations ranged from 0.08 to 2.41 mg/kg (equivalent to 0.05 to 1.6 pCi/g. $^{210}$Pb and $^{210}$Po concentrations were somewhat higher. $^{210}$Pb concentrations ranged from 1.4 to 6.6 pCi/g, with the maximum concentration measured at the on-site location AMS-02. $^{210}$Po concentrations ranged from 0.2 to 4.3 pCi/g. The maximum $^{210}$Po concentration was measured at offsite location AMS-04.

Comparison with corresponding soil sample results yields no apparent relationship.

Radionuclide concentrations were highest in on-site soil sample AMS-02, located in the southeastern portion of the site. The corresponding vegetation sample collected at this location actually had the lowest radionuclide concentrations of the five samples collected.

**Summary of Baseline Radiation Survey.** The majority of the site is characterized by surface $^{226}$Ra concentrations < 2.6 pCi/g, with a central tendency of 1 pCi/g. Areas in the southern portion of the site exhibit higher levels of radioactivity in drainage areas due to natural processes and possibly anthropogenic sources from nearby mines.

The southern quarter of the site exhibits radiological anomalies from natural and possibly historic anthropogenic sources within the area. The natural source of the elevated radioactivity in the southern portion of the site originates from erosion of the Salt Wash member of the Morrison formation, which outcrops along the flank of the mesa south of the site. This natural source is evident by the elevated radioactivity within the drainages, especially in the extreme southern portion of the site where alluvial fans contain predominantly pebbles and cobbles of conglomeratic sandstone and sandstone with small clay galls. This detritus can be traced back to the exposed Morrison and Burro Canyon formations located further up the mesa. It should be noted that quarterly sampling of surface water in those drainages shows transport of uranium in the drainages.

Potential historic anthropogenic sources within the area include:
- Runoff and windblown dust from former ore stockpiles and existing waste rock dumps at the underground uranium mines located south of the site. These mining activities could have increased erosion and contributed higher levels of radioactivity (especially from the ore stockpiles) to the drainages.
- Runoff from the topsoil stockpile placed in an 80-acre parcel just south of the site in 1980 from an open pit uranium mining operation. The area stripped of the topsoil contained several drainages, which likely contained alluvial materials from the mesa to the south with higher radiation levels similar to those observed at the site.

Radionuclide concentrations in vegetation are near MDLs and do not correlate to radionuclide concentrations in soil for the same sample locations. Ambient radon-222 concentrations are within the expected ranges for this geographical area.

[DA — 78]



Figure 3.1  October 2007 Gamma Survey Results and PIC Locations

**Figure 18: October 2007 Gamma Survey Results and PIC Locations**

[DA — 79]

BLM_0036749



Figure 3.2 Map of Exposure Rates Based on October 2007 Gamma Survey

**Figure 19: Map of Exposure Rates Based on October 2007 Gamma Survey**

[DA — 80]

BLM_0036750



Figure 4.4  Piñon Ridge Baseline Field Investigation Soil Sample Results - All Locations Overlaying Exposure Rates

**Figure 20: Piñon Ridge Baseline Field Investigation Soil Sample Results – All Locations Overlaying Exposure Rates**

[DA — 81]

## Vegetation Survey.

The vegetation survey is conducted for baseline purposes and to identify any potentially environmentally protected species. Data were collected by contract biologists during a four-season ecological survey to characterize the baseline conditions of the site for inclusion in the Environmental Report (ER). Biologists used the line-transect method to collect site-specific vegetation data, which is the preferred method for assessing medium to large sites. The biologists conducted field studies on a seasonal frequency equating to a four-season survey. All transects were observed during each of the four seasons. Those seasons include summer 2007, fall 2007, winter 2007/08 and spring 2008.

Three distinct ecotones were identified within the site. These ecotones include a piñon-juniper habitat along the bluffs in the southwest portion of the site; a joining, narrow strip of big sage habitat; a native grassland habitat that abuts both the big sage habitats throughout the central portion of the site extending from the northwest corner of the site to the southeast portion of the site; and, another big sage habitat that covers the northeast half of the site. The plants identified at the site during the four-season vegetation surveys are listed in Table 6.

Vegetation of the arroyos was consistent with the specific ecotone in which it lies. The observed difference in vegetation with arroyos versus outside of arroyos was an increase in growth habit due to increased available moisture within the arroyo channels. Vegetation in the arroyos was upwards of three times the size of surrounding vegetation. In addition, this increase in vegetation results in an increase in the wildlife habitat, as it supplies increased cover and forage.

The U.S. Fish and Wildlife Service (FWS) currently has 13 species of plants federally listed as threatened or endangered in the state of Colorado (Bureau of Land Management, 2008). Of these 13 species, only the clay-loving buckwheat is federally listed by the USDA to occur in Montrose County (USDA, 2008). The soils on the site are atypical of the critical habitat soils known for the clay-loving buckwheat. Due to this critical habitat being absent, Kleinfelder believes that the clay-loving buckwheat does not occur on the site. No clay-loving buckwheat was observed during the point count surveys.

In addition, 26 sensitive plants are listed to occur in the Uncompahgre Plateau area. A database and literature search was completed to identify potentially occurring sensitive plants prior to the field surveys to determine if any federal-, state- or nongovernmental organization- (NGO) listed plants could be present or observed on the site. No federal-, state- or NGO-listed species were observed on the site.

Overall, it is concluded that the site has been impacted by past human activities. The vegetation found within the specific habitats on the site is consistent with published literature.

Lastly, no federal or state plant or animal species of concern were observed on the site.

BLM_0036752

**Table 6: Vegetation Survey Results**

| Flora | |
|---|---|
| **Common Name** | **Scientific Name** |
| Trees | |
| Colorado ash | *Fraxinus anomala* |
| one-seeded juniper | *Juniperus monosperma* |
| piñon pine | *Pinus edulis* |
| Shrubs | |
| Utah serviceberry | *Amelanchier utahensis* var. *utahensis* |
| big sage | *Artemisia tridentata* |
| four-winged saltbrush | *Atriplex canescens* |
| mountain mahogany | *Cercocarpus montanus* |
| Mormon tea | *Ephedra virdis* var. *virdis* |
| rabbitbrush | *Ericameria nauseosa* |
| cliff fendler-bush | *Fendlera rupicola* |
| Forbs | |
| curveseed butterwort | *Ceratocephala testiculata* |
| herb sophia** | *Descurainia sophia* |
| redstem stork's bill | *Erodium cicutarium* |
| broom snakeweed** | *Gutierrezia sarothrae* |
| prickly pear | *Opuntia* spp. |
| Russian thistle** | *Salsola iberica* |
| mustard | Family Brassicaceae |
| Grasses | |
| bent-grass | *Agrostis palustris* |
| blue grama | *Bouteloua gracilis* |
| downy brome | *Bromus tectorum* |
| galleta-grass | *Hilaria jamesii* |
| fox-tailed barley | *Hordeum jubatum* |
| witchgrass | *Panicum capillare* |
| sixweeks fescue | *Vulpia octoflora* |

** Noxious Weeds

[DA — 83]

BLM_0036753

## Wildlife Survey.

The site is located within the migratory bird Pacific flyway. The Pacific flyway is the geographic area west of the continental divide to the Pacific Ocean. Montrose County is located within the principal western route of the Pacific flyway. The Dolores River is located northwest of the site within a few miles. Additionally, Paradox Creek is just north of the site within one mile. Most waterways and water courses are utilized by wildlife species as travel corridors. Therefore, isolated occurrences of transitory species (i.e. terrestrial wildlife, eagles, hawks, owls, shorebirds, waterfowl and near-arctic birds) migrating through the site would be expected in addition to the wildlife species that occupy the site.

The United States Forest Service (USFS) has developed a mapping framework to help understand the hierarchical order of all ecosystems. This framework is called the National Hierarchical Framework of Ecological Units (ECOMAP, 1993; Cleland et al., 1997). The site lies within the Colorado Plateau Ecoregion.

Habitat types are indicative of wildlife species expected to occupy those habitats. Terrestrial wildlife such as elk, deer, bear, coyote, fox, etc., prefer habitats that provide seasonal food, cover and water. Avian species occupy habitats that provide nesting and fledging habitats and adjacent feeding areas. Raptors, i.e., eagles, hawks and owls, prefer habitats that provide prey species and other habitats for nesting. The site provides habitats and ecotones for wildlife associated with the big-sage habitat and grassland habitat. No waterfowl are expected to occur on the site due to the lack of perennial water or preferred nesting habitat. It would not be uncommon for waterfowl such as ducks to visit the site after a rain to rest on ponded water.

A four-season survey for wildlife and other natural resources on the site began in the summer of 2007 and was completed in the spring of 2008. In addition, a literature and database review was conducted to identify species common to the natural habitats occurring on the site. No federally threatened, endangered or candidate species were observed during the surveys. In addition, no state species of concern were observed on the site. A bald eagle was observed flying along the portion of Highway 90 that bisects the northern portion of the site.

Four habitats of interest to the Colorado Division of Wildlife (CDOW) were located and identified on the site that are of importance to the area's wildlife resources:

- Severe winter range for mule deer and elk as identified by the CDOW;
  The CDOW (2008) identified the site as an area of severe winter range for mule deer and elk. Severe winter range is an area where mule deer and elk migrate to during severe winter conditions when snow depths at higher elevations are deeper than winter averages and force these species to lower elevations.
  Severe winter range is essential to mule deer and elk survival. The severe winter range typically contains piñon-juniper, sagebrush and grassland habitats. Wildlife typically concentrate in these areas until snow depths decrease in the higher elevations. Both deer and elk were observed on the site during the winter 2007/08

[DA — 84]

BLM_0036754

and spring 2008 survey seasons, but not in high concentrations or during the point count surveys.

- Potentially suitable Gunnison sage grouse habitat as identified by the CDOW; The CDOW (2008) has identified potentially suitable habitat for the Gunnison's sage-grouse in Colorado. The CDOW (2008) indicated that the site is located within potentially suitable habitat of the Gunnison's sage grouse. A viable population of Gunnison's sage-grouse is located to the south and west of the site on Monogram Mesa. Typical habitats preferred by this species are large expanses of sagebrush within grassland interfaces. The site exhibits both of these characteristics. However, no Gunnison's sage grouse were observed on the site.

- Potentially suitable habitat for the western burrowing owl (WBO). Western burrowing owls were observed adjacent to the site. However, no WBO were observed on the site. WBO prefer to utilize existing burrows dug by other small wildlife such as ground squirrel, rabbits and prairie dogs for nesting and fledging. WBO prefer grassland habitat. Both grassland habitat and existing small wildlife burrows were observed on the site, but no WBO were observed.

- Potentially suitable habitat for the Gunnison's prairie dog; The FWS listed the Gunnison's prairie dog as a candidate species in February 2008. Knowles (Knowles. 2002.) identified the range of the Gunnison's prairie dog to include the Paradox Valley. The site is centrally located in the Paradox Valley and contains potential habitat for the Gunnison's prairie dog. However, the Gunnison's prairie dog was not observed on the site. No prairie dog burrows, either active or abandoned, were observed on the Site.

Mammals observed during the four-season surveys include coyotes, black-tailed jackrabbit, eastern cottontail, elk, mule deer and domestic cattle. The above listed mammals are typical for the habitat and ecosystems found on the site.

Birds observed during the four-season point count survey include lark sparrows, dusky flycatchers, cliff swallow, western meadowlarks, mourning dove, western scrub-jay, rubythroated hummingbird, loggerhead shrike, dark-eyed junco, European starling and American crow. The above-listed birds are typical for the habitat and ecosystem found on the site.

The above-listed birds are seasonal visitors or resident birds of the site. No species of concern was observed on the site. However, the bald eagle and the WBO were both observed near the site, but not during the point count bird survey. Therefore, the bald eagle and the WBO are not included in the survey, but they are mentioned as observations.

Overall, the data collected during the four seasons of point count surveys revealed that the Simpson's Diversity Reciprocal Index is low in relation to diversity.

Reptiles observed during the four-season surveys included Eastern fence lizard, five-lined skink and greater short-horned lizard. The above listed reptiles are typical for the habitat and ecosystem found on the site.

[DA — 85]

BLM_0036755

Insects and spiders observed during the four-season surveys included red harvester ant, praying mantis, and Argiope spider. The above-listed insects and spider are typical for the habitat and ecosystem on the site.

No federal threatened, endangered or candidate species were observed on the site. No Colorado species of concern were observed on the site. The literature and database review and the four-season surveys support this finding.

### Biological Survey.

Biologists performed additional field surveys and assessments of wildlife, wildlife habitats and habitats for sensitive plant species on the 80-acre parcel acquired by EFR after the first survey had been done, as the larger parcel was previously surveyed. Surveys were conducted on Aug. 24, 2009. The purpose of the survey was to determine the wildlife and sensitive plant species that occupy the project area (80 acres) at varying periods of the year, and species that would potentially be impacted as a result of development and operation of a uranium mill. Factors considered include: 1) absence or presence of wildlife and plant species including Gunnison's prairie dog, western burrowing owl, Colorado hookless cactus, sensitive plants, raptors and migratory birds; 2) the existing natural vegetation community.

No sage grouse or sage grouse sign was observed during the surveys. No other threatened, endangered or sensitive species or sensitive plant species were observed during surveys of the property. Findings of this survey were similar to the previous survey, with the exception that there was evidence that prairie dogs have previously inhabited the property.

One Birds of Conservation Concern (BCC) species was observed during the survey. A pair of Juniper titmice was observed in the woodlands on the southeast side of the 80-acre parcel.

Coyote *(Canis latrans)* and bobcat (*Lynx rufus*) tracks were observed in damp soil in the vicinity of a recent well drilling site on the property. Desert cottontail rabbit *(Sylvilagus audubonii)* and black-tailed jackrabbit (*Lepus californicus*) were also observed during the survey.

### Baseline Survey of Radionuclides in Animal Tissue

The general goal of this work was to develop a characterization of the background, pre-operational levels of naturally occurring radionuclides in selected animal tissues. This effort has involved:

- A preliminary meeting with the Colorado Department of Public Health and Environment, Energy Fuels Resources, Kleinfelder and other parties to define the scope of effort and the sampling and analysis plan,
- Refinement of this initial proposed plan, based on the preliminary meeting,
- Conduct of the actual sampling of animals in the relevant geographic area,

[DA — 86]

BLM_0036756

- Dissection and preliminary preparation of the selected tissues at Colorado State University (CSU),
- Submission of tissues to Paragon Analytics, Inc. of Fort Collins for assay of selected radionuclides,
- Analysis and interpretation of the data generated by Paragon Analytics and
- Preparation of this report on radionuclides in biota to be included in the Environmental Report.

Originally, it was proposed to sample mule deer, range cattle, cottontail rabbits and deer mice in locations as near as practical to the site of the proposed mill. At least three individual animals of each species were to be taken. The taking of mule deer and other wildlife requires a scientific collection license from the CDOW. CSU applied for the collection license in early April 2008, and received it May 19, 2008. However, approval to take mule deer was not given. The CDOW wanted us to first attempt to collect road-killed animals, and failing that, to take animals during the normal big-game hunting season with a regularly purchased license. The scientific collection license, No. 08TR2013, did include jack and cottontail rabbits and other small mammals. The cattle tissues were provided by a local rancher. These animals were allowed to graze the proposed mill site property the previous winter.

The trapping effort for ground squirrels and mice was not successful. Five different habitats were trapped using various trap designs. Baits included peanut butter mixed with rolled oats, and small apple pieces. Focus was placed on areas that exhibited burrow systems, often with numerous entrances. Only those burrow entrances that appeared active, based on tracks and the lack of spider webs, were used for trap sets. Over a three-day period with 36 individual trap sets, only one animal was caught, a kangaroo rat. The reasons for the poor results are not clear. It could have been the lack of time for the animals to adjust to the presence of the traps, a lack of animals (we did not actually see any squirrels or mice, despite being in the field at nearly all hours), the bait or other factors. The carcass of the kangaroo rat was processed and analyzed, but results from this single animal have very limited value.

Given the lack of success in collecting smaller mammals, CSU decided to collect both jack and cottontail rabbits. These species appear to represent the dominant herbivorous mammals on the site, and both could be hunted and consumed by people. These species, being resident to the site yearlong, provide a much better representation of the local radiological conditions than would large game such as deer or elk that mainly use the site during seasonal migration periods. Another advantage of rabbits as indicators is that they are large enough to provide ample tissue for reasonably accurate radionuclide analysis. Smaller mammals would have required pooling of tissues from several individuals in order to have sufficient tissue for a reliable analysis.

Both rabbit species were plentiful and relatively easy to take by 22-caliber rifle in the early morning and late evening hours. The cottontails were most numerous along the southern boundary of the site near the piñon-juniper woodland, while the jack rabbits appeared more numerous toward the northern and central portions of the site, which are

[DA — 87]

BLM_0036757

dominated by sagebrush and grass. Three individuals of each species were taken in representative habitats across the site. Liver, lung, hind leg and shoulder were dissected in the field, double bagged, labeled and placed on ice.

Tissue samples from three cows were taken through arrangements between EFR and a local rancher. The tissues included liver, lung, muscle and bone (scapula). These samples were located in a freezer at Energy Fuels headquarters in Nucla, and were transported in a frozen state to Fort Collins along with the frozen rabbit tissues. They were reportedly grazed on the proposed mill site property the previous winter/early spring.

More precise rabbit and cattle tissue dissections were completed in the laboratory. All samples required chemical digestion in strong acids to obtain the samples in solution form. The different elements were then isolated chemically, prior to further processing.

The uranium contents of bone exceed those of muscle and liver tissue, with seven of the 12 samples containing detectable levels being bone. The results of the $^{230}$Th analyses were below the minimum detectable concentrations. This is not surprising because thorium occurs in the environment in chemical forms that are extremely insoluble, and as a result, its transport through food chains is very low or negligible (Whicker and Schultz, 1982). Results for $^{226}$Ra analyses in bone samples were much more informative and useful than data for the other radionuclides. All bone samples contained $^{226}$Ra at sub-pCi/g levels when expressed on a wet mass basis, but well above the minimum detectable concentrations. The data indicate that the rabbit bone was about three-fold higher in 226Ra than the cow bone samples.

There was no correlation between gamma radiation levels at collection sites and $^{226}$Ra concentrations in rabbit bone. This was not surprising because of the variable home ranges of the animals and other factors that affect tissue concentrations. Based on the abundance of rabbits on the proposed mill site, and the fact that $^{226}$Ra levels are readily measureable in bone with relatively small variability, CSU believes that this animal and radionuclide should be targeted as perhaps the most sensitive and useful indicator of any future changes in radiobiological conditions.

Although the data reflect very low and variable levels of $^{210}$Po in tissues, there was a tendency for the more detectable levels to occur in cow samples, particularly the liver and lung samples. The liver and kidney are known as main repositories of the small amounts of $^{210}$Po that might be found in the body.

Fifteen of 28 samples contained $^{210}$Pb at levels below the minimum detectable concentration, while 13 were above. There were no apparent differences between species, but the differences between tissues were obvious. The pattern was for bone to contain the highest concentration, lung to contain the lowest level and liver concentrations were intermediate.

It appears that monitoring for $^{210}$Pb in animals at the proposed mill site would be more instructive than for $^{210}$Po, although for biological monitoring purposes, uranium and

[DA — 88]

especially $^{226}$Ra should take precedence over the other radionuclides measured in this study.



Fig. 8. Levels of natural uranium measured in animal tissues, in units of μg/kg. Error bars represent one standard deviation based on three samples.

**Figure 21 (Application Figure 8): Levels of natural uranium measured in animal tissues, in units of μg/kg. Error bars represent one standard deviation based on three samples**



Fig. 10. Levels of $^{226}$Ra measured in animal tissues, in units of pCi/g. Error bars represent one standard deviation based on three samples.

**Figure 22 (Application Figure 10): Levels of $^{226}$Ra measured in animal tissues, in units of pCi/g. Error bars represent one standard deviation based on three samples.**

[DA — 89]

BLM_0036759



Fig. 12. Levels of $^{210}$Pb measured in animal tissues, in units of pCi/g. Error bars represent one standard deviation based on three samples.

**Figure 23 (Application Figure 12): Levels of $^{210}$Pb measured in animal tissues, in units of pCi/g. Error bars represent one standard deviation based on three samples.**

# Ground Water and Surface Watering Monitoring Program

The surface water monitoring program consists of four monitoring points located in the dry drainages on the proposed facility. There is no permanent surface water at the proposed facility. The sampling points are below-grade boxes that catch flowing water when large precipitation events occur. The samples are heavily laden with sediment, which is filtered before testing.

A comprehensive quarterly ground water monitoring program will be conducted at the Piñon Ridge site during operation. To the extent possible the current monitoring wells will be part of the program. Additional wells will be added based on the final position of mill features, the location of ground water and regulatory requirements. Quality control, analytical suites, sampling protocols and reporting schedules will be specified to produce data compatible with the existing data set.

# Decommissioning

## Decommissioning and Reclamation

Decommissioning and reclamation of the facility is required by Parts 3, 4, and 18 of the Radiation Regulations. Reclamation plans and financial assurance warranties must be in place prior to commencement of construction or operation of the facility in case the company should not be able to clean up the site for some reason. In order to calculate adequate financial assurance amounts, a comprehensive estimate of the decommissioning and reclamation cost for the site is necessary (as far as possible considering the facility is still under final design.) There are also requirements for decommissioning timeframes in order to discourage facilities becoming orphan sites. In addition to decommissioning the

BLM_0036760

site, there are reclamation requirements to restore the site. The site must be designed to protect the mill tailings impoundments for at least 200 years, with a goal of 1,000 years. It must be designed to be passive in nature, that is, it cannot have active systems for controlling infiltration or runoff. After license termination, the site will be transferred to the U.S. Department of Energy (DOE) Legacy Management Program for long-term surveillance and maintenance. DOE will not accept the site if it has active systems in place.

Details are presented in the Mill Decommissioning Plan, the Tailings Cell Closure Design Report, the Revised Specifications for Closure and Reclamation of Mill Facilities and the Decommissioning and Reclamation Cost Estimate. The original submittals are found in Vol. 13 of the application. The Tailings Cell Closure Design, Revised Figures and Specifications were modified during the review process; the most recent versions from the department web site should be used. The changes, mostly in the design of the final tailings cap and geotechnical specifications, and not specifically related to decommissioning, are discussed further below.

The Mill Decommissioning Plan and financial assurance amounts will be updated when the final designs for the facility are approved. Annual reviews to the financial assurance amounts are a regulatory requirement. Reclamation Plans are reassessed and updated as appropriate on a three-year frequency.

These requirements have evolved over time due to many lessons learned by the NRC and states[2]. The earliest mills were sited and built over the framework of legacy vanadium mines and mills from the late 1800s to early 1900s, and had no siting, design or closure requirements. There were no considerations given to cleanup or bonding for many years. Requirements for financial assurance were introduced as part of UMTRA in 1978. Even then, the amounts for decommissioning were often insufficient to close the site.

NRC policy was somewhat linear in its approach for decades. Mills were constructed, then operated, then decommissioned. In reality, the mills would be built and then operated sporadically; and would often go into standby for years. Sometimes they would operate again, but often they never operated again, and by that time the surety amounts were insufficient. NRC did not require comprehensive surveys of contamination for calculating surety; rather sites were monitored to ensure dose limits were not exceeded during the operational phase. NRC required the full characterization about a year prior to operations ending. Large volumes of undocumented soil and ground water contamination existed at many of these sites. By the time the large volumes had been discovered, the mills either had no money or determined they could not afford to fix the problem, and would instead declare bankruptcy. This situation resulted in numerous sites having inadequate financial assurance. NRC recognized these problems, and has made changes

---

2 See SECY-03-069 for a discussion of lessons learned from the License Termination Rule. Subsequent documents have also been issued on this topic. Most recently, USNRC has promulgated the Decommissioning Planning Rule, which requires monitoring of the site for chronic releases and having adequate surety.

BLM_0036761

to its regulations and guidance that Colorado as an Agreement State has also adopted. NRC has issued a three-volume set of guidance on decommissioning that is used in designing the decommissioning of the site. The NUREG-1757 series *Consolidated Decommissioning Guidance*, outlines requirements for decommissioning plans as well as final survey requirements and financial assurance requirements. It supplements older guidance that specifically addresses uranium recovery.

The lessons learned have been applied at Piñon Ridge. The facility is designed to contain all liquids and monitor for chronic leaks so as to have a handle on the amount of potentially contaminated soils at the facility. All impoundments have composite liner systems and leak detection systems. Windblown dusting is controlled by an active dust control program. EFR is required to provide financial assurance in an amount acceptable to the department prior to construction or operation. The various aspects of the decommissioning and reclamation phase are described below.

## Timeliness in Decommissioning

The Colorado Department of Public Health and Environment has timeliness in decommissioning requirements for uranium recovery facilities in Part 3.16.3 of the Radiation Regulations. These requirements were adopted after numerous mills were left on standby rather than cleaned up for economic reasons. Some of those sites became orphan sites. The regulations spell out requirements for notification, delivery of plans and completion of work. Alternate schedules can be approved by the department for good cause. Portions of the site can be cleaned up if they are no longer going to be used rather than waiting to decommission the entire site at once. Additional time is often required with respect to the final cap. It may take up to two years to dewater an impoundment enough to place the final cap. EFR has considered these requirements in its decommissioning schedule. The commitments in the application meet these requirements.

## Decommissioning Plan

A Mill Decommissioning Plan is required by Part 3 of the Radiation Regulations as well as Part 18. It is provided in Vol. 13 of the application. According to Part 3, the plan must have:

1. A description of the conditions of the site, separate buildings and/or outdoor areas sufficient to evaluate the acceptability of the plan. The plan has this information, in great detail. Department staff spent considerable time on the review of the mill circuits, equipment and secondary containment efforts. The impoundments are designed to mitigate leaks. The plan anticipates design and operations for about 40 years, at which time the site will be decommissioned.
2. A description of planned decommissioning activities and a schedule for completion. At this time, the list of planned activities is at a high level, which is to be expected since the site has yet to be constructed. EFR commits to all the required deliverables. In general, activities are discussed in the plan and will include:
   - Preparation of the Detailed Decommissioning Plan;
   - Removal of  uncontaminated systems, equipment and structures;
   - Removal of contaminated systems and equipment;
   - Removal of contaminated structures;

[DA — 92]

- Soil remediation;
- Surface restoration;
- Surface and ground water protection.
- More information is found in the revised Specifications.
- A representative schedule and Gantt chart is in the Decommissioning and Reclamation Cost Estimate.

3. A description of methods used to ensure protection of workers and the environment against radiation hazards during decommissioning. EFR commits to a detailed ALARA analysis as part of the final decommissioning plan. The Health and Safety Plan has a procedure for Radiation Work Permits that can also be used for some tasks.

4. A description of the planned final radiation survey. This part of the plan is lacking. Currently, final status radiation surveys must meet strict statistical rigor as outlined in the Multi-Agency Radiation Survey and Site Investigation Manual (MARSSIM) (NUREG-1575). Rather, EFR refers to NUREG 1757. A better description of the scope and cost of the final status survey plans will be developed in the future for final surety estimates.

5. A current detailed cost estimate for decommissioning, comparison of that estimate with present funds set aside for decommissioning, and a plan for assuring the availability of adequate funds for completion of decommissioning.

The Decommissioning and Reclamation Cost Estimate provides a breakout and schedule of reclamation costs. It is based on current estimates provided by contractors who have experience in uranium mill decommissioning. Part 3 of the Radiation Regulations requires certain assumptions are used in making the estimate. It assumes a third-party project management contractor would be hired by the state to oversee the project and the subcontractors used to do the work. It follows NRC guidance on making the estimates. It provides a detailed breakdown of the estimate.

The amount of the surety will be adjusted when the final mill design is presented. The proposed amount will be the basis of the required financial assurance for issuing a draft license.

The plan does not provide any discussion for assuring the availability of adequate funds for completion of decommissioning. This is a crucial requirement of the decommissioning funding plan that is not part of the application. It will be required prior to start of construction as a license condition, as allowed by Part 3.9.6.5, that states in part: "For an applicant, this certification may state that the appropriate assurance will be obtained after the application has been approved and the license issued, but prior to the receipt or possession of radioactive material."

A basic description of the final site condition is provided — the main road and administration building and wells will remain after site closure. Final contour maps are required as a license condition prior to construction. The site will be regraded and revegetated. Most of the site will be available for future use. The final footprint to be transferred to DOE will encompass the impoundment only; the rest of the site will be free-released.

[DA — 93]

BLM_0036763

## Tailing Cell Closure Design Report

Knowledge about the design and performance of caps has improved greatly in the last decade. EPA, DOE and the states have been updating their guidance and implementation of newer designs with respect to caps, particularly in the West. NRC had not updated its guidance in many years, and requested comment on a section on engineered barriers for a revision to NUREG-1757, Vol. 2. Colorado and other stakeholders commented to NRC that its approaches and references were not current. NRC has made considerable efforts to update its understanding of the science and practice of engineered barriers. A conference was held in August 2010 that provided state-of-the-practice information. Department staff participated in that conference. Additionally, DOE Legacy Management staff in Grand Junction have considerable experience with managing caps. Based on this recent experience and information sharing, the department made suggestions for improvements to the cap design.

As a result, the Tailings Cell Closure Design, Revised Figures and Specifications were modified during the review process. The original design was a fairly traditional design that has not performed well at other sites. The cap design is a water balance cap, also known as an evapo-transpiration cap (ET cap). Changes to the rock armor also have been incorporated.

## Disposal Cell Cover Engineering Design

The final cover proposed for the tailings ponds at the Piñon Ridge Mill will deviate significantly from the traditional (e.g., prescriptive) covers that were approved in the past for seven Title I and three Title II radioactive disposal cells in Colorado. Previously approved cover designs, as discussed extensively by DOE (U.S. Department of Energy, 1989), generally consisted of a low permeability radon barrier (typically compacted clay) with a rock-armored top deck and side slope, predominantly designed to resist erosion from surface water and wind. Although erosion protection is a critical element for long-term design considerations, it has been shown that the rock-armored covers tend to enhance water infiltration and biointrusion. While there has never been a cover failure at any of the Colorado Title I or Title II sites (e.g., elevated radon flux, seeps, excessive erosion, slope instability), unwanted vegetation growing within the rock covers has shown to be persistent and requires vigilant maintenance to control. If not controlled, root intrusion from unwanted vegetation can potentially accelerate the physical degradation of a cover through several mechanisms, including wet-dry and freeze-thaw cycles. Macropores left by decomposing plant roots may also provide channels for water percolation. In addition, plant roots seeking moisture may ultimately penetrate the radon barrier, which typically is constructed of compacted clay. Extraction of the radon barrier moisture by plants (transpiration) can challenge the radon barrier's ability to limit radon flux and water infiltration over the long term.

In contrast, the final cover proposed for the Piñon Ridge mill tailings ponds will be a water balance cover (also known as an "evapotranspiration" (ET) or a "store-and-release" cover) with a capillary barrier. The concept of a water balance cover is similar to a sponge — a thick layer of soil will store infiltrating moisture until plant transpiration and

[DA — 94]

BLM_0036764

surface evaporation return the moisture to the atmosphere. Water is stored when precipitation exceeds evapotranspiration, and it is removed during drier periods. According to EPA (U.S. Environmental Protection Agency, 2003), a capillary barrier cover consists of fine-grained soil overlying coarse-grained soil. The differences in the unsaturated hydraulic properties between the two layers minimize percolation into the coarser-grained (lower) layer under unsaturated conditions. The coarser-grained layer forms a capillary break at the interface of the two layers, which allows the finer-grained layer to retain more water than it would without the capillary break.

In a side-by-side comparison, Benson and others (Benson, et. al., 2002) have demonstrated that in semi-arid climates, water balance covers perform as well as or better than conventional barrier covers with respect to percolation rates. Albright and others (Albright, et. al., 2010) estimate that, depending upon various factors including climate, conventional RCRA Subtitle C-compliant composite cover, consisting of a combination of compacted clay/geomembrane/geosynthetic clay liner (GCL), can expect to have percolation up to about four mm/year. For water balance covers, achieving low percolation rates clearly depends on climatic conditions as well as appropriate soil and vegetation design and installation. Extremely favorable climatic conditions exist at the subject site, where annual precipitation is about 10 inches, and annual pan evaporation is about 55 inches. Benson (Benson, 2008) suggests that for sites where the ratio of precipitation/potential evapotranspiration (P/PET) is less than 0.2, expected percolation is essentially zero. The P/PET for this site is about 0.18, making it extremely favorable for success.

With the above background, the proposed cover system for the Piñon Ridge uranium mill tailings ponds was evaluated relative to state-of-the practice for design and construction of such covers, as generally discussed in Albright (2010) and ITRC (Interstate Technology & Regulatory Council, 2003). This evaluation appears below.

**Climate.** The regional and site-specific climatic factors have been appropriately investigated. Critical input parameters for numerical modeling, such as precipitation and evapotranspiration, have been identified. Other climatic factors such as maximum and minimum temperatures, relative humidity, solar radiation and wind have been identified and considered.

**Soil Characterization.** The hydraulic characteristics of the proposed cover soil was appropriately characterized through site-specific testing for saturated hydraulic conductivity properties ($K_{sat}$) (ASTM D5084) and unsaturated hydraulic conductivity, also known as the soil water characteristic curve (SWCC) (ASTM D6836). In addition, other soil properties, such as compaction characteristics, Atterberg limits, grain size distribution and strength were also tested, as discussed above in the Site and Uranium Mill Tailings Characteristics section of this report.

**Vegetation Characteristics.** Vegetation obviously plays a key role in the success of water balance covers. In addition to erosion protection and transpiration, cover vegetation is designed to minimize ongoing maintenance and promote sustainability of the natural or

[DA — 95]

BLM_0036765

near-natural ecosystem. The proposed vegetative species for the Piñon Ridge tailings ponds covers were based on recommendation from the Natural Resources Conservation Services (NRCS), with consideration of design objectives, site-specific conditions and local experience.

**Geosynthetics.** The low permeability geosynthetic currently selected for use in the cover system is a High-Density Polyethylene (HDPE) membrane-supported geosynthetic clay liner (GCL). This is a single product that consists of a relatively thin HDPE geomembrane laminated to a GCL. GCLs consist of a layer of natural sodium bentonite clay encapsulated between two geotextiles. The product was selected primarily for its low hydraulic conductivity and its ability to "self-heal" around penetrations and punctures when hydrated. Specific products have been tested in the laboratory for interface shear strength, and those results have been used in the slope stability evaluation. If alternates to the tested products are ultimately used, then further material-specific testing of the alternative material will be required to verify that the alternative geosynthetic will meet or exceed the design requirements. In addition, conformance testing for physical properties of the actual geosynthetic rolls delivered to the project site will be performed as a component of the quality plan and project specifications.

**Numerical Modeling.** Infiltration modeling for the subject cover was evaluated using the UNSAT-H Version 3.01 code. The UNSAT-H model is valid for this type of analysis, in that it simulates unsaturated flow in a rigorous manner (i.e., solves the Richards' equation) and attempts to capture the physical and biological processes of the cover. Input parameters selected for the model included the soil properties developed through site-specific geotechnical investigations and laboratory testing. Design configurations, compaction requirements, expected vegetation cover and simulation of a bounding range of soil infiltration rates for a several year period were modeled. Based on a conservative surface infiltration rate assumed to reach the geosynthetic liner, the modeling shows that percolation below the liner into the interim cover is very low, about 0.001 mm/year.

**Laboratory Testing, Test Plots, and Design Optimization.** Several potential sources of borrow material for the clean granular soil to be used in the capillary break/drainage layer will be tested in the laboratory. The tests are designed to quantify and compare the capillarity of the candidate materials. The selected material will be used within the test plots described below.

Test plots will be designed, constructed and tested to evaluate the effects of several design variables, including various types or configurations of geosynthetic liners, cover soil thickness and vegetation within the time available for the field test. Percolation will be measured with direct-reading pan lysimeters, similar to those used for the EPA-sponsored Alternative Cover Assessment Project (ACAP). The test cover will be large enough to allow the use of full-sized equipment as well as minimize lateral boundary effects.

The results of the laboratory and field testing will be used to refine and optimize the proposed cover design. Depending on results, additional numerical modeling runs or

[DA — 96]

BLM_0036766

sensitivity analysis may be warranted to more efficiently finalize the cover design. This is a common practice for water balance covers, as they are performance-based rather than prescriptive.

## Technical Evaluation

On the basis of the information presented in the application and the detailed review conducted by the department, the following conclusions are drawn:

- The applicant has acceptably described the slope stability by:
  1) providing cross-sections and profiles of natural and cut slopes in sufficient detail and number to represent significant slope and foundation conditions;
  2) placing tailings mostly below grade;
  3) ensuring that slope steepness for final covers are five horizontal (5h) to one vertical (1v) or less;
  4) providing measurements of static and dynamic properties of soil, rock, and geosynthetics using standards such as those established by the American Society for Testing and Materials (ASTM), International Society of Rock Mechanics (ISRM), or the Geosynthetic Research Institute (GRI); and
  5) selecting locations for slope stability analysis while considering the location of maximum slope angle, slope height, weak foundation, the extent of rock mass fracturing, and the potential for local erosion.
- The slope stability and associated conceptual and numerical models pertaining to design of the impoundments provide an acceptable input to demonstration of compliance with the following criteria in 6 CCR 1007-1, Part 18, Appendix A:
  - Criterion 4(c), which provides requirements for long-term stability of the embankment and cover slopes for tailings;
  - Criterion 4(d), which requires establishment of a self-sustaining vegetative cover or employment of a rock cover to reduce wind and water erosion to negligible levels, and individual rock fragments are suited for the job, and that the impoundment surfaces are contoured to avoid concentrated surface runoff or abrupt changes in slope gradient;
  - Criterion 4(e), which requires the impoundment not be located near a capable fault on which a maximum credible earthquake larger than that which the impoundment could reasonably be expected to withstand might occur;
  - Criterion 5(A)(5), which requires the structural integrity of slopes (dikes) to prevent massive failure of the dikes; and
  - Criterion 6(1), which requires the impoundment designs providing reasonable assurance of control of radioactive hazards to be effective for 1,000 years to the extent reasonably achievable, and in any case for at least 200 years.
- The applicant has acceptably described settlement by evaluating the individual components of the tailings cell, consistent with standard engineering practice.
- The applicant has acceptably evaluated the liquefaction potential based on results from properly conducted laboratory and field tests. The methods used for interpretation of test data are consistent with current practice. The results of evaluation of liquefaction potential and associated conceptual and numerical models present input to a demonstration of compliance with the following criteria in CCR 1007-1, Part 18, Appendix A:

[DA — 97]

BLM_0036767

- - Criterion 4(c), which provides long-term stability requirements for the slopes of tailings embankments and cover; and
  - Criterion 6(1), which requires that impoundment designs provide reasonable assurance of control of radiological hazards to be effective for 1,000 years to the extent reasonably achievable, and in any case for at least 200 years.
- The applicant has acceptably defined the disposal cell cover design by presenting detailed descriptions of the disposal cell material types, including the basis for their selection. The applicant has identified an adequate quantity of on-site borrow material for cover requirements, along with several off-site borrow sources for rock and gravel materials.
- The disposal cell engineering parameters and associated conceptual and numerical models are acceptable and provide input to demonstration of compliance with the following criteria in 6 CCR 1007-1, Part 18, Appendix A:
  - Criterion 4(c), which provides requirements for the embankment and cover slopes for tailings; and
  - Criterion 6(1), which requires that impoundment design provide reasonable assurance of control of radiological hazards to be effective for 1,000 years to the extent reasonably achievable, and in any case, for at least 200 years.
- An acceptable plan for settlement measurement is provided, including proper coverage and placement of settlement measurement stations, durable monitoring monuments, and reasonable monitoring frequencies. All tailings and contaminated materials have been designed to fit within the planned configuration of the Tailings Cells.  Procedures, specifications, and requirements for the various rock and soil materials are provided and shown to be consistent with commonly accepted engineering practices and design specifications.  An acceptable construction sequence, including a reasonable time to completion, has been described.  As described above in the Disposal Cell Cover Engineering Design section, a water balance cover with appropriate vegetation, as recommended by NRCS, is proposed.
- The applicant has acceptably described the construction considerations by providing engineering drawings showing design features, and describing the sources, quantity and quality of on-site borrow materials through the use of acceptable field and laboratory testing.
- The construction considerations and associated conceptual and numerical models demonstrate compliance with the following criteria in 6 CCR 1007-1, Part 18, Appendix A:
  - Criterion 4(c), which provides requirements for the embankment and cover slopes for tailings;
  - Criterion 4(d), which requires establishment of a self-sustaining vegetative cover or employment of a rock cover to reduce wind and water erosion to negligible levels, that individual rock fragments are suited for the job, and that the impoundment surfaces are contoured to avoid concentrated surface runoff or abrupt changes in slope gradient;
  - Criterion 6(1), which requires that impoundment designs provide reasonable assurance of control of radiological hazards to be effective for

[DA — 98]

BLM_0036768

1,000 years to the extent reasonably achievable, and in any case, for at least 200 years; and

- o Criterion 6A(1), which requires that the radon barrier be completed as expeditiously as practical after ceasing operations in accordance with a Division-approved reclamation plan.
- The final cover water balance numerical models and calculations provide an acceptable demonstration of compliance with the following criteria in 6 CCR 1007-1, Part 18, Appendix A:
  - o Criterion 4(c), which provides requirements for the embankment and cover slopes for tailings; and
  - o Criterion 6(1), which requires that impoundment designs provide reasonable assurance of control of radiological hazards to be effective for 1,000 years to the extent reasonably achievable, and in any case, for at least 200 years.
- The flood analysis and investigations adequately characterize the flood potential at the site and that the surface water hydrology and flooding considerations represent a feasible plan for meeting the requirements of 6 CCR 1007-1, Part 18, Appendix A.
  - o Criterion 1, requiring that erosion, disturbance, and dispersion by natural forces over the long-term are minimized and that the tailings are disposed in a manner that does not require active maintenance to preserve conditions at the site;
  - o Criterion 4(a), requiring that upstream rainfall catchment areas are minimized to decrease erosion potential and to resist floods that could erode or wash out sections of the tailings disposal area; and
  - o Criterion 6(1), requiring that the design be effective for a period of 200 to 1,000 years; and Criterion 12, requiring that active maintenance is not necessary to preserve isolation.
- The various erosion protection designs are acceptable and meet the requirements of 6 CCR 1007-1, Part 18, Appendix A.
- The cover design and hydraulic design for the other pertinent features contribute to meet the following requirements of 6 CCR 1007-1, Part 18, Appendix A:
  - o Criterion 1, requiring that erosion, disturbance, and dispersion by natural forces over the long-term are minimized and that the tailings are disposed of in a manner that does not require active maintenance to preserve conditions of the site;
  - o Criterion 4(b), requiring siting design such that topographic features provide good wind protection;
  - o Criterion 4(c), requiring embankments and cover slopes to be relatively flat after stabilization to minimize erosion potential and to provide conservative factors of safety that ensure long-term stability;
  - o Criterion 4(d), requiring that a full self-sustaining vegetative cover reduces wind and water erosion to negligible levels;
  - o Criterion 4(f), requiring the design to promote deposition, where feasible;
  - o Criterion 6(1), requiring the design to be effective for 200 to 1,000 years; and

[DA — 99]

- o Criterion 12, requiring that active on-going maintenance is not necessary to preserve isolation.
- The disposal cell engineering parameters and associated conceptual and numerical models are acceptable and provide input to demonstration of compliance with the criteria in 6 CCR 1007-1, Part 18, Appendix A: Criterion 4(c), which provides requirements for the embankment and cover slopes for tailings; and Criterion 6(1), which requires that impoundment design provide reasonable assurance of control of radiological hazards to be effective for 1,000 years to the extent reasonably achievable, and in any case, for at least 200 years. It may be revised over time as additional information about the performance of caps comes to light.
- The applicant has acceptably defined the disposal cell cover design by presenting detailed descriptions of the disposal cell material types, including the basis for their selection. The applicant has identified an adequate quantity of on-site borrow material for cover requirements, along with several off-site borrow sources for rock and gravel materials. Since the first cover for this proposed facility will not be constructed for about 15 to 20 years, it is impossible to "reserve" a specific commercial source of material until that time. However, the applicant has reviewed the availability and durability of nearby rock sources, and found that sufficient quantities of suitable material are anticipated to be available at the time of reclamation. Appropriate laboratory testing will be performed to confirm the suitability for each potential rock source prior to use for cover construction. The applicant has also provided acceptable schematic drawings and sections displaying the various disposal cell layers and thicknesses. A description of the applicable field and laboratory investigations and testing is provided, including identification of material properties. The properties of the cover material have been measured properly using standards such as ASTM. Details have been provided for the disposal cell termination boundaries and propose geosynthetics and their physical, mechanical and strength properties. Installation methods have been described and expected service life has been justified.
- The applicant has an acceptable program to determine the extent of cleanup using appropriate testing and surveying programs.

## Summary of Impacts from Environmental Impact Analysis

The Environmental Impact Analysis provides details of the evaluation of impacts from the proposed mill. The Energy Fuels application, including the Environmental Report and other studies, has been a primary resource for evaluating impacts from the mill. In addition, information provided by other state agencies, external organizations, and numerous individuals have been used to supplement and supplant the Energy Fuels information. Table 7 summarizes these impacts.

BLM_0036770

## Table 7: Summary of Impact Analysis

| Category | Issue | Significance | Impact |
|---|---|---|---|
| Alternatives | Action or no action | If not approved, neither benefits nor costs would accrue | The environmental analysis concludes that the project has a positive net benefit |
| | Site location | Site selection crosses all impact categories | The Piñon Ridge site was chosen based on regulatory issues, site conditions, access and proximity to occupied properties |
| | Technology | Mill technology and configuration is key to meeting regulatory requirements and optimizing processing | The technology selected provides the highest recovery rate of uranium and vanadium at the lowest price per pound recovered. Mill configuration was selected for processing efficiency, ability to control materials and exposures, regulatory requirements and costs. |
| Facility Layout | Visual, lighting | The scenic and rural nature of the project area could be disturbed | The ponds and tailings cells would have low-profile containment embankments, with the majority of their storage capacity located below the existing ground level. All disturbed areas would be re-contoured and re-vegetated to blend with the natural topography. Lighting would be down-directed to minimize glare and scattering. |
| | Land use | Surrounding land use is for grazing or vacant land. | Montrose County has approved a special use permit for the site to allow milling. The mill construction or operation would have no impact on the current uses of nearby lands. Habitat mitigation will remove some private land from grazing or development. Final closure of the site will permanently remove approximately 100 acres from future grazing or development use. |
| Chemical and radioactivity containment | Exposure controls/ Dose | Workers, members of the public and biological receptors | Material management procedures and facility processes are designed to minimize exposure. Monitoring will be conducted in the facility, at the boundary and off-site. |
| | Spill controls/ response | Uncontrolled releases present different exposure scenarios | Response plans and mechanisms are in place to respond to spills or releases. Hydrologic conditions would limit the extent of spills, and meteorological conditions would limit the extent of releases. |
| | Impoundments | Intrusion by human or biological receptors | Fencing and site security will minimize the potential for human intrusion. Fencing, bird netting and bird balls will minimize the potential for animal intrusion. |
| Water use | Availability | Limited water is available at the site. | Water supplies have been located that can supply the mill process requirements, and potable water will be trucked from Naturita. If required, additional water can be trucked from Naturita. |
| | Depletion of | The Dolores River | Ground water used at the mill accounts for |

[DA — 101]

| Category | Issue | Significance | Impact |
|---|---|---|---|
| | Dolores River water | provides habitat for several threatened or endangered species | less that 1 percent of the low flow in the river. In addition, the BOR desalinization project likely captures ground water from this formation prior to reaching the Dolores River. |
| Access and security | Restricted area | Intentional or unintentional contact with materials or operations | The site is remote and fenced; access to the restricted area is restricted physically and through other controls, including site inspection and surveillance. |
| | Boundary/off-site monitoring | Intentional or unintentional contact with materials or operations | The site is remote and fenced; Gate house controls access; routine surveillance of boundary and surrounding areas. |
| Environmental | Site selection/ land use | Development of the site has inherent impacts on the site ecology | The site was selected to avoid sensitive physical and environmental limitations. The mitigation plan approved by DOW addresses issues associated with the potential Gunnison-sage Grouse habitat and elk overwintering. |
| | Transportation accidents | Releases could occur along roadways and threaten population or the environment | Trucker training and requirements will minimize accidents. Response capability will be improved locally and support can be provided by the mill. Solid and liquid materials spilled to the ground can be retrieved by responders; Solid materials released to waterways may be retrieved, but liquid materials released to waterways will be dispersed. |
| | Hydrology | Activities could interfere with local ground water and surface water. | There is no permanent surface water on the site. The subsurface water comes primarily from waters moving off Davis Mesa to the south, which then flows northwest along the Hermosa Formation to the Dolores River. |
| | Dust controls | Fugitive dust or emissions from the facility could impact offsite areas. | Controls will limit emissions at the site boundary to within regulatory requirements and be protective. Extreme wind events would dilute site emissions significantly, and primary high wind events flow from southwest to northeast, away from populated areas.. |
| | Wildlife | The activities at the site could disturb sensitive species | The mitigation plan approved by DOW addresses issues associated with the potential Gunnison-sage Grouse habitat and elk overwintering. |
| Social and economic | Employment | The mill would create up to 200 jobs during the construction phase and an estimated 85 employees during operation | Energy Fuels estimates that approximately 80 percent of the operations jobs would be filled locally and a lesser percentage during construction. Jobs are scarce in southwest Colorado with unemployment rates above the state average. The mill would generate an additional 228 to 770 indirect and |

[DA — 102]

| Category | Issue | Significance | Impact |
|---|---|---|---|
| | | | induced jobs associated with services to the mill, including transportation, mining and materials and equipment, as well as services to the increased numbers of employees and families. |
| | Transportation | A significant increase in car and truck traffic is expected to and from the site | Energy Fuels will upgrade Highway 90 at the entrance to the mill. The traffic increase does not require additional roadway changes; however, the increased traffic will create an increased need and additional funding for road maintenance. |
| | Housing/land use | The increase in employment will drive the need for local housing | The Nucla/Naturita/Paradox area have relatively high vacancy rates for housing; however, age of available housing may limit its suitability. Water supply limitations probably prevent the addition of housing in the Paradox Valley, but housing growth should be possible in Nucla and Naturita, and in other area communities for commuters. Indirect job increases associated with the uranium mines near LaSal, UT and Gateway, CO will likely cause a need for additional housing in those communities, as well. |
| | Infrastructure | Adequacy of basic infrastructure to handle the increases in population | Nucla and Naturita have adequate water supply and sanitary services, local roads and schools for the anticipated growth. Medical and emergency services and law enforcement may be stretched during construction, and relief through increased tax revenues will be delayed by several years. |
| | Community and social context | Growth will change social structure and demands for community services. | The influx of construction workers will likely overwhelm some local resources and introduce a transient population into the area. The increase in local employment and attendant economic improvements will likely stabilize the community; although the influx of new people and businesses will be disruptive to many established community members and business owners. Induced effects may encourage the development of new businesses or endeavors and could include larger resources for recreational or social organizations and more local people staying local during the day. If the employment decreases or becomes volatile, the impacts on the community would be negative. |
| | Recreation/tourism | The presence of a uranium mill may have a negative perception or | In the West End of Montrose County, recreation, tourism and second homes are not significant contributors to the local economy. The proposed mill could |

[DA — 103]

| Category | Issue | Significance | Impact |
|---|---|---|---|
| | | stigma | potentially compete with other parts of the economy for limited services, present perceived or real environmental or health impacts, or cause direct conflict with resource use. However, the increased availability of local services may cause expansion of the area as a tourism or recreation destination. Areas with tourism as a major part of the economy have existed with uranium and other mineral mines and mills, including Moab, Telluride, and Cañon City. |

[DA — 104]

BLM_0036774

# License Decision

Based on the analyses conducted and documented in the Decision Analysis and Environmental Impact Analysis, the department is granting a radioactive materials license for a 500 ton-per-day uranium mill to Energy Fuels Resources Corporation for the Piñon Ridge project.

The department's evaluation includes a determination of the project's ability to meet statutory, regulatory, and guidance requirements and sound engineering practices. The mill design and operating procedures are keyed to these requirements, as discussed in this document. Furthermore, potential impacts to the environment, economic and social features, and transportation have been considered in the decision and mitigation measures identified, where applicable, as discussed in the Environmental Impact Analysis.

## License Authorizations and Conditions

The facility preliminary license is being issued pursuant to Part 3 of the regulations with all of the conditions authorizing the receipt, possession, use, and transfer of radioactive material that are necessary for an operational uranium recovery facility, along with other additional requirements and conditions that the department has deemed appropriate or necessary for licensees engaged in uranium recovery operations.

The license is subject to all the provisions of the Radiation Control Act, now or hereafter in effect, and to all rules, regulations, and orders of the department. Additionally, the license contains a number of pre-requisite conditions that detail requirements that the department has deemed appropriate or necessary that must be met by the licensee during the pre-construction, construction, and pre-operational phases of facility development. As the facility moves through these phases and moves closer to the operational phase, the license will be amended to revise, remove, and/or add additional conditions to better reflect the current conditions of the facility.

Throughout the entire period of time in which the license is active, the department will incorporate into the license additional requirements and conditions with respect to the licensee's receipt, possession, use, and transfer of radioactive material, as it deems appropriate or necessary in order to minimize danger to public health and safety or property and prevent loss or theft of material. This includes conditions that may require additional reports and record maintenance, and to provide for additional inspections under the license as may be appropriate or necessary.

The license is attached at the end of this document, and descriptions of some of the license conditions are as follows:

**Authorizations:**
Approval is given for a 500 ton-per-day milling operation,

[LD — 1]

BLM_0036775

- to possess and use not more than 100,000 short tons of unrefined and unprocessed ore,
- to process, store, and distribute uranium yellowcake in quantities not to exceed 150 metric tons, and
- to possess and store within the on-site impoundments not more than 1,850,000 cubic yards of tailings or wastes.

## Pre-requisite Conditions:

Pre-construction:
- all applicable permits and other authorizations of local, state and federal agencies having authority over health, safety, and environmental protection
- Department approval of final design and construction plans, including QA/QC, liner testing, etc.

Pre-operational (prior to receipt of any radioactive material):
- Radiation and worker protection procedures and equipment in place and personnel trained in their use.
- All radiation and contamination survey instrumentation and air sampler equipment on site, calibrated, and personnel trained in their use.
- Conduct at least two emergency response exercises involving two different incident scenarios, and involve off-site response agencies in one or more.
- Environmental monitoring procedures and equipment in place and personnel trained in their use.

Routine operations require worker training and monitoring, environmental monitoring, security, documentation and reporting, facility maintenance, material control, emergency or spill response, and other conditions.

The licensee shall maintain compliance in regard to financial assurance in accordance with the requirements of the regulations:

i.  a department-approved financial warranty for decommissioning for $11,070,890 provided as the project is developed ($1,373,900 with the final license; then $2,898,260, $6,401,920, and $396,810 added in six month increments during construction and prior to receipt of ore) and shall remain in effect for the duration of the license;

ii. a long-term care fund in the amount of $827,590 deposited with the state treasury with the final license issuance, and

iii. a Decommissioning Funding Plan will be submitted prior to approval of the final license.

## Decommissioning Cost Estimate and Financial Warranty

The Energy Fuels decommissioning cost estimate is shown in Table 8 and totaled $11,898,480. The department agrees with this total, but will reevaluate the estimate as

[LD — 2]

BLM_0036776

mill construction is completed and operations begin. The estimate is required to be revisited annually once the mill is in operation.

## Table 8: Decommissioning Cost Estimate Summary

| Item Number | Category | Cost Estimate ($) |
|---|---|---|
| **Project Management (Owner's Representative)** | | |
| 1) | Project Management, Engineering And Overhead | 720,410 |
| 2) | Characterize Site Contamination Limits | 334,260 |
| 3a) | Radiation & Ind. Hygiene Programs - Personnel | 315,900 |
| 3b) | Rad. & Ind. Hyg. Programs - Sample Analysis | 263,950 |
| PM Subtotal | | $1,634,520 |
| **Construction Contractor** | | |
| 4) | Contractor Mobilization / Demobilization | 128,880 |
| 5) | Decontamination of Facility | 90,000 |
| 6) | Dewater Tailings | 163,350 |
| 7) | Re-Grade Tailings | 18,450 |
| 8) | Mill Site Demolition | |
| 8a) | Dismantle Facilities for Disposal | 900,000 |
| 8b) | Facilities Disposal in Impoundment | 255,130 |
| 8c) | Ore Pad Disposal in Impoundment | 21,960 |
| 8d) | Strip and Place Mill Facility Soils in Impoundment | 18,490 |
| 8e) | Strip and Place Other Site Soils in Impoundment | 17,640 |
| 8f) | Strip and Place Evaporation Pond Materials | 649,220 |
| 9) | Construct Interim Fill Cover | 144,000 |
| 10) | Grout Seal Leak Impoundment Leak Detection | 14,270 |
| 11) | Construct Tailings Impoundment Cover: | |
| 11a) | Radon Barrier | 548,100 |
| 11b) | Capillary Break Layer | 1,597,740 |
| 11c) | Capillary Break Filter Layer | 798,870 |
| 11d) | Bio-Intrusion Layer | 354,740 |
| 11e) | Erosion Barrier | 120,510 |
| 11f) | Erosion Barrier Rock Mulch Layer | 798,870 |
| 11g) | Rock Blanket | 789,400 |
| 11h) | Embankment Toe Protection | 394,620 |
| 11i) | Drainage Channel Filter Layer | 7,820 |
| 11j) | Drainage Channel Rip Rap | 23,160 |
| 12) | Perform Site Grading: | |
| 12a) | Mill And Ore Pad | 20,250 |
| 12b) | Roads | 405 |
| 12c) | General | 90 |
| 13) | Place Topsoil: All Remaining Areas | 93,510 |
| 14) | Seed and Re-vegetate: | |
| 14a) | Impoundment | 70,380 |
| 14b) | All Remaining Areas | 146,970 |
| 15) | Construction Contractor Support | 637,875 |
| Construction Contract Subtotal | | $8,824,700 |
| **Subtotal: Project Management and Construction Contractor** | | **$10,459,220** |
| 16) | Performance Bond (1%) | 104,590 |
| 17) | Post Closure Monitoring and Maintenance | 233,090 |
| 18) | Decommissioning of Monitoring Systems | 59,130 |
| 19) | DOE Long Term Care | 827,590 |
| 20) | State Administration Fee | 214,860 |
| **Total:** | | **$11,898,480** |

(Piñon Ridge Mill Decommissioning and Reclamation Cost Estimate, October 2009)

[LD — 3]

BLM_0036777

The department reviewed the decommissioning activities and project schedule to determine when decommissioning financial warranties were required. Based on this review, a schedule for providing the decommissioning warranty amounts to be commensurate with the disturbed land and reclamation needs was included in the license, as follows:

Prior to final license (assumed as March 2010), the full long-term care amount ($827,590) will be deposited and warranty for $1,373,900 will be provided. This represents tasks 8e, 8f and 20; and 50 percent of tasks 1 and 3b.

Six months after final license issued, an additional $2,898,260 is due, representing tasks 4, 5, 6, 7, 8a, 8b, 8c and 8d, and 50% of tasks 1, 2, 3a, 3b, 12a, 12b, 12c, 13, 14a, 14b and 15.

Six months later, an additional $6,401,920 is due, representing tasks 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 11g, 11h, 11i and11j, and 50 percent of tasks 2, 3a 12a, 12b, 12c, 13, 14a, 14b and 15.

Six months later, the final increment of $396,810 is due, representing tasks 16, 17, and 18.

As part of the decommissioning warranty review, the indirect cost estimates will be re-evaluated for consistency with other sites.

[LD — 4]

BLM_0036778

# Environmental Impact Analysis

This section uses information from the EFR application, reviewed and supplemented by state staff.

## Site Location and Layout

The site is located in Paradox Valley of western Montrose County, approximately seven miles east of the unincorporated community of Bedrock and 12 miles west of the town of Naturita (Figure 24). The property encompasses approximately 880 acres. The licensed portion of the site, known as the restricted area, lies within the 880 acre property, and occupies approximately 300 acres. The balance of the site is considered buffer area.



**Figure 24: General Site Location (source: Environmental Report)**

The mill facility includes an administration building, a 17-acre mill, tailing ponds totaling approximately 90 acres, a 40-acre evaporation pond (expansion capacity to 80 acres), an approximately six-acre ore storage pad, and access roads (Figure 25).

[EIA — 1]

BLM_0036779



**Figure 25: Site Plan (source: Facility Operations Plan)**

The mill layout is designed to limit access to the restricted area. Secondary buildings are located outside of the restricted area, including the administration building, change house and laboratory building, warehouse, truck shop (including a garage for the onsite ambulance), and guardhouse. The mill operating areas include ore handling and grinding; leaching, thickeners and tailings disposal; uranium solvent extraction and precipitation; vanadium oxidation, solvent extraction and precipitation; and utilities.

## Alternatives to the Proposed Action

### No Action Alternative

Under this alternative, the Energy Fuels Resources (EFR) Radioactive Materials License application for the proposed Piñon Ridge Uranium Mill would be denied. Construction and operation of the conventional mill facilities would not occur, and neither positive nor negative impacts associated with the mill would occur.

[EIA — 2]

## Site Location Alternatives

As described in the Environmental Report, seven potential site locations were evaluated in detail as potential candidates for the location of the mill facility. Two of the seven sites were considered because they were previously used for uranium recovery and waste disposal operations. Other former uranium processing sites were eliminated from consideration after less detailed review. The sites evaluated in detail are:

- Piñon Ridge site — located on 880 acres in Montrose County, Colo. in the Paradox Valley, approximately 12 miles west of Naturita and approximately seven miles east of Bedrock along the northeastern edge of Davis Mesa.
- Former Rio Algom Mill site — located on approximately 758 acres in San Juan County, Utah, four miles south of La Sal and 10 miles from the Colorado/Utah border.
- Pioneer Nuclear site — located on 1,425 acres in San Miguel County, Colo., approximately four miles west of the former town of Slick Rock.
- Durita-Hecla site — located on 160 acres approximately four miles west of Naturita in Montrose County.
- West Durita site — located on 160 acres near Naturita in Montrose County, just northwest of the Durita-Hecla site mentioned above.
- Honeywood site — located on a plateau immediately southeast of Naturita in Montrose County.
- Carver site — located in the Paradox Valley on 900 acres approximately 10 miles southeast of Bedrock and nine miles west of Naturita in Montrose County.

The Piñon Ridge site was chosen based on regulatory issues, site conditions, access, and proximity to occupied properties, as explained in the Environmental Report.

## Technical Alternatives

The alternatives for processing uranium are limited to conventional acid- or alkaline-leach milling, heap leaching, and in-situ leaching. In the case of the Uravan Mineral Belt ores comprising the majority of the feed for this project, conventional-acid leach milling was proposed for the mill because it provides the highest recovery rate of uranium and vanadium at the lowest price per pound recovered.

Mill configuration alternatives were evaluated based on processing efficiency, ability to control materials and exposures, regulatory requirements, and costs. In some cases, process changes were made during the application review based on process control, worker safety, environmental factors, or other concerns.

## Environmental Approvals and Consultation

In addition to the radioactive materials license required under the Colorado Radiation Control Act, the proposed mill requires other approvals:

- Special use permit, Montrose County, issued Sept. 30, 2009
- Building permits and septic system permits, Montrose County

BLM_0036781

- Access permit, Colorado Department of Transportation (CDOT), issued May 2008
- Well permits and water rights, Colorado Department of Natural Resources (DNR), Division of Water Resources
- Aboveground fuel storage tank permits, Colorado Department of Labor and Employment (DOLA), Division of Oil and Public Safety
- Potable water system permit, Colorado Department of Public Health and Environment, Water Quality Control Division (WQCD)
- Construction storm water discharge permit, Colorado Department of Public Health and Environment, WQCD
- Air emissions permits (APENs), Colorado Department of Public Health and Environment, Air Pollution Control Division (APCD)
- National Emissions Standards for Hazardous Air Pollutants (NESHAP), U.S. Environmental Protection Agency (EPA)

The Montrose County Commissioners conducted a public process related to the special use permit for the proposed mill. Comments and documents created during this process were reviewed by the department and department staff attended several county public comment meetings. In addition, local government officials were contacted and provided information, including officials from Montrose County and San Miguel County.

Several state agencies provided information or document review during the process, including:
- Colorado Department of Local Affairs
- Colorado Department of Natural Resources, Division of Wildlife
- Colorado Department of Natural Resources, State Engineer
- Colorado Department of Public Safety
- Colorado Department of Public Health and Environment, Water Quality Control Division
- Colorado Department of Public Health and Environment, Air Pollution Control Division
- Colorado Department of Transportation
- Colorado Office of Archaeology and Historic Preservation

Materials generated by the numerous public meeting or hearings include meeting transcripts or notes, and supplemental information provided at these meetings. Specific meetings included:
- Jan. 21, 2009:   First required public hearing (Nucla)
- Feb. 17, 2010:   Second required public hearing (Montrose)
- Feb. 18, 2010:   San Miguel County Commissioner Meeting (Telluride)
- June 8, 2010:    Public comment meeting (Montrose)
- June 9, 2010:    Public comment meeting (Telluride)
- June 10, 2010:   Availability session (Ophir)
- July 13, 2010:   Public comment meeting (Naturita)
- July 13, 2010:   Availability session (Paradox)

[EIA — 4]

BLM_0036782

Numerous comment letters, e-mails or cards also were received and considered in the development of the license decision.

# Land Use, Locations and Proximity to Nearby Communities and Residences

The site is located in the Paradox Valley of western Montrose County, approximately seven miles east of the unincorporated community of Bedrock and 12 miles west of the town of Naturita. The property boundary for the proposed action encompasses approximately 880 acres, along State Highway (SH) 90. On Sept. 30, 2009, the Montrose County commissioners approved a special use permit for the Piñon Ridge site.

Montrose County, which includes the site, covers approximately 2,200 square miles of southwest Colorado. Most of the land in the county is publicly owned. The Bureau of Land Management (BLM) is the dominant federal land management agency in Montrose County, overseeing 44 percent of the county's surface area. The U.S. Department of Energy (DOE) uranium lease tracts overlap with approximately two percent of U.S. Bureau of Land Management (BLM) administered lands in the county. The DOE has jurisdiction over activities related to uranium and vanadium mining on lease tracts, and the BLM has jurisdiction and authority over all other surface and subsurface uses. National Forest Service (NFS) lands cover 23 percent of Montrose County, National Park lands cover one percent, and state lands cover another one percent. Private lands cover 31 percent of the county.

Major land uses in Montrose County include agriculture, mining, and recreation. Public lands provide the public with multiple use opportunities. Areas of urban concentration are limited to the city of Montrose and town of Olathe, both of which are located on the eastern side of the county. The only other incorporated jurisdictions are the towns of Naturita and Nucla, both of which are located on the western side of the county.

The majority of land in the vicinity of the site is public land administered by the BLM and the U.S. Forest Service (USFS). BLM lands include DOE uranium lease tracts in the Gateway area of Mesa County, Uravan, and Paradox Valley areas of Montrose County, and the Slick Rock area of San Miguel County (U.S. Department of Energy, 2007.). Private lands comprise 30 percent of the land within 50 miles (80 km) of the site. Portions of the San Juan National Forest, Uncompahgre National Forest, Manti-LaSal National Forest, Lizard Head Wilderness Area, Black Canyon of the Gunnison Wilderness Area, Gunnison Gorge National Conservation Area, Arches National Park, and Canyonlands National Park are located within 50 miles (80 km) of the site, The Ute Mountain Indian Reservation covers a portion of Montezuma County, Colo., and the Navajo Indian Reservation covers a portion of San Juan County, Utah; these tribal lands are located more than 50 miles (80 km) away from the site.

Based on information provided by the Montrose County GIS Department, 88 percent of the land within five miles (eight km) of the site is undeveloped land administered by the

[EIA — 5]

BLM_0036783

BLM and 12 percent is privately owned. Some lands within the vicinity of the site, including the site itself, are currently used to graze livestock. Grazing lands in the vicinity of the site are zoned as general agricultural districts, which allow for the placement of an on-site-built or manufactured single family home on the property. Therefore, some grazing lands near the site include a residence and some are vacant. A small portion of land in the immediate vicinity of the site is used for residential and other agricultural purposes. The Cotter JD-7 open pit uranium mine is adjacent to the mill site on the east. The mine is currently inactive.

The climate in the Paradox Valley is arid. Measured precipitation at the site is 12.6 inches per year; average high temperature in December is 45° F, and the average high temperature in July is 96° F for the town of Bedrock (Wikipedia, 2010).

The Paradox Valley is bounded on the north and south by bluffs towering up to 1,500 feet above the valley floor, and the valley floor slopes from the east near the site to the Dolores River, then rises again to the west. The site is at approximately 5,500 feet; the town of Bedrock is located on the west side of the Dolores River at an elevation of approximately 5,000 feet; the town of Paradox is farther west at an elevation of approximately 5,300 feet. The Dolores River crosses the valley from southwest to northeast at Bedrock. The western end of the valley receives surface water runoff from the mountains to the west and ground water flow from the surrounding higher ground, such that springs exist in the bluffs above Paradox. Ground water beneath the west end of the valley flows toward the Dolores River, and is used extensively for irrigated agriculture. As a result, the west end of the valley contains fields, clusters of trees around ditches and streams, and a few orchards. The eastern end of the valley is stark and dry with desert vegetation.

In contrast to the east end of the valley, the west end has scattered homes and farms, either on private wells or the Paradox Pipeline Company water system. The communities of Bedrock and Paradox have small centers of development, but consist primarily of dispersed structures. Only a few residences exist east of the Dolores River and no concentration of structures exists until Vancorum at the intersection of Highway 90 and Highway 141.

There are five operable water wells and one spring completed in the Chinle Formation in the study area. The nearest well is three miles northwest along the flank of the south Paradox Valley. The water from these wells is used for domestic and stock purposes. The greatest extent of ground water impact shown by pump tests at the Piñon Ridge site is 1,000 feet.

The U.S. Bureau of Reclamation's (BOR's) Paradox Valley Unit (PVU) desalinization plant is located on the east side of the Dolores River just south of Bedrock. The BOR's PVU is located approximately 7.5 miles (12 km) west of the site. As part of the Colorado River Basin Salinity Control Project, the PVU is designed to prevent natural salt loads in ground water from entering the Dolores River and degrading the quality of water flowing into the Colorado River. The PVU intercepts brine ground water before it enters the

BLM_0036784

Dolores River and disposes of the brine by deep-well injection. Major project facilities include a brine production well field, brine surface treatment facility, injection facility, a 15,932-foot deep injection well, and associated roads, pipelines, and electrical facilities.

## Demography/Population Distribution

In the Paradox Valley between Vancorum (at the intersection of Highway 90 and Highway 141) and Bedrock on the Dolores River (approximately 16 miles), there are only a few structures, and possibly a handful of residents. The mesas to the north and south of the valley have a few structures related to mines and possibly a part-time residence or two. Thus, the immediate vicinity around the site is almost entirely undeveloped and used only for grazing. The exception is the Cotter JD-7 open pit mine adjacent to the site to the east.

The population center of Paradox and Bedrock in the western end of the Paradox Valley contains an estimated 500 residents and the Nucla-Naturita area contains an estimated 1,500 residents. Other communities farther away include Redvale (25 miles by road), and Norwood and La Sal, Utah (population 429 and 462, respectively; each 35 miles by road).

## Socio-economic Resources

Most data related to socio-economic factors is collected at the county level, which is skewed towards the larger, more economically active Montrose portion of the county. Information collected for this analysis included actual data (where available), supplemented by interviews with state and local officials.

The West End of Montrose County is separated from the more economically active part of the county along Highway 50 by the Uncompahgre Plateau, and is not accessible by paved road within the county. Traffic from Montrose to the West End must travel either north through Mesa County or south through Ouray and San Miguel Counties. The travel distances from the Paradox Valley to other towns or cities are shown in Table 9.

### Table 9: Estimated Distances from the Project Site

| Location (Colorado unless noted) | Direct Distance [2] (miles) | Paved Road Distance [1] (miles) | Estimated Travel Time [1] (hours:minutes) |
|---|---|---|---|
| Montrose | 51 | 100 | 2:10 |
| Ridgeway | 55 | 74 | 1:36 |
| Telluride | 57 | 68 | 1:33 |
| Ophir | 58 | 73 | 1:46 |
| Placerville | 42 | 52 | 1:10 |
| Monticello, UT | 41 | 75 | 1:22 |
| Dove Creek | 35 | 78 | 1:32 |
| Slick Rock | 17 | 55 | 1:04 |
| Norwood | 27 | 35 | 0:44 |
| Redvale | 20 | 25 | 0:31 |
| Naturita | 11 | 15 | 0:18 |

BLM_0036785

| Location (Colorado unless noted) | Direct Distance [2] (miles) | Paved Road Distance [1] (miles) | Estimated Travel Time [1] (hours:minutes) |
|---|---|---|---|
| Nucla | 12 | 19 | 0:25 |
| Bedrock | 7 | 7 | 0:07 |
| Paradox | 13 | 13 | 0:14 |
| La Sal, UT | 26 | 34 | 0:41 |
| Moab, UT | 51 | 65 | 1:15 |
| Gateway | 31 | 61 | 1:15 |
| Grand Junction | 57 | 114 | 2:22 |

[1] Estimated using Mapquest.com
[2] Estimated using Google Maps Distance Measurement Tool

Local jobs in the small towns near the project site are relatively limited. The major local employer is the Nucla Station, a 100-megawatt coal-fired power plant east of Nucla. Other local employment is found in retail trade, education, accommodation and food service, and intermittently in construction. A small number of residents are involved with agriculture or ranching.

A significant portion of employed residents commute or travel to jobs elsewhere, to towns including Montrose, Moab, Telluride, and Grand Junction. Based on the travel times shown in Table 1, commute times range from one to two hours or more under favorable road conditions. Per capita income in Montrose County is reported at approximately 70 percent of the state average, and West End per capita income is lower than the county average. While Montrose County unemployment rates have been consistent with statewide averages over the last few years, West End unemployment is perceived to be higher than the county average.

"Overall, the economies of the Western Slope and Central Mountains of Colorado rely on energy-related natural resources extraction, traditional tourism, and infusion of income related to second home development and occupancy. Quality of life attracts both residents and businesses." (Montrose County, March 31, 2010, p.6) While the second home market appears to have had an impact on the Montrose area and areas associated with either ski resort or park access, there is little evidence to show such a driver for the West End. Areas attractive for retiree and older individuals' homes are tied to quality of life, access to community amenities, availability of medical services and costs. (Colorado Department of Local Affairs, January 2010) Lack of services, transportation and travel distances make the Paradox Valley less attractive than other West Slope areas for retirees.

Agriculture in the Paradox Valley is confined to the end of the valley west of the Dolores River where water availability makes it feasible. Hay appears to be the largest crop, but smaller acreages are used for vegetables and fruit. Grazing is practiced on both private land and the surrounding federal land. Areas adjacent to the proposed mill site are used for cattle grazing. Commercial forestry is limited in the vicinity of the site, with some use of the piñon-juniper timber for firewood and fence posts from the mesas on both sides of the Paradox Valley. The Uncompahgre Plateau is harvested for timber, particularly for

[EIA — 8]

the removal of pine beetle-damaged trees. Access to this area is limited due to the seasonal nature of the unpaved road between Montrose and Nucla.

The spectacular vistas across the Paradox Valley attract drive-through tourism as it is on the route between Moab and Telluride/Ouray and places further east. However, none of the locations in the Nucla-Naturita-Paradox vicinity have been shown to be significant tourist destinations.

Recreational uses of the area are important to both locals and in-state and out-of-state users.
- Big game hunting occurs primarily on federal lands in wooded, mountainous areas on the Uncompahgre Plateau and the mesas above the Paradox Valley. Big game season usually lasts approximately two months during the fall.
- Mountain biking and all-terrain-vehicle (ATV) or four-wheel drive use also occurs primarily on the plateaus and mesas.
- Bedrock is one of the take-out areas for rafting down the Dolores River below the McPhee Reservoir dam. Rafting is popular and supported by BLM and USFS recreational sites along the river south of Bedrock. Rafting activity occurs primarily between April 30 and June 15 in years when flows in the river are high enough to support rafting.

Employment related to tourism is difficult to quantify because it crosses several job categories. Data indicated that tourism accounted for more than 50 percent of the direct employment in San Miguel County, but only nine percent in Montrose County, consistent with statewide averages. (Colorado Department of Local Affairs, 2001) Montrose County tourism-related jobs were categorized as parks (most likely Black Canyon of the Gunnison), touring (including Highway 50 attractions) and outdoor recreation. In-state tourism accounted for 28 percent of tourism employment statewide.

The Dolores River canyon north of Uravan and the Unaweep Canyon along Highway 141are spectacularly attractive and have contributed to the development of a resort at Gateway, 50 road miles north of Naturita. The resort has tourist accommodations, limited staff housing, a restaurant, a car museum, and a convenience store/gas station. This is intended to be a destination resort with use of the surrounding area for outdoor recreation as a major draw. The resort is directly across the Dolores River from the old Gateway mill that previously processed various minerals and served as a uranium ore-buying station. Under a Nuclear Regulatory Commission (NRC) grant, the Colorado Department of Public Health and Environment (the department) conducted a major clean-up on this site in 2006, and environmental covenants control access to residual radioactivity. The Energy Fuels Whirlwind Mine is located five miles southwest of Gateway, and the haul route from the mine is east to Highway 141 south of Gateway.

## Infrastructure

The loss of population over time and the scarcity of employment or tourists in the Nucla-Naturita area have limited the need for new housing. Consequently, housing is available even though it may not always be in prime condition. Vacancy rates are reported on the

BLM_0036787

order of 15 percent to 20 percent in Nucla, Naturita, and Paradox, and median home age is between 35 and 40 years (Sperling's, May and November, 2010).

The Mustang Water Authority provides water service to Nucla and Naturita and has sufficient capacity for major expansion of users. Both communities have adequate sewage systems; however, improvements in treatment capability may be required over time.

In the Paradox Valley, only limited housing is available, and due to the lack of water supplies, it is unlikely that significant increases in housing units would be possible. The Paradox Pipeline Company currently provides water to approximately 50 or 60 users near Paradox. The company captures water from a spring above the far west end of the valley above Paradox Creek. Other residences in the valley use local ground water, which may be of uncertain quality, and/or haul water for domestic use. Sewage treatment consists of septic tanks and leach fields, which limits the density of the housing due to county codes.

Other small water systems may serve a limited number of remote subdivisions, such as the Vancorum system that provides water to approximately 15 homes (Montrose County, Thompson, June 8, 2010).

Solid waste is disposed locally at the Broad Canyon Landfill, which meets regulatory requirements and has significant capacity for future growth. In addition, Waste Management operates a transfer station in Nucla and Paradox that takes trash to the Montrose landfill (Colorado Department of Public Health and Environment, Peterson, February 6, 2010).

Education is provided through two school districts, Montrose County West End Public School District Re-2 and San Miguel County Norwood R-2J. Norwood has a Pre-K through five school and a six through 12 school on the same campus that includes some students from Montrose County. West End schools include:
- An elementary school in Naturita,
- A junior/senior high school in Nucla, and
- A charter elementary school in Paradox.

The former Nucla Elementary school was closed in 2004 due to declining enrollment and costs for repair. School funding is based on enrollment, and enrollment has declined in all area schools since the 1970s, with some limited exceptions.

Medical services are provided by clinics in Naturita and Norwood and by hospitals in Montrose and Grand Junction. The Basin Clinic in Naturita provides family care and 24-hour emergency care, and serves a population that is up to 50 percent uninsured. This facility was largely the result of the decommissioning of the Uravan Mill and the town of Uravan. The Uncompahgre Medical Clinic in Norwood also provides family and emergency care, and preventive dental services.

[EIA — 10]

BLM_0036788

Emergency response is provided by local fire protection districts based in Nucla/Naturita and Paradox that rely on volunteers. Equipment is sufficient; however, manpower is in short supply in the Paradox Valley. The Nucla/Naturita service includes ambulance service, and 911 access is generally available throughout the area, except for stretches along Highway 141 north of Uravan where no radio or cell service is functional. Emergency services on roadways may be supplemented by the Sheriff's Department's Nucla substation, and the very limited Colorado State Patrol (CSP) staff in Nucla. Some support may be provided from the Utah San Juan County Sheriff's offices in Monticello and La Sal. The CSP can mobilize hazmat teams, but arrival times would be on the order of hours.

As described in the EFR application, roadways related to the site are limited and, in general, are two-lane blacktop with limited shoulders. Funding for road maintenance is a need-based formula, tied to use. While most of the roads were developed during periods of intensive uranium mining and processing, maintenance has lagged for roads in the West End. The low traffic volumes have limited funding for maintenance in the past. Potentially dangerous stretches of road include Highway 90 on Paradox Hill west of Paradox, and Highway 141 north of Uravan (Montrose County Sheriff's Office, July 2010).

## Community Services

Each of the three larger communities in the vicinity of the project — Nucla, Naturita and Paradox — has a strong community identity. The absence of jobs causes many residents to commute long distances or temporarily relocate to job locations; however, most remain very loyal to their home communities and are very protective of them (Montrose County, White, February 17, 2010 and Wilson, February 17, 2010). For example, the recent *New Yorker* magazine story, "Uranium Widows," (September 13, 2010) quoted many former residents of the town of Uravan expressing deep feelings for the now-demolished town. These sentiments were also expressed by residents in multiple public meetings and interviews.

In addition, the lack of local opportunities for employment and education has caused a significant concern among families regarding the ability to keep younger family members in the community. "Nucla high school drop-out rate has ranged from 10 percent to 27 percent over the years." "The school system has a serious drug and alcohol problem and the community as a whole has a growing reputation for crystal meth use, drug and alcohol abuse, and associated crime" (Telluride Foundation). Such behaviors are indicative of poverty and a perceived lack of opportunities. County health staff perceive these issues to be primarily of a social rather than health concern (Montrose County, Thompson, June 8, 2010). Neither the sheriff's office nor the CSP identified a local crime problem.

Social institutions include churches (five in Nucla, three in Naturita and one in Paradox), libraries (one each in Nucla and Naturita), a senior center in Nucla, a juvenile diversion facility in Nucla, and a Montrose County health and social services office in Nucla. In addition, there is a local Moose Lodge and a 4-H Chapter in Norwood.

[EIA — 11]

## Tax Revenue

The largest sources of revenue to the Montrose County government are charges for services, federal and state revenues, property taxes, and sales and use taxes. Mineral processing, which includes uranium milling, affects the county's fiscal status largely through the processing activity's impact on the property, or ad valorem, tax base. Montrose County's property tax base has been increasing for the past several years.

Sales tax is the largest source of revenue to the towns of Naturita and Nucla. Sales tax typically accounts for approximately 50 percent of each town's revenues. Property taxes comprise a smaller portion of town revenues. Property taxes typically comprise approximately 12 percent of Naturita's revenues and 20 percent of Nucla's revenues.

The state of Colorado assesses a severance tax on metallic minerals, including uranium and vanadium, of 2.25 percent of the gross income from the mining operations in excess of $19 million per year. Gross income is determined by the value of the ore immediately after its removal from the mine, and does not include any value added subsequent to mining by any treatment processes or transportation from the mine. Severance taxes are divided equally between the Department of Natural Resources and DOLA. DOLA's half of the severance tax revenue is distributed to local governments. Seventy percent is available through discretionary loans and grants to local governments in areas impacted by the mineral extraction industry. Local governments apply for the loans and grants, which must be used to plan, construct, and maintain public facilities or to provide public services. The remaining 30 percent of DOLA severance tax revenue is distributed directly to local governments. In the past, direct local distributions were determined by the proportion of mining employment in the county. These funds are extremely volatile from year to year (Colorado Department of Local Affairs, October 2010).

## Historic, Archeological, Cultural and Architectural Resources

Part of the process for conducting the Environmental Review (ER) to support this Environmental Impact Analysis (EIA) is a detailed survey of the area for evidence of historic or cultural resources that could be damaged by development of the facility. It should be noted that the Piñon Ridge facility is located on private land. There is no regulatory driver mandating these surveys; however EFR chose to perform them for completeness.

Cultural resources are definite locations of past human activity. These resources encompass archaeological, historic, traditional, religious, and built environment locales of importance. They are discussed in Chapter 3.8 of the ER. This section focuses on early inhabitants of the area. In most cases, cultural resources are evaluated based on eligibility criteria for listing in the National Register of Historic Places (NRHP). NRHP significance criteria are codified under 36 CFR 60.4 and are summarized below:

> The quality of significance in American history, architecture, archaeology, and culture is present in districts, sites, buildings, structures, and objects that possess

BLM_0036790

integrity of location, design, setting, materials, workmanship, feeling, and association, and:

a) are associated with events that have made a significant contribution to the broad patterns of our history; or

b) are associated with the lives of persons significant in the past; or

c) embody the distinctive characteristics of a type, period, or method of construction, or represent the work of a master, or possess high artistic value, or represent a significant or distinguishable entity whose components may lack individual distinction; or

d) that have yielded, or are likely to yield, information important in prehistory or history.

With respect to item (a) above, the mining history of the area certainly is part of the local history. For more information on recent settlement and history of the area, see Section 1 of the ER. Construction and operation of the mill would almost certainly generate some new uranium mining in the area. Numerous commenters at the public meetings stated uranium mining and milling is part of their heritage. The events of the uranium booms of the past, particularly its role in World War II have been documented in numerous books, and are of historic importance (Mogren, Pasternack, Frenzy). The ER and EIA have been written to characterize potential new impacts, and the department has considered them in its crafting of the license for the Piñon Ridge facility. US DOE has addressed potential impacts from uranium mining on their lease tracts (U.S. Department of Energy 2007).

With respect to item (d) above, Energy Fuels contracted with ERO Resources Corporation (ERO) to conduct archeological investigations at the site. ERO conducted a file and literature review with the Colorado Office of Archaeology and Historic Preservation (OAHP) in Denver. The review indicated that three previous cultural resource inventories were conducted within one-half mile of the site. No previously documented cultural resources occur within the 880-acre portion of the site (ERO, 2007). A survey conducted by Lone Mountain Archaeological Services in 1999 is the only project that resulted in the location of cultural resources — two isolated finds — within one-half mile of the site. The other two previous inventories include a 6,000-acre survey by Fort Lewis College in 1975 in Montrose and San Miguel counties that resulted in the location of 22 archaeological sites, none within one-half mile of the site (ERO, 2007). ERO conducted Class III cultural resource inventories and evaluative testing for the site (ERO, 2007 and 2009a). The full report and its addendum provide detailed descriptions of methodology, regional temporal frameworks, and area prehistoric and historic contexts. ERO submitted the full report and its addendum to the SHPO and SHPO concurred with ERO's finding of "no historic properties affected." On behalf of the department, ERO also notified Native American tribal affiliates. The tribes were contacted numerous times and did not respond.

The 2007 ERO inventory covered the site (all on privately owned lands) and resulted in documentation of 20 new archaeological sites and 14 isolated finds. The sites consisted of 16 prehistoric open artifact scatters, one sheltered artifact scatter, and three historic habitation sites. Of the 20 sites documented, four are recommended eligible for listing on

[EIA — 13]

BLM_0036791

the NRHP and 16 are recommended not eligible. The isolated finds are not sites, buildings, structures, objects, or districts and do not meet the minimum requirements for consideration for NRHP eligibility. Thirteen of the prehistoric sites were located in the sagebrush flats of Paradox Valley. Four prehistoric sites were located in the piñon-juniper woodlands of Davis Mesa. Controlled collection took place at eight sites, and six archaeological sites were trenched in order to evaluate their potential for subsurface cultural deposits. The 2009 ERO inventory resulted in documentation of four new archaeological sites and two isolated finds. Most sites are open lithic scatters. Two sites include a historic component — one consists of a historic can scatter and the other is the remains of a homestead. All but one site are recommended not eligible for listing on the NRHP due to their limited research potential beyond current documentation. A portion of one site is recommended eligible for the NRHP based on the potential for a buried thermal feature. These are described in the Section 3.8 of the ER.

One BLM staffer noted in a local newspaper that the closest resource may be a petroglyph that is more than three miles away on the north face of the valley. The facility is not expected to have any negative impact on the feature.

There are no significant architectural resources in the area. Based on these reviews, the department finds this part of the application and ER are adequate. There are plans in place to continue surveying for artifacts as the facility is developed. This is above and beyond the regulatory requirements for development of private property.

## Scenic, Cultural, and Natural Landmarks, and Visual Resources

The Paradox Valley is considered one of the most beautiful places in Colorado. Impacts to the local scenery and vistas are described in Section 3.9 of the ER. Visual resources are the visible physical features of a landscape that convey scenic value and are often the dominant resource value involved in providing recreational opportunities. NUREG-1748 suggests that ratings for visual resources at proposed sites follow the BLM's Visual Resource Management (VRM) System, where applicable. That process is discussed in the ER. According to BLM, none of their lands within the immediate vicinity of the site have designated VRM classifications.

The site is located in the relatively isolated and unaltered landscape near the center of the Paradox Valley, in an area known locally as East Paradox Valley (Figure 26). Paradox Valley is atypical for the area in that it is a wide plane sharply defined by the steep mesa cliffs and bluffs that bound it — an area known as Carpenter Ridge on the north and Davis Mesa on the south. Elsewhere in the vicinity, landscapes more common to the Colorado Plateau are found, including the rugged, tight-twisting canyon lands carved out by the Dolores and San Miguel river drainages.

[EIA — 14]

BLM_0036792



**Figure 26: The Paradox Valley showing locations of major features
(source: Google Earth)**

Most visitors to the valley use Colorado SH 90 to access nearby small towns, recreation
sites in the Manti La Sal National Forest and area BLM lands, and sites along the scenic
gorges of the Dolores and San Miguel rivers. Remnants of past mining activity can be
seen throughout the area (Figure 27). The Piñon Ridge facility will be visible primarily
from Davis Mesa. Considering the site is next to an open pit mine that can be seen from
outer space, the department has concluded that the facility will not significantly degrade
the viewshed from Davis Mesa (Figures 28 and 29). The view of the facility from the
highway will be limited because the mill complex is at the far south end of the site
(Figure 30). It should be noted that the tallest mill building is approximately 96 feet tall,
so some buildings will clearly be visible. The evaporation ponds, entry road and
administration building will be most visible from the road. EFR has committed to using
colors that are consistent with the area. The department concludes the facility will not
significantly impact the viewshed from the highway, and the data in the ER are adequate.

[EIA — 15]

BLM_0036793



**Figure 27: Davis Mesa and mines. The Piñon Ridge facility would be in the valley to the right.**



**Figure 28: The Cotter JD-7 Open Pit Mine from Davis Mesa. The mill will be located in the valley to the left of the spoils pile. (source: P. Egidi)**

[EIA — 16]



**Figure 29: The JD-7 from the north. Note the extensive mine roads.**
**(source: Google Earth)**



**Figure 30: Site view from the highway. Cotter JD-7 mine is in background.**
**(source: P. Egidi)**

[EIA — 17]

BLM_0036795

# Geologic, Topographic, and Hydrologic Features

The Piñon Ridge site is in the eastern part of the Paradox Valley. The valley was formed by a salt plug lifting the overlying rock and sediment. The salt plug is called a diapir and the uplifted area is an anticline fold. The anticline was breached and the salt eroded away. So much salt was eroded that the anticline collapsed, leaving the valley as a topographic low. Some blocks of the overlying formations slid down the side of the valley. The geologic faults found at the site are from this collapse event. The center of the valley is composed of gypsum and clay associated with the Hermosa Formation. The valley has been filling in with sediments brought by wind and water.

The descriptions that follow are synopses of the relevant sections in Volumes 4 and 5 of the application. The descriptions given in the application are consistent with field findings and reliable literature on the area. Readers who wish to get a more comprehensive description should read the application and the cited references.

## Stratigraphy

The stratigraphy of the site is well described by F. W. Cater (1955). From oldest to youngest it is:

- The Pennsylvanian Age (Upper Carboniferous — 318 -299 million years ago (Mya) Hermosa Formation consists of gray fossiliferous limestone at the top, with thin beds of shale. At the bottom, the formation consists of sandstone, black shale, gypsum and salt. These are the sediments of a shallow inland sea. Salt was not found during drilling on-site. The Hermosa Formation is the bedrock found north of the fault zone defined by faults 4, 5, and 6 (Figure 31).



**Figure 31: Geologic Cross Sections (source: Geologic Report)**

[EIA — 18]

BLM_0036796

- The Triassic Age <u>Moenkopi Formation</u> (~240 Mya) is a chocolate-brown, ripple-bedded shale, brick-red sandy mudstone, reddish-brown and chocolate-brown sandstone, and purple and reddish-brown arkosic conglomerate. The Moenkopi Formation is rich in oxides and hydrides of iron which are responsible for the red, brown, and chocolate color. These sediments represent mudflats and are laterally discontinuous. The Moenkopi Formation is not conformable with the Hermosa Formation. It is up to 200 feet thick and not found north of the fault zone defined by faults 4, 5, and 6.
- The Triassic Age <u>Chinle Formation</u> is a red to orange-red siltstone, with interbedded lenses of red sandstone, shale, and limestone-pebble and clay-pellet conglomerate. There are lenses of quartz-pebble conglomerate and grit at the base. This represents a fluvial, or river and stream, system. The red and orange color of this formation is from iron oxides and hydroxides. The Chinle Formation appears to be conformable with the Moenkopi Formation. It is up to 400 feet thick and not found north of the fault zone defined by faults 4, 5, and 6.
- The Jurassic Age <u>Wingate Sandstone</u> (~200 Mya) is a light brown to buff, well sorted, quartz sandstone. It is a cliff that was formerly in this location. It is thick-bedded with massive cross-bedding. It was formed from large wind-deposited (eolian) sand dunes. It is found only in the southwest part of the site along the slope of Davis Mesa. It is up to 325 feet thick in the Davis Mesa area F. W. Cater (1955).

## Soils

The majority of the site is covered by a light brown soil composed of sand, silt, and clay. The area is primarily eolian, with some alluvial deposits. Most on-site soils are classified as sandy loam (Kleinfelder, 2009a). It is up to 140 feet thick in the central part of the site and thins both north and south. Three distinct soil horizons were found during trenching which represent a series of glacial and inter-glacial soil formation since mid-Pleistocene time. The soils react with acid and so contain significant calcium carbonate. Soil horizons across faults showed no displacement.

## Geomorphology

The topography and landforms of the Piñon Ridge site reflect its geology. The cliffs on the south side of the site are the valley edge and are fault bounded. Mesozoic formations are exposed in the cliff. The valley fill sediments slope to the north at a uniform rate consistent with lessening alluvial deposition towards the valley center. The surface drainage patterns are dendritic and consistent with valley fill alluvial patterns with a moderate slope. There are incipient alluvial fans associated with drainage off the cliffs.

## Structural and Tectonic Features

The Paradox Valley was formed when a salt diapir forced the overlying rock into an arch or anticline structure. The arch was pierced and the salt holding the arch up was eroded away. The arch then collapsed forming the valley. The oldest rock is in the center of the valley. Sediments brought in by wind and water have been filling the valley since then.

BLM_0036797

The forces that formed the Paradox Valley formed other valleys in the area such as Sinbad Valley, Lisbon Valley, Moab Valley, and Castle Valley. This area is known as the Paradox fold and fault belt (Kelly, 1955). The evaporates, shales, and carbonates of the Hermosa Formation were laid down in the Paradox Basin in Pennsylvanian time. Later sediments covered the Hermosa Formation and the salt began to rise in response to the pressure. The rising salt diapirs displaced the overlying sediments creating a structural arch. Later sediments thin against these arches (Chenoweth, 1987).

The tectonic compression of the Laramide orogenic event in late Cretaceous and early Tertiary time accentuated the syncline and anticline structure. The regional uplift of mid-Tertiary time exposed the sediments to increased erosion and water circulation that unloaded the area (Hoffman, 2010). The salt dissolution removed the support of the anticline and it collapsed, leaving the valley. The faults seen in the Piñon Ridge area are associated with the collapse of the structural anticlines caused by salt dissolution. Soil investigation shows no evidence of movement at the Piñon Ridge site since mid-Pleistocene time.

**Seismology.** The geologically recent seismic history of the area has been very quiet. There is no evidence of recent seismic movement beneath the proposed Piñon Ridge Facility. The USGS Quarternary Fault and Fold Database for the United States references two earthquake listings for the Paradox Valley. The first is the Paradox Valley graben (a formation downthrown in blocks along fault lines). This is an historical reference to the structure of the Paradox Valley. The Mancos Shale is the latest deposit mapped as showing a seismic offset. The age of the Mancos Shale is late Cretaceous (99.6–65.5 Mya). The most recent earthquake along this fault is listed as Quaternary (<1.6 Maximum Amplitude).

The second earthquake listed is for unnamed faults at the northwest end of Paradox Valley. There are eight mapped faults in this area and three show Quaternary movement (2.6 Mya to the present). These faults appear to be associated with the northwest margin of the Paradox Valley graben.

A check of the Colorado Geological Survey earthquake database shows several small earthquakes, approximately magnitude 3, occurring along the Paradox Valley fault along the southwest margin of the graben over the last few decades. These small earthquakes are associated with the deep injection of brine along this fault into the Leadville Limestone. These earthquakes stopped once injection rates were reduced. Two other small earthquakes were noted along the northeast margin of the graben on the far west end and are associated with the Paradox Valley graben faults. The noted earthquakes are 15 miles or further from the proposed Piñon Ridge site.

The site characterization performed on the proposed Piñon Ridge site included surface mapping, electrical conductivity surveys, transient electromagnetic (TEM) soundings, and seismic surveys. These surveys indicated areas where faults occur. Drilling confirmed the bedrock offsets. Soil trenching was performed to see if there have been recent movements along bedrock faults found during the site characterization. Below the

[EIA — 20]

BLM_0036798

present soil profile were two ancient soil profiles. These are middle and late Pleistocene in age. They relate to the Bull Lake and Pinedale glacial episodes (Pierce, 2003). There is no observed movement for the last 130,000 years. Pleistocene refers to the ice ages preceding the current Holocene warm period.

## Surface Water

There are four surface runoff channels on the site. There is no permanent surface water and there are no wetlands. Up-stream and down-stream samples were taken using below-ground water traps that captured snow melt and rain surface runoff. Total and dissolved sample analyses were performed. Radium and chromium concentrations exceed the surface water standard for many samples; total suspended solids exceeded surface water standards for all but one sample; and many trace metals were also found, including uranium, vanadium, barium, and manganese. This finding suggests that surface water in the area is unsuitable for domestic use. The site runoff channels are tributary to East Paradox Creek. Water flow in East Paradox Creek is intermittent and responds to high precipitation runoff events. Evaporation greatly exceeds precipitation.

## Ground Water

Ground water exists in two stratigraphic locations at the proposed Piñon Ridge facility. The first zone is the contact area between the Chinle and Moenkopi Formations. The second zone is the contact area between the Moenkopi and the Hermosa Formations. Ephemeral ground water was found intermittently at the contact between the soil and the Hermosa Formation.

Principal ground water recharge appears come from Davis Mesa. Some recharge may come from surface infiltration, but the high rate of evaporation-transpiration at the site does not support this infiltration as a significant source. The scarcity of any water found at the contact between the soil and the bedrock supports this argument.

Water can move from the south until it is blocked by the Hermosa Formation. It then will move northwest towards the Dolores River. The down-valley hydraulic velocity has an average range of 84 to 56 feet per year based on an average hydraulic conductivity of 3x10-3 cm/sec, a gradient of 0.0054 based on water elevations between MW-6 and well #234136 or the Grey well, and an effective porosity between 20 percent and 30 percent. This is the bulk ground water velocity and does not include any retardation effects. Potentially impacted wells down gradient of the site will be monitored.

The southern water-bearing zones of the Chinle Formation can be used to produce limited amounts of water for industrial purposes.

BLM_0036799

**Ground Water Quality**

Arsenic, sulfate, selenium, boron, iron, manganese, and uranium in the ground water are consistently above domestic water supply and agricultural standards. Chromium, molybdenum, and nitrite/nitrate are naturally present above standards in some wells. Water in the Chinle Formation tends to be oxidizing with lower dissolved solids, and is rich in sulfate. Water in the Moenkopi Formation tends to be chemically reducing, has little or no free oxygen, has higher dissolved solids, and has free sulfide and ammonia. This suggests that ground water is unsuitable for domestic use.

# Meteorology, Climatology, and Air Quality

Meteorology, climatology, and air quality are described in Section 3.6 of the ER, and the Meteorology, Air Quality and Climatology Report, which is Vol. 7 of the application, along with subsequent quarterly reports. Three air monitoring stations and two meteorology towers on the site and two additional off-site air monitoring stations were installed and monitored starting in March 2008 (Figure 32). The baseline analysis presented here is based on the first four quarters of baseline data collected at the site (April 2008 through March 2009). The monitoring sites for the project were chosen according to NRC Reg. Guide 3.63 and EPA guidance (U.S. Nuclear Regulatory Commission, 1988 and U.S. Environmental Protection Agency, 2000). Meteorological monitoring continues at the site. The minimum one-year baseline data have been collected for the other parameters.



**Figure 32: Location of air monitoring stations
(source: Meteorology, Air Quality and Climatology Report).**

Three monitoring locations were located near the property boundary. A fourth location was selected as a background location and was located to the northwest, and a fifth location was selected at the nearest residence located to the southeast.

[EIA — 22]

Monitoring sites 1 and 2 are equipped with meteorological, particulate matter less than 10 microns ($PM_{10}$), and radionuclide monitoring instrumentation, while sites 3, 4, and 5 only support radionuclide monitoring. Site 1 is located near the property boundary on the north, and has a 10-meter tower with meteorological sensors, and precipitation and evaporation gauges. Site 2 is near the eastern edge of the property boundary and has meteorological sensors on a 30-meter tower. Site 3 is near the western edge of the property boundary. Site 4 is located upwind in accordance with NRC guidance and is approximately two miles northwest of the site near SH 90. Site 5 is located at the nearest residence in accordance with NRC guidance and is in a downwind location approximately three miles southeast of the site.

Data from the monitoring sites are summarized in quarterly reports. The quarterly reports include data recovery statistics, data analysis, details about station operations, and audit and calibration reports. The results from the quarterly reports are combined in the Meteorology, Air Quality and Climatology Report. It should be noted that some of the early reports were updated after review by the department and can be found on the CDPHE Piñon Ridge correspondence web page.

A Work Plan for Ambient Air Monitoring was submitted to the department for review and comment and formed the basis for baseline data collection at the site. It is provided in Vol. 8 of the application. Department staff evaluated the proposed equipment and made comments prior to purchase and installation of the equipment because the technology has improved since the guidance documents were last updated. The meteorological sensors were operated based on EPA guidance (U.S. Environmental Protection Agency, 2000) because it is more widely used and more current.

## Meteorology

Section 3.6.1 of the ER discusses the meteorology in detail. The section presents temperature, relative humidity, solar radiation, wind speed, maximum wind gusts, evaporation, and precipitation data. The most important aspects with respect to public health and the environment are wind speed, wind direction, and atmospheric stability, because they may impact particulate concentrations.

Copies of the quarterly wind rose patterns are presented below. The Meteorology, Air Quality and Climatology Report has monthly, as well as the annual wind roses plotted (Figures 33 and 34).

BLM_0036801



**Figure 33: Quarterly wind rose plots from Site 1
(source: Meteorology, Air Quality and Climatology Report).**



**Figure 34: Wind rose patterns from Site 2.1
(source: Meteorology, Air Quality and Climatology Report).**

[EIA — 24]

BLM_0036802

In the wind rose, each hourly measurement of wind direction is assigned to a 16-point sector of the compass, and the frequency of occurrence of wind *from* a direction is proportional to the length of the solid line beginning in the central circle and extending outward. The color bars within each compass direction indicate the frequency of specific wind speeds within each wind direction.

The wind rose for Site 1 shows two dominant directions (ESE and SE) with very light wind speeds. They show the nighttime southeast valley flow through each quarter. The various westerly winds with many speed groups are associated with the daytime hours. These are associated with nighttime, stable, drainage breezes that flow parallel to the axis of the Paradox Valley.

Site 2 experiences westerly and southwesterly winds during both daytime and nighttime hours, and the wind patterns do not resemble the persistent nighttime valley flow observed at Site 1. The calm winds at Site 2 are most likely the result of local canyon drainage flows from the mesa located west and southwest of Site 2. The wind rose for Site 2 indicates that the various westerly winds persist through the entire year. High-wind storm events are addressed separately based on stakeholder concerns and are discussed below.

## Atmospheric Stability

Atmospheric stability is typically used for assessing dispersion of emissions because the stability describes the potential for vertical motion in the atmosphere. Unstable conditions encourage positive vertical motion or movement toward the sky, and stable conditions encourage negative vertical motion or movement toward the ground. Stability is important with respect to dust storms because winds must be sustained at about 40 mph before significant re-suspension of particulates will occur. All the tailings at Piñon Ridge will be kept wet, and the ore on the pads will be treated to mitigate dusting; however, the farmland soils to the south and the red desert soils will dry out and create dust. Satellite pictures in Reddy (2010) show patterns of dusting coming from the south and southwest, not the northwest (where the Piñon Ridge mill would be located).

The data from both meteorological sites at the proposed Piñon Ridge site exhibit similar patterns with neutral to stable conditions being the most frequent (Figure 35). Site 2 does have a larger percentage of hours with very stable conditions than those recorded at Site 1. These very stable conditions at Site 2 are most likely a result of the calmer nighttime, canyon winds.

[EIA — 25]

BLM_0036803



**Figure 35 Site Stability (source: Meteorology, Air Quality and Climatology Report)**

## Climate

The discussion of climate is presented in Section 3.6.2 of the ER. Climate descriptions involve averaging meteorological records over a period of time. The National Oceanic and Atmospheric Administration's National Climatic Data Center uses 30 years of data to calculate the classical "normal" values often used to describe long-term climate conditions. In some cases, climate can be adequately described with shorter or longer periods of records, depending on the purpose of the data. The one-year site-specific baseline data from the Piñon Ridge site are compared to local climate trends.

Sources of meteorology data in the region of the site were evaluated based on data availability, location, and topography to assess if the station is representative of the site conditions. Climate data from nearby stations relevant to characterizing the site area are presented, with a focus on precipitation data. In addition to the 30-year normal values often used in climate analyses, data from other time periods are presented when available.

Thirty-year normal values for the period 1971-2000 for Uravan, the station identified as the most representative of the site area, are presented in Appendix D of the Meteorology, Air Quality and Climatology Report. The precipitation data include monthly and annual mean and extreme totals. The 30-year normal values for the preceding statistics were very

[EIA — 26]

BLM_0036804

similar to the long-term results. During the baseline year of onsite monitoring, 10.01 inches of precipitation were recorded as representative of the site area. During the same period, Uravan recorded 9.52, which is 4.9 percent less than the monitored total. Applying the difference observed between the monitored and Uravan annual totals during the monitoring year, -4.9 percent, to the long-term average annual total for Uravan, 12.63 inches, the expected average annual total precipitation for the site area is 13.28 inches.

## Wind and Local Air Patterns

Data of the average annual wind speed and maximum wind gusts for the Nucla station appears in Appendix C in the Meteorology, Air Quality and Climatology Report. The average annual wind speed from 1999 through 2008 at the Nucla station is 5.2 miles per hour (mph). The 10-year monthly averages range from 3.6 mph in December and January to 6.7 mph in April and June. Extreme values of wind gusts are less likely to show regular patterns than the monthly average and total values that are typically presented. The monthly average wind gusts for the 1999 through 2008 period ranged from 40.3 mph to 54 mph, with a tendency for the higher speeds to occur during April through June. The overall maximum gust speed recorded was 76 mph in June 2005. The next highest maximum gust speed was 60 mph in May 2004.

The Nucla station wind sensor is located approximately three meters above ground surface, while the Piñon Ridge sites 1 and 2 wind sensors were installed at 10 meters and 30 meters for sites 1 and 2, respectively. Average wind speeds typically increase with height. Accordingly, the monthly wind speed averages from sites 1 and 2 are higher than the Nucla long-term averages; however, both data sets exhibit similar annual patterns. Both the station and the data from sites 1 and 2 record the highest monthly wind speed averages in the months of March, April, May, and June, and the lowest wind speeds are collected during the winter months.

## Humidity

Long-term dew-point temperature monthly summaries for the Nucla station are provided in Appendix D of the Meteorology, Air Quality and Climatology Report. The overall annual average dew-point temperature at Nucla is 24.8°F. The monthly mean values range from 16.1°F in January to 42.8°F in August.

The average annual relative humidity for the period from 1999 through 2008 at the Nucla station is 41.9 percent. The monthly averages are provided in Appendix C of the Meteorology, Air Quality and Climatology Report. June has the lowest monthly average relative humidity, with 22.7 percent. The highest monthly average is December, with 58.4 percent. This opposite cycle (summer minimum) to the temperature data is, in part, due to the opposite relation between relative humidity and temperature.

For the monitoring period, April 2008 through March 2009, the monthly average relative humidity values at Piñon Ridge sites 1 and 2 are very similar to the data from the Nucla station. The overall average of monthly differences for the Piñon Ridge sites 1 and 2 compared to the Nucla Station are 2.4 percent and -0.2 percent, respectively.

[EIA — 27]

## Solar Radiation

The monthly total incoming solar radiation values on a flat surface were obtained for the Nucla station. The corresponding average monthly values for the 10-year period in kwh/m$^2$ were 78.2 in December and 236.7 in June. The monthly totals for each year, and the overall monthly averages of the totals, are summarized in Appendix D of the Meteorology, Air Quality and Climatology Report.

The comparison between the Nucla station and Piñon Ridge sites 1 and 2 shows that measured solar radiation from sites 1 and 2 occurred within the range of values measured at the Nucla station.

## Evaporation

Summaries of pan evaporation data from two NWS stations were obtained to estimate pan evaporation in the region. The Grand Junction data were taken from 1962 through 2005; Montrose data were taken from 1948 through 1982. A summary of the monthly and annual totals is provided in Appendix D of the Meteorology, Air Quality and Climatology Report.

The long-term pan evaporation rate for the site was estimated by taking an average of the available monthly values from Grand Junction and Montrose. The calculated results for the site are provided in Appendix D of the Meteorology, Air Quality and Climatology Report. The estimated long-term monthly average pan evaporation rates ranged from 1.30 inches (33.0 mm) during December to 10.7 inches (270.5) mm) in June. The annual total estimated pan evaporation is 64.75 inches (1,644.7 mm). An accepted pan evaporation coefficient to calculate lake (free water) evaporation is 0.77 (Linacre, 1994). According to this method, the corresponding lake evaporation would be 49.9 inches (1,266 mm) per year.

Evaporation data were collected at Site 1 during the non-freezing months and resulted in a seven-month total of 55.26 inches. The total for the same seven months for the calculated average of Montrose and Grand Junction is 55.1 inches, which is nearly identical to the measured value of 55.26 inches. Evaporation at the site during the winter period was also estimated based on the data available from Montrose because winter evaporation measurements were taken at Montrose. Accordingly, the evaporation from April through June accounts for 84 percent of the evaporation at Montrose. This factor was applied to the evaporation data collected at Site 1and estimated that the total annual site evaporation as 65.8 inches (55.26/0.84). This is only a 1.5 percent difference from the average annual pan evaporation from Grand Junction and Montrose of 64.8 inches. A graph of the long-term monthly averages from the two NWS stations, the seven-month results from the Piñon Ridge Site 1 data, and the estimated site evaporation rate based on the NWS data are shown in Figure 36, reprinted below.

[EIA — 28]

BLM_0036806



**Figure 36: Evaporation Rates**
**(source: Meteorology, Air Quality, and Climatology Report)**

## Climate Change

This section is repeated from Section 3.6.2 of the ER. Most of the data presented in the preceding sections describe conditions occurring during the 10-year period from 1999 through 2008. Data from longer periods of time are available from more distant sites, but data from more distant sites with differing geography do not represent conditions in the Paradox Valley. Trends in climate change are not clearly evident in the data evaluated. Therefore, in addition to that data, information from a recent report on climate change in Colorado was evaluated to assist with projecting the climatic conditions that could occur during the lifetime of the site, a period of approximately 40 years.

The Western Water Assessment (WWA) group associated with the University of Colorado prepared a report for the Colorado Water Conservation Board in 2008, *Climate Change in Colorado* (WWA, 2008). The report acknowledges the difficulty in projecting regional changes in response to global-scale changes in climate conditions and weather system occurrences, though temperature and precipitation trends on a regional basis are

[EIA — 29]

shown. Montrose, located approximately 50 miles north-northeast of the site, is one of the stations depicted in the WWA report.

The primary points from this report relevant to the site are:
- Temperature: Climate models project Colorado will warm by 4ºF by 2050, relative to the 1950-1999 baseline values.
- Precipitation: Climate models do not agree on changes in annual mean precipitation, though seasonal shifts may occur, including a lower snowpack occurring by 2050.

The WWA report shows that since 1970, 10-year average observed temperatures have increased across the state. The increase from 1977 through 2006 for the southwestern regional corner of the state is reported as 2ºF. The Montrose data in the WWA report are representative of trends at other regional stations in the report. Year-to-year variations of average temperature have exceeded 1ºF, including during the most recent period. The warming trend could include shorter periods during the year of freezing temperature occurrences. Although not documented in the WWA report, evaporation rates are expected to increase with warmer temperatures.

In the WWA report, no apparent precipitation trends in the water-year (October through September) were presented for the regional stations. This lack of trend is also found in the climate model projections. The WWA report also discusses that annual values can range from one-half to twice the long-term average values. The annual variation in annual precipitation at the Uravan COOP station was nearly a factor of three, demonstrating the large year-to-year variability that occurs in the site area. In another section of the WWA report, the regional drought during 2000 through 2007 is seen to be consistent with natural variability observed in the long-term and paleoclimatic records covering thousands of years.

This conclusion helps with designing the runoff channels to ensure they can handle increased storm volumes from variation in storm intensity. Because of complex interactions between climatic elements and factors affecting water use, the lack of apparent trend and projected changes in total precipitation do not carry through to future water resource expectations. The WWA report concludes that a reduction in total water supply will occur during the projection period. Drought severity could be increased due to higher temperatures alone. Runoff in the Upper Basin of the Colorado River is expected to decline by six to 20 percent by the year 2050 (WWA, 2008).

In addition to water supply, this information is important with respect to site closure. The trend towards a drier climate reinforces the decision to design a water balance cap instead of a highly engineered cap at Piñon Ridge. If the climate is drier, that would lead to less moisture and less infiltration into the cover. Since the Paradox Valley is a depositional environment, it is anticipated that deposition of soil over the closed site will also lessen the chance for infiltration through the cap.

[EIA — 30]

BLM_0036808

## Air Quality

The EPA sets National Ambient Air Quality Standards (NAAQS) and the Colorado Department of Public Health and Environment sets Colorado Ambient Air Quality Standards (CAAQS), which are health-based criteria for the maximum acceptable concentrations of air pollutants at all locations to which the public has access. According to the Colorado Air Quality Control Commission's *Annual Report to the Public 2008-2009*, all of Montrose County is designated as "attainment" for all criteria pollutants (Colorado Department of Public Health and Environment, 2009a). Criteria pollutants for which CAAQS and NAAQS exist include carbon monoxide (CO), nitrogen dioxide ($NO_2$), ozone ($O_3$), particulate matter less than 10 microns in effective diameter ($PM_{10}$), particulate matter less than 2.5 microns in effective diameter ($PM_{2.5}$), sulfur dioxide ($SO_2$), and lead (Pb).

All areas of the West Slope of Colorado are currently in attainment of the NAAQS for all six criteria pollutants. The nearest area to the Piñon Ridge site to be in non-attainment was Telluride, but that was prior to 2000. The APCD and EPA helped Telluride back into attainment by road paving and wood burning restrictions. It should also be noted that the APCD has had a particulate monitor in Telluride since 1985 to track $PM_{10}$ air quality. The APCD has a PM10 Attainment/Maintenance Plan that provides more information.

Most of the Paradox Valley, including the land surrounding the site, is considered unincorporated. Most of the valley is utilized for open ranching, but some agricultural sources exist near Bedrock and Nucla. There are several minor sources throughout the valley including aggregate processing operations, concrete batch plants, and uranium/vanadium ore mining. These operations are primarily sources of particulate matter, but can also utilize processes and/or equipment that emit nitrogen oxides ($NO_x$), sulfur dioxide ($SO_2$), carbon monoxide (CO), and some Hazardous Air Pollutants (HAPs). Tri-State Generation and Transmission also operates a coal surface mine and a coal-fired power plant in Nucla. The mining activities are another source of particulate matter, while the power plant is a major source for $NO_x$, $SO_2$, CO, particulate matter, and HAPs.

The site area air quality is required to meet both the NAAQS and the CAAQS. The EPA monitors $PM_{10}$ attainment status with a 24-hour standard. During the course of one year, $PM_{10}$ concentrations may only exceed 150 microgram per cubic meter ($\mu g/m^3$) one time. If the $PM_{10}$ concentrations exceed the 150 $\mu g/m^3$ more than once during the year, the area is designated as nonattainment for $PM_{10}$. The department enforces the 24-hour standard, but also requires areas to comply with an annual $PM_{10}$ standard. To attain this standard, the three-year average of the weighted annual mean $PM_{10}$ concentrations from one or several monitors must not exceed 50 $\mu g/m^3$. The Piñon Ridge sites 1 and 2 had 24-hour and annual $PM_{10}$ concentrations less that the NAAQS and the CAAQS.

During the monitoring program, the annual averages for sites 1 and 2 were 9 $\mu g/m^3$ and 8 $\mu g/m^3$, respectively, both well below the CAAQS of 50 $\mu g/m^3$. April 2008 had the highest monthly average $PM_{10}$ concentration, 22 $\mu g/m^3$, and December 2008 had the lowest average $PM_{10}$ concentration of 3 $\mu g/m^3$. For comparison, the annual average value in

[EIA — 31]

BLM_0036809

Telluride for 2008 was 18.3 μg/m$^3$. The annual average value in Grand Junction for 2008 was 35.1 μg/m$^3$. The maximum 24-hour concentration recorded at both Site 1 and Site 2 on April 30, 2008 was 66 μg/m$^3$, considerably less than the NAAQS 24-hour standard of 150 μg/m$^3$. The maximum 24-hour concentration recorded at Telluride was 82 μg/m$^3$. The maximum 24-hour concentration recorded at Grand Junction was 149 μg/m$^3$. Table 10 provides summary data. Figure 37 shows plotted results for sites 1 and 2.

### Table 10: Summary Data for PM10 Background Concentrations
Recorded PM$_{10}$ Background Concentrations (μg/m$^3$)

| Location | Year | 1st High 24 Hour | 2nd High 24 Hour | Annual |
|---|---|---|---|---|
| Piñon Ridge Mill | 4/1/2008-3/31/2009 | 66 | 30 | 10 |
| | 4/1/2009-3/31/2010 | 89 | 47 | 10 |
| Telluride, CO | 2008 | 82 | 78 | 19 |
| | 2007 | 77 | 60 | 19 |
| | 2006 | 69 | 49 | 19 |
| Delta, CO | 2008 | 92 | 64 | 25 |
| | 2007 | 85 | 67 | 26 |
| | 2006 | 53 | 44 | 24 |
| Crested Butte, CO | 2008 | 108 | 99 | 31 |
| | 2007 | 109 | 94 | 30 |
| | 2006 | 100 | 93 | 27 |
| Durango, CO | 2008 | 125 | 59 | 20 |
| | 2007 | 40 | 38 | 19 |
| | 2006 | 47 | 45 | 19 |

[EIA — 32]

BLM_0036810



**Figure 37: PM10 Concentrations for Sites 1 and 2
(source: Meteorology, Air Quality and Climatology Report)**

Although the regulations do not require modeling for a minor source, the APCD requested that modeling be done for $PM_{10}$ emissions, which are related to dust in the air. Modeling was performed for the Piñon Ridge facility using conservative assumptions (24/7 operation, maximum exposed beaches, and 1,000 tpd) and site-specific data. Based on the modeled concentrations, the $PM_{10}$ results are below the NAAQS and CAAQS. The department has since requested that $PM_{2.5}$ evaluation be conducted because requirements have changed since the application was originally submitted. APCD did not require modeling of the other criteria pollutants or other secondary pollutants because they are below modeling thresholds. The impacts to air quality in the area of the proposed facility would be less than levels deemed to be protective of human health and the environment and would not degrade the existing air quality. More information about individual point and area sources at Piñon Ridge can be found in the APENS application, called the Air Pollution Emission Notice in Volume 14 of the application.

## Site and Uranium Mill Tailings Characteristics

The geotechnical field exploration program consisted of two phases. For preliminary geotechnical information, the Phase 1 program included drilling 20 relatively shallow

[EIA — 33]

borings for geotechnical sampling purposes. In addition, nine ground water monitoring wells were completed, and 18 deeper borings ranging to more than 1,000-foot depth were drilled to assess the deeper geological and hydrogeological conditions. After evaluation of the Phase 1 data, further site-specific information was obtained during the Phase 2 program. The Phase 2 program targeted the proposed tailings cells, ore pad, and evaporation ponds areas, and included drilling 48 additional soil borings and excavating 11 test pits. Geotechnical samples from Shelby tubes, modified California barrel drive samples, and standard penetration test split spoons were obtained during drilling operations. In addition to the hollow stem augur, 12 borings were continued through bedrock using continuous core. While coring, packer permeability tests were conducted at selected intervals to measure *in situ* horizontal permeability of the bedrock units encountered.

Investigations, sampling, and analysis have used acceptable standards and practices. Samples collected from the geotechnical field exploration programs as well as geosynthetic samples (e.g., geosynthetic clay liner [GCL], geomembrane, and drainage geocomposite) were tested in accredited laboratories. Geotechnical and geosynthetic laboratory testing included the following:

- Particle Size Analysis – ASTM D422
- Atterberg Limits – ASTM D4318
- Natural Moisture Content – ASTM D2216
- Natural Dry Density – ASTM D2937
- Standard Proctor Compaction – ASTM D698
- One-Dimensional Swell/Consolidation – ASTM D4546
- Constant Head Flexible-Wall Permeability – ASTM D5084
- Consolidated-Undrained (CU) Triaxial Compression – ASTM D4767
- Interface Shear (geosynthetics) – ASTM D5321, D6243
- Unsaturated Hydraulic Conductivity (Soil Water Characteristic Curve) – ASTM D6836
- Hydraulic Properties of GCL Permeated with Potentially Incompatible Liquids –
- ASTM D6799

The material characteristics of the uranium mill tailings were based on laboratory data for uranium tailings produced at two nearby facilities with similar ore and processing methods. The Cotter Mill, located near Cañon City, Colo., and the Moab Mill in eastern Utah both process material from the Salt Wash member of the Morrison Formation and similar Chinle Formation, as is proposed for the Piñon Ridge project.

Borrow material required for facility construction and closure activities were identified. Both on-site and off-site sources will ultimately be needed. The on-site borrow was appropriately characterized, which included exceeding the EPA (U.S. Environmental Protection Agency,1993) and Daniel and Koerner (2007) recommended minimum testing frequency for pre-construction borrow source testing. Although the majority of site construction requires the use of on-site borrow materials, some closure construction activities will require the use of imported materials, such as sand, gravel, and rock for

[EIA — 34]

BLM_0036812

some of the cover layers and erosion protection. The applicant reviewed the availability and durability of nearby rock sources, and found that sufficient quantities of suitable material are anticipated to be available at the time of site reclamation, possibly 30 to 40 years from construction. Sampling and laboratory testing for each rock borrow source will be conducted prior to its use to assure it meets the project specifications.

Interface friction testing was performed on the various geosynthetic components to ensure stability of the proposed liner system under anticipated loading conditions. The following interfaces were evaluated:

- textured geomembrane / drainage geocomposite;
- textured geomembrane / GCL;
- High Density Polyethylene (HDPE)-laminated GCL / soil; and
- reinforced GCL / soil.

Results of the geosynthetic interface testing were used in the stability analysis. In the event that different geosynthetics or interfaces that have not been tested for interface friction are selected for use, those products will be sampled and tested to confirm the parameters used in the design. In addition, GCL leachate compatibility testing was performed to evaluate the GCL's hydraulic conductivity after being subjected to synthetic acidic leachate expected to be similar to leachate produced during operations.

Unstable geotechnical conditions, primarily the wind-blown silty sand deposits (loess), have been identified, and measures have been planned to mitigate their potential impacts on the proposed facility. Specifically, much of the collapsible soils, which exhibited a collapse potential ranging up to 16.7 percent will be over-excavated, removed, and replaced with fill material that will be moisture conditioned and adequately compacted to greatly reduce or eliminate the collapse potential of the silty soils.

## Slope Stability

The applicant has acceptably described the slope stability by:

- providing cross-sections and profiles of natural and cut slopes in sufficient detail and number to represent significant slope and foundation conditions;
- placing tailings mostly below grade;
- ensuring that slope steepness for final covers are five horizontal (5h) to one vertical (1v) or less;
- providing measurements of static and dynamic properties of soil, rock, and geosynthetics using standards such as those established by the American Society for Testing and Materials (ASTM), International Society of Rock Mechanics (ISRM), or the Geosynthetic Research Institute (GRI); and
- selecting locations for slope stability analysis while considering the location of maximum slope angle, slope height, weak foundation, the extent of rock mass fracturing, and the potential for local erosion.

The static loads analysis is acceptable and includes:

[EIA — 35]

- appropriate uncertainties and variabilities in important rock/soil/geosynthetic parameters;
- consideration of appropriate failure modes;
- a discussion of the effect of the assumptions inherent in the method of analysis used; and
- consideration of adverse conditions with appropriate safety factors.

The dynamic and pseudostatic analyses are acceptable and include:
- calculations with appropriate assumptions and methods;
- treatment of important interaction effects in a conservative fashion;
- an accounting of the dynamic stresses of the maximum credible earthquake on soil strength parameters;
- an appropriate pseudostatic analysis of slopes subjected to earthquake loads, with consideration of the added driving horizontal force acting in the direction of a potential failure;
- a selection of appropriate design-level seismic event or strong ground motion accelerations;
- evaluation of local site conditions; and
- design of an appropriate vegetative/evapotranspiration (ET) cover that is consistent with current state-of-the-practice for such covers in a semi-arid climate.

Since the stability analysis was performed, modifications to the final cover system have been proposed. In addition, and as discussed further in this analysis, test plots using several potential final cover designs will be constructed and percolation measured in order to optimize the final cover for the tailings cells. A final slope stability check calculation must be performed once the cover design is finalized to ensure that the final proposed cover remains stable, as demonstrated with the current cover design. Although the final cover design may be modified based on further testing and optimization, the stability is not expected to significantly change or even approach the minimum Factors of Safety (FS) recommended in NRC Reg. Guide 3.11. According to this guide, the end of construction embankment stability minimum static FS is 1.3, while the seismic FS is 1.0. The minimum calculated FS for the Piñon Ridge tailings cells, with the current cover, is 2.3 for static stability and 4.4 for seismic stability, well above the cited minimum values.

## Settlement
Settlement has been considered by evaluating the individual components of the tailings cell, consistent with standard engineering practice. The evaluation considered the following scenarios:

- The settlement and associated strain on the liner system due to foundation settlement caused by the embankment fill;
- The settlement and associated strain on the liner system due to foundation settlement caused by filling the cell with tailings during operations;
- The settlement and associated strain on the liner system in the unlikely event that the subsoils become saturated and exhibit their full collapse potential;

[EIA — 36]

BLM_0036814

- The settlement of the cover system due to tailings consolidation to evaluate the post-closure cover slopes (grades); and
- The settlement of the cover system due to tailings consolidation to evaluate impacts to the radon barrier.

In all cases, the applicant demonstrated that the various components of the liner and cover systems can maintain their integrity when subjected to the induced strains associated with settlement as determined in the total and differential settlement evaluation. Therefore, on the basis of information presented in the application and the detailed review conducted of the characteristics of the settlement at the proposed Piñon Ridge facility, the department staff conclude that the settlement analysis and associated calculations present information that appropriately demonstrate compliance with 6 CCR 1007-1, Part 18, Appendix A, Criterion 6(1), which requires that the impoundment designs providing reasonable assurance of control of radioactive hazards to be effective for 1,000 years to the extent reasonably achievable, and in any case for at least 200 years.

## Liquefaction Potential

Liquefaction potential was evaluated based on results from properly conducted laboratory and field tests. The methods used for interpretation of test data are consistent with current practice. In particular, the methodology described by Youd and others (Youd et. Al 2001.) was used to estimate the cyclic stress ratios of the various components and ultimately characterize its liquefaction potential. This method is consistent with current engineering practice. The evaluation determined that the native soils and structural fill, which will be used for the tailings cell embankment, are not prone to liquefaction. However, the evaluation also determined that the tailings are likely to remain liquefiable. Due to the tailings being delivered to the cell as a slurry during operations, this result was expected. Dewatering the tailings as part of the closure process will eliminate the liquefaction potential for long-term considerations.

## Disposal Cell Cover Engineering Design

The final cover proposed for the tailings ponds at the Piñon Ridge mill will deviate significantly from the traditional (e.g., prescriptive) covers which were approved in the past for seven Title I and three Title II radioactive disposal cells in Colorado. Previously approved cover designs, as discussed extensively by DOE (U.S. Department of Energy 1989), generally consisted of a low permeability radon barrier (typically compacted clay) with a rock-armored top deck and side slope, predominantly designed to resist erosion from surface water and wind. Although erosion protection is a critical element for long-term design considerations, it has been shown that the rock-armored covers tend to enhance water infiltration and biointrusion. While there has never been a cover failure at any of the Colorado Title I or Title II sites (e.g., elevated radon flux, seeps, excessive erosion, slope instability), unwanted vegetation growing within the rock covers has shown to be persistent and requires vigilant maintenance to control. If not controlled, root intrusion from unwanted vegetation can potentially accelerate the physical degradation of a cover through several mechanisms, including wet-dry and freeze-thaw cycles. Macropores left by decomposing plant roots may also provide channels for water percolation. In addition, plant roots seeking moisture may ultimately penetrate the radon

BLM_0036815

barrier, typically constructed from compacted clay. Extraction of the radon barrier moisture by plants (transpiration) can challenge the radon barrier's ability to limit radon flux and water infiltration over the long term.

In contrast, the final cover proposed for the Piñon Ridge mill tailings ponds will be a water balance cover (also known as an "evapotranspiration" (ET) or a "store-and-release" cover) with a capillary barrier. The concept of a water balance cover is similar to a sponge — a thick layer of soil will store infiltrating moisture until plant transpiration and surface evaporation return the moisture to the atmosphere. Water is stored when precipitation exceeds evapotranspiration, and it is removed during drier periods. According to EPA (U.S. Environmental Protection Agency 2003), a capillary barrier cover consists of fine-grained soil overlying coarse-grained soil. The differences in the unsaturated hydraulic properties between the two layers minimize percolation into the coarser-grained (lower) layer under unsaturated conditions. The coarser-grained layer forms a capillary break at the interface of the two layers, allowing the finer-grained layer to retain more water than it would without the capillary break.

In a side-by-side comparison, Benson and others (2002) have demonstrated that in semi-arid climates, water balance covers perform as well as or better than conventional barrier covers with respect to percolation rates. Albright and others (2010) estimate that, depending upon various factors including climate, conventional RCRA Subtitle C-compliant composite covers, consisting of a combination of compacted clay/geomembrane/geosynthetic clay liner (GCL), can expect to have percolation up to about four mm/year. For water balance covers, achieving low percolation rates clearly depends on climatic conditions as well as appropriate soil and vegetation design and installation. Extremely favorable climatic conditions exist at the subject site, where annual precipitation is about 10 inches and annual pan evaporation is about 55 inches. Benson (2008) suggests that for sites where the ratio of precipitation/potential evapotranspiration (P/PET) is less than 0.2, expected percolation is essentially zero. The P/PET for this site is about 0.18, making it extremely favorable for success.

With the above background, the proposed cover system for the Piñon Ridge Uranium Mill tailings ponds was evaluated relative to state-of-the practice for design and construction of such covers, as generally discussed in Albright (2010) and ITRC (Interstate Technology & Regulatory Council, 2003). This evaluation is below.

**Climate.** The regional and site-specific climatic factors have been appropriately investigated. Critical input parameters for numerical modeling, such as precipitation and evapotranspiration, have been identified. Other climatic factors such as maximum and minimum temperatures, relative humidity, solar radiation, and wind have been identified and considered.

**Soil Characterization.** The hydraulic characteristics of the proposed cover soil was appropriately characterized through site-specific testing for saturated hydraulic conductivity properties ($K_{sat}$) (ASTM D5084) and unsaturated hydraulic conductivity, also known as the soil water characteristic curve (SWCC) (ASTM D6836). In addition,

[EIA — 38]

BLM_0036816

other properties of the soil, such as compaction characteristics, Atterberg limits, grain size distribution, and strength were also tested, as discussed above in the Site and Uranium Mill Tailings Characteristics section of this report.

**Vegetation Characteristics.** Vegetation plays a key role in the success of water balance covers. In addition to erosion protection and transpiration, cover vegetation is designed to minimize ongoing maintenance and promote sustainability of the natural or near-natural ecosystem. The proposed vegetative species for the Piñon Ridge tailings ponds covers were based on recommendation from the Natural Resources Conservation Services (NRCS), with consideration of design objectives, site-specific conditions, and local experience.

**Geosynthetics.** The low permeability geosynthetic currently selected for use in the cover system is a High Density Polyethylene (HDPE) membrane-supported geosynthetic clay liner (GCL). This is a single product that consists of a relatively thin HDPE geomembrane laminated to a GCL. GCLs consist of a layer of natural sodium bentonite clay encapsulated between two geotextiles. The product was selected primarily for its low hydraulic conductivity property and its ability to "self-heal" around penetrations and punctures when hydrated. Specific products have been tested in the laboratory for interface shear strength, and those results have been used in the slope stability evaluation. If alternates to the tested products are ultimately used, then further material-specific testing of the alternative material will be required to verify that the alternative geosynthetic will meet or exceed the design requirements. In addition, conformance testing for physical properties of the actual geosynthetic rolls delivered to the project site will be performed as a component of the quality plan and project specifications.

**Numerical Modeling.** Infiltration modeling for the subject cover was evaluated using the UNSAT-H Version 3.01 code. The UNSAT-H model is valid for this type of analysis because it simulates unsaturated flow in a rigorous manner (i.e., solves the Richards' equation) and attempts to capture the physical and biological processes of the cover. Input parameters selected for the model included the soil properties developed through site-specific geotechnical investigations and laboratory testing. Design configurations, compaction requirements, expected vegetation cover, and simulation of a bounding range of soil infiltration rates for a several year period were modeled. Based on a conservative surface infiltration rate assumed to reach the geosynthetic liner, the modeling shows that percolation below the liner into the interim cover is very low, about 0.001 mm/year.

**Laboratory Testing, Test Plots, and Design Optimization.** Several potential sources of borrow material for the clean granular soil to be used in the capillary break/drainage layer will be tested in the laboratory. The tests are designed to quantify and compare the capillarity of the candidate materials. The selected material will be used within the test plots described below.

Test plots will be designed, constructed, and tested to evaluate the effects of several design variables, including various types or configurations of geosynthetic liners, cover soil thickness, and vegetation within the time available for the field test. Percolation will

[EIA — 39]

BLM_0036817

be measured with direct-reading pan lysimeters, similar to those used for the EPA-sponsored Alternative Cover Assessment Project (ACAP). The test cover will be large enough to allow the use of full-sized equipment as well as minimize lateral boundary effects.

The results of the laboratory and field testing will be used to refine and optimize the proposed cover design. Depending on results, additional numerical modeling runs or sensitivity analysis may be warranted to more efficiently finalize the cover design. This is a common practice for water balance covers, as they are performance-based rather than prescriptive.

Because the first cover for this proposed facility will not be constructed for approximately 15 to 20 years, it is impossible to "reserve" a specific commercial source of material until that time. However, the applicant has reviewed the availability and durability of nearby rock sources, and found that sufficient quantities of suitable material are anticipated to be available at the time of reclamation. Appropriate laboratory testing will be performed to confirm the suitability for each potential rock source prior to use for cover construction. The applicant also has provided acceptable schematic drawings and sections displaying the various disposal cell layers and thicknesses. A description of the applicable field and laboratory investigations and testing is provided, including identification of material properties. The properties of the cover material have been measured properly using standards such as ASTM. Details have been provided for the disposal cell termination boundaries and propose geosynthetics and their physical, mechanical, and strength properties. Methods of installation have been described and expected service life has been justified.

## Construction Considerations

The construction considerations are described through engineering drawings showing design features and describing the sources, quantity and quality of on-site borrow materials through the use of acceptable field and laboratory testing. Off-site sources of borrow material that will be necessary during closure have been also evaluated; however, as discussed above in the Disposal Cell Cover Engineering Design section, off-site borrow cannot be procured and set aside for future use. The applicant has committed to additional sampling and testing of these materials in order to confirm that they will meet their intended design function prior to their use. Disposal cell soil compaction plans are supported by field and laboratory tests that assure stability and performance.

Appropriate Construction Quality Control (CQC) and Construction Quality Assurance (CQA) provisions are in place to ensure that construction will be in accordance with the approved plans, drawings, and specifications. Beyond the quality requirements discussed by NRC (2003), but analogous to the Colorado Hazardous Waste Regulations, §265.115, the Colorado Solid Waste Regulations, 6 CCR 1007-2, Part 1, Section 3.5.8, and the guidance provided by EPA (1993), the applicant will implement a CQA program independent and separate from the contractor and the CQC organization. All quality activities, including those conducted by the CQC organization as well as the CQA organization, will be documented and compiled into a report that will be signed and

[EIA — 40]

BLM_0036818

sealed by the CQA Engineer, a Professional Engineer registered in Colorado. The Engineer will certify that the construction was completed in accordance with the approved plans, drawings, specifications, and quality plan.

Although appropriate CQA and CQC plans have been developed, the frequency of testing during construction activities by each organization may need to be adjusted. For example, the current plan states that each CQC field density test will have an equivalent number of CQA field density tests. Standard practice typically calls for the majority of testing to be performed by CQC, with about 10 percent of the total testing performed by CQA. Frequencies for the various required testing should be similar to or greater than the frequencies shown in EPA (U.S. Environmental Protection Agency, 1993), unless appropriate justification is provided (e.g., homogenous soils may require less testing than soils that are variable). The current plan requires some adjustment to attain those frequencies.

## Disposal Cell Hydraulic Conductivity

For conventional tailings cell cover designs, NUREG-1620 requires that a technical basis be established to justify the use of a low permeability barrier layer (design saturated hydraulic conductivity of $1.0 \times 10^{-7}$ cm/sec or less). As discussed in the Disposal Cell Cover Engineering Design section, in lieu of a low permeability barrier layer, the cover design for the tailing cells at the Piñon Ridge facility will consist of a water balance cap with a capillary barrier. The radon barrier will also contain a low permeability geosynthetic material designed to augment its ability to minimize infiltration. Currently, the selected geosynthetic for the cover is a geomembrane-supported GCL, which is essentially a relatively thin HDPE geomembrane laminated to a traditional GCL. However, other geosynthetics will be tested during test cover program to determine the feasibility and optimize the various materials and cover configurations.

The applicant has demonstrated that the water balance conditions for the final cover will be acceptable by providing sufficient numerical modeling and calculations to support the technical basis. A field testing program is planned to verify the constructability of the disposal cell cover and test various cover materials and configurations in order to optimize the design. Appropriate CQC and CQA will be utilized during the test plots as well as full-scale construction.

## Surface Water Hydrology and Erosion Protection

**Hydrologic Description of Site.** The characterization of flood potential and the documentation of the site design conform to the requirements of Criterion 1 of 6 CCR 1007-1, Part 18, Appendix A, which requires a design that provides for permanent isolation of tailings and minimizes disturbance and dispersion by natural forces.

However, it is also the department's conclusion that the incised drainage channels (arroyos) to the west and east side of the tailings ponds must be further evaluated prior to construction to determine potential impact, if any, to the tailings cell. The concern is related to potential further erosion of the incised drainage into the tailings cell toe and

[EIA — 41]

BLM_0036819

beyond. The evaluation should consider whether further erosion protection is required within the channel itself or as part of the tailings cell.

**Flooding Determinations.** The mill tailings at the proposed Piñon Ridge uranium mill facility will be protected from flooding and erosion by an engineered water balance cover with a rock "mulch" that has been designed in accordance with the guidance provided in NRC NUREG-1623 (U.S. Nuclear Regulatory Commission, 2002). Flood analysis presented in the license application demonstrate that the erosion protection is adequate based on:

- selection of proper rainfall and flooding events;
- selection of appropriate parameters for determining flood discharges; and
- computation of flood discharges, using appropriate and conservative methods.

The application presents analysis to show that the site is located in an area rarely flooded by off-site floods and that it is protected from direct on-site flooding. The erosion protection is large enough to resist flooding from the shallow depths and minimal forces of floods occurring from a probable maximum flood (PMF) in the upstream drainage area. The department therefore concludes that the erosion potential at the proposed site has been acceptably minimized, since flooding at the site is mitigated by erosion protection, and the forces associated with off-site floods are minimal. The department also concludes that, because the rainfall and flooding events have very low probabilities of occurrence over a 1,000 year period, no damage to erosion protection is expected from these, or more frequent events. Therefore, active maintenance or repair of damage is not anticipated.

**Design of Erosion Protection for the Cover and Other Features.** The mill tailings will be protected by an earthen water balance cover with a capillary barrier and low permeability geosynthetic liner that also has appropriately sized soil/rock "mulch" designed to resist erosion within the top six inches. In addition to the cover, erosion protection designs have been performed for the tailing cell toe and diversion berm. PMF unit discharges were calculated and used in the Safety Factors Method to determine an appropriate rock size for the tailing cell cover top deck. The Maximum Permissible Velocity (MPV) method was used to design a stable vegetated soil/rock mulch cover. PMF unit discharges were also used with the Stephenson Method to design a rock cover for the steeper tailing cell outboard slopes. Consistent with NUREG-1623, the Safety Factors Method was used to design slopes less than 10 percent, the Stephenson Method was used for slopes greater than 10 percent, and the Abt equation was used for design of erosion protection for the toe of the tailing cell.

Although the numerical portion of the design appears acceptable, a comprehensive drawing showing all of the final site erosion protection features (e.g., diversion berm) and topography should be provided.

BLM_0036820

# Background Radiological Characteristics

Background concentrations of radionuclides in soil, ambient gamma exposure rates, air particulates, radon measurements, surface water and groundwater were made as part of the pre-operational monitoring efforts required by Part 18 of the Radiation Regulations. Background is discussed in Section 3.11.4 of the ER, and in the following reports Table 11:

**Table 11: Background Reports in the Application**

| Surface Water: | Baseline Surface Hydrology Modeling | Land: | Soil Survey. |
|---|---|---|---|
| Groundwater: | Hydrogeologic Report | | Geologic Report |
| | Phase 3 Long Term Pumping Test Data Report | Flora and Fauna: | Vegetation Survey |
| Air: | Meteorology, Air Quality and Climatology Report. | | Wildlife Survey |
| | Air Dispersion Modeling Report | | Biological Survey |
| Radiological Surveys: | Baseline Radiological Investigation Report | | Baseline Survey of Radionuclides in Animal Tissue |

Background is also discussed in more detail in the Decision Analysis, under Preoperational Monitoring Studies.

The scope of the background studies exceed the minimum requirements from NRC Reg. Guide 4.14. Technology has improved greatly since the Reg. Guide was published, particularly the use of GPS surveys. Geostatistical methods have matured with improvements in computing power and more sophisticated software (examples are Surfer and SADA).

Background, or baseline radiological conditions at the Piñon Ridge site were carefully measured due to the historic vanadium and uranium mining in the area. Considering that numerous mine adits exist above the site to the south, and a very large open pit uranium mine is located to the east of the site (Cotter JD-7), it is important to document any insults to the site from these off-site sources.

Results of the investigations show gamma exposure rates:
- The majority of the site exhibits exposure rate data points ranging between 11 and 20 μR/hr.
- Readings between 14 and 20 μR/hr,

[EIA — 43]

BLM_0036821

- appear to coincide with western and eastern drainages.
- Elevated levels of radioactivity, as characterized by gamma readings greater than 20,000 cpm and estimated exposure rates greater than 20 µR/hr, appear to be limited to three discrete areas.

Patterns of slightly elevated radioactivity are also apparent in the three site drainages (note darker patterns in Figure 38), where exposure rates range from approximately 15 to 17 µR/hr.

[EIA — 44]

BLM_0036822



**Figure 38: Gamma Exposure Rates**
**(source: Baseline Radiological Investigation Report)**

## Background Soil Concentrations

Most of the surface $^{226}$Ra concentrations measured at the Piñon Ridge site are less than 2 pCi/g. Although most of the site exhibits $^{226}$Ra concentrations of approximately 1 pCi/g,

[EIA — 45]

BLM_0036823

areas in the southern portion of the site exhibit radiological anomalies from natural and potentially historic anthropogenic sources within the area. Additionally, slightly elevated levels of surface soil $^{226}$Ra concentrations are apparent in all three major drainages — the western, central, and eastern drainage. The median of the surface soil $^{226}$Ra data set is 0.97 pCi/g, with a corresponding non-outlier range of 0.13 to 2.6 pCi/g. The median is comparable to the mean of the data set excluding the outliers (0.98 pCi/g).

## Subsurface Soil Sampling

Subsurface samples (15 – 30 cm, and 30 – 100 cm) were collected at six locations. Two of the locations had $^{226}$Ra concentrations > 1 pCi/g, the remainder were below 1 pCi/g. No trends were discerned.

## Other Radionuclides

Consistent with Reg. Guide 4.14, 18 samples were analyzed for natural uranium (U-nat), $^{230}$Th, and $^{210}$Pb in addition to $^{226}$Ra. Concentrations correlate well to the $^{226}$Ra results are provided in the DA.

## Ambient Radon Monitoring

Passive track etch detectors were placed at each of the five AMS locations to measure $^{222}$Rn air concentrations. The $^{222}$Rn measurements were collected for over a year from March 8, 2008 through July 1, 2009, with detectors exchanged quarterly.

There appear to be no spatial trends in the data set, other than that the levels are within the same order of magnitude across the AMS locations.

## Radon Flux Measurements

Three rounds of $^{222}$Rn flux measurements were taken to characterize pre-operational conditions. $^{222}$Rn emission rates were measured from nine locations within the proposed tailings area. Nine canisters were deployed in the fall 2007, spring 2008, and summer 2008. These canisters were analyzed using EPA Test Method 115.

Sampling for all periods yielded an average flux of 1.7 picocuries per meter squared second (pCi/m$^2$-s). Radon-222 flux rates ranged between 0.41 and 3.78 pCi/m$^2$-s. No correlation between $^{222}$Rn flux and $^{226}$Ra soil concentration data is evident.

## Environmental Dose Rate Measurements

OSL dosimeters were placed at each of the five air monitoring locations to measure external ionizing radiation exposure. These exposure measurements were collected for a year with dosimeters exchanged quarterly by EFR personnel.

The ambient gamma dose rate monitoring results are consistent with the exposure rate results from the GPS survey. The ranges of observed gamma dose rates are 11.6 to 14.5 μrem/hr and 11 to 19 μR/hr as measured using the OSLs and PIC (via correlation of gamma count rates), respectively.

[EIA — 46]

## Airborne Particulate

Tisch Hi-Vol monitors were installed at sites 1, 2, 3, 4, and 5 to collect radionuclide data. The monitors were run continuously on a 14-day filter exchange schedule. The laboratory composited the sample filters by quarter. The average air flow rate was calculated for each filter exposure period based on the calibration values of the samplers and average stagnation pressure, temperature and pressure during the filter exposure period.

Background values for $^{Nat}U$, $^{226}Ra$, $^{230}Th$ are very low, despite legacy mining in the area.

### Table 12: Radionuclide Annual Average Concentrations

| EFR Sites | Uranium | Lead-210 | Radium-226 | Thorium-230 |
|---|---|---|---|---|
| | uCi/mL | | | |
| Site 1 | 3.26E-18 | 2.52E-15 | 4.54E-19 | -1.85E-19 * |
| Site 2 | 3.36E-18 | 2.69E-15 | 6.82E-18 | 5.10E-18 |
| Site 3 | 3.46E-18 | 2.36E-15 | 1.37E-18 | 4.79E-18 |
| Site 4 | 3.33E-18 | 2.22E-15 | -2.01E-18 * | 3.91E-18 |
| Site 5 | 3.29E-18 | 2.54E-15 | 1.20E-18 | 2.28E-18 |

*As shown in Table 6-2, some radionuclides have annual averages less than zero. The negative concentrations are a result of quality control procedures by the analyzing laboratory. Occasionally, field samples have a lower radionuclide count than the laboratory blank sample used to set the "zero" point, thus, some samples have a negative concentration. Presenting negative concentrations rather than data qualifiers allows for temporal trend analysis of the data and is consistent with Section 7.5 of the United State Nuclear Regulatory Commission's Regulatory Guide 4.14. Therefore, the negative concentrations presented in Table 6-2 and in Appendix E are acceptable representation of the radionuclide concentrations collected in the Mill Site Area.

[EIA — 47]

BLM_0036825



**Figure 39: Air and Meteorological Site Location Map**

## Vegetation

One vegetation sample was collected at each of the five AMS locations during the annual sampling periods. Samples were collected using grass clippers or shears and placed in large plastic lawn bags, labeled appropriately, and stored in a laboratory-supplied cooler until transferred to the laboratory. Only vegetation available to and likely eaten by locally grazed livestock was collected. No segregation by common or genus/species names was performed. The samples were analyzed for $^{226}$Ra, $^{230}$Th, $^{Nat}$U, $^{210}$Pb, and $^{210}$Po.

$^{226}$Ra and $^{230}$Th concentrations were detected at concentrations comparable to, and sometimes below the corresponding method detection limit (MDL). $^{226}$Ra concentrations ranged from 0.03 to 0.6 pCi/g; those for $^{230}$Th from –0.2 to 1.2 pCi/g. $^{Nat}$U concentrations ranged from 0.08 to 2.41 mg/kg (equivalent to 0.05 to 1.6 pCi/g. $^{210}$Pb and $^{210}$Po concentrations were somewhat higher. $^{210}$Pb concentrations ranged from 1.4 to 6.6 pCi/g, with the maximum concentration measured at the onsite location AMS-02. $^{210}$Po concentrations ranged from 0.2 to 4.3 pCi/g. The maximum $^{210}$Po concentration was measured at offsite location AMS-04.

BLM_0036826

Comparison with corresponding soil sample results yields no apparent relationship. Radionuclide concentrations were highest in on-site soil sample AMS-02, located in the southeastern portion of the site. The corresponding vegetation sample collected at this location actually had the lowest radionuclide concentrations of the five samples collected.

## Surface Water

Sampling of surface water on the Piñon Ridge Uranium Mill site has been conducted to establish baseline conditions since February 2008. Surface water has been sampled on a run-off event basis, rather than a fixed calendar schedule, due to the intermittent nature of run-off events in the area. Surface water sample collection will resume on a quarterly basis prior to the start of mill construction.

Four surface water samplers are installed in selected drainages on the site (Figure 40).



**Figure 40: Surface Water Sampling Locations**
**(source: Baseline Surface Hydrology Modeling Report)**

[EIA — 49]

BLM_0036827

In addition to many chemical parameters (discussed in Section X), samples are analyzed for:
- Dissolved Radionuclides – gross alpha, $^{226}$Ra, $^{228}$Ra, lead-210, $^{228}$Th, $^{230}$Th and $^{232}$Th.
- Total Radionuclides – $^{226}$Ra, $^{228}$Ra, $^{210}$Pb, $^{228}$Th, $^{230}$Th and $^{232}$Th.

The dissolved radionuclide levels are generally low for gross alpha (i.e., dissolved in solution). A few samples have shown values well in excess of the average. (NOTE: gross alpha can vary significantly if the sample has high sediment loading). The dissolved radioisotopic radium, lead and thorium levels were low in the samples.

Total radioisotopic (i.e., dissolved plus suspended particles) radium, lead and thorium were consistently higher, indicating the presence of radionuclides in the soils and sediments within the sampling areas. This is to be expected given that uranium mineralization is located immediately above the site in the Salt Wash Member of the Morrison Formation. As noted during the gamma radiation surveys, there is transport of radioactivity onto the site from Davis Mesa. This is being monitored and will be continue to be characterized.

## Ground Water

The only known occurrences of ground water within the surface drainage area are close to the contact between the Chinle and Moenkopi formations and close to the contact between the Moenkopi and Hermosa formations. Ground water samples are primarily from the Chinle Formation, near the contact with the underlying Moenkopi Formation.

Ground water quality monitoring at the site and within the vicinity of the site has been conducted at 20 locations dispersed along a 10-mile stretch of Paradox Valley on the southwest side of the valley axis. Nine monitoring wells have been installed at the site: MW-1 through MW-9. The sampling locations are presented on figures 41 and 42. Ground water sampling locations included:
- Five monitoring wells (MW-5, MW-6, MW-7, MW-8B, and MW-9);
- Three ground water production wells (PW-1, PW-2, PW-3);
- Seven exploratory holes (EX-5, EX-6, EX-7, EX-10, EX-12, EX-15, and EX-23);
- Four off-site wells, referred to by the last name of the well owner (Boren Well, BLM Well, Davis Well, and Hurdle Well); and
- One off-site spring.

BLM_0036828



**Figure 41: On-site Ground Water Sampling Locations**



**Figure 42: Off-site Ground Water Monitoring Locations**

[EIA — 51]

BLM_0036829

Uranium concentrations and gross alpha activity levels are above the domestic water supply standards of 0.03 mg/L (uranium) and 15 pCi/L (gross alpha) at the majority of the sampling locations. However, the gross alpha analyses included uranium and radon; therefore, these results cannot be directly compared to the water quality standard, which specifically excludes the alpha contributions from these two elements. It is likely that the majority of the gross alpha in the ground water is attributable to uranium. Gross alpha and uranium concentrations are generally higher at wells with high dissolved oxygen and positive oxidation-reducing potential (ORP), such as MW-5, MW-7, and PW-3.

## Background Non Radiological Characteristics

Background values for non-radiological parameters (e.g. chemical constituents and physical parameters) were also collected as part of the site evaluation. Data for surface water and ground water are provided in the tables in the DA. Measurements and samples were also collected for air particulates ($PM_{10}$). Physical (geotechnical) parameters for site soils are reported in the updated Borrow Source Characterization Addendum, Technical Specifications in Vol. 2 of the application.

Organic vapors and their monitoring are discussed in the revised RACT report and the Raffinate Characterization. Calculations were developed with respect to impacts from organic vapors and mists and heavy metals, e.g. emission rates of the metals and organics were calculated and compared to guidelines. This is discussed below and in the revised Risk Assessment Report and the Revised Exposure Pathways Report. Since ore or reagents have not been brought on site, there are no background values for those items. Heavy metals exist in trace amounts in surface soils, but would be in much higher concentration in the ore that is brought on site.

The main sources and emissions of non-radioactive constituents are in the table below:

**Table 13: Sources and Emissions of Non-Radionuclides**

| Source | Emission |
|---|---|
| Ore storage and crushing/grinding | Ore dust including heavy metals |
| Leaching tanks vent | Sulfuric acid mist, sulfur dioxide |
| Solvent extraction vent | Organic Solvent (kerosene/Isodecanol) |
| Yellowcake precipitation | Ammonia |
| Yellowcake centrifuge or filter and dryer | Ammonia |
| Laboratory hood | Miscellaneous vapors |
| Tailings pile | Tailings dust including heavy metals |
| Burning of fuel oil | $SO_2$, $NO_2$ |

The analysis of the ores from several mine sites in the area were analyzed to identify constituents that may be of concern. They include V, As, Pb, Mo, Cd, Se, Cu, U and Zn.

[EIA — 52]

BLM_0036830

**Table 14: Analyses of the Ores from Several Mine Sites**

| Metal | Unit | Whirlwind Mine-1 | Whirlwind Mine-2 | Whirlwind Mine-3 | Slick Rock Mine | Paradox Valley Mine | Packrat Mine | Energy Queen Mine | Mean Value |
|---|---|---|---|---|---|---|---|---|---|
| Arsenic | mg/kg-dry | 221 | 367 | 367 | 9.6 | 12.9 | 112 | 43.2 | 166 |
| Cadmium | mg/kg-dry | ND | 2.2 | 0.6 | 2.0 | 3.5 | 1.0 | 3.5 | 2.2 |
| Copper | mg/kg-dry | 4.0 | 10.1 | 12.7 | 15.6 | 30.9 | 14.4 | 29.2 | 16.7 |
| Lead | mg/kg-dry | 552 | 117 | 1470 | 43.1 | 23.6 | 32.2 | 181 | 388 |
| Molybdenum | mg/kg-dry | 1.2 | 32.6 | 40.0 | 21.8 | 45.1 | 1.7 | 71.3 | 31.5 |
| Selenium | mg/kg-dry | 262 | 28.7 | 410 | 64.2 | 97.9 | 120 | 57.4 | 151 |
| Uranium | mg/kg-dry | 474 | 4000 | 6100 | 1160 | 964 | 653 | 12100 | 3529 |
| Vanadium | mg/kg-dry | 9020 | 3940 | 14500 | 5980 | 3920 | 14500 | 9150 | 8573 |
| Zinc | mg/kg-dry | 36.3 | 355 | 52.5 | 46.0 | 58.0 | 69.6 | 240 | 123 |

During the milling process, the concentrations of these constituents are enhanced in the acid leaching solution, raffinate, and tailings solution. The supporting data are found in the Material Containment Plan in Volume 12 of the application.

# Other Environmental Features

Energy Fuels Resources conducted ecological studies, including collection of baseline flora and fauna data. Surveys for vegetation were conducted during four seasons starting in summer 2007 and continuing through spring 2008. Concurrently, wildlife, wildlife habitat, and point bird surveys were conducted. Wetland delineation surveys were conducted and visual observations were used to identify vegetation, soil, and hydrological characteristics within the vicinity of the sample plots. The EFR Environmental Report provides more detail regarding the ecology and biota at the site.

Fauna and biota were evaluated for potential impacts from siting, construction and operation of the facility. The land has been used traditionally as grazing land for cattle.

Four ecotones (areas where two distinctly different habitats converge) are relevant to the ecology and wildlife species of the site. These ecotones include a piñon-juniper habitat along the bluffs in the southwest portion of the site; a joining, narrow strip of big sage habitat; a native grassland habitat abuts both the big sage habitats throughout the central portion of the site extending centrally from the northwest corner of the site to the southwest portion of the site; and another big sage habitat occupies the northeast half of the site. Refer to the Vegetation Survey (Kleinfelder, 2009) for details of each ecotone and habitat found on the site.

Historical land use of the site exhibits characteristics of agricultural practices and cattle grazing on the flat portions of the site. Past and current mining activities continue to the southeast and southwest of the site. These activities are visually evident by road cuts, excavations, and overburden piles located adjacent to the site.

Habitat types are indicative of wildlife species expected to occupy those habitats. Terrestrial wildlife such as elk, deer, bear, coyote, fox, etc. prefers habitats that provide seasonal food, cover, and water. Avian species occupy habitats that provide nesting and

BLM_0036831

fledging habits and adjacent feeding areas. Raptors i.e. eagles, hawks and owls prefer habitats that provide prey species for food and other habitats for nesting. The site provides habitats and ecotones for wildlife that are associated with the big-sage habitat and grassland habitat. No waterfowl is expected to occur on the site due to the lack of perennial water or preferred nesting habitat. It would not be uncommon for types of waterfowl such as ducks to visit the site after a rain event to rest on ponded water.

## Vegetation

Three dominant vegetation communities are located within the site and include
- piñon-juniper vegetation along the bluffs in the southwest portion of the site,
- big sagebrush habitat located in a narrow strip adjacent to the piñon-juniper habitat and on the northeast half of the site, and
- a mixed grassland habitat located in the central portion of the site between both big sagebrush habitats.

The more prevalent vegetation community is the piñon/juniper woodland, Gambel oak woodland, and sagebrush steppe with black sagebrush (*Artemsia nova*), winterfat (*Krascheninnikovia lanata*), Mormon tea (*Ephedra virdis*), four-wing saltbrush, shadscale, galleta grass, and blue gramma (*Bouteloua gracilis*) (Chapman et al., 2006). Other common plants observed on the property include blue gramma grass (*Condrosum gracile)*, galleta grass (*Pleuraphis jamesii)*, three-awn grass (*Aristida* spp.), Indian ricegrass (*Acnatherum hymenoides)*, needle-and-thread grass *(Hesperostipa comata)*, sand drop-seed *(Sporobolus cryptandrus),* broom snakeweed (*Gutierrezia sarothrae*), hedgehog cactus (*Echinocereus triglochidiatus* ) nipple cactus (*Coryphantha zizipara*), plantain (*Plantago major*), yucca (*Yucca baccata),* four o'clock (*Mirabilis multiflora*), and mountain mahogany (*Cercocarpus montanus*).

## Terrestrial Wildlife

The Wildlife Survey Report describes surveys conducted for species identification. It describes the ecological classifications of the area. An additional Biological Survey was conducted for the 80-acre parcel obtained for the pumping wells. The site is located within the migratory bird Pacific Flyway.

Mammals observed during the four season surveys include coyotes, black-tailed jackrabbit, eastern cottontail, elk, mule deer, and domestic cattle. A second survey for the additional 80-acres also found bobcat (*Lynx rufus*) tracks in damp soil in the vicinity of a recent well drilling site on the property. Desert cottontail rabbit *(Sylvilagus audubonii)* were also observed during the survey.

The above-listed mammals are typical for the habitat and ecosystems found on the site. Mountain lion (*Felis concolor*) likely follow wintering big game to the area. A variety of small mammal species may be present on the project site including long-tailed weasel (*Mustela frenata*), Ord's kangaroo rat (*Dipodomys ordii*), least chipmunk (*Tamias minimus*), Hopi chipmunk (*Tamias umbrinus*), valley pocket gopher *(Thomomys bottae),* and other rodent species.

[EIA — 54]

BLM_0036832