**Table 10.  Global Atmospheric Concentration (ppm Unless Otherwise Specified), Rate of Concentration Change (ppb/year) and Atmospheric Lifetime (Years) of Selected Greenhouse Gases**

| Atmospheric Variable | $CO_2$ | $CH_4$ | $N_2O$ | $SF_6$[a] | $CF_4$[a] |
|---|---|---|---|---|---|
| Pre-industrial atmospheric concentration | 278 | 0.700 | 0.270 | 0 | 40 |
| Atmospheric concentration (1998) | 365 | 1.745 | 0.314 | 4.2 | 80 |
| Rate of concentration change[b] | 1.5[c] | 0.007[c] | 0.0008 | 0.24 | 1.0 |
| Atmospheric Lifetime | 50-200[d] | 12[e] | 114[e] | 3,200 | >50,000 |

Source: IPCC (2001)

[a] Concentrations in parts per trillion (ppt) and rate of concentration change in ppt/year.

[b] Rate is calculated over the period 1990 to 1999.

[c] Rate has fluctuated between 0.9 and 2.8 ppm per year for $CO_2$ and between 0 and 0.013 ppm per year for CH4 over the period 1990 to 1999.

[d] No single lifetime can be defined for $CO_2$ because of the different rates of uptake by different removal processes.

[e] This lifetime has been defined as an "adjustment time" that takes into account the indirect effect of the gas on its own residence time.

A brief description of each greenhouse gas, its sources, and its role in the atmosphere is given below. The following section then explains the concept of Global Warming Potentials (GWPs), which are assigned to individual gases as a measure of their relative average global radiative forcing effect.

**Water Vapor ($H_2O$).**  Overall, the most abundant and dominant greenhouse gas in the atmosphere is water vapor. Water vapor is neither long-lived nor well mixed in the atmosphere, varying spatially from 0 to 2 percent (IPCC 1996). In addition, atmospheric water can exist in several physical states including gaseous, liquid, and solid. Human activities are not believed to directly affect the average global concentration of water vapor; however, the radiative forcing produced by the increased concentrations of other greenhouse gases may indirectly affect the hydrologic cycle. A warmer atmosphere has an increased water holding capacity; yet, increased concentrations of water vapor affects the formation of clouds, which can both absorb and reflect solar and terrestrial radiation. Aircraft contrails, which consist of water vapor and other aircraft emittants, are similar to clouds in their radiative forcing effects (IPCC 1999).

**Carbon Dioxide ($CO_2$).**  In nature, carbon is cycled between various atmospheric, oceanic, land biotic, marine biotic, and mineral reservoirs. The largest fluxes occur between the atmosphere and terrestrial biota, and between the atmosphere and surface water of the oceans. In the atmosphere, carbon predominantly exists in its oxidized form as $CO_2$. Atmospheric carbon dioxide is part of this global carbon cycle, and therefore its fate is a complex function of geochemical and biological processes. Carbon dioxide concentrations in the atmosphere increased from approximately 280 parts per million by volume (ppmv) in pre-industrial times to 367 ppmv in 1999, a 31 percent increase (IPCC 2001). The IPCC notes that "[t]his concentration has not been exceeded during the past 420,000 years, and likely not during the past 20 million years. The rate of increase over the past century is unprecedented, at least during the past 20,000 years." The IPCC definitively states that "the present atmospheric $CO_2$ increase is caused by anthropogenic emissions of $CO_2$" (IPCC 2001). Forest clearing, other biomass burning, and some non-energy production processes (e.g., cement production) also emit notable quantities of carbon dioxide.

BLM_0037514

In its second assessment, the IPCC also stated that "[t]he increased amount of carbon dioxide [in the atmosphere] is leading to climate change and will produce, on average, a global warming of the Earth's surface because of its enhanced greenhouse effect—although the magnitude and significance of the effects are not fully resolved" (IPCC 1996).

**Methane ($CH_4$).** Methane is primarily produced through anaerobic decomposition of organic matter in biological systems. Agricultural processes such as wetland rice cultivation, enteric fermentation in animals, and the decomposition of animal wastes emit $CH_4$, as does the decomposition of municipal solid wastes. Methane is also emitted during the production and distribution of natural gas and petroleum, and is released as a by-product of coal mining and incomplete fossil fuel combustion. Atmospheric concentrations of methane have increased by about 150 percent since pre-industrial times, although the rate of increase has been declining. The IPCC has estimated that slightly more than half of the current $CH_4$ flux to the atmosphere is anthropogenic, from human activities such as agriculture, fossil fuel use and waste disposal (IPCC 2001).

Methane is removed from the atmosphere by reacting with the hydroxyl radical (OH) and is ultimately converted to $CO_2$. Minor removal processes also include reaction with Cl in the marine boundary layer, a soil sink, and stratospheric reactions. Increasing emissions of methane reduce the concentration of OH, a feedback which may increase methane's atmospheric lifetime (IPCC 2001).

**Nitrous Oxide ($N_2O$).** Anthropogenic sources of $N_2O$ emissions include agricultural soils, especially the use of synthetic and manure fertilizers; fossil fuel combustion, especially from mobile combustion; adipic (nylon) and nitric acid production; wastewater treatment and waste combustion; and biomass burning. The atmospheric concentration of nitrous oxide ($N_2O$) has increased by 16 percent since 1750, from a pre industrial value of about 270 ppb to 314 ppb in 1998, a concentration that has not been exceeded during the last thousand years. Nitrous oxide is primarily removed from the atmosphere by the photolytic action of sunlight in the stratosphere.

**Ozone ($O_3$).** Ozone is present in both the upper stratosphere, where it shields the Earth from harmful levels of ultraviolet radiation, and at lower concentrations in the troposphere, where it is the main component of anthropogenic photochemical "smog." During the last two decades, emissions of anthropogenic chlorine and bromine-containing halocarbons, such as chlorofluorocarbons (CFCs), have depleted stratospheric ozone concentrations. This loss of ozone in the stratosphere has resulted in negative radiative forcing, representing an indirect effect of anthropogenic emissions of chlorine and bromine compounds (IPCC 1996). The depletion of stratospheric ozone and its radiative forcing was expected to reach a maximum in about 2000 before starting to recover, with detection of such recovery not expected to occur much before 2010 (IPCC 2001).

The past increase in tropospheric ozone, which is also a greenhouse gas, is estimated to provide the third largest increase in direct radiative forcing since the pre-industrial era, behind $CO_2$ and $CH_4$. Tropospheric ozone is produced from complex chemical reactions of volatile organic compounds mixing with nitrogen oxides ($NO_x$) in the presence of sunlight. Ozone, carbon monoxide (CO), sulfur dioxide ($SO_2$), nitrogen dioxide ($NO_2$) and particulate matter are included in the category referred to as "criteria pollutants" in the United States under the Clean Air Act and its subsequent amendments. The tropospheric concentrations of ozone and these other pollutants are short-lived and, therefore, spatially variable.

BLM_0037515

**Halocarbons, Perfluorocarbons, and Sulfur Hexafluoride ($SF_6$).** Halocarbons are, for the most part, man-made chemicals that have both direct and indirect radiative forcing effects. Halocarbons that contain chlorine—chlorofluorocarbons (CFCs), hydrochlorofluorocarbons (HCFCs), methyl chloroform, and carbon tetrachloride—and bromine—halons, methyl bromide, and hydrobromofluorocarbons (HBFCs)—result in stratospheric ozone depletion and are therefore controlled under the Montreal Protocol on Substances that Deplete the Ozone Layer. Although CFCs and HCFCs include potent global warming gases, their net radiative forcing effect on the atmosphere is reduced because they cause stratospheric ozone depletion, which is itself an important greenhouse gas in addition to shielding the Earth from harmful levels of ultraviolet radiation. Under the Montreal Protocol, the United States phased out the production and importation of halons by 1994 and of CFCs by 1996. Under the Copenhagen Amendments to the Protocol, a cap was placed on the production and importation of HCFCs by non-Article 5 countries beginning in 1996, and then followed by a complete phase-out by the year 2030. The ozone depleting gases covered under the Montreal Protocol and its Amendments are not covered by the UNFCCC.

Hydrofluorocarbons (HFCs), perfluorocarbons (PFCs), and sulfur hexafluoride ($SF_6$) are not ozone depleting substances, and therefore are not covered under the Montreal Protocol. They are, however, powerful greenhouse gases. HFCs—primarily used as replacements for ozone depleting substances but also emitted as a by-product of the HCFC-22 manufacturing process—currently have a small aggregate radiative forcing impact; however, it is anticipated that their contribution to overall radiative forcing will increase (IPCC 2001). PFCs and $SF_6$ are predominantly emitted from various industrial processes including aluminum smelting, semiconductor manufacturing, electric power transmission and distribution, and magnesium casting. Currently, the radiative forcing impact of PFCs and $SF_6$ is also small; however, they have a significant growth rate, extremely long atmospheric lifetimes, and are strong absorbers of infrared radiation, and therefore have the potential to influence climate far into the future (IPCC 2001).

**Carbon Monoxide (CO).** Carbon monoxide has an indirect radiative forcing effect by elevating concentrations of $CH_4$ and tropospheric ozone through chemical reactions with other atmospheric constituents (e.g., the hydroxyl radical, OH) that would otherwise assist in destroying $CH_4$ and tropospheric ozone. Carbon monoxide is created when carbon-containing fuels are burned incompletely. Through natural processes in the atmosphere, it is eventually oxidized to $CO_2$. Carbon monoxide concentrations are both short-lived in the atmosphere and spatially variable.

**Nitrogen Oxides ($NO_x$).** The primary climate change effects of nitrogen oxides (i.e., NO and $NO_2$) are indirect and result from their role in promoting the formation of ozone in the troposphere and, to a lesser degree, lower stratosphere, where it has positive radiative forcing effects. Additionally, $NO_x$ emissions from aircraft are also likely to decrease methane concentrations, thus having a negative radiative forcing effect (IPCC 1999). Nitrogen oxides are created from lightning, soil microbial activity, biomass burning – both natural and anthropogenic fires – fuel combustion, and, in the stratosphere, from the photo-degradation of nitrous oxide ($N_2O$). Concentrations of $NO_x$ are both relatively short-lived in the atmosphere and spatially variable.

BLM_0037516

**Nonmethane Volatile Organic Compounds (NMVOCs).**  Nonmethane volatile organic compounds include compounds such as propane, butane, and ethane. These compounds participate, along with $NO_x$, in the formation of tropospheric ozone and other photochemical oxidants. NMVOCs are emitted primarily from transportation and industrial processes, as well as biomass burning and non-industrial consumption of organic solvents. Concentrations of NMVOCs tend to be both short-lived in the atmosphere and spatially variable.

**Aerosols.**  Aerosols are extremely small particles or liquid droplets found in the atmosphere. They can be produced by natural events such as dust storms and volcanic activity, or by anthropogenic processes such as fuel combustion and biomass burning. They affect radiative forcing in both direct and indirect ways: directly by scattering and absorbing solar and thermal infrared radiation; and indirectly by increasing droplet counts that modify the formation, precipitation efficiency, and radiative properties of clouds. Aerosols are removed from the atmosphere relatively rapidly by precipitation. Because aerosols generally have short atmospheric lifetimes, and have concentrations and compositions that vary regionally, spatially, and temporally, their contributions to radiative forcing are difficult to quantify (IPCC 2001).

The indirect radiative forcing from aerosols is typically divided into two effects. The first effect involves decreased droplet size and increased droplet concentration resulting from an increase in airborne aerosols. The second effect involves an increase in the water content and lifetime of clouds due to the effect of reduced droplet size on precipitation efficiency (IPCC 2001). Recent research has placed a greater focus on the second indirect radiative forcing effect of aerosols.

Various categories of aerosols exist, including naturally produced aerosols such as soil dust, sea salt, biogenic aerosols, sulphates, and volcanic aerosols, and anthropogenically manufactured aerosols such as industrial dust and carbonaceous aerosols (e.g., black carbon, organic carbon) from transportation, coal combustion, cement manufacturing, waste incineration, and biomass burning.

The net effect of aerosols is believed to produce a negative radiative forcing effect (i.e., net cooling effect on the climate), although because they are short-lived in the atmosphere—lasting days to weeks—their concentrations respond rapidly to changes in emissions. Locally, the negative radiative forcing effects of aerosols can offset the positive forcing of greenhouse gases (IPCC 1996). "However, the aerosol effects do not cancel the global-scale effects of the much longer-lived greenhouse gases, and significant climate changes can still result" (IPCC 1996).

The IPCC's Third Assessment Report notes that "the indirect radiative effect of aerosols is now understood to also encompass effects on ice and mixed-phase clouds, but the magnitude of any such indirect effect is not known, although it is likely to be positive" (IPCC 2001). Additionally, current research suggests that another constituent of aerosols, elemental carbon, may have a positive radiative forcing (Jacobson 2001). The primary anthropogenic emission sources of elemental carbon include diesel exhaust, coal combustion, and biomass burning.

### Global Warming Potentials

Global Warming Potentials (GWPs) are intended as a quantified measure of the globally averaged relative radiative forcing impacts of a particular greenhouse gas. It is defined as the cumulative radiative forcing—both direct and indirect effects—integrated over a period of time from the emission of a unit mass of gas relative to some reference gas (IPCC 1996). Carbon dioxide ($CO_2$) was chosen as this reference gas. Direct effects occur when the gas itself is a

BLM_0037517

greenhouse gas. Indirect radiative forcing occurs when chemical transformations involving the original gas produce a gas or gases that are greenhouse gases, or when a gas influences other radiatively important processes such as the atmospheric lifetimes of other gases. The relationship between gigagrams (Gg) of a gas and Tg $CO_2$ Eq. can be expressed as follows:

$$Tg\ CO_2\ Eq = (Gg\ of\ gas) \times (GWP) \times \left(\frac{Tg}{1,000\ Gg}\right) where,$$

Tg $CO_2$ Eq. = Teragrams of Carbon Dioxide Equivalents      GWP = Global Warming Potential
Gg = Gigagrams (equivalent to a thousand metric tons)      Tg = Teragrams

GWP values allow policy makers to compare the impacts of emissions and reductions of different gases. According to the IPCC, GWPs typically have an uncertainty of roughly ±35 percent, though some GWPs have larger uncertainty than others, especially those in which lifetimes have not yet been ascertained. In the following decision, the parties to the UNFCCC have agreed to use consistent GWPs from the IPCC Second Assessment Report (SAR), based upon a 100 year time horizon, although other time horizon values are available (see Table 11).

> *In addition to communicating emissions in units of mass, Parties may choose also to use global warming potentials (GWPs) to reflect their inventories and projections in carbon dioxide-equivalent terms, using information provided by the Intergovernmental Panel on Climate Change (IPCC) in its Second Assessment Report. Any use of GWPs should be based on the effects of the greenhouse gases over a 100-year time horizon. In addition, Parties may also use other time horizons. (FCCC/CP/1996/15/Add.1)*

Greenhouse gases with relatively long atmospheric lifetimes (e.g., $CO_2$, $CH_4$, $N_2O$, HFCs, PFCs, and $SF_6$) tend to be evenly distributed throughout the atmosphere, and consequently global average concentrations can be determined. The short-lived gases such as water vapor, carbon monoxide, tropospheric ozone, other ambient air pollutants (e.g., $NO_x$, and NMVOCs), and tropospheric aerosols (e.g., $SO_2$ products and black carbon), however, vary spatially, and consequently it is difficult to quantify their global radiative forcing impacts. GWP values are generally not attributed to these gases that are short-lived and spatially inhomogeneous in the atmosphere.

BLM_0037518

Colorado GHG Inventory and Reference Case Projection
CCS, Spring 2007

**Table 11.  Global Warming Potentials (GWP) and Atmospheric Lifetimes (Years) Used in the Inventory**

| Gas | Atmospheric Lifetime | 100-year GWP[a] | 20-year GWP | 500-year GWP |
|---|---|---|---|---|
| Carbon dioxide ($CO_2$) | 50-200 | 1 | 1 | 1 |
| Methane ($CH_4$)[b] | 12±3 | 21 | 56 | 6.5 |
| Nitrous oxide ($N_2O$) | 120 | 310 | 280 | 170 |
| HFC-23 | 264 | 11,700 | 9,100 | 9,800 |
| HFC-125 | 32.6 | 2,800 | 4,600 | 920 |
| HFC-134a | 14.6 | 1,300 | 3,400 | 420 |
| HFC-143a | 48.3 | 3,800 | 5,000 | 1,400 |
| HFC-152a | 1.5 | 140 | 460 | 42 |
| HFC-227ea | 36.5 | 2,900 | 4,300 | 950 |
| HFC-236fa | 209 | 6,300 | 5,100 | 4,700 |
| HFC-4310mee | 17.1 | 1,300 | 3,000 | 400 |
| $CF_4$ | 50,000 | 6,500 | 4,400 | 10,000 |
| $C_2F_6$ | 10,000 | 9,200 | 6,200 | 14,000 |
| $C_4F_{10}$ | 2,600 | 7,000 | 4,800 | 10,100 |
| $C_6F_{14}$ | 3,200 | 7,400 | 5,000 | 10,700 |
| $SF_6$ | 3,200 | 23,900 | 16,300 | 34,900 |

Source:  IPCC (1996)

[a] GWPs used here are calculated over 100 year time horizon

[b] The methane GWP includes the direct effects and those indirect effects due to the production of tropospheric ozone and stratospheric water vapor. The indirect effect due to the production of $CO_2$ is not included.

Table 12 presents direct and net (i.e., direct and indirect) GWPs for ozone-depleting substances (ODSs). Ozone-depleting substances directly absorb infrared radiation and contribute to positive radiative forcing; however, their effect as ozone-depleters also leads to a negative radiative forcing because ozone itself is a potent greenhouse gas. There is considerable uncertainty regarding this indirect effect; therefore, a range of net GWPs is provided for ozone depleting substances.

BLM_0037519

**Table 12.  Net 100-year Global Warming Potentials for Select Ozone Depleting Substances\***

| Gas | Direct | Net$_{min}$ | Net$_{max}$ |
|---|---|---|---|
| CFC-11 | 4,600 | (600) | 3,600 |
| CFC-12 | 10,600 | 7,300 | 9,900 |
| CFC-113 | 6,000 | 2,200 | 5,200 |
| HCFC-22 | 1,700 | 1,400 | 1,700 |
| HCFC-123 | 120 | 20 | 100 |
| HCFC-124 | 620 | 480 | 590 |
| HCFC-141b | 700 | (5) | 570 |
| HCFC-142b | 2,400 | 1,900 | 2,300 |
| CHCl$_3$ | 140 | (560) | 0 |
| CCl$_4$ | 1,800 | (3,900) | 660 |
| CH$_3$Br | 5 | (2,600) | (500) |
| Halon-1211 | 1,300 | (24,000) | (3,600) |
| Halon-1301 | 6,900 | (76,000) | (9,300) |

Source: IPCC (2001)

\* Because these compounds have been shown to deplete stratospheric ozone, they are typically referred to as ozone depleting substances (ODSs). However, they are also potent greenhouse gases. Recognizing the harmful effects of these compounds on the ozone layer, in 1987 many governments signed the *Montreal Protocol on Substances that Deplete the Ozone Layer* to limit the production and importation of a number of CFCs and other halogenated compounds. The United States furthered its commitment to phase-out ODSs by signing and ratifying the Copenhagen Amendments to the *Montreal Protocol* in 1992. Under these amendments, the United States committed to ending the production and importation of halons by 1994, and CFCs by 1996. The IPCC Guidelines and the UNFCCC do not include reporting instructions for estimating emissions of ODSs because their use is being phased-out under the *Montreal Protocol*. The effects of these compounds on radiative forcing are not addressed here.

The IPCC recently published its Third Assessment Report (TAR), providing the most current and comprehensive scientific assessment of climate change (IPCC 2001). Within that report, the GWPs of several gases were revised relative to the IPCC's Second Assessment Report (SAR) (IPCC 1996), and new GWPs have been calculated for an expanded set of gases. Since the SAR, the IPCC has applied an improved calculation of $CO_2$ radiative forcing and an improved $CO_2$ response function (presented in WMO 1999). The GWPs are drawn from WMO (1999) and the SAR, with updates for those cases where new laboratory or radiative transfer results have been published. Additionally, the atmospheric lifetimes of some gases have been recalculated. Because the revised radiative forcing of $CO_2$ is about 12 percent lower than that in the SAR, the GWPs of the other gases relative to $CO_2$ tend to be larger, taking into account revisions in lifetimes. However, there were some instances in which other variables, such as the radiative efficiency or the chemical lifetime, were altered that resulted in further increases or decreases in particular GWP values. In addition, the values for radiative forcing and lifetimes have been calculated for a variety of halocarbons, which were not presented in the SAR. The changes are described in the TAR as follows:

*New categories of gases include fluorinated organic molecules, many of which are ethers that are proposed as halocarbon substitutes. Some of the GWPs have larger uncertainties than that of others, particularly for those gases where detailed laboratory data on lifetimes are not yet available. The direct GWPs have been calculated relative to $CO_2$ using an improved calculation of the $CO_2$ radiative forcing, the SAR response function for a $CO_2$ pulse, and new values for the radiative forcing and lifetimes for a number of halocarbons.*

BLM_0037520

### References

FCCC (1996) Framework Convention on Climate Change; FCCC/CP/1996/15/Add.1; 29 October 1996; Report of the Conference of the Parties at its second session. Revised Guidelines for the Preparation of National Communications by Parties Included in Annex I to the Convention, p18. Geneva 1996.

IPCC (2001) *Climate Change 2001: A Scientific Basis*, Intergovernmental Panel on Climate Change; J.T. Houghton, Y. Ding, D.J. Griggs, M. Noguer, P.J. van der Linden, X. Dai, C.A. Johnson, and K. Maskell, eds.; Cambridge University Press. Cambridge, U.K.

IPCC (2000) *Good Practice Guidance and Uncertainty Management in National Greenhouse Gas Inventories.* IPCC National Greenhouse Gas Inventories Programme Technical Support Unit, Kanagawa, Japan. Available online at <http://www.ipcc-nggip.iges.or.jp/gp/report.htm>.

IPCC (1999) *Aviation and the Global Atmosphere.* Intergovernmental Panel on Climate Change; Penner, J.E., et al., eds.; Cambridge University Press. Cambridge, U.K.

IPCC (1996) *Climate Change 1995: The Science of Climate Change.* Intergovernmental Panel on Climate Change; J.T. Houghton, L.G. Meira Filho, B.A. Callander, N. Harris, A. Kattenberg, and K. Maskell, eds.; Cambridge University Press. Cambridge, U.K.

IPCC/UNEP/OECD/IEA (1997) *Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories.* Paris: Intergovernmental Panel on Climate Change, United Nations Environment Programme, Organization for Economic Co-Operation and Development, International Energy Agency.

Jacobson, M.Z. (2001) Strong Radiative Heating Due to the Mixing State of Black Carbon in Atmospheric Aerosols. Nature. In press.

UNEP/WMO (2000) *Information Unit on Climate Change.* Framework Convention on Climate Change (Available on the internet at <http://www.unfccc.de>.)

WMO (1999) Scientific Assessment of Ozone Depletion, Global Ozone Research and Monitoring Project-Report No. 44, World Meteorological Organization, Geneva, Switzerland.

BLM_0037521

# Environmental Justice

## Guidance Under the National Environmental Policy Act



**Council on Environmental Quality**

BLM_0037522

Front cover photograph of John Heinz National Wildlife Refuge at Tinicum by John and Karen Hollingsworth

Front cover photograph of school bus and children by Sam Kittner.

BLM_0037523

# *ENVIRONMENTAL JUSTICE*
## *Guidance Under the*
## *National Environmental Policy Act*



**Council on Environmental Quality**
**Executive Office of the President**
**Old Executive Office Building, Room 360**
**Washington, D.C. 20502**
**(202)395-5750**
**http://www.whitehouse.gov/CEQ/**
**December 10, 1997**

BLM_0037524

BLM_0037525

# Table of Contents

**I. Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

**II. Executive Order 12898 and the Presidential Memorandum** . . . . . . . . . 3

**III. Executive Order 12898 and NEPA** . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

    *A. NEPA Generally* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

    *B. Principles for Considering Environmental Justice under NEPA* . . . . . . . . . . 8
        1. General Principles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
        2. Additional Considerations . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

    *C. Considering Environmental Justice in Specific Phases of the NEPA Process* 10
        1. Scoping . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
        2. Public Participation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
        3. Determining the Affected Environment . . . . . . . . . . . . . . . . . . . 14
        4. Analysis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
        5. Alternatives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
        6. Record of Decision . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
        7. Mitigation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

    *D. Where No EIS or EA is Prepared* . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

**IV. Regulatory Changes** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

**V. Effect of this Guidance** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

**Appendix:** *Guidance for Agencies on Key Terms in Executive Order 12898* . 23

BLM_0037527

# I.

## Introduction

Executive Order 12898, "Federal Actions to Address Environmental Justice in Minority Populations and Low-Income Populations,"[1] provides that "each Federal agency shall make achieving environmental justice part of its mission by identifying and addressing, as appropriate, disproportionately high and adverse human health or environmental effects of its programs, policies, and activities on minority populations and low-income populations." The Executive Order makes clear that its provisions apply fully to programs involving Native Americans.

In the memorandum to heads of departments and agencies that accompanied Executive Order 12898, the President specifically recognized the importance of procedures under the National Environmental Policy Act (NEPA)[2] for identifying and addressing environmental justice concerns. The memorandum states that "each Federal agency shall analyze the environmental effects, including human health, economic and social effects, of Federal actions, including effects on minority communities and low-income communities, when such analysis is required by [NEPA]." The memorandum particularly emphasizes the importance of NEPA's public participation process, directing that "each Federal agency shall provide opportunities for community input in the NEPA process." Agencies are further directed to "identify potential effects and mitigation measures in consultation with affected communities, and improve the accessibility of meetings, crucial documents, and notices."

The Council on Environmental Quality (CEQ) has oversight of the Federal government's compliance with Executive Order 12898 and NEPA.[3] CEQ, in consultation with EPA and other affected agencies, has developed this guidance to further assist Federal agencies with their NEPA procedures so that environmental justice concerns are effectively identified and addressed. To the extent practicable and permitted by law, agencies may supplement this guidance with more specific procedures tailored to particular programs or activities of an individual department, agency, or office.

---

[1]  59 Fed. Reg. 7629 (1994).

[2]  42 U.S.C. §4321 et seq.

[3]  Certain oversight functions in the Executive Order are delegated to the Deputy Assistant to the President for Environmental Policy. Following the merger of the White House Office on Environmental Policy with CEQ, the Chair of CEQ assumed those functions. The Environmental Protection Agency (EPA) has lead responsibility for implementation of the Executive Order as Chair of the Interagency Working Group (IWG) on Environmental Justice.

1

BLM_0037528

BLM_0037529

# II.

## Executive Order 12898 and the Presidential Memorandum

In addition to the general directive in Executive Order 12898 that each agency identify and address, as appropriate, "disproportionately high and adverse human health or environmental effects of its programs, policies, and activities on minority populations and low-income populations,"[4] there are several provisions of the Executive Order and a number of supporting documents to which agencies should refer when identifying and addressing environmental justice concerns in the NEPA process.

First, the Executive Order itself contains particular emphasis on four issues that are pertinent to the NEPA process:

- The Executive Order requires the development of agency-specific environmental justice strategies.[5] Thus, agencies have developed and should periodically revise their strategies providing guidance concerning the types of programs, policies, and activities that may, or historically have, raised environmental justice concerns at the particular agency. These guidances may suggest possible approaches to addressing such concerns in the agency's NEPA analyses, as appropriate.

- The Executive Order recognizes the importance of research, data collection, and analysis, particularly with respect to multiple and cumulative exposures to environmental hazards for low-income populations, minority populations, and Indian tribes.[6] Thus, data on these exposure issues should be incorporated into NEPA analyses as appropriate.[7]

- The Executive Order provides for agencies to collect, maintain, and analyze information on patterns of subsistence consumption of fish, vegetation, or wildlife.[8] Where an agency action may affect fish, vegetation, or wildlife, that agency action may

---

[4]  Executive Order No. 12898, 59 Fed. Reg. at 7630 (Section 1-101).

[5]  *Id.* at 7630 (Section 1-103).

[6]  *Id.* at 7631 (Section 3-3).

[7]  For further information on considering cumulative effects, see Considering Cumulative Effects Under The National Environmental Policy Act (Council on Environmental Quality, Executive Office of the President, Jan. 1997)

[8]  *Id.* at 7631 (Section 4-401).

**3**

BLM_0037530

also affect subsistence patterns of consumption and indicate the potential for
disproportionately high and adverse human health or environmental effects on low-income
populations, minority populations, and Indian tribes.

- The Executive Order requires agencies to work to ensure effective public participation
and access to information.[9] Thus, within its NEPA process and through other appropriate
mechanisms, each Federal agency shall, "wherever practicable and appropriate, translate
crucial public documents, notices and hearings, relating to human health or the
environment for limited English speaking populations." In addition, each agency should
work to "ensure that public documents, notices, and hearings relating to human health or
the environment are concise, understandable, and readily accessible to the public."[10]

Second, the memorandum accompanying the Executive Order identifies four important
ways to consider environmental justice under NEPA.

- Each Federal agency should analyze the environmental effects, including human health,
economic, and social effects of Federal actions, including effects on minority populations,
low-income populations, and Indian tribes, when such analysis is required by NEPA.[11]

- Mitigation measures identified as part of an environmental assessment (EA), a finding
of no significant impact (FONSI), an environmental impact statement (EIS), or a record
of decision (ROD), should, whenever feasible, address significant and adverse
environmental effects of proposed federal actions on minority populations, low-income
populations, and Indian tribes.[12]

- Each Federal agency must provide opportunities for effective community participation
in the NEPA process, including identifying potential effects and mitigation measures in
consultation with affected communities and improving the accessibility of public meetings,
crucial documents, and notices.[13]

- Review of NEPA compliance (such as EPA's review under § 309 of the Clean Air Act)

---

[9]  *Id.* at 7632 (Section 5-5).

[10]  *Id.* at 7632 (Section 5-5).

[11]  Memorandum from the President to the Heads of Departments and Agencies. Comprehensive Presidential
Documents No. 279. (Feb. 11, 1994).

[12]  *Id.*

[13]  *Id.*

BLM_0037531

must ensure that the lead agency preparing NEPA analyses and documentation has appropriately analyzed environmental effects on minority populations, low-income populations, or Indian tribes, including human health, social, and economic effects.[14]

Third, the Interagency Working Group (IWG), established by the Executive Order to implement the order's requirements, has developed guidance on key terms in the Executive Order. The guidance, reproduced as Appendix A, reflects a general consensus based on Federal agencies' experience and understanding of the issues presented. Agencies should apply the guidance with flexibility, and may consider its terms a point of departure rather than conclusive direction in applying the terms of the Executive Order.

---

[14] *Id.*

5

BLM_0037533

# III.

## Executive Order 12898 and NEPA

### A. NEPA Generally

NEPA's fundamental policy is to "encourage productive and enjoyable harmony between man and his environment."[15] In the statute, Congress "recognizes that each person should enjoy a healthful environment and that each person has a responsibility to contribute to the preservation and enhancement of the environment."[16] The following goals, set forth in NEPA, make clear that attainment of environmental justice is wholly consistent with the purposes and policies of NEPA[17]:

- to "assure for all Americans safe, healthful, productive, and aesthetically and culturally pleasing surroundings"[18];

- to "attain the widest range of beneficial uses of the environment without degradation, risk to health or safety, or other undesirable and unintended consequences";[19]

- to "preserve important historic, cultural, and natural aspects of our natural heritage, and maintain, wherever possible, an environment which supports diversity and variety of individual choice"[20]; and

- to "achieve a balance between population and resource use which will permit high standards of living and a wide sharing of life's amenities."[21]

These goals are promoted through the requirement that all agencies of the Federal government shall include in every recommendation or report on proposals for legislation and other

---

[15]   42 U.S.C. § 4321.

[16]   42 U.S.C. § 4331(c).

[17]   42 U.S.C. § 4331(b).

[18]   42 U.S.C. § 4331(b)(2).

[19]   42 U.S.C. § 4331(b)(3).

[20]   42 U.S.C. § 4331(b)(4).

[21]   42 U.S.C. § 4331(b)(5).

BLM_0037534

major Federal actions significantly affecting the quality of the human environment, a "detailed statement by the responsible official" on:  the environmental impacts of the proposed action; adverse environmental effects that cannot be avoided should the proposal be implemented; alternatives to the proposed action; the relationship between local, short-term uses of man's environment and long-term productivity; and any irreversible or irretrievable commitments of resources involved in the proposed action itself.[22]

Preparation of an EA may precede preparation of an EIS, to determine whether a proposed action may "significantly affect" the quality of the human environment.  The EA either will support a finding of no significant impact (FONSI), or will document the need for an EIS. Agency procedure at each step of this process should be guided by the agency's own NEPA regulations and by the CEQ regulations found at 40 C.F.R. Parts 1500-1508.

## B. Principles for Considering Environmental Justice under NEPA

Environmental justice issues may arise at any step of the NEPA process and agencies should consider these issues at each and every step of the process, as appropriate.  Environmental justice issues encompass a broad range of impacts covered by NEPA, including impacts on the natural or physical environment and interrelated social, cultural and economic effects.[23]  In preparing an EIS or an EA, agencies must consider both impacts on the natural or physical environment and related social, cultural, and economic impacts.[24]  Environmental justice concerns may arise from impacts on the natural and physical environment, such as human health or ecological impacts on minority populations, low-income populations, and Indian tribes, or from related social or economic impacts.

### 1. General Principles

Agencies should recognize that the question of whether agency action raises environmental justice issues is highly sensitive to the history or circumstances of a particular community or population, the particular type of environmental or human health impact, and the nature of the proposed action itself.  There is not a standard formula for how environmental justice issues should be identified or addressed.  However, the following six principles provide general guidance.

---

[22]   42 U.S.C. § 4332(c).

[23]  The CEQ implementing regulations define "effects" or "impacts" to include "ecological...aesthetic, historic, cultural, economic, social or health, whether direct, indirect or cumulative."  40 C.F.R. 1508.8.

[24] 40 C.F.R. 1508.14.

**8**

● Agencies should consider the composition of the affected area, to determine whether minority populations, low-income populations, or Indian tribes are present in the area affected by the proposed action, and if so whether there may be disproportionately high and adverse human health or environmental effects on minority populations, low-income populations, or Indian tribes.

● Agencies should consider relevant public health data and industry data concerning the potential for multiple or cumulative exposure to human health or environmental hazards in the affected population and historical patterns of exposure to environmental hazards, to the extent such information is reasonably available. For example, data may suggest there are disproportionately high and adverse human health or environmental effects on a minority population, low-income population, or Indian tribe from the agency action. Agencies should consider these multiple, or cumulative effects, even if certain effects are not within the control or subject to the discretion of the agency proposing the action.

● Agencies should recognize the interrelated cultural, social, occupational, historical, or economic factors that may amplify the natural and physical environmental effects of the proposed agency action. These factors should include the physical sensitivity of the community or population to particular impacts; the effect of any disruption on the community structure associated with the proposed action; and the nature and degree of impact on the physical and social structure of the community.

● Agencies should develop effective public participation strategies. Agencies should, as appropriate, acknowledge and seek to overcome linguistic, cultural, institutional, geographic, and other barriers to meaningful participation, and should incorporate active outreach to affected groups.

● Agencies should assure meaningful community representation in the process. Agencies should be aware of the diverse constituencies within any particular community when they seek community representation and should endeavor to have complete representation of the community as a whole. Agencies also should be aware that community participation must occur as early as possible if it is to be meaningful.

● Agencies should seek tribal representation in the process in a manner that is consistent with the government-to-government relationship between the United States and tribal governments, the federal government's trust responsibility to federally-recognized tribes, and any treaty rights.

## 2. Additional Considerations

The preceding principles must be applied in light of these further considerations that are

9

BLM_0037536

pertinent to any analysis of environmental justice under NEPA.

- The Executive Order does not change the prevailing legal thresholds and statutory interpretations under NEPA and existing case law. For example, for an EIS to be required, there must be a sufficient impact on the physical or natural environment to be "significant" within the meaning of NEPA. Agency consideration of impacts on low-income populations, minority populations, or Indian tribes may lead to the identification of disproportionately high and adverse human health or environmental effects that are significant and that otherwise would be overlooked.[25]

- Under NEPA, the identification of a disproportionately high and adverse human health or environmental effect on a low-income population, minority population, or Indian tribe does not preclude a proposed agency action from going forward, nor does it necessarily compel a conclusion that a proposed action is environmentally unsatisfactory. Rather, the identification of such an effect should heighten agency attention to alternatives (including alternative sites), mitigation strategies, monitoring needs, and preferences expressed by the affected community or population.

- Neither the Executive Order nor this guidance prescribes any specific format for examining environmental justice, such as designating a specific chapter or section in an EIS or EA on environmental justice issues. Agencies should integrate analyses of environmental justice concerns in an appropriate manner so as to be clear, concise, and comprehensible within the general format suggested by 40 C.F.R. § 1502.10.

## C.  *Considering Environmental Justice in Specific Phases of the NEPA Process*

While appropriate consideration of environmental justice issues is highly dependent upon the particular facts and circumstances of the proposed action, the affected environment, and the affected populations, there are opportunities and strategies that are useful at particular stages of the NEPA process.

### 1.  Scoping

During the scoping process, an agency should preliminarily determine whether

---

[25] Title VI of the Civil Rights Act of 1964, U.S.C. 2000d *et seq.*, and agency implementing regulations, prohibit recipients of federal financial assistance from taking actions that discriminate on the basis of race, sex, color, national origin, or religion. If an agency is aware that a recipient of federal funds may be taking action that is causing a racially discriminatory impact, the agency should consider using Title VI as a means to prevent or eliminate that discrimination.

**10**

BLM_0037537

an area potentially affected by a proposed agency action may include low-income populations, minority populations, or Indian tribes, and seek input accordingly. When the scoping process is used to develop an EIS or EA, an agency should seek input from low income populations, minority populations, or Indian tribes as early in the process as information becomes available.[26] Any such determination, as well as the basis for the determination, should be more substantively addressed in the appropriate NEPA documents and communicated as appropriate during the NEPA process.

If an agency identifies any potentially affected minority populations, low-income populations, or Indian tribes, the agency should develop a strategy for effective public involvement in the agency's determination of the scope of the NEPA analysis. Customary agency practices for notifying the public of a proposed action and subsequent scoping and public events may be enhanced through better use of local resources, community and other nongovernmental organizations, and locally targeted media.

---

### Agencies should consider enhancing their outreach through the following means:

- Religious organizations (e.g., churches, temples, ministerial associations);

- Newspapers, radio and other media, particularly media targeted to low-income populations, minority populations, or Indian tribes;

- Civic associations;

- Minority business associations;

- Environmental and environmental justice organizations;

- Legal aid providers;

- Homeowners', tenants', and neighborhood watch groups;

- Federal, state, local, and tribal governments;

- Rural cooperatives;

- Business and trade organizations;

- Community and social service organizations;

- Universities, colleges, vocational and other schools;

- Labor organizations;

- Civil rights organizations;

- Local schools and libraries;

- Senior citizens' groups;

- Public health agencies and clinics; and

- The Internet and other electronic media.

---

[26] For more information on scoping, see Memorandum from Nicolas C. Yost, Scoping Guidance (Council on Environmental Quality, Executive Office of the President, April 30, 1981).

BLM_0037538

The participation of diverse groups in the scoping process is necessary for full consideration of the potential environmental impacts of a proposed agency action and any alternatives.  By discussing and informing the public of the emerging issues related to the proposed action, agencies may reduce misunderstandings, build cooperative working relationships, educate the public and decisionmakers, and avoid potential conflicts. Agencies should recognize that the identity of the relevant "public" may evolve during the process and may include different constituencies or groups of individuals at different stages of the NEPA process.  This may also be the appropriate juncture to begin government-to-government consultation with affected Indian tribes and to seek their participation as cooperating agencies.  For this participation to be meaningful, the public should have access to enough information so that it is well informed and can provide constructive input.

---

**The following information may help inform the public during the scoping process:**

- A description of the proposed action;

- An outline of the anticipated schedule for completing the NEPA process, with key milestones;

- An initial list of alternatives (including alternative sites, if possible) and potential impacts;

- An initial list of other existing or proposed actions, Federal and non-Federal, that may have cumulative impacts;

- Maps, drawings, and any other appropriate material or references;

- An agency point of contact;

- Timely notice of locations where comments will be received or public meetings held;

- Any telephone number or locations where further information can be obtained;

- Examples of past public comments on similar agency actions.

---

Thorough scoping is the foundation for the analytical process and provides an early opportunity for the public to participate in the design of alternatives for achieving the goals and objectives of the proposed agency action.

BLM_0037539

## 2. Public Participation

Early and meaningful public participation in the federal agency decision making process is a paramount goal of NEPA.  CEQ's regulations require agencies to make diligent efforts to involve the public throughout the NEPA process.  Participation of low-income populations,  minority populations, or tribal populations may require adaptive or innovative approaches to overcome linguistic, institutional, cultural, economic, historical, or other potential barriers to effective participation in the decision-making processes of Federal agencies under customary NEPA procedures.  These barriers may range from agency failure to provide translation of documents to the scheduling of meetings at times and in places that are not convenient to working families.

**The following steps may be considered, as appropriate, in developing an innovative strategy for effective public participation:**

- Coordination with individuals, institutions, or organizations in the affected community to educate the public about potential health and environmental impacts and enhance public involvement;

- Translation of major documents (or summaries thereof), provision of translators at meetings, or other efforts as appropriate to ensure that limited-English speakers potentially affected by a proposed action have an understanding of the proposed action and its potential impacts;

- Provision of opportunities for limited-English speaking members of the affected public to provide comments throughout the NEPA process;

- Provision of opportunities for public participation through means other than written communication, such as personal interviews or use of audio or video recording devices to capture oral comments;

- Use of periodic newsletters or summaries to provide updates on the NEPA process to keep the public informed;

- Use of different meeting sizes or formats, or variation on the type and number of media used, so that communications are tailored to the particular community or population;

- Circulation or creation of specialized materials that reflect the concerns and sensitivities of particular populations such as information about risks specific to subsistence consumers of fish, vegetation, or wildlife;

- Use of locations and facilities that are local, convenient, and accessible to the disabled, low-income and minority communities, and Indian tribes; and

- Assistance to hearing-impaired or sight-impaired individuals.

13

BLM_0037540

### 3. Determining the Affected Environment

In order to determine whether a proposed action is likely to have disproportionately high and adverse human health or environmental effects on low-income populations, minority populations, or Indian tribes, agencies should identify a geographic scale for which they will obtain demographic information on the potential impact area. Agencies may use demographic data available from the Bureau of the Census (BOC) to identify the composition of the potentially affected population. Geographic distribution by race, ethnicity, and income, as well as a delineation of tribal lands and resources, should be examined. Census data are available in published formats, and on CD-ROM available through the BOC. This data also is available from a number of local, college, and university libraries, and the World Wide Web. Agencies may also find that Federal, tribal, state and local health, environmental, and economic agencies have useful demographic information and studies, such as the Landview II system, which is used by the BOC to assist in utilizing data from a geographic information system (GIS). Landview II has proven to be a low-cost, readily available means of graphically accessing environmental justice data. These approaches already should be incorporated into current NEPA compliance.

Agencies should recognize that the impacts within minority populations, low-income populations, or Indian tribes may be different from impacts on the general population due to a community's distinct cultural practices. For example, data on different patterns of living, such as subsistence fish, vegetation, or wildlife consumption and the use of well water in rural communities may be relevant to the analysis. Where a proposed agency action would not cause any adverse environmental impacts, and therefore would not cause any disproportionately high and adverse human health or environmental impacts, specific demographic analysis may not be warranted. Where environments of Indian tribes may be affected, agencies must consider pertinent treaty, statutory, or executive order rights and consult with tribal governments in a manner consistent with the government-to-government relationship.

### 4. Analysis

When a disproportionately high and adverse human health or environmental effect on a low-income population, minority population, or Indian tribe has been identified, agencies should analyze how environmental and health effects are distributed within the affected community. Displaying available data spatially, through a GIS, can provide the agency and the public with an effective visualization of the distribution of health and environmental impacts among demographic populations. This type of data should be analyzed in light of any additional qualitative or quantitative information gathered through the public participation process.

14

Where a potential environmental justice issue has been identified by an agency, the agency should state clearly in the EIS or EA whether, in light of all of the facts and circumstances, a disproportionately high and adverse human health or environmental impact on minority populations, low-income populations, or Indian tribe is likely to result from the proposed action and any alternatives. This statement should be supported by sufficient information for the public to understand the rationale for the conclusion. The underlying analysis should be presented as concisely as possible, using language that is understandable to the public and that minimizes use of acronyms or jargon.

## 5. Alternatives

Agencies should encourage the members of the communities that may suffer a disproportionately high and adverse human health or environmental effect from a proposed agency action to help develop and comment on possible alternatives to the proposed agency action as early as possible in the process.

Where an EIS is prepared, CEQ regulations require agencies to identify an environmentally preferable alternative in the record of decision (ROD).[27]  When the agency has identified a disproportionately high and adverse human health or environmental effect on low-income populations, minority populations, or Indian tribes from either the proposed action or alternatives, the distribution as well as the magnitude of the disproportionate impacts in these communities should be a factor in determining the environmentally preferable alternative. In weighing this factor, the agency should consider the views it has received from the affected communities, and the magnitude of environmental impacts associated with alternatives that have a less disproportionate and adverse effect on low-income populations, minority populations, or Indian tribes.

## 6. Record of Decision

When an agency reaches a decision on an action for which an EIS was prepared, a public record of decision (ROD) must be prepared that provides information on the alternatives considered and the factors weighed in the decision-making process. Disproportionately high and adverse human health or environmental effects on a low-income population, minority population, or Indian tribe should be among those factors explicitly discussed in the ROD, and should also be addressed in any discussion of whether all practicable means to avoid or minimize environmental and other interrelated effects were adopted. Where relevant, the agency should discuss how these issues are addressed

---

[27]  40 C.F.R. § 1505.2(b)

BLM_0037542

in any monitoring and enforcement program summarized in the ROD.[28]

Dissemination of the information in the ROD may provide an effective means to inform the public of the extent to which environmental justice concerns were considered in the decision-making process, and where appropriate, whether the agency intends to mitigate any disproportionately high and adverse human health or environmental effects within the constraints of NEPA and other existing laws.  In addition to translating crucial portions of the EIS where appropriate, agencies should provide translation, where practicable and appropriate, of the ROD in non-technical, plain language for limited-English speakers.  Agencies should also consider translating documents into languages other than English where appropriate and practical.

### 7. Mitigation

Mitigation measures include steps to avoid, mitigate, minimize, rectify, reduce, or eliminate the impact associated with a proposed agency action.[29]  Throughout the process of public participation, agencies should elicit the views of the affected populations on measures to mitigate a disproportionately high and adverse human health or environmental effect on a low-income population,  minority population, or Indian tribe and should carefully consider community views in developing and implementing mitigation strategies. Mitigation measures identified in an EIS or developed as part of a FONSI should reflect the needs and preferences of affected low-income populations,  minority populations, or Indian tribes to the extent practicable.

### D.  Where no EIS or EA is prepared

There are certain circumstances in which the policies of NEPA apply, and a disproportionately high and adverse human health or environmental impact on low-income populations, minority  populations, or Indian tribes may exist, but where the specific statutory requirement to prepare an EIS or EA does not apply.  These circumstances may arise because of an exemption from the requirement, a categorical exclusion of specific activities by regulation, or a claim by an agency that another environmental statute establishes the "functional equivalent" of an EIS or EA.  For example, neither an EIS nor an EA is prepared for certain hazardous waste facility  permits.

In circumstances in which an EIS or EA will not be prepared and a disproportionately high and adverse human health or environmental impact on low-income

---

[28] See 40 C.F.R. § 1505.2(c).

[29] See 40 C.F.R. § 1508.20.

BLM_0037543

populations,  minority populations, or Indian tribes  may exist, agencies should augment their procedures as appropriate to ensure that the otherwise applicable process or procedure for a federal action addresses environmental justice concerns. Agencies should ensure that the goals for public participation outlined in this guidance are satisfied to the fullest extent possible.  Agencies also should fully develop and consider alternatives to the proposed action whenever possible, as would be required  by NEPA.

BLM_0037544

BLM_0037545

# IV.

## Regulatory Changes

Consistent with the obligation of all agencies to promote consideration of environmental justice under NEPA and in all of their programs and activities, agencies that promulgate or revise regulations, policies, and guidances under NEPA or under any other statutory scheme should consult with CEQ and EPA to ensure that the principles and approaches presented in this guidance are fully incorporated into any new or revised regulations, policies, and guidances.

19

BLM_0037546

BLM_0037547

# V.

## Effect of this Guidance

Agencies should apply, and comply with, this guidance prospectively. If an agency has made substantial investments in NEPA compliance, or public participation with respect to a particular agency action, prior to issuance of this guidance, the agency should ensure that application of this guidance does not result in additional delays or costs of compliance.

This guidance is intended to improve the internal management of the Executive Branch with respect to environmental justice under NEPA. The guidance interprets NEPA as implemented through the CEQ regulations in light of Executive Order 12898. It does not create any rights, benefits, or trust obligations, either substantive or procedural, enforceable by any person, or entity in any court against the United States, its agencies, its officers, or any other person.

BLM_0037548

BLM_0037549

# APPENDIX A

## *GUIDANCE*
## *FOR FEDERAL AGENCIES ON KEY TERMS IN*
## *EXECUTIVE ORDER 12898*

### INTRODUCTION

Pursuant to Executive Order 12898 on Environmental Justice, Federal agencies are to make the achievement of environmental justice part of their mission by identifying and addressing, as appropriate, disproportionately high and adverse human health or environmental effects of their programs, policies, and activities on minority populations, low-income populations, and Indian tribes and allowing all portions of the population a meaningful opportunity to participate in the development of, compliance with, and enforcement of Federal laws, regulations, and policies affecting human health or the environment regardless of race, color, national origin, or income. To that end, set forth below is guidance for Federal agencies on key terms contained in Executive Order 12898.

This guidance is intended only to improve the internal management of the Executive Branch. It shall not be deemed to create any right, benefit, or trust obligation, either substantive or procedural, enforceable by any person, or entity in any court against the United States, its agencies, its officers, or any other person. Consequently, neither this Guidance nor the deliberative processes or products resulting from the implementation of this Guidance shall be treated as establishing standards or criteria that constitute any basis for review of the actions of the Executive Branch. Compliance with this Guidance shall not be justiciable in any proceeding for judicial review of Agency action.

BLM_0037550

BLM_0037551

TEXT OF EXECUTIVE ORDER 12898,
"FEDERAL ACTIONS TO ADDRESS ENVIRONMENTAL JUSTICE IN
MINORITY POPULATIONS AND LOW-INCOME POPULATIONS,"
ANNOTATED
WITH PROPOSED GUIDANCE ON TERMS IN THE EXECUTIVE ORDER[30]

Section 1-1.  IMPLEMENTATION.

1-101.  *Agency Responsibilities*.  To the greatest extent practicable and permitted by law, and consistent with the principles set forth in the report on the National Performance Review, each Federal agency shall make achieving environmental justice part of its mission by identifying and addressing, as appropriate, disproportionately high and adverse human health or environmental effects of its programs, policies, and activities on minority populations and low-income populations in the United States and its territories and possessions, the District of Columbia, the Commonwealth of Puerto Rico, and the Commonwealth of the Marianas Islands.

**Low-income population: Low-income populations in an affected area should be identified with the annual statistical poverty thresholds from the Bureau of the Census' Current Population Reports, Series P-60 on Income and Poverty.  In identifying low-income populations, agencies may consider as a community either a group of individuals living in geographic proximity to one another, or a set of individuals (such as migrant workers or Native Americans), where either type of group experiences common conditions of environmental exposure or effect.**

**Minority:  Individual(s) who are members of the following population groups: American Indian or Alaskan Native; Asian or Pacific Islander; Black, not of Hispanic origin; or Hispanic.**

**Minority population:  Minority populations should be identified where either: (a) the minority population of the affected area exceeds 50 percent or (b) the minority population percentage of the affected area is meaningfully greater than the minority population percentage in the general population or other appropriate unit of geographic analysis.  In identifying minority communities, agencies may consider as a community either a group of individuals living in**

---

[30] Executive Order provisions are in standard font. Guidance is in **bold** font.

BLM_0037552

geographic proximity to one another, or a geographically dispersed/transient set of individuals (such as migrant workers or Native American ), where either type of group experiences common conditions of environmental exposure or effect. The selection of the appropriate unit of geographic analysis may be a governing body's jurisdiction, a neighborhood, census tract, or other similar unit that is to be chosen so as to not artificially dilute or inflate the affected minority population. A minority population also exists if there is more than one minority group present and the minority percentage, as calculated by aggregating all minority persons, meets one of the above-stated thresholds.

**Disproportionately high and adverse human health effects:** When determining whether human health effects are disproportionately high and adverse, agencies are to consider the following three factors to the extent practicable:

    (a) Whether the health effects, which may be measured in risks and rates, are significant (as employed by NEPA), or above generally accepted norms. Adverse health effects may include bodily impairment, infirmity, illness, or death; and

    (b) Whether the risk or rate of hazard exposure by a minority population, low-income population, or Indian tribe to an environmental hazard is significant (as employed by NEPA) and appreciably exceeds or is likely to appreciably exceed the risk or rate to the general population or other appropriate comparison group; and

    (c) Whether health effects occur in a minority population, low-income population, or Indian tribe affected by cumulative or multiple adverse exposures from environmental hazards.

**Disproportionately high and adverse environmental effects:** When determining whether environmental effects are disproportionately high and adverse, agencies are to consider the following three factors to the extent practicable:

    (a) Whether there is or will be an impact on the natural or physical environment that significantly (as employed by NEPA) and adversely affects a minority population, low-income population, or Indian tribe. Such effects may include ecological, cultural, human health, economic, or social impacts on minority communities, low-income communities, or Indian tribes when those impacts are interrelated to impacts on the natural or physical environment; and

26

BLM_0037553

**(b)  Whether environmental effects are significant (as employed by NEPA) and are or may be having an adverse impact on minority populations,  low-income populations, or Indian tribes that appreciably exceeds or is likely to appreciably exceed those on the general population or other appropriate comparison group; and**

**(c)  Whether the environmental effects occur or would occur in a minority population,  low-income population, or Indian tribe affected by cumulative or multiple adverse exposures from environmental hazards.**

*1-102.   Creation of an Interagency Working Group on Environmental Justice.* (a) Within 3 months of the date of this order, the Administrator of the Environmental Protection Agency ("Administrator") or the Administrator's designee shall convene an interagency Federal Working Group on Environmental Justice ("Working Group"). The Working Group shall comprise the heads of the following executive agencies and offices, or their designees: (a) Department of Defense; (b) Department of Health and Human Services; (c) Department of Housing and Urban Development; (d) Department of Labor; (e) Department of Agriculture; (f) Department of Transportation; (g) Department of Justice; (h) Department of the Interior; (I) Department of Commerce; (j) Department of Energy; (k) Environmental Protection Agency; (1) Office of Management and Budget; (m) Office of Science and Technology Policy; (n) Office of the Deputy Assistant to the President for Environmental Policy; (o) Office of the Assistant to the President for Domestic Policy; (p) National Economic Council; (q) Council of Economic Advisers; and (r) such other Government officials as the President may designate.  The Working Group shall report to the President through the Deputy Assistant to the President for Environmental Policy and the Assistant to the President for Domestic Policy.

(b)  The Working Group shall:

(1) provide guidance to Federal agencies on criteria for identifying disproportionately high and adverse human health or environmental effects on minority populations and low-income populations.

(2) coordinate with, provide guidance to, and serve as a clearinghouse for, each Federal agency as it develops an environmental justice strategy as required by section 1-103 of this order, in order to ensure that the administration, interpretation and enforcement of programs, activities and policies are undertaken in a consistent manner;

(3) assist in coordinating research by, and stimulating cooperation among, the Environmental Protection Agency, the Department of Health and Human Services, the

BLM_0037554

Department of Housing and Urban Development, and other agencies conducting research or other activities in accordance with section 3-3 of this order;

(4) assist in coordinating data collection, required by this order;

(5) examine existing data and studies on environmental justice;

(6) hold public meetings as required in section 5-502(d) of this order; and

(7) develop interagency model projects on environmental justice that evidence cooperation among Federal agencies.

1-103. *Development of Agency Strategies.*

(a) Except as provided in section 6-605 of this order, each Federal agency shall develop an agency-wide environmental justice strategy, as set forth in subsections (b)-(e) of this section that identifies and addresses disproportionately high and adverse human health or environmental effects of its programs, policies, and activities on minority populations and low-income populations. The environmental justice strategy shall list programs, policies, planning and public participation processes, enforcement, and/or rulemakings related to human health or the environment that should be revised to, at a minimum: (1) promote enforcement of all health and environmental statutes in areas with minority populations and low-income populations; (2) ensure greater public participation; (3) improve research and data collection relating to the health of and environment of minority populations and low-income populations; and (4) identify differential patterns of consumption of natural resources among minority populations and low-income populations. In addition, the environmental justice strategy shall include, where appropriate, a timetable for undertaking identified revisions and consideration of economic and social implications of the revisions.

**Differential patterns of consumption of natural resources:  The term "differential patterns of consumption of natural resources" relates to subsistence and differential patterns of subsistence, and means differences in rates and/or patterns of fish, water, vegetation and/or wildlife consumption among minority populations,  low-income populations, or Indian tribes, as compared to the general population.**

(b) Within 4 months of the date of this order, each Federal agency shall identify an internal administrative process for developing its environmental justice strategy, and shall inform this Working Group of the process.

BLM_0037555

(c) Within 6 months of the date of this order, each Federal agency shall provide the Working Group with an outline of its proposed environmental justice strategy.

(d) Within 10 months of the date of this order, each Federal agency shall provide the Working Group with its proposed environmental justice strategy.

(e) Within 12 months of the date of this order, each Federal agency shall finalize its environmental justice strategy and provide a copy and written description of its strategy to the Working Group. During the 12 month period from the date of this order, each Federal agency, as part of its environmental justice strategy, shall identify several specific projects that can be promptly undertaken to address particular concerns identified during the development of the proposed environmental justice strategy, and a schedule for implementing those projects.

(f) Within 24 months of the date of this order, each Federal agency shall report to the Working Group on its progress in implementing its agency-wide environmental justice strategy.

(g) Federal agencies shall provide additional periodic reports to the Working Group as requested by the Working Group.

1-104. *Reports to the President*. Within 14 months of the date of this order, the Working Group shall submit to the President, through the Office of the Deputy Assistant to the President for Environmental Policy and the Office of the Assistant to the President for Domestic Policy, a report that describes the implementation of this order, and includes the final environmental justice strategies described in section 1-103(e) of this order.

Sec. 2-2. FEDERAL AGENCY RESPONSIBILITIES FOR FEDERAL PROGRAMS.

Each Federal agency shall conduct its programs, policies, and activities that substantially affect human health or the environment, in a manner that ensures that such programs, policies, and activities do not have the effect of excluding persons (including populations) from participation in, denying persons (including populations) the benefits of, or subjecting persons (including populations) to discrimination under, such programs, policies, and activities, because of their race, color, or national origin.

BLM_0037556

Sec. 3-3.  RESEARCH, DATA COLLECTION, AND ANALYSIS.

3-301. *Human Health and Environmental Research and Analysis.*

(a) Environmental human health research, whenever practicable and appropriate, shall include diverse segments of the population in epidemiological and clinical studies, including segments at high risk from environmental hazards, such as minority populations, low-income populations and workers who may be exposed to substantial environmental hazards.

**Environmental hazard and substantial environmental hazard:  For purposes of research, data collection, and analysis under Section 3-3 of the Executive Order, the term "environmental hazard" means a chemical, biological, physical or radiological agent, situation or source that has the potential for deleterious effects to the environment and/or human health.  Among the factors that may be important in defining a substantial environmental hazard are:  the likelihood, seriousness, and magnitude of the impact.**

(b) Environmental human health analyses, whenever practical and appropriate, shall identify multiple and cumulative exposures.

**Environmental Exposure:  For purposes of research, data collection, and analysis under Section 3-3 of the Executive Order, the term "environmental exposure" means contact with a chemical (e.g., asbestos, radon), biological (e.g., Legionella),  physical (e.g., noise), or radiological agent.**

**Multiple Environmental Exposure:  For purposes of research, data collection, and analysis under Section 3-3 of the Executive Order, the term "multiple environmental exposure" means exposure to any combination of two or more chemical, biological, physical or radiological agents (or two or more agents from two or more of these categories) from single or multiple sources that have the potential for deleterious effects to the environment and/or human health.**

**Cumulative Environmental Exposure: For purposes of research, data collection, and analysis under Section 3-3 of the Executive Order, the term "cumulative environmental exposure" means exposure to one or more chemical, biological, physical, or radiological agents across environmental media (e.g., air, water, soil) from single or multiple sources, over time in one or more locations, that have the potential for deleterious effects to the environment and/or human health.**

BLM_0037557

(c) Federal agencies shall provide minority populations and low-income populations the opportunity to comment on the development and design of research strategies undertaken pursuant to this order.

3-302. *Human Health and Environmental Data Collection and Analysis.* To the extent permitted by existing law, including the Privacy Act, as amended (5 U.S.C. § 552a):

(a) each Federal agency, whenever practicable and appropriate, shall collect, maintain, and analyze information assessing and comparing environmental and human health risks borne by populations identified by race, national origin, or income. To the extent practical and appropriate, Federal agencies shall use this information to determine whether their programs, policies, and activities have disproportionately high and adverse human health or environmental effects on minority populations and low-income populations;

(b) In connection with the development and implementation of agency strategies in section 1-103 of this order, each Federal agency, whenever practicable and appropriate, shall collect, maintain and analyze information on the race, national origin, income level, and other readily accessible and appropriate information for areas surrounding facilities or sites expected to have a substantial environmental, human health, or economic effect on the surrounding populations, when such facilities or sites become the subject of a substantial Federal environmental administrative or judicial action. Such information shall be made available to the public unless prohibited by law; and

**Federal environmental administrative or judicial action** **includes any administrative enforcement action, civil enforcement action, or criminal enforcement action initiated by, or permitting or licensing determination undertaken by, a Federal agency to enforce or execute a Federal law intended, in whole or in part, to protect human health or the environment.**

(c) Each Federal agency, whenever practicable and appropriate, shall collect, maintain, and analyze information on the race, national origin, income level, and other readily accessible and appropriate information for areas surrounding Federal facilities that are: (1) subject to the reporting requirements under the Emergency Planning and Community Right-to-Know Act, 42 U.S.C. section 11001-11050 as mandated in Executive Order No. 12856; and (2) expected to have a substantial environmental, human health, or economic effect on surrounding populations. Such information shall be made available to the public, unless prohibited by law.

31

(d) In carrying out the responsibilities in this section, each Federal agency, whenever practicable and appropriate, shall share information and eliminate unnecessary duplication of efforts through the use of existing data systems and cooperative agreements among Federal agencies and with State, local, and tribal governments.

Sec. 4-4.  SUBSISTENCE CONSUMPTION OF FISH AND WILDLIFE.

4-401.  *Consumption Patterns.*  In order to assist in identifying the need for ensuring protection of populations with differential patterns of subsistence consumption of fish and wildlife, Federal agencies, whenever practicable and appropriate, shall collect, maintain, and analyze information on the consumption patterns of populations who principally rely on fish and/or wildlife for subsistence.  Federal agencies shall communicate to the public the risks of those consumption patterns.

**Subsistence consumption of fish and wildlife:  Dependence by a minority population,  low-income population, Indian tribe or subgroup of such populations on indigenous fish, vegetation and/or wildlife, as the principal portion of  their diet.**

**Differential patterns of subsistence consumption:  Differences in rates and/or patterns of subsistence consumption by minority populations,  low-income populations, and Indian tribes as compared to rates and patterns of consumption of the general population.**

4-402.  *Guidance.*  Federal agencies, whenever practicable and appropriate, shall work in a coordinated manner to publish guidance reflecting the latest scientific information available concerning methods for evaluating the human health risks associated with the consumption of pollutant-bearing fish or wildlife.  Agencies shall consider such guidance in developing their policies and rules.

Sec. 5-5.  PUBLIC PARTICIPATION AND ACCESS TO INFORMATION.

(a) The public may submit recommendations to Federal agencies relating to the incorporation of environmental justice principles into Federal agency programs or policies.  Each Federal agency shall convey such recommendations to the Working Group.

(b) Each Federal agency may, whenever practicable and appropriate, translate crucial public documents, notices, and hearings relating to human health or the environment for limited English speaking populations.

BLM_0037559

(c) Each Federal agency shall work to ensure that public documents, notices, and hearings relating to human health or the environment are concise, understandable, and readily accessible to the public.

(d) The Working Group shall hold public meetings, as appropriate, for the purpose of fact-finding, receiving public comments, and conducting inquiries concerning environmental justice. The Working Group shall prepare for public review a summary of the comments and recommendations discussed at the public meetings.

Sec. 6-6. GENERAL PROVISIONS.

6-601. *Responsibility for Agency Implementation.* The head of each Federal agency shall be responsible for ensuring compliance with this order. Each Federal agency shall conduct internal reviews and take such other steps as may be necessary to monitor compliance with this order.

6-602. *Executive Order No. 12250.* This Executive order is intended to supplement but not supersede Executive Order No. 12250, which requires consistent and effective implementation of various laws prohibiting discriminatory practices in programs receiving Federal financial assistance. Nothing herein shall limit the effect or mandate of Executive Order No. 12250.

6-603. *Executive Order No. 12875.* This Executive order is not intended to limit the effect or mandate of Executive Order No. 12875.

6-604. *Scope.* For purposes of this order, Federal agency means any agency on the Working Group, and such other agencies as may be designated by the President, that conducts any Federal program or activity that substantially affects human health or the environment. Independent agencies are requested to comply with the provisions of this order.

6-605. *Petitions for Exemptions.* The head of a Federal agency may petition the President for an exemption from the requirements of this order on the grounds that all or some of the petitioning agency's programs or activities should not be subject to the requirements of this order.

6-606. *Native American Programs.* Each Federal agency responsibility set forth under this order shall apply equally to Native American programs. In addition, the Department of the Interior, in coordination with the Working Group, and, after consultation with tribal leaders, shall coordinate steps to be taken pursuant to this order that address Federally-recognized Indian Tribes.

**33**

BLM_0037560

**Native American programs:**  Native American programs include those Federal programs designed to serve Indian Tribes or individual Indians, recognizing that such programs are to be guided, as appropriate, by the government-to-government relationship, the Federal trust responsibility, and the role of tribes as governments within the Federal system.

6-607.  *Costs.*  Unless otherwise provided by law, Federal agencies shall assume the financial costs of complying with this order.

6-608.  *General.*  Federal agencies shall implement this order consistent with, and to the extent permitted by, existing law.

6-609.  *Judicial Review.*  This order is intended only to improve the internal management of the executive branch and is not intended to, nor does it create any right, benefit, or trust responsibility, substantive or procedural, enforceable at law or equity by a party against the United States, its agencies, its officers, or any person. This order shall not be construed to create any right to judicial review involving the compliance or noncompliance of the United States, its agencies, its officers, or any other person with this order.

BLM_0037561

**COLORADO COUNTY BIRDING**

**Home** | **Birding by County** | **Checklists** | **General Info** | **Specialties** | **Find a Site**

## Ouray County

**Author(s)**: Tony Leukering
**County Seat**: Ouray
**County Size**: 542 square miles
**Low Elevation**: 6,318 ft. - Uncompahgre River on the Montrose border
**High Elevation** : 14,150 ft. - Mount Sneffels
**Best Birds** : Red Fox Sparrow (2001)
**Checklist** : Download pdf | View HTML
**Introduction**: Ouray County. This western county is about halfway between Grand Junction and Durango and has been little birded until recently. In the past, Box Canyon, in the town of Ouray, was about the only stop that visiting birders made in the county (that, to see the nesting Black Swifts, in season) on their way north or south. Recent efforts, mostly in autumn, have shown that the county is a potential gold mine of interesting migrants, particularly of typically eastern species. The relatively recent construction of Ridgway Reservoir provided a large body of water that has produced a few locally rare species and will probably continue to surprise. The steep topography of the San Juan mountains in the southern third of the county, of which the town of Ouray is the gateway, prevent all but the most mountain goat of us from visiting large areas of the county. However for those interested in hiking, US 550 provides access to some incredible scenery of Spruce-Fir and Alpine Tundra. The northern two thirds of the county is of relatively low elevation covered in Pinyon-Juniper woodland, interspersed with pastures, homesteads, and riparian stringers. Areas in the Uncompahgre River valley are incredibly rich in fruiting shrubs and trees (native and exotic), thus support large numbers of frugivorous birds in the fall. Though it has not yet been found in the county, these areas would be an excellent place to search for Varied Thrush in late fall.

---

## Birding Locations

1. **Colona**
   **Description** - This town, hard on the Montrose County border, provides some migrant-bird habitat, but the real attraction is its access to the Uncompahgre River. The river supports some lush riparian habitat that attracts a good variety of breeding and migrant bird species, such as American Dipper, Gray Catbird, Virginia's Warbler, and Lesser Goldfinch. All land here is in private hands, so please do not stray off the roads.
   **Habitat** - Lowland Riparian, Urban/Suburban
   **Directions** - The town is on the west side of US 550 just inside the northern border of Ouray County. To reach the Uncompahgre River, turn north onto the paved road on the east side of US 550 just north of Colona. Follow it as it bends east and drops down to the River.
   **Delorme** - 66 B3

BLM_0037562

**Roads of Colorado** - 115 D1

2. **Billy Creek State Wildlife Area**

**Description** - North of Ridgway, this site offers access to big stretches of Gambel Oak shrubland and the birds dependent upon that habitat, such as Bushtit, Blue-gray Gnatcatcher, Virginia's Warbler, and Spotted Towhee. The upper reaches of the site are dominated by conifer habitats that offer a different mix of species. Some of the roads are questionable in wet weather.

**Habitat** - Scrub Oak Forest, Mixed Conifer Forest

**Directions** - From Ridgway, travel north on US 550 past Ridgway Reservoir to 4 Road and turn east. At an intersection with another road, turn north to stay with 4 Road; the road will immediately make a few hairpin turns and then straighten out somewhat. Continue uphill to intersection with 4B Road and turn west and follow all the way to 2 Road and turn west, again, which will take you back to US 550. These roads traverse both public and private lands, so please respect private property. From Colona, take US 550 south to 2 Road and follow the above directions in reverse.

**Delorme** - 66 B3-B4

**Roads of Colorado** - 115 D1

3. **Ridgway Reservoir**

**Description** - North of Ridgway, this reservoir is the only significant body of water in Ouray County. As such, it is a magnet for migrating waterbirds and almost anything could be found here, given enough visits, particularly as the reservoir ages and develops a more diverse ecology. Examples of species that have been found on the reservoir that are rare in western Colorado include Pacific Loon and Glossy Ibis. The terrestrial habitats in Ridgway State Park are dominated by Pinyon-Juniper, thus species typical of those habitats (Pinyon Jay, Juniper Titmouse, and Black-throated Gray Warbler) abound. In the riparian gallery forest on the south side of the park, typical breeding species include Western Wood-Pewee, Warbling Vireo, White-breasted Nuthatch, and Western Tanager. However, migration in this area, particularly in fall, can bring any number of interesting species. Among those that have occurred here are Cassin's Vireo, Northern Waterthrush, and Magnolia and Hooded warblers. Note: A State Parks pass (daily or annual) is required for entrance.

**Habitat** - Pond/Lake/Reservoir, Pinyon-Juniper Forest, Lowland Riparian

**Directions** - From Ridgway, travel north on US 550 to the Dallas Meadows entrance to Ridgway State Park. To look at the lake, turn north past the entrance kiosk and then quickly left. One can drive out onto the shore here, with the usual caveats about care when driving on lake shores that might be wet. If the shore is too wet or one cares not to drive there, one can continue north on the Park road to its terminus to get reasonable views of the lake and shore. To visit the nice gallery forest at the south end, turn south past the entrance kiosk and travel to the end of the road and park; then take the trail that departs from near the bathrooms west toward the Uncompahgre River. To continue the tour of the reservoir and Park, return to US 550 and travel north to the main entrance to the Park. However, on your way (particularly, if one is not planning on entering the Park), don't forget to scan the water from US 550 (there are wide shoulders onto which one can pull off to effect this). There are two locations to scan, the first being the arm of the reservoir that our directions just left and the second is the marina. From the main part of the park, one can bird the lake at the marina and at the dam end of the water. There is also fine landbirding in the extensive Pinyon-Juniper, with the campground hosting a particularly diverse mix of breeding species, including Black-throated Gray Warbler. If arriving from the north, one will simply follow these directions in reverse.

**Delorme** - 66 C3-C4

**Roads of Colorado** - 115 D1-D2

4. **Ridgway**

BLM_0037563

**Description** - This town offers the typical oasis of native and exotic vegetation plantings so beloved by migrant birds. A slow drive or, better, walk through town might produce a reasonable variety of migrant species in season. The pond north of town in the Golden Eagle development has, for its size, produced an amazing variety of birds (such as Sora, Pectoral Sandpiper, and Willow Flycatcher). The town also offers a choice in restaurants and relatively inexpensive gasoline. Those looking at the map south of Ridgway might notice Lake Otonowanda. Sorry, the lake is not visible from any public road, but I would bet that it's interesting!

**Habitat** - Urban/Suburban, Pond/Lake/Reservoir

**Directions** - Ridgway straddles CO 62 just west of US 550. To reach the pond at the Golden Eagle development, turn north onto N. Amelia St. at the west edge of town. This road travels along the east side of the school. After Amelia bends to the east, watch for the entrance to the development on the south. Drive through the entrance and pull off to the side of the road and climb the ridge to view the pond. Please respect private property rights here. So far, residents have not minded birders viewing the pond and we want to keep it that way. This route also offers a nice back-door access to Ridgway State Park. To do so, simply continue north past the development to 24 Road and turn east. Cross the Uncompahgre River and immediately turn north into a dirt road/parking area. One can access the southern part of Ridgway State Park on foot from here. The shrubs on either side of the river offer migrant birds a plethora of fruits in the fall and the birding here can be excellent, particularly right at the 24 Road bridge, where Eastern Kingbird has been seen.

**Delorme** - 66 C3

**Roads of Colorado** - 115 D2

5. **CR 10/CR 12 loop**

   **Description** - This loop east off US 550 near Ridgway can be good in late fall and winter for raptors, particularly Rough-legged Hawk. The pastures along this loop can have Horned Lark. Be sure to check for Lapland Longspur and Snow Bunting, in season. Though neither of these species has yet been found in the county, with more birding effort, they, particularly the longspur, will probably be added to the county list.

   **Habitat** - Pinyon/Juniper Forest, Grassland/Prairie

   **Directions** - From Ridgway, drive south on US 550 for about 0.5 mile and turn left onto 12 Road. Follow 12 Road as it jogs north then east to its intersection with 10A Road and turn left and follow that to 10 Road, which will take you west to US 550. Obviously, one can follow the loop in the opposite direction, too. Note: At the intersection of 10 and 10A roads, one can head north-northeast on 10 Road to 8 Road. A right turn onto 8 Road will lead one through some lovely forest to Owl Creek Pass (a site not yet described here) and Gunnison County.

   **Delorme** - 66 C4

   **Roads of Colorado** - 115 D2

6. **CR 3A/CR 3/CR 17 area**

   **Description** - This well-maintained dirt road system on the west side of the Uncompahgre River provides a less-hectic way to travel between Ridgway and Ouray and also provides some pleasant birding. While all the land on either side of the road is private (please respect private property!), the roadside birding is more than adequate. In early fall, typical migrant species (e.g., kingbirds, bluebirds, and Vesper Sparrow) can be found in substantial numbers; the road also has hosted some rarer migrants, e.g., two Nashville Warblers in early September 2003. Other interesting species seen along this road include Willow Flycatcher and Cassin's Vireo. Watch on the west side of the road for a small stand of Ponderosa Pines up a side road. Pygmy Nuthatch has been seen here.

   **Habitat** - Scrub Oak Forest, Lowland Riparian, Foothill Shrub, Grassland/Prairie, Ponderosa Forest

   **Directions** - From the intersection of CO 62 and US 550 on the east side of Ridgway, go west on Hwy

62 to the second left and turn south onto 3A Road. Follow 3A Road until it intersects 3 Road and turn south. The road will wind around and change its name to 17 Road at the intersection with 5 Road, but continue south all the way to Ouray – you will come into town at the northwest corner. From the very west edge of Ouray, follow 17 Road north to its intersection with 5 Road and 3 Road, and continue north on 3 Road. Follow 3 Road to 3A Road and turn west and follow into Ridgway.

**Delorme** - 66 C4-D4

**Roads of Colorado** - 115 D2-D3

7. **Lake Lenore area**

**Description -** Lake Lenore, which is surrounded by conifer forest, can host reasonably large numbers of ducks in season, with the best of the lot so far being Surf Scoter. The marsh along US 550 at the turnoff for Lake Lenore has hosted Sora and Common Yellowthroat.

**Habitat -** Pond/Lake/Reservoir, Mixed Conifer Forest, Lowland Riparian, Marsh

**Directions -** From Ridgway, drive south on US 550 to the only real option to the east, 14A Road. West across US 550 is a water-treatment plant with a marsh that is worth at least a quick check. To reach Lake Lenore, go north then east on 14A Road. Pull over when reaching the lake and check the water (beware of decoys present). The forests here can provide some typical birds, such as Steller's Jay, Townsend's Solitaire, and Western Tanager, and some more-sought-after species such as Olive-sided Flycatcher. Continuing on to FR 871 or FR872 provides access to the Uncompahgre National Forest and the Big Blue Wilderness Area.

**Delorme** - 66 D4

**Roads of Colorado** - 114 D3

8. **Ouray**

**Description -** This touristy town is the gateway to the rugged and beautiful San Juan Mountains. But, for birders, it is the piece de resistance of the county. Not only does it host the most accessible Black Swift colony in the state (possibly on the planet), but the extensive plantings of fruit-bearing shrubs and trees offer a haven for mis-placed and/or laggard fall migrants. The list of out-of-range species seen in town includes Tennessee Warbler, Red Fox Sparrow, Swamp Sparrow, "White-winged" Dark-eyed Junco, and Rose-breasted Grosbeak. Species seen here in November, later in fall than is typical for the state, include Hermit Thrush, Northern Mockingbird, Gray Catbird, Lincoln's Sparrow, and Black-headed Grosbeak. Feeders in town can support a good number and variety of finches in season, including all three rosy-finch species and Pine Grosbeak; Evening Grosbeak is particularly reliable in town.

However, the primary attraction must be Box Canyon Park, the site of a relatively large Black Swift colony and a good diversity of breeding birds. The Park is accessed from 3rd St on the south side of town, west of US 550. The swifts nest in the box canyon and their nests are found by scanning the walls. There is an entrance fee to the Park. One can also stand anywhere in the open in town in the evening and look up and sort through the hordes of White-throated Swifts and Violet-green Swallows looking for the larger, longer-winged, and shorter-tailed shape of Black Swifts. Be prepared for "Warbler Neck."

From the south side of town, continue south on US 550 around one hairpin turn to another at which there is a road accessing the Uncompahgre National Forest. Species seen in the area include Dusky Grouse, Red-naped and Williamson's sapsuckers, and MacGillivray's Warbler. Note that this road is quite rough in places and 4WD may be a necessity.

**Habitat -** Urban/Suburban, Cliff Face, Mixed Conifer Forest, Stream

**Directions -** The town straddles US 550 about 13 road miles SSE of Ridgway. The whole town is worth

birding, particularly on foot, but there are some places that seem to hold birds better than others. Third Street (on the south side of town) can be good along its entire length, with feeders east of US 550 attracting rosy-finches in winter. The area around the Wiesbaden Inn (at 4th St and 5th Ave) hosted the Red Fox Sparrow and Black-headed Grosbeak in November 2000. The drainage on the west side of US 550 and north of 9th St has twice hosted Swamp Sparrow in fall; the best viewing spot can be reached the dead-end road going north from 9th just west of US 550 or from the west end of 9th. Walking the entire length of Oak (on the west side of the Uncompahgre River) from 3rd to 7th can be fruitful (in more ways than one); Oak becomes 17 Road on the north side of Ouray (see the CR 3A/CR 3/CR 17 site account).

**Delorme** - 66 D4

**Roads of Colorado** - 115 D3

9. **Camp Bird**

**Description** - The road to Camp Bird traverses a variety of forest types and can provide good general forest birding, particularly in the breeding season. Species such as Dusky Flycatcher, Plumbeous Vireo, Yellow-rumped Warbler, and Western Tanager are quite common. The road also offers views of an incredible cliff and associated air space in which Black Swift can be seen. This road also provides access to Yankee Boy Basin, a place of White-tailed Ptarmigan and incredible wildflower displays. However, the road up there can be incredibly rough, and a long hike and/or a good 4WD vehicle are required. But it is worth the effort.

**Habitat** - Mixed Conifer Forest, Aspen Grove

**Directions** - From the south side of Ouray, continue south on US 550 to the first hairpin turn and Forest Roat 853. Turn right and follow the road as long as you wish. After getting beyond the first stretch in which most of the surrounding land is privately owned, feel free to wander around in the National Forest Service lands. One side road (on the left side of FR 853) offers a short diversion for those interested. Somewhat beyond Camp Bird, the road deteriorates, but offers the tantalizing access to Yankee Boy Basin (which is not here described, as yet).

**Delorme** - 76 A4

**Roads of Colorado** - 115 D4

10. **US 550 between Ouray and San Juan County**

**Description** - South of Ouray, US 550 travels along the edge of the steep canyon created by the Umcompahgre River. Flatlanders might have heart palpitations caused by the sheer drops from the road surface, but numerous pullouts and trailheads offer the chance to ogle the scenery and search for Black Swifts. As one approaches San Juan County, climbing to Red Mountain Pass, the land levels a bit and offers a wider variety of habitats. Crystal Lake, on the west side of US 550 about halfway between Ouray and the San Juan County line, has hosted waterfowl, but much of the water surface can be difficult to see without looking for the best vantage points. The Rest Area across from the now-being-reclaimed Idarado Mine is worth a quick stop to watch for migrating raptors and other birds in fall.

**Habitat** - Mixed Conifer Forest, Spruce-Fir Forest, Streamside Willow, Cliff Face

**Directions** - Travel US 550 south from Ouray or north from San Juan County. Take advantage of pullouts, trailheads, and the Rest Area.

**Delorme** - 76 A4

**Roads of Colorado** - 115 D3-D4

11. **Pleasant Valley**

**Description** - If traveling west from Ridgway to San Miguel County, one might seriously consider taking a back-door route through the aptly-named Pleasant Valley for part of the trip. One can hook up with this side trip from Ridgway, either in town, from the Golden Eagle development, or from 24 Road

BLM_0037566

at the south end of Ridgway State Park (see the Ridgway account). The route travels through a variety of open and wooded habitats that support a goodly diversity of bird species, particularly in migration periods. In fact, about the largest mixed-species flocks of birds I've ever seen in Colorado was along this road. One house on the north side of 24 Road, at least as of this writing, has a very large number of large hummingbird feeders (as many as 12 in my experience) that can host an incredible number of hummers. Though I have seen nothing out of the ordinary (the typical four species in fall, Rufous, Calliope, Broad-tailed, and Black-chinned, are all quite regular and common), I have no doubt that the feeders have attracted or will attract rare species. Please watch the feeders from the road, unless given permission by the landowners to do otherwise.

**Habitat** - Grassland/Prairie, Pinyon-Juniper Forest, Foothill Shrub, Lowland Riparian

**Directions** - From the west side of Ridgway, take CO 62 west to 24A Road and turn north and go north to 24 Road and turn west. Follow 24 Road to an intersection where you will turn south to stay with 24 Road and then to another intersection where you will turn west to stay with 24 Road. This road will eventually take one back to Hwy 62. Alternatively, one can get on 24 Road north of Ridgway off US 550 south of Ridgway Reservoir.

**Delorme** - 66 C3

**Roads of Colorado** - 114 C2, 115 D2

**Contact Us** | **Acknowledgments** | **Colorado Field Ornithologists**. All Rights Reserved. Copyright 2006.

BLM_0037567

# Ecoregions of Colorado



PRINCIPAL AUTHORS: Shannen S. Chapman (Dynamac Corporation), Glenn E. Griffith (Dynamac Corporation), James M. Omernik (USGS), Alan B. Price (NRCS), Jerry Freeouf (USFS), and Donald L. Schrupp (CO Department of Wildlife [CODOW]).

COLLABORATORS AND CONTRIBUTORS: Tony Selle (USEPA), Shannon Albeke (CODOW), Sandy Bryce (Dynamac Corporation), Ed Rumbold (BLM), Tom Weber (NRCS), Carol Dawson, (BLM), Eric Waller (CODOW), Christy Pickens (CDPHE), Brian Moran (Indus Corporation), John Hutchinson (Science Applications International Corporation), and Jack Wittmann (USGS).

REVIEWERS: Patrick Comer (NatureServe), Alisa Gallant (USGS), Tom Huber (University of Colorado, Colorado Springs), and Ron West (CO State Parks).

CITING THIS POSTER: Chapman, S.S., Griffith, G.E., Omernik, J.M., Price, A.B., Freeouf, J., and Schrupp, D.L., 2006, Ecoregions of Colorado (color poster with map, descriptive text, summary tables, and photographs): Reston, Virginia, U.S. Geological Survey (map scale 1:1,200,000).

SCALE 1:3 000 000

15  0  15

30  20  10  0  30

Albers equal area projection
Standard parallels 38°N and 40°N

—— Level III ecoregion
—— Level IV ecoregion
—·— County boundary
—··— State boundary

## 18 Wyoming Basin
18a  Rolling Sagebrush Steppe
18d  Foothill Shrublands and Low Mountains
18e  Salt Desert Shrub Basins
18f  Laramie Basin

## 20 Colorado Plateaus
20a  Monticello-Cortez Uplands and Sagebrush Valleys
20b  Shale Deserts and Sedimentary Basins
20c  Semiarid Benchlands and Canyonlands
20d  Arid Canyonlands
20e  Escarpments
20f  Uinta Basin Floor

## 21 Southern Rockies
21a  Alpine Zone
21b  Crystalline Subalpine Forests
21c  Crystalline Mid-Elevation Forests
21d  Foothill Shrublands
21e  Sedimentary Subalpine Forests
21f  Sedimentary Mid-Elevation Forests
21g  Volcanic Subalpine Forests
21h  Volcanic Mid-Elevation Forests
21i  Sagebrush Parks
21j  Grassland Parks

## 22 Arizona/New Mexico Plateau
22a  San Luis Shrublands and Hills
22b  San Luis Alluvial Flats and Wetlands
22c  Salt Flats
22e  Sand Dunes and Sand Sheets

## 25 High Plains
25b  Rolling Sand Plains
25c  Moderate Relief Plains
25d  Flat to Rolling Plains
25f  Front Range Fans

## 26 Southwestern Tablelands
26e  Piedmont Plains and Tablelands
26f  Mesa de Maya/Black Mesa
26g  Purgatoire Hills and Canyons
26h  Pinyon-Juniper Woodlands and Savannas
26i  Pine-Oak Woodlands
26j  Foothill Grasslands
26k  Sand Sheets

BLM_0037568

# Ecotourism in Bako National Park, Borneo: Visitors' Perspectives on Environmental Impacts and their Management

**Cynthia L.M. Chin, Susan A. Moore and Tabatha J. Wallington**
School of Environmental Science, Murdoch University, South Street, Murdoch, WA 6150, Australia

**Ross K. Dowling**
School of Marketing, Tourism and Leisure, Edith Cowan University, Joondalup, WA 6027, Australia

Ecotourism potentially provides a sustainable approach to development in Malaysia. However, to realise this potential the adverse effects of visitor activity and associated infrastructure on the natural environment and the tourism experience must be identified to guide management actions and thus to sustain the resources on which ecotourism ultimately depends. This study, conducted in Bako National Park on the island of Borneo, reports one of the first efforts to identify the impacts of ecotourism in Malaysia from the perspective of visitors. Environmental conditions of greatest influence on visitors' experiences included litter and biophysical conditions such as soil erosion and vegetation damage. These conditions were of greater concern to visitors than social conditions, such as the number of people. These results suggest that management efforts can be directed towards indicators of greatest concern such as litter, soil erosion and vegetation damage. The broad support given by those surveyed for a range of management actions provides managers with a choice of strategies to sustain ecotourism in Bako National Park. This study, with its sociopolitical approach, contributes to a greater understanding of the implications of the ecotourist experience for ecotourism management in Malaysia.

## Introduction

Tourism has long played an important role in the economy of Malaysia, representing the second most important industry sector and generating at least RM 9.6 billion of the country's gross domestic product (Razak, 1995). Within the tourism industry worldwide, ecotourism is one of the fastest growing sectors (Eagles, 1995). The World Tourism Organisation (WTO) has recently estimated that ecotourism is worth some $20 billion a year, and together with nature-based tourism, accounts for 20% of global international travel (WTO, 1998). In the Asia-Pacific region, ecotourism has grown faster than tourism generally (Lindberg *et al.*, 1998). Ecotourism has therefore come to signify an attractive investment proposition. In particular, Sarawak's tourist receipts have increased from RM 140.6 million in 1989 to RM 522.3 million in 1997 (Malaysia Tourism Promotion Board, 1997). The promise of ecotourism is that financial benefits originating from the influx of foreign tourist income may be employed to finance the provision and management of national parks to conserve the natural resources that ecotourists so willingly pay to experience. Thus, ecotourism confers economic value on the conservation and protection of natural areas,

0966-9582/00/01 0020-16 $10.00/0
JOURNAL OF SUSTAINABLE TOURISM

© 2000 C.L.M. Chin *et al.*
Vol. 8, No. 1, 2000

BLM_0037569

representing the potential for a sustainable approach to development in Malaysia.

However, despite this mutually beneficial relationship between ecotourism and natural resource conservation, the impacts of ecotourism may also adversely affect the resources on which it depends. Therefore, in order to sustain ecotourism in Malaysia, it is essential to understand the potential effects of the expanding ecotourism sector on the natural environment, so as to identify management priorities for present and potential ecotourist destinations. It is widely recognised that both the environmental conditions of natural areas and the quality of the ecotourist experience are influenced not only by the number of visitors *per se*, but by the impacts those users have on the ecological and social conditions (Prosser, 1986). In this way, visitors are at the centre of ecotourism management: they impact the natural environment and the tourism experience, while the quality of the experience is affected by the management actions necessary to ameliorate those impacts. Hence, users represent a valuable resource for gaining information about the presence and extent of impacts, the acceptability of environmental change, and the consequences of management actions for their experience.

The centrality of visitors is embodied in the approach taken by the Visitor Impact Management (VIM) planning framework, which explicitly recognises the value of both judgemental and scientific considerations for effective management of natural areas (Graefe *et al.*, 1990). This recognition means that identifying the significance of biophysical and social impacts is necessarily value-laden, and as such, natural area planning and management must be recognised as a sociopolitical process (Morin *et al.*, 1997). Therefore, rather than relying on technical assessment to determine carrying capacity and use-limits – an approach that has proved unworkable in addressing resource management problems (McCool, 1989; Lindberg *et al.*, 1997) – the VIM approach is based on the principle that both the environment and the quality of the recreation experience are complex, and are influenced by a number of factors besides use levels. The VIM process thus incorporates a number of successive stages: review database (identify unacceptable visitor impacts); review management objectives; identify measurable indicators; select standards for indicators; assess current conditions of impact indicators; identify probable causes of impacts; identify a range of alternative management strategies; and implement selected strategies (Graefe *et al.*, 1990).

This paper reports on a study of visitor impacts in Bako National Park in Sarawak, on the island of Borneo (Figure 1). Specifically, the aims of this study were to:

- identify unacceptable visitor impacts from the perspective of visitors (step 1 of the VIM process);
- identify potential indicators based on the impacts identified (step 3 of the VIM process); and
- identify visitors' support for potential management actions (step 7 of the VIM process).

Bako National Park was selected as the study site for two main reasons: it is an established ecotourist destination and existing management objectives for the

BLM_0037570



**Figure 1** Location of Bako National Park

Park are compatible with ecotourism. The primary management objective for Bako is conservation, while secondary objectives include recreation, research, education and monitoring of visitor activities (Good, 1988). For the purposes of adopting the VIM approach for Bako National Park, the existence of management objectives is important because it is widely considered to be a crucial first step in developing a management framework for natural areas (Morin *et al.*, 1997).

## Ecotourism in Sarawak

Ecotourism has been defined by the Ecotourism Society as 'responsible travel to natural areas which conserves the environment and improves the welfare of local people' (cited in Cochrane, 1996: 241), a definition which emphasises the view that ecotourism should have positive impacts. The government of Sarawak believes that ecotourism can contribute to the preservation of the environment (Anonymous, 1996), which is an approach consistent with this definition.

However, management of tourism in Malaysia's natural areas is complicated by the federal system of government. Hall (1994: 87–88) reveals that 'authority for various natural resources is haphazardly divided under different government umbrellas and respective state authorities. Forest parks, for example, fall under the jurisdiction of the national Wildlife Department. Land matters come under the state authorities while marine life and fisheries is overseen by the Fisheries Department'. This situation has meant that there is no single authority empowered to make decisions about the environmental implications of tourism development.

Bako National Park, in 1957, was the first of ten national parks to be gazetted in Sarawak. It covers an area of 2742 ha and is located 37 km east of the capital city of Kuching. A road was completed from Kuching to Bako National Park in 1985,

and access to the Park itself requires a short longboat journey along the Bako
River. The government's commitment to conservation in Bako National Park is
evident in this statement by the permanent secretary for Sarawak's Ministry of
Tourism: 'it would easily have been possible to build a road up to Bako National
Park, but we decided against the idea, precisely because it would have made the
park too accessible to visitors, and too difficult to protect' (quoted in Anony-
mous, 1996: 112). Facilities within the Park, including the park office, information
centre, canteen, accommodation and camping ground, are concentrated near the
jetty where the tourist boat arrives. Recreational access within the Park is facili-
tated by a 30 km trail system that incorporates 16 colour-coded trails, and offers a
number of trekking options ranging from relatively easy walking tours to
full-day forest treks.

Attractions include the variety of coastal and forest ecosystems of the Park,
and the abundant wildlife. The major vegetation types of Bako are associated
with the diverse soil and geological formations, and include sandstone cliff vege-
tation, mangrove forest, mixed dipterocarp forest, peat swamp forest, kerangas
(heath) forest and kerangus scrub on the plateau. Mixed dipterocarp forests
dominate and provide habitat for the diverse wildlife. In particular, three species
of monkey are found in the Park, including the proboscis monkey that inhabits
the mangrove swamps and is found only in Borneo, and the silver leaf and the
common long-tailed macaques.

There is a lack of reliable data specifically on ecotourist numbers to Sarawak
(Davison, 1995). Bako National Park itself received about 5000 visitors per year
between 1981 and 1984, mainly of local origin, with only a few hundred being
overseas visitors. Following the completion of the road from Kuching in 1985,
local visitor numbers peaked at almost 30,000, and have since declined to
approximately 10,000 per year since 1989. In contrast, overseas visitor numbers
have increased steadily since 1989 to reach almost 9,000 in 1995, although
numbers fluctuate and dropped to 6000 in 1996 (Bako National Park Information
Centre, 1997). The increasing number of overseas visitors is probably due to the
success of promotional strategies such as 'Fascinating Malaysia' in 1988 and
'Visit Malaysia Year' in 1990 and 1994. Total visitor numbers ranged between
15,000 and 20,000 from 1988 to 1996.

Despite this growth in visitors to Bako National Park, very little information
exists regarding the environmental (biophysical and social) impacts of visitor
activity and the effect of these impacts on the visitor experience. Lindberg *et al.*
(1998) report that this is true of the Asia-Pacific region as a whole; and Valentine
and Cassells (1991) have identified the need for studies of visitor impacts and
experience in tropical rainforests generally. This study aims to contribute to the
current information deficit by identifying the environmental impacts of
ecotourism in Bako National Park as perceived by visitors.

## Impacts of Ecotourism

This paper draws on previous research on the environmental impacts of visi-
tors in 'wilderness' and natural areas as well as current ecotourism research.
McKercher (1996) argues that there is little or no difference between tourists and
'wilderness' visitors because they share the same resources and facilities and

BLM_0037572

exert similar impacts when the same activity is undertaken. Further, McKercher (1996: 563–4) notes that making the artificial distinction 'serves no practical management purpose because tourists and non-tourists alike are part of the broader visitor management issue'.

The environmental impacts of ecotourism have been published by a number of writers. Some have focused on tourism in natural areas (Cohen, 1978; O'Grady, 1981; Mathieson & Wall, 1982; Buckley & Pannell, 1990; Andereck, 1995; McArthur, 1996; Shackley, 1996), while others have taken a specifically ecotourism approach (Boo, 1990; Long, 1991; Olindo 1991; Sherman & Dixon, 1991; Ceballos-Lascurain, 1996; Commonwealth Department of Tourism, 1994; International Centre for Tourism Research, 1995; Preece *et al.* 1995). Studies focusing on tourism in Malaysia have been documented by Din (1993), Hall (1994), Wright (1994), Sherman and Dixon (1991), Walton (1992) and Lindberg *et al.* (1998), and those concentrating on tropical rainforests include MacKinnon *et al.* (1986), Valentine and Cassells (1991), Valentine (1992), Kinnaird and O'Brien (1996), and Wearing and Larsen (1996). Of particular relevance to the study reported in this paper are a number of visitor impact studies conducted in natural areas (Anderson & Manfredo, 1985; Roggenbuck & Lucas, 1987; British Columbia Forest Service, 1995; Lucas, 1990; McCool *et al.*, 1990; Department of Conservation and Land Management, 1991; McNeely *et al.*, 1991; Watson *et al.*, 1992; Dowling, 1993; Morin *et al.*, 1997). The following brief summary of the environmental impacts of ecotourism is drawn from this literature.

The benefits of ecotourism include an enhanced appreciation of natural environments, both in terms of their intrinsic and economic worth for protection and conservation; the educational value of exposing visitors and locals to nature and conservation; and the potential of ecotourism to motivate the designation of additional natural areas for conservation and protection. Conversely, pressures originating from inappropriately managed infrastructure and visitor activities can adversely impact the receiving environment. Negative impacts on terrestrial ecosystems include destruction of plant and wildlife habitats; soil and dune erosion; soil compaction; disruption of soil stability; alteration of geological regimes; disruption of nutrient cycles; and reduction in biodiversity. Impacts on vegetation include structural alterations to plant communities; damage due to trampling; the introduction of exotic species carried in on clothing; and direct removal of specimens through harvesting. Further to these biophysical impacts, increased human presence may lead to disturbances such as litter, as well as air and noise pollution caused by vehicles.

Although there is limited understanding of the effects of tourism on wildlife (Andereck, 1995), all of the aforementioned impacts may have deleterious effects. Direct impacts on wildlife include disruption of behaviour such as feeding, breeding, and mother-offspring interaction; poaching; killing (usually accidentally); and the disruption of predator–prey relationships. Indirect impacts on wildlife include changed habitats and feeding patterns, due for example to the attraction of wildlife to litter (Mathieson & Wall, 1982), and the introduction of disease. Even the pressures of photography may impact on wildlife, and have been reported to cause a decline in the breeding success of many coastal bird species in the Galapagos Islands (Mathieson & Wall, 1982). Wildlife may also be directly impacted by visitor management techniques which place a

BLM_0037573

priority on visitor satisfaction. For example, in the Yacatan Peninsula boatloads of tourists were driven into groups of feeding flamingos to make them take flight (Long, 1991), and in the Galapagos Islands National Park visitors were allowed to approach frigate bird nesting areas (MacKinnon *et al.*, 1986).

Many biophysical impacts also adversely affect the visitor experience. Buckley and Pannell (1990) have identified damage to the natural environment as one of the major detractants from the visitor experience. Additional impacts on such experiences include noise (human and mechanical), visual impacts (such as infrastructural developments and signs) and crowding. With respect to the latter, both overall numbers of people and group size are conditions identified as impacting on visitors' experiences in natural areas (McNeely *et al.*, 1991; Preece *et al.*, 1995; Morin *et al.*, 1997).

## Research Methods

This study was based on a literature review and questionnaire. The literature review identified the potential impacts of ecotourism as described in the previous section, which were then used to guide questionnaire development. The questionnaire was designed to gain information from visitors to Bako National Park. The sampling frame was limited to Park visitors approached while in the Park. Visitors were asked if they would like to participate in the study, and if they agreed, were given a brief description of the study objectives. The questionnaires were distributed at the canteen, accommodation areas and Park office, places which most visitors frequented at some stage of their visit.

The study was conducted between December 1996 and January 1997, with 284 questionnaires distributed by one on-site researcher assisted by two volunteers, and 46 questionnaires distributed by Park staff. A total of 210 responses were obtained from the 284 questionnaires distributed by on-site researchers, representing a 74% response rate. Of the 46 questionnaires distributed by Park staff, 26 were returned, representing a 56% response rate.

The questionnaire was written in English, and comprised three sections: visitor and visit characteristics; activities undertaken; and visitor perceptions of impacts and management strategies. The assumption underlying all aspects of this study is that information about, and generated by, visitors is essential to the successful planning and management of natural areas that aim to sustain ecotourism. The first part of the questionnaire was designed to obtain demographic information, including age, length of stay, travel companions, countries of origin, gender and source(s) of information about the Park. The second part investigated the types of activity visitors participated in, and asked visitors to rate the importance of each activity from 'not at all important' to 'extremely important'. The third part focused on impacts and Park management. Respondents were asked to identify impacts they had observed, as well as impacts with the potential to affect both the Park itself and the experience of the visitor, even if they had no obvious effect at the time of the survey. These impacts were drawn from the literature surveyed earlier in this paper, including visitor surveys conducted in Malaysia (Lindberg *et al.*, 1998), Canada (British Columbia Forest Service, 1995) and Australia (Morin *et al.*, 1997). Visitors were also asked to rate

BLM_0037574

specific management concerns, and to express the extent of their support for potential management strategies.

The survey data was collated and analysed using several techniques: Minitab for Windows software for collation of data, supplemented by Microsoft Excel for Windows 95 for raw data transfer to Minitab; percentage comparisons to provide a general overview of responses; and statistical z-tests to analyse changes in the numbers of respondents identifying observed and potential impacts.

## Results and Discussion

### Visitor and visit characteristics

Successful management of tourism in natural areas depends on knowledge of both visitor and use characteristics (Buckley & Pannell, 1990; Morin *et al.*, 1997). In this study, males and females were equally represented within the sample of visitors surveyed. A large proportion of visitors were aged between 16 and 40 years (76%), results supported by studies conducted in America, which have found that wilderness visitors tended to be younger than the general population (Roggenbuck & Lucas, 1987; Lucas, 1990). Visitor studies conducted in Taman Negara National Park in Malaysia also found that the majority of visitors (89%) were under 40 years old (Lindberg *et al.*, 1998). These results contrast with those of a 1988 study of ecotourists visiting five Latin American and Caribbean countries, conducted by the World Wide Fund for Nature, which found that the average age was slightly higher than that of 'leisure tourists' at 44 years (Ceballos-Lascurain, 1996).

The relative youth of Bako visitors, when considered alongside the fact that a large proportion of Bako visitors were overseas travellers, originating from Western (45%) – predominantly Australia, the United Kingdom and continental Europe – and other Asian (14%) countries, may indicate that more 'adventurous' holiday destinations such as tropical rainforests tend to attract younger people. In contrast, visitors to the Nuyts Wilderness area in Western Australia were mainly of local origin and a more balanced proportion of people from 26 to 60 years old was found (Morin *et al.*, 1997).

The number of visitors of distant origin (59%) corresponds to the number of visitors who stayed at least one night in the Park (58%). Good (1988) has observed that overseas visitors tend to stay in the Park for longer periods. Forty per cent of visitors originated locally – from other Malaysian states (17%), other towns and cities of Sarawak (14%) and Kuching (9%) – and local visitors are known to be dominated by day trippers (Good, 1988). Forty-two per cent of visitors stayed less than 24 hours in the Park. The extended length of stay of over half of all visitors signals an opportunity for the use of education as a potential management tool.

The activities participated in by more than half of the respondents all related to the enjoyment of nature, and included hiking (76%), sightseeing (72%), observing wildlife (66%), relaxing (61%) and photography (61%). Less than half of the respondents went swimming (41%). Research reported by Lindberg et al. (1998) also found hiking to be the most common activity undertaken by visitors to Taman Negara National Park in Malaysia. These results also correspond to the findings of Morin *et al.* (1997) on wilderness use in Western Australia.

BLM_0037575

Case No. 1:20-cv-02484-MSK   Document 37-12   filed 04/27/21   USDC Colorado   pg 63 of 160

Conversely, wilderness visitors in the United States tend to participate in a wider variety of activities, which include such 'consumptive' activities such as fishing and hunting (Lucas, 1990).

The activities undertaken in Bako National Park were found to mirror the activities visitors indicated were most important to their visit. Over two-thirds of respondents indicated that being close to nature (78%), encountering wildlife (72%), learning about nature (70%) and viewing the scenery (71%) were very/extremely important (Table 1). Viewing wildlife was also an important activity in the tropical rainforest of Tangkoko DuaSadara Nature Reserve, where 74% of visitors surveyed indicated that viewing primates was a primary objective (Kinnaird & O'Brien, 1996). These activities are highly dependent on the quality of the natural environment, suggesting that visitors to Bako National Park specifically seek the natural qualities of the Park, rather than merely using the forest as a backdrop, as Valentine and Cassells (1991) found is often the case with visitors to Queensland's rainforests in Australia.

## Visitor perceptions of impacts and management concerns

**Table 1** Importance of activities undertaken by visitors in Bako National Park

| Activity | Very/extremely important | Somewhat important | Not at all/not very important |
|---|---|---|---|
| | Percentage of respondents* | | |
| Close to nature | 78 | 15 | 4 |
| Observe/encounter wildlife | 72 | 21 | 6 |
| Learn about nature | 70 | 20 | 6 |
| Scenery | 71 | 24 | 5 |
| Break from routine | 54 | 28 | 15 |
| Solitude | 30 | 34 | 33 |

* Percentages have been rounded to the nearest whole number, and therefore do not sum to a total of 100% in all cases.

Visitor perceptions of observed and potential impacts were examined to identify possible indicators for monitoring, based on the premise that conditions of importance to visitors themselves are the best indicators of factors likely to adversely affect visitor experiences (McArthur, 1996; Morin *et al.*, 1997). Impacts most frequently observed by visitors included soil erosion along walk-trails, litter along the beach/shore, wildlife attracted to rubbish bins, and smelly/discoloured water (Table 2). Vegetation damage along walk-trails, and hiking away from walk-trails, were also noted as current impacts by over 20% of the sample. In contrast to these biophysical impacts, only 5% of respondents perceived visitor numbers – a social impact – to be a current concern (Table 2). A number of respondents also commented on impacts that were not given in the questionnaire, including litter on the forest floor, waterlogging along some trails and at the accommodation area, provocation of wildlife, and a lack of enforcement of Park regulations.

BLM_0037576

**Table 2** Visitor perceptions of observed and potential environmental impacts in Bako National Park

| Impact | Observed | Potential | Comparison: observed and potential |
|---|---|---|---|
|  | Percentage of respondents | | Significance (p) |
| Soil erosion at walk-trails | 50 | 40 | NS* |
| Litter along beach/shore | 42 | 58 | < 0.01 |
| Wildlife attracted to rubbish bins | 38 | 45 | < 0.05 |
| Smelly/discoloured water | 36 | 31 | NS* |
| Vegetation damage along walk-trails | 29 | 39 | < 0.05 |
| Litter around accommodation area | 27 | 41 | < 0.01 |
| Feeding monkeys | 26 | 47 | < 0.01 |
| Hiking away from walk-trails | 22 | 45 | < 0.01 |
| Soil erosion at accommodation area | 19 | 35 | < 0.01 |
| Too many people | 5 | 28 | < 0.01 |

* NS = not significant.

For almost all of the impacts, a greater number of respondents expressed concern about the potential impact than the observed impact. Statistical analysis using z-tests indicated statistically significant increases at the 1% level for most impacts (Table 2). In particular, about five times as many respondents indicated that 'too many people' represented a potential impact compared with the impact observed. Hiking away from trails, feeding monkeys and soil erosion at the accommodation area were identified as potential impacts by about double the proportion of visitors that had observed the impact. Differences between several other observed and potential impacts, namely wildlife attraction to bins and vegetation damage along walk-trails, were statistically significant at the 5% level (Table 2). These results suggest visitors believe that this suite of environmental conditions is likely to worsen in the future. Such perceptions are probably based on previous experiences in natural areas combined with pessimism regarding the ability of managers to deal with such problems.

Soil erosion along walk trails and smelly/discoloured water were the only two impacts where no statistically significant difference in respondent numbers was found for the observed and potential impact. For soil erosion, these results could be due to visitors' perceptions that the present severity of the impact means it is unlikely to get any worse. However, the results for water purity suggest a recognition that the observed problem is caused by naturally high tannin levels, which do not pose any health problems (Omar, pers. comm., 1997). Therefore, although water quality was identified as an impact, respondents did not consider it to be a factor influencing visitor experience of Bako in the future.

When asked to indicate how they felt about environmental impacts in Bako National Park, respondents emphasised biophysical rather than social conditions, such as the number of people or groups encountered (Table 3). These results contrast with the assertion of Lucas (1990) that social conditions generally affect visitor experiences more than natural conditions. However, the most important concern was litter, which is an indirect social (as well as a biophysical)

BLM_0037577

**Table 3** Visitor perceptions regarding environmental conditions in Bako National Park

| Concern | Serious problem | Slight problem | No problem | No response |
|---|---|---|---|---|
| | *Percentage of respondents** | | | |
| Litter around park | 34 | 35 | 26 | 4 |
| Damage to natural vegetation | 19 | 38 | 35 | 9 |
| Erosion along walk-trails | 17 | 45 | 32 | 7 |
| Health/condition of wildlife | 15 | 26 | 44 | 15 |
| Number of people encountered overall | 11 | 20 | 65 | 4 |
| Size of groups encountered | 8 | 25 | 62 | 5 |
| Number of human-made structures | 4 | 24 | 66 | 6 |

* Percentages have been rounded to the nearest whole number, and therefore do not sum to a total of 100% in all cases.

impact. Thus, issues felt to be a problem by more than 50% of visitors (inclusive of 'slight problem' and 'serious problem') included litter around the Park (69%), erosion along walk-trails (62%) and damage to natural vegetation (57%). These results are consistent with visitor perceptions of the hierarchy of potential impacts, where litter impacts were perceived as the most important issues (including litter along the beach and wildlife attracted to rubbish bins), followed by hiking away from walk-trails and erosion along walk-trails, and then vegetation damage (Table 2).

The significance of litter as one of the most basic concerns of Bako visitors is supported by the results of similar studies in Australia (Dowling, 1993; Morin *et al.*, 1997), Canada (British Columbia Forest Service, 1995) and the United States (Lucas, 1990; Watson *et al.*, 1992). The intolerance of many visitors to litter may be explained by the view that littering violates deeply held norms of Western culture, which inform a large proportion of the visitors to Bako, where littering is seen as abuse rather than normal use of natural areas (Lucas, 1990).

The concern with biophysical impacts such as soil erosion and vegetation damage as indicated by Bako visitors has also been expressed by wilderness users both in Canada (British Columbia Forest Service, 1995) and Australia (Department of Conservation and Land Management, 1991; Morin *et al.*, 1997). One reason why many visitors identify biophysical impacts as problematic is that they are visually prominent. Further, greater visitor concern with biophysical over social conditions possibly reflects the view that although visitor use results in impacts, present levels of use are not in themselves reducing the quality of the visitor experience.

These results regarding visitor perceptions of the impacts of tourist use can be used to identify potential indicators for monitoring environmental conditions in Bako National Park. This approach is based on the premise that the best indicators are the conditions of most importance to visitors. As such, litter, erosion along walk-trails and damage to natural vegetation are potentially suitable indi-

BLM_0037578

cators. These indicators are measurable, allowing standards to be selected and measured by managers (step 4 of the VIM process).

## Potential management strategies

Visitor attitudes to potential management actions can assist in predicting the consequences of specific actions on the ecotourist experience, and thus result in management actions that take into account both visitor satisfaction and ecological well-being (McCool *et al.*, 1990). All management strategies gained substantial support (Table 4), including 'direct' regulatory actions such as limiting forest use and limiting the number of people, as well as 'indirect' actions such as education. In a study of wilderness areas in the United States, Anderson and Manfredo (1985) found that visitors supported both direct and indirect management actions. Morin *et al.* (1997) also found that Park visitors in Western Australia supported limiting strategies. In contrast, respondents in the Canadian study (British Columbia Forest Service, 1995) were less supportive of limiting the number of people and the type of forest use.

**Table 4** Visitor responses to potential management actions in Bako National Park

| Management action | Support/strongly support | Oppose/strongly oppose | Neutral |
|---|---|---|---|
| | Percentage of respondents* | | |
| Educate visitors more about conservation | 79 | 3 | 18 |
| Provide more maps and signs at different points for directions | 61 | 12 | 26 |
| Limit overall number of visitors | 60 | 14 | 26 |
| Limit use of forest area (eg. no hiking in some areas) | 58 | 17 | 25 |
| Limit number of people per group | 56 | 16 | 28 |
| Provide more staff | 49 | 8 | 43 |
| Limit length of stay during peak periods | 48 | 22 | 30 |
| Provide more visitor facilities (e.g. accommodation etc.) | 40 | 36 | 23 |

* Percentages have been rounded to the nearest whole number, and therefore do not sum to a total of 100% in all cases.

Visitor support for education in the Bako study replicates that found in Western Australian (Morin *et al.*, 1997) and British Columbian (BC Forest Service, 1995) studies. Bako users also supported the provision of maps and signs in the Park, a strategy which was also supported by WA (Morin *et al.*, 1997) and US (Anderson and Manfredo, 1985; Lucas, 1990) visitors. However, Canadian visitors were intolerant of human-made structures along trails. Morin *et al.* (1997) have interpreted the latter results in terms of the tradition in North America of not erecting signposts in wilderness areas, combined with the fact that the

well-worn nature of trails in these areas makes signs unnecessary. In contrast, the trails in Western Australia and Malaysia are less frequently used, so that signs are helpful for directions and are thus supported by users.

Bako respondents provided less support and more opposition to 'providing more visitor facilities' than any other suggested management strategy (Table 4). These results are supported by surveys of visitors to natural areas in Australia and the United States, where visitor expectation has been reported to be for little or no development (Buckley & Pannell, 1990). Similarly limited support was found for limiting the length of stay, indicating that visitors see the possibility of these actions reducing the quality of their experience.

## Conclusions and Implications for Management

Soliciting the views and preferences of recent visitors to Bako National Park enabled the identification of impacts perceived as significant by ecotourists. Most important were litter, erosion and vegetation damage, all visual impacts with the potential to reduce the natural experience ecotourism offers. Greater visitor concern regarding potential impacts, compared to observed impacts, indicates a perception that social and biophysical conditions in the Park are likely to worsen in the future. Management concerns identified by the majority of respondents -- litter, erosion and vegetation damage -- correspond to the identified impacts of concern. Therefore, these management concerns are potential indicators for monitoring visitor impacts in Bako National Park. Further research is required to complete the remaining steps of the VIM framework if it is to effectively guide ecotourism management in the Park.

Respondents indicated strong support for management actions in general, including both educational and regulatory strategies such as controlling visitor numbers and limiting forest use. Such broad support provides managers with a choice of direct and indirect strategies to address management concerns. Such choice is essential as effectively minimising the environmental impacts of ecotourism requires a combination of planning and regulation, behavioural incentives and education (Buckley & Pannell, 1990).

One of the major challenges for the management of ecotourism is using interpretation and education to help visitors gain a better understanding of the natural environment of an area, thereby enhancing their experience and protection of the area. As Lucas (1990) notes, visitors to natural areas provide a particularly good audience for information and education, and such approaches are ideal for conservation reserves because they do not directly alter the natural environment. In this study, 90% of respondents indicated the importance of learning about nature as part of their experience, suggesting that visitors to Bako would be highly receptive to educational strategies.

Education also has an important role in terms of communicating the reasons behind management actions to visitors, so that visitors are more likely to support management strategies, especially those restricting their activities. Cole (1995) commented that indirect techniques such as education are most likely to be effective when used proactively. A US study by Oliver *et al.* (1985; cited in Anderson & Manfredo, 1985) demonstrated that educational material can potentially reduce visitor impacts by 50% if it is given to visitors entering an area. These results are

BLM_0037580

supported by Anderson and Manfredo's (1985) study of visitor preferences for
management actions in a US wilderness area. The Bako study, indicating that
potential impacts are considered more significant than those observed, suggests
that proactive management techniques such as education could be invaluable.
Respondents' support for education, together with the extended length of visitor
stay – which in itself does not contribute extensively to overuse (Lucas, 1990) –
support this conclusion.

The findings of this study also have implications for conservation manage-
ment. The notable support for direct as well as indirect management actions
implies that visitors generally recognise that overuse of forest areas and over-
crowding have the potential to further degrade natural areas, and hence are
inclined to support restrictive measures. These results also suggest that visitors
are likely to accept strategies for limiting access to areas where, for example,
erosion and vegetation damage require the implementation of rehabilitation
strategies. Further, over 90% of Bako visitors felt that being close to nature and
observing nature/wildlife were important or very important. These results rein-
force the value of Bako for passive conservation-related activities and imply
visitor support for conservation-oriented management.

The potential for increased numbers to adversely impact on visitor experi-
ences also has implications for future Park management, especially 'visitor
displacement' (Buckley & Pannell, 1990; Shackley, 1996; Lindberg *et al.*, 1998). In
this process, as visitor densities increase at a particular site and the characteristics
of an area change in consequence, the nature-based experience is gradually
replaced by activities such as sport or outdoor socialising (Shackley, 1996). As
such, the type of people visiting the area changes because visitors who become
dissatisfied with the changed experience will not visit again. This phenomenon
has implications both for the future of ecotourism with respect to preserving the
natural integrity of an area, and for the challenge of monitoring the quality of
visitor experience as visitors and their requirements and expectations change.

In conclusion, this study represents one of the first efforts to identify the
impacts of ecotourism and associated indicators in a national park in Malaysia,
from the perspective of visitors. This work provides the foundation for a compre-
hensive framework for managing visitors in Bako National Park. More generally,
the sociopolitical approach taken in this study contributes to a greater under-
standing of the implications of the ecotourist experience for ecotourism manage-
ment in the natural environments of Malaysia.

## Correspondence

Any correspondence should be directed to Dr Susan A. Moore, School of Envi-
ronmental Science, Murdoch University, South Street, Murdoch, WA 6150,
Australia (smoore@essun1.murdoch.edu.au).

## References

Andereck, K.L. (1995) Environmental consequences of tourism: A review of recent
    research. In S.F. McCool and A.E. Watson (eds) *Linking Tourism, the Environment and
    Sustainability*. Topical volume of compiled papers from a special session of the annual
    general meeting of the National Recreation and Park Association, 12–14 October 1994.
    USDA Forest Service: Minneapolis.

Anderson, D.H. and Manfredo, M.J. (1985) Visitor preferences for management actions. In R.C. Lucas (ed.) *Proceedings of the National Wilderness Research Conference: Current Research* (pp. 314–319). Ogden, Utah: US Department of Agriculture Forest Service, Intermountain Research Station.

Anonymous (1996) Sarawak Tourism Board: In harmony with nature. *Asiamoney* 7 (4), 112–115.

Boo, E. (1990) *Ecotourism: The Potential and Pitfalls* (2 vols). Washington, DC: World Wide Fund for Nature.

British Columbia Forest Service (1995) *1993 North-Eastern British Columbia Recreation Survey*. British Columbia: Recreation Section, Range Recreation and Forest Practices Branch, Ministry of BC Forests.

Buckley, R. and Pannell, J. (1990) Environmental impacts of tourism and recreation in national parks and conservation reserves. *Journal of Tourism Studies* 1 (1), 24–32.

Ceballos-Lascurain, H. (1996) *Tourism, Ecotourism and Protected Areas*. Gland, Switzerland: World Conservation Union.

Cochrane, J. (1996) The sustainability of ecotourism in Indonesia: Fact and fiction. In M.J.G. Parnwell and R.L. Bryant (eds) *Environmental Change in South-East Asia: People, Politics and Sustainable Development* (pp. 237–259). London and New York: Routledge.

Cohen, E. (1978) The impact of tourism on the physical environment. *Annals of Tourism Research* 5 (2), 215–237.

Cole, D.N. (1995) Wilderness management principles: Science, logical thinking or personal opinion? *Trends* 32 (1), 6–9.

Commonwealth Department of Tourism (1994) *National Ecotourism Strategy*. Canberra: Australian Government Publishing Service.

Davison, G. (1995) *Ecotourism in Malaysia: The Present and the Future*. Kuching, Malaysia: Sarawak Tourism Board.

Department of Conservation and Land Management (1991) *Fitzgerald National Park Management Plan 1991–2001*. Perth, Western Australia: Department of Conservation and Land Management.

Din, K.H. (1993) Dialogue with the hosts – An educational strategy towards sustainable tourism. In M. Hitchcock, V.T. King and M.J.G. Parnwell (eds) *Tourism in South-East Asia*. London: Routledge.

Dowling, R.K. (1993) An environmentally based approach to tourism planning. PhD thesis, School of Biological and Environmental Sciences, Murdoch University, Western Australia.

Eagles, P.J.F. (1995) Key issues in ecotourism management. Paper presented at the State of Western Australia Annual Tourism Conference, Perth, Western Australia, June.

Good, L. (1988) *Bako National Park: A Management Plan*. Kuching, Malaysia: Sarawak Forest Department.

Graefe, A.R., Kuss, R.R. and Vaske, J.J. (1990) *Recreation Impacts and Carrying Capacity: A Visitor Impact Management Framework*. Washington, DC: National Parks and Conservation Association.

Hall, C.M. (1994) *Tourism in the Pacific Rim: Development, Impacts and Markets*. Melbourne, Australia: Longman Cheshire.

International Centre for Ecotourism Research (1995) *Research Report 1994–95*. Brisbane, Australia: Griffith University.

Kinnaird, M.F. and O'Brien, T.G. (1996) Ecotourism in the Tangkoko DuaSadara Nature Reserve: Opening Pandora's Box? *Oryx* 30 (1), 65–73.

Lindberg, K., Furze, B., Staff, M. and Black, R. (eds) (1998) *Ecotourism in the Asia-Pacific Region: Issues and Outlook*. Rome: United Nations Food and Agriculture Organization.

Lindberg, K., McCool, S. and Stankey, G. (1997) Rethinking carrying capacity. *Annals of Tourism Research* 24 (2), 461–465.

Long, V.H. (1991) Nature tourism: Environmental stress or environmental salvation? In A.J. Veal, P. Jonson and G. Cushman (eds) *Leisure and Tourism: Social and Environmental Change* (pp. 615–623). Paper presented at the World Leisure and Recreation Association Congress, Sydney, Australia 16–19 July.

BLM_0037582

Lucas, R.C. (1990) Wilderness use and users: Trends and projections in wilderness recreation management: an overview. In J.C. Hendee, G.H. Stankey and R.C. Lucas (eds) *Wilderness Management*. Golden, Colorado: North American Press (Fulcrum Publishing).

MacKinnon, J., MacKinnon, K. and Thorsell, J. (1986) *Managing Protected Areas in the Tropics*. Gland: IUCN.

Malaysia Tourism Promotion Board (1997) *Annual Tourism Statistical Report 1997*. Available World Wide Web: http://tourism.gov.my/netdata/ Accessed 19 May 1999.

Mathieson, A. and Wall, G. (1982) Environmental impacts of tourism. In A. Mathieson and G. Wall (eds) *Tourism: Economic, Physical and Social Impacts* (pp. 105–112). London: Longman.

McArthur, S. (1996) Beyond the limits of acceptable change – developing a model to monitor and manage tourism in remote areas. *Proceedings of a Towards a More Sustainable Tourism Down Under 2 Conference*. Centre for Tourism, University of Otago, Dunedin, New Zealand.

McCool, S.F. (1989) Limits of acceptable change: Evolution and future. In *Towards Serving Visitors and Managing Our Resources – Proceedings of a North American Workshop on Visitor Management in Parks and Protected Areas*. 14–17 February. Waterloo, Ontario: Tourism Research and Education Centre, University of Waterloo and Parks Canada, Environment Canada.

McCool, S.F., Martin, S.R. and Yuan, M. (1990) *The 1989 Bear Trap Canyon Visitor Study, School of Forestry Research Report No. 13*. Missoula: Institute for Tourism and Recreation Research.

McKercher, B. (1996) Differences between tourism and recreation in parks. *Annals of Tourism Research* 23 (23), 563–575.

McNeely, J.A., Thorsell, J.W. and Ceballos-Lascurain, H. (1991) *Guidelines for the Development of Terrestrial and Marine National Parks and Protected Areas for Tourism*. Gland, Switzerland: IUCN.

Morin, S.L., Moore, S.A. and Schmidt, W. (1997) Defining indicators and standards for recreation impacts in Nuyts Wilderness, Walpole-Nornalup National Park, Western Australia. *CALMScience* 2 (3), 247–266.

O'Grady, A. (1981) *Third World Stopover: The Tourism Debate*. Geneva: World Council of Churches.

Olindo, P. (1991) The old man of nature tourism: Kenya. In T. Whelan (ed.) *Nature Tourism* (pp. 23–38). Washington, DC: Island Press.

Omar, A. (1997) Bako National Park warden. Personal communication, January.

Preece, N., Van Oosterzee, P. and James, D. (1995) *Two Way Track – Biodiversity Conservation and Ecotourism: An Investigation of Linkages, Mutual Benefits and Future Opportunities*. Canberra: Department of the Environment, Sports and Territories.

Prosser, G. (1986) The limits of acceptable change: An introduction to a framework for natural area planning. *Australian Parks and Recreation* 22 (2), 5–10.

Razak, A. (1995) Getting the best from tourism. *The Star*. 10 October. Petaling Jaya, Malaysia: Star Publication.

Roggenbuck, J.W. and Lucas, R.C. (1987) Wilderness use and user characteristics: A state-of-knowledge review. In R.C. Lucas (ed.) *Proceedings – National Wilderness Research Conference: Issues, State-of-Knowledge, Future Directions 1985 July 23–26 1985, Fort Collins, General Technical Report INT-220*. Ogden: Forest Service, Intermountain Research Station, US Department of Agriculture.

Shackley, M. (1996) *Wildlife Tourism*. London: International Thompson Business Press.

Sherman, P.B. and Dixon, J.A. (1991) The economics of ecotourism: Determining if it pays. In T. Whelan (ed.) *Nature Tourism* (pp. 89–132). Washington, DC: Island Press.

Valentine, P.S. (1992) Review: Nature-based tourism. In B. Weiler and C.M. Hall (eds) *Special Interest Tourism*. London: Belhaven Press.

Valentine, P.S. and Cassells, D.S. (1991) Recreation management issues in tropical rainforests. In *Proceedings of the Institute of Tropical Rainforest Studies*. Townsville, Australia.

Walton, J. (1992) Economics of tourism in Malaysia with special reference to East Malaysia. In V.T. King (ed.) *Tourism in Borneo – Issues and Perspectives*. Williamsburg, VA: Borneo Research Council.

Watson, A.E., Williams, D.R., Roggenbuck, J.W. and Daigle, J.J. (1992) *Visitor Characteristics and Preferences for Three National Forest Wildernesses in the South*. Research Paper INT-455. Ogden, Utah: United States Department of Agriculture Forest Service, Intermountain Research Station.

Wearing, S. and Larsen, L. (1996) Assessing and managing the sociocultural impacts of ecotourism: Revisiting the Santa Elena rainforest project. *The Environmentalist* 16, 117–133.

World Tourism Organisation (1998) Ecotourism, now one-fifth of market. *WTO News* (Jan/Feb 1998). Available World Wide Web: http://www.world-tourism.org/newslett/janfeb98/ecotour.htm. Accessed 19 May 1999.

Wright, P. (1994) Environmentally responsible marketing of tourism. In E. Cater and G. Lowman (eds) *Ecotourism – A Sustainable Option?* West Sussex: John Wiley and Sons.

BLM_0037584

# CITY OF DELTA, COLORADO





# *COMPREHENSIVE PLAN UPDATE*
## *2008*

BLM_0037585

Resolution # 7 , 2008

A RESOLUTION OF THE CITY OF DELTA, COLORADO, ADOPTING THE CITY OF DELTA, COMPREHENSIVE PLAN UPDATE 2008

WHEREAS, the Planning Commission has recommended adoption of the plan attached hereto; and

WHEREAS, the City Council has held a hearing with prior published notice thereof;

NOW, THEREFORE, BE IT RESOLVED BY THE CITY COUNCIL OF THE CITY OF DELTA, as follows:

Section 1.     The City of Delta, Comprehensive Plan Update 2008, attached hereto, is hereby adopted.

Section 2.     The following elements of the City of Delta's Comprehensive Plan are hereby superseded and repealed:

1. The entirety of the City of Delta Comprehensive Plan as recommended by the City of Delta Planning Commission and adopted by City Council by Resolution #6, 1997 on March 18, 1997.
2. All existing Major Street Plans.
3. All existing Land Use Plans.

ADOPTED this 16th day of September , 2008.

_____
Mayor

ATTEST:

_____
City Clerk

BLM_0037586

## *Delta Mayor and City Council*

Mayor Mary Cooper
Mayor Pro Tem Bill Seuell
Council Member Kay Carlquist
Council Member Robert Jurca
Council Member Guy Pfalzgraff

## *Delta Planning Commission*

Gerald Roberts – Chairperson
Bill Raley – Vice Chairperson
Ron Bell – Commissioner
Tish Oelke – Commissioner
Carl Jahn – Commissioner
Gary Burnett – Commissioner
Pat Dearmin- Commissioner

## *Delta Comprehensive Plan Update Steering Committee*

| | |
|---|---|
| Kay Carlquist | City Council |
| Guy Pfalzgraff | City Council |
| Ron Bell | Planning Commission |
| Gary Burnett | Planning Commission |
| Pat Dearmin | Planning Commission |
| Carl Jahn | Planning Commission |
| Tish Oelke | Planning Commission |
| Bill Raley | Planning Commission |
| Gerald Roberts | Planning Commission |
| Roy Nelson | Citizen of Delta |

## *The Citizens of Delta*

Many thanks to the citizens of Delta and Delta County who agreed to be interviewed or participated in one or more of the three community workshops held during the preparation of this community plan.

### *City of Delta Staff*

Lanny Sloan, City Manager
Steve Glammeyer, P.E., Assistant City Manager
Glen Black, Community Development Director
James Shoopman, Senior Planner
Frank Sargent, GIS Specialist
Paul Suppes, Parks Director
Wilma Erven, Recreation Director
Tod DeZeeuw, CPA, Finance Director
Jim Hatheway, P.E., Public Works Director
Fay Mathews, Utilities Director
Jeri Karsten, Human Resources
Robert Thomas, Chief of Police
Robert Sanders, PGA Professional, Director of Golf

### *Delta County Staff*

Susan Hansen, County Administrator

### *Consultant Team*

**Rowan and Associates, Grand Junction, CO**
Bennett Boeschenstein, AICP
Elizabeth Rowan

**Four Corners Planning and Design Group, Durango, CO**
Thomas G. Maynard, AICP (2006-2007)
Lynn T. Vandegrift, AICP
Mike Mixter
Julee Wolverton, Landscape Architect
Janice Wellborn Downing, Meeting Facilitator

# City of Delta Comprehensive Plan
# Table of Contents

**Page Number**

## Chapter 1-- Introduction — 1

Why Plan? — 1
Creating the Plan — 2
Community Roots — 6
From the Past into the Future: Growth Trends — 7
Delta Comprehensive Plan 1997 — 11

### FIGURES

*Figure 1-1* City of Delta Historic and Projected Population Growth — 8

### TABLES

*Table 1-1* City of Delta Historic and Projected Population Growth — 9
*Table 1-2* Regional Historic Population Growth — 9
*Table 1-3* Colorado Population Growth Projections- State and Counties 2000-2030 — 10

## Chapter 2-- Community Character and Design — 2-1

Geographic Setting and Community Form — 2-1
Public Opinion About Community Design — 2-1
Desired Future Condition, Policies and Action Items — 2-2
Delta Comprehensive Plan 1997 — 2-3

## Chapter 3-- Land Use and Growth Management — 3-1

Planning Sub-Areas — 3-1
Analysis of Existing Land Use — 3-1
Build-out Assumptions and Calculations — 3-4
Public Opinion about Growth — 3-10
Alternative Growth Scenarios — 3-10
Preferred Growth Scenario — 3-11
Desired Future Condition, Policies and Action Items — 3-13
Delta Comprehensive Plan 1997 — 3-14

BLM_0037589

## MAPS

*Existing Land Use (Plan Area)*                                3-2
*Existing Land Use (Core Area)*                                3-3
*Future Land Use Plan*                                         3-17

## FIGURES

*Figure 3-1 Comparison of current population, build-out population   3-6
and alternative population projections, City of Delta*

## TABLES

*Table 3- 1* Residential build-out potential by residential zoning    3-5
district
Table 3-2 *Commercial and industrial parcels*                         3-7
*Table 3-3 Commercial/industrial floor area ratios by category*       3-9
*Table 3-4 Supply of commercial and industrial land by zone*          3-9
*Table 3-5 Comparison of commercial and industrial land supply and*   3-10
*demand*

## Chapter 4-- Housing                                          4-1

Housing Stock                                                  4-1
Public Opinion about Housing                                   4-4
Desired Future Condition, Policies and Action Items            4-4
Delta Comprehensive Plan 1997                                  4-5

## TABLES

*Table 4-1  Estimates of Population and Households for Delta    4-1
County and Its Municipalities- 2006*
*Table 4-2 Occupied Housing Units by Tenure-Delta Housing       4-2
Market Area*
*Table 4-3 Age Distribution of Renters in the Delta Market Area*    4-2
*Table 4-4  Renter Household Size in Delta Market Area*         4-3

## Chapter 5-- Economic Development                             5-1

Delta and the Regional Economy                                 5-1
Delta's Revenue Base                                           5-3
Tax Incentives to Attract New Businesses                       5-7
Public Opinion about Tax Incentives and the Economy            5-8
Desired Future Condition, Policies and Action Items            5-9
Delta Comprehensive Plan 1997                                  5-10

BLM_0037590

## FIGURES

*Figure 5-1 City of Delta Sales Tax Receipts 2003-2007*                 **5-3**

## TABLES

*Table 5-1 Delta County Labor Force Averages 2001-2007*          **5-1**
*Table 5-2 Average Employment and Wages by Sector*              **5-2**
*Table 5-3 Major Employers in Delta County*                           **5-5**

# Chapter 6--Transportation                                          6-1

**Roads and Streets**                                              **6-1**
**Multi-Modal Transportation**                                     **6-3**
**Public Opinion about Transportation**                            **6-6**
**Desired Future Condition, Policies and Action Items**            **6-6**
**Delta Comprehensive Plan 1997**                                  **6-8**

## MAPS

*2008 Major Street Plan*                                           *6-13*

## FIGURES

*Figure 6-1 Proposed Truck Route*                                  *6-2*
*Figure 6-2 Projected Traffic Volumes*                             **6-3**

## TABLES

*Table 6-1 Future Traffic Volumes for Highway 92*                  **6-11**

# Chapter 7--Infrastructure                                          7-1

**Introduction**                                                   **7-1**
**Potable Water**                                                  **7-1**
**Sanitary Sewer**                                                 **7-1**
**Solid Refuse**                                                   **7-2**
**Electrical Service**                                             **7-2**
**Desired Future Condition, Policies and Action Items**            **7-3**
**Delta Comprehensive Plan 1997**                                  **7-4**

## FIGURES

*Figure 7-1 Waterlines within the City of Delta*                   **7-6**
*Figure 7-2 City of Delta Sewer System*                            **7-7**

BLM_0037591

*Figure 7-3 City of Delta and DMEA Electrical Service Territories*    **7-8**
*Figure 7-4 City of Delta Stormwater and Drainage*    **7-9**

## Chapter 8--Parks, Recreation, Trails & Environmental Protection    8-1

**National Recreation Park Association Level of Service Standards**    **8-1**
**Inventory of Existing Parks and Recreation Facilities**    **8-2**
**Public Support for Parks, Recreation and Trails**    **8-8**
**Desired Future Condition, Policies and Action Items**    **8-8**
**Delta Comprehensive Plan 1997**    **8-16**

### MAPS

*City of Delta Downtown Streetscape*    *8-23*
*Master Park Plan*    *8-24*
*Master Trail Plan*    *8-25*

### TABLES

*Table 8-1  Parks and open space land owned by the City*    *8-3*

## Chapter 9--Community Facilities and Services    *9-1*

**City Departments**    **9-1**
**Other Service Districts**    **9-4**
**Public Opinion About Services**    **9-5**
**Desired Future Condition, Policies and Action Items**    **9-5**
**Delta Comprehensive Plan 1997**    **9-6**

## Chapter 10--Agriculture and Open Space    10-1

**Agriculture and Quality of Life**    **10-1**
**The Agricultural Economy**    **10-1**
**Public Opinion About Agriculture**    **10-2**
**Desired Future Condition, Policies and Action Items**    **10-3**
**Delta Comprehensive Plan 1997**    **10-4**

### FIGURES

*10-1 Important Farmlands of Delta County*    *10-5*
*10-2 Public Lands Within the Black Canyon Land Trust Service Area*    *10-6*

## Chapter 11--Implementation    11-1

### TABLES

*Table 11-1 Action Items Priorities and Schedule*    *11-1*

BLM_0037592

*Chapter 1*

# *Introduction*

## *Why Plan?*

A Comprehensive Plan is an official public document designed to guide the future development or redevelopment of a community in order to create and maintain a desirable environment and to promote public health, safety, and welfare.  The plan is intended for use by public officials, citizens, and developers in making decisions about future development of the City of Delta and the surrounding area of Delta County.



***Opera House Park and Mural***

The plan addresses the relationships between the physical layout of the community, economic development, public facilities, the provision of government services and preservation of Delta's role as a regional center.

The plan provides a framework for managing growth in a manner that attempts to preserve and enhance the quality of life while fostering a healthy economy.

While the plan is an advisory document only, it is the basis for revising existing regulations and/or enacting new regulations and guiding project review recommendations.  The plan affects new development and existing development.

The plan recognizes that protection of individual property rights is a fundamental legal and philosophical principle of the nation, the State of Colorado, Delta County, and the City of Delta.  However, the plan also recognizes a common vision to preserve community character and environmental and scenic qualities, while enhancing economic opportunities and creating a more diverse economy.  The plan attempts to strike an appropriate balance between the exercise of individual property rights, the environment, and achieving the common vision.

BLM_0037593

# Creating the Plan

Planning is a process that involves many steps, culminating in the preparation of a plan with maps and text.  The steps leading to this plan included: engaging the public through various techniques; collection and analysis of pertinent data; developing a vision statement and desired future conditions for each planning element; developing alternative growth management scenarios; selecting a preferred growth scenario; evaluating policy options; and developing the comprehensive plan.

## 1997 City of Delta Comprehensive Plan

This comprehensive plan is an update of the adopted 1997 City of Delta Comprehensive Plan. A matrix summary of the 1997 plan is contained in each chapter of this plan. Each of the 1997 plan elements is listed along with the status of progress as scored by the Steering Committee.  Majority scores are reflected. Many of the goals, objectives and action items from 1997 have been completed or are in progress; however, some are incomplete. Goals, objectives and action items which are in progress or are incomplete, are acknowledged in this plan update.

## Engaging the Public

Citizen participation in the planning process was encouraged throughout the study.  Five methods were used to solicit public input: meetings with the Steering Committee, interviews with community leaders, public workshops, a public opinion survey, and posting numerous interim progress reports and other documents on the City's website.



*Steering Committee Meeting*

**The Steering Committee** consisted of residents of the City of Delta appointed by the Delta City Council.  This committee functioned as the primary working-level citizens' group, providing detailed comments on the community survey design and policy options and giving direction at public workshops.

2

BLM_0037594

*Interviews with community leaders* comprising a cross section of Delta area citizens were conducted to obtain their perspectives on issues that should be addressed in the Comprehensive Plan update.  Also, these individuals were invaluable sources of information.  See *Appendix* for a summary of the interviews.

*Three public workshops* were held to solicit public input during the early, middle, and late phases of the planning process.  Each workshop was preceded by an open house during which the public had an opportunity to view maps and other documents on display.  The purpose of the first workshop was to present the results of the community survey, identify other issues and concerns not included on the survey, and to conduct a growth allocation exercise, which obtained citizen input about the general location and distribution of future residential growth.  See *Appendix* for a detailed analysis of the first workshop.

At the second public workshop, land use and demographic data were presented along with several alternative growth management scenarios for public comment. The preferred growth management scenario and the draft comprehensive plan were presented at the third public workshop.

*A public opinion survey* was completed in 2006 with assistance from City officials.  The survey was mailed to 3,557 households in Delta and the surrounding area.  A total of 1,026 surveys were returned (29% of those sent out), which is an excellent rate of return.  The results of the survey were used throughout the plan to guide the direction of the plan.

*The City of Delta's website:* The City of Delta Comprehensive Plan Update can be found on the City's website: www.delta-co.gov. The site includes numerous progress reports and other information pertaining to the Comprehensive Plan that was developed during the planning process.  Each report was posted as it was completed to keep web visitors abreast of the progress of plan development.

# Collection and Analysis of Data

Existing information and studies were reviewed and analyzed.  Data was obtained from interviews with key individuals as well as written reports and statistics prepared by the City, Delta County, state and federal agencies and other organizations.

## Land Use Inventory

During 2006-2007, the consultants conducted a parcel-based land use inventory of Delta and the surrounding plan area.  The field survey was correlated with the Delta County Assessor's parcel maps and data, particularly for parcels where it was difficult to determine the type of land use from the field survey alone.  The purpose of the inventory was to identify and quantify various types of land uses and densities to serve as a basis for projecting future growth and developing alternative growth management scenarios.  An

BLM_0037595

existing land use map was prepared which delineated the types of existing land uses, and tables were created summarizing the data.

> *This comprehensive plan articulates various objectives that the citizens of Delta wish to see implemented to meet the Vision Statement. The City Charter and the various development regulations are designed as minimum standards. Those who choose to undertake development within the City and in areas adjacent to the City are encouraged to buy into the sprit of this plan and present development proposals that exceed the standards. Planned development is preferred over "engineered subdivisions" with additional amenities, quality of design and construction that will benefit the residents and advance the objectives of the Plan.*

## Statement and Desired Future Conditions

Based on input obtained from the public participation process, a vision statement was developed, and statements of desired future conditions for each planning element were written to guide growth during the next 20 years. While the vision statement is broad and general, statements of desired future conditions reflect more specific values, issues and concerns. Desired future conditions, often called goals, are defined as long-term ideals or end products that are desired. Since they are ideals, desired future conditions are rarely fully achieved. Statements of desired future conditions were derived from citizens' expressions of special values, issues, concerns and needs stated or implied in interviews with community leaders, at informal gatherings at local restaurants, at the first public workshop, and in response to the community survey. Statements of desired future conditions are presented with each planning element.

> ### Vision Statement for the City of Delta
>
> **Preserve and enhance Delta as an "All American City" in the heart of western Colorado, while retaining our community spirit, fostering economic growth, and prosperity to create an attractive and vibrant rural community for residents, businesses and visitors.**

BLM_0037596

# Development of Alternative Growth Management Scenarios

Three alternative growth management scenarios were developed and presented to the Steering Committee for comment and then presented at the second public workshop for discussion and comment. The scenarios are described in detail in Chapter 3.

# Selection of a Preferred Growth Management Scenario and Development of the Future land Use Map

Based on input from the Steering Committee and the second public workshop, a preferred growth management scenario and the draft future land use map were developed and presented to the Steering Committee and then to the public at the third public workshop.

*The Steering Committee recommends that planning for the higher growth scenario will put the City on a pro-active path to addressing potential growth impacts. Using the philosophy that it is better to be ahead of the curve than behind will allow the City to be better positioned to deal with whichever growth path it experiences during the next 20-30 years.*

# Policies and Action Items

Desired future conditions are achieved by developing and implementing policies that provide guidance to city officials as well as individuals and businesses that seek a change in land use or propose new development.

- A policy is defined as a statement describing the general philosophy that guides decision making consistent with achieving a desired future condition.
- An action item is defined as a specific step that should be accomplished to implement a given policy.

The Steering Committee played a central role in developing and recommending policies and action items, which are presented with each planning element in the following chapters.

BLM_0037597

# *Community Roots*

Delta's unique geographical setting and its rich history create a strong sense of place and a special community character. Located at the confluence of the Uncompahgre and Gunnison Rivers, Delta is well situated at the crossroads of US 50 and State Highway 92. It is the gateway to the Gunnison River Valley and the rich agricultural lands located adjacent to Paonia, Hotchkiss, and the slopes of the Grand Mesa.

Considered the first identifiable human inhabitants of the region, the Fremont people traversed the valley during hunting and gathering trips and cultivated crops such as corn, squash and beans. After the Fremont disappeared around 1200 A.D., Ute bands, who were primarily hunters and gatherers attracted by the mild winters and proximity to abundant game, became the primary residents of the area. The Utes remained the dominant inhabitants until they were forcefully removed to Indian reservations in southwest Colorado and northeast Utah.



The Delta area was recognized by early settlers as a favorable location for fruit growing and other agriculture. A flourishing agricultural industry emerged at the east end of the valley as water was diverted from the Gunnison and Uncompahgre Rivers to fill the extensive network of ditches and canals.

Railroads were completed through Delta in 1890, providing easy access for local growers. Refrigerated railroad cars were the primary transportation method for shipping fruit until the late 1970s when truck transport became dominant.

Coal mining has played a significant role in the history of the Delta area. The Somerset mine area ships coal to the nation by rail which runs through Delta.

BLM_0037598

# *From the Past into the Future: Growth Trends*

During the past century, the population of the City of Delta has grown from 470 in the year it was incorporated in 1882, to approximately 7,782 in 2006, as estimated by the Colorado Office of Demography (COD). From incorporation to 1980 there was sporadic growth in the City. From the 1980's to the 1990's, Delta's population actually declined. In 1990 the City had a population of 3,789. The growth rate accelerated during the 1990s, partially due to rapid annexation, resulting in a population of 6,400 in 2000. According to COD population estimates, the city grew to a population of 7,674 by July 2004, an annual average increase of about 2.2 percent.

This Comprehensive Plan also addresses the area surrounding Delta, including the area within the water service area, which is referred to as the plan area. In Colorado, statutory authority for developing three mile plans is found in C.R.S. 31-12-105(c).

The estimated 2000 population of the Delta County was 43,355, which includes the City of Delta. Future population growth in the County will impact the regional economy and some City services. Growth of the City's surrounding area will also affect the amount of land needed for commercial land uses, most of which will continue to be located within the city or newly annexed areas. Thus, it is important to develop population projections for the County as well as for the city.

Figure 1-1 and Table 1-1 present alternative population projections for the City of Delta. Given the uncertainty of future local, regional, national, and international events and conditions, it is preferable to present future population growth as a range rather than as a single number. Figure 1-1 and Table 1-1 show projected population growth from 2010 to 2030 under low, moderate, and high growth scenarios. Figure 1-1 and Table 1-1 also indicate historic growth for the city from 1960 to 2006.

The three population growth scenarios are based on alternative average annual growth rates, which are derived from historical growth trends as well as projections developed by COD for Delta County. The rationale for the each alternative growth rate is described below.

♦ **Low growth (1 % average annual growth rate)** – Between 1960 and 1970, the City of Delta experienced a net loss of 168 persons, according to the U.S. Census, declining from 3,832 to 3,694. Between 1980 and 1990, the population of Delta declined from 3,931 to 3,789. Based on COD estimates, the city's population increased by only 1.6 percent from 2005 to 2006. Thus, it is possible, based on past and recent trends, that the City of Delta and the surrounding plan area could experience slow growth during the next 20 years.

♦ **Moderate growth (3.6% average annual growth rate)** –Between 1990 and 2000, the City of Delta population increased from 3,789 to 6,400, a 70% increase due in part to annexation. A steady growth rate continued from 2000 to 2006, according to COD, with the population increasing from 6,400 to 7,782. Predicting an economic recovery in Colorado and a strong national economy, COD projected that Delta County will grow to a population of about 81,350 by 2025, an average annual increase of 2.8 %. Thus, it is

7

BLM_0037599

possible, based on past trends and COD projections, that the City of Delta and the surrounding plan area could experience moderate growth during the next 20 years.

- ♦ **Robust growth (5% average annual growth rate)** – Periods of robust growth have occurred in the past, according to the U.S. Census.  Between 1990 and 2000, the City of Delta population increased from 3,789 to 6,400, a 70% increase, due to annexation.  Although such growth rates have not been sustained for more than ten years, it is possible, with the combination of Delta's high quality of life and the impending retirement of Baby Boomers, that Delta could experience robust growth during the next 20 years.

Based on past trends, it is probable that growth rates will fluctuate during the next 20 years.  However, periods of low growth could be sustained if the state and national economies stagnate, resulting in fewer newcomers.  Periods of robust growth could be sustained with healthy state and national economies, and continued preservation and enhancement of Delta's quality of life.  With the hindsight of past growth trends and confidence that COD's projections for Delta County are reasonable, it appears likely that net growth between now and 2025 will be in the moderate range.

Applying the alternative average annual growth rates to the City of Delta indicates a 2030 population ranging from a low of about 9,822 to a high of approximately 25,937 with a moderate rate totaling 18,544 (see Figure 1-1).

Table 1-1 indicates historic and projected future growth rates using slow, medium, and high growth rates.  Table 1- 2 indicates regional growth rates for Delta, Mesa, and Montrose counties and the municipalities in those counties as well as the unincorporated area in each county.  It is interesting to note the large unincorporated population in each county.  Table 1-3 shows the State Demographer's long range projection for growth for the State as well as Delta, Mesa, Montrose and Gunnison Counties from 2000-2030.

*Figure 1-1*
**City of Delta Historic and Projected Population Growth**



BLM_0037600

### Table 1-1
### City of Delta Historic and Projected Population Growth

| | 1960 | 1970 | 1980 | 1990 | 2000 | 2006 | 2010 | 2015 | 2020 | 2025 | 2030 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Historic Population Growth** | 3832 | 3694 | 3931 | 3789 | 6400 | 7782 | | | | | |
| *Projected Population Growth 2010-2030* | | | | | | | | | | | |
| **Slow Growth (1.0%/Yr)** | | | | | | | 8050 | 8460 | 8892 | 9345 | 9822 |
| **Moderate Growth (3.6%/Yr)** | | | | | | | 9141 | 10909 | 13019 | 15538 | 18544 |
| **High Growth (5.0%/Yr)** | | | | | | | 9775 | 12476 | 15923 | 20322 | 25937 |

### Table 1-2

| | April 2000 | July 2001 | July 2002 | July 2003 | July 2004 | July 2005 | July 2006 | Amt | % 2005-2006 |
|---|---|---|---|---|---|---|---|---|---|
| Delta County | 27,834 | 28,709 | 29,196 | 29,662 | 30,080 | 30,257 | 30,676 | 419 | 1.4% |
| Cedaredge | 1,854 | 1,915 | 1,941 | 2,014 | 2,077 | 2,094 | 2,132 | 38 | 1.8% |
| Crawford | 366 | 373 | 372 | 374 | 376 | 373 | 374 | 1 | 0.3% |
| **Delta** | **6,400** | **7,399** | **7,581** | **7,640** | **7,647** | **7,659** | **7,782** | **123** | **1.6%** |
| Hotchkiss | 968 | 979 | 977 | 977 | 972 | 960 | 956 | -4 | 0.4% |
| Orchard City | 2,880 | 2,913 | 2,907 | 2,976 | 3,075 | 3,141 | 3,180 | 39 | 1.2% |
| Paonia | 1,497 | 1,553 | 1,554 | 1,555 | 1,551 | 1,534 | 1,531 | -3 | 0.2% |
| Unincorporated. Area | 13,869 | 13,577 | 13,864 | 14,126 | 14,382 | 14,496 | 14,721 | 225 | 1.6% |

### Regional Historic Population Growth

| | April 2000 | July 2001 | July 2002 | July 2003 | July 2004 | July 2005 | July 2006 | Amt | % 2005-2006 |
|---|---|---|---|---|---|---|---|---|---|
| **MESA COUNTY** | 116,255 | 120,128 | 122,469 | 125,143 | 127,946 | 130,662 | 135,468 | 4,806 | 3.7% |
| Collbran | 388 | 602 | 618 | 628 | 637 | 642 | 657 | 15 | 2.3% |
| De Beque | 451 | 462 | 471 | 478 | 497 | 504 | 508 | 4 | 0.8% |
| Fruita | 6,478 | 6,787 | 7,270 | 7,725 | 8,507 | 9,393 | 10,349 | 956 | 10.2% |
| Grand Junction | 41,986 | 44,788 | 45,675 | 46,850 | 48,314 | 49,422 | 51,631 | 2,209 | 4.5% |
| Palisade | 2,579 | 2,645 | 2,691 | 2,737 | 2,802 | 2,842 | 2,941 | 99 | 3.5% |
| Unincorp. Area | 64,373 | 64,844 | 65,744 | 66,725 | 67,189 | 67,859 | 69,382 | 1,523 | 2.2% |
| **MONTROSE COUNTY** | 33,432 | 34,601 | 35,435 | 36,116 | 36,933 | 37,880 | 38,903 | 1,023 | 2.7% |
| Montrose | 12,344 | 13,493 | 14,153 | 14,746 | 15,351 | 16,070 | 16,486 | 416 | 2.6% |
| Naturita | 635 | 648 | 658 | 656 | 659 | 657 | 675 | 18 | 2.7% |
| Nucla | 734 | 745 | 744 | 737 | 736 | 733 | 753 | 20 | 2.7% |
| Olathe | 1,573 | 1,622 | 1,642 | 1,653 | 1,675 | 1,693 | 1,766 | 73 | 4.3% |
| Unincorp. Area | 18,146 | 18,093 | 18,238 | 18,324 | 18,512 | 18,727 | 19,223 | 496 | 2.6% |

Source: Colorado State Demographer

BLM_0037601

*Table 1-3*
**Colorado Population Growth Projections- State and Counties 2000-2030**

|  | State Demographer's Office Estimate | SDO Projection | SDO Projection | SDO Projection | SDO Projection | SDO Projection | SDO Projection | % increase 2000-2030 |
|---|---|---|---|---|---|---|---|---|
|  | July, 2000 | July, 2005 | July, 2010 | July, 2015 | July, 2020 | July, 2025 | July, 2030 |  |
| **State** |  |  |  |  |  |  |  |  |
| COLORADO | 4,338,789 | 4,718,562 | 5,207,801 | 5,729,168 | 6,285,135 | 6,816,932 | 7,321,292 | 68.7% |
| **Counties** |  |  |  |  |  |  |  |  |
| Delta | 43,355 | 49,375 | 58,196 | 66,453 | 74,038 | 81,350 | 89,369 | 106.1% |
| Mesa | 117,653 | 130,662 | 150,504 | 169,479 | 190,019 | 212,281 | 234,701 | 99.5% |
| Montrose | 33,671 | 37,880 | 43,875 | 51,861 | 59,063 | 66,972 | 74,693 | 121.8% |
| Gunnison | 13,963 | 14,264 | 15,233 | 16,507 | 17,880 | 19,168 | 20,267 | 45.1% |

Source: Colorado State Demographer    SDO- Colorado State Demographer

BLM_0037602

# *Delta Comprehensive Plan 1997*

The Steering Committee for the updated comprehensive plan scored "key elements" they wanted to see included in the updated plan as follows:

| Key Element | Status (C=completed, I=incomplete, P=in progress) |
|---|---|
| 1. Accommodation of development in desirable locations by extension of City utilities and City investment in infrastructure. | P (substantially completed) |
| 2. Development of a concise set of development regulations designed to promote efficiency, segregate incompatible land uses, and equitably assign the costs of growth and development. | P (code rewrite done 1999) |
| 3. Implement plans to safely accommodate vehicular, pedestrian, rail and recreational traffic. | P (rail/truck route) |
| 4. Annex areas around the City served by city utilities and avoid further extension of city water and sewer beyond the city limits as such exists from time to time. | C |
| 5. Implement programs to curtail criminal activity and promote effective, efficient law enforcement and criminal justice system. | P |
| 6. Manage and extend city utilities including water, sewer, electricity, and trash collection in an efficient manner to provide reasonable rates and quality service | P |
| 7. Promote first class emergency services | C |
| 8. Continue efforts to enhance community design and appearance, including historic preservation, housing rehabilitation, landscaping, street scape, store front improvements and urban forestry. | P |
| 9. Provide quality parks and recreation services to meet the growing and diversified population. | P |
| 10. Implement appropriate and cost effective practices and regulations to mitigate adverse environmental impacts and protect the quality of our air and water | ICP |
| 11. Promote economic development by generating appropriate incentives that attract and retain job creating industries | P |

"Delta believes in promoting growth in our community. We also want to mitigate the negative impacts that growth can bring. We are continually allowing citizens to review and adjust our ordinances which allows us to collectively review the proposed growth and encourage the positive elements the community is seeking as part of that growth." (Page 12, Delta Comprehensive Plan, 1997)

11

BLM_0037603

*Chapter 2*

# *Community Character and Design*

## *Geographic Setting and Community Form*

The City of Delta, Colorado, is nestled in a valley surrounded by mountains and is located between Grand Junction and Montrose at the confluence of The Uncompahgre and Gunnison Rivers. With a current population of approximately 8,000, the City has an elevation of 5,000 feet above sea level. It was incorporated on October 24, 1882, has a Council/Manager form of government, and is a home rule city.

## *Public Opinion About Community Design*

The 2006 public opinion survey included several questions about community appearance and architectural standards. Most survey respondents (60%) felt that the City's downtown image was "good" or "excellent."



*City of Delta Museum*

However, when asked about "Community Design & Appearance," about half (42%) of the respondents felt that the community had "Good" or "Excellent" design and appearance while the other half (48%) rated the community "Poor" or "Fair." It should be noted that

BLM_0037604

the City of Delta annexed large areas of unincorporated Delta County in the 1990's.  Delta County has no zoning regulations.

# *Desired Future Condition, Policies and Action Items*

## *Desired Future Condition*

The City of Delta's atmosphere, historic character, pedestrian scale and agricultural heritage of Delta are preserved and enhanced.  New development and redevelopment in older parts of Delta are visually compatible with historic character and pedestrian scale, and streetscapes are attractive.

## *Policies and Action Items*

*Policy 1* – Good design is appropriate in key areas of Delta to preserve and enhance community character and to foster economic development.  Action items to implement this policy include:

1. Update the land use code to require design standards for new commercial development near U.S. 50 and State Highway 92

2. Update the land use code to encourage design guidelines for all new or renovated buildings in the proposed downtown mixed use zone (see Chapter 3).

3. Coordinate with CDOT to beautify U.S. 50 and State Highway 92 coming into town.

4. Update the land development code to encourage the preservation of structurally sound older houses, including those converted to businesses and other buildings with historic character.

5. Update the land use code to encourage the preservation of structurally sound older houses, including those converted to businesses and other buildings with historic character in the downtown area.

6. Update the land use code to require design standards for new commercial development

7. Update the land use code to encourage design guidelines for all new or renovated buildings in the proposed downtown mixed use zone.

*Policy 2* – Encourage more aesthetic streetscapes such as street edge landscaping (including street trees), benches, gardens, ornamental light fixtures, hanging flower baskets, banners and works of art.  Action items to implement this policy include:

1. Encourage the continuation of the Delta Murals project and public art and sculpture at visible locations on Main Street, Highway 92, in public parks and schools.

BLM_0037605

# *Delta Comprehensive Plan 1997*

| Section One: Community Appearance | Status (C=completed, I=incomplete, P=in progress) |
|---|---|
| *Goals* | |
| Strive to unify the designs of public buildings and spaces and to create models which will inspire the community | P |
| Encourage the use of the local materials and design themes which are compatible with the culture of the community and which reflect harmony in the environment | P |
| Find meaningful themes and slogans which reflect our local heritage and environment | P |
| Enhance the public street and parking areas with particular attention to the most viewed, used streets, with an emphasis on highway access | P |
| *Actions* | |
| Incorporate the theory and practice of landscape architecture into design phases of projects | P |
| Educate citizens and businesses as to the importance of aesthetics in community development | CI |
| Historic preservation downtown | P |
| Provide citizens with information on vegetation species appropriate to this climate and setting | P |
| Encourage developers to use natural contours, topographic features, and existing trees where possible in accordance with the propose use of the site | PI |
| Provide incentives for the developer who provides visual amenities and consider these as positive factors in the evaluation and review of development proposals | PI |
| Section Two: Neighborhood Identity | |
| *Goals* | |

BLM_0037606

| Section One: Community Appearance | Status (C=completed, I=incomplete, P=in progress) |
|---|---|
| Encourage the preservation and development of unique qualities and characteristics | P |
| *Guidelines* | |
| Advocate those design characteristics which promote clarity, definition and identity to neighborhoods throughout the City | P |
| Encourage the enhancement of those design characteristics within the City which promote unity and cohesiveness | P |
| *Actions* | |
| Preserve and further develop neighborhood focal points such as open spaces, parks, commercial centers, and gathering places which are important to neighborhood identity | P |
| Facilitate preservation of historical or unique structures in Delta's neighborhoods and downtown | P |
| Restrict extraneous vehicular traffic from residential areas | P |
| Educate citizens and businesses regarding the planting and care of trees to maintain the current population throughout the City's neighborhoods | P |

BLM_0037607

# *Chapter 3*

# *Land Use and Growth Management*

## *Planning Sub-Areas*

The geographic area included in a municipal comprehensive plan typically covers more than the current corporate limits.  The following planning sub-areas are briefly described below:

♦  The surrounding Plan Area
♦  City of Delta current corporate limits

### *Surrounding Plan Area*

This Comprehensive Plan addresses the surrounding area, including that within the water and sewer service area and an approximate three mile radius. This is referred to as the "plan area."  In Colorado, statutory authority for developing three mile plans is found in C.R.S. 31-12-105(c).  The plan area includes gateways to the City, which, along with surrounding irrigated farmland, Gunnison and Uncompahgre Rivers, the desert hills, the Grand Mesa and the Uncompahgre Plateau, are an important part of Delta 's community character.

### *City of Delta*

The current City boundary forms the geographic center of the plan area.  While it is appropriate to develop a plan that extends beyond the City boundaries, as required by state law, the City of Delta has legal authority to control growth and development only within its corporate limits, including additional land it may eventually annex.  Development on land within the plan area outside present and future corporate limits of the City of Delta is under the authority of the County.  This Comprehensive Plan strongly recommends that the City of Delta and Delta County develop an intergovernmental agreement whereby the county acknowledges and honors the land uses and densities specified in the plan area.

## *Analysis of Existing Land Use*

The consultants conducted a parcel-based land use inventory of Delta and the surrounding three mile plan area during 2006-07.  The field survey was correlated with the County Assessor's parcel maps and data, particularly for parcels where it was difficult to determine the type of land use from the field survey alone.  The purpose of the inventory was to identify and quantify various types of land uses and densities to serve as a basis for projecting future growth and developing alternative growth management scenarios. Existing land use maps of the plan area (Map 3-1) and the core area (Map 3-2) were prepared which delineated the types of existing land uses, and tables were created summarizing the data.

BLM_0037608



**Map 3-1**

BLM_0037609



Map 3-2

BLM_0037610

# *Build-out Assumptions and Calculations*

This section analyzes residential and commercial build-out potential of vacant land based on densities allowed by the City of Delta's current land use code. A build-out analysis estimates the total population (or dwelling units or commercial square footage, etc.) of an area based on assumptions about allowable density. Residential build-out analysis, for example, identifies the supply of developable land, identifies development densities by location, calculates the number of new housing units, and then multiplies housing units by estimated number of people per unit to obtain the total potential population of the land. The build-out population of an area is the hypothetical capacity based on assumptions about allowable densities, which might or might not occur in the future. By contrast, a projection combines this supply of land and associated population with the anticipated regional demand for population for a particular time frame.

## *Residential Build-Out Potential*

Vacant parcels and underdeveloped agricultural parcels within the City of Delta were identified based on field observations and the Delta County Assessor database. The acreage of each vacant parcel and agricultural parcel was obtained from the database and aggregated by residential zoning districts.

Table 3-1 summarizes build-out potential for residential zoning districts, expressed as new housing units and additional population. Approximately 1,800 new housing units could be built on vacant parcels and underdeveloped agricultural parcels within the city's residential zoning districts, resulting in an additional population of about 4,428. The number of new housing units at build-out is a conservative estimate, given the large number of vacant or underdeveloped acres in the A-1 Zone. With the availability of city services, market pressures would likely cause much of this zone to be rezoned for higher densities.

### *Comparison of Residential Build-out Potential with Alternative Population Projections*
Figure 3-1 shows a graphic comparison of the build-out potential based on the existing city residential zones and the three alternative population projections for 2030: low growth (1.0% annual average), moderate growth (3.6% annual average) and high growth (5.0% annual average). Figure 3-1 shows that residential build-out potential under current zoning densities would accommodate a low growth rate. Current (2006) population 7,782 plus additional population of 4,428 at build-out under existing zoning densities results in a build-out population of 12,210. The low growth projection (1% annual growth rate) results in a 2030 low growth projection of 9,822. Under this scenario the low growth additional population could be entirely accommodated under existing zoning within the Delta city limits without additional annexations.

BLM_0037611

*Table 3- 1*

**RESIDENTIAL BUILD-OUT POTENTIAL BY RESIDENTIAL ZONING DISTRICT
(Based on Current Zoning within City of Delta)**

| Residential Zones | Estimated Occupied Units[1] | # Vacant Acres | Allowable Density (# units/ gross acre) | # Potential New Units | Estimated Potential Additional Population (New units x 2.47 persons per house hold) |
|---|---|---|---|---|---|
| A-1 | 2,611 | 184 | 2 | 368 | 909 |
| R-R | 74 | 28 | 4 | 112 | 276 |
| R-1 | 423 | 32 | 7 | 224 | 553 |
| R-1A | 489 | 5.4 | 7 | 37.8 | 93 |
| R-2 | 1,171 | 64 | 8 | 512 | 1,265 |
| R-3 | 349 | 7.9 | 10 | 79 | 195 |
| R-4 | 110 | 5.7 | 15 | 85.5 | 211 |
| MHR | 51 | 17.6 | 9 | 158.4 | 391 |
| MR | 276 | 30 | 7 | 210 | 518 |
| OR | 5 | 1 | 7 | 7 | 17 |
| **Totals** | **5,559** | **375.6** | | **1793.7** | **4,428** |

Potential build out population (current zoning): 4,428 + 7,782=12,210

---

[1] Based on Colorado State Demographer's 2005 estimate of 2.47 persons per occupied housing unit.

BLM_0037612

**Figure 3-1**
**Comparison of current population, build-out population and alternative population projections, City of Delta**



| | |
|---|---|
| 2006 Population | 7,782 |
| Build-out Population | 12,210 |
| 2030 Low Population Growth (1.0%) | 9,822 |
| 2030 Moderate Population Growth (3.6%) | 18,544 |
| 2030 High Population Growth (5.0%) | 25,937 |

BLM_0037613

## *Commercial and Industrial Build-Out Potential*

This section analyzes current and future demand for commercial/industrial space and the supply of land available to accommodate future demand.

**Demand for Commercial/Industrial Space -** Square footage of commercial and industrial uses per person is an indicator of demand for commercial/industrial space in a community as well as an indicator of the relative economic independence of an area. During the past decade, the Comprehensive Plan consultant analyzed commercial/industrial space in other communities. Fruita, which is in the economic shadow of Grand Junction, had 90 square feet of commercial/industrial uses per person within its three mile plan area and 71 square feet per person within the city limits. By comparison, communities that serve as the central market area for a larger region have more commercial/industrial square footage per person. For example, 170 sq.ft. for Pagosa Springs and 215 sq. ft. for Gunnison.

As seen in Table 3-2 and the narrative below, Delta, like Gunnison and Pagosa Springs, functions as a regional center of economic activity, serving much of Delta County, including the small communities along State Highway 65 and Highway 92. As a result, Delta has a relatively large amount of commercial/industrial square footage per city resident. Based on the land use inventory and Delta County Assessor data, square footage for various categories of commercial and industrial uses within the plan area was aggregated. Table  3-2 indicates the aggregated square footage for various types of commercial and industrial buildings.

**TABLE 3-2**
**COMMERCIAL AND INDUSTRIAL PARCELS**

| Type of Use | # of Parcels with Structures | Aggregate Building Size (Sq. Ft.) |
|---|---|---|
| Commercial | 219 | 930,040 |
| Intensive commercial1[1] | 45 | 467,782 |
| Multiple commercial[2] | 6 | 69,714 |
| Sub-total commercial | 270 | 1,467,536 |
| Industrial | 99 | 1,204,933 |
| TOTALS | **639** | **2,672,469** |

[1] Commercial uses that are typically dependent on a high volume of traffic, such as fast food establishments, service stations and supermarkets.
[2] More than one commercial establishment on a parcel, often two or more uses in one building.

3-7

BLM_0037614

With an estimated 2005 population of 30,255 in Delta County, the amount of commercial/ industrial space is approximately 88 square feet per person (2,672,469 square feet divided by 30,255 people). The County total population rather than the City of Delta population is used in this calculation because the commercial/industrial land uses serve much of the county population. The number of commercial/industrial parcels and the number of aggregate square footage reflect totals for only the plan area. There are other pockets of commercial and industrial uses along US 50 toward Montrose and in the smaller communities along State Highway 92 and Highway 65. However, it should be noted that most commercial/industrial uses in the plan area are located within the City of Delta. Using only the population of the City of Delta, where most commercial/industrial land uses are located, yields approximately 319 square feet per person (2,479,380 square feet within the city limits divided by the 2006 population of 7,782). This high number of commercial/industrial square footage per city resident indicates the importance of Delta as a regional shopping and manufacturing center for the area.

Assuming for planning purposes that the demand for future commercial/industrial square footage within the City of Delta can be estimated based on 319 square feet per person, the amount of commercial/industrial space needed by 2030 in the City for each alternative growth scenario (see Progress Report #2) is as follows:

- Low growth (1.0% annual average) – 9,822 people x 319 sq. ft. /person = 3,133,218 sq. ft.

- Moderate growth (3.6% annual average) – 18,544 people x 319 sq. ft. /person = 5,915,536 sq. ft.

- High growth (5.0% annual average) – 25,937 people x 319 sq. ft. /person = 8,273,903 sq. ft.

**Supply of Commercial/Industrial Land --** Based on existing land use patterns, it cannot be assumed that all vacant commercial land will be fully occupied by buildings. Except for some downtown parcels, most commercial and industrial lots allocate space for parking, landscaping or outdoor storage.

The portion of a lot occupied by buildings relative to total lot size is typically expressed as a floor area to lot size ratio, commonly referred to as a floor area ratio (FAR). This ratio is an indicator of the relative efficiency of use of the land. For example, a FAR of 0.1 indicates that only one-tenth of a parcel is occupied by a building. A FAR of 0.5 indicates much higher land use efficiency – half of a parcel occupied by a building. In urban areas, including downtown Delta, some parcels have a FAR of more than 1.0, usually indicating buildings with two or more floors.

The FARs for the various categories of commercial/industrial land uses in Delta are presented in Table 3-3, which indicates the ratio of aggregate building square footage to aggregate parcel area per category.

The aggregate FAR for all commercial/industrial uses within the plan area is 0.026, which means that average lot coverage by buildings is less than 3 % of lot size. The low FAR is caused by several very large parcels comprising industrial land uses. The FAR for industrial uses only is merely 0.014, meaning that an average of only about 1.4 % of

BLM_0037615

industrial parcels is covered by structures.  By contrast the FAR for more conventional parcels is 0.098, meaning that about 10 percent of the area of these parcels is occupied by structures.

**TABLE 3-3**
**COMMERCIAL/INDUSTRIAL FLOOR AREA RATIOS BY CATEGORY**

| Type of Use | Aggregate Building Square Feet | Aggregate Parcel Area (sq. ft.) | Floor Area Ratio |
|---|---|---|---|
| Commercial | 930,040 | 9,736,836 | 0.096 |
| Intensive commercial | 467,782 | 4,799,920 | 0.098 |
| Multiple commercial | 69,714 | 450,105 | 0.155 |
| Sub-total commercial | 1,467,536 | 14,986,861 | 0.098 |
| Industrial | 1,204,933 | 86,381,004 | 0.014 |
| TOTALS | **2,672,469** | **101,367,865** | **0.026** |

While Table 3-3 displays data for various categories of commercial and industrial land uses, as indicated by the land use survey, Table 3-4 displays data by zoning district.  Table 3-4 shows that there are nearly 200 vacant acres within the existing commercial and industrial zoning districts.  Applying existing FARs for commercial and industrial uses, these vacant parcels could accommodate about 581,000 additional square feet of commercial/industrial uses.

**TABLE 3-4**
**SUPPLY OF COMMERCIAL AND INDUSTRIAL LAND BY ZONE**

| Zone | # Vacant Acres | Floor Area Ratio | Aggregate Additional Building Square Feet |
|---|---|---|---|
| B-1 | 1.2 | 0.098 | 5,123 |
| B-2 | 54.39 | 0.098 | 232,184 |
| B-3 | 63.63 | 0.098 | 271,629 |
| B-4 | 6.51 | 0.098 | 27,790 |
| I-1 | 44.78 | 0.014 | 27,309 |
| I-2 | 25.11 | 0.014 | 15,313 |
| IR | 2.24 | 0.014 | 1,366 |
| TOTALS | **197.86** | | **580,714** |

**Conclusions –**
Table 3-5 compares existing commercial/industrial square footage, additional supply of such land, as shown in Table 3-4, and the demand for commercial/ industrial land for the three alternative growth projections.  Based on the above assumptions and calculations, it appears that there is a sufficient supply of land now zoned commercial/industrial land within the City of Delta to accommodate 2030 demand for commercial/industrial square footage for the low growth scenario.

BLM_0037616

However, the potential supply falls short of the demand for commercial/industrial square feet for the moderate growth and high growth scenarios. It is likely that the shortfall could be accommodated within the plan area outside the present City limits. Or the City could rezone some of the A-1 parcels within the City limits as commercial or industrial zones.

TABLE 3-5
COMPARISON OF COMMERCIAL AND INDUSTRIAL LAND SUPPLY AND DEMAND

| Supply (Square Feet) | | | Demand (Square Feet) | | |
|---|---|---|---|---|---|
| Existing | Additional Supply | Total at Build-out | Low Growth | Medium Growth | High Growth |
| 2,672,469 | 580,714 | 3,253,183 | 3,182,328 | 6,008,256 | 8,403,588 |

## *Public Opinion about Growth*

The public opinion survey included several questions about growth. When asked about the City of Delta's growth rate, 43% believed the City was growing at the right pace and 31% felt it was growing too fast; 45% thought the best population level for Delta in the next 15 years would be from 10,000-12,500. See also comments on Steering Committee recommendation in the Appendix.

## *Alternative Growth Scenarios*

Alternative growth scenarios represent differing visions about how a community should grow. These visions were expressed by the public in several venues: interviews with community leaders; a written survey completed by approximately 1,026 households (29% of those sent out), and public workshops.

Three scenarios were developed to explore the probable development patterns resulting from those differing visions. The three scenarios are:

1. **Scenario 1 – Low Growth (1%):** This scenario is based on densities allowed by the current Land Use Code.

2. **Scenario 2 – Moderate Growth (3.6%):** Most new growth for this scenario is concentrated within the current City limits.

3. **Scenario 3 – High Growth (5%):** This scenario includes new growth within the current City limits and adds new development to more sparsely settled areas surrounding the City.

The three alternative growth scenarios were presented to the Steering Committee for review before presentation to the public at the second public workshop. The Steering Committee was divided in their preference between the medium and high growth scenarios. The three growth scenarios were then presented at public workshop #2. The resulting opinion from this workshop mirrored that of the Steering Committee. Both groups defined

BLM_0037617

future growth areas using a "dot exercise" in which they placed dots in potential new growth areas in, and around Delta. The growth areas selected by the groups were similar for both the public workshop and the steering committee.

## *Preferred Growth Scenario*

The preferred growth scenario is derived from a combination of the moderate and high growth scenarios. This preferred scenario adopts a strong downtown core and other smaller commercial nodes to serve both residents and visitors. Most new growth is concentrated within the present City limits or in the area east, west and south of the City. This scenario attempts to accommodate future residential and commercial growth and encourages an economically healthy, vibrant downtown.

The goal of the preferred scenario is to continue to make Delta look, feel, and act like a regional commercial center. A city feels like a unique place when it enhances the walkability of the entire community and creates a pleasant ambiance, such as treescapes, flowers, and benches along sidewalks, art and attractive signs throughout the community, especially in the downtown. And a community acts like a unique place when it promotes the existing friendly spirit of its citizens, especially toward visitors and new businesses, preserves and expands community events and celebrations and promotes local produce and products, such as farmer's markets.

The future land use maps for the preferred scenario (see Future Land Use Map –Plan Area and Future Land Use Map – Core Area) have the following land use classifications and features. The existing City of Delta zone(s) that correspond to these districts is listed in parenthesis.

- ♦ **Low Density Residential-Rural (A-1, R-R)** This is the outlying residential and agricultural area surrounding the center of the City.

- ♦ **Medium Density Residential: (R-1, R-1A, R-2)** This density corresponds to the City's single family homes/duplexes/condominiums at a density that can be supported by City utilities and which encourages walkable neighborhoods.

- ♦ **High Density Residential**: **(R-2, R-3, R-4 )** The future land use map specifies additional high density areas in the downtown, east along State Highway 92 and west along U.S. 50  where apartments and condominiums will support the village concept of a walkable community.

- ♦ **Mobile Home Residential (MHR):** Existing mobile home parks are indicated on the future land use map.  It is quite possible that, within the 20 year time frame covered by the comprehensive plan, owners of some of the mobile home parks may seek to redevelop them.

- ♦  **Downtown Core Zoning (B-1, B-2, B-3, B-4, I-1, I-2, IR, MHR, MR, OR, R-1, R-1A, R-2, R-3, R-4):** The existing Downtown zoning is retained as shown on the Future Land Use Map.

- ♦ **Neighborhood Commercial Centers (B-2):** Neighborhood commercial centers are located at key intersections of medium density residential areas.  These areas can provide walkable, small scale neighborhood retail and commercial uses such as coffee

3-11

BLM_0037618

shops, hair salons, boutiques, and professional offices with designs that are compatible with the neighborhood scale. They may also include neighborhood school sites.

♦ **Highway Commercial Design Districts (B-2, OR, R-3, R-4):** These areas are located along U.S. 50 and I Road west of town and along State Highway 92 east of town and south of town on Highway 50.  These areas can develop as attractive commercial areas with frontage landscaping and low signage similar to the greenhouse restaurant on U.S. 50.  As these areas develop, frontage roads and consolidated driveways should be required to minimize multiple curb cuts.  This district would also allow multi family housing which could be located to the rear of the highway and commercial uses on deep lots as is now allowed in the Delta B-3 zone.  Outdoor storage would be allowed but required to be located to the rear of the parcel and screened from view.  Potentially polluting commercial businesses would not be allowed in this zone or would have to meet performance standards.

♦ **Planned Industrial (I-1, I-2, I-R, B-3) :** Industrial uses are shown on the future land use map along the north side of Highway 92 and adjacent to the railroad at the grain elevator area.  Such uses include storage units, some of which are located in the downtown Mixed Use area.  These areas would be required to be well planned with combined entry ways, attractive signage, screening and landscaping.

♦ **Parks-Open Space:** The existing and future parks, trails and open space are shown on the maps in the Parks, Recreation and Trails (Chapter 8).  The entire Gunnison and Uncompagre River, 100 year flood plain, is shown as "open space," recognizing the need to protect these areas from the severe flooding that Delta has experienced in the past.

♦ **Future Arterial and Collector Roads:** These roads including the proposed truck by pass are indicated here and in the Transportation Chapter.

BLM_0037619

# Desired Future Condition, Policies and Action Items

## Desired Future Condition

Growth and development are managed to preserve and enhance the quality of life that makes Delta an attractive place to live and visit. The downtown core is revitalized as a walkable village center with a well-designed mix of residential and commercial uses that serve both residents and visitors. Edges of the community are clearly defined by surrounding agricultural land and future growth is concentrated within the present City boundaries.

## Policies and Action Items

*Policy 1*--Growth will be controlled preserving green spaces at critical locations.

*Policy 2*--Future growth should be planned under the medium to high growth scenarios.

*Policy 3*--New development should pay its own way.

*Policy 4*--Downtown should become a mixed use area with single family and multi family residences, offices and retail establishments that serve the needs of residents and tourists.

An action item to implement this policy would be:
Amend the land use code to include a new mixed use district in the downtown area with appropriate land uses and design guidelines.

*Policy 5*--Improve the appearance of downtown

*Policy 6*--The City of Delta should encourage commercial growth along US 50 to the north and south.

*Policy 7*-- The City of Delta should encourage commercial growth along the highway corridor to the east

*Policy 8*-- The City of Delta should encourage growth along the railroad and recycle the old industrial buildings and agribusiness buildings into small scale industrial and commercial businesses.

BLM_0037620

# *Delta Comprehensive Plan 1997*

| City of  Delta 1997 Comprehensive Plan | Status (C=completed, I=incomplete, P=in progress) |
|---|---|
| **Land Use** | |
| **Goals** | |
| As an overall goal, the City of  Delta will encourage location and types of land uses which are compatible to protect the health, safety and general welfare of the citizens | CIPCP |
| | |
| **Section One: Peripheral Growth** | |
| Promote development around the outskirts of  Delta in a manner which will efficiently utilize public services and facilities | PCIPC |
| *Guidelines* | |
| Work with the County to establish an area of cooperation in which both entities work together on issues of new growth, such as the provision of services and impacts | P |
| Coordinate development in the peripheral areas of the City with the extension of utilities, new schools, parks, and other public facilities | P |
| Encourage the County to promote land use controls which assure the health, safety, and welfare of County residents such as land use planning and building codes | I |
| Encourage some areas to remain as no growth areas where open space can remain as agricultural land, public or private, to preserve 's connection with its agricultural heritage | P |
| *Actions* | |
| 1. Extend the City's utility service areas to serve the citizens of Delta. | CPCP |
| 2. Complete a municipal utility service plan | PCCP |
| 3. Proactively pursue outside funding for the extension of utilities to outlying areas.  Current users should not support new development financially | P |
| | |
| **Section Two: Existing Land Use** | |
| *Goals* | |
| Reassess the City's existing land use pattern to determine the impact of current growth trends as well as the application of the City's vision for the future | C |
| *Guidelines* | |
| Promote better integration of all types of uses within the City and new developments | C |

3-14

BLM_0037621

| City of Delta 1997 Comprehensive Plan | Status (C=completed, I=incomplete, P=in progress) |
|---|---|
| Look at cultural, natural, and scenic attributes which define the City's character when implementing land use decisions | C |
| **Actions** | |
| 1. Inventory existing land uses to provide a data base for future decision making | C |
| 2. Review changes in major land uses and emerging land use trends which have occurred since the last rezoning study done in 1979 | C |
| 3. Review current zoning districts and how they relate to one another | C |
| 4. Adopt recommendations for change as a result of review process through the City's Planning Commission | C |
| 5. To the extent possible, buffer noxious uses from residential areas.  Develop a buffer around the industrial zones of the City | IPC |
| **Section Three: Guiding Growth** | |
| **Goals** | |
| Guide the location of new growth so as to assure the maximum utilization of land, public facilities and services | P |
| **Guidelines** | |
| Encourage development in areas immediately adjacent to existing development | P |
| Encourage coordination between special districts and the City on development which will have a significant impact on the pattern of growth of the City | P |
| Use open space as a tool to shape and direct density to buffer conflicting land uses, and to preserve the community's rural character | P |
| Encourage growth based on the ability to serve by municipal utilities in a cost effective manner. Discourage service to new developments which would need to be subsidized by existing users | P |
| Develop a cooperative working relationship with County and its Planning Commission | P |
| Coordinate development with the School District to address impacts | P |
| Encourage infill development to avoid strip commercial development along major arterial roads | P |
| Consider environmental impacts of new development such as air quality | P |

3-15

BLM_0037622

| Actions | |
|---|---|
| Update the City's land use plan to indicate preferred locations for various uses within the City and surrounding areas | P |
| Complete a three mile plan for the City | C |
| Establish a communications network between the City, State, and Federal land agencies to address land use policies affecting its citizens | IPC |
| **Section Four: Regulatory Environment** | |
| *Goals* | |
| Promote the consistent and equitable application of land use and development regulation | P |
| *Guidelines* | |
| Increase public information regarding land use and development guidelines and processes | IIPP |
| Ensure that City and County land use regulations are compatible | P |
| *Actions* | |
| Modify the wording of existing regulations to provide increased clarity and consistency | P |
| Standardize the variance procedure for zoning changes and exceptions to building codes | C |

BLM_0037623



BLM_0037624

3-17

*Chapter 4*

# Housing

## Housing Stock

Several Housing studies are available for the Delta housing market area including the Delta County Housing Needs Assessment (January 2003), The 2000 U.S. Census, the State Demographer's Estimates of Population and Households-2006 (Table 4-1), and the Market Analysis Report for the Villas at the Bluffs (July 2007), a proposed assisted housing development.

Table 4-1 indicates that as of 2006 the County of Delta had 13,838 total housing units, of which 12,225 were occupied, for a vacancy rate of 11.66%. This relatively high vacancy rate may indicate the number of new housing units on the market. When viewed in the perspective of the entire County, The City of Delta has a vacancy rate comparable to the other smaller municipalities and unincorporated areas of the County, some of which are seasonal communities with vacancy rates which are higher in the winter than the summer.

*Table 4-1*

| Estimates of Population and Households for Delta County and Its Municipalities- 2006 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Area | Total Population | Group Quarter Population | Household Population | Persons per Household | Total Housing Units | Occupied Housing Units | Vacant | Rate % |
| **Delta** | **30,676** | **915** | **29,761** | **2.43** | **13,838** | **12,225** | **1,613** | **11.66** |
| Cedaredge | 2,132 | 32 | 2,129 | **2.07** | 1,172 | 1,029 | 143 | 12.2 |
| Crawford | 374 | 0 | 374 | 2.49 | 185 | 150 | 35 | 18.92 |
| Delta | 7,782 | 98 | 7,684 | 2,47 | 3,391 | 3,106 | 285 | 8.4 |
| Hotchkiss | 956 | 4 | 952 | 2.34 | 451 | 406 | 45 | 9.98 |
| Orchard City | 3,180 | 94 | 3,086 | 2.41 | 1,413 | 1,279 | 134 | 11.63 |
| Paonia | 1,531 | 53 | 1,478 | 2.29 | 731 | 646 | 85 | 11.63 |
| Unincorporated | 14,721 | 663 | 14,058 | 2.51 | 6,495 | 5,609 | 886 | 13.64 |

*Source: State Demography Office; Table Prepared: October 2007*

According to the 2000 Census (Table 4-2), there were 4,233 households in the market area and 60% were within the city limits of Delta. Approximately 26% (or 1,113 households) of the occupied housing units in the Delta market area were renter occupied in 2000.

4-1

BLM_0037625

### Table 4-2
### Occupied Housing Units by Tenure-Delta Housing Market Area

| Owner | 3,120 | 73.7% |
|-------|-------|-------|
| Renter | 1,113 | 26.3% |
| Total | 4,233 | 100% |



Table 4-3 indicates the age distribution of the rental population.  The largest segment of renters is in the younger age groups, but the 65-74 age group is also a significant group.

### Table 4-3
### Age Distribution of Renters in the Delta Market Area (Source: 2000 Census)

| Age of Head of Household | Total | Percent |
|---|---|---|
| 15-24 | 171 | 15.4 |
| 25-34 | 283 | 25.4 |
| 35-44 | 214 | 19.2 |
| 45-54 | 114 | 10.2 |
| 55-59 | 22 | 2.0 |
| 60-64 | 30 | 2.7 |
| 65-74 | 164 | 14.7 |
| 75-84 | 69 | 6.2 |
| 85+ | 46 | 4.1 |
| Total | 1,113 | 100.0% |

BLM_0037626

Table 4-4 indicates the household size of renters in the Delta housing market area. Households with 1-5 people represent the largest group of renters.

### Table 4-4

### Renter Household Size in Delta Market Area (source: 2000 Census)

| People per Household | Total | Percent |
|---|---|---|
| 1 | 381 | 34 |
| 2 | 290 | 26 |
| 3 | 167 | 15 |
| 4 | 127 | 11 |
| 5 | 108 | 10 |
| 6 | 8 | 1 |
| 7+ | 32 | 3 |
| Total | 1,113 | 100 |

## Delta County Housing Needs Assessment

Some of the conclusions of the Delta County Housing Needs Assessment were:
1. There has been significant economic and population growth in Delta County over the last decade, increasing housing demand and prices
2. Housing prices have increased at a faster rate than wages, decreasing the affordability of the housing market
3. Many low wage workers are finding themselves priced out of single family homes and are unable to find lower priced rental units
4. There has been relatively little new multi family construction in Delta County over the last decade, resulting in few options for house holds earning less than 60 % of the Area Median Income.

Source: Colorado Division of Local Affairs, Division of Housing; Delta County Housing Needs Assessment (January 2003).

Recommendations contained in the Delta County Housing Needs Assessment were as follows:

- Establish inclusionary Zoning

- Expand the types of revenue sources available for affordable housing

- Consider fee waivers or deferrals for affordable housing projects

- Increase support for housing rehabilitation

4-3

BLM_0037627

- Increase the number of multi family units through policy changes at the municipal and county levels
- Formalize the role of the Housing task force
- Adopt the housing needs assessment methodology and monitor the housing need annually
- Provide financial education to potential home buyers

## *Public Opinion about Housing*

The public opinion survey included several questions about housing. When asked about the availability of affordable/quality housing, 54% said it was "poor" to "fair." See also comments on Steering Committee recommendation in the Appendix.



*North of U.S. Highway 50*

## *Desired Future Condition, Policies and Action Items*

### *Desired Future Condition*

The housing stock consists of an adequate supply of diverse housing types of good quality construction that is compatible with community character, with a wide price and rental range sufficient to house all income levels and age groups.

BLM_0037628

## *Policies and Action Items*

*Policy 1--*The private sector should determine the mix of housing styles and price ranges based on market conditions, without intervention by City government.

*Policy 2--* Encourage mixed use developments (housing and commercial), including conversion of 2nd floors of downtown buildings to apartments/condominiums.  An action item to implement this policy is:

1. Modify the Land Use Code to allow mixed use developments in appropriate locations (see policies and action items for Chapter 3).

*Policy 3--* Encourage more multi- family housing at central locations through zoning and other incentives.

# *Delta Comprehensive Plan 1997*

| Housing | Status |
|---|---|
| | (C=completed, I=incomplete, P=in progress) |
| **Section One: Housing Construction** | |
| *Goals* | |
| Promote cost containment and cost reduction in housing construction | P |
| *Guidelines* | |
| Encourage new residential construction within and adjacent to areas where adequate facilities and services already exist | P |
| Encourage attractive and affordable multi family residences | P |
| Encourage cluster development of single family homes to decrease utility and site development costs | P |
| Encourage developers and builders to offer housing options wherein consumers can complete various aspects of construction themselves | I |
| Encourage methods of construction and site design which conserve energy and other resources | P |
| *Actions* | |
| Review existing regulations for housing development and redevelopment in such a way as to minimize unnecessary procedures and delays | P |

4-5

BLM_0037629

| Housing | Status |
|---|---|
| | (C=completed, I=incomplete, P=in progress) |
| **Section Two: Neighborhoods** | |
| *Goals* | |
| Promote the continued availability of housing to all persons in the community, regardless of income, which is safe, accessible to shopping, schools, employment, and social services, and reflective of a broad range of needs and type of house. | P |
| *Guidelines* | |
| Encourage the diversity of housing types which allows for a mixture of income levels in all neighborhoods | P |
| Encourage private initiatives to develop low-income housing throughout the City | P |
| *Actions* | |
| Investigate alternative housing options for the diverse populations of the City (housing trusts, independent and assisted living facilities, migrant worker dormitories, housing sharing, single residential occupant) | P |
| Rehabilitate or replace housing which is unsafe through the Delta Housing Authority | P |
| Participate in other assistance programs which aid in the promotion of redevelopment and rehabilitation efforts | P |
| Support programs for public assisted housing throughout the community to ensure residential density | P |
| Continue to disperse publicly assisted housing throughout the community to ensure residential diversity | P |
| Enforce anti discrimination regulations in housing through out the City | CP |
| Promote collaboration to fill demand for migrant housing | P |
| Extend utilities to those areas where housing development is needed and encouraged | P |

4-6

BLM_0037630

| | |
|---|---|
| Modify the City's zoning ordinance to allow for additional mid-sized multi family developments | C |
| *Goals* | |
| Encourage and promote the location and development of residential units in areas of the City which can conveniently and economically provide the public and private facilities and services which will be needed by residents. | P |
| *Guidelines* | |
| Assess and compare the impacts of proposed residential development on land use compatibility, demands of services, effects on continuous neighborhoods, and the need for additional residential development prior to approval | P |
| Require the provision of adequate service including parking as well as access to transportation and recreation facilities to all residential areas | P |
| *Actions* | |
| Identify those areas of the City which are suitable for redevelopment of high intensity residential uses and those which are not, noting availability of transportation systems and recreational facilities and services as well as compatibility of land uses in adjacent areas | P |
| *Goals* | |
| Promote the preservation and maintenance of older housing stock and buildings which make important contributions to the character and historic development of the City | P |
| *Guidelines* | |
| Develop provisions in the building codes which protect the health, safety and welfare of the public which realistically addressing the unique problems of rehabilitation of older buildings. | IP |

4-7

BLM_0037631

| | |
|---|---|
| Advocate the creation of a loan pool to assist with the purchase of rehabilitation of housing in older neighborhoods to maintain an adequate housing pool | I |
| Encourage adoption of a City-wide housing regulation which would require minimum standards of maintenance and promote the health and safety of residents | P |
| *Actions* | |
| Encourage the conversion of older buildings to new uses when such is compatible with the needs of the community | IP |

4-8

BLM_0037632

# Chapter 5

# Economic Development

## Delta and the Regional Economy

The City of Delta has historically been a regional service center supporting the needs of the nearby communities and agricultural operations. Livestock, field crops, and other agricultural uses continue to support the local and regional economy.

With the construction of several hundred new housing units during the past decade and more now being built or recently approved, Delta continues its role as a regional retail and business center.

While local businesses provide services such as groceries, restaurants, convenience stores with gasoline pumps, a newspaper, dental, pharmaceutical and banking services, and many residents travel to Montrose or Grand Junction for other, usually more expensive items and services, such as restaurants, and entertainment. See Chapter 3 for a detailed analysis of commercial and industrial land use in Delta and the plan area.

The economic information presented below comes primarily from data regarding Delta County which is the market area.

**_Colorado Dept. of Labor statistics reflects the following:_**

*The 2006 population of Delta County was estimated at 30,676. This represents an 18.0 % increase from 1996. Table 5-1 shows the Delta County Average Labor Force 2001-2007. Employment by economic sector has shifted since the mid 1980s, with significant growth in construction, manufacturing and services and a decline in mining and agriculture. Table 5-2 shows employment by economic sector for Delta County in 2006.*

*Table 5-1*

| Delta County Labor Force Averages 2001-2007 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
| **Labor Force** | 10,713 | 12,105 | 12,683 | 18,182 | 14,255 | 15,886 | 15,829 |
| **Number Employed** | 10,273 | 11,510 | 12,226 | 17,439 | 13,597 | 15,243 | 15,252 |
| **Unemployed** | 440 | 595 | 457 | 743 | 658 | 643 | 577 |
| **Unemployment Rate** | 4.10% | 4.90% | 3.60% | 4.10% | 4.60% | 4.00% | 3.60% |
| | | | | | | | |

BLM_0037633

*Table 5-2*

| Sector | Average Quarterly Employment | | Average Annual Wages | |
|---|---|---|---|---|
| | Colorado | Delta County | Colorado | Delta County |
| **Average Employment and Wages by Sector (Annual 2006 (latest data))** | | | | |
| Agriculture Forest Fish Hunt | 12,706 | 352 | $24,336 | $18,408 |
| Mining | 18,994 | D | $93,028 | D |
| Utilities | 7,982 | 73 | $82,108 | $47,424 |
| Construction | 159,322 | 441 | $42,068 | $23,868 |
| Manufacturing | 148,905 | 528 | $56,524 | $27,976 |
| Wholesale Trade | 94,384 | 226 | $62,920 | $30,732 |
| Retail Trade | 243,554 | 1,235 | $25,584 | $19,760 |
| Transportation & Warehousing | 61,438 | 69 | $41,132 | $34,632 |
| Information | 75,715 | 115 | $89,960 | $22,776 |
| Finance & Insurance | 108,611 | 268 | $74,568 | $31,824 |
| Real Estate Rental & Leasing | 47,275 | 99 | $41,860 | $23,556 |
| Professional & Technical Services. | 160,642 | 200 | $68,900 | $22,568 |
| Management of Companies | 26,273 | 7 | $129,012 | $58,604 |
| Administrative & Waste Services | 131,333 | 275 | $31,720 | $25,896 |
| Educational Services | 25,537 | D | $31,876 | D |
| Healthcare & Social Assistance | 199,616 | 762 | $38,740 | $21,684 |
| Arts, Entertain & Recreation | 45,243 | 39 | $30,004 | $85,904 |
| Accommodation & Food Services. | 214,963 | 726 | $15,808 | $9,360 |
| Other Services | 64,705 | 177 | $29,536 | $21,112 |
| Non-classifiable | 287 | 0 | $39,104 | $0 |
| Government | 348,781 | 2,305 | $42,068 | $20,888 |
| Total All Industries | 2,196,268 | 8,153 | $44,616 | $26,156 |

Note: 'D' indicates suppressed data due to disclosure of confidential information. All industries are included in the total.

BLM_0037634

# *Delta's Revenue Base*

## *City of Delta Information*

The City of Delta is a home rule city that collects and administers its own sales and use tax which is currently 3%.  City voters recently overwhelmingly approved extending the ¾% sales and use tax to 12/31/2020 for operating and maintenance of the Bill Heddles Recreation Center.

The total City of Delta revenue budget for 2008 is $22,986,154 (*from City of Delta Budget—page 2*).  Figure 5-1 illustrates sales tax revenue for 2003 through 2007.

The City "debruced" sales tax revenue, non federal grants, and daily admissions for parks and recreation.

*Figure 5-1*
**City of Delta Sales Tax Receipts 2003-2007**

| 2003 | 2004 | 2005 | 2006 | 2007 |
|------|------|------|------|------|
| $2,673,988 | $3,148,089 | $3,887,132 | $4,462,259 | $4,820,170 |



BLM_0037635

## *Delta County Information*

The County sales tax rate is 2.0%. There is also a county lodging tax of 1.9%.

Actual revenue for 2007 was $4,408,045. The projection for 2008 collections provides for a 2.5% increase over 2007 sales tax revenues in anticipation of sales tax revenues "leveling off" in 2008 given projected national and regional economic trends.

 In 1995, the voters of Delta County approved a ballot initiative that excludes sales tax revenues and non-federal grant revenues from the revenue limitations of Amendment One (Tabor).

Property tax revenues for 2008 in the amount of $ 5,465,732 are estimated on a mill levy of 18.162 (18.057 mils plus .105 mils for value of abatements/refunds). In November 2004, the voters of Delta County approved a ballot initiative that allows the County of Delta, without any increase in the property tax mil levy of 18.057, to collect, retain, and spend or reserve all revenues from its property tax, effective January 1, 2005 and expiring December 31, 2009.

In accordance with the ballot question, the property tax revenues in excess of the more restrictive of either the statutory (5.5% limit) or constitutional (Tabor) property tax revenue limitation imposed upon Delta County are to be appropriated to the Capital Projects Fund/Special Road Projects to expedite major road improvement projects listed on the Delta County 2005-2009 Major Road Improvement Plan. The mil levy of 18.162 represents the 13.098 more restrictive mil levy, 4.959 mils for the major road improvement projects in the Capital Projects Fund, and 0.105 mils for the value of tax abatements/refunds. Highway Users Tax Fund (HUTF) revenues to the Road and Bridge Funds are estimated from current collections and projections of revenues to be derived from the first tier funding formula for 2008 as provided by Colorado Counties, Inc. based on information received from the Colorado Department of Transportation.

The County continues to benefit significantly from federal Mineral Leasing Funds that are paid on coal production on federal lands in Delta County and severance taxes paid by the coal mines in the North Fork Valley. The County is receiving property taxes from the production of gas development activities within the County.
*(Source: Delta County web page.)*

5-4

BLM_0037636

## Major Employers in Delta County (from: Delta Area Development)

| Business | Industry | Number of Employees |
|---|---|---|
| Business Name<br>Address<br>City, State Zip<br>Phone | Industry | # of Employees/Comment |
| Adult Home Care Services<br>550 Palmer Ste 102<br>Delta, CO 81416<br>970-874-0136 | Healthcare | 50 |
| Bowie Resources, Ltd.<br>PO Box 1488<br>Paonia, CO 81428<br>970-527-4135 | Coal Mining | 255 |
| City Market, Inc.<br>122 Gunnison River Dr<br>Delta, CO 81416<br>970-874-9718 | Grocer | 68<br>2 locations in Delta County |
| City of Delta<br>360 Main St<br>Delta, CO 81416<br>970-874-7566 | Government | 185 |
| Del Mesa Farms<br>11359 2100 Rd<br>Austin, CO 81410<br>970-835-3412 | Poultry Producer | 80 |
| Delta Correctional Facility<br>1140 E.10 Rd<br>Delta, CO 81416<br>970-874-7614 | Correctional Facility | 134 |
| Delta County<br>501 Palmer St<br>Delta, CO  81416<br>970-874-7566 | Government | 227 |
| Delta County Memorial Hospital<br>1501 E. 3rd St.<br>Delta, CO 81416<br>970-874-7681 | Hospital & Trauma Center | 490 |
| Delta County School District 50J7655<br>2075 Rd<br>Delta, CO 81416<br>970-874-4438<br>7655 2075 Rd<br>Delta, CO 81416<br>970-874-4438 | School System | 900 |
| Delta-Montrose Electric Assn.<br>21191 H75 Rd<br>Delta, CO 81416<br>970-874-8081 | Utility | 113 |

BLM_0037637

| | | |
|---|---|---|
| Meadow Gold Dairy Products<br>124 W 4th St<br>Delta, CO 81416<br>970-874-4471 | **Dairy Product Distribution** | 60 |
| Red Hat Produce, Inc.<br>PO Box 37<br>Austin, CO 81410<br>970-835-3704 | **Produce Distributor** | 65 |
| Safeway<br>1550 Hwy 92<br>Delta, CO 81416<br>970-874-9032 | **Grocer** | 54 |
| SOS Staffing Services<br>326 Main St.<br>Delta, CO 81416<br>970-874-9334 | **Temporary Labor** | **335**<br>**Provides temporary and permanent labor**<br>**Within Delta County** |
| USC, Inc.<br>320 N Palmer Unit D<br>Delta, CO  81416<br>970-874-3549 | **Mining Labor** | **250** |
| U.S. Forest Service<br>2250 Hwy 50<br>Delta, CO 81416<br>970-874-6600 | **Government** | **107** |
| Wal-Mart<br>37 Stafford Ln<br>Delta, CO 81416<br>970-874-1585 | **Retail** | **260** |
| WeatherPort<br>1860 1600 Rd<br>Delta, CO 81416<br>970-874-6373 | **Portable Structure Manufacturer** | **190** |
| West Elk Mines<br>5174 Hwy 133<br>Somerset, CO 81434<br>970-929-5015 | **Coal Mining** | **344**<br>**Located on the Western edge of Gunnison County. Majority of employees live in Delta County.** |

5-6

BLM_0037638



## *Tax Incentives to Attract New Businesses*

The City of Delta participates in the County Enterprise Zone, through which a variety of tax incentives are offered.

### *Types of Tax Incentives*

Two working definitions of incentives excerpted from the professional literature are:

1. Incentives are programs with budgeted and allocated public dollars that are directly or indirectly invested in activities of businesses.

2. Incentives are economic development programs that assist businesses without providing direct financial assistance. Examples could include provision of public infrastructure or tax policies.

More specific examples of indirect incentives include tax incentives and grants or loans from state and federal agencies (such as the Colorado Office of Economic Development and International Trade or the U.S. Economic Development Agency) to local governments to support business investment and development. For instance, the City of Fruita and Mesa County were awarded a $15,000 EDA grant in 2000 to prepare an economic development plan for the obsolete shale oil refinery west of Fruita  On the basis of the plan's recommendations, EDA then awarded a grant for $50,000 to prepare a detailed engineering design of water and sewer extensions to the refinery area, which led to a $500,000 grant to actually install the infrastructure.

BLM_0037639

Perhaps the most commonly used incentives are tax incentives.  All of Delta County is an Enterprise Zone, which qualifies certain eligible businesses for tax credits and other incentives, which are explained in detail at http://www.advancecolorado.com/enterprise-zone/EZ-Tax-Credits.cfm  Examples include:

1. **Investment tax credits:** Businesses making investments in equipment used exclusively in an enterprise zone may claim a credit against their Colorado income taxes equal to 3 % of the amount of the investment.

2. **$500 job tax credit:** Businesses hiring new employees in connection with a "new business facility" located in an enterprise zone may claim a tax credit against state income taxes of $500 for each such employee. An expansion of an existing facility may be considered a "new business facility" if the expansion adds at least 10 employees or a 10 percent increase over the previous annual average, if it is at least $1 million in investment, or, if less, at least doubles the original investment in the facility.

3. **Double job tax credit for agricultural processing:** An additional credit of $500 per new business facility employee may be claimed by businesses which add value to agricultural commodities through manufacturing or processing.

4. **Credit to rehabilitate vacant buildings**: Owners or tenants of commercial buildings in an enterprise zone which are at least 20 years old and which have been vacant for at least 2 years may claim a credit of 25 percent of the cost of rehabilitating each building.  The credit is limited to $50,000.

5. **Local government tax incentives:** Any city, county, or special district within an enterprise zone is authorized to negotiate with individual taxpayers who have qualifying new business facilities (a) an incentive payment or property tax credit equal to not more than the amount of the increase in property tax liability over pre-enterprise zone levels; and (b) a refund of local sales taxes on purchases of equipment, machinery, machine tools, or supplies used in the taxpayer's business in the enterprise zone.

## *Public Opinion about Tax Incentives and the Economy*

The only community survey question dealing with economic development asked about the quality of shopping in the City of Delta.  Of the respondents, 61% believed it was poor to fair.

BLM_0037640

# Desired Future Condition, Policies and Action Items

## Desired Future Condition

Retail, manufacturing, agriculture, tourism and recreation are major components of a strong and sustainable year-round economy that is maintained through cooperation between local businesses, the City of Delta, Delta County and state and federal agencies.  Anchored by a healthy, vibrant downtown, the local economy enhances City tax revenues, serves basic needs of residents and provides goods and services that attract tourists while maintaining Delta's historic Main Street atmosphere.

## Policy and Action Items

*Policy 1* --Work with the Chamber of Commerce and other economic development groups to attract new businesses and to improve promotion of Delta, including downtown festivals. Action items to implement this policy include:

    a.  Create additional events/festivals to be held at Delta Parks to attract more tourists to downtown.

    b.  Prepare a detailed downtown development plan.

    c.  Encourage new retail businesses.

    d.  Encourage new tourism/lodging businesses.

    e.  Encourage existing businesses to expand.

    f.  Encourage new agri-business.

    g.  Encourage agri-tourism (tours of orchards, farms).

    h.  Encourage new buildings and major renovations of existing buildings (particularly industrial/distribution facilities) along the railroad tracks to function as "liner buildings" to mitigate the visual and audio impacts of trains.

*Policy 2*-- The City of Delta could choose to (1) give extra special tax treatment to new production manufacturing businesses, rather than to new retail businesses; or (2)  it could favor existing businesses that expand; or (3) provide special treatment to all three.

BLM_0037641

# *Delta Comprehensive Plan 1997*

| Economic Development | Status |
|---|---|
| | C=completed, I=incomplete, P=in progress |
| ***Goals*** | |
| Work with various community organizations and individuals to establish a proactive economic development program | P |
| Balance the need to draw businesses to our community with the need to have those businesses that best work within the community fabric and infrastructure | P |
| Provide the proposed tools for the economic development lead person to give good, professional answers in a clear and concise manner | P |
| ***Objectives*** | |
| City maintains representation at whatever final form the program becomes, and equal to existing levels found at local civic, organizations, such as the Delta Area Chamber of Commerce | P |
| Be constantly aware of the need to enhance and encourage expansion of existing businesses and industry as one means of economic development | P |
| Provide economic incentives for enhancement and/or beautification of commercial buildings | P |
| Encourage and become an active participant in the orderly growth that occurs within the City limits while maintaining a more passive role in developments occurring outside and recognizing the benefits to the residents of the City | P |
| Look for synergy between existing businesses. Look for someone coming in that could use a by product or create a waste product that would be useful to one of our existing businesses | I |
| ***Actions*** | |
| Continue relationship with local school districts, including the area Vo-Tech to develop job | P |

BLM_0037642

| Economic Development | Status |
| --- | --- |
| | C=completed, I=incomplete, P=in progress |
| training and awareness programs | |
| Develop an educational program to work with the commercial vendor and/or property owners to articulate the City's need for and process of collecting sales and use taxes | P |
| Analyze City's role in private sector development projects, both commercial and housing | P |
| Coordinate with or act as a part of a larger plan for the County. Aid and assist the County in growing to be what it wants to be.  Coordinate with Grand Junction, Montrose, and all of the cities in our area | P |
| Evaluate the performance of our efforts. Quantify the benefits. Look at what we put into an effort and what was derived from it, then use this library of information to make decisions on future opportunities | P |

BLM_0037643

*Chapter 6*

# *Transportation*

## *Roads and Streets*

In February 2000, DMJM, a transportation planning firm, completed an update to the City of Delta's major street plan and associated transportation studies and reports. Among this report's recommendations are a major street plan, a downtown multimodal circulation and parking plan, discussion of a truck bypass, and improved access to Garnet Mesa. Highlights of the report that may be relevant to 2008 include:

♦ A major street plan has been developed which includes an existing and future street classification plan (see page 6-13).

♦ A downtown parking and circulation plan analyzing the number of public and private parking spaces available in the downtown area and recommending strategies for reducing vehicular traffic, including:

- Encourage more pedestrian activity by developing gathering places downtown and installing more benches.
- Encourage more bicycling by installing bike racks at various city lots and private businesses.
- Develop minibus routes that serve downtown, particularly to assist the elderly, handicapped and others who are unable to drive.
- Develop partnerships with employers to encourage more bicycling (install bike racks and lockers for employees), use of variable work hours and carpooling.

♦ The report discusses the general location of the proposed truck bypass. Subsequent analysis by the City has determined that the most feasible location is the route displayed on Figure 6-1. The final bypass design is scheduled for completion by 2009; right-of-way should be acquired by 2011; and the bypass construction should be completed by 2013-2015.

♦ Improved access to Garnet Mesa is analyzed and recommendations for road improvements are indicated on the major street plan map, which, along with the entire report, is on file at the City of Delta Community Development Department.

♦ Figure 6-2 indicates the estimated traffic volumes in downtown Delta before and after the construction of the bypass.

♦ Pages 6-11 and 6-12 indicate future traffic volumes for Highway U.S. 50 and State Highway 92 to the year 2030. In both cases the future traffic volumes appear to be adequate to handle the additional projected volumes.

BLM_0037644



Figure 6-1
PROPOSED TRUCK ROUTE

6-2

BLM_0037645



**Figure 6-2 Projected Traffic Volumes**

## *Multi-Modal Transportation*

As part of the Montrose-Delta Transportation Region, Delta is served by many modes of transportation, including air travel via the Blake Field Airport, the Union Pacific, and Burlington Northern Railroads which provide freight service, and Greyhound Bus Line operating from Grand Junction. Located along U.S. Highway 50 and State Highway 92, Delta is linked to Grand Junction and well-connected to other parts of Colorado and the United States via these vehicular arteries. The four laned U.S. 50 and State Highway 92 provide easy access to the north, south and east. There is no public transit in Delta feasible today; future air quality concerns and the price of petroleum may necessitate changes in the way people move about.
*(Source: Montrose-Delta Transportation Region web site)*

## *Pedestrian and Bicycle Circulation*

Although most of the pedestrian and bicycle trails within and near Delta are oriented toward recreational use, there are opportunities to connect Delta with Grand Junction, Montrose and the Gunnison River Valley. Trails are discussed in more detail below and in Chapter 8.

BLM_0037646

## *Proposed Transit Improvements*

*(Source: Delta County Transit and Human Services Transportation Coordination Plan)*
A six-year detailed financial plan outlining operations and capital expenditures for public transit for the Delta County Council on Aging, Inc. (DCCOA) was developed. This financial plan will be used by CDOT to review and award funding for all transit programs administered by CDOT. Securing funding for any transit service is an ongoing challenge. The critical factor in providing needed transit services is to develop funding that allows a transit provider to operate reliably and efficiently within a set of clear goals and objectives, and accomplish long- and short-range plans. Dependable resources to fund transit service are important in developing reliable service that will encourage ridership.

## *Local Agency Plans*

As part of the coordination process, the DCCOA completed an inventory of the current services being provided. Stakeholders from Delta, Cedaredge, and Delta County program managers met to discuss gaps and duplication of services, strategies to eliminate these gaps, and identified priorities to implement service improvements and coordination options. A Short-Range Transit Plan, with a budget including both expenses and revenues, has been developed for the six-year period 2008 to 2013. Long term service needs are included in the budget for 2014 and beyond.

No additional services are proposed by the DCCOA; however, there is continuing interest to encourage other local transportation projects. The addition of a Transportation Director would not only assist with the management of the current services, but could support coordination efforts. A Coordination Council has been proposed that would work with other areas such as the Grand Junction Metropolitan Planning Office and the Montrose area to ensure regional connectivity. A goal of the DCCOA is to encourage the merger of all services into one system that could provide intercity bus service as well as in-town services to the region as a whole.

Budget estimates have escalated at a rate of 7% annually to recognize volatile fuel price increases and uncertain liability insurance costs as well as general cost increases. This financial plan will be used by CDOT to review and award funding for all transit programs administered by CDOT.

## *Gunnison Valley 20-Year Regional Transportation Plan*

Region 10, (which includes the City of Delta and County of Delta) working as the Gunnison Valley Transportation Planning Region, is responsible for the development of the 20-year Regional Transportation Plan. This plan is developed and updated through an extensive public participation process. The plan is a multi-modal transportation plan addressing the transportation elements of roadways, bike & pedestrian facilities, transit

BLM_0037647

services, aviation, and rail services. This plan is used by the Colorado Department of Transportation in the development of the Statewide Transportation Plan. Projects currently contained in this Plan are described below as Action Items under policy #2.

## *Enhancement Projects*

Transportation enhancement projects are transportation-related activities that are designed to strengthen the cultural, aesthetic, and environmental aspects of the intermodal transportation system. The enhancement program provides for the implementation of a variety of non-traditional projects.  Examples are: the restoration of historic transportation facilities, bike and pedestrian facilities, landscaping and scenic beautification, and mitigation of water pollution from highway runoff.  In order for a project to be eligible to receive funding as an enhancement project it must adhere to one of the following project types:

---

1. Provision of facilities for pedestrians and bicycles
2. Provision of safety and educational activities for pedestrians and bicyclists
3. Acquisition of scenic easements and scenic or historic sites
4. Scenic or historic highway programs (including the provision of tourist and welcome center facilities)
5. Landscaping and other scenic beautification
6. Historic preservation
7. Rehabilitation and operation of historic transportation buildings, structures, or facilities (including historic railroad facilities and canals)
8. Preservation of abandoned railway corridors (including the conversion and use thereof for pedestrian or bicycle trails)
9. Control and removal of outdoor advertising
10. Archaeological planning and research
11. Environmental mitigation to address water pollution due to highway runoff or reduce vehicle-caused wildlife mortality while maintaining habitat connectivity
12. Establishment of transportation museums
*From: Gunnison Valley Regional Transportation Plan Page 216*

---

BLM_0037648

# Public Opinion about Transportation

The public opinion survey included several questions about transportation.  When asked about the ease of travel within the City of Delta, 86% said it was "good" to "excellent." Sixty percent believed control of traffic flow with traffic lights, signs, and street design was "good" to "excellent."  Eighty-five percent supported completion of an alternate truck route to reroute truck traffic off Main Street.  See also comments on Steering Committee recommendation in the Appendix.

# Desired Future Condition, Policies and Action Items

## Desired Future Condition

The transportation system promotes safe vehicle and multi-modal transportation options for residents and visitors, including pedestrian and bicycle circulation through an interlinking network of sidewalks and trails and provides for the efficient distribution of goods and services.  Parking in the downtown area is adequate for residents, businesses and visitors, and a public transit system provides an appropriate level of service within Delta, and between Delta, the Gunnison River Valley, Montrose and Grand Junction.

## Policies and Action Items

*Policy 1*--Improve the City's road system to handle additional traffic as well as to improve internal circulation and pedestrian, bicycle transportation.  Action items to implement this policy are:

- Complete the U.S. 50 truck by-pass project.

- Implement the City's master road plan. Implement the plan over time using funding from the City's capital budget and grants as well as road construction in conjunction with new development.

- Connect Pioneer Road north to Stafford Lane.

- Acquire/develop additional city-owned parking lots near downtown.

- Install better signs with a map of major roads advertising Delta.

- Redesign Main Street once the bypass is constructed to create a more pedestrian friendly street with angle parking, enlarged planters, trees and flowers, and public art.

- Coordinate with Delta County to connect the improved G50 road with the truck bypass.

BLM_0037649

- Coordinate with CDOT and the railroad to develop a rail commuter/tourist train from Delta to Grand Junction.

*Policy 2*--Implement the Gunnison Valley Regional Transportation Plan over the next 20 Years

- City of Delta Circulator within the City of Delta--This project was a recommendation made in the Transit Development Plan. The estimated cost to begin this transit service in the City of Delta is $112,000. The project is in the jurisdiction of CDOT Region 3.

- Railroad crossings/emergency access and commercial traffic flow and study on US 50 within Delta County--This study will analyze the hazardous materials bypass around the commercial areas in Delta. The estimated cost of the study is $150,000. The project is in the jurisdiction of CDOT Region 3.

- Intersection between US 50 and SH 92--The improvements to this intersection within the City of Delta include replacing the surface material and upgrading the controls. The estimated cost for the intersection improvements is $1,500,000. The project is in the jurisdiction of CDOT Region 3.

*Policy 3*--The City and County will develop a joint transportation plan for the 3 mile planning area.

- This plan will be updated when changes to the 3-mile plan are made. The City and County will jointly support the planning and construction of a "G50 Bypass that would start at G 50 Road and Highway 50 west of Delta and end in an area near the Delta Vo-Tec Center south of Delta.
- A bypass from Hwy. 50 on the north side of Delta to Hwy 92 east of Delta should be planned and the City and County should support a plan to improve County Road 1900 to carry some traffic on the east side of the City from Hwy. 92 to Hwy. 50 near Olathe.
- The City and County will jointly sponsor these projects as part of the Regional Transportation Planning that is coordinated through Region 10.

6-7

BLM_0037650

# *Delta Comprehensive Plan 1997*

| Transportation | Status (C=completed, I=incomplete, P=in progress) |
|---|---|
| **Goals** | |
| Safety on our streets, sidewalks, trails, rail crossings and in our public transportation | **IIPC/P** |
| Avoid congestion which hampers the flow of traffic to an amount which is unreasonably inconvenient or unsafe | **P** |
| Continue to enhance aesthetics along our transportation routes | **IIPP** |
| Make our transportation systems convenient and accessible | **P** |
| Maintain or enhance efficiency of existing systems and evaluate cost benefit of proposed systems | **IIPP** |
| Attempt to make transportation routes complimentary to adjacent land uses in their location and design | **P** |
| Promote an integrated transportation system which will address various modes of travel as well as their impacts on the economy, sense of community, and their environment | **P** |
| Ensure City transportation planning is integrated with the Comprehensive Plan's proposed land uses, the existing transportation network and development patterns | **P** |
| **Section One: Streets and Roads** | |
| **Objectives** | |
| Promote alternatives to automobile travel by providing facilities and a framework for a multi-modal transportation system (tails, sidewalks, bike lanes) | **CIP** |
| Encourage walking to events, services, and recreation whenever possible | **CIP** |
| Plan in long-term budgeting to allow for continued maintenance of existing streets and road services | **P** |
| Continue to assess the need of the development of a hazardous materials/truck by pass | **C** |

BLM_0037651

| | |
|---|---|
| Control devices, such as traffic lights and four way stop signs, should be studied for effectiveness and higher degree of control | P |
| Enhance parking opportunities in the downtown area | IIPP |
| Establish a community information/education program to support the implementation of the transportation plan | CIP |
| Review the key elements of the transportation plan on a regular basis | P |
| Encourage Delta County to adopt city street specifications for new rights-of-way within the City's three-mile area of influence | P |
| Require that new streets follow the existing street pattern as designated in the Major Street Plan and serve the community efficiently and conveniently | CIP |
| Discourage multiple curb cuts onto arterial and collector roads and , instead require shared driveways, and/or frontage roads | P |
| **Section Two: Bicycles and Pedestrian ways** | |
| *Objectives* | |
| Construct safe access points across Main Street for pedestrians and bike riders.  Consider making a few crossings as focal points for access east/west across Main Street | CIP |
| Provide pedestrian access from all parts of the City to the new Recreation Center and Confluence Park | C |
| Assure that new development creates new, adequate pedestrian ways through as well as into and out of development | CIP |
| Work with county-wide and state wide efforts to create intermodal routes between cities and recreation areas | I |
| Provide bike parking facilities at park/path trail heads | P |
| **Section Three: Public Transportation** | |
| *Objectives* | |
| Encourage the Taxi Company to expand its service area | I |

BLM_0037652

| | |
|---|---|
| Continue to consider the need and support for an inner city, public transportation system | I |
| Resources among transit providers should be coordinated | I |
| **Section Four: Rail** | |
| *Objectives* | |
| Work to lessen the impact on other forms of traffic when trains come through town | **IIPP** |
| Study the impact of options for, better marked crossings, speed of trains, length of trains, etc. | **IPPI** |
| Study the opportunities that adjacent of properties to the railroad tracks might present | **P** |
| Evaluate unused railroad ground and consider alternate uses | **PCPC** |
| Study the options for using the train as an alternative transportation source for people | I |
| **Section Five: Aviation** | |
| *Objectives* | |
| Look for opportunities to incorporate air travel into the other portions of this plan, such as economic development and job creation so as to make best use of this amenity for the community | **(county working on airport plan)I** |

BLM_0037653

## Table 6-1

### Future Traffic Volumes for Highway 092
**From RefPoint 6.956 To RefPoint 33.643**
### (Source Colorado Department of Transportation, 2008)

| Route | Ref Point | End Ref Point | Start Point Description | AADT | AADTYR | AADT Single Trucks | AADT Comb. Trucks | Design Hour Volume (% of AADT) | AADT 2030 | AADT Single Trucks 2030 | AADT Comb. Trucks 2030 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 092A | 6.956 | 10.546 | ON SH 92 NE/O 2200 RD, AUSTIN | 4,700 | 2007 | 210 | 100 | 10 | 7,024 | 314 | 149 |
| 092A | 10.546 | 16.908 | ON SH 92 E/O PAYNE SIDING RD, 2500 RD | 4,700 | 2007 | 130 | 150 | 10 | 7,240 | 200 | 231 |
| 092A | 16.908 | 20.205 | ON SH 92, BRIDGE ST W/O CEDAR DR, HOTCHKISS | 6,100 | 2007 | 160 | 70 | 10 | 8,976 | 235 | 103 |
| 092A | 20.205 | 20.644 | ON SH 92, BRIDGE ST E/O CEDAR DR, HOTCHKISS | 6,700 | 2007 | 240 | 110 | 10 | 9,474 | 339 | 156 |
| 092A | 20.644 | 20.723 | ON SH 92, BRIDGE ST W/O SH 133 & 5TH ST, HOTCHKISS | 7,900 | 2007 | 320 | 110 | 10 | 12,079 | 489 | 168 |
| 092A | 20.723 | 21.674 | ON SH 92, BRIDGE ST E/O SH 133 & 5TH ST, HOTCHKISS | 4,000 | 2007 | 180 | 90 | 10 | 6,254 | 281 | 141 |
| 092A | 21.674 | 27.082 | ON SH 92 SE/O CR J.75 RD | 1,800 | 2007 | 70 | 50 | 11 | 2,752 | 107 | 76 |
| 092A | 27.082 | 30.110 | ON SH 92 SE/O F50 RD | 2,100 | 2007 | 90 | 40 | 11 | 3,114 | 133 | 59 |
| 092A | 30.110 | 31.525 | ON SH 92 E/O CRAWFORD RD, 3900 RD | 2,000 | 2007 | 30 | 40 | 15 | 3,012 | 45 | 60 |
| 092A | 31.525 | 33.643 | ON SH 92 SE/O CEDAR AVE, CRAWFORD | 1,100 | 2007 | 20 | 10 | 15 | 1,758 | 32 | 16 |

BLM_0037654

## Traffic Information for Highway 050
### From RefPoint 69.989 To RefPoint 80.289
## (Source Colorado Department of Transportation, 2008)

| Route | Ref Point | End Ref Point | Start Point Description | Annual Average Daily Traffic | AADT Year | AADT Derivation | AADT Single Trucks | AADT Comb. Trucks | Percent Trucks | 20 Year Factor | Design Hour Vol (% of AADT) | Daily Vehicle Miles Traveled |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 050A | 69.401 | 69.989 | ON SH 50 SE/O CRS 1550 RD & H 50 RD, DELTA | 12,400 | 2007 | Actual | 320 | 810 | 9.10% | 1.48 | 7 | 7,291 |
| 050A | 69.989 | 70.919 | ON SH 50 N/O GUNNISON RIVER DR, DELTA, @ GUNNISON RIVER BRIDGE | 15,700 | 2007 | Factor | 360 | 940 | 8.30% | 1.34 | 8 | 14,695 |
| 050A | 70.919 | 71.000 | ON SH 50, MAIN ST N/O SH 92 & 1ST ST, DELTA | 20,100 | 2007 | Actual | 360 | 920 | 6.40% | 1.52 | 8 | 744 |
| 050A | 71.000 | 71.428 | ON SH 50, MAIN ST S/O SH 92 & 1ST ST, DELTA | 17,800 | 2007 | Actual | 300 | 780 | 6.10% | 1.29 | 8 | 7,601 |
| 050A | 71.428 | 71.876 | ON SH 50, MAIN ST S/O SH 348, EATON AVE & 7TH ST, DELTA | 18,300 | 2007 | Actual | 370 | 930 | 7.10% | 1.41 | 8 | 8,198 |
| 050A | 71.876 | 72.194 | ON SH 50, MAIN ST S/O 11TH ST, DELTA | 15,600 | 2007 | Factor | 330 | 860 | 7.60% | 1.30 | 8 | 5,273 |
| 050A | 72.194 | 73.360 | ON SH 50, MAIN ST SE/O GRAND ST, DELTA | 15,800 | 2007 | Factor | 330 | 840 | 7.40% | 1.42 | 8 | 17,886 |
| 050A | 73.360 | 80.289 | ON SH 50, MAIN ST SE/O PIONEER RD, DELTA | 13,800 | 2007 | Factor | 280 | 720 | 7.20% | 1.48 | 8 | 92,198 |

BLM_0037655



BLM_0037656

6-13

*Chapter 7*

# *Infrastructure*

## *Introduction*

The purpose of this chapter is to determine whether the major infrastructure systems operated by the City – potable water and sanitary sewer – have the capacity to serve future development.  The irrigation water system, most of which is provided by private ditch companies, is described in the agriculture chapter.  Roads are addressed in the transportation chapter.

## *Potable Water*

The City of Delta has water rights for 3,700 acre feet.  Current peak demand is about 1,400 acre feet.  As shown on Figure 7-1, the City limits have expanded beyond the City water service area, except for a small area south of the City limits that are within the City water service area.  Areas outside the City water service area (including unincorporated parts of the county within the plan area and areas within the City limits) are served by Tri County Water Conservancy District, which provides water to 315 customers within the City.  The City has an agreement with Tri County, which expires in 2011, concerning the boundaries of their respective service areas.  The City's water tap fee is $1,400 for a ¾ inch line plus a basic improvement fee of $2,800.

The City appears to have enough water rights to sustain residential growth through and beyond the 2030 horizon of this Comprehensive Plan, even under the high growth alternative.  However, one large industrial customer could tax the system's capacity, according to the Utilities Director.

## *Sanitary Sewer*

The City of Delta currently provides sewer service to most properties within the City limits, although a few customers are outside the City limits (See Figure 7-2).  The sewer tap fee is $5,100.  In the western part of the City along the US 50 corridor, sewers extend only as far as 1400 Road.  Existing City policy requires developers to pay for any sewer extensions to areas not currently served.  The city does not have a pro-rating system whereby developers who pay for sewer extensions can recoup some of the cost when subsequent new development ties into extended sewer lines.

The capacity of the sewage treatment plant (STP) is 2.5 million gallons per day, and the plant currently operates at about 50 percent capacity.  Under Colorado state law, planning for additional capacity must begin when an STP reaches 80 percent of capacity.  The City is currently upgrading the plant to make it more efficient.  Also, the City is doing a study to determine the capacity of the sewage collection system.  According to the Utilities Director, it is likely that the study will find areas that need upgrading, which could result in enlarging or rerouting part of the collection system.

BLM_0037657

Based on state law, the City will have to begin planning for expanded STP capacity when the population increases to approximately 12,250, which would cause the plant to operate at about 80 percent capacity. If the City experiences slow growth (1 percent average annual) over the next 20 years, the current STP capacity will be adequate to handle additional effluent through the planning period of this Comprehensive Plan. If the City experiences moderate growth (3.6 percent average annual), the STP capacity will reach 80 percent before 2025. If the City experiences high growth (5.0 percent average annual), the STP capacity will reach 80 percent before 2020. (See Progress Report #2, Population Projections.)

By participating in a regional sewer study, the City is already planning for additional STP capacity. The recently completed study encompasses much of western Delta County, including the City of Delta, Cedaredge and Orchard City. Approximately 55 % of the county's population lives within the study area. The City is evaluating its options for participating in this long range project.

## *Storm Water*

The City has limited storm water drainage facilities (see Figure 7-4) and some localized flooding occurs due to the lack of drainage. New drainage lines are installed as new development takes place and long range drainage improvements are planned.

In 2013, if the population reaches 10,000, Delta will be required to comply with State and federal wp3 storm water regulations, which require some form of pretreatment before drainage is released into the rivers and washes.

## *Solid Waste*

The City provides waste disposal service, although it is in competition with private disposal services in certain areas of the City. The City service area is approximately the same as with the City boundaries as of 1993; residences are served exclusively by the City within this service area. For parts of the City outside the service area, residents have a choice to contract with the City or a private waste disposal service, but must contract with some entity. The City serves approximately 80 percent of the present City population. Commercial establishments anywhere within the City have a choice of contracting with the City or a private firm. The City now serves about 70 percent of commercial properties.

The City has an automated waste collection system. Waste is hauled to the Adobe Buttes Landfill, located about ten miles outside the City, which is owned by Delta County. According to the Utilities Director, the landfill has a large unused capacity.

## *Electrical Service*

The City of Delta provides electrical service to the majority of City residences and businesses. The city purchases power from the Municipal Energy Agency of Nebraska.

BLM_0037658

The city also has an agreement with the Delta-Montrose Electric Association (DMEA), which delineates the area served by the City and the area served by DMEA. Figure 7-3 shows the electrical service area of the City and portions of the City served by DMEA.

The agreement between the City and DMEA is nearly 20 years old and expires in October 2009. As shown on Figure 7-3, much of the area within the current City limits is outside the City electrical service area, although part of the service area extends beyond the current City limits. The discrepancy between the present municipal boundary and the electrical service area is likely due to the recent annexations not anticipated when the current agreement between the city and DMEA was originally negotiated. The City will have an opportunity to include the area within the present City limits in its electrical service area when the new agreement is negotiated in 2009.

The City is currently upgrading the electrical transmission system. An additional substation and two distribution circuits are scheduled for completion by 2009.

# Desired Future Condition, Policies and Action Items

## Desired Future Condition

Sanitary sewer, water, irrigation, and drainage systems are designed, sized and located in appropriate areas to support existing development and future growth areas as specified in this Comprehensive Plan. The City of Delta owns and operates its water supply system, providing high quality water for residents and businesses.

## Policies and Action Items

*Policy 1* – New development shall pay the full cost of extending water and sewer service, including lines/lift stations adequately sized to serve additional development projected to occur in the future.

*Policy 2* – The City of Delta should allow the expansion of its water service area to correspond to new growth areas identified on the future land use map.

*Policy 3* – The City of Delta should allow the expansion of its sewer service area to correspond to new growth areas identified on the future land use map.

*Policy 4* – The following principles should be considered by the City of Delta when evaluating the expansion or relocation of the sewage treatment plant: (1) cost to the City and to customers; (2) the ability to best serve future growth areas as well as the existing service area; and (3) the impact on preserving the rural character. An action item to implement this policy is:

1. Conduct a detailed engineering study to determine the best alternative to expand or relocate the sewage treatment plant.

2. Continue to pursue funding for sewer expansion.

BLM_0037659

*Policy 5* – Consider additional water storage and conservation, depending upon future supply and demand.

*Policy 6* – In 2013, if the population reaches 10,000, Delta will be required to comply with State and federal wp3 Stormwater Regulations.

# Delta Comprehensive Plan 1997

| Section Two: Utilities | Status (C=completed, I=incomplete, P=in progress) |
|---|---|
| **Goals** | |
| Continue to provide utilities in adequate amounts, reliability, economically, and in environmentally acceptable manner | **P** |
| **Guidelines** | |
| Facilitate resource management in all utility resources | **CP** |
| Improve efforts for coordination and integration of utilities throughout utility planning | **P** |
| Adapt the services and programs of each utility to the needs of the businesses and residents of the City | **CP** |
| Utilize progressive management techniques and business practices to plan for, operate, and maintain the City utility system | **P** |
| Maintain systems and plants to serve all consumers of City services | **P** |
| Promote the reuse of products and by-products of utility resources | **P** |
| Coordinate long-range planning between emergency service providers and utilities | **P** |
| Coordinate the City's three mile plan policies with those of the County | **P** |
| **Actions** | |
| Complete a capital improvements program for all utility infrastructure | **P** |
| Study incentives for alternative systems of supply and management for conservation purposes | **P**(ongoing) |
| Keep current the agreements in place for service of utilities in the Delta service area | **P** |
| Enforce the requirement that new developments complete utility plans | **P** |

7-4

BLM_0037660

| Section Two: Utilities | Status (C=completed, I=incomplete, P=in progress) |
|---|---|
| Encourage utilities to attend the Delta County utility coordination meetings | PI |
| Encourage utilities to respond to requests for plat review during the development process | P |
| Coordinate and renegotiate, if deemed necessary, service area agreements with annexation policies and actions. | P |
| **Section Seven: Solid Waste** | |
| *Goals* | |
| Strive to create a solid waste system which include all components of an environmentally sound and efficient process of source reduction, recycling and reuse in cooperation with Delta County | P(efforts underway re countywide program) |
| *Guidelines* | |
| Advocate recycling to decrease trash volumes and recycle reusable materials | Evaluate cost of pickup/recycle I |
| *Actions* | |
| Coordinate with the County to increase the efficiency of trash hauling | PI |
| Encourage City-sponsored composting project at the wastewater treatment plant through education | PI |
| Educate the community on source reduction | I |
| Encourage purchase of recycled products | I |
| Develop recycling center | I |

7-5

BLM_0037661



7-6

BLM_0037662



7-7

BLM_0037663

**City of Delta and DMEA
Electrical Service Territories
2008**

Legend

⎯⎯ DMEA Agreement Boundary

〰 Water

⎯⎯ Delta City Limits

This map is meant to provide a visual representation of the current status of
Electrical Service within the City of Delta. No assertions are made as to the
accuracy of parcel geometry or status depicted. Please forward any errors
identified to the City of Delta GIS Section.

Map provided by the City of Delta GIS Section
Original Print Date: 07/08/2004 - Revised 9/22/2006
Reference File: E:\Delta_2002\Departments\ml_p\Elecdept_forman\
E:\FJSargent\Utilities\Electric

City of DELTA

7-8

BLM_0037664



City of Delta Drainages and Stormwater System 2008

BLM_0037665

*Chapter 8*

# *Parks, Recreation, Trails and Environmental Protection*

Delta's location in a beautiful, verdant valley surrounded by the Grand Mesa, the distant West Elk and San Juan Mountains and the verdant Uncompahgre Plateau, the confluence of the Gunnison and Uncompahgre Rivers and as the gateway to the Grand Mesa and the orchards and vineyards of the Gunnison River Valley all contribute to a high quality of life for residents and visitors.  This natural setting is enhanced by recreational opportunities at City parks and other facilities, and less structured activities, such as strolling along a trail or relaxing on a park bench.

The City of Delta has great potential to expand recreational opportunities and other leisure pursuits to serve present and future residents and to attract more tourists, thus increasing the City's economic base.  An expanded trail system connecting Delta with nearby public land accessing the Grand Mesa and the Uncompahgre Plateau could make the area a major destination for mountain bikers.  The expansive Confluence Park with its existing facilities, new boating opportunities and future riverfront trail linkages could continue to become an important regional facility.

## *National Recreation Park Association Level of Service Standards*

| Type | Standard Acres/1,000 population | Low Growth: Additional Parks | Medium Growth: Additional Parks | High Growth: Additional Parks |
|---|---|---|---|---|
| Pocket Parks | optional | | | |
| Neighborhood Parks | 1-2 acres/1,000 | 2 | 10 | 18 |
| Community Parks/Schools | 5-8 acres/1,000 | 2 | 10 | 18 |
| City Parks | 5-10 acres/1000 | 2 | 10 | 18 |
| Linear Parks | no standard | | | |
| Open Space | no standard | | | |

**City of Delta: Growth Projections-Additional Population**

| Growth rate | 2006-2030 | Difference |
|---|---|---|
| Low | 7,782-9,822 | 2,040 |
| Medium | 7,782-18,544 | 10,762 |
| High | 7,782-25,937 | 18,155 |

8-1

BLM_0037666

# Inventory of Existing Parks and Recreation Facilities

The following list highlights cultural and recreation facilities that enhance the quality of life for both residents and visitors and contribute to the tourism sector of the local economy.  The facilities are described by general category.

## CITY OF DELTA

### PARKS AND RECREATION FACILITIES

The City of Delta owns approximately 885 acres of parks and open space, of which about 143 acres are maintained.  The total includes Devil's Thumb Golf Course. Table 8-1 lists parks and open space owned by the city.  The City also maintains flower beds and planters at various locations.  Other outdoor facilities not maintained by the City but generally available for public use include school playgrounds and ball fields.  The City also owns and operates the Bill Heddles Recreation Center.  The City maintains a ten mile network of trails, most of which are located in Confluence Park.  Most of the trails are gravel/cinder.  In addition, the City has designated bike lanes along some of the major streets.



*Confluence Park*

BLM_0037667

**TABLE 8-1**
**PARKS AND OPEN SPACE LAND OWNED BY THE CITY**

| Park/Open Space Name | Size (# acres) | General Location | Existing Facilities |
|---|---|---|---|
| Opera House Park | 0.01 | Main and 3rd St. | Art project, plantings |
| Mini Park | 0.03 | W 3rd St. & Main | Benches and plantings |
| Centennial Park | 0.04 | Main & 4th St. | Benches, picnic table and plantings |
| Holly Park | 0.1 | 1st St. & Palmer St. | Picnic table/shelter & historic display |
| Bob Jay (Westside) Park | 1.3 | 4th & Columbia Streets | Playground, picnic tables and outdoor basketball court |
| Emerald Hills Park | 2.5 | 19th & Forest Way | Small playground |
| Welcome Park | 3.5 | US 50 & Gunnison River Dr. | Information kiosk |
| Cottonwood Soccer Fields | 6.5 | H75 Rd. | Part of former golf course |
| Tamarac Park | 7.5 | 12th & Bluff Streets | A formal as well as natural setting located under the Garnet Mesa Bluff. |
| Cleland Park | 11 | 8th & Howard Streets | Oldest park in the city with huge shade trees, large group pavilion, restrooms, tennis courts, playground. |
| Delta Cemetery | 24 | E. 3rd Street | |
| Mountain View Park | 39.5 | F25 Road | Softball & baseball fields, playground, restrooms, volleyball court, picnic shelters. |
| Cottonwood Open Space | 59.5 | H75 Rd. | Former golf course |

BLM_0037668

# Chapter 9

# Community Facilities and Services

The City of Delta provides basic municipal services to residents and businesses and maintains facilities and a staff to carry out these services.  Some of these services and facilities are described in other chapters of this Comprehensive Plan.  Roads and traffic are discussed in Chapter 6 (Transportation); Chapter 7 (Water Supply, the Sanitary Sewer System, and Storm Water Drainage), and Chapter 8 (Parks, Recreation, and Trails).

*(Sources include the City of Delta and County of Delta web pages: http://www.delta-co.gov/ and http://www.deltacounty.com)*

## City Departments



*City Hall*

## Overview

The City of Delta is divided into ten departments to effectively serve the citizens of Delta:  Administration, Community Development, Culture & History, Finance, Human Resources, Parks, Police, Public Works, Recreation, and Utilities.

BLM_0037669

The City of Delta operates within a Council/Manager form of government. The City Council directs the City Manager in implementation of policy and procedure. The City Manager accomplishes implementation through coordination and supervision of operations in all departments. The City Manager advises the City Council on all matters relating to the planning, development, and operating status of City departments.

## *Police Protection*

The Delta community and police personnel are a close knit family in which team work and shared responsibilities are vital to the success of the organization and community at large.

The Delta Police Department takes pride in being visible and available to the community. The police department philosophies support the concepts of community based problem-solving, prevention, intervention, collaboration and partnerships.

Delta police personnel believe community problems are problems, not incidents. The police and community communicate when identifying problems and potential solutions to problems. The Delta Police Department is responsive to community needs, quality of life issues, public safety expectations and concerns.

To accomplish the Delta Police Department's mission, police personnel are encouraged to value and promote:

- Personal and organizational integrity
- Problem-solving and partnerships
- Accountability at every level of the organization
- Professional police service
- Respect for diversity and inclusiveness
- Open and honest communication
- Innovation and creativity

The police department supports several programs such as, home security, house watch and neighborhood watch programs. The police department consists of administrative support staff, a victim advocate, an animal control officer, 14 commissioned police officers, 1 commander and a police chief.

The police department is located at 215 West 5th Street. As the population of the City increases and the area within the corporate limits expand with new annexations, the department will need additional police officers and administrative support staff to better serve the Delta community.

BLM_0037670

## *Public Works*



The Public Works Department is responsible for fleet management, snow removal, storm water control, street sweeping, street development & maintenance, and city engineering.

## *Utility Services*



The City of Delta develops and maintains utility services for residents and businesses. Services include electric, water, wastewater and refuse. Facilities include an independent

BLM_0037671

power plant and a wastewater treatment plant. The current URS study that is under way will provide the actual and projected electric meters, water meters, sewer taps, and the number of residents who can be served.

## Community Development

The Building, Planning, and Code Enforcement Departments are the primary Community Development divisions housed at City Hall. These departments provide quality assurance for construction within the city, encourage compatible land use, and uphold citizen health, safety and welfare.

# Other Service Districts

The City of Delta is also served by the Delta County Ambulance District, Delta County Fire Protection District #1, and Delta County Emergency Management.

## Delta County Ambulance District

The Delta County Ambulance District (DCAD) was formed in 1999, combining Emergency Medical Services (EMS) operated by the Town of Cedaredge and the Delta County Fire District # 1. DCAD covers 330 square miles including 55% of the County's rural population. The area is comprised of Delta Fire District #1, and Cedaredge and Orchard City Fire District #3. DCAD provides critical care in rural search and rescue situations. DCAD coordinates regional services with St. Mary's CareFlight. DCAD provides transports to and between the county's skilled nursing facilities and assisted living communities.

In 1999 the Ambulance District responded to 1,769 calls. The service ended 2007 with 2,114 calls, an increase of 345 responses over 6 years. The Delta station houses the business office, crew quarters and four ambulances.

## Fire Protection District #1

Fire protection for the City of Delta is provided by Fire District #1, which is a volunteer district. The district consists of 28 volunteers and has 9 fire trucks including a ladder truck and two water trucks. The fire district has its own station located at 285 East 5th Street. The site may not be adequate to serve the projected increased population and expanded service area. Additional fire stations or emergency response stations may be needed in the future in North Delta and Peach Valley. *(The Delta County Public Safety Map is available at sttp://www.deltacounty.com/DocumentView.asp?DID=717).*

## Delta County Emergency Management

The Office of Emergency Management provides leadership, planning, education and resources to protect lives, property, and the environment in the event disasters were to strike Delta County. Emergency Management works with local governments, volunteer

BLM_0037672

organizations and the private sector across Delta County to develop disaster preparedness plans and provide training and exercise activities.

One of Emergency Management's primary goals is to ensure training and information is available to both first responders and the community.  They constantly prepare and practice to ensure that they are ready if a disaster strikes

# Public Opinion about Services

The public opinion survey included several questions about services.  When asked about whether City of Delta services have improved since you have lived there, 66% agreed with that statement, 77% agreed that they were satisfied with the public services and facilities provided by the City of Delta, and 66% rated general services of the police department as good to excellent.   See also comments in Steering Committee recommendations chart in the Appendix.

# Desired Future Condition, Policies and Action Items

## Desired Future Condition

Government services and facilities are adequate to serve present and future residents and businesses without increasing tax burdens for individuals, property owners and businesses.

## Policies and Action Items

*Policy 1* – City Hall is an important anchor in downtown Delta and will remain at its present location.

*Policy 2* – Fire hydrants with adequate flow to serve the fire protection needs of residents and businesses shall be installed and maintained.  An action item to implement this policy is:

> 1.  Analyze the Land Use Code to ensure that adequate fire protection is provided through the subdivision review process.

*Policy 3* – New development shall pay its own way.  An action item to implement this policy is:

> 1.  Implement development impact fees to cover the cost of new development.

*Policy 4* – It is the policy of the City of Delta to provide its electrical service to all classes of existing and new electrical customers within the city limits.

BLM_0037673