# 2016 County Property Tax Revenue by Type of Expenditure

| | General Fund | Road and Bridge | Public Welfare | Exempt ^ From Revenue Limit | Pension and Retirement | Self Insurance | Health # Services | Capital + Funds | Recreation * Services | Sinking and Contingency | Solid Waste Disposal | Public ~ Services | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adams | $128,245,348 | $7,203,238 | $13,037,861 | $0 | $0 | $0 | $1,424,025 | $0 | $0 | $0 | $0 | $0 | $149,910,472 |
| Alamosa | $3,402,368 | $30,306 | $597,704 | $50,510 | $168,367 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $4,249,255 |
| Arapahoe | $104,147,765 | $5,907,484 | $12,704,267 | $0 | $0 | $0 | $9,125,314 | $4,637,057 | $0 | $0 | $0 | $0 | $136,521,888 |
| Archuleta | $3,801,535 | $1,352,752 | $270,669 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,424,956 |
| Baca | $2,091,704 | $226,336 | $135,801 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $2,453,842 |
| Bent | $2,048,228 | $244,740 | $264,609 | $0 | $63,957 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $2,621,534 |
| Boulder | $129,170,121 | $1,283,215 | $7,092,180 | $0 | $0 | $0 | $11,093,604 | $11,169,493 | $0 | $0 | $0 | $6,209,107 | $166,017,722 |
| Broomfield | $19,949,084 | $0 | $2,941,186 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $22,890,270 |
| Chaffee | $2,398,342 | $63,638 | $647,314 | $195,209 | $254,163 | $0 | $0 | $127,276 | $0 | $0 | $0 | $0 | $3,685,943 |
| Cheyenne | $1,571,610 | $120,200 | $54,090 | $0 | $0 | $0 | $8,414 | $67,913 | $0 | $0 | $0 | $0 | $1,822,227 |
| Clear Creek | $14,299,905 | $2,985,312 | $462,074 | $0 | $0 | $0 | $0 | $0 | $519,185 | $0 | $0 | $0 | $18,266,477 |
| Conejos | $1,293,892 | $86,448 | $311,215 | $0 | $0 | $0 | $0 | $0 | $0 | $17,290 | $0 | $17,290 | $1,726,134 |
| Costilla | $1,792,454 | $0 | $316,842 | $0 | $0 | $0 | $0 | $0 | $58,136 | $0 | $0 | $0 | $2,167,432 |
| Crowley | $1,269,308 | $306,684 | $147,663 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $68,152 | $1,791,806 |
| Custer | $1,128,767 | $513,309 | $76,996 | $0 | $0 | $153,993 | $0 | $0 | $0 | $205,324 | $0 | $0 | $2,078,389 |
| Delta | $4,029,693 | $312,186 | $639,981 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,006,834 |
| Denver | $164,660,045 | $0 | $56,001,354 | $123,144,569 | $43,063,362 | $0 | $14,748,727 | $36,915,626 | $0 | $0 | $0 | $7,301,350 | $445,835,033 |
| Dolores | $2,476,589 | $583,998 | $270,099 | $525,598 | $0 | $0 | $0 | $0 | $145,999 | $87,600 | $0 | $0 | $4,089,884 |
| Douglas | $75,688,438 | $25,592,125 | $1,799,936 | $0 | $0 | $0 | $5,695,999 | $1,008,192 | $0 | $0 | $0 | $0 | $109,784,689 |
| Eagle | $16,031,660 | $4,122,427 | $728,022 | $0 | $0 | $163,805 | $0 | $0 | $4,550,140 | $185,039 | $0 | $0 | $25,781,094 |
| El Paso | $52,840,987 | $2,297,737 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $55,138,724 |
| Elbert | $4,963,223 | $2,890,193 | $456,346 | $0 | $228,477 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $8,538,240 |
| Fremont | $3,694,757 | $367,616 | $1,168,154 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $138,829 | $5,369,356 |
| Garfield | $22,486,822 | $0 | $2,214,360 | $0 | $1,439,334 | $0 | $0 | $4,096,565 | $0 | $0 | $0 | $0 | $30,237,080 |
| Gilpin | $2,892,158 | $304,873 | $158,736 | $0 | $0 | $0 | $0 | $0 | $86,027 | $0 | $101,504 | $0 | $3,543,299 |
| Grand | $7,436,661 | $212,854 | $321,264 | $0 | $725,157 | $0 | $1,322,073 | $0 | $0 | $0 | $0 | $0 | $10,018,009 |
| Gunnison | $8,004,838 | $0 | $308,403 | $0 | $0 | $0 | $737,202 | $0 | $931,140 | $0 | $0 | $0 | $9,981,583 |
| Hinsdale | $1,004,609 | $61,695 | $0 | $0 | $56,790 | $0 | $18,070 | $0 | $0 | $0 | $0 | $0 | $1,141,164 |
| Huerfano | $2,142,703 | $12,468 | $311,693 | $0 | $112,210 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $2,579,073 |
| Jackson | $593,301 | $0 | $30,300 | $0 | $0 | $21,610 | $0 | $10,805 | $64,921 | $0 | $21,610 | $0 | $742,546 |
| Jefferson | $101,823,393 | $27,137,461 | $14,147,883 | $0 | $0 | $0 | $8,273,616 | $15,819,154 | $37,231,272 | $0 | $0 | $0 | $204,432,780 |
| Kiowa | $1,128,335 | $181,263 | $68,689 | $0 | $0 | $0 | $190,803 | $61,630 | $0 | $0 | $0 | $145,774 | $1,776,495 |
| Kit Carson | $4,122,966 | $1,362,725 | $120,240 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $480,962 | $0 | $6,086,894 |
| La Plata | $13,340,431 | $1,289,018 | $804,275 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $15,433,724 |
| Lake | $5,746,962 | $0 | $105,058 | $0 | $0 | $422 | $674,016 | $798,693 | $0 | $305,681 | $0 | $0 | $7,630,832 |
| Larimer | $92,586,781 | $5,056,900 | $9,046,794 | $0 | $0 | $0 | $7,195,969 | $0 | $0 | $0 | $0 | $0 | $113,886,444 |
| Las Animas | $2,752,268 | $0 | $247,269 | $0 | $0 | $0 | $0 | $82,423 | $0 | $11,539 | $0 | $0 | $3,093,499 |
| Lincoln | $2,310,029 | $1,732,522 | $412,505 | $0 | $0 | $0 | $536,257 | $660,008 | $41,251 | $0 | $165,002 | $0 | $5,857,574 |
| Logan | $7,062,839 | $772,775 | $869,372 | $0 | $0 | $0 | $0 | $80,497 | $32,199 | $0 | $0 | $0 | $8,817,682 |
| Mesa | $16,869,499 | $817,546 | $4,301,805 | $0 | $0 | $0 | $542,570 | $0 | $9,227 | $0 | $0 | $0 | $22,540,648 |
| Mineral | $994,880 | $57,737 | $41,264 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $1,093,882 |
| Moffat | $7,615,463 | $0 | $458,862 | $0 | $0 | $0 | $1,229,093 | $0 | $493,686 | $0 | $0 | $0 | $9,797,104 |
| Montezuma | $6,667,924 | $1,687,298 | $838,489 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $9,193,711 |
| Montrose | $10,359,411 | $0 | $1,552,204 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $11,911,615 |
| Morgan | $10,147,222 | $3,908,791 | $1,042,344 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $15,098,358 |
| Otero | $1,802,864 | $621,811 | $449,069 | $0 | $0 | $74,845 | $0 | $336,802 | $0 | $0 | $0 | $0 | $3,285,391 |
| Ouray | $1,432,250 | $236,713 | $87,094 | $0 | $0 | $0 | $315,618 | $0 | $0 | $0 | $0 | $0 | $2,071,675 |
| Park | $7,806,683 | $382,878 | $297,840 | $0 | $42,725 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $8,530,125 |
| Phillips | $1,896,462 | $373,988 | $141,461 | $0 | $0 | $0 | $0 | $88,413 | $0 | $0 | $0 | $0 | $2,500,324 |
| Pitkin | $6,906,540 | $509,089 | $191,276 | $0 | $0 | $0 | $2,227,631 | $0 | $11,838,522 | $0 | $0 | $0 | $21,673,058 |
| Prowers | $2,788,319 | $386,016 | $321,680 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $3,496,014 |

BLM_0039647

## 2016 County Property Tax Revenue by Type of Expenditure

| | General Fund | Road and Bridge | Public Welfare | Exempt ^ From Revenue Limit | Pension and Retirement | Self Insurance | Health # Services | Capital + Funds | Recreation * Services | Sinking and Contingency | Solid Waste Disposal | Public ~ Services | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pueblo | $41,603,354 | $1,630,762 | $5,160,639 | $1,173,185 | $3,079,181 | $0 | $450,696 | $0 | $0 | $0 | $0 | $0 | $53,097,819 |
| Rio Blanco | $3,731,250 | $3,109,375 | $0 | $0 | $0 | $0 | $177,679 | $1,021,652 | $0 | $0 | $0 | $0 | $8,039,956 |
| Rio Grande | $2,070,388 | $272,014 | $417,088 | $0 | $0 | $0 | $63,470 | $0 | $0 | $0 | $0 | $0 | $2,822,960 |
| Routt | $13,063,579 | $845,835 | $568,919 | $0 | $0 | $0 | $1,077,497 | $0 | $323,249 | $1,616,246 | $0 | $1,433,072 | $18,928,397 |
| Saguache | $1,297,480 | $0 | $218,776 | $0 | $0 | $0 | $34,052 | $0 | $0 | $0 | $0 | $0 | $1,550,309 |
| San Juan | $818,060 | $14,876 | $12,368 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $845,305 |
| San Miguel | $4,884,615 | $1,502,958 | $122,610 | $0 | $308,502 | $0 | $0 | $0 | $1,186,546 | $0 | $0 | $0 | $8,005,231 |
| Sedgwick | $1,158,567 | $395,831 | $91,346 | $0 | $0 | $0 | $182,691 | $0 | $0 | $0 | $0 | $0 | $1,828,435 |
| Summit | $8,494,200 | $1,421,229 | $399,830 | $5,464,922 | $0 | $0 | $0 | $2,486,278 | $8,073,419 | $0 | $0 | $0 | $26,339,877 |
| Teller | $6,413,323 | $205,953 | $584,544 | $0 | $0 | $0 | $0 | $0 | $0 | $202,924 | $0 | $0 | $7,406,744 |
| Washington | $3,050,843 | $152,305 | $213,226 | $0 | $0 | $0 | $0 | $61,044 | $30,461 | $0 | $182,765 | $0 | $3,690,644 |
| Weld | $94,265,068 | $16,812,129 | $11,751,102 | $0 | $0 | $2,040,884 | $0 | $11,586,367 | $0 | $8,145,234 | $0 | $0 | $144,600,784 |
| Yuma | $4,004,784 | $604,446 | $239,006 | $0 | $0 | $119,503 | $0 | $0 | $239,006 | $0 | $0 | $0 | $5,206,745 |
| Colorado | ************** | $130,564,080 | $158,794,048 | $130,578,969 | $49,542,225 | $2,575,062 | $67,345,087 | $91,115,888 | $65,854,386 | $10,776,876 | $951,844 | $15,313,573 | $1,999,985,988 |

^Exempt From Revenue Limit includes Bond Redemption and Interest, Special Assessor Levy, SBOE Reappraisal Reimbursement, Judicial Debt Service, Special Judgment Fund, Debt Service

#Health Services includes Ambulance, Public Hospital, Developmentally Disabled, Mental Health, Public Health, Public Nursing

+Capital Funds includes Capital Expenditures, Capital Improvements, Capital Equipment, Lease Purchase

*Recreation Services includes Library, TV Translator, Museum, Community Center Board, Library Capital Reserve, Recreation, Fair, Conservation Trust, Home Rule Charter, Open Space, Public Lands

~Public Services includes Airport, Fire, Public Bldg and Maintenance, Public Safety, Jail, Weed Control, Contractual Obligations, Communications, Senior Citizens, Homeland Security, Public Works, Affordable Housing

BLM_0039648

## 2016 Percent County Property Tax Revenue by Type of Expenditure

| | General Fund | Road and Bridge | Public Welfare | Exempt ^ From Revenue Limit | Pension and Retirement | Self Insurance | Health # Services | Capital + Funds | Recreation * Services | Sinking and Contingency | Solid Waste Disposal | Public ~ Services | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adams | 85.5% | 4.8% | 8.7% | 0.0% | 0.0% | 0.0% | 0.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Alamosa | 80.1% | 0.7% | 14.1% | 1.2% | 4.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Arapahoe | 76.3% | 4.3% | 9.3% | 0.0% | 0.0% | 0.0% | 6.7% | 3.4% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Archuleta | 70.1% | 24.9% | 5.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Baca | 85.2% | 9.2% | 5.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Bent | 78.1% | 9.3% | 10.1% | 0.0% | 2.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Boulder | 77.8% | 0.8% | 4.3% | 0.0% | 0.0% | 0.0% | 6.7% | 6.7% | 0.0% | 0.0% | 0.0% | 3.7% | 100.0% |
| Broomfield | 87.2% | 0.0% | 12.8% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Chaffee | 65.1% | 1.7% | 17.6% | 5.3% | 6.9% | 0.0% | 0.0% | 3.5% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Cheyenne | 86.2% | 6.6% | 3.0% | 0.0% | 0.0% | 0.0% | 0.5% | 3.7% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Clear Creek | 78.3% | 16.3% | 2.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 2.8% | 0.0% | 0.0% | 0.0% | 100.0% |
| Conejos | 75.0% | 5.0% | 18.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 1.0% | 0.0% | 1.0% | 100.0% |
| Costilla | 82.7% | 0.0% | 14.6% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 2.7% | 0.0% | 0.0% | 0.0% | 100.0% |
| Crowley | 70.8% | 17.1% | 8.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 3.8% | 100.0% |
| Custer | 54.3% | 24.7% | 3.7% | 0.0% | 0.0% | 7.4% | 0.0% | 0.0% | 0.0% | 9.9% | 0.0% | 0.0% | 100.0% |
| Delta | 80.5% | 6.2% | 12.8% | 0.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Denver | 73.9% | 0.0% | 25.1% | 55.2% | 19.3% | 0.0% | 6.6% | 16.6% | 0.0% | 0.0% | 0.0% | 3.3% | 200.0% |
| Dolores | 60.6% | 14.3% | 6.6% | 12.9% | 0.0% | 0.0% | 0.0% | 0.0% | 3.6% | 2.1% | 0.0% | 0.0% | 100.0% |
| Douglas | 68.9% | 23.3% | 1.6% | 0.0% | 0.0% | 0.0% | 5.2% | 0.9% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Eagle | 62.2% | 16.0% | 2.8% | 0.0% | 0.0% | 0.6% | 0.0% | 0.0% | 17.6% | 0.7% | 0.0% | 0.0% | 100.0% |
| El Paso | 95.8% | 4.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Elbert | 58.1% | 33.8% | 5.3% | 0.0% | 2.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Fremont | 68.8% | 6.8% | 21.8% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 2.6% | 100.0% |
| Garfield | 74.4% | 0.0% | 7.3% | 0.0% | 4.8% | 0.0% | 0.0% | 13.5% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Gilpin | 81.6% | 8.6% | 4.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 2.4% | 0.0% | 2.9% | 0.0% | 100.0% |
| Grand | 74.2% | 2.1% | 3.2% | 0.0% | 7.2% | 0.0% | 13.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Gunnison | 80.2% | 0.0% | 3.1% | 0.0% | 0.0% | 0.0% | 7.4% | 0.0% | 9.3% | 0.0% | 0.0% | 0.0% | 100.0% |
| Hinsdale | 88.0% | 5.4% | 0.0% | 0.0% | 5.0% | 0.0% | 1.6% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Huerfano | 83.1% | 0.5% | 12.1% | 0.0% | 4.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Jackson | 79.9% | 0.0% | 4.1% | 0.0% | 0.0% | 2.9% | 0.0% | 1.5% | 8.7% | 0.0% | 2.9% | 0.0% | 100.0% |
| Jefferson | 49.8% | 13.3% | 6.9% | 0.0% | 0.0% | 0.0% | 4.0% | 7.7% | 18.2% | 0.0% | 0.0% | 0.0% | 100.0% |
| Kiowa | 63.5% | 10.2% | 3.9% | 0.0% | 0.0% | 0.0% | 10.7% | 3.5% | 0.0% | 0.0% | 0.0% | 8.2% | 100.0% |
| Kit Carson | 67.7% | 22.4% | 2.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 7.9% | 0.0% | 100.0% |
| La Plata | 86.4% | 8.4% | 5.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Lake | 75.3% | 0.0% | 1.4% | 0.0% | 0.0% | 0.0% | 8.8% | 10.5% | 0.0% | 4.0% | 0.0% | 0.0% | 100.0% |
| Larimer | 81.3% | 4.4% | 7.9% | 0.0% | 0.0% | 0.0% | 6.3% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Las Animas | 89.0% | 0.0% | 8.0% | 0.0% | 0.0% | 0.0% | 0.0% | 2.7% | 0.0% | 0.4% | 0.0% | 0.0% | 100.0% |
| Lincoln | 39.4% | 29.6% | 7.0% | 0.0% | 0.0% | 0.0% | 9.2% | 11.3% | 0.7% | 0.0% | 2.8% | 0.0% | 100.0% |
| Logan | 80.1% | 8.8% | 9.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.9% | 0.4% | 0.0% | 0.0% | 0.0% | 100.0% |
| Mesa | 74.8% | 3.6% | 19.1% | 0.0% | 0.0% | 0.0% | 2.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Mineral | 90.9% | 5.3% | 3.8% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Moffat | 77.7% | 0.0% | 4.7% | 0.0% | 0.0% | 0.0% | 12.5% | 0.0% | 5.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Montezuma | 72.5% | 18.4% | 9.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Montrose | 87.0% | 0.0% | 13.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Morgan | 67.2% | 25.9% | 6.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Otero | 54.9% | 18.9% | 13.7% | 0.0% | 0.0% | 2.3% | 0.0% | 10.3% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Ouray | 69.1% | 11.4% | 4.2% | 0.0% | 0.0% | 0.0% | 15.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Park | 91.5% | 4.5% | 3.5% | 0.0% | 0.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Phillips | 75.8% | 15.0% | 5.7% | 0.0% | 0.0% | 0.0% | 0.0% | 3.5% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Pitkin | 31.9% | 2.3% | 0.9% | 0.0% | 0.0% | 0.0% | 10.3% | 0.0% | 54.6% | 0.0% | 0.0% | 0.0% | 100.0% |
| Prowers | 79.8% | 11.0% | 9.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |

858

BLM_0039649

## 2016 Percent County Property Tax Revenue by Type of Expenditure

| | General Fund | Road and Bridge | Public Welfare | Exempt ^ From Revenue Limit | Pension and Retirement | Self Insurance | Health # Services | Capital + Funds | Recreation * Services | Sinking and Contingency | Solid Waste Disposal | Public ~ Services | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pueblo | 78.4% | 3.1% | 9.7% | 2.2% | 5.8% | 0.0% | 0.8% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Rio Blanco | 46.4% | 38.7% | 0.0% | 0.0% | 0.0% | 0.0% | 2.2% | 12.7% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Rio Grande | 73.3% | 9.6% | 14.8% | 0.0% | 0.0% | 0.0% | 2.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Routt | 69.0% | 4.5% | 3.0% | 0.0% | 0.0% | 0.0% | 5.7% | 0.0% | 1.7% | 8.5% | 0.0% | 7.6% | 100.0% |
| Saguache | 83.7% | 0.0% | 14.1% | 0.0% | 0.0% | 0.0% | 2.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| San Juan | 96.8% | 1.8% | 1.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| San Miguel | 61.0% | 18.8% | 1.5% | 0.0% | 3.9% | 0.0% | 0.0% | 0.0% | 14.8% | 0.0% | 0.0% | 0.0% | 100.0% |
| Sedgwick | 63.4% | 21.6% | 5.0% | 0.0% | 0.0% | 0.0% | 10.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Summit | 32.2% | 5.4% | 1.5% | 20.7% | 0.0% | 0.0% | 0.0% | 9.4% | 30.7% | 0.0% | 0.0% | 0.0% | 100.0% |
| Teller | 86.6% | 2.8% | 7.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 2.7% | 0.0% | 0.0% | 100.0% |
| Washington | 82.7% | 4.1% | 5.8% | 0.0% | 0.0% | 0.0% | 0.0% | 1.7% | 0.8% | 0.0% | 5.0% | 0.0% | 100.0% |
| Weld | 65.2% | 11.6% | 8.1% | 0.0% | 0.0% | 1.4% | 0.0% | 8.0% | 0.0% | 5.6% | 0.0% | 0.0% | 100.0% |
| Yuma | 76.9% | 11.6% | 4.6% | 0.0% | 0.0% | 2.3% | 0.0% | 0.0% | 4.6% | 0.0% | 0.0% | 0.0% | 100.0% |
| Colorado | 72.1% | 6.5% | 10.7% | 12.7% | 4.6% | 0.1% | 4.1% | 6.4% | 3.3% | 0.5% | 0.0% | 1.1% | 122.3% |

^Exempt From Revenue Limit includes Bond Redemption and Interest, Special Assessor Levy, SBOE Reappraisal Reimbursement, Judicial Debt Service, Special Judgment Fund, Debt Service

#Health Services includes Ambulance, Public Hospital, Developmentally Disabled, Mental Health, Public Health, Public Nursing

+Capital Funds includes Capital Expenditures, Capital Improvements, Capital Equipment, Lease Purchase

*Recreation Services includes Library, TV Translator, Museum, Community Center Board, Library Capital Reserve, Recreation, Fair, Conservation Trust, Home Rule Charter, Open Space, Public Lands

~Public Services includes Airport, Fire, Public Bldg and Maintenance, Public Safety, Jail, Weed Control, Contractual Obligations, Communications, Senior Citizens, Homeland Security, Public Works, Affordable Housing

BLM_0039650

## 2016 County Property Tax Mill Levies by Type of Expenditure

| | General Fund | Road and Bridge | Public Welfare | Exempt ^ From Revenue Limit | Pension and Retirement | Self Insurance | Health # Services | Capital + Funds | Recreation * Services | Sinking and Contingency | Solid Waste Disposal | Public ~ Services | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adams | 23.145 | 1.300 | 2.353 | 0.000 | 0.000 | 0.000 | 0.257 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 27.055 |
| Alamosa | 20.208 | 0.180 | 3.550 | 0.300 | 1.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 25.238 |
| Arapahoe | 11.477 | 0.651 | 1.400 | 0.000 | 0.000 | 0.000 | 1.000 | 0.511 | 0.000 | 0.000 | 0.000 | 0.000 | 15.039 |
| Archuleta | 12.809 | 4.558 | 0.912 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 18.279 |
| Baca | 23.104 | 2.500 | 1.500 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 27.104 |
| Bent | 24.019 | 2.870 | 3.103 | 0.000 | 0.750 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 30.742 |
| Boulder | 18.723 | 0.186 | 1.028 | 0.000 | 0.000 | 0.000 | 1.608 | 1.619 | 0.000 | 0.000 | 0.000 | 0.900 | 24.064 |
| Broomfield | 15.261 | 0.000 | 2.250 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 17.511 |
| Chaffee | 6.143 | 0.163 | 1.658 | 0.500 | 0.651 | 0.000 | 0.000 | 0.326 | 0.000 | 0.000 | 0.000 | 0.000 | 9.441 |
| Cheyenne | 13.075 | 1.000 | 0.450 | 0.000 | 0.000 | 0.000 | 0.070 | 0.565 | 0.000 | 0.000 | 0.000 | 0.000 | 15.160 |
| Clear Creek | 27.543 | 5.750 | 0.890 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 1.000 | 0.000 | 0.000 | 0.000 | 35.183 |
| Conejos | 18.709 | 1.250 | 4.500 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.250 | 0.000 | 0.250 | 24.959 |
| Costilla | 15.416 | 0.000 | 2.725 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.500 | 0.000 | 0.000 | 18.641 |
| Crowley | 27.937 | 6.750 | 3.250 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 1.500 | 39.437 |
| Custer | 10.995 | 5.000 | 0.750 | 0.000 | 0.000 | 1.500 | 0.000 | 0.000 | 0.000 | 2.000 | 0.000 | 0.000 | 20.245 |
| Delta | 12.908 | 1.000 | 2.050 | 0.080 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 16.038 |
| Denver | 11.276 | 0.000 | 3.835 | 8.433 | 2.949 | 0.000 | 1.010 | 2.528 | 0.000 | 0.000 | 0.000 | 0.500 | 30.531 |
| Dolores | 16.963 | 4.000 | 1.850 | 3.600 | 0.000 | 0.000 | 0.000 | 0.000 | 1.000 | 0.600 | 0.000 | 0.000 | 28.013 |
| Douglas | 13.288 | 4.493 | 0.316 | 0.000 | 0.000 | 0.000 | 1.000 | 0.177 | 0.000 | 0.000 | 0.000 | 0.000 | 19.274 |
| Eagle | 5.285 | 1.359 | 0.240 | 0.000 | 0.000 | 0.054 | 0.000 | 0.000 | 1.500 | 0.061 | 0.000 | 0.000 | 8.499 |
| El Paso | 7.589 | 0.330 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 7.919 |
| Elbert | 16.314 | 9.500 | 1.500 | 0.000 | 0.751 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 28.065 |
| Fremont | 8.543 | 0.850 | 2.701 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.321 | 12.415 |
| Garfield | 10.155 | 0.000 | 1.000 | 0.000 | 0.650 | 0.000 | 0.000 | 1.850 | 0.000 | 0.000 | 0.000 | 0.000 | 13.655 |
| Gilpin | 8.035 | 0.847 | 0.441 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.239 | 0.000 | 0.282 | 0.000 | 9.844 |
| Grand | 11.250 | 0.322 | 0.486 | 0.000 | 1.097 | 0.000 | 2.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 15.155 |
| Gunnison | 13.497 | 0.000 | 0.520 | 0.000 | 0.000 | 0.000 | 1.243 | 0.000 | 1.570 | 0.000 | 0.000 | 0.000 | 16.830 |
| Hinsdale | 15.567 | 0.956 | 0.000 | 0.000 | 0.880 | 0.000 | 0.280 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 17.683 |
| Huerfano | 17.186 | 0.100 | 2.500 | 0.000 | 0.900 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 20.686 |
| Jackson | 12.904 | 0.000 | 0.659 | 0.000 | 0.000 | 0.470 | 0.000 | 0.235 | 1.412 | 0.000 | 0.470 | 0.000 | 16.150 |
| Jefferson | 12.307 | 3.280 | 1.710 | 0.000 | 0.000 | 0.000 | 1.000 | 1.912 | 4.500 | 0.000 | 0.000 | 0.000 | 24.709 |
| Kiowa | 29.568 | 4.750 | 1.800 | 0.000 | 0.000 | 0.000 | 5.000 | 1.615 | 0.000 | 0.000 | 0.000 | 3.820 | 46.553 |
| Kit Carson | 25.717 | 8.500 | 0.750 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 3.000 | 0.000 | 37.967 |
| La Plata | 7.348 | 0.710 | 0.443 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 8.501 |
| Lake | 27.242 | 0.000 | 0.498 | 0.000 | 0.000 | 0.002 | 3.195 | 3.786 | 0.000 | 1.449 | 0.000 | 0.000 | 36.172 |
| Larimer | 18.309 | 1.000 | 1.789 | 0.000 | 0.000 | 0.000 | 1.423 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 22.521 |
| Las Animas | 8.348 | 0.000 | 0.750 | 0.000 | 0.000 | 0.000 | 0.000 | 0.250 | 0.000 | 0.035 | 0.000 | 0.000 | 9.383 |
| Lincoln | 14.000 | 10.500 | 2.500 | 0.000 | 0.000 | 0.000 | 3.250 | 4.000 | 0.250 | 0.000 | 1.000 | 0.000 | 35.500 |
| Logan | 21.935 | 2.400 | 2.700 | 0.000 | 0.000 | 0.000 | 0.000 | 0.250 | 0.100 | 0.000 | 0.000 | 0.000 | 27.385 |
| Mesa | 9.141 | 0.443 | 2.331 | 0.000 | 0.000 | 0.000 | 0.294 | 0.000 | 0.005 | 0.000 | 0.000 | 0.000 | 12.214 |
| Mineral | 23.917 | 1.388 | 0.992 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 26.297 |
| Moffat | 18.588 | 0.000 | 1.120 | 0.000 | 0.000 | 0.000 | 3.000 | 0.000 | 1.205 | 0.000 | 0.000 | 0.000 | 23.913 |
| Montezuma | 10.338 | 2.616 | 1.300 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 14.254 |
| Montrose | 20.022 | 0.000 | 3.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 23.022 |
| Morgan | 19.470 | 7.500 | 2.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 28.970 |
| Otero | 12.044 | 4.154 | 3.000 | 0.000 | 0.000 | 0.500 | 0.000 | 2.250 | 0.000 | 0.000 | 0.000 | 0.000 | 21.948 |
| Ouray | 9.094 | 1.503 | 0.553 | 0.000 | 0.000 | 0.000 | 2.004 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 13.154 |
| Park | 19.003 | 0.932 | 0.725 | 0.000 | 0.104 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 20.764 |
| Phillips | 21.450 | 4.230 | 1.600 | 0.000 | 0.000 | 0.000 | 0.000 | 1.000 | 0.000 | 0.000 | 0.000 | 0.000 | 28.280 |
| Pitkin | 2.347 | 0.173 | 0.065 | 0.000 | 0.000 | 0.000 | 0.757 | 0.000 | 4.023 | 0.000 | 0.000 | 0.000 | 7.365 |
| Prowers | 21.670 | 3.000 | 2.500 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 27.170 |

860

BLM_0039651

## 2016 County Property Tax Mill Levies by Type of Expenditure

| | General Fund | Road and Bridge | Public Welfare | Exempt ^ From Revenue Limit | Pension and Retirement | Self Insurance | Health # Services | Capital + Funds | Recreation * Services | Sinking and Contingency | Solid Waste Disposal | Public ~ Services | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pueblo | 24.185 | 0.948 | 3.000 | 0.682 | 1.790 | 0.000 | 0.262 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 30.867 |
| Rio Blanco | 4.200 | 3.500 | 0.000 | 0.000 | 0.000 | 0.000 | 0.200 | 1.150 | 0.000 | 0.000 | 0.000 | 0.000 | 9.050 |
| Rio Grande | 11.417 | 1.500 | 2.300 | 0.000 | 0.000 | 0.000 | 0.350 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 15.567 |
| Routt | 12.124 | 0.785 | 0.528 | 0.000 | 0.000 | 0.000 | 1.000 | 0.000 | 0.300 | 1.500 | 0.000 | 1.330 | 17.567 |
| Saguache | 18.978 | 0.000 | 3.200 | 0.000 | 0.000 | 0.000 | 0.500 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 22.678 |
| San Juan | 19.247 | 0.350 | 0.291 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 19.888 |
| San Miguel | 6.175 | 1.900 | 0.155 | 0.000 | 0.390 | 0.000 | 0.000 | 0.000 | 1.500 | 0.000 | 0.000 | 0.000 | 10.120 |
| Sedgwick | 19.025 | 6.500 | 1.500 | 0.000 | 0.000 | 0.000 | 3.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 30.025 |
| Summit | 4.865 | 0.814 | 0.229 | 3.130 | 0.000 | 0.000 | 0.000 | 1.424 | 4.624 | 0.000 | 0.000 | 0.000 | 15.086 |
| Teller | 12.705 | 0.408 | 1.158 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.402 | 0.000 | 0.000 | 14.673 |
| Washington | 25.039 | 1.250 | 1.750 | 0.000 | 0.000 | 0.000 | 0.000 | 0.501 | 0.250 | 0.000 | 1.500 | 0.000 | 30.290 |
| Weld | 10.300 | 1.837 | 1.284 | 0.000 | 0.000 | 0.223 | 0.000 | 1.266 | 0.000 | 0.890 | 0.000 | 0.000 | 15.800 |
| Yuma | 16.756 | 2.529 | 1.000 | 0.000 | 0.000 | 0.500 | 0.000 | 0.000 | 1.000 | 0.000 | 0.000 | 0.000 | 21.785 |
| Colorado | 986.198 | 135.315 | 96.938 | 16.725 | 11.912 | 3.249 | 33.703 | 27.215 | 24.978 | 7.187 | 6.252 | 8.621 | 1358.293 |

^Exempt From Revenue Limit includes Bond Redemption and Interest, Special Assessor Levy, SBOE Reappraisal Reimbursement, Judicial Debt Service, Special Judgment Fund, Debt Service

#Health Services includes Ambulance, Public Hospital, Developmentally Disabled, Mental Health, Public Health, Public Nursing

+Capital Funds includes Capital Expenditures, Capital Improvements, Capital Equipment, Lease Purchase

*Recreation Services includes Library, TV Translator, Museum, Community Center Board, Library Capital Reserve, Recreation, Fair, Conservation Trust, Home Rule Charter, Open Space, Public Lands

~Public Services includes Airport, Fire, Public Bldg and Maintenance, Public Safety, Jail, Weed Control, Contractual Obligations, Communications, Senior Citizens, Homeland Security, Public Works, Affordable Housing

BLM_0039652

## 2016 Special District Property Tax Revenue by Type of District by County

| | Metropolitan Districts | Park and Recreation Districts | Fire Districts | Hospital Districts | Water -- and Sanitation Districts | Library Districts | Other + Independent Districts | County * Districts | Municipal ~ Districts | Natural # Resources Districts | IGA ^ Authority | Total Special Districts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adams | $39,420,995 | $5,952,547 | $36,301,421 | $0 | $4,963,504 | $14,694,605 | $3,351,927 | $0 | $7,097,199 | $1,352,016 | $0 | $113,134,215 |
| Alamosa | $468,354 | $0 | $441,336 | $0 | $70,971 | $0 | $480,577 | $17,326 | $0 | $455,644 | $0 | $1,934,208 |
| Arapahoe | $71,628,750 | $22,884,921 | $45,914,975 | $0 | $7,286,693 | $30,415,432 | $6,357,479 | $14,656,587 | $4,681,766 | $11,403 | $0 | $203,838,007 |
| Archuleta | $440,291 | $0 | $1,101,993 | $1,056,711 | $1,984,691 | $445,073 | $0 | $0 | $33,580 | $185,025 | $0 | $5,247,364 |
| Baca | $0 | $176,446 | $7,826 | $1,112,627 | $0 | $0 | $0 | $125,413 | $0 | $0 | $0 | $1,422,312 |
| Bent | $0 | $0 | $456,328 | $0 | $0 | $90,965 | $0 | $172,099 | $0 | $130,098 | $0 | $849,490 |
| Boulder | $6,803,858 | $105,046 | $25,775,928 | $0 | $833,133 | $1,194,323 | $2,840,293 | $122,557 | $3,705,287 | $6,666,706 | $0 | $48,047,132 |
| Broomfield | $20,632,677 | $25,852 | $19,359,539 | $0 | $0 | $0 | $722,165 | $0 | $0 | $723,430 | $0 | $41,463,664 |
| Chaffee | $0 | $0 | $1,000,665 | $707,048 | $105,291 | $1,184,263 | $0 | $0 | $0 | $477,966 | $0 | $3,475,233 |
| Cheyenne | $0 | $5,173 | $155,357 | $1,668,852 | $21,973 | $78,658 | $0 | $171,285 | $0 | $0 | $0 | $2,101,297 |
| Clear Creek | $134,495 | $2,524,651 | $756,622 | $0 | $156,118 | $1,038,369 | $0 | $1,817,854 | $0 | $6 | $0 | $6,428,115 |
| Conejos | $0 | $0 | $327,018 | $0 | $0 | $139,562 | $0 | $88,207 | $0 | $347,509 | $0 | $902,297 |
| Costilla | $538,652 | $0 | $457,454 | $0 | $23,777 | $0 | $290,483 | $0 | $0 | $148,982 | $0 | $1,459,348 |
| Crowley | $0 | $0 | $7,346 | $0 | $0 | $0 | $0 | $0 | $0 | $84,963 | $0 | $92,308 |
| Custer | $0 | $0 | $415,629 | $753,336 | $43,892 | $188,906 | $0 | $0 | $0 | $49,072 | $0 | $1,450,835 |
| Delta | $438,906 | $91,829 | $995,778 | $307,503 | $180 | $936,557 | $457,493 | $151,864 | $0 | $408,207 | $0 | $3,788,316 |
| Denver | $56,386,780 | $0 | $114,446 | $0 | $103,753 | $0 | $9,053,674 | $0 | $6,005,825 | $0 | $0 | $71,664,477 |
| Dolores | $0 | $99,238 | $584,365 | $0 | $0 | $0 | $319,289 | $171,014 | $0 | $108,262 | $0 | $1,282,168 |
| Douglas | $109,903,517 | $5,716,429 | $33,982,363 | $0 | $10,982,148 | $22,875,133 | $3,753,720 | $15,795,700 | $333,420 | $13,535 | $0 | $203,355,965 |
| Eagle | $33,758,726 | $6,138,336 | $14,798,791 | $7,781,767 | $3,601,688 | $6,051,782 | $0 | $651,861 | $40,190 | $775,450 | $0 | $73,598,593 |
| El Paso | $21,210,892 | $0 | $17,972,526 | $0 | $3,798,290 | $26,186,859 | $0 | $264,066 | $5,889,941 | $5,550,451 | $0 | $80,873,025 |
| Elbert | $1,501,708 | $416,695 | $3,395,023 | $0 | $90,998 | $765,445 | $0 | $83,900 | $0 | $6,900 | $0 | $6,260,675 |
| Fremont | $236,411 | $789,195 | $4,558,776 | $37,125 | $176,890 | $385,200 | $0 | $0 | $0 | $500,852 | $0 | $6,764,448 |
| Garfield | $117,411 | $1,968,343 | $10,962,872 | $8,543,572 | $408,096 | $2,214,360 | $0 | $30,864 | $86,087 | $739,766 | $0 | $24,971,371 |
| Gilpin | $1,797,183 | $0 | $624,472 | $0 | $44,219 | $0 | $0 | $2,283,877 | $0 | $0 | $0 | $4,749,751 |
| Grand | $1,974,699 | $2,603,523 | $4,460,588 | $958,738 | $2,629,058 | $2,221,083 | $0 | $69,700 | $313,928 | $203,599 | $0 | $15,434,916 |
| Gunnison | $1,612,608 | $293,892 | $2,353,200 | $0 | $1,215,077 | $0 | $0 | $142,258 | $0 | $1,156,559 | $0 | $6,773,594 |
| Hinsdale | $0 | $0 | $131,602 | $341,090 | $0 | $97,698 | $0 | $16,976 | $0 | $128,930 | $0 | $716,296 |
| Huerfano | $0 | $0 | $484,540 | $436,869 | $141,011 | $565,777 | $0 | $19,444 | $1,997 | $305,423 | $0 | $1,955,061 |
| Jackson | $0 | $0 | $0 | $317,846 | $0 | $0 | $0 | $0 | $0 | $43,637 | $0 | $361,483 |
| Jefferson | $38,789,488 | $20,962,350 | $88,557,620 | $0 | $10,522,333 | $0 | $4,954,838 | $9,376,388 | $1,847,384 | $12,352 | $0 | $175,022,752 |
| Kiowa | $0 | $0 | $0 | $504,866 | $0 | $57,241 | $0 | $62,777 | $0 | $1,707 | $0 | $626,591 |
| Kit Carson | $0 | $0 | $363,838 | $480,962 | $0 | $0 | $0 | $116,621 | $0 | $4,705 | $0 | $966,126 |
| La Plata | $4,191,538 | $34,815 | $7,494,333 | $0 | $1,690,620 | $954,063 | $0 | $180,733 | $243,778 | $1,015,253 | $0 | $15,805,133 |
| Lake | $32,674 | $0 | $0 | $896,529 | $149,054 | $0 | $0 | $0 | $0 | $0 | $0 | $1,078,257 |
| Larimer | $13,577,284 | $2,379,681 | $13,807,077 | $12,129,421 | $1,852,128 | $11,328,184 | $0 | $2,814,685 | $1,435,202 | $4,836,087 | $0 | $64,159,749 |
| Las Animas | $0 | $21,709 | $601,266 | $0 | $0 | $0 | $909,964 | $0 | $0 | $305,888 | $0 | $1,838,827 |
| Lincoln | $0 | $0 | $291,279 | $0 | $0 | $0 | $0 | $14,596 | $0 | $36,154 | $0 | $342,029 |
| Logan | $0 | $0 | $1,216,018 | $0 | $0 | $0 | $0 | $125,163 | $0 | $529,609 | $0 | $1,870,790 |
| Mesa | $2,661,257 | $0 | $5,443,528 | $859,012 | $0 | $5,560,420 | $0 | $262,107 | $405,559 | $2,954,589 | $0 | $18,146,473 |
| Mineral | $0 | $0 | $157,864 | $14,486 | $0 | $0 | $0 | $0 | $0 | $93,115 | $0 | $265,466 |
| Moffat | $0 | $0 | $998,366 | $0 | $0 | $0 | $0 | $0 | $0 | $441,575 | $0 | $1,439,941 |
| Montezuma | $170,816 | $493,922 | $3,530,068 | $641,122 | $428,097 | $616,102 | $0 | $959,422 | $0 | $1,380,923 | $0 | $8,220,470 |
| Montrose | $111,874 | $1,705,384 | $4,086,559 | $0 | $54,574 | $1,541,759 | $0 | $71,293 | $111,084 | $1,213,339 | $0 | $8,895,866 |
| Morgan | $0 | $0 | $845,660 | $1,035,838 | $153,161 | $797,805 | $0 | $39,367 | $0 | $475,029 | $0 | $3,346,860 |
| Otero | $0 | $0 | $646,061 | $0 | $2,563 | $0 | $0 | $0 | $0 | $274,456 | $0 | $923,080 |
| Ouray | $278,692 | $8,526 | $430,221 | $0 | $74,104 | $403,127 | $39,531 | $35,235 | $0 | $279,842 | $0 | $1,549,277 |
| Park | $305,382 | $394,404 | $3,905,418 | $0 | $231,763 | $0 | $953,472 | $0 | $0 | $434,238 | $0 | $6,224,677 |

BLM_0039653

## 2016 Special District Property Tax Revenue by Type of District by County

| | Metropolitan Districts | Park and Recreation Districts | Fire Districts | Hospital Districts | Water -- and Sanitation Districts | Library Districts | Other + Independent Districts | County * Districts | Municipal ~ Districts | Natural # Resources Districts | IGA ^ Authority | Total Special Districts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Phillips | $0 | $0 | $132,750 | $1,201,681 | $0 | $0 | $0 | $129,259 | $0 | $37,181 | $0 | $1,500,872 |
| Pitkin | $7,924,308 | $1,133,644 | $9,268,232 | $8,135,163 | $3,404,884 | $4,964,457 | $0 | $1,158,992 | $235,744 | $755,111 | $0 | $36,980,534 |
| Prowers | $0 | $0 | $80,449 | $350,373 | $31,255 | $0 | $0 | $178,541 | $0 | $186,907 | $0 | $827,526 |
| Pueblo | $4,975,227 | $0 | $3,528,634 | $0 | $207,502 | $9,086,166 | $0 | $25,785 | $0 | $3,051,350 | $0 | $20,874,663 |
| Rio Blanco | $0 | $5,333,549 | $1,679,103 | $9,675,020 | $136,410 | $1,398,644 | $0 | $812,187 | $0 | $448,147 | $0 | $19,483,061 |
| Rio Grande | $0 | $0 | $734,112 | $0 | $20,948 | $272,014 | $0 | $78,784 | $0 | $495,151 | $0 | $1,601,010 |
| Routt | $1,095,605 | $0 | $2,558,714 | $412,130 | $483,886 | $3,566,541 | $0 | $153,564 | $0 | $2,220,183 | $0 | $10,490,623 |
| Saguache | $0 | $686 | $315,303 | $11,662 | $655,212 | $199,981 | $185,297 | $0 | $0 | $166,084 | $0 | $1,534,225 |
| San Juan | $0 | $0 | $42,255 | $0 | $0 | $0 | $0 | $0 | $0 | $16,789 | $0 | $59,044 |
| San Miguel | $3,633,997 | $33,673 | $2,448,696 | $1,704,825 | $11,781 | $3,148,075 | $558,113 | $139,294 | $0 | $315,616 | $0 | $11,994,070 |
| Sedgwick | $0 | $0 | $91,026 | $0 | $0 | $0 | $0 | $36,122 | $0 | $40,853 | $0 | $168,001 |
| Summit | $6,641,101 | $0 | $14,443,492 | $153,183 | $404,330 | $0 | $0 | $0 | $0 | $537,762 | $0 | $22,179,869 |
| Teller | $217,283 | $0 | $2,928,173 | $916,342 | $194,143 | $1,470,870 | $1,021,639 | $0 | $0 | $19,058 | $0 | $6,767,509 |
| Washington | $0 | $0 | $230,892 | $0 | $4,038 | $0 | $0 | $56,048 | $0 | $14,378 | $0 | $305,356 |
| Weld | $36,175,295 | $7,899,418 | $61,432,434 | $0 | $385,200 | $29,493,024 | $0 | $17,842 | $140,338 | $15,226,690 | $0 | $150,770,240 |
| Yuma | $0 | $0 | $527,522 | $1,090,468 | $1,454 | $0 | $0 | $1,566,846 | $0 | $143,798 | $0 | $3,330,088 |
| Colorado | $489,788,735 | $90,193,876 | $460,615,736 | $64,236,169 | $59,780,892 | $186,628,523 | $36,249,952 | $52,980,630 | $34,892,186 | $58,618,316 | $0 | $1,533,985,014 |

-- Water and Sanitation Districts include Metropolitan Sewage Disposal Districts, Metropolitan Water Districts, Sanitation Districts, Water & Sanitation Districts, Water Districts

+ Other Independent Districts include Ambulance Districts, Cherry Creek Basin Water Quality Authority , Colorado Intermountain Fixed Guideway Authority , Colorado Travel And Tourism Authority , Denver Metropolitan Major League Baseball Stadium District, Denver Metropolitan Scientific & Cultural Facilities District, Moffat Tunnel Authority , Pueblo Depot Activity Development Authority , Rail Districts, Regional Service Authorities, Regional Transportation Authorities, Regional Transportation District, Scientific & Cultural Facilities Districts, Tunnel Districts, University Of Colorado Hospital Authority , Urban Drainage & Flood Control District

* County Districts include Cemetery Districts, County Disposal Districts, County Housing Authorities, County Pest Control Districts, County Recreation Districts, County Water & Sanitation Facilities, Law Enforcement Authorities, Local Improvement Districts (County), Public Improvement Districts (County), Special Taxing Districts of Home Rule County

~ Municipal Districts include Business Improvement Districts, Downtown Development Authorities, General Improvement Districts (Municipal), Special Improvement Districts (Municipal, Incl. Storm Sewer), Tax Increment Finance (TIF) URA/DDA Plan Areas, Urban Renewal Authorities

# Natural Resources Districts include Conservancy Districts (Flood Control), Conservation Districts (River Water), Conservation Districts (Soil), Drainage Districts, Grand Valley Drainage District, Ground Water Management Districts, Internal Improvement Districts (Flood Control), Irrigation Districts (Irrigation Drainage), Mine Drainage Districts, Water Conservancy Districts

^IGA Authority Districts include Airport Authorities, Authorities (Intergovernmental Contract), Emergency Telephone Service (911 Authorities), Housing Authorities (Municipal), Power Authorities, Public Highway Authorities, Water Authorities

BLM_0039654

## 2016 Percent Special District Propert Tax Revenues by Type of District by County

| | Metropolitan Districts | Park and Recreation Districts | Fire Districts | Hospital Districts | Water -- and Sanitation Districts | Library Districts | Other + Independent Districts | County * Districts | Municipal ~ Districts | Natural # Resources Districts | IGA ^ Authority | Total Special Districts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adams | 34.8% | 5.3% | 32.1% | 0.0% | 4.4% | 13.0% | 3.0% | 0.0% | 6.3% | 1.2% | 0.0% | 100.0% |
| Alamosa | 24.2% | 0.0% | 22.8% | 0.0% | 3.7% | 0.0% | 24.8% | 0.9% | 0.0% | 23.6% | 0.0% | 100.0% |
| Arapahoe | 35.1% | 11.2% | 22.5% | 0.0% | 3.6% | 14.9% | 3.1% | 7.2% | 2.3% | 0.0% | 0.0% | 100.0% |
| Archuleta | 8.4% | 0.0% | 21.0% | 20.1% | 37.8% | 8.5% | 0.0% | 0.0% | 0.6% | 3.5% | 0.0% | 100.0% |
| Baca | 0.0% | 12.4% | 0.6% | 78.2% | 0.0% | 0.0% | 0.0% | 8.8% | 0.0% | 0.0% | 0.0% | 100.0% |
| Bent | 0.0% | 0.0% | 53.7% | 0.0% | 0.0% | 10.7% | 0.0% | 20.3% | 0.0% | 15.3% | 0.0% | 100.0% |
| Boulder | 14.2% | 0.2% | 53.6% | 0.0% | 1.7% | 2.5% | 5.9% | 0.3% | 7.7% | 13.9% | 0.0% | 100.0% |
| Broomfield | 49.8% | 0.1% | 46.7% | 0.0% | 0.0% | 0.0% | 1.7% | 0.0% | 0.0% | 1.7% | 0.0% | 100.0% |
| Chaffee | 0.0% | 0.0% | 28.8% | 20.3% | 3.0% | 34.1% | 0.0% | 0.0% | 0.0% | 13.8% | 0.0% | 100.0% |
| Cheyenne | 0.0% | 0.2% | 7.4% | 79.4% | 1.0% | 3.7% | 0.0% | 8.2% | 0.0% | 0.0% | 0.0% | 100.0% |
| Clear Creek | 2.1% | 39.3% | 11.8% | 0.0% | 2.4% | 16.2% | 0.0% | 28.3% | 0.0% | 0.0% | 0.0% | 100.0% |
| Conejos | 0.0% | 0.0% | 36.2% | 0.0% | 0.0% | 15.5% | 0.0% | 9.8% | 0.0% | 38.5% | 0.0% | 100.0% |
| Costilla | 36.9% | 0.0% | 31.3% | 0.0% | 1.6% | 0.0% | 19.9% | 0.0% | 0.0% | 10.2% | 0.0% | 100.0% |
| Crowley | 0.0% | 0.0% | 8.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 92.0% | 0.0% | 100.0% |
| Custer | 0.0% | 0.0% | 28.6% | 51.9% | 3.0% | 13.0% | 0.0% | 0.0% | 0.0% | 3.4% | 0.0% | 100.0% |
| Delta | 11.6% | 2.4% | 26.3% | 8.1% | 0.0% | 24.7% | 12.1% | 4.0% | 0.0% | 10.8% | 0.0% | 100.0% |
| Denver | 78.7% | 0.0% | 0.2% | 0.0% | 0.1% | 0.0% | 12.6% | 0.0% | 8.4% | 0.0% | 0.0% | 100.0% |
| Dolores | 0.0% | 7.7% | 45.6% | 0.0% | 0.0% | 0.0% | 24.9% | 13.3% | 0.0% | 8.4% | 0.0% | 100.0% |
| Douglas | 53.9% | 2.8% | 16.7% | 0.0% | 5.4% | 11.2% | 2.1% | 7.8% | 0.2% | 0.0% | 0.0% | 100.0% |
| Eagle | 45.9% | 8.3% | 20.1% | 10.6% | 4.9% | 8.2% | 0.0% | 0.9% | 0.1% | 1.1% | 0.0% | 100.0% |
| El Paso | 25.6% | 0.0% | 21.7% | 0.0% | 4.6% | 31.6% | 2.3% | 0.3% | 7.1% | 6.7% | 0.0% | 100.0% |
| Elbert | 24.0% | 6.7% | 54.2% | 0.0% | 1.5% | 12.2% | 0.0% | 1.3% | 0.0% | 0.1% | 0.0% | 100.0% |
| Fremont | 3.5% | 11.7% | 67.4% | 0.5% | 2.6% | 5.7% | 0.0% | 0.0% | 0.0% | 8.6% | 0.0% | 100.0% |
| Garfield | 0.5% | 7.9% | 43.5% | 34.2% | 1.6% | 8.9% | 0.0% | 0.1% | 0.3% | 2.9% | 0.0% | 100.0% |
| Gilpin | 37.8% | 0.0% | 13.1% | 0.0% | 0.9% | 0.0% | 0.0% | 0.0% | 48.1% | 0.0% | 0.0% | 100.0% |
| Grand | 12.8% | 16.9% | 28.5% | 6.2% | 17.0% | 14.4% | 0.0% | 0.5% | 2.0% | 1.3% | 0.0% | 100.0% |
| Gunnison | 23.8% | 4.3% | 34.7% | 0.0% | 17.9% | 0.0% | 0.0% | 2.1% | 0.0% | 17.1% | 0.0% | 100.0% |
| Hinsdale | 0.0% | 0.0% | 18.4% | 47.6% | 0.0% | 13.6% | 0.0% | 2.4% | 0.0% | 18.0% | 0.0% | 100.0% |
| Huerfano | 0.0% | 0.0% | 24.8% | 22.3% | 7.2% | 28.9% | 0.0% | 1.0% | 0.1% | 15.6% | 0.0% | 100.0% |
| Jackson | 0.0% | 0.0% | 0.0% | 87.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 12.1% | 0.0% | 100.0% |
| Jefferson | 22.2% | 12.0% | 50.6% | 0.0% | 6.0% | 0.0% | 2.8% | 5.4% | 1.1% | 0.0% | 0.0% | 100.0% |
| Kiowa | 0.0% | 0.0% | 0.0% | 80.6% | 0.0% | 9.1% | 0.0% | 10.0% | 0.0% | 0.3% | 0.0% | 100.0% |
| Kit Carson | 0.0% | 0.0% | 37.7% | 49.8% | 0.0% | 0.0% | 0.0% | 12.1% | 0.0% | 0.5% | 0.0% | 100.0% |
| La Plata | 26.5% | 0.2% | 47.4% | 0.0% | 10.7% | 6.0% | 0.0% | 1.1% | 1.5% | 6.4% | 0.0% | 100.0% |
| Lake | 3.0% | 0.0% | 0.0% | 83.1% | 13.8% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Larimer | 21.2% | 3.7% | 21.5% | 18.9% | 2.9% | 17.7% | 0.0% | 4.4% | 2.2% | 7.5% | 0.0% | 100.0% |
| Las Animas | 0.0% | 1.2% | 32.7% | 0.0% | 0.0% | 0.0% | 49.5% | 0.0% | 0.0% | 16.6% | 0.0% | 100.0% |
| Lincoln | 0.0% | 0.0% | 85.2% | 0.0% | 0.0% | 0.0% | 0.0% | 4.3% | 0.0% | 10.6% | 0.0% | 100.0% |
| Logan | 0.0% | 0.0% | 65.0% | 0.0% | 0.0% | 0.0% | 0.0% | 6.7% | 0.0% | 28.3% | 0.0% | 100.0% |
| Mesa | 14.7% | 0.0% | 30.0% | 4.7% | 0.0% | 30.6% | 0.0% | 1.4% | 2.2% | 16.3% | 0.0% | 100.0% |
| Mineral | 0.0% | 0.0% | 59.5% | 5.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 35.1% | 0.0% | 100.0% |
| Moffat | 0.0% | 0.0% | 69.3% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 30.7% | 0.0% | 100.0% |
| Montezuma | 2.1% | 6.0% | 42.9% | 7.8% | 5.2% | 7.5% | 0.0% | 11.7% | 0.0% | 16.8% | 0.0% | 100.0% |
| Montrose | 1.3% | 19.2% | 45.9% | 0.0% | 0.6% | 17.3% | 0.0% | 0.8% | 1.2% | 13.6% | 0.0% | 100.0% |
| Morgan | 0.0% | 0.0% | 25.3% | 30.9% | 4.6% | 23.8% | 0.0% | 1.2% | 0.0% | 14.2% | 0.0% | 100.0% |
| Otero | 0.0% | 0.0% | 70.0% | 0.0% | 0.3% | 0.0% | 0.0% | 0.0% | 0.0% | 29.7% | 0.0% | 100.0% |
| Ouray | 18.0% | 0.6% | 27.8% | 0.0% | 4.8% | 26.0% | 2.6% | 2.3% | 0.0% | 18.1% | 0.0% | 100.0% |
| Park | 4.9% | 6.3% | 62.7% | 0.0% | 3.7% | 0.0% | 15.3% | 0.0% | 0.0% | 7.0% | 0.0% | 100.0% |

BLM_0039655

864

# 2016 Percent Special District Propert Tax Revenues by Type of District by County

| | Metropolitan Districts | Park and Recreation Districts | Fire Districts | Hospital Districts | Water -- and Sanitation Districts | Library Districts | Other + Independent Districts | County * Districts | Municipal ~ Districts | Natural # Resources Districts | IGA ^ Authority | Total Special Districts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Phillips | 0.0% | 0.0% | 8.8% | 80.1% | 0.0% | 0.0% | 0.0% | 8.6% | 0.0% | 2.5% | 0.0% | 100.0% |
| Pitkin | 21.4% | 3.1% | 25.1% | 22.0% | 9.2% | 13.4% | 0.0% | 3.1% | 0.6% | 2.0% | 0.0% | 100.0% |
| Prowers | 0.0% | 0.0% | 9.7% | 42.3% | 3.8% | 0.0% | 0.0% | 21.6% | 0.0% | 22.6% | 0.0% | 100.0% |
| Pueblo | 23.8% | 0.0% | 16.9% | 0.0% | 1.0% | 43.4% | 0.2% | 0.1% | 0.0% | 14.6% | 0.0% | 100.0% |
| Rio Blanco | 0.0% | 27.4% | 8.6% | 49.7% | 0.7% | 7.2% | 0.0% | 4.2% | 0.0% | 2.3% | 0.0% | 100.0% |
| Rio Grande | 0.0% | 0.0% | 45.9% | 0.0% | 1.3% | 17.0% | 0.0% | 4.9% | 0.0% | 30.9% | 0.0% | 100.0% |
| Routt | 10.4% | 0.0% | 24.4% | 3.9% | 4.6% | 34.0% | 0.0% | 1.5% | 0.0% | 21.2% | 0.0% | 100.0% |
| Saguache | 0.0% | 0.0% | 20.6% | 0.8% | 42.7% | 13.0% | 12.1% | 0.0% | 0.0% | 10.8% | 0.0% | 100.0% |
| San Juan | 0.0% | 0.0% | 71.6% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 28.4% | 0.0% | 100.0% |
| San Miguel | 30.3% | 0.3% | 20.4% | 14.2% | 0.1% | 26.2% | 4.7% | 1.2% | 0.0% | 2.6% | 0.0% | 100.0% |
| Sedgwick | 0.0% | 0.0% | 54.2% | 0.0% | 0.0% | 0.0% | 0.0% | 21.5% | 0.0% | 24.3% | 0.0% | 100.0% |
| Summit | 29.9% | 0.0% | 65.1% | 0.7% | 1.8% | 0.0% | 0.0% | 0.0% | 0.0% | 2.4% | 0.0% | 100.0% |
| Teller | 3.2% | 0.0% | 43.3% | 13.5% | 2.9% | 21.7% | 15.1% | 0.0% | 0.0% | 0.3% | 0.0% | 100.0% |
| Washington | 0.0% | 0.0% | 75.6% | 0.0% | 1.3% | 0.0% | 0.0% | 18.4% | 0.0% | 4.7% | 0.0% | 100.0% |
| Weld | 24.0% | 5.2% | 40.7% | 0.0% | 0.3% | 19.6% | 0.0% | 0.0% | 0.1% | 10.1% | 0.0% | 100.0% |
| Yuma | 0.0% | 0.0% | 15.8% | 32.7% | 0.0% | 0.0% | 0.0% | 47.1% | 0.0% | 4.3% | 0.0% | 100.0% |
| Colorado | 31.9% | 5.9% | 30.0% | 4.2% | 3.9% | 12.1% | 2.5% | 3.4% | 2.3% | 3.8% | | 100.0% |

-- Water and Sanitation Districts include Metropolitan Sewage Disposal Districts, Metropolitan Water Districts, Sanitation Districts, Water & Sanitation Districts, Water Districts

+ Other Independent Districts include Ambulance Districts, Cherry Creek Basin Water Quality Authority, Colorado Intermountain Fixed Guideway Authority, Colorado Travel And Tourism Authority, Denver Metropolitan Major League Baseball Stadium District, Denver Metropolitan Scientific & Cultural Facilities District, Moffat Tunnel Authority, Pueblo Depot Activity Development Authority, Rail Districts, Regional Service Authorities, Regional Transportation Authorities, Regional Transportation District, Scientific & Cultural Facilities Districts, Tunnel Districts, University Of Colorado Hospital Authority, Urban Drainage & Flood Control District

* County Districts include Cemetery Districts, County Disposal Districts, County Housing Authorities, County Pest Control Districts, County Recreation Districts, County Water & Sanitation Facilities, Law Enforcement Authorities, Local Improvement Districts (County), Public Improvement Districts (County), Special Taxing Districts of Home Rule County

~ Municipal Districts include Business Improvement Districts, Downtown Development Authorities, General Improvement Districts (Municipal), Special Improvement Districts (Municipal, Incl. Storm Sewer), Tax Increment Finance (TIF) URA/DDA Plan Areas, Urban Renewal Authorities

# Natural Resources Districts include Conservancy Districts (Flood Control), Conservation Districts (River Water), Conservation Districts (Soil), Drainage Districts, Grand Valley Drainage District, Ground Water Management Districts, Internal Improvement Districts (Flood Control), Irrigation Districts (Irrigation Drainage), Mine Drainage Districts, Water Conservancy Districts

^ IGA Authority Districts include Airport Authorities, Authorities (Intergovernmental Contract), Emergency Telephone Service (911 Authorities), Housing Authorities (Municipal), Power Authorities, Public Highway Authorities, Water Authorities

BLM_0039656

BLM_0039657



COLORADO
Department of Local Affairs

- [Home](#)
- [Population](#)
- [Births, Deaths, Migration](#)
- [Economy & Labor Force](#)
- [Housing & Households](#)
- [Census & ACS](#)

[Home](#) > [Population](#) > [Data](#) > Historical Census Lookup

# Historical Census Data – Counties and Municipalities

Select 1 or more counties:



| Adams |
| Alamosa |
| Arapahoe |
| Archuleta |
| Baca |

Select 1 or more municipalities:

| Aguilar |
| Akron |
| Alamosa |
| Alma |
| Altman |

Select 1 or more years:

| 1870 |
| 1880 |
| 1890 |
| 1900 |
| 1910 |

BLM_0039658

View Results

Download CSV

| AREA(S) | TYPE | YEAR | Total Population |
|---|---|---|---|
| Delta | C | 1980 | 21225 |
| Delta | C | 1990 | 20980 |
| Gunnison | C | 1980 | 10689 |
| Gunnison | C | 1990 | 10273 |
| Mesa | C | 1980 | 81530 |
| Mesa | C | 1990 | 93145 |
| Montrose | C | 1980 | 24352 |
| Montrose | C | 1990 | 24423 |
| Ouray | C | 1980 | 1925 |
| Ouray | C | 1990 | 2295 |
| San Miguel | C | 1980 | 3192 |
| San Miguel | C | 1990 | 3653 |

About the State Demography Office | Contact Us | Search Demography | Send Feedback

About DOLA | Careers @ DOLA | Contact DOLA

© 2018 State of Colorado | Transparency Online | Accessibility | Credits

BLM_0039659



# Colorado Division of Reclamtion, Mining and Safety
## Monthly Coal Detail Report
### Period    1/2013    through    12/2013

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|-----------|----------|--------|-----|-----|-----------|-------------|----------|-------------|-------------------|----------|------------|----------------|
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Underground | Producing | 338 | 31 | 318,443 | 2 | 0 | 1/2013 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Underground | Producing | 335 | 28 | 261,926 | 0 | 0 | 2/2013 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Underground | Producing | 334 | 31 | 357,521 | 1 | 0 | 3/2013 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Underground | Producing | 334 | 30 | 338,506 | 0 | 0 | 4/2013 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Underground | Producing | 333 | 31 | 352,413 | 0 | 0 | 5/2013 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Underground | Producing | 348 | 30 | 167,313 | 1 | 0 | 6/2013 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Underground | Producing | 350 | 31 | 141,576 | 3 | 0 | 7/2013 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Underground | Producing | 349 | 31 | 210,750 | 0 | 0 | 8/2013 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Underground | Producing | 344 | 30 | 168,906 | 1 | 0 | 9/2013 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Underground | Producing | 347 | 31 | 304,463 | 0 | 0 | 10/2013 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Underground | Producing | 351 | 30 | 308,763 | 0 | 0 | 11/2013 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Underground | Producing | 372 | 30 | 390,116 | 1 | 0 | 12/2013 |
| | | | | | | MINE TOTALS : | | 364 | | 3,320,696 | 9 | 0 | |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 221 | 31 | 190,189 | 0 | 0 | 1/2013 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 218 | 28 | 161,400 | 0 | 0 | 2/2013 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 216 | 31 | 162,317 | 0 | 0 | 3/2013 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 214 | 30 | 236,456 | 1 | 0 | 4/2013 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 209 | 31 | 70,148 | 0 | 0 | 5/2013 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 203 | 30 | 238,338 | 0 | 0 | 6/2013 |

BLM_0039660

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 201 | 31 | 83,841 | 1 | 0 | 7/2013 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 200 | 31 | 290,428 | 1 | 0 | 8/2013 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 199 | 30 | 161,900 | 1 | 0 | 9/2013 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 199 | 31 | 200,572 | 0 | 0 | 10/2013 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 196 | 30 | 232,535 | 0 | 0 | 11/2013 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 195 | 31 | 280,994 | 1 | 0 | 12/2013 |
| | | | | | | | **MINE TOTALS :** | | 365 | 2,309,118 | 5 | 0 | |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 155 | 27 | 81,488 | 0 | 0 | 1/2013 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 154 | 28 | 128,688 | 0 | 0 | 2/2013 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 154 | 28 | 151,709 | 0 | 0 | 3/2013 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 154 | 30 | 212,665 | 0 | 0 | 4/2013 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 154 | 31 | 183,630 | 2 | 0 | 5/2013 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 154 | 30 | 198,799 | 2 | 0 | 6/2013 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 154 | 31 | 157,956 | 1 | 0 | 7/2013 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 148 | 31 | 152,023 | 0 | 0 | 8/2013 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 152 | 30 | 151,367 | 0 | 0 | 9/2013 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 155 | 31 | 236,614 | 2 | 0 | 10/2013 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 154 | 30 | 110,066 | 0 | 0 | 11/2013 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 153 | 30 | 98,489 | 1 | 0 | 12/2013 |
| | | | | | | | **MINE TOTALS :** | | 357 | 1,863,494 | 8 | 0 | |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Underground | Producing | 310 | 30 | 20,304 | 0 | 0 | 1/2013 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Underground | Producing | 296 | 28 | 56,841 | 1 | 0 | 2/2013 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Underground | Producing | 307 | 30 | 81,846 | 1 | 0 | 3/2013 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Underground | Producing | 298 | 30 | 49,004 | 0 | 0 | 4/2013 |

Date of Report:   Tuesday, August 19, 2014

BLM_0039661

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|-----------|----------|--------|-----|-----|-----------|-------------|----------|-------------|-------------------|----------|------------|----------------|
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Underground | Producing | 293 | 28 | 54,765 | 0 | 0 | 5/2013 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Underground | Producing | 289 | 28 | 61,460 | 0 | 0 | 6/2013 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Underground | Producing | 283 | 30 | 46,803 | 0 | 0 | 7/2013 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Underground | Producing | 281 | 31 | 136 | 1 | 0 | 8/2013 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Underground | Producing | 277 | 29 | 4,500 | 0 | 0 | 9/2013 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Underground | Producing | 127 | 23 | 22,330 | 0 | 0 | 10/2013 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Underground | Producing | 127 | 21 | 26,197 | 0 | 0 | 11/2013 |
| 1040 | Elk Creek Mine | Oxbow Mining LLC | Gunnison | 13S | 90W | Underground | Producing | 127 | 5 | 12,197 | 0 | 0 | 12/2013 |
| | | | | | | | **MINE TOTALS :** | | 313 | 436,383 | 3 | 0 | |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 452 | 30 | 645,212 | 0 | 0 | 1/2013 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 451 | 27 | 575,079 | 0 | 0 | 2/2013 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 443 | 31 | 634,508 | 1 | 0 | 3/2013 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 440 | 30 | 720,455 | 0 | 0 | 4/2013 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 439 | 31 | 325,314 | 1 | 0 | 5/2013 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 437 | 30 | 255,628 | 0 | 0 | 6/2013 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 426 | 30 | 687,893 | 1 | 0 | 7/2013 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 407 | 30 | 900,150 | 1 | 0 | 8/2013 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 401 | 30 | 616,306 | 0 | 0 | 9/2013 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 394 | 31 | 881,198 | 0 | 0 | 10/2013 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 389 | 29 | 409,553 | 1 | 0 | 11/2013 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 388 | 30 | 584,331 | 0 | 0 | 12/2013 |
| | | | | | | | **MINE TOTALS :** | | 359 | 7,235,627 | 5 | 0 | |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 101 | 31 | 47,973 | 2 | 0 | 1/2013 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 101 | 28 | 39,977 | 0 | 0 | 2/2013 |

BLM_0039662

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|-----------|----------|--------|-----|-----|-----------|-------------|----------|-------------|-------------------|----------|------------|----------------|
| 1046 | King ll Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 101 | 30 | 64,253 | 0 | 0 | 3/2013 |
| 1046 | King ll Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 101 | 30 | 60,709 | 0 | 0 | 4/2013 |
| 1046 | King ll Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 103 | 30 | 68,483 | 0 | 0 | 5/2013 |
| 1046 | King ll Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 111 | 30 | 59,612 | 1 | 0 | 6/2013 |
| 1046 | King ll Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 111 | 31 | 59,960 | 1 | 0 | 7/2013 |
| 1046 | King ll Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 125 | 31 | 62,197 | 0 | 0 | 8/2013 |
| 1046 | King ll Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 125 | 29 | 72,634 | 0 | 0 | 9/2013 |
| 1046 | King ll Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 127 | 31 | 73,905 | 1 | 0 | 10/2013 |
| 1046 | King ll Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 126 | 28 | 63,131 | 0 | 0 | 11/2013 |
| 1046 | King ll Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 127 | 28 | 64,297 | 0 | 0 | 12/2013 |
| | | | | | | | **MINE TOTALS :** | | 357 | 737,131 | 5 | 0 | |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102W | Underground | Idle | 3 | 4 | 0 | 0 | 0 | 1/2013 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102W | Underground | Idle | 3 | 8 | 0 | 0 | 0 | 2/2013 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102W | Underground | Idle | 3 | 4 | 0 | 0 | 0 | 3/2013 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102W | Underground | Idle | 3 | 4 | 0 | 0 | 0 | 4/2013 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102W | Underground | Idle | 3 | 4 | 0 | 0 | 0 | 5/2013 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102W | Underground | Idle | 3 | 4 | 0 | 0 | 0 | 6/2013 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102W | Underground | Idle | 3 | 4 | 0 | 0 | 0 | 7/2013 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102W | Underground | Idle | 3 | 4 | 0 | 0 | 0 | 8/2013 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102W | Underground | Idle | 3 | 4 | 0 | 0 | 0 | 9/2013 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102W | Underground | Idle | 3 | 4 | 0 | 0 | 0 | 10/2013 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102W | Underground | Idle | 3 | 9 | 0 | 0 | 0 | 11/2013 |
| 168 | McClane Canyon | Central Appalacia Mining | Garfield | 7S | 102W | Underground | Idle | 3 | 20 | 0 | 0 | 0 | 12/2013 |
| | | | | | | | **MINE TOTALS :** | | 73 | 0 | 0 | 0 | |

BLM_0039663

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|-----------|----------|--------|-----|-----|-----------|-------------|----------|-------------|-------------------|----------|------------|----------------|
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 20 | 23 | 0 | 0 | 0 | 1/2013 |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 22 | 20 | 0 | 0 | 0 | 2/2013 |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 28 | 21 | 0 | 0 | 0 | 3/2013 |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 28 | 21 | 0 | 0 | 0 | 4/2013 |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 16 | 21 | 0 | 0 | 0 | 5/2013 |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 16 | 20 | 0 | 0 | 0 | 6/2013 |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 9 | 22 | 0 | 0 | 0 | 7/2013 |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 11 | 21 | 0 | 0 | 0 | 8/2013 |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 15 | 20 | 0 | 0 | 0 | 9/2013 |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 14 | 24 | 0 | 0 | 0 | 10/2013 |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 14 | 24 | 0 | 0 | 0 | 11/2013 |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 13 | 22 | 0 | 0 | 0 | 12/2013 |
| | | | | | | | **MINE TOTALS :** | | 259 | 0 | 0 | 0 | |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 19 | 22 | 30,369 | 0 | 0 | 1/2013 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 19 | 20 | 27,014 | 0 | 0 | 2/2013 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 18 | 21 | 13,189 | 0 | 0 | 3/2013 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 20 | 20 | 21,400 | 0 | 0 | 4/2013 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 20 | 22 | 43,300 | 0 | 0 | 5/2013 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 22 | 20 | 27,586 | 0 | 0 | 6/2013 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 20 | 21 | 31,427 | 0 | 0 | 7/2013 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 20 | 22 | 25,597 | 0 | 0 | 8/2013 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Producing | 20 | 21 | 0 | 0 | 0 | 9/2013 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Idle | 0 | 0 | 0 | 0 | 0 | 10/2013 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Idle | 0 | 0 | 0 | 0 | 0 | 11/2013 |
| 122 | New Horizon Mine | Western Fuels-Colorado, ALLC | Montrose | 46N | 15W | Surface | Idle | 0 | 0 | 0 | 0 | 0 | 12/2013 |

BLM_0039664

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|-----------|----------|--------|-----|-----|-----------|-------------|----------|-------------|-------------------|----------|------------|----------------|
| | | | | | | | **MINE TOTALS :** | | 189 | 219,882 | 0 | 0 | |
| 1050 | New Horizon North | Western Fuels-Colorado ALLC | Montrose | 47 | 16 | Surface | Producing | 20 | 23 | 7,250 | 0 | 0 | 10/2013 |
| 1050 | New Horizon North | Western Fuels-Colorado ALLC | Montrose | 47 | 16 | Surface | Producing | 20 | 21 | 23,253 | 0 | 0 | 11/2013 |
| 1050 | New Horizon North | Western Fuels-Colorado ALLC | Montrose | 47 | 16 | Surface | Producing | 20 | 22 | 30,097 | 0 | 0 | 12/2013 |
| | | | | | | | **MINE TOTALS :** | | 66 | 60,600 | 0 | 0 | |
| 1049 | Sage Creek | Peabody Energy | Routt | 5N | 87W | Underground | Idle | 9 | 22 | 0 | 0 | 0 | 1/2013 |
| 1049 | Sage Creek | Peabody Energy | Routt | 5N | 87W | Underground | Idle | 5 | 20 | 0 | 0 | 0 | 2/2013 |
| 1049 | Sage Creek | Peabody Energy | Routt | 5N | 87W | Underground | Idle | 4 | 21 | 0 | 0 | 0 | 3/2013 |
| 1049 | Sage Creek | Peabody Energy | Routt | 5N | 87W | Underground | Idle | 4 | 22 | 0 | 0 | 0 | 4/2013 |
| 1049 | Sage Creek | Peabody Energy | Routt | 5N | 87W | Underground | Idle | 4 | 23 | 0 | 0 | 0 | 5/2013 |
| 1049 | Sage Creek | Peabody Energy | Routt | 5N | 87W | Underground | Idle | 3 | 20 | 0 | 0 | 0 | 6/2013 |
| 1049 | Sage Creek | Peabody Energy | Routt | 5N | 87W | Underground | Idle | 3 | 22 | 0 | 0 | 0 | 7/2013 |
| 1049 | Sage Creek | Peabody Energy | Routt | 5N | 87W | Underground | Idle | 3 | 22 | 0 | 0 | 0 | 8/2013 |
| 1049 | Sage Creek | Peabody Energy | Routt | 5N | 87W | Underground | Idle | 3 | 21 | 0 | 0 | 0 | 9/2013 |
| 1049 | Sage Creek | Peabody Energy | Routt | 5N | 87W | Underground | Idle | 1 | 23 | 0 | 0 | 0 | 10/2013 |
| 1049 | Sage Creek | Peabody Energy | Routt | 5N | 87W | Underground | Idle | 1 | 19 | 0 | 0 | 0 | 11/2013 |
| 1049 | Sage Creek | Peabody Energy | Routt | 5N | 87W | Underground | Idle | 1 | 22 | 0 | 0 | 0 | 12/2013 |
| | | | | | | | **MINE TOTALS :** | | 257 | 0 | 0 | 0 | |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 159 | 30 | 157,559 | 1 | 0 | 1/2013 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 159 | 27 | 199,056 | | 0 | 2/2013 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 159 | 30 | 153,535 | 0 | 0 | 3/2013 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 160 | 30 | 154,234 | 0 | 0 | 4/2013 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 163 | 30 | 178,623 | 2 | 0 | 5/2013 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 160 | 30 | 152,787 | 1 | 0 | 6/2013 |

BLM_0039665

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Statns | # Miners | Days Worked | Prodnction (tons) | Injuries | Fatalities | Monthly Record |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 159 | 30 | 137,544 | 0 | 0 | 7/2013 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 151 | 30 | 135,482 | 3 | 0 | 8/2013 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 153 | 31 | 187,846 | 2 | 0 | 9/2013 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 152 | 31 | 193,450 | 1 | 0 | 10/2013 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 154 | 28 | 124,862 | 1 | 0 | 11/2013 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 154 | 29 | 169,655 | 2 | 0 | 12/2013 |
| | | | | | | | **MINE TOTALS :** | | 356 | 1,944,633 | 13 | 0 | |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 340 | 31 | 448,731 | 0 | 0 | 1/2013 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 332 | 28 | 426,557 | 0 | 0 | 2/2013 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 331 | 31 | 530,970 | 0 | 0 | 3/2013 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 326 | 30 | 439,043 | 0 | 0 | 4/2013 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 332 | 31 | 475,549 | 0 | 0 | 5/2013 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 328 | 30 | 430,305 | 0 | 0 | 6/2013 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 329 | 30 | 591,032 | 0 | 0 | 7/2013 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 326 | 31 | 543,969 | 0 | 0 | 8/2013 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 321 | 30 | 593,210 | 0 | 0 | 9/2013 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 323 | 31 | 601,643 | 0 | 0 | 10/2013 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 321 | 29 | 543,025 | 0 | 0 | 11/2013 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 304 | 29 | 519,009 | 0 | 0 | 12/2013 |
| | | | | | | | **MINE TOTALS :** | | 361 | 6,143,043 | 0 | 0 | |
| | | | | | | | **GRAND TOTALS :** | | 3,676 | 24,270,607 | 48 | 0 | |

BLM_0039666



# Colorado Division of Reclamtion, Mining and Safety
## Monthly Coal Detail Report
### Period    1/2016    through    12/2016

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|-----------|----------|--------|-----|-----|-----------|-------------|----------|-------------|-------------------|----------|------------|----------------|
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Underground | Producing | 106 | 31 | 18,441 | 0 | 0 | 1/2016 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Underground | Producing | 104 | 29 | 14,954 | 0 | 0 | 2/2016 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Underground | Idle | 104 | 31 | 0 | 0 | 0 | 3/2016 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Underground | Idle | 104 | 30 | 0 | 0 | 0 | 4/2016 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Underground | Idle | 37 | 31 | 0 | 0 | 0 | 5/2016 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Underground | Idle | 37 | 30 | 0 | 0 | 0 | 6/2016 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Underground | Idle | 37 | 30 | 0 | 0 | 0 | 7/2016 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Underground | Idle | 7 | 31 | 0 | 0 | 0 | 8/2016 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Underground | Idle | 7 | 30 | 0 | 0 | 0 | 9/2016 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Underground | Idle | 7 | 30 | 0 | 0 | 0 | 10/2016 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Underground | Idle | 7 | 30 | 0 | 0 | 0 | 11/2016 |
| 387 | Bowie #2 Mine | Bowie Resources, Limited | Delta | 13S | 91W | Underground | Idle | 7 | 29 | 0 | 0 | 0 | 12/2016 |
| | | | | | | | MINE TOTALS : | | 362 | 33,395 | 0 | 0 | |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 174 | 30 | 33,836 | 0 | 0 | 1/2016 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 173 | 30 | 120,667 | 0 | 0 | 2/2016 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 172 | 31 | 91,167 | 0 | 0 | 3/2016 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 172 | 30 | 287,756 | 0 | 0 | 4/2016 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 171 | 30 | 145,077 | 0 | 0 | 5/2016 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 172 | 30 | 98,299 | 0 | 0 | 6/2016 |

BLM_0039667

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|-----------|----------|--------|-----|-----|-----------|-------------|----------|-------------|-------------------|----------|------------|----------------|
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 178 | 31 | 150,197 | 0 | 0 | 7/2016 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 175 | 31 | 193,289 | 0 | 0 | 8/2016 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 178 | 30 | 133,708 | 0 | 0 | 9/2016 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 178 | 31 | 228,832 | 0 | 0 | 10/2016 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 180 | 30 | 163,196 | 0 | 0 | 11/2016 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 179 | 31 | 205,587 | 0 | 0 | 12/2016 |
| | | | | | | | MINE TOTALS : | | 365 | 1,851,611 | 0 | 0 | |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 158 | 31 | 68,566 | 0 | 0 | 1/2016 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 148 | 29 | 117,976 | 1 | 0 | 2/2016 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 147 | 31 | 111,804 | 1 | 0 | 3/2016 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 146 | 30 | 172,504 | 2 | 0 | 4/2016 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Idle | 152 | 31 | 0 | 1 | 0 | 5/2016 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 150 | 30 | 131,475 | 2 | 0 | 6/2016 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 148 | 31 | 137,117 | 0 | 0 | 7/2016 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 144 | 31 | 167,357 | 0 | 0 | 8/2016 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 149 | 30 | 136,402 | 0 | 0 | 9/2016 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 148 | 31 | 196,104 | 0 | 0 | 10/2016 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 147 | 30 | 186,636 | 0 | 0 | 11/2016 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 147 | 31 | 114,860 | 0 | 0 | 12/2016 |
| | | | | | | | MINE TOTALS : | | 366 | 1,540,801 | 7 | 0 | |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 288 | 31 | 246,122 | 1 | 0 | 1/2016 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 285 | 29 | 101,212 | 0 | 0 | 2/2016 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 283 | 31 | 427,689 | 0 | 0 | 3/2016 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 277 | 30 | 382,928 | 0 | 0 | 4/2016 |

BLM_0039668

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 278 | 31 | 328,579 | 0 | 0 | 5/2016 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 289 | 30 | 234,488 | 1 | 0 | 6/2016 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 284 | 31 | 86,201 | 0 | 0 | 7/2016 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 276 | 31 | 111,216 | 0 | 0 | 8/2016 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 286 | 30 | 33,347 | 1 | 0 | 9/2016 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 285 | 31 | 287,326 | 0 | 0 | 10/2016 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 283 | 30 | 247,614 | 1 | 0 | 11/2016 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 281 | 31 | 107,670 | 0 | 0 | 12/2016 |
| | | | | | | | MINE TOTALS : | | 366 | 2,594,392 | 4 | 0 | |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 115 | 30 | 56,995 | 0 | 0 | 1/2016 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 114 | 29 | 58,422 | 0 | 0 | 2/2016 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 113 | 30 | 76,617 | 0 | 0 | 3/2016 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 110 | 30 | 63,185 | 0 | 0 | 4/2016 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 110 | 19 | 51,574 | 0 | 0 | 5/2016 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 108 | 18 | 58,553 | 0 | 0 | 6/2016 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 104 | 16 | 50,539 | 0 | 0 | 7/2016 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 97 | 19 | 61,863 | 0 | 0 | 8/2016 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 86 | 20 | 48,093 | 0 | 0 | 9/2016 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 86 | 21 | 46,032 | 0 | 0 | 10/2016 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 86 | 18 | 52,428 | 0 | 0 | 11/2016 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 85 | 16 | 4,652 | 0 | 0 | 12/2016 |
| | | | | | | | MINE TOTALS : | | 266 | 628,953 | 0 | 0 | |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 3 | 20 | 0 | 0 | 0 | 1/2016 |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 3 | 21 | 0 | 0 | 0 | 2/2016 |

BLM_0039669

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|-----------|----------|--------|-----|-----|-----------|-------------|----------|-------------|-------------------|----------|------------|----------------|
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 3 | 22 | 0 | 0 | 0 | 3/2016 |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 3 | 21 | 0 | 0 | 0 | 4/2016 |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 3 | 21 | 0 | 0 | 0 | 5/2016 |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 3 | 22 | 0 | 0 | 0 | 6/2016 |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 3 | 20 | 0 | 0 | 0 | 7/2016 |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 3 | 23 | 0 | 0 | 0 | 8/2016 |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 3 | 21 | 0 | 0 | 0 | 9/2016 |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 3 | 21 | 0 | 0 | 0 | 10/2016 |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 3 | 20 | 0 | 0 | 0 | 11/2016 |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 3 | 20 | 0 | 0 | 0 | 12/2016 |
| | | | | | | | MINE TOTALS : | | 252 | 0 | 0 | 0 | |
| 1050 | New Horizon North | Western Fuels-Colorado ALLC | Montrose | 47 | 16 | Surface | Producing | 22 | 21 | 27,778 | 0 | 0 | 1/2016 |
| 1050 | New Horizon North | Western Fuels-Colorado ALLC | Montrose | 47 | 16 | Surface | Producing | 22 | 21 | 24,031 | 0 | 0 | 2/2016 |
| 1050 | New Horizon North | Western Fuels-Colorado ALLC | Montrose | 47 | 16 | Surface | Producing | 22 | 23 | 10,816 | 0 | 0 | 3/2016 |
| 1050 | New Horizon North | Western Fuels-Colorado ALLC | Montrose | 47 | 16 | Surface | Producing | 21 | 21 | 12,790 | 0 | 0 | 4/2016 |
| 1050 | New Horizon North | Western Fuels-Colorado ALLC | Montrose | 47 | 16 | Surface | Producing | 21 | 22 | 10,632 | 0 | 0 | 5/2016 |
| 1050 | New Horizon North | Western Fuels-Colorado ALLC | Montrose | 47 | 16 | Surface | Producing | 21 | 22 | 20,957 | 0 | 0 | 6/2016 |
| 1050 | New Horizon North | Western Fuels-Colorado ALLC | Montrose | 47 | 16 | Surface | Producing | 21 | 21 | 3,532 | 0 | 0 | 7/2016 |
| 1050 | New Horizon North | Western Fuels-Colorado ALLC | Montrose | 47 | 16 | Surface | Producing | 21 | 23 | 20,205 | 0 | 0 | 8/2016 |
| 1050 | New Horizon North | Western Fuels-Colorado ALLC | Montrose | 47 | 16 | Surface | Producing | 21 | 22 | 5,401 | 0 | 0 | 9/2016 |
| 1050 | New Horizon North | Western Fuels-Colorado ALLC | Montrose | 47 | 16 | Surface | Producing | 21 | 21 | 20,621 | 0 | 0 | 10/2016 |
| 1050 | New Horizon North | Western Fuels-Colorado ALLC | Montrose | 47 | 16 | Surface | Producing | 21 | 22 | 23,812 | 0 | 0 | 11/2016 |
| 1050 | New Horizon North | Western Fuels-Colorado ALLC | Montrose | 47 | 16 | Surface | Producing | 21 | 22 | 7,408 | 0 | 0 | 12/2016 |
| | | | | | | | MINE TOTALS : | | 261 | 187,983 | 0 | 0 | |

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|-----------|----------|--------|-----|-----|-----------|-------------|----------|-------------|-------------------|----------|------------|----------------|
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 152 | 31 | 140,541 | 0 | 0 | 1/2016 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 158 | 29 | 154,763 | 1 | 0 | 2/2016 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 157 | 31 | 177,575 | 0 | 0 | 3/2016 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 157 | 30 | 162,614 | 0 | 0 | 4/2016 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 157 | 30 | 170,168 | 0 | 0 | 5/2016 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 157 | 30 | 181,242 | 1 | 0 | 6/2016 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 157 | 31 | 158,678 | 0 | 0 | 7/2016 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 149 | 31 | 195,087 | 0 | 0 | 8/2016 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 149 | 30 | 25,593 | 0 | 0 | 9/2016 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 149 | 31 | 136,224 | 0 | 0 | 10/2016 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 147 | 29 | 168,192 | 0 | 0 | 11/2016 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 147 | 30 | 138,648 | 0 | 0 | 12/2016 |
| | | | | | | | MINE TOTALS : | | 363 | 1,809,325 | 2 | 0 | |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 286 | 31 | 150,298 | 1 | 0 | 1/2016 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 281 | 29 | 236,736 | 0 | 0 | 2/2016 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 279 | 31 | 166,133 | 0 | 0 | 3/2016 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 273 | 30 | 151,846 | 0 | 0 | 4/2016 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 272 | 30 | 195,395 | 0 | 0 | 5/2016 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 192 | 30 | 232,832 | 0 | 0 | 6/2016 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 191 | 30 | 318,144 | 1 | 0 | 7/2016 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 190 | 31 | 564,487 | 0 | 0 | 8/2016 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 189 | 29 | 423,078 | 0 | 0 | 9/2016 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 191 | 31 | 428,003 | 0 | 0 | 10/2016 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 215 | 28 | 648,657 | 1 | 0 | 11/2016 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 216 | 31 | 642,735 | 0 | 0 | 12/2016 |

BLM_0039671

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|-----------|----------|--------|-----|-----|-----------|-------------|----------|-------------|-------------------|----------|------------|----------------|
| | | | | | | | MINE TOTALS : | | 361 | 4,158,344 | 3 | 0 | |
| | | | | | | | GRAND TOTALS : | | 2,962 | 12,804,804 | 16 | 0 | |

BLM_0039672



# Colorado Division of Reclamation, Mining and Safety
## Monthly Coal Summary Report
Period    1/2017    through    3/2017

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Data from Last Month in Period | | | | Total for 1/2017 thru 3/2017 | | | Most Recent Record |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Mine Status | # Miners | Days Worked | Production (tons) | Production (tons) | Injuries | Fatalities | |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 190 | 31 | 246,521 | 580,552 | 0 | 0 | 3/2017 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 147 | 31 | 228,532 | 656,784 | 0 | 0 | 3/2017 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 290 | 31 | 363,676 | 934,578 | 4 | 0 | 3/2017 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 83 | 18 | 33,993 | 119,294 | 0 | 0 | 3/2017 |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 3 | 23 | 0 | 0 | 0 | 0 | 3/2017 |
| 1050 | New Horizon North | Western Fuels-Colorado ALLC | Montrose | 47 | 16 | Surface | Producing | 20 | 23 | 8,773 | 31,299 | 0 | 0 | 3/2017 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 151 | 31 | 133,031 | 290,629 | 2 | 0 | 3/2017 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 224 | 31 | 334,409 | 1,153,239 | 1 | 0 | 3/2017 |
| | | | GRAND TOTALS : | | | | | 1,108 | 219 | 1,348,935 | 3,766,375 | 7 | 0 | |

BLM_0039673



# Colorado Division of Reclamtion, Mining and Safety
## Monthly Coal Detail Report
Period    1/2017    through    12/2017

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|-----------|----------|--------|-----|-----|-----------|-------------|----------|-------------|-------------------|----------|------------|----------------|
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 187 | 31 | 175,937 | 0 | 0 | 1/2017 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 192 | 28 | 158,094 | 0 | 0 | 2/2017 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 190 | 31 | 246,521 | 0 | 0 | 3/2017 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 186 | 30 | 144,404 | 0 | 0 | 4/2017 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 187 | 31 | 150,668 | 0 | 0 | 5/2017 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 193 | 30 | 202,576 | 0 | 0 | 6/2017 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 192 | 31 | 186,971 | 0 | 0 | 7/2017 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 189 | 31 | 250,353 | 0 | 0 | 8/2017 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 189 | 30 | 164,619 | 0 | 0 | 9/2017 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 191 | 31 | 181,621 | 0 | 0 | 10/2017 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 187 | 30 | 202,829 | 0 | 0 | 11/2017 |
| 171 | Colowyo Coal Mine | Colowyo Coal Company, L.P. | Moffat | 3N | 93W | Surface | Producing | 185 | 31 | 254,410 | 0 | 0 | 12/2017 |
| | | | | | MINE TOTALS : | | | | 365 | 2,319,003 | 0 | 0 | |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 148 | 31 | 235,933 | 0 | 0 | 1/2017 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 145 | 28 | 192,319 | 0 | 0 | 2/2017 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 147 | 31 | 228,532 | 0 | 0 | 3/2017 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 149 | 30 | 131,003 | 0 | 0 | 4/2017 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 148 | 31 | 196,869 | 0 | 0 | 5/2017 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 149 | 30 | 201,097 | 0 | 0 | 6/2017 |

BLM_0039674

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|-----------|----------|--------|-----|-----|-----------|-------------|----------|-------------|-------------------|----------|------------|----------------|
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 149 | 31 | 198,247 | 2 | 0 | 7/2017 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 145 | 31 | 213,282 | 0 | 1 | 8/2017 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 142 | 30 | 154,320 | 0 | 0 | 9/2017 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 144 | 31 | 79,492 | 0 | 0 | 10/2017 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 147 | 30 | 80,273 | 0 | 0 | 11/2017 |
| 187 | Deserado | Blue Mountain Energy | Rio Blanco | 2N | 101W | Underground | Producing | 149 | 31 | 99,691 | 0 | 0 | 12/2017 |
| | | | | | | | MINE TOTALS : | | 365 | 2,011,058 | 2 | 1 | |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 278 | 31 | 298,333 | 2 | 0 | 1/2017 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 271 | 28 | 272,569 | 2 | 0 | 2/2017 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 290 | 31 | 363,676 | 0 | 0 | 3/2017 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 281 | 30 | 331,014 | 0 | 0 | 4/2017 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 280 | 31 | 339,182 | 0 | 0 | 5/2017 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 275 | 30 | 517,092 | 0 | 0 | 6/2017 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 265 | 31 | 326,556 | 0 | 0 | 7/2017 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 255 | 31 | 232,234 | 0 | 0 | 8/2017 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 248 | 30 | 273,163 | 0 | 0 | 9/2017 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 248 | 31 | 348,523 | 0 | 0 | 10/2017 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 261 | 30 | 265,263 | 0 | 0 | 11/2017 |
| 214 | Foidel Creek Mine | Twenty Mile Coal Company | Routt | 5N | 86W | Underground | Producing | 260 | 31 | 275,193 | 0 | 0 | 12/2017 |
| | | | | | | | MINE TOTALS : | | 365 | 3,842,798 | 4 | 0 | |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 84 | 22 | 44,554 | 0 | 0 | 1/2017 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 88 | 22 | 40,747 | 0 | 0 | 2/2017 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 83 | 18 | 33,993 | 0 | 0 | 3/2017 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 83 | 16 | 46,639 | 1 | 0 | 4/2017 |

Date of Report:   Tuesday, February 6, 2018

BLM_0039675

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|-----------|----------|--------|-----|-----|-----------|-------------|----------|-------------|-------------------|----------|------------|----------------|
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 85 | 18 | 41,741 | 0 | 0 | 5/2017 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 84 | 17 | 53,123 | 0 | 0 | 6/2017 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 85 | 16 | 48,003 | 0 | 0 | 7/2017 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 84 | 19 | 49,663 | 0 | 0 | 8/2017 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 84 | 18 | 40,143 | 0 | 0 | 9/2017 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 83 | 20 | 59,267 | 0 | 0 | 10/2017 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 85 | 20 | 40,987 | 0 | 0 | 11/2017 |
| 1046 | King II Mine | National King Coal LLC | La Plata | 35N | 12W | Underground | Producing | 85 | 17 | 44,498 | 0 | 0 | 12/2017 |
| | | | | | | | MINE TOTALS : | | 223 | 543,357 | 1 | 0 | |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 3 | 21 | 0 | 0 | 0 | 1/2017 |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 3 | 20 | 0 | 0 | 0 | 2/2017 |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 3 | 23 | 0 | 0 | 0 | 3/2017 |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 3 | 19 | 0 | 0 | 0 | 4/2017 |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 3 | 22 | 0 | 0 | 0 | 5/2017 |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 3 | 22 | 0 | 0 | 0 | 6/2017 |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 3 | 20 | 0 | 0 | 0 | 7/2017 |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 3 | 23 | 0 | 0 | 0 | 8/2017 |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 2 | 21 | 0 | 0 | 0 | 9/2017 |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 2 | 22 | 0 | 0 | 0 | 10/2017 |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 2 | 20 | 0 | 0 | 0 | 11/2017 |
| 1048 | New Elk Mine | New Elk Coal Co. | Las Animas | 33S | 68W | Underground | Idle | 2 | 19 | 0 | 0 | 0 | 12/2017 |
| | | | | | | | MINE TOTALS : | | 252 | 0 | 0 | 0 | |
| 1050 | New Horizon North | Western Fuels-Colorado ALLC | Montrose | 47 | 16 | Surface | Producing | 20 | 22 | 14,037 | 0 | 0 | 1/2017 |
| 1050 | New Horizon North | Western Fuels-Colorado ALLC | Montrose | 47 | 16 | Surface | Producing | 20 | 20 | 8,489 | 0 | 0 | 2/2017 |

Date of Report:    Tuesday, February 6, 2018

BLM_0039676

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1050 | New Horizon North | Western Fuels-Colorado ALLC | Montrose | 47 | 16 | Surface | Producing | 20 | 23 | 8,773 | 0 | 0 | 3/2017 |
| 1050 | New Horizon North | Western Fuels-Colorado ALLC | Montrose | 47 | 16 | Surface | Producing | 20 | 20 | 0 | 0 | 0 | 4/2017 |
| 1050 | New Horizon North | Western Fuels-Colorado ALLC | Montrose | 47 | 16 | Surface | Producing | 20 | 23 | 0 | 0 | 0 | 5/2017 |
| 1050 | New Horizon North | Western Fuels-Colorado ALLC | Montrose | 47 | 16 | Surface | Idle | 19 | 22 | 0 | 0 | 0 | 6/2017 |
| 1050 | New Horizon North | Western Fuels-Colorado ALLC | Montrose | 47 | 16 | Surface | Idle | 19 | 21 | 0 | 0 | 0 | 7/2017 |
| 1050 | New Horizon North | Western Fuels-Colorado ALLC | Montrose | 47 | 16 | Surface | Idle | 19 | 23 | 0 | 0 | 0 | 8/2017 |
| 1050 | New Horizon North | Western Fuels-Colorado ALLC | Montrose | 47 | 16 | Surface | Idle | 19 | 21 | 0 | 0 | 0 | 9/2017 |
| 1050 | New Horizon North | Western Fuels-Colorado ALLC | Montrose | 47 | 16 | Surface | Idle | 20 | 22 | 0 | 0 | 0 | 10/2017 |
| 1050 | New Horizon North | Western Fuels-Colorado ALLC | Montrose | 47 | 16 | Surface | Idle | 20 | 22 | 0 | 0 | 0 | 11/2017 |
| 1050 | New Horizon North | Western Fuels-Colorado ALLC | Montrose | 47 | 16 | Surface | Idle | 20 | 21 | 0 | 0 | 0 | 12/2017 |
| | | | | | | | MINE TOTALS : | | 260 | 31,299 | 0 | 0 | |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 155 | 31 | 92,455 | 0 | 0 | 1/2017 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 155 | 28 | 65,143 | 2 | 0 | 2/2017 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 151 | 31 | 133,031 | 0 | 0 | 3/2017 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 154 | 30 | 125,218 | 0 | 0 | 4/2017 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 158 | 31 | 161,050 | 0 | 0 | 5/2017 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 156 | 30 | 153,950 | 0 | 0 | 6/2017 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 157 | 31 | 89,405 | 0 | 1 | 7/2017 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 157 | 31 | 102,949 | 0 | 0 | 8/2017 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 160 | 30 | 41,021 | 0 | 0 | 9/2017 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 162 | 31 | 164,440 | 0 | 0 | 10/2017 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 166 | 29 | 266,006 | 1 | 0 | 11/2017 |
| 172 | Trapper Strip | Trapper Mining, Inc | Moffat | 6N | 91W | Surface | Producing | 169 | 30 | 181,951 | 1 | 0 | 12/2017 |
| | | | | | | | MINE TOTALS : | | 363 | 1,576,619 | 4 | 1 | |

BLM_0039677

| # | Mine Name | Operator | County | Twn | Rng | Mine Type | Mine Status | # Miners | Days Worked | Production (tons) | Injuries | Fatalities | Monthly Record |
|---|-----------|----------|--------|-----|-----|-----------|-------------|----------|-------------|-------------------|----------|------------|----------------|
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 220 | 31 | 467,716 | 0 | 0 | 1/2017 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 221 | 28 | 351,114 | 0 | 0 | 2/2017 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 224 | 31 | 334,409 | 1 | 0 | 3/2017 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 225 | 30 | 334,636 | 0 | 0 | 4/2017 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 231 | 30 | 634,117 | 1 | 0 | 5/2017 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 235 | 30 | 545,025 | 0 | 0 | 6/2017 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 240 | 30 | 138,291 | 0 | 0 | 7/2017 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 239 | 31 | 327,539 | 1 | 0 | 8/2017 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 242 | 29 | 497,974 | 1 | 0 | 9/2017 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 243 | 31 | 449,200 | 0 | 0 | 10/2017 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 250 | 28 | 356,067 | 0 | 0 | 11/2017 |
| 197 | West Elk Mine | Mountain Coal Company | Gunnison | 13S | 90W | Underground | Producing | 249 | 30 | 424,692 | 1 | 0 | 12/2017 |
| | | | | | | | MINE TOTALS : | | 359 | 4,860,780 | 5 | 0 | |
| | | | | | | | GRAND TOTALS : | | 2,552 | 15,184,914 | 16 | 2 | |

BLM_0039678

August 31, 2011

**Severance Direct Distribution - by County / Municipality
FY2011**

THOOPER

| County / Municipality | Total $ |
|---|---|
| Adams County | 142,898.90 |
| Aguilar, Town of | 17,585.82 |
| Akron, Town of | 7,553.02 |
| Alamosa County | 884.92 |
| Alamosa, City of | 228.31 |
| Alma, Town of | 1,177.43 |
| Antonito, Town of | 484.16 |
| Arapahoe County | 27,673.60 |
| Archuleta County | 32,036.70 |
| Arriba, Town of | 402.26 |
| Arvada, City of | 25,371.79 |
| Aspen, City of | 2,822.38 |
| Ault, Town of | 20,266.16 |
| Aurora, City of | 60,973.90 |
| Avon, Town of | 1,154.81 |
| Baca County | 3,970.58 |
| Basalt, Town of | 961.12 |
| Bayfield, Town of | 86,694.59 |
| Bennett, Town of | 3,808.59 |
| Bent County | 2,980.11 |
| Berthoud, Town of | 9,627.57 |
| Bethune, Town of | 566.53 |
| Black Hawk, City of | 15,630.43 |
| Blanca, Town of | 697.18 |
| Blue River, Town of | 1,607.71 |
| Bonanza City, Town of | 48.06 |
| Boone, Town of | 14.64 |
| Boulder County | 58,486.84 |
| Boulder, City of | 32,274.06 |
| Bow Mar, Town of | 159.55 |
| Branson, Town of | 1,471.63 |
| Breckenridge, Town of | 4,654.04 |
| Brighton, City of | 79,410.82 |
| Brookside, Town of | 229.60 |
| Broomfield, City and County of | 35,208.73 |
| Brush, City of | 17,480.98 |
| Buena Vista, Town of | 6,165.90 |
| Burlington, City of | 3,781.19 |
| Calhan, Town of | 501.12 |
| Campo, Town of | 88.48 |
| Canon City, City of | 15,909.22 |
| Carbondale, Town of | 159,003.02 |
| Castle Pines, City of | 351.21 |
| Castle Rock, Town of | 3,600.99 |
| Cedaredge, Town of | 21,964.68 |

BLM_0039679

August 31, 2011

## Severance Direct Distribution - by County / Municipality
## FY2011

THOOPER

| County / Municipality | Total $ |
|---|---|
| Centennial, City of | 14,584.97 |
| Center, Town of | 4,173.96 |
| Central City | 4,542.82 |
| Chaffee County | 10,219.57 |
| Cheraw, Town of | 22.52 |
| Cherry Hills Village, City of | 931.01 |
| Cheyenne County | 38,667.77 |
| Cheyenne Wells, Town of | 20,882.01 |
| Clear Creek County | 265,834.55 |
| Coal Creek, Town of | 1,910.42 |
| Cokedale, Town of | 4,472.32 |
| Collbran, Town of | 9,619.84 |
| Colorado Springs, City of | 17,609.47 |
| Columbine Valley, Town of | 175.06 |
| Commerce City, City of | 31,647.87 |
| Conejos County | 1,662.92 |
| Cortez, City of | 64,483.82 |
| Costilla County | 10,119.03 |
| Craig, City of | 387,876.92 |
| Crawford, Town of | 5,895.72 |
| Creede, City of | 8,420.77 |
| Crested Butte, Town of | 32,222.07 |
| Crestone, Town of | 286.20 |
| Cripple Creek, City of | 16,971.24 |
| Crook, Town of | 123.67 |
| Crowley County | 618.76 |
| Crowley, Town of | 12.63 |
| Dacono, City of | 43,684.40 |
| De Beque, Town of | 17,729.64 |
| Deer Trail, Town of | 893.44 |
| Del Norte, Town of | 80.31 |
| Delta County | 308,511.48 |
| Delta, City of | 101,156.62 |
| Denver, City And County of | 101,378.99 |
| Dillon, Town of | 3,938.47 |
| Dinosaur, Town of | 39,673.96 |
| Dolores County | 66,738.03 |
| Dolores, Town of | 4,894.13 |
| Douglas County | 16,182.06 |
| Dove Creek, Town of | 21,632.42 |
| Durango, City of | 282,212.24 |
| Eads, Town of | 2,506.19 |
| Eagle County | 13,136.32 |
| Eagle, Town of | 1,252.30 |
| Eaton, Town of | 53,266.65 |

BLM_0039680

August 31, 2011

**Severance Direct Distribution - by County / Municipality**
**FY2011**

THOOPER

| County / Municipality | Total $ |
|---|---|
| Eckley, Town of | 6,639.06 |
| Edgewater, City of | 596.61 |
| El Paso County | 16,179.29 |
| Elbert County | 6,365.21 |
| Elizabeth, Town of | 141.32 |
| Empire, Town of | 29,997.73 |
| Englewood, City of | 6,098.49 |
| Erie, Town of | 76,083.83 |
| Estes Park, Town of | 3,872.89 |
| Evans, City of | 315,895.64 |
| Fairplay, Town of | 873.18 |
| Federal Heights, City of | 5,509.42 |
| Firestone, Town of | 80,240.91 |
| Flagler, Town of | 264.24 |
| Fleming, Town of | 1,808.77 |
| Florence, City of | 2,518.53 |
| Fort Collins, City of | 102,319.42 |
| Fort Lupton, City of | 132,679.42 |
| Fort Morgan, City of | 46,359.49 |
| Fountain, City of | 745.77 |
| Fowler, Town of | 104.77 |
| Foxfield, Town of | 181.97 |
| Fraser, Town of | 4,558.53 |
| Frederick, Town of | 78,319.59 |
| Fremont County | 33,567.84 |
| Frisco, Town of | 4,993.10 |
| Fruita, City of | 202,526.15 |
| Garden City, Town of | 5,113.83 |
| Garfield County | 2,079,303.71 |
| Genoa, Town of | 290.54 |
| Georgetown, Town of | 37,029.39 |
| Gilcrest, Town of | 22,165.40 |
| Gilpin County | 53,261.74 |
| Glendale, City of | 338.85 |
| Glenwood Springs, City of | 253,833.23 |
| Golden, City of | 3,699.61 |
| Granada, Town of | 235.08 |
| Granby, Town of | 11,264.45 |
| Grand County | 66,960.26 |
| Grand Junction, City of | 786,412.82 |
| Grand Lake, Town of | 2,022.99 |
| Greeley, City of | 1,089,878.12 |
| Green Mountain Falls, Town of | 114.46 |
| Greenwood Village, City of | 2,658.31 |
| Grover, Town of | 2,373.92 |

BLM_0039681

August 31, 2011

**Severance Direct Distribution - by County / Municipality
FY2011**

THOOPER

| County / Municipality | Total $ |
|---|---|
| Gunnison County | 734,414.74 |
| Gunnison, City of | 125,601.75 |
| Gypsum, Town of | 5,805.56 |
| Hartman, Town of | 40.17 |
| Haswell, Town of | 284.99 |
| Haxtun, Town of | 5,829.22 |
| Hayden, Town of | 154,019.80 |
| Hiiirose, Town of | 1,727.96 |
| Hinsdale County | 26,993.72 |
| Holly, Town of | 361.85 |
| Holyoke, City of | 20,557.33 |
| Hooper, Town of | 3.51 |
| Hot Suiphur Springs, Town of | 8,312.67 |
| Hotchkiss, Town of | 15,293.32 |
| Hudson, Town of | 26,802.80 |
| Huerfano County | 33,870.32 |
| Hugo, Town of | 12,097.85 |
| idaho Springs, City of | 97,239.29 |
| ignacio, Town of | 18,634.07 |
| Iliff, Town of | 278.61 |
| Jackson County | 23,409.14 |
| Jamestown, Town of | 160.95 |
| Jefferson County | 69,083.51 |
| Johnstown, Town of | 103,033.09 |
| Julesburg, Town of | 2,937.79 |
| Keenesburg, Town of | 17,638.84 |
| Kersey, Town of | 31,641.59 |
| Kim, Town of | 2,297.93 |
| Kiowa County | 12,264.34 |
| Kiowa, Town of | 73.48 |
| Kit Carson County | 6,010.99 |
| Kit Carson, Town of | 6,376.65 |
| Kremmiing, Town of | 18,660.65 |
| La Jara, Town of | 854.04 |
| La Junta, City of | 1,721.10 |
| La Plata County | 1,066,623.09 |
| La Salle, Town of | 39,087.15 |
| La Veta, Town of | 4,304.68 |
| Lafayette, City of | 12,740.12 |
| Lake City, Town of | 27,127.20 |
| Lake County | 55,648.53 |
| Lakeside, Town of | 8.00 |
| Lakewood, City of | 28,530.47 |
| Lamar, City of | 7,745.79 |
| Larimer County | 103,763.21 |

BLM_0039682

August 31, 2011

## Severance Direct Distribution - by County / Municipality
## FY2011

THOOPER

| County / Municipality | Total $ |
| --- | --- |
| Larkspur, Town of | 13.85 |
| Las Animas County | 431,018.95 |
| Las Animas, City of | 724.79 |
| Leadville, City of | 19,318.49 |
| Limon, Town of | 3,814.12 |
| Lincoln County | 15,550.43 |
| Littleton, City of | 10,355.16 |
| Lochbuie, Town of | 48,225.72 |
| Log Lane Village, Town of | 4,545.31 |
| Logan County | 34,090.47 |
| Lone Tree, City of | 366.86 |
| Longmont, City of | 88,497.48 |
| Louisville, City of | 10,915.16 |
| Loveland, City of | 93,715.62 |
| Lyons, Town of | 1,628.96 |
| Manassa, Town of | 148.00 |
| Mancos, Town of | 9,575.18 |
| Manitou Springs, City of | 141.04 |
| Manzanola, Town of | 39.01 |
| Marble, Town of | 3,536.68 |
| Mead, Town of | 32,740.81 |
| Meeker, Town of | 282,604.23 |
| Merino, Town of | 753.97 |
| Mesa County | 1,673,124.96 |
| Milliken, Town of | 67,463.36 |
| Mineral County | 9,349.24 |
| Minturn, Town of | 353.25 |
| Moffat County | 478,237.98 |
| Moffat, Town of | 10,444.06 |
| Monte Vista, City of | 28.00 |
| Montezuma County | 278,418.52 |
| Montezuma, Town of | 45.35 |
| Montrose County | 288,051.05 |
| Montrose, City of | 126,272.54 |
| Monument, Town of | 160.53 |
| Morgan County | 95,091.14 |
| Morrison, Town of | 853.15 |
| Mountain View, Town of | 65.98 |
| Mountain Village, Town of | 20,158.34 |
| Mt. Crested Butte, Town of | 18,816.78 |
| Naturita, Town of | 16,201.66 |
| Nederland, Town of | 852.35 |
| New Castle, Town of | 156,006.11 |
| Northglenn, City of | 22,657.39 |
| Norwood, Town of | 92,023.16 |

BLM_0039683

August 31, 2011

**Severance Direct Distribution - by County / Municipality FY2011**

THOOPER

| County / Municipality | Total $ |
|---|---|
| Nucla, Town of | 5,143.63 |
| Nunn, Town of | 7,511.75 |
| Oak Creek, Town of | 42,603.49 |
| Olathe, Town of | 16,316.42 |
| Olney Springs, Town of | 23.97 |
| Ophir, Town of | 2,391.39 |
| Orchard City, Town of | 38,113.67 |
| Ordway, Town of | 442.61 |
| Otero County | 1,809.65 |
| Otis, Town of | 5,500.79 |
| Ouray County | 74,010.38 |
| Ouray, City of | 7,297.44 |
| Ovid, Town of | 395.98 |
| Pagosa Springs, Town of | 6,296.16 |
| Palisade, Town of | 37,209.66 |
| Palmer Lake, Town of | 81.65 |
| Paoli, Town of | 133.14 |
| Paonia, Town of | 22,581.54 |
| Parachute, Town of | 153,004.86 |
| Park County | 55,961.08 |
| Parker, Town of | 2,300.87 |
| Peetz, Town of | 252.48 |
| Phillips County | 18,664.47 |
| Pierce, Town of | 11,079.97 |
| Pitkin County | 14,113.81 |
| Pitkin, Town of | 1,990.26 |
| Platteville, Town of | 48,564.82 |
| Poncha Springs, Town of | 440.37 |
| Pritchett, Town of | 112.56 |
| Prowers County | 6,839.24 |
| Pueblo County | 9,018.92 |
| Pueblo, City of | 4,090.29 |
| Ramah, Town of | 8.08 |
| Rangely, Town of | 528,806.73 |
| Raymer, Town of | 1,241.88 |
| Red Cliff, Town of | 59.40 |
| Rico, Town of | 4,210.47 |
| Ridgway, Town of | 7,163.40 |
| Rifle, City of | 603,659.75 |
| Rio Blanco County | 780,134.32 |
| Rio Grande County | 98.00 |
| Rockvale, Town of | 1,193.48 |
| Rocky Ford, City of | 715.60 |
| Romeo, Town of | 59.42 |
| Routt County | 528,106.24 |

BLM_0039684

August 31, 2011

## Severance Direct Distribution - by County / Municipality
## FY2011

THOOPER

| County / Municipality | Total $ |
|---|---|
| Rye, Town of | 374.97 |
| Saguache County | 20,636.52 |
| Saguache, Town of | 1,037.10 |
| Salida, City of | 4,733.20 |
| San Juan County | 36,466.31 |
| San Luis, Town of | 6,953.80 |
| San Miguel County | 154,904.09 |
| Sanford, Town of | 141.68 |
| Sawpit, Town of | 595.19 |
| Sedgwick County | 3,619.80 |
| Sedgwick, Town of | 1,599.11 |
| Seibert, Town of | 85.12 |
| Severance, Town of | 29,949.77 |
| Sheridan Lake, Town of | 1,751.70 |
| Sheridan, City of | 987.14 |
| Silt, Town of | 125,937.99 |
| Silver Plume, Town of | 3,529.64 |
| Silverthorne, Town of | 7,192.53 |
| Silverton, Town of | 34,127.86 |
| Simla, Town of | 66.24 |
| Snowmass Village, Town of | 1,426.95 |
| South Fork, Town of | 3.02 |
| Springfield, Town of | 1,158.94 |
| Starkville, Town of | 1,839.64 |
| Steamboat Springs, City of | 242,462.85 |
| Sterling, City of | 28,106.76 |
| Stratton, Town of | 304.87 |
| Sugar City, Town of | 18.76 |
| Summit County | 35,008.76 |
| Superior, Town of | 4,865.54 |
| Swink, Town of | 54.31 |
| Teller County | 114,359.15 |
| Telluride, Town of | 33,754.70 |
| Thornton, City of | 76,530.55 |
| Timnath, Town of | 1,969.05 |
| Trinidad, City of | 311,050.84 |
| Two Buttes, Town of | 36.86 |
| Vail, Town of | 1,033.10 |
| Victor, City of | 6,459.14 |
| Vilas, Town of | 91.60 |
| Vona, Town of | 50.36 |
| Walden, Town of | 6,956.29 |
| Walsenburg, City of | 19,889.51 |
| Walsh, Town of | 436.97 |
| Ward, Town of | 138.32 |

BLM_0039685

August 31, 2011

**Severance Direct Distribution - by County / Municipality
FY2011**

THOOPER

| County / Municipality | Total $ |
|---|---:|
| Washington County | 17,791.57 |
| Weld County | 1,727,871.58 |
| Wellington, Town of | 10,289.43 |
| Westminster, City of | 45,440.44 |
| Wheat Ridge, City of | 9,495.42 |
| Wiggins, Town of | 5,817.52 |
| Wiley, Town of | 658.16 |
| Williamsburg, Town of | 2,125.66 |
| Windsor, Town of | 132,848.99 |
| Winter Park, Town of | 3,179.11 |
| Woodland Park, City of | 38,144.81 |
| Wray, City of | 82,524.94 |
| Yampa, Town of | 42,429.76 |
| Yuma County | 255,576.66 |
| Yuma, City of | 66,122.95 |
| **Totals:** | **22,707,791.51** |

BLM_0039686

Colorado The Official State Web Portal

Search

Services | Board of Assessment Appeals | Division of Housing | Division of Local Government | Division of Property Taxation | Contact Us

Home > Division of Local Government > Financial Assistance > Direct Distribution > Details

# Severance Direct Distribution and Federal Mineral Lease Distributions

**Abbreviations:**
SDD = Severance Direct Distribution
FML = Federal Mineral Lease
CERR = Colorado Employee Residence Report

**SDD County Pool** | SDD Sub-County Pool | FML County Pool | FML Sub-County Pool | All Details by County

**Select a Fiscal Year:** 2010 View

**Statewide Totals:**

| | |
|---|---|
| **Coal Distribution Amount:** | $1,329,697.69 |
| **Metals Distribution Amount:** | $417,385.50 |
| **Oil/Gas Distribution Amount:** | $20,186,568.74 |
| **Amount from Penalties:** | $2,360.00 |
| **Amount from Accrued Interest:** | $360,992.12 |

| | |
|---|---|
| **Coal Employees:** | 2,207 |
| **Metals Employees:** | 1,503 |
| **Oil/Gas Employees:** | 13,344 |
| **Well and Mining Permits:** | 7,546.0 |
| **Mineral Production:** | 3,515.9 |

| | |
|---|---|
| **Total SDD Distribution:** | **$22,297,004.05** |
| **% Applied to Colorado Employee Residence Report:** | **40%** |
| **% Applied to Well and Mining Permits:** | **30%** |
| **% Applied to Mineral Production:** | **30%** |

**Rates per employee for CERR totals:**

| | |
|---|---|
| Coal Rate per Employee: | $244.99 |
| Metals Rate per Employee: | $112.92 |
| Oil/Gas Rate per Employee: | $615.14 |

**County Pool Amounts and Data:**

| County: | Coal Emps: | Coal $: | Metals Emps: | Metals $: | Oil/Gas Emps: | Oil/Gas $: | Permits Index: | Permits $: | Mineral Prod Index: | Mineral Prod $: | Total $: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Adams | 2 | $489.98 | 46 | $5,194.36 | 1,038 | $638,512.47 | 40.0 | $35,457.73 | 7.6 | $14,807.72 | **$694,462.25** |
| Alamosa | 1 | $244.99 | 0 | $0.00 | 4 | $2,460.55 | 0.0 | $0.00 | 0.0 | $0.00 | **$2,705.54** |
| Arapahoe | 2 | $489.98 | 17 | $1,919.65 | 287 | $176,544.39 | 35.0 | $31,025.52 | 1.2 | $2,196.87 | **$212,176.40** |
| Archuleta | 0 | $0.00 | 0 | $0.00 | 16 | $9,842.20 | 5.0 | $4,432.22 | 13.9 | $26,371.92 | **$40,646.33** |
| Baca | 0 | $0.00 | 0 | $0.00 | 2 | $1,230.27 | 3.0 | $2,659.33 | 1.4 | $2,701.28 | **$6,590.88** |
| Bent | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 2.0 | $1,772.89 | 0.3 | $557.04 | **$2,329.92** |
| Boulder | 0 | $0.00 | 4 | $451.68 | 241 | $148,248.08 | 158.7 | $140,681.12 | 3.7 | $6,945.89 | **$296,326.78** |
| Broomfield | 1 | $244.99 | 3 | $338.76 | 54 | $33,217.41 | 36.0 | $31,911.96 | 2.9 | $5,542.98 | **$71,256.11** |
| Chaffee | 0 | $0.00 | 66 | $7,452.77 | 3 | $1,845.41 | 27.3 | $24,235.87 | 0.0 | $0.00 | **$33,534.06** |
| **Totals** | **2,207** | **$540,690.18** | **1,503** | **$169,719.93** | **13,344** | **$8,208,391.49** | **7,546.0** | **$6,689,101.21** | **3,515.9** | **$6,689,101.21** | **$22,297,004.05** |

BLM_0039687



| County: | Coal Emps: | Coal $: | Metals Emps: | Metals $: | Oil/Gas Emps: | Oil/Gas $: | Permits Index: | Permits $: | Mineral Prod | Mineral Prod $: | Total $: |
|---------|------------|---------|--------------|-----------|---------------|------------|----------------|------------|--------------|-----------------|----------|

Contact Us | Policies

State of Colorado

BLM_0039688



Colorado **The Official State Web Portal**

Text Size

Search



# Department of Local Affairs
## Strengthening Colorado Communities

- Services
- Board of Assessment Appeals
- Division of Housing
- Division of Local Government
- Division of Property Taxation
- Contact Us

- Home
- Division of Local Government
- State Demography Office

- Regional Managers
- Local Government Capacity Building
- Financial Assistance
- Local Government Services
- State Demography Office
  - About Us
  - Subjects A to Z
  - Publications and Presentations
  - Population Data
  - Housing and Households
  - The Economy and Labor Force
  - Demographic Profiles
  - Conservation Trust Fund
  - US Census Data & Information
  - CEDIS
- Community Development Office (CDO)
- GIS Maps and Data
- Other Local Government Resources
- DLG Electronic Filing Portal

# State Demography Office

**IMPORTANT UPDATES**

# New

- Draft 2012 CTF Population Estimates now available!
- Governance and Intergovernmental Cooperation for Local Government Officials from Smaller Jurisdictions

- Webmap Gallery
- 2012 Annual Meeting Presentations
- FINAL 2011 Population Estimates & Forecasts

**The State Demography Office** is the primary state agency for population and demographic information. Its data are used by state agencies to forecast demand for facilities and services.

These data are also used by local governments and non-profit organizations in the state to anticipate growth or decline and to plan and develop programs and community resources. The office's location in the Department of Local Affairs insures that its data and information is developed in ways that account for local input and needs. The office makes the data publicly available on their website, answers requests for economic and demographic data and provides training workshops on accessing and using the data.

Please visit our About Us page to learn more, or send us an email with any questions or comments!

## DEMOGRAPHY DASHBOARD - NEW!

Our new Demography Dashboard shows graphs and charts for various datasets by county. Graphs include: **Net Migration by Age**, **Population Estimates**, **Population Projections** and **Components of Change**. Click below to choose your county and get started!



## Popular Items

- Join the Demography Listserv
- Training Opportunities
- Contact Staff
- Map Gallery
- What are Metropolitan & Micropolitan Statistical Areas?
- Urban & Rural Definitions

Contact Us    |    Policies

© 2013 State of Colorado

**Spreadsheet Placeholder(file available in native format)**

**File Name:**                    0_CODOLA2016_Popforecast5yrcounty.xls

BLM_0039691

### Regulatory Process for Permitting and Tracking an Oil or Gas Well

As requested, this briefly summarizes the process that the Colorado Oil and Gas Conservation Commission (OGCC) follows for permitting and tracking an oil or gas well.  It focuses on the submittal and review of forms for the operator and the well itself, including Forms 1 (Registration for Oil and Gas Operations), 1A (Designation of Agent), 2 (Application for Permit to Drill, Deepen, Recomplete, Re-Enter, and Operate), 2A (Location Assessment), 5 (Drilling Completion Report), 5A (Completed Interval Report), 6 (Well Abandonment Report), 7 (Operators Report of Monthly Operations), 8 (Conservation Levy), and 10 (Certificate of Clearance and/or Change of Operator).

If you wish, we can prepare a subsequent memorandum to summarize additional components of the OGCC's regulatory program for oil and gas wells, which go beyond the submittal and review of these forms.  These additional OGCC regulatory processes include:  review and approval of drilling, production, and special purpose pits that often accompany oil and gas wells; periodic inspection of the wells; review and approval of interim reclamation of the well pad; review and approval of final reclamation of the well pad; and consultation with the operator, the local government, and the surface owner, which may occur at multiple points from planning to plugging of the well as issues arise.

In addition to the regulatory processes that are summarized below and in the potential subsequent memorandum, additional regulatory processes sometimes apply to particular operators and wells.  Depending on the circumstances, these additional regulatory processes may include:  hearings before the Commission; variance and exception requests; mechanical integrity tests; bradenhead tests; static bottom hole pressure tests; water well samples; coal outcrop and coal mine monitoring; accident reports; spill reports; remediation work plans; stormwater programs; centralized exploration and production (E&P) waste management facility permits; comprehensive drilling plan approvals; and underground injection well permits.

- **Form 1:  Registration for Oil and Gas Operations**
  - Required prior to conducting any oil and gas operations in the State (well operator, gatherer, transporter, levy payer, seismic operator, financial assurance provider, etc. – all need to submit a Form 1).
    - Staff responsibility:
      - Form goes to Financial Assurance Section,
      - Quickly review to determine purpose
        - If update of operator's address, name, or type of operations:  updates are entered into the system.
        - If new operator:  new operator number will be assigned and all form data will be entered into the system.
    - Impact of backlog:
      - System cannot accept data from new operator.
      - The OGCC & general public will be unable to find operator contact information in the OGCC's database.
      - Delays industry operations and corporate acquisitions, because regulatory reports, including APDs, cannot be processed.
    - Timing requirements:  None established by statute or regulation.
    - Note:  Company must receive operator number from OGCC prior to conducting any operations in the State, including the buying and selling of properties.


- **Form 1A:  Designation of Agent**
  - Required for any company acting as an agent for another company (e.g. "Permits-R-Us" will file APDs on behalf of "Jones Operating Company").
  - Filed by operator to identify employees authorized to submit forms.
    - Staff responsibility:
      - Financial Assurance Section reviews and updates database with information on form, which may include multiple employees listed as signatories.
      - May require adding the agent company to the database.

1

BLM_0039692

- o   Create relationship between operator and agency.
- o   Create signatories for agent company.
  - ▪   Impact of backlog:  Operator/agent cannot file forms, including APDs, until correct agent information is in the system.
  - ▪   Timing requirements:  None established by statute or regulation.
  - ▪   Note:  this form typically arrives with the Form 1 and the two are processed sequentially.  Failure to have a Form 1 or Form 1A on record can prevent processing and approval of other operator-submitted forms.

- **Financial Assurance (Bonds):**
  - o   Required prior to operations of wells, seismic, centralized waste management facilities, and gas gathering.
    - ▪   Staff responsibility:
      - •   Review financial assurance document for its validity and correctness.
      - •   Input essential info into system and associate with appropriate operations.
      - •   Route to Director for signature on documents related to insurance bonds or deposits of cash or financial instruments at the Treasury.
      - •   All financial assurance is accounted for monthly with the OGCC's accountant, State Treasury, and COFRS (Colorado Financial Reporting System) and validated annually with the financial assurance provider.
      - •   Release of financial assurance requires a review of operations to ensure no outstanding obligations exist.  Release of obligation requires a transfer of ownership or field inspection that confirms site is fully reclaimed.
    - ▪   Impact of backlog:
      - •   Operators cannot conduct operations until financial assurance is accepted.
      - •   Operator's funds are held by the OGCC until financial assurance release process is completed.
    - ▪   Timing requirements:  None established by statute or regulation.
    - ▪   Note:  50% of bonds do not pass initial release, and this requires additional hours of staff time.  Staff work includes preparation of release letter, review of operations, on-site inspection, and retrieval of paper instrument.

- **Form 2:   Application for Permit to Drill, Deepen, Recomplete, Re-Enter, and Operate (APD)**
  - o   Required prior to drilling a new well or completing an existing well in a new formation.  An approved Form 2 permits the downhole construction of the well.
    - ▪   Staff responsibility:
      - •   Operator submits APD
        - o   If paper APD is submitted:
          - ▪   Staff scans APD document and all attachments.
          - ▪   Records Admin staff links, electronically, scanned APD and attachments.
          - ▪   APD is data entered into the Workflow Database (external server).
          - ▪   Permit staff verifies data entry with scanned image of paper copy of APD.
        - o   If APD is submitted electronically by operator:
          - ▪   Electronic submission is noted by the permit staff.
      - •   Permit staff performs initial completeness review
        - o   If initial review indicates deficiencies, staff contacts operator by phone and/or email to request additional information.  Operator has 30 days to respond.

2

BLM_0039693

- o If APD passes initial review, it is imported from the external Workflow Database to the Workflow Database on the internal server.
  - Permit staff posts notice of the Form 2 on the OGCC website and provides concurrent notice to the local government and in certain circumstances the Colorado Division of Wildlife (CDOW) and the Colorado Department of Public Health and Environment (CDPHE).
  - Permit staff and engineering staff perform concurrent detailed review.
    - o If detailed review indicates deficiencies, staff contacts operator by phone and/or email to request additional information. Operator has 30 days to respond. APD can be withdrawn by staff if deficiencies are not addressed in 30 days.
    - o Public comments, if any, are reviewed for appropriateness and posted to the website. Potential health, safety and welfare issues are considered during the permit process. Conditions of approval are added as necessary.
    - o If the permitting and engineering tasks are found to be adequate, the respective tasks are passed and the APD is ready for the Director's approval.
    - o After approval, the APD is subject to a 10 day appeal period before issuance.
  - Impact of backlog:
    - Operators cannot drill the well until the APD is approved.
    - Approval delays can potentially affect the operator's drilling schedule and rig mobilization costs.
  - Timing requirements: Per new OGCC rules, Form 2s cannot be approved in less than 21 days and the operator can request a prompt hearing after 75 days.
  - Note:
    - Location must be staked and surveyed prior to submitting the APD.
    - If operator objects to the conditions of approval attached to the APD they have 10 days to appeal by requesting a hearing. The local government and the surface owner also have 10 days to request a hearing.

- **Form 2A: Location Assessment**
  - o Required prior to building a location, e.g. well pad, for any oil and gas facility to ensure impacts to the public, environment, and wildlife are minimized. For wells in certain areas, the OGCC must approve the Form 2A and may attach special conditions to such approval. For wells in other areas the OGCC uses the Form 2A to determine whether special conditions should be added to the APD.
    - Staff responsibility:
      - Operator submits Form 2A
        - o If paper Form 2A is submitted:
          - Records Admin Staff scans Form 2A document and all attachments.
          - Records Admin staff links, electronically, scanned Form 2A and attachments.
          - Form 2A is data entered into the Workflow Database (external server).
          - Permit staff verifies data entry with scanned image of paper copy of Form 2A.
        - o If Form 2A is submitted electronically by operator:
          - Electronic submission is noted by the permit staff.
      - Permit staff performs initial completeness review
        - o If initial review indicates deficiencies, staff contacts operator by phone and/or email to request additional information. Operator has 30 days to respond.
        - o If Form 2A passes initial review, it is imported from the external Workflow Database to the Workflow Database on the internal server.
      - Permit staff posts the Form 2A on the OGCC website and provides concurrent notice to the local government and in some circumstances to the CDOW and CDPHE.

3

BLM_0039694

- Permit staff and Oil and Gas Location Assessment (OGLA) staff perform concurrent detailed review.
  - If detailed review indicates deficiencies, staff contacts operator by phone and/or email to request additional information. Operator has 30 days to respond. Form 2A can be withdrawn by staff if deficiencies are not addressed in 30 days.
  - OGLA staff's environmental review may include an on-site visit.
  - When reviews are complete, conditions of approval may be attached to the Form 2A or APD, as applicable. When the respective tasks are passed, the Form 2A is ready for the Director's approval, if such approval is required.
  - After approval, Form 2A is subject to a 10-day appeal period before issuance.
- Impact of backlog:
  - Operators cannot construct the location until the Form 2A is approved. Operator's construction schedules may potentially be affected by the turnaround time for the Form 2A; rescheduling because of approval delays can affect rig mobilization costs.
- Timing requirements: Per new OGCC rules, Form 2As cannot be approved in less than 21 days and the operator can request a prompt hearing after 75 days.
- Note:
  - Location must be staked and surveyed prior to submitting the Form 2A.
  - If operator objects to the conditions of approval attached to the Form 2A, they have 10 days to appeal by request of hearing. The local government and surface owner also have 10 days to request a hearing.


- **Form 5: Drilling Completion Report**
  - Describes the "as-built" construction of the well.
  - Contains the log tops of significant geologic formations.
  - Paper and electronic versions of electric logs are required to be submitted with the form.
  - Directional survey is required to be submitted with the form if the well is directional or horizontal.
  - Cement tickets are required so cement may be verified in the hole.
  - Lists actual casing/cementing results of drilling the hole.
  - Contains timing of spud, reaching total depth (TD), and setting casing or plugging.
  - Lists drilled location of top of production and bottom hole location.
  - Lists the actual drilled depth and plug back depth.
  - Records drill stem test results and core analysis.
    - Staff responsibility:
      - Permitting staff:
        - Compare with the APD to verify operator name, API number, well name/number, county, section, township and range, section line setbacks and field name.
        - Use footage calculator to determine if as-drilled location is within tolerable limits of proposed location. If it is not, request new survey from operator.
        - Verify that the submitted as-drilled lat/long are post spud.
        - If the well is directional or horizontal, use the submitted directional survey to verify the submitted locations of the top of production and bottom hole.
        - Enter the directional Bottom Hole Location (BHL) survey information into the directional tool in order to get the BHL plotted on MAPS from the BHL database.
        - Verify that the well was spud during the valid period of the APD.
        - Verify that the drilled depth was within reasonable limits of the permitted TD.
        - Verify ground and KB elevations from log headings.
        - Verify that the logs listed match the logs submitted with the Form 5. If they were not submitted, request copies from the operator.
        - Check and validate digital versions of uploaded logs. If they were not submitted, request that they be uploaded by the operator.
        - Verify that significant log formation tops are listed.

4

- Engineering staff:
  - Verify casing depths and cement coverage from log headings and analysis of the Cement Bond Long (CBL) and cementing tickets.
- Impact of backlog:
  - Unprotected groundwater, due to poor cementing procedures, is not detected in a timely manner.
  - Listed data is not available to interested operators and general public.
  - Drilling results are not available for monthly/annual summary of drilling activity.
  - Up-to-date information is lacking for permitting offset wells.
- Timing requirements:  Operator must submit within 30 days of completing well.

- **Form 5A:  Completed Interval Report**
  - Required for each formation that is completed or attempted to complete.
  - This report is submitted if a well is re-perforated and/or re-stimulated, or changes status.
    - Staff responsibility:
      - Permitting staff:
        - Compare with the APD to verify operator name, API number, well name/number, county, section, township and range.
        - Verify from well file that completed formation is legal to complete.
        - Check that all required fields are completed and request any missing data from operator.
        - Verify information from paper form with data entry in Forms Processor.
        - Electronically approve form; manually approve paper form.
    - Impact of backlog:
      - Delays database input of monthly production reports.
      - Delays timely error reports for missing production data.
      - Delays verification of production reports for levy payments.
    - Timing requirements:  Operator is required to submit the report within 30 days of completing a formation (successful or not), when a formation is temporarily abandoned or permanently abandoned, for a recompletion, reperforation or restimulation, or when a formation is commingled.

- **Form 6:  Well Abandonment Report**
  - Required before and after a well is plugged and abandoned (Intent to Abandon and Subsequent Report of Abandonment are covered on same form)
    - Staff responsibility:
      - Permitting staff:
        - For an Intent to Abandon and Subsequent Report of Abandonment:
          - Verify well name, API number and location information.
          - Verify as-built lat/long information.
          - Gather information from daily field reports.
          - Gather third party cement verification tickets.
      - Engineering:
        - For an Intent to Abandon:  Review original construction of well bore, aquifers around well bore, and producing zones in the well bore to determine appropriate depth of cement plug and ensure oil, gas, or water is confined to the reservoir in which it originally occurred. 90% of all forms are corrected by staff (plugs are often set at wrong depths).
        - Subsequent Report of Abandonment:  Evaluate cement tickets to determine volume, depth, and quality of cement.  If the operator fails to submit all required

5

data, follow-up phone calls requesting additional data are required before the form can be processed.

- Impact of backlog:
  - Plugging operations are delayed.
  - Bond release is delayed.
  - Delay in substantiating sufficient cement coverage to protect water sources.
- Timing requirements:  None established by statute or regulation.
- Note:  Approval of the Intent to Abandon portion of the Form 6 can be urgent if something goes wrong with the well and it needs to be plugged immediately. In these situations the operator will provide the Form 6 information to the engineer over the phone and receive approval to plug and abandon (P&A) the well right away.

- **Form 7:  Operators Report of Monthly Operations**
  - Operators are required to report every well and every well completion each month from the day the well is spud for the life of the well including one month as plugged.  Important information, such as well status, production volume, and number of days active are reported each month for each completed formation
    - Staff responsibility:
      - Gather and input each operator's report, troubleshoot errors, and resolve delinquencies. All errors are corrected through contact with operator. Staff must complete process within 30 days or they will not be ready for the next month's reports - and backlog is established.
      - About 45,000 records are currently submitted and processed each month, 85% electronically and 15% by mail.  There are a large number of records that have significant errors that remain unresolved and there is a large number of delinquent records.  These issues are not getting resolved due to staffing problems, because they require multiple phone calls, emails, and data review, and sometimes compliance action before issue can be resolved and production records are updated.
    - Impact of backlog:
      - When records are not current, all people, companies, and government entities that receive income from oil and gas operations cannot project or validate revenue.
      - Impacts industry exploration and acquisition efforts, because the OGCC is sole source of production information for wells in the state.
    - Timing requirements:  Operators must report monthly, within 45 days of end of each month.

- **Form 8:  Conservation Levy (as above, but quarterly)**
  - Required quarterly by first purchaser for each operator
    - Staff responsibility:
      - Process checks for deposit
      - Input approx. 600 forms quarterly, troubleshoot and resolve errors with payers
    - Impact of backlog:
      - The OGCC is unaware of over/under payments
      - Bonds cannot be released if levy is not current.
    - Timing requirements: Levy reports and payments are due quarterly.

- **Form 10:  Certificate of Clearance and/or Change of Operator**
  - Certificate of Clearance
    - Staff responsibility:
      - Permitting staff:
        - Verify operator, well name and number, location.

6

- - Check for date of first production and first sales.
    - Check that gatherer's name and number are listed.  If not, request registration of gatherer.
  - Impact of backlog:  Operator, transporter, and gatherer are unsure if movement and sales of product are authorized.
  - Timing requirements:  Due within 30 days of first sales.

- Change of Operator, Gatherer, or Transporter
  - Staff responsibility:
    - Permitting (single well) / Information Supervisor (multiple wells):
      - Verify new operator name, adequate bonding, effective date of change and well name and number, location in the form heading.
      - Verify that financial assurance is provided for each well.
      - Check if previous operator has any outstanding compliance issues.
        - Resolve compliance issues or confirm in writing that new operator has assumed responsibility.
      - Check that gatherer's name and number are listed.  If not, request registration of gatherer.  If gatherer not listed, request that information.
      - Check for buyer's and seller's signatures.
      - Approve form electronically and manually; mail out operator's copy.
  - Impact of backlog:  Operator, transporter, and gatherer are unsure if movement and sales of product is authorized.
  - Timing requirements:  Due within 30 days of change of operator.

Notes:
- All forms require general administration, such as receiving, date stamping, bar coding, routing to appropriate staff member, scanning, indexing, and filing for permanent repository.

- All staff provides general service to the public.  Approximately 20-25% of staff time is spent responding to queries from operators, government agencies, and the general public.

7

BLM_0039698

## Regulatory Process for Permitting and Tracking an Oil or Gas Well

As requested, this briefly summarizes the process that the Colorado Oil and Gas Conservation Commission (OGCC) follows for permitting and tracking an oil or gas well.  It focuses on the submittal and review of forms for the operator and the well itself, including Forms 1 (Registration for Oil and Gas Operations), 1A (Designation of Agent), 2 (Application for Permit to Drill, Deepen, Recomplete, Re-Enter, and Operate), 2A (Location Assessment), 5 (Drilling Completion Report), 5A (Completed Interval Report), 6 (Well Abandonment Report), 7 (Operators Report of Monthly Operations), 8 (Conservation Levy), and 10 (Certificate of Clearance and/or Change of Operator).

If you wish, we can prepare a subsequent memorandum to summarize additional components of the OGCC's regulatory program for oil and gas wells, which go beyond the submittal and review of these forms.  These additional OGCC regulatory processes include:  review and approval of drilling, production, and special purpose pits that often accompany oil and gas wells; periodic inspection of the wells; review and approval of interim reclamation of the well pad; review and approval of final reclamation of the well pad; and consultation with the operator, the local government, and the surface owner, which may occur at multiple points from planning to plugging of the well as issues arise.

In addition to the regulatory processes that are summarized below and in the potential subsequent memorandum, additional regulatory processes sometimes apply to particular operators and wells.  Depending on the circumstances, these additional regulatory processes may include:  hearings before the Commission; variance and exception requests; mechanical integrity tests; bradenhead tests; static bottom hole pressure tests; water well samples; coal outcrop and coal mine monitoring; accident reports; spill reports; remediation work plans; stormwater programs; centralized exploration and production (E&P) waste management facility permits; comprehensive drilling plan approvals; and underground injection well permits.

- **Form 1:  Registration for Oil and Gas Operations**
  - Required prior to conducting any oil and gas operations in the State (well operator, gatherer, transporter, levy payer, seismic operator, financial assurance provider, etc. – all need to submit a Form 1).
    - Staff responsibility:
      - Form goes to Financial Assurance Section,
      - Quickly review to determine purpose
        - If update of operator's address, name, or type of operations:  updates are entered into the system.
        - If new operator:  new operator number will be assigned and all form data will be entered into the system.
    - Impact of backlog:
      - System cannot accept data from new operator.
      - The OGCC & general public will be unable to find operator contact information in the OGCC's database.
      - Delays industry operations and corporate acquisitions, because regulatory reports, including APDs, cannot be processed.
    - Timing requirements:  None established by statute or regulation.
    - Note:  Company must receive operator number from OGCC prior to conducting any operations in the State, including the buying and selling of properties.


- **Form 1A:  Designation of Agent**
  - Required for any company acting as an agent for another company (e.g. "Permits-R-Us" will file APDs on behalf of "Jones Operating Company").
  - Filed by operator to identify employees authorized to submit forms.
    - Staff responsibility:
      - Financial Assurance Section reviews and updates database with information on form, which may include multiple employees listed as signatories.
      - May require adding the agent company to the database.

1

BLM_0039699

- o Create relationship between operator and agency.
- o Create signatories for agent company.
  - ▪ Impact of backlog:  Operator/agent cannot file forms, including APDs, until correct agent information is in the system.
  - ▪ Timing requirements:  None established by statute or regulation.
  - ▪ Note:  this form typically arrives with the Form 1 and the two are processed sequentially.  Failure to have a Form 1 or Form 1A on record can prevent processing and approval of other operator-submitted forms.

- **Financial Assurance (Bonds):**
  - o Required prior to operations of wells, seismic, centralized waste management facilities, and gas gathering.
    - ▪ Staff responsibility:
      - • Review financial assurance document for its validity and correctness.
      - • Input essential info into system and associate with appropriate operations.
      - • Route to Director for signature on documents related to insurance bonds or deposits of cash or financial instruments at the Treasury.
      - • All financial assurance is accounted for monthly with the OGCC's accountant, State Treasury, and COFRS (Colorado Financial Reporting System) and validated annually with the financial assurance provider.
      - • Release of financial assurance requires a review of operations to ensure no outstanding obligations exist.  Release of obligation requires a transfer of ownership or field inspection that confirms site is fully reclaimed.
    - ▪ Impact of backlog:
      - • Operators cannot conduct operations until financial assurance is accepted.
      - • Operator's funds are held by the OGCC until financial assurance release process is completed.
    - ▪ Timing requirements:  None established by statute or regulation.
    - ▪ Note:  50% of bonds do not pass initial release, and this requires additional hours of staff time.  Staff work includes preparation of release letter, review of operations, on-site inspection, and retrieval of paper instrument.

- **Form 2:   Application for Permit to Drill, Deepen, Recomplete, Re-Enter, and Operate (APD)**
  - o Required prior to drilling a new well or completing an existing well in a new formation.  An approved Form 2 permits the downhole construction of the well.
    - ▪ Staff responsibility:
      - • Operator submits APD
        - o If paper APD is submitted:
          - ▪ Staff scans APD document and all attachments.
          - ▪ Records Admin staff links, electronically, scanned APD and attachments.
          - ▪ APD is data entered into the Workflow Database (external server).
          - ▪ Permit staff verifies data entry with scanned image of paper copy of APD.
        - o If APD is submitted electronically by operator:
          - ▪ Electronic submission is noted by the permit staff.
      - • Permit staff performs initial completeness review
        - o If initial review indicates deficiencies, staff contacts operator by phone and/or email to request additional information.  Operator has 30 days to respond.

2

- o  If APD passes initial review, it is imported from the  external Workflow Database to the Workflow Database on the internal server.
- Permit staff posts notice of the Form 2 on the OGCC website and provides concurrent notice to the local government and in certain circumstances the Colorado Division of Wildlife (CDOW) and the Colorado Department of Public Health and Environment (CDPHE).
- Permit staff and engineering staff perform concurrent detailed review.
  - o  If detailed review indicates deficiencies, staff contacts operator by phone and/or email to request additional information.  Operator has 30 days to respond.  APD can be withdrawn by staff if deficiencies are not addressed in 30 days.
  - o  Public comments, if any, are reviewed for appropriateness and posted to the website.  Potential health, safety and welfare issues are considered during the permit process.  Conditions of approval are added as necessary.
  - o  If the permitting and engineering tasks are found to be adequate, the respective tasks are passed and the APD is ready for the Director's approval.
  - o  After approval, the APD is subject to a 10 day appeal period before issuance.
- Impact of backlog:
  - Operators cannot drill the well until the APD is approved.
  - Approval delays can potentially affect the operator's drilling schedule and rig mobilization costs.
- Timing requirements:  Per new OGCC rules, Form 2s cannot be approved in less than 21 days and the operator can request a prompt hearing after 75 days.
- Note:
  - Location must be staked and surveyed prior to submitting the APD.
  - If operator objects to the conditions of approval attached to the APD they have 10 days to appeal by requesting a hearing.  The local government and the surface owner also have 10 days to request a hearing.


- **Form 2A:  Location Assessment**
  - o  Required prior to building a location, e.g. well pad, for any oil and gas facility to ensure impacts to the public, environment, and wildlife are minimized.  For wells in certain areas, the OGCC must approve the Form 2A and may attach special conditions to such approval.  For wells in other areas the OGCC uses the Form 2A to determine whether special conditions should be added to the APD.
    - Staff responsibility:
      - Operator submits Form 2A
        - o  If paper Form 2A is submitted:
          - Records Admin Staff scans Form 2A document and all attachments.
          - Records Admin staff links, electronically, scanned Form 2A and attachments.
          - Form 2A is data entered into the Workflow Database (external server).
          - Permit staff verifies data entry with scanned image of paper copy of Form 2A.
        - o  If Form 2A is submitted electronically by operator:
          - Electronic submission is noted by the permit staff.
      - Permit staff performs initial completeness review
        - o  If initial review indicates deficiencies, staff contacts operator by phone and/or email to request additional information.  Operator has 30 days to respond.
        - o  If Form 2A passes initial review, it is imported from the external Workflow Database to the Workflow Database on the internal server.
      - Permit staff posts the Form 2A on the OGCC website and provides concurrent notice to the local government and in some circumstances to the CDOW and CDPHE.

3

- Permit staff and Oil and Gas Location Assessment (OGLA) staff perform concurrent detailed review.
  - If detailed review indicates deficiencies, staff contacts operator by phone and/or email to request additional information.  Operator has 30 days to respond.  Form 2A can be withdrawn by staff if deficiencies are not addressed in 30 days.
  - OGLA staff's environmental review may include an on-site visit.
  - When reviews are complete, conditions of approval may be attached to the Form 2A or APD, as applicable.  When the respective tasks are passed, the Form 2A is ready for the Director's approval, if such approval is required.
  - After approval, Form 2A is subject to a 10-day appeal period before issuance.
- Impact of backlog:
  - Operators cannot construct the location until the Form 2A is approved.  Operator's construction schedules may potentially be affected by the turnaround time for the Form 2A; rescheduling because of approval delays can affect rig mobilization costs.
- Timing requirements:  Per new OGCC rules, Form 2As cannot be approved in less than 21 days and the operator can request a prompt hearing after 75 days.
- Note:
  - Location must be staked and surveyed prior to submitting the Form 2A.
  - If operator objects to the conditions of approval attached to the Form 2A, they have 10 days to appeal by request of hearing.  The local government and surface owner also have 10 days to request a hearing.


- **Form 5:  Drilling Completion Report**
  - Describes the "as-built" construction of the well.
  - Contains the log tops of significant geologic formations.
  - Paper and electronic versions of electric logs are required to be submitted with the form.
  - Directional survey is required to be submitted with the form if the well is directional or horizontal.
  - Cement tickets are required so cement may be verified in the hole.
  - Lists actual casing/cementing results of drilling the hole.
  - Contains timing of spud, reaching total depth (TD), and setting casing or plugging.
  - Lists drilled location of top of production and bottom hole location.
  - Lists the actual drilled depth and plug back depth.
  - Records drill stem test results and core analysis.
    - Staff responsibility:
      - Permitting staff:
        - Compare with the APD to verify operator name, API number, well name/number, county, section, township and range, section line setbacks and field name.
        - Use footage calculator to determine if as-drilled location is within tolerable limits of proposed location.  If it is not, request new survey from operator.
        - Verify that the submitted as-drilled lat/long are post spud.
        - If the well is directional or horizontal, use the submitted directional survey to verify the submitted locations of the top of production and bottom hole.
        - Enter the directional Bottom Hole Location (BHL) survey information into the directional tool in order to get the BHL plotted on MAPS from the BHL database.
        - Verify that the well was spud during the valid period of the APD.
        - Verify that the drilled depth was within reasonable limits of the permitted TD.
        - Verify ground and KB elevations from log headings.
        - Verify that the logs listed match the logs submitted with the Form 5.  If they were not submitted, request copies from the operator.
        - Check and validate digital versions of uploaded logs.  If they were not submitted, request that they be uploaded by the operator.
        - Verify that significant log formation tops are listed.

4

- Engineering staff:
  - Verify casing depths and cement coverage from log headings and analysis of the Cement Bond Long (CBL) and cementing tickets.
  - Impact of backlog:
    - Unprotected groundwater, due to poor cementing procedures, is not detected in a timely manner.
    - Listed data is not available to interested operators and general public.
    - Drilling results are not available for monthly/annual summary of drilling activity.
    - Up-to-date information is lacking for permitting offset wells.
  - Timing requirements:  Operator must submit within 30 days of completing well.

- **Form 5A:  Completed Interval Report**
  - Required for each formation that is completed or attempted to complete.
  - This report is submitted if a well is re-perforated and/or re-stimulated, or changes status.
    - Staff responsibility:
      - Permitting staff:
        - Compare with the APD to verify operator name, API number, well name/number, county, section, township and range.
        - Verify from well file that completed formation is legal to complete.
        - Check that all required fields are completed and request any missing data from operator.
        - Verify information from paper form with data entry in Forms Processor.
        - Electronically approve form; manually approve paper form.
    - Impact of backlog:
      - Delays database input of monthly production reports.
      - Delays timely error reports for missing production data.
      - Delays verification of production reports for levy payments.
    - Timing requirements:  Operator is required to submit the report within 30 days of completing a formation (successful or not), when a formation is temporarily abandoned or permanently abandoned, for a recompletion, reperforation or restimulation, or when a formation is commingled.

- **Form 6:  Well Abandonment Report**
  - Required before and after a well is plugged and abandoned (Intent to Abandon and Subsequent Report of Abandonment are covered on same form)
    - Staff responsibility:
      - Permitting staff:
        - For an Intent to Abandon and Subsequent Report of Abandonment:
          - Verify well name, API number and location information.
          - Verify as-built lat/long information.
          - Gather information from daily field reports.
          - Gather third party cement verification tickets.
      - Engineering:
        - For an Intent to Abandon:  Review original construction of well bore, aquifers around well bore, and producing zones in the well bore to determine appropriate depth of cement plug and ensure oil, gas, or water is confined to the reservoir in which it originally occurred. 90% of all forms are corrected by staff (plugs are often set at wrong depths).
        - Subsequent Report of Abandonment:  Evaluate cement tickets to determine volume, depth, and quality of cement.  If the operator fails to submit all required

5

BLM_0039703

data, follow-up phone calls requesting additional data are required before the form can be processed.
- Impact of backlog:
  - Plugging operations are delayed.
  - Bond release is delayed.
  - Delay in substantiating sufficient cement coverage to protect water sources.
- Timing requirements:  None established by statute or regulation.
- Note:  Approval of the Intent to Abandon portion of the Form 6 can be urgent if something goes wrong with the well and it needs to be plugged immediately. In these situations the operator will provide the Form 6 information to the engineer over the phone and receive approval to plug and abandon (P&A) the well right away.


- **Form 7:  Operators Report of Monthly Operations**
  - Operators are required to report every well and every well completion each month from the day the well is spud for the life of the well including one month as plugged.  Important information, such as well status, production volume, and number of days active are reported each month for each completed formation
    - Staff responsibility:
      - Gather and input each operator's report, troubleshoot errors, and resolve delinquencies. All errors are corrected through contact with operator. Staff must complete process within 30 days or they will not be ready for the next month's reports - and backlog is established.
      - About 45,000 records are currently submitted and processed each month, 85% electronically and 15% by mail.  There are a large number of records that have significant errors that remain unresolved and there is a large number of delinquent records.  These issues are not getting resolved due to staffing problems, because they require multiple phone calls, emails, and data review, and sometimes compliance action before issue can be resolved and production records are updated.
    - Impact of backlog:
      - When records are not current, all people, companies, and government entities that receive income from oil and gas operations cannot project or validate revenue.
      - Impacts industry exploration and acquisition efforts, because the OGCC is sole source of production information for wells in the state.
    - Timing requirements:  Operators must report monthly, within 45 days of end of each month.


- **Form 8:  Conservation Levy (as above, but quarterly)**
  - Required quarterly by first purchaser for each operator
    - Staff responsibility:
      - Process checks for deposit
      - Input approx. 600 forms quarterly, troubleshoot and resolve errors with payers
    - Impact of backlog:
      - The OGCC is unaware of over/under payments
      - Bonds cannot be released if levy is not current.
    - Timing requirements: Levy reports and payments are due quarterly.


- **Form 10:  Certificate of Clearance and/or Change of Operator**
  - Certificate of Clearance
    - Staff responsibility:
      - Permitting staff:
        - Verify operator, well name and number, location.

6

- - o Check for date of first production and first sales.
    - o Check that gatherer's name and number are listed. If not, request registration of gatherer.
  - ▪ Impact of backlog: Operator, transporter, and gatherer are unsure if movement and sales of product are authorized.
  - ▪ Timing requirements: Due within 30 days of first sales.

- o Change of Operator, Gatherer, or Transporter
  - ▪ Staff responsibility:
    - • Permitting (single well) / Information Supervisor (multiple wells):
      - o Verify new operator name, adequate bonding, effective date of change and well name and number, location in the form heading.
      - o Verify that financial assurance is provided for each well.
      - o Check if previous operator has any outstanding compliance issues.
        - ▪ Resolve compliance issues or confirm in writing that new operator has assumed responsibility.
      - o Check that gatherer's name and number are listed. If not, request registration of gatherer. If gatherer not listed, request that information.
      - o Check for buyer's and seller's signatures.
      - o Approve form electronically and manually; mail out operator's copy.
  - ▪ Impact of backlog: Operator, transporter, and gatherer are unsure if movement and sales of product is authorized.
  - ▪ Timing requirements: Due within 30 days of change of operator.

Notes:
- • All forms require general administration, such as receiving, date stamping, bar coding, routing to appropriate staff member, scanning, indexing, and filing for permanent repository.

- • All staff provides general service to the public. Approximately 20-25% of staff time is spent responding to queries from operators, government agencies, and the general public.

7

BLM_0039705

HOME

Colorado
Conserva

*A division of the Colorado Department of Natural*

PRINT PAGE

MISSION
KIDS' PAGE
GENERAL
CONTACTS
LIBRARY
HEARINGS
RULES
POLICIES
ORDERS
FORMS
STAFF RPT
PERMITS
NEWS/MEDIA
DATABASE
LOCAL GOV
IMAGES
MAPS

HELP

**August 29, 2013**

## PUBLIC ANNOUNCEMENTS

**Current Job Opportunities At COGCC** (08/21/2013)

A listing of the current job openings.

**Encana Weld County Comment Period Extended** (08/15/2013)

Clink on the link above for a listing of the permits in Weld county in Section 32 2N 68W for Encana involved and the new dates for comments.

**Draft Spill Reporting Rules (HB 13-1278)** (08/14/2013)

**COGCC 2012 Outstanding Operator Awards** (08/08/2013)

The Colorado Oil and Gas Conservation Commission announced on August 07, 2013 its selections for outstanding operators from 2012.

**Revised Form 2 and Form2A released in eForm** (08/07/2013)

The revised Form 2 and Form 2A are now ready in eForm for operators to begin filing. Click on the above link for more information.

**DJ Basin Horizontal Offset Policy Effective 06/20** (06/13/2013)

Click on the above link to view the DJ Basin Horizontal Offset Policy effective 06/20/2013.

**New Form 4 Available in eForm** (04/30/2013)

Form 4, Sundry Notice, is now available to be filed through eForm submission. The new paper form is now available from the Forms page.

**Electronic Laboratory Data Submission** (04/11/2013)

Information on submitting analytical results, surveyed sample locations, and the field observations in an Electronic Data Deliverable Format.

**COGCC Open Records Act Policy** (03/13/2013)

The Colorado Oil and Gas Conservation Commission is committed to transparency and open government. This policy applies to record requests where the COGCC is the custodian of records pursuant to CORA.

### *HOT TOPICS*

**Statewide Operator Training for New Setback Rules** (08/15/2013)

By popular demand, COGCC will be offering training sessions in Greeley, Durango, and either Grand Junction or Rifle. Registration information here!

**New Setback Rules** (08/06/2013)

Click here for reference materials and guidance documents regarding the new Setback Rules and the Revised Form 2 and 2A.

**Spill Reporting HB 13-1278 Effective 08/07/2013** (08/05/2013)

Please be advised that HB 13-1278 goes into effect on August 7, 2013. All spills and releases must be reported as required Rule 906 and HB 13-1278.

**Wildlife Map Rulemaking** (06/14/2013)

COGCC proposal to update wildlife habitat maps

**New Groundwater Rules and Model SAP** (05/01/2013)

Effective May 1, 2013, Click for Info.

**Interim Policy For Hearings Dept. Filings** (04/18/2013)

Interim Policy For Number Of Copies Required To Be Submitted To Hearings Dept.

**Oil and Gas Industry Spills and Releases** (10/13/2011)

This memorandum explains how the COGCC seeks to prevent spills and releases, and, when they occur, ensure that they are promptly contained, investigated, and remediated.

**Hydraulic Fracturing Information** (06/07/2011)

With the public's interest in and concern about the potential impacts of fracking on public health and the environment, the COGCC has compiled information for the public's review.

BLM_0039706



**U.S. Energy Information Administration**

NATURAL GAS

OVERVIEW | DATA | ANALYSIS & PROJECTIONS

GLOSSARY › | FAQS ›

### Natural Gas Wellhead Value and Marketed Production

Area: [ U.S. ▼ ]   Period: [ Annual ▼ ]

| Show Data By:<br>⦿ Data Series   ○ Area  [Graph] [Clear] | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | View History |
|---|---|---|---|---|---|---|---|
| Quantity of Production Associated with Reported Wellhead Value (Million Cubic Ft.) ☐ | | | | | | | 1980-2006 |
| Imputed Wellhead Value of Marketed Production (Thousand Dollars) ☐ | | | | | | | 1989-2006 |
| Wellhead Price (Dollars per Thousand Cubic Ft.) ☐ | 6.25 | 7.97 | 3.67 | 4.48 | 3.95 | 2.66 | 1922-2012 |
| Marketed Production (Million Cubic Ft.) ☐ | 20,196,346 | 21,112,053 | 21,647,936 | 22,381,873 | 24,036,352 | 25,319,457 | 1900-2012 |

**-** = No Data Reported;  **--** = Not Applicable;  **NA** = Not Available;  **W** = Withheld to avoid disclosure of individual company data.

**Notes:** A number of states reported values associated with production volumes other than marketed production. See Definitions, Sources, and Notes link above for more information on this table.

Release Date: 7/31/2013
Next Release Date: 8/30/2013

BLM_0039707

Home | Contact Us | Help

About Us    Complaints    Dashboard    Data    Government    Library    Maps    Permits    Regula

COGIS Database    Downloads    Field Scout Cards    Imaged Documents    Production By County

**Click here to open page in a new tab/window**

## COGIS - Production Data Inquiry

| You requested production by: | county |
|---|---|
| Maximum records are limited to: | 100 |
| Year range: | 2012 to 2018 |
| County Code: | 029, 051, 077, 085, 091, 113 |
| For monthly detail: | Click on year |

| Annual Production by County - 31 record(s) returned. | | | | | | |
|---|---|---|---|---|---|---|
| County | Year | Oil Production (barrels) | Oil Sales (barrels) | Gas Production (MCF) | Gas Sales (MCF) | Water Production (barrels) |
| DELTA | 2012 | 207 | | 62,466 | 51,912 | 18,002 |
| DELTA | 2013 | 3,044 | 3,418 | 152,834 | 97,740 | 64,709 |
| DELTA | 2014 | 1,149 | 925 | 300,803 | 260,166 | 41,566 |
| DELTA | 2015 | 798 | 813 | 1,431,016 | 1,281,058 | 23,622 |
| DELTA | 2016 | 5 | | 909,459 | 807,880 | 12,435 |
| DELTA | 2017 | | | 570,956 | 497,565 | 7,658 |
| GUNNISON | 2012 | 986 | 746 | 1,974,284 | 1,838,289 | 717,101 |
| GUNNISON | 2013 | 231 | 318 | 1,476,566 | 1,288,777 | 589,090 |
| GUNNISON | 2014 | 1,608 | 1,210 | 3,610,345 | 3,398,322 | 315,982 |
| GUNNISON | 2015 | 1,278 | 1,142 | 4,804,562 | 4,623,440 | 816,519 |
| GUNNISON | 2016 | 757 | 561 | 4,915,483 | 4,744,240 | 456,881 |
| GUNNISON | 2017 | 459 | 584 | 4,309,611 | 4,192,283 | 470,352 |
| MESA | 2012 | 72,118 | 64,177 | 47,211,968 | 45,012,213 | 2,351,418 |
| MESA | 2013 | 56,854 | 53,883 | 38,255,154 | 35,169,228 | 1,834,004 |
| MESA | 2014 | 65,470 | 60,221 | 36,332,623 | 33,414,403 | 1,898,251 |
| MESA | 2015 | 63,766 | 64,360 | 31,989,970 | 29,322,278 | 2,224,695 |
| MESA | 2016 | 74,149 | 73,110 | 36,109,645 | 31,937,716 | 4,556,013 |
| MESA | 2017 | 90,742 | 88,575 | 36,733,642 | 31,839,287 | 5,470,825 |
| MESA | 2018 | | | | | |
| MONTROSE | 2012 | | | | | |
| MONTROSE | 2013 | | | | | |
| MONTROSE | 2014 | | | | | |
| MONTROSE | 2015 | | | | | |
| MONTROSE | 2016 | | | | | |
| MONTROSE | 2017 | | | | | |
| SAN MIGUEL | 2012 | 15,977 | 14,286 | 5,789,130 | 5,697,201 | 499,528 |

BLM_0039708

# Colorado Oil and Gas Conservation Commission

## Spill Analysis by Year 1999 – 4th Qtr 2017

BBL = Barrels

| Year | Spills | Oil Spilled (BBL) | Water Spilled (BBL) | Oil Produced (BBL) | % Produced Oil Spilled | Water Produced (BBL) | % Produced Water Spilled | Active Wells |
|---|---|---|---|---|---|---|---|---|
| 1999 | 263 | 2,283 | 41,363 | 19,702,336 | 0.012% | 229,903,675 | 0.018% | 21,745 |
| 2000 | 254 | 3,579 | 22,540 | 20,023,847 | 0.018% | 253,019,616 | 0.009% | 22,228 |
| 2001 | 206 | 1,939 | 10,582 | 20,181,232 | 0.010% | 266,146,443 | 0.004% | 22,879 |
| 2002 | 193 | 3,200 | 57,842 | 20,572,033 | 0.016% | 283,058,771 | 0.020% | 23,711 |
| 2003 | 213 | 2,924 | 19,528 | 21,601,373 | 0.014% | 302,780,820 | 0.006% | 25,042 |
| 2004 | 222 | 4,005 | 37,095 | 22,572,743 | 0.018% | 295,535,047 | 0.013% | 26,968 |
| 2005 | 326 | 5,014 | 24,638 | 23,231,140 | 0.022% | 347,069,144 | 0.007% | 28,952 |
| 2006 | 336 | 2,605 | 33,443 | 24,573,844 | 0.011% | 398,399,276 | 0.008% | 31,096 |
| 2007 | 376 | 4,074 | 27,096 | 26,190,355 | 0.016% | 393,806,340 | 0.007% | 33,815 |
| 2008 | 408 | 3,195 | 71,959 | 29,945,734 | 0.011% | 367,703,367 | 0.020% | 39,944 |
| 2009 | 368 | 2,787 | 22,213 | 30,364,519 | 0.009% | 358,918,106 | 0.006% | 37,311 |
| 2010 | 499 | 3,279 | 33,647 | 33,013,530 | 0.010% | 361,783,686 | 0.009% | 41,010 |
| 2011 | 501 | 3,286 | 33,801 | 39,472,783 | 0.008% | 343,853,173 | 0.010% | 43,354 |
| 2012 | 407 | 4,503 | 14,678 | 49,619,202 | 0.009% | 334,049,271 | 0.004% | 46,835 |
| 2013 | 633 | 3,946 | 14,345 | 66,114,185 | 0.006% | 329,531,615 | 0.004% | 50,067 |
| 2014 | 792 | 2,446 | 17,983 | 95,511,985 | 0.003% | 335,488,426 | 0.005% | 51,737 |
| 2015 | 624 | 1,471 | 28,126 | 122,859,590 | 0.001% | 329,194,865 | 0.009% | 53,054 |
| 2016 | 529 | 2,621 | 17,373 | 116,682,609 | 0.002% | 305,368,436 | 0.006% | 53,652 |
| 2017 | 605 | 2,216 | 12,060 | 102,023,981 | 0.002% | 239,621,419 | 0.005% | 54,035 |

BLM_0039709

Case No. 1:20-cv-02484-MSK   Document 38-3   filed 04/27/21   USDC Colorado   pg 64 of 170

Bienn. Symp. North. Wild Sheep
and Goat Counc. 8:147-154.

LAMB SURVIVAL AND HERD STATUS OF THE LOSTINE BIGHORN HERD FOLLOWING A
PASTEURELLA DIE-OFF

VICTOR L. COGGINS, Oregon Department of Fish & Wildlife,
    82119 Fish Hatchery Lane, Enterprise, OR 97828

PATRICK E. MATTHEWS, Oregon Department of Fish & Wildlife,
    82119 Fish Hatchery Lane, Enterprise, OR 97828

Abstract:   Two-thirds of the Lostine bighorn sheep herd (Northeast
Oregon) died during a Pasteurella epizootic in winter 1986-87.
Circumstantial evidence indicated the disease was transmitted from
domestic sheep.  Lamb survival was poor the first 2 years following the
die-off, but gradually improved thereafter.  The current herd status,
productivity, and management implications are summarized.

Rocky Mountain bighorn sheep (Ovis canadensis canadensis) (Bailey
1936) were native to Northeast Oregon, but disappeared by the mid
1940's.  Recent archaeological evidence indicates bighorns were abundant
in what is now Wallowa County.  Faunal remains from archaeological digs
in Hells Canyon indicate bighorns were the most important ungulate food
item for pre-settlement Indians.

Restoration efforts in Oregon began in 1971 when 15 ewes and 5 rams
from Jasper National Park, Alberta, Canada were released in the Lostine
River drainage of the Wallowa Mountains (Coggins 1988).  The herd was
migratory, wintering on open grass slopes on the north end of the
Wallowa Mountains (Lostine Wildlife Area) and summering 8 to 16 km (5 to
10 miles) south in high-elevation alpine basins along the Hurricane
Divide.  The Lostine bighorns did well and limited ram hunting started
in 1978.  Trapping and transplanting was initiated in 1977 and 152
bighorns were moved to 9 different sites by 1986.  Winter population
levels were kept at relatively stable numbers of about 80 sheep by
hunting and live trapping.

An all-age die-off from Pasteurella pneumonia was diagnosed in
November, 1986 and reduced bighorns from an estimated 100 to 34 animals
(Table 1).  Circumstantial evidence linked the die-off to contact with
domestic sheep (Coggins 1988), as has been reported by Onderka and
Wishart (1988), Foreyt and Jessup (1982), and others.

The assistance of many Oregon Department of Fish and Wildlife
personnel, numerous volunteers, and others that aided with this project
is greatly appreciated.  Special thanks are due to Dr. Bill Foreyt,
Washington State University (WSU), for his assistance and advice on
disease monitoring.  Also special thanks are due Rosemary Peterson, who
typed and retyped the manuscript.

Table 1. Lostine bighorn sheep herd composition and population surveys, 1972–92.

| Year | Ewes | Lambs | Rams | Total classified | Lambs per 100 ewes | Rams per 100 ewes | Highest winter count[a] | Population estimate |
|------|------|-------|------|-----------------|--------------------|--------------------|------------------------|---------------------|
| 1972[b] | 14 | 3 | 3 | 20 | 21 | 21 | 19 | 22 |
| 1973 | 13 | 3 | 3 | 19 | 23 | 23 | 19 | 25 |
| 1974 | 17 | 8 | 5 | 30 | 47 | 29 | 30 | 40 |
| 1975[b] | 25 | 12 | 10 | 47 | 48 | 40 | 47 | 55 |
| 1976[b] | 26 | 19 | 8 | 53 | 73 | 31 | 53 | 60 |
| 1977[b] | 24 | 19 | 17 | 70 | 79 | 71 | 63 | 70 |
| 1978 | | No data | | | | | 78 | 85 |
| 1979 | 33 | 23 | 22 | 78 | 70 | 67 | 85 | 95 |
| 1980 | 37 | 19 | 30 | 86 | 51 | 81 | 86 | 95 |
| 1981 | 55 | 11 | 26 | 92 | 20 | 47 | 92 | 100 |
| 1982 | 42 | 16 | 25 | 83 | 38 | 59 | 83 | 95 |
| 1983 | 38 | 27 | 28 | 93 | 71 | 74 | 96 | 110 |
| 1984 | 46 | 25 | 24 | 95 | 54 | 52 | 96 | 110 |
| 1985 | 58 | 19 | 20 | 97 | 33 | 34 | 97 | 110 |
| 1986 | 46 | 15 | 26 | 87 | 33 | 57 | 87 | 100 |
| 1987[c] | 19 | 2 | 11 | 33 | 11 | 58 | 33 | 34 |
| 1988[c] | 21 | 2 | 13 | 36 | 10 | 62 | 36 | 36 |
| 1989[c] | 21 | 2 | 9 | 32 | 10 | 43 | 32 | 33 |
| 1990[c] | 19 | 7 | 8 | 34 | 37 | 42 | 34 | 36 |
| 1991[c] | 21 | 9 | 10 | 40 | 43 | 48 | 40 | 45 |
| 1992[c] | 23 | 10 | 15 | 48 | 43 | 65 | 48 | 55 |

[a]  Jan through Apr counts unless otherwise noted.  Highest count by ground or supercub aircraft.  Includes bighorns transplanted.
[b]  Jun through Aug counts on summer range.
[c]  Winter range counts involving tagged animals.

148

METHODS

    Surviving Lostine bighorns were captured in a corral trap and ear tagged with alflex numbered tags.  All known surviving bighorns except 1 ram were eventually ear tagged.

    Individual records were kept on animal movements, body condition, treatments received, blood and nasal test results through January 1992. Herd composition counts were conducted in June-July on the summer range and again in December-February on the winter range.  Trapping was conducted during mid-winter to tag surviving lambs and collect blood samples and nasal smears. Cotton tipped swabs were used to rub the nares.  Nasal swabs were placed in Amies transport medium and submitted within 48 hours after collection to the Washington Animal Disease Diagnostic Laboratory, Pullman, Washington, for bacteria analysis. Bacterial isolates were confirmed by biochemical testing (Carter 1984). Biotyping and serotyping methods for P. haemolytica were completed using established formats (Biberstein 1978, Frank and Wessman 1978). Replicate ground counts were made from December through February on the winter range until observers were satisfied that the census was complete.  Ear tag numbers were recorded on individual record cards that aided in the accuracy of the surveys.  Marked animals that were not located for 2 years were considered dead.

RESULTS AND DISCUSSION

Lamb Survival Since Die-Off

    June-July lamb production counts indicate lamb:ewe ratios varying from a low of 43:100 in 1988 to 71:100 in 1990 (Table 2).  December-February herd composition counts (Table 2) indicated lamb survival was poor the first 2 years following the die-off with lamb ratios of 11 and 10:100 ewes in 1987 and 1988, respectively.   Survival increased from a low of 22% the first lambing period after the disease outbreak to 66% in 1991.

Table 2.  Bighorn lamb:ewe ratios from surveys conducted during June-July and December-February, and percent lamb survival between July and December counts, 1987-91.

| Year | June-July Lambs/ 100 ewes | (n) | December-February Lambs/ 100 ewes | (n) | Percent Survival |
|------|------|------|------|------|------|
| 1987 | 50 | (21) | 11 | (21) | 22% |
| 1988 | 43 | (30) | 10 | (23) | 23% |
| 1989 | No data | | 37 | (36) | |
| 1990 | 71 | (36) | 43 | (30) | 61% |
| 1991 | 65 | (28) | 43 | (33) | 66% |

BLM_0039712

150

Poor lamb survival following Pasteurella die-offs has been reported by Onderka and Wishart (1984), Festa-Bianchet (1988), and Foreyt (1988). Foreyt (1988) reported lambs born to captive ewes shedding P. haemolytica in nasal secretions were healthy until 6 to 11 weeks of age when they developed pneumonia and died. In his study, all lambs died for 3 years after the pneumonia outbreak. Festa-Bianchet (1988) also reported low recruitment following a pneumonia epizootic. In the Alberta study, only 13% of the lambs born the year of the die-off (1985) survived to 1 year of age. Lamb survival 2 years later was 41% (1986) and 36% (1987), respectively. Onderka and Wishart (1984) also reported low lamb production and survival the 2 years following a die-off in southern Alberta. Lamb:ewe ratios were 23 and 18:100 in 1983 and 1984, respectively, following the disease outbreak.

Time of Lamb Losses

The timing of lamb losses appeared to be similar to that reported by Foreyt (1988). Most Lostine lambs were born between 15 May and 1 June. July herd composition lamb counts were conducted on the summer range when lambs were 6 to 8 weeks old. Random counts conducted between September and November indicate lamb losses had occurred by this date. A few sick lambs (generally smaller in size than normal) were observed during this time period, but by December when winter surveys began, lambs generally looked healthy. Visual observations of lambs pre- and post-disease, suggest a greater proportion of poor quality lambs (smaller body size) since the die-off; however, information on body weights were not obtained.

Lambs less than 11 weeks of age born to ewes surviving a Pasteurella die-off may be protected by colostral immunity as reported by Foreyt (1988). Our observations indicate lamb mortality began shortly after birth; however, most lamb mortality occurred after 15 July at a time when consumption of milk appears to be dropping as grasses and forbs make up an increasing proportion of their diet.

Lambs born in 1987 and 1988, that survived until winter, also suffered a 50% mortality through winter 1991-92. Both 1987 lambs have survived to date, but the 2 1988 lambs (1 male, 1 female) were last seen in spring 1989 and are presumed dead. Survival of lambs beyond winter counts was difficult to assess in 1989-91 since fewer survivors were ear-tagged.

Adult Survival Since "Die-Off"

Twenty ewes (1 year or older), 2 lambs, and 12 rams (1 to 4 years of age) survived this die-off. Six of these adult ewes, have since been found dead or disappeared and are presumed dead, for a 70% post die-off survival rate. Two ewes died or disappeared in 1988, 1 in 1989, and 3 in 1990. Four ewes were seen with injuries, in poor condition, or appeared lethargic prior to their disappearance. Predation could have been a factor in at least 1 case judging from injuries on the animal. Of the 2 lambs, a female and male, only the female appeared to have survived. The ram was last seen in 1990 as a 4 year old, 16 km north of the winter range in flat agricultural land.

BLM_0039713

Six of the 12 surviving rams (50%) have disappeared and one 7 1/2 year old was taken by a hunter in 1991 (the first year sheep season reopened). Four rams were last seen in 1988 and they were 3 and 4 years of age at that time. Two 4 year old rams were last seen in 1989 and 1990. Why post die-off ram survival was lower than for ewes is unknown. It is possible that some emigration occurred, but no tagged Lostine rams have been observed in other herds. None of the rams unaccounted for appeared in poor condition or were noted with injuries as was the case with ewes. Poaching or cougar predation are other possibilities, but known illegal kills have rarely occurred in the area. The cougar population is moderate to high in this unit (Minam Wildlife Management Unit) and a few rams killed by cougars were found in past years when sheep population densities were higher. Harrison and Hebert (1988) found that cougars were selective in preying on rams in British Columbia and that kills were seldom located without intensive searches of gully bottoms and thickets. They also found the heaviest mortality in November and December after the rut. Older Lostine rams generally moved away from lamb-ewe groups, following the rut, to winter range that had more cover. Presumably this could make them more vulnerable to cougar predation. However, no dead rams were found or reported since the die-off, but brushy bottoms and thickets were not searched.

Herd Recovery

Bighorn losses from the Lostine die-off took 2 forms. The direct losses from the disease reduced the herd by 66% and poor lamb survival kept the herd at static levels for 3 years following pneumonia episodes (Fig. 1).

Herd size began a slow increase as lamb survival improved (Table 1) and 40 animals were counted the winter of 1990-91. This past winter (1991-92), 48 bighorns were counted and the herd size was estimated at 55 animals. Lamb survival appears to be approaching normal levels with 43:100 ewes classified on the winter range.

Ram numbers are also increasing with 15 rams located this past winter or 65:100 ewes. Most rams are 1 to 3 years old, the result of improved recruitment since 1989. Only 6 rams between 7 and 9 years of age are known to be in the herd.

Disease Testing

Nasal swabs and blood samples have been collected from bighorns captured on the winter range. It is beyond the scope of this paper to report on these results. However, test results from nasal swabs appear to indicate a drop in _Pasteurella_ spp. shedding by adults.

MANAGEMENT IMPLICATIONS

The Lostine _Pasteurella_ die-off has had a devastating impact on Oregon's Rocky Mountain bighorn recovery program. This herd was used as a source of transplant stock as well as providing the bulk of hunting

152



Fig. 1  Lostine bighorn sheep herd composition and population status based on surveys conducted during winters 1972-92.  Excludes 1978 when no data were collected.

opportunity.  Bighorns have not been transplanted from this herd since 1986.  Ram hunting opportunity dropped from 6 tags authorized annually from 1979 to 1986, to no hunts authorized from 1977-90.  One tag was offered in 1991 and future tag numbers will be increased if the herd size and ram numbers continue to grow.  There is a gap in the age structure of the ram segment of the herd with no known surviving rams between the ages of 4 to 6 and 10 to 12+ years.  Hunting opportunity for trophy quality rams will be very limited until the age structure becomes more evenly distributed.

The disease problem also had other implications to Oregon's Rocky Mountain bighorn (RMB) programs.  Only 1 RMB transplant in an adjacent wildlife district has been completed since the 1986-87 die-off. Disagreement between Oregon Department of Fish and Wildlife (ODFW), and the Wallowa-Whitman National forest over domestic sheep grazing on sites occupied by bighorns led to a cancellation of all bighorn transplants on the forest.  Considerable controversy occurred when hunting and conservation groups, several Indian tribes and livestock interests entered the dispute.  Agreement between ODFW and Wallowa-Whitman National Forest was finally reached this past winter and several

BLM_0039715

transplant sites on the forest will be available in the future to continue restoration efforts. Attitudes are changing. ODFW completed several controlled burns on bighorn ranges during Spring 1992. These habitat projects were partially financed by the Foundation for North American Wild Sheep in cooperation with the Wallowa-Whitman National Forest. Hopefully, restoring Oregon's Rocky Mountain bighorns to suitable former range will proceed in a more timely manner with multi-agency support.

There are several other management questions regarding bighorn herds surviving Pasteurella die-offs that need to be answered:

1.  At what point (if ever) should supplemental transplants be considered?
2.  Should bighorn herds that have recovered from a Pasteurella outbreak be used for transplant stock? If so, at what point should trapping and transplanting begin?
3.  What are the risks (if any) of contact between bighorns from a "recovered" herd and adjacent "healthy" animals.

## MANAGEMENT RECOMMENDATIONS

The main lesson learned from the Lostine disease problem is to keep domestic sheep and bighorns separated. When contact occurs, serious long-term disease problems and drastic reductions in bighorn numbers and lamb survival can be expected.

## LITERATURE CITED

Bailey, V. 1936. The mammals and lifezones of Oregon. North Am. Fauna, No. 55. U.S. Dep. Agric., Bur. Biol. Surv., Washington, D.C. 416pp.

Biberstein, E. L. 1978. Biotyping and serotyping Pasteurella haemolytica. Pages 253-259 in T. Bergen and J. R. Norris, eds. Methods of Microbiology. Vol. 10. Academic Press, New York, N.Y.

Carter, G. R. 1984. Genus 1 Pasteurella. Pages 552-558 in N. R. Drieg, ed. Bergey's manual of systemic bacteriology. Vol. 1. Williams and Wilkins. Baltimore, Md.

Coggins, V. L. 1988. The Lostine Rocky Mountain bighorn sheep die-off and domestic sheep. Bienn. Symp. North. Wild Sheep and Goat Counc. 6:57-64.

Festa-Bianchet, M. 1988. A pneumonia epizootic in bighorn sheep, with comments on preventive management. Bienn. Symp. North. Wild Sheep and Goat Counc. 6:66-76.

Foreyt, W. J. 1988. Pneumonia in bighorn sheep: effects of Pasteurella haemolytica from domestic sheep and effects on survival and long term reproduction. Bienn. Symp. North. Wild Sheep and Goat Counc. 6:92:101.

_____, and D. A. Jessup.   1982.   Fatal pneumonia of bighorn sheep following association with domestic sheep. J. Wildl. Dis.  18:163-168.

Frank, G. H., and G. R. Wessman.   1978.   Rapid plate agglutination procedure for serotyping _Pasteurella haemolytica_.   J. Clin. Microbiol.  7:142-145.

Harrison, S., and D. Hebert.   1988.   Selective predation by cougar within the Junction Wildlife Management Area.  Bienn. Symp. North. Wild sheep and Goat Counc.  6:292-306.

Onderka, D. K., and W. D. Wishart.   1988.   Experimental contact transmission of _Pasteurella haemolytica_ from clinically normal domestic sheep causing pneumonia in Rocky Mountain bighorn sheep. J. Wildl. Dis.  24:663-667.

_____, and _____.  1984.  A major die-off from pneumonia in southern Alberta.  Bienn. Symp. North. Wild Sheep and Goat Counc.  4:356-363.





# ECOSPHERE

# Impacts of fire exclusion and recent managed fire on forest structure in old growth Sierra Nevada mixed-conifer forests

Brandon M. Collins,[1]† Richard G. Everett,[2,3] and Scott L. Stephens[2]

[1]USDA Forest Service, Pacific Southwest Research Station, 1731 Research Park Drive, Davis, California 95618 USA
[2]Ecosystem Sciences Division, Department of Environmental Science, Policy, and Management, 130 Mulford Hall, University of California, Berkeley, California 94720-3114 USA

**Abstract.** We re-sampled areas included in an unbiased 1911 timber inventory conducted by the U.S. Forest Service over a 4000 ha study area. Over half of the re-sampled area burned in relatively recent management- and lightning-ignited fires. This allowed for comparisons of both areas that have experienced recent fire and areas with no recent fire, to the same areas historically based on early forest inventories. Our results indicate substantially altered present forest conditions, relative to the 1911 data, and can largely be attributed to the disruption of the key ecosystem process for these forests, fire. For areas that burned recently there was a noticeable difference in forest structure based on fire severity. Current tree density and canopy cover in areas burned recently with moderate severity did not differ from 1911 estimates, while areas that burned recently with low severity or were unburned had higher tree density and canopy cover relative to the 1911 estimates. This emphasizes an important distinction with regard to using fire to restore forests, resting primarily on whether fires kill trees in the lower and intermediate canopy strata. Our results also demonstrate nearly a doubling of live tree carbon stocks in the present forest compared to the historical forest. The findings presented here can be used by managers and ecologists interested in restoring Sierra Nevada mixed conifer systems.

**Key words:** fire ecology; fire management; forest ecology; restoration.

**Received** 28 January 2011; revised 7 April 2011; accepted 8 April 2011; **published** 28 April 2011. Corresponding Editor: F. Biondi.

**Citation:** Collins, B. M., R. G. Everett, and S. L. Stephens. 2011. Impacts of fire exclusion and recent managed fire on forest structure in old growth Sierra Nevada mixed-conifer forests. Ecosphere 2(4):art51. doi:10.1890/ES11-00026.1

**Copyright:** © 2011 Collins et al. This is an open-access article distributed under the terms of the Creative Commons Attribution License, which permits restricted use, distribution, and reproduction in any medium, provided the original author and sources are credited.

[3] Present address: Department of Natural Resources, Salish Kootenai College, 58138 Highway 93, P.O. Box 70, Pablo, Montana 59855 USA.

† **E-mail:** bmcollins@fs.fed.us

## Introduction

Past harvesting practices and livestock grazing, coupled with over a century of fire suppression have shifted the structure and composition of many dry, mid- to low-elevation forests throughout the western U.S. This shift is generally characterized by increased tree densities, smaller average tree diameters, increased proportions of shade-tolerant tree species, and elevated surface fuel loads relative to historical or pre-European settlement forest conditions (Parsons and Debenedetti 1979, Naficy et al. 2010, Scholl and Taylor 2010). These changes have substantially increased the vulnerability of many contemporary forests to uncharacteristically high disturbance intensities and extents, particularly from fire and insects/disease (Allen 2007). Following such disturbances these forests, and the species dependent on them, have limited capacity to return to pre-disturbance states. As a result, forest managers are tasked with mitigating the potential for uncharacteristic disturbances, primarily through the modification of tree densities and

BLM_0039718

surface fuels (Agee and Skinner 2005, Stephens et al. 2009a). Much of the ecological basis for these mitigation efforts comes from studies that reconstruct historical, or pre-Euro American settlement, forest conditions (Swetnam et al. 1999). These reconstruction studies characterize the structure and composition of forests for a period in which low- to moderate-intensity fire was the dominant process. Under these conditions forests were largely resistant to extensive, high-intensity fire (Brown et al. 2008), and were generally resilient to other disturbances and stressors (e.g., insects, disease, and drought) (Fulé 2008). However, there is evidence from some forest types that historical fires did occur at higher intensities as well, resulting in discrete patches of high tree mortality throughout the landscape (Beaty and Taylor 2001, Hessburg et al. 2007, Beaty and Taylor 2008); such patterns continue today where wildfires have been managed for resource benefit (Collins and Stephens 2010).

Most historical forest reconstructions rely on information inferred from tree rings, which allows for temporal depth and spatial precision that often exceeds other historical data sources (e.g., written accounts, maps, plot data, and photographs) (e.g., Fulé et al. 1997, Taylor 2004, Brown et al. 2008, Scholl and Taylor 2010). However, tree-ring based reconstructions are subject to an inherent limitation brought about by only using extant data. When there is a considerable amount of time between the reconstruction period and data collection, as there is with most historical forest reconstructions (>100 years), uncertainty increases owing to losses from fire, insects and disease, and decomposition. This uncertainly has not been studied extensively (but see Moore et al. 2004) and its impacts on reconstructed tree densities and tree size distributions are largely unknown.

Historical datasets, data collected from the field and archived, are an alternative source of information used in forest reconstructions (e.g., Leiberg 1902, Wieslander et al. 1933). These datasets allow for detailed quantitative comparisons of current vs. historical forest structure and composition (Stephens 2000, Lutz et al. 2009). However, there are a number of concerns associated with historical datasets: (1) limited geographic extent, (2) unknown or unrepeatable study site selection/inventory methodologies, (3) uncertainty in accurately re-locating sampled areas (Kelly et al. 2008), and (4) limited temporal depth. Finding a historical dataset that addresses all of these concerns would be extremely difficult, if not impossible. That stated, we have identified a historical dataset that covers a large geographic extent (>4000 ha), has unbiased sampling locations, and can be re-located reasonably well. This particular dataset consists of early timber inventories conducted by the U.S. Forest Service (USFS). In California, these inventories were conducted ca. 1910 and were part of the first organized assessment of all timber resources within the then, new agency.

In this study we take advantage of a unique portion of these early USFS timber inventories that were conducted on what was then part of the Stanislaus National Forest, but which subsequently became incorporated into Yosemite National Park (YNP). As a result of being included within YNP this area did not experience timber harvesting intensities that occurred in surrounding areas and throughout much of the mixed-conifer region in the Sierra Nevada. Livestock grazing may have occurred prior to the timber inventories, but likely ceased upon incorporation into YNP, ca. 1930. Thus, for this area a comparison of current forest conditions to those based on the early inventories could provide information on potential change driven primarily by 20th century fire exclusion policies. In addition, by being part of YNP, which has maintained an active fire management program for the last 30 years, over half of this area burned relatively recently (10–20 years) in lightning-and/or management-ignited fires. This allows for comparisons of both areas that have experienced recent fire and areas with no recent fire, to the same areas historically based on early unbiased forest inventories. Such comparisons can provide information on how close forest structure and composition under more active recent fire management approximates that for historical forests. Our objectives were to: (1) identify usable historical timber inventory records, (2) locate historical inventory areas 'on the ground' and sample current forest stand conditions, and (3) perform statistical analyses comparing current to historical forest stand conditions, both overall and partitioned based on recent fire activity. This study is novel in that it re-samples the same

BLM_0039719

COLLINS ET AL.

forest areas approximately 100 years later, uses unbiased sampling methods, and occurs at relatively large spatial scales.

Our study is not the first to use data from the 1911 timber inventories. Scholl and Taylor (2010) summarized forest structure using the 1911 data and compared that to reconstructed historical forest structure based on tree rings. They did this for an area that overlaps our study area. Our study goes beyond what Scholl and Taylor (2010) did by: (1) including a higher number of 1911 timber inventory areas, (2) intentionally re-measuring the areas where historical inventories were conducted, and (3) analyzing the impact of recent fire management activities on forest structure and composition relative to the 1911 data.

## STUDY AREA

The historical timber inventory data we use only exists for the western portion of YNP, which is situated in the central Sierra Nevada (Fig. 1). Elevation in our study area ranges between 1460 and 2130 m. The forest within the study area is characterized as west-slope Sierra Nevada mixed conifer, consisting of: sugar pine (*Pinus lambertiana*), ponderosa pine (*P. ponderosa*), white fir (*Abies concolor*), red fir (*A. magnifica*), incense-cedar (*Calocedrus decurrens*), Douglas-fir (*Pseudotsuga menziesii*), California black oak (*Quercus kelloggii*), and canyon live oak (*Quercus chrysolepsis*). The climate is Mediterranean, with cool, wet winters and hot, dry summers. Annual precipitation, primarily as snow, ranges from 25 to 155 cm/year, with an average just over 100 cm/year. Mean monthly temperatures range from 2°C in January to 18°C in July (Crane Flat Remote Automated Weather Station).

Prior to 1900 fire was common in this forest, with a mean point fire return interval reported for an adjacent area of 12 years (Scholl and Taylor 2010). With the onset of fire suppression ca. 1900 fire was largely excluded from the study area until 1983, which marked the first of seven management- and lightning-ignited fires that burned through 2009. These fires were part of the YNP Fire Management Plan, with the objectives of both returning a natural process to these forests and reduction of hazardous fuels (Martin 2009).

## METHODS

### Historical forest inventory data

All of the historical forest inventories within our study area were conducted in 1911. At that time the Stanislaus National forest extended over 10 km farther east than its modern boundary, and included the Gin Flat and Crane Flat areas of YNP. The inventories within our study area were conducted by two-person crews, with one person compass & distancing and the other assessing the timber. Their assessments involved recording all conifer trees within belt transects that were 40.2 m (132 ft or 2 chains) wide and 402 m (1320 ft or 20 chains) long. Trees were tallied by species into diameter at breast height (dbh) and total height classes. The dbh classes consisted of poles (15.2–30.4 cm), and then for trees ≥30.5 cm were 5.1 cm (2 in) (Appendix). Smaller trees (<15.2 cm dbh) were tallied into sapling or seedling classes, but the actual dbh/height break values were not recorded on the inventory forms and are unknown to us (Appendix). Height was recorded in 4.9 m (16 ft) classes (Appendix). In addition to inventorying trees, the following observations were made in each transect: rock type and exposure, soil texture, forb cover, shrub cover, stand development stage, and stand age. Transect locations were based on the Public Land Survey System (PLSS), which is the primary method used to survey rural or undeveloped land in the western U.S. Transects started and ended at the mid-points of quarter-quarter sections, which are referred to as lots (Fig. 1). Transects were oriented either N–S or E–W, against dominant contour within the lot. Each transect covered 1.6 ha (4 ac).

### 21st century reconstruction

From historical data available at the National Archive and Records Administration archives we were able to find forest inventory data sheets for over 50 lots that are now within the YNP boundary. We used a PLSS layer in ArcGIS, which contained lot boundaries, to obtain Universal Transverse Mercator coordinates for the starting and ending points of these transects. These points defined the theoretical centerline of the historical belt transects. We use the term 'theoretical' to point out uncertainty in the exact transect locations due to potential errors incurred

BLM_0039720



Fig. 1. Locations of lots included in the 1911 timber inventories that were re-sampled between 2005 and 2007 within Yosemite National Park, California, USA. Portions of the study area have burned in seven management- and lightning-ignited fires, occurring between 1983 and 2002. The lower left frame demonstrates both the re-sampling effort within the estimated historical belt transect (white rectangle outline), and the satellite-derived fire severity classification used to broadly capture fire effects on dominant vegetation (see Methods).

BLM_0039721

in locating (compassing and distancing) transects originally. In order to re-measure a greater number of lots we opted to subsample from within the original belt transects. Our 2005–2007 subsamples entailed establishing four 1/10th ha circular plots centered at random, non-overlapping distances along the theoretical historical transect centerline (Fig. 1). In each plot we recorded tree species, height, dbh, and crown position for all trees 5.1 cm dbh and above. In addition we recorded shrub cover, aspect, and slope at each plot. Due to time and access constraints we were only able to sample from 30 lots. We removed two of the sampled lots because of inconsistencies between the historical descriptions of transect physiographic features (aspect, proximity to streams, rock outcrops) and our observations in the field, leaving 28 lots for the comparative analysis: 1911 to 2005–2007. The 2005–2007 sampling effort is referred to hereafter as 'recent'.

### Fire information

Nineteen of our 28 sampled lots were burned in either management- or lightning-ignited fires. Rather than arbitrarily separate out lots that burned in management- vs. lightning-ignited fires, or simply burned lots vs. unburned lots, we opted to take advantage of an existing dataset containing satellite-derived estimates of fire severity for all fires >40 ha within YNP (Thode 2005) to characterize fire effects on each individual lot. These fire severity estimates are based on the relative differenced Normalized Burn Ratio, which is computed from Landsat TM imagery (see Miller and Thode 2007, Miller et al. 2009a). This index has been used extensively to characterize contemporary fires and fire regimes (Holden et al. 2007, van Wagtendonk and Lutz 2007, Collins et al. 2009, Miller et al. 2009b). We used three fire severity classes: low, moderate, and high, which were based on the classification thresholds reported by Miller and Thode (2007), to broadly represent the extent of fire-caused change in burned lots. The actual fire severity class assigned to each lot was based on the majority of classified pixels within and immediately adjacent our 1/10th ha plots (see Fig. 1 for an example). This resulted in 9 lots in the low severity category, 10 lots in the moderate severity, and 0 lots in the high severity category. Recall

there were 9 lots that were unburned. This relatively even distribution among the low severity, moderate severity, and no fire categories was purely serendipitous, i.e., our lot sampling scheme was driven by both broadening the sampling area and access rather than attempting to evenly capture recently burned and unburned areas.

The time between the last fire and the recent sampling of these 19 burned lots ranged between 3 and 17 years. However, for 74% of these lots the time since fire ranged between 11 and 13 years. The lack of a more even distribution among times since fire precluded any use of this variable for potentially explaining differences in observed forest structure and composition.

### Data analysis

We assembled a suite a variables to characterize forest structure and composition using tree lists generated from the 1911 belt transects and our recent plots. The tree lists were standardized for area sampled such that outputs represented per hectare values. The constructed variables were: tree density for all trees and partitioned into four dbh classes, proportion of stand basal area by four species groups, derived canopy cover, live tree carbon, and density of large pines. The four dbh classes used to report partitioned tree density were: 15.2–30.4 cm, 30.5–61.0 cm, 61.1–91.4 cm, >91.4 cm, and were based on a stand classification scheme used in forest management throughout the Sierra Nevada (USDA 2004) and in previous work (Lutz et al. 2009). The four species groups that we investigated for potential changes in proportion of stand basal area were: (1) pine–ponderosa pine and sugar pine, (2) true fir–white fir and red fir, (3) incense-cedar, and (4) Douglas-fir. The derived canopy cover was calculated with the Forest Vegetation Simulator (Dixon 2002), using the belt transect/plot tree lists as inputs. This calculation represents the percentage of ground area directly covered with tree crowns. It uses species specific estimates for crown radius and corrects for canopy overlap (Dixon 2002). To investigate the impact of excluding smaller trees (<15.2 cm dbh) on our canopy cover estimates we additionally calculated derived canopy cover for all live conifers ≥5.1 cm dbh from the recent sampling effort. Differences between the two estimates

BLM_0039722

($\geq$5.1 cm dbh and $\geq$15.2 cm dbh) ranged between 0 and 14%, with the average across all lots being 4%. This indicates that on average our canopy cover estimates based on trees $\geq$15.2 cm dbh may slightly under represent actual canopy cover. Note that this calculation of underestimation is entirely based on recent forest conditions, and would likely be reduced for historical stand conditions due to increases in tree densities resulting from fire exclusion (Scholl and Taylor 2010).

Tree carbon estimates were obtained by first calculating biomass using the genus-specific allometric equations presented by Jenkins et al. (2004), then multiplying biomass by 0.5. This method has been used in previous studies of Sierran forests (North et al. 2009a, Stephens et al. 2009b) and allows for direct comparisons across different study areas. The density of large pines was the per hectare aggregation of ponderosa and sugar pine >61.0 cm and is investigated in response to concern over possible under representation of large pines throughout Sierra Nevada forests (USDA 2004).

The constructed stand structure and composition variables were limited to live conifers that were $\geq$15.2 cm dbh. This truncated tree information was a product of a conservative approach towards using the historical timber inventory data. Information on smaller trees (seedlings and saplings) and dead trees was available from the historical datasheets (Appendix), however we could not be certain in both what the actual sizes were for smaller trees and that dead trees were consistently recorded across all lots. By leaving out smaller trees, hardwoods, and dead trees, the variables we constructed do not provide a complete description stand structure and composition for this forest. Rather, these variables are intended to capture the dominant forest attributes in each time period.

We tested differences in these variables among time periods (1911 against recent) and among modern fire groups (no fire, low severity, and moderate severity) using a repeated measures analysis (Proc Mixed; SAS 2009). While the point could be made that our recent plots do not represent true re-measurement due to uncertainty in exact locations and the differing sampling extents, we submit that there is likely to be more overlap in sampling efforts than disparity. Thus, we argue a repeated measures analysis is appropriate. Diagnostic plots of the residuals indicated good compliance with the normality and homogeneity of variance assumptions for all variables except the basal area proportions of both true fir and Douglas-fir. Both of these contained several zeros and were log + 1 transformed. Model covariance structure was chosen individually for each variable based on lowest Akaike information criterion (AIC). AIC provides a means for comparing among competing models by capturing the tradeoffs between model accuracy and model complexity. This predominantly resulted in unstructured covariance. Differences among time periods and modern fire groups were inferred from Tukey-Kramer adjusted $P$-values, with $\alpha = 0.05$. Pairwise comparisons among modern fire groups were only investigated when the modern fire group fixed effects, both overall and partitioned for the recent sampling period, were significant.

Using only data from the 2005–2007 measurement we performed an analysis of variance (ANOVA) on the density of understory trees (5.1–15.1 cm dbh) among modern fire groups (no fire, low severity, moderate severity). We did this for all conifers combined and for the four species groups individually. The 1911 data were not included due to uncertainty in the definition of seedlings and saplings (Appendix). If $P$-values from the ANOVA F-tests were significant ($\alpha = 0.05$) we used the Tukey-Kramer method to compare between individual modern fire groups.

## RESULTS

Tree density increased markedly between 1911 and the recent sampling effort (Fig. 2A). This increase was highly significant ($P < 0.001$) for all trees >15.2 cm dbh aggregated, as well as for the two smaller tree size classes (15.2–30.4 cm and 30.5–61.0 cm dbh). For the 61.1–91.4 cm dbh class density increased significantly, but had a higher $P$-value ($P = 0.04$), while for the largest size class (>91.4 cm dbh) mean densities indicated an increase, but it was marginally insignificant ($P = 0.06$). Pairwise comparisons indicated that lots with no recorded fire in the modern era (1930 to present) had significantly lower tree density in 1911 than all other period/modern fire groups, but significantly higher recent tree density than

BLM_0039723



Fig. 2. Average forest structure and composition attributes by sampling period and by modern fire group. These attributes were constructed using only live conifers ≥15.2 cm diameter at breast height (dbh) and include: tree density (all species combined) by dbh class (A), proportion of basal area by species group (B), derived canopy cover (see Methods) (C), and live tree carbon (D). Dotted bars represent significantly ($P < 0.05$) higher overall period averages. Letters above bars indicate significantly different period/modern fire groups based on pairwise comparisons using Tukey-Kramer adjusted $P$-values. Comparisons indicated in (A) are for aggregated tree density (all trees >30.5 cm dbh).

all groups except the modern low severity (Fig. 2A). Of the modern fire groups only moderate severity had overall tree density that did not differ significantly from the same group of lots based on the 1911 inventory (Fig. 2A). The modern low severity group had significantly higher overall tree density than all three 1911 groups (Fig. 2A). When comparing among fire groups based on the recent sampling effort the moderate severity group had significantly lower overall tree density than both the low severity and no fire groups, and the low severity group was significantly lower than the no fire group

(Fig. 2A).

When examining comparisons among modern fire groups for tree size classes individually (15.2–30.4, 30.5–61.0, and 61.1–91.4 cm dbh) only the two smaller tree size classes indicated significant differences among period/fire groups (not shown). For both of the smaller tree size classes only the moderate severity group densities based on the recent sampling effort did not differ significantly from densities based on 1911 inventory. When comparing among fire groups based on the recent sampling effort tree densities in these two smaller size classes (15.2–30.4 and

BLM_0039724

30.5–61.0 cm dbh) for the low severity group did not differ significantly from either the moderate severity or no fire groups, while the moderate severity group did differ significantly from the no fire group.

Comparisons of understory tree (5.1–15.1 cm dbh) densities among modern fire groups, which were only performed using data from the recent sampling effort, indicated significant differences among groups when all conifers were combined (Table 1). Understory tree density in the moderate severity group was significantly lower than that for the no fire group, while the low severity group was not significantly different from either the no fire or the moderate severity group (Table 1). When analyzed by species groups significant differences among modern fire groups were only evident for the true fir group (Table 1). For true fir mean understory tree density was lowest in the moderate severity group and intermediate in the low severity group, however both were statistically indistinguishable, while the no fire group was significantly higher than both the low and the moderate (Table 1). The proportional composition of understory trees changed among fire groups demonstrating that no fire lots were dominated by true fir, low severity lot were dominated by incense-cedar, and the moderate severity lots were dominated by incense-cedar and pines (Table 1).

Significant differences in species composition, as indicated by proportion of basal area, were only evident for pine and true fir species groups, with higher proportions of pine and lower proportions of true fir in 1911 (Fig. 2B). Modern fire group fixed effects were non-significant for pine, incense-cedar, and Douglas-fir species groups; as such, no pairwise comparisons were performed. For the true fir group, modern fire group fixed effects were significant, but all pairwise comparisons were non-significant based on Tukey-Kramer adjusted $P$-values.

When averaged across each period both derived canopy cover and live tree carbon were significantly higher in the recent sampling compared to 1911 (Fig. 2C, D). No significant differences were evident in derived canopy cover or live tree carbon in 1911, and the only moderate severity group based on the recent sampling was not statistically different from these 1911 groups (Fig. 2C, D).

Within the recent sampling period derived canopy cover for the no modern fire group was significantly higher than that for the low severity, while the low severity group was significantly higher than the moderate severity group (Fig. 2C). For live tree carbon the no modern fire and the low severity groups were statistically indistinguishable, and both were significantly higher than the moderate severity group, in the recent period (Fig. 2D). No differences were evident among periods or modern fire groups for the density of large pines (data not shown).

For most lots in 1911 tree densities in all four size classes we analyzed ranged between 5 and 25 trees/ha (Fig. 3). Derived canopy cover in most lots was between 20 and 30% (Fig. 3). Live tree carbon varied substantially among lots, with the most lots containing 60 to 100 Mg/ha (Fig. 3). Both pine and incense-cedar were present on almost all lots; however pine most often accounted for higher proportions of stand basal area (Fig. 3). True fir was a much lesser component, or completely absent, on many lots; although there were a few lots where true fir was dominant.

## Discussion

As Scholl and Taylor (2010) demonstrate fires were common in this forest, occurring frequently until ca. 1900. As such, we submit the 1911 forest inventory data describes a forest with a fairly intact fire regime, one that is a product of a range of effects from many fires over a long period of time. The changes in forest structure and composition relative to 1911 indicate substantially altered present forest conditions. The present forest in western YNP is characterized by much higher overall tree density, shifted species dominance from pine to fir, and higher canopy cover (Fig. 2A, B, C). These findings are consistent with those from previous studies in the Sierra Nevada (Parsons and Debenedetti 1979, Ansley and Battles 1998, North et al. 2007, Scholl and Taylor 2010) and in the Rocky Mountains (Fulé et al. 1997, Brown et al. 2008, Naficy et al. 2010). Given that the forest of western YNP has not been extensively harvested and that livestock grazing has not taken place for 70 to 110 years, the changes in forest structure can largely be attributed to the disruption of the key ecosystem process for these forests, fire, which occurred

BLM_0039725

COLLINS ET AL.

Table 1. Mean understory tree (5.1–15.1 cm dbh) density for each modern fire group summarized by species group and for all conifers combined. These means are based on the 2005–2007 plot measurements only. Means for each modern fire group were compared using an ANOVA F-test, which if significant ($P > 0.05$) was followed by a multiple comparison test using the Tukey-Kramer method. Means with the same superscript letter were not significantly different for that particular species group or total (columns).

| Modern fire group | Number of lots | Trees/ha (standard error) and proportion of total | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | Abies sp. | Calocedrus decurrens | Pinus sp. | Pseudotsuga menziesii | All conifers |
| No fire | 9 | 286.9[a] (12.8) 0.63 | 138.6 (16.1) 0.30 | 26.1 (3.6) 0.06 | 2.5 (0.6) 0.01 | 454.2[a] (27.4) |
| Low severity | 9 | 53.6[b] (7.8) 0.24 | 148.6 (23.1) 0.68 | 16.6 (2.1) 0.08 | 0.3 (0.1) <0.01 | 217.2[ab] (30.2) |
| Moderate severity | 10 | 1.5[b] (0.3) 0.04 | 22.7 (1.9) 0.55 | 16.6 (2.1) 0.40 | 0.3 (0.1) 0.01 | 41.0[b] (3.6) |
| F-test P-value | | <0.01 | 0.12 | 0.64 | 0.18 | <0.01 |



Fig. 3. Frequency distributions of forest structure and composition attributes based on 1911 timber inventories. These attributes were constructed using only live conifers ≥15.2 cm diameter at breast height (dbh). The size ranges in the upper graphs are for four dbh classes.

frequently within our study area until 1899 (Scholl and Taylor 2010).

The assumption that forest conditions in 1911 are a product of numerous low- to moderate-intensity fires that occurred frequently over a long period of time can be called into question. An alternative explanation is that the forest conditions in 1911 reflect the most recent late 19th century fires. It is possible that one of these late 19th century fires, for example 1899, which is

BLM_0039726

the last extensive fire that Scholl and Taylor (2010) report in our study area, was particularly severe. If this was the case the forest conditions captured in the 1911 timber inventories may have lesser relevance with respect to forest restoration following long-established fire exclusion. While this alternative explanation cannot be disproved we submit that it is unlikely. For an area that overlapped our study area Scholl and Taylor (2010) demonstrate that there were on average over 100 trees/ha that pre-date the 1899 fire, and that these trees represented multiple age classes, up to 6–10 distinct age classes in many stands. Furthermore, spatial analysis of similar aged trees indicated clustering at very small spatial scales (2–10 and 20–25m), suggesting that openings created by fire-induced tree mortality were small (Scholl and Taylor 2010). As such, there was very little evidence of larger-scale moderate-to high-severity fires occurring prior to 1899, leaving little reason to believe that the 1899 fire was dissimilar to those occurring previously.

The findings indicating no significant differences between current forest structure in areas that burned recently with moderate severity and forest structure in 1911, while areas that burned with low severity were consistently different from 1911 structure, emphasize an important distinction with regard to using fire to restore forests (Fig. 2). This distinction is based on whether or not fires can kill trees in both the 15.2–30.4 and the 30.5–60.1 cm dbh classes, and is tied to fire intensity. Based on our results it appears that if restoration of historical forest structure is an objective and fire alone is the tool then initial fires need to be intense enough to kill trees in the lower and intermediate canopy strata. While fires of lesser intensity likely will reduce surface fuels and understory trees which is important in reducing potential tree mortality from fire (Agee and Skinner 2005, Stephens et al. 2009a) and possibly maintaining desired forest conditions once achieved initially, they may not be sufficient alone to achieve historical forest structure given the substantial tree establishment that occurred during the fire exclusion period (Collins and Stephens 2007). This is particularly the case for trees that established early in the fire exclusion period and have grown to a size now that they can resist low-intensity fire (Miller and Urban 2000). The fact that understory tree (5.1–

15.1 cm dbh) density, particularly for the true fir species, was lower in the modern low severity fire group than in the no fire group suggests that fires of lesser intensity can meet some structural restoration objectives (Table 1). The finding indicating significantly lower derived canopy cover for the low severity group relative to the no fire group based on the recent sampling further supports this point (Fig. 2C). However, it should be noted that only the moderate severity group appeared to substantially alter the fir : pine ratio for understory trees, which is another common restoration objective (Table 1).

Our findings indicating similarity or slight increases in the density of large trees in the present forest contradicts the findings by Lutz et al. (2009). Lutz et al. (2009) demonstrate an overall decline in large diameter trees (>92 cm) throughout YNP, as well as species specific declines for several species examined in this study. The declines Lutz et al. report were based on a historical set of plots sampled between 1932 and 1936, and a more recent, but different set of plots sampled between 1988 and 1999. While the timing of historical and recent sampling efforts captures a lesser temporal extent than that analyzed in our study it does not seem that timing alone can explain the opposite findings with respect to large diameter trees. Perhaps because the Lutz et al. comparison of historical to recent forest stand conditions involves distinct sampling plots for each period, as opposed to re-sampling the same area, more confidence can be placed in the present work. Furthermore, the 1911 timber inventories were established systematically (based on the PLSS grid), which suggests a more unbiased sample of historical forest conditions relative to the more subjective plot establishment methodology used in Lutz et al. (2009).

The considerable increase in the density of trees in the 30.5–61.0 cm dbh class (12–24 in.) draws attention to an important forest management issue throughout the Sierra Nevada and elsewhere. Currently, in the Sierra Nevada there is strong debate over upper-diameter limits for fuels reduction and restoration projects (USDA 2001, 2004, Collins et al. 2011). Fire modeling and empirical studies of actual wildfires demonstrate that removing trees greater than 30.5 to 40.6 cm (12 to 16 in) dbh has little impact on fire behavior

BLM_0039727

COLLINS ET AL.

(Agee and Skinner 2005, Stephens et al. 2009a). As such, arguments can be made to set upper diameter limits for fuels reduction projects somewhere between 30.5 and 40.6 cm. However, when restoration of historical forest conditions, which is often associated with increased resilience (Fulé 2008), is an objective our results demonstrate that removal of moderately sized trees may be appropriate. It should be noted, however, that our results are based on forests that have not undergone the extensive harvesting that has occurred throughout much of the Sierra Nevada. Given that the increases in density of 30.5 to 61.0 cm dbh trees far outweighs that for the larger size classes (Fig. 2A), and that there are concerns over the numbers of large trees where extensive harvesting has taken place, restoration-based projects in mixed conifer forests similar to those studied here are likely justified in focusing on retaining trees >61.0 cm dbh.

Our results indicating nearly a doubling of live tree C stocks in the present forest compared to historical conditions are consistent with those reported for an old growth ponderosa pine forest in the southwestern U.S. (Fig. 2D) (Hurteau et al. 2010). Logically, this makes sense, in that if tree density increases substantially due to fire exclusion and larger trees have not declined or been removed, C stocks would increase as well. However, results from another study in a southern Sierra Nevada mixed conifer forest demonstrate the opposite, i.e., higher live tree C stocks historically (North et al. 2009a). North et al. (2009a) estimated historical live tree C stocks to be 345 Mg/ha, which is four times our 1911 overall average (Fig. 2D). They attributed the elevated historical live tree C stocks to the presence of many very large trees (>150 cm dbh), which they argue are lacking in the current fire-excluded forest. Differences in study sites may explain some part of the discrepancy in historical estimates for live tree C stocks: (1) elevation—the southern Sierra Nevada site is approximately 500 m higher; (2) dominant tree species—our YNP study site historically was dominated by ponderosa and sugar pines (Fig. 2B) while the southern Sierra Nevada site historically was dominated by white fir; and (3) historical fire frequency—based on reconstructed point fire return intervals, our YNP site had more frequent fire, 12.4 versus 17.3 years (North et al.

2005, Scholl and Taylor 2010). Another factor that may contribute to the large discrepancy in live tree C stocks may be the methodology used by North et al. (2009a) to reconstruct forest conditions. Their reconstruction used the current complete inventory of trees, snags and logs, and calculated approximate historical diameters using a series of species-specific growth and decay rates. This is particularly challenging for decayed stumps and logs because without intact sapwood it is difficult to assign accurate death dates.

The frequency distributions for forest structure and composition attributes in 1911 (Fig. 3) combined with the marked changes in current forest stand structure and composition (Fig. 2) emphasize a few important points pertaining to forest restoration, resilience, and forest change. The first is that over our 4000 ha study area historical forest structure and composition varied considerably (Fig. 3), suggesting that average conditions alone are very much an oversimplification of historical forest conditions (Stephens and Gill 2005). As such, the historical data we present do not support the idea of basing management targets for restoration and forest resilience treatments on mean values (North et al. 2009b). Perhaps the ranges in canopy cover, tree densities by size classes, and live tree carbon can serve as quantitative justification for implementing variable targets for restoration and forest resilience treatments. The second point related to the historical distributions is that common restoration goals for stand structure attributes, particularly canopy cover, tree density, and live tree carbon, in similar forest types are on the upper end of or entirely exceed the values we report in distributions based on the 1911 data (Fig. 3) (Stephens and Moghaddas 2005, North et al. 2007, North et al. 2009a, Stephens et al. 2009b). If the treatments carried out in these studies are representative of restoration treatments throughout the Sierra Nevada region and restoration of historical forest conditions is a goal, this suggests that contemporary treatment prescriptions may be too conservative with respect to residual stand structure. The third point relates to the impact of forest structural and compositional changes from historical conditions on wildlife species. Moritz et al. (2008) documented substantial upward changes in elevation limits for many small mammal

BLM_0039728

species in YNP from 1914 to the present and attributed this primarily to an increase in minimum temperatures. While changing temperatures over the last century were undoubtedly an important factor in species' shifts, these temperature changes coincide with substantial changes in mixed conifer forest structure, which are primarily driven by fire exclusion. Disentangling the impacts of these two processes, temperature increases and forest structural shifts, would be very difficult, but nonetheless it is important to consider both processes in managing contemporary forests.

Changing climates are already modifying forests in the Sierra Nevada so a specific goal to recreate past conditions may not be advisable (Stephens et al. 2010). However, the information from this work could inform the production of desired conditions because the forests sampled in 1911 were highly resilient and this is the most common characteristic that forest mangers desire in a world of changing climates (Fulé 2008, Stephens et al. 2010).

## Acknowledgments

We thank James Bouldin for "discovering" the 1911 data and for initial project development. We thank Jim Baldwin for advice on statistical approaches. We also thank Jan van Wagtendonk and Robin Wills for thoughtful discussion on this topic. Eve Gasarch, Chris Caruso, Gary Roller, Jon Dvorak, and Bridget Tracy assisted in field data collection and we thank them for their hard work. Funding was provided by the National Park Service, Pacific West Region.

## Literature Cited

Agee, J. K., and C. N. Skinner. 2005. Basic principles of forest fuel reduction treatments. Forest Ecology and Management 211:83–96.

Allen, C. D. 2007. Interactions across spatial scales among forest dieback, fire, and erosion in northern New Mexico landscapes. Ecosystems 10:797–808.

Ansley, J. S., and J. J. Battles. 1998. Forest composition, structure, and change in an old-growth mixed conifer forest in the northern Sierra Nevada. Journal of the Torrey Botanical Society 125:297–308.

Beaty, R. M., and A. H. Taylor. 2001. Spatial and temporal variation of fire regimes in a mixed conifer forest landscape, Southern Cascades, California, USA. Journal of Biogeography 28:955–966.

Beaty, R. M., and A. H. Taylor. 2008. Fire history and the structure and dynamics of a mixed conifer

forest landscape in the northern Sierra Nevada, Lake Tahoe Basin, California, USA. Forest Ecology and Management 255:707–719.

Brown, P. M., C. L. Wienk, and A. J. Symstad. 2008. Fire and forest history at Mount Rushmore. Ecological Applications 18:1984–1999.

Collins, B. M., and S. L. Stephens. 2007. Managing natural wildfires in Sierra Nevada wilderness areas. Frontiers in Ecology and the Environment 5:523–527.

Collins, B. M., J. D. Miller, A. E. Thode, M. Kelly, J. W. van Wagtendonk, and S. L. Stephens. 2009. Interactions among wildland fires in a long-established Sierra Nevada natural fire area. Ecosystems 12:114–128.

Collins, B. M., and S. L. Stephens. 2010. Stand-replacing patches within a 'mixed severity' fire regime: quantitative characterization using recent fires in a long-established natural fire area. Landscape Ecology 25:927–939.

Collins, B. M., S. L. Stephens, G. B. Roller, and J. J. Battles. 2011. Simulating fire and forest dynamics for a landscape fuel treatment project in the Sierra Nevada. Forest Science 57:77–88.

Dixon, G. E. 2002. Essential FVS: a user's guide to the Forest Vegetation Simulator. Internal Report. USDA, Forest Service, Rocky Mountain Research Station, Fort Collins, Colorado, USA.

Fulé, P. Z., W. W. Covington, and M. M. Moore. 1997. Determining reference conditions for ecosystem management of southwestern ponderosa pine forests. Ecological Applications 7:895–908.

Fulé, P. Z. 2008. Does it make sense to restore wildland fire in changing climate? Restoration Ecology 16:526–531.

Hessburg, P. F., R. B. Salter, and K. M. James. 2007. Re-examining fire severity relations in pre-management era mixed conifer forests: inferences from landscape patterns of forest structure. Landscape Ecology 22:5–24.

Holden, Z. A., P. Morgan, M. A. Crimmins, R. K. Steinhorst, and A. M. Smith. 2007. Fire season precipitation variability influences fire extent and severity in a large southwestern wilderness area, United States. Geophysical Research Letters 34:L16708.

Hurteau, M. D., M. T. Stoddard, and P. Z. Fulé. 2010. The carbon costs of mitigating high-severity wildfire in southwestern ponderosa pine. Global Change Biology [doi: 10.1111/j.1365-2486.2010.02295.x]

Jenkins, J. C., D. C. Chojnacky, L. S. Heath, and R. A. Birdsey. 2004. Comprehensive database of diameter-based biomass regressions for North American tree species. NE-319. USDA, Forest Service, Northern Research Station, Newtown Square, Pennsylvania, USA.

BLM_0039729

Kelly, M., K. Ueda, and B. Allen-Diaz. 2008. Considerations for ecological reconstruction of historic vegetation: analysis of the spatial uncertainties in the California Vegetation Type Map dataset. Plant Ecology 194:37–49.

Leiberg, J. B. 1902. Forest conditions in the northern Sierra Nevada. Professional Paper No. 8. Department of Interior, U.S. Geological Survey.

Lutz, J. A., J. W. van Wagtendonk, and J. F. Franklin. 2009. Twentieth-century decline of large-diameter trees in Yosemite National Park, California, USA. Forest Ecology and Management 257:2296–2307.

Martin, K. 2009. Yosemite National Park annual fire management plan. 〈http://www.nps.gov/yose/parkmgmt/fireplan.htm〉

Miller, C., and D. L. Urban. 2000. Modeling the effects of fire management alternatives on Sierra Nevada mixed-conifer forests. Ecological Applications 10:85–94.

Miller, J. D., and A. E. Thode. 2007. Quantifying burn severity in a heterogeneous landscape with a relative version of the delta Normalized Burn Ratio (dNBR). Remote Sensing of Environment 109:66–80.

Miller, J. D., E. E. Knapp, C. H. Key, C. N. Skinner, C. J. Isbell, R. M. Creasy, and J. W. Sherlock. 2009a. Calibration and validation of the relative differenced Normalized Burn Ratio (RdNBR) to three measures of fire severity in the Sierra Nevada and Klamath Mountains, California, USA. Remote Sensing of Environment 113:645–646.

Miller, J. D., H. D. Safford, M. Crimmins, and A. E. Thode. 2009b. Quantitative evidence for increasing forest fire severity in the Sierra Nevada and southern Cascade Mountains, California and Nevada, USA. Ecosystems 12:16–32.

Moore, M. M., D. W. Huffman, P. Z. Fule, and W. W. Covington. 2004. Comparison of historical and contemporary forest structure and composition on permanent plots in southwestern ponderosa pine forests. Forest Science 50:162–176.

Moritz, C., J. L. Patton, C. J. Conroy, J. L. Parra, G. C. White, and S. R. Beissinger. 2008. Impact of a century of climate change on small-mammal communities in Yosemite National Park, USA. Science 322:261–264.

Naficy, C., A. Sala, E. G. Keeling, J. Graham, and T. H. DeLuca. 2010. Interactive effects of historical logging and fire exclusion on ponderosa pine forest structure in the northern Rockies. Ecological Applications 20:1851–1864.

North, M., M. Hurteau, R. Fiegener, and M. Barbour. 2005. Influence of fire and El Nino on tree recruitment varies by species in Sierran mixed conifer forest. Forest Science 51:187–197.

North, M., J. Innes, and H. Zald. 2007. Comparison of thinning and prescribed fire restoration treatments to Sierran mixed-conifer historic conditions. Canadian Journal of Forest Research 37:331–342.

North, M., M. Hurteau, and J. Innes. 2009a. Fire suppression and fuels treatment effects on mixed-conifer carbon stocks and emissions. Ecological Applications 19:1385–1396.

North, M., P. A. Stine, K. L. O'Hara, W. J. Zielinski, and S. L. Stephens. 2009b. An ecosystems management strategy for Sierra mixed-conifer forests, with addendum. General Technical Report PSW-GTR-220. U.S. Department of Agriculture, Forest Service, Pacific Southwest Research Station, Albany, California, USA.

Parsons, D. J., and S. H. Debenedetti. 1979. Impact of fire suppression on a mixed-conifer forest. Forest Ecology and Management 2:21–33.

SAS. 2009. The SAS system for Windows-statistical software package v. 9.2. SAS Institute, Cary, North Carolina, USA.

Scholl, A. E., and A. H. Taylor. 2010. Fire regimes, forest change, and self-organization in an old-growth mixed-conifer forest, Yosemite National Park, USA. Ecological Applications 20:362–380.

Stephens, S. L. 2000. Mixed conifer and upper montane forest structure and uses in 1899 from the central and northern Sierra Nevada, CA. Madrono 47:43–52.

Stephens, S. L., and S. J. Gill. 2005. Forest structure and mortality in an old-growth Jeffrey pine-mixed conifer forest in north-western Mexico. Forest Ecology and Management 205:15–28.

Stephens, S. L., and J. J. Moghaddas. 2005. Experimental fuel treatment impacts on forest structure, potential fire behavior, and predicted tree mortality in a California mixed-conifer forest. Forest Ecology and Management 215:21–36.

Stephens, S. L., J. J. Moghaddas, C. Ediminster, C. E. Fiedler, S. Hasse, M. Harrington, J. E. Keeley, E. E. Knapp, J. D. McIver, K. Metlen, C. N. Skinner, and A. Youngblood. 2009a. Fire treatment effects on vegetation structure, fuels, and potential fire severity in western U.S. forests. Ecological Applications 19:305–320.

Stephens, S. L., J. J. Moghaddas, B. R. Hartsough, E. E. Y. Moghaddas, and N. E. Clinton. 2009b. Fuel treatment effects on stand-level carbon pools, treatment-related emissions, and fire risk in a Sierra Nevada mixed-conifer forest. Canadian Journal of Forest Research 39:1538–1547.

Stephens, S. L., C. I. Millar, and B. M. Collins. 2010. Operational approaches to managing forests of the future in Mediterranean regions within a context of changing climates. Environmental Research Letters 5:9.

Swetnam, T. W., C. D. Allen, and J. L. Betancourt. 1999. Applied historical ecology: using the past to manage for the future. Ecological Applications

BLM_0039730

COLLINS ET AL.

9:1189–1206.

Taylor, A. H. 2004. Identifying forest reference conditions on early cut-over lands, Lake Tahoe Basin, USA. Ecological Applications 14:1903–1920.

Thode, A. E. 2005. Quantifying the fire regime attributes of severity and spatial complexity using field and imagery data. PhD dissertation. University of California, Davis, USA.

USDA. 2001. Sierra Nevada forest plan amendment. Final Supplemental Environmental Impact Statement, USDA, Forest Service, Pacific Southwest Region.

USDA. 2004. Sierra Nevada forest plan amendment. Final Supplemental Environmental Impact Statement R5-MB-046, USDA, Forest Service, Pacific Southwest Region.

van Wagtendonk, J. W., and J. A. Lutz. 2007. Fire regime attributes of wildland fires in Yosemite National Park, USA. Fire Ecology 3:34–52.

Wieslander, A. E., H. S. Yates, A. E. Jensen, and P. L. Johannsen. 1933. Manual of field instructions for Vegetation Type Map of California. USDA Forest Service Memorandum.

## APPENDIX A



Fig. A1. Data sheet from a timber inventory conducted in 1911 by USDA Forest Service in what is now Yosemite National Park, USA.

BLM_0039731


Colorado State Parks

# *Colorado Natural Areas Program*



1313 Sherman Street, Room 618 • Denver, Colorado 80203 • (303) 866-3203

March 26, 2010

Uncompahgre Scoping Comments
BLM UFO RMP
Attn: Bruce Krickbaum
RMP Project Manager
2465 S. Townsend Avenue
Montrose, CO 81401

Dear Mr. Krickbaum:

I am writing on behalf of the Colorado Natural Areas Program (CNAP) to submit written comments for the scoping period for the Bureau of Land Management (BLM) Uncompahgre Field Office (UFO) revision of their Resource Management Plan (RMP). Our staff appreciates the opportunity to submit comments on the plan before the drafting process begins. We recognize the complexity of the plan revision process and hope that our comments will be taken as constructive and seen as helpful for the protection of the most sensitive natural features that occur on the UFO. Our comments will be focused on management prescriptions that affect areas and sensitive features for which CNAP has an existing cooperative agreement in place with the BLM. This letter has been organized into sections to clarify our comments.

## BACKGROUND

The Colorado Natural Areas Program (CNAP) is a statewide government program housed within Colorado State Parks, in the Department of Natural Resources. CNAP's primary goal, as stated in the Colorado Legislature's Natural Areas Act of 1977, is to identify, designate and protect qualified natural areas of statewide significance. Natural Areas included in the statewide system may represent:
- Excellent examples of ecosystems in their native condition;
- Resource material for new scientific knowledge/genetically valuable material;
- Habitat for rare, threatened or endangered animals or plants;
- Outdoor classrooms and laboratories for scientific study; or
- Areas of natural beauty, inspiration and diversity.

Designation as a state Natural Area signifies the importance of an area to the citizens of Colorado, and is a tribute to the stewardship of the landowner. Natural Areas are designated through voluntary land management agreements between CNAP and a landowner, who agrees to work cooperatively with the state to assure the protection of the site's significant features.

STATE OF COLORADO • COLORADO STATE PARKS
Bill Ritter, Governor • Harrison Sherman, Executive Director, Department of Natural Resources •
Dean Winstanley, Director, Colorado State Parks•
Colorado Natural Areas Council: Kathy Yates, Chair • Dr. Lee Shropshire, Vice-Chair • Michele Bloom, Board of Land
Commissioners • Dennis Buechler, Wildlife Commission • Dr. Tom Ready, State Parks Board • Renee Rondeau, Member
Jill Ozarski, Member



**Colorado Natural Areas Program**



1313 Sherman Street, Room 618 • Denver, Colorado 80203 • (303) 866-3203

Within the land managed by the Bureau of Land Management's Uncompahgre Field Office and included in the RMP revision, there are *two such designated Natural Areas with the aforementioned examples of statewide significance*. (See attached Articles of Designation for legal descriptions and conditions of these agreements.) The Natural Areas and their attributes are listed below.

- **Fairview South Natural Area**, 205 acres:

  This area was designated a state Natural Area in 1992 because it contains a significant portion of one of the largest populations of the federally endangered plant, *Eriogonum pelinophilum* (clay-loving buckwheat). This species is endemic to the Adobe badlands of Montrose and Delta counties, with the known range restricted to less than 35 square miles. The area also contains native plant communities representative of the sparsely vegetated adobe badlands and a population of *Penstemon retrorsus* (Adobe beardtongue, a globally vulnerable G3-S3 plant). This Natural Area actually encompasses two parcels that make up 347 acres, however, the portion that we are commenting on is 205 acres known as Fairview South. The 142 acre Fairview North parcel is within the Gunnison Gorge National Conservation Area and is not considered within this UFO RMP. This site was collectively referred to as 'Management Unit 13' in the 1989 Uncompahgre RMP.

- **Needle Rock Natural Area**, 83 acres:

  This area was designated a state Natural Area in 1992 to protect a volcanic geological structure with high value scientific, interpretive and scenic characteristics. Needle Rock towers 1100 feet above the Smith Fork of the Gunnison. It originated during volcanic activity 28 million years ago (Oligocene) as molten rock intruded between existing sedimentary formations. This Natural Area also protects a population of *Penstemon retrorsus* (Adobe beardtongue, a globally vulnerable G3-S3 plant). This site was referred to as 'Management Unit 14' in the 1989 Uncompahgre RMP.

It should be noted that *all acres of designated state Natural Areas occur on sites that also have been designated as 'Areas of Critical Environmental Concern'* (ACECs) for their valuable features. Hence, the importance of both of these sites to the state of Colorado and to the federal government is well-supported. Based on the significance of these properties and the Colorado Natural Areas Program's interest in cooperatively protecting the natural features on each site, CNAP would like to provide the Uncompahgre Field Office with several recommendations that would assure that the state Natural Areas are protected for the benefit of current and future Coloradans.

STATE OF COLORADO • COLORADO STATE PARKS
Bill Ritter, Governor • Harrison Sherman, Executive Director, Department of Natural Resources •
Dean Winstanley, Director, Colorado State Parks•
Colorado Natural Areas Council: Kathy Yates, Chair • Dr. Lee Shropshire, Vice-Chair • Michele Bloom, Board of Land
Commissioners • Dennis Buechler, Wildlife Commission • Dr. Tom Ready, State Parks Board • Renee Rondeau, Member
Jill Ozarski, Member

BLM_0039733

 

**Colorado Natural Areas Program**

Colorado State Parks

1313 Sherman Street, Room 618 • Denver, Colorado 80203 • (303) 866-3203

## RECOMMENDATIONS

First and foremost, ***CNAP recommends that the BLM retains the ACEC designations for both existing Natural Areas within the Uncompahgre Field Office that are mentioned above.*** These sites were originally given special designations to provide special management that would protect and prevent irreparable damage to significant natural features. CNAP recommends that the revised RMP specifically mention the values of these sites and include management prescriptions that would assure they are protected under the new management plan. CNAP would also like to see the revision of the RMP reflect the components of each agreement as stated in the Articles of Designation of each Natural Area. In particular, CNAP recommends the following management prescriptions be considered for inclusion in the RMP revision:

### Locatable Minerals Management
The 1989 Uncompahgre Basin RMP proposed that both Fairview and Needle Rock ACECs be withdrawn from mineral entry and location to assure that mineral exploration and development do not result in the degradation of their natural features. ***CNAP recommends the continuation of mineral entry withdrawals.***

### Oil and Gas Leasing
The 1989 Uncompahgre Basin RMP assigned both the Fairview and Needle Rock ACECs to leasing with a no surface occupancy stipulation. ***CNAP recommends continuing to keep these areas closed to surface occupancy.*** We have not thoroughly researched the sub-surface rights in these areas, but due to the sensitive nature of the rare plants and aesthetic features that occur on Fairview and Needle Rock ACECs, respectively, *we encourage the BLM to consider closing these areas to oil and gas leasing to provide even greater protection for the irreplaceable features which occur there.*

In a broader scope, we would also like to submit a set of Best Management Practices (BMPs) for oil and gas development in areas with rare plants (see attached) that may be considered in the revision of the RMP. These BMPs have been developed by a group of federal, state and non-profit representatives that collaborate on the Colorado Rare Plant Conservation Initiative. We believe there may be potential to include some or all of these BMPs in future oil and gas lease stipulations; for example that currently occur in Appendix A of the Uncompahgre Basin RMP, under 'Threatened, Endangered and Candidate Plant Areas. The inclusion of some or all of the rare plant oil and gas BMPs in lease stipulations would allow for oil and gas development with limited impacts to sensitive and listed species, and would assure that

STATE OF COLORADO • COLORADO STATE PARKS
Bill Ritter, Governor • Harrison Sherman, Executive Director, Department of Natural Resources •
Dean Winstanley, Director, Colorado State Parks•
Colorado Natural Areas Council: Kathy Yates, Chair • Dr. Lee Shropshire, Vice-Chair • Michele Bloom, Board of Land
Commissioners • Dennis Buechler, Wildlife Commission • Dr. Tom Ready, State Parks Board • Renee Rondeau, Member
Jill Ozarski, Member

BLM_0039734

 

### Colorado Natural Areas Program

Colorado State Parks

1313 Sherman Street, Room 618 • Denver, Colorado 80203 • (303) 866-3203

Natural Areas with rare plant populations do not become *refugia* for species that may be impacted by oil and gas development.

#### Mineral Materials Management
Both Natural Areas have been closed to disposal of mineral materials in the 1989 Uncompahgre Basin RMP. *We recommend continuation of this closure.*

#### Threatened and Endangered Species Management
On occurrences of federally listed or candidate species and BLM species of concern, we recommend protective habitat management with no surface disturbance. Such management actions would both address the need to recover listed species and make strides to keep BLM sensitive species off of federal lists. In order to address this issue, we recommend that the UFO manage sensitive and listed species with habitat protection as the primary goal. This is particularly important for many of the rare plant species found in the UFO, many of which are primarily dependent on UFO BLM property for survival.

Of particular note is the habitat protection of the federally-endangered *Eriogonum pelinophilum* in and around the Fairview South Natural Area/ACEC. Inspection of recent surveys for *E. pelinophilum* around the Fairview South ACEC that have occurred since the last RMP was adopted show that the current boundary of the ACEC does not contain all identified sub-occurrences of the listed plant on BLM land in this area. *CNAP recommends that the ACEC boundaries be extended to the east and south to provide protection for these additional occurrences, and to allow for more comprehensive conservation planning for what may be the most significant population of this species in the world.* The Colorado Natural Areas Program owns and cooperatively manages the Wacker Ranch Natural Area, which was purchased to protect the listed species and is directly adjacent to the Fairview South ACEC. We have a direct interest in providing special management considerations to the whole 'Fairview' population of *E. pelinophilum*, and expansion of the ACEC to encompass the whole population on BLM land would be a great stride in providing more comprehensive protection for this irreplaceable rare plant habitat.

#### Livestock Management
The 1989 Uncompahgre Basin RMP proposed that Needle Rock ACEC be unalloted for livestock grazing. *CNAP recommends the continuation of this assignment.*

At Fairview ACEC, livestock grazing has been allowed to occur unless studies determine that endangered plant species or their potential habitats are being degraded. Sheep grazing on the ACEC was renewed as part of the 2008 renewal of grazing permits within the Colona Land Health Assessment area. As part of this renewal, BLM has been conducting quantitative monitoring on Fairview South over the past two years to assess potential impacts to *E.*

STATE OF COLORADO • COLORADO STATE PARKS
Bill Ritter, Governor • Harrison Sherman, Executive Director, Department of Natural Resources •
Dean Winstanley, Director, Colorado State Parks•
Colorado Natural Areas Council: Kathy Yates, Chair • Dr. Lee Shropshire, Vice-Chair • Michele Bloom, Board of Land
Commissioners • Dennis Buechler, Wildlife Commission • Dr. Tom Ready, State Parks Board • Renee Rondeau, Member
Jill Ozarski, Member

 **Colorado State Parks**

**Colorado Natural Areas Program**



1313 Sherman Street, Room 618 • Denver, Colorado 80203 • (303) 866-3203

*pelinophilum* from sheep grazing.   The Colorado Natural Areas Program was part of the team advising the design and implementation of this monitoring due to our involvement in monitoring of *E. pelinophilum* on the adjacent Wacker Ranch.  Preliminary BLM monitoring results seem to indicate that sheep grazing on the ACEC may be having some negative impacts to both *E. pelinophilum* populations and their potential habitat (Charlie Sharp, pers. comm.).  Additionally, the lessee who was grazing sheep on the Fairview South ACEC and surrounding BLM land accidentally trespassed onto state land by driving his sheep onto Wacker Ranch in early 2009.  The impacts of having his sheep enclosed in the small 43-acre parcel are uncertain, but were not deemed beneficial to the rare plant preserve and were not within the Wacker Ranch management prescription.

Livestock grazing can be a beneficial tool for land management, and CNAP generally supports multiple uses on Natural Areas as long as those uses are compatible with the protection of the significant features on the properties.  However, it is our belief, based on both quantitative monitoring performed by the BLM and direct qualitative observations, that sheep grazing on the Fairview ACEC is detrimental to the *E. pelinophilum* population and its potential habitat in this case.  Given that *E. pelinophilum* is subject to a wide array of threats throughout its range including development pressures, OHV incursions and climatic change, we believe that any additional pressures on this highly important population should be minimized or eliminated.  Therefore, *we recommend that the Fairview South ACEC (and any lands included in a potential expansion) be unalloted for livestock grazing.*

### Visual Resource Management
*CNAP recommends retention of the VRM Class I designation for the Needle Rock ACEC* to retain the existing character of the landscape that appears unaltered by man. *We also recommend consideration of VRM Class II designation for the Fairview ACEC*.

### Off Highway Vehicle Management
*CNAP recommends that Fairview South ACEC/Natural Area remain designated as 'Closed' to motorized use.* The continuing closure of this area to motorized use would assure that the sensitive and rare features that occur will not be compromised by primary and secondary impacts (e.g. dust) from motorized vehicles. For the areas directly adjacent to Fairview South, CNAP recommends a 'Limited to Designated Roads and Trails' OHV designation.  As part of this process, CNAP recommends that an implementation plan be prepared that incorporates open road designations for the areas indicated.

Additionally, *CNAP recommends that vehicle use within Needle Rock ACEC continue to be limited to designated roads and trails yearlong*.

### Major Utilities

STATE OF COLORADO • COLORADO STATE PARKS
Bill Ritter, Governor • Harrison Sherman, Executive Director, Department of Natural Resources •
Dean Winstanley, Director, Colorado State Parks•
Colorado Natural Areas Council: Kathy Yates, Chair • Dr. Lee Shropshire, Vice-Chair • Michele Bloom, Board of Land
Commissioners • Dennis Buechler, Wildlife Commission • Dr. Tom Ready, State Parks Board • Renee Rondeau, Member
Jill Ozarski, Member

BLM_0039736

 **Colorado State Parks** **Colorado Natural Areas Program** 

1313 Sherman Street, Room 618 • Denver, Colorado 80203 • (303) 866-3203

*CNAP supports the continuation of closure of Needle Rock ACEC to the development of major utility facilities.*

Fairview ACEC is designated as open to development of major utility facilities, except pipelines, so long as there would be no disturbance of threatened or endangered plant species or their potential habitat. Given the range-wide threats to *E. pelinophilum* that were described above, *CNAP would encourage the BLM to review this designation and consider whether any potential developments within what may be the most significant population in the world of this listed plant should be allowable.* If, however, major utility facilities are allowed in the Fairview South ACEC, CNAP would be available to assist with providing mitigations to minimize potential impacts to *E. pelinophilum*.

<u>Special Management Areas</u>
As mentioned at the beginning of the 'Recommendations' section, CNAP recommends that the BLM retains the special management area designations for the existing ACECs and Natural Areas within the Uncompahgre Field Office. In addition, *CNAP recommends that all areas designated as a special management area in the revised RMP would be available for listing on the state's Natural Areas Program* administered by the Colorado Department of Natural Resources.

In relation to this topic, CNAP would like to point out areas on BLM property to be considered for ACEC designation and that are on CNAP's identified list of potentially suitable Natural Areas within the UFO:

- **Coyote Wash,** 3500 acres
  Coyote Wash is a tributary to the Dolores River Canyon and is incorporated within the Dolores Canyon Wilderness Study Area. Populations of *Erigeron kachinensis* (Kachina daisy), a G2/S1 BLM Sensitive Species, occur along drainages feeding into the wash and canyon; hanging gardens in the canyon walls support *Mimulus eastwoodiae* (Eastwood monkeyflower), another BLM sensitive species. Isolated benches in the canyon support Great Basin grassland communities in excellent condition.

- **La Sal Creek,** 11,715 acres
  La Sal Creek cuts a spectacular canyon of entrenched meanders through red Triassic and Jurassic sandstones and siltstones. The narrow floodplain supports a unique riparian community of box elder, river birch and red-osier dogwood. Eroding shale slopes support populations of the rare plants *Pediomelum aromaticum,* a G3/S2 BLM Sensitive Species, and *Lupinus crassus* (Payson lupine, a G2/S2, BLM Sensitive Species).

STATE OF COLORADO • COLORADO STATE PARKS
Bill Ritter, Governor • Harrison Sherman, Executive Director, Department of Natural Resources •
Dean Winstanley, Director, Colorado State Parks•
Colorado Natural Areas Council: Kathy Yates, Chair • Dr. Lee Shropshire, Vice-Chair • Michele Bloom, Board of Land
Commissioners • Dennis Buechler, Wildlife Commission • Dr. Tom Ready, State Parks Board • Renee Rondeau, Member
Jill Ozarski, Member

BLM_0039737



## *Colorado Natural Areas Program*



1313 Sherman Street, Room 618 • Denver, Colorado 80203 • (303) 866-3203

- **Young Egg Locality**, 120 acres
  This scenic area, at the mouth of Wells Gulch near the Gunnison River, consists of a section of the upper Jurassic Morrison Formation containing thousands of black eggshell fragments. The site represents a nesting site used repeatedly by dinosaurs. The site may benefit from protection from unsanctioned quarrying and vandalism.

*CNAP recommends that the UFO take the significant values of these areas into consideration when drafting the RMP revision.*

<u>Land Tenure Adjustments</u>
*CNAP recommends that tracts including existing Natural Areas and occupied habitat for sensitive and listed species not be included in the proposals of tracts considered for disposal under the revised RMP.* Additionally, CNAP would like to introduce the idea of potential acquisition of the Wacker Ranch Natural Area by the BLM to consolidate the management of this significant population of *E. pelinophilum*. This idea is one that CNAP would be interested in discussing with BLM staff to assure that it was appropriate for all parties involved and would result in better protection of the federally listed plant.

## **WRAP-UP**

The Colorado Natural Areas Program has had a positive working relationship with the Uncompahgre Field Office of the BLM for almost 20 years. We present these recommendations with the understanding that a revision of a document such as an RMP needs to take a variety of interests into consideration and that plan development is a complex process. It is our hope that the recommendations we provide will assist the BLM in protecting some of the most sensitive, beautiful and scientifically valuable features that occur within the UFO. I encourage reviewers to contact me with questions or to further discuss the nature of our comments. Thank you very much for your time and consideration.

Sincerely,

Robert P. Billerbeck
Program Manager
Colorado Natural Areas Program
1313 Sherman St. Room 618
Denver, CO 80203
(303) 866-3203 ext. 4341
rob.billerbeck@state.co.us

STATE OF COLORADO • COLORADO STATE PARKS
Bill Ritter, Governor • Harrison Sherman, Executive Director, Department of Natural Resources •
Dean Winstanley, Director, Colorado State Parks•
Colorado Natural Areas Council: Kathy Yates, Chair • Dr. Lee Shropshire, Vice-Chair • Michele Bloom, Board of Land
Commissioners • Dennis Buechler, Wildlife Commission • Dr. Tom Ready, State Parks Board • Renee Rondeau, Member
Jill Ozarski, Member

 

### Colorado Natural Areas Program

Colorado State Parks

1313 Sherman Street, Room 618 • Denver, Colorado 80203 • (303) 866-3203

## ATTACHED:

- Articles of Designation for the following Natural Areas: Fairview and Needle Rock
- Maps of all designated and identified Natural Areas addressed under this RMP revision, showing boundaries
- *Best Management Practices to Reduce the Impacts of Oil and Gas Development Activities to Plant Species of Special Concern*

STATE OF COLORADO • COLORADO STATE PARKS
Bill Ritter, Governor • Harrison Sherman, Executive Director, Department of Natural Resources •
Dean Winstanley, Director, Colorado State Parks•
Colorado Natural Areas Council: Kathy Yates, Chair • Dr. Lee Shropshire, Vice-Chair • Michele Bloom, Board of Land
Commissioners • Dennis Buechler, Wildlife Commission •  Dr. Tom Ready, State Parks Board • Renee Rondeau, Member
Jill Ozarski, Member

BLM_0039739



# Grazing Fees: Overview and Issues

**Carol Hardy Vincent**
Specialist in Natural Resources Policy

June 19, 2012

Congressional Research Service

7-5700
www.crs.gov
RS21232

**CRS Report for Congress**
*Prepared for Members and Committees of Congress*

BLM_0039740

# Summary

Charging fees for grazing private livestock on federal lands is a long-standing but contentious practice. Generally, livestock producers who use federal lands want to keep fees low, while conservation groups and others believe fees should be increased. The formula for determining the grazing fee for lands managed by the Bureau of Land Management (BLM) and the Forest Service (FS) uses a base value adjusted annually by the lease rates for grazing on private lands, beef cattle prices, and the cost of livestock production. Currently, the BLM and FS are charging a grazing fee of $1.35 per animal unit month (AUM). For fee purposes, an AUM is defined as a month's use and occupancy of the range by one animal unit. The fee is in effect through February 28, 2013. The collected fees are divided among the Treasury, states, and federal agencies. Fee reform was attempted but not adopted in the 1990s. Issues for the 112th Congress include instances of grazing without paying fees, efforts to retire certain grazing permits (H.R. 3432), and legislation to automatically renew expired grazing permits until the renewal process is completed (S. 1129 and H.R. 4234 (for further action on H.R. 4234 see H.R. 2578)). This report will be updated as needed.

BLM_0039741

# Contents

Introduction..................................................................................................................................1

Current Grazing Fee Formula and Distribution of Receipts ...........................................................3

    The Fee Formula.....................................................................................................................3

    Distribution of Receipts..........................................................................................................4

Fee Evaluation and Reform Attempts ............................................................................................5

Current Issues and Legislation.......................................................................................................6

## Figures

Figure 1. Distribution of Forest Service Grazing Fees ...................................................................4

Figure 2. Distribution of BLM Grazing Fees: Section 3 .................................................................5

Figure 3. Distribution of BLM Grazing Fees: Section 15 ...............................................................5

## Tables

Table 1. Grazing Fees from 1981 to 2012 (dollars per AUM) ........................................................3

## Contacts

Author Contact Information............................................................................................................8

BLM_0039742

# Introduction

Charging fees for grazing private livestock on federal lands is statutorily authorized and has been the policy of the Forest Service (FS, Department of Agriculture) since 1906, and of the Bureau of Land Management (BLM, Department of the Interior) since 1936. Today, fees are charged for grazing on approximately 160 million acres of BLM land and 81 million acres of FS land basically under a fee formula established in the Public Rangelands Improvement Act of 1978 (PRIA) and continued administratively.[1]

On BLM rangelands, in FY2009, there were 15,667 operators authorized to graze livestock, and they held 17,829 grazing permits and leases. Under these permits and leases, a maximum of 12,483,175 animal unit months (AUMs) of grazing could have been authorized for use. Instead, 8,639,177 AUMs were used.[2] The remainder were not used due to resource protection needs, forage depletion caused by drought or fire, and economic and other factors. BLM defines an AUM, for fee purposes, as a month's use and occupancy of the range by one animal unit, which includes one yearling, one cow and her calf, one horse, or five sheep or goats. On FS rangelands, in FY2008, there were 6,289 livestock operators authorized to graze commercial livestock. A maximum of 8,505,933 head-months (HD-MOs) of grazing were under permit; 6,796,581 HD-MOs were authorized to graze.[3] There were more than 8,000 grazing permits on FS lands as of February 2008. The FS uses HD-MO as its unit of measurement for use and occupancy of FS lands, similar to AUM. Hereafter *AUM* is used to cover both HD-MO and AUM.

The BLM and FS are charging a grazing fee of $1.35 per AUM through February 28, 2013. This is the lowest fee that can be charged. It is generally lower than fees charged for grazing on other federal lands as well as on state and private lands. A 2005 study by the Government Accountability Office (GAO) found that other federal agencies charged $0.29 to $112.50 per AUM in 2004. While the BLM and FS use a formula to set the grazing fee (see "The Fee Formula" below), most agencies charge a fee based on competitive methods or a market price for forage. Some seek to recover the costs of their grazing programs. State and private landowners generally seek market value for grazing; in 2004, state fees ranged from $1.35 to $80 per AUM and private fees ranged from $8 to $23 per AUM.[4] In 2010, state grazing fees continued to show wide variation, ranging from $2.28 per AUM for Arizona to $65-$150 per AUM for Texas. Moreover, some states do not base fees on AUMs, but rather have fees that are variable, are set by

---

[1] P.L. 95-514, 92 Stat. 1803; 43 U.S.C. §§1901, 1905. Executive Order 12548, 51 *Fed. Reg.* 5985 (February 19, 1986). These authorities govern grazing on BLM and FS lands in 16 contiguous western states, which are the focus of this report. These states are Arizona, California, Colorado, Idaho, Kansas, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, and Wyoming. Forest Service grasslands and "nonwestern" states have different fees. In addition, grazing occurs on other federal lands, not required to be governed by PRIA fees, including areas managed by the National Park Service, Fish and Wildlife Service, Dept. of Defense, and Dept. of Energy.

[2] These statistics were taken from U.S. Dept. of the Interior, Bureau of Land Management, *Public Land Statistics, 2009*, Table 3-8c and Table 3-9c, available on the BLM website at http://www.blm.gov/public_land_statistics/index.htm.

[3] These statistics, which are the most recent available, were taken from U.S. Dept. of Agriculture, Forest Service Range Management, *Grazing Statistical Summary, FY2008*, March 2009, p. 4, available on the FS website at http://www.fs.fed.us/rangelands/ftp/docs/grazing_stat_summary_2008.pdf.

[4] U.S. Government Accountability Office, *Livestock Grazing: Federal Expenditures and Receipts Vary, Depending on the Agency and the Purpose of the Fee Charged*, GAO-05-869 (Washington, DC: September 2005), pp. 37-40.

---

BLM_0039743

auction, are based on acreage of grazing, or are tied to the rate for grazing on private lands.[5] The average monthly lease rate for grazing on private lands in 11 western states in 2011 was $16.80 per head.[6]

BLM and the FS typically spend far more managing their grazing programs than they collect in grazing fees. For example, the GAO determined that in FY2004, the agencies spent about $132.5 million on grazing management, comprised of $58.3 million for the BLM and $74.2 million for the FS. These figures include expenditures for direct costs, such as managing permits, as well as indirect costs, such as personnel. The agencies collected $17.5 million, comprised of $11.8 million in BLM receipts and $5.7 million in FS receipts.[7]

For FY2009, BLM has estimated appropriations for grazing management at $49.3 million, while receipts were $11.9 million. The FS has estimated FY2009 appropriations for grazing management at $72.1 million, with receipts estimated at $5.2 million. Receipts for both agencies have been relatively low in recent years, apparently because western drought has contributed to reduced livestock grazing and the grazing fee was set at the minimum level for 2007-2011.

Other estimates of the cost of livestock grazing on federal lands are much higher. For instance, a 2002 study by the Center for Biological Diversity estimated the federal cost of an array of BLM, FS, and other agency programs that benefit grazing or compensate for impacts of grazing at roughly $500 million annually. Together with the nonfederal cost, the total cost of livestock grazing could be as high as $1 billion annually, according to the study.[8]

Grazing fees have been contentious since their introduction. Generally, livestock producers who use federal lands want to keep fees low. They assert that federal fees are not comparable to fees for leasing private rangelands, because public lands often are less productive; must be shared with other public users; and often lack water, fencing, or other amenities, thereby increasing operating costs. They fear that fee increases may force many small and medium-sized ranchers out of business. Conservation groups generally assert that low fees contribute to overgrazing and deteriorated range conditions. Critics assert that low fees subsidize ranchers and contribute to budget shortfalls because federal fees are lower than private grazing land lease rates and do not cover the costs of range management. They further contend that, because part of the collected fees is used for range improvements, higher fees could enhance the productive potential and environmental quality of federal rangelands.

---

[5] These figures are derived from an April 2011 study by the Montana Department of Natural Resources and Conservation. The report is at http://dnrc.mt.gov/Trust/AGM/GrazingRateStudy/Documents/GrazingReviewByBioeconomics.pdf. In particular, Table 1 (p. 9) compares fees on state lands in 17 Western states. For more information on state trust lands, see the state-specific reports on the website of the Western States Land Commissioners Association at http://www.glo.texas.gov/wslca/documents/state-reports.html.

[6] These statistics were taken from U.S. Dept. of Agriculture, National Agricultural Statistics Service, Charts and Maps, Grazing Fees: Per Head Fee, 17 States, at http://www.nass.usda.gov/Charts_and_Maps/Grazing_Fees/gf_hm.asp.

[7] GAO-05-869, p. 21-22 and p. 30-31.

[8] A copy of the report, *Assessing the Full Cost of the Federal Grazing Program*, is available at http://www.biologicaldiversity.org/swcbd/Programs/grazing/Assessing_the_full_cost.pdf.

---

BLM_0039744

# Current Grazing Fee Formula and Distribution of Receipts

## The Fee Formula

The fee charged by the FS and BLM is based on the grazing on federal rangelands of a specified number of animals for one month. PRIA establishes a policy of charging a grazing fee that is "equitable" and prevents economic disruption and harm to the western livestock industry. The law requires the Secretaries of Agriculture and the Interior to set a fee annually that is the estimated economic value of grazing to the livestock owner. The fee is to represent the fair market value of grazing, beginning with a 1966 base value of $1.23 per AUM. This value is adjusted for three factors based on costs in western states of (1) the rental charge for pasturing cattle on private rangelands, (2) the sales price of beef cattle, and (3) the cost of livestock production. Congress also established that the annual fee adjustment could not exceed 25% of the previous year's fee.

PRIA required a seven-year trial (1979-1985) of the formula while the FS and BLM undertook a study to help Congress determine a permanent fee or fee formula. President Reagan issued Executive Order 12548 (February 14, 1986) to continue indefinitely the PRIA fee formula, and established the minimum fee of $1.35 per AUM. The annual grazing fees since 1981, when the FS and BLM began charging the same fee, are shown in **Table 1**. The fee has ranged from $1.35 to $2.31.

**Table 1. Grazing Fees from 1981 to 2012 (dollars per AUM)**

| | | |
|---|---|---|
| 1981...............$2.31 | 1992...............$1.92 | 2003...............$1.35 |
| 1982...............$1.86 | 1993...............$1.86 | 2004...............$1.43 |
| 1983...............$1.40 | 1994...............$1.98 | 2005...............$1.79 |
| 1984...............$1.37 | 1995...............$1.61 | 2006...............$1.56 |
| 1985...............$1.35 | 1996...............$1.35 | 2007...............$1.35 |
| 1986...............$1.35 | 1997...............$1.35 | 2008...............$1.35 |
| 1987...............$1.35 | 1998...............$1.35 | 2009...............$1.35 |
| 1988...............$1.54 | 1999...............$1.35 | 2010...............$1.35 |
| 1989...............$1.86 | 2000...............$1.35 | 2011...............$1.35 |
| 1990...............$1.81 | 2001...............$1.35 | 2012...............$1.35 |
| 1991...............$1.97 | 2002...............$1.43 | |

BLM_0039745

## Distribution of Receipts

Fifty percent of grazing fees collected by each agency, or $10 million—whichever is greater—go to a range betterment fund in the Treasury. The BLM and FS grazing receipts are deposited separately. Monies in the fund are subject to appropriations. The BLM has been receiving an annual appropriation of $10.0 million for the fund, as it did for FY2010. The FS appropriation has been approximately $3 million to $4 million in recent years, reflecting roughly half the fees collected and the agency's budget requests. For FY2010, the appropriation was $3.6 million.



**Figure 1. Distribution of Forest Service Grazing Fees**



The fund is used for range rehabilitation, protection, and improvement, including grass seeding and reseeding, fence construction, weed control, water development, and fish and wildlife habitat. Under law, one-half of the fund is to be used as directed by the Secretary of the Interior or of Agriculture, and the other half is authorized to be spent in the district, region, or forest that generated the fees, as the Secretary determines after consultation with user representatives.[9] Agency regulations contain additional detail. For example, BLM regulations provide that half of the fund is to be allocated by the Secretary on a priority basis, and the rest is to be spent in the state and district where derived. Forest Service regulations provide that half of the monies are to be used in the national forest where derived, and the rest in the FS region where the forest is located. In general, the FS returns all range betterment funds to the forest that generated them.

The agencies allocate the remaining 50% of the collections differently. For the FS, 25% of the funds are deposited in the Treasury[10] and 25% are given to the states (16 U.S.C. §500; see **Figure 1**). For the BLM, states receive 12.5% of monies collected from lands defined in Section 3 of the Taylor Grazing Act[11] and 37.5% is deposited in the Treasury. Section 3 lands are those within grazing districts for which the BLM issues grazing permits. (See **Figure 2**.) By contrast, states receive 50% of fees collected from BLM lands defined in Section 15 of the Taylor Grazing Act. Section 15 lands are those outside grazing districts for which the BLM leases grazing allotments. (See **Figure 3**.) For both agencies, any state share is to be used to benefit the counties that generated the receipts.

---

[9] 43 U.S.C. §1751(b)(1). For the FS, see 36 C.F.R. §222.10. For the BLM, see 43 C.F.R. §4120.3-8.

[10] Under 16 U.S.C. §501, 10% of these monies are allocated to the National Forest Roads and Trails Fund. However, these funds sometimes have stayed in the Treasury, as directed by annual Interior appropriations laws.

[11] Act of June 28, 1934; ch. 865, 48 Stat. 1269. 43 U.S.C. §§315, 315i.

BLM_0039746

**Figure 2. Distribution of BLM Grazing Fees: Section 3**



**Figure 3. Distribution of BLM Grazing Fees: Section 15**



# Fee Evaluation and Reform Attempts

PRIA directed the Interior and Agriculture Secretaries to report to Congress, by December 31, 1985, on the results of their evaluation of the fee formula and other grazing fee options and their recommendations for implementing a permanent grazing fee. The Secretaries' report included (1) a discussion of livestock production in the western United States; (2) an estimate of each agency's cost for implementing its grazing programs; (3) estimates of the market value for public rangeland grazing; (4) potential modifications to the PRIA formula; (5) alternative fee systems; and (6) economic effects of the fee system options on permittees.[12] A 1992 revision of the report updated the appraised fair market value of grazing on federal rangelands, determined the costs of range management programs, and recalculated the PRIA base value through the application of economic indices. The study results, criticized by some as using faulty evaluation methods, were not adopted and the report has not been updated since.

President Clinton proposed, and Congress considered, grazing fee reform in the 1990s, but no reforms were adopted. In 1993, the Clinton Administration proposed an administrative increase in the fee, and revisions of other grazing policies. The proposed fee formula started with a base value of $3.96 per AUM, and was to be adjusted to reflect annual changes in private land lease rates in the West (called the Forage Value Index). The current PRIA formula is adjusted using multiple indices, a practice that some criticize as double-counting ability-to-pay factors. Congressional objections forestalled an administrative increase, and new rules for BLM rangeland management that took effect on August 21, 1995, did not increase fees.

No grazing fee bills have passed either chamber for several years. In the 104th Congress, the Senate passed a bill to establish a new grazing fee formula and alter rangeland regulations. The formula was to be derived from the three-year average of the total gross value of production for beef and no longer indexed to operating costs and private land lease rates, as under PRIA. By one

---

[12] U.S. Dept. of Agriculture, Forest Service, and U.S. Dept. of the Interior, Bureau of Land Management, *Grazing Fee Review and Evaluation*, A Report from the Secretary of Agriculture and the Secretary of the Interior (Washington, DC: February 1986).

BLM_0039747

estimate, the measure would have resulted in an increase of about $0.50 per AUM. In the 105th Congress, the House passed a bill with a fee formula based on a 12-year average of beef cattle production costs and revenues. The formula would have resulted in a 1997 fee of about $1.84 per AUM.

# Current Issues and Legislation

There is ongoing debate about the appropriate grazing fee, with several key areas of contention. First, there are differences over which criteria should prevail in setting fees: fair market value; cost recovery (whereby the monies collected would cover the government's cost of running the program); sustaining ranching, or resource-based rural economies generally; or diversification of local economies. Second, there is disagreement over the validity of fair market value estimates for federal grazing because federal and private lands for leasing are not always directly comparable. Third, whether to have a uniform fee, or varied fees based on biological and economic conditions, is an area of debate. Fourth, there are diverse views on the environmental costs and benefits of grazing on federal lands and on the environmental impact of changes in grazing levels. Fifth, it is uncertain whether fee increases would reduce the number of cattle grazing on sensitive lands, such as riparian areas. Sixth, some environmentalists assert that the fee is not the main issue, but that all livestock grazing should be barred to protect federal lands. Provisions of 111th Congress legislation (S. 1808) had sought to amend PRIA to set the grazing fee for federal lands in a state at the level charged by the state for public grazing on its lands. This legislation has not been reintroduced in the 112th Congress (as of June 18, 2012).

In 2005, several groups petitioned the BLM and FS to raise the grazing fees, asserting that the fees did not reflect the fair market value of federal forage. When the agencies did not respond to the petition, the groups sued.[13] In addition to arguing that the BLM and FS unreasonably delayed response to their petition, the petitioners argued that the agencies were required to conduct a study under the National Environmental Policy Act (NEPA) to determine the environmental impacts of the current grazing fee rate. On January 18, 2011, the petitioners got the relief they sought—a response to the petition from the BLM and the FS—and the lawsuit was settled. The response denied the request for a rulemaking.[14]

A handful of livestock owners in some western states have grazed cattle on federal land without getting a permit or paying the required fee. The BLM and FS have responded at times by fining and jailing the owners as well as impounding and selling the trespassing cattle. The livestock owners claim they do not need to have permits or pay grazing fees because the land is owned by the public; or that other rights, such as state water rights, extend to the accompanying forage; or the BLM improperly allowed wild horses and burros to graze the land. A particularly long-running controversy involved grazing without permits by Western Shoshone Indians on land in Nevada they asserted belongs to the tribe under a treaty, but which the federal government manages as public land.

---

[13] *Center for Biological Diversity v. U.S. Department of the Interior*, No. 1:10-cv-00952-PLF (D.D.C. complaint filed June 6, 2010).

[14] For further information on this issue or other legal issues related to livestock grazing, contact Kristina Alexander, Legislative Attorney, 7-8597.

BLM_0039748

There have been efforts to end livestock grazing on certain federal lands through voluntary retirement of permits and leases and subsequent closure of the allotments to grazing. This practice is supported by those who view grazing as damaging to the environment, more costly than beneficial, and difficult to reconcile with other land uses. This practice is opposed by those who support ranching on the affected lands, fear a widespread effort to eliminate ranching as a way of life, or question the legality of the process. In some cases, supporters seek to have ranchers relinquish their permits to the government in exchange for compensation by third parties, particularly environmental groups. After acquiring the permits through transfer, the groups advocate agency amendments to land use plans to devote the grazing lands to other purposes, such as watershed conservation. These groups would not pay grazing fees under their permits if they opt not to graze during the amendment process, because fees are paid for actual grazing.

Legislation to end grazing on allotments *generally* through voluntary waivers of the permits (or leases) by the permit (or lease) holders has been introduced in the 112th Congress. Under H.R. 3432, the Secretary of the Interior and the Secretary of Agriculture would accept the waiver of a grazing permit, terminate the permit, and end grazing on the land covered by the permit.[15] The Secretaries could accept a maximum of 100 waived permits yearly under this authority. In addition, legislation to end grazing on *particular* allotments through voluntary donations of the permits by the permit holders has been introduced in the 112th Congress. For instance, pending measures include H.R. 163, H.R. 1414/S. 765, and H.R. 3334, and at least one such provision has been enacted (§122, P.L. 112-74). Similar provisions also were introduced in prior Congresses, and in some cases were enacted (e.g., in P.L. 111-11, the Omnibus Public Land Management Act of 2009, for certain lands in the Cascade-Siskiyou National Monument in Oregon and in wilderness areas in Idaho). Other pending 112th Congress legislation (S. 138) would allow the Secretary of the Interior to acquire property and associated grazing permits in a particular area and under specified conditions, for the purpose of permanently retiring the permits.

In earlier Congresses, legislation was introduced to "*buy out*" grazing permittees (or lessees) on federal lands generally or on particular allotments. Such legislation provided that permittees who voluntarily relinquished their permits would be compensated at a certain dollar value per AUM, generally significantly higher than the market rate. The allotments would have been permanently closed to grazing. Such legislation, which had been backed by the National Public Lands Grazing Campaign, was advocated to enhance resource protection, resolve conflicts between grazing and other land uses, provide economic options to permittees, and save money. According to proponents, while a buyout program would be costly if all permits were relinquished, it would save more than the cost over time. Opponents of buyout legislation include those who support grazing, others who fear the creation of a compensable property right in grazing permits, some who contend that it would be too costly, or still others who support different types of grazing reform.

The extension, renewal, transfer, and reissuance of grazing permits have been under consideration by the 112th Congress. Provisions of law (§415, P.L. 112-74) would continue the automatic renewal of grazing permits and leases that expire, are transferred, or waived during FY2012-FY2013. The automatic renewal provision would continue until the permit renewal process is completed. The agencies have a backlog of permits needing evaluation for renewal, and the enacted provision is intended to allow for continuity in grazing operations while the agencies

---

[15] However, the Secretary would reduce (rather than end) grazing on the land covered by the waived permit if there are other permits for the allotment that are not waived.

BLM_0039749

complete the permit renewal process. Other pending bills (H.R. 4234 and S. 1129) also would provide for the automatic extension of permits and leases that expire, are transferred, or waived until the renewal process is completed. The Senate bill would categorically exclude the renewal, reissuance, or transfer of a grazing permit from the requirement to prepare an environmental analysis (under the National Environmental Policy Act (NEPA)) if the decision continues the current grazing on the allotment. By contrast, the House bill would *allow* the Secretary of the Interior and the Secretary of Agriculture to categorically exclude from NEPA the renewal, reissuance, or transfer of a grazing permit under certain circumstances, including if the decision continues the current grazing on the allotment. These provisions have been controversial. Additionally, both bills would extend the general duration of grazing permits from 10 to 20 years, with a goal of strengthening the predictability and continuity of operations.

## Author Contact Information

Carol Hardy Vincent
Specialist in Natural Resources Policy
chvincent@crs.loc.gov, 7-8651

BLM_0039750

# Habitat and Management



# Guidelines to manage sage grouse populations and their habitats

### *John W. Connelly, Michael A. Schroeder, Alan R. Sands, and Clait E. Braun*

**Abstract**    The status of sage grouse populations and habitats has been a concern to sportsmen and biologists for >80 years. Despite management and research efforts that date to the 1930s, breeding populations of this species have declined throughout much of its range. In May 1999, the western sage grouse (C. urophasianus phaios) in Washington was petitioned for listing under the Endangered Species Act because of population and habitat declines (C. Warren, United States Fish and Wildlife Service, personal communication). Sage grouse populations are allied closely with sagebrush (Artemisia spp.). Despite the well-known importance of this habitat to sage grouse and other sagebrush obligates, the quality and quantity of sagebrush habitats have declined for at least the last 50 years. Braun et al. (1977) provided guidelines for maintenance of sage grouse habitats. Since publication of those guidelines, much more information has been obtained on sage grouse. Because of continued concern about sage grouse and their habitats and a significant amount of new information, the Western States Sage and Columbian Sharp-tailed Grouse Technical Committee, under the direction of the Western Association of Fish and Wildlife Agencies, requested a revision and expansion of the guidelines originally published by Braun et al. (1977). This paper summarizes the current knowledge of the ecology of sage grouse and, based on this information, provides guidelines to manage sage grouse populations and their habitats.

**Key words**    Artemisia, Centrocercus urophasianus, guidelines, habitat, management, populations, sage grouse, sagebrush

The status of sage grouse populations and habitats has been a concern to sportsmen and biologists for >80 years (Hornaday 1916, Patterson 1952, Autenrieth 1981). Despite management and research efforts that date to the 1930s (Girard 1937), breeding populations of this species have declined by at least 17–47% throughout much of its range (Connelly and Braun 1997). In May 1999, the western sage grouse (*C. urophasianus phaios*) in Washington was petitioned for listing under the Endangered Species Act because of population and habitat declines (C. Warren, United States Fish and Wildlife Service, personal communication).

Sage grouse populations are allied closely with sagebrush (*Artemisia* spp.) habitats (Patterson 1952, Braun et al. 1977, Braun 1987). The dependence of sage grouse on sagebrush for winter habitat has been well documented (Eng and Schladweiler 1972, Beck 1975, Beck 1977, Robertson 1991). Similarly, the relationship between sagebrush

Address for John W. Connelly: Idaho Department of Fish and Game, 1345 Barton Road, Pocatello, ID 83204, USA; e-mail: JCsagegrouse@gateway.net. Address for Michael A. Schroeder: Washington Department of Fish and Wildlife, P.O. Box 1077, Bridgeport, WA 98813, USA. Address for Alan R. Sands: Bureau of Land Management, 1387 S. Vinnell Way, Boise, ID 83709-1657, USA; present address: The Nature Conservancy, 2404 Bank Drive, Suite 314, Boise, ID 83705, USA. Address for Clait E. Braun: Colorado Division of Wildlife, Wildlife Research Center, 317 W. Prospect Road, Fort Collins, CO 80526, USA; present address: Grouse Inc., 5572 North Ventana Vista Road, Tucson, AZ 85750-7204, USA.

BLM_0039751



Sage grouse on a nest with good shrub and herbaceous cover. The nest was successful.

habitats and sage grouse nest success has been described thoroughly (Klebenow 1969, Wallestad and Pyrah 1974, Wakkinen 1990, Connelly et al. 1991, Gregg et al. 1994). Despite the well-known importance of this habitat to sage grouse and other sagebrush obligates (Braun et al. 1976, Saab and Rich 1997), the quality and quantity of sagebrush habitats have declined for at least the last 50 years (Braun et al. 1976, Braun 1987, Swenson et al. 1987, Connelly and Braun 1997).

Braun et al. (1977) provided guidelines for maintenance of sage grouse habitats. Since publication of those guidelines, much more information has been obtained on relative size of sagebrush habitats used by these grouse (Connelly 1982, Connelly et al. 1988, Wakkinen et al. 1992), seasonal use of sagebrush habitats (Benson et al. 1991, Connelly et al. 1991), effects of insecticides on sage grouse (Blus et al. 1989), importance of herbaceous cover in breeding habitat (Wakkinen 1990, Connelly et al. 1991, Gregg 1991, Barnett and Crawford 1994, Drut et al. 1994a, Gregg et al. 1994), and effects of fire on their habitat (Hulet 1983; Benson et al. 1991;

Robertson 1991; Fischer 1994; Fischer et al. 1996a, 1997; Pyle and Crawford 1996; Connelly et al. 2000b). Because of continued concern about sage grouse and their habitats and a significant amount of new information, the Western States Sage and Columbian Sharp-tailed Grouse Technical Committee, under the direction of the Western Association of Fish and Wildlife Agencies, requested a revision and expansion of the guidelines originally published by Braun et al. (1977). This paper summarizes the current knowledge of the ecology of sage grouse and, based on this information, provides guidelines to manage sage grouse populations and their habitats.

## Population biology

### Seasonal movements and home range

Sage grouse display a variety of annual migratory patterns (Beck 1975, Wallestad 1975, Hulet 1983, Berry and Eng 1985, Connelly et al. 1988, Wakkinen 1990, Fischer 1994). Populations may have: 1) distinct winter, breeding, and summer areas; 2) distinct summer areas and integrated winter and breeding areas; 3) distinct winter areas and integrated breeding and summer areas; or 4) well-integrated seasonal habitats (nonmigratory populations). Seasonal movements between distinct seasonal ranges may exceed 75 km (Dalke et al. 1963, Connelly et al. 1988), which complicates attempts to define populations. Thus, Connelly et al. (1988) suggested that sage grouse populations be defined on a temporal and geographic basis. Because of differences in seasonal movements among populations (Dalke et al. 1963, Wallestad 1975, Connelly et al. 1988, Wakkinen 1990), 3 types of sage grouse populations can



Sage grouse on a nest with poor shrub and herbaceous cover. This nest was unsuccessful. Photo by Jena Hickey.



Sage grouse on winter range. Note the relatively sparse cover; without snow, the canopy cover of sagebrush in this area exceeds 20%.

be defined: 1) nonmigratory, grouse do not make long-distance movements (i.e., >10 km one way) between or among seasonal ranges; 2) one-stage migratory, grouse move between 2 distinct seasonal ranges; and 3) 2-stage migratory, grouse move among 3 distinct seasonal ranges. Within a given geographic area, especially summer range, there may be birds that belong to more than one of these types of populations.

On an annual basis, migratory sage grouse populations may occupy areas that exceed 2,700 km² (Hulet 1983, Leonard et al. 2000). During winter, Robertson (1991) reported that migratory sage grouse in southeastern Idaho made mean daily movements of 752 m and occupied an area ≥140 km². For a nonmigratory population in Montana, Wallestad (1975) reported that winter home range size ranged from 11 to 31 km². During summer, migratory sage grouse in Idaho occupied home ranges of 3 to 7 km² (Connelly and Markham 1983, Gates 1983).

Despite large annual movements, sage grouse have high fidelity to seasonal ranges (Keister and Willis 1986, Fischer et al. 1993). Females return to the same area to nest each year (Fischer et al. 1993) and may nest within 200 m of their previous year's nest (Gates 1983, Lyon 2000).

*Survival*

Wallestad (1975) reported that annual survival rates for yearling and adult female sage grouse were 35 and 40%, respectively, for poncho-tagged birds. However, Zablan (1993) reported that survival rates for banded yearling and adult females in Colorado were similar and averaged 55%; survival rates for

yearling and adult males differed, averaging 52 and 38%, respectively. In Idaho, annual survival of male sage grouse ranged from 46 to 54% and female survival from 68 to 85% (Connelly et al. 1994). Lower survival rates for males may be related to physiological demands because of sexual dimorphism and greater predation rates (Swenson 1986).

*Reproduction*

Bergerud (1988) suggested that most female tetraonids nest as yearlings. Although essentially all female sage grouse nested in Washington (Schroeder 1997), Connelly et al. (1993) reported that in Idaho up to 45% of yearling and 22% of adult female sage grouse do not nest each year. Gregg (1991) indicated that, of 119 females monitored through the breeding season in eastern Oregon, 26 (22%) did not nest. However, Coggins (1998) reported a 99% nest initiation rate for 3 years for the same population in Oregon. The differences may be related to improved range condition that resulted in better nutritional status of pre-laying hens (Barnett and Crawford 1994).

Estimates of sage grouse nest success throughout the species' range vary from 12 to 86% (Trueblood 1954, Gregg 1991, Schroeder et al. 1999). Nest success also may vary on an annual basis (Schroeder 1997, Sveum et al. 1998a). Wallestad and Pyrah (1974) observed greater nest success by adults than yearlings. However, significant differences in nest success between age groups have not been reported in other studies (Connelly et al. 1993, Schroeder 1997).

Clutch size of sage grouse is extremely variable and relatively low compared to other species of gamebirds (Edminster 1954, Schroeder 1997). Average clutch size for first nests varies from 6.0 to

Sage grouse nest. Photo by Jena Hickey.

9.5 throughout the species' range (Sveum 1995, Schroeder 1997). Greatest and least average clutch sizes have been reported in Washington (Sveum 1995, Schroeder 1997).

Renesting by sage grouse varies regionally from <20% (Patterson 1952, Eng 1963, Hulet 1983, Connelly et al. 1993) to >80% (Schroeder 1997). Despite regional variation, differences in renesting rates due to age have not been documented (Connelly et al. 1993, Schroeder 1997). Because of variation in nest initiation, success, and renesting rates, the proportion of females successfully hatching a brood varies between 15 and 70% (Wallestad and Pyrah 1974, Gregg et al. 1994). Despite this variation, sage grouse generally have low reproductive rates and high annual survival compared to most gallinaceous species (Zablan 1993, Connelly et al. 1994, Connelly and Braun 1997, Schroeder 1997, Schroeder et al. 1999).

Little information has been published on mortality of juvenile sage grouse or the level of production necessary to maintain a stable population. Among western states, long-term ratios have varied from 1.40 to 2.96 juveniles/hen in the fall; since 1985 these ratios have ranged from 1.21 to 2.19 (Connelly and Braun 1997). Available data suggest that a ratio ≥2.25 juveniles/hen in the fall should result in stable to increasing sage grouse populations (Connelly and Braun 1997, Edelmann et al. 1998).

## Habitat requirements

### Breeding habitats

Leks, or breeding display sites, typically occur in open areas surrounded by sagebrush (Patterson 1952, Gill 1965); these sites include, but are not limited to, landing strips, old lakebeds, low sagebrush flats and ridge tops, roads, cropland, and burned areas (Connelly et al. 1981, Gates 1985). Sage grouse males appear to form leks opportunistically at sites within or adjacent to potential nesting habitat. Although the lek may be an approximate center of annual ranges for nonmigratory populations (Eng and Schladweiler 1972, Wallestad and Pyrah 1974, Wallestad and Schladweiler 1974), this may not be the case for migratory populations (Connelly et al. 1988, Wakkinen et al. 1992). Average distances between nests and nearest leks vary from 1.1 to 6.2 km, but distance from lek of female capture to nest may be >20 km (Autenrieth 1981, Wakkinen et al. 1992, Fischer 1994, Hanf et al. 1994, Lyon 2000). Nests are placed independent of lek location (Bradbury et al. 1989, Wakkinen et al. 1992).

Habitats used by pre-laying hens also are part of the breeding habitat. These areas should provide a diversity of forbs high in calcium, phosphorus, and protein; the condition of these areas may greatly affect nest initiation rate, clutch size, and subsequent reproductive success (Barnett and Crawford 1994, Coggins 1998).

Most sage grouse nests occur under sagebrush (Patterson 1952, Gill 1965, Gray 1967, Wallestad and Pyrah 1974), but sage grouse will nest under other plant species (Klebenow 1969, Connelly et al. 1991, Gregg 1991, Sveum et al. 1998*a*). However, grouse nesting under sagebrush experience greater nest success (53%) than those nesting under other plant species (22%, Connelly et al. 1991).

Table 1. Habitat characteristics associated with sage grouse nest sites.

| State | Sagebrush | | Grass | | Reference |
|---|---|---|---|---|---|
| | Height[a](cm) | Coverage (%)[b] | Height(cm) | Coverage(%)[c] | |
| Colo. | 52 | | | | Petersen 1980 |
| Id. | | 15 | | 4 | Klebenow 1969 |
| Id. | 58–79 | 23–38 | | | Autenrieth 1981 |
| Id. | 71 | 22 | 18 | 3–10 | Wakkinen 1990 |
| Id. | | | 19–23 | 7–9 | Connelly et al. 1991 |
| Id. | 61 | | 22 | 30 | Fischer 1994 |
| Id. | | 15–32 | 15–30 | | Klott et al. 1993 |
| Id. | 69 | 19 | 34 | 15 | Apa 1998 |
| Mont. | 40 | 27 | | | Wallestad 1975 |
| Oreg. | 80 | 20 | | | Keister and Willis 1986 |
| Oreg. | | 24 | 14 | 9–32 | Gregg 1991 |
| Wash. | | 20 | | 51 | Schroeder 1995 |
| Wash. | | 19 | | 32 | Sveum et al. 1998a |
| Wyo. | 36 | | | | Patterson 1952 |
| Wyo. | 29 | 24 | 15 | 9 | Heath et al. 1997 |
| Wyo. | 31 | 25 | 18 | 5 | Holloran 1999 |
| Wyo. | 33 | 26 | 21 | 11 | Lyon 2000 |

[a] Mean height of nest bush.
[b] Mean canopy coverage of the sagebrush surrounding the nest.
[c] Some coverage estimates may include both grasses and forbs.

BLM_0039754

Mean height of sagebrush most commonly used by nesting grouse ranges from 29 to 80 cm (Table 1), and nests tend to be under the tallest sagebrush within a stand (Keister and Willis 1986, Wakkinen 1990, Apa 1998). In general, sage grouse nests are placed under shrubs having larger canopies and more ground and lateral cover as well as in stands with more shrub canopy cover than at random sites (Wakkinen 1990, Fischer 1994, Heath et al. 1997, Sveum et al. 1998a, Holloran 1999). Sagebrush cover near the nest site was greater around successful nests than unsuccessful nests in Montana (Wallestad and Pyrah 1974) and Oregon (Gregg 1991). Wallestad and Pyrah (1974) also indicated that successful nests were in sagebrush stands with greater average canopy coverage (27%) than those of unsuccessful nests (20%). Gregg (1991) reported that sage grouse nest success varied by cover type. The greatest nest success occurred in a mountain big sagebrush (*A. t. tridentata vaseyana*) cover type where shrubs 40–80 cm in height had greater canopy cover at the site of successful nests than at unsuccessful nests (Gregg 1991). These observations were consistent with the results of an artificial nest study showing greater coverage of medium-height shrubs improved success of artificial nests (DeLong 1993, DeLong et al. 1995).

Grass height and cover also are important components of sage grouse nest sites (Table 1). Grass associated with nest sites and with the stand of vegetation containing the nest was taller and denser than grass at random sites (Wakkinen 1990, Gregg 1991, Sveum et al. 1998a). Grass height at nests under non-sagebrush plants was greater ($P<0.01$) than that associated with nests under sagebrush, further suggesting that grass height is an important habitat component for nesting sage grouse (Connelly et al. 1991). Moreover, in Oregon, grass cover was greater at successful nests than at unsuccessful nests (Gregg 1991). Grass >18 cm in height occurring in stands of sagebrush 40–80 cm tall resulted in lesser nest predation rates than in stands with lesser grass heights (Gregg et al. 1994). Herbaceous cover associated with nest sites may provide scent, visual, and physical barriers to potential predators (DeLong et al. 1995).

Early brood-rearing areas occur in upland sagebrush habitats relatively close to nest sites, but movements of individual broods may vary (Connelly 1982, Gates 1983). Within 2 days of hatching, one brood moved 3.1 km (Gates 1983). Early brood-rearing habitats may be relatively open


Radiotelemetry and a pointing dog are used to capture sage grouse chicks for a research project in southeastern Idaho.

(about 14% canopy cover) stands of sagebrush (Martin 1970, Wallestad 1971) with ≥15% canopy cover of grasses and forbs (Sveum et al. 1998b, Lyon 2000). Great plant species richness with abundant forbs and insects characterize brood areas (Dunn and Braun 1986, Klott and Lindzey 1990, Drut et al. 1994a, Apa 1998). In Oregon, diets of sage grouse chicks included 34 genera of forbs and 41 families of invertebrates (Drut et al. 1994b). Insects, especially ants (Hymenoptera) and beetles (Coleoptera), are an important component of early brood-rearing habitat (Drut et al. 1994b, Fischer et al. 1996a). Ants and beetles occurred more frequently ($P=0.02$) at brood-activity centers compared to nonbrood sites (Fischer et al. 1996a).

## Summer–late brood-rearing habitats

As sagebrush habitats desiccate, grouse usually move to more mesic sites during June and July (Gill 1965, Klebenow 1969, Savage 1969, Connelly and Markham 1983, Gates 1983, Connelly et al. 1988, Fischer et al. 1996b). Sage grouse broods occupy a variety of habitats during summer, including sagebrush (Martin 1970), relatively small burned areas within sagebrush (Pyle and Crawford 1996), wet meadows (Savage 1969), farmland, and other irrigated areas adjacent to sagebrush habitats (Connelly and Markham 1983, Gates 1983, Connelly et al. 1988). Apa (1998) reported that sites used by grouse broods had twice as much forb cover as independent sites.

## Fall habitats

Sage grouse use a variety of habitats during fall. Patterson (1952) reported that grouse move from summer to winter range in October, but during

mild weather in late fall, some birds may still use summer range. Similarly, Connelly and Markham (1983) observed that most sage grouse had abandoned summering areas by the first week of October. Fall movements to winter range are slow and meandering and occur from late August to December (Connelly et al. 1988). Wallestad (1975) documented a shift in feeding habits from September, when grouse were consuming a large amount of forbs, to December, when birds were feeding only on sagebrush.

### Winter habitats

Characteristics of sage grouse winter habitats are relatively similar throughout most of the species' range (Table 2). Eng and Schladweiler (1972) and Wallestad (1975) indicated that most observations of radiomarked sage grouse during winter in Montana occurred in sagebrush habitats with >20% canopy cover. However, Robertson (1991) indicated that sage grouse used sagebrush habitats that had average canopy coverage of 15% and average height of 46 cm during 3 winters in southeastern Idaho. In Idaho, sage grouse selected areas with greater canopy cover of Wyoming big sagebrush (*A. t. wyomingensis*) in stands containing taller shrubs when compared to random sites (Robertson 1991).

Table 2. Characteristics of sagebrush at sage grouse winter-use sites.

| State | Canopy Coverage[a] (%) | Height[a] (cm) | Reference |
|---|---|---|---|
| Colo. | | 24–36[bd] | Beck 1977 |
| Colo. | | 20–30[cd] | Beck 1977 |
| Colo. | 43[b] | 34[b] | Schoenberg 1982 |
| Colo. | 37[c] | 26[c] | Schoenberg 1982 |
| Colo. | 30–38[de] | 41–54[de] | Hupp 1987 |
| Id. | 38[e] | 56[e] | Autenrieth 1981 |
| Id. | 26[b] | 29[b] | Connelly 1982 |
| Id. | 25[c] | 26[c] | Connelly 1982 |
| Id. | 15 | 46 | Robertson 1991 |
| Mont. | 27 | 25 | Eng and Schladweiler 1972 |
| Mont. | >20 | | Wallestad 1975 |
| Oreg. | 12–17[d] | | Hanf et al. 1994 |

[a] Mean canopy coverage or height of sagebrush above snow.
[b] Males
[c] Females
[d] Ranges are given when data were provided for more than one year or area.
[e] No snow present when measurements were made or total height of plant was measured.

In Colorado, sage grouse may be restricted to <10% of the sagebrush habitat because of variation in topography and snow depth (Beck 1977, Hupp and Braun 1989). Such restricted areas of use may not occur throughout the species' range because in southeastern Idaho, severe winter weather did not result in the grouse population greatly reducing its seasonal range (Robertson 1991).

During winter, sage grouse feed almost exclusively on leaves of sagebrush (Patterson 1952, Wallestad et al. 1975). Although big sagebrush dominates the diet in most portions of the range (Patterson 1952; Wallested et al. 1975; Remington and Braun 1985; Welch et al. 1988, 1991), low sagebrush (*A. arbuscula*), black sagebrush (*A. nova*, Dalke et al. 1963, Beck 1977), fringed sagebrush (*A. frigida*, Wallestad et al. 1975), and silver sagebrush (*A. cana*, Aldridge 1998) are consumed in many areas depending on availability. Sage grouse in some areas apparently prefer Wyoming big sagebrush (Remington and Braun 1985, Myers 1992) and in other areas mountain big sagebrush (Welch et al. 1988, 1991). Some of the differences in selection may be due to preferences for greater levels of protein and the amount of volatile oils (Remington and Braun 1985, Welch et al. 1988).

## Effects of habitat alteration

### Range management treatments

*Breeding habitat*. Until the early 1980s, herbicide treatment (primarily with 2,4-D) was the most common method to reduce sagebrush on large tracts of rangeland (Braun 1987). Klebenow (1970) reported cessation of nesting in newly sprayed areas with <5% live sagebrush canopy cover. Nesting also was nearly nonexistent in older sprayed areas containing about 5% live sagebrush cover (Klebenow 1970). In virtually all documented cases, herbicide application to blocks of sagebrush rangeland resulted in major declines in sage grouse breeding populations (Enyeart 1956, Higby 1969, Peterson 1970, Wallestad 1975). Effects of this treatment on sage grouse populations seemed more severe if the treated area was subsequently seeded to crested wheatgrass (*Agropyron cristatum*, Enyeart 1956).

Using fire to reduce sagebrush has become more common since most uses of 2,4-D on public lands were prohibited (Braun 1987). Klebenow (1972) and Sime (1991) suggested that fire may benefit sage grouse populations. Neither Gates (1983),

BLM_0039756

Martin (1990), nor Bensen et al. (1991) reported adverse effects of fire on breeding populations of sage grouse. In contrast, following a 9-year study, Connelly et al. (1994, 2000b) indicated that prescribed burning of Wyoming big sagebrush during a drought period resulted in a large decline (>80%) of a sage grouse breeding population in southeastern Idaho. Additionally, Hulet (1983) documented loss of leks from fire and Nelle et al. (2000) reported that burning mountain big sagebrush stands had long-term negative impacts on sage grouse nesting and brood-rearing habitats. Canopy cover in mountain big sagebrush did not provide appropriate nesting habitat 14 years after burning (Nelle et al. 2000). The impact of fire on sage grouse populations using habitats dominated by silver sagebrush (which may resprout following fire) is unknown.

Cheatgrass (*Bromus tectrorum*) will often occupy sites following disturbance, especially burning (Valentine 1989). Repeated burning or burning in late summer favors cheatgrass invasion and may be a major cause of the expansion of this species (Vallentine 1989). The ultimate result may be a loss of the sage grouse population because of long-term conversion of sagebrush habitat to rangeland dominated by an annual exotic grass. However, this situation largely appears confined to the western portion of the species' range and does not commonly occur in Wyoming (J. Lawson, Wyoming Department of Game and Fish, personal communication).

Mechanical methods of sagebrush control have often been applied to smaller areas than those treated by herbicides or fire, especially to convert rangeland to cropland. However, adverse effects of this type of treatment on sage grouse breeding populations also have been documented. In Montana, Swenson et al. (1987) indicated that the number of breeding males declined by 73% after 16% of their study area was plowed.

*Brood-rearing habitats.* Martin (1970) reported that sage grouse seldom used areas treated with herbicides to remove sagebrush in southwestern Montana. In Colorado, Rogers (1964) indicated that an entire population of sage grouse appeared to emigrate from an area that was subjected to several years of herbicide application to remove sagebrush. Similarly, Klebenow (1970) reported that herbicide spraying reduced the brood-carrying capacity of an area in southeastern Idaho. However, application of herbicides in early spring to reduce sagebrush cover may enhance some brood-rearing habitats by increasing the amount of herbaceous plants used for food (Autenrieth 1981).

Fire may improve sage grouse brood-rearing habitat (Klebenow 1972, Gates 1983, Sime 1991), but until recently, experimental evidence was not available to support or refute these contentions (Braun 1987). Pyle and Crawford (1996) suggested that fire may enhance brood-rearing habitat in montane settings but cautioned that its usefulness requires further investigation. A 9-year study of the effects of fire on sage grouse did not support that prescribed fire, conducted during late summer in a Wyoming big sagebrush habitat, improved brood-rearing habitat for sage grouse (Connelly et al. 1994, Fischer et al. 1996a). Prescribed burning of sage grouse habitat did not increase amount of forbs in burned areas compared to unburned areas (Fischer et al. 1996a, Nelle et al. 2000) and resulted in decreased insect populations in the treated area compared to the unburned area. Thus, fire may negatively affect sage grouse brood-rearing habitat rather than improve it in Wyoming big sagebrush habitats (Connelly and Braun 1997), but its effect on grouse habitats in mountain big sagebrush communities requires further investigation (Pyle and Crawford 1996, Nelle et al. 2000).

Sage grouse often use agricultural areas for brood-rearing habitat (Patterson 1952, Wallestad 1975, Gates 1983, Connelly et al. 1988, Blus et al. 1989). Grouse use of these areas may result in mortality because of exposure to insecticides. Blus et al. (1989) reported die-offs of sage grouse that were exposed to methamidiphos used in potato fields and dimethoate used in alfalfa fields. Dimethoate is used commonly for alfalfa, and 20 of 31 radio-marked grouse (65%) died following direct exposure to this insecticide (Blus et al. 1989).

*Winter habitat.* Reduction in sage grouse use of an area treated by herbicide was proportional to the severity (i.e., amount of damage to sagebrush) of the treatment (Pyrah 1972). In sage grouse winter range, strip partial kill, block partial kill, and total kill of sagebrush were increasingly detrimental to sage grouse in Montana (Pyrah 1972) and Wyoming (Higby 1969).

In Idaho, Robertson (1991) reported that a 2,000-ha prescribed burn that removed 57% of the sagebrush cover in sage grouse winter habitat minimally impacted the sage grouse population. Although sage grouse use of the burned area declined following the fire, grouse adapted to this disturbance by moving 1 to 10 km outside of the burn to areas

BLM_0039757

with greater sagebrush cover (Robertson 1991) than was available in the burned area.

### Land use

*Mining–energy development.* Effects of mining, oil, and gas developments on sage grouse populations are not well known (Braun 1998). These activities negatively impact grouse habitat and populations over the short term (Braun 1998), but research suggests some recovery of populations following initial development and subsequent reclamation of the affected sites (Eng et al. 1979, Tate et al. 1979, Braun 1986). In Colorado, sage grouse were displaced by oil development and coal-mining activities, but numbers returned to pre-disturbance levels once the activities ceased (Braun 1987, Remington and Braun 1991). At least 6 leks in Alberta were disturbed by energy development and 4 were abandoned (Aldridge 1998). In Wyoming, female sage grouse captured on leks disturbed by natural gas development had lower nest-initiation rates, longer movements to nest sites, and different nesting habitats than hens captured on undisturbed leks (Lyon 2000). Sage grouse may repopulate an area following energy development but may not attain population levels that occurred prior to development (Braun 1998). Thus, short-term and long-term habitat loss appears to result from energy development and mining (Braun 1998).

*Grazing.* Domestic livestock have grazed over most areas used by sage grouse and this use is generally repetitive with annual or biennial grazing periods of varying timing and length (Braun 1998). Grazing patterns and use of habitats are often dependent on weather conditions (Valentine 1990). Historic and scientific evidence indicates that livestock grazing did not increase the distribution of sagebrush (Peterson 1995) but markedly reduced the herbaceous understory over relatively large areas and increased sagebrush density in some areas (Vale 1975, Tisdale and Hironaka 1981). Within the intermountain region, some vegetation changes from livestock grazing likely occurred because sagebrush steppe in this area did not evolve with intensive grazing by wild herbivores, as did the grassland prairies of central North America (Mack and Thompson 1982). Grazing by wild ungulates may reduce sagebrush cover (McArthur et al. 1988, Peterson 1995), and livestock grazing may result in high trampling mortality of sagebrush seedlings (Owens and Norton 1992). In Wyoming big sagebrush habitats, resting areas from livestock grazing may improve understory production as well as decrease sagebrush cover (Wambolt and Payne 1986).

There is little direct experimental evidence linking grazing practices to sage grouse population levels (Braun 1987, Connelly and Braun 1997). However, grass height and cover affect sage grouse nest site selection and success (Wakkinen 1990, Gregg 1991, Gregg et al. 1994, Delong et al. 1995, Sveum et al. 1998a). Thus, indirect evidence suggests grazing by livestock or wild herbivores that significantly reduces the herbaceous understory in breeding habitat may have negative impacts on sage grouse populations (Braun 1987, Dobkin 1995).

*Miscellaneous activities.* Construction of roads, powerlines, fences, reservoirs, ranches, farms, and housing developments has resulted in sage grouse habitat loss and fragmentation (Braun 1998). Between 1962 and 1997, >51,000 km of fence were constructed on land administered by the Bureau of Land Management in states supporting sage grouse populations (T. D. Rich, United States Bureau of Land Management, personal communication). Structures such as powerlines and fences pose hazards to sage grouse because they provide additional perch sites for raptors and because sage grouse may be injured or killed when they fly into these structures (Call and Maser 1985).

### Weather

Prolonged drought during the 1930s and mid-1980s to early 1990s coincided with declining sage grouse populations throughout much of the species' range (Patterson 1952, Fischer 1994, Hanf et al. 1994). Drought may affect sage grouse populations by reducing herbaceous cover at nests and the quantity and quality of food available for hens and chicks during spring (Hanf et al. 1994, Fischer et al. 1996a).

Spring weather may influence sage grouse production. Relatively wet springs may result in increased production (Wallestad 1975, Autenrieth 1981). However, heavy rainfall during egg-laying or unseasonably cold temperatures with precipitation during hatching may decrease production (Wallestad 1975).

There is no evidence that severe winter weather affects sage grouse populations unless sagebrush cover has been greatly reduced or eliminated (Wallestad 1975, Beck 1977, Robertson 1991).

BLM_0039758

## Predation

Over the last 25 years, numerous studies have used radiotelemetry to address sage grouse survival and nest success (Wallestad 1975; Hulet 1983; Gregg 1991; Robertson 1991; Connelly et al. 1993, 1994; Gregg et al. 1994; Schroeder 1997). Only Gregg (1991) and Gregg et al.(1994) indicated that predation was limiting sage grouse numbers, and their research suggested that low nest success from predation was related to poor nesting habitat. Most reported nest-success rates are >40%, suggesting that nest predation is not a widespread problem. Similarly, high survival rates of adult (Connelly et al. 1993, Zablan 1993) and older (>10 weeks of age) juvenile sage grouse indicate that population declines are not generally related to high levels of predation. Thus, except for an early study in Oregon (Batterson and Morse 1948), predation has not been identified as a major limiting factor for sage grouse (Connelly and Braun 1997).

Constructing ranches, farms, and housing developments has resulted in the addition of nonnative predators to sage grouse habitats, including dogs, cats, and red foxes (*Vulpes vulpes*; J. W. Connelly, Idaho Department of Fish and Game, unpublished data; B. L. Welch, United States Forest Service, personal communication) and may be responsible for increases in abundance of the common raven (*Corvus corax*, Sauer et al. 1997). Relatively high raven populations may decrease sage grouse nest success (Batterson and Morse 1948, Autenrieth 1981), but rigorous field studies using radiotelemetry do not support this hypothesis. Current work in Strawberry Valley, Utah, suggests that red foxes are taking a relatively high proportion of the population (Flinders 1999). This may become a greater problem if red foxes become well established throughout sage grouse breeding habitat.

## Recommended guidelines

Sage grouse populations occupy relatively large areas on a year-round basis (Berry and Eng 1985, Connelly et al. 1988, Wakkinen 1990, Leonard et al. 2000), invariably involving a mix of ownership and jurisdictions. Thus, state and federal natural resource agencies and private landowners must coordinate efforts over at least an entire seasonal range to successfully implement these guidelines. Based on current knowledge of sage grouse population and habitat trends, these guidelines have been developed to help agencies and landowners effectively assess and manage populations, protect and manage remaining habitats, and restore damaged habitat. Because of gaps in our knowledge and regional variation in habitat characteristics (Tisdale and Hironaka 1981), the judgment of local biologists and quantitative data from population and habitat monitoring are necessary to implement the guidelines correctly. Further, we urge agencies to use an adaptive management approach (Macnab 1983, Gratson et al. 1993), using monitoring and evaluation to assess the success of implementing these guidelines to manage sage grouse populations.

Activities responsible for the loss or degradation of sagebrush habitats also may be used to restore these habitats. These activities include prescribed fire, grazing, herbicides, and mechanical treatments. Decisions on land treatments using these tools should be based on quantitative knowledge of vegetative conditions over an entire population's seasonal range. Generally, the treatment selected should be that which is least disruptive to the vegetation community and has the most rapid recovery time. This selection should not be based solely on economic cost.

## Definitions

For the purpose of these guidelines, we define an occupied lek as a traditional display area in or adjacent to sagebrush-dominated habitats that has been attended by ≥2 male sage grouse in ≥2 of the previous 5 years. We define a breeding population as a group of birds associated with 1 or more occupied leks in the same geographic area separated from other leks by >20 km. This definition is somewhat arbitrary but generally based on maximum distances females move to nest.

## Population management

1) Before making management decisions, agencies should cooperate to first identify lek locations and determine whether a population is migratory or nonmigratory. In the case of migratory populations, migration routes and seasonal habitats must be identified to allow for meaningful and correct management decisions.

2) Breeding populations should be assessed by either lek counts (census number of males attending leks) or lek surveys (classify known leks as active or inactive) each year (Autenrieth et al. 1982). Depending on number of counts each spring (Jenni and Hartzler 1978, Emmons and Braun

1984) and weather conditions when the counts were made, lek counts may not provide an accurate assessment of sage grouse populations (Beck and Braun 1980) and the data should be viewed with caution. Despite these shortcomings, lek counts provide the best index to breeding population levels and many long-term data sets are available for trend analysis (Connelly and Braun 1997).

3) Production or recruitment should be monitored by brood counts or wing surveys (Autenrieth et al. 1982). Brood counts are labor-intensive and usually result in inadequate sample size. Where adequate samples of wings can be obtained, we recommend using wing surveys to obtain estimates of sage grouse nesting success and juvenile:adult hen (including yearlings) ratios.

4) Routine population monitoring should be used to assess trends and identify problems for all hunted and nonhunted populations. Check stations, wing collections, and questionnaires can be used to obtain harvest information. Breeding population and production data (above) can be used to monitor nonhunted populations.

5) The genetic variation of relatively small, isolated populations should be documented to better understand threats to these populations and implement appropriate management actions (Young 1994, Oyler-McCance et al. 1999).

6) Hunting seasons for sage grouse should be based on careful assessments of population size and trends. Harvest should not be based on the observations of Allen (1954:43), who stated, "Our populations of small animals operate under a 1-year plan of decimation and replacement; and Nature habitually maintains a wide margin of overproduction. She kills off a huge surplus of animals whether we take our harvest or not." To the contrary, sage grouse tend to have relatively long lives with low annual turnover (Zablan 1993, Connelly et al. 1994) and a low reproductive rate (Gregg 1991, Connelly et al. 1993). Consequently, hunting may be additive to other causes of mortality for sage grouse (Johnson and Braun 1999, Connelly et al. 2000*a*). However, most populations appear able to sustain hunting if managed carefully (Connelly et al. 2000*a*).

7) If populations occur over relatively large geographic areas and are stable to increasing, seasons and bag limits can be relatively liberal (2- to 4-bird daily bag limit and a 2- to 5-week season) for hunting seasons allowing firearms (Braun and Beck 1985).

8) If populations are declining (for 3 or more consecutive years) or trends are unknown, seasons and bag limits should be generally conservative (1- or 2-bird daily bag limit and a 1-to 4-week season) for hunting seasons allowing firearms, or suspended (for all types of hunting, including falconry and Native American subsistence hunting) because of this species' population characteristics (Braun 1998, Connelly et al. 2000*a*).

9) Where populations are hunted, harvest rates should be 10% or less of the estimated fall population to minimize negative effects on the subsequent year's breeding population (Connelly et al. 2000*a*).

10) Populations should not be hunted where ≤300 birds comprise the breeding population (i.e., ≤100 males are counted on leks [C. E. Braun, Colorado Division of Wildlife, unpublished report]).

11) Spring hunting of sage grouse on leks should be discouraged or, if unavoidable, confined to males only during the early portion of the breeding season. Spring hunting is considered an important tradition for some Native American tribes. However, in Idaho, 80% of the leks hunted during spring in the early 1990s (*n*=5) had become inactive by 1994 (Connelly et al. 1994).

12) Viewing sage grouse on leks (and censusing leks) should be conducted so that disturbance to birds is minimized or preferably eliminated (Call and Maser 1986). Agencies should generally not provide all lek locations to individuals simply interested in viewing birds. Instead, 1 to 3 lek locations should be identified as public viewing leks, and if demand is great enough, agencies should consider erecting 2–3 seasonal blinds at these leks for public use. Camping in the center of or on active leks should be vigorously discouraged.

13) Discourage establishment of red fox and other nonnative predator populations in sage grouse habitats.

14) For small, isolated populations and declining populations, assess the impact of predation on survival and production. Predator control programs are expensive and often ineffective. In some cases, these programs may provide temporary help while habitat is recovering. Predator management programs also could be considered in areas where seasonal habitats are in good condition but their extent has been reduced greatly. However, predator management should be implemented only if the available data (e.g., nest success <25%, annual survival of adult hens <45%) support the action.

BLM_0039760

## General habitat management

The following guidelines pertain to all seasonal habitats used by sage grouse:

1) Monitor habitat conditions and propose treatments only if warranted by range condition (i.e., the area no longer supports habitat conditions described in the following guidelines under habitat protection. Do not base land treatments on schedules, targets, or quotas.

2) Use appropriate vegetation treatment techniques (e.g., mechanical methods, fire) to remove junipers and other conifers that have invaded sage grouse habitat (Commons et al. 1999). Whenever possible, use vegetation control techniques that are least disruptive to the stand of sagebrush, if this stand meets the needs of sage grouse (Table 3).

3) Increase the visibility of fences and other structures occurring within 1 km of seasonal ranges by flagging or similar means if these structures appear hazardous to flying grouse (e.g., birds have been observed hitting or narrowly missing these structures or grouse remains have been found next to these structures).

4) Avoid building powerlines and other tall structures that provide perch sites for raptors within 3 km of seasonal habitats. If these structures must be built, or presently exist, the lines should be buried or poles modified to prevent their use as raptor perch sites.

## Breeding habitat management

For migratory and nonmigratory populations, lek attendance, nesting, and early brood rearing occur in breeding habitats. These habitats are sagebrush-dominated rangelands with a healthy herbaceous understory and are critical for survival of sage grouse populations. Mechanical disturbance, prescribed fire, and herbicides can be used to restore sage grouse habitats to those conditions identified as appropriate in the following sections on habitat protection. Local biologists and range ecologists should select the appropriate technique on a case-

Table 3. Characteristics of sagebrush rangeland needed for productive sage grouse habitat.

| | Breeding | | Brood-rearing | | Winter[e] | |
|---|---|---|---|---|---|---|
| | Height (cm) | Canopy (%) | Height (cm) | Canopy (%) | Height (cm) | Canopy (%) |
| Mesic sites[a] | | | | | | |
| Sagebrush | 40–80 | 15–25 | 40–80 | 10–25 | 25–35 | 10–30 |
| Grass-forb | >18[c] | ≥25[d] | variable | >15 | N/A | N/A |
| Arid sites[a] | | | | | | |
| Sagebrush | 30–80 | 15–25 | 40–80 | 10–25 | 25–35 | 10–30 |
| Grass/forb | >18[c] | ≥15 | variable | >15 | N/A | N/A |
| Area[b] | >80 | | >40 | | >80 | |

[a] Mesic and arid sites should be defined on a local basis; annual precipitation, herbaceous understory, and soils should be considered (Tisdale and Hironaka 1981, Hironaka et al. 1983).

[b] Percentage of seasonal habitat needed with indicated conditions.

[c] Measured as "droop height"; the highest naturally growing portion of the plant.

[d] Coverage should exceed 15% for perennial grasses and 10% for forbs; values should be substantially greater if most sagebrush has a growth form that provides little lateral cover (Schroeder 1995)

[e] Values for height and canopy coverage are for shrubs exposed above snow.1

by-case basis. Generally, fire should not be used in breeding habitats dominated by Wyoming big sagebrush if these areas support sage grouse. Fire can be difficult to control and tends to burn the best remaining nesting and early brood-rearing habitats (i.e., those areas with the best remaining understory), while leaving areas with poor understory. Further, we recommend against using fire in habitats dominated by xeric mountain big sagebrush (*A. t. xericensis*) because annual grasses commonly invade these habitats and much of the original habitat has been altered by fire (Bunting et al. 1987).

Although mining and energy development are common activities throughout the range of sage grouse, quantitative data on the long-term effects of these activities on sage grouse are limited. However, some negative impacts have been documented (Braun 1998, Lyon 2000). Thus, these activities should be discouraged in breeding habitats, but when they are unavoidable, restoration efforts should follow procedures outlined in these guidelines.

### Habitat protection

1) Manage breeding habitats to support 15–25% canopy cover of sagebrush, perennial herbaceous cover averaging ≥18 cm in height with ≥15% canopy cover for grasses and ≥10% for forbs and a diversity of forbs (Barnett and Crawford 1994, Drut et al. 1994a, Apa 1998) during spring (Table 3). Habitats meeting these conditions should have a high priority for wildfire suppression and should

BLM_0039761

not be considered for sagebrush control programs. Sagebrush and herbaceous cover should provide overhead and lateral concealment from predators. If average sagebrush height is >75 cm, herbaceous cover may need to be substantially greater than 18 cm to provide this protection. There is much variability among sagebrush-dominated habitats (Tisdale and Hironaka 1981, Hironaka et al. 1983), and some Wyoming sagebrush and low sagebrush breeding habitats may not support 25% herbaceous cover. In these areas, total herbaceous cover should be ≥15% (Table 3). Further, the herbaceous height requirement may not be possible in habitats dominated by grasses that are relatively short when mature. In all of these cases, local biologists and range ecologists should develop height and cover requirements that are reasonable and ecologically defensible. Leks tend to be relatively open, thus cover on leks should not meet these requirements.

2) For nonmigratory grouse occupying habitats that are distributed uniformly (i.e., habitats have the characteristics described in guideline 1 and are generally distributed around the leks), protect (i.e., do not manipulate) sagebrush and herbaceous understory within 3.2 km of all occupied leks. For nonmigratory populations, consider leks the center of year-round activity and use them as focal points for management efforts (Braun et al. 1977).

3) For nonmigratory populations where sagebrush is not distributed uniformly (i.e., habitats have the characteristics described in guideline 1 but distributed irregularly with respect to leks), protect suitable habitats for ≤5 km from all occupied leks. Use radiotelemetry, repeated surveys for grouse use, or habitat mapping to identify nesting and early brood-rearing habitats.

4) For migratory populations, identify and protect breeding habitats within 18 km of leks in a manner similar to that described for nonmigratory sage grouse. For migratory sage grouse, leks generally are associated with nesting habitats but migratory birds may move >18 km from leks to nest sites. Thus, protection of habitat within 3.2 km of leks may not protect most of the important nesting areas (Wakkinen et al. 1992, Lyon 2000).

5) In areas of large-scale habitat loss (≥40% of original breeding habitat), protect all remaining habitats from additional loss or degradation. If remaining habitats are degraded, follow guidelines for habitat restoration listed below.

6) During drought periods (≥2 consecutive years), reduce stocking rates or change manage-



Sage grouse just leaving a nest in good-condition breeding habitat in southwestern Idaho. Note the height of grass and herbaceous cover.

ment practices for livestock, wild horses, and wild ungulates if cover requirements during the nesting and brood-rearing periods are not met. Grazing pressure from domestic livestock and wild ungulates should be managed in a manner that at all times addresses the possibility of drought.

7) Suppress wildfires in all breeding habitats. In the event of multiple fires, land management agencies should have all breeding habitats identified and prioritized for suppression, giving the greatest priority to those that have become fragmented or reduced by >40% in the last 30 years.

8) Adjust timing of energy exploration, development, and construction activity to minimize disturbance of sage grouse breeding activities. Energy-related facilities should be located >3.2 km from active leks whenever possible. Human activities within view of or <0.5 km from leks should be minimized during the early morning and late evening when birds are near or on leks.

*Habitat restoration*

1) Before initiating vegetation treatments, quantitatively evaluate the area proposed for treatment to ensure that it does not have sagebrush and herbaceous cover suitable for breeding habitat (Table 3). Treatments should not be undertaken within sage grouse habitats until the limiting vegetation factor(s) has been identified, the proposed treatment is known to provide the desired vegetation response, and land-use activities can be managed after treatment to ensure that vegetation objectives are met.

2) Restore degraded rangelands to a condition that again provides suitable breeding habitat for sage grouse by including sagebrush, native forbs

BLM_0039762

(especially legumes), and native grasses in reseed-ing efforts (Apa 1998). If native forbs and grasses are unavailable, use species that are functional equivalents and provide habitat characteristics similar to those of native species.

3) Where the sagebrush overstory is intact but the understory has been degraded severely and quality of nesting habitat has declined (Table 3), use appropriate techniques (e.g., brush beating in strips or patches and interseed with native grasses and forbs) that retain some sagebrush but open shrub canopy to encourage forb and grass growth.

4) Do not use fire in sage grouse habitats prone to invasion by cheatgrass and other invasive weed species unless adequate measures are included in restoration plans to replace the cheatgrass under-story with perennial species using approved reseeding strategies. These strategies could include, but are not limited to, use of pre-emergent herbicides (e.g., Oust®, Plateau®) to retard cheat-grass germination until perennial herbaceous species become established.

5) When restoring habitats dominated by Wyoming big sagebrush, regardless of the tech-niques used (e.g., prescribed fire, herbicides), do not treat >20% of the breeding habitat (including areas burned by wildfire) within a 30-year period (Bunting et al. 1987). The 30-year period repre-sents the approximate recovery time for a stand of Wyoming big sagebrush. Additional treatments should be deferred until the previously treated area again provides suitable breeding habitat (Table 3). In some cases, this may take <30 years and in other cases >30 years. If 2,4-D or similar herbicides are used, they should be applied in strips such that their effect on forbs is minimized. Because fire gen-erally burns the best remaining sage grouse habitats


This breeding habitat is in poor condition because of a lack of understory.

(i.e., those with the best understory) and leaves areas with sparse understory, use fire for habitat restoration only when it can be convincingly demonstrated to be in the best interest of sage grouse.

6) When restoring habitats dominated by moun-tain big sagebrush, regardless of the techniques used (e.g., fire, herbicides), treat ≤20% of the breed-ing habitat (including areas burned by wildfire) within a 20-year period (Bunting et al. 1987). The 20-year period represents the approximate recov-ery time for a stand of mountain big sagebrush. Additional treatments should be deferred until the previously treated area again provides suitable breeding habitat (Table 3). In some cases, this may take <20 years and in other cases >20 years. If 2,4-D or similar herbicides are used, they should be applied in strips such that their effect on forbs is minimized.

7) All wildfires and prescribed burns should be evaluated as soon as possible to determine whether reseeding is necessary to achieve habitat manage-ment objectives. If needed, reseed with sagebrush, native bunchgrasses, and forbs whenever possible.

8) Until research unequivocally demonstrates that using tebuthiuron and similar-acting herbicides to control sagebrush has no long-lasting negative impacts on sage grouse habitat, use these herbi-cides only on an experimental basis and over a suf-ficiently small area that any long-term negative impacts are negligible. Because these herbicides have the potential of reducing but not eliminating sagebrush cover within grouse breeding habitats, thus stimulating herbaceous development, their use as sage grouse habitat management tools should be examined closely.


Nest habitat is measured in Owyhee County, southwestern Idaho.



John Crawford explains Oregon's sage grouse research program to field-trip attendees during a meeting of the Western States Sage and Columbian sharp-tailed Grouse Technical Committee.

### Summer–late brood-rearing habitat management

Sage grouse may use a variety of habitats, including meadows, farmland, dry lakebeds, sagebrush, and riparian zones from late June to early November (Patterson 1952, Wallestad 1975, Connelly 1982, Hanf et al. 1994). Generally, these habitats are characterized by relatively moist conditions and many succulent forbs in or adjacent to sagebrush cover.

#### Habitat protection

1) Avoid land-use practices that reduce soil moisture effectiveness, increase erosion, cause invasion of exotic plants, and reduce abundance and diversity of forbs.

2) Avoid removing sagebrush within 300 m of sage grouse foraging areas along riparian zones, meadows, lakebeds, and farmland, unless such removal is necessary to achieve habitat management objectives (e.g., meadow restoration, treatment of conifer encroachment).

3) Discourage use of very toxic organophosphorus and carbamate insecticides in sage grouse brood-rearing habitats. Sage grouse using agricultural areas may be adversely affected by pesticide applications (Blus et al. 1989). Less toxic agrichemicals or biological control may provide suitable alternatives in these areas.

4) Avoid developing springs for livestock water, but if water from a spring will be used in a pipeline or trough, design the project to maintain free water and wet meadows at the spring. Capturing water from springs using pipelines and troughs may adversely affect wet meadows used by grouse for foraging.

#### Habitat restoration

1) Use brush beating or other mechanical treatments in strips 4–8 m wide in areas with relatively high shrub-canopy cover ($\geq$35% total shrub cover) to improve late brood-rearing habitats. Brush beating can be used to effectively create different age classes of sagebrush in large areas with little age diversity.

2) If brush beating is impractical, use fire or herbicides to create a mosaic of openings in mountain big sagebrush and mixed-shrub communities used as late brood-rearing habitats where total shrub cover is $\geq$35%. Generally, 10–20% canopy cover of sagebrush and $\leq$25% total shrub cover will provide adequate habitat for sage grouse during summer.

3) Construct water developments for sage grouse only in or adjacent to known summer-use areas and provide escape ramps suitable for all avian species and other small animals. Water developments and "guzzlers" may improve sage grouse summer habitats (Autenrieth et al. 1982, Hanf et al. 1994). However, sage grouse used these developments infrequently in southeastern Idaho because most were constructed in sage grouse winter and breeding habitat rather than summer range (Connelly and Doughty 1989).

4) Whenever possible, modify developed springs and other water sources to restore natural free-flowing water and wet meadow habitats.

### Winter habitat management

Sagebrush is the essential component of winter habitat. Sage grouse select winter-use sites based on snow depth and topography, and snowfall can affect the amount and height of sagebrush available to grouse (Connelly 1982, Hupp and Braun 1989, Robertson 1991). Thus, on a landscape scale, sage grouse winter habitats should allow grouse access to sagebrush under all snow conditions (Table 3).

#### Habitat protection

1) Maintain sagebrush communities on a landscape scale, allowing sage grouse access to sagebrush stands with canopy cover of 10–30% and heights of at least 25–35 cm regardless of snow cover. These areas should be high priority for wildfire suppression and sagebrush control should be avoided.

2) Protect patches of sagebrush within burned areas from disturbance and manipulation. These areas may provide the only winter habitat for sage grouse and their loss could result in the extirpation of the grouse population. They also are important

BLM_0039764

seed sources for sagebrush re-establishment in the burned areas. During fire-suppression activities do not remove or burn any remaining patches of sagebrush within the fire perimeter.

3) In areas of large-scale habitat loss ($\geq$40% of original winter habitat), protect all remaining sagebrush habitats.

*Habitat restoration*

1) Reseed former winter range with the appropriate subspecies of sagebrush and herbaceous species unless the species are recolonizing the area in a density that would allow recovery (Table 3) within 15 years.

2) Discourage prescribed burns >50 ha, and do not burn >20% of an area used by sage grouse during winter within any 20–30-year interval (depending on estimated recovery time for the sagebrush habitat).

## Conservation strategies

We recommend that each state and province develop and implement conservation plans for sage grouse. These plans should use local working groups comprised of representatives of all interested agencies, organizations, and individuals to identify and solve regional issues (Anonymous 1997). Within the context of these plans, natural resource agencies should cooperate to document the amount and condition of sagebrush rangeland remaining in the state or province. Local and regional plans should summarize common problems to conserve sage grouse and general conditions (Table 3) needed to maintain healthy sage grouse populations. Local differences in conditions that affect sage grouse populations may occur and should be considered in conservation plans. Natural resource agencies should identify remaining breeding and winter ranges in Wyoming big sagebrush habitats and establish these areas as high priority for wildfire suppression. Prescribed burning in habitats that are in good ecological condition should be avoided. Protection and restoration of sage grouse habitats also will likely benefit many other sagebrush obligate species (Saab and Rich 1997) and enhance efforts to conserve and restore sagebrush steppe.

Although translocating sage grouse to historical range has been done on numerous occasions, few attempts have been successful (Musil et al. 1993, Reese and Connelly 1997). Thus, we agree with Reese and Connelly (1997) that translocation efforts should be viewed as only experimental at this time and not as a viable management strategy.

More information is needed on characteristics of healthy sagebrush ecosystems and the relationship of grazing to sage grouse production. Field experiments should be implemented to evaluate the relationship of grazing pressure (i.e., disturbance and removal of herbaceous cover) to sage grouse nest success and juvenile survival (Connelly and Braun 1997). The overall quality of existing sage grouse habitat will become increasingly important as quantity of these habitats decrease. Sage grouse populations appear relatively secure in some portions of their range and at risk in other portions. However, populations that have thus far survived extensive habitat loss may still face extinction because of a time lag between habitat loss and ultimate population collapse (Cowlishaw 1999).

*Acknowledgments.* This is a contribution from Colorado Federal Aid in Wildlife Restoration Project W-167-R, Idaho Federal Aid in Wildlife Restoration Project W-160-R, and Washington Federal Aid in Wildlife Restoration Project W-96-R. We thank state and federal representatives to the Western States Sage and Columbian Sharp-tailed Grouse Technical Committee for providing comments on earlier drafts. We are very grateful to A. A. Apa, J. A. Crawford, J. T. Flinders, T. P. Hemker, M. Pellant, and T. D. Rich for their contributions to the development of these guidelines. We also thank K. P. Reese and an anonymous reviewer for helpful comments on this manuscript. Finally, we greatly appreciate the thoughts and suggestions provided by many other individuals interested in conservation and management of sage grouse.

## Literature cited

ALDRIDGE, C. L. 1998. Status of the sage grouse (*Centrocercus urophasianus urophasianus*) in Alberta. Alberta Environmental Protection, Wildlife Management Division, and Alberta Conservation Association, Wildlife Status Report 13, Edmonton, Canada.

ALLEN, D. L. 1954. Our wildlife legacy. Funk and Wagnalls, New York, New York, USA.

ANONYMOUS. 1997. Gunnison sage grouse conservation plan, Gunnison Basin, Colorado. Colorado Division of Wildlife, Fort Collins, USA.

APA, A. D. 1998. Habitat use and movements of sympatric sage and Columbian sharp-tailed grouse in southeastern Idaho. Dissertation, University of Idaho, Moscow, USA.

AUTENRIETH, R. E. 1981. Sage grouse management in Idaho. Idaho Department of Fish and Game, Wildlife Bulletin 9, Boise, Idaho, USA.

BLM_0039765

AUTENRIETH, R. E., W. MOLINI, AND C. E. BRAUN. 1982. Sage grouse management practices. Western States Sage Grouse Committee, Technical Bulletin 1, Twin Falls, Idaho, USA.

BARNETT, J. F., AND J. A. CRAWFORD. 1994. Pre-laying nutrition of sage grouse hens in Oregon. Journal of Range Management 47: 114–118.

BATTERSON, W. M., AND W. B. MORSE. 1948. Oregon sage grouse. Oregon Game Commission Fauna Series 1, Portland, USA.

BECK, T. D. I. 1975. Attributes of a wintering population of sage grouse, North Park, Colorado. Thesis, Colorado State University, Fort Collins, USA.

BECK, T. D. I. 1977. Sage grouse flock characteristics and habitat selection during winter. Journal of Wildlife Management 41: 18–26.

BECK, T. D. I, AND C. E. BRAUN. 1980. The strutting ground count: variation, traditionalism, management needs. Proceedings of the Western Association of Fish and Wildlife Agencies 60: 558–566.

BENSON, L. A., C. E. BRAUN, AND W. C. LEININGER. 1991. Sage grouse response to burning in the big sagebrush type. Proceedings, issues and technology in the management of impacted western wildlife. Thorne Ecological Institute 5:97–104.

BERGERUD, A. T. 1988. Population ecology of North American grouse. Pages 578–648 *in* A. T. Bergerud and M. W. Gratson, editors. Adaptive strategies and population ecology of northern grouse. University of Minnesota, Minneapolis, USA.

BERRY, J. D., AND R. L. ENG. 1985. Interseasonal movements and fidelity to seasonal use areas by female sage grouse. Journal of Wildlife Management 49:237–240.

BLUS, L. J., C. S. Staley, C. J. Henny, G. W. Pendleton, T. H. Craig, E. H. Craig, and D. K. HALFORD. 1989. Effects of organophosphorus insecticides on sage grouse in southeastern Idaho. Journal of Wildlife Management 53:1139–1146.

BRADBURY, J. W., R. M. GIBSON, C. E. MCCARTHY, AND S. L. VEHRENCAMP. 1989. Dispersion of displaying male sage grouse. II. The role of female dispersion. Behavioral Ecology and Sociobiology 24:15–24.

BRAUN, C. E. 1986. Changes in sage grouse lek counts with advent of surface coal mining. Proceedings, issues and technology in the management of impacted western wildlife. Thorne Ecological Institute 2:227–231.

BRAUN, C. E. 1987. Current issues in sage grouse management. Proceedings of the Western Association of Fish and Wildlife Agencies 67:134–144.

BRAUN, C. E. 1998. Sage grouse declines in western North America: what are the problems? Proceedings of the Western Association of State Fish and Wildlife Agencies 78:139–156.

BRAUN, C. E., AND T. D. I BECK. 1985. Effects of changes in hunting regulations on sage grouse harvest and populations. Pages 335–344 *in* S. L. Beasom and S. F. Roberson, editors. Game harvest management. Caesar Kleberg Wildlife Research Institute, Kingsville, Texas, USA.

BRAUN C. E., T. BRITT, AND R. O. WALLESTAD. 1977. Guidelines for maintenance of sage grouse habitats. Wildlife Society Bulletin 5:99–106.

BRAUN C. E., M. F. BAKER, R. L. ENG, J. W. GASHWILER, AND M. H. SCHROEDER. 1976. Conservation committee report on effects of alteration of sagebrush communities on the associated avifauna. Wilson Bulletin 88:165–171.

BUNTING, S. C., B. M. KILGORE, AND C. L. BUSHEY. 1987. Guidelines for prescribed burning sagebrush-grass rangelands in the northern great basin. United States Department of Agriculture, Forest Service, General Technical Report INT-231, Ogden, Utah, USA.

CALL, M. W., AND C. MASER. 1985. Wildlife habitats in managed rangelands—the great basin of southeastern Oregon. Sage grouse. United States Department of Agriculture, Forest Service, General Technical Report PNW-187, Portland, Oregon, USA.

COGGINS, K. A. 1998. Sage grouse habitat use during the breeding season on Hart Mountain National Antelope Refuge. Thesis, Oregon State University, Corvallis, USA.

COMMONS, M. L., R. K. BAYDACK, AND C. E. BRAUN. 1999. Sage grouse response to pinyon-juniper management. Pages 238–239 *in* S. B. Monson and R. Stevens, compilers. Proceedings: ecology and management of pinyon-juniper communities. United States Department of Agriculture, Forest Service, RMRS-P9, Fort Collins, Colorado, USA.

CONNELLY, J. W., JR. 1982. An ecological study of sage grouse in southeastern Idaho. Dissertation, Washington State University, Pullman, USA.

CONNELLY, J. W., W. J. ARTHUR, AND O. D. MARKHAM. 1981. Sage grouse leks on recently disturbed sites. Journal of Range Management 52:153–154.

Connelly, J. W., A. D. Apa, R. B. Smith, and K. P. Reese. 2000a. Effects of predation and hunting on adult sage grouse *Centrocercus urophasianus* in Idaho. Wildlife Biology 6: in press.

CONNELLY, J. W., AND C. E. BRAUN. 1997. Long-term changes in sage grouse *Centrocercus urophasianus* populations in western North America. Wildlife Biology 3/4:123–128.

CONNELLY, J. W., H. W. BROWERS, AND R. J. GATES. 1988. Seasonal movements of sage grouse in southeastern Idaho. Journal of Wildlife Management 52:116–122.

CONNELLY, J. W., AND L. A. DOUGHTY. 1989. Sage grouse use of wildlife water developments in southeastern Idaho. Pages 167–173 *in* S. Stiver and G. Tsukomoto, editors. Symposium on wildlife water developments. Nevada Department of Fish and Game, Reno, USA.

CONNELLY, J. W., R. A. FISCHER, A. D. APA, K. P. REESE, AND W. L. WAKKINEN. 1993. Renesting of sage grouse in southeastern Idaho. Condor 95:1041–1043.

CONNELLY, J. W., AND O. D. MARKHAM. 1983. Movements and radionuclide concentrations of sage grouse in southeastern Idaho. Journal of Wildlife Management 47:169–177.

CONNELLY, J. W., K. P. REESE, R. A. FISCHER, AND W. L. WAKKINEN. 2000b. Response of sage grouse breeding population to fire in southeastern Idaho. Wildlife Society Bulletin 28:90–96.

CONNELLY, J. W., K. P. REESE, W. L. WAKKINEN, M. D. ROBERTSON, AND R. A. FISCHER. 1994. Sage grouse ecology report. Idaho Department of Fish and Game, Job Completion Report W-160-R-19, Subproject 9, Boise, Idaho, USA.

CONNELLY, J. W., W. L. WAKKINEN, A. D. APA, AND K. P. REESE. 1991. Sage grouse use of nest sites in southeastern Idaho. Journal of Wildlife Management 55:521–524.

COWLISHAW, G. 1999. Predicting the pattern of decline of African primate diversity: an extinction debt from historical deforestation. Conservation Biology 13:1183–1193.

DALKE, P. D., D. B. PYRAH, D. C. STANTON, J. E. CRAWFORD, AND E. F. SCHLATTERER. 1963. Ecology, productivity, and management of sage grouse in Idaho. Journal of Wildlife Management 27: 810–841.

DELONG, A. K. 1993. Relationships between vegetative structure and predation rates of artificial sage grouse nests. Thesis,

BLM_0039766

Oregon State University, Corvallis, USA.

DELONG, A. K., J. A. CRAWFORD, AND D. C. DELONG, JR. 1995. Relationships between vegetational structure and predation of artificial sage grouse nests. Journal of Wildlife Management 59:88–92.

DOBKIN, D. S. 1995. Management and conservation of sage grouse, denominative species for the ecological health of shrubsteppe ecosystems. United States Department of Interior, Bureau of Land Management, Portland, Oregon, USA.

DRUT, M. S., J. A. CRAWFORD, AND M. A. GREGG. 1994a. Brood habitat use by sage grouse in Oregon. Great Basin Naturalist 54: 170–176.

DRUT, M. S., W. H. PYLE, AND J. A. CRAWFORD. 1994b. Diets and food selection of sage grouse chicks in Oregon. Journal of Range Management 47:90–93.

DUNN, P. O., AND C. E. BRAUN. 1986. Summer habitat use by adult female and juvenile sage grouse. Journal of Wildlife Management 50:228–235.

EDELMANN, F. B., M. J. ULLIMAN, M. J. WISDOM, K. P. REESE, AND J. W. CONNELLY. 1998. Assessing habitat quality using population fitness parameters: a remote sensing-GIS-based habitat-explicit population model for sage grouse (Centrocercus urophasianus). Idaho Forest, Wildlife and Range Experiment Station, Technical Report 25, Moscow, USA.

EDMINSTER, F. C. 1954. American game birds of field and forest. Charles Scribner's Sons, New York, New York, USA.

EMMONS, S. R., AND C. E. BRAUN. 1984. Lek attendance of male sage grouse. Journal of Wildlife Management 48:1023–1028.

ENG, R. L. 1963. Observations on the breeding biology of male sage grouse. Journal of Wildlife Management 27:841–846.

ENG, R. L., AND P. SCHLADWEILER. 1972. Sage grouse winter movements and habitat use in central Montana. Journal of Wildlife Management 36:141–146.

ENG, R. L., E. J. PITCHER, S. J. SCOTT, AND R. J. GREENE. 1979. Minimizing the effect of surface coal mining on a sage grouse population by a directed shift of breeding activities. Pages 464–468 in G. A. Swanson, technical coordinator. The mitigation symposium: a national workshop on mitigating losses of fish and wildlife habitats. United States Department of Agriculture, Forest Service, General Technical Report RM-65, Fort Collins, Colorado, USA.

ENYEART, G. 1956. Responses of sage grouse to grass reseeding in the Pines area, Garfield County, Utah. Thesis, Utah State Agricultural College, Logan, USA.

FISCHER, R. A. 1994. The effects of prescribed fire on the ecology of migratory sage grouse in southeastern Idaho. Dissertation, University of Idaho, Moscow, USA.

FISCHER, R. A., A. D. APA, W. L. WAKKINEN, K. P. REESE, AND J. W. CONNELLY. 1993. Nesting-area fidelity of sage grouse in southeastern Idaho. Condor 95:1038–1041.

FISCHER, R. A., K. P. REESE, AND J. W. CONNELLY. 1996a. An investigation on fire effects within xeric sage grouse brood habitat. Journal of Range Management 49:194–198.

FISCHER, R. A., K. P. REESE, AND J. W. CONNELLY. 1996b. Influence of vegetal moisture content and nest fate on timing of female sage grouse migration. Condor 98:868–872.

FISCHER, R. A., K. P. REESE, AND J. W. CONNELLY. 1997. Effects of prescribed fire on movements of female sage grouse from breeding to summer ranges. Wilson Bulletin 109:82–91.

FLINDERS, J. T. 1999. Restoration of sage grouse in Strawberry Valley, Utah, 1998–99 report. Utah Reclamation Mitigation and Conservation Commission, Progress Report. Brigham Young University, Provo, Utah, USA.

GATES, R. J. 1983. Sage grouse, lagomorph, and pronghorn use of a sagebrush grassland burn site on the Idaho National Engineering Laboratory. Thesis, Montana State University, Bozeman, USA.

GATES, R. J. 1985. Observations of the formation of a sage grouse lek. Wilson Bulletin 97:219–221.

GILL, R. B. 1965. Distribution and abundance of a population of sage grouse in North Park, Colorado. Thesis, Colorado State University, Fort Collins, USA.

GIRARD, G. L. 1937. Life history, habits, and food of the sage grouse, Centrocercus urophasianus Bonaparte. University of Wyoming, Publication 3, Laramie, USA.

GRATSON, M. W., J. W. UNSWORTH, P. ZAGER, AND L. KUCK. 1993. Initial experiences with adaptive resource management for determining appropriate antlerless elk harvest rates in Idaho. Transactions of the North American Wildlife and Natural Resources Conference 58:610–619.

GRAY, G. M. 1967. An ecological study of sage grouse broods with reference to nesting, movements, food habits and sagebrush strip spraying in the Medicine Lodge drainage, Clark County, Idaho. Thesis, University of Idaho, Moscow, USA.

GREGG, M. A. 1991. Use and selection of nesting habitat by sage grouse in Oregon. Thesis, Oregon State University, Corvallis, USA.

GREGG, M. A., J. A. CRAWFORD, M. S. DRUT, AND A. K. DELONG. 1994. Vegetational cover and predation of sage grouse nests in Oregon. Journal of Wildlife Management 58:162–166.

HANF, J. M., P. A. SCHMIDT, AND E. B. GROSHENS. 1994. Sage grouse in the high desert of central Oregon: results of a study, 1988–1993. United States Department of Interior, Bureau of Land Management, Series P-SG-01, Prineville, Oregon, USA.

HEATH, B. J., R. STRAW, S. H. ANDERSON, AND J. LAWSON. 1997. Sage grouse productivity, survival, and seasonal habitat use near Farson, Wyoming. Wyoming Game and Fish Department, Project Completion Report, Laramie, USA.

HIGBY, L. W. 1969. A summary of the Longs Creek sagebrush control project. Proceedings, Biennial Western States Sage Grouse Workshop 6:164–168.

HIRONAKA, M., M. A. FOSBERG, AND A. H. WINWARD. 1983. Sagebrush-grass habitat types of southern Idaho. Idaho Forest, Wildlife and Range Experiment Station, Bulletin 35, Moscow, Idaho, USA.

HOLLORAN, M. J. 1999. Sage grouse (Centrocercus urophasianus) seasonal habitat use near Casper, Wyoming. Thesis, University of Wyoming, Laramie, USA.

HORNADAY, W. T. 1916. Save the sage grouse from extinction, a demand from civilization to the western states. New York Zoological Park Bulletin 5:179–219.

HULET, B. V. 1983. Selected responses of sage grouse to prescribed fire, predation, and grazing by domestic sheep in southeastern Idaho. Thesis, Brigham Young University, Provo, Utah, USA.

HUPP, J. W. 1987. Sage grouse resource exploitation and endogenous reserves in Colorado. Dissertation, Colorado State University, Fort Collins, USA.

HUPP, J. W., AND C. E. BRAUN. 1989. Topographic distribution of sage grouse foraging in winter. Journal of Wildlife Management 53:823–829.

JENNI, D. A., AND J. E. HARTZLER. 1978. Attendance at a sage grouse lek: implications for spring censuses. Journal of Wildlife Management 42:46–52.

JOHNSON, K. H., AND C. E. BRAUN. 1999. Viability and conservation of an exploited sage grouse population. Conservation Biology 13:77–84.

KEISTER, G. P., AND M. J. WILLIS. 1986. Habitat selection and success of sage grouse hens while nesting and brooding. Oregon Department of Fish and Wildlife, Progress Report W-87-R-2, Subproject 285, Portland, Oregon, USA.

KLEBENOW, D. A. 1969. Sage grouse nesting and brood habitat in Idaho. Journal of Wildlife Management 33:649–661.

KLEBENOW, D. A. 1970. Sage grouse versus sagebrush control in Idaho. Journal of Range Management 23:396–400.

KLEBENOW, D. A. 1972. The habitat requirements of sage grouse and the role of fire in management. Tall Timbers Fire Ecology Conference 12:305–315.

KLOTT, J. H., AND F. G. LINDZEY. 1990. Brood habitats of sympatric sage grouse and Columbian sharp-tailed grouse in Wyoming. Journal of Wildlife Management 54:84–88.

KLOTT, J. H., R. B. SMITH, C. VULLO. 1993. Sage grouse habitat use in the Brown's Bench area of south-central Idaho. United States Department of Interior, Bureau of Land Management, Idaho State Office, Technical Bulletin 93–4, Boise, Idaho, USA.

LYON, A.G. 2000. The potential effects of natural gas development on sage grouse (*Centrocercus urophasianus*) near Pinedale, Wyoming. Thesis, University of Wyoming, Laramie, USA.

LEONARD, K. M., K. P. REESE, AND J. W. CONNELLY. 2000. Distribution, movements, and habitats of sage grouse *Centrocercus urophasianus* on the Upper Snake River Plain of Idaho: changes from the 1950's to the 1990's. Wildlife Biology 6: in press.

MACK, R. N., AND J. N. THOMPSON. 1982. Evolution in steppe with few large, hooved mammals. American Naturalist 119: 757–773.

MACNAB, J. 1983. Wildlife management as scientific experimentation. Wildlife Society Bulletin 11:397–401.

MARTIN, N. S. 1970. Sagebrush control related to habitat and sage grouse occurrence. Journal of Wildlife Management 34: 313–320.

MARTIN, R. C. 1990. Sage grouse responses to wildfire in spring and summer habitats. Thesis, University of Idaho, Moscow, USA.

MCARTHUR, E. D., A. C. BLAUER, AND S. C. SANDERSON. 1988. Mule deer-induced mortality of mountain big sagebrush. Journal of Range Management 41:114–117.

MUSIL, D. D., J. W. CONNELLY, AND K. P. REESE. 1993. Movements, survival, and reproduction of sage grouse translocated into central Idaho. Journal of Wildlife Management 57:85–91.

MYERS, O. B. 1992. Sage grouse habitat enhancement: effects of sagebrush fertilization. Dissertation, Colorado State University, Fort Collins, USA.

NELLE, P. J. , K. P. REESE, AND J. W. CONNELLY. 2000. The long-term effect of fire on sage grouse nesting and brood-rearing habitats on the Upper Snake River Plain. Journal of Range Management 53:586–591.

OWENS, M. K., AND B. E. NORTON. 1992. Interactions of grazing and plant protection on basin big sagebrush (*Artemisia tridentata* spp. *tridentata*) seedling survival. Journal of Range Management 45:257–262.

OYLER-MCCANCE, S. J., N. W. KAHN, K. P. BURNHAM, C. E. BRAUN, AND T. W. QUINN. 1999. A population genetic comparison of large and small-bodied sage grouse in Colorado using microsatellite and mitochondrial DNA markers. Molecular Ecology, 8: 1457–1465.

PATTERSON, R. L. 1952. The sage grouse in Wyoming. Sage Books, Denver, Colorado, USA.

PETERSEN, B. E. 1980. Breeding and nesting ecology of female sage grouse in North Park, Colorado. Thesis, Colorado State University, Fort Collins, USA.

PETERSON, J. G. 1970. The food habits and summer distribution of juvenile sage grouse in central Montana. Journal of Wildlife Management 34: 147–155.

PETERSON, J. G. 1995. Ecological implications of sagebrush manipulation: a literature review. Montana Fish, Wildlife, and Parks, Helena, USA.

PYLE, W. H., AND J. A. CRAWFORD. 1996. Availability of foods of sage grouse chicks following prescribed fire in sagebrush–bitterbrush. Journal of Range Management 49:320–324.

PYRAH, D. B. 1972. Effects of chemical and mechanical sagebrush control on sage grouse. Montana Fish and Game Department, Job Completion Report W-105-R-6, Helena, USA.

REESE, K. P., AND J. W. CONNELLY. 1997. Translocations of sage grouse *Centrocercus urophasianus* in North America. Wildlife Biology 3/4:235–241.

REMINGTON, T. E., AND C. E. BRAUN. 1985. Sage grouse food selection in winter, North Park, Colorado. Journal of Wildlife Management 49: 1055–1061.

REMINGTON, T. E., AND C. E. BRAUN. 1991. How surface coal mining affects sage grouse, North Park, Colorado. Proceedings, Issues and Technology in the Management of Impacted Western Wildlife. Thorne Ecological Institute 5: 128–132.

ROBERTSON, M. D. 1991. Winter ecology of migratory sage grouse and associated effects of prescribed fire in southeastern Idaho. Thesis, University of Idaho, Moscow, USA.

ROGERS, G. E. 1964. Sage grouse investigations in Colorado. Colorado Game, Fish, and Parks Department, Technical Publication 16, Denver, Colorado, USA.

SAAB, V. A., AND T. D. RICH. 1997. Large-scale conservation assessment for neotropical migratory land birds in the interior Columbia River Basin. United States Department of Agriculture, Forest Service, General Technical Report PNW-GTR-399, Portland, Oregon, USA.

SAUER, J. R., J. E. HINES, J. FALLON AND G. GOUGH. 1997. The North American breeding bird survey, results and analysis 1996–98. Version 98.1. United States Geological Survey, Patuxent Wildlife Research Center, Laurel, Maryland, USA.

SAVAGE, D. E. 1969. Relation of sage grouse to upland meadows in Nevada. Nevada Fish and Game Commission, Job Completion Report, Project W-39-R-9, Job 12, Reno, Nevada, USA.

SCHOENBERG, T. J. 1982. Sage grouse movements and habitat selection in North Park, Colorado. Thesis, Colorado State University, Fort Collins, USA.

SCHROEDER, M. A. 1995. Productivity and habitat use of sage grouse in north-central Washington. Washington Department of Fish and Wildlife, Job Progress Report Project W-96-R, Olympia, USA.

SCHROEDER, M. A. 1997. Unusually high reproductive effort by sage grouse in a fragmented habitat in north-central Washington. Condor 99:933–941.

SCHROEDER, M. A., J. R. YOUNG, AND C. E. BRAUN. 1999. Sage grouse (*Centrocercus urophasianus*). Pages 1–28 *in* A. Poole and E. Gill, editors. The birds of North America, No. 425. The Birds of North America, Philadelphia, Pennsylvania, USA.

SIME, C. A. 1991. Sage grouse use of burned, non-burned, and seeded vegetation communities on the Idaho National

BLM_0039768

Engineering Laboratory, Idaho. Thesis, Montana State University, Bozeman, USA.

SVEUM, C. M. 1995. Habitat selection by sage grouse hens during the breeding season in south-central Washington. Thesis, Oregon State University, Corvallis, USA.

SVEUM, C. M., W. D. EDGE, AND J. A. CRAWFORD. 1998a. Nesting habitat selection by sage grouse in south-central Washington. Journal of Range Management 51:265–269.

SVEUM, C. M., J. A. CRAWFORD, AND W. D. EDGE. 1998b. Use and selection of brood-rearing habitat by sage grouse in south-central Washington. Great Basin Naturalist 58:344–351.

SWENSON, J. E. 1986. Differential survival by sex in juvenile sage grouse and gray partridge. Ornis Scandinavica 17:14–17.

SWENSON, J. E., C. A. SIMMONS, AND C. D. EUSTACE. 1987. Decrease of sage grouse Centrocercus urophasianus after plowing of sagebrush steppe. Biological Conservation 41:125–132.

TATE, J., JR., M. S. BOYCE, AND T. R. SMITH. 1979. Response of sage grouse to artificially created display ground. Pages 464–468 in G. A. Swanson, technical coordinator. The mitigation symposium: a national workshop on mitigating losses of fish and wildlife habitats. United States Department of Agriculture, Forest Service, General Technical Report RM-65, Fort Collins, Colorado, USA.

TISDALE, E. W., AND M. HIRONAKA. 1981. The sagebrush-grass region: a review of the ecological literature. Idaho Forest, Wildlife, and Range Experiment Station, Bulletin 33, Moscow, USA.

TRUEBLOOD, R. W. 1954. The effect of grass reseeding in sagebrush lands on sage grouse populations. Thesis, Utah State Agricultural College, Logan, USA.

VALE, T. R. 1975. Presettlement vegetation in the sagebrush-grass area of the Intermountain West. Journal of Range Management 28:32–36.

VALLENTINE, J. F. 1989. Range development and improvements. Third edition. Academic, San Diego, California, USA.

VALLENTINE, J. F. 1990. Grazing management. Academic, San Diego, California, USA.

WAKKINEN, W. L. 1990. Nest site characteristics and spring-summer movements of migratory sage grouse in southeastern Idaho. Thesis, University of Idaho, Moscow, USA.

WAKKINEN, W. L., K. P. REESE, AND J. W. CONNELLY. 1992. Sage grouse nest locations in relation to leks. Journal of Wildlife Management 56:381–383.

WALLESTAD, R. O. 1971. Summer movements and habitat use by sage grouse broods in central Montana. Journal of Wildlife Management 35:129–136.

WALLESTAD, R. O. 1975. Life history and habitat requirements of sage grouse in central Montana. Montana Fish and Game Department, Technical Bulletin, Helena, USA.

WALLESTAD, R. O., AND D. B. PYRAH. 1974. Movement and nesting of sage grouse hens in central Montana. Journal of Wildlife Management 38:630–633.

WALLESTAD, R. O., AND P. SCHLADWEILLER. 1974. Breeding season movements and habitat selection of male sage grouse. Journal of Wildlife Management 38:634–637.

WALLESTAD, R. O., J. G. PETERSON, AND R. L. ENG. 1975. Foods of adult sage grouse in central Montana. Journal of Wildlife Management 39:628–630.

WAMBOLT, C. L., AND G. F. PAYNE. 1986. An 18-year comparison of control methods for Wyoming big sagebrush in southwestern Montana. Journal of Range Management 39:314–319.

WELCH, B. L., J. C. PEDERSON, AND R. L. RODRIQUEZ. 1988. Selection of big sagebrush by sage grouse. Great Basin Naturalist 48:274–279.

WELCH, B. L., F. J. WAGSTAFE, AND J. A. ROBERSON. 1991. Preference of wintering sage grouse for big sagebrush. Journal of Range Management 44:462–465.

YOUNG, J. R. 1994. The influence of sexual selection on phenotypic and genetic divergence among sage grouse populations. Dissertation, Purdue University, West Lafayette, Indiana, USA.

ZABLAN, M. A. 1993. Evaluation of sage grouse banding program in North Park, Colorado. Thesis, Colorado State University, Fort Collins, USA.



John W. (Jack) Connelly (left) is a wildlife research biologist with the Idaho Department of Fish and Game. He received his B.S. in fish and wildlife resources from the University of Idaho and M.S. in wildlife biology and Ph.D. in zoology from Washington State University. He has been a member of The Wildlife Society for 25 years and is past-president of the Idaho Chapter and current president of the Northwest Section. He has been involved with research on sage grouse since 1977. Michael A. (Mike) Schroeder (right) is the upland bird research biologist for the Washington Department of Fish and Wildlife. He received his B.S. in wildlife ecology from Texas A&M University, M.S. in zoology from the University of Alberta, and Ph.D. in wildlife biology from Colorado State University. He has been a member of The Wildlife Society for 21 years. He has been studying Washington populations of sage grouse, sharp-tailed grouse, and spruce grouse since 1992. Alan R. Sands retired after 21 years as a wildlife biologist for the Bureau of Land Management and is now employed by The Nature Conservancy as a field representative for southwestern Idaho. He received his B.A. in math and science from San Diego State University and M.S. in wildlife management from Humboldt State University. He has been a member of The Wildlife Society for 25 years and is past vice-president of the Idaho Chapter. Clait E. Braun (center) recently retired from the Colorado Division of Wildlife. He received his B.S. in soil science from Kansas State University, M.S. from the University of Montana in forest wildlife management, and Ph.D. from Colorado State University in wildlife biology. He has been a member of The Wildlife Society for 39 years and is past-editor of The Journal of Wildlife Management, past-president of the Central Mountain and Plains Section, past Council Member, and past-president of The Wildlife Society.



# Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats

J. W. Connelly
S. T. Knick
M. A. Schroeder
S. J. Stiver

Western Association of Fish and Wildlife Agencies

June 2004

BLM_0039770

# CONSERVATION ASSESSMENT OF
# GREATER SAGE-GROUSE and SAGEBRUSH HABITATS

**John W. Connelly**
Idaho Department Fish and Game
83 W 215 N
Blackfoot, ID 83221
JCsagegrouse@aol.com

**Steven T. Knick**
USGS Forest & Rangeland Ecosystem Science Center
Snake River Field Station
970 Lusk St.
Boise, ID  83706
Steve_Knick@usgs.gov

**Michael A. Schroeder**
Washington Department of Fish and Wildlife
P.O. Box 1077
Bridgeport, WA  98813
grouse@vib.tv

**San J. Stiver**
Wildlife Coordinator,
National Sage-Grouse Conservation Framework Planning Team
2184 Richard St.
Prescott, AZ 86301
stiver@cableone.net

This report should be cited as:

Connelly, J. W., S. T. Knick, M. A. Schroeder, and S. J. Stiver.  2004.  Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats.  Western Association of Fish and Wildlife Agencies.  Unpublished Report.  Cheyenne, Wyoming.

Cover photo credit, Kim Toulouse

*i*

## Author Biographies

**John W. Connelly**

Jack has been employed as a Principal Wildlife Research Biologist with the Idaho Department of Fish and Game for the last 20 years.  He received his B.S. degree from the University of Idaho and M.S. and Ph.D. degrees from Washington State University.  Jack is a Certified Wildlife Biologist and works on grouse conservation issues at national and international scales.  He is a member of the Western Sage and Columbian Sharp-tailed Technical Committee and the Grouse Specialists' Group.  Jack has been involved with sage-grouse research and management issues for over 27 years.

**Steven T. Knick**

Steve has been employed as a federal Research Ecologist since 1990, most recently with the United States Geological Survey.  He received his B.S. degree from the University of Minnesota, M.S. from Washington State University and Ph.D. from the University of Montana.  Steve has worked on national and international wildlife issues ranging from wolf and grizzly bear management to conservation of shrubland ecosystems.  For the past 15 years, Steve has integrated field and GIS-based analyses to study the effects of disturbance on sagebrush habitats and bird communities.

**Michael A. Schroeder**

Mike has been employed as the Upland Bird Research Biologist with the Washington Department of Fish and Wildlife for the last 12 years.  He received his B.S. degree from Texas A&M University, M.S. from the University of Alberta, and Ph.D. from Colorado State University.  Mike is a Certified Wildlife Biologist and works on grouse conservation issues at national and international scales.  He is a member of the Western Sage and Columbian Sharp-tailed Technical Committee and the Grouse Specialists' Group.  Mike has been involved with grouse research and management issues for over 23 years.

**San J. Stiver**

San recently retired after 30 years as a biologist for the Nevada Division of Wildlife.  He is currently employed by the National Sage-Grouse Conservation Planning Framework Team.  San received his B.S. from the University of Montana.  He has been a member of the Wildlife Society since 1971 and was a member of the Western Sage and Columbian Sharp-tailed Grouse Technical Committee from 1981 – 2003.  San has been involved in national and international wildlife conservation issues since 1985.  He has worked on sage-grouse as a field biologist, researcher and staff biologist for over 25 years.

BLM_0039772

# Contributors

The following individuals provided important information and in many cases wrote portions of one or more chapters.

## Jenny Barnett

Handford Reach National Monument/Saddle Mountain NWR
3250 Port of Benton Blvd.
Richland, WA  99352

*Jenny Barnett,* After studying sage grouse for her Master's degree, Jenny Barnett has worked as a wildlife biologist for BLM and USFWS.   Her work has focused on sage grouse, song birds, pygmy rabbits and other species in shrub-steppe habitat.  She is currently a Wildlife Biologist/GIS specialist for Hanford Reach National Monument.

## Erik A. Beever

USGS Forest and Rangeland Ecosystem Science Center
3200 SW Jefferson Way
Corvallis, OR  97331
email: erik_beever@usgs.gov

*Erik Beever,* is a postdoctoral ecologist with the USGS-BRD Forest and Rangeland Ecosystem Science Center.  He has studied the interactions of free-roaming horses and burros with other ecosystem components since 1995. His interests include community ecology, wildlife biology, disturbance ecology (including climate change), and conservation of Great Basin habitats and landscapes.

## Tom Christiansen

Sage-Grouse Program Coordinator
Wyoming Game and Fish Dept.
351 Astle Ave.
Green River, WY 82935
tom.christiansen@wgf.state.wy.us

*Tom Christiansen*, is the Sage-Grouse Program Coordinator for the Wyoming Game and Fish Department. Prior to this appointment he was a regional wildlife biologist in Green River and has been with the WGF for 19 years. Christiansen received his Bachelor of Science degree from the University of Nebraska-Lincoln.

## Michelle Commons-Kemner

Senior Wildlife Research Biologist
Idaho Department of Fish and Game
3101 S. Powerline Road
Nampa, Idaho 83686
mcommons@IDFG.STATE.ID.US

*Michelle Commons-Kemner,* graduated with her under-graduate degree from the University of Northern Colorado, Greeley, and her Master's from the University of Manitoba, Canada. She conducted her thesis research on Gunnison sage-grouse.  Prior to being employed with IDFG she studied White-tailed ptarmigan in Colorado and Vancouver Island.  She has been employed with IDFG since 1998, and as a sage-grouse research biologist since 2000.  She continues to be actively involved in the sage-grouse research projects across the state as well as working on Idaho's Greater sage-grouse conservation plan, and developing new sage-grouse Local Working Groups.

BLM_0039773

**Sean Finn**
USGS Forest & Rangeland Ecosystem Science Center
Snake River Field Station
970 Lusk St.
Boise, ID  83706
sfinn@usgs.gov

*Sean Finn*, received his M.S. in Raptor Biology from Boise State University in 2000.  His thesis project examined the influences of habitat quality and scale of investigation on Northern Goshawk breeding ecology on the Olympic Peninsula.  He is currently employed as a Wildlife Biologist for the USGS Biological Resources Division working on avian conservation issues in western shrub-steppe landscapes.

**Scott Gardner**
California Department of Game and Fish
Wildlife Programs Branch
1812 9th Street
Sacramento, CA  95814
sgardner@dfg.ca.gov

*Scott Gardner*, is the sage grouse coordinator for the California Department of Fish and Game.  Scott received his M.S. in Wildlife Resources from the University of Idaho, where he worked on reintroduction of Columbian sharp-tailed grouse and sage grouse research in southeastern Idaho.  Scott is currently leading sage grouse conservation planning efforts in California and collaborating on research projects statewide.

**Edward O. Garton**
Professor
Fish and Wildlife Resources
University of Idaho
Moscow, ID 83844-1136
ogarton@uidaho.edu

*Edward O. Garton*, is a professor at the University of Idaho with joint appointments in Wildlife Ecology and Statistics.  He and his students have been studying the population ecology of both rare and abundant birds and mammals in the Western U.S. for the past 30 years.  They have published more than 50 papers and monographs on species ranging from white-crowned sparrows to elk with additional contributions developing quantitative tools for assessing home range/space use, abundance of song birds and dynamics of large mammals using aerial surveys.

**Michael Gregg**
Land Management and Research Demonstration Biologist
Hanford Reach National Monument and Saddle Mountain National Wildlife Refuge
U.S. Fish and Wildlife Service
3720 Port of Benton Blvd.
Richland, WA 99352
Mike_Gregg@fws.gov

*Michael Gregg*, B.S. 1985 Humboldt State University, M.S. 1991 (on sage grouse) Oregon state University, Ph.D Candidate (on sage grouse) Oregon State University.   Mike has 15 years experience with sage-grouse and 11 years with the USFWS.  He is currently the Land Management and Research Demonstration Biologist for Region 1 and coordinates and conduct research and restoration projects in shrub-steppe and on sagebrush dependent wildlife.

BLM_0039774

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats** *Connelly et al.*

**Steven Hanser**
USGS Forest & Rangeland Ecosystem Science Center
Snake River Field Station
970 Lusk St.
Boise, ID 83706
shanser@usgs.gov

*Steve Hanser*, is a Wildlife Biologist at the USGS Snake River Field Station in Boise, Idaho. Steve received his M.S. in Biological Sciences and Geotechnologies Post-baccalaureate Certification in 2002 from Idaho State University where he studied the impact of habitat fragmentation on the shrub-steppe small mammal community of eastern Idaho. His current work includes GIS/remote sensing analysis and modeling for several projects studying landscape-scale issues in the sagebrush ecosystem.

**Matthew J. Holloran**
Wyoming Cooperative Research Unit
University of Wyoming
Box 3166 University Station
Laramie, WY 82071-3166
holloran@uwyo.edu

*Matthew Holloran*, has been doing research on sage-grouse in Wyoming since 1997, and is currently working on his dissertation investigating the potential impacts of natural gas development on sage-grouse in western Wyoming.

**Matthias Leu**
USGS Forest & Rangeland Ecosystem Science Center
Snake River Field Station
970 Lusk St.
Boise, ID 83706
mleu@usgs.gov

*Matthias Leu*, is a postdoctoral associate with USGS in Boise, ID. He earned a PhD from the University of Washington in wildlife biology and conservation; his dissertation work investigated habitat-wildlife interactions. As a post doctoral fellow, Matthias worked with John Marzluff, University of Washington, on models predicting the spatial distribution of marbled murrelet nest predators and currently investigates with Steve Knick, at USGS in Boise ID, how anthropogenic resources and land cover change influence sagebrush habitats and wildlife populations. Matthias' research interests are in spatial ecology and wildlife conservation.

**Alison Holloran (Lyon)**
Wyoming Audubon
168 N. Cedar Street
Laramie, WY 82072
grouselady1@msn.com

*Alison Holloran*, is originally from Baltimore area of Maryland but has been in Laramie, WY for last seven years where she serves as Conservation Coordinator for Audubon Wyoming. Alison earned her BS in Wildlife Management from West Virginia University and a MS from the University of Wyoming in Zoology and Physiology. She served 2 1/2 years for the Peace Corp in Honduras. Alison is married with a new little girl- Sage Marie.

BLM_0039775

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats**            *Connelly et al.*

## Cara Meinke

USGS Forest & Rangeland Ecosystem Science Center
Snake River Field Station
970 Lusk St.
Boise, ID  83706
cmeinke@usgs.gov

*Cara Meinke*, is a wildlife biologist specializing in special data analysis and management for the United States Geological Service, Snake River Field Station.  She has spent the last 2 ½ years working on the SAGEMAP and PRAIRIEMAP projects as a special analyst on various ecoregional assessments in the sagebrush-steppe biome.

## Rick Miller

Oregon State University
67826-A Hwy 205
Burns, OR
Richard.Miller@oregonstate.edu

*Rick Miller*, has been a range ecology professor at Oregon State University since 1977.  He has worked on sagebrush and juniper systems for the past 28 years with emphasis on succession and fire.

## Rick Northrup

State Bird Coordinator
Montana Fish, Wildlife & Parks
P.O. Box 200701
Helena, MT 59620-0701
rnorthrup@state.mt.us

*Rick Northrup*, earned his B.S. degree from South Dakota State University and his M.S. from Montana State University where he studied sharp-tailed grouse habitat use during fall and winter on the Charles M. Russell National Wildlife Refuge.

## Sara Oyler-McCance

Rocky Mountain Center for Conservation Genetics and Systematics
USGS
Department of Biological Sciences
University of Denver
Denver, CO 80208
soyler@du.edu

*Sara Oyler-McCance*, is the co-director of the Rocky Mountain Center for Conservation Genetics and Systematics in Denver, CO.  She has worked as a conservation geneticist for USGS for 5 years.  Prior to this position, Sara received her PhD in Fishery and Wildlife Biology from Colorado State University where she studied different aspects of Gunnison Sage-Grouse ecology.

BLM_0039776

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats**          *Connelly et al.*

### David Pyke

USGS, Forest & Rangeland Ecosystem Science Center
3200 SW Jefferson Way
Corvallis, OR 97331
david_a_pyke@usgs.gov

*David Pyke,* is a Research Rangeland Ecologist who is currently conducting research studies on the plant population and community ecology in sagebrush/grass ecosystems of the northern Great Basin. He is also conducting studies on changes in ecosystem processes when cheatgrass dominates sagebrush communities. He has current studies involving control of cheatgrass and restoration of sagebrush grass communities.

### Tom W. Quinn

Associate Professor
Department of Biological Sciences
University of Denver
Denver, CO 80208
Co-director,
Rocky Mountain Center for Conservation Genetics and Systematics
tquinn@du.edu

*Tom Quinn,* has been using molecular techniques for studies of evolution, systematics, and population genetics for over 20 years. He discovered the occurrence of nuclear copies of mitochondrial sequences in the nuclear genome of birds, and his lab has tested hypotheses related to the "molecular clock hypothesis" and developed a molecular method for sexing most avian species.

### Kerry P. Reese

Department of Fish and Wildlife Resources
University of Idaho
Moscow, ID 83843
kreese@uidaho.edu

*Kerry Reese*, is currently chairman of the Department of Fish and Wildlife Resources at University of Idaho. His main interests include avian ecology and management. He has been involved in research and management efforts on sage-grouse for over 17 years.

### E. Thomas Rinkes

Bureau of Land Management
P.O. Box 589
Lander, WY 82520
tom_rinkes@blm.gov

*Tom Rinkes*, is a sage-grouse/sagebrush species of concern biologist with the Wyoming State Office of the Bureau of Land Management. He received his degree in wildlife resources from the University of Idaho. He has worked for the BLM for the past 26 years in Wyoming and Idaho and has been involved in sage-grouse management since 1986.

BLM_0039777

## Mary M. Rowland

Wildlife Biologist
USDA Forest Service, PNW Research Station
Forestry and Range Sciences Laboratory
1401 Gekeler Lane
La Grande, OR 97850
mrowland@fs.fed.us

*Mary Rowland*, is a wildlife biologist for the U.S. Forest Service in La Grande, Oregon. She has worked on issues related to sage-grouse and sagebrush for the last 5 years, both for the BLM and FS. This work has included writing a research problem analysis for Greater Sage-Grouse in Oregon and conducting regional assessments of sagebrush habitats and species of concern for the BLM.

## Linda Schueck

USGS Forest & Rangeland Ecosystem Science Center
Snake River Field Station
970 Lusk St.
Boise, ID 83706
lschueck@usgs.gov

*Linda Schueck*, is a Computer Specialist at the USGS Forest and Rangeland Ecosystem Science Center, Snake River Field Station in Boise, Idaho. She is interested in computer programming for data transfer methods and for GIS analysis of biological information. Linda designed and programmed the USGS SAGEMAP website (http//:sagemap.wr.usgs.gov).

## Sonja E. Taylor

Rocky Mountain Center for Conservation Genetics and Systematics
Department of Biological Sciences
University of Denver
Denver, CO 80208
stalyor@du.edu

*Sonja Taylor,* has worked on a number of greater sage-grouse projects. Sonja has recently been collecting fragment analysis data in greater sage-grouse populations from throughout their range in North America. She also conducted preliminary behavioral field work on a sage grouse population in California that was found to be genetically distinct. Additionally, using "ancient" DNA (100 years old), she has attempted to address some questions about the origin and history of modern white-tailed kite populations.

## Michael J. Wisdom

Research Wildlife Biologist
Pacific Northwest Research Station
1401 Gekeler Lane
La Grande, OR 97850
mwidsom@fs.fed.us

*Mike Wisdom*, has worked on a variety of wildlife research and management issues for the Bureau of Land Management and Forest Service during the past 20 years. More recently, Mike has been involved in a variety of regional assessments of habitats for sagebrush-associated species of conservation concern in the western United States. Mike received his Ph.D. in Forestry, Range, and Wildlife from the Univ. of Idaho, his M.S. in Wildlife Science from New Mexico St. Univ., and his B.S. in Wildlife Management from the Univ. Of Wisconsin-Stevens Point.

BLM_0039778

# Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats

## Table of Contents

AUTHORS ............................................................................................................................. *i*

CONTRIBUTING AUTHORS ............................................................................................ *iii*

ACKNOWLEDGMENTS ................................................................................................... *xix*

EXECUTIVE SUMMARY ................................................................................................ ES-1

CHAPTER 1

    INTRODUCTION ........................................................................................................ 1-1

        Range-wide Conservation Assessment ...................................................................... 1-1

            Background and Rationale ..................................................................................... 1-1

            Objectives and Perspective of the Conservation Assessment ................................ 1-3

            Geographical, Temporal, Jurisdictional, and Scientific Scope ............................... 1-4

            Treatment of Uncertainty .................................................................................... 1-6

        Review of the Conservation Assessment ................................................................... 1-7

            Criteria for Use of Data and Scientific Information ............................................. 1-7

            Documentation of Data and Sources ..................................................................... 1-8

        Management and Stewardship of Sagebrush Habitats ................................................ 1-8

            Principal Legislation Governing the Management and Use of Public Lands .......... 1-8

            Stewardship of Sagebrush Lands .......................................................................... 1-9

        Literature Cited ........................................................................................................ 1-10

        Figures ....................................................................................................................... 1-16

        Tables ........................................................................................................................ 1-23

CHAPTER 2

    CONSERVATION STATUS OF GREATER SAGE-GROUSE POPULATIONS ............ 2-1

    Introduction ............................................................................................................... 2-1

    United States and Canadian Federal Laws ................................................................. 2-2

    State and Provincial Laws .......................................................................................... 2-2

        Alberta ................................................................................................................... 2-2

        California ................................................................................................................ 2-2

        Colorado ................................................................................................................ 2-3

        Idaho ...................................................................................................................... 2-4

        Montana ................................................................................................................. 2-5

        Nevada ................................................................................................................... 2-5

        North Dakota ......................................................................................................... 2-6

        Oregon ................................................................................................................... 2-7

        South Dakota ......................................................................................................... 2-8

        Utah ....................................................................................................................... 2-10

        Washington ............................................................................................................ 2-10

        Wyoming ................................................................................................................ 2-10

BLM_0039779

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats**          *Connelly et al.*

Sage-grouse Petitions ................................................................................. 2-11
State/Province Conservation Plans ............................................................ 2-12
    Coordination and Standards ................................................................ 2-12
    U.S. Bureau of Land Management ...................................................... 2-13
    Alberta .................................................................................................. 2-14
    California .............................................................................................. 2-15
    Colorado ............................................................................................... 2-15
    Idaho .................................................................................................... 2-15
    Montana ................................................................................................ 2-16
    Nevada .................................................................................................. 2-17
    North Dakota ........................................................................................ 2-19
    Oregon .................................................................................................. 2-19
    Saskatchewan ....................................................................................... 2-20
    South Dakota ........................................................................................ 2-20
    Utah ...................................................................................................... 2-20
    Washington ........................................................................................... 2-22
    Wyoming .............................................................................................. 2-22
Summary ................................................................................................... 2-24
Literature Cited ........................................................................................ 2-25
Tables ........................................................................................................ 2-27
Figure ........................................................................................................ 2-33

CHAPTER 3
    POPULATION ECOLOGY & CHARACTERISTICS ..................................... 3-1
Taxonomy, Systematics, & General Description .......................................... 3-1
Food Habits ................................................................................................. 3-2
    General .................................................................................................. 3-2
    Spring ................................................................................................... 3-2
    Summer ................................................................................................. 3-3
    Fall and Winter .................................................................................... 3-4
Seasonal Movement and Fidelity ................................................................ 3-4
Breeding Biology ........................................................................................ 3-6
    Mating System ...................................................................................... 3-6
    Territoriality ......................................................................................... 3-7
    Physical Interactions ............................................................................ 3-8
    Courtship .............................................................................................. 3-8
    Timing of Breeding Behavior .............................................................. 3-9
Nesting ....................................................................................................... 3-10
    General Characteristics ........................................................................ 3-10
    Nest Placement .................................................................................... 3-10
    Nest Likelihood .................................................................................... 3-10
    Nest Success ......................................................................................... 3-11
Survival and Population Dynamics ............................................................. 3-11

BLM_0039780

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats**                    *Connelly et al.*

Literature Cited ........................................................................................................ 3-12
Tables ...................................................................................................................... 3-20

CHAPTER 4
    GREATER SAGE-GROUSE HABITAT CHARACTERISTICS ...................................... 4.1
        Introduction ...................................................................................................... 4-1
        Breeding Habitats .............................................................................................. 4-2
            Leks ............................................................................................................... 4-2
                General Description ................................................................................. 4-2
                Specific Description ................................................................................. 4-3
                Relevant Features .................................................................................... 4-4
            Nesting ........................................................................................................ 4-4
                General Description ................................................................................. 4-4
                Specific Description ................................................................................. 4-5
                Relevant Features .................................................................................... 4-6
            Early Brood-rearing ..................................................................................... 4-8
                General Description ................................................................................. 4-8
                Specific Description ................................................................................. 4-8
                Relevant Features .................................................................................... 4-9
        Summer and Late Brood-Rearing Habitats ....................................................... 4-9
            General Description ...................................................................................... 4-9
            Seasonal Differences .................................................................................. 4-10
            Specific Description .................................................................................... 4-11
            Relevant Features ....................................................................................... 4-12
        Autumn Habitats ............................................................................................. 4-12
        Winter Habitats ............................................................................................... 4-13
            General Description .................................................................................... 4-13
            Specific Description .................................................................................... 4-14
            Relevant Features ....................................................................................... 4-14
        Landscape Context Issues ............................................................................... 4-15
            General Description .................................................................................... 4-15
            Mosaics, Juxtaposition, and Diversity ....................................................... 4-17
            Migratory Corridors ................................................................................... 4-18
        Literature Cited .............................................................................................. 4-19

CHAPTER 5
    SAGEBRUSH ECOSYSTEMS:
    DYNAMICS OF PRIMARY SAGEBRUSH HABITATS ................................................. 5-1
    DELINEATION AND DESCRIPTION OF SAGEBRUSH HABITATS .......................... 5-1
        Introduction ...................................................................................................... 5-1
        Intermountain Region: Sagebrush Taxa ............................................................ 5-2
    Northern Great Plains: Sagebrush Taxa ............................................................... 5-2
    Classification of Alliances and Plant Associations ............................................... 5-3

BLM_0039781

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats** *Connelly et al.*

Sagebrush Types ............................................................................................... 5-4
Environmental Characteristics and Gradients of Sagebrush Ecosystems ...................... 5-4
Long-term Dynamics of Sagebrush Ecosystems ........................................................ 5-6
Short-term Dynamics of Sagebrush Ecosystems ........................................................ 5-6
Sagebrush Ecosystems: Changes in Historical and Current Distribution of Sagebrush 5-7
    Post-settlement Long-term Dynamics (New Steady States) ..................................... 5-7
    Current and Potential Distribution of Sagebrush Habitats ...................................... 5-7
    Annual Grasses ........................................................................................... 5-7
        Estimated Area Lost ............................................................................... 5-10
    Post-settlement Woodland Expansion ................................................................ 5-10
    Shrub Die-off ............................................................................................. 5-11
Sagebrush Ecosystems: Landscape Characteristics ................................................... 5-11
    Methods .................................................................................................... 5-12
        Sagebrush Distribution Map ..................................................................... 5-12
        GIS Procedures and Landscape Analyses ..................................................... 5-13
    Multiscale Patterns of Distribution and Fragmentation of Sagebrush Habitats .... 5-14
    Multiscale Fragmentation Patterns ................................................................. 5-15
Characteristics of Lands under Private and Public Ownership .................................. 5-16
Literature Cited ............................................................................................... 5-16
Figures .......................................................................................................... 5-24
Tables ............................................................................................................ 5-43


CHAPTER 6
    GREATER SAGE-GROUSE POPULATIONS ............................................... 6-1
    POPULATION DATABASES ........................................................................ 6-1
    Introduction ............................................................................................... 6-1
    Methods .................................................................................................... 6-2
    Results ....................................................................................................... 6-2
        Population Data ...................................................................................... 6-2
        Harvest Data ......................................................................................... 6-3
        Production Data ..................................................................................... 6-5
        Data Storage and Retrieval ...................................................................... 6-5
    Discussion .................................................................................................. 6-5
        Population Data ...................................................................................... 6-6
        Harvest Data ......................................................................................... 6-7
        Production Data ..................................................................................... 6-7
        Data Storage and Retrieval ...................................................................... 6-7
    DISTRIBUTION ......................................................................................... 6-8
    General ..................................................................................................... 6-9
        Great Plains ........................................................................................... 6-9
        Wyoming Basin ...................................................................................... 6-11
        Snake River Plain ................................................................................... 6-11
        Columbia Basin ..................................................................................... 6-12

BLM_0039782

Northern Great Basin .............................................................................................. 6-13
Southern Great Basin ............................................................................................. 6-13
Colorado Plateau .................................................................................................... 6-14
Other Regions ....................................................................................................... 6-14
Summary ................................................................................................................ 6-14
POPULATION TRENDS .................................................................................................. 6-15
Introduction .............................................................................................................. 6-15
Methods ................................................................................................................... 6-17
Monitoring Effort .................................................................................................. 6-18
Population Trends ................................................................................................. 6-18
Range-wide Population Assessment ..................................................................... 6-20
Lek Distribution and Numbers ......................................................................... 6-20
Population Status and Change ......................................................................... 6-21
Results ..................................................................................................................... 6-21
Alberta .................................................................................................................. 6-21
Monitoring Effort .............................................................................................. 6-21
Population Changes .......................................................................................... 6-21
Summary ........................................................................................................... 6-21
California ............................................................................................................... 6-24
Monitoring Effort .............................................................................................. 6-24
Population Changes .......................................................................................... 6-24
Summary ........................................................................................................... 6-24
Colorado ................................................................................................................ 6-27
Monitoring Effort .............................................................................................. 6-27
Population Changes .......................................................................................... 6-27
Summary ........................................................................................................... 6-28
Idaho ..................................................................................................................... 6-30
Monitoring Effort .............................................................................................. 6-30
Population Changes .......................................................................................... 6-30
Summary ........................................................................................................... 6-31
Montana ................................................................................................................ 6-33
Monitoring Effort .............................................................................................. 6-33
Population Changes .......................................................................................... 6-33
Summary ........................................................................................................... 6-34
Nevada .................................................................................................................. 6-36
Monitoring Effort .............................................................................................. 6-36
Population Changes .......................................................................................... 6-36
Summary ........................................................................................................... 6-37
North Dakota ......................................................................................................... 6-39
Monitoring Effort .............................................................................................. 6-39
Population Changes .......................................................................................... 6-39
Summary ........................................................................................................... 6-40
Oregon .................................................................................................................. 6-42

BLM_0039783

Monitoring Effort ........................................................................................... 6-42
Population Changes ....................................................................................... 6-42
Summary ....................................................................................................... 6-43
Saskatchewan ....................................................................................................... 6-45
Monitoring Effort ........................................................................................... 6-45
Population Changes ....................................................................................... 6-45
Summary ....................................................................................................... 6-46
South Dakota ........................................................................................................ 6-48
Monitoring Effort ........................................................................................... 6-48
Population Changes ....................................................................................... 6-48
Summary ....................................................................................................... 6-48
Utah ..................................................................................................................... 6-50
Monitoring Effort ........................................................................................... 6-50
Population Changes ....................................................................................... 6-50
Summary ....................................................................................................... 6-51
Washington ........................................................................................................... 6-53
Monitoring Effort ........................................................................................... 6-53
Population Changes ....................................................................................... 6-53
Summary ....................................................................................................... 6-54
Wyoming ............................................................................................................... 6-56
Monitoring Effort ........................................................................................... 6-56
Population Changes ....................................................................................... 6-56
Summary ....................................................................................................... 6-57
Range-wide ........................................................................................................... 6-59
Populations .................................................................................................... 6-59
Monitoring ..................................................................................................... 6-64
Lek Distribution and Numbers ................................................................. 6-66
Population Status and Change .................................................................. 6-67
Literature Cited .................................................................................................... 6-72

CHAPTER 7
SAGEBRUSH ECOSYSTEMS: CURRENT STATUS AND TRENDS ........................... 7-1
Objectives and Approach ...................................................................................... 7-1
Methods ............................................................................................................... 7-2
Data Sources ................................................................................................. 7-2
Spacial Data .................................................................................................. 7-3
Natural Habitat Disturbance and Change ............................................................. 7-4
Wildfire ......................................................................................................... 7-4
Background ............................................................................................ 7-4
Current Status ....................................................................................... 7-6
Cheatgrass Invasion and Expansion by Juniper and Woodlands ............................ 7-7
Background ............................................................................................ 7-7
Modeling Risk of Pinyon Pine and Juniper Displacement of Sagebrush ................ 7-8

BLM_0039784

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats** *Connelly et al.*

Methods ........................................................................................................ 7-8
Results ......................................................................................................... 7-12
Discussion ................................................................................................... 7-13
Key Findings ............................................................................................... 7-13
Modeling Risk of Cheatgrass Displacement of Sagebrush
and other Native Vegetation ...................................................................... 7-14
Methods ...................................................................................................... 7-15
Results ......................................................................................................... 7-17
Discussion ................................................................................................... 7-17
Key Findings ............................................................................................... 7-17
Weather and Global Climate Change ....................................................... 7-18
Background ................................................................................................. 7-18
Ecological Influences and Pathways ......................................................... 7-19
INVASIVE SPECIES ............................................................................................ 7-20
Background ................................................................................................. 7-20
LAND USE ........................................................................................................... 7-22
Agriculture ....................................................................................................... 7-22
Background ................................................................................................. 7-22
Ecological Influences and Pathways ......................................................... 7-23
Current Status ............................................................................................ 7-24
Urbanization .................................................................................................... 7-24
Background ................................................................................................. 7-24
Ecological Influences and Pathways ......................................................... 7-25
Current Status ............................................................................................ 7-25
Livestock Grazing ........................................................................................... 7-26
Background ................................................................................................. 7-26
Ecological Influences and Pathways ......................................................... 7-29
Current Status ............................................................................................ 7-33
Prescribed Fire ................................................................................................ 7-35
Sage-grouse and Fire ...................................................................................... 7-36
Wild Ungulate Browsing ................................................................................ 7-36
Wild Horses and Burros ............................................................................ 7-36
Deer and Elk ............................................................................................... 7-37
Nonrenewable Energy Development ............................................................. 7-38
Background ................................................................................................. 7-38
Ecological Influences and Pathways ......................................................... 7-40
Current Status ............................................................................................ 7-41
Renewable Energy Sources - Wind Energy .................................................. 7-42
Background ................................................................................................. 7-42
Ecological Influences and Pathways ......................................................... 7-43
Military Training ............................................................................................. 7-43
Background ................................................................................................. 7-43
Ecological Influences and Pathways ......................................................... 7-43

BLM_0039785

Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats

*Connelly et al.*

Current Status ................................................................................................ 7-43
Restoration and Rehabilitation ....................................................................... 7-44
Background ................................................................................................ 7-44
Past and Current Vegetation Manipulation Approaches ....................... 7-45
Livestock grazing modifications ..................................................... 7-46
Sagebrush Removal ........................................................................ 7-46
Revegetation ................................................................................... 7-47
Bottlenecks to Success ...................................................................... 7-49
Literature Cited ............................................................................................ 7-50
Figures ......................................................................................................... 7-70
Tables ........................................................................................................... 7-103

CHAPTER 8
GREATER SAGE-GROUSE GENETICS ........................................................ 8-1
Introduction ................................................................................................. 8-1
Investigating the Lek Mating System ........................................................ 8-2
Population Genetics of Sage-grouse in Colorado ..................................... 8-2
Evaluation of the Eastern and Western Subspecies ................................. 8-4
Current and Future Work ............................................................................. 8-5
Literature Cited ............................................................................................ 8-6
Tables ............................................................................................................ 8-8
Figures ......................................................................................................... 8-10

CHAPTER 9
EFFECT OF HARVEST ON GREATER SAGE-GROUSE .............................. 9-1
Introduction ................................................................................................. 9-1
Harvest .................................................................................................... 9-2
Literature Cited ............................................................................................ 9-6
Tables ........................................................................................................... 9-10

CHAPTER 10
PREDATION, PARASITES AND PATHOGENS ....................................... 10-1
Predation ................................................................................................... 10-1
Parasites and Pathogens ........................................................................... 10-3
Introduction ......................................................................................... 10-3
Macro-Parasites .................................................................................. 10-4
Endoparasites ................................................................................. 10-4
Protozoa ..................................................................................... 10-4
Platyhelminthes .......................................................................... 10-5
Nematoda .................................................................................... 10-6
Ectoparasites .................................................................................. 10-6
Mallophaga ................................................................................. 10-6
Acarina ........................................................................................ 10-6

BLM_0039786

Diptera ................................................................................................ 10-7
Pathogens .................................................................................................... 10-7
Bacteria ................................................................................................ 10-7
Salmonellosis ................................................................................. 10-7
Tularemia ........................................................................................ 10-7
Colibacillosis .................................................................................. 10-7
Botulism, Avian Tuberculosis and Avian Cholera .................... 10-8
Mycoplasma ................................................................................... 10-8
Fungi ..................................................................................................... 10-8
Viruses .................................................................................................. 10-8
West Nile Virus ............................................................................. 10-8
Newcastle Disease ........................................................................ 10-10
Avian Pox ....................................................................................... 10-10
Avian Infectious Bronchitis ........................................................ 10-11
Avian Influenza ............................................................................. 10-11
Discussion ................................................................................................... 10-11
Literature Cited ......................................................................................... 10-12
Tables .......................................................................................................... 10-19

CHAPTER 11
MONITORING SAGE-GROUSE HABITATS AND POPULATIONS ........... 11-1
Introduction ............................................................................................... 11-1
Habitat Assessment .................................................................................. 11-2
Population Monitoring and Assessment ................................................ 11-2
Monitoring ................................................................................................. 11-3
Breeding Populations ........................................................................ 11-3
Production ............................................................................................ 11-3
Winter Populations ............................................................................ 11-4
Trapping and Marking .............................................................................. 11-5
Trapping ............................................................................................... 11-5
Marking ................................................................................................ 11-5
Habitat and Population Assessment ....................................................... 11-5
Literature Cited ......................................................................................... 11-5

CHAPTER 12
THE HUMAN FOOTPRINT IN THE WEST: A LARGE-SCALE ANALYSIS OF
ANTHROPOGENIC IMPACTS .................................................................. 12-1
Introduction ............................................................................................... 12-1
Methods ...................................................................................................... 12-3
Input Models ............................................................................................. 12-3
Exotic plant invasion risks ............................................................... 12-3
Synanthropic predators ..................................................................... 12-4
Domestic predators ............................................................................ 12-4

BLM_0039787

Anthropogenic fragmentation ......................................................... 12-5
Energy extraction ...................................................................... 12-5
Human induced fire ignition density ............................................. 12-5
The Human Footprint Model ........................................................ 12-5
The influence of the human footprint on sagebrush habitats ........... 12-6
The influence of the human footprint on sage-grouse .................... 12-6
Results and Discussion ................................................................ 12-6
Input Models ........................................................................... 12-6
The Human Footprint .................................................................. 12-7
The Human Footprint and Sage-grouse ........................................ 12-8
Literature Cited ........................................................................ 12-8
Figures ..................................................................................... 12-11

CHAPTER 13
SYNTHESIS ................................................................................ 13-1
Overview ................................................................................. 13-1
Population Trends ..................................................................... 13-2
Sagebrush Habitats: Trajectories of Patterns and Processes ....................... 13-5
Sage-grouse and Shrub-steppe Relationships ........................................ 13-11
Habitat .................................................................................. 13-11
Landscape Features ................................................................... 13-12
Conclusion .............................................................................. 13-14
Literature Cited ........................................................................ 13-15
Table ...................................................................................... 13-21

APPENDIX
Appendix 1 - Sage-grouse Memorandums of Understanding ..................... A1-1
Appendix 2 - Policy for Evaluation of Conservation Efforts .................... A2-1
Appendix 3 - Evaluation of Lek Counts Using Simulations .................... A3-1
Appendix 4 - Characteristics of Greater Sage-grouse Populations ........... A4-1
Appendix 5 - Characteristics of Greater Sage-grouse Subpopulations ....... A5-1
Appendix 6 - Characteristics of Greater Sage-grouse Within Floristic Regions ........ A6-1

BLM_0039788

# Acknowledgments

This report was made possible through the combined efforts of many individuals and agencies. Thus, it reflects the wishes of many to develop a comprehensive review of the vast array of data presently available on the habitats and populations of an icon of the American west, the greater sage-grouse. We wish to thank the U.S. Fish and Wildlife Service, U.S. Bureau of Land Management, U.S. Geological Survey, U.S. Forest Service, Idaho Department of Fish and Game, Montana Department of Fish, Wildlife and Parks, Nevada Department of Wildlife, Oregon Department of Fish and Wildlife, Utah Division of Wildlife Resources, and Wyoming Game and Fish Department for providing funding for this project. Additionally, we appreciate the salary support that was provided by the Idaho Department of Fish and Game (JWC), U.S.G.S. Forest and Rangeland Ecosystem Science Center (STK), and Washington Department of Fish and Wildlife (MAS). The U.S. Geological Survey provided additional GIS and logistical support.

Data and other logistical support was provided by the National Interagency Fire Center, U.S. Bureau of Land Management National Science Technology Center, National Sage-Grouse Conservation Planning Framework Team, Western Sage and Columbian Sharp-tailed Grouse Technical Committee, Utah State University, and the Western Association of Fish and Wildlife Agencies.

Contributors to the various chapters of this report are listed in a separate section. However, many other individuals unselfishly shared their knowledge and technical expertise. Sean Finn, Steve Hanser, Cara Meinke, and Linda Schueck conducted the GIS analyses and created many of the graphics used in the Conservation Assessment. Their work to assemble, format, reconcile, and analyze the data is the foundation for this report. Their persistence over the marathon spanning more than a year is remarkable. A finer group of talented and enthusiastic individuals exists nowhere.

Additional technical support, information, and data were provided by Cameron Aldridge, Steve Archer, Brad Bales, R. C. Banks, George Barrrowclough, Justine Batten, Laura Bewick, S. M. Birks, J. Bopp, Lance Brady, Clait Braun, Janet Braymen, Connie Breckenridge, Ronnie Buzzard, Donald Campbell, P. Capainolo, Stuart Cerovski, Fred Conrath, Michelle Cowardin, Rex Crawford, Cyndi Crayton, Tom Curr, Dave Dahlgren, Pat Deibert, Christine Dirk, Ken Driese, Tessa Dutcher, Dale Eslinger, Shawn Espinoza, Ken Flack, Les Flake, Bill Gerhart, L. A. Golten, Corey Grant, Christian Hagen, Jon Hak, Frank Hall, Andrea Hauger, Bonnie Heidel, Tom Hemker, Charles Henny, Jeff Herbert, Gregg Hiatt, Ron Holle, Duke Hunter, J. Hudon, Sherri Huwer, J. E. Jacobson, Greg Jensen, Doug Johnson, George Jones, Jeff Jones, Jimmy Kagan, M. "Sherm" Karl, Jesse Kirby, Jerry Kobriger, Larry Kruckenberg, Greg Kudrey, Lisa Langs, Karen Launchbaugh, John Lowry, C. A. Ludwig, Ken Lungle, Wayne Harris, Dawn Marshall, Rick Marvel, John Marzluff, Sue McAdam, E. Durant McArthur, John McCarthy, Mary McFadzen, Mack McGillivray, Dan Meehan, Daryl Meints, Jim Menakis, John Menghini, Dorothy Miller, Frannie Miller, Martin Miller, Dean Mitchell, Dave Naugle, Rick Northrup,

BLM_0039789

Mark O'Brian, B. Pavao-Zuckerman, Mike Pellant, Randall Phillips, Sharron Rafter, Steve Rauzi, Margaret Rayda, Eric Rickerson, Karen Rogers, John T. Rotenberry, Bruce Roundy, Steve Rust, Todd Sajwaj, Paul Schlobohm, Donald Schrupp, Jeff Short, Phil Sielaff, Karin Sinclair, Susan Stillings, Judy Strelioff, Ben Stone, Nate Swan, J. F. Talmadge, Paul Thale, Rick Tholen, Kathryn Thomas, Walt Van Dyke, Brett Walker, Carl Wambolt, T. A. Webber, Neil West, D. E. Willard, and John Wrede.

We sincerely appreciate the dedication and hard work of Celia Bunnell who spent many days away from her family and cheerfully put up with countless changes to the document. We thank Rhonda Dart, George Lundy, and Thomas Zarriello, (USGS Forest and Rangeland Ecosystem Science Center, Snake River Field Station), Charles Van Riper, III, Edward Starkey, Carol Schuler, Anne Kinsinger, Paul Dresler, Susan Haseltine, Charles "Chip" Groat, Fran Cherry, Mark Hilliard, Kevin Conway, Terry Crawforth, and Steve Huffaker for administrative and logistical support.

This document was substantially improved by reviews provided by nine anonymous referees selected by the Ecological Society of America. We thank Lori Hidinger for coordinating this review process. This assessment was also improved by reviews provided by Arizona Game and Fish Department, California Department of Fish and Game, Colorado Division of Wildlife, Idaho Department of Fish and Game, Montana Department of Fish, Wildlife and Parks, Nevada Department of Wildlife, Oregon Department of Fish and Wildlife, South Dakota Department of Game, Fish, and Parks, Utah Division of Wildlife Resources, Wyoming Game and Fish Department and members of the National Sage-Grouse Conservation Planning Framework Team (Tony Apa, Joe Bohne, Dwight Bunnell, Scott Gardner, Mark Hilliard, and Clint McCarthy).

We appreciate the efforts of the agency biologists that had the foresight to develop the Western Sage and Columbian Sharp-tailed Grouse Technical Committee some 50 years ago and the many state, federal, and university biologists that spent so much time collecting the data used in this report. Without their efforts, this work would not have been possible.

Finally, we wish to thank our families for their patience and understanding. Our many nights away from home made things difficult, but they never complained. They also cheerfully accepted our crabby moods as we struggled to complete this report in a rigorous but timely fashion. Their support was paramount in completing this project.

Jack Connelly
Steve Knick
Mike Schroeder
San Stiver

June 2004

BLM_0039790

# Executive Summary



BLM_0039791

# EXECUTIVE SUMMARY

Greater sage-grouse (*Centrocercus urophasianus*) once occupied parts of 12 states within the western United States and 3 Canadian provinces. Populations of greater sage-grouse have undergone long-term population declines. The sagebrush (*Artemisia* spp.) habitats on which sage-grouse depend have experienced extensive alteration and loss. Consequently, concerns raised for the conservation and management of greater sage-grouse and their habitats have resulted in petitions to list greater sage-grouse under the Endangered Species Act. In this report, we assessed the ecological status and potential factors that influenced greater sage-grouse and sagebrush habitats across their entire distribution. We used a large-scale approach to identify regional patterns of habitat, disturbance, land use practices, and population trends. We included literature spanning the last 200 years, landscape information dating back 100 years, and population data collected over the last 60 years.

We described the primary issues that influenced greater sage-grouse and sagebrush habitats for an area that exceeded >2,000,000 km$^2$ (>770,000 mi$^2$) in size. To do this, we compiled, integrated, and analyzed data obtained from agencies and organizations within 14 states, >13 federal agencies, and 2 nations. We did not make recommendations or suggest management strategies. Rather, our goal was to present an unbiased and scientific documentation of dominant issues and their effects on greater sage-grouse populations and sagebrush habitats.

We organized the Conservation Assessment into 4 main sections. In the first section, (Chapters 1 and 2), we present background information on greater sage-grouse and sagebrush habitats. We first introduce the factors that have contributed to widespread concern about conservation and management of greater sage-grouse and sagebrush habitats. We also describe the historical and legal administration as well as the current stewardship of sagebrush habitats. We then provide information on the conservation status of the species across its range-wide distribution. The second section (Chapters 3-5) provides information on the basic ecology of greater sage-grouse and sagebrush habitats. Our objectives were to develop the underlying foundation on which to assess information presented in the remainder of the document. In the third section (Chapters 6-12), we describe the current situation and trends in greater sage-grouse populations and the dominant factors that individually and cumulatively influence sagebrush habitats. In the fourth section (Chapter 13), we integrate the habitat and population trend information into a synthesis of the conservation status for greater sage-grouse and sagebrush ecosystems in western North America.

## Sagebrush Habitats

Sagebrush ecosystems dominate approximately 480,000 km$^2$ throughout western North America. Almost all (70%) of the existing sagebrush habitats are publicly owned and managed by a state or federal agency. The U.S. Bureau of Land Management is the primary agency responsible for management of public lands containing sagebrush and has stewardship for 50% of the sagebrush habitats in the United States. Multiple use is the dominant management objective on almost all sagebrush habitats.

BLM_0039792

Using a landscape perspective, we described the current status of sagebrush ecosystems (Chapter 5), trends within these systems (Chapter 7), and assessed impacts of anthropogenic change with respect to sage-grouse (Chapter 12). In most cases, we quantified the changes, the regional distribution of a factor, or the area influenced by the disturbance.

The sagebrush biome has changed since settlement by Europeans. The current distribution, composition and dynamics, and disturbance regimes of sagebrush ecosystems have been altered by interactions among disturbance, land use, and invasion of exotic plants. The primary areas in which sagebrush habitats currently cover a large regional portion of the landscape were in central Washington; southeastern Oregon, northern Nevada, and southwestern Idaho; and central Wyoming. Landscapes were highly fragmented surrounding these regions.

The number of fires and total area burned have increased across much of the sagebrush biome over the past 20 years (for which records are more reliable). Cheatgrass (*Bromus tectorum*) and other exotic plant species have invaded lower elevation sagebrush habitats across much of the western part of the biome, further exacerbating the role of fire in these systems. At higher elevations, juniper (*Juniperus* spp.) and pinyon (*Pinus* spp.) woodland invasions into sagebrush habitats also have altered disturbance regimes.

Land conversions were significant factors in separating habitat patches and fragmenting landscapes. Sage-grouse populations and sagebrush habitats that once were continuous now are separated by agriculture, urbanization, and development in the Snake River corridor in southern Idaho. Highly productive regions throughout the sagebrush biome that had deeper soils and higher precipitation have been converted to agriculture in contrast to the low elevation, more xeric climates that characterized the larger landscapes still dominated by sagebrush. Agriculture currently influences 56% of the Conservation Assessment Area and 49% of the sagebrush habitats by fragmenting the landscape or facilitating movements of potential predators, such as common ravens (*Corvus corax*) on greater sage-grouse.

Urbanization and increasing human populations throughout much of the sagebrush biome have resulted in an extensive network of roads, powerlines, railroads, and communications towers and an expanding influence on sagebrush habitats. Roads and other corridors promote the invasion of exotic plants, provide travel routes for predators, and facilitate human access into sagebrush habitats. Human-caused fires were closely related to existing roads. Less than 5% of the existing sagebrush habitats were >2.5 km from a mapped road.

We evaluated the influence of livestock grazing primarily by the effect on habitats resulting from management practices and habitat treatments. Numbers used by agencies (e.g., permitted Animal Unit Months) do not provide the information on management regime, habitat condition, or kind of livestock that can be used to assess the direct effects of livestock grazing at large regional scales. Indices of seral stage used to relate current conditions to potential climax vegetation may not correlate with current understanding of the state-and-transition dynamics of sagebrush habitats. Over half of the public lands have not been surveyed relative to standards

BLM_0039793

and guidelines established for those lands. Although large treatments designed to remove sagebrush and increase forage palatable to livestock no longer are conducted, habitat manipulations, water developments, and fencing still are done to manage livestock grazing. Widespread water developments throughout sagebrush habitats increased the amount of area that can be grazed. More than 1,000 km of fences have been constructed each year on public lands from 1996 to 2002; linear density of fences exceeded 2 km/km$^2$ in some regions of the sagebrush biome. Fences provide perches for raptors, and modify access and movements by humans and livestock, thus exerting a new mosaic of disturbance and use on the landscape.

Energy development for oil and gas influences sagebrush habitats by physical removal of habitat to construct well pads, roads, and pipelines. Indirect effects include habitat fragmentation and soil disturbance along roads, spread of exotic plants, and increased predation from raptors that have access to new perches for nesting and hunting. Noise disturbance from construction activities and vehicles also can disrupt sage-grouse breeding and nesting. Development of oil and gas resources will continue to be a significant influence on sagebrush habitats and sage-grouse because of advanced technological capability to access and develop reserves, high demand for oil and gas resources, and the large number of applications submitted (4,279 in fiscal year 2002) and approved each year.

Some land use factors that we considered, such as military training, may have very intense effects on habitats but are restricted to relatively small regions across the entire sagebrush biome. In contrast, livestock grazing influences sagebrush ecosystems across the entire biome. The cumulative impacts of the disturbances and the interactions among disturbance regime, invasive species, and land use have the most significant influence on the trajectory of sagebrush ecosystems rather than influences attributed to any single source.

Sage-grouse populations depend on relatively large expanses of sagebrush-dominated shrub steppe. However, the appropriate patch size needed for winter and breeding habitats used by greater sage-grouse is uncertain. It is likely that this patch size is not a fixed amount but depends on various factors including migration patterns and productivity of the habitat.

## Greater Sage-grouse Populations

We describe the population biology (Chapter 3) and habitat needs (Chapter 4) of sage-grouse. Chapter 6 addresses sage-grouse databases, distribution, and population trends. We also review information on genetics (Chapter 8), hunting (Chapter 9), predation and disease (chapter 10) and current monitoring techniques (Chapter 11).

Sage-grouse are a relatively long-lived species of upland game bird with low reproductive rates. Sage-grouse are entirely dependent on sagebrush habitats for successful reproduction and winter survival. Disease and hunting have generally not been major factors in sage-grouse population change but new information suggests West Nile Virus may pose a significant threat.

BLM_0039794

All state and provincial fish and wildlife agencies monitor sage-grouse breeding populations annually, but monitoring techniques vary among areas and years both within and among agencies. This variation complicates attempts to understand grouse population trends and make comparisons among areas. However, virtually all states and provinces have increased monitoring efforts, especially over the last 10 years. Range-wide, population monitoring efforts increased by 737% between 1965 and 2003. The largest increases in effort occurred in Montana and Wyoming, two of the key sage-grouse states. Our analysis indicated that 2,637 leks are now censused annually.

We conducted a comprehensive analysis of sage-grouse population changes throughout their range by accumulating and analyzing all available male counts at 5,585 leks identified since agencies began routine monitoring of this species. We applied several different techniques to evaluate greater sage-grouse populations in North America. These techniques included: 1) changes in the average and median number of males per active lek; 2) changes in the average and median number of males per lek (including leks that are inactive); 3) annual changes in the number of males attending leks monitored in consecutive years (rate of change data); 4) evaluation of spatial patterns of lek extirpation; 5) evaluation of patterns of range extirpation; and 6) delineation and evaluation of distinct breeding populations.

The overall distribution of potential pre-settlement habitat was estimated to have been 1,200,483 km$^2$ and the current distribution to be 668,412 km$^2$. Approximately 56% of the potential pre-settlement distribution of habitat is currently occupied. The area currently occupied by sage-grouse is clearly smaller than was occupied in pre-settlement times.

With most of the analysis of sage-grouse numbers, we focused on the 1965-2003 period. Although many states and provinces were collecting data prior to 1965, this 39-year range provided an opportunity to analyze data after a sample of leks had been identified and protocols for data collection had been established and implemented. Eleven of 13 (85%) states and provinces showed significant long-term declines in size of active leks. Similarly, eight of 10 states (80%) showed population declines over the same time frame. Two of 10 (20%) appeared to be stable or slightly increasing. Only California had an increase in both the population index and lek size.

When sage-grouse breeding populations were delineated based on separation by distance and unsuitable habitat, trends for populations were similar to those of the states. Our analysis of the entire sage-grouse population indicated that sage-grouse declined dramatically from the 1960s to the mid-1980s and then tended to stabilize. This analysis indicated that these changes were often not density-independent. If trends characteristic of the 1960s through the mid-1980s continued, sage-grouse had a relatively high likelihood of being extirpated. However, those trends have not continued. As a result, data suggest sage-grouse populations in most areas have been relatively stable or slightly declining during the last 15-20 years. In many areas numbers increased between 1995 and 2003. Although there are areas that presently could be considered population strongholds, some populations are still declining rather precipitously in various portions of the species range.

BLM_0039795

Annual rates of change suggest a long-term decline for greater sage-grouse in western North America and support the trend information obtained from lek attendance (males/lek) data. Sage-grouse populations declined at an overall rate of 2.0% per year from 1965 to 2003. From 1965-85, the population declined at an average rate of 3.5%. From 1986 to 2003, the population declined at a lower rate of 0.4% and fluctuated around a level that was 5% lower than the 2003 population. A total of 50,566 male sage-grouse were counted on leks in 2003 throughout western North America. However, we are not optimistic about the future of sage-grouse because of long-term population declines coupled with continued loss and degradation of habitat and other factors (including West Nile Virus).

## Conclusion

This report is the first detailed assessment of range-wide population and habitat data for greater sage-grouse. The information and analysis included in this report can be used to monitor future population changes and responses to management activities. As such, we hope that the information that we have presented now can be the foundation for increasing our understanding of the ecology of sagebrush-dominated landscapes and species that depend upon them.

BLM_0039796

# Chapter 1

# Introduction



BLM_0039797

# CHAPTER 1

# Introduction

***Abstract***. Population declines of greater sage-grouse (*Centrocercus urophasianus*) and alterations and loss of sagebrush (*Artemisia* spp.) have prompted petitions to the U.S. Fish and Wildlife Service to list the species under the Endangered Species Act. Our objectives were to present an unbiased assessment from an ecological perspective of the current status and the potential factors that influenced the long-term conservation of greater sage-grouse populations and the sagebrush ecosystems on which they depend. We reviewed the primary literature, and conducted new analyses and presented results on data collected for greater sage-grouse populations and sagebrush habitats. Our approach was large-scale, and was intended to identify regional patterns of disturbances, land use practices, and population trends. A blind review of this document was conducted by the Ecological Society of America. In addition, members of the National Sage-grouse Conservation Planning Framework Team and representatives from each state and province in the current range of greater sage-grouse reviewed the document for completeness and technical accuracy. In this chapter, we present the background, objectives, perspective, and geographical and temporal scope for the Conservation Assessment. Because 70% of the lands dominated by sagebrush cover are managed by public agencies, we summarized the primary legislation directing the historical disposition and governing the use of public lands. We also presented information on the administrative jurisdiction of sagebrush habitats because many of the stressors on sagebrush ecosystems involve land use and management practices. However, we did not provide management recommendations. Rather, this document was intended as an objective scientific presentation of the individual and cumulative influences on greater sage-grouse and sagebrush habitats.

## Range-wide Conservation Assessment

### Background and Rationale

Historically, greater sage-grouse occurred in parts of 12 states within the western United States and 3 Canadian provinces (Fig. 1.1) (Schroeder et al. 2004). Greater sage-grouse populations have declined throughout much of their former range and have been extirpated from Nebraska, and British Columbia (Connelly and Braun 1997, Schroeder et al. 1999, Schroeder et al. 2004). The historical distribution of greater sage-grouse in Arizona currently is being questioned. Estimates of regional declines ranged from 17 to 47% (Connelly and Braun 1997). Greater sage-grouse currently occupy 670,000 km$^2$, or 56%, of their potential pre-settlement range, which once covered approximately 1,200,000 km$^2$ (Schroeder et al. 2004). Current distributions of "fringe" populations are fragmented and increasingly disjunct from core regions of the distribution (e.g., Mono Lake, California; eastern Washington; southern Utah) (Schroeder et al. 1999). Despite widespread concerns regarding the species' status and declining numbers, there has been no definitive range-wide assessment of sage-grouse populations and habitats.

The greater sage-grouse is entirely dependent on sagebrush ecosystems that dominate much of western North America. The sagebrush biome, comprised primarily of 20 taxa encompassing 11 major *Artemisia* species and subspecies groups (McArthur and Plummer 1978, McArthur and Sanderson 1999), covers approximately 480,000 km$^2$ (118.6 million acres) and

---

BLM_0039798

includes 14 states (Washington, Oregon, California, Idaho, Nevada, Utah, Arizona, Montana, Wyoming, Colorado, New Mexico, Nebraska, South Dakota, and North Dakota) (sagebrush habitats in Oklahoma and Kansas were outside of the pre-settlement range of greater sage-grouse were not included in this assessment) and 3 provinces (Alberta, British Columbia, Saskatchewan) (Fig. 1.2). Vegetation and wildlife communities vary greatly across the range covered by sagebrush as a function of differences in underlying soils, climate, elevation, and geographic location (Miller and Eddleman 2001). The relatively simple structure and floristic characteristics of sagebrush landscapes (West 1996, West and Young 2000) mask complex community dynamics, disturbance regimes, and system resiliency.

Three fundamental characteristics of the landscape that early European explorers once described as a vast sea of sagebrush (Fremont 1845) have been altered from pre-settlement conditions. First, the total land area dominated by sagebrush has been reduced in many regions of the sagebrush biome. For example, approximately 75% of the shrubsteppe habitats occurring on deep, loamy soils in the state of Washington and virtually all of the basin big sagebrush (*Artemisia tridentata* ssp. *tridentata*) habitats in southern Idaho have been converted to agricultural croplands (Hironaka et al. 1983, Noss et al. 1995, McDonald and Reese 1998, Vander Haegen et al. 2000). Second, the composition of sagebrush communities has been changed, primarily through alterations in the understory vegetation and soils. Replacement of native perennial bunchgrasses by cheatgrass (*Bromus tectorum*), an exotic annual, has profoundly altered the fire regime and led to extensive loss of large expanses of sagebrush habitats (d'Antonio and Vitousek 1992, West and Young 2000, Brooks and Pyke 2001). Finally, the configuration of sagebrush habitats within the larger context of the landscape has been changed. The increased edge in landscapes fragmented by roads, power-lines, fences, and other linear features promote spread of exotic invasive species (Gelbard and Belnap 2003), facilitates predator movements (Tewksbury et al. 2002), and isolates wildlife populations (Saunders et al. 1991, Trombulak and Frissell 2000). Changes in quantity, composition, and configuration of sagebrush habitats have consequences on the ecological processes within the sagebrush ecosystem and the resources available to support wildlife (Wisdom et al. 2002). Few pristine and intact sagebrush ecosystems remain (Noss and Peters 1995, Noss et al. 1995, West 1996, Mac et al. 1998).

Over 350 species of flora and fauna depend on sagebrush habitats for all or part of their existence; a high proportion of the endemic and imperiled species in the western United States are found within the sagebrush distribution. The Great Basin ecoregion contains the second highest number of imperiled endemic species in the United States (Chaplin et al. 2000:166). The Columbia Basin population of pygmy rabbits (*Brachylagus idahoensis*) and Gunnison sage-grouse (*Centrocercus minimus*) are highly dependent on sagebrush habitats and currently are candidate species for federal listing under the Endangered Species Act (U.S. Fish and Wildlife Service 2000, U.S. Fish and Wildlife Service 2003). The current range occupied by Gunnison sage-grouse has been reduced to 5,000 km$^2$ from its pre-settlement distribution of 45,000 km$^2$

BLM_0039799

primarily because of habitat loss and alteration (Oyler-McCance et al. 2001, Schroeder et al. 2004).

Petitions filed to list the greater sage-grouse under the Endangered Species Act are based on concerns for long-term conservation because of potential threats to the species and the sagebrush habitats on which it depends (Wambolt et al. 2002). Public perception has progressed beyond the prediction that the "much-maligned sagebrush will be regarded with increasing favor by land managers" (McArthur and Plummer 1978) to genuine concern about these ecosystems (Braun et al. 1976, Knick 1999) to requests for legal action (Chapter 2).

A decision to give the greater sage-grouse protected status across its entire range has significant consequences for management and use of a large part of the western United States. Less than 1% of the 668,412 km$^2$ currently occupied by greater sage-grouse, and very little sagebrush habitat is legally protected (Caicco et al. 1995, Stoms et al. 1998, Scott et al. 2001, Wright et al. 2001, Knick et al. 2003). Multiple-use management dominates approximately 70% of the sagebrush habitats, which are owned publicly (Box 1990, Poling 1991). Consumptive uses that potentially influence sagebrush habitats include livestock grazing, mining, energy development, conversion to agriculture, and urbanization. Non-consumptive uses, such as use of off-road vehicles for recreation, also have the potential to influence habitats and populations of sage-grouse. Greater sage-grouse also are legally hunted in 10 states, and some populations are also subject to subsistence hunting by Native Americans.

## Objectives and Perspective of the Conservation Assessment

Our primary objective was to document the current status and the potential factors that influence the long-term conservation of greater sage-grouse populations and the sagebrush ecosystems on which they depend. We based our analysis throughout this document on an ecological perspective of the dynamics inherent in sagebrush ecosystems and the requirements of greater sage-grouse. In contrast, land-use perspectives have goals to maximize a particular function that may have objectives competing with other resource use. For example, evaluation of sagebrush communities primarily based on their ability to provide forage for livestock may result in extensive alterations that are unsuitable for greater sage-grouse and other species dependent on sagebrush habitats (Schneegas 1967, Klebenow 1970, Braun et al. 1976, Reynolds and Trost 1981, Crawford et al. 2004).

An ecological perspective is critical to providing a common denominator within which land uses can be evaluated in relation to disturbance and resiliency of the system. We have used ecological terms to describe population or habitat patterns and processes rather than value-laden terms which may have alternate connotations. Commonly used terms, such as "decadent" or "catastrophic" evoke an attitude that something must be fixed or controlled, or is  irreversible. Similarly, "range improvement" may reference multiple objectives but has traditionally connoted

BLM_0039800

a management effort to increase the land's capacity to provide livestock forage and not an alteration that necessarily reflects changes beneficial to sage-grouse (Vale 1974, Crawford et al. 2004). To present an unbiased assessment, we have attempted to use objective descriptors throughout.

We did not evaluate the feasibility of a land use, the need for a resource commodity, or the public perception of land use (e.g., Donahue 1999). Nor did we present strategies for mitigating uses or recommend alternative levels of use. Rather, we attempted to answer the questions about current uses (actions) and the way in which they influence the ecological functions of sagebrush ecosystems (reactions). In that context, we presented the ecological framework, but also recognize that political, economic, and social arenas also are components in the discussions of how we use sagebrush ecosystems (Torell et al. 2002, Wambolt et al. 2002).

## Geographic, Temporal, Jurisdictional, and Scientific Scope

We conducted our assessment of the status of greater sage-grouse and sagebrush habitats for the region delineated by the pre-settlement distribution of greater sage-grouse (Schroeder et al. 2004). Choosing the larger historical distribution as our base analysis region permitted us to compare differences relative to the current distribution and detect potential determinants of population changes or extirpation. We buffered the historical distribution by 50-km to include an evaluation of external factors that may have contributed to current trends in populations or habitats. For example, this buffer would include potential spatial processes including spread of invasive plant species, influence of hunting from urban centers, or movement of predators from farmlands. Therefore, the total area bounded by this assessment was approximately 2,063,000 $km^2$ (Fig. 1.3, Table 1.1).

The large area included in the assessment dictated that we addressed issues at the spatial and temporal scales appropriate to understanding how land use and habitat changes influenced greater sage-grouse populations or altered processes, such as disturbance, within sagebrush ecosystems. Thus, we focused on large-scale, regional patterns and processes in the sagebrush biome to identify the dominant patterns and processes that were expressed over large regions. In doing so, we recognized the hierarchical nature of ecological systems (Allen and Starr 1982, Peterson and Parker 1998) and the way in which local patterns and processes interact to influence dynamics at regional scales. Impacts from land uses or "natural" habitat disturbance can range from loss of a single sagebrush plant to effecting changes across entire landscapes. Local disturbances such as a small water impoundment or the pad on which an oilrig was constructed may directly impact a relatively small (<2 ha) area of sagebrush habitat. We focused on the cumulative contribution of water impoundments or oil rigs to directly remove sagebrush habitat and indirectly to change the dynamics of sagebrush ecosystems. Similarly, we did not assess individual grazing allotments to determine the effects of livestock grazing but rather addressed the collective influence of livestock grazing across the sagebrush biome. Hunting also

BLM_0039801

can be assessed from the perspective of deaths to individual birds or by the impact on populations. We focused on large-scale population changes within and among states. To the extent possible, we agglomerated local information into the larger context of patterns and processes for populations and ecosystems. Therefore, our analysis was designed to identify and evaluate issues at the scale at which greater sage-grouse populations and sagebrush ecosystems were likely to be most influenced and at which management might be most effective.

The temporal period covered by this assessment ranges from settlement by Europeans in western North America and the disposition of western lands (approximately mid-1800's) to the most recent statistics available on the current status of greater sage-grouse and sagebrush habitats (generally 2000-2003). Although we attempted to reconstruct as much of the historical setting as possible to interpret the underlying mechanisms responsible for today's conditions, our primary focus is on the current state of these ecosystems and the implications for the future. Concerns about the ecological status of sagebrush ecosystems have been expressed for a long time (Patterson 1952, Braun et al. 1976). However, we still lack baseline information across much of the sagebrush biome against which to evaluate population and habitat changes. Therefore, most information that we present is recent but perhaps now we can begin the daunting task of providing a baseline database for future efforts.

Many of our summary analyses are presented by administrative units, and primarily are organized by state or province. State statistics were derived for Arizona, California, Colorado, Idaho, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oregon, South Dakota, Utah, Washington, and Wyoming in the United States. Statistics derived from county records, such as the areas in the Conservation Reserve Program, were presented graphically in maps but were presented by state when summarized in tabular form. We also included information for the Canadian provinces of British Columbia, Alberta, and Saskatchewan.

A plethora of ecological regions have been designated by agencies and organizations. Each of these regional delineations, such as the USDA Forest Service Ecological Units (ECOMAP 1993), The Nature Conservancy's Ecoregions (The Nature Conservancy 1999), and K•ehler's ecoregions (K•ehler 1964) emphasize different characteristics (e.g., hydrological or physiognomic) or serve different purposes (Fig. 1.4). When summarizing information by regions, we used 7 primary geographical subdivisions within the sagebrush range (West 1983) because of the general similarities in climate, elevation, topography, geology, and soils within each division (Miller and Eddleman 2001) (Fig. 1.5).

The spatial and temporal resolution (the unit at which measurements were taken) of data used in this assessment varied greatly. For example, many of the habitat analyses were based on satellite imagery that varied in spatial resolution from 90-m to 1.1-km grid  cells and for comparisons across temporal resolution that varied from weeks to decades. We have

BLM_0039802

documented the measurement units in the methods associated with each analysis section or in the metadata record attached to each data set.

We have listed all measurements in metric units through this document.  Units of area were reported in square kilometers ($km^2$); we used hectares (ha) when the area was <10 $km^2$.

**Treatment of Uncertainty**

Our analysis presented in this Conservation Assessment is based primarily on correlative information.  Controls on disturbances or availability of comparison regions are difficult and often not possible, particularly when comparing large-scale effects across landscapes and among populations.  Few studies at regional scales are able to attribute cause and effect in relation to management action.  Because of the nature of some land uses (we cannot develop one oil field and have another undeveloped field equal in all other variables), our evaluation suffers from a lack of replication (Johnson 2002).   We have dealt with these situations by statistically comparing biological variability and responses (Osenberg et al. 1994, Underwood 1994, Wiens and Parker 1995, Manly 2001).

We present our treatment of the data whenever appropriate with an associated statistical probability of accepting the result rather than a subjective or descriptive appraisal.  In statistical tests, we must recognize the problems of Type I (concluding that a perturbation has an effect when it did not) and Type II (concluding that a disturbance has no effect when one actually exists) errors.   Each of these statistical errors has consequences for our interpretation and subsequent management action (Eberhardt and Thomas 1991).

We have tried to resolve differences resulting from methods for measuring vegetation, lek counts, resolutions of GIS layers and information, and terminology when compiling information across administrative or research boundaries.   Nonetheless, reconciling differences in spatial or temporal resolution, collection or analysis method, and incomplete or incongruent data represented one of the most significant challenges to developing consistent data for the large region covered by this assessment.  Whenever possible, we merged individual datasets if data and underlying methods were complimentary.  However, we often had only data from part of the region (e.g., the INVADERS plant database covered only Washington, Oregon, Idaho, Montana, and Wyoming; Toney et al. 1998) or disparate data sources on which to conduct our analyses.

We often relied on statistics created for a single management entity in our assessment. The Public Land Statistics compiled by the U.S. Bureau of Land Management represent activities by that agency.  Even though the U.S. Bureau of Land Management is the largest federal land management authority for sagebrush lands in the United States (Knick et al. 2003),

BLM_0039803

these statistics cannot be extrapolated to activities on private lands or to other agencies.  They represent only part of the entire management and use scenario for sagebrush habitats.

Each of these problems in data management and analysis techniques introduce uncertainty into our assessment.  Consequently, we have chosen to limit our projections of habitats and populations through modeling exercises.  Although these may provide insights into potential alternatives (e.g., Hemstrom et al. 2002, Wisdom et al. 2002, Pedersen et al. 2003), our primary objective was to present information on the current dynamics and status of sagebrush ecosystems rather than to evaluate management scenarios or project future trends.  To do this, we have documented our data and sources, detailed our methods, and presented statistical probabilities to our conclusions.

### Review of the Conservation Assessment

Document review was accomplished at several levels.  The primary level of data review was the responsibility of the authors of each individual section or chapter.  The authors were requested to authenticate their datasets.  The next level of review was accomplished by the National Sage-grouse Conservation Planning Framework team.   This team reviewed the document for its completeness.  Each state and province in the Western Association of Fish and Wildlife Agencies (WAFWA) and within the current range of greater sage-grouse  reviewed the document to evaluate the appropriateness of treatment of their data and subsequent analysis.  WAFWA was responsible for delivery of this assessment.  The final level of review was a scientific peer review.  The Ecological Society of America (ESA) conducted a blind peer review of the document using a panel of reviewers recruited from a broad array of natural resource fields.

### Scientific Criteria and Documentation of Sources

#### Criteria for Use of Data and Scientific Information

A broad spectrum of information is available on sage-grouse and their habitats.  This information includes newspaper and sporting magazine articles, newsletters, agency reports, technical reports issued by agencies and universities with little or no peer review, peer-reviewed agency and university technical reports, masters and doctorate theses and peer reviewed papers in scientific journals.  As a general rule, we have greatest confidence in findings and conclusions developed in scientific papers.  Normally, results from graduate theses are also quite reliable, as well as those from technical reports issued by agencies and universities that have received outside peer-review.  Although findings in non peer-reviewed publications may be correct, we have less confidence in their validity because they have not undergone detailed review by scientists outside of the immediate issuing agency and thus may be subject to biases, deficiencies in study design, or misinterpretation of data.

BLM_0039804

We did not intend for this Conservation Assessment to be an extensive bibliography of all available material. Rather, we have considered only sources for information that have a high degree of reliability and stability. Thus, for findings, conclusions, and management concerns incorporated into the conservation assessment, we depended on papers published in scientific journals, peer-reviewed agency reports, and graduate theses. We largely avoided other sources of information that might contain less reliable information. However, if information on a particular aspect was found only in a nonpeer-reviewed source, we presented that information but provided a caveat that indicated the source. We considered state and federal reports (e.g., Pittman-Robertson reports) as well as online documents (e.g., U.S. Public Land Statistics) as reliable sources for data sets on sage-grouse populations (e.g., harvest, lek counts) and habitat attributes (e.g., number of water developments, miles of fencing).

## Documentation of Data and Sources

We have archived the data and documented the sources used in this conservation assessment on the U.S. Geological Survey (2001) SAGEMAP Website (http://sagemap.wr.usgs.gov/conservation_assessment.htm). All spatial datasets used in our analysis will be available for download with the exception of proprietary data. Each dataset will have an associated metadata record documenting the original data and GIS procedures.

## Management and Stewardship of Sagebrush Habitats

### Principal Legislation Governing the Management and Use of Public Lands

Landscapes dominated by sagebrush have been managed primarily for multiple use since European settlement began in the 1800's (Table 1.2). Mining for coal and mineral resources, forage production for livestock, and developing lands for irrigated agriculture dominated uses of sagebrush lands. By the late 1800's, the federal government began a series of legislative actions under a succession of Homestead Acts to dispose of public lands to the private sector. Approximately 1.2 million km² of public lands were disposed of under the Homestead Acts (Ross 1984). Large amounts of lands also were granted to build railroads connecting eastern and western United States.

During the same period, a series of legislative acts were passed to regulate grazing on public lands and delegated responsibility to the U.S. Forest Service in the Department of Agriculture and the Grazing Service in the Department of Interior for administrating public land grazing. The Taylor Grazing Act passed in 1934 authorized the Secretary of Interior to establish grazing districts of "vacant, unappropriated and unreserved land from any parts of the public domain, excluding Alaska, which are not national forests, parks and monuments, Indian reservations, railroad grant lands, or revested Coos Bay Wagon Road grant lands, and which are valuable chiefly for grazing and raising forage crops." The Secretary of Interior also was

BLM_0039805

authorized to issue permits to graze livestock upon annual payment of fees, of which a portion was returned to the individual states.  Public lands not reserved or withdrawn as refuges were designated as "national resource lands" and placed under the jurisdiction of the federal Grazing Service, which was merged with the General Land Office in 1946 to form the U.S. Bureau of Land Management.  The U.S. Bureau of Land Management is the principal federal agency in the United States responsible for management of sagebrush habitats (Table 1.3).  More recent legislation (Federal Land Policy and Management Act 1976, Public Rangelands Improvement Act 1978) has reaffirmed administrative policies that public lands are to be managed for multiple use and sustained yield.

Passage of the Energy Policy and Conservation Act (1975) emphasized the need to stabilize the supply of energy and develop fossil fuels located on federal public lands.  The reauthorization of the Energy Policy and Conservation Act in 2000 also directed the U.S. Departments of Energy, Agriculture, and Interior to inventory all onshore oil and gas reserves and to identify impediments to the development of those resources. Executive Order 13212, signed in 2001, stated "agencies shall expedite their review of permits or take other actions as necessary to accelerate the completion of such projects, while maintaining safety, public health, and environmental protections" (White House 2001).  In response, the U.S. Bureau of Land Management has followed an administrative policy to ensure the timely development of these critical energy resources in an environmentally sound manner and has directed land-use planners to not unduly restrict access to Federal lands, while continuing to protect resources when they review oil and gas lease stipulations, (U.S. Bureau of Land Management 2003a,b,c).

Most of the legislation establishing land use policy contained language directing that conservation of land, resources, and wildlife be considered in implementing management actions.  However, the Wilderness Act (1964) specifically recognized the need to protect areas from human encroachment and use and to preserve those places for future generations.  The National Environmental Policy Act (1969) and the Endangered Species Act (1973) specifically required an assessment, review, or consultation of the potential for management actions to adversely impact species, their habitats, or the quality of their environments.

A perspective that the primary use of western public shrublands should be for commodities has often conflicted with ecological or botanical perspectives, beginning with the early surveyors and scientists studying these habitats in the 1800's (Box 1990).  These different perspectives continue to shape our view and use of public lands (Young et al. 1981, Poling 1991, West 1996, Holechek et al. 1998, Wambolt et al. 2002, Crawford et al. 2004).

## Stewardship of Sagebrush Lands

Sagebrush habitats included in this assessment covered approximately 48 million ha and were distributed across 13 states and 3 provinces (Fig. 1.6).  Nevada and Wyoming had the

BLM_0039806

largest total area covered by sagebrush. Idaho, Nevada, Oregon, and Wyoming each had >20% of their area dominated by sagebrush (Table 1.1). Approximately 12% of the area in Washington and 17% in Utah was in sagebrush habitat. All other states and provinces had <10% of their total area in sagebrush cover (Table 1.1). We likely have underestimated the area covered by sagebrush in Montana because silver sagebrush (*Artemisia cana*) and Wyoming big sagebrush (*A. tridentata* ssp. *wyomingensis*), the dominant sagebrush species in northeastern Montana, are distributed sparsely across much of the region among grassland habitats and are not easily mapped from satellite imagery. We also were unable to obtain current maps of sagebrush for the eastern portions of the sagebrush biome because they had not been completed at the time of this assessment.

Approximately 30% of the sagebrush lands in the United States is privately owned (Table 1.3). Percent of privately owned sagebrush lands within states ranged from 0 to 56% and was greatest in Montana, Colorado, Washington, and South Dakota. Of the states containing the largest total area of sagebrush, the percent in private ownership was 17% in Nevada, 38% in Wyoming, 17% in Idaho, and 27% in Oregon. In Canada, 90% of the sagebrush area in Saskatchewan, 28% in Alberta, and 0% in British Columbia was privately owned.

Federal agencies in the United States were responsible for management of 66% of the sagebrush landscape (Table 1.3). Of these agencies, the U.S. Bureau of Land Management had management authority for one-half of the sagebrush lands in the United States. Within states, the percent of sagebrush habitat managed by the U.S. Bureau of Land Management ranged from <5 (North Dakota, South Dakota, and Washington) to >40% (California, Idaho, Nevada, Oregon, Utah, and Wyoming). The U.S.D.A. Forest Service had stewardship of 8% of the sagebrush habitats. The U.S.D.A. Forest Service managed <10% of the sagebrush habitats within each state except for California, Idaho, North Dakota, and Utah. Other Federal agencies in the U.S. Department of Defense, U.S. Department of Energy, and the U.S. Department of Interior (including the Bureau of Indian Affairs, Fish and Wildlife Service, and National Park Service) were responsible for management of <5% of sagebrush lands within the United States. (Fig 1.7). Almost all sagebrush lands under authority of the US Bureau of Indian Affairs were in Arizona, New Mexico, and South Dakota. (Table 1.3).

State agencies managed 5% of the total landscape dominated by sagebrush in the United States. Only Arizona and Washington had >10% of their sagebrush habitat managed by state agencies.

## Literature Cited

Allen, T. F. H., and T. B. Starr. 1982. Hierarchy: perspective for ecological complexity. University of Chicago Press, Chicago.

BLM_0039807

Box, T. W.  1990.  Rangelands.  Pages 101-120 *in* R. N. Sampson and D. Hair, eds.  Natural resources in the 21st century.  Island Press, Covelo, CA.

Braun, C. E., M. F. Baker, R. L. Eng, J. S. Gashwiler, and M. H. Schroeder.  1976.  Conservation committee report on effects of alteration of sagebrush communities on the associated avifauna.  Wilson Bulletin 88:165–171.

Brooks, M. L., and D. A. Pyke.  2001.  Invasive plants and fire in the deserts of North America.  Tall Timbers Research Station Miscellaneous Publication 11:1–14.

Caicco, S. L., J. M. Scott, B. Butterfield, and B. Csuti.  1995.  A gap analysis of the management status of the vegetation of Idaho (U.S.A.).  Conservation Biology 9:498-511.

Chaplin, S. J., R. A. Gerrard, H. M. Watson, L. L. Master, and S. R. Flack.  2000.  The geography of imperilment.  Pages 159-199 *in* Stein, B. A., L. S. Kutner, and J. S. Adams, editors.  Precious heritage: the status of biodiversity in the United States.  Oxford University Press, New York, NY.

Connelly, J. W., and C. E. Braun.  1997.  Long-term changes in Sage Grouse *Centrocercus urophasianus* populations in western North America.  Wildlife Biology 3:229–234.

Crawford, J. A., R. A. Olson, N. E. West, J. C. Mosley, M. A. Schroeder, T. D. Whitson, R. F. Miller, M. A. Gregg, and C. S. Boyd.  2004.  Synthesis paper: ecology and management of sage-grouse and sage-grouse habitat.  Journal of Range Management 57:2-19.

d'Antonio, C. M., and P. M. Vitousek.  1992.  Biological invasions by exotic grasses, the grass/fire cycle, and global change.  Annual Review of Ecology and Systematics 23:63–87.

Donahue, D. L.  1999.  The western range revisited.  Removing livestock from public lands to conserve native biodiversity.  University of Oklahoma Press, Norman, OK.  388pp.

Eberhardt, L. L., and J. M. Thomas.  1991.  Designing environmental field studies.  Ecological Monographs 61:53-73.

ECOMAP. 1993.  National hierarchical framework of ecological units.  USDA Forest Service, Washington, DC.  20 pages.

Frémont, J. C.  1845.  Report of the exploring expedition to the Rocky Mountains in the year 1842, and to Oregon and Northern California in the years 1843-44.  Gales and Seaton, Washington, D.C.

Gelbard, J. L., and J. Belnap.  2003.  Roads as conduits for exotic plant invasions in semiarid landscape.  Conservation Biology 17:420–432.

Hemstrom, M. A., M. J. Wisdom, W. J. Hann, M. M. Rowland, B. C. Wales, and R. A. Gravenmier.  2002.  Sagebrush-steppe vegetation dynamics and restoration potential in the interior Columbia Basin, U.S.A.  Conservation Biology 16:1243-1255.

Hironaka, M., M. A. Fosberg, and A. H. Winword.  1983.  Sagebrush-grass habitat types in southern Idaho.  University of Idaho Forest, Wildlife, and Range Experiment Station Bulletin No. 35.

Holechek, J. L., R. D. Piper, and C. H. Herbel.  1998.  Range management: principles and practices.  Third ed.  Prentice-Hall, Upper Saddle River, NJ.

BLM_0039808

Johnson, D. H. 2002. The importance of replication in wildlife research. Journal of Wildlife Management 66:919-932.

Klebenow, D. A. 1970. Sage grouse versus sagebrush control in Idaho. Journal of Range Management 23:396-400.

Knick, S. T. 1999. Forum: requiem for a sagebrush ecosystem? Northwest Science 73:47-51.

Knick, S. T., D. S. Dobkin, J. T. Rotenberry, M. A. Schroeder, W. M. Vander Haegen, and C. Van Riper, III. 2003. Teetering on the edge or too late? Conservation and research issues for avifauna of sagebrush habitats. Condor 105:611-634.

K•ehler, A. W. 1964. Manual to accompany the map – potential natural vegetation of the conterminous United States. American Geographic Society Special Publication No. 36, 39pp + appendix.

Mac, M. J., P. A. Opler, E. P. Haecker, and P. D. Doran. 1998. Status and trends of the nation's biological resources. Vol. 2. USDI, United States Geological Survey, Reston, VA.

Manly, B. F. J. 2001. Statistics for environmental science and management. Chapman and Hall/CRC. Boca Raton, Florida. 326pp.

McArthur, E. D., and A. P. Plummer. 1978. Biogeography and management of native western shrubs: a case study, section Tridentatae of *Artemisia*. Great Basin Naturalist Memoirs 2:229-243.

McArthur, E. D., and S. C. Sanderson. 1999. Cytogeography and chromosome evolution of subgenus *Tridentatae* of *Artemisia* (Asteraceae). American Journal of Botany 86:1754-1775.

McDonald, M.W., and K. P. Reese. 1998. Landscape changes within the historical distribution of Columbian sharp-tailed grouse in eastern Washington: is there hope? Northwest Science 72:34-41.

Miller, R. F., and L. Eddleman. 2001. Spatial and temporal changes of sage grouse habitat in the sagebrush biome. Oregon State University, Agricultural Experiment Station. Technical Bulletin 151.

Noss, R. F., and R. L. Peters. 1995. Endangered ecosystems. A status report on America's vanishing habitat and wildlife. Defenders of Wildlife, Washington, DC.

Noss, R. F., E. T. LaRoe, III, and J. M. Scott. 1995. Endangered ecosystems of the United States: a preliminary assessment of loss and degradation. National Biological Service Biological Report 28. Washington, D.C.

Osenberg, C. W., R. J. Schmitt, S. J. Holbrook, K. E. Abu-Saba, and A. R. Flegal. 1994. Detection of environmental impacts: natural variability, effect size, and power analysis. Ecological Applications 4:16-30.

Oyler-McCance, S. J., K. P. Burnham, and C. E. Braun. 2001. Influence of changes in sagebrush on Gunnison Sage Grouse in southwestern Colorado. Southwestern Naturalist 46:323-331.

Patterson, R. L. 1952. The sage grouse in Wyoming. Sage Books, Inc., Denver. Colorado.

BLM_0039809

Pedersen, E. K., J. W. Connelly, J. R. Hendrickson, and W. E. Grant. 2003. Effect of sheep grazing and fire on sage grouse populations in southeastern Idaho. Ecological Modeling 165:23-47.

Peterson, D. L., and V. T. Parker, eds. 1998. Ecological scale: theory and applications. Columbia University Press, New York.

Poling, M. A. 1991. Legal milestones in range management. Renewable Resources Journal. Summer:7-10.

Reynolds, T. D., and C. H. Trost. 1981. Grazing, crested wheatgrass, and bird populations in southeastern Idaho. Northwest Science 55:225–234.

Ross, J. V. H. 1984. Managing the public rangelands: 50 years since the Taylor Grazing Act. Rangelands 6:147-151.

Saunders, D., R. J. Hobbs, and C. R. Margules. 1991. Biological consequences of ecosystem fragmentation: a review. Conservation Biology 5:18-32.

Schneegas 1967. Sage Grouse and sagebrush control. Transactions of the North American Wildlife Conference 32:270–274.

Schroeder, M. A., J. R. Young, and C. E. Braun. 1999. Sage Grouse (*Centrocercus urophasianus*). *In* A. Poole and F. Gill [eds.], The birds of North America, No. 425. The Birds of North America, Inc., Philadelphia, Pennsylvania.

Schroeder, M. A., C. L. Aldridge, A.D. Apa, J. R. Bohne, C. E. Braun, S. D. Bunnell, J. W. Connelly, P. A. Diebert, S. C. Gardner, M. A. Hilliard, G. D. Kobriger, C. W. McCarthy. 2004. Distribution of Sage Grouse in North America. Condor 106:363-376.

Scott, J. M., M. Murray, R. G. Wright, B. Csuti, P. Morgan, and R. L. Pressey. 2001. Representation of natural vegetation in protected areas: capturing the geographic range. Biodiversity and Conservation 10:1297–1301.

Stoms, D. M., F. W. Davis, K. L. Driese, K. M. Cassidy, and M. P. Murray. 1998. Gap analysis of the vegetation of the intermountain semi-desert ecoregion. Great Basin Naturalist 58:199-216.

The Nature Conservancy. 1999. Ecoregional map of the United States. The Nature Conservancy, Arlington, Virginia.

Tewksbury, J. J., A. E. Black, N. Nur, V. A. Saab, B. D. Logan, and D. S. Dobkin. 2002. Effects of anthropogenic fragmentation and livestock grazing on western riparian bird communities. Studies in Avian Biology 25:158–202.

Toney, J. C., P. M. Rice, and F. Forcella. 1998. Exotic plant records in the northwest United States 1950-1996: an ecological assessment. Northwest Science 72:198-213.

Torell, L. A., J. A. Tanaka, N. Rimbey, T. Darden, L. Van Tassell, and A. Harp. 2002. Ranch-level impacts of changing grazing policies on BLM land to protect the greater sage-grouse: evidence from Idaho, Nevada and Oregon. Policy Analysis Center for Western Public Lands. Policy Paper SG-01-02. Caldwell, ID. 23 pp.

Trombulak, S. C., and C. A. Frissell. 2000. Review of ecological effects of roads on terrestrial and aquatic communities. Conservation Biology 14:18–30.

BLM_0039810

Underwood, A. J. 1994. On beyond BACI: sampling designs that might reliably detect environmental disturbances. Ecological Applications 4:3-15.

U.S. Bureau of Land Management. 2003a. Integration of the EPCA inventory results into land use planning and energy use authorizations. 3 April. BLM Washington Office Instruction Memorandum No. 2003-137. http://www.blm.gov/nhp/efoia/wo/fy03/im2003-137.htm (30 April 2004)

U.S. Bureau of Land Management. 2003b. Integration of the Energy Policy and Conservation Act (EPCA) inventory results into land use planning. 28 July. BLM Washington Office Instruction Memorandum No. 2003-233. http://www.blm.gov/nhp/efoia/wo/fy03/im2003-233.htm (30 April 2004)

U.S. Bureau of Land Management. 2003c. Integration of the Energy Policy and Conservation Act (EPCA) inventory results into oil and gas exploration and development use authorizations. 28 July. BLM Washington Office Instruction Memorandum No. 2003-234. http://www.blm.gov/nhp/efoia/wo/fy03/im2003-234.htm (30 April 2004)

U.S. Fish and Wildlife Service. 2000. Endangered and threatened wildlife and plants; notice of designation of Gunnison Sage-Grouse as a candidate species. Federal Register 65:82310–82312.

U.S. Fish and Wildlife Service. 2003. Endangered and threatened wildlife and plants; final rule to list the Columbia Basin distinct population segment of the pygmy rabbit (*Brachylagus idahoensis*) as endangered. Federal Register 68:10388–10409.

U.S. Geological Survey 2001. SAGEMAP: a GIS database for Sage-grouse and shrubsteppe management in the Intermountain West. (http://sagemap.wr.usgs.gov) (30 April 2004)

Vale, T. R. 1974. Sagebrush conversion projects: an element of contemporary environmental change in the western United States. Biological Conservation 6:272-284.

Vander Haegen, W. M., F. C. Dobler, and D. J. Pierce. 2000. Shrubsteppe bird response to habitat and landscape variables. Conservation Biology 14:1145-1160.

Wambolt, C. L., A. J. Harp, B. L. Welch, N. Shaw, J. W. Connelly, K. P. Reese, C. E. Braun, D. A. Klebenow, E. D. McArthur, J. G. Thompson, L. A. Torell, and J. A. Tanaka. 2002. Conservation of Greater sage-grouse on public lands in the western U.S.: implications of recovery and management policies. Policy Analysis Center for Western Public Lands PACWPL Policy Paper SG-02-02.

West, N. E. 1983. Western intermountain sagebrush steppe. Pages 351-397 *in* N. E. West (ed.). Ecosystems of the world 5: temperate deserts and semi-deserts. Elsevier Scientific Publishing Co., New York, New York.

West, N. E. 1996. Strategies for maintenance and repair of biotic community diversity on rangelands. Pages 327-347 *in* Biodiversity in managed landscapes: theory and practice.

West, N. E., and J. A. Young. 2000. Intermountain valleys and lower mountain slopes. Pages 255-284 *in* M. G. Barbour and W. D. Billings (editors). North American terrestrial vegetation. 2nd Edition. Cambridge University Press, Cambridge, UK.

BLM_0039811

White House.  2001.  Executive order 13212–Actions to expedite energy-related projects.  18
     May.  Executive Order 13212: 66 FR 28357.
     http://www.archives.gov/federal_register/executive_orders/2003.html (28 April 2004)

Wiens, J. A., and K. R. Parker.  1995.  Analyzing the effects of accidental environmental
     impacts: approaches and assumptions.  Ecological Applications 5:1069-1083.

Wisdom, M. J., M. M. Rowland, B. C. Wales, M. A. Hemstrom, W. J. Hann, M. G. Raphael,
     R. S. Holthausen, R. A. Gravenmier, and T. D. Rich.  2002.  Modeled effects of
     sagebrush-steppe restoration on Greater Sage-Grouse in the Interior Columbia Basin,
     U.S.A.  Conservation Biology 16:1223–1231.

Wright, R. G., J. M. Scott, S. Mann, and M. Murray.  2001.  Identifying unprotected and
     potentially at risk plant communities in the western USA.  Biological Conservation
     98:97–106.

Young, J. A., R. A. Evans, and R. E. Eckert, Jr.  1981.  Environmental quality and the use of
     herbicides on *Artemisia*/grasslands of the U.S. intermountain area.  Agriculture and
     Environment 6:53-61.

BLM_0039812

Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats                    *Connelly et al.*

Fig. 1.1.  Current distribution of sage-grouse and pre-settlement distribution of potential habitat in North America (Schroeder 2004).  For reference, Gunnison sage-grouse in southeastern Utah and southwestern Colorado are shown.



BLM_0038813

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats**          *Connelly et al.*

Fig. 1.2.   Current distribution of the sagebrush biome in western North America (adapted from West 1983; Miller and Eddleman (2001).  Sagebrush distribution in eastern Montana likely is under represented because remote sensing methods from which the map was derived, may not adequately delineate sparsely distributed sagebrush.  We could not obtain comparable maps of sagebrush distribution for North Dakota and South Dakota.  The map represents the percent of the landscape dominated by sagebrush habitats (Chapter 5),  not site-specific values of ground cover.   As such, it is intended to be a general representation of sagebrush distribution (more detailed maps of distribution and fragmentation are presented in Chapter 5).



BLM_0039814

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats**                    *Connelly et al.*

Fig. 1.3.   Area included in the range-wide conservation assessment for greater sage-grouse and sagebrush habitats.  The study area was delineated by buffering the pre-settlement distribution of sage-grouse by 50-km (including the range of the Gunnison sage-grouse even though that species was not included in the assessment) (Schroeder et al. 2004).  Excluded areas or "islands" in southern Utah and southwestern Colorado are a function of the buffering delineation in which those regions are >50 km from the historical or current distribution of sage-grouse.



BLM_0039815

Fig. 1.4.   Pre-settlement distribution of sage-grouse with overlays of boundaries for (1) Omernik Regions, (2) The Nature Conservancy ecoregions, (3) Bird Conservation Regions, and (4) Bailey's ecoregions.



BLM_0039816